**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Student Educational Benefit Trust** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-6373515** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **27500 Detroit Ave.**<br>**Suite 202**<br>**Westlake, OH 44145**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cuyahoga**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>■ Other. Specify:     **Business trust** |

**7.  Describe debtor's business**

   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

   B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2 of 3613

**11.  Why is the case filed in** *this district?*    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
          Contact name      _____
          Phone             _____

---

██  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49                      ☐ 1,000-5,000               ☐ 25,001-50,000
☐ 50-99                     ☐ 5001-10,000               ☐ 50,001-100,000
☐ 100-199                   ■ 10,001-25,000             ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **Student Educational Benefit Trust** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 10, 2019**
                MM / DD / YYYY

**X** **/s/ James McGlamery**                     **James McGlamery**
Signature of authorized representative of debtor     Printed name

Title     **Trustee**

**18. Signature of attorney**

**X** **/s/ Michael A. Steel**          Date **January 10, 2019**
Signature of attorney for debtor               MM / DD / YYYY

**Michael A. Steel 0072367**
Printed name

**Brennan, Manna & Diamond**
Firm name

**75 East Market Street**
**Akron, OH 44308**
Number, Street, City, State & ZIP Code

Contact phone   **(330)374-7471**     Email address   **masteel@bmdllc.com**

**0072367 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Student Educational Benefit Trust**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 10, 2019**    X */s/ James McGlamery*
                                          Signature of individual signing on behalf of debtor

                                          **James McGlamery**
                                          Printed name

                                          **Trustee**
                                          Position or relationship to debtor

Debtor name    **Student Educational Benefit Trust**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................................   $     **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................................   $     **608,441.60**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................................   $     **608,441.60**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **9,440,610.74**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b     $     **9,440,610.74**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Huntington National Bank** | **Premium Account/Escrow** | **0033** | **$101,473.12** |
| 3.2. | **Huntington National Bank** | **Continental Claims** | **2687** | **$60.73** |
| 3.3. | **Huntington National Bank** | **Claims Payment Account** | **1853** | **$21,591.06** |
| 3.4. | **Huntington National Bank** | **Operating Account** | **0059** | **$3,926.82** |
| 3.5. | **Huntington National Bank** | **Premium #2 AmeriBen** | **4822** | **$3,276.87** |
| 3.6. | **Citi Bank** | **Medical transport reserve account** | | **$10,000.00** |

4.     **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                        | $140,328.60 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:    1,360,784.00    -    963,784.00    =....    $397,000.00
                          face amount           doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                       | $397,000.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** Promotional / marketing materials | | $0.00 | | $1.00 |

23.   **Total of Part 5.**                                                       | $1.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Marketing Software (former system, obsolete) | $188,858.00 | N/A | Unknown |
|      IT / Communications equipment (from former office) | $9,067.00 | | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $0.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** Website, Domain | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Customer list, mailing list | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** Logo and other marketing material | Unknown | | Unknown |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                    Current value of debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
| | Description (for example, federal, state, local) |
| | **Tax refund - based on amended return for fiscal year** | Tax year **2014** | **$54,628.00** |
| | **ending 7/31/15** | | |

| | **2017 Federal return** | Tax year **2017** | **$15,100.00** |

| | **2017 RITA return** | Tax year **2017** | **$1,384.00** |

| 73. | **Interests in insurance policies or annuities** |
| | **Stop-loss insurance** | **Unknown** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |

| 76. | **Trusts, equitable or future interests in property** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | **$71,112.00** |
| | Add lines 71 through 77. Copy the total to line 90. |

| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,328.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $397,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $71,112.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $608,441.60 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $608,441.60 |

Fill in this information to identify the case:

Debtor name __**Student Educational Benefit Trust**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF OHIO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**D.C. Treasurer Office of Tax and Revenue**<br>**PO Box 96019**<br>**Washington, DC 20090-6019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Florida Dept. of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 14 of 3613

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Florida Dept. of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**1111 Constitution Ave. NW #5480**
**Washington, DC 20224**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michigan Dept. of Treasury**
**PO Box 30199**
**Lansing, MI 48909**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**ODJFS**
**PO Box 182404**
**Columbus, OH 43218-2404**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Office of Tax Revenue**<br>**PO Box 96166**<br>**Washington, DC 20090-6166** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address<br>**Ohio Bureau of Workers Comp.**<br>**30 W. Spring St.**<br>**Columbus, OH 43215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>**Ohio Department of Taxation**<br>**150 E. Gay Street**<br>**21st Floor**<br>**Columbus, OH 43215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address<br>**Ohio Dept. of Taxation**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.11**
Priority creditor's name and mailing address
**Ohio Treasurer of State**
**Commercial Activity Tax**
**PO Box 16158**
**Columbus, OH 43216-6158**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.12**
Priority creditor's name and mailing address
**Tennessee Dept. of Revenue**
**Andrew Jackson State Office Bldg**
**500 Deadrick St.**
**Nashville, TN 37242**

As of the petition filing date, the claim is:      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13**
Priority creditor's name and mailing address
**United States Treasury**
**Internal Revenue Service**
**Worland, WY 82401-0039**

As of the petition filing date, the claim is:      $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address
**21ST CENTURY ONCOLOGY PKU**
**2270 Colonial Blvd**
**Fort Myers, FL 33907**

As of the petition filing date, the claim is: *Check all that apply.*      $3,367.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6729**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2**
Nonpriority creditor's name and mailing address
**24 Hours Physicians**
**Attn: Randall Mills**
**5151 Headquarters Dr.**
**Suite 115**
**Plano, TX 75024**

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 17 of 3613

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $437.35 |

**24/7 Pediatric Care Centers**
**274 Third Ave. S**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $378.00 |

**247 PEDIATRIC CARE CENTERS**
**8117 Point Meadows Dr**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2103

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $256.00 |

**A M RYWLIN MD  ASSOC PA**
**PO BOX 3093**
**BOCA RATON, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1210

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**A N M SHAHRIYAR HOSSAIN**
**602 SHERMAN STREET**
**APARTMENT 26**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**A N M SHAHRIYAR HOSSAIN**
**195 WHEELER STREET**
**APARTMENT 104A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**A'DEJA FAROOQ**
**1701 E. STREET #4**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**A'Dil Saafir**
**1228 Gorman St**
**Apt. A**
**Raleigh, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**A'LUNDREA MORRIS**
**1024 JEWEL AVE**
**LAKELAND, FL 33805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.30 |
| --- | --- | --- | --- |

**A.M. Rywlin MD Assoc., PA**
**4300 Alton Rd. #2400**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**AADILAH ELAMIN**
**1711 1/2 N ONTARIO ST**
**TOLEDO, OH 43604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**AADRIANA POWELL**
**88 SHERMAN ST**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**AAKILAH BARRETT**
**14 DUNBAR AVE**
**CATONSVILLE, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**AAKILAH BARRETT**
**1548 CLAIRIDGE RD**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**AALIA BROWN**
**408D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYA PRESTON**
**806 W TIFFONY DRIVE**
**APT 2**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaliyah Crosell**
**4840 Hawksbury Rd**
**Pikesville, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYAH GATES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYAH GIBSON**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYAH LEWIS**
**2642 PENNSYLVANIA AVE UNIT 206**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYAH PARKER**
**1345 JAMES ST**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYAH SIMMONS**
**4561 NW 10 COURT**
**APT H206**
**PLANTATION, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYAH VILBRUN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AALIYYA GRIER**
**78 WINFIELD AVE**
**JERSEY CITY, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AANIYAH SELLERS**
**3338 NW 9TH AVENUE**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARAN VARATHARAJAN**
**4430 N HOLLAND SYLVANIA RD**
**APT 2206**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AAREON HENRY**
**6053 SW 40TH ST**
**APT 1**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARI ROBINSON**
**508 KING MAPLE COURT**
**CHESAPEAKE, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aarifah Asifee**
**865 Quill Creek Dr.**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aarin Smot-Baker**
2723 Glenshire Dr.
Columbus, OH 43219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON ARANDA**
5817 WESLEYAN DRIVE
PO BOX C102
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Arnold**
9340 Good Rd.
Portage, OH 43451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Ashby**
2755 W Ray Dr.
Zanesville, OH 43701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON BARRERA**
5708 HERON COVE
BROWNSVILLE, TX 78526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON BRYANT**
4905 GOLFWAY DRIVE
EIGHT MILE, AL 36613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Chase**
4016 Chatham Rd.
Apt. 3
Gwynn Oak, MD 21207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aaron Conley**
**23170 W Holt Harrigan Rd.**
**Genoa, OH 43430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AARON COX**
**6270 SW 62 PLACE**
**MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AARON DUTCHER**
**13115 LE PARC UNIT 13**
**CHINO HILLS, CA 91709-1171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AARON EICHER**
**7820 PALMER RD**
**WEST SALEM, OH 44287-8902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aaron Geissinger**
**710 Jefferson Ave.**
**Apt. 409**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AARON GILES**
**121 WINTERS LANE**
**CATONSVILLE, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AARON GREEN**
**204A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON HALL**
**5817 BONNIE VIEW, APT 1131**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Herald-Cole**
**6403 Hil Mar Dr.**
**Apt. 201**
**District Heights, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Jackson**
**4926 Minnesota Ave. NE**
**Washington, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON JACKSON**
**3612 W.129TH ST.**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON JACKSON**
**2300 HENSON VALLEY WAY**
**FORT WASHINGTON, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON LEWIS**
**306C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aaron Price**
**8369 Arbor Station Way**
**Parkville, MD 21234-4942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON RATAJ**
**858 EAST BOULEVARD**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON REA**
**407D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON RIVARD**
**13513 WEST AVENUE**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Stewart**
**2313 Lawnwood Cir.**
**Gwynn Oak, MD 21207-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Tipton**
**7330 Nightingale Dr.**
**Apt. 6**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON TIPTON**
**1228 LEDGESTONE DR**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AARON VOJTUS**
**6683 CLIFFSIDE DRIVE**
**VERMILION, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AARUSHI SRIVASTAVA**
**80 E. EXCHANGE ST APT 364D**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AAWA PRADHAN**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AAYAH SAMIABDULLAHASAN**
**1600 W ROCKET DR APT 2212B**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AAYSIAH MURRELL**
**1494 N. MERTON**
**MEMPHIS, TN 38108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ABBEY ANDERSON**
**1004 EAST RENO DRIVE**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ABBEY LORENZ**
**21780 BARRINGTON DR**
**WOODHAVEN, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ABBEY THOMPSON**
**110 BARRICKMAN DR**
**BUTLER, PA 16001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Abbie Caudill
167 Hunt Club Dr.
Apt. 1C
Akron, OH 44321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ABBIE PEARCE
2331 GREENVIEW DR
UNIONTOWN, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ABBIGAIL BLECHSCHMID
PO BOX 835
BURTON, OH 44021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ABBIGAIL HOSTE
12178 JEFFERSON ST
PERRYSBURG, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Abby Baldwin
4211 Secor Rd.
Apt. 333
Toledo, OH 43623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ABBY HELMINIAK
1110 RALL RD
TOLEDO, OH 43617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Abby Lamping
4671 Mitchell Woods Dr.
Cleves, OH 45002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ABBY LAMPING**<br>**7087 VAIL COURT**<br>**CINCINNATI, OH 45247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Abby Swensen**<br>**1935 Linden Creek Dr.**<br>**Milford, OH 45150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ABDALLAH WAHDAN**<br>**14192 W SPRAGUE RD**<br>**CLEVELAND, OH 44130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Abdel Hakim Abou Yassine**<br>**3530 Vallestone Pkwy**<br>**Apt. #2**<br>**Toledo, OH 43607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ABDELRHMAN MAHAMADI**<br>**525 CARROLL ST. APT 2D**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ABDIGHANI ISMAIL**<br>**3408 MIDDLESEX DR APT C**<br>**TOLEDO, OH 43606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ABDOUL DIEYE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDOULAYE CAMARA**
**1724 6TH STREET NE, APT 6**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDOULIE JALLOW**
**4803 WALTONSHIRE CIRCLE**
**OLNEY, MD 20832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDRAHAMANE CAMARA**
**5 OLIVER AVE**
**APT#1C**
**TRENTON, NJ 08618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDUALELAH ALMADANI**
**4624 WATERFORD**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDUL HAQ MOHAMMED**
**664 SUMNER STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDUL QUADER**
**2621 WHITEWAY RD APT 5**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDUL WAHAB BANDARKAR**
**701 EDWARDS AVE**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abdul-Rizaq Hamoud**
**1120 N Westwood Ave.**
**Apt. 1115**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULAZIZ ALGARMOSHI**
**950 SOUTHERLY RD APT 137**
**TOWSON, MD 21204-2764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULAZIZ ALSHEHRI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULELAH ALSHEHRI**
**733 W. MARKET STREET, #506**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH ALALWESH**
**1312 COLBURY RD**
**21239**
**BALTIMORE, MD 21239-1208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH ALATTAS**
**UNIVERSITY EDGE**
**393 SUMNER ST. #2-405A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH ALATTAS**
**UNIVERSITY EDGE**
**282 TORREY ST APT#3-11B**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH ALDAJANI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abdullah Alkhuwaylid**
**2435 Zuber Rd.**
**Orient, OH 43146-9403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH ALMOTAIRI**
**1349 STRATFORD DR**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH KURTOGLU**
**195 WHEELER STREET APT 202B**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH KURTOGLU**
**437 SUMNER STREET APT J-1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH RAHIM**
**163 STAR BLVD**
**NASHVILLE, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDULLAH YESUF**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ABDULRAHMAN ABANMI**
**401 S. MAIN STREET**
**APT #524**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Abdulrahman Bassam Awad**
**3419 Downing Ave.**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Abdulsahib Albehadili**
**3531 Secor Rd.**
**Apt. 122**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ABEER ALBALAWI**
**3982 WYNDHAM RIDGE, #207**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ABEERA MEHMOOD**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ABERDEEN WILLIAMS**
**4200 NW 34TH STREET**
**APT 411**
**FORT LAUDERDALE, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Abeselom Worku**
**1120 N Westwood Ave.**
**Apt. 1414**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABHILASH REDDY TUMMULURI**
**55 FIRHILL TOWERS APT 10B6**
**FIRHILL STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABHISHEK BANERJEE**
**634 E BUCHTEL AVENUE**
**BUCHTEL ARMS APARTMENTS**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abhishek Mukherjee**
**2642 Calverston Rd.**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABIA ZULU**
**1235 WINSTON AVE**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABID SHAH**
**6342 EMA CT**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abigail Ain**
**5727 Tibaron Ln**
**Apt. 205**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABIGAIL ALLEN**
**4994 GREENVIEW DR**
**COMMERCE TWP, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Baah**
**3092 Kings Realm Ave.**
**Columbus, OH 43232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Bilow**
**3414 Gibralter Heights Dr.**
**Apt. R1**
**Toledo, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Bond**
**3165 Glanzman Rd.**
**Apt. 7**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL BROWN**
**12020 LOTUS RD**
**MINSTER, OH 45865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL BROWN**
**1184 EMERY RIDGE DR**
**BATAVIA, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Erinc**
**2611 W Village Dr.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL EVANS**
**1115 ORANGE ARBOR TRAIL**
**#404**
**OCOEE, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL EVANS**
**6437 CANTERLEA DR.**
**ORLANDO, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL GUILLEN**
**1831 NW 113 AVE**
**HOLLYWOOD, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL HENFIELD**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL HILEBAK**
**38364 PICCADILLY SQUARE**
**WILLOUGHBY, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL JOHNSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL JOHNSON**
**5504 PLAINFIELD AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL KIKO**
**1752 N WESTWOOD AVE APT L**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABIGAIL LEONARD**
**12 E PRESTON ST**
**APT 1**
**BALTIMORE, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABIGAIL MATHIAS**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABIGAIL PAWLAK**
**5106 OLDE MILL CT**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABIGAIL POOL**
**4246 BARBARA DR**
**TOLEDO, OH 43623-3404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Abigail Savage**
**540 Brickelly Key Dr.**
**Apt. #1703**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABIGAIL SCHAPER**
**104 SUNRISE LN**
**BRYAN, OH 43506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABIGAIL SEMICK**
**2890 VINCENT ROAD**
**SILVER LAKE, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Shaper**
**104 Sunrise Ln**
**Bryan, OH 43506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Shirley**
**811 Thornwood Dr.**
**Apt. 4**
**Toledo, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Singleton**
**19091 Brewster Rd.**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Spahr**
**1317 Wembly Rd.**
**Henrico, VA 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL STEVENSON**
**13690 COUNTY ROAD K**
**NAPOLEON, OH 43545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail Vanalst**
**2204 Westbrook Dr.**
**Toledo, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL WEAVER**
**923 KIRBY ST**
**LAKE CHARLES, LA 70601-5439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL WILSON**
**3499 CUTTER LANE**
**MAINEVILLE, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAIL WIRFEL**
**21590 ROBINHOOD AVENUE**
**FAIRVIEW PARK, OH 44126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGALE WILSON**
**8995 CARNATION RD SE**
**BERGHOLZ, OH 43908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIGAYLE HOWARD**
**8507 AVERY ROAD**
**BROADVIEW HEIGHTS, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Abiola Adenekan
3682 Double Rock Ln
Parkville, MD 21234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIOLA ADENEKAN**
**8434 GREENWAY RD APT B**
**PARKVILLE, MD 21234-5046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABLAJAN HEYTAK**
**1233 CADY ST**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABRAHAM BIBAS SIMON**
**355 NE 194TH LANE**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abraham Gbelawoe**
**1610 Nuttal Ave**
**Edgewood, MD 21040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abraham Lamin**
**927 Lakeland Dr.**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABREONA CABELL**
**9919 ROSEWOOD GLEN LANE**
**DINSMORE, FL 32219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABYGAELLE NOEL**
**12900 GRIFFIN BLVD**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABYGAYL GARCIA**
**831 ARBOL VERDE CT**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AC Consulting Services, Inc.**
**6625 Pearl Rd.**
**Cleveland, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Academic Insurance Services**
**Attn: Angie Black**
**265 S. Federal Hwy.**
**Suite 196**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,808.37 |
|---|---|---|---|

**ACADIAN AMBULANCE**
**190 E. Daliste Saloom Rd.**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number **6870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACAIJA MORROW**
**224 NW 8TH AVE**
**DELRAY BEACH, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Acheley Saint-Vilien**
**236 Tuscan Rd**
**Maplewood, NJ 07040-3029**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACIER RODRIGUEZ**
**17310 NW 80TH AVE.**
**HIALEAH, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,571.00 |
|---|---|---|---|

**ACS PRIMARY CARE PHYS SW PA**
**3803 FM1092 Rd**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number **1019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.19 |
|---|---|---|---|

**ACS Primary Care Phys. Midwest**
**150 N. Eagle Creek Dr.**
**Lexington, KY 40509-1805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$367.52** |
|---|---|---|---|

**Action Orthopedic Spine & Pain Cent**
57 Baker Blvd.
Akron, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ADAM ABRAHAM**
9290 JOHNSTON LN
CINCINNATI, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ADAM ALEXANDER**
1758 E TOWNSHIP ROAD 138
TIFFIN, OH 44883

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Borgman**
2425 Wimbledon Park Blvd.
Toledo, OH 43617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ADAM CARLISLE**
1445 PHILIP ST.
NEW ORLEANS, LA 70130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Chow**
1916 Glendale Ave.
Toledo, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Cytlak**
2585 Township Rd.
Van Buren, OH 45889

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM DAMEL**
**14919 HUMMEL RD. APT. 120**
**BROOK PARK, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM DENNY**
**840 BREATHITT AVENUE**
**COLUMBUS, OH 43207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM DOWNING**
**6045 WAKEFIELD DR**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM FITZGERALD**
**394 EAST PIONEER TRAIL**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Ford**
**1637 Ralworth Rd**
**Baltimore, MD 21218-2233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM HANIFF**
**6220 PENFIELD LN**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADAM HOLL**
**3760 SWEITZER ST NW**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 42 of 3613

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | Adam Mierzwa<br>157 Viola Ave.<br>Hubbard, OH 44425 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | ADAM MURRAY<br>4117 WEST 160TH STREET<br>CLEVELAND, OH 44135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | ADAM RISKO<br>4560 7TH STREET NW<br>CANTON, OH 44708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | ADAM SEIF<br>20942 NE 37TH AVENUE<br>AVENTURA, FL 33180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | Adam Shemony<br>5420 N Ocean Dr.<br>Apt. 1405<br>West Palm Beach, FL 33404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | ADAM TRAORE<br>608D DALEY<br>2500 WEST NORTH AVENUE<br>BALTIMORE, MD 21216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|
| | Adam Wheeler<br>3062 River Rd.<br>Toledo, OH 43614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Adam Zemans**<br>**48 Lantern Lane**<br>**Windham, ME 04062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ADAMA TRAORE**<br>**608D DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ADARA JACKSON**<br>**1460 NORTH KANSAS STREET**<br>**WICHITA, KS 67214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Adauzoma Onyewuchi**<br>**229 Teapot Ct**<br>**Reisterstown, MD 21136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ADDIS BROWN**<br>**2801 W BANCROFT**<br>**MS 513**<br>**TOLEDO, OH 43606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ADDISON BISHOP**<br>**28223 E BROADWAY ST**<br>**WALBRIDGE, OH 43465** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ADDYSON MILLER-BROWN**<br>**14213 OXFORD DRIVE**<br>**MARYSVILLE, OH 43040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEARA PENNY**
**509 NE 38TH STREET**
**MIAMI, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adebayo Adepegba**
**2927 Muserbush Ct**
**Lanham, MD 20706-5515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adebobola Owoseni**
**130-28 - 223rd St.**
**Springfield Gardens, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEDAYO AKINHANMI**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adedotun Ajayi**
**8784 Lincoln St.**
**Savage, MD 20763-9682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEKUNLE FALOLA**
**642 EAST BUCHTEL AVENUE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEKUNLE FALOLA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEKUNLE FALOLA**
**634 E. BUCHTEL #316**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEL ABDELHADI**
**4177 RITA JOANNE LANE**
**COLUMBUS, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADELAIDE GOODRICH**
**1645 BELL RD**
**CHAGRIN FALLS, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adellyn McPheron**
**5000 Tillamook Trl**
**Lima, OH 45805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEN JEMANEH**
**1104 WESTBROOK**
**IRVING, TX 75060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adepeju Badru**
**2 Ballycruy Ct**
**Lutherville Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aderonke Oloyede**
**6616 Knottowood**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADESINA GBADEBO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADESOLA OTUSANYA**
**3909 EAST SHORE ROAD**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADESOLA SALISU**
**1207 DURHAM DR**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADETOMIKE ADEYEMI**
**5001 CEDAR CROFT LN**
**BETHESDA, MD 20814-3919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADEYSHA CROWDER**
**3203 GREENMEAD RD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adiel Salazar**
**7007 - 23rd Ave**
**Hyattsville, MD 20783-2834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADITHYA RAJIV**
**493 SUMNER ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.213 | Nonpriority creditor's name and mailing address |

**ADITHYA RAJIV**
P.O. BOX 1350
SOUTH HALL, 517 A
AKRON, OH 44309

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.214 | Nonpriority creditor's name and mailing address |

**ADITYA GHATPANDE**
590 E. BUCHTEL AVE. APT. 18
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.215 | Nonpriority creditor's name and mailing address |

**ADITYA JINDAL**
2200 HIGH STREET
SUITE 271
CUYAHOGA FALLS, OH 44221

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.216 | Nonpriority creditor's name and mailing address |

**ADITYA SURABHI**
77 FIRHILL
APT #2B5
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.217 | Nonpriority creditor's name and mailing address |

**ADITYA SURABHI**
634 E BUCHTEL AVE APT 113
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.218 | Nonpriority creditor's name and mailing address |

**ADITYA VALA**
302
CHANTICLEER CIRCLE
NEW STANTON, PA 15672

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.219 | Nonpriority creditor's name and mailing address |

**ADIYA CALDWELL**
25 S CHURCH RD UNIT 52
MAPLE SHADE, NJ 08052-3057

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |

**ADMIN OF EDUCATION FUND**
31 Mcaslister Dr.
New Orleans, LA 70118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4164

Is the claim subject to offset? ■ No  ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADNISE WILLIAM**
1138 NW 101ST ST
MIAMI, FL 33150-1337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADONIS POWELL**
5817 WESLEYAN DRIVE
PO BOX B118
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADRA BROWN**
4210 NW 24TH ST
LAUDERHILL, FL 33313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADRALIQUE BYRDSONG**
5910 NW 11TH AVENUE
MIAMI, FL 33127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADRALIQUE BYRDSONG**
5230 HOLLYWOOD BOULEVARD
APT 705
HOLLYWOOD, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ADRIAN BRINGAS**
15448 SW 143RD TER
MIAMI, FL 33196-6031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIAN BROCK**
**8302 NORTH 14TH STREET**
**TAMPA, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIAN DEMUS**
**722 CEDAR RIDGE DRIVE**
**DUNCANVILLE, TX 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIAN GRANT**
**1582 SYDNEY**
**MEMPHIS, TN 38108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIAN MAINOO**
**1806 N WESTWOOD AVE APT C**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Prather**
**7833 Miller Fall Rd.**
**Derwood, MD 20855-1130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIAN RIVERA**
**8615 NW 8ST APT423**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIAN SAN EMETERIO**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrian Wells**
**2015 Penmar Dr.**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIANA ATTWOOD**
**241 SE PARK STREET**
**APT #2**
**DANIA BEACH, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIANA COSTA DE OLIVEIRA**
**950 BRICKELL BAY DR.**
**AP 3706**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIANA FRECH**
**801 BRICKELL BAY DR APT 465**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana Henry**
**236 Seymour Ave.**
**Newark, NJ 07108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adriana McKenzie**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIANA OBESO**
**9460 SW 31 TERR**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**ADRIANA ROSERO**
**17990 SW 11TH CT**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**ADRIANNA LOPEZ COLON**
**950 SW 57TH AVE**
**APT 813**
**WEST MIAMI, FL 33144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**ADRIANNA PEARCE**
**634 RANGER STREET**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Adrianna Rhoden**
**1500 Pendridge Rd.**
**Apt. 306-D**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**ADRIANNE TACKITT**
**17890 STERLING GLEN LANE**
**CHAGRIN FALLS, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**ADRIEN BRYANT**
**3369 WINCHESTER ESTATES CIR**
**LAKELAND, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**ADRIENNE LEWIS**
**5304 LEITH RD**
**BALTIMORE, MD 21239-3513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 52 of 3613

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adrienne Rodriguez**
3880 W Broward Blvd.
Apt. 204
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRIENNE WATSON**
11550 CROSSROADS CIR UNIT 189
MIDDLE RIVER, MD 21220-2997

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADRINE MITCHELL**
1439 NORTHBROOK DR
LIMA, OH 45805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adulin Prophete**
1800 Baptist World Ctr Dr.
Nashville, TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADURAGBEMI OKIJI**
6308 WIMBLEDON CT
BALTIMORE, MD 21215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,504.00 |
|---|---|---|---|

**Advanced Medical Pricing Solutions**
PO Box 921695
Norcross, GA 30010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,823.54 |
|---|---|---|---|

**Advanced Medical Pricing Solutions**
35 Technology Parkway S
Suite 100
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 53 of 3613

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.08 |
|---|---|---|---|

**Advanced Pediatrics of Boca, LLC**
9970 Central Park Blvd.
Ste. 203
Boca Raton, FL 33428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**Advocate Health and Hospital**
2025 Windor Dr.
Oak Brook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  7355

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AERICKA DIXON**
131 ROUNDWOOD COURT
PICKERINGTON, OH 43147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AESHA TRIPATHI**
5472 E LEITNER DR
CORAL SPRINGS, FL 33067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFIA BROBBLEY**
1571 E 45TH ST
CLEVELAND, OH 44103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Afina Curtusan**
29 Larkwood Ct.
Stafford, VA 22554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFRIN JAHAN LOPA**
552 BUCHTEL AVE
APT- 1
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 54 of 3613

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFRIN JAHAN LOPA**
**437, SUMNER STREET**
**APT- H**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Afsheen Qazi**
**5764 NW 122nd Way**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFUA ADUSEI**
**10224 WETHERBURN RD**
**ELLICOTT CITY, MD 21042-1682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFUA ATAA BOAKYEWAA AGYEKUM**
**5642 WOODMONT AVE**
**APT C**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AGADA MICHAEL**
**873 NORTH MEADOWS CT APT B**
**COLUMBUS, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHHAB AHMATH**
**3808 S. COCHRAN AVENUE**
**BALDWIN HILLS, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AHLEEL GARDNER**
**3203 ELMORA AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AHMAD AL-SYOOF**
**1202 SIBLEY RD**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ahmad Jallow**
**1225 Linworth Ave.**
**Apt. 3A**
**Baltimore, MD 21239-4074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AHMAD SORAGHI**
**26 SOUTH ADAMS ST APT2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AHMAD SORAGHI**
**581 E. BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AHMAN POTTER**
**1212 CHILEAN TEAL TERRACE**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AHMED ABDELNABY**
**6811 DULUTH AVE**
**DUNDALK, MD 21222-1111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AHMED ALBAYATI**
**1333 OAK HILL CT APT 131**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED ALI
649 VAN EVERETT AVE
AKRON, OH 44306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED ALI
58 BOTNICK PLAZA
AKRON, OH 44301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED ALZANBAQI
261 ELIZABETH PKWY
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED ALZANBAQI
55 FIR HILL APARTMENT 12B2
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED CALVO
20371 NW 32ND COURT
MIAMI GARDENS, FL 33056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED ELGHRIANY
1368 LAFFER AVE
AKRON, OH 44305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

AHMED MAHAMADI
525 CARROLL ST. APT 2D
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ahmed Oun**
3531 Secor Rd.
Apt. 128
Toledo, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AHMED SAMSUDEEN**
**1023 SPANGLER WAY**
**BALTIMORE, MD 21205-3320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AHMED SHEIKH**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AHMED WIQARE**
**31499 TURNBURRY COURT**
**WESTLAKE, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ahsan Bairam**
224 Hilary Ln
Toledo, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AHSAN RAMKARRAN**
**8511 SW 25TH CT.**
**HOLLYWOOD, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AHSANUL KABIR SUMON**
**389 SHERMAN ST, APT 201**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ahsley Fox**
2413 Church St.
Evanston, IL 60201-3966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIDA DENIS**
14311 BISCAYNE BLVD
SUITE 2814
NORTH MIAMI, FL 33261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIDA GAVILANES**
583 VICTORIA AVE
AKRON, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aida Lupu**
2112 N 32nd Ct.
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIDA SHAHROKHIAN**
583 VICTORIA AVE
AKRON, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIDAN GENETTE**
50606 BREDENBURY
MACOMB, MI 48044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIDAN REILLY**
5 RACHEL DR
RUTLAND, VT 05701-3770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 59 of 3613

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AIDAN STOUT**
**13689 ROCK POINT #101**
**BROOMFIELD, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AILYN AVILES**
**7011 DESCARTES DRIVE**
**RICHMOND, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AIMAD ALGBALI**
**77 FIR HILL 2B1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AIMANOSI DAODU**
**5659 PURDUE AVENUE, APT. D**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AIMANOSI DAODU**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AIMEE FREEMAN**
**112 DEERFIELD DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aimee Ingersoll**
**1215 Meadow Run**
**Akron, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $787.50 |
|---|---|---|---|

**Aimee Wilber, CRNA**
**700 Childrens Dr.**
**Columbus, OH 43205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  5727

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AIRIELL PURCELL**
**3446 DOLFIELD AVE**
**BALTIMORE, MD 21215-7245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AISEOSA OMOMA**
**7012 71ST COURT**
**CAPITOL HEIGHTS, MD 20743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AISHA COBB**
**4783 HUNTERS GREEN DR**
**FORT MYERS, FL 33905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AISHA JOSEPH**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AISHA SALMAN**
**1120 N WESTWOOD AVE APT 1211**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AISLINN MOBLEY**
**207 WEST AVE**
**DARIEN, CT 06820-4313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AISSATOU BALDE**
**815 BELMAR PASS**
**FAIRBURN, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AIYA SMITH**
**306C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AIYANA DAWKINS**
**7501 TARFLGAR CICLE**
**APT.259**
**HANOVER, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Aiyanna Andrews**
**351 Oak Rd.**
**Glenside, PA 19038-3916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AJA LA-FLEUR-SCOTT**
**1150 REDMAN STREET**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AJAA WALKER**
**14253 NATCHEZ AVENUE**
**SAVAGE, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ajai Washington**
**4232 Indian head Hwy**
**Unit B**
**Indian Head, MD 20640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJANAE THOMAS**
**41 GARRISON CIR**
**WILLINGBORO, NJ 08046-3303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJANI RILEY**
**9706 MEADOW LARK AVE**
**UPPER MARLBORO, MD 20772-3876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJAY LINGIREDDY**
**26800 WOODMONT DR**
**APARTMENT #51**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ajee Davis-Burley**
**2 Park Lane**
**Apt. 2A**
**Mount Vernon, NY 10552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJITH DANIEL THOMAS**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AJLA HRNIJIC**
**504B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,676.00 |
|---|---|---|---|

**AK Endo**
**1 Akron General Ave.**
**Akron, OH 44307-2432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKAYCIA CURRY**
**18125 BACK STRETCH LANE**
**TAMPA, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKEAL CHRISTIAN**
**19671 NW 34TH AVE**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKEBA AINGS**
**3013 GUADALUPE AVENUE**
**DALLAS, TX 75233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKEEM ALCIME**
**90 NE 69TH ST**
**MIAMI, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKEEM GBADEBO**
**1469 ALPHADA AVE APT D4**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKEEM GBADEBO**
**1540 HYDE PARK AVE**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKEEM LOFTON**
**3339 W ADAMS STREET 3RD**
**CHICAGO, IL 60624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| **3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **AKEEM MYERS-BLAKNEY**<br>**2320 SIDNEY AVENUE**<br>**BALTIMORE, MD 21230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Akeem Woods**<br>**4507 Hamilton Ave.**<br>**Baltimore, MD 21206-3728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **AKEIM MARSHALL**<br>**132 NW 16TH AVE.**<br>**POMPANO, FL 33069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **AKEIM MARSHALL**<br>**112 NW 9TH TER**<br>**HALLANDALE, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **AKHENATON PEIRRE**<br>**1547 E. COLD SPRING LANE**<br>**BALTIMORE, MD 21218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **AKHIL GUTTA**<br>**4243 W BANCROFT ST APT 205W**<br>**OTTAWA HILLS, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **AKHIL TEJ REDDY DANDU**<br>**77 FIR HL TOWERS APT #285**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Student Educational Benefit Trust**
      Name
                                 Case number (if known)

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Akiah Coleman**
**1104 Baker Ave**
**Gwynn Oak, MD 21207-4716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Akilah Khalfani**
**6803 Clubhouse Dr**
**Apt. C**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AKINTUNDE KADIRI**
**6408 SEDGWICK ST**
**ELKRIDGE, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AKINWALE AKINSANYA**
**500 LARGO CENTER DR**
**A206**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AKIYA JAMES**
**4713 COUNTRY LANE APT F27**
**CLEVELAND, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Akkeem Smith-Brown**
**20 Iris Cir.**
**Beacon, NY 12508-3920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**AKM ARAFAT**
**590 E BUCHTEL AVE**
**APT 42**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 66 of 3613

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ako-Akeem Boyd**
**2412 Golders Green Ct**
**Windsor Mill, MD 21244-8083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKOBALK**
**2427 CHEYENNE BLVD APT 5**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKPABIO EKPEWOH**
**14427 GUNSTOCK COURT**
**SILVER SPRING, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.00 |
|---|---|---|---|

**Akram R Assaly, PA-C**
**3355 Glendale Ave.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1166**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Akron Family Institute, Inc.**
**3469 Fortuna Dr.**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5766**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,858.00 |
|---|---|---|---|

**Akron General Med Ctr**
**1 Akron General Ave**
**Akron, OH 44307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6472**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,027.23 |
|---|---|---|---|

**Akron General Medical Center**
**Dept. 781113**
**PO Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.92 |
|---|---|---|---|

**Akron Neurology, Inc.**
**3632 Ridgewood Rd.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.65 |
|---|---|---|---|

**Akron Radiology, Inc.**
**400 Wabash Ave.**
**Akron, OH 44307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKSHATA KULKARNI**
**1350 N HOWARD STREET**
**APT 510**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKSHAY KUMAR PAKALA**
**55 FIR HILL ST APT 12B6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKSHAY KUMAR PAKALA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Akshith Dass**
**7121 Darcie Dr.**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AKUL YAJNIK**
**3795 SCHIRTZINGER RD**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AL HUSSEIN AL RASHDI**
**55 FIR HILL, APT. 7B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AL TABE**
**12904 NORTHAMPTON DR**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALAA ALHARBI**
**1460 BUCKINGHAM GATE BLVD.**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALAA ALSAFFAR**
**6164 6TH AVENUE**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALAADDIN IBRAHIMY**
**86 WISE STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alabama Department of Revenue**
**Business Priv. Tax Section**
**PO Box 327320**
**Montgomery, AL 36132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALAINA BEHNKE**
**636 TALL OAKS AVE.**
**LIMA, OH 45805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALAINA THOMPSON**
**7891 STATE ROUTE 303**
**WINDHAM, OH 44288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALAINNA CONROY**
**867 PELLEY DRIVE**
**CLEVELAND, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALAINNA SEPULVEDA**
**11343 TELEGRAPH RD**
**ERIE, MI 48133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALAN ARSLANIAN**
**371 RAINBOWS END**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALAN GREEN**
**1913 W SHERMAN AVE**
**WEST PEORIA, IL 61604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alana Cooper**
**97 Roosevelt Ave.**
**East Orange, NJ 07017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALANA DEMPS**
**17240 NW 40TH AVE**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 70 of 3613

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.374**

Nonpriority creditor's name and mailing address
**Alana Felix**
**12166 NW 46th St.**
**Pompano Beach, FL 33076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.375**

Nonpriority creditor's name and mailing address
**ALANIS SANTANA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.376**

Nonpriority creditor's name and mailing address
**ALANKAR RASTOGI**
**2200 HIGH ST APT 271**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.377**

Nonpriority creditor's name and mailing address
**ALANTRA MINES**
**31278 RIVA RIDGE ROAD**
**DOSWELL, VA 23047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.378**

Nonpriority creditor's name and mailing address
**ALAYNA MORRISON**
**3741 MAPLEWAY DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.379**

Nonpriority creditor's name and mailing address
**ALAZIA BUFFORD**
**6151 FROGGATT ST**
**ORLANDO, FL 32835**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.380**

Nonpriority creditor's name and mailing address
**ALBERT  DE LOS SANTOS**
**2702 HEATHER PL**
**SARASOTA, FL 34235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert Adusei**
**4964 Brittany Court W**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBERT FUENTES**
**3236 W 77 PL**
**HIALEAH, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBERT FUENTES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBERT MONTANO**
**8181 NW SOUTH RIVER DRIVE**
**LOT E-520**
**MEDLEY, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBERTA MAYFAIR ASARE YEBOAH**
**525 CARROLL STREET**
**APT 1B**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBERTO MAYORGA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBERTO MAYORGA**
**2431 NW 31TH ST**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALBIN ANDINO**
4001 SW 52ND AVE
APT 105
HOLLYWOOD, FL 33023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALDANA FOIGEL**
3200 PALM TRACE LANDINGS DR. #910
DAVIE, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALDANA FOIGEL**
3625 COLLEGE AVENUE
CULTURAL LIVING CENTER (CLC)
DAVIE, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALDAR SELIMOVIC**
550 KIELY BLVD
APT 73
SAN JOSE, CA 95117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alea Shipp**
16 Sunnyside Rd.
Silver Spring, MD 20910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEANDRA PINDER**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEC ELDRIDGE**
5996 BRIDLE PATH DR.
BARTLETT, TN 38134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEC FISHER**
**140 N GLENWOOD ST**
**WAUSEON, OH 43567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEC GENTLE**
**6148 ELMDALE ROAD**
**BROOK PARK, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEC MARCINOWSKI**
**19890 TRAPPER TRAIL**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alec Mathew**
**329 Trail East**
**Pataskala, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alec Mueller**
**10074 Blade Rd.**
**Minerva, OH 44657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEC TRUCKOR**
**15385 COUNTY ROAD 2**
**METAMORA, OH 43540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEC VARTERESSIAN**
**836 LEUCADIA BLVD**
**ENCINITAS, CA 92024-2337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alec Wilkins**
8629 Cable Line Rd.
Ravenna, OH 44266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALECIA SAMPLES**
1030 EXPLORER STREET
DUNCANVILLE, TX 75137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEJANDRA GONZALEZ ALVAREZ**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEJANDRA PRECIADO**
11730 SW 2 ST #12 APT 305
PEMBROKE PINES, FL 33025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEJANDRA VELASCO-VILLIANUEVA**
406 SUMNER STREET
APT. C1
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEJANDRO GARCIA**
10878 NW 51ST LN
DORAL, FL 33178-3929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEJANDRO JORGE**
7080 SW 23RD STREET
APT. 212
MIAMI, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 75 of 3613

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alejandro Serna-Gomez**
**129 Brookside Dr.**
**Duncanville, TX 75137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEJANDRO VELEZ**
**10570 NW 74 ST APT#303**
**MIAMI, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEJANDRO VILLAFUERTE**
**2421 SOUTH CARRIER PARKWAY, APT 115**
**GRAND PRAIRIE, TX 75051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEKSEI VOISKOVICH**
**1064 NW 99TH AVENUE**
**PLANTATION, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEKSEI VOISKOVICH**
**1849 S OCEAN DR APT.1408**
**HALLANDALE BEACH, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.58 |
|---|---|---|---|

**Alere Toxicology Services, Inc.**
**51 Sawyer Rd., Suite 200**
**Waltham, MA 02453-3448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alessa Felix**
**12166 NW 46th St.**
**Pompano Beach, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 76 of 3613

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ALESSANDRA CONSTANTINIDES**
**1086 LONGVIEW**
**WESTON, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Alessandra Krusciel de Moraes**
**656 Peregrine Dr.**
**Northwood, OH 43619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ALESSANDRA KRUSCIELDEMORAES**
**3414 DORR ST APT 405**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ALETHEIA SABA**
**1175 NEWELL LANE**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Alex Betz**
**7970 County Rd. E**
**Apt. 5-2**
**Delta, OH 43515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ALEX BOTELLO**
**5445 LAFAYETTE PLAIN CITY ROAD**
**LONDON, OH 43140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**Alex Calderone**
**4160 Hawksfield Cir.**
**Akron, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX ELLENBERGER**
**309 W BUCKEYE ST**
**CLYDE, OH 43410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX FULTZ**
**11213 FOREST LANE AVE**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX HAIGLER**
**3630 RANCH ROAD APT 5-5**
**COLUMBIA, SC 29206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Heban**
**351 Hillside Dr.**
**Rossford, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Howard**
**8202 Fernham Ln**
**District Heights, MD 20747-4503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Johnson**
**4400 Bowleys Ln**
**#2B**
**Baltimore, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX KANIA**
**11115 WHITEWOOD DRIVE**
**NEWBURY, OH 44065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 78 of 3613

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEX KLEINFEHN**
**2220 HIGH STREET**
**APT 619**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEX KOFI APPIAH**
**656 EAST BUCHTEL AVENUE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEX KOFI APPIAH**
**195 WHEELER STREET**
**APARTMENT 106**
**AKRON, OH 44504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.39 |

**Alex M. Lam, MD, PA**
**600 N. Hiatus Rd., Ste. 105**
**Hollywood, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEX MAPP**
**2821 ODESA DR**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEX MEEHAN**
**1994 BILLINGSLEY ROAD**
**COLUMBUS, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEX NYARKO**
**56 SOUTH FORGE STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX OLIVER**
**1656 CASTLEFIELD ROAD**
**VIRGINIA BEACH, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Oyetunde**
**10 Days End Ct**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX RICE**
**577 SHADY LEDGE DR**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX RODRIGUEZ**
**1005 ORLY DRIVE**
**KISSIMMEE, FL 34759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX RODRIGUEZ**
**739 WINCHELL STREET SW**
**PALM BAY, FL 32908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEX SEYER**
**1305 HAWKINS CT**
**SAINT CHARLES, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Taylor**
**543 Clark Place**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Taylor**
**5 Westview Court**
**Thurmont, MD 21788**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA BOOHER**
**6560 RED BRUSH ROAD**
**RAVENNA, OH 44266**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA BRAXTON**
**607 BERRYMANS LN**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA FISHER**
**5038 CASCADE DR**
**POWELL, OH 43065**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA LEIZ LEIZOREK**
**4334 HOBBS ROAD**
**GREENSBORO, NC 27410**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA PERRY**
**8840 ROYAL OAK DR**
**HOLLAND, OH 43528**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexa Sboticki**
**2801 W Bancroft**
**MS 513**
**Toledo, OH 43606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA SUBOTICKI**
**8662 STONE POST RD**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA TORRES**
**P.O. BOX 2600082**
**PEMBROKE PINES, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA WRIGHT**
**11235 S CUSTER RD**
**MONROE, MI 48161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXA-KIARA MATTHEW**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER ANDRZEJEWSKI**
**6887 TAYLOR ROAD**
**HAMBURG, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER BAADER**
**583 E BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER BAADER**
**80 E EXCHANGE ST**
**APARTMENT 123D**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER BANNISTER, II**
**140 EASTON MANOR DR**
**MONROE, OH 45050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER BEAMS**
**4922 EASTWICK DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER BICK**
**3 FAIRWOOD AVE**
**NORWALK, OH 44857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER BOWSER**
**178 TOWNLINE ROAD**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexander Burns**
**7744 Woodstone Dr.**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER CONCHA**
**12945 SW 185 TER**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexander Dang**
**610 Havens Corners Rd.**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 83 of 3613

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDER DISCENNA**
**28863 OREGON RD APT 81**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDER GILSON**
**4839 WESTCLIFFE CT**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDER GODZAK**
**14601 STATE ROUTE 613**
**VAN BUREN, OH 45889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDER GONZALEZ**
**PO BOX 523443**
**MIAMI, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDER GONZALEZ**
**4925 ORDUNA DR**
**CORAL GABLES, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDER GRANISON**
**417 49TH STREET**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

*Alexander Haley*
*408 Lake Shore Dr.*
*Lebanon, OH 45036*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 84 of 3613

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER HARRINGTON**
**2209 HUNTINGDON AVENUE**
**BALTIMORE, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Holden**
**1877 Scioto Pointe Dr.**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER MCCHESNEY**
**2750 OAKRIDGE CT**
**COLUMBUS, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER NUNEZ**
**3916 STAGE COUCH TRAIL**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER PAUL**
**7425 SW 34TH STREET ROAD**
**MIAMI, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER PERRELLA**
**19843 STOUGHTON DRIVE**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER POPE**
**14490 CENTERBURG RD**
**SUNBURY, OH 43074-9711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER RAMART**
**535 E WATERFRONT DRIVE #7117**
**HOMESTEAD, PA 15120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER ROGGE**
**163 RAINBOW DRIVE**
**#6348**
**LIVINGSTON, TX 77399-1063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER ROSZMAN**
**7845 WESTWOOD RD**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER SAVAGE**
**7746 QUAKER CT**
**WEST CHESTER, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Alexander Smith
7311 Geirman Rd.
Maybee, MI 48159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER SMITH**
**7227 EYLER DR**
**SPRINGBORO, OH 45066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDER SMITH**
**2270 W BUNCHE PARK DR**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 86 of 3613

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Alexander Stevens**<br>**2741 Horseshoe Rd.**<br>**Delaware, OH 43015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **ALEXANDER SYMONETTE**<br>**8504 ROCKWELL DR**<br>**CLINTON, MD 20735-2654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **ALEXANDER TAYLOR**<br>**297 PROVIDENCE DR**<br>**MEDINA, OH 44256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Alexander Thompson**<br>**6900 SW 39th St.**<br>**Apt. 306J**<br>**Fort Lauderdale, FL 33314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **ALEXANDER THOMPSON**<br>**4673 HEATHER RIDGE**<br>**HILLIARD, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **ALEXANDER WARREN-GREEN**<br>**46064 SPINNING WHEEL DRIVE**<br>**CANTON, MI 48187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **ALEXANDRA AZCUY**<br>**27220 SW 165 AVE**<br>**HOMESTEAD, FL 33031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.493 | **Nonpriority creditor's name and mailing address**<br>**ALEXANDRA AZCUY**<br>**28 ALMERIA AVENUE, UNIT # 1**<br>**CORAL GABLES, FL 33134** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.494 | **Nonpriority creditor's name and mailing address**<br>**ALEXANDRA BERRY**<br>**946 DOCK ROAD**<br>**MADISON, OH 44057** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.495 | **Nonpriority creditor's name and mailing address**<br>**Alexandra Brown**<br>**30 Donald St**<br>**Bloomfield, NJ 07003** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.496 | **Nonpriority creditor's name and mailing address**<br>**ALEXANDRA BURREL**<br>**624 E LINCOLN AVE**<br>**MUSKEGON HTS, MI 49444** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.497 | **Nonpriority creditor's name and mailing address**<br>**ALEXANDRA BUTLER**<br>**3713 REISTERSTOWN RD**<br>**BALTIMORE, MD 21215** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.498 | **Nonpriority creditor's name and mailing address**<br>**ALEXANDRA CHAZALEH**<br>**2 BRAMBLE BUSH COURT**<br>**WOODRIDGE, IL 60517** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.499 | **Nonpriority creditor's name and mailing address**<br>**ALEXANDRA DUCKSWORTH**<br>**1010 COASTAL CIRCLE**<br>**OCOEE, FL 34761** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**ALEXANDRA FORD**
**1130 4 SEASONS DR APT 1**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**ALEXANDRA FULTSGANEY**
**4430 N. HOLLAND SYLVANIA RD.**
**APT. 4251**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**Alexandra Ghazaleh**
**2 Bramble Bush Court**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**ALEXANDRA GOMEZ**
**6271 BINLEY WOODS**
**MORROW, OH 45152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**ALEXANDRA HARPER**
**2223 GREEN CEDAR DRIVE**
**BEL AIR, MD 21015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**ALEXANDRA HAYES**
**3051 BLUEBIRD LANE**
**APT 104**
**MEBANE, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|-------|

**ALEXANDRA KHAMISSIAN**
**16820 NW 82ND AVENUE**
**MIAMI LAKES, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDRA KIVNICK**
**814 23RD ST**
**SANTA MONICA, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Luby**
**4068 Stonebridge Blvd.**
**Akron, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDRA MENDEZ**
**12600 SW 78 AVE**
**MIAMI, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDRA MURRAY**
**224 WEST NORTH AVENUE**
**EAST PALESTINE, OH 44413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDRA NARDO**
**18020 CINNAMON TRAIL**
**CHAGRIN FALLS, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDRA NEWELL**
**16727 NW 12TH ST**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDRA PEREZ**
**5239 CHATEAUGAY DR**
**MASON, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDRA PETRUZZELLI**
**33 BORTON AVENUE**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDRA PETRUZZELLI**
**920 LAGO MAR LANE**
**BOCA RATON, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDRA ROSS**
**525 CARROLL ST, #3B**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDRA SNYDER**
**2858 NORTH BRIX AVENUE**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexandra Sutula**
**4430 N Holland Sylvania Rd.**
**Apt. 4251**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDRE LOUISDHON**
**842 NE 209 STREET APT 203**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXANDREA NOWLIN**
**404A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDREA NOWLIN**
**308C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDRIA CREECH**
**7205 HOWLAND PL**
**HUBER HEIGHTS, OH 45424-3148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDRIA CRICKLOW-BRADSHAW**
**5304 LEITH RD.**
**APT 2E**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDRIA FERGUSON**
**202 S JIM MILLER RD**
**DALLAS, TX 75217-5998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexandria Gardner**
**10700 John Russell Rd**
**Charlotte, NC 28213-5222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDRIA GREEN**
**461 LEISURE DRIVE**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALEXANDRIA MCCULLOUGH**
**1217 S DIXIE HWY W**
**APT 207**
**POMPANO BEACH, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALEXANDRIA PETERSON** | ☐ Contingent | |
| | **4807 WESTPARKWAY** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21229** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALEXANDRIA PHILLIPS-SANFILIPPO** | ☐ Contingent | |
| | **10623 KIRKHALL DRIVE** | ☐ Unliquidated | |
| | **HOUSTON, TX 77089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALEXANDRIA SIGGERS** | ☐ Contingent | |
| | **137 STONE RIDGE WAY** | ☐ Unliquidated | |
| | **BEREA, OH 44017** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALEXANDRIA SMITH** | ☐ Contingent | |
| | **1243 WEATHERVANE LANE** | ☐ Unliquidated | |
| | **APT 3C** | ☐ Disputed | |
| | **AKRON, OH 44313** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALEXANDRIA STEWART** | ☐ Contingent | |
| | **407 ZINNIA CT.** | ☐ Unliquidated | |
| | **BEL AIR, MD 21015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Alexandria Wingate** | ☐ Contingent | |
| | **4010 Pinewood Ave** | ☐ Unliquidated | |
| | **Baltimore, MD 21206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALEXANDRIA YOUNG** | ☐ Contingent | |
| | **1420 MINUET LANE** | ☐ Unliquidated | |
| | **DALLAS, TX 75241-4520** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexi Kamer**
**3414 Dorr St.**
**Apt. 137**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIA ALLEN-HENDERSON**
**752 NW 7TH STREET**
**HALLANDALE, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIA CHIRINO**
**3510 W 80TH ST UNIT 201**
**HIALEAH, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIA KEMERLING**
**123 GLENWOOD BOULEVARD**
**MANSFIELD, OH 44906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIA LYLES-MURRAY**
**832 EAST TIFFANY DRIVE**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIA MILLER**
**408 NW 15TH AVENUE**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIA MILLER**
**1514 NORTH WEST 3RD STREET**
**BUILDING 7**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 94 of 3613

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIA SMITH**
**5382 VILLAGE LANE**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIA SMITH**
**3304 VALLEY FORGE TRAIL**
**FORT WORTH, TX 76140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIA WOODLEY**
**798 NORTH VINE STREET**
**FOSTORIA, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS ADELTA**
**8323 VERDANT DR**
**WEST CHESTER, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS ARCHER**
**5400 NW 18TH PLACE**
**CITY OF SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS BRYANT**
**5817 WESLEYAN DRIVE**
**PO BOX B130**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS BULLINS**
**5817 WESLEYAN DRIVE**
**PO BOX B142**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS CONWAY**
**2942 ESSEX ROAD**
**WANTAGH, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS DAMIANOS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS DIXON**
**150 NE 23RD CT**
**POMPANO BEACH, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Ferguson**
**11322 River Run Lane**
**Berlin, MD 21811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS GANDARILLA**
**4430 NORTH HOLLAND SYLVANIA RD**
**APT 4228**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS GEORGIEFF**
**8947 BUERK DR**
**TEMPERANCE, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Girvan**
**4851 Gail Ct.**
**Trenton, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS GOODING**
**1900 N BAYSHORE DRIVE**
**UNIT 3809**
**MIAMI, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS GREEN**
**1367 MEADOWBROOK BOULEVARD**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS HANDLEY**
**322 S CLEVELAND AVE**
**MOGADORE, OH 44260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS HARRIS**
**2116 4TH AVE**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS HIJOS**
**9822 SHEPARD PL**
**WELLINGTON, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS HIRSCH**
**10865 GROSS DRIVE**
**PARMA, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS HIRSCH**
**576 MAPLEWOOD DR.**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.563 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**ALEXIS HOGAN**
**27 ARGYLE RD APT 4C**
**BROOKLYN, NY 11218-2919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.564  **Nonpriority creditor's name and mailing address**
**ALEXIS HORTON**
**19 MELKEN CT**
**NOTTINGHAM, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.565  **Nonpriority creditor's name and mailing address**
**ALEXIS JOHNSON**
**3138 MARCH LANE**
**GARLAND, TX 75042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.566  **Nonpriority creditor's name and mailing address**
**Alexis King**
**6805 E Nashway**
**West Bloomfield, MI 48322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.567  **Nonpriority creditor's name and mailing address**
**ALEXIS KNIGHT-KEMP**
**182 PARKER AVE**
**MAPLEWOOD, NJ 07040-1838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.568  **Nonpriority creditor's name and mailing address**
**ALEXIS LEOMBRUNO**
**6911 HIGHLAND DRIVE**
**INDEPENDENCE, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.569  **Nonpriority creditor's name and mailing address**
**ALEXIS MATIP**
**202A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS MCKEE**
**3482 APPLE VALLEY DRIVE**
**HOWARD, OH 43028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS MODZELESKY**
**410 NW 68th Ave.**
**Apt. 205**
**Fort Lauderdale, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS MURRELL**
**5803 BARNES DR**
**CLINTON, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEXIS NAVARROSWARTZ**
**3158 MIDDLESEX DR APT B**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Newman**
**930 Meghann Lane**
**Waxahachie, TX 75167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Overly**
**4 Timberlane Dr.**
**Chillicothe, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Pahulu**
**6104 Barbara Ln**
**Brookpark, OH 44142-2705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **ALEXIS PERKINS**<br>**12101 CORBETT**<br>**DETROIT, MI 48213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **ALEXIS PERKINS**<br>**21283 VERMANDER**<br>**CLINTON TOWNSHIP, MI 48035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **ALEXIS PIERCE**<br>**11612 SUMMER OAK DR**<br>**GERMANTOWN, MD 20874-1935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **ALEXIS POLCAWICH**<br>**721 31ST ST NW**<br>**CANTON, OH 44709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **ALEXIS POLCAWICH**<br>**423 OLIVER DRIVE**<br>**ELIZABETH, PA 15037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Alexis Revelles**<br>**710 Independence Dr.**<br>**Laredo, TX 78043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **ALEXIS RITTER**<br>**8770 EASY STREET NW**<br>**MASSILLON, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**ALEXIS ROBINSON**
**105 BRIAR HEATH CIRCLE**
**DAYTON, OH 45415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Alexis Salsbury**
**14121 Buckland Holden Rd.**
**Wapakoneta, OH 45895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**ALEXIS SMITH**
**3113 N W 52ND STREET**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**ALEXIS THOMAS**
**12345 BAKER MILL ROAD**
**SEAFORD, DE 19973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**ALEXIS VICK**
**3238 RAVENWOOD BLVD**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**ALEXIS WEI**
**1673 RIDGEHILL LN**
**LIMA, OH 45805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**ALEXIS WELLS-GRIFFIN**
**4826 BUTTERFIELD RD**
**ARLINGTON, TX 76017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 101 of 3613

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS WHITE**
**7204 S ROCKWELL STREET**
**CHICAGO, IL 60629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIS WOJTOWICZ**
**179 ERIE STREET**
**CONNEAUT, OH 44030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexis Young**
**807 Windward Way**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXIUS BROWN**
**8114 FORCE AVENUE**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexsandra Litowsky**
**PO Box 50016**
**Pompano Beach, FL 33074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXUS ACTON**
**210 WEST NORTH STREET**
**PO BOX 136**
**WEST MANCHESTER, OH 45382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexus Cravens**
**21698 N Dixie Hwy**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXUS DAVIS**
**1451 WASHINGTON AVE APT 8B**
**BRONX, NY 10456-1945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexus Kacan**
**4004 Dublin Rd.**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXUS SCHARKLEY**
**1609 BECKIER DRIVE**
**KILLEEN, TX 76543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXXIS KEARNS GROMINSKY**
**145 ANNADALE AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXXUS SHAW**
**4733 HAAS DR**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXYA SOTO**
**819 BRETON DRIVE**
**GLENN HEIGHTS, TX 75154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEYNA GEE**
**3995 MEADOW GATEWAY**
**BROADVIEW HEIGHTS, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 103 of 3613

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFONSO PEARSON**
**204A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFONSO SANTOS**
**554 SAN ESTEBAN AVE**
**CORAL GABLES, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFRED LAVEIST**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFREDO BLANCA DO SANTOS**
**3358 W 97TH STREET**
**HIALEAH, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFREDO BLANCA DOS SANTOS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFREDO MOSQUERA**
**406 SUMNER ST**
**APT B10**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFREDO RAMOS TOLLINCHI**
**3660 N 56TH AVE, APT # 622**
**HOLLYWOOD, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALHAJI AMIDU JALLOH**
**5 VIEWRIDGE DRIVE**
**APT. J**
**BALTIMORE, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALHAJI AMIDU JALLOH**
**1531 PENTRIDGE ROAD**
**APT. 201A**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**ALHAMBRA MEDICAL GROUP**
**7100 W 20th Ave.**
**HIALEAH, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __3858__     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALI ABOUALAIWI**
**2571 WEST VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALI AL RASHDI**
**55 FIR HILL, APT. 7B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALI AL-KHATIB**
**25582 WEST HEDGEWOOD DRIVE**
**WESTLAKE, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALI ALMAMLUK**
**10500 SW 108 AVE**
**APT# B416**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI AMMAR**
**590 E. BUCHTEL AVE APT 25**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI ASSAAD**
**4616 IMPERIAL DRIVE**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI EL**
**7033 CINNAMON TEAL CT**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Eltatawy**
**7033 Cinnamon Teal Ct.**
**Toledo, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI FAROOQUI**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI GHAMLOUSH**
**2642 MIDDLESEX DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI JAVADI**
**25400 ROCKSIDE ROAD, APT 620**
**BEDFORD HEIGHTS, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI JUNEJO**<br>**HOUSE NO. 108, AHMED BARRISTER ROAD**<br>**KARACHI, SINDH, OH 75400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI KHANAT**<br>**17827 LAKE AZURE WAY**<br>**BOCA RATON, FL 33496** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI REZA DANESHKHAH**<br>**590 EAST BUCHTEL AVE. APT. 47**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI SAID**<br>**1433 APPOMATTOX DR**<br>**MAUMEE, OH 43537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI SAMI ABOU-ALAIWI**<br>**2571 WEST VILLAGE DR**<br>**TOLEDO, OH 43614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI SHAHZAD CHAUDHRY**<br>**615 SANDUSKY ST**<br>**DELAWARE, OH 43015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **ALI SULTTAN**<br>**1314 W BROAD ST APT A1**<br>**COOKEVILLE, TN 38501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALI TOPCU** | ☐ Contingent | |
| | **701 EDWARD AVE.** | ☐ Unliquidated | |
| | **CUYAHOGA FALLS, OH 44221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALI YAACOUB** | ☐ Contingent | |
| | **2453 MEADOWWOOD DRIVE** | ☐ Unliquidated | |
| | **TOLEDO, OH 43606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALIA KNIGHT-KEMP** | ☐ Contingent | |
| | **182 PARKER AVENUE** | ☐ Unliquidated | |
| | **MAPLEWOOD, NJ 07040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALIA SCRIVEN** | ☐ Contingent | |
| | **424 EAST FEDERAL ST** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALIA VINES** | ☐ Contingent | |
| | **409 MCARTHUR DRIVE** | ☐ Unliquidated | |
| | **KILLEEN, TX 76541** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALIAS CONEY** | ☐ Contingent | |
| | **377 CROSS STREET** | ☐ Unliquidated | |
| | **AKRON, OH 44311** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ALICE GIBBS** | ☐ Contingent | |
| | **2139 8TH STREET** | ☐ Unliquidated | |
| | **CUYAHOGA FALLS, OH 44221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 108 of 3613

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALICE MANU**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167.00 |
|---|---|---|---|

**Alice Mendelson, MD**
**36622 Five Mile Rd. #101**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6294

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALICIA ARCHER**
**5400 NW 18 PLACE**
**CITY OF SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALICIA CORBO**
**22610 SW 103 AVE**
**MIAMI, FL 33190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALICIA DEMBKOWSKI**
**4624 SECOR RD**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALICIA MARSHALL**
**4101 GLENBROOK DRIVE**
**RICHARDSON, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALICIA MAYE**
**15791 SW 53RD CT**
**MIRAMAR, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alicia Smith**
**5715 Simonds Ave**
**Apt. A**
**Baltimore, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALICIA TORRES**
**19662 NW 59TH PLACE**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alicia Young**
**7581 NW 86th Terrace**
**Apt. 103**
**Fort Lauderdale, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALICIA YOUNG**
**PO BOX 173324**
**HIALEAH, FL 33017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIDA BUSTOS**
**19146 NW 67 PL**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALINA CONNIE**
**8944 MANGO AVE**
**MORTON  GROVE, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALINA MILLE**
**4463 LEXINGTON RIDGE DRIVE**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALINA SCHULHOFER**
**6080 SW 24TH PLACE APT 302**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALIREZA BAGHERI RAJEONI**
**80 E. EXCHANGE ST. APT 222-B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALISA FOWLER**
**703 N AUSTIN BLVD**
**CHICAGO, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALISA PERKINS**
**12101 CORBETT STREET**
**DETROIT, MI 48213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALISA TSYPIN**
**493 GAGE ST APT 2**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALISHA COATES**
**1485 CANTWELL ROAD**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALISHA FOSTER**
**817 FOXMOORE COURT**
**VIRGINIA BEACH, VA 02346-2526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALISHA SPIRKO**
**2573 3RD ST**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALISIA WILSON**
**525 GRANDVIEW AVE.**
**OTTUMWA, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALISON BARBIERO**
**1204 E CUMBERLAND AVE**
**APT 420**
**TAMPA, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Alison Hughes
2441 Greenwood Dr.
Janesville, WI 53546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

Alison P. Southern, MD
525 E Market St.
Akron, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2365**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALISSA ALLISON**
**1730 KENSINGTON RD**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALISSA YOUNG**
**2150 NW 4TH STREET**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 112 of 3613

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALISSE LAGGER**
**3843 SYLVANWOOD DR**
**SYLVANIA, OH 43560-3927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIVIA GRIFA**
**2842 ARCHWOOD PLACE**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIVIA TAVERNIER**
**4123 AMY BROOKE CIR**
**BELLBROOK, OH 45305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIX CASSAGNOL**
**2132 CHIPPEWA PL**
**SILVERSPRING, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIX TROPNAS**
**8565 SW 152ND AVE**
**128**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIYA CONLEY**
**2896 YOST CT**
**EDGEWOOD, MD 21040-3434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALIYA KINGWOOD**
**1323 EAST EAGER STREET**
**BALTIMORE, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.675**

**Nonpriority creditor's name and mailing address**

**ALIYAH AL-KARIM**
**5911 TOSCANA DRIVE**
**APT 1114**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676**

**Nonpriority creditor's name and mailing address**

**ALIYAH BENSON**
**3585 NORMANDY ROAD, UPPER**
**SHAKER HEIGHTS, OH 44120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**

**Nonpriority creditor's name and mailing address**

**ALIYAH BLAINE**
**406C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678**

**Nonpriority creditor's name and mailing address**

**ALIYAH LABOY**
**5639 PATTILLO WAY**
**LITHONIA, GA 30058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679**

**Nonpriority creditor's name and mailing address**

**ALIYAH WATSON**
**1230 E LANVALE ST**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680**

**Nonpriority creditor's name and mailing address**

**ALJANAT SANNI**
**3815 64TH AVE APT 204**
**HYATTSVILLE, MD 20784-1854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681**

**Nonpriority creditor's name and mailing address**

**Allahsha Farmer**
**2709 Radford St.**
**Alexandria, VA 22302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan Cameron**
**142 - 23rd St.**
**Apt. 908**
**Toledo, OH 43604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLAN KLUTTZ**
**5611 SW 38TH STREET**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allana Snead**
**6610 Birchwood Ave**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLEGRA ALLEN**
**716 ROBINLYNN STREET**
**MESQUITE, TX 75149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLEN GATLING**
**505D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLEN MATHIS**
**346 LAUREL LANE**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLEN METELLUS**
**2373 NW 151ST ST**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLEN PETERSON**
**11 MARCHMONT LANE**
**WILLINGBORO, NJ 08046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.11 |
|---|---|---|---|

**Allergy & Asthma Care of the PB**
**500 University Blvd., Ste. 116**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,807.00 |
|---|---|---|---|

**ALLERGY AND ASTHMA ASSOCIATES**
**7800 SW 87TH AVE**
**SUITE C-340**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,134.73 |
|---|---|---|---|

**Allergy Asthma Associates of Southe**
**900 East Ocean Blvd.**
**Building D, Suite 334**
**Stuart, FL 34994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.51 |
|---|---|---|---|

**Allergy Asthma Associates, Inc.**
**10597 Mongomery Rd., Ste. 200**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allicia Maye**
**15971 SW 53rd Ct.**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allie Atkinson**
**74 Rudy Rd.**
**Mansfield, OH 44903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.12 |
|---|---|---|---|

**Allied Dermatology & Skin Surgery**
3624 W. Market St.
Akron, OH 44333

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,165.00 |
|---|---|---|---|

**ALLIED PHYSICIANS GROUP PLLC**
LOCKBOX 10280
NEW YORK, NY 10003

Date(s) debt was incurred _

Last 4 digits of account number  **4799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allisha Ali**
3402 Mallery St.
Flint, MI 48504

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Bratcher**
2133 Birkdale Rd.
Toledo, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Brooks**
25 Greenbriar Dr.
Uniontown, PA 15401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON BROWN**
1184 EMERY RIDGE DR
BATAVIA, OH 45103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON DERICO**
12455 TURTLE DOVE PL
WALDORF, MD 20602-1406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Dunn**
**1154 Four Seasons Dr.**
**Apt. 5**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON FATHBRUCKNER**
**233 BENDELOW COURT**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON FERNANDEZ**
**5817 WESLEYAN DRIVE**
**PO BOX A487**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON FERNANDEZ**
**631 PRICES DRIVE**
**CRESCO, PA 18326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON GULLINGSRUD**
**2133 BIRKDALE RD**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON KERN**
**370 KERN RD.**
**WATERFORD, OH 45786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON KLEMAN**
**25223 MORRIS SALEM RD**
**CIRCLEVILLE, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON LOMBARDO**
**1344 WEATHERVANE LANE  APT 2A**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON MCCOY**
**6514 LARE RD**
**CONVOY, OH 45832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Pavlik**
**2504 Bazetta Rd. NE**
**Warren, OH 44481-9328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON PEREZ**
**1979 WEST 93RD STREET**
**CLEVELAND, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON RAPETTI**
**7101 SW 109 CT**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Robbins**
**5388 Brickleberry Way**
**Douglasville, GA 30134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON SLUTZ**
**27432 WINONA ROAD**
**SALEM, OH 44460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON TESKE**
**1445 AVONDALE DR**
**GREEN BAY, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLISON VANNOY**
**5505 MENNONITE ROAD**
**MANTUA, OH 44255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Zimmerman**
**4430 N Holland Sylvania Rd.**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLIYAH GORDON**
**364 ALDEBURGH AVE**
**SOMERSET, NJ 08873-4842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLIYAH SANDS**
**146 HAWTHORN DRIVE**
**CLAYTON, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLJAHNI MACK**
**5 FOREST AVENUE**
**VALLEY STREAM, NY 11581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allyse Harrington**
**872 Rivanna River Reach**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLYSE RUTTER**
**416 GLENVIEW DRIVE**
**FOSTORIA, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLYSON WENTWORTH**
**209 CURTIS CT**
**STEWARTSVILLE, NJ 08886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLYSON WHARTON**
**1135 NORTHWOOD CIR**
**NEW ALBANY, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALOMZI SIWELA**
**4122 ANDERSON WOODS DR**
**JACKSONVILLE, FL 32218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALON THOMAS**
**5470 NW 176TH ST**
**MIAMI, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALONTE WRIGHT**
**1140 EAST 42ND PLACE, APT1A**
**CHICAGO, IL 60653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alonzia Battle**
**4524 Springstead Trl**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALONZO HAM**
**2421 SW 48TH AVENUE**
**WEST PARK, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALONZO SMALL**
**4929 MELINDA DRIVE**
**FOREST HILL, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Alpha Misbahou-Jalloh
11305 Birkdale Ct
Bowie, MD 20721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALPHI LEWIS**
**219-13 114 ROAD**
**CAMBRIA HEIGHTS, NY 11411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALTANEIO FERGUSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALTHEA WRIGHT**
**19515 NW 38TH CT**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALTORIA ANDERS**
**1611 WEST 16TH STREET**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.738 | **Nonpriority creditor's name and mailing address** |

**ALVIN ANDERSON**
**14821 JACKSON ST**
**MIAMI, FL 33176**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.739 | **Nonpriority creditor's name and mailing address** |

**ALVIN DAVIS**
**124 NW 40TH CT**
**APT 3**
**OAKLAND PARK, FL 33309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740 | **Nonpriority creditor's name and mailing address** |

**Alvin Ilechie**
**8201 Climbing Fern Ct.**
**Bowie, MD 20715**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.741 | **Nonpriority creditor's name and mailing address** |

**ALVIN NNABUE**
**1646 BOND RD**
**PARKTON, MD 21120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.742 | **Nonpriority creditor's name and mailing address** |

**ALWALEED ALREMAIH**
**1835 ASHTON LANE**
**APT #118**
**KENT, OH 44240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.743 | **Nonpriority creditor's name and mailing address** |

**ALYSA GIUDICI**
**2058 EMENS DRIVE**
**MUSKEGON, MI 49444**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.744 | **Nonpriority creditor's name and mailing address** |

**ALYSA GRINDLINGER**
**40 ROWLAND AVE HWCC BOX # 3248**
**DELAWARE, OH 43015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ALYSE GILLENTINE**
**13304 CROCUS AVENUE NW**
**HARTVILLE, OH 44632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ALYSIA HARRIS**
**4130 EAST 104TH STREET**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ALYSON STOLL**
**370 WESTGROVE CT**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ALYSSA ABNER**
**1022 SUNSET DR**
**ENGLEWOOD, OH 45322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ALYSSA AVILA**
**8731 HOMER STREET**
**DETROIT, MI 48209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ALYSSA BIGELOW**
**641 BRYNHAVEN DR**
**OREGON, OH 43616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Alyssa Brinkley**
**5773 W Camper Rd.**
**Genoa, OH 43430-9300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA CASTILLO**
**128 WASHINGTON STREET**
**HARTFORD, MI 49057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA CLAY**
**373 CAROLL ST.**
**SUITE 62**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA ELDER**
**17150 BUTTS CANYON RD**
**MIDDLETOWN, CA 95461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA EVERSMEYER**
**1384 JEFFERSON AVE**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA GOSLING**
**2137 TIGRIS DRIVE**
**WEST PALM BEACH, FL 33413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA HOLLEY**
**701 NW 210 STREET**
**BLDG. 3 APT. 318**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Hoyng**
**2021 Barnsbury Ct.**
**Celina, OH 45822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 125 of 3613

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA JONKINS**
**330 TAYLOR ST NE 44**
**WASHINGTON, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA MCGHEE**
**9827 HEMLOCK LANE**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Mediate**
**4430 N Holland Sylvania Rd.**
**Apt. 4119**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA MILLER**
**2559 HEATHER HILLS RD APT B**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA PETTY**
**4793 HABITS GLEN CT**
**CINCINNATI, OH 45244-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA ROBERTS**
**12669 WILLIAMSBURG AVE NW**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA STEIN**
**4700 SW 108TH AVENUE**
**DAVIE, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA THOMAS**
**3837 KENWAY BLVD**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA ZIELENIEWSKI**
**3847 INDEPENDENCE ROAD**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALYSSA ZUMBERGER**
**9901 WRIGHT-PUTHOFF RD.**
**SIDNEY, OH 45365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.00 |
|---|---|---|---|

**AM RYWLIN MD & ASSOC PA**
**4300 ALTON RD**
**@2400**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1210

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMADOU MAMADOU**
**4985 OLD COVENTRY ROAD**
**APT. 4064**
**COLUMBUS, OH 43232-2684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amaka Ehienulo**
**4397 Palton Dr.**
**Dumfries, VA 22025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amal el Daibani**
**4312 N Holland Sylvania Rd.**
**Apt. 323**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.773 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**AMAL NARAYANAN**
**2220 HIGH ST**
**APT 305**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** |

**Aman Daniel**
**12406 Sadler Ln**
**Bowie, MD 20715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** |

**AMANAWIT WORKU**
**2801 W BANCROFT MS121**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** |

**AMANDA ALBERT**
**5905 APPLETON DR.**
**NORFOLK, VA 23502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** |

**Amanda Alston**
**6 Joicy Ct**
**Gwynn Oak, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** |

**AMANDA BAKLEY**
**2926 NORTH CENTRE STREET**
**PENNSAUKEN, NJ 08109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** |

**Amanda Berthold**
**2620 S University Dr.**
**Apt. #204**
**Fort Lauderdale, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA BLYER**
**6102 SUNSCAPE DRIVE NE**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA CARR**
**4709 LABURNUM DR**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA CARTEE**
**9709 MARTINIQUE DR**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA COOPER**
**9526 IROQUOIS TRCE**
**NEW HAVEN, IN 46774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA CRUZ**
**1585 DEAN STREET, APT 4A**
**BROOKLYN, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA DENTON**
**505 UNION STREET**
**PO BOX 104**
**HOWE, IN 46746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA DIGGS**
**2611 DOUGLAS RD SE #302**
**WASHINGTON, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA FOWLER**
**1541 PENTRIDGE RD.**
**APT 212**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA FOWLER**
**1227 MEIGS PL NE APT D**
**WASHINGTON, DC 20002-2442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA GIORDANO**
**1621 NW 4TH AVE**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA GROSS**
**2524 NW 15TH STREET**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA HOLZMAN**
**4811 FOOTE ROAD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA JORDAN**
**100 BELLMORE STREET**
**PAINESVILLE, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Landwehr**
**4429 SW 79th Ter.**
**Fort Lauderdale, FL 33314-3141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA LANDWEHR**
**4429 SW 70TH TER**
**DAVIE, FL 33314-3141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA MAZUREK**
**1925 KEY ST APT L**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA PERALTA**
**1599 EASTLAKE WAY**
**WESTON, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA PINEDA**
**11029 SW 88 ST APT P106**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA REMMETTER**
**4690 BOLIN AVE**
**SPRINGFIELD, OH 45502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Salmon**
**12015 Crimson Ln**
**Silver Spring, MD 20904-1950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA SPENCER**
**2133 CALAIS DR. APT 12**
**MIAMI BEACH, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA THAMMAVONGSA**
**835 GLENWOOD RD**
**ROSSFORD, OH 43460-1607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda Tucker**
**6320 Greenspring Ave.**
**Apt. 305**
**Baltimore, MD 21209-3512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA VAN STRAVERN**
**1354 HUNTER'S LAKE DR E**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA WILLIAMS**
**2534 ROBINDALE AVENUE**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA WOLFORD**
**9204 HILLCROFT DRIVE**
**RIVERVIEW, FL 33578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA WORCESTER**
**323 HAWTHORNE STREET**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANDA ZGANJAR**
**1156 CAIRO PL**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANI JIU**
**81 RYERSON ST**
**BROOKLYN, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMANUEL VORKU**
**3365 AIRPORT HWY APT 7**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMAR LOUIS**
**1616 NW 15TH AVE**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARACHI CHUKWUKA-EZE**
**9443 BALLARD GREEN DRIVE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARACHI ELENDU**
**6713 SUMMER RAMBO CT**
**COLUMBIA, MD 21045-5405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARI GLENN-MCNEILL**
**5817 WESLEYAN DRIVE**
**PO BOX A63**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARI GRANT**
**5603 SINCLAIR LANE, APT. E**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 133 of 3613

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARI SMITH**
**352 E 60TH ST**
**CHICAGO, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARISSE LEE**
**1346 S WABASH AVE**
**CHICAGO, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARRIA REAVES**
**903 ARGONNE DR**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMARYON WILLIAMS**
**3650 W 86TH PLACE**
**CHICAGO, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amaya White**
**31 Devon Green**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBAYE SEMERE**
**1643 NORTHGATE RD**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Banks**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMBER BANKS**
**31 CARRIE PL**
**SICKLERVILLE, NJ 08081-9609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMBER BERUMEN BAKER**
**11820 AMISTOSO LANE**
**LAS VEGAS, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMBER BESSNER**
**11095 BARRINGTON BOULEVARD**
**CLEVELAND, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMBER DAVIS**
**245 GRANT ST**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMBER DERUMEN BAKER**
**11820 AMISTOSO LANE**
**LAS VEGAS, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amber Emerson**
**12704 Mescalaro Ln**
**Lusby, MD 20657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amber Fussell**
**1469 Braden Crescent**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER HENDERSON**
**1242 ROZELLE AVENUE**
**EAST CLEVELAND, OH 44112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER HOLMES-TURNER**
**1376 CY BLACKBURN CIRCLE**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Jones**
**4244 E 116th St**
**Cleveland, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER KENNEY**
**21200 PRIDAY AVENUE**
**EUCLID, OH 44123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER KHAN**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Matalus**
**15525 Winding Trail Rd.**
**Colorado Springs, CO 80908-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER MATALUS**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER MCCLAIN**
**3420 N BELTLINE ROAD, APT 2020**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber McDonald**
**1704 Sassafras Hill St.**
**Durham, NC 27712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER MCDONALD**
**5817 WESLEYAN DRIVE**
**BOX A411**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER PERRY**
**2175 NW 105 TERRACE**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER RICKETTS**
**17880 KELLY BIRD DRIVE**
**LAWRENCEBURG, IN 47025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMBER ROBINSON**
**30246 INKSTER RD**
**FRANKLIN, MI 48025-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Ruscin**
**29015 Milarcik Rd.**
**Tippecanoe, OH 44699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMBER SIMMS**
**6343 MAXWELL DR**
**SUITLAND, MD 20746-4145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMBER WILLIAMS**
**4524 CEDAR LANE**
**MEMPHIS, TN 38128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMEA MCFADDEN**
**8826 SIGRID RD**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMED  MOLLEDA**
**420 NW 12TH AVE**
**MIAMI, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amed Oum-Mbogba**
**6510 Quentin Ct.**
**Hyattsville, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMEE BUTCHER**
**1601 BETZ DR.**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ameera Gray**
**14132 Grand Pre Rd.**
**Apt. 42**
**Silver Spring, MD 20906-2857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMELIA DEVER**
**24661 HILLIARD BLVD**
**WESTLAKE, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMEN DESTA**
**8721 DELCRIS DR**
**MONTGOMERY VILLAGE, MD 20886-4350**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMENTA BELL-RICHARDSON**
**9305 CRYSTAL OAKS LN**
**UPPER MARLBORO, MD 20772-3289**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,850.50 |
|---|---|---|---|

**AmeriBen2**
**PO Box 7186**
**Boise, ID 83707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.25 |
|---|---|---|---|

**American Current Care**
**2500 West Fwy**
**Fort Worth, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express**
**PO Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _1009_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.60 |
|---|---|---|---|

**American Health Associates**
**665 Peachmont Ave. NW**
**North Canton, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,973.75 |
| --- | --- | --- | --- |

**American Health Holding, Inc.**
7400 W. Campus Rd. F-510
New Albany, OH 43054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.59 |
| --- | --- | --- | --- |

**American Health Network of OH PC**
227 E. Loudon Ave.
Loudonville, OH 44842

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.00 |
| --- | --- | --- | --- |

**American Health Network Ohio**
4882 E Main St. #200
Columbus, OH 43213

Date(s) debt was incurred _

Last 4 digits of account number  **7074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
| --- | --- | --- | --- |

**AMERICAN RADIOLOGY CONSULTANTS**
P O BOX 678253
NEW YORK, NY 10003

Date(s) debt was incurred _

Last 4 digits of account number  **5195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.60 |
| --- | --- | --- | --- |

**American Radiology Consultants, PLL**
712 N. Washington, Suite 101
Dallas, TX 75246

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
| --- | --- | --- | --- |

**Ameripath Cincinnati, Inc.**
9844 Redhill Dr.
Cincinnati, OH 45242

Date(s) debt was incurred _

Last 4 digits of account number  **2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.54 |
| --- | --- | --- | --- |

**Ameripath Florida LLC**
4225 Fowler Ave.
Tampa, FL 33617

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,413.00** |
|---|---|---|---|

**AMERIPATH FLORIDA LLC**
**16684 COLLECTIONS CENTER DRIVE 101**
**POMPANO BEACH, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Amie Saidy**
**15424 Perrywood Dr.**
**Burtonsville, MD 20866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AMIE SAIDY**
**5817 WESLEYAN DRIVE**
**PO BOX A449**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$776.88** |
|---|---|---|---|

**Amiel Levin, MD PA**
**4302 Alton Rd., Ste. 1010**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AMINAH ROSE**
**15600 NW 7TH AVE**
**APT. 701**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Amir Metts**
**5735 St. Elmo**
**Cincinnati, OH 45224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AMIR RIDDLE**
**8800 RAY COURT APT 4**
**TWINSBURG, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amir Sheybani-Nezhad**
**110 Burke**
**Apt. D**
**Towson, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMIR SHEYBANI-NEZHAD**
**1011 J MISTY LYNN CIRCLE**
**COCKEYSVILLE, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMIRA AL-AKASH**
**641 WAKEFIELD DRIVE**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amira Bendrif**
**3625 College Ave.**
**Box 2040**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amirah Muhammad**
**1540 Pentridge Rd.**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMIRAH MUHAMMAD**
**209 DIVISION ST**
**SCHENECTADY, NY 12304-1107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMIRREZA NICKKAR**
**7513 KELSEYS LANE**
**ROSEDALE, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMIRREZA NICKKAR**
**8 BARNWELL COURT APT. 204**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMIT ADHIKARI**
**889B WHITE PINE DRIVE**
**AKON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMMAR ABDELGAWAD**
**268 CROSBY ST #1**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMMAR ATASSI**
**1186 TIMBERBROOK CT**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMON SMITH**
**1184 E 19TH AVE**
**COLUMBUS, OH 43211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMONI BEAZER**
**3403 LIBERTY HEIGHTS AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AMRIT KAFLE**
**16 POWHURST CT**
**NOTTINGHAM, MD 21236-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMRITPAL DHALIWAL
209 174TH ST UNIT# 2316
SUNNY ISLES BEACH, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMRUTA MOZARKAR
4414 LAPLATA AVE, APT E
BALTIMORE, MD 21211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY BADER
3319 MAPLEWAY DR
TOLEDO, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY BASHAM
5570 302ND ST
TOLEDO, OH 43611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY BEGG
1700 E COLD SPRING LANE
BALTIMORE, MD 21251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY CARRERA
1610 EASY STREET
SEAGOVILLE, TX 75159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY CUSTER
3122 HOPEWELL PL.
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**Amy E. Riese, MD**
**1400 E Medial Loop**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMY HUA**
**2629 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Jeramillo**
**1401 SW 136th Ave.**
**Fort Lauderdale, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMY JOYA**
**2414 SEEVERS AVENUE**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMY LUCIANO SANTAMARIA**
**2625 16TH AVENUE SOUTH**
**MINNEAPOLIS, MN 55407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMY LYON**
**6168 PEPPERWOOD COURT**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amy Punte**
**4129 Meadows Rd.**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 145 of 3613

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.30 |
|---|---|---|---|

Amy R. Weidman, MD
3610 W. Market St.
Akron, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

AMY S DUNETZ DPM
305
AVENTURA, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3327

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY UNG
82 FOUNTAINVIEW DR
SAINT CHARLES, MO 63303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY WOLF
5912 WAKEFIELD DR
SYLVANIA, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AMY WOTRING
1035 COUNTRY VIEW LN. APT 16F
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

An Huynh
1245 Oak Hill Ct.
Apt. 247
Toledo, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

AN NGUYEN
958 N PROSPECT ST
BOWLING GREEN, OH 43402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.906** Nonpriority creditor's name and mailing address

ANA
7175 ORANGE DR
APT 107
DAVIE, FL 33314

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** Nonpriority creditor's name and mailing address

ANA ARRIETA
4150 NW 79 AVE.
APT. 1H
DORAL, FL 33166

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** Nonpriority creditor's name and mailing address

ANA COMERIO
515 NE 118 STREET
MIAMI, FL 33161

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** Nonpriority creditor's name and mailing address

ANA MARTIN-SACRISTAN GANDIA
1633 ARTMAN AVENUE
AKRON, OH 44313

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** Nonpriority creditor's name and mailing address

ANA NEFFA
151 CRANDON BLVD
APT 136
KEY BISCAYNE, FL 33149

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** Nonpriority creditor's name and mailing address

ANA PAULINA BOSCH VIELMA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** Nonpriority creditor's name and mailing address

ANA RITA TEIXEIRA PEDROSO
393 SUMNER ST
APT. 103 B
AKRON, OH 44304

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANA SOTO**
**245 NE 14TH ST**
**APT 1815**
**MIAMI, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANA VALENCIA**
**4261 SW 153 PL.**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anabetsy Rivero**
**3301 NE 5th Ave.**
**Apt. 615**
**Miami, FL 33137-4023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANAELLE AUGUSTE**
**1320 NW 112 STREET**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANANYA VAKA**
**77 FIR HILL**
**APT# 6B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANAS ALBAZIE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANASTASIA GROSSMAN**
**17810 ALLIEN AVENUE**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.920 | Nonpriority creditor's name and mailing address |

**Anastasia Mitchell**
**900 Riverbend Dr.**
**Apt. 185**
**Lancaster, TX 75146**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.921 | Nonpriority creditor's name and mailing address |

**Anastazia Novatchinski**
**1840 Brownstone Blvd.**
**Apt. A-31**
**Toledo, OH 43614**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.922 | Nonpriority creditor's name and mailing address |

**ANAYA COWVINS**
**7732 EMBASSY BLVD**
**MIRAMAR, FL 33023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.923 | Nonpriority creditor's name and mailing address |

**ANAYA MURDOCK**
**6433 HEITZLER AVE**
**CINCINNATI, OH 45224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.924 | Nonpriority creditor's name and mailing address |

**Andel Smith**
**1648 Bentalou St**
**Baltimore, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.925 | Nonpriority creditor's name and mailing address |

**ANDERSON ASSEVIERO**
**39 EWING DR**
**REISTERSTOWN, MD 21136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.926 | Nonpriority creditor's name and mailing address |

**Andhina Satriani**
**3414 Dorr St.**
**Apt. 204**
**Toledo, OH 43607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDHY GOMEZ**
**5215 W 22ND CT**
**APT 104**
**HIALEAH, FL 33016-7050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDI YU**
**12040 NE 16TH AVE**
**APT 111**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDIA HARRIS**
**13611 SHADY OAK**
**GARFIELD HEIGHTS, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDISHA REYES**
**76 GROVE STREET**
**MONTCLAIR, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRAE FERRON**
**18100 NW 52ND AVE**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRAE FERRON**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andraea Taulker**
**316 N Poplar St.**
**Fostoria, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRE BELTON**
**1718 WEST FOLLOWTHRU DRIVE**
**TAMPA, FL 33612**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRE BOLLAM-GODBOTT**
**4647 BRUSHWOOD CIR**
**BRUNSWICK, OH 44212**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRE BRAZIEL**
**7064 N.W. 49TH STREET**
**LAUDERHILL, FL 33319**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andre Cheeks**
**26535 Laurel Grove Ct**
**Mechanicsville, MD 20659-4473**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRE DANIELS**
**1311 BRIARWOOD AVENUE**
**COLUMBUS, OH 43211**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRE DAVIS**
**12 ROTHAMEL CT**
**BALTIMORE, MD 21236**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRE DIXON**
**404A JACKSON AVENUE**
**VANDERGRIFT, PA 15690**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDRE LYTTLE**
**1214 E BELVEDERE AVE**
**BALTIMORE, MD 21239-2601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Paisley**
**3403 - 16th St NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDRE PARKER**
**3350 NE 13 CIRCLE DRIVE**
**UNIT 108**
**HOMESTEAD, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDRE ROSS**
**17600 NW 5TH AVENUE**
**APT. 108**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDRE SAVORY**
**12808 WATER FOWL WAY**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDRE THOMPSON**
**320 NW 126TH ST**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDRE WILLIAMS**
**8324 PAMLICO ST**
**ORLANDO, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA ABAD**
13121 NW 11 TERRACE
MIAMI, FL 33182

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA BAKER**
7557 ARLINGTON EXPRESSWAY
A103
JACKSONVILLE, FL 32211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA BORDLEY**
5006 OAKLYN AVE
BALTIMORE, MD 21206

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA BROOKHART**
6839 YOUNGSTOWN PITTSBURGH ROAD
POLAND, OH 44514

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA BUGARIU**
55077 HEARTHSIDE DR
SHELBY TOWNSHIP, MI 48316

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA CAPECCHI**
16624 GREENS EDGE CIRCLE. # 74
WESTON, FL 33326

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA CASTILLO**
12965 SW 197 STREET
MIAMI, FL 33177

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA COOKHORN**
**2494 CENTERGATE DRIVE**
**APT. 206**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA CRUZ**
**25423 RICHTON FALLS DRIVE**
**RICHMOND, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Andrea Dickerson
903 - 5th St. SE
Bagdad, KY 40003-4518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA ENGLISH**
**P.O.BOX 524**
**JOHNSTOWN, OH 43031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Andrea Garland
1423 Isted Rd
Glen Burnie, MD 21060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA GONZALEX DE LA GALA**
**10410 NW 58 TERRACE**
**MIAMI, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA MANZUR WUNSCH**
**17235 7TH STREET**
**MONTVERDE, FL 34756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA MCGLOCKING**
**618 H. COVENANT DRIVE**
**BELLE GLADE, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA MOUZONE**
**6620 VINCENT LN APT 302**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Petri**
**250 Congress Park Dr.**
**Apt. 459**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA RAMIREZ**
**305 ROYAL FIELD DR.**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Riley**
**592 Helen Ave.**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA RILEY**
**7054 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Rowland**
**7054 Quail Lakes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA SANDERS-DEAN**
**1104 BOCA CHICA CIRCLE**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA TAULKER**
**316 NORTH POPLAR STREET**
**FOSTORIA, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREA VALENCIA**
**3172 MERRICK TERRACE**
**MARGATE, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREAS COOK**
**25570 GLENBROOK BOULEVARD**
**EUCLID, OH 44117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREAS MAYNOR**
**4103 SOUTH RICHMOND STREET**
**CHICAGO, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREE REID**
**1223 MARYLAND AVENUE EAST**
**SAINT PAUL, MN 55106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREEK KELLY**
**2331 NASSAU DRIVE**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREINA GOMEZ**
**2710 SEGOVIA STREET**
**CORAL GABLES, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREINA PESCHIERA CONTI**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRELLE GUERRIER**
**8203 S PALM DR APT 216**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRENIQUE WRIGHT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRES DAIZ-GONZALEZ**
**403D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRES DEZA**
**1065 98TH ST.**
**APT. 6**
**BAL HARBOUR, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRES ESPINOSA**
**9921 NW 27TH STREET**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRES GONZALEZ**
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRES MESA**
350 E. 59TH STREET
HIALEAH, FL 33013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRES MONTERO**
8625 NW 8ST APT 302
MIAMI, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRES PEREIRA-GALINALTIS**
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRES QUIJADA DUQUE**
16401 NW 37TH AVE.
APT. 205
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDRES ROBLEDO**
773 GLENRIDGE RD
KEY BISCAYNE, FL 33149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW ALIZE**
13590 SW 73RD COURT
MIAMI, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

3.990 **Nonpriority creditor's name and mailing address**

**ANDREW BAKER**
**210 FAUCETTE MILL RD**
**HILLSBOROUGH, NC 27278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.991 **Nonpriority creditor's name and mailing address**

**Andrew Belcher**
**7005 Brint Rd.**
**Apt. 12**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.992 **Nonpriority creditor's name and mailing address**

**Andrew Bostelman**
**2282 Carriage Dr.**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.993 **Nonpriority creditor's name and mailing address**

**Andrew Bradley**
**6014 Hampton Corners N**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.994 **Nonpriority creditor's name and mailing address**

**ANDREW BRATSLAVASKY**
**1849 SOUTH OCEAN DRIVE**
**PH2**
**HALLANDALE BEACH, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.995 **Nonpriority creditor's name and mailing address**

**Andrew Bright**
**1017 Intrepid Court**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.996 **Nonpriority creditor's name and mailing address**

**ANDREW CAMPBELL**
**4757 SHOAL CRK APT 206**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW CHURCH**
**1100 HIDEAWAY LANE**
**ZANESVILLE, OH 43701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW COMPTON**
**42255 ELK CREEK DR**
**LAGRANGE, OH 44050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cotton**
**1020 Pine Valley Ln**
**Apt. 102**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Deluca**
**136 Hopkins Ave.**
**CO 80331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW DELUCA**
**5817 WESLEYAN DRIVE**
**PO BOX C494**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1002 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW DENIS**
**12621 SW 45 DRIVE**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.1003 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW DENNY**
**641 ESPANOLA WAY APT 1**
**MIAMI BEACH, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW DIAZ DE PADILLA**
**755 ROSANA PLACE**
**NIPOMO, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW DODDS**
**50 N E 132 TERRACE**
**NORTH MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW FLOYD**
**17221 NW 24 COURT**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW FORTLAGE**
**27006 HEATHERFORD DR**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW GAINES**
**277 KASSIK CIRCLE**
**ORLANDO, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW GARD**
**6516 COPPER PHEASANT DRIVE**
**DAYTON, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW GOMEZ**
**5042 SW 163RD CT**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.101**
**1**

**Nonpriority creditor's name and mailing address**

**ANDREW GRESHAM**
**429 N HAWKINS AVE**
**#704**
**AKRON, OH 44313**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**

**ANDREW GRESHAM**
**429 N HAWKINS AVE**
**#710**
**AKRON, OH 44313**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**

**ANDREW HARRAUGH**
**9801 NW 35TH ST.**
**HOLLYWOOD, FL 33024**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**

**ANDREW HARTENHOFF**
**13270 SW 30TH CT**
**DAVIE, FL 33330**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**

**ANDREW HAUSER**
**9468 FALCON LANE**
**MASON, OH 45040**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**

**ANDREW HILL**
**2424 HUNTING LANE**
**WALDORF, MD 20601**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**

**ANDREW JANKIEWICZ**
**8619 QUENTIN AVE**
**PARKVILLE, MD 21234**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ANDREW JOHNSON**<br>**925 JOSHUA TREE CT**<br>**OWINGS MILLS, MD 21117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ANDREW KAGAN**<br>**16425 COLLINS AVE**<br>**APT 2412**<br>**SUNNY ISLES, FL 33160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrew Kanel**<br>**401 S Main St.**<br>**Apt. 526A**<br>**Akron, OH 44311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ANDREW KBALKA**<br>**2427 CHEYENNE BLVD APT 5**<br>**TOLEDO, OH 43614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrew Kobalka**<br>**2427 Cheyenne Blvd.**<br>**Apt. 5**<br>**Toledo, OH 43614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Andrew Kostiuk**<br>**817 Sand Lot Cir.**<br>**Louisville, OH 44641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **ANDREW LANG**<br>**6364 STANBURY ROAD**<br>**PARMA, OH 44129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Andrew Liberty**
**3930 NW 4th Ct.**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ANDREW LINDER**
**2393 BURNHAM RD**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ANDREW LISAK**
**2604 WELSFORD ROAD**
**COLUMBUS, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Andrew Lorenz**
**9341 Jerome Rd.**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ANDREW LUCKE**
**3402 STRATA CT**
**MASON, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ANDREW MERRIWETHER**
**1008 COLLEGE AVE**
**DALLAS, TX 75766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ANDREW NEUSER**
**5942 MALDEN AVE**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW NEUSER**
**5942 MALDEN AVE**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW NGUYEN**
**696 NORTH PORTAGE PATH**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew O'Brien**
**6736 Falling Leaves Court**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW OKBALKA**
**2427 CHEYENNE BLVD APT 5**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW PAYNE**
**352 GREEN HILL DRIVE**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW PHAM**
**10860 PHILLIPS ST**
**TUSTIN, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW PORTNOY**
**10 WILLOWMERE AVE**
**MONTCLAIR, NJ 07042-4319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 165 of 3613

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,596.25 |
|---|---|---|---|

**Andrew R. Altman, MD PC**
**137 NW 100th Ave.**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW RAVA**
**300 NAPOLEON RD APT H77**
**BOWLING GREEN, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW RIGGLE**
**8 HEDGE ROW**
**GETTYSBURG, PA 17325-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW RUIZ**
**14911 SW 18TH STREET**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW RUNYON**
**37 TRAIL EDGE CIRCLE**
**POWELL, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|

**Andrew S. Bang, DC**
**1950 Richmond Rd.**
**Cleveland, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _6528_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Schwartz**
**501 Hinsdale Court**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | Nonpriority creditor's name and mailing address<br>**ANDREW SHOWALTER**<br>**871 KENNEBEC AVE**<br>**AKRON, OH 44305**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.104 7 | Nonpriority creditor's name and mailing address<br>**ANDREW SIEGMAN**<br>**6819 WESTWOOD DR**<br>**BRECKSVILLE, OH 44141**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.104 8 | Nonpriority creditor's name and mailing address<br>**Andrew Solow**<br>**2917 S Ocean Blvd.**<br>**Boca Raton, FL 33487**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.104 9 | Nonpriority creditor's name and mailing address<br>**ANDREW STIENE**<br>**2712 7TH ST APT B**<br>**MAUMEE, OH 43537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.105 0 | Nonpriority creditor's name and mailing address<br>**Andrew Stratton**<br>**34 S. Erie St.**<br>**Apt. 205**<br>**Toledo, OH 43604**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.105 1 | Nonpriority creditor's name and mailing address<br>**ANDREW STRATTON**<br>**1650 SPILLAN RD**<br>**YELLOW SPRINGS, OH 45387**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.105 2 | Nonpriority creditor's name and mailing address<br>**ANDREW WAHL**<br>**325 SKYLANE DR**<br>**NORTHFIELD, OH 44067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Walsh**
**11141 Fairlawn Dr.**
**Cleveland, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Wayman**
**1204 Oakridge Ct**
**Wapakoneta, OH 45895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREW WODARCYK**
**2736 NORTHMONT DR**
**BLACKLICK, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew-David McClain**
**23685 Snell Rd.**
**Columbia Station, OH 44028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREWS BOATENG**
**4179 FOREST HEIGHTS DR**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDREWS DANSO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRIANA TIJANIC**
**6668 GREENBRIAR DRIVE**
**PARMA HEIGHTS, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRIANA TIJANIC**
**433 EAST DAWNWOOD DRIVE**
**SEVEN HILLS, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRISIA SWEETING**
**509 NW 10TH STREET**
**MIAMI, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDRIY CHEPAK**
**2604 INGLESIDE DR**
**PARMA, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Chalfant**
**233 Buttonwood Ct.**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDY JEAN-BAPTISTE**
**1321 NE 211 ST**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDY MONTESINO**
**56 BIDDLE ST**
**SPRINGFIELD, MA 01129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDY REYES**
**570 SLUMBERWOOD DR**
**HOUSTON, TX 77013-4841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANEESHA DEEPALI**
**420 ALLYN STREET**
**420 ALLYN STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANEESHA DEEPALI POLAVARAPU**
**420 ALLYN ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANEIKA SIMPSON**
**1451 MARTINQUE CT**
**APT #6308**
**WESTON, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANEISHA JOSEPH**
**6751 HOLLY STREET**
**ZELLWOOD, FL 32798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.76 |
|---|---|---|---|

**Anes Assoc. of Akron, Inc.**
**224 W. Exchange St., Ste. 220**
**Akron, OH 44302-1726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.98 |
|---|---|---|---|

**Anesco Anesthesia Associates**
**3601 W. Commercial Blvd., Ste. 5**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.95 |
|---|---|---|---|

**Anesco North Broward**
**3536 N. Federal Hwy #201**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**ANESCO NORTH BROWARD**
**3601 W COMMERCIAL BLVD #4**
**FORT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANESIA LEE**
**136 NW 202ND TERRACE UNIT 404**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.60 |
|---|---|---|---|

**Anesthediology Consultants of the P**
**310 Evernia St.**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.00 |
|---|---|---|---|

**Anesthesia Associates PLL**
**36000 Euclid Ave.**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1371

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.46 |
|---|---|---|---|

**Anesthesia Pain Care Consultants**
**7171 N. University Dr.**
**Fort Lauderdale, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.50 |
|---|---|---|---|

**Anesthesiology Professional Service**
**500 E. Kennedy Blvd., Ste. 300**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANETRA BYFIELD**
**50 RAINFOREST DRIVE**
**BRAMPTON, OH L6R1B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANFERNAE HEPBURN**
**19499 NE 10TH AVENUE**
**BLDG. 2, APT. 106**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANFERNEE BAKER**
**2849 NW 8TH CT**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGE NOUBISSIE**
**21208 SPARROW CT**
**GERMANTOWN, MD 20876-5921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGEL ADDERLEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGEL CASH**
**5180 EASTERN AVE NE**
**APT 101**
**WASHINGTON, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGEL COLON AVILES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGEL DEMELIS**
**14928 HALLDALE AVE #10**
**GARDENA, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 172 of 3613

| | | |
|---|---|---|
| 3.108 8 | **Nonpriority creditor's name and mailing address**<br>**ANGEL GARCIA**<br>**1101 S 28TH AVE**<br>**HOLLYWOOD, FL 33026**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.108 9 | **Nonpriority creditor's name and mailing address**<br>**ANGEL JOHNSON**<br>**1104 SOUTH BRINKLEL LOOP, APT 6**<br>**MARION, AR 72364**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109 0 | **Nonpriority creditor's name and mailing address**<br>**ANGEL POTTS**<br>**249 EAST 113TH STREET**<br>**CHICAGO, IL 60626**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109 1 | **Nonpriority creditor's name and mailing address**<br>**ANGEL REDMOND-PAPYNE**<br>**527 S HUTTIG AVENUE**<br>**INDEPENDENCE, MO 64053**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109 2 | **Nonpriority creditor's name and mailing address**<br>**ANGEL SIERRA**<br>**8301 SW 32 ST**<br>**MIAMI, FL 33155**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109 3 | **Nonpriority creditor's name and mailing address**<br>**ANGEL STONE**<br>**9420 POINCIANA PLACE**<br>**#209**<br>**DAVIE, FL 33324**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.109 4 | **Nonpriority creditor's name and mailing address**<br>**Angela Adelson**<br>**7260 Seedpod Loop**<br>**Wesley Chapel, FL 33545**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 173 of 3613

| | | |
|---|---|---|
| 3.109 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**ANGELA BOYCE**
**21699 SHEFFIELD DR**
**FARMINGTON HILLS, MI 48335**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**ANGELA ESONU**
**504C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Angela Kiddy-Bevignani**
**150 Lakview Blvd.**
**Lake Alfred, FL 33850**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Angela L. Karavasilis, DO**
**460 Amherst St.**
**Nashua, NH 03063**

**$543.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  1010

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Angela Maria Leon Rodriguez**
**10051 Winding Lake Rd.**
**Apt. 201**
**Fort Lauderdale, FL 33351**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**ANGELA MARIA LEON RODRIGUEZ**
**9222 NW 37TH PLACE**
**CORAL SPRINGS, FL 33065**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**ANGELA RAMSEUR**
**346 SOUTH PAYSON STREET**
**BALTIMORE, MD 21223**

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELA SANDERSON**
**4710 BURNHAM AVE**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $366.00 |
|---|---|---|---|

**Angela Silber, MD**
**75 Arch St. #102**
**Akron, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Simon**
**4424 Hill Ave.**
**Apt. B206**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Sipes**
**7148 Quail Lakes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELA SLAUGHTER**
**1373 HARTSDALE DRIVE**
**DALLAS, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELA TROYER**
**2742 SR 93**
**SUGARCREEK, OH 44681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANGELA WILLIAMS**
**7148 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| 3.110 9 | **Nonpriority creditor's name and mailing address** |

**3.110 9**

**Nonpriority creditor's name and mailing address**
**Angelica Walker**
**1500 Halter De.**
**Virginia Beach, VA 23464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
**ANGELINA QUINTANA**
**340 GIRALDA AVE**
**APT 612E**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
**ANGELIQUE IRVING**
**6966 MILLBROOK PARK DR**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
**Angelique Smith**
**5204 Darien Rd**
**Baltimore, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**ANGELO HUBBARD**
**6211 FAIRWAY LANE**
**CANAL WINCHESTER, OH 43110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**Angelo Ivey-Bloom**
**307 Silo Ridge**
**301**
**Odenton, MD 21113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**ANGELO MILLI**
**CASCIA HALL**
**16401 NW 37TH AVE**
**MIAMI, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 6 | **Nonpriority creditor's name and mailing address**<br>**ANGELYNA LONG**<br>**2711 RICKENBACKER DRIVE**<br>**DALLAS, TX 75228**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.111 7 | **Nonpriority creditor's name and mailing address**<br>**ANGENICKA GUERRIER**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.111 8 | **Nonpriority creditor's name and mailing address**<br>**Angie Black Academic**<br>**Insurance Solutions**<br>**265 S. Federal Beach**<br>**Deerfield Beach, FL 33441**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.111 9 | **Nonpriority creditor's name and mailing address**<br>**ANGIE HOLMES**<br>**6329 SW 147CT**<br>**MIAMI, FL 33193**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.112 0 | **Nonpriority creditor's name and mailing address**<br>**ANGIE OLIVAN**<br>**2498 SW 17 AVE**<br>**APARTMENT 4206**<br>**MIAMI, FL 33145**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.112 1 | **Nonpriority creditor's name and mailing address**<br>**ANGIE REDO-HUFF**<br>**19232 LBJ FREEWAY #2818**<br>**MESQUITE, TX 75150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.112 2 | **Nonpriority creditor's name and mailing address**<br>**ANIBAL SILVA**<br>**500 BRICKELL AV.**<br>**1904**<br>**MIAMI, FL 33131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.112<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

ANICET HABIMANA
530 KLING ST
APT #8
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

ANICET HABIMANA
80 E EXCHANGE ST
AKRON, OH 44308

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

Anigail Allen
4994 Greenview Dr.
Commerce Township, MI 48382

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

ANIK CHOWDHURY
389 SHERMAN STREET
APT 203
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

ANIK CHOWDHURY
437 SUMNER STREET, JUDSON HOUSE
APT K2
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
| --- | --- | --- | --- |

Anil M. Parikh, MD, Inc.
70 N Miller Rd.
Akron, OH 44333

Date(s) debt was incurred _

Last 4 digits of account number  1977

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

ANIL MISHRA
2247 UNIVERSITY HILLS BLVD
APT 101
TOLEDO, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANIL YADAV**
**703B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANILA KUTULLA**
**751 PINE DR**
**#107**
**POMPANO BEACH, FL 33060**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANISA COBAJ**
**2771 RYEWOOD AVENUE, #D**
**COPLEY, OH 44321**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANISH JOHN JACOB**
**77 FIR HILLS**
**APT 2B5**
**AKRON, OH 44304**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANITA FERGUSON**
**2720 KILBOURNE AVENUE**
**COLUMBUS, OH 43231**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANITA MOYD**
**3709 BOARMAN AVENUE**
**BALTIMORE, MD 21215**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Nwabueze**
**1215 Linworth Ave**
**Apt. 2A**
**Baltimore, MD 21239**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANITA NWABUEZE**
7403 GOLDFIELD COURT
ROSEDALE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Torres-Waugh**
625 Mace Ave.
Essex, MD 21221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANIYA BRANCH**
29 MEADOW LANE.
WALDORF, MD 20601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANIYA BROWN**
2429 NW 50TH STREET
APT.E
MIAMI, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANIYAH TAYLOR**
1621 EAST 33RD ST
BALTIMORE, MD 21218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANIYAH THORNTON**
2412 ORLEANS ST APT B
BALTIMORE, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANJA MARJANOVIC**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.114 4 | **Nonpriority creditor's name and mailing address** **ANJELIE TIRONE** **1854 TUSCANY MILL WAY** **OCOEE, FL 34761** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 5 | **Nonpriority creditor's name and mailing address** **ANJEWEL BLOUNT** **604D DEDMOND** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 6 | **Nonpriority creditor's name and mailing address** **ANJOLAOLUWA TAIWO** **1700 E. COLDSPRING LANE** **BALTIMORE, MD 21251** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 7 | **Nonpriority creditor's name and mailing address** **ANKIT TIWARI** **2220 HIGH ST** **APT 305** **CUYAHOGA FALLS, OH 44221** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 8 | **Nonpriority creditor's name and mailing address** **Ankur Pranjal** **10 Deriemer Rd.** **Hillsborough, NJ 08844** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 9 | **Nonpriority creditor's name and mailing address** **ANKUR PRANJAL** **2618 W VILLAGE DR** **TOLEDO, OH 43614** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 0 | **Nonpriority creditor's name and mailing address** **ANN MARIE MOFFETT** **13010 CHADDSFORD TERRACE** **MANASSAS, VA 20112** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Ann Wildstein-Bronstein
5197 Conoe Bend Dr.
Lake Worth, FL 33463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

ANN-LOUISE BOOTH
5810 ELGIN STREET
PITTSBURGH, PA 15206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Anna Amanda Josephine Tivenius
3301 College Ave.
Fort Lauderdale, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

ANNA DUNPHY
1120 N WESTWOOD AVE APT 7104
TOLEDO, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

ANNA FICKER
2337 ESTATE RIDGE DRIVE
CINCINNATI, OH 45244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Anna Haynie
1077 Stone Trail
New Braunfels, TX 78130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

ANNA HOLDEN
5905 HATTERAS PALM WAY
TAMPA, FL 33615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 8 | **Nonpriority creditor's name and mailing address**<br>**ANNA LEIBENGOOD**<br>**2850 SPORE BRANDYWINE RD**<br>**BUCYRUS, OH 44820**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.115 9 | **Nonpriority creditor's name and mailing address**<br>**Anna Molony**<br>**2921 SW 87th Ave.**<br>**Apt. 508**<br>**Fort Lauderdale, FL 33328**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.116 0 | **Nonpriority creditor's name and mailing address**<br>**ANNA NEBRASKA**<br>**414 N OLD STATE RD**<br>**DELAWARE, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.116 1 | **Nonpriority creditor's name and mailing address**<br>**ANNA PALLANTE**<br>**15733 MUNN ROAD**<br>**NEWBURY, OH 44065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.116 2 | **Nonpriority creditor's name and mailing address**<br>**ANNA PATRICIA AGUILO**<br>**3114 GLENDALE AVE**<br>**PARKVILLE, MD 21234-7133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.116 3 | **Nonpriority creditor's name and mailing address**<br>**ANNA PEDICONE**<br>**5 LANTERN LANE**<br>**LANSDALE, PA 19446**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.116 4 | **Nonpriority creditor's name and mailing address**<br>**ANNA TARPLEY**<br>**595 KLING STREET**<br>**AKRON, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNA THOMAS**
**7 AIRY HALL CT**
**HILTON HEAD ISLAND, SC 29928-3331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNA ULJANOV**
**4 GRANT STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNA VOLYANSKAYA**
**16001 COLLINS AVE #2505**
**SUNNY ISLES, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNA WILLIAMS**
**15911 S.W. 20TH ST.**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNAMARIE ALFERY**
**112 BLACK OAK DR**
**CHESWICK, PA 15024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNASHA DESOUZA**
**374 RAINBOWS END**
**AURORA, OH 44202-8030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANNASTACIA BARHAM**
**703 COLLEGE PARK DR.**
**APT. 9**
**CARAOPOWS, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case number (if known) _____

Name

| 3.117 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ANNASTACIA BARHAM**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.117 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ANNASTACIA BARHAM**
**410 SHARON RD.**
**APT. B303**
**CARAOPOLIS, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.117 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ANNE FUNK-CHANCE**
**11165 ASHLAND RD.**
**WOOSTER, OH 44691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.117 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anne Goldman**
**1189 Cypress Point Way**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.117 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ANNE GOSPODAREK**
**4607 283RD ST**
**TOLEDO, OH 43611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.117 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Anne Marie Warrington**
**351 Crossing Blvd.**
**Apt. 1122**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.117 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ANNE PIERRE**
**1192 NORTH STATE ROAD 7**
**APT. 318**
**LAUDERHILL, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.117 9 | **Nonpriority creditor's name and mailing address**<br>**ANNE PIERRE**<br>**1192 NW 40TH AVE, APT. 318**<br>**LAUDERHILL, FL 33313**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.118 0 | **Nonpriority creditor's name and mailing address**<br>**ANNE RASPE**<br>**2209 W GREENLEAF AVE**<br>**CHICAGO, IL 60645-4803**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.118 1 | **Nonpriority creditor's name and mailing address**<br>**ANNE SEVON**<br>**2748 SW 46TH CT**<br>**FORT LAUDERDALE, FL 33312**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.118 2 | **Nonpriority creditor's name and mailing address**<br>**ANNE TOMEI**<br>**3521 RUSHLAND AVE**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.118 3 | **Nonpriority creditor's name and mailing address**<br>**ANNELEISE WILLIAMS**<br>**200 4TH STREET**<br>**ELLWOOD CITY, PA 16117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.118 4 | **Nonpriority creditor's name and mailing address**<br>**ANNES KIM**<br>**2101 ORCHARD LAKES CT APT 22**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.118 5 | **Nonpriority creditor's name and mailing address**<br>**ANNESSA MCCOY**<br>**2425 GULF OF MEXICO DR UNIT 15C**<br>**LONGBOAT KEY, FL 34228-3216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.118 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANNETTE MARSOLAIS**
**433 WOODLAND AVE**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANNIE LOCHRIDGE**
**1028 E MAPLE ST**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANOOJ PAKVASA**
**482 KING**
**AKRON, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ansam Al Azzawi**
**4615 N Holland Sylvania Rd.**
**Apt. 6**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANSELL FERNANDEZ**
**3350 NW 19TH TERR**
**MIAMI, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANSOFIA DORIVAL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANSONIQUE HANNA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.119 3 | |

**Nonpriority creditor's name and mailing address**

**ANTANAE HINDS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119 4 | |

**Nonpriority creditor's name and mailing address**

**ANTAREZ GOODMAN**
**1870 WATERMILL LN**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119 5 | |

**Nonpriority creditor's name and mailing address**

**ANTE TAYLOR**
**1722 E BANCROFT LN**
**CROFTON, MD 21114-1609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119 6 | |

**Nonpriority creditor's name and mailing address**

**Anthem BC/BS**
**225 N. Michigan Ave.**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.119 7 | |

**Nonpriority creditor's name and mailing address**

**Anthem Community**
**4361 Irwin Simpson Rd.**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$303,447.02**

---

| | |
|---|---|
| 3.119 8 | |

**Nonpriority creditor's name and mailing address**

**Anthem Health Plans of Virginia**
**re: Virginia Wesleyan University**
**2015 Staples Mills Rd.**
**Richmond, VA 23230**

Date(s) debt was incurred _

Last 4 digits of account number **7049**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,517.80**

---

| | |
|---|---|
| 3.119 9 | |

**Nonpriority creditor's name and mailing address**

**Anthem, Inc.**
**Community Insurance Company**
**4241 Irwin Simpson Dr.**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$128,840.56**

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHINISE BARKER**
**408A DALEY**
**2500 WEST NORTH AVENUE**
**JOPPA, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHONY  BROWN**
**1040 SE 4TH STREET**
**BELLE GLADE, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHONY ARMSTRONG**
**7646 VENICE HEIGHTS DRIVE NE**
**WARREN, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHONY BARROWS**
**3860 NW 208 STREET**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHONY BELKNAP**
**153 VILLA DR**
**CIRCLEVILLE, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHONY BOWLEG**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ANTHONY BROWN**
**816 EAST MOWRY DRIVE APT. 819**
**HOMESTEAD, FL 33030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.120<br>7 | **Nonpriority creditor's name and mailing address**<br>**ANTHONY BROWN**<br>**1040 SE 4TH STREET**<br>**BELLE GLADE, FL 33430** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.120<br>8 | **Nonpriority creditor's name and mailing address**<br>**Anthony Bush**<br>**8611 S Elizabeth**<br>**Chicago, IL 60620** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.120<br>9 | **Nonpriority creditor's name and mailing address**<br>**ANTHONY CAPSER**<br>**414 PEBBLE BEACH DRIVE**<br>**MONROE, MI 48162** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121<br>0 | **Nonpriority creditor's name and mailing address**<br>**ANTHONY ENGLISH**<br>**3310 DEVONSHIRE DR**<br>**BALTIMORE, MD 21215** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121<br>1 | **Nonpriority creditor's name and mailing address**<br>**ANTHONY FERNANDEZ**<br>**31 SE 5TH ST APT 1503**<br>**MIAMI, FL 33131** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121<br>2 | **Nonpriority creditor's name and mailing address**<br>**Anthony Flint**<br>**21 Mellon St.**<br>**Newport News, VA 23606** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121<br>3 | **Nonpriority creditor's name and mailing address**<br>**Anthony Galati**<br>**3130 Palm Trace Landings Dr.**<br>**Apt. 607**<br>**Fort Lauderdale, FL 33314** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 190 of 3613

| | | |
|---|---|---|
| 3.121 4 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANTHONY GATTUSO**<br>**80 NORTH PORTAGE PATH - PH9**<br>**AKRON, OH 44303** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.121 5 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANTHONY HARRIS**<br>**3523 FRYAR LOOP UNIT B**<br>**BALTIMORE, MD 21218** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.121 6 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANTHONY HICKS**<br>**240 COUNTY ROAD 53**<br>**KITTS HILL, OH 45645** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.121 7 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANTHONY HOLMES**<br>**4521 NW 178TH ST**<br>**CAROL CITY, FL 33055** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.121 8 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANTHONY ITALIANO**<br>**PO BOX 712**<br>**NORTH JACKSON, OH 44451** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.121 9 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Anthony Ivey**<br>**1504 - 16th Ave. N**<br>**Nashville, TN 37208** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.122 0 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANTHONY JACKSON**<br>**1341 MILL RD**<br>**SEVEN VALLEYS, PA 17360** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Jacobs**
**5270 Bayshore Rd.**
**Oregon, OH 43616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY JOHNSON**
**5952 WESTFALL ROAD**
**LAKE WORTH, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY JUSTINIANO**
**4862 W. CONCORD**
**CHICAGO, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY LIMOUSIN**
**1080 NE 133 STREET**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY LOVELACE**
**1558 E TULPEHOCKEN ST**
**PHILADELPHIA, PA 19138-1630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY LYON**
**6774 ST. IVES BOULEVARD**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MADU**
**5214 HARFORD RD**
**BALTIMORE, MD 21214-2672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MARTZ**
**4888 MASSILLON RD. APT. 18**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Meely**
**1700 E Cold Spring Ln**
**Marble Hall**
**Baltimore, MD 21251-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MITCHELL**
**2252 PLUM LEAF LN**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MOLL**
**3449 HICKORY AVE**
**BALTIMORE, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MURCIA-SANTOS**
**502D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Palumbo**
**2312 - 43rd St. NW**
**Canton, OH 44709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY PELLILCAN**
**8171 SHADY MAPLE DR**
**CANAL WINCHESTER, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.123 5**

Nonpriority creditor's name and mailing address
**ANTHONY POTESTAD**
**15750 SW 42ND TER**
**MIAMI, FL 33185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.123 6**

Nonpriority creditor's name and mailing address
**ANTHONY ROBERSON**
**6100 NW 186 STREET APT 303**
**HIALEAH, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 7**

Nonpriority creditor's name and mailing address
**ANTHONY RUSSELL**
**6601 BONNIE RIDGE DR APT 201**
**BALTIMORE, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 8**

Nonpriority creditor's name and mailing address
**ANTHONY SANFILLIPO**
**230 COOVER RD**
**DELAWARE, OH 43015-8519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 9**

Nonpriority creditor's name and mailing address
**ANTHONY SCOTT**
**3991 NW 45TH WAY**
**LAUDERDALE LAKES, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 0**

Nonpriority creditor's name and mailing address
**ANTHONY STUBBS**
**204C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 1**

Nonpriority creditor's name and mailing address
**ANTHONY TREGO**
**379 MONTROSE AVE**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY TURNER**
**10667 MONTROSE AVE APT 204**
**BETHESDA, MD 20814-4228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY TURNER**
**1306 W WHEATLAND ROAD, APT 206**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY VARGAS**
**13290 SW 205TH LN**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY VEGA**
**7155 N AUGUSTA DR**
**HIALEAH, FL 33015-2078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY WILLIAMS**
**6232 SETON HILLS LN**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Woods**
**8908 Shepard Rd.**
**Macedonia, OH 44056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY YOUNG**
**6707 MEADOWOOD DR**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTINQUE HARRIS**
396 SHIRLEY DR
PAHOKEE, FL 33476

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTIONE BROOKS**
401B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTJUAN JOHNSON**
180 NE 170TH ST
MIAMI, FL 33162

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTJUAN JOHNSON**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTOINE HARRIS**
17350 NW 61ST PL
HIALEAH, FL 33015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTOINE JOE**
8035 N W 15TH AVENUE
MIAMI, FL 33147

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTOINE-OLIVIER GLADU-CORBIN**
11715 GARFIELD ROAD
HIRAM, OH 44234

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTOINETTE MCCOY**
**2518 W. 69TH STREET**
**CHICAGO, IL 60629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTOINETTE MEDEROS**
**20343 NW 43 PLACE**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTON GROSS**
**3676  A HAYES STREET NE #301**
**WASHINGTON, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anton Lobanov**
**2780 S University Dr.**
**Apt. 6B**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTONETTE MARSTELLER**
**230 E 6TH ST**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTONIA MOBLEY**
**1354 NW 51ST STREET**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTONIA SIKON**
**4055 QUEENSBURY CIRCLE**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 3 | **Nonpriority creditor's name and mailing address**<br>**ANTONIO AMATO**<br>**1148 PARK VIEW DR**<br>**ZANESVILLE, OH 43701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 4 | **Nonpriority creditor's name and mailing address**<br>**ANTONIO BARRON**<br>**101 DUANE ST**<br>**MAUMEE, OH 43537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 5 | **Nonpriority creditor's name and mailing address**<br>**ANTONIO CERVANTES**<br>**236 N MAIN ST**<br>**SWANTON, OH 43558**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 6 | **Nonpriority creditor's name and mailing address**<br>**ANTONIO COSTANTINI**<br>**1741 ALCESTER ROAD**<br>**MAYFIELD HEIGHTS, OH 44124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 7 | **Nonpriority creditor's name and mailing address**<br>**Antonio Crespo Mendez**<br>**5817 Wesleyan Dr.**<br>**Stuent Accounts Office**<br>**Virginia Beach, VA 23455**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 8 | **Nonpriority creditor's name and mailing address**<br>**ANTONIO DIVITO**<br>**1241 WILLOWAY AVE SE**<br>**NORTH CANTON, OH 44720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.126 9 | **Nonpriority creditor's name and mailing address**<br>**ANTONIO FORTE**<br>**7040 SW 95 CT**<br>**MIAMI, FL 33173**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.127 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antonio Hardy**
**2826 Hartford St. SE**
**Apt. 104**
**Washington, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTONIO JACKSON**
**1120 N WESTWOOD AVE APT 1411**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antonio Johnson**
**1130 Montpelier St.**
**Baltimore, MD 21218-3616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antonio Mendoza**
**4299 NW 76 Ave.**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTONIO PEREZ**
**904 SOUTH ELM STREET**
**ENNIS, TX 75119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTONIO RAVENELL**
**4 STRETHAM CT**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTONIO REDEDIOS**
**910 OLD FARM TRL**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 7 | **Nonpriority creditor's name and mailing address** <br> **ANTONIO VILLA DE REY** <br> **1800 PURDY AVE APT 1507** <br> **MIAMI BEACH, FL 33139** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.127 8 | **Nonpriority creditor's name and mailing address** <br> **Antonique Ingraham** <br> **2954 W Central Ave.** <br> **Apt. 207** <br> **Toledo, OH 43606** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.127 9 | **Nonpriority creditor's name and mailing address** <br> **ANTONY MENDES** <br> **9420 SOUTH MEADOWS CIRCLE** <br> **MIRAMAR, FL 33025** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.128 0 | **Nonpriority creditor's name and mailing address** <br> **ANTWOINE JOHNSON** <br> **1204 BROOKE ROAD** <br> **CAPITOL HEIGHTS, MD 20743** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.128 1 | **Nonpriority creditor's name and mailing address** <br> **ANTWOINETT AIKENS** <br> **3171 NW 5TH STREET** <br> **LAUDERHILL, FL 33311** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.128 2 | **Nonpriority creditor's name and mailing address** <br> **Antwon Winder** <br> **2015 N Monroe St** <br> **Baltimore, MD 21217** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.128 3 | **Nonpriority creditor's name and mailing address** <br> **ANUJ AGRAWAL** <br> **590E BUCHTEL AVE** <br> **UNIT# 42** <br> **AKRON, OH 44304** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 4 | **Nonpriority creditor's name and mailing address**<br>**ANUP PANT**<br>**634 E. BUCHTEL AVE**<br>**APT # 102**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 5 | **Nonpriority creditor's name and mailing address**<br>**ANUP PANT**<br>**281 WHEELER STREET**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 6 | **Nonpriority creditor's name and mailing address**<br>**ANUPAMA RAI**<br>**6710 HAVENOAK RD APT C1**<br>**BALTIMORE, MD 21237**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 7 | **Nonpriority creditor's name and mailing address**<br>**ANURADHA SHARMA**<br>**382 1/2 BELTZ COURT AKRON**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 8 | **Nonpriority creditor's name and mailing address**<br>**ANURADHA SHARMA**<br>**437 SUMNER ST APT H 2**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.128 9 | **Nonpriority creditor's name and mailing address**<br>**ANVAY PATIL**<br>**800 EVERHARD RD SW APT. 1204**<br>**NORTH CANTON, OH 44709**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.129 0 | **Nonpriority creditor's name and mailing address**<br>**ANWAR SADEK**<br>**876D WHITE PINE DRIVE**<br>**AKRON, OH 44313**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anya Cohen**
20441 NE 30th Ave.
Apt. 320
Miami, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anyae Stanfield**
4230 Loch Raven Blvd.
Rm 483 Marble Hall
Baltimore, MD 21251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anyia Fields**
50 Panama Ln
Buffalo, NY 14225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANYSSA HANNA**
3513 EDISON ROAD
CLEVELAND, OH 44121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aoi Kamito**
1216 Sunbury Rd.
Columbus, OH 43210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APARA GUPTA**
77 FIR HILL TOWERS
APT NO. - 6B5
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APARNA AGRAWAL**
268-A
80 EAST EXCHANGE STREET
AKRON, OH 44325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**APOORVA MALLEPALLY**
**55 FIR HILL TOWERS**
**APT 9B4**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**APOORVA VISHWAKARMA**
**907 HEMLOCK HILLS DRIVE**
**APARTMENT D**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**APOORVA VISHWAKARMA**
**634 BUCHTEL AVE APT 111**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**APP PBP PA**
**2013 Ponce de Leon Ave.**
**West Palm Beach, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,366.45

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**APP PBP PA**
**PO BOX 671361**
**WEST PALM BEACH, FL 33407**

Date(s) debt was incurred _

Last 4 digits of account number  9871

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$574.00

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**APRIL BELL**
**5817 WESLEYAN DRIVE**
**PO BOX C313**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**APRIL BROWN**
**4812 PINETREE DRIVE APT 201**
**MIAMI BEACH, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.130 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **APRIL DEMERS** | ☐ Contingent | |
| **12695 EGGERT RD** | ☐ Unliquidated | |
| **DUNDEE, MI 48131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **APRIL POWERS** | ☐ Contingent | |
| **5900 APPLETON COURT** | ☐ Unliquidated | |
| **VIRGINIA BEACH, VA 23464** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Aprilanne Arwood** | ☐ Contingent | |
| **801 SE Johnson Ave.** | ☐ Unliquidated | |
| **1348** | ☐ Disputed | |
| **Stuart, FL 34995** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Apryl Morris** | ☐ Contingent | |
| **5904 Kaveh Ct.** | ☐ Unliquidated | |
| **Upper Marlboro, MD 20772-3750** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **AQARI ATKINSON** | ☐ Contingent | |
| **1323 LONGLAC RD** | ☐ Unliquidated | |
| **VIRGINIA BEACH, VA 23464** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Araba Ghartey** | ☐ Contingent | |
| **3809 Oak Ave.** | ☐ Unliquidated | |
| **Gwynn Oak, MD 21207-6366** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ARAEFO WISE** | ☐ Contingent | |
| **1717 KENNETH AVENUE N** | ☐ Unliquidated | |
| **UNION, NJ 07083** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 204 of 3613

| | | |
|---|---|---|
| 3.131 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ARAIS DEL VALLE**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ARAMIS CORDERO ISAAC**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ARCHIE RUMPH**
**23100 SW 123RD ST**
**MIAMI, FL 33170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ARCHIE RUMPH**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Architha Reddy**
**2801 Bancroft**
**MS513**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ARDRA RIGBY, JR.**
**11424 JOHNSON CREEK CIR**
**JACKSONVILLE, FL 32218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**ARE'AL CANADA**
**6055 SOUTHFIELD FWY**
**APT #1**
**DETROIT, MI 48228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | 3.131 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|---|

**Areej Usmani**
**1911 Key St.**
**Apt. A**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AREEJ USMANI**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARELISHA DENNIS**
**942 SOUTH WEST LONGFELLOW ROAD**
**PORT SAINT LUCIE, FL 34953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AREMY RODRIGUEZ**
**6605 AVENUE R**
**HOUSTON, TX 77011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AREZOO AVID**
**590 E BUCHTEL AVE.**
**APT #43**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARGENIS HERNANDEZ**
**3078 SW 4TH ST**
**MIAMI, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARI JONES**
**3614 FORREST AVENUE APT 4**
**MEMPHIS, TN 38122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|---|
| | | Name | | |

---

**3.1326**

Nonpriority creditor's name and mailing address
**ARI WARSHAWSKY**
**70 SW 91ST AVE APT 210**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1327**

Nonpriority creditor's name and mailing address
**ARIADNA BLINOVA**
**447 E. VORIS STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1328**

Nonpriority creditor's name and mailing address
**ARIADNA BLINOVA**
**472 SPICER STREET, UPPER UNIT**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1329**

Nonpriority creditor's name and mailing address
**ARIADNA RAMOS GANDIA**
**393 SUMNER ST**
**APT. #2-103D**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1330**

Nonpriority creditor's name and mailing address
**ARIANA BROWN**
**1511 163RD AVE**
**APT #57**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1331**

Nonpriority creditor's name and mailing address
**ARIANA MOSQUERA**
**5805 BROOKSIDE DRIVE**
**CLEVELAND, OH 44144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1332**

Nonpriority creditor's name and mailing address
**ARIANA RUBIO**
**7825 NW 107 AVE. #615**
**DORAL, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIANNA ALDERETE**
**606A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIANNA BOONE**
**5817 WESLEYAN DRIVE**
**BOX B400**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arianna Ciciulla**
**29 Burnside St.**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIANNA CICIULLA**
**5817 WESLEYAN DRIVE**
**BOX B24**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIANNA EADDY**
**2777 NORTH BUCKNER BLVD**
**APT. 1404**
**DALLAS, TX 75228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arianna Gomes**
**3160 Banneker Dr. NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIANNA ILIFF**
**508 SUMNER ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARIANNA JAMES**
**16110 SW 102ND PL**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arianna Kadlub**
**1355 Oak Hill Ct.**
**Apt. 65**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARIANNA LUPI**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arianna Russo**
**8458 NW 109 Ct.**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARIANNA SORIA**
**4360 289TH ST**
**TOLEDO, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arianna Wilson**
**1 Smallwood Ln**
**New Castle, DE 19720-2034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARIC MCATEE**
**2255 N LEUTZ RD**
**OAK HARBOR, OH 43449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 209 of 3613

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEA MARSHALL**
**2413 GLASBORN CIRCLE**
**MELBOURNE, GA 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEL BENJAMIN**
**5657 SW 124TH TER**
**OCALA, FL 34481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEL BROWN**
**3806 MEADOWBROOK BOULEVARD**
**UNIVERSITY HEIGHTS, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEL DAVIS**
**1970 NW 192ND TERRACE**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEL DE WEEVER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEL DEVAULT**
**9220 LANDIS DRIVE**
**BEAUMONT, TX 77707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ARIEL HENRY**
**6053 SW 40TH STREET**
**APT#1**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIEL HYLTON**
**144 NE 188TH STREET**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIEL JOHN DEU**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ariel Klein**
**74 Casterton Ave.**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ariel Roberts**
**324 N Hawkins Ave.**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ariel Sims**
**7155 Quail Lakes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIELLE FORREST**
**4804 WILLISTON ST**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ARIELLE HALL**
**7201 SHADOWLAWN AVE**
**BALTIMORE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|---------|--------|---|
| | Name | | |

**3.136.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ARINDAM PAUL**<br>**484 ALLYN STREET**<br>**APT A**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|
| **ARIOL LABRADA MD PA**<br><br>**MIAMI, FL 33222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **2931** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ARIONNA ROBINSON**<br>**2111 LUGINE AVE**<br>**WOODLAWN, MD 21207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ARIS DAVIES**<br>**12104 CHIP SHOT LN**<br>**UPPER MARLBORO, MD 20772-7958** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ARIUS JONES**<br>**1608 WORTHINGTON DRIVE**<br>**FORT WAYNE, IN 46845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ARIYANNA CARTER**<br>**4509 FAIRVIEW AVE APT E**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.136.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Arjun Chandra**<br>**1343 Oak Hill Ct.**<br>**Apt. 106**<br>**Toledo, OH 43614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARJUN RAMAKRISHNAN**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arjun Shettigar**
**3414 Dorr St.**
**Apt. 210**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARKELON LEE**
**2657 PARKROW AVENUE**
**DALLAS, TX 75215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARLEENE ALEXIS**
**265 NW 111TH ST**
**MIAMI SHORES, FL 33168-3301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARLEN NYARKO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARLURIA CLAYTON**
**5867 E BONIWOOD TURN**
**CLINTON, MD 20735-4832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARMANI KING**
**8045 SOUTH AVAON AVE**
**CHICAGO, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARMANI PALMER**
**4558 CLAMSHELL DR**
**JACKSONVILLE, FL 32218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARMANI SEALE**
**2621 ATWATER DR**
**NORTH POINT, FL 34288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARMANI WILSON**
**7807 S UNION**
**CHICAGO, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.42 |
|---|---|---|---|

**ARMC Physicians Care, Inc.**
**1240 Huffman Mill Rd.**
**Burlington, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARMON CURTIS**
**11121 LA ROSE AVENUE**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARNNETTE JAMES**
**3620 ECHODALE AVENUE**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARNOB BANIK**
**590 E BUCHTEL AVE**
**APT 45**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138<br>2 | **Nonpriority creditor's name and mailing address**<br>**ARNOB BANIK**<br>**437 SUMNER STREET**<br>**APARTMENT # K**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.138<br>3 | **Nonpriority creditor's name and mailing address**<br>**ARNS CARRENARD**<br>**2450 LANTANA ROAD**<br>**APT 2115**<br>**LAKE WORTH, FL 33462**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.138<br>4 | **Nonpriority creditor's name and mailing address**<br>**Arny & Arny, Inc.**<br>**1113 S Cleveland Massillon Rd.**<br>**Akron, OH 44321**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  5687 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $235.29 |

| | | |
|---|---|---|
| 3.138<br>5 | **Nonpriority creditor's name and mailing address**<br>**Aron Berhane**<br>**12730 Sterling Ct.**<br>**Oak Park, MI 48237**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.138<br>6 | **Nonpriority creditor's name and mailing address**<br>**ARPIT CHOUDHARY**<br>**4713 ALDGATE GREEN**<br>**HALETHORPE**<br>**BALTIMORE, MD 21227**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.138<br>7 | **Nonpriority creditor's name and mailing address**<br>**ARREANA AXSON**<br>**866 PAXTON ROAD**<br>**CLEVELAND, OH 44108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.138<br>8 | **Nonpriority creditor's name and mailing address**<br>**ARRIEL DAWSON**<br>**1620 POPLAR GROVE ST**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

ARRYAWNA SALDANA
5817 WESLEYAN DRIVE
PO BOX B527
VIRGINIA BEACH, VA 23455

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Arshpreet Kaur
2725 Pine Knoll Dr.
Toledo, OH 43617

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Art Elmazi
9312 Saint Angelas Way
Sylvania, OH 43560

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

ARTEM ZHGUN
1800 S.OCEAN DR. APT 2502
HALLANDALE BEACH, FL 33009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

ARTERIA MCDOWELL
1030 WEST 31ST
COVINGTON, LA 70433

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

ARTESIA FULCHER
36 NORTH ROSEDALE ST
BALTIMORE, MD 21229

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.79 |
|---|---|---|---|

Arthritis and Rhumatology Assoc.
of Palm Beach
1411 N. Flagler Dr.
Suite 5600
West Palm Beach, FL 33401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,213.00** |
|---|---|---|---|

**ARTHRITIS-OSTEO TRTMNT   RSRCH**
**20880 W DIXIE HIGHWAY**
**SUITE 101**
**SQUARE ONE CENTER**
**MIAMI, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,060.00** |
|---|---|---|---|

**ARTHUR BREGMAN MD LLC**
**1550 MADRUGA AVE.**
**CORAL GABLES, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTHUR MCDADE**
**9962 VOLTAR AVENUE**
**OAKLAND, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTHUR WILSON**
**7500 NW 28TH ST**
**MARGATE, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTO KAZAKOV**
**65 W 90TH ST**
**APT 19E**
**NEW YORK, NY 10024-1505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTUR SHARAPOV**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ARTURO ABREU**
**9700 HAMMOCKS BLVD. #204**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,673.91 |
|---|---|---|---|

**Arturo Corces, MD PA**
**11801 SW 90th St. #201**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARTURO PEN RODRIGUEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARTURO SEIJAS MORILLO**
**195 WHEELER STREET**
**APT 204**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARUN KUMAR NETHI**
**12664 S CHURCHILL WAY**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arvind Senthilkumar**
**3 Sulliman Rd.**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arwa Alfayadh**
**2435 Zuber Rd.**
**Orient, OH 43146-9403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARYAM ALBARRAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 218 of 3613

| 3.141 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARYANA LEWIS**
**15104 FLORIDA AVENUE**
**CLEVELAND, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARYANI WALKER**
**45 NW 4TH STREET**
**POMPANO, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASA BERLIN**
**211 BALDWIN ST**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asad Butt**
**18429 S Salem Row**
**Strongsville, OH 44136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASAD BUTT**
**5725 TIBARON LN APT 308**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASAF PISCOYA**
**705 NW 105TH PLACE**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHA BEACHAM**
**3618 GOLDEN HILLS DR.**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 219 of 3613

| | | |
|---|---|---|
| 3.141 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Asha Gowda**
**2895 Lakewoods Ct.**
**West Bloomfield, MI 48324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ASHA RICHARDS**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ASHAN WILLIAMS**
**543 BLOOM ST**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ASHANTI CHAVIS**
**3260 FOUNTAIN FALLS WAY, APT 1064**
**LAS VEGAS, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ASHANTI PATTERSON**
**22301 SW 123RD DR**
**MIAMI, FL 33170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ASHAUNTI CLEMONS**
**1412 NW 12TH STREET**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
|---|---|---|

**ASHISH GADHAVE**
**634 E BUCHTEL AVE**
**APT 215**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 4**

Nonpriority creditor's name and mailing address
**ASHISH GADHAVE**
**55 FIR HILL ST, APT 11B10**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.142 5**

Nonpriority creditor's name and mailing address
**ASHLEE WARNER**
**9557 CR 313**
**TERRELL, TX 75161**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 6**

Nonpriority creditor's name and mailing address
**Ashlee Wetterer**
**1148 SW 11th St.**
**Boca Raton, FL 33486**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 7**

Nonpriority creditor's name and mailing address
**ASHLEI RUSSELL**
**5322 S. HONORE**
**CHICAGO, IL 60609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 8**

Nonpriority creditor's name and mailing address
**ASHLEIGH GORDON**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 9**

Nonpriority creditor's name and mailing address
**ASHLEIGH OBERLANDER**
**13A FAY AVENUE**
**PEABODY, MA 01960**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 0**

Nonpriority creditor's name and mailing address
**ASHLEIGH SOMERFELT**
**4654 DRESHER TRL**
**STOW, OH 44224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.143 1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ASHLEIGN GARY**<br>**603 AMBER COURT**<br>**PHENIX CITY, AL 36868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143 2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ASHLEY AMATO**<br>**710 PINE VALLEY DR**<br>**PITTSBURGH, PA 15239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ASHLEY ANDERSON**<br>**20116 NW 28TH CT**<br>**MIAMI GARDENS, FL 33056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ashley Blake**<br>**3319 Bluemont Park**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ASHLEY BROOKS**<br>**3837 SIMPSON STUART RD**<br>**P.O BOX 87**<br>**DALLAS, TX 75241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ASHLEY BROOKS**<br>**3522 KELOX RD**<br>**GWYNN OAK, MD 21207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.143 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ashley Brown**<br>**7940 1/2 Secor Rd.**<br>**Apt. B**<br>**Lambertville, MI 48144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY BROWN**
**1920 W ALEXIS RD APT L303**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY BRUNEUS**
**950 SW 96TH AVE**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY BUTLER**
**160 NE 203RD TERRENCE**
**APT 17**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Cameron**
**109 S Third St.**
**Oakwood, OH 45873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY CAMERON**
**1045 EMERALD RD**
**PAULDING, OH 45879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Croston**
**1111 Bell Ave.**
**Lansdowne, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY DAVIS**
**4817 WESTCLIFFE CT**
**SYLVANIA, OH 43560-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY DAVIS**
**6809 MAYFIELD ROAD**
**APT 1550**
**MAYFIELD HEIGHTS, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Drusel**
**337 W Summit St.**
**Barberton, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY EDWARDS**
**5817 WESLEYAN DRIVE**
**PO BOX B494**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY FLOWERS**
**1100 BOLTON ST APT 518**
**BALTIMORE, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY FOX**
**2413 CHURCH ST**
**EVANSTON, IL 60201-3966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Fuchs**
**212 Greenwood Dr.**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY FUERTE**
**4774 BROOK DRIVE**
**WEST PALM BEACH, FL 33417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY GEORGE**
**4707 EAGLE DRIVE**
**FORT PIERCE, FL 34951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Gray**
**2 White Law Pl**
**Nottingham, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY HENRY**
**846 GREENBRIAR LANE**
**UNIVERSITY PARK, IL 60484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Holmes**
**1255 Gleneagle Rd**
**Baltimore, MD 21239-2236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY IKPEZE**
**512 LAKE VISTA CIR APT F**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Kline**
**4544 Columbus St.**
**Apt. 1012**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY KRUSEL**
**337 W SUMMIT ST**
**BARBERTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|------|----------|---|
| | Name | | |

---

**3.1459**

Nonpriority creditor's name and mailing address
**ASHLEY LEWIS**
**825 WJ PRATT ST**
**BIRMINGHAM, AL 35224-1071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1460**

Nonpriority creditor's name and mailing address
**ASHLEY LOVE**
**2849 WEST AVENUE**
**LEBANON, OH 45036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1461**

Nonpriority creditor's name and mailing address
**ASHLEY MCGEE**
**850 BALDWIN STREET 504**
**PITTSBURGH, PA 15235**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1462**

Nonpriority creditor's name and mailing address
**ASHLEY MENA**
**168 ATHABASCA DR**
**KISSIMMEE, FL 34759**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1463**

Nonpriority creditor's name and mailing address
**ASHLEY MORALES**
**18101 NW 2ND CT**
**MIAMI GARDENS, FL 33169**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1464**

Nonpriority creditor's name and mailing address
**ASHLEY MURRAY**
**240 PINE NEEDLE DR**
**SEVILLE, OH 44273**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1465**

Nonpriority creditor's name and mailing address
**ASHLEY NOBLES**
**7511 SW 7TH STREET**
**MARGATE, FL 33068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 226 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.146 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ASHLEY REDMAN**
**4311 HOAGLAND BLACKSTUB ROAD**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ASHLEY RICHARDSON**
**14835 CLINTON RD**
**DOYLESTOWN, OH 44230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ASHLEY RICKARD**
**PO BOX 314**
**ATTICA, OH 44807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ASHLEY SOLA**
**2800 NW 112TH TERRACE**
**FORT LAUDERDALE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ASHLEY STEVENS**
**301B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ashley Strong**
**9862 NW 2nd Ct**
**Fort Lauderdale, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ashley Szczesniak**
**163 Edgerton Rd.**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 3 | **Nonpriority creditor's name and mailing address**<br>**ASHLEY TAYLOR**<br>**2023 E. GRANT**<br>**FRESNO, CA 93701** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 4 | **Nonpriority creditor's name and mailing address**<br>**ASHLEY TOLEDO**<br>**15021 TOSCANA WAY**<br>**NAPLES, FL 34120** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 5 | **Nonpriority creditor's name and mailing address**<br>**ASHLEY TURNER**<br>**15720 NW 20TH AVENUE ROAD**<br>**OPA LOCKA, FL 33054** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 6 | **Nonpriority creditor's name and mailing address**<br>**ASHLEY WALKER**<br>**1000 HOLT AVE**<br>**BUILDING 2737**<br>**WINTER PARK, FL 32789** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 7 | **Nonpriority creditor's name and mailing address**<br>**ASHLEY WALLER**<br>**1424 PICADILLY LN APT A204**<br>**MAUMEE, OH 43537** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 8 | **Nonpriority creditor's name and mailing address**<br>Ashley Washington<br>8613 Old Hickory Trail<br>Apt. 2204<br>Dallas, TX 75237 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 9 | **Nonpriority creditor's name and mailing address**<br>**ASHLEY WIHL**<br>**129 WEST COLUMBUS ST.**<br>**MT. STERLING, OH 43143** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 228 of 3613

| 3.148 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEY WILLIAMS**
3101 NW NW 77TH STREET
APT 405
MIAMI, FL 33147

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEY-ANN BRYAN**
9225 RAMBLEWOOD DRIVE
APT 1033
CORAL SPRINGS, FL 33071

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEY-ANN BRYAN**
1506 SW 149 AVE
PEMBROKE PINES, FL 33027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLII DYER**
4226 DUMAINE STREET
NEW ORLEANS, LA 70119

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLYN THOMPSON**
14621 S SPUR DR
MIAMI, FL 33161

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHMITA KHADKA**
6710 HAVENOAK RD APT C1
BALTIMORE, MD 21237

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHMITA SANYASHI**
261 CRANZ PL
AKRON, OH 44310

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.148 7 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**ASHONTI WRIGHT**
**25855 HIGHLAND ROAD**
**RICHMOND HEIGHTS, OH 44143**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

3.148 8
**Nonpriority creditor's name and mailing address**
**Ashton Barr**
**3400 Roberta St.**
**New Castle, IN 47362**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.148 9
**Nonpriority creditor's name and mailing address**
**Ashton Bell**
**1800 Baptist World Ctr. Dr.**
**Nashville, TN 37207**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.149 0
**Nonpriority creditor's name and mailing address**
**ASHTON CASSEL**
**2083 LARKSPUR LN**
**GRAND BLANC, MI 48439**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.149 1
**Nonpriority creditor's name and mailing address**
**ASHTON GILKEY**
**467 WESTGREEN LN**
**WESTERVILLE, OH 43082**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.149 2
**Nonpriority creditor's name and mailing address**
**ASHTON MARTINEZ**
**6031 SW 183 WAY**
**DAVIE, FL 33331**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.149 3
**Nonpriority creditor's name and mailing address**
**ASHWIN AMAR GHATPANDE**
**590 E. BUCHTEL AVE.**
**APT. 18**
**AKRON, OH 44304**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.149 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASHWIN SANCHETI**
**55 FIR HILL ST**
**APT 5B6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASHWIN SANCHETI**
**876 WHITE PINE DR**
**APT D**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Asia Benjamin**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Asia Blackwood**
**14 Broadleaf Court**
**Parkville, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASIA BLACKWOOD**
**5817 WESLEYAN DRIVE**
**PO BOX B295**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASIA JACKSON**
**208A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASIA LEWIS**
**4135 NAPOLI LAKE DRIVE**
**LAKE PARK, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASIA MASON**
**1018 SCOTTS HILL DRIVE**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASIA MCCALLUM**
**4171 FAIRVIEW AVE APT 5**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asia Morgan**
**3752 Chrysler Dr.**
**Detroit, MI 48207-4716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASIA PANTON**
**45 WINDEMERE ST**
**SPRINGFIELD, MA 01104-2226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asia Parker**
**6818 Sturbridge Dr.**
**Apt. D**
**Parkville, MD 21234-7413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASIA-LIGE ARNOLD**
**1317 EDGEWATER ROAD**
**DAYTONA BEACH, FL 32117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASIEH GHANEKARADE**
**430 SUMNER STREET, APT 202**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Nonpriority creditor's name and mailing address**
**ASIELLE KAIMARI**
**1937 SUNNYLAWN DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.150 9**

**Nonpriority creditor's name and mailing address**
**Asis Shaw**
**2364 Ashford Dr**
**Waldorf, MD 20603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151 0**

**Nonpriority creditor's name and mailing address**
**ASLAN BAFAHM ALAMDARI**
**672 E. BUCHTEL AVE**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151 1**

**Nonpriority creditor's name and mailing address**
**ASMA EISA**
**2255 UNIVERSITY HILLS BLVD. AP**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151 2**

**Nonpriority creditor's name and mailing address**
**ASMA MOHAMED**
**8678 CASTLEMILL CIR**
**NOTTINGHAM, MD 21236-2619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151 3**

**Nonpriority creditor's name and mailing address**
**ASMAR JEFFERSON**
**1317 W SELZER ST.**
**PHILA, PA 19132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151 4**

**Nonpriority creditor's name and mailing address**
**Asmara Faluki**
**3708 Pikeswood Dr.**
**Randallstown, MD 21133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 5 | **Nonpriority creditor's name and mailing address** | $479.95 |

**Aspen Rehabilitation**
**1930 OH-59**
**Kent, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ASRITHA NALLAPANENI**
**2220 HIGH STREET, PORTAGE TOWERS**
**APT. 820**
**AKRON, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Assata Lewis**
**1000 Radnor Ave**
**Baltimore, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 8 | **Nonpriority creditor's name and mailing address** | $49.83 |

**Associated Pathologists**
**2300 Patterson St.**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 9 | **Nonpriority creditor's name and mailing address** | $2,563.20 |

**Associates in Digestive**
**625 Del Prado Blvd. S**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152 0 | **Nonpriority creditor's name and mailing address** | $389.20 |

**Associates in Family Practice**
**42755 Mound Rd.**
**Sterling Heights, MI 48314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Assumpta Nwaneri**
**3217 Glanzman Rd.**
**Unit 72**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$8,252.92** |
| **Assurex Health, Inc.**<br>**6960 Cintax Blvd.**<br>**Mason, OH 45040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **ASTHA LAMICHHANE**<br>**634 EAST BUCHTEL AVENUE #312**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$5,967.60** |
| **Asthma & Allergy Associates of FL**<br>**9600 W. Sample Rd.**<br>**Suite 400**<br>**Pompano Beach, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **ASTRID CASTILLO**<br>**3147 WEST SPRINGS DR.**<br>**APT. A**<br>**ELLICOTT CITY, MD 21043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Asyaa Davis**<br>**International House 5110**<br>**1730 W Rocket Dr.**<br>**Toledo, OH 43606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **AT&T Mobility**<br>**PO Box 1809**<br>**Paramus, NJ 07653-1809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **ATANAS KOCEV**<br>**514 BROWN STREET**<br>**AKRON, OH 44311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | | | |
| Last 4 digits of account number __ | **Basis for the claim:** __ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.152 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ATARAH PINDER**<br>**2076 ECHODALE AVENUE**<br>**APT B4**<br>**BALTIMORE, MD 21239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ATARAH YISRAEL**<br>**645 E. 21ST STREET**<br>**APT 1301**<br>**JACKSONVILLE, FL 32206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ATASHA SMITH**<br>**4726 EAST FRIO DRIVE**<br>**DALLAS, TX 75216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Atasha Terrelonge**<br>**3605 Labyrinth Rd.**<br>**Apt. 18**<br>**Baltimore, MD 21215-2420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ATHENA WELSH**<br>**3582 RAMBO AVE**<br>**ALLIANCE, OH 44601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ATIA SHARMEEN**<br>**2440 SAINT PAUL STREET, APT-4G**<br>**BALTIMORE, MD 21218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ATIBA MCGILL**<br>**306B DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 236 of 3613

| 3.153 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATIE AMIRGOL**
**1350 N HOWARD STREET**
**APT 306**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATIE AMIRGOL**
**542 CARROLL STREET**
**SECOND FLOOR, APT 2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATIE AMIRGOL**
**590 EAST BUCHTEL AVE. APT. 48**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$921.60** |
|---|---|---|---|

**Atlantic Anesthesia, Inc.**
**400 Rt. 130 S**
**Hightstown, NJ 08520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7104**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Atlantic Physical Therapy E**
**400 Rt. 130 South**
**Hightstown, NJ 08520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7104**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATO WATSON**
**20450 NW 9TH COURT**
**MIAMI GARDENS, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATO WATSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUBREIGH HERRINGA**
**8432 WOLVERINE RD**
**TEMPERANCE, MI 48182-9115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUBREY DAVIS**
**2450 NW 162ND STREET**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Aubrey Kozer**
**3720 Durham Dr.**
**Barberton, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUBREY PIZZA**
**7735 BIG BEND CT**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUBREY WARD, JR.**
**1448 EAST 108TH STREET**
**CLEVELAND, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUBRIANA BELLARD**
**1601 KENWAY PLACE**
**MIDDLETOWN, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUBRIANA ROLON**
**3551 RIVERLANDINGS BLVD**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUBYN MCNAUGHTON**
**3512 MILLVALE RD**
**WINDSOR MILL, MD 21244-2970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Audra Moehrman**
**3424 Michael Ct.**
**Columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUDREY ADGATE**
**2070 CR 109**
**GLENWOOD SPRINGS, CO 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Audrey Clark**
**605 Ranier Cir.**
**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUDREY FETTIG**
**2563 DAMVUE DR**
**ROAMING SHORES, OH 44084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUDREY FLEMING**
**42452 DHARTE CT**
**CLINTON TOWNSHI, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUDREY LAUER**
**8261 RUSTIC DRIVE**
**CHARDON, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.155 7 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: *Check all that apply.* — **$0.00** |

**3.155 7**

**Nonpriority creditor's name and mailing address**
**Audrey Nolte**
**1188 Cambridge St.**
**Alliance, OH 44601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**
**Audry Adgate**
**2070 Cr 109**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**
**AUDU ABUBAKAR**
**1340 CANBERRA DR**
**ESSEX, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**
**AUGUST GALLATIN**
**5337 MOSER LN**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**
**AUGUSTA RADER**
**4229 DRY RUN DR**
**HAMILTON, OH 45013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**
**AUGUSTIN FERNANDEZ**
**208 NE 21ST CT**
**WILTON MANORS, FL 33305-1012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**
**Ault Chiropractic, LLC**
**3975 Cascades Blvd.**
**Ste. 5**
**Kent, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$119.92**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.156 4**

**Nonpriority creditor's name and mailing address**
**Aultman Orrvile Dunlap Family Phys**
**830 S. Main St.**
**Orrville, OH 44667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$123.49**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
**Aultman Orrville**
**832 S. Main St.**
**Orrville, OH 44667**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$304.39**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
**Aumoni Robinson**
**2294 Canteen Cir**
**Odenton, MD 21113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**
**AUNDRA HERRING**
**8508 OKEEFE DR.**
**SEVERN, MD 21144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
**AUNDRE PRICE**
**1990 SW 81ST AVENUE**
**MARGATE, FL 33068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
**Aundrea Collins**
**929 N Wolfe St**
**#517A**
**Baltimore, MD 21205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
**Aundriana Griffin**
**2602 Glos Ave.**
**Bellwood, IL 60104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|-------------------------------------|-------------------------|---|
| | Name | | |

| 3.157 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|--------------------------------------------------------|-------------------------------------------------------------------------|-----------|

**3.157 1**

**Nonpriority creditor's name and mailing address**
**Aunesha Williams**
**1700 E Cold Spring Ln**
**Thurgood Apt. 104A**
**Barton, MD 21521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**AURELIA VISAN**
**1180 ELLESMERE AVE**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**
**Aurelio Bula**
**13280 SW 53rd St.**
**Hollywood, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**
**AURIYANA CAMPUSANO**
**155 EAST VILLAGE RD**
**ELKTON, MD 21921**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**
**AURIYANA CAMPUSANO**
**206C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**
**Aurora Mark & Kambour, MD**
**16250 NW 59th Ave.**
**Ste. 201**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$171.44**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**
**AURORA MARK AND KAMBOUR MD**
**PO BOX 100914**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number  **6172**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$802.00**

---

| | | |
|---|---|---|
| 3.157 8 | **Nonpriority creditor's name and mailing address**<br>**AUSHIA MCLEAN**<br>**207B DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.157 9 | **Nonpriority creditor's name and mailing address**<br>**Austin Beam**<br>**214 - 16th St.**<br>**Toledo, OH 43604**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.158 0 | **Nonpriority creditor's name and mailing address**<br>**Austin Blair**<br>**4628 Melody Lane**<br>**Cincinnati, OH 45245**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.158 1 | **Nonpriority creditor's name and mailing address**<br>**AUSTIN BLATT**<br>**1259 LECTRIC LANE**<br>**ZANESVILLE, OH 43701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.158 2 | **Nonpriority creditor's name and mailing address**<br>**Austin Carey**<br>**154 E 92nd St.**<br>**Los Angeles, CA 90003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.158 3 | **Nonpriority creditor's name and mailing address**<br>**AUSTIN DAVIS**<br>**289 KIMBER ROAD**<br>**WOOSTER, OH 44691**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.158 4 | **Nonpriority creditor's name and mailing address**<br>**Austin Edwards**<br>**2207 Gaylord Dr.**<br>**Suitland, MD 20746-1442**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.158 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Austin Edwards**
**3200 Arrowhead Circle**
**Apt. I**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Austin Ernst**
**4264 Winters Lane**
**Newport, KY 41076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Austin Finley**
**3060 Woodcrest Dr.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**AUSTIN HORTON**
**4243 W BANCROFT ST APT 101W**
**OTTAWA HILLS, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**AUSTIN JOHNSON**
**8538 CENTER STREET**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**AUSTIN KARNAKARIAN**
**302 E BUCHTEL AVE,AKRON, OH**
**BULGER RESIDENCE HALL**
**3RD FLOOR ROOM 313**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**AUSTIN MEEHL**
**5727 TIBARON LN APT 301**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUSTIN MEYER**
**18781 GIPE RD**
**NEY, OH 43549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUSTIN MITCHELL**
**6951 REGENTS PARK BLVD**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUSTIN PARRY**
**3835 HOLBEIN DRIVE**
**ZANESVILLE, OH 43701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**AUSTIN RADIOLOGICAL ASSOC**
**PO BOX 4099**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4655

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Rawson**
**2060 Eve Dr.**
**Steubenville, OH 43952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Ricci**
**5590 Stonecreek Way**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AUSTIN RICE**
**229 CLAREMONT DR**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.159 9 | **Nonpriority creditor's name and mailing address** **AUSTIN SAMPLE** **7400 WINDSOR RIDGE BLVD** **SYLVANIA, OH 43560** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 0 | **Nonpriority creditor's name and mailing address** **Austin Schrader** **2266 - 108th St.** **Toledo, OH 43611** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 1 | **Nonpriority creditor's name and mailing address** **AUSTIN SCHRADER** **5306 303RD ST** **TOLEDO, OH 43611** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 2 | **Nonpriority creditor's name and mailing address** **AUSTIN SPRINKLE** **8840 SW 20TH ST** **MIAMI, FL 33165** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | **Nonpriority creditor's name and mailing address** **Austin Thomas** **10305 Pinemist Ct** **Upper Marlboro, MD 20772** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 4 | **Nonpriority creditor's name and mailing address** **AUSTIN VAN PELT** **13300 LEROY CENTER ROAD** **PAINESVILLE, OH 44077** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 5 | **Nonpriority creditor's name and mailing address** **Austin Wilhelm** **26886 Luckey Rd.** **Walbridge, OH 43465** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUSTIN WIVELL**
**681 TIPPECANOE RD**
**SMOCK, PA 15480**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUSTIN WOLF**
**401 S. MAIN STREET #145A**
**AKRON, OH 44311**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUSTINE CHUKWUKA-EZE**
**9443 BALLARD GREEN DRIVE**
**OWINGS MILLS, MD 21117**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**AUTUM MORTON**
**5303 WYNDHOLME CIR UNIT 301**
**BALTIMORE, MD 21229**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Autumn Blakely**
**1962 Hunters Run**
**Holland, OH 43528**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Autumn Boyd**
**8541 Kings Ridge Rd**
**Parkville, MD 21234**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Autumn Devine**
**190 Coachman Dr.**
**Plain City, OH 43064**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.161 3 | **Nonpriority creditor's name and mailing address** $0.00 |

**Autumn Eddy**
**2717 Fenway Ave.**
**Chesapeake, VA 23323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.161 4 | **Nonpriority creditor's name and mailing address** $0.00 |

**Autumn Taylor**
**332 E Lorraine Ave**
**Baltimore, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.161 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**AUTUMN TURNAGE**
**3016 BELMONT AVE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.161 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**AUTUMN YOUNG**
**6707 MEADOWOOD DR**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.161 7 | **Nonpriority creditor's name and mailing address** $0.00 |

**Ava Illig**
**3835 Seville Rd.**
**Seville, OH 44273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.161 8 | **Nonpriority creditor's name and mailing address** $0.00 |

**Ava Smith**
**103 Wooland Estates Dr.**
**Baldwin, NY 11510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.161 9 | **Nonpriority creditor's name and mailing address** $0.00 |

**AVA SMITH**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ava Warrington**
**351 Crossing Blvd.**
**Apt. 1122**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.162 1 |

**Nonpriority creditor's name and mailing address**
**AVENTURA HLTHCARE SPECIALISTS**
**PO BOX 405662**
**320**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  3114

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| 3.162 2 |

**Nonpriority creditor's name and mailing address**
**Aventura Hospital**
**20900 Biscayne Blvd.**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36,463.68**

---

| 3.162 3 |

**Nonpriority creditor's name and mailing address**
**AVENTURA MEDICAL ASSOCIATES**
**21150 BISCAYNE BLVD**
**#306**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  9469

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| 3.162 4 |

**Nonpriority creditor's name and mailing address**
**Aventura Orthopedicare Center**
**21000 NE 28th Ave. #104**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24.82**

---

| 3.162 5 |

**Nonpriority creditor's name and mailing address**
**Avenues of Counseling and Medi**
**2259, 230 S Court St.**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,008.96**

---

| 3.162 6 |

**Nonpriority creditor's name and mailing address**
**AVERY CAGLE**
**98 MINWOOD AVE**
**TALLMADGE, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 7**

Nonpriority creditor's name and mailing address
**AVERY GOLDSBOROUGH**
**3915 LIBERTY HEIGHTS AVE APT 108**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 8**

Nonpriority creditor's name and mailing address
**AVERY MOVOLD**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 9**

Nonpriority creditor's name and mailing address
**AVERY SESAY**
**6258 BLYTHE AVE**
**EAST HIGHLAND, CA 92346**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 0**

Nonpriority creditor's name and mailing address
**Avery Spies**
**16 Pepper Ridge Rd.**
**Cleveland, OH 44124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 1**

Nonpriority creditor's name and mailing address
**Avery Sumpter**
**5085 Hummingbird St.**
**Lima, OH 45807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 2**

Nonpriority creditor's name and mailing address
**Aviona Clark**
**212 Gransfalls Bluff**
**North Las Vegas, NV 89031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 3**

Nonpriority creditor's name and mailing address
**Avis Hardaman**
**4110 Biglow Dr.**
**Dallas, TX 75216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**AVIS HARDAMAN**
**2157 VOLGA AVE**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**AVIS MARSHALL**
**3127 PLAZA STREET**
**COCONUT GROVE, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Avreis Wallace**
**3314 Clarks Lane**
**Apt. A**
**Baltimore, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Avriana Chavez**
**5640 Stevens Forest Rd.**
**Apt. 237**
**Columbia, MD 21045-3340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**AWAB ALI**
**430 SUMNER ST. APT.302**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**AWADH ALMUTAIRI**
**960 SOUTHERLY RD**
**385**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**AXEL CHAKOUNTE**
**20834 FOX TROT CT**
**HUMBLE, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address**<br>**AXEL GOMEZ**<br>**9990 SW 3RD ST**<br>**MIAMI, FL 33174**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| 3.164 2 | **Nonpriority creditor's name and mailing address**<br>**Axesspointe / Akron General Broadwa**<br>**676 S. Broadway St. #103**<br>**Akron, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$42.42** |

| 3.164 3 | **Nonpriority creditor's name and mailing address**<br>**AYANA HENDERSON**<br>**3298 WEST 157TH STREET**<br>**CLEVELAND, OH 44111**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.164 4 | **Nonpriority creditor's name and mailing address**<br>**Ayana Rudd**<br>**1335 Nalley Ter**<br>**Hyattsville, MD 20785-4401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.164 5 | **Nonpriority creditor's name and mailing address**<br>**AYANI WHITE**<br>**943 SW 122ND AVE.**<br>**PEMBROKE PINES, FL 33025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.164 6 | **Nonpriority creditor's name and mailing address**<br>**AYANNA BRANCH**<br>**2225 POPLAR GROVE ST**<br>**BALTIMORE, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.164 7 | **Nonpriority creditor's name and mailing address**<br>**AYANNA CULMER-GILBERT**<br>**929 N. WOLFE STREET**<br>**UNIT 1709**<br>**BALTIMORE, MD 21205**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.164 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AYANNA CULMER-GILBERT**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AYANNA FORSKIN**
**2455 NOTH NOB HILL RB**
**SUNRISE, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ayanna Kaigler**
**15707 Erwin Ct.**
**Bowie, MD 20716-2631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AYANNA KELLY**
**2560 CENTERGATE DRIVE**
**APT 202**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AYANNA MILLER**
**1618 N 52ND ST APT 3RD FL**
**PHILADELPHIA, PA 19131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AYANNA WATKINS**
**1649 EAST 50TH STREET**
**APARTMENT 8E**
**CHICAGO, IL 60615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AYAX ARMAS**
**475 BRICKELL AVE APT 2012**
**MIAMI, FL 33131-2527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AYELET HASTINGS**
**3103 BANCROFT ROAD**
**APARTMENT #D**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AYISHAT OMAR**
**3922 ROLLING ROAD**
**APT 6A**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AYITA DONERSON**
**10303 SUNNYLAKE PL APT I**
**COCKEYSVILLE, MD 21030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AYMAN ELAMIN**
**316 PLEASANT MEADOW BLVD,**
**APT #A**
**CUYAHOGA FALLS, OH 44224**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ayodeji Afolabi**
**6431 Woodgreen Cir.**
**Gwynn Oak, MD 21207**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ayodeji Agbelese**
**9601 Beachwood Ave.**
**Lanham, MD 20706-4001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ayodeji Gbadamosi**
**12804 Cottonwood Ct**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**

AYODEJI WEMIDA
1700 E COLDSPRING LANE
BALTIMORE, MD 21251-0001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

AYONNA WRIGHT
516 INGRAM STREET, APT A
FORT WORTH, TX 76108

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

AYSA BROOKS
17000 N BAY RD APT 509
SUNNY ISLES BEACH, FL 33160

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

AYSE OZEN
195 WHEELER STREET APT 303
AKRON, OH 44304

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

AYSE OZEN
77 FIR HILL STREET
AKRON, OH 44304

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

Ayshante Archelus
459 Willow St.
Orange, NJ 07050-2018

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

AYSHIA ROBERTS-JOHNSON
4775 SW 2ND AVE
APT 103
DAVIE, FL 33314

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|---|
| | | Name | | |

| 3.166 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AYSIA THOMAS**
**5429 CRESTA WAY**
**JACKSONVILLE, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.23 |
|---|---|---|---|

**Azadeh Khaghany, MD PLLC**
**313 Stewart Rd.**
**Monroe, MI 48162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AZAHRIA KING**
**1018 BAINBRIDGE**
**FORNEY, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AZANIA INMAN**
**5817 WESLEYAN DRIVE**
**PO BOX A87**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AZAREA JUNIOR**
**3220 NW 171 TERR**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AZARIA BROWN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AZARIA DAVIS**
**4723 LANGDALE DR.**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Azhar Harris**
**470 Haven Ridge Rd**
**Stockbridge, GA 30281-7905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AZIHONNA COX**
**6000 HORNE DRIVE**
**KILLEEN, TX 76542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AZIZA MORISHO**
**9850 S KIRKWOOD ROAD, APT 1915**
**HOUSTON, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aziza Saafir-Johnson**
**3033 Button Bush Ln**
**Laurel, MD 20724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AZMATH FATHIMA**
**22 E ALANBROOKE COURT**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AZURE QUANT**
**845 N W 80TH WAY**
**PLANTATION, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**B&G DIAGNOSTIC SERVICES**
**444 W 51ST PL**
**HIALEAH, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3043**

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 257 of 3613

| 3.168 3 | **Nonpriority creditor's name and mailing address**<br>**Babacar Ba**<br>**2560 Satyr Hill**<br>**Columbus, OH 43219**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.168 4 | **Nonpriority creditor's name and mailing address**<br>**BABU GAIRE**<br>**634 E BUCHTEL AVE, APT 311**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.168 5 | **Nonpriority creditor's name and mailing address**<br>**BACH TRAN**<br>**195 WHEELER STREET, APT 102B**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.168 6 | **Nonpriority creditor's name and mailing address**<br>**BACH XUAN TRAN**<br>**55 FIR HILL DR**<br>**APT 2B6**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.168 7 | **Nonpriority creditor's name and mailing address**<br>**BADER ALASSAF**<br>**1700 E COLDSPRING LANE**<br>**BALTIMORE, MD 21251**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.168 8 | **Nonpriority creditor's name and mailing address**<br>**BAILEE SHCUHMANN**<br>**2900 NW 130TH AVE**<br>**APT. 315**<br>**SUNRISE, FL 33323**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.168 9 | **Nonpriority creditor's name and mailing address**<br>**BAILEY ALVAREZ**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX A409**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 258 of 3613

| 3.169 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAILEY BROWN**
**2638 LATONIA BLVD**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bailey Krueger**
**6362 Rossmore Ln**
**Canal Winchester, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAILEY LACK**
**1192 CONSTITUTION DR**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bailey Line**
**4710 Clancy Way**
**Westerville, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bailey Merkel**
**4500 Saint Anthony Rd.**
**Temperance, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bailey Miller**
**4591 Muirvalley Ct**
**Batavia, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAILEY SCHECK**
**45198 STATE ROUTE 162**
**WELLINGTON, OH 44090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bailey Stephens**
**215 E Main**
**Mount Sterling, OH 43143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BAILEY WILLIAMS**
**1328 COTTONWOOD DR**
**ANDERSON, IN 46012-2802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BAIPING REN**
**719 EXCELSIOR AVE APT 2**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BAKELVIS WHITE**
**1713 NW 74TH ST**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BALDOMERO ESQUIVEL**
**736 NW 3RD TERRA**
**APT 107**
**FLORIDA CITY, FL 33034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$630.11** |
|---|---|---|---|

**Baldwin Park Family Practice, PA**
**1040 Woodcock Rd. #200**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Baldwin Williams**
**13132 Oriole Dr**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

| 3.170 4 | **Nonpriority creditor's name and mailing address** **BALLA CONDE** **750 GATES AVE APT 3C** **BROOKLYN, NY 11221-1796** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.170 5 | **Nonpriority creditor's name and mailing address** **BALVIN RICHARDS** **C/O STUDENT AFFAIRS** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.170 6 | **Nonpriority creditor's name and mailing address** **BAMBA DIOUM** **3509 W 74TH ST** **CHICAGO, IL 60629** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.170 7 | **Nonpriority creditor's name and mailing address** **BANAFSHEH KHAKIPOOR** **1350 N HOWARD ST APT 409** **AKRON, OH 44310** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.170 8 | **Nonpriority creditor's name and mailing address** **BANAFSHEH KHAKIPOOR** **1350 N HOWARD ST APT 604** **AKRON, OH 44310** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.170 9 | **Nonpriority creditor's name and mailing address** **BANGAN PENG** **1712 TREETOP TRL** **APT C** **AKRON, OH 44313** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.171 0 | **Nonpriority creditor's name and mailing address** **BANGAN PENG** **77 FIR HL APT 9C9** **AKRON, OH 44304** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---------|----|----|----|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 261 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **3.171** 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **BAOSEN ZHANG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.171** 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.50 |
| | **Baptist EKG Associates, Inc.**<br>**8353 SW 124th St. #208**<br>**Miami, FL 33156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.171** 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,042.95 |
| | **Baptist Health Medical Group Orthop**<br>**PO Box 100905**<br>**Atlanta, GA 30374-0905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.171** 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,126.93 |
| | **Baptist Health Medical Group Physic**<br>**7400 SW 87th Ave.**<br>**Suite 100**<br>**Miami, FL 33173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.171** 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145,425.28 |
| | **Baptist Hospital**<br>**8900 N. Kendall Dr.**<br>**Miami, FL 33176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.171** 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,969.63 |
| | **Baptist Medical Center**<br>**800 Prudential Dr.**<br>**Jacksonville, FL 32207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.171** 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,979.56 |
| | **Baptist Outpatient Services**<br>**Medical Arts Building**<br>**8950 N. Kendall Dr.**<br>**Secont Floor**<br>**Miami, FL 33176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,185.97 |
|---|---|---|---|

**Baptist Primary Care, Inc.**
**3563 Phillips Hwy #101**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.171 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,925.36 |
|---|---|---|---|

**Baptist Surg. and Endoscopy Ctr**
**3563 Phillips Hwy #101**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARBARA DE AGRELA SERRAO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbie Bowman**
**4810 Murfressboro Rd.**
**Lebanon, TN 37090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barrett Cochran**
**PO Box 1810**
**Bronson, FL 32621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARTH-LUTHER MOUAFO**
**518 GAGE STREET**
**AKRRON, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barton Galloway**
**1813 SW Renfro St.**
**Port Saint Lucie, FL 34953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 263 of 3613

Name

**3.172 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Bashawn Smith**
**222 Franklin St.**
**Trenton, NJ 08611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**BASIT SANUSI**
**THE UNIVERSITY OF AKRON**
**447 EAST VORIS STREET**
**AKRON, OH 44311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**BASIT SANUSI**
**4862 KAREN ISLE DR**
**RICHMOND HEIGHT, OH 44143**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**BATBAATAR BAYANGEREL**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**BATOOL NAJAM**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$105.00** |

**Baycare Urgent Care**
**711 S. Belcher Rd.**
**Clearwater, FL 33764**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$17,346.34** |

**Baylor University Medical Center**
**PO Box 842022**
**Dallas, TX 75284-2022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.173 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$348.65** |
|---|---|---|---|
| | **BAYSTATE REFERENCE LAB** | ☐ Contingent | |
| | **PO BOX 3353** | ☐ Unliquidated | |
| | **SPRINGFIELD, MA 01104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  8450 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234.50** |
|---|---|---|---|
| | **Bayview Physician Services, PC** | ☐ Contingent | |
| | **PO Box 7068** | ☐ Unliquidated | |
| | **Portsmouth, VA 23707-0068** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BAYYINAH GILCHRIST** | ☐ Contingent | |
| | **1463 NORTH FOREST PARK AVE** | ☐ Unliquidated | |
| | **GWYNN OAK, MD 21207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$355.60** |
|---|---|---|---|
| | **BCS Breg, Inc.** | ☐ Contingent | |
| | **2885 Loker Ave. East** | ☐ Unliquidated | |
| | **Carlsbad, CA 92010-6626** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,600.00** |
|---|---|---|---|
| | **BEACHES OPEN MRI OF THE TREASU** | ☐ Contingent | |
| | **1615 NW Feral Hwy** | ☐ Unliquidated | |
| | **STUART, FL 34994** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  7005 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$524.90** |
|---|---|---|---|
| | **Beacon West** | ☐ Contingent | |
| | **21465 Detroit Rd.** | ☐ Unliquidated | |
| | **Rocky River, OH 44116** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BEATRICE JEAN** | ☐ Contingent | |
| | **430 SOUTH PARK ROAD** | ☐ Unliquidated | |
| | **APT. 307** | ☐ Disputed | |
| | **HOLLYWOOD, FL 33021** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beatrice Leao do Prado W**
3030 Residence Dr.
Ottawa House East 5211B
Toledo, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beatrice Senesie**
317 Syria Ct.
Fort Washington, MD 20744-5932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAU BAYERL**
1676 TOWNSHIP ROAD 1045
ASHLAND, OH 44805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAU JANOUSEK**
5817 WESLEYAN DRIVE
PO BOX A315
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAUBRUN GERMAIN**
517 SW 10TH STREET
APARTMENT 1 NORTH
HALLANDALE, FL 33009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Becky Hoover**
1389 Hadden Cir
Akron, OH 44313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Behnam Tabatabai**
1804 Heathfield Rd.
Baltimore, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.174 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEHNAZ SAFAVI**
**11508 HATFORD RD**
**GLEN ARM, MD 21057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BELEN ESTUPINAN**
**1405 CRAIG DR**
**GELENA PARK, TX 77547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENAN ALJALEEL**
**3710 WYNDHAM RIDGE DR**
**APT. 310**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENCHA FANFAN**
**16221 NE 18 PLACE**
**APT 2**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENCIA DORIVAL**
**208 NW BILTMORE ST**
**FORT PIERCE, FL 34983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENCIA DORIVAL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENHURA ZAGGAI**
**705 HYDE RD**
**SILVER SPRING, MD 20902-3045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 3 | **Nonpriority creditor's name and mailing address**<br>**BENITA MURRAY**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.175 4 | **Nonpriority creditor's name and mailing address**<br>**BENJAMIN ASARE**<br>**67 STRAW STREET**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.175 5 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Benhuri**<br>**4430 N Holland Sylvania Rd.**<br>**Apt. 4338**<br>**Toledo, OH 43623**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.175 6 | **Nonpriority creditor's name and mailing address**<br>**BENJAMIN BERRY**<br>**6613 GERTRUDE AVE UPPR**<br>**CLEVELAND, OH 44105**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.175 7 | **Nonpriority creditor's name and mailing address**<br>**BENJAMIN BORKETEY**<br>**67 STRAW STREET**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.175 8 | **Nonpriority creditor's name and mailing address**<br>**BENJAMIN BROOKS**<br>**318 BELLTOWN RD.**<br>**OWINGS MILLS,, MD 21117**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.175 9 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Callahan**<br>**3275 Myersville Rd.**<br>**Apt. C**<br>**Uniontown, OH 44685**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.176 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Casanova**
**2516 White Aspen Lane**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Cook**
**10857 Old Delaware Rd.**
**Mount Vernon, OH 43050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN COUNSEL**
**5817 WESLEYAN DRIVE**
**BOX A357**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN ERMAN**
**128 NORTH 7TH STREET**
**COSHOCTON, OH 43812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Franz**
**202 Chesapeake Dr.**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN GEFFON**
**1900 N BAYSHORE DRIVE, # 715**
**MIAMI, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN HANNA**
**1400 REIMER ROAD**
**UNIT C**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 269 of 3613

| 3.176 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Hawk**
127 W Broadway St.
Plymouth, OH 44865

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN HERMAN**
8883 JAMAICA RD
GERMANTOWN, OH 45327

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN HOWARD**
16755 ELDERDALE DRIVE
MIDDLEBURGE HTS OHIO, OH 44130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Irvine**
1546 N Redhawk Dr.
Perrysburg, OH 43551

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Kopko**
15630 River View Pl
Perrysburg, OH 43551

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN LUNDT**
406 SUMNER STREET APT. B-14
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Nieva**
4544 - 43rd Pl NW
Washington, DC 20016-4556

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN OLEWILER**
**5659 ROME SOUTH RD**
**SHILOH, OH 44878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN PASSAVANT**
**2775 DIANA DR**
**TECUMSEH, MI 49286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN RILEY**
**2658 HOLTMAN DR NE**
**GRAND RAPIDS, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Benjamin Saylor
54141 Deer Ridge Ct.
Rochester, MI 48307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN SETSER**
**1014 SOUTH STREET**
**CORNELIUS, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN SETSER**
**3185 ONAWAY ROAD**
**SHAKER HEIGHTS, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Benjamin Speer
7811 Hunt Club Dr.
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN STONEKING**
**5633 RYEWYCK DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN TALBOT**
**26800 WOODMONT DR APT 44**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benjamin Ten Eyck**
**15204 S 20th St.**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN WHITBOURN**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN WILSON**
**106 EAST MAIN STREET**
**CANFIELD, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN YOUNGBLOOD**
**2619 AILSA AVE**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENJAMIN ZUNIGA**
**555 MONTROSE AVENUE NW**
**MASSILLON, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benlix Byas**
**4001 Clairton Dr.**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bennie Thomas**
**2508 Woodland Ave**
**Baltimore, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BENQIAN WEI**
**596 CARPENTER STREET**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BENQIAN WEI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BENZ DE MARSHALL PIERRE**
**811 NW 171ST TER**
**MIAMI GARDENS, FL 33169-5338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BEONCA FLOYD**
**1225 NW 23RD TERRACE**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Berekt Ashenafi**
**1422 Vilardo Ln**
**Columbus, OH 43227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BERINGTON JEAN CHARLES**
**6640 NW 26TH STREET**
**SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BERLINE GERMAIN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bernard Bahaya**
**3414 Dorr St.**
**Apt. 316**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,272.38 |
|---|---|---|---|

**Bernhardt Laboratories**
**5008 Mustang Rd.**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BERYL OGOLA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BESONGNGEM OBENDA**
**7727 BAGGINS RD**
**HANOVER, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BESSIE EVANS**
**3615 MILFORD AVE**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.180 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Best Docs Live**
**Attn: Randall Mills**
**5151 Headquarters Dr.**
**Ste. #115**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BETE CHANE**
**103B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$280.00** |
|---|---|---|---|

**BETH BRAVER**
**200**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  2105

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BETHANY REYES**
**295 SW VISTA LAKES DR**
**PORT ST. LUCIE, FL 34953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BETHANY REYES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BETHELHEM DUKAMO**
**2912 WIGEON WAY**
**APT 311**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BETHELHEM DUKAMO**
**75 MILL CREEK LAWSON RD**
**JACKSON, KY 41339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.32** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bethesda Health Physician Group**
**2465 State Rd. 7**
**Suite 800**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Bethesda Hospital, Inc.**
**9655 W. Boynton Beach Blvd.**
**Boynton Beach, FL 33472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$22,830.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 |
|---|

**Nonpriority creditor's name and mailing address**
**BETSY DERINCON**
**3755 SW 129 AVE**
**MIAMI, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 |
|---|

**Nonpriority creditor's name and mailing address**
**BETSY LUECK**
**144 S WILSON BLVD**
**MOUNT CLEMENS, MI 48043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 |
|---|

**Nonpriority creditor's name and mailing address**
**BETSY VAZQUEZ DE RINCON**
**3755 SW 129 AVENUE**
**MIAMI, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 |
|---|

**Nonpriority creditor's name and mailing address**
**BETTIE M WESNER**
**841 SW 67TH AVE**
**841**
**NORTH LAUDERDALE, FL 33068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 |
|---|

**Nonpriority creditor's name and mailing address**
**BETTY EVERETT**
**3501 HOWARD PARK AVE.**
**116**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BETTY SCHWENSEN**
**12758 7TH AVE NW**
**SEATTLE, WA 98177-4232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BETTY WOODS-REYES**
**4900 5TH AVENUE NE**
**COLUMBIA HEIGHTS, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Barou**
**5211 Earles Ct**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEYSEAN HAMILTON**
**7108 SYBARIS DR**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.00 |
|---|---|---|---|

**Bharat J. Shah, MD**
**63 Baker Blvd.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7546**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHARATH MALLADI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bhaunelle Mendez**
**13 Brubar Ct**
**Apt. 1D**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHAVANA NADELLA**
**55 FIR HILL TOWERS APT 9B4**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHUWANASHWAR DYAL**
**501C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIANCA COMBE**
**10121 SW 138TH CT.**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIANCA HIGGINS**
**1805 ETTA STREET**
**FORT WORTH, TX 76105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIANCA JOHNSON**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIANCA PERRY**
**252 JASTRAM ST**
**PROVIDENCE, RI 02908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIANCA ROSE**
**913 REVERDY RD**
**BALTIMORE, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 278 of 3613

| | | |
|---|---|---|
| 3.183 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.183 0**

**Nonpriority creditor's name and mailing address**
**Bianca Sices**
**1122 Palou Ave.**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
**BIBEK MAHARJAN**
**6920 DONACHIE RD**
**1605**
**TOWSON, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 2**

**Nonpriority creditor's name and mailing address**
**BIBIAN ANAYA**
**812 COLORADO AVE**
**PORT ARTHUR, TX 77642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 3**

**Nonpriority creditor's name and mailing address**
**BIG PINE MEDICAL MINOR EMERGEN**
**PO BOX 430536**
**BIG PINE KEY, FL 33043**

Date(s) debt was incurred _

Last 4 digits of account number  **5530**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**3.183 4**

**Nonpriority creditor's name and mailing address**
**Bih Tuma**
**7396 Xavier Ct.**
**North Ridgeville, OH 44039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 5**

**Nonpriority creditor's name and mailing address**
**BIJAY GHISING LAMA**
**8845 GLADYS ST NW**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 6**

**Nonpriority creditor's name and mailing address**
**BIKIIA GIPSON**
**670 THREADNEEDLE**
**BEAUMONT, TX 77705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.183 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Bilal Johnson-Bey**<br>**717 Benninghuas Rd.**<br>**Catonsville, MD 21228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **BILLY GOWDY**<br>**284 NW 3RD AVE**<br>**DEERFIELD BEACH, FL 33441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Billy Jeffers**<br>**1801 Hidden Ridge Dr.**<br>**Perrysburg, OH 43551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **BILLY VO**<br>**4500 BRENTWOOD STAIR ROAD APT# 1057**<br>**FORT WORTH, TX 76112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **BINGBING ZHANG**<br>**8887 FONTAINEBLEAU BLVD**<br>**APT 107**<br>**MIAMI, FL 33172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **BINI ELSA PAUL**<br>**1700 WEST CHURCH STREET**<br>**APT B6**<br>**ORRVILLE, OH 44667** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **BINTOU KOUYATE**<br>**1340 NORTH CAROLINA AVE NE**<br>**WASHINGTON, DC 20002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BINZE HE**
2301 SW 27TH AVE APT 1404
MIAMI, FL 33145-3674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,269.11 |
|---|---|---|---|

**Bioreference Laboratories, Inc.**
6420 Rockledge Dr.
Bethesda, MD 20817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,913.31 |
|---|---|---|---|

**Bir JV, LLP**
PO Box 677466
Dallas, TX 75267-7466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIRUK SHIFERAW**
5645 PURDUE AVE APT F
BALTIMORE, MD 21239-2808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**BISCAYNE ANESTHESIA LLC**
5944 CORAL RIDGE DR. #170
Pompano Beach, FL 33076-3300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5118**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.75 |
|---|---|---|---|

**Biscayne EKG Associates**
20900 Biscayne Blvd.
Miami, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BISHAL BABU DUMRE**
3414 DORR ST APT 110
TOLEDO, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.185 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Bishwa Bhetuwal** **1214 Brookview Dr.** **Apt. 55** **Toledo, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Bisola Bakare** **1700 E Cold Spring Ln** **Baltimore, MD 21251** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Biwas Subedi** **3283 Alexandria Dr.** **Toledo, OH 43606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BIYONG YANG** **379 N RIVER RD** **MUNROE FALLS, OH 44262** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Blair Carsone** **520 SE 5th Ave.** **3705** **Fort Lauderdale, FL 33301** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BLAIR FAUST** **13521 SW 266 STREET** **HOMESTEAD, FL 33032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Blair German** **310 Mcalpin Dr.** **Savannah, GA 31406** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Blair Grubb, MD**
**3000 Arlington Ave.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1143**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blair Timberlake**
**129 Carneliard Ct**
**Pikesville, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blair Young**
**6 Woodward Ct.**
**Reisterstown, MD 21136-1835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLAISE SIMPLICE TALLA NWOTCHOUANG**
**1015 HOWE AVE. APT 22**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLAISE SIMPLICE TALLA NWOTCHOUANG**
**430 SUMNER STR. APT. 203**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLAKE BERNSTEIN**
**8350 COMMERCE WAY**
**MIAMI LAKES, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLAKE BROWN**
**4442 SW 18TH STREET**
**WEST PARK, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 283 of 3613

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BLAKE BUCKNER**
**3631 LIBERTY HEIGHTS AVE APT B5**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BLAKE DELL**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BLAKE EASTERLING**
**369 EAST FORD AVENUE**
**BARBERTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BLAKE ERVIN**
**4011 SOUTH INDIANA AVENUE**
**CHICAGO, IL 60653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$897.00** |
|---|---|---|---|

**Blake Moore, MD**
**1800 Camelot Dr.**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7537**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Blake Saffell**
**4295 Loop Rd. NW**
**Somerset, OH 43783-9608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Blake Skuratowicz**
**1125 Little Bear Loop**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187<br>2 | Nonpriority creditor's name and mailing address<br>**BLANCA DE PAZ**<br>**11435 KIEBERG ROAD #234**<br>**DALLAS, TX 75253**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187<br>3 | Nonpriority creditor's name and mailing address<br>**Blanca Noguera**<br>**870 Beacon Court**<br>**Hollywood, FL 33019**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187<br>4 | Nonpriority creditor's name and mailing address<br>**Blane Alcala**<br>**5148 Plum Creek Dr.**<br>**Monroe, MI 48161**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187<br>5 | Nonpriority creditor's name and mailing address<br>**Blessing Elekwachi**<br>**8347 Flintlock Ct.**<br>**Severn, MD 21144-2556**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187<br>6 | Nonpriority creditor's name and mailing address<br>**BO NI**<br>**733 W MARKET ST.**<br>**APT. 408**<br>**AKRON, OH 44303**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187<br>7 | Nonpriority creditor's name and mailing address<br>**BOBBY SAPP**<br>**1212 COPPER CREEK**<br>**KILLEEN, TX 76549**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187<br>8 | Nonpriority creditor's name and mailing address<br>**BOBBY SMITH**<br>**2111 KING STREET**<br>**SUFFOLK, VA 02343-4180**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $0.00 |

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,324.67 |
|---|---|---|---|

**Boca Raton Regional Hospital**
**800 Meadows Rd.**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOER LIU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOER LIU**
**2828 REDCREST LN**
**#205**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOLUWATIFE BOWALE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BOOKER RHODES**
**19500 SW 39TH CT**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BORIN SHERI**
**101 E. FIRESTONE BLVD.**
**APT. #9B**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,062.00 |
|---|---|---|---|

**BORLAND GROOVER CLINIC**
**3 SHIRCLIFF WAY #400**
**JACKSONVILLE, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4912**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BOUBACAR BIAKITE** | ☐ Contingent | |
| | **8420 KINGS RIDGE RD.** | ☐ Unliquidated | |
| | **APT. B5** | ☐ Disputed | |
| | **PARKVILLE, MD 21234** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BOWEI ZENG** | ☐ Contingent | |
| | **3730 SAN SIMEON CIR** | ☐ Unliquidated | |
| | **WESTON, FL 33331** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BOWEN ZHANG** | ☐ Contingent | |
| | **16401 NW 37TH AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BOYI ZHANG** | ☐ Contingent | |
| | **16401 NW 37TH AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Br'Nae Carraway** | ☐ Contingent | |
| | **1016 N Gilmore St** | ☐ Unliquidated | |
| | **Baltimore, MD 21217** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BRADEN DAVISON** | ☐ Contingent | |
| | **6707 WHINNERY ROAD** | ☐ Unliquidated | |
| | **HANOVERTON, OH 44423** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Braden Frederick** | ☐ Contingent | |
| | **2064 Royal Oak Ave.** | ☐ Unliquidated | |
| | **Defiance, OH 43512** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.189<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRADEN PETNO**
**80 W CASE DR**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bradley Hull**
**1260 Hall Ln**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRADLEY ROCKWELL**
**9 NAUGATUCK WAY**
**WATERVILLE, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$221.43** |
|---|---|---|---|

**Bradley T. Butkovich**
**Atlantic Orthopaedic Specialists**
**230 Clearfield Ave., Ste. 124**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRADRICK PAGE**
**3235 NORMOUNT AVE**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRADY GUNTHER**
**12339 BUCKSKIN TRAIL**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRADY JOHNSON**
**2919 GEORGE AVE**
**PARMA, OH 44134-2937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDEN JONES**
**2242 NW 93 TERRACE**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDEN REDFERN**
**307B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDEN WILKS**
**2651 STILL FOREST COVE**
**CORDOVA, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDI COLLINS**
**507A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDI DEWEY**
**5535 COMET AVE**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDI JACKSON**
**5011 MENEFEE DRIVE**
**DALLAS, TX 75227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandi Snyder**
**1039 Farmview Dr.**
**Waterville, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.190 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**BRANDI SNYDER**
**MAUMEE**
**668 SOUTHFIELD DR**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.190 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**Brandin Peters**
**7938 Oakwood Rd**
**Glen Burnie, MD 21061-6274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.190 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**Brandon Ballatt**
**5505 Chandler Ave**
**Gwynn Oak, MD 21207-7032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.191 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**Brandon Banks**
**4203 Cedar Ridge Dr.**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.191 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**BRANDON BISCHOF**
**2650 DEER RIDGE RUN**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.191 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**Brandon Caldwell**
**3427 Parklawn Ave.**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.191 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$0.00

**BRANDON CARTER**
**2260 NW 175TH ST**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 4 |
|---------|

**Nonpriority creditor's name and mailing address**

**BRANDON CHUCK**
**VILLANOVA APT 405 DORM**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 5 |
|---------|

**Nonpriority creditor's name and mailing address**

**BRANDON CLAYTON**
**4409 BIRCHWOOD DR**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 6 |
|---------|

**Nonpriority creditor's name and mailing address**

**Brandon Cobbins**
**26765 Carronade Dr.**
**Apt. #6101**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 7 |
|---------|

**Nonpriority creditor's name and mailing address**

**BRANDON CONNER**
**4426 PENNIMAN AVENUE, APT B**
**OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 8 |
|---------|

**Nonpriority creditor's name and mailing address**

**BRANDON COUNCIL**
**PO BOX 373**
**TAR HEEL, NC 28392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 9 |
|---------|

**Nonpriority creditor's name and mailing address**

**BRANDON CUETO**
**9211 WEST CALUSA CLUB DRIVE**
**MIAMI, FL 33164**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.192 0 |
|---------|

**Nonpriority creditor's name and mailing address**

**BRANDON DORSEY**
**5 AL HANNAH CIR**
**BALTIMORE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.192 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON DOUGLAS**
**2717 3RD STREET**
**LUBBOCK, TX 79415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Dunston**
**1356 - 4th St. SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON EDDINGER**
**6036 CALLAWAY CIR**
**APT 2**
**AUSTINTOWN, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Faulkner**
**4832 Bowland Ave.**
**Baltimore, MD 21206-7050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Gibson**
**1760 Gorsuch Ave**
**Baltimore, MD 21218-4926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON GREENE**
**230 WEST 29TH STREET**
**NORFOLK, VA 23504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Hafner**
**42 Wooster St.**
**Norwalk, OH 44857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON HALL**
**1415 WILLOWBROOK ST.**
**LANCASTER, TX 75134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON HANNA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON HOCHBEIN**
**142 GRIMM RD**
**SARVER, PA 16055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Jackson**
**1320 Lincoln Woods Dr**
**Catonsville, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Jackson**
**3810 Asquith Ct**
**Upper Marlboro, MD 20774-5453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON JONES**
**5817 WESLEYAN DRIVE**
**PO BOX B140**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON JUNK**
**100 OAKMONT LN**
**APT 211**
**CLEARWATER, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brandon Kasburg**
**7700 Peachmont Ave.**
**Apt. 13**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRANDON KELLER**
**3902 SW 188TH AVE**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRANDON KISH**
**2544 COUNTRY LANE**
**POLAND, OH 44514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRANDON LOPEZ**
**312 WOODMONT DRIVE**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRANDON MCNAIR**
**4501 HAWKSBURY RD**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRANDON MITCHELL**
**154 HARVEST DR**
**VERONA, PA 15147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRANDON MITCHELL**
**4516 UTAH AVENUE**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.194 2 | |

**Nonpriority creditor's name and mailing address**

**BRANDON RANDOLPH**
**15203 EDGEMOOR ST**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.194 3 | |

**Nonpriority creditor's name and mailing address**

**Brandon Roberts**
**4307 Lasalle Ave.**
**Baltimore, MD 21206-4234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.194 4 | |

**Nonpriority creditor's name and mailing address**

**Brandon Rosolowski**
**13858 Tinkers Creek Rd.**
**Cleveland, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.194 5 | |

**Nonpriority creditor's name and mailing address**

**BRANDON RUSSELL**
**1709 PARK TRAVIS BLVD**
**PRINCETON, TX 75407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.194 6 | |

**Nonpriority creditor's name and mailing address**

**Brandon Schoen**
**5505 Somerset Ave.**
**Westerville, OH 43082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.194 7 | |

**Nonpriority creditor's name and mailing address**

**Brandon Schroeder**
**3518 Road 7**
**Leipsic, OH 45856**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.194 8 | |

**Nonpriority creditor's name and mailing address**

**BRANDON SEDA**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

---

**3.1949**

**Nonpriority creditor's name and mailing address**

**BRANDON SIMMONS**
**13212 OYSTERCATCHER LANE**
**BOWIE, MD 20720**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1950**

**Nonpriority creditor's name and mailing address**

**BRANDON SIMS**
**1412 WHITE MARSH COURT**
**VIRGINIA BEACH, VA 23464**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1951**

**Nonpriority creditor's name and mailing address**

**Brandon Stewart**
**4375 W 147th St.**
**Cleveland, OH 44135**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1952**

**Nonpriority creditor's name and mailing address**

**Brandon Thomas**
**714 Ramsey Ct**
**Apt. 304**
**Salisbury, MD 21804-2837**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1953**

**Nonpriority creditor's name and mailing address**

**BRANDON TURNER**
**24400 YOSEMITE DRIVE**
**EUCLID, OH 44117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1954**

**Nonpriority creditor's name and mailing address**

**BRANDON VEGA**
**344 SE 11TH AVE**
**POMPANO BEACH, FL 33060**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1955**

**Nonpriority creditor's name and mailing address**

**BRANDON VELIZ**
**3825 SARASOTA GOLD CLUB BLVD**
**SARASOTA, FL 34240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.195 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDON WATKINS**
**501C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDON WEHRLE**
**1009 SUNSET DRIVE**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDON ZAKERI**
**2828 RIVA RIDGE RD**
**OTTAWA HILLS, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandy Malone**
**3221 Armistead Dr.**
**Portsmouth, VA 23704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandy Pace**
**93 N Columbus St.**
**Sunbury, OH 43074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDYN HERNANDEZ**
**2107 NORTH DIXIE**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRANDYN SPOON**
**36 PENNIMAN ROAD**
**ORWELL, OH 44076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196<br>3 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**BRASHAAD ANDERSON**
**4762 ELISON AVE**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.196
4
**Nonpriority creditor's name and mailing address**
**Bravia Dermatology Group, LLC**
**2000 Regency Ct. #201**
**Toledo, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$214.14**

---

3.196
5
**Nonpriority creditor's name and mailing address**
**BRAXTON MCBRIDE**
**4850 S LAKE PARK AVE APT2011B**
**CHICAGO, IL 60615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.196
6
**Nonpriority creditor's name and mailing address**
**BRAYDON CHITTY**
**7166 LAVENDER LN**
**LEWIS CENTER, OH 43035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.196
7
**Nonpriority creditor's name and mailing address**
**BRAYLA STOKES**
**2323 3RD STREET SE**
**CANTON, OH 44707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.196
8
**Nonpriority creditor's name and mailing address**
**BRAYTEZ FLORVIL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.196
9
**Nonpriority creditor's name and mailing address**
**BRE'ANNA BYRD**
**20950 NW 14TH PLACE**
**MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | | |
|---|---|---|---|
| 3.197 0 | **Nonpriority creditor's name and mailing address**<br>**BRE'ANNA PHOENIX**<br>**2142 CAMPUS ROAD**<br>**BEACHWOOD, OH 44122** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.197 1 | **Nonpriority creditor's name and mailing address**<br>**BREA MATTHEWS**<br>**3535 SHANNON DRIVE**<br>**BALTIMORE, MD 21213** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.197 2 | **Nonpriority creditor's name and mailing address**<br>**BREA ROLLE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.197 3 | **Nonpriority creditor's name and mailing address**<br>**BREANA MCBRIDE**<br>**9025 NW 12TH COURT**<br>**MIAMI, FL 33147** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.197 4 | **Nonpriority creditor's name and mailing address**<br>**BREANAN OLIVACCE**<br>**203C DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.197 5 | **Nonpriority creditor's name and mailing address**<br>**BREANNA HODGES**<br>**3007 DAHLIA DRIVE**<br>**DALLAS, TX 75216** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.197 6 | **Nonpriority creditor's name and mailing address**<br>**BREANNA LOUIS**<br>**8012 THORNTON DRIVE**<br>**CLEVELAND, OH 44129** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BREANNA MORALES**
255 E 6 ST APT6
HIALEAH, FL 33010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breanne Hawkins**
9309 Wyatt Dr.
Lanham, MD 20706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Breanne Neros**
59974 Mulberry Ln
South Lyon, MI 48178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.60 |
|---|---|---|---|

**Breckenridge Surgery Center**
3201 N. President George Bush Hwy
#100
Richardson, TX 75082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bree Dowling**
7521 County Rd. 21
Clyde, OH 43410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bree Matthews**
3301 College Ave.
Fort Lauderdale, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,096.01 |
|---|---|---|---|

**Breg, Inc.**
2885 Loker Ave. East
Carlsbad, CA 92010-6626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brenda Alvarez**
**5323 W 56th St**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brenda Castro**
**565 E El Paso Ave.**
**#106**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRENDA GAL**
**912 E CASTON RD**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149.78** |
|---|---|---|---|

**Brenda L. Rice, MD**
**801 E. Washington St. #200**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRENDAN BOWEN**
**8119 GREEN STREET**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brendan Easley**
**3207 Lee Shore Loop**
**Apt. 1009**
**Orlando, FL 32820-2700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRENDAN FITZGERALD**
**3407 SADDLEBORO DR.**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 301 of 3613

| 3.199 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendan Hicks**
**1081 Sturbridge Dr.**
**Medina, OH 44256**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.199 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendan Jackson**
**5239 Fredcrest Rd**
**Windsor Mill, MD 21244**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDAN LEWIS**
**129 N FULTON ST**
**WAUSEON, OH 43567**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDAN NIGGEMEYER**
**7290 EDGEWOOD LANE**
**ATHENS, OH 45701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendan Ramos**
**226 Pearl St.**
**Sandusky, OH 44870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDAN RAMOS**
**1205 SPRINGDALE DR APT 13**
**SANDUSKY, OH 44870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDON LAGASSE**
**218 DEBBIE DR.**
**SLIDELL, LA 70458**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brendon Sellmon**
8517 Rheims Ct
Upper Marlboro, MD 20772-6410

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDON SELLMON**
8517 RHEIMS CT
UPPER MARLBORO, MD 20772-6410

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENDY BEAUVAIS**
130 NE 202 TER APT S18
MIAMI, FL 33179

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENEE BUTLER**
3888 STONEGATE CT
WHITE PLAINS, MD 20695

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENICKO GIBSON**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brenna Kummer**
4132 Parrakeet Ave.
Toledo, OH 43612

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRENNA SCHULMAN**
21723 CROMWELL CIRCLE
BOCA RATON, FL 33486

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 5 | **Nonpriority creditor's name and mailing address** **BRENNAN GIVENS** 3900 W 11TH STREET LITTLE ROCK, AR 72204 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 6 | **Nonpriority creditor's name and mailing address** **Brennan Hartung** 9166 Symmes Landing Dr. Loveland, OH 45140 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 7 | **Nonpriority creditor's name and mailing address** **Brennan Hatten** 5189 Sherry Lane Fairfield, OH 45014 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 8 | **Nonpriority creditor's name and mailing address** **BRENNAN WALENTSCHAK** 7991 LIBERTY ROAD N POWELL, OH 43065 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200 9 | **Nonpriority creditor's name and mailing address** **BRENNAN WILLIAMS** 340 MULL AVENUE AKRON, OH 44313 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.201 0 | **Nonpriority creditor's name and mailing address** **BRENNEN HARTUNG** 9166 SYMMES LANDING DR LOVELAND, OH 45140 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.201 1 | **Nonpriority creditor's name and mailing address** **BRENT BIEREK** 34776 DEER RUN DRIVE NORTH RIDGEVILLE, OH 44039 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.201 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRENT CAMPBELL**
**4475 BERKSHIRE DRIVE APT 2**
**WARREN, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00** |
|---|---|---|---|

**Brent M. Altenhof, MD**
**1044 Belmont Ave.**
**Youngstown, OH 44504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1370**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BREONA HARRIS**
**4145 BROWN BARK CIRCLE**
**BALTIMORE, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BREONA PIERCE**
**333 NW 5TH AVE**
**DELRAY BEACH, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BREONA ROBERTS**
**13636 FOX GLOVE ST.**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BREONNA MCNEIL**
**4140 THE ALAMEDA**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BREONNA WORTHINGTON**
**7810 SOUTHAMPTON DR APT H**
**GLEN BURNIE, MD 21060-8276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 9 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bret Yutzy**
**9215 Ketch Rd.**
**Plain City, OH 43064**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 0 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BRETT BENES**
**1015 SPANISH RIVER ROAD APT408**
**BOCA RATON, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BRETT BENTKOWSKI**
**4176 BLUE RIDGE DRIVE**
**BRUNSWICK, OH 44212**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 2 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BRETT BENTKOWSKI**
**6775 OAKWOOD ROAD**
**CLEVELAND, OH 44130**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BRETT HELMBRECHT**
**203D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Brett Johnston**
**2113 NE 9th Ave.**
**#3**
**Fort Lauderdale, FL 33305**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**BRETT KESKES**
**12076 JEFFERS LN**
**FENTON, MI 48430-2497**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | **Nonpriority creditor's name and mailing address**<br>**BRETT MANTRANA**<br>**7805 SW 127 COURT**<br>**MIAMI, FL 33183**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.202 7 | **Nonpriority creditor's name and mailing address**<br>**Brett Smith**<br>**3800 Frankford Ave**<br>**Baltimore, MD 21206**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.202 8 | **Nonpriority creditor's name and mailing address**<br>**BREVIN DYE**<br>**5963 MARRA DRIVE**<br>**BEDFORD, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.202 9 | **Nonpriority creditor's name and mailing address**<br>**BREYA MESIAS**<br>**715 COUNTYLINE RD**<br>**AMITYVILLE, NY 11701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.203 0 | **Nonpriority creditor's name and mailing address**<br>**BREYONNA WILLIAMS**<br>**3116 NW 19 STREET**<br>**APT#H101**<br>**FORT LAUDERDALE, FL 33311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.203 1 | **Nonpriority creditor's name and mailing address**<br>**BREZHANE JOHNSON**<br>**5534 SADIE LYNN CT**<br>**LAS VEGAS, NV 89031**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.203 2 | **Nonpriority creditor's name and mailing address**<br>**BRIA ANDERSON**<br>**501D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 307 of 3613

| 3.203 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIA HILL**
**7104 BEAUMONT PLACE**
**HANOVER, MD 21076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAHSIA GORDON**
**1043 W 97TH STREET**
**CHICAGO, IL 60643**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Balog**
**2572 Kemper Rd.**
**Apt. 109**
**Cleveland, OH 44120**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN BARBIAN**
**158 EAST OVERLOOK DRIVE**
**EASTLAKE, OH 44095**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN BEAUPLAN**
**14050 NE 6TH AVE APT 302**
**NORTH MIAMI, FL 33161-3161**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN BELL**
**30 WILLOW PARK WAY**
**PONTE VEDRA, FL 32081**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Bennett**
**815 Gilrubin Ct**
**Baltimore, MD 21212-4950**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN BENNETT**
**815 GILRUBIN CT**
**BALTIMORE, MD 21212-4950**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.204 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN CORBIN**
**1427 JANICE STREET NE**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN CORWTHER**
**17138 PARK DRIVE**
**CHAGRIN FALLS, OH 44023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN DAVIS**
**P.O BOX 868**
**PORT SULPHUR, LA 70083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Easter**
**5747 Suitland Rd.**
**Suitland, MD 20746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN GARCIA**
**803 SCHINDLER DR**
**CURTIS BAY, MD 21226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN GARCIA**
**803 SCHINDLER DR**
**SILVER SPRING, MD 20903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 309 of 3613

| | | |
|---|---|---|
| 3.2047 | **Nonpriority creditor's name and mailing address**<br>**BRIAN GLENN**<br>**PO BOX 181065**<br>**CLEVELAND, OH 44118** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2048 | **Nonpriority creditor's name and mailing address**<br>**BRIAN GUERRERO**<br>**22022 LARCH ST**<br>**WOODHAVEN, MI 48183** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2049 | **Nonpriority creditor's name and mailing address**<br>**BRIAN HARDY**<br>**119 LUCCA LN APT 215**<br>**BALTIMORE, MD 21202** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2050 | **Nonpriority creditor's name and mailing address**<br>**BRIAN HELLER**<br>**590 PARKHILL DR**<br>**APT 17**<br>**AKRON, OH 44333** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2051 | **Nonpriority creditor's name and mailing address**<br>**BRIAN HELLER**<br>**2208 WOODBROOK TRAIL**<br>**CUYAHOGA FALLS, OH 44223** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2052 | **Nonpriority creditor's name and mailing address**<br>**Brian Hoffman**<br>**1861 E Audubon Blvd.**<br>**Lancaster, OH 43130** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2053 | **Nonpriority creditor's name and mailing address**<br>**BRIAN HOLT**<br>**2751 NW 51 STREET**<br>**MIAMI, FL 33142** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Hunter**
**3727 Warrensville Center Rd.**
**Apt. 8**
**Beachwood, OH 44122-6374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$647.00** |
|---|---|---|---|

**Brian J. Woodcock, MD**
**1500 E Medical Center Dr**
**Ann Arbor, MI 48109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __6884__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRIAN JONES**
**NW 7TH CIRCLE**
**APT. 1621**
**PLANTATION, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRIAN KARIUKI**
**4000 SILVER SPRING RD APT A1**
**BALTIMORE, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Kitchen**
**10 Liberty Pl Rd 5**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Mazur**
**602142 - 23rd St.**
**Toledo, OH 43604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Merklin**
**3000 Silver Maple Dr.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 1 | **Nonpriority creditor's name and mailing address** <br> **Brian O'Leary** <br> **559 Andora Dr.** <br> **Toledo, OH 43609** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 2 | **Nonpriority creditor's name and mailing address** <br> **BRIAN PATTERSON** <br> **3211 PIEDMONT AVE** <br> **BALTIMORE, MD 21216-1933** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 3 | **Nonpriority creditor's name and mailing address** <br> **Brian Patton** <br> **20859 Eaton Rd.** <br> **Cleveland, OH 44126** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 4 | **Nonpriority creditor's name and mailing address** <br> **Brian Phillips** <br> **18 Dowling Cir.** <br> **Apt. B1** <br> **Parkville, MD 21234-6853** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 5 | **Nonpriority creditor's name and mailing address** <br> **Brian Rantael** <br> **401 S Main St.** <br> **Ste. 316** <br> **Akron, OH 44311** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 6 | **Nonpriority creditor's name and mailing address** <br> **BRIAN REINKE** <br> **4225 OAKMONT DR** <br> **COPLEY, OH 44321** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.206 7 | **Nonpriority creditor's name and mailing address** <br> **BRIAN SAENZ** <br> **4907 NW 106 AVENUE** <br> **CORAL SPRINGS, FL 33076** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN SIMMONS**
**7143 LAKESHORE DRIVE**
**QUINTON, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Smith**
**3800 Frankford Ave.**
**Baltimore, MD 21206-3525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Stone**
**4243 W Bancroft St.**
**Apt. 205W**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN STONE**
**28126 PEACOCK RIDGE DR APT 205**
**RANCHO PALOS VE, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Turner**
**2607 Aisquith St**
**Baltimore, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Walsh**
**9166 E Highland Pines Dr.**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN WILLIAMS**
**2942 DREW STREET**
**APARTMENT 1511**
**CLEARWATER, FL 33759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN WILLIAMS**
**4091 HARLEM RD.**
**NEW ALBANY, OH 43054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIAN WIRKUS**
**5666 FIRETHORNE DR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Briana Brown**
**9307 Buckman Ave.**
**Norfolk, VA 23503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Briana Culbertson**
**312 Manning Rd. E**
**Accokeek, MD 20607-9522**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIANA DAVIS**
**2012 CLIFFVIEW ROAD**
**BUILDING 8, APT 13**
**CLEVELAND, OH 44121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIANA DAVIS**
**2012 CLIFFVIEW ROAD**
**BUILDING 8, APT.#2307**
**CLEVELAND, OH 44121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRIANA DIXON**
**7830 NW 3RD STREET**
**APT 6104**
**HOLLYWOOD, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**BRIANA FOSTER**
**276 TEMPLE HILL RD UNIT 1903**
**NEW WINDSOR, NY 12553-6872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**BRIANA HACKLEY**
**507A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**BRIANA PICHARDO**
**19515 SW 25TH CT**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Briana Tran**
**219 Mariners Cir.**
**Apt. A**
**Sheffield Lake, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**BRIANA VASQUEZ**
**11446 NW 33RD ST**
**SUNRISE, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**BRIANA WILFONG**
**12615 BEN FRY DRIVE**
**CHESTER, VA 23831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Briana Wilkes**
**7885 El Dorado St.**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.208<br>9 | **Nonpriority creditor's name and mailing address**<br>**BRIANA YOUNG**<br>**518 45TH ST NE**<br>**WASHINGTON, DC 20019** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.209<br>0 | **Nonpriority creditor's name and mailing address**<br>**Briana Zellner**<br>**1020 Pine Valley Ln**<br>**Apt. 204**<br>**Toledo, OH 43615** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.209<br>1 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA ABYS**<br>**1425 COUNTY ROAD 1008**<br>**ASHLAND, OH 44805** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.209<br>2 | **Nonpriority creditor's name and mailing address**<br>**Brianna Bagby**<br>**1002 Carbondale Way**<br>**Gambrills, MD 21054-1644** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.209<br>3 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA BARTA**<br>**313 BACON ST**<br>**DEERFIELD, MI 49238** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.209<br>4 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA BATTLE**<br>**3883 JASMINE LANE**<br>**CORAL SPRINGS, FL 33065** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.209<br>5 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA BAYS**<br>**1425 COUNTY ROAD 1008**<br>**ASHLAND, OH 44805** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BRIANNA BLACK** | ☐ Contingent | |
| **10106 COUNTRY KNOLL DR.** | ☐ Unliquidated | |
| **HOUSTON, TX 77086** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BRIANNA BURNS** | ☐ Contingent | |
| **1621 ALLEGHENY CIRCLE** | ☐ Unliquidated | |
| **CLEVELAND, OH 44112** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BRIANNA CARBE** | ☐ Contingent | |
| **2208 RUTHANNE DRIVE** | ☐ Unliquidated | |
| **TOLEDO, OH 43611** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BRIANNA COGER** | ☐ Contingent | |
| **215 S FRANKLIN ST** | ☐ Unliquidated | |
| **WAUSEON, OH 43567** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brianna Davidson** | ☐ Contingent | |
| **1316 E 40th St** | ☐ Unliquidated | |
| **Brooklyn, NY 11234-2903** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BRIANNA DEANGELO** | ☐ Contingent | |
| **5580 S. UNIVERSITY DRIVE #6105** | ☐ Unliquidated | |
| **DAVIE, FL 33328** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BRIANNA FLEMINGS** | ☐ Contingent | |
| **961 HARBOR INN DRIVE** | ☐ Unliquidated | |
| **CORAL SPRINGS, FL 33071** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRIANNA GREEN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.210 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRIANNA HARRINGTON**
**4770 NW 170TH STREET**
**CAROL CITY, FL 33055**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRIANNA HELMAN**
**415 PASADENA BLVD**
**TOLEDO, OH 43612**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRIANNA KIRK**
**207 BLAINE STREET**
**ELYRIA, OH 44035**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Brianna Knight**
**6215 Marglenn Ave.**
**Baltimore, MD 21206**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRIANNA KNIGHT**
**1631 MONTPELIER ST**
**BALTIMORE, MD 21218**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Brianna Krafcik**
**3372 Gibralter Heights**
**Apt. C11**
**Toledo, OH 43609**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.211 0 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA MARTINEZ**<br>**4681 EAST 90TH STREET**<br>**GARFIELD HEIGHTS, OH 44125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.211 1 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA MARTINEZ**<br>**7345 WEST 30TH COURT**<br>**HIALEAH, FL 33018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.211 2 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA MCCLAIN**<br>**870 NE 178TH TER**<br>**MIAMI, FL 33162**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.211 3 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA RAAF**<br>**5255 NW 109 WAY**<br>**CORAL SPRINGS, FL 33076**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.211 4 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA SIMPSON**<br>**619 WYCOMBE WAY**<br>**PARKVILLE, MD 21234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.211 5 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA SMITH**<br>**234 SHERBORNE DR**<br>**COLUMBUS, OH 43219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.211 6 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA WADE**<br>**2753 PINE RIDGE DR**<br>**TITUSVILLE, FL 32780**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.211 7 | **Nonpriority creditor's name and mailing address**<br>**BRIANNA WOODWORTH**<br>**13638 TRENTON TRAIL**<br>**CLEVELAND, OH 44130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.211 8 | **Nonpriority creditor's name and mailing address**<br>**BRIANNE TORREZ**<br>**1052 SOUTH REESE ROAD**<br>**REESE, MI 48757**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.211 9 | **Nonpriority creditor's name and mailing address**<br>**BRIANNI ALBERT**<br>**851 HEGEMAN AVE APT 3D**<br>**BROOKLYN, NY 11208-4470**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.212 0 | **Nonpriority creditor's name and mailing address**<br>Briannica Petway<br>3209 Westfield Ave<br>Baltimore, MD 21214<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.212 1 | **Nonpriority creditor's name and mailing address**<br>**BRIASHA NORFLEE**<br>**1607 BENTLEY ROAD**<br>**LEESBURG, FL 34748**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.212 2 | **Nonpriority creditor's name and mailing address**<br>Briaunya Marsh<br>5231 Kramme Ave.<br>Brooklyn, MD 21225<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.212 3 | **Nonpriority creditor's name and mailing address**<br>**BRIDGET AKINSADE**<br>**30 CEDAR HEIGHTS CT APT C**<br>**GWYNN OAK, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| **3.212 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**BRIDGET AKINSADE**
**82 BENONI CIR**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.212 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**BRIDGET BOYLE**
**3222 NW 65TH ST**
**SEATTLE, WA 98117-6015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.212 6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**BRIDGET BRENNER**
**13747 LINCOLN ST.**
**NORTH LAWRENCE, OH 44666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.212 7** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**BRIDGET GRAU**
**174 EAST 264TH STREET**
**EUCLID, OH 44132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.212 8** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Bridget Hansen**
**10343 - 153rd Ct. N**
**Jupiter, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.212 9** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**BRIDGET LUJAN**
**PO BOX 374**
**BURTON, OH 44021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.213 0** | **Nonpriority creditor's name and mailing address** | **$141.95** |

**Bridgewater Women Center, LLC**
**1951 SW 172nd Ave., Ste. 201**
**Hollywood, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.213<br>1 | **Nonpriority creditor's name and mailing address**<br><br>**Brielle Ware**<br>**425 E Tamarack Ave.**<br>**Apt. 6**<br>**Inglewood, CA 90301**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.213<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**BRIENNA SCOTT**<br>**3100 S WINTER STAPT H10**<br>**ADRIAN, MI 49221**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.213<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**BRIJAH JONES**<br>**4228 BLITZEN TERRACE**<br>**NORTH PORT, FL 34287**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.213<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**BRIJHAI MCMILLAN**<br>**1700 EAST COLD SPRING LANE**<br>**BALTIMORE, MD 21251**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.213<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**BRINESHA MYRICK**<br>**1962 PROMENADE WAY**<br>**CLEARWATER, FL 33760**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.213<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**BRIONA BURGOS**<br>**139 FAIRLAWN AVENUE**<br>**CHIPPEWA LAKE, OH 44281**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.213<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**BRIONNA COOK**<br>**8235 SCOTTS LEVEL RD**<br>**PIKESVILLE, MD 21208**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 322 of 3613

| | |
|---|---|
| 3.213 8 | **Nonpriority creditor's name and mailing address** **$0.00** |

**BRIONNA TACKETT**
**4414 FINNEY AVE**
**BALTIMORE, MD 21215**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | **Nonpriority creditor's name and mailing address** **$0.00** |
|---|---|

**BRITANY JACKSON**
**606A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | **Nonpriority creditor's name and mailing address** **$0.00** |
|---|---|

**BRITANY JEFFERSON**
**7237 WOODRIDGE PARK DRIVE**
**APARTMENT 7201**
**ORLANDO, FL 32818**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | **Nonpriority creditor's name and mailing address** **$0.00** |
|---|---|

**BRITNEY BASTIAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | **Nonpriority creditor's name and mailing address** **$0.00** |
|---|---|

**BRITNEY EGGLY**
**677 CHIPPEWA LN**
**PERRYSBURG, OH 43551**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** **$0.00** |
|---|---|

**BRITNEY WARE**
**696 KIMBERLY CIRCLE**
**OBERLIN, OH 44074**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | **Nonpriority creditor's name and mailing address** **$0.00** |
|---|---|

**BRITTANI HARDEN**
**203 W COOPER ST**
**MC COMB, OH 45858**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRITTANIE CAHUA**
**507D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRITTANIE CONWAY**
**3513 ROCKDALE CT**
**WINDSOR MILL, MD 21244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRITTANIE CONWAY**
**3429 CARRIAGE HILL CIR APT 104**
**BALTIMORE, MD 21206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Dorsey**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Francis**
**213 Lester Rd.**
**Akron, OH 44319**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brittany Fry**
**2688 North St.**
**New Haven, OH 44850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRITTANY HARRIS**
**1 HORSESHOE DR**
**WATERBURY, CT 06706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY HOLLOWAY**
968 1/2 PARSONS AVE
COLUMBUS, OH 43206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY JEAN**
3074 NW 65 ST
MIAMI, FL 33147

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittany Kim**
5364 Monroe St.
Apt. 10
Toledo, OH 43623

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY KIM**
6029 SECLUDED CT
SYLVANIA, OH 43560

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY KUDLA**
400 WEST AURORA ROAD APT 36
NORTHFIELD, OH 44067

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Brittany L'Etoile-Lopes**
200 Lucerne Cir. E
#3
Orlando, FL 32801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY MATTHEWS**
4352 NW 203RD ST
OPA LOCKA, FL 33055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY MISSOURI**
**3120 SEDGEWICK DR**
**SAINT CHARLES, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY PALETTA**
**365 RIVER GLEN DRIVE**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY PALETTA**
**365 RIVER GLEN DRIVE**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY PEARSON**
**4317 SHEPARD LN. #5206**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittany Pellerin**
**315 S Main St.**
**Minerva, OH 44657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY PERRY**
**2458 RODMAN STREET**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Brittany R. Van Beek, DO**
**605 N Cleveland Massillon Rd.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7178**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 6 | Nonpriority creditor's name and mailing address<br>**BRITTANY REDFERN**<br>**309 OAK KNOLL STREET**<br>**NEWTON FALLS, OH 44444**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.216 7 | Nonpriority creditor's name and mailing address<br>**BRITTANY RFANCIS**<br>**213 LESTER RD**<br>**AKRON, OH 44319**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.216 8 | Nonpriority creditor's name and mailing address<br>**BRITTANY SAUNDERS**<br>**1822 NORTH PAYSON ST**<br>**BALTIMORE, MD 21217**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.216 9 | Nonpriority creditor's name and mailing address<br>**BRITTANY SEIFER**<br>**6951 REGENTS PARK BLVD**<br>**TOLEDO, OH 43617**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.217 0 | Nonpriority creditor's name and mailing address<br>**Brittany Shields**<br>**1845 Beechwood Ave. NE**<br>**Apt. 2**<br>**North Canton, OH 44720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.217 1 | Nonpriority creditor's name and mailing address<br>**Brittany Thornhill**<br>**115-17 Parkway Dr.**<br>**Elmont, NY 11003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.217 2 | Nonpriority creditor's name and mailing address<br>**BRITTANY THORNHILL**<br>**115-71 228TH STREET**<br>**CAMBRIA HEIGHTS, NY 11411**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 327 of 3613

| 3.217 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRITTANY WEAVER**<br>**26314 NORTH WOODLAND ROAD**<br>**BEACHWOOD, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brittany Willie**<br>**6848 Sturbridge Dr**<br>**Parkville, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRITTIANY TURNER**<br>**361 NE 116 STREET**<br>**MIAMI, FL 33161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brittleigh Macaulay**<br>**7307 State Rt. 514**<br>**Big Prairie, OH 44611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRITTNEY BANKS**<br>**1313 BEEBLOSSOM DRIVE**<br>**DESOTO, TX 75115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Brittney Dustin**<br>**53 Squire Dr.**<br>**Nashua, NH 03063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRITTNEY HARDY**<br>**2 DUNCROFT PLACE, APT 1D**<br>**NOTTINHAM, MD 21236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**BRITTNEY HOWARD**
**10021 SW 11TH ST**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**BRITTNEY JACKSON**
**785 NW 42 AVE**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**Brittney Johnson**
**6609 Touchstone Ct**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**BRITTNEY NEMECEK**
**9283 SHADY LAKE DRIVE**
**APT 202K**
**STREETSBORO, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**BRITTNEY PRICE**
**3018 MONDAWMIN AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**BRITTON LEWIS**
**17937 HOLLY BROOK DRIVE**
**TAMPA, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---------|---|---|---|

**BRIYANA FRASER-WILKERSON**
**48 WEDGWOOD DR**
**LAWRENCE, MA 01843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BROCK BOXEN**
PO BOX 327
NEW GALILEE, PA 16141

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.218 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Brock Kirian**
8684 Royalhaven Dr.
North Royalton, OH 44133

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BROCK WENGER**
14278 ELTON STREET SW
NAVARRE, OH 44662

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRODERICK THOMAS**
1419 FORD COURT
LEHIGH ACRES, FL 33936

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRODGIE GORDON**
320 SOUTH WINSLOW AVENUE
DELAND, FL 32724

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Brody Brown**
3131 Kingston Ct.
West Palm Beach, FL 33409

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**BRODY COLE**
560 ELMIRA STREET
TROY, PA 16947

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 330 of 3613

| 3.219 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brontea Washington**
3316 Shady Lane
Glenwood, MD 21738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brook Brogan**
13519 Jobin St.
Southgate, MI 48195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKE HARMAN**
5817 WESLEYAN DRIVE
PO BOX A144
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKE LAMOUREUX**
329 POWER STREET
AKRON, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKE LAMOUREUX**
SPICER HALL  ROOM 253
PO BOX 1350
AKRON, OH 44325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooke Mason**
3733 Willow Run Dr.
Toledo, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKE O'HENRY**
706 W POINSETTA AVE
TOLEDO, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooke Ringel**
**553 Denmoor Ct.**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooke Smith**
**3113 Skinner Dr.**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooke Wright**
**12290 Green Meadow Dr.**
**#112**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKE WRIGHT**
**1013 HALSTEAD RD APT A2**
**PARKVILLE, MD 21234-6615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brookley Rayburn**
**91 Rita Court**
**Columbus, OH 43213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKLYN RAYBURN**
**111 ROSEGATE COURT**
**REYNOLDSBURG, OH 43068-4336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROOKLYNN GREIN**
**5397 SHADY MEADOWS DRIVE**
**HAMILTON, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Broughal & DeVito, LLP**
38 W. Market St.
Bethlehem, PA 18018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,663.20 |
|---|---|---|---|

**Broward Health Coral Springs**
3000 Coral Hills De.
Hollywood, FL 33029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,212.04 |
|---|---|---|---|

**Broward Health Medical Center**
1600 S. Andrews Ave.
Fort Lauderdale, FL 33316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.26 |
|---|---|---|---|

**Broward Medical Lab**
181 Prospect Rd.
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.00 |
|---|---|---|---|

**BROWARD PULMONARY AND SLEEP SP**
1625 SE 3rd AVE #600
FORT LAUDERDALE, FL 33316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2639

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,209.00 |
|---|---|---|---|

**BROWARD SPECIALITY SURGICAL CT**
7261 SHERIDAN ST
Hollywood, FL 33024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7019

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,883.30 |
|---|---|---|---|

**Brown, Davila, Khan, Maza, et**
1500 San Remo Ave. #285
Miami, FL 33146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 333 of 3613

| 3.221 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUCE LITTLE**
**3106 N 35TH ST**
**TAMPA, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|---|---|---|---|

**BRUCE ROBINS DC**
**2211 N Dixie Hwy**
**WILTON MANORS, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUCE STEINBERG**
**805 NE 20TH DRIVE**
**APT. E**
**WILTON MANORS, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUNA JEANTINORD**
**4980 NW 15TH CT**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUNO BOUWMAN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUNO SORATO**
**5027 LAKE VIEW DRIVE**
**PENINSULA, OH 44264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUSHAY JOHNSON-LEE**
**2938 B BAY COURT**
**ABERDEEN, MD 21005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BRYAN BURROWS**
**5209 TOPAZ DRIVE**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BRYAN DEANE**
**1026 WENTWOOD DRIVE**
**DESOTO, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BRYAN DEVITIS**
**2948 HEATHERWOOD CT**
**STOW, OH 44224-4383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bryan Johnson**
**5270 Lambert Rd.**
**Grove City, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BRYAN KENNEDY**
**2500 CLEVELAND RD APT 401**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BRYAN KING**
**3741 WILLIAM DEHAES DRIVE 804**
**IRVING, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BRYAN LOPEZ**
**7982 NW 158 TER**
**HIALEAH, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.222 9 | **Nonpriority creditor's name and mailing address**<br>**BRYAN MCDONALD**<br>**1121 NW 182 ST**<br>**MIAMI GARDENS, FL 33169** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 0 | **Nonpriority creditor's name and mailing address**<br>**BRYAN PAYAN**<br>**8231 SW 9TH CT**<br>**NORTH LAUDERDALE, FL 33068** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 1 | **Nonpriority creditor's name and mailing address**<br>**Bryan Vissat**<br>**459 E High**<br>**New Philadelphia, OH 44663** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 2 | **Nonpriority creditor's name and mailing address**<br>**Bryanna Barber**<br>**6605 Rocky Den Rd**<br>**Reynoldsburg, OH 43068** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 3 | **Nonpriority creditor's name and mailing address**<br>**BRYANNA ELLIOTT**<br>**1627 42ND STREET**<br>**WEST PALM BEACH, FL 33407** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 4 | **Nonpriority creditor's name and mailing address**<br>**BRYANNA ELLIOTT**<br>**5940 TEAKWOOD ROAD**<br>**LAKE WORTH, FL 33467** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.223 5 | **Nonpriority creditor's name and mailing address**<br>**BRYANNA ELVIN**<br>**14529  NE 16TH AVE**<br>**BISCAYNE PARK, FL 33161** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYANNA NORMAN**
**3304 CURTIS DRIVE APT 202**
**SUITLAND, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYANT JACOX**
**704A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYCE ADKINS**
**2408 SCHROFF DRIVE**
**MIDDLETOWN, OH 45042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYCE HARDING**
**1701 ORCHARD DRIVE**
**AKRON, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYCE JOHNSON**
**614 WHITNEY AVENUE**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYCE PETERSON**
**1383 CHAPARRAL DR.**
**MCKINLEYVILLE, CA 95519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryce Webb**
**1314 Riverside Dr.**
**12405 Brierly Hill Place**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.224 3 | **Nonpriority creditor's name and mailing address**<br>**BRYIAH WILLIAMS**<br>**340 HWY 365 APT.263**<br>**PORT ARTHUR, TX 77642**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 4 | **Nonpriority creditor's name and mailing address**<br>**BRYNNE MANN**<br>**6007 GIDDINGS ROAD**<br>**ROOTSTOWN, OH 44272**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 5 | **Nonpriority creditor's name and mailing address**<br>**BRYONNA MCAFEE**<br>**7901 SEWARD PARK AVE SOUTH**<br>**SEATTLE, WA 98118**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 6 | **Nonpriority creditor's name and mailing address**<br>**BRYTTANY HAVENS**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX A80**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 7 | **Nonpriority creditor's name and mailing address**<br>**BSW Dallas Orthopedic Associates**<br>**3900 Junius**<br>**Dallas, TX 75246-1621**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$179.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 8 | **Nonpriority creditor's name and mailing address**<br>**BSW Medical Center Lake Pointe**<br>**PO Box 840779**<br>**Dallas, TX 75284-0779**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,633.74**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.224 9 | **Nonpriority creditor's name and mailing address**<br>**BTDI JV, LLP**<br>**PO Box 677466**<br>**Dallas, TX 75267**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$12,412.64**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.225<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$989.32** |
| --- | --- | --- | --- |

**Buchheit Counseling, LLC**
**111 Prospect Ave.**
**Suite 203J**
**Saint Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**BUSHRA TASNIM**
**161 MARTIN LUTHER KING BLVD APT 302**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Byron de la Cruz**
**3900 - 14th St. NW**
**Apt. 310**
**Washington, DC 20011-5451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Byron Eaton**
**3717 Lamoine Rd.**
**Randallstown, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**BYRON GILLIAM-CLOYD**
**24 TUCKERMAN ST NW**
**WASHINGTON, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**BYRON MORLEY**
**4165 SW 67TH AVE UNIT 216B**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**BYRON WELLS**
**2502 EUTAW PL APT 102**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BYRON WELLS**
**2200 WHITTIER AVE**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.77 |
|---|---|---|---|

**CA Advanced Imaging Med Assoc**
**PO Box 6102**
**Novato, CA 94948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cace Strother**
**256 Deer Run**
**Media, PA 19063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CADARIOUS BARBER**
**8218 NORTH 14TH STREET**
**TAMPA, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CADERAL JONES**
**16303 EVERWOOD CT**
**BOWIE, MD 20716-3902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cadey Cole**
**17315 Ida Center Rd.**
**Petersburg, MI 49270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caeron Kohl**
**2850 Frazell Rd.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Caetia Short**
**921 Emerson St. NW**
**Washington, DC 20011-4519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 5 |

**Nonpriority creditor's name and mailing address**

**Caimaya Ashton**
**1306 Tatetown Rd.**
**Hague, VA 22469**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 6 |

**Nonpriority creditor's name and mailing address**

**CAIMAYA ASHTON**
**5817 WESLEYAN DRIVE**
**PO BOX B62**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 7 |

**Nonpriority creditor's name and mailing address**

**Caitie Couper**
**7360 Nighinggale Dr.**
**Apt. 5**
**Holland, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 8 |

**Nonpriority creditor's name and mailing address**

**CAITLIN ANGLE**
**750 W 130TH ST**
**BRUNSWICK, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 9 |

**Nonpriority creditor's name and mailing address**

**Caitlin Arbos**
**3768 Beechberry Cr**
**Fort Lauderdale, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,140.00**

---

| 3.227 0 |

**Nonpriority creditor's name and mailing address**

**Caitlin Baum**
**1625 Glenton Dr.**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.227**
**1**

**Nonpriority creditor's name and mailing address**

**CAITLIN CEGLAREK**
**3935 SURREY RD**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227**
**2**

**Nonpriority creditor's name and mailing address**

**CAITLIN GAMBONE**
**1830 CLEARVIEW AVE NW**
**CANTON, OH 44708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227**
**3**

**Nonpriority creditor's name and mailing address**

**Caitlin Herman**
**9595 Collins Ave.**
**Apt. 702**
**Miami Beach, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227**
**4**

**Nonpriority creditor's name and mailing address**

**CAITLIN LONGACRE**
**2009 SOUTH LEADVILLE AVENUE**
**BOISE, ID 83706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227**
**5**

**Nonpriority creditor's name and mailing address**

**CAITLIN MARTIN-WAGAR**
**44 KENILWORTH**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227**
**6**

**Nonpriority creditor's name and mailing address**

**CAITLIN MCCLURG**
**1379 BUCKINGHAM GATE BLVD**
**APARTMENT 24**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227**
**7**

**Nonpriority creditor's name and mailing address**

**Caitlin Sickler**
**2821 SW 73rd Way**
**Apt. 1802**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.227 8 | **Nonpriority creditor's name and mailing address** |

**3.2278**

**Nonpriority creditor's name and mailing address**
**CAITLIN SICKLER**
**5120 SW 93RD AVENUE**
**COOPER CITY, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2279**

**Nonpriority creditor's name and mailing address**
**CAITLIN SICKLER**
**24392 TIMOTHY DR**
**DANA POINT, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2280**

**Nonpriority creditor's name and mailing address**
**CAITLIN VARI**
**409 BROWN ST. APT. 106**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2281**

**Nonpriority creditor's name and mailing address**
**CALEB ACOSTA**
**406 NW 22ND AVE**
**APT 301**
**MIAMI, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2282**

**Nonpriority creditor's name and mailing address**
**CALEB BERDINE**
**30867 CAREY ROAD**
**SALEM, OH 44460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2283**

**Nonpriority creditor's name and mailing address**
**CALEB BLAKE**
**957 YORK MEADOWS DR**
**TIPP CITY, OH 45371-2461**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2284**

**Nonpriority creditor's name and mailing address**
**CALEB BROWN**
**5523 WEST KAMERLING**
**CHICAGO, IL 60651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.228 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB CLAGGETT**
**7940 DOG HOLLOW RD.**
**ST. LOUISVILLE, OH 43071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB DUHAY**
**203C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB GREEN**
**7823 MAPLE RUN LN**
**POWELL, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB LLOYD**
**4523 SHAFFER RD**
**SEVEN VALLEYS, PA 17360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB ROYCE**
**5817 WESLEYAN DRIVE**
**PO BOX B484**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB SMITH**
**3600 ESSEX ST**
**LAMBERTVILLE, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CALEB STROHMEIER**
**7 GINGER CREST DR**
**GLEN CARBON, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Calia Meads**
**337 N Connecticut Ave**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,025.77** |
|---|---|---|---|

**Calif Pacific Med Center**
**2360 Clay St.**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**California Secretary of State**
**PO Box 944230**
**Sacramento, CA 94244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Callan Bialorucki**
**3995 Edinburgh Ct.**
**Genoa, OH 43430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Callie Arndt**
**4705 Fish Creek Rd.**
**Apt. 2**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CALLIE ARNDT**
**189 STUBER ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CALLIE LEVAN**
**2553 QUEENSTON ROAD**
**CLEVELAND HEIGHTS, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.229 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALVIN JAMES**
**610 MAIDSTONE CT**
**MILLSBORO, DE 19966-3365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calvin Ross**
**3114 Louise Ave.**
**Baltimore, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALVIN RUMENGAN**
**22400 W BITTERSWEET LN**
**CURTICE, OH 43412**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calvin Taylor**
**9553 Shannon Hill Rd.**
**Louisa, VA 23093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALVIN VICTOR**
**17001 NE 9TH AVE**
**MIAMI, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAMBRIA BRANTLEY**
**3242 STUART LN**
**DEARBORN, MI 48120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAMBRY GORDON**
**12678 CUMBERLAND DR.**
**LARGO, FL 33773**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 6 | **Nonpriority creditor's name and mailing address**<br>**Camden Spence**<br>**1413 Seaboard Ave.**<br>**Chesapeake, VA 23324**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.230 7 | **Nonpriority creditor's name and mailing address**<br>**CAMERON ANGUS**<br>**1727 SOPHIA LN**<br>**HINCKLEY, OH 44233**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.230 8 | **Nonpriority creditor's name and mailing address**<br>**Cameron Barber**<br>**552 Zion Dr.**<br>**Powell, OH 43065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.230 9 | **Nonpriority creditor's name and mailing address**<br>**CAMERON BARBER**<br>**6627 CHANTICLEER COURT**<br>**WESTERVILLE, OH 43082-8585**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.231 0 | **Nonpriority creditor's name and mailing address**<br>**CAMERON BOYCE**<br>**9206 CRUTCHFIELD LN**<br>**BOWIE, MD 20720-3221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.231 1 | **Nonpriority creditor's name and mailing address**<br>**CAMERON BRANDON**<br>**6614 RICHMOND RD**<br>**CLEVELAND, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.231 2 | **Nonpriority creditor's name and mailing address**<br>**CAMERON BROWN**<br>**9819 SOLITARY PL**<br>**BRISTOW, VA 20136-2519**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.231 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nonpriority creditor's name and mailing address**

**CAMERON BRYCE**
**117 TANAGER COURT**
**CHILLICOTHE, OH 45601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

**Cameron Butler**
**14810 Dolphin Way**
**Bowie, MD 20721**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**Cameron Christian**
**239 Stonemast Loop**
**Pataskala, OH 43062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**CAMERON DAVIS**
**23865 SW 117TH COURT**
**HOMESTEAD, FL 33032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**CAMERON DOWNER**
**277 POLECAT HOLLOW ROAD**
**WAYNEBURG, PA 15370**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Cameron Dudley**
**3603 Alameda Cir.**
**Baltimore, MD 21218-2148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Cameron Dudley**
**3603 Alameda Cir.**
**Baltimore, MD 21218-2148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.232 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CAMERON HALL**
**3155 SAN SALVADOR AVENUE SE**
**MELBOURNE, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.232 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CAMERON JOHNSON**
**5536 S MICHIGAN AVE**
**CHICAGO, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CAMERON KNAUS**
**8422 TIBBERMORE CT**
**DUBLIN, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CAMERON KOHL**
**2850 FRAZELL ROAD**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CAMERON LYONS**
**100 MARCO POLO DR**
**MORGANTOWN, WV 26508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cameron Mills**
**2020 N Westwood Ave.**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cameron Robinson**
**3415 Copley Rd**
**Baltimore, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.232 7**

**Nonpriority creditor's name and mailing address**
**Cameron Sanchez**
**13748 County Rd. C**
**Bryan, OH 43506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.232 8**

**Nonpriority creditor's name and mailing address**
**CAMERON TAYLOR**
**5774 WHITE ACRES LANE**
**PORT ORANGE, FL 32127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.232 9**

**Nonpriority creditor's name and mailing address**
**CAMERON WILLIAMS**
**406C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 0**

**Nonpriority creditor's name and mailing address**
**CAMILA SCOBINO**
**17815 NW 74 PATHWAY**
**HIALEAH, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 1**

**Nonpriority creditor's name and mailing address**
**Camila Zamorano Restre**
**3030 Residence Dr.**
**Ottawa House East Apt. 3108**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 2**

**Nonpriority creditor's name and mailing address**
**CAMILLE BRANFORD**
**4231 NW 204 STREET**
**CAROL CITY, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 3**

**Nonpriority creditor's name and mailing address**
**Camille Hodges**
**1804 Ironton Dr.**
**Oxon Hill, MD 20745-3237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233 4**

Nonpriority creditor's name and mailing address

**CAMILLE LAWRENCE**
**7114 CARISSA CT**
**TAMARAC, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 5**

Nonpriority creditor's name and mailing address

**CAMILLE LAWRENCE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 6**

Nonpriority creditor's name and mailing address

**CAMILLE SMITH**
**2712 BARTLETT LANE**
**BOWIE, MD 20715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 7**

Nonpriority creditor's name and mailing address

**CAMILLE SMITH**
**5501 LAKEFORD LANE**
**BOWIE, MD 20720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 8**

Nonpriority creditor's name and mailing address

**CAMILLE SNOW**
**2803 HAMILTON AVE**
**BALTIMORE, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 9**

Nonpriority creditor's name and mailing address

**CAMILO CABELLO ZARAGOZA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.234 0**

Nonpriority creditor's name and mailing address

**CAMILO RENDON PIEDRAHITA**
**577 BROOKLINE CT**
**NORTHFIELD, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.234 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Campbell Andrew**
4757 Shoal Crk
Apt. 206
Toledo, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535.50 |
|---|---|---|---|

**Campbell Urgent Care**
1010 Campbell Rd.
Royal Oak, MI 48067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,688.82 |
|---|---|---|---|

**CampusFirst, LLC**
27500 Detroit Road
Suite 202
Westlake, OH 44145

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camren Moore**
4125 Dayton Brandt
New Carlisle, OH 45344

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.234 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAMRYN MCGUINNESS**
3595 POINCIANA AVE
MIAMI, FL 33133-6526

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAMRYN WILSON**
3312 MORAVIA RD
BALTIMORE, MD 21214

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candace Abellard**
1540 Pentridge Rd.
Apt. 408D
Baltimore, MD 21239

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.234 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDACE ABELLARD**
**1540 PENTRIDGE ROAD, APT. 408D**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDACE ABELLARD**
**1540 PENTRIDGE ROAD, APT. 408D**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDACE GRAY**
**5110 N CARLIN SPRINGS RD**
**ARLINGTON, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candacia McBride**
**1611 Gould**
**Toledo, OH 43612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDICE IZAGUIRRE**
**20236 SW 51ST CT**
**FORT LAUDERDALE, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDICE JONES**
**P.O BOX 695347**
**MIAMI GARDENS, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candyce Burke**
**133 Watkins Station Cir.**
**Apt. F**
**Gaithersburg, MD 20879**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CANELA EATMAN**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CANIGGIA HARRIOTT**
**30 LURCOTT LANE**
**CENTRAL ISLIP, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CANISHA KINER**
**8727 WEST HERBERT AVE**
**MILWAUKEE, WI 53225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CANYON MCWILLIAMS**
**3070 WOODBURY RD**
**CLEVELAND, OH 44120-2441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caolina Jesse**
**6501 Plank Rd.**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,749.94 |
|---|---|---|---|

**Cape Coral Hospital**
**636 Del Prado Blvd. S**
**Cape Coral, FL 33990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capresha Pitts**
**5305 Leith Rd.**
**Apt. E**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Capria Hall**
**2450 S River Rd.**
**Zanesville, OH 43701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cara Griffiths**
**209 E High St.**
**Fenton, MI 48430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CARA JOHNSON**
**205B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CARA PARK**
**190 LEDGES DR**
**MILLERSBURG, OH 44654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cara Peter**
**2460 Old Stone Ct.**
**Apt. 12**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**CARA WEATHERS**
**13133 BROADSTREET AVE**
**DETROIT, MI 48238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carah Conner**
**5281 Tulip Hill Ave.**
**Las Vegas, NV 89141-8612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.236 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARAH KATZENDORN**
**60 COMMON COURT**
**CHAGRIN FALLS, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**CARDIOLOGY ASSOCIATES**
**7330 SW 62nd Place**
**Suite 310**
**SOUTH MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9163

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.05 |
|---|---|---|---|

**Cardiovascular Medicine Associates**
**818 Chestnut St.**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.00 |
|---|---|---|---|

**CARDIOVASCULAR SPECIALISTS OF**
**10650 W State Rd. 84 #104**
**DAVIE, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2087

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**CARE RESOURCE**
**817 BROADWAY**
**10TH FLOOR, STE. 1001**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6495

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,281.65 |
|---|---|---|---|

**CareFirst Administrators**
**1501  S. Clinton St.**
**7th Floor**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,526.87 |
|---|---|---|---|

**CareNow Corporate**
**645 TX-121 #600**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Carin C. Bounacer** | ☐ Contingent | |
| **7153 Morninstar Trail** | ☐ Unliquidated | |
| **Northfield, OH 44067** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Carl Alenfall** | ☐ Contingent | |
| **3625 College Ave.** | ☐ Unliquidated | |
| **Fort Lauderdale, FL 33314** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Carl Garnes** | ☐ Contingent | |
| **68 Meadow Run Rd** | ☐ Unliquidated | |
| **Bordentown, NJ 08505** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **CARL HENRY JOSEPH** | ☐ Contingent | |
| **3445 COLLEGE DR APT 5-9** | ☐ Unliquidated | |
| **TOLEDO, OH 43607** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **CARL TEMPLIN** | ☐ Contingent | |
| **250 W ERIE RD** | ☐ Unliquidated | |
| **TEMPERANCE, MI 48182** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **CARLA CASTILLO** | ☐ Contingent | |
| **1107 NORTH DUNCANVILLE ROAD** | ☐ Unliquidated | |
| **DUNCANVILLE, TX 75116** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **CARLA CHARLES** | ☐ Contingent | |
| **16939 SW 54TH CT** | ☐ Unliquidated | |
| **MIRAMAR, FL 33027** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLA DANIELA AVILAN GUTIERREZ**
**22 EAST EXCHANGE STREET**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLA HALL**
**2824 CHESTNUT HILL ROAD**
**ROCKY MOUNT, VA 24151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLA PEREZ**
**393 SUMNER ST. 2-103 C**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLEE DIETZ**
**3816 BROOKLYN AVENUE**
**CLEVELAND, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLEE LISSER**
**5567 WYCLIFFE DRIVE**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLEIGH VAN REENEN**
**5817 WESLEYAN DRIVE**
**PO BOX C314**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CARLETON AUSTIN**
**2539 MOJAVE DRIVE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLEY COZZA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.239 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carli Hartman**
**3939 Westlake Rd.**
**Cortland, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLIN GREEN**
**1113 WEST MOORE AVENUE**
**SANTA ANA, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLIN KNEZEVICH**
**13904 YELLOW BELL BND**
**AUSTIN, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlis Oden**
**3220 Lincoln Ave.**
**Nashville, TN 37218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.65 |
|---|---|---|---|

**Carlisle Imaging Center**
**400 Pinellas St. #101**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLITO CASCONE**
**5651 US ROUTE 422**
**SOUTHINGTON, OH 44470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 359 of 3613

| 3.239 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS ALCON**
**1180 NW 122 STREET**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS ALVIAREZ**
**501D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS AYBAR DE LOS SANTOS**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS GAMARRA**
**2790 NE 201ST TERRACE**
**APT H327**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS GOMEZ**
**5042 SW 163RD CT**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS MARQUEZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS THOMAS**
**1117 SATURN DRIVE**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|-----|-----|-----|
| | Name | | |

---

**3.240
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **CARLOS TORRES**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **CARLOS ZHINDON**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Carlotte Jay**<br>**315 NE 3rd Ave.**<br>**#1105**<br>**Fort Lauderdale, FL 33301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Carlton Kenney**<br>**433 Swift Run Rd.**<br>**Ruckersville, VA 22968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Carly Allocco**<br>**3355 Heritage Oaks Dr.**<br>**Hilliard, OH 43026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Carly Gerogosian**<br>**7501 Glenhurst Dr.**<br>**Dayton, OH 45414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Carly Koenig**<br>**202 Laurel Woods Way**<br>**Currituck, NC 27929-9720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.241<br>1 | **Nonpriority creditor's name and mailing address**<br>**CARLY MCALLISTER**<br>**6841 CAMILLE STREET**<br>**BOYNTON BEACH, FL 33437**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.241<br>2 | **Nonpriority creditor's name and mailing address**<br>**CARLY PALGUT**<br>**880 TALMADGE AVENUE**<br>**WICKLIFFE, OH 44092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.241<br>3 | **Nonpriority creditor's name and mailing address**<br>**CARMEL MUKUNDA**<br>**3414 DORR ST APT 112**<br>**TOLEDO, OH 43607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.241<br>4 | **Nonpriority creditor's name and mailing address**<br>**CARMEN DIAZ**<br>**117 NW 42ND AVE UNIT 804**<br>**MIAMI, FL 33126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.241<br>5 | **Nonpriority creditor's name and mailing address**<br>**Carmen Garcia-Paul**<br>**7425 SW 34th St. Rd.**<br>**Miami, FL 33155**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.241<br>6 | **Nonpriority creditor's name and mailing address**<br>**CARMEN PIERRE**<br>**430 NE 88TH STREET**<br>**EL PORTAL, FL 33138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.241<br>7 | **Nonpriority creditor's name and mailing address**<br>**CARMEN RAMIREZ**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.2418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARMEN WEST**
**3221 VIA ARCILLA**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARMINA VERA ECHEVERRIA**
**6318 GREENSPRING AVE**
**106**
**BALTIMORE, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARMISHA TAYLOR**
**8153 SOUTH COLFAX**
**CHICAGO, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARNEALUS MANNING**
**707 INDIAN SPRING**
**WACO, TX 76708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Cartwright**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROL FULCHER**
**603B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Meade**
**2840 SW 75th Way**
**#2412**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.242 5**

**Nonpriority creditor's name and mailing address**
**Carol Thompson**
**2507 Cheltenham Rd.**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242 6**

**Nonpriority creditor's name and mailing address**
**CAROLINA ANDRADE**
**10431 NW 6TH STREET**
**PEMBROKE PINES, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242 7**

**Nonpriority creditor's name and mailing address**
**CAROLINA DE DIEGO**
**708 ANASTASIA AV**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242 8**

**Nonpriority creditor's name and mailing address**
**CAROLINA JESSE**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242 9**

**Nonpriority creditor's name and mailing address**
**CAROLINA JESSE**
**6501 PLANK ROAD**
**FREDRICKSBURG, VA 02240-7213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 0**

**Nonpriority creditor's name and mailing address**
**Carolina Montalvo**
**7600 Collins Ave.**
**Apt. 702**
**Miami Beach, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 1**

**Nonpriority creditor's name and mailing address**
**CAROLINA RADIOLOGY ASSOCIATES**
**P O BOX 678904**
**MYRTLE BEACH, SC 29579**

Date(s) debt was incurred _

Last 4 digits of account number  **4657**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

| 3.243<br>2 | **Nonpriority creditor's name and mailing address**<br>**Caroline Bedford**<br>**11150 Heron Bay Blvd.**<br>**Apt. 523**<br>**Pompano Beach, FL 33076-1610**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.243<br>3 | **Nonpriority creditor's name and mailing address**<br>**CAROLINE HASSE**<br>**6458 WILSON MILLS ROAD**<br>**MAYFIELD VILLAGE, OH 44143**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.243<br>4 | **Nonpriority creditor's name and mailing address**<br>**CAROLINE HASSE**<br>**527 BROWN ST**<br>**AKRON, OH 44311**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.243<br>5 | **Nonpriority creditor's name and mailing address**<br>**CAROLINE KALTENBORN**<br>**3222 N WAYNOKA CIR**<br>**MEMPHIS, TN 38111**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.243<br>6 | **Nonpriority creditor's name and mailing address**<br>**Caroline Kinyanjui**<br>**1 Luddy Court**<br>**Apt. A**<br>**Parkville, MD 21234**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.243<br>7 | **Nonpriority creditor's name and mailing address**<br>**CAROLINE KINYANJUI**<br>**1962 GLENROTHS DR.**<br>**ABINGDON, MD 21009**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.243<br>8 | **Nonpriority creditor's name and mailing address**<br>**CAROLINE NDEGWA**<br>**202 SIPPLE AVENUE**<br>**NOTTINGHAM, MD 21236**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.243 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **CAROLINE WATSON** 231 NORTH STANWOOD ROAD BEXLEY, OH 43209 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.244 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Carolyn Aldridge** 1510 James Gafford Dr. La Vergne, TN 37086 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.244 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Carolyn Arny** 1404 Cherry Wood Way Uniontown, OH 44685 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.244 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **CAROLYN TAYLOR** 3953 PENHURST AVE BALTIMORE, MD 21225 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.244 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **CAROLYN TODD** 9984 PATTON STREET TWINSBURG, OH 44087 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.244 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **CAROLYN WILDER** 232 YORKSHIRE DR MEDINA, OH 44256 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.244 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $243.04 |
| | **Carrie Burick** 6200 Som Center Rd. Solon, OH 44139 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.244 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**CARROTT FOSTER**
**3832 YOLANDO RD**
**BRYANS ROAD, MD 20616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244 7**

**Nonpriority creditor's name and mailing address**
**Carson Hackerd**
**1551 E Garnett Dr.**
**Frankfort, IN 46041**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.244 8**

**Nonpriority creditor's name and mailing address**
**CARTER CRUM**
**7048 SADDLEBACK RD**
**MAUMEE, OH 43537-9218**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.244 9**

**Nonpriority creditor's name and mailing address**
**CARTER FRANKLIN**
**3413 HEYL RD**
**WOOSTER, OH 44691-7441**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 0**

**Nonpriority creditor's name and mailing address**
**CARTER LEWIS**
**1945 NW 4TH AVE**
**APT 29**
**BOCA RATON, FL 33432**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 1**

**Nonpriority creditor's name and mailing address**
**CARTER PATCHETT**
**7039 ROBERTSON CT**
**DUBLIN, OH 43017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 2**

**Nonpriority creditor's name and mailing address**
**CARTER RISKIND**
**6 GREENWOOD RD**
**WELLESLEY HILLS, MA 02481-2912**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.245 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.245**
**3**

**Nonpriority creditor's name and mailing address**
**Caryn Davies**
**107 Janie St.**
**Ruskin, FL 33570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245**
**4**

**Nonpriority creditor's name and mailing address**
**CARYS GRIME**
**15105 COUNTY ROAD L**
**WAUSEON, OH 43567**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245**
**5**

**Nonpriority creditor's name and mailing address**
**Casandra Grabowski**
**6825 Jordon Dr.**
**PO Box 175**
**Westfield Center, OH 44251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245**
**6**

**Nonpriority creditor's name and mailing address**
**CASANDRA LARIN**
**3301 COLLEGE AVE**
**ATHLETIC DEPARTMENT**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245**
**7**

**Nonpriority creditor's name and mailing address**
**CASEY COUNCIL**
**1718 GLEN KEITH BLVD APT D**
**BALTIMORE, MD 21234-5129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245**
**8**

**Nonpriority creditor's name and mailing address**
**CASEY DUNIGAN**
**216 E LAKE ST**
**SOUTH LYON, MI 48178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245**
**9**

**Nonpriority creditor's name and mailing address**
**CASEY HILLS**
**5817 WESLEYAN DRIVE**
**PO BOX A203**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.246 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**Casey Ravitz**
**3700 N 56th Ave.**
**Unit 1027**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**CASEY REED**
**434 NORTH ST**
**BLISSFIELD, MI 49228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**Cashae Harris**
**2452 Thomas St.**
**Flint, MI 48504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**CASHMERE GOLPHIN**
**5011 GUY AVENUE**
**CLEVELAND, OH 44127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**CASMIR IRECHUKWU**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**CASSANDRA EVANS**
**5170 NE 1ST TERR**
**FORT LAUDERDALE, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|------------------------------------------------|---------------------------------------------------------------------|-------|

**CASSANDRA GILLESPIE**
**4753 SHERINGHAM LANE**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.246 7**

Nonpriority creditor's name and mailing address
**CASSANDRA KOBER
29551 GEORGETOWN ROAD
SALEM, OH 44460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.246 8**

Nonpriority creditor's name and mailing address
**CASSANDRA LEMIEUX
17251 NW 53 AV
MIAMI GARDENS, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.246 9**

Nonpriority creditor's name and mailing address
**CASSANDRA SENSKY
132 BATTERY B ST.
NEW CASTLE, PA 16102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 0**

Nonpriority creditor's name and mailing address
**CASSANDRA SNIDER
1514 REMINGTON ST
TOLEDO, OH 43605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 1**

Nonpriority creditor's name and mailing address
**CASSANDRA STEETS
3715 MAYFLOWER OVAL
BRUNSWICK, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 2**

Nonpriority creditor's name and mailing address
**CASSANDRE DIEUDONNE
12233 NW 7TH AVE
APT 2
MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 3**

Nonpriority creditor's name and mailing address
**CASSIDI LOVELL
205 N WOOD ST
FREMONT, OH 43420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.247 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **CASSIDY DAVIS** **14711 BEECHWOOD DRIVE** **NEWBURY, OH 44065** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cassidy Long** **10236 Farfield Farms Dr.** **Canal Winchester, OH 43110** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **CASSIDY LUNDY** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **CASSIDY WOLFE** **125 WALNUT AVE** **SAINT CLAIRSVILLE, OH 43950** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cassie Bicknell** **1146 Four Seasons Dr.** **Apt. 6** **Toledo, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cassie Duvall-Jackson** **1017 Mitchell Rd.** **Nashville, TN 37206** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **CASSIE LOFTON** **3706 COLBORNE RD** **BALTIMORE, MD 21229** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cassius Williams**
**5317 W Central Ave.**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CATHERINE CHILAKA**
**3 LIBERTY PLPT 4**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Catherine Gibbs**
**505 Jefferson Ave.**
**Apt. 1206**
**Toledo, OH 43604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CATHERINE LILLIBRIDGE**
**12761 KINSMAN ROAD**
**BURTON, OH 44021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CATHERINE OTIENO**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CATHERINE PEREZ**
**433 NE 21 TERRACE**
**HOMESTEAD, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CATHERINE STEVENS**
**12139 SW 250TH ST**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.2488**

Nonpriority creditor's name and mailing address

**CATHERINE WAIRACHU
5449 KING ARTHUR CIRCLE
ROSEDALE
BALTIMORE, MD 21237**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2489**

Nonpriority creditor's name and mailing address

**CATHERINE WILSON
2291 NW 48TH TERRACE
APT#206
FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2490**

Nonpriority creditor's name and mailing address

**CATHERINE YEPES
16851 NE 21 AVE. APT #7
NORTH MIAMI BEACH, FL 33162**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2491**

Nonpriority creditor's name and mailing address

**CATHERINE YEPES
5322 SW 158 AVE
MIRAMAR, FL 33027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2492**

Nonpriority creditor's name and mailing address

**Catie Corrigan
31641 Compass Cv
Avon Lake, OH 44012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2493**

Nonpriority creditor's name and mailing address

**CATIE CORRIGAN
38 OUTPOST LANE
HILTON HEAD, SC 29928**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2494**

Nonpriority creditor's name and mailing address

**CAUESHANNI DURE
14030 BISCAYNE BLVD APT. 718
NORTH MIAMI, FL 33181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.249 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.249 5**

Nonpriority creditor's name and mailing address

**CAYELA JOHNSON
5685 TIERRA ROJA DRIVE
VIRGINIA BEACH, VA 23462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 6**

Nonpriority creditor's name and mailing address

**Cayla Bensman
10450 Lochard Rd.
Sidney, OH 45365-9212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 7**

Nonpriority creditor's name and mailing address

**CAYLA BROWN
300 NORTH CHAPEL GATE LN APT B
BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 8**

Nonpriority creditor's name and mailing address

**CAYLA LAWRENCE
7114 CARISSA CT
TAMARAC, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 9**

Nonpriority creditor's name and mailing address

**CAYLA MARKET
4002 VAN BUREN STREET
BELLWOOD, IL 60104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 0**

Nonpriority creditor's name and mailing address

**CAYLA QUINONEZ
3230 CENTENNIAL ROAD LOT 138
SYLVANIA, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 1**

Nonpriority creditor's name and mailing address

**Cayla Thompson
3504 Gibbons Ave
Baltimore, MD 21214-2721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.250 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Caylib Holt**
**PO Box 228**
**Chillicothe, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$514.63** |
|---|---|---|---|

**CBHS Health Fund Limited**
**Level 5, 70 George St.**
**Parramatta NSW 2150**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$424.00** |
|---|---|---|---|

**CCF Palm Beach**
**525 Okeechobee Blvd.**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$342.00** |
|---|---|---|---|

**CCF Weston Clinic**
**2950 Cleveland Clinic Blvd.**
**Fort Lauderdale, FL 33331-3609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CEARA NARIO-REDMOND**
**24911 SOUTH WOODLAND ROAD**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CECIL HYLTON**
**13280 BRISTOW ROAD**
**NOKESVILLE, VA 20181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ceciley Landley**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**CECILIA MARGARIDA MENDES MOTTA**
**3512 WYOGA LAKE RD**
**APT 207**
**CUYAHOGA FALLS, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**CECILIA MARGARIDA MENDES MOTTA**
**80 E EXCHANGE ST, AP 341A**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Cecilia Quinones**
**1677 Capon Tree Lane**
**Woodbridge, VA 22191**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 2**

**Nonpriority creditor's name and mailing address**

**CECILIA QUINONES**
**5817 WESLEYAN DRIVE**
**PO BOX B419**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

**CEDRIC BASHENGAZI**
**80 EAST EXCHANGE STREET**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

**CEDRIC BASHENGEZI**
**THE UNIVERSITY OF AKRON**
**SPANTON HALL 218**
**PO Box 1350**
**AKRON, OH 44309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

**CEDRIC MCCOY**
**409 E PALMETTO ST**
**PALATKA, FL 32177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.251 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cedric Washington**
**6736 Casa Bella Dr.**
**Knoxville, TN 37918**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cedric Witherspoon**
**3110 Moyston Ave.**
**Baltimore, MD 21214**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CEDRIC WITHERSPOON**
**1205 ST. AGNES LANE**
**APT. K**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cefaratti Group**
**4608 St. Clair Ave.**
**Cleveland, OH 44103**

Date(s) debt was incurred _
Last 4 digits of account number  0818

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CELANIE XAVIER**
**13176 SW 28TH ST**
**MIRAMAR, FL 33027**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CELENA PERROW-DURANT**
**3007 GRAYSON ST**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$133.00** |
|---|---|---|---|

**Celeste Batchev, MD**
**718 N Macomb St**
**Monroe, MI 48162**

Date(s) debt was incurred _
Last 4 digits of account number  6041

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 3 | **Nonpriority creditor's name and mailing address** **CELESTE CACEU** 6722 SE REED COLLEGE PL PORTLAND, OR 97202-8270 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 4 | **Nonpriority creditor's name and mailing address** **CELESTE PEREIRA** 8741 NW 112TH CT DORAL, FL 33178-5612 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 5 | **Nonpriority creditor's name and mailing address** **CELIA GAITOR** 15800 NW 42 AVENUE MIAMI GARDENS, FL 33054 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 6 | **Nonpriority creditor's name and mailing address** **CELINA CAHALANE** 2726 ELLSWORTH HILL DR HUDSON, OH 44236 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 7 | **Nonpriority creditor's name and mailing address** **CELINA SARKO** 6483 FAIRWEATHER DRIVE CLEVELAND, OH 44130 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 8 | **Nonpriority creditor's name and mailing address** Celvin Pelaez-Gonzalez 5817 Wesleyan Dr. Box A444 Virginia Beach, VA 23455 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 9 | **Nonpriority creditor's name and mailing address** **CEMROY DAVIS** 10801 SW 167TH STREET CUTLER RIDGE, FL 33157 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 378 of 3613

| 3.253 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,585.33 |
|---|---|---|---|

**Centene Mgmt Corp**
3750 Logan Ave NW
Canton, OH 44709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8580**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.80 |
|---|---|---|---|

**Centene Mgmt Corp**
7700 Forsyth Blvd.
Saint Louis, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4465**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.29 |
|---|---|---|---|

**Center for Bone and Joint Surgery**
10111 West Forest Hill Blvd.
Wellington, FL 33414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.70 |
|---|---|---|---|

**Center for Self-Development**
1605 W. 3rd St.
Chester, PA 19013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.25 |
|---|---|---|---|

**Center for Surgical Dermatology, In**
428 County Line Rd. W
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.52 |
|---|---|---|---|

**Central Carolina Skin Dermatology C**
3940 Arrowhead Blvd. #210
Mebane, NC 27302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,248.46 |
|---|---|---|---|

**Central Fl Endo Diabetes Con**
635 N. Miatland Ave.
Maitland, FL 32751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 379 of 3613

| 3.253<br>7 | **Nonpriority creditor's name and mailing address**<br>**Century Integrated Partners, Inc.**<br>**3500 Gaston Ave.**<br>**Dallas, TX 75246** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$149.86** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253<br>8 | **Nonpriority creditor's name and mailing address**<br>**CEP AMERICA CALIFORNIA**<br>**2100 POWELL ST**<br>**Emeryville, CA 94608** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$773.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number __3648__ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253<br>9 | **Nonpriority creditor's name and mailing address**<br>**Cera Dodrill**<br>**230 Rosemont Ave.**<br>**Youngstown, OH 44515** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254<br>0 | **Nonpriority creditor's name and mailing address**<br>**CESAR FLORIAN**<br>**715 COLUMBUS PARKWAY APT. R**<br>**HOLLYWOOD, FL 33021** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254<br>1 | **Nonpriority creditor's name and mailing address**<br>**Chabeli Arroyo**<br>**4314 - 13th St. NE**<br>**Washington, DC 20017-3827** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254<br>2 | **Nonpriority creditor's name and mailing address**<br>**CHAD ANDREWS-FULTON**<br>**607D DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254<br>3 | **Nonpriority creditor's name and mailing address**<br>**Chad Dorsey**<br>**615 Wooland Ave.**<br>**Wadsworth, OH 44281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.254<br>4 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**CHAD DUNNER**
**910 BIGGS STREET**
**MEMPHIS, TN 38128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.254<br>5 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Chad Ellis**
**6490 Delores Blvd.**
**Brookpark, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.254<br>6 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Chad R. Manke**
**6160 Kempsville Cir. Ste. 200B**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.254<br>7 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**CHAD SPENCER**
**9902 SW 196TH ST**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.254<br>8 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**CHAD WILLIAMS-BEY**
**OFFICE OF RESIDENCE LIFE**
**1700 EAST COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.254<br>9 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**Chad-Roye Dixon**
**2201 Coleridge Dr.**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.255<br>0 | |

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

**CHADAE GOODE**
**9 NORTH EAST AVE**
**BALTIMORE, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chaeeun Lim**
2515 W Bancroft St.
Apt. PHS
Toledo, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHAEEUN LIM**
1120 N WESTWOOD AVE APT 6105
TOLEDO, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHAITANYA BORRA**
317-1/2 ,TORREY STREET
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chakel Walker**
7155 McClean Blvd
Parkville, MD 21234-7253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHALIF WILSON**
649 N. LARAMIE AVENUE
CHICAGO, IL 60644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHAMPAYNE FREEMAN**
2654 WEST 28TH STREET
RIVIERA BEACH, FL 33404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chance Canady**
1364 Chickweed St.
Mechanicsburg, OH 43044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.255 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**CHANDLER CARNEY**
**312 REGATTA DRIVE**
**AVON LAKE, OH 44012**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255 9**

**Nonpriority creditor's name and mailing address**
**CHANDLER TAYLOR-HENRY**
**555 DOGWOOD POINTE**
**MADISON, MS 39110**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256 0**

**Nonpriority creditor's name and mailing address**
**CHANDLER THOMAS**
**5891 SE MITZI LN**
**STUART, FL 34997**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256 1**

**Nonpriority creditor's name and mailing address**
**CHANDLER YOUNGER**
**7309 ROCKRIDGE RD**
**BALTIMORE, MD 21207**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256 2**

**Nonpriority creditor's name and mailing address**
**Chanel Hamm**
**3813 Garrison Blvd.**
**Apt. 25**
**Baltimore, MD 21215-5466**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256 3**

**Nonpriority creditor's name and mailing address**
**CHANEL HAMM**
**3813 GARRISON BLVD APT 2S**
**BALTIMORE, MD 21215-5466**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256 4**

**Nonpriority creditor's name and mailing address**
**CHANEL RICKETTS**
**1008 INDIAN TRACE CIR**
**APT 104**
**WEST PALM BEACH, FL 33407**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANG LIU**
**715 W. MARKET ST  APT 301**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.256 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Change Healthcare**
**5700 Democracy, Ste. 1500**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANGMI WANG**
**8395 SW 73RD AVENUE, #UNIT 424**
**MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTAI SMITH**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTAL CLARKE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTAL MURPHY**
**2552 PLUM LEAF LN**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTALIA YOUNG**
**119 MELROSE AVE**
**TOLEDO, OH 43610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTE CARTER**
**7910 MARFIELD PL APT H**
**NOTTINGHAM, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTE MITCHELL**
**5817 WESLEYAN DRIVE**
**PO BOX A192**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTE OLALO**
**12405 BUSHEY DR**
**SILVER SPRING, MD 20906-4405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTEL BAKER**
**15017 GREEN WING TERRACE**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTEL PERRY**
**3913 BOARMAN AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTEL SCOTT**
**211 SETTLERS WAY**
**LARGO, MD 20774-5770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHANTEL SHAW**
**6322 MAGNOLIA TRAILS LANE**
**GIBSONTON, FL 33534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2579 | **Nonpriority creditor's name and mailing address**<br>**CHANTELLE BRADY**<br>**1245 US HIGHWAY 42**<br>**ASHLAND, OH 44805**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.2580 | **Nonpriority creditor's name and mailing address**<br>**CHANTELLE MARTIN**<br>**12249 SW 201 TERR**<br>**MIAMI, FL 33177**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2581 | **Nonpriority creditor's name and mailing address**<br>**CHAO PENG**<br>**2145 MEDFORD ROAD APT 14**<br>**ANN ARBOR, MI 48104**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2582 | **Nonpriority creditor's name and mailing address**<br>**CHAO PENG**<br>**120 NORTH AVE APT B127**<br>**TALLMADGE, OH 44278**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2583 | **Nonpriority creditor's name and mailing address**<br>**CHAO WANG**<br>**2106 STONEHENGE CIR.**<br>**AKRON, OH 44319**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2584 | **Nonpriority creditor's name and mailing address**<br>**CHAO WANG**<br>**1295 VALE DRIVE APT G.**<br>**COPLEY, OH 44321**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.2585 | **Nonpriority creditor's name and mailing address**<br>**CHAO ZHANG**<br>**1290 CULPEPPER DR**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.258 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAO ZHANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAOJIE YANG**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAPIN HUTAMA**
**1706 24TH ST NW, CANTON, OH 44709**
**CANTON, OH 44709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHAPIN HUTAMA**
**257 SPICER STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARDONNAY JACKSON**
**2861 MAYFIELD AVE**
**BALTIMORE, MD 21213-1231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chariane Bangna**
**104 Bryan Ct.**
**Apt. 101**
**Laurel, MD 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charina Austin**
**2401 Eutaw Pl**
**Baltimore, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charishma Nallapati**
**3639 Acorn Dr.**
**Troy, MI 48083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARISMA GIPSON**
**4511 RUSK AVENUE**
**DALLAS, TX 75204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARISMA WILLIAMS**
**20132 TORREY POND PL**
**BALTIMORE, MD 21207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARIZMA ANDERSON**
**1151 SW 110TH LANE**
**DAVIE, FL 33324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARIZMA ANDERSON**
**1217 S DIXIE HWY**
**APT 207**
**POMPANO BEACH, FL 33060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLEA HENLEY**
**2177 MIDDLEHURST DRIVE**
**COLUMBUS, OH 43219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLEIGHA KNOWLES**
**904 W BROWARD BLVD.**
**APT. 304**
**FORT LAUDERDALE, FL 33312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charlene Wilson-Stanley**
**300 N Charles St.**
**Apt. 504**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHARLES ADKINS**
**4504 EAST KELLIS STREET**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHARLES AFRAM**
**4504 EAST KELLIS STREET**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHARLES ALLEN**
**8534 SOUTH DREXEL AVENUE**
**CHICAGO, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Armstrong**
**621 St Dunstans Rd**
**Baltimore, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHARLES BARRAH**
**7920 BELRIDGE RD.**
**NOTTINGHAM, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHARLES BRIMBERRY**
**3751 NEW HOPE ROAD**
**PELHAM, GA 31779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 389 of 3613

| 3.260 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHARLES DENMAN**<br>**6024 GREELEY BOULEVARD**<br>**SPRINGFIELD, VA 22152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHARLES DIAZ**<br>**12243 SW 82 TER**<br>**MIAMI, FL 33183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$119.91** |
|---|---|---|---|
| | **Charles E. Parker**<br>**6275 E Virginia Beach Blvd.**<br>**Norfolk, VA 23502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Charles Edmunds**<br>**4205 Wynfield Dr.**<br>**Owings Mills, MD 21117-6171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHARLES HART**<br>**64 ACORN CIR APT 202**<br>**TOWSON, MD 21286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Charles Hawk**<br>**2105 Orchard Lakes Ct.**<br>**Apt. 11**<br>**Toledo, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHARLES JOHNSON**<br>**433 L.THOMPSON STREET**<br>**CEDAR HILL, TX 75104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHARLES LICHTENWALTER**
**4508 WOOD STREET**
**ERIE, PA 16509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.60** |
|---|---|---|---|

**Charles M. Glanville OD**
**1835 Calvert Dr.**
**Cuyahoga Falls, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Charles Mason**
**1135 Wionna Ave.**
**Cincinnati, OH 45224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Charles Mullins**
**430 Hardmoore Ct**
**Glen Burnie, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHARLES MUSE**
**3604 TELMAR RD**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHARLES PADIAL**
**8800 NW 36TH ST**
**DORAL, FL 33178-3477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Charles Renner, III**
**876 Mayfair Rd.**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.262 1 | **Nonpriority creditor's name and mailing address** |

**CHARLES TURFE**
**224 HIGHLANDS DR**
**CANTON, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.262 2 | **Nonpriority creditor's name and mailing address** |

**Charles Weinberg**
**4 Unison Ct. N**
**Newark, DE 19713-1953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.262 3 | **Nonpriority creditor's name and mailing address** |

**CHARLEY KALE**
**4428 FLEETWOOD**
**SYLVANIA, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.262 4 | **Nonpriority creditor's name and mailing address** |

**CHARLIE PARKER**
**16010 NW 27TH PLACE**
**OPA LOCKA, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.262 5 | **Nonpriority creditor's name and mailing address** |

**Charlisha Dubose**
**4404 Marble Hall Rd.**
**Apt. 300**
**Baltimore, MD 21218-1527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.262 6 | **Nonpriority creditor's name and mailing address** |

**CHARLOTTE ATASIGE**
**2553 ROMIG ROAD**
**AKRON, OH 44325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.262 7 | **Nonpriority creditor's name and mailing address** |

**CHARLOTTE BATES**
**113 E WALNUT ST**
**WADSWORTH, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.262 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLOTTE GROSS**
**1221 OXLEY RD**
**COLUMBUS, OH 43212-3531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLOTTE JAY**
**315 NE 3RD AVE**
**#1105**
**FORT LAUDERDALE, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLOTTE SCHERER**
**3613 MOGADORE ROAD**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLOTTE VINING**
**6172 GREENWYCKE LN**
**MONROE, MI 48161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARLTON BROWN**
**12530 NW 11TH AVE**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charly Cochran**
**PO Box 1810**
**Bronson, FL 32621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHARMEIKA RAHMING**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.263 5 | **Nonpriority creditor's name and mailing address**<br>**CHARONDA MCBRIDE**<br>**4 SOUTH LAKE CT**<br>**REISTERSTOWN, MD 21136**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes |

| | | |
|---|---|---|
| 3.263 6 | **Nonpriority creditor's name and mailing address**<br>**CHARVIS AZILLE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.263 7 | **Nonpriority creditor's name and mailing address**<br>**Chase Axelrod**<br>**593 St. Lawrence Blvd.**<br>**Eastlake, OH 44095**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.263 8 | **Nonpriority creditor's name and mailing address**<br>**CHASE GRAHAM**<br>**1370 RIDGEWOOD DRIVE**<br>**SALEM, OH 44460**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.263 9 | **Nonpriority creditor's name and mailing address**<br>**CHASE MARTINEZ**<br>**15815 ALWOOD STREET**<br>**LA PUENTE, CA 91744**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.264 0 | **Nonpriority creditor's name and mailing address**<br>**CHASE PATTON**<br>**340 TROY RD**<br>**DELAWARE, OH 43015-1010**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.264 1 | **Nonpriority creditor's name and mailing address**<br>**Chase Wade**<br>**56159 Skyline Dr.**<br>**Shadyside, OH 43947**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

---

| 3.264 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHASE WHITE** | ☐ Contingent | |
| **41 WEST MAIN ST.** | ☐ Unliquidated | |
| **P.O BOX 156** | ☐ Disputed | |
| **DALTON, OH 44618** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHASE ZUPANCIC** | ☐ Contingent | |
| **9404 KNOWLTON ROAD** | ☐ Unliquidated | |
| **GARRETTSVILLE, OH 44231** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHASSITY WEBSTER** | ☐ Contingent | |
| **904 WILLIAMSBURG LANE** | ☐ Unliquidated | |
| **KELLER, TX 76248** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHATHURA ABEYWICKRAMA** | ☐ Contingent | |
| **3716 ASHLEY OAKS DR APT D** | ☐ Unliquidated | |
| **LAFAYETTE, IN 47905** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHATHURA ABEYWICKRAMA** | ☐ Contingent | |
| **217 E CRIPE ST APT 5** | ☐ Unliquidated | |
| **SOUTH BEND, IN 46637** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHATHURANGA WITHARAMAGE** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.264 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHAUNCEY MURRAY** | ☐ Contingent | |
| **734 CARDIFF CIRCLE** | ☐ Unliquidated | |
| **EDGEWOOD, MD 21040** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 395 of 3613

---

**3.2649**

**Nonpriority creditor's name and mailing address**
**Chauncey Rogers**
**4943 Bristle Cone Cir**
**Aberdeen, MD 21001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.2650**

**Nonpriority creditor's name and mailing address**
**CHAUNTE MCMILLIAN**
**1421 NW 43RD ST**
**MIAMI, FL 33142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2651**

**Nonpriority creditor's name and mailing address**
**Chavane Minto**
**4451 Belair Rd.**
**Baltimore, MD 21206-6337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2652**

**Nonpriority creditor's name and mailing address**
**CHAYLA CARLYLE**
**3209 15TH ST. W**
**LEHIGH ACRES, FL 33971**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2653**

**Nonpriority creditor's name and mailing address**
**Chayse Smith**
**137 Bell St.**
**Crooksville, OH 43731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2654**

**Nonpriority creditor's name and mailing address**
**CHAZE SANDERS**
**3773 VICKSBURG STREET**
**DETROIT, MI 48206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2655**

**Nonpriority creditor's name and mailing address**
**CHAZZTIN BOWE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265 6**

Nonpriority creditor's name and mailing address

**CHE-KUAN LIN**
**2760 RYEWOOD AVE APT E**
**COPLEY, OH 44321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265 7**

Nonpriority creditor's name and mailing address

**CHE-KUAN LIN**
**22 EAST EXCHANGE STREET, APT:4037A**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265 8**

Nonpriority creditor's name and mailing address

**CHEANTAE NOWLIN**
**1001 SOUTH MARLYN AVE**
**ESSEX, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.265 9**

Nonpriority creditor's name and mailing address

**Cheaz Porter**
**8300 Cedar View Ct.**
**Clinton, MD 20735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 0**

Nonpriority creditor's name and mailing address

**Cheikh McKissic**
**1205 Lakeside Ave.**
**Baltimore, MD 21218-3002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 1**

Nonpriority creditor's name and mailing address

**CHEKIVIA THOMPKINS**
**1131 NW 64 ST**
**MIAMI, FL 33150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266 2**

Nonpriority creditor's name and mailing address

**Chelcey Tusing**
**4190 Pleasant Valley Church Rd.**
**Hopewell, OH 43746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.266 3 | |

**Nonpriority creditor's name and mailing address**
**Chelsea Bradfield**
**420 Sackett St.**
**Maumee, OH 43537**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 4 | |

**Nonpriority creditor's name and mailing address**
**CHELSEA BRAY**
**5600 ALEXIS RD APT 158**
**SYLVANIA, OH 43560**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 5 | |

**Nonpriority creditor's name and mailing address**
**CHELSEA BROWN**
**406D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 6 | |

**Nonpriority creditor's name and mailing address**
**Chelsea Clark**
**2540 Heather Hills Rd.**
**Apt. D**
**Toledo, OH 43614**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 7 | |

**Nonpriority creditor's name and mailing address**
**CHELSEA CLARK**
**7340 NIGHTINGALE DR.**
**APT. 9**
**HOLLAND, OH 43528**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 8 | |

**Nonpriority creditor's name and mailing address**
**CHELSEA DENISTON**
**1626 TWIN OAKS DR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 9 | |

**Nonpriority creditor's name and mailing address**
**CHELSEA DINGUS**
**1839 NAUTILUS DR**
**SARASOTA, FL 34231**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.267 0 | **Nonpriority creditor's name and mailing address**<br>**CHELSEA HIGGINS**<br>**420 SACKETT ST**<br>**MAUMEE, OH 43537**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.267 1 | **Nonpriority creditor's name and mailing address**<br>**CHELSEA MCCARTHY**<br>**109 DUNKIRK ROAD**<br>**BALTIMORE, MD 21212**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.267 2 | **Nonpriority creditor's name and mailing address**<br>**CHELSEA MIRANDA**<br>**1970 SW 68TH WAY**<br>**MIRAMAR, FL 33023**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.267 3 | **Nonpriority creditor's name and mailing address**<br>**CHELSEA PLEZ**<br>**1601 NE 191ST ST APT 218**<br>**MIAMI, FL 33179-4194**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.267 4 | **Nonpriority creditor's name and mailing address**<br>**Chelsea Scott**<br>**1119 Castle Harbour Way**<br>**Unit 1A**<br>**Glen Burnie, MD 21060-0934**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.267 5 | **Nonpriority creditor's name and mailing address**<br>**CHELSEA SMITH**<br>**1255 APPLEGATE STREET**<br>**WATERVILLE, OH 43566**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.267 6 | **Nonpriority creditor's name and mailing address**<br>**CHELSEA TROST**<br>**2013 NW 178TH WAY**<br>**PEMBROKE PINES, FL 33029**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 399 of 3613

| 3.267 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHELSEA VARSACI**
**2985 SE ABA ST.**
**PORT SAINT LUCIE, FL 34952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHELSEY BERKEY**
**5399 JOSEPHINE ST NW**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsey Daugherty**
**1209 Appleby Dr.**
**Silver Spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsey Zoldan**
**6941 Tippecanoe Rd.**
**Canfield, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsie Betters**
**3305 Elbert St.**
**Baltimore, MD 21229-3716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsie Betters**
**3305 Elbert St.**
**Baltimore, MD 21229-3716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHELSIE CAMERON**
**3820 TERKA CIR**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHEN DU**
**2200 HIGH ST.**
**APT.956**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHEN LIU**
**17620 ATLANTIC BLVD**
**APT314**
**SUNNY ISLES BEACH, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHEN WANG**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHEN-JUNG LEE**
**1350 N. HOWARD ST. APT. 507**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHEN-JUNG LEE**
**1296 BUCKINGHAM GATE BLVD.**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHENG  LIU**
**900 WEST MARKET STREET APT 202**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**CHENG CHI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENG LI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENG LIU**
**900 WEST MARKET STREET APT 202**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENG PU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENG ZHANG**
**2833 RED CREST LANE #101**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENG ZHANG**
**437 LOVISA STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENGKAI FAN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHENXI JIN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.269<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**CHENYING ZHAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**CHERLDA GARCONVILLE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

3.269<br>9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**Cherone Simmons**
**254 E 9th St.**
**Apt. #3**
**Boston, MA 02127**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

3.270<br>0

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**CHERYKA SAINTINE**
**11230 SUNVIEW WAY**
**HOLLYWOOD, FL 33026**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

3.270<br>1

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**CHERYL JACKSON**
**3425 SANDY TRAIL LANE**
**PLANO, TX 75023**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

3.270<br>2

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**Chete M. Eze Nliam, MD**
**9500 Euclid Ave.**
**Cleveland, OH 44195**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _6092_

3.270<br>3

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$858.00**

---

**Nonpriority creditor's name and mailing address**
**Chethan Mudiyam**
**2615 W Village Dr.**
**Toledo, OH 43614**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

3.270<br>4

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.270 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Chevalier Chiropractic, Inc.**
**7257 Fulton Rd. NW**
**#73**
**Canton, OH 44718**

Date(s) debt was incurred _
Last 4 digits of account number  **7757**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| 3.270 6 |

**Nonpriority creditor's name and mailing address**
**CHEVANESE HENRY**
**2429 NW 39TH TER**
**APT #101**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.270 7 |

**Nonpriority creditor's name and mailing address**
**CHEVON ORMSBY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.270 8 |

**Nonpriority creditor's name and mailing address**
**CHEY HARRIS**
**10486 SUGARBERRY STREET**
**WALDORF, MD 20603**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.270 9 |

**Nonpriority creditor's name and mailing address**
**CHEYANNA BALL**
**643 HARRISON AVENUE**
**AKRON, OH 44314**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 0 |

**Nonpriority creditor's name and mailing address**
**CHEYANNE BROWN**
**202D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 1 |

**Nonpriority creditor's name and mailing address**
**CHEYANNE PARSONS**
**210 W MAIN ST**
**NORTH BALTIMORE, OH 45872**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEYANNE RANDALL**
**2822 E. 12TH STREET**
**KANSAS CITY, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEYANNE SARTOSKI**
**7730 AKRON AVENUE**
**CANAL FULTON, OH 44614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEYANNE CUNNINGHAM**
**2523 POPES LN**
**BALTIMORE, MD 21219-1321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEYENNE CURTIS**
**2813 WEST LAFAYETTE AVE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cheyenne Davis**
**196 Elm St.**
**Rossford, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cheyenne Story**
**30 Emerald Court**
**Canfield, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHEYENNE STORY**
**1462 PEPPERWOOD DRIVE**
**NILES, OH 44446-3543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.271 9** | |

**Nonpriority creditor's name and mailing address**
**CHEYENNE STORY**
**30 EMERALD COURT**
**CANFIELD, OH 44406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.272 0** | |

**Nonpriority creditor's name and mailing address**
**Cheyenne-Sage Holly**
**4503 N Lockwood Ave.**
**Toledo, OH 43612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.272 1** | |

**Nonpriority creditor's name and mailing address**
**CHEYNE WALKER**
**3909 ROMSEY DRIVE**
**BOWIE, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.272 2** | |

**Nonpriority creditor's name and mailing address**
**CHI MA**
**75 ADOLPH STREET APARTMENT 3**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.272 3** | |

**Nonpriority creditor's name and mailing address**
**CHI ZHAN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.272 4** | |

**Nonpriority creditor's name and mailing address**
**CHI ZHANG**
**673 FRANKLIN ST  #110B**
**#110B**
**WORCESTER, MA 01604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.272 5** | |

**Nonpriority creditor's name and mailing address**
**CHI ZHANG**
**684 MULL AVE**
**APT 2B**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.272 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIA TSAI**
**2686 PINE RUN**
**LIMA, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIBUIKE NOSIRI**
**6 TROUT LILY COURT**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIDIEBERE DIM**
**318 ASHLEE AVE**
**MOUNTAIN HOUSE, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIDINMA OKWUM-EMULO**
**228 LINDEN RIDGE ROAD**
**LAUREL, MD 20724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIDUBEM IGWEAGU**
**315 GRANT STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIEDZA TARUVINGA**
**401 WILDERNESS ROAD**
**MARYSVILLE, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHIKLITH MADHUKAR SIVA SAI GELLI**
**77 FIR HILL STREET**
**APARTMENT: 6B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $989.74 |
|---|---|---|---|

**Children's Choice Pediatrics**
3925 Darrow Rd.
Ste. 105
Stow, OH 44224-2600

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.64 |
|---|---|---|---|

**Children's Hosp Kings**
601 Children's Lane
Norfolk, VA 23507

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.00 |
|---|---|---|---|

**Childrens Anesthesia Associate**
3592 Corporate Dr. #107
Columbus, OH 43231

Date(s) debt was incurred _

Last 4 digits of account number **7538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,032.84 |
|---|---|---|---|

**Childrens Hosp Med Center of Akron**
214 W Bowery St
Akron, OH 44308

Date(s) debt was incurred _

Last 4 digits of account number **7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,378.40 |
|---|---|---|---|

**Childrens Hospital Clinic Phys**
700 Childrens Dr.
Columbus, OH 43205

Date(s) debt was incurred _

Last 4 digits of account number **6335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009.25 |
|---|---|---|---|

**Childrens Hsp Ctr Med**
214 W Bowery St
Akron, OH 44308

Date(s) debt was incurred _

Last 4 digits of account number **7678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHIMDINDU EZE**
427 TRIMBLEFIELDS DR
BALTIMORE, MD 21207

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.274 0 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Chimezie C. Amananbu, MD**
**1655 W Market St.**
**Akron, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number  **3229**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$124.80

---

3.274 1

**Nonpriority creditor's name and mailing address**
**CHIMKAMMA CHUKWUKA-EZE**
**9443 BALLARD GREEN DRIVE**
**OWINGS MILLS, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.274 2

**Nonpriority creditor's name and mailing address**
**Chin-Hsiang Tseng**
**1120 N Westwood Ave.**
**Apt. 2414**
**Toledo, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.274 3

**Nonpriority creditor's name and mailing address**
**CHIN-SHUO KANG**
**1282 BUCKINGHAM GATE BLVD**
**CUYAHOGA, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.274 4

**Nonpriority creditor's name and mailing address**
**CHIN-SHUO KANG**
**1738 NORTHAMPTON RD APT 305**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.274 5

**Nonpriority creditor's name and mailing address**
**CHINATU IBEMERE**
**2660 SW 85TH TERRACE**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.274 6

**Nonpriority creditor's name and mailing address**
**Chinedu Egeolu**
**4003 Larga Vista Ct**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.274 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHINEDU NNAJI**
**5310 LEITH ROAD, APT. D**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chinedu Onochi**
**University of Toledo Academic House**
**1760 W Rocket Dr.**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHINENYE NAWAWULU**
**6835 STURBRIDGE DR APT A**
**BALTIMORE, MD 21234-7443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chinonso Agubosim**
**2803 Algonquin Pkwy**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHINONSO AGUBOSIM**
**2803 ALGONQUIN PARKWAY**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHINONSO OSSAI**
**729 COMPASS ROAD**
**MIDDLE RIVER, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHINWE NWIZU**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.275 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHIRAN JBR** | ☐ Contingent | |
| | **756 ROSELAWN AVENUE** | ☐ Unliquidated | |
| | **AKRON, OH 44306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHIRAN JBR** | ☐ Contingent | |
| | **281 WHEELER STREET** | ☐ Unliquidated | |
| | **AKRON, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHIRANTAN DASGUPTA** | ☐ Contingent | |
| | **401 S MAIN ST, APT 321A** | ☐ Unliquidated | |
| | **AKRON, OH 44311** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,486.22 |
|---|---|---|---|
| | **CHIROCARE OF FLORIDA AV** | ☐ Contingent | |
| | **1301 E Atlantic Blvd.** | ☐ Unliquidated | |
| | **Suite 2** | ☐ Disputed | |
| | **Pompano Beach, FL 33060** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0965 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHISOM ANYANWU** | ☐ Contingent | |
| | **HARPER-TUBMAN** | ☐ Unliquidated | |
| | **1700 E. COLDSPRING LANE** | ☐ Disputed | |
| | **BALTIMORE, MD 21251-0001** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.275 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Chloe Bronstein** | ☐ Contingent | |
| | **5197 Conoe Bend Dr.** | ☐ Unliquidated | |
| | **Lake Worth, FL 33463** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.276 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHLOE BUSH** | ☐ Contingent | |
| | **P.O. BOX 14416** | ☐ Unliquidated | |
| | **POLAND, OH 44514** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.276 1**

**Nonpriority creditor's name and mailing address**

**CHLOE CROYLE**
**3508 MAPLE RIDGE DRIVE**
**HUBBARD, OH 44425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 2**

**Nonpriority creditor's name and mailing address**

**CHLOE KALSBEEK**
**8238 STATE ROUTE 45**
**NORTH BLOOMFIELD, OH 44450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 3**

**Nonpriority creditor's name and mailing address**

**Chloe Leslie**
**1400 Hickoryview Ct**
**Dayton, OH 45458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 4**

**Nonpriority creditor's name and mailing address**

**CHLOE RUNNER**
**4285 COE AVENUE**
**NORTH OLMSTED, OH 44070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 5**

**Nonpriority creditor's name and mailing address**

**CHLOE THOMPSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 6**

**Nonpriority creditor's name and mailing address**

**Chloe-Blair Davis**
**19021 Coltfield Ct.**
**Montgomery Village, MD 20886-3952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 7**

**Nonpriority creditor's name and mailing address**

**CHMCA Physicians Billing**
**One Perkins Square**
**Akron, OH 44308-1063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,547.18**

---

| 3.276 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHNEIDER SAGESSE**
**5713 NW 64TH WAY**
**FORT LAUDERDALE, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHNEIDER SAGESSE**
**1200 SW 50TH AVE**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHOLET BARONE**
**139 HANES ROAD**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHONG ZHONG**
**1282 BUCKINGHAM GATE BLVD,**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chongwen Li**
**4123 N Terrace View St.**
**Apt. 8**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHONGWEN LI**
**2933 DRUMMOND RD**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHOYCE HALL**
**2620 DIVISION AVENUE APT 447**
**CLEVELAND, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHRIS ALDAHONDO MATOS** | ☐ Contingent | |
| **14060 BISCAYNE BLVD. APT 202** | ☐ Unliquidated | |
| **NORTH MIAMI, FL 33181** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHRIS KAUFFMANN** | ☐ Contingent | |
| **491 LOUISE LN** | ☐ Unliquidated | |
| **ARNOLD, MD 21012-1441** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Chris Leidig** | ☐ Contingent | |
| **399 Sullivan Ave.** | ☐ Unliquidated | |
| **Akron, OH 44305** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHRISSHAY LEWIS** | ☐ Contingent | |
| **2111 OLD HOLZWARTH** | ☐ Unliquidated | |
| **SPRING, TX 77388** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHRISTA JOHNSON** | ☐ Contingent | |
| **602C DALEY** | ☐ Unliquidated | |
| **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| **BALTIMORE, MD 21216** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHRISTA MCKOY** | ☐ Contingent | |
| **348 SW TULIP BLVD.** | ☐ Unliquidated | |
| **PORT SAINT LUCIE, FL 34953** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **CHRISTABEL DANBY COBBINA** | ☐ Contingent | |
| **5106 GREENWICH AVE APT B13** | ☐ Unliquidated | |
| **BALTIMORE, MD 21229** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTAL MILLIEN**
**37 TENNESSEE AVE**
**HEMPSTEAD, NY 11550-3417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTAN BAIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTELLE BELLABRE**
**1855 ADAMS STREET**
**APT-6**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTELLE RIVAL**
**92 FAIRVIEW AVENUE**
**BRIDGEPORT, CT 06606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian & Barton, LLP**
**909 East Main St.**
**Suite 1200**
**Richmond, VA 23219-3095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN BENHART**
**203 RIVER BLUFF LANE**
**ROYAL PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN BLANDON CRUZ**
**2220 HIGH ST.**
**APT 702**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN CANALES**
**7105 HANRAHAN COURT**
**ARLINGTON, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN CARVIN**
**4706 PELHAM COURT**
**TEMPLE HILLS, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN COOPER**
**2910 MONTERREY PLAZA, APT 96**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN CRESPO**
**108 SWAN PARKWAY W**
**ROYAL PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN DELGADO-RODRIGUEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN DUCHNAK**
**600 WEST WASHINGTON AVE**
**APT 3Q**
**BALTIMORE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN FERRER**
**13421 SW 2ND STREET**
**MIAMI, FL 33184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTIAN GAGNON**
133 WOODS DR
MADISONVILLE, LA 70447-9484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTIAN GARABEDIAN**
12740 SW 149
MIAMI, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTIAN GARCIA**
2625 DAVID LN
BRENHAM, TX 77833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Garvin**
4706 Pelham Ct
Temple Hills, MD 20748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTIAN GONZALEZ RIVERA**
1250 NE 119TH ST.
MIAMI, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTIAN GONZALEZ RIVERA**
3355 WEST 68TH STREET UNIT 121
HIALEAH, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTIAN GRIFFIN**
4038 HAWTHRON GLEN COURT
FRESNO, TX 77545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN HARMON**
**1716 BUNCH DRIVE**
**FORT WORTH, TX 76112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 4 |
|---|

**Nonpriority creditor's name and mailing address**    **$0.00**

**CHRISTIAN HENRY**
**4121 TIVERTON RD**
**RANDALLSTOWN, MD 21133**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 5 |
|---|

**Nonpriority creditor's name and mailing address**    **$0.00**

**CHRISTIAN JONES**
**1561 NW 15 TERRANCE**
**FORT LAUDERDALE, FL 33311**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 6 |
|---|

**Nonpriority creditor's name and mailing address**    **$0.00**

**CHRISTIAN KNIGHT**
**3930 KARALINE CIRCLE**
**VALDOSTA, GA 31605**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 7 |
|---|

**Nonpriority creditor's name and mailing address**    **$0.00**

**CHRISTIAN LUE YOUNG**
**10601 NW 12TH CT**
**PLANTATION, FL 33322**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 8 |
|---|

**Nonpriority creditor's name and mailing address**    **$0.00**

**CHRISTIAN MANER**
**1214 NEW HOPE ROAD**
**SPRING HILL, FL 34606**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 9 |
|---|

**Nonpriority creditor's name and mailing address**    **$0.00**

**CHRISTIAN MERIDA**
**2498 SW 17 AVE. APT. 4206**
**MIAMI, FL 33145**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.281 0**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN NSHIMYUMUREMYI**
**850 MORRIS RD.**
**KENT, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 1**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN O'NEIL**
**795 TERRAVIEW DRIVE**
**YOUNGSTOWN, OH 44512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 2**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN OWENS**
**252 RAVENSHOLLOW DRIVE**
**CUYAHOGA FALLS, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 3**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN RIVERA-RENOVALES**
**7127 SUMMIT DRIVE**
**WINTER HAVEN, FL 33884**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 4**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN ROBERTS**
**495 SOUTH EDGEHILL AVENUE**
**AUSTINTOWN, OH 44515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 5**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN ROJAS**
**2507 HURON ST**
**BALTIMORE, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 6**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN SCOTT**
**4014 WALRAD ST**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.281 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian Siebenaler**
30209 Morningside Dr.
Perrysburg, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian Simmons**
7628 Seans Ter.
Lanham, MD 20706-1343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN SUAREZ**
6919 W 36TH AVE
APT #104
HIALEAH, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian Thomas**
7405 S Sangamon St.
Chicago, IL 60621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN TRODGON-LIPSCOMB**
4711 IVANHOE AVE
BALTIMORE, MD 21212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN VIK**
5817 WESLEYAN DRIVE
PO BOX B475
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN WILLBERN**
1307 BONNER ST.
HOUSTON, TX 77007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.282 4**

**Nonpriority creditor's name and mailing address**
**Christian Word**
**12920 Old Mudbrook Rd.**
**Milan, OH 44846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 5**

**Nonpriority creditor's name and mailing address**
**CHRISTIAN YOUNG**
**105 RAMSEY CT**
**JOPPA, MD 21085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**
**Christien Cofield**
**9320 Pine View Ln**
**Clinton, MD 20735**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**
**Christien Lee**
**2862 Bellarosa Cir.**
**West Palm Beach, FL 33411-3000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**
**CHRISTIN DAWKINS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**
**CHRISTINA ALLEN**
**616 MARSH ISLE CIRCLE**
**APT 106**
**PORT SAINT LUCIE, FL 34952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 0**

**Nonpriority creditor's name and mailing address**
**CHRISTINA ARROYO**
**1610 SALZEDO STREET APT 4**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.283
1**

**Nonpriority creditor's name and mailing address**

**CHRISTINA BELLEZA**
**6116 LEDGEVIEW DRIVE**
**PENINSULA, OH 44264**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.283
2**

**Nonpriority creditor's name and mailing address**

**CHRISTINA BUNDY**
**176 WALNUT ST APT 10A**
**GENEVA, OH 44041**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.283
3**

**Nonpriority creditor's name and mailing address**

**Christina Callahan**
**3275 Myersville Rd.**
**Apt. C**
**Uniontown, OH 44685**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.283
4**

**Nonpriority creditor's name and mailing address**

**Christina Camick**
**6205 Valley Park Dr.**
**Toledo, OH 43623**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.283
5**

**Nonpriority creditor's name and mailing address**

**CHRISTINA DUBCHUK**
**4430 N HOLLAND SYLVANIA RD**
**APT 2301**
**TOLEDO, OH 43623**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.283
6**

**Nonpriority creditor's name and mailing address**

**CHRISTINA EDWARDS**
**2421 GOODENOUGH AVE.**
**AKRON, OH 44320**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.283
7**

**Nonpriority creditor's name and mailing address**

**CHRISTINA ELLIS**
**5020 DOCKSIDE DR**
**ORLANDO, FL 32822**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2838**

Nonpriority creditor's name and mailing address
**CHRISTINA FUTTY**
**6008 ROUTE 322**
**WINDSOR, OH 44099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2839**

Nonpriority creditor's name and mailing address
**CHRISTINA HAAS**
**2213 SMITH AVE.**
**HALETHORPE, MD 21227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2840**

Nonpriority creditor's name and mailing address
**CHRISTINA KIRCHANTOZOGLOU**
**1700 E COLDSPRING LANE**
**HARPER/TUBMAN ROOM 206**
**BALTIMORE, MD 21251-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2841**

Nonpriority creditor's name and mailing address
**Christina M. Dalzell, APRN CRNA**
**410 W 10th Ave.**
**Columbus, OH 43210**

Date(s) debt was incurred _

Last 4 digits of account number  6148

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.2842**

Nonpriority creditor's name and mailing address
**CHRISTINA MCCROSSIN**
**663 SOUTHAMPTON CT**
**COPLEY, OH 44321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2843**

Nonpriority creditor's name and mailing address
**CHRISTINA MOUNTAIN**
**9244 WINTERFIELD LN**
**COLUMBIA, MD 21045-1828**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2844**

Nonpriority creditor's name and mailing address
**CHRISTINA PARATHIRAS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.284<br>5 | **Nonpriority creditor's name and mailing address**<br>**CHRISTINA RAY**<br>**335 WATER ST**<br>**PEMBERVILLE, OH 43450**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.284<br>6 | **Nonpriority creditor's name and mailing address**<br>**Christina Robinson-Peeples**<br>**1505 Jefferson Rd.**<br>**Fort Washington, MD 20744-2850**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.284<br>7 | **Nonpriority creditor's name and mailing address**<br>**CHRISTINA TANNER**<br>**8606 POLLY HILL CT**<br>**JESSUP, MD 20794**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.284<br>8 | **Nonpriority creditor's name and mailing address**<br>**Christina Villagomez**<br>**1800 Baptist World Center Dr.**<br>**Griggs Hall 308**<br>**Nashville, TN 37207**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.284<br>9 | **Nonpriority creditor's name and mailing address**<br>**Christine Bailey**<br>**PO ACP #09001**<br>**Annapolis, MD 21404**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.285<br>0 | **Nonpriority creditor's name and mailing address**<br>**Christine Brooks**<br>**9610 Small Dr.**<br>**Clinton, MD 20735-3543**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.285<br>1 | **Nonpriority creditor's name and mailing address**<br>**CHRISTINE COX**<br>**205 FARMINGTON RD**<br>**ARCHBOLD, OH 43502**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.285 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTINE CURIAC**
**1301 NE MIAMI GARDENS DR.**
**APT 805W**
**NORTH MIAMI BEACH, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTINE DIAZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTINE DIAZ**
**16861 NW 82 AVE**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.47** |
|---|---|---|---|

**Christine L. Tran**
**19415 Deerfield Ave.**
**Suite 112**
**Leesburg, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHRISTINE LEE**
**801 AMSTERDAM AVENUE**
**APT 5I**
**NEW YORK, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christine Lu**
**7161 Quail Lakes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christine McCrone**
**29510 Broxbourne Rd.**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christine Miles**
13050 SW 260 St.
Homestead, FL 33032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOFER MEDINA**
3500 SW 112TH AVE FL 33165
MIAMI, FL 33165-3460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOL WHITE**
4343 PONDS ST NE
WASHINGTON, DC 20019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER ALAS**
3213 S. SEMORAN BLVD., #302
ORLANDO, FL 32822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER ALMAROOF**
8561 GREENBELT RD.
APT. 202
GREENBELT, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Arnst**
2100 Orchard Lakes Pl
Apt. 21
Toledo, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER ASTOSKE**
3055 SE FARLEY ROAD
PORT SAINT LUCIE, FL 34952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.286 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**CHRISTOPHER AUSTIN**
**1305 NW 71ST TERRACE**
**MIAMI, FL 33147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.286 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**CHRISTOPHER AUSTIN**
**P.O. BOX 3026**
**LAKELAND, FL 33802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.286 8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**CHRISTOPHER AVILA**
**8731 HOMER STREET**
**DETROIT, MI 48209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.286 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**CHRISTOPHER BECK**
**1900 MONKTON RD**
**MONKTON, MD 21111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.287 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**CHRISTOPHER BIDDY**
**921 MIRAMAR PLACE**
**CORPUS CHRISTI, TX 78411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.287 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Christopher Brady**
**3054 Harriett Rd.**
**Stow, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.287 2 | **Nonpriority creditor's name and mailing address** | $2,855.00 |

**CHRISTOPHER BROOKS MD PA**
**3800 Johnson St.**
**Suite G**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  9633

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.287 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Brown**
**3742 Elmley Ave.**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER CHESTER**
**636 VAN ERT AVE**
**N. LAS VEGAS, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER CLARA**
**8977 NW 111ST TER**
**HIALEAH, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER CLARK**
**960 CROSSWIND PL**
**COCKEYSVILLE, MD 21030-4666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER COLLIER**
**3831 NW 7TH ST**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER COTTO**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER DARRINGTON**
**2320 NEBRASKA AVE**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Christopher Deacon** **10324 Claystone Ct.** **Whitehouse, OH 43571** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Christopher Dennis** **PO Box 622** **Riverside, CA 92502** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHRISTOPHER DRENNAN** **5981 SORREL AVE** **SAN JOSE, CA 95123-4248** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHRISTOPHER DYER** **P.O. BOX 67** **HIRAM, OH 44234** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$127.00** |
|---|---|---|---|
| | **Christopher G. Sanford, MD** **1125 Hospital Dr.** **Toledo, OH 43614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  1142 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHRISTOPHER GOINS** **1712 SECOR RD APT D** **TOLEDO, OH 43607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CHRISTOPHER HALE** **1720 RANDOLPH PLACE APT 2** **MEMPHIS, TN 38120** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER HALL**
**2203 LUAU STREET**
**MESQUITE, TX 75150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER HAMPTON**
**1210 N UNION ST**
**FOSTORIA, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER HILLIER**
**319 SCOTT AVENUE**
**NILES, OH 44446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER KEEL**
**3021 NW 161 TERRACE**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER KEITH**
**2095 WEST STERLING ROAD**
**BURBANK, OH 44214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER KLAWITTER**
**2197 SOUTH ROAD**
**CINCINNATI, OH 45233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTOPHER KORKOR**
**447 E VORIS ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 430 of 3613

| 3.289<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER LIEBOLD**
**300 W ADAMS ST**
**GREEN SPRINGS, OH 44836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Lumley**
**3409 Merle Dr.**
**Windsor Mill, MD 21244-3666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Miller**
**3107 Gibbons Ave.**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER MILLER**
**6908 SNOWY OWL**
**ARLINGTON, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Mitchell**
**1314 Empire Ave.**
**Memphis, TN 38107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Mugnaini**
**350 Rankin St.**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER MUGNAINI**
**89900 NEW RUMLEY RD.**
**JEWETT, OH 43986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Parker**
**1097 Wildwood Dr.**
**Wooster, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER PETRI**
**30 FULTON ST**
**NILES, OH 44446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Porter**
**6530 Old Landover Rd**
**Hyattsville, MD 20785-1448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Roach**
**11730 Strasburg Rd.**
**Erie, MI 48133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER RODRIGUEZ**
**3825 CALLE TIBURON**
**SAN CLEMENTE, CA 92672-4537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Rowe**
**4455 Sulgrave Dr.**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Ryan**
**30 Silver Pond Dr.**
**Apple Creek, OH 44606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Sackett**
**1745 Millbrook Lane**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER SCHMIDT**
**3601 SUDER AVE**
**TOLEDO, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER SCOTT**
**7003 DOGWOOD RD**
**BALTIMORE, MD 21244-2607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER SMITH**
**502B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER TAYLOR**
**804 CHAUNCEY AVE.**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Thompson**
**12490 Lena Pl**
**Waldorf, MD 20602-3015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHRISTOPHER THOMPSON**
**404 SHADE TREE PL APT G**
**CATONSVILLE, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER THOMPSON**
**4605 EMBASSY CIR APT 304**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Tirado**
**3831 W State Rd. 84**
**Apt. 103**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER TORRES**
**3609 43RD AVE**
**BRENTWOOD, MD 20722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER TOTH**
**4053 TREBOR COURT**
**JARRETTSVILLE, MD 21084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER VALDES**
**17662 NW 87 PLACE**
**MIAMI, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Varghese**
**3059 Tortola Way**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER VINCI**
**3422 COLTON ROAD**
**SHAKER HEIGHTS, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.292 2**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WALKER**
**5720 GEDDES AVE**
**FORT WORTH, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.292 3**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WALKER**
**4611 ALAMOSA STREET**
**FORT WORTH, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 4**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WATTS**
**2500 WINCHESTER ST APT D**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 5**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WILKINS**
**959 WYE DR**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 6**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WILLIAMS**
**9661 LYNCHBURG PL**
**WALDORF, MD 20603-3876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 7**

**Nonpriority creditor's name and mailing address**

**Christopher Wojciechowski**
**546 Dewitt St.**
**Holland, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 8**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WONG**
**4800 NE 122ND DR.**
**OKEECHOBEE, FL 34972**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.292 9** | | |

**Nonpriority creditor's name and mailing address**
**CHRISTOPHER ZAGALES-CEBALLOS**
**14244 SW 117TH TERRACE**
**MIAMI, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| **3.293 0** |

**Nonpriority creditor's name and mailing address**
**CHRISTOS CHRYSANTHAKIS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.293 1** |

**Nonpriority creditor's name and mailing address**
**Christy Conley**
**2153 Wilroy Rd.**
**Apt. B**
**Suffolk, VA 23434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.293 2** |

**Nonpriority creditor's name and mailing address**
**Christy Hayes**
**318 Southwind Dr.**
**Apt. 22**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.293 3** |

**Nonpriority creditor's name and mailing address**
**CHRYSTINA SMITH**
**3304 ONYX RD**
**HOLLYWOOD, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.293 4** |

**Nonpriority creditor's name and mailing address**
**CHUAN ZENG**
**2200 HIGH ST APT 467**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.293 5** |

**Nonpriority creditor's name and mailing address**
**CHUANSHI HUANG**
**604 E BUCHTEL AVE**
**APT 2**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.293 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHUANSHI HUANG**
**646 E BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHUCHU CLARK**
**2296 LOWELL RIDGE RD**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHUKWUDUBEM ORANUBA**
**24 LILY POND COURT**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chukwuma Njoku**
**7 Cedar House Ct**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHUNG-FU CHENG**
**2200 HIGH ST APT 670**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHUQING YUAN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHYENNE WILLIAMS**
**9 LAS VILLAS CT**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chyna Green**
9709 Foxcroft Ave.
Clinton, MD 20735-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chyna Hicks**
1030 Black Heath Rd.
Midlothian, VA 23113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chyna Miller**
392 Stat St.
Apt. 34
Rochester, NY 14608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHYNA STROUD**
760 OAK KNOLL AVE SE
WARREN, OH 44484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CIANNA BRIGHT**
6134 ALBERT AVENUE
NORTH RIDGEVILLE, OH 44039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ciara Burgess**
14201 Pleasant Creek Pl.
Colonial Heights, VA 23834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ciara Crosby**
1239 Township Rd. 1253
Ashland, OH 44805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.295 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**CIARA DURGESS**
**14201 PLEASANT CREEK PLAC**
**SOUTH CHESTERFIELD, VA 23834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**CIARA EVANS**
**5200 S BLACKSTONE AVE APT 201**
**CHICAGO, IL 60615-6010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ciara Jones**
**11 Fourth St**
**Bergenfield, NJ 07621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**CIARA LOVE**
**2784 CREST ROAD**
**COLERAIN TOWNSHIP, OH 45251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**CIARA LOVE**
**6552 LAKOTA POINTE LANE**
**LIBERTY TOWNSHIP, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ciara Metzoian**
**2825 Toben Rd.**
**Carleton, MI 48117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ciara Ralston**
**2150 Milestone Dr.**
**Apt. 409**
**Findlay, OH 45840-7354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.295 7**

Nonpriority creditor's name and mailing address
**Ciera Johnson**
**826 Gribbin Ln**
**Toledo, OH 43612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295 8**

Nonpriority creditor's name and mailing address
**CIERRA CLARK**
**2500 WOODWAY AVE**
**DAYTON, OH 45406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295 9**

Nonpriority creditor's name and mailing address
**Cierra Frye**
**37001 Morrow Rd.**
**Scio, OH 43988**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.296 0**

Nonpriority creditor's name and mailing address
**CIERRA JONES**
**832 CHERRY POINT WAY**
**JACKSONVILLE, FL 32218**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.296 1**

Nonpriority creditor's name and mailing address
**CIERRA QUEEN**
**15622 N PLATTE DR**
**BOWIE, MD 20716-1361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.296 2**

Nonpriority creditor's name and mailing address
**CIERRA TERRIZZI**
**645C TROLLEY DR**
**DALLASTOWN, PA 17313**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.296 3**

Nonpriority creditor's name and mailing address
**Cigna Global Health Benefits**
**Connecticut General Life Insurance**
**13680 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number **A001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.296 4 | **Nonpriority creditor's name and mailing address** <br> **CINCERE PASCHALL WEBB** <br> **5331 NE CHURCH ST** <br> **PORTLAND, OR 97218-2475** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 5 | **Nonpriority creditor's name and mailing address** <br> **CINDY FLORES** <br> **1531 SHEFFIELD BLVD** <br> **HOUSTON, TX 77015** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 6 | **Nonpriority creditor's name and mailing address** <br> **CINDY MARIKA, DO, PA** <br> **3640, 1604 Town Center Cir.** <br> **Suite A** <br> **WESTON, FL 33326** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $476.14 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **3286** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 7 | **Nonpriority creditor's name and mailing address** <br> **Cinea Deas** <br> **7705 Bluegrass Rd.** <br> **Rosedale, MD 21237** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 8 | **Nonpriority creditor's name and mailing address** <br> **CIOCCA DERMATOLOGY, PA** <br> **7001 SW 97th Ave.** <br> **#101** <br> **MIAMI, FL 33173** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $1,181.45 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **1386** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 9 | **Nonpriority creditor's name and mailing address** <br> **CISLYN YOUNG** <br> **1091 N W 7TH COURT** <br> **#206** <br> **MIAMI, FL 33136** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 0 | **Nonpriority creditor's name and mailing address** <br> **CITY HOSPITAL WHITE ROCK** <br> **PO BOX 207407** <br> **DALLAS, TX 75218** | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $1,309.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **2023** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Akron, Ohio**
**Ohio Income Tax Division**
**1 Cascade Plaza**
**11th Floor**
**Akron, OH 44308-1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Ashland, Ohio**
**Income Tax Division**
**218 Luther St.**
**Ashland, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.51 |
|---|---|---|---|

**City of Bowling Green EMS**
**552 East Court St.**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.41 |
|---|---|---|---|

**City of Perrysburg**
**201 W. Indiana Ave.**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Toledo, Ohio**
**Dvision of Taxations**
**One Government Center #2070**
**Toledo, OH 43604-2280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CIZA SADOKE**
**1361 EAST 114TH STREET**
**CLEVELAND, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.37 |
|---|---|---|---|

**Claims Delegate Services**
**35 Technology Parkway South**
**Suite 100**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLAIRE ESPOSITO**
**733 BRYN MAWR AVENUE**
**WICKLIFFE, OH 44092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claire Lucas**
**818 W Liberty St.**
**Apt. 3**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Claire Meikle**
**3935 Hillandale Rd.**
**Upper**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLAIRE MORGAN**
**1217 THORNAPPLE ST**
**TEMPERANCE, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLAIRE STEIGERWALD**
**7132 ASHCROFT DR**
**BLACKLICK, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLARE TOOLE**
**2125 MCKINLEY AVE**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLARE WORKMAN**
**8084 GARFIELD DRIVE**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clarence Fielder**
**118 Clarence Ave.**
**Severna Park, MD 21146-1604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clarence Henson**
**4403 Moravia Rd**
**Apt. 9**
**Baltimore, MD 21206-6554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CLARENCE JAMES**
**215 ALLISON LANE**
**LITTLE ROCK, AR 72086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CLARENCE MATTHEWS**
**3535 SHANNON DRIVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CLARENCE SANDERS**
**1815 NORTH 7TH**
**TEMPLE, TX 76501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clarence Welch**
**826 Allendale St.**
**Baltimore, MD 21229-2010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clarissa Barker**
**2511 N Main Ave.**
**Sidney, OH 45365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clarissa Rotundo**
**185 SE 14th Terrace**
**Apt. 603**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CLARISSA SCOTT**
**404D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Clarke Jones**
**15 Spirit Ln**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Claude Clarke**
**1906 Bloom Lane**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CLAUDIA BARCENAS**
**8095NW 8ST APT107**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Claudia Diaz**
**228 SW 22nd St.**
**Fort Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Claudia Etgen**
**202 W. Market St.**
**PO Box 181**
**Mendon, OH 45862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih     Doc 1     FILED 01/22/19     ENTERED 01/22/19 14:55:58     Page 445 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.299 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CLAUDIA GONZALEZ**<br>**1101 EAST 8 AVENUE**<br>**HIALEAH, FL 33010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CLAUDIA GORBEA**<br>**8840 NW 111TH AVE**<br>**APT 1903**<br>**DORAL, FL 33178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Claudia Polzer**<br>**1310 SW 2nd Court**<br>**#203**<br>**Fort Lauderdale, FL 33312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CLAUDIA ROSAS GARCIA**<br>**EXCHANGE STREET RESIDENCE HALL**<br>**4 GRANT HALL**<br>**AKRON, OH 44325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CLAUDINE BASTIEN**<br>**7640 NW 6TH CT**<br>**PEMBROKE PINES, FL 33024-7029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CLAUDIO EVEILLARD**<br>**101 EDMUND RD**<br>**WEST PARK, FL 33023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Claudiu Handaric**<br>**2112 N 32nd Ct.**<br>**Hollywood, FL 33021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLAURISSA DESILMA**
611 NW 184TH TER
MIAMI, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**CLAY EYE PHYSICIANS AND SURGEO**
2023 PROFESSIONAL CTR DR
ORANGE PARK, FL 32073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0409**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLAYRAN DELANEY**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayton Colston**
113 Solar Rd.
Blountsville, AL 35031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayton Davies**
7490 Roni St. SW
Massillon, OH 44646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayton Hilderbrand**
760 Meadowview Dr.
Findlay, OH 45840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayton Seymour**
7815 S Bloomfield-Royalton Rd.
Ashville, OH 43103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **CLEIA CAREY** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.301 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.00 |
| --- | --- | --- | --- |
| | **Cleopatra Gordon-Pusey** **222 S. Flamingo Rd.** **Hollywood, FL 33027** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.00 |
| --- | --- | --- | --- |
| | **Cleveland Clinic Florida** **PO Box 538009** **Atlanta, GA 30353-8009** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,351.30 |
| --- | --- | --- | --- |
| | **Cleveland Clinic Florida** **2950 Cleveland Clinic Blvd.** **Fort Lauderdale, FL 33331** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,186.82 |
| --- | --- | --- | --- |
| | **Cleveland Clinic Foundation** **9500 Euclid Ave.** **Cleveland, OH 44195** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2706** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,621.85 |
| --- | --- | --- | --- |
| | **Cleveland Clinic Hospital** **9500 Euclid Ave.** **Cleveland, OH 44101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **CLEVELAND HARPER** **1307 W ARCH ST** **TAMPA, FL 33607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.302 0 | **Nonpriority creditor's name and mailing address**<br>**CLIFFORD JOHNSON**<br>**80 E. EXCHANGE ST APT 248-B**<br>**AKRON, OH 44308** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 1 | **Nonpriority creditor's name and mailing address**<br>**Clifford Spicer**<br>**6738 Ransone Dr.**<br>**Gwynn Oak, MD 21207** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 2 | **Nonpriority creditor's name and mailing address**<br>**CLIFTON KOONCE**<br>**10203 LILY GREEN CT**<br>**UPPER MARLBORO, MD 20772-6665** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 3 | **Nonpriority creditor's name and mailing address**<br>**Clinic Medical Services Compan**<br>**1450 Belle Ave.**<br>**Lakewood, OH 44107** | **$1,599.48** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6143

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 4 | **Nonpriority creditor's name and mailing address**<br>**Clinical Pathology Associates**<br>**3445 Executive Center Dr.**<br>**Suite 250**<br>**Austin, TX 78731** | **$12.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 5 | **Nonpriority creditor's name and mailing address**<br>**Clinical Pathology Labs, Inc.**<br>**33 North Ave. #101**<br>**Tallmadge, OH 44278** | **$88.25** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1391

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 6 | **Nonpriority creditor's name and mailing address**<br>**CLINTAVIA MOBLEY**<br>**20431 NW 17TH AVE. APT. 201 BLDG 12**<br>**MIAMI GARDENS, FL 33056** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.302 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Clinton Brown**
**1022 Woodson Rd.**
**Apt. E**
**Baltimore, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.302 8

**Nonpriority creditor's name and mailing address**

**CLINTON GBADAMOSI**
**4630 SHERWOOD MILL RD**
**OWINGSMILL, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.302 9

**Nonpriority creditor's name and mailing address**

**Clinton Wagner**
**2025 W Baltimore St.**
**Apt. B**
**Baltimore, MD 21223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.303 0

**Nonpriority creditor's name and mailing address**

**CLITIAUNA DYKES**
**4940 NW 18 STREET**
**CITY OF SUNRISE, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.303 1

**Nonpriority creditor's name and mailing address**

**CLOVER KAPLE**
**933 KENNER DRIVE**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.303 2

**Nonpriority creditor's name and mailing address**

**Cmeron Brandon**
**6614 Richmond Rd.**
**Bedford, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.303 3

**Nonpriority creditor's name and mailing address**

**CMI North**
**1860 NE Miami Gardens Dr.**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,177.31**

---

| 3.303 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**CMS Diagnostic Services**
**Bldg 4**
**9200 SW 72nd St.**
**Saint Petersburg, FL 33713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.84** |
|---|---|---|---|

**CNS Center for Neuro and Spine**
**762 S. Cleveland-Massillon Rd.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.86** |
|---|---|---|---|

**Coastal CareMM Diagnostic**
**1095 NW Saint Lucie West Blvd.**
**Port Saint Lucie, FL 34986-1719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$749.49** |
|---|---|---|---|

**Coastal Pathology, Inc.**
**1128 Lango Ave.**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.39** |
|---|---|---|---|

**Coconut Creek Emerg Phys LLC**
**2801 N. State Road 7**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cocou Maurel Ma Hessou**
**2346 Ward St.**
**Toledo, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CODIE LYND**
**644 SPRINGDALE DR**
**BELLEVILLE, IL 62223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.304 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CODY CHARLES**
**217 BON JOVI BLVD**
**GRAY, LA 70359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CODY GREENWALT**
**526 COLONY ROAD**
**CANAL FULTON, OH 44614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CODY NAWROT**
**18735 W. PEOTONE RD.**
**WILMINGTON, IL 60481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Paterniti**
**7952 Still Water Ct**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CODY STINE**
**138 GLENWOOD DR**
**SHELBY, OH 44875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,694.00 |
|---|---|---|---|

**COHEN CHIROPRACTIC AND WELLNES**
**2631 E OAKLAND PARK BLVD**
**#104**
**FORT LAUDERDALE, FL 33306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Colby Crawford**
**4655 Pebbleshire Ct**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLBY WATSON**
**424 MCADAMS ROAD**
**CABLE, OH 43009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole Brady**
**4778 Burkettsville St.**
**Coldwater, OH 45828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLE CARTER**
**2712 11TH AVENUE SE**
**RUSKIN, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLE FILER**
**9 HILLTOP ACRES ROAD**
**WASHINGTON, PA 15301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole Frisch**
**6044 Edgedale Cir.**
**Toledo, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLE GERULA**
**203D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole Hlte**
**9 Deep Powder Ct**
**Woodstock, MD 21163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**COLE LIGHTCAP**
**67355 ROSE DR**
**WASHINGTON TOWN, MI 48095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**COLE SHOULTS**
**14387 SALEM DR E**
**CARMEL, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Cole Tameris**
**11365 Pomo Court**
**Cincinnati, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**COLE WIGAL**
**35 OXBOW RD**
**BELPRE, OH 45714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Coleman Rogers**
**875 Princeton Ave.**
**Amherst, OH 44001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**COLEYONE BROWN**
**4194 WYNCOTE**
**SOUTH EUCLID, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**COLEYONE BROWN**
**6505 MARSOL RD**
**UNIT 3428**
**MAYFIELD HEIGHTS, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.306 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Chalfant**
233 Buttonwood Ct.
Columbus, OH 43230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Elkin**
2724 Latonia Blvd.
Toledo, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLIN GREENE**
3971 S HILLCREST DR
DENVER, CO 80237-1109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Kaucher**
5854 Swan Creek Dr.
Toledo, OH 43614-1019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLIN MCNAMARA**
4860 WEST 220TH STREET
FAIRVIEW PARK, OH 44126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLIN WRIGHT**
234 COLUMBIA AVE
CLIFFSIDE PARK, NJ 07010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLLEEN REVELS**
3181 SAXE ROAD
MOGADORE, OH 44260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3069 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colleen Sagers**
8217 Schrider St. #3
Silver Spring, MD 20910

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3070 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colleen Smith**
PO Box 98
Hartville, OH 44632

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLLEEN THOMSON**
131 6TH AVENUE
CORRY, PA 16407

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collin Alberts**
3635 Quinton Ave.
Toledo, OH 43623

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3073 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLLIN CROLEY**
229 NORTHPARK DR
WADSWORTH, OH 44281-1313

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3074 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collins Onyia**
7960 N Shoreline Dr.
Holland, OH 43528

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3075 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLLINS UKONU**
7507 TOMAHAWK CT APT F
BOWIE, MD 20721

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLTEN HORGER**
**2351 VALLEY RD**
**WILLITS, CA 95490-9765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLTON DEFOREST**
**730 WOODGATE BLVD**
**APT 201**
**RAVENNA, OH 44266-2570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLTON DEFOREST**
**3455 DAISY COURT**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLTON HALPERT**
**1221 OCEAN AVE APT 1008**
**APT 1008**
**SANTA MONICA, CA 90401-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLTON KINDERKNECHT**
**5184 SOUTH JEBEL STREET**
**CENTENNIAL, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.18 |
|---|---|---|---|

**Columbia Primary Care, LLC**
**4700 N. Congress Ave.**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.94 |
|---|---|---|---|

**Columbus Radiology Corporation**
**111 S. Grant Ave.**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Commerce Benefits Group, Inc.**
33479 Lake Rd.
Avon Lake, OH 44012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.55 |
|---|---|---|---|

**Community Care**
7630 - 1st Pl
Bedford, OH 44146

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.06 |
|---|---|---|---|

**Community Care Physicians PC**
711 Troy-Schenectady Rd.
Capital Region Health Park
Suite 102
Latham, NY 12110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.98 |
|---|---|---|---|

**Community Health Care, Inc.**
1700 Boettler Rd. #100
Uniontown, OH 44685

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,660.30 |
|---|---|---|---|

**Compass Health Systems PA**
1065 NE 125th St. #206
Miami, FL 33161

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Comprehensive Medical Management**
300 Dave Cowens Dr.
Ste. 600
Newport, KY 41071

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,435.97 |
|---|---|---|---|

**Comprehensive Pathology Assoc**
8900 Kendall Dr.
Miami, FL 33176

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$750.03** |

**Compression Solutions**
817 E 4th St.
Tulsa, OK 74120

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Comptroller of Maryland**
Revenue Admin. Division
110 Carroll St.
Annapolis, MD 21404-2601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**CONNER VEVERKA**
6227 N RAINSVILLE RD
WILLIAMSPORT, IN 47993

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**CONNOR CHRISTIE**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Connor Cooley**
3860 Old Spring Field Rd.
London, OH 43140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**CONNOR MCCUE**
434 W DOWNER PL
AURORA, IL 60506

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$296.83** |

**Consolidated Dermpath, Inc.**
7730 First Place, Suite A
Bedford, OH 44146

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | **Nonpriority creditor's name and mailing address**<br>**CONSUELO POLK**<br>**1626 CHAPMAN ST**<br>**CEDAR HILL, TX 75104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.309 8 | **Nonpriority creditor's name and mailing address**<br>**Consultants in Womens Health**<br>**4499 Medical Dr.**<br>**San Antonio, TX 78229**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.80** |
|---|---|---|---|

| 3.309 9 | **Nonpriority creditor's name and mailing address**<br>**Consumers Life Insurance Co.**<br>**PO Box 951916**<br>**Cleveland, OH 44193**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **6641** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.310 0 | **Nonpriority creditor's name and mailing address**<br>**CONTAYAH SYMONETTE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.310 1 | **Nonpriority creditor's name and mailing address**<br>**Continental Benefits**<br>**422 S. Kings Ave.**<br>**Brandon, FL 33511**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$547,164.55** |
|---|---|---|---|

| 3.310 2 | **Nonpriority creditor's name and mailing address**<br>**Cooper Johnson**<br>**620 Boyce St.**<br>**Urbana, OH 43078**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.310 3 | **Nonpriority creditor's name and mailing address**<br>**Coppin State University**<br>**Controller's Office**<br>**2500 West North Ave.**<br>**Baltimore, MD 21216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$138,323.01** |
|---|---|---|---|

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 460 of 3613

| 3.310 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,489.00** |
|---|---|---|---|

**CORA HEALTH SERVICES INC**
**3707 SHAWNEE RD**
**Lima, OH 45806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2535__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.32** |
|---|---|---|---|

**Coral Reef Medical Group, LLC**
**8356 SW 8th St.**
**Miami, FL 33144**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$965.00** |
|---|---|---|---|

**CORAL RIDGE GASTROENTEROLOGY A**
**P.O. BOX 810037**
**A-10**
**FT LAUDERDALE, FL 33308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8424__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cordell Woodland**
**2733 Tred Avon Ct.**
**Waldorf, MD 20601-7215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Corentin Villot**
**7 Hameau des Catalpas**
**Senlis, VA 60300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**COREY CRADDOCK**
**1801 MCCORD WAY, APT 1044**
**FRISCO, TX 75033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Corey Dennis**
**8503 Glen Michael Ln**
**Apt. T1**
**Randallstown, MD 21133-5221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 461 of 3613

| 3.311 | | |
|---|---|---|
| 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Corey Driver**
**3830 Kilburn Rd**
**Randallstown, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | | |
|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Corey Hodnett, Jr.**
**10685 Ashford Cir**
**Waldorf, MD 20603-3208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | | |
|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Corey Hooker**
**1 Beacon Hill Rd.**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | | |
|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**COREY JACKSON**
**3800 FORDS LN APT 1**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | | |
|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**COREY JOINER**
**1800 NW 186 ST.**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | | |
|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**COREY JONES**
**3620 NW 194 ST**
**MIAMI, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | | |
|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**COREY SIMS**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 8 | **Nonpriority creditor's name and mailing address** <br> **Corey Smith** <br> **11241 Robinwood Ct** <br> **Waldorf, MD 20601** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.311 9 | **Nonpriority creditor's name and mailing address** <br> **COREY TREYES** <br> **203C DEDMOND** <br> **2500 WEST NORTH AVENUE** <br> **BALTIMORE, MD 21216** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.312 0 | **Nonpriority creditor's name and mailing address** <br> **COREY WESLEY** <br> **1281 NW 60TH STREET** <br> **APT. 4** <br> **MIAMI, FL 33142** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.312 1 | **Nonpriority creditor's name and mailing address** <br> **Corey White** <br> **521 Bellfield Dr.** <br> **Apt. F** <br> **Newport News, VA 23608** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.312 2 | **Nonpriority creditor's name and mailing address** <br> **Corey Williams** <br> **5808 Ulster Dr.** <br> **Dublin, OH 43016** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.312 3 | **Nonpriority creditor's name and mailing address** <br> **Cori Ladanyi** <br> **632 Church St.** <br> **Covington, KY 41016** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.312 4 | **Nonpriority creditor's name and mailing address** <br> **CORINTHIA RUSS** <br> **1809 RACQUET COURT** <br> **NORTH LAUDERDALE, FL 33068** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih     Doc 1     FILED 01/22/19     ENTERED 01/22/19 14:55:58     Page 463 of 3613

| 3.312 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__Corinthians Payne__
__903 S Washington Ave__
__Apopka, FL 32703__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__Corion Window__
__3 Peachy Court__
__Stafford, VA 22554__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__Corlissa Jackson__
__5160 Rice Rd.__
__Apt. 257__
__Antioch, TN 37013__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.00 |
|---|---|---|---|

__Cornerstone Medical Services__
__453 S. High St. #201__
__Akron, OH 44311__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__Corporation Service Co.__
__PO Box 13397__
__Philadelphia, PA 19101__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7983__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__Corrigan Krause__
__2055 Crocker Rd.__
__Suite 300__
__Westlake, OH 44145__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__CORRINNA CARABALLO__
__3912 CYPRESS AVENUE__
__CLEVELAND, OH 44109__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 2 | Nonpriority creditor's name and mailing address **CORRY STONE** 17359 HIGHTOWER STREET FORT WORTH, TX 76112 | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**

**3.313 2**

**CORRY STONE**
**17359 HIGHTOWER STREET**
**FORT WORTH, TX 76112**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 3**

**Nonpriority creditor's name and mailing address**
**CORTNEY ALLISON**
**824 CUTHBERT**
**TOLEDO, OH 43607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 4**

**Nonpriority creditor's name and mailing address**
**Corvel Corporation CERiS**
**2010 Main St., Ste. 1020**
**Irvine, CA 92614-7206**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,420.28**

---

**3.313 5**

**Nonpriority creditor's name and mailing address**
**Cory Austin**
**2612 Appling Glen Dr.**
**Memphis, TN 38133**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 6**

**Nonpriority creditor's name and mailing address**
**CORY AUSTIN**
**5817 WESLEYAN DRIVE**
**PO BOX C507**
**VIRGINIA BEACH, VA 23455**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 7**

**Nonpriority creditor's name and mailing address**
**CORY BOUCHEK**
**7880 FAIRMOUNT RD**
**NOVELTY, OH 44072**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 8**

**Nonpriority creditor's name and mailing address**
**Cory Contini**
**146 Waldernmyer Dr.**
**Dover, OH 44622**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 9**

Nonpriority creditor's name and mailing address

**Cory Dashiell**
**718 Northern Lights Dr.**
**Aberdeen, MD 21001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 0**

Nonpriority creditor's name and mailing address

**CORY DEASE**
**2602 CHELSEA TER**
**BALTIMORE, MD 21216-2116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 1**

Nonpriority creditor's name and mailing address

**CORY FISCHER**
**31 CAPRI DRIVE**
**ROCHESTER, NY 14624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 2**

Nonpriority creditor's name and mailing address

**CORY MILD**
**1969 CUSTERORANGEVILLE ROAD**
**MASURY, OH 44438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 3**

Nonpriority creditor's name and mailing address

**Cory Miller, MD**
**20 Progress Point Pkwy**
**Building 1, Suite 206**
**O Fallon, MO 63368**

Date(s) debt was incurred _

Last 4 digits of account number **6927**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.00**

---

**3.314 4**

Nonpriority creditor's name and mailing address

**CORY RICH**
**623 BAKER ST**
**WACHULA, FL 33873**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 5**

Nonpriority creditor's name and mailing address

**CORY ZALLER-EDMONDS**
**644 TOPAZ LANE**
**BRUNSWICK, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 466 of 3613

| 3.314 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.36 |
|---|---|---|---|

**Cosmetic Surgery PA**
**1015 Crosspointe Dr.**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Cosmone Clarke**
**1036 Mineola Dr.**
**Apt. 201**
**Virginia Beach, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**COSMONE CLARKE**
**5817 WESLEYAN DRIVE**
**BOX B156**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**COSTANZA CARLONE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,347.21 |
|---|---|---|---|

**COUNSYL/MYRIAD**
**320 WAKARA WAY**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9169**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Courtenay Brown**
**11617 Lockwood Dr.**
**Apt. 101**
**Silver Spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**COURTNEY  KOSKA**
**477 GRANT ST. APT. 103**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COURTNEY BANAGIS**
**2058 PERTH ST**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.315 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Courtney Campbell**
**354 Heffner St.**
**Toledo, OH 43605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COURTNEY CARTER**
**823 GILLON DRIVE**
**ARLINGTON, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COURTNEY DOUVENIR**
**10012 DOLBY AVE**
**GLENN DALE, MD 20769-9239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COURTNEY FORBES**
**2633 GODDARD RD**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COURTNEY FORBES**
**1416 WHARTON ST.FL2**
**PHILADELPHIA, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Courtney Griggs**
**533 Alter Ave**
**Pikesville, MD 21208-5911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Courtney Gulihur**
9436 - 26th Bay St.
Norfolk, VA 23518-1820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COURTNEY HELSTROM**
5042 SW 163RD CT
MIAMI, FL 33185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COURTNEY HOLT**
7570 MIRAMAR PARKWAY
HOLLYWOOD, FL 33023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Courtney Jones**
6230 Reese Rd.
#212
Fort Lauderdale, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Courtney Koska**
477 Grant St.
Apt. 103
Akron, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COURTNEY KOSKA**
1772 WEST MARKET ST
AKRON, OH 44313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Courtney Marshall**
2433 River Rd.
Maumee, OH 43537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.316<br>7 | **Nonpriority creditor's name and mailing address**<br>**COURTNEY MEHLMAN**<br>**16101 EMERALD ESTATES DR.**<br>**APT. 142**<br>**WESTON, FL 33331** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.316<br>8 | **Nonpriority creditor's name and mailing address**<br>**COURTNEY ROBERTS**<br>**4509 VIRGIL STREET**<br>**FORT WORTH, TX 76119** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.316<br>9 | **Nonpriority creditor's name and mailing address**<br>**COURTNEY ROBINSON**<br>**909 VOLUSIA STREET**<br>**TALLAHASSEE, FL 32304** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.317<br>0 | **Nonpriority creditor's name and mailing address**<br>**Courtney Smith**<br>**6147 Oakley St.**<br>**Philadelphia, PA 19111-6018** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.317<br>1 | **Nonpriority creditor's name and mailing address**<br>**Courtney Snider**<br>**583 Belhaven Falls Dr.**<br>**Ocoee, FL 34761** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.317<br>2 | **Nonpriority creditor's name and mailing address**<br>**Courtney Souvenir**<br>**10012 Dolby Ave.**<br>**Glenn Dale, MD 20769-9239** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.317<br>3 | **Nonpriority creditor's name and mailing address**<br>**Courtney Vaughn**<br>**1622 River Rd.**<br>**Maumee, OH 43537** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 4 | **Nonpriority creditor's name and mailing address**<br>**COURTNEY WENDEL**<br>**921 LLOYD AVENUE**<br>**AURORA, OH 44202**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.317 5 | **Nonpriority creditor's name and mailing address**<br>**COURTNEY WILSON**<br>**907 SCANNELL CT**<br>**JOPPA, MD 21085**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.317 6 | **Nonpriority creditor's name and mailing address**<br>**Courtney Zukowski**<br>**3116 N Calvert St.**<br>**Apt. 2R**<br>**Baltimore, MD 21218**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.317 7 | **Nonpriority creditor's name and mailing address**<br>**COURTNY CONWAYMCGHEE**<br>**APT 104**<br>**3429 CARRIAGE HILL CIR APT 104**<br>**RANDALLSTOWN, MD 21133**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.317 8 | **Nonpriority creditor's name and mailing address**<br>**COWETTE SANDS**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.317 9 | **Nonpriority creditor's name and mailing address**<br>**Craig Brown-Dickens**<br>**2305 Good Hope Ct.SE**<br>**Apt. 103**<br>**Washington, DC 20020-3566**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.318 0 | **Nonpriority creditor's name and mailing address**<br>**Craig Burns**<br>**7744 Woodstone Dr.**<br>**Maumee, OH 43537**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.318<br>1 | **Nonpriority creditor's name and mailing address**<br>**CRAIG CAPWELL**<br>**1404 GREENBRIER DRIVE**<br>**MOUNT VERNON, OH 43050** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318<br>2 | **Nonpriority creditor's name and mailing address**<br>**CRAIG EUBANKS**<br>**473 PIERSON DR**<br>**CLEVELAND, OH 44143** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318<br>3 | **Nonpriority creditor's name and mailing address**<br>**Craig Meredith**<br>**1628 Northwick Rd.**<br>**Baltimore, MD 21218-1622** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318<br>4 | **Nonpriority creditor's name and mailing address**<br>**CRAIG PHILPOT**<br>**513 ADAMS ST APT 906**<br>**TOLEDO, OH 43604** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318<br>5 | **Nonpriority creditor's name and mailing address**<br>**CRAIGRISON FERGUSON**<br>**7085 NOVA DR**<br>**207**<br>**DAVIE, FL 33317** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318<br>6 | **Nonpriority creditor's name and mailing address**<br>**CREANNE BUTLER**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318<br>7 | **Nonpriority creditor's name and mailing address**<br>**Creative, LLC**<br>**1622 Venice Dr. SE**<br>**Atlanta, GA 30317** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CREE MCGEE**
**111 MORNINGSIDE DR**
**CHERRY HILL, NJ 08003-1007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101.20** |
|---|---|---|---|

**Crescent Beach Care, LLC**
**6573 A1A S**
**Saint Augustine, FL 32080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CRHISTIAN BATALLAS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CRISABEL DELGADO**
**7040 OAKBLUF DR**
**DALLAS, TX 75254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CRISTIAN GAMEZ**
**3602 MONTGOMERY DRIVE**
**GRANDBURY, TX 76049**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CRISTIAN REYES**
**7699 W 36TH AVE**
**APT 2**
**HIALEAH, FL 33018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CRISTIAN ROJO**
**513 ROBINHOOD DRIVE**
**IRVING, TX 75061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 5 | **Nonpriority creditor's name and mailing address**<br>**Cristian Yonek**<br>**2643 Pasadena Dr.**<br>**Independence, OH 44131-4138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.319 6 | **Nonpriority creditor's name and mailing address**<br>**Cristina Buckner**<br>**13302 S Riverdale Ave**<br>**Riverdale, IL 60827**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.319 7 | **Nonpriority creditor's name and mailing address**<br>**CRISTY GERDTS**<br>**15223 SW 31ST ST**<br>**MIAMI, FL 33185**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.319 8 | **Nonpriority creditor's name and mailing address**<br>**CRISTY GERDTS**<br>**12533 SW 125 CT.**<br>**MIAMI, FL 33186**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.319 9 | **Nonpriority creditor's name and mailing address**<br>**Criticare Clinics, Inc.**<br>**5975 Sunset Dr. #402**<br>**Miami, FL 33143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,758.72** |
|---|---|---|---|

| 3.320 0 | **Nonpriority creditor's name and mailing address**<br>**Crystal Amoah**<br>**4880 Dane Ridge Cir.**<br>**Woodbridge, VA 22193**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.320 1 | **Nonpriority creditor's name and mailing address**<br>**Crystal Cain**<br>**3600 Deslauriers Ct.**<br>**Temple Hills, MD 20748-3449**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.320 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,118.84** |
| | **Crystal Clinic Orthopaedic** | ☐ Contingent | |
| | **444 N. Main St.** | ☐ Unliquidated | |
| | **Akron, OH 44310** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,197.71** |
| | **Crystal Clinic, Inc.** | ☐ Contingent | |
| | **3925 Embassy Pkwy #100** | ☐ Unliquidated | |
| | **Akron, OH 44333** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CRYSTAL CZECH** | ☐ Contingent | |
| | **3404 DAVIE RD** | ☐ Unliquidated | |
| | **304** | ☐ Disputed | |
| | **DAVIE, FL 33314** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CRYSTAL ELLIS** | ☐ Contingent | |
| | **5917 GLENOAK AVE** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21214-2010** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Crystal Glambin** | ☐ Contingent | |
| | **3028 Powhattan Parkway** | ☐ Unliquidated | |
| | **Lower Unit** | ☐ Disputed | |
| | **Toledo, OH 43606** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CRYSTAL LARKIN** | ☐ Contingent | |
| | **2748 NW 9TH COURT** | ☐ Unliquidated | |
| | **FORT LAUDERDALE, FL 33311** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.320 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **CRYSTAL LEE** | ☐ Contingent | |
| | **1631 LAURENS ST** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21217** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 475 of 3613

| 3.320 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL MCTIER**
23865 SW 117TH CT
HOMESTEAD, FL 33032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL NEALY**
20610 NW 22ND AVE
MIAMI GARDENS, FL 33056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL RUSSELL**
506B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL STOKES**
1530 NW 176 TERRACE
MIAMI GARDENS, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL WARD**
4126 WHITE AVE
BALTIMORE, MD 21206-2514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.24 |
|---|---|---|---|

**CSMC Physicians Billing Service**
PO Box 512717
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,206.80 |
|---|---|---|---|

**CSU Community Health Center**
2601 West North Ave.
Suite 131
Baltimore, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.321 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CUISHAN YUE**
**8 E LAKEVIEW DR. APT 10**
**CINCINNATI, OH 45237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cullen Moore**
**301 W Central Ave.**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CULLEN PLOCEK**
**7650 STONE HILL CT**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cuoree Reiss**
**1242 SE 15 St**
**#34**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curmann Boparai**
**6576 Shipslanding Ave. NW**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curtin Scheiderer**
**13436 State Route 38**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CURTIS CAITHAML**
**418 SANDPIPER AVENUE**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 477 of 3613

| 3.322 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTIS RICHARDSON** | ☐ Contingent | |
| **8160 CHAPEL STONE RD** | ☐ Unliquidated | |
| **BLACKLICK, OH 43004** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTIS SCHEIDERER** | ☐ Contingent | |
| **13436 STATE ROUTE 38** | ☐ Unliquidated | |
| **MARYSVILLE, OH 43040** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTIS SMITH** | ☐ Contingent | |
| **3713 TIMBER WOLF LANE** | ☐ Unliquidated | |
| **NEW ORLEANS, LA 70131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTIS SWEARINGEN** | ☐ Contingent | |
| **36550 STARBOARD DRIVE** | ☐ Unliquidated | |
| **EASTLAKE, OH 44095** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTIS WURSTER** | ☐ Contingent | |
| **22657 SW 104TH AVE** | ☐ Unliquidated | |
| **MIAMI, FL 33190** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTISS BROWN** | ☐ Contingent | |
| **25781 LAKESHORE DRIVE APT 212E** | ☐ Unliquidated | |
| **EUCLID, OH 44132** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **CURTISS JOHNSON** | ☐ Contingent | |
| **15541 GARFIELD AVE** | ☐ Unliquidated | |
| **ALLEN PARK, MI 48101** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|--------|--------------------------------------|--------------------------|
|        | Name |  |

| 3.323 0 | **Nonpriority creditor's name and mailing address**<br>**CURTLYN CHAMBERS**<br>**2025 BENNING RD NE**<br>**WASHINGTON, DC 20002-4725**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.323 1 | **Nonpriority creditor's name and mailing address**<br>**Custom Identification Products, Inc**<br>**3131 S. Council Rd.**<br>**Oklahoma City, OK 73179**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.323 2 | **Nonpriority creditor's name and mailing address**<br>**Cyanne Howard-Tyler**<br>**7801 Roosevelt Blvd**<br>**Apt. 86**<br>**Philadelphia, PA 19152**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.323 3 | **Nonpriority creditor's name and mailing address**<br>**CYDNI YOUNG**<br>**5503 SILVER MAPLE LN.**<br>**FREDERICKSBURG, VA 22407**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.323 4 | **Nonpriority creditor's name and mailing address**<br>**CYLYANA CHAMBERS**<br>**12 ELM STREET**<br>**HAMILTON, NJ 08611**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.323 5 | **Nonpriority creditor's name and mailing address**<br>**CYMIYA MABRY**<br>**]1060 MT. OLIVET ROAD NE**<br>**APT. B44**<br>**WASHINGTON, DC 20002**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.323 6 | **Nonpriority creditor's name and mailing address**<br>**CYNTHIA ARCE**<br>**3835 WEST 44TH STREET**<br>**CLEVELAND, OH 44109**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 479 of 3613

---

**3.323 7**

**Nonpriority creditor's name and mailing address**

**Cynthia Beaird Gaines**
**7375 Hwy 41A**
**Cedar Hill, TN 37032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 8**

**Nonpriority creditor's name and mailing address**

**CYNTHIA BRACKENS**
**1411 BOSHER DRIVE**
**CEDAR HILL, TX 75104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 9**

**Nonpriority creditor's name and mailing address**

**Cynthia Cleveland**
**3911 W State Rd. 84**
**Unit 102**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 0**

**Nonpriority creditor's name and mailing address**

**CYNTHIA DUBOSE**
**1226 SILVERTHORNE RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 1**

**Nonpriority creditor's name and mailing address**

**CYNTHIA HAAS**
**859 BENTLEY PLACE BLVD**
**TALLMADGE, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 2**

**Nonpriority creditor's name and mailing address**

**Cynthia Miller**
**3440 NW 47th Ave.**
**Pompano Beach, FL 33063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 3**

**Nonpriority creditor's name and mailing address**

**CYNTHIA NOSIRI**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.324 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYNTHIA OIWO**
**4 MANGER CT APT 3B**
**ROSEDALE, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYNTHIA ROBERTS**
**5632 WOODMONT AVE APT A**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYNTHIA ROSA**
**17150 NE 17TH AVE**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYNTHIA TORRES**
**3028 NE QUAYSIDE LANE**
**MIAMI, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYNTHIA VENTURA**
**50 OLIVE DRIVE**
**HIALEAH, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYRIL HICKS**
**58 N SAN RAFAEL AVE**
**PASADENA, CA 91105-1248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CYRUS BRACKIN**
**6540 SW 85TH STREET**
**MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.325 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cyrus Haghighian**
**2607 W Village Dr.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D'ANGELA THIMOGENE**
**46 NW 207 STREET**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D'ANGELIQUE COBY**
**8544 WINDSOR DR**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D'ANGELO BOEHNER**
**5280 DUTCHESS LANE**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D'Angelo Johnson**
**1800 Baptist World Ctr Dr.**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D'AVION CAREY**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D'IARA WASHINGTON**
**5617 HEARTWOOD CIRCLE**
**ROCKVILLE, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D'NAJAH SMITH**
**453 ALAMANDA ST**
**DAYTONA BEACH, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D'NIQUE MILLER**
**19335 NW 22ND AVENUE**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D`AVON BYRD**
**5555  WISSAHICKON AVE**
**APT 808**
**PHILADELPHIA, PA 19144-4541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA HUANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'MARLA WILCOX**
**16621 NW 19TH AVE**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'NEICIA SMITH**
**3114 NICHOLAS ROAD**
**DAYTON, OH 45417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'QUAN VENEY**
**2010 WOODLAWN DR APT D**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'QUAN VENEY**
**2010 WOODLAWN DR APT D**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'QUESSIA NEWTON**
**917 EAST 9TH ST**
**STUART, FL 34994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Da'Shawn Larry**
**5706 Rollins Ln**
**Capitol Heights, MD 20743-5551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'SHAWN LARRY**
**5706 ROLLINS LN**
**CAPITOL HEIGHTS, MD 20743-5551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'SHONDA HIELD**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DA'VONTE STRICKLAND**
**5401 PINE CHASE DRIVE**
**APT #4**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAEJOUR ADDERLEY**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAEQUAN BUCHANAN**
**401D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAHINA DESRAVINES**
**765 NE 121ST ST APT 8**
**NORTH MIAMI, FL 33161-6364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAI'ASIA WRIGHT**
**3613 NW 14TH CT**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAIJA WILSON**
**4811 NORWOOD RD**
**BALTIMORE, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAIJAH SEK**
**2 ALEXANDER DRIVE**
**WEST HAVEN, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAIJANAY ROLLE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAIQUON DEXTER**
**2333 NORTHERN LEAF ST.**
**ORLANDO, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.327 9** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAISEAN BOONE** | |
| | **13403 GRAHAM ROAD** | |
| | **EAST CLEVELAND, OH 44112** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.328 0** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAISELYS ARRITOLA** | |
| | **3814 SW 79TH AVE APT 055** | |
| | **MIAMI, FL 33155** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.328 1** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAISHA KING** | |
| | **221 CHERRY HILL RD** | |
| | **BALTIMORE, MD 21225** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.328 2** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAISHA MADDEN** | |
| | **5927 BERTRAM AVE** | |
| | **BALTIMORE, MD 21214-2002** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.328 3** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAISHON MURRELL** | |
| | **1301 E SPRING MEADOW CT** | |
| | **EDGEWOOD, MD 21040** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.328 4** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAISIA BLAKE** | |
| | **3815 HEATH CIR N** | |
| | **WEST PALM BEACH, FL 33417** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.328 5** | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **DAJA LOUISSAINT** | |
| | **13051 NW 1ST ST** | |
| | **APT #303** | |
| | **HOLLYWOOD, FL 33028** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAJANAY ASH**
**1149 PIERMONT ROAD**
**SOUTH EUCLID, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAJAUN GRIFFIN**
**57 OAKLAND ST APT D**
**HEMPSTEAD, NY 11550-6603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAJUA MCDOUGALD**
**2411 EDMONDSON AVE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAJUA MCDOUGALD**
**2411 EDMONDSON AVE**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dakari Dawkins**
**4230 Mary Ridge Dr.**
**Randallstown, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAKERA DAY**
**110 PINECOVE CT**
**ODENTON, MD 21113-2670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAKKIA FEDD**
**3425 ROUND RD**
**BALTIMORE, MD 21225-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.329 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAKOTA DANIEL**
**1630 OAK DRIVE**
**BOAZ, AL 35956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dakota Duffey**
**1469 Township Rd. 523**
**Ashland, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAKOTA DUFFEY**
**1469 TOWNSHIP ROAD 523**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAKOTA FELKINS-BEACH**
**5817 WESLEYAN DRIVE**
**PO BOX A326**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAKWAN MOODY**
**2482 REGAL PL**
**WALDORF, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dale Curbeam Vaughn**
**5606 Belleville Ave**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DALE CURBEAM VAUGHN**
**5606 BELLEVILLE AVE**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 488 of 3613

| 3.330 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DALE-LYN FEATHERSTONE**
**2113 COPLEY RD**
**APT A3**
**AKRON, OH 43231**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DALIEN DZIENNY**
**6270 SWISS GARDEN RD**
**TEMPERANCE, MI 48182**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,871.33 |
|---|---|---|---|

**DALLAS COUNTY HOSPITAL**
**PO BOX 660599**
**DALLAS, TX 75235**

    Date(s) debt was incurred _

    Last 4 digits of account number  __3247__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DALTON CROWLEY**
**6180 ARNIES DRIVE**
**NASHPORT, OH 43830**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DALTON KLUCZYNSKI**
**8265 WATERFORD DR**
**LAMBERTVILLE, MI 48144**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMAR FLETCHER**
**163 GOSHEN RD**
**SCHWENKSVILLE, PA 19473**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMARI CUTLER**
**103 OCEAN RIDGE LN**
**PORT ST. JOE, FL 32456**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMARI SMITH**
**3313 MICHELE LN**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMARI SMITH**
**3313 MICHELE LN**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMIA MCFADDEN**
**6001 LOGAN WAY APT B6**
**BLADENSBURG, MD 20710-1890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMIA PINDER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMIEON SMITH**
**PO BOX 680083**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMILARE ADEBAYO**
**3508 LANGREHR RD APT 2A**
**BALTIMORE, MD 21244-3095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Damilola Komolafe**
**10507 Elders Hollow Dr**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAMILOLA KOMOLAFE**
**10507 ELDERS HOLLOW DRIVE**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAMILOLA KOMOLAFE**
**9416 CANTERBURY RIDING**
**LAUREL, MD 20723-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAMILOLA OLA**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Damion Dobson**
1408 George St.
Plainfield, NJ 07062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAMION DOBSON**
**1408 GEORGE STREET**
**PLAINFIELD, NJ 07062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAMIR ROSE-GINN**
**909 KIAMENSI RD**
**WILMINGTON, DE 19804-3421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAMISHAH CHARLES**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMON CAMPBELL**
**38 MAIN BROOK CT**
**REISTERSTOWN, MD 21136-2204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.332 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMONNAIR CARTER**
**9100 SANDRA CT**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMONNAIR CARTER**
**9100 SANDRA CT**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMSSAUL DUFRENE**
**18416 ARABIAN ACRES RD**
**LEWES, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMUN HARRIS**
**1979 OAK HILL CIRCLE**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAN ANYUMBA**
**3117 NORTHWAY DRIVE**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAN BARAN**
**10214 HALSTEAD ROAD**
**MANTUA, OH 44255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 492 of 3613

| | | |
|---|---|---|
| 3.332<br>8 | **Nonpriority creditor's name and mailing address**<br>**DAN PAOLONI**<br>**850 BRYCE RD**<br>**KENT, OH 44240**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.332<br>9 | **Nonpriority creditor's name and mailing address**<br>**DANA BARAKAT**<br>**33308 GALT OCEAN DR**<br>**1407**<br>**FORT LAUDERDALE, FL 33308**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.333<br>0 | **Nonpriority creditor's name and mailing address**<br>**DANA BROWNE**<br>**806 MIDWOOD STREET, 5F**<br>**BROOKLYN, NY 11203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.333<br>1 | **Nonpriority creditor's name and mailing address**<br>**DANA DONOVAN**<br>**1104 INVERNESS STREET**<br>**PORT CHARLOTTE, FL 33952**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.333<br>2 | **Nonpriority creditor's name and mailing address**<br>**DANA ESPARZA**<br>**11233 NW 55 LN**<br>**DORAL, FL 33178**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.333<br>3 | **Nonpriority creditor's name and mailing address**<br>**DANA GRANT**<br>**1625 NW 123RD STREET**<br>**MIAMI, FL 33167**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.333<br>4 | **Nonpriority creditor's name and mailing address**<br>**DANA OBERY**<br>**18595 PARKLAND DR**<br>**SHAKER HEIGHTS, OH 44122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.333 5 | **Nonpriority creditor's name and mailing address**<br>**Dana Santiago**<br>**1700 E Cold Spring Ln**<br>**Baltimore, MD 21251**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.333 6 | **Nonpriority creditor's name and mailing address**<br>**DANA SANTIAGO**<br>**1700 E COLDSPRING LANE**<br>**BALTIMORE, MD 21251**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.333 7 | **Nonpriority creditor's name and mailing address**<br>**DANA THOMAS**<br>**1407 ASHDDOWN COURT**<br>**SANFORD, FL 32771**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.333 8 | **Nonpriority creditor's name and mailing address**<br>**DANA YEATER**<br>**7171 ORANGEVILLE KINSMAN, ROAD**<br>**KINSMAN, OH 44428**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.333 9 | **Nonpriority creditor's name and mailing address**<br>**DANAJA HARDRICK**<br>**419 WEST 63RD STREET, APT A**<br>**CHICAGO, IL 60621**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.334 0 | **Nonpriority creditor's name and mailing address**<br>**DANAS ANDREWS**<br>**2232 SYLVESTER DRIVE**<br>**MOULTRIE, GA 31768**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.334 1 | **Nonpriority creditor's name and mailing address**<br>**DANEISHA GREEN**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.334 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANESHA MASSEY**
**505C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANETTE TURNER**
**1941 VALLEY TERRACE S.E.**
**WASHINGTON, DC 20032**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANETTE TURNER**
**3600 ELY PL**
**WASHINGTON, DC 20019**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANGELO WHITE**
**5744 SOUTH ADA STREET**
**CHICAGO, IL 60621**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIA ALATTAR**
**99122 MOORS PL N**
**DUBLIN, OH 43017**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIA COVINGTON**
**P.O. BOX 12332**
**TALLAHASSEE, FL 32308**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANICA SOIUS**
**2026 W. HARWOOD AVENUE**
**ORLANDO, FL 32835**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANICA SOIUS**
**7032 BLUE EARTH CT.**
**HIAWASSEE, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danica Wessel**
**522 Sandpiper Ln**
**Apt. 311**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANICA WESSEL**
**522 SANDPIPER LANE APT 311**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ALVARADO**
**4351 HIGHLAND STREET**
**LANCASTER, TX 75134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ALVAREZ**
**603 ROCKY MOUNTAIN DRIVE**
**HOUSTON, TX 77037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ALVEREZ JOHNSON**
**501D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL AMORIM**
**6699 MONTEGO BAY BLVD**
**B**
**BOCA RATON, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.335 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ARRIETA**
**9164 NW 150 TER**
**MIAMI LAKES, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL AYISI**
**3768 HILL AVE APT 134**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL BAYLERAN**
**6570 COMMERCE RD**
**WEST BLOOMFIELD, MI 48324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL BENHURI**
**4430 N HOLLAND SYLVANIA RD**
**APT 4202**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL BIRTFIELD**
**522 TAYLOR ST**
**JACKSON, MS 39216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL BURKE**
**8925 NORTHERN AVE**
**PLYMOUTH, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CARTER**
**1411 HOLBROOK ST**
**BALTIMORE, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 497 of 3613

| 3.336 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CARTER**
**1411 HOLBROOK ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CASTILLO**
**858 NW 4TH ST**
**APT #9**
**MIAMI, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CATILLO**
**858 NW 4TH ST**
**APT #9**
**MIAMI, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Chukwu**
**7607 Riverdale Rd.**
**Apt. 341**
**Hyattsville, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CHUKWU**
**7607 RIVERDALE ROAD APT 341**
**NEW CARROLLTON, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CHUKWU**
**7607 RIVERDALE ROAD APT 341**
**NEW CARROLLTON, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL CHUKWU**
**7607 RIVERDALE ROAD APT 341**
**NEW CARROLLTON, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DANFORD**
**3240 CEDAR HILL RD NW**
**CANAL WINCHESTER, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DANFORD**
**3240 CEDAR HILL RD NW**
**CANAL WINCHESTER, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DE YARZA**
**998 SW 104TH WAY**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DE YARZA**
**998 SW 104TH WAY**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DIAZ VELA**
**1350 N HOWARD ST APT 210**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DIAZ VELA**
**1350 N HOWARD ST APT 210**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL DOUDNIK**
**1250 HAYES STREET**
**HOLLYWOOD, FL 33019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

| 3.337 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DANIEL DRIZAN**
8114 NW 92ND AVE
TAMARAC, FL 33321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.00** |
| --- | --- | --- | --- |

**DANIEL FAMILY CHIROPRACTIC PC**
65 N. Franklin Turnpike
RAMSEY, NJ 07446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **3082**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DANIEL GATES**
13920 METTETAL
DETROIT, MI 48204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DANIEL GIBSON**
4 NEW HALL COURT
APT. C
PARKVILLE, MD 21234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DANIEL GIBSON**
6728 HOOVER RD
INDIANAPOLIS, IN 46260-4121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DANIEL HATFIELD**
2652 102ND ST
TOLEDO, OH 43611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**DANIEL HERNANDEZ**
3436 ALONQUIN WAY
SAN DIEGO, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DANIEL HOFFMAN
7359 DOUGLAS RD
LAMBERTVILLE, MI 48144

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DANIEL HORGENSTERN
722 PINE VALLEY LN APT 103
TOLEDO, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Daniel J. Caruso, MD PA
221 Greenwich Cir. #107
Jupiter, FL 33458

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$470.47**

---

| 3.338 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DANIEL KOSICH
409 POWER ST.
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Daniel Krizan
8114 NW 92nd Ave.
Fort Lauderdale, FL 33321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DANIEL KRIZAN
8114 NW 92ND AVE
TAMARAC, FL 33321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.339 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DANIEL LAWSON
1239 WEST BALTIMORE ST
BALTIMORE, MD 21223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.339 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL LAWSON
1239 WEST BALTIMORE ST
UPPER MARLBORO, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL LEE
2384 BECKY CIRCLE
STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL LEWANDOWSKI
2840 KENDALE DR APT 201
TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL LIBERTO
4827 DAVE RILL RD
HAMPSTEAD, MD 21074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Martinez
5463 NW 189th St.
Opa Locka, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL MARTINEZ
6833 LAKESIDE CIR N #108
DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL MARTINEZ
9731 COAST DEL SOL BLVD.
MIAMI, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 502 of 3613

| 3.339<br>8 | Nonpriority creditor's name and mailing address<br>**DANIEL MARTINEZ**<br>**5463 NW 189TH STREET**<br>**MIAMI GARDENS, FL 33055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.339<br>9 | Nonpriority creditor's name and mailing address<br>**DANIEL MATIC**<br>**5484 KENBRIDGE DR**<br>**HIGHLAND HEIGHTS, OH 44143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.340<br>0 | Nonpriority creditor's name and mailing address<br>**DANIEL MENSAH**<br>**4464 BERTHSTONE DR**<br>**COLUMBUS, OH 43231**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.340<br>1 | Nonpriority creditor's name and mailing address<br>**DANIEL MILLER**<br>**1109 DELVERNE AVE S.W.**<br>**CANTON, OH 44710**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.340<br>2 | Nonpriority creditor's name and mailing address<br>**DANIEL MONDEJAR**<br>**2511 SW 112TH COURT**<br>**MIAMI, FL 33165**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.340<br>3 | Nonpriority creditor's name and mailing address<br>**DANIEL MORGENSTERN**<br>**722 PINE VALLEY LN APT 103**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.340<br>4 | Nonpriority creditor's name and mailing address<br>**DANIEL MORRIS**<br>**1037 HEMLOCK HILLS DRIVE**<br>**APT B**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.340 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DANIEL O'REILLY**
**289 AUDEN AVE**
**COLUMBUS, OH 43215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.340 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DANIEL OBANDO**
**19943 NW 62ND PL**
**HIALEAH, FL 33015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.340 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DANIEL OLIVEIRA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.340 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DANIEL OPORTO**
**9710 NW 7TH CIRCLE**
**APT 1038**
**PLANTATION, FL 33324**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.340 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**DANIEL OROZCO**
**19320 SW 292 ST**
**HOMESTEAD, FL 33030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.341 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel P. Denbow, OD**
**2212 Mifflin Ave. #110**
**Ashland, OH 44805**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3153**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| 3.341 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Daniel Penning**
**1059 Golden Cane Dr.**
**Fort Lauderdale, FL 33327**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.341 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL PENNING**
**1059 GOLDEN CANE DRIVE**
**WESTON, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL RAYON**
**3811 SW 130 AVE.**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL REIDY**
**501 CHARLES STREET**
**P. O. BOX 1951**
**BEAUFORT, SC 29901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ROA**
**4029 RIVE LANE**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ROTH**
**7802 NW 67TH AVE**
**TAMARAC, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.96 |
|---|---|---|---|

**Daniel S. MacCurdy, MD**
**210 Jupiter Lakes Blvd.**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Sheets**
**3354 Minuet Dr.**
**Clinton, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 505 of 3613

| 3.341 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL SHEETS**
**3354 MINUET DR**
**NEW FRANKLIN, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL SLATTERY**
**3853 BAIRD ROAD**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL STRACHAN**
**16712 EDGEWATER DR**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL STUART**
**1178 LILY ST**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL TURCO**
**29289 BELMONT FARM RD**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Ugoamadi**
**55 Aven Way**
**Nottingham, MD 21236-5313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Ugoamadi**
**55 Aven Way**
**Nottingham, MD 21236-5313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.342 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL UGOAMADI**
**55 AVEN WAY**
**NOTTINGHAM, MD 21236-5313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL UKPONG**
**6810 QUEENS FERRY RD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL ZUPAN**
**278 BALDWIN DR**
**BEREA, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELA CESIN**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELA MONJE**
**3644 NW 85TH AVE**
**COOPER CITY, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELA OBANDO**
**3301 COLLEGE AVE**
**FORT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELA PEREZ**
**13113 SW 49 ST**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 507 of 3613

| | | |
|---|---|---|
| 3.343 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DANIELA PINTO E LICIO**<br>**1216 SUNBURY ROAD**<br>**COLUMBUS, OH 43219** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**3.343 3**

**Nonpriority creditor's name and mailing address**

**DANIELA PINTO E LICIO**
**1216 SUNBURY ROAD**
**COLUMBUS, OH 43219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 4**

**Nonpriority creditor's name and mailing address**

**DANIELA URRIECHE ZERPA**
**11605 NW 89TH ST**
**APT 113**
**DORAL, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

**DANIELLA CAPOTE**
**P.O. BOX 403395**
**MIAMI BEACH, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**DANIELLA GAMBOA PABON**
**2247 UNIVERSITY HILLS BLVDAPT E401**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**DANIELLA GREENE**
**1 WARNER ROAD**
**HAMPTON BAYS, NY 11946**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

**DANIELLA JOHNSON**
**91 ANNADALE AVENUE**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**DANIELLA NKRUMAH-BOATENG**
**609 POWERS FERRY RD**
**CARY, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.344 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE APP**
**7090 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE BAILEY**
**1504 E 85TH STREET**
**CHICAGO, IL 60619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE BOOKER**
**1451 BROWNING DR**
**BALTIMORE, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE BOOKER**
**1451 BROWNING DR**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE BURRUS**
**3120 SAINT PAUL STREET**
**APT. 204B**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.52 |
|---|---|---|---|

**DANIELLE CAMPFIELD**
**1125 15TH AVE N. UNIT 3B**
**LAKE WORTH, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE COTTERMAN**
**2840 NORTHWOOD AVE**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE DALGE**
**12850 GREEN AVE.**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE DAVIS**
**5817 WESLEYAN DRIVE**
**PO BOX C4**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE DAVIS**
**2101 TOWNHILL RD APT F**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE DENNIS**
**828 WAYBRIDGE RD**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE DIGGS**
**4010 WEST FRANKLIN ST**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIELLE DOMINGUEZ**
**7601 EAST TREASURE DRIVE**
**UNIT 2320**
**NORTH BAY VILLAGE, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danielle Gaskins**
**2323 Bellview Ave.**
**Hyattsville, MD 20785-3005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 510 of 3613

| 3.345 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE GASKINS**
**2323 BELLEVIEW AVE**
**CHEVERLY, MD 20785-3005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.345 5**

**Nonpriority creditor's name and mailing address**

**DANIELLE GIDDINGS**
**9521 ALEXANDER ROAD**
**GARFIELD HEIGHTS, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.345 6**

**Nonpriority creditor's name and mailing address**

**Danielle Jimenez**
**3825 Huey Court**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.345 7**

**Nonpriority creditor's name and mailing address**

**Danielle Jimenez**
**3825 Huey Court**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.345 8**

**Nonpriority creditor's name and mailing address**

**DANIELLE JIMENEZ**
**5817 WESLEYAN DRIVE**
**PO BOX A159**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.345 9**

**Nonpriority creditor's name and mailing address**

**DANIELLE JIMENEZ**
**3825 HUEY COURT**
**VIRGINIA BEACH, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.346 0**

**Nonpriority creditor's name and mailing address**

**DANIELLE KONTUR**
**9032 STATE ROUTE 305**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.346 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE LASKY**
**1282 EAST GARFIELD ROAD**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE LEE**
**3800 WEAN DRIVE**
**APT 3B**
**BALTIMORE, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Levy**
**10536 NW 10th Ct.**
**Fort Lauderdale, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE LEVY**
**10536 NW 10TH CT**
**PLANTATION, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE LORENTE**
**19701 NW 40 CT.**
**MIAMI, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE LOUIS**
**5118 WEEPING CHERRY DR**
**BROWNS SUMMIT, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE MAKUCEVICH**
**366 VILLAGE POINTE DR UNIT D**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE MILLEN**
**840 NW 86TH AVE**
**APT 432**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.346 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE MURRAY**
**5654 ROCK ISLAND RD**
**APT 215**
**TAMARAC, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.347 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE NEAL**
**2115 NORTHLAND RD**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.347 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE NICHOLSON**
**741 STATE ROUTE 534 SOUTH**
**GENEVA, OH 44041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.347 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE PIERRE**
**1192 NW 40TH AVE**
**APT 318**
**LAUDERHILL, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.347 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE REED**
**1308 MITCHEM DR**
**URBANA, IL 61801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.347 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DANIELLE ROBERTS**
**67-12 YELLOWSTONE BLVD A17**
**FLUSHING, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.347 5 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**DANIELLE SMITH**
**7104 MIDDLEBURG DRIVE**
**PLANO, TX 75075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.347 6

**Nonpriority creditor's name and mailing address**
**DANIELLE SNOWDEN**
**6243 ROBIN HILL RD**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.347 7

**Nonpriority creditor's name and mailing address**
**DANIELLE SNOWDEN**
**6243 ROBIN HILL RD**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.347 8

**Nonpriority creditor's name and mailing address**
**DANIELLE SWINEHART**
**405 KASER DRIVE**
**WADSWORTH, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.347 9

**Nonpriority creditor's name and mailing address**
**DANIELLE TUTTLE**
**8215 WATER STREET**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.348 0

**Nonpriority creditor's name and mailing address**
**DANIELLE VINCENT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.348 1

**Nonpriority creditor's name and mailing address**
**DANIELLE VINCENT**
**4420 ALLIANCE ROAD**
**RAVENNA, OH 44266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.348 2 | **Nonpriority creditor's name and mailing address** |

**DANIELLE WARD**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.348 3 | **Nonpriority creditor's name and mailing address** |

**DANIELLE WILLIAMS**
**14 CASTLE WAY**
**BEAR, DE 19701-3083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.348 4 | **Nonpriority creditor's name and mailing address** |

**DANILLY ZWACHTE**
**16401 NW 37 AVE**
**ROOM 120**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.348 5 | **Nonpriority creditor's name and mailing address** |

**DANNA SAMHAN**
**11982 SW 126 LN**
**MIAMI, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.348 6 | **Nonpriority creditor's name and mailing address** |

**DANNI MCDONALD**
**6347 CHASE DRIVE**
**MENTOR, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.348 7 | **Nonpriority creditor's name and mailing address** |

**DANNIELLE BROWN**
**1080 99 ST**
**APT # 2-22**
**BAY HARBOR ISLAND, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.348 8 | **Nonpriority creditor's name and mailing address** |

**DANNIELLE BROWN**
**1080 99 ST**
**APT # 2-22**
**BAY HARBOR ISLAND, FL 33154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3489**

**Nonpriority creditor's name and mailing address**
**DANNY DADONYE IPUOLAM BROWN**
**6911 WINDSORMILL ROAD,**
**GWYNN OAK, MD 21207**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3490**

**Nonpriority creditor's name and mailing address**
**DANNY ROBINSON**
**4046 RAINBOW CIRCLE**
**LABELLE, FL 33935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3491**

**Nonpriority creditor's name and mailing address**
**DANTAVEN BLACKSHEAR**
**5515 SPRINGFORD CIRCLE**
**FORT WORTH, TX 76244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3492**

**Nonpriority creditor's name and mailing address**
**DANTE DELFINO LAMALETTO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3493**

**Nonpriority creditor's name and mailing address**
**DANTE HAGERMAN**
**1430 WARWICK DR.**
**LANCASTER, TX 75134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3494**

**Nonpriority creditor's name and mailing address**
**Danville Polyclinic, Ltd.**
**707 N. Logan Ave.**
**Danville, IL 61832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$287.61**

---

**3.3495**

**Nonpriority creditor's name and mailing address**
**DANYALIS CRUZ**
**832 GINO LANE**
**CLEVELAND, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.349 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAPHINE METZGER**
**307D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAPHNE SMITH**
**260 DEERFIELD ROAD**
**COLUMBUS, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAQUAN STALEY**
**1509 DECEMBER DR APT 402**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAQUAN STALEY**
**1509 DECEMBER DR APT 402**
**SILVER SPRING, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Daquana Warren
615 S
Chicago, IL 60623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAQUANA WARREN**
**615 S**
**MAYWOOD, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAQUIAN MCCALLA**
**201D DEDMOND**
**2500 WEST NORTH AVENUE**
**LANDOVER, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAQUIAN MCCALLA**
**201D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARA CULLUM**
**8312 GRANVILLE RD**
**SPRINGDALE, MD 20774**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARA CULLUM**
**8312 GRANVILLE RD**
**JESSUP, MD 20794**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARA PERRY-BRUTTON**
**183 CASTERON AVENUE**
**AKRON, OH 44303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARA VERS FORSTER**
**1750 NW 107TH AVE.**
**SWEETWATER, FL 33172**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARA VERS FORSTER**
**VILLANOVA HALL**
**16401 NW 37 AVE**
**MIAMI, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARARA ATOMSA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.351 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARBY VILME**
**5920 NE 4TH CT**
**MIAMI, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARCY RUIZ**
**16123 EMERALD COVE DR**
**WESTON, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARELL NGUELE**
**2622 UNIVERSITY PL NW**
**WASHINGTON, DC 20009-5922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIA ELLIS**
**5817 WESLEYAN DRIVE**
**PO BOX B518**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIA ELLIS**
**1635 DARREN CIRCLE**
**PORTSMOUTH, VA 23701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIA LAZARENKO**
**37 S ROSE BLVD**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIA MITCHELL**
**274 JACARANDA AVE NW**
**PALM BAY, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 7 | **Nonpriority creditor's name and mailing address** **DARIA WRIGHT** **7401 SANDPIPER PLACE** **PHILADELPHIA, PA 19153** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.351 8 | **Nonpriority creditor's name and mailing address** **DARIAN DAILEY** **1435 BUCKINGHAM GATE BLVD, UNIT A,** **CUYAHOGA FALLS, OH 44221** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.351 9 | **Nonpriority creditor's name and mailing address** **Darian Marcus** **11550 Joyceton Dr.** **Baltimore, MD 21239-4074** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 0 | **Nonpriority creditor's name and mailing address** **DARIAN MARCUS** **11550 JOYCETON DRIVE** **UPPER MARLBORO, MD 20774** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 1 | **Nonpriority creditor's name and mailing address** **DARIAN ROSE** **3815 MASON RD** **FORT LORAMIE, OH 45845-9768** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 2 | **Nonpriority creditor's name and mailing address** **DARIEL CANTY** **2305 WEYBORN DR** **ARLINGTON, TX 76018** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 3 | **Nonpriority creditor's name and mailing address** **DARIEN STREET** **23653 SPRING BRANCH TRAILS** **MONTGOMERY, TX 77316** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIN KURLAND**
13481 COUNTY ROAD 13
WAUSEON, OH 43567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIOUS WHITE**
18837 NW 79 CT
HIALEAH, FL 33015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIUS COPELAND**
2946 DUNBAR ST
FORT MYERS, FL 33916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIUS GAINES FOSTER**
5817 WESLEYAN DRIVE
PO BOX A22
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIUS HILL**
101A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIUS JACKSON**
3419 REISTERSTOWN RD
BALTIMORE, MD 21215-7823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARIUS JOHNSON**
4526 NEWMORE AVE
DALLAS, TX 75209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 521 of 3613

| 3.353 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARIUS REVELS**
**815 VINECREST LANE**
**RICHARDSON, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARIUS TOMLINSON**
**2201 E. COLDSPRING LANE**
**APT B**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARIUS WARD**
**5200 NORTH EAST 5TH TERRACE**
**APARTMENT 33**
**POMPANO BEACH, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARIUS YOUNG**
**103 FOXHORN WAY**
**GLEN BURNIE, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARLINE MAXI**
**1397 SUNSET RD**
**WEST PALM BEACH, FL 33406-4717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARNELL CLARK**
**1210 SW 85TH AVE**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DARNELL FELDER**
**708 MONTPELIER STREET**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.353 8 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARON FLORY**
**602 N 32ND AVE**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.353 9 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARRELL BRANDENBURG**
**3367 AIRPORT HWY APT B24**
**TOLEDO, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.354 0 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARRELL FLETCHER**
**1520 NW 4TH AVE**
**APT #17F**
**MIAMI, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.354 1 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARRELL HUNTER**
**3728 WEST 146TH STREET**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.354 2 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARRELL WALTON**
**1329 LEWIS LANE**
**HAVRE DE GRACE, MD 21078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.354 3 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARREN DE FREITAS**
**322 BUCHANAN ST.**
**APT 909**
**HOLLYWOOD, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.354 4 | **Nonpriority creditor's name and mailing address** $0.00 |

**DARREN PARKER**
**2194 WELLINGTON CIR**
**LITHONIA, GA 30058-7945**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354 5**

Nonpriority creditor's name and mailing address

**DARRIAN WALKER**
**250 W SAMPLE RD**
**APT C-223**
**POMPANO BEACH, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 6**

Nonpriority creditor's name and mailing address

**DARRIEN LOWE**
**2990 LOUNETTE**
**MEMPHIS, TN 38114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 7**

Nonpriority creditor's name and mailing address

**DARRIN BROWN**
**1985 NW 70TH LANE**
**MARGATE, FL 33063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 8**

Nonpriority creditor's name and mailing address

**DARRIUS EDWARDS**
**26803 RUE SAINT GABRIEL COURT**
**CLEVELAND, OH 44128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 9**

Nonpriority creditor's name and mailing address

**DARRIUS THOMPSON**
**2028 ROSEBURY LN**
**FORNEY, TX 75126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 0**

Nonpriority creditor's name and mailing address

**DARRYL COLLINS**
**3506 MARYVALE**
**BALTIMORE, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 1**

Nonpriority creditor's name and mailing address

**DARRYL LONG**
**171 BARANOF E**
**WESTERVILLE, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.355 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARRYL STEVENS**
**1425 9TH STREET**
**WEST PALM BEACH, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darryle Collins**
**3506 Maryvale**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARRYLE JOHNSON**
**213 LODESTONE COURT**
**WESTMINSTER, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARRYN FERGUSON, JR.**
**18843 NE MIAMI CT**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARYAN WILLMITCH**
**9510 ISLAND RD**
**GRAFTON, OH 44044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARYEL MORGAN**
**3210 DYNASTY DR**
**DISTRICT HEIGHTS, MD 20747-3855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARYL CONLEY**
**6545 PELHAM**
**ALLEN PARK, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DARYL GELIN**
**2550 NW 56TH AVE**
**APT 404**
**LAUDERHILL, FL 33313**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Daryl Hill**
**1307 Meridian St.**
**Nashville, TN 37207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DARYL PHILIP**
**246 WHEELER STREET**
**ROOM 3**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DARYL PHILIP**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DARYL VARGAS**
**17704 CADDY DR**
**DERWOOD, MD 20855-1002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DASHA RHODES**
**10330 MALCOLM CIRCLE**
**J**
**COCKEYSVILLE, MD 21030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**DASHA RHODES**
**707 YORK RD.**
**APT. 3136**
**TOWSON, MD 21204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASHAMONIQUE MOORE**
918 BINBROOK DR
MESQUITE, TX 75149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASHANA DAVIS**
208C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASHANA DAVIS**
208C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASHANAE HARPER**
1052 BURKE AVE FL 3
BRONX, NY 10469-3819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASHANAY HALL**
827 EAST FRONT STREET APT.C
PLAINFIELD, NJ 07062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASHONNA NICOLAS**
1227 NW 28TH ST
MIAMI, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DASIA SCOTT-PADGET**
2140 NORTH SMALLWOOD ST
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DASIA SCOTT-PADGET** | ☐ Contingent | |
| **3935 WEST MULBERRY ST** | ☐ Unliquidated | |
| **BALTIMORE, MD 21202** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DASIA SCOTT-PADGET** | ☐ Contingent | |
| **3935 WEST MULBERRY ST** | ☐ Unliquidated | |
| **BALTIMORE, MD 21229** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DASIANNA COATES** | ☐ Contingent | |
| **3915 LIGHT ARMS PLACE** | ☐ Unliquidated | |
| **WALDORF, MD 20602** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DAT NGUYEN** | ☐ Contingent | |
| **16401 NW 37TH AVENUE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DATHAN ANDREWS** | ☐ Contingent | |
| **4800 COUNTRY LANE APT 219** | ☐ Unliquidated | |
| **CLEVELAND, OH 44128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DAUSON DALES** | ☐ Contingent | |
| **1800 MAUMEE DRIVE** | ☐ Unliquidated | |
| **DEFIANCE, OH 43512** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DAVE BERNARD** | ☐ Contingent | |
| **19431 NW 1ST CT** | ☐ Unliquidated | |
| **MIAMI, FL 33169** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVETTE VICE**
**4842 BOWLAND AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVETTE VICE**
**4842 BOWLAND AVE**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVETTE VICE**
**4842 BOWLAND AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVI GREEN**
**904 EVANS AVENUE**
**MCKEESPORT, PA 15132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID ADELEKE**
**12 TABIONA CT**
**SILVER SPRING, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID ALBERT, III**
**150 HYDER DR**
**MADISON, OH 44057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID ALEXIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.358 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID ALVAREZ**
**17801 NW 87 CT**
**MIAMI, FL 33018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.358 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID ANDERSON**
**121 PHILLIPS RD**
**SOMERSET, NJ 08873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.358 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID ATKINS**
**9333 MORGANS LANDING WAY**
**LAUREL, MD 20723**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID ATKINS**
**9333 MORGANS LANDING WAY**
**BALTIMORE, MD 21216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID BALIU-RODRIGUEZ**
**6537 ANTOINETTE LN**
**MAUMEE, OH 43537**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID BARBOZA**
**1629 AIRLINE AVE**
**TOLEDO, OH 43609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID BELFIGLIO**
**401 S. MAIN ST**
**APT 320A**
**AKRON, OH 44311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|------|---------|---|
| | Name | | |

---

**3.3594**

**Nonpriority creditor's name and mailing address**

**DAVID BENHURI**
**4430 N HOLLAND SYLVANIA RD**
**APT 4338**
**TOLEDO, OH 43623**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3595**

**Nonpriority creditor's name and mailing address**

**DAVID BENHURI**
**4430 N HOLLAND SYLVANIA RD**
**APT 4202**
**TOLEDO, OH 43623**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3596**

**Nonpriority creditor's name and mailing address**

**DAVID BOATENG**
**2791 WYNFIELD RD**
**WEST FRIENDSHIP, MD 21794-9520**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3597**

**Nonpriority creditor's name and mailing address**

**DAVID BOGUNJOKO BENJAMIN**
**12217 KINGS ARROW ST**
**BOWIE, MD 20721-1943**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3598**

**Nonpriority creditor's name and mailing address**

**DAVID CAIN**
**13406 POPES CREEK LANE**
**HOUSTON, TX 77044**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3599**

**Nonpriority creditor's name and mailing address**

**DAVID CARTER**
**2358 WILKENS AVE**
**BALTIMORE, MD 21223-3329**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3600**

**Nonpriority creditor's name and mailing address**

**DAVID CEDILLO**
**308 SAINT JOSEPH**
**ATHENS, TX 75751**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.360 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVID CHAVIRA**
**1414 CR 490**
**PRINCETON, TX 75407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVID COUSIN**
**5817 WESLEYAN DRIVE**
**PO BOX B79**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Couto**
**2901 Kuntz Rd.**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVID COUTO**
**2901 KUNTZ RD**
**BALTIMORE, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVID CUMMINGS**
**3213 34TH STREET W**
**LEHIGH ACRES, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVID CUMMINGS**
**3213 34TH STREET W**
**LEHIGH ACRES, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DAVID CUMMINGS**
**3213 34TH STREET W**
**LEHIGH ACRES, FL 33971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID DEAN**
612 CAMINO DE LA LUZ
SANTA FE, NM 87505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID DETULLIO**
2861 SW 79TH AVENUE APT. 103
DAVIE, FL 33328

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID DOMBROSKY**
7073 ELIZABETH CT
MENTOR, OH 44060

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EARLEY**
7267 GRANT BLVD
CLEVELAND, OH 44130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EFFORD**
3460 NW 211TH ST
MIAMI GARDENS, FL 33056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EGBO**
421 SUMNER STREET
AKRON, OH 44325

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EGBO**
456 SHELBOURNE DR
PITTSBURGH, PA 15239

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EGBO**
**185 E. MILL STREET**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EZRATTY**
**3007 NEIL AVE APT 43B**
**COLUMBUS, OH 43202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID EZRATTY**
**6236 CHERI LYNNE DR**
**DAYTON, OH 45415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID GOULD**
**502 NORTH MAIN STREET**
**MINERVA, OH 44657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID HASTINGS**
**3103 BANCROFT ROAD**
**APARTMENT #D**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Hein**
**29233 Tracy Creek Dr.**
**Apt. 1B**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID HEIN**
**4388 PHILNOLL DR**
**CINCINNATI, OH 45247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.362 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HEIN** | ☐ Contingent | |
| | **29233 TRACY CREEK DR APT 1B** | ☐ Unliquidated | |
| | **PERRYSBURG, OH 43551** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HEIN** | ☐ Contingent | |
| | **29233 TRACY CREEK DR APT 1B** | ☐ Unliquidated | |
| | **PERRYSBURG, OH 43551** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HEMBY** | ☐ Contingent | |
| | **4309 LOCH RAVEN BLVD** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21218** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HERNANDEZ** | ☐ Contingent | |
| | **4534 RUTLEDGE DRIVE** | ☐ Unliquidated | |
| | **PALM HARBOR, FL 34685** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HERNANDEZ** | ☐ Contingent | |
| | **VILLANOVA HALL** | ☐ Unliquidated | |
| | **16401 NW 37 AVE** | ☐ Disputed | |
| | **MIAMI, FL 33054** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HOFFMAN** | ☐ Contingent | |
| | **1861 E AUDUBON BLVD** | ☐ Unliquidated | |
| | **LANCASTER, OH 43130** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DAVID HONG** | ☐ Contingent | |
| | **1900 W 68 ST APT. E303** | ☐ Unliquidated | |
| | **HIALEAH, FL 33014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.362 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.362 9**

**Nonpriority creditor's name and mailing address**

DAVID HUGHES
1781 NW 166TH STREET
OPA LOCKA, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

David Jackson
1909 Bellflower Ct.
Annapolis, MD 21402-5160

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 1**

**Nonpriority creditor's name and mailing address**

DAVID JACKSON
1909 BELLFLOWER CT
EDGEWOOD, MD 21040-2516

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 2**

**Nonpriority creditor's name and mailing address**

DAVID JACQUES
358 MORGAN LN
GAHANNA, OH 43230-7019

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 3**

**Nonpriority creditor's name and mailing address**

DAVID JENKS
461 OVERWOOD ROAD
AKRON, OH 44313

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 4**

**Nonpriority creditor's name and mailing address**

DAVID KAISER
5305 SW 64TH COURT
MIAMI, FL 33155

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 5**

**Nonpriority creditor's name and mailing address**

DAVID KHALIL
1805 WILLIAM AND MARY CMN
HILLSBOROUGH, NJ 08844

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.363 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DAVID KING**
**1321 GREENMONT DRIVE**
**WALDORF, MD 20601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DAVID KING**
**1341 NW 67TH ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DAVID KONONOV**
**2723 ROCKEFELLER LN**
**APT 6**
**REDONDO BEACH, CA 90278-3935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DAVID LOPEZ**
**4603 SW 128TH PL.**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DAVID LYONS**
**3800 BANCROFT RD**
**BALTIMORE, MD 21215-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.25** |

**David M. Steiman MD PA**
**dba David Steiman MD PA**
**350 NW 84th Ave., Ste. 211**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DAVID MACKEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.364 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID MERRIFIELD**
**5712 MERCHANT ROAD**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.364 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID MOSLEY-HEATH**
**7307 GAMBIER DRIVE**
**UPPER MARLBORO, MD 20772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.364 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID NORIN**
**29480 ORANGELAWN ST**
**LIVONIA, MI 48150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.364 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID OMO-TAIGA**
**1102 FALCONETT COURT**
**UPPER MARLBORO, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.364 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID PARK**
**1806 N WESTWOOD AVE APT I**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.364 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**DAVID PARK**
**513 WHITE ST**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.364 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**David Patterson, MD**
**25325 Ford Rd. #200**
**Dearborn, MI 48128**

Date(s) debt was incurred _

Last 4 digits of account number **6291**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$528.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
| --- | --- | --- |
| | Name | |

**3.365 0**

Nonpriority creditor's name and mailing address

**DAVID PAUL**
**7135 MICHAEL ROAD**
**ORCHARD PARK, NY 14127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 1**

Nonpriority creditor's name and mailing address

**DAVID PAUL**
**6210 GRAUER ROAD**
**NIAGARA FALLS, NY 14305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 2**

Nonpriority creditor's name and mailing address

**DAVID PAUS**
**285 EAST 211 STREET**
**EUCLID, OH 44123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 3**

Nonpriority creditor's name and mailing address

**DAVID PETKUS**
**2501 BENT OAK PL**
**ADRIAN, MI 49221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 4**

Nonpriority creditor's name and mailing address

**David R. Peters**
**400 Wabash Ave.**
**Akron, OH 44307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$165.32**

---

**3.365 5**

Nonpriority creditor's name and mailing address

**David Raker**
**916 1/2 Harding Dr.**
**Toledo, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 6**

Nonpriority creditor's name and mailing address

**DAVID RAKER**
**916 1/2 HARDING DR**
**TOLEDO, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.365 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID RAMSAY**
514 SOUTH 4TH STREET
WOODSFIELD, OH 43793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID REYNOLDS**
5010 WAVERTON COURT
APT. E
CHESAPEAKE, VA 23324-4649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID RODRIGUEZ**
235 SW 180TH AVE
PEMBROKE PINES, FL 33029-3903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID SCHILLING**
8490 RAVENNA ROAD
TWINSBURG, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID SORTO**
16007 UPSHIRE
CHANNELVIEW, TX 77530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID SYFAX**
18253 APPOLINE
DETROIT, MI 48235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAVID TURNER**
7626 COUNTRYVIEW DR
FORT WAYNE, IN 46815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID UPSHUR**
5407 CATALPHA ROAD
BALTIMORE, MD 21214

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Vlcek**
3126 Sharon Copley Rd.
Medina, OH 44256

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID VLCEK**
3126 SHARON COPLEY RD
MEDINA, OH 44256

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID WALKER**
5817 WESLEYAN DRIVE
PO BOX C329
VIRGINIA BEACH, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID WARNER**
238 FAIRLAWN ST
SMITHVILLE, OH 44677

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID WHITE**
365 CHAMBORLEY DR.
REISTERSTOWN, MD 21136

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID YARMOLUK**
218 DUNDEE RIDGE DR
DUNDEE, MI 48131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID YATSONSKY**
**1130 4 SEASONS DR APT 5**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID ZSOLDOS**
**2026 SHARON COPLEY RD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVIDA PACKER**
**59 PARK ST.**
**HARRISBURG, PA 17109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVIDE FAVARO**
**86 NE 108TH STREET**
**MIAMI SHORES, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVINDRA TULSI**
**80 E EXCHANGE STREET**
**APARTMENT 344-A**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVIS FLEMING**
**7017 YORK AVE**
**LUBBOCK, TX 79416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davis Orubele**
**1805 Greencastle Dr.**
**Rosedale, MD 21237-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVIS ORUBELE**
**1805 GREENCASTLE DR**
**BALTIMORE, MD 21237-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davis Vision**
**PO Box 848370**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVON WILLIAMS**
**2324 ANVIL LANE**
**TEMPLE HILLS, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVONTE CURRY**
**5780 NW 60TH AVE**
**TAMARAC, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVONTE JEST**
**7 PECAN DRIVE PLACE**
**OCALA, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAWAN TEEL**
**2113 LYNDHURST AVE**
**BALTIMORE, MD 21216-2404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAWANYA GUILFORD**
**5023 41ST SQUARE**
**VERO BEACH, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **3.368 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**3.368 5**

**Nonpriority creditor's name and mailing address**
**DAWN CONDEZA**
**614 RIMGROVE DRIVE**
**LA PUENTE, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.368 6**

**Nonpriority creditor's name and mailing address**
**DAWN GIPSON**
**3850 HARBOR VIEW DR**
**JACKSONVILLE, FL 32208-1903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.368 7**

**Nonpriority creditor's name and mailing address**
**Dawn Huggins Jones**
**1147 Independence Blvd.**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$134.87**

---

**3.368 8**

**Nonpriority creditor's name and mailing address**
**DAWN MUSKIEWICZ**
**2423 S HOLLAND SYLVANIA RD**
**APT 239**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.368 9**

**Nonpriority creditor's name and mailing address**
**DAWN TURLEY**
**82 BRIGHTON ROAD**
**COLUMBUS, OH 43202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.369 0**

**Nonpriority creditor's name and mailing address**
**DAWN VALERIO**
**7285 CULVER BLVD.**
**MENTOR, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.369 1**

**Nonpriority creditor's name and mailing address**
**DAWN WILSON**
**419 SILVERSIDE RD**
**EDGEWOOD, MD 21040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

| 3.369 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAWNAYE PINKETT**
**4406 MORAVIA ROAD**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAWNE BENTON**
**15205 EMILY CT**
**BOWIE, MD 20716-3200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAWOYNE COVINGTON**
**314 GARDNER AVE**
**TRENTON, NJ 08618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAYA JORDAN**
**304C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAYANA WIGGINS**
**203 LILAC LANE**
**SWANTON, OH 43558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAYLA HALL**
**28351 SEVEN OAKS DR.**
**FARMINGTON HILLS, MI 48331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAYLE HEDGES**
**484 DANBURY DRIVE**
**LANCASTER, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAYLENE FOCH**
9931 NW 130TH ST
HIALEAH GARDENS, FL 33018-1661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAYMAR MCCOY**
4617 SCHLEY AVENUE
BALTIMORE, MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAYQUIS MOORE**
4007 CHESMONT AVE
BALTIMORE, MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAYQUIS MOORE**
4007 CHESMONT AVE
GWYNN OAK, MD 21207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,648.18 |
|---|---|---|---|

**Dayton Anesthesia & Pain**
405 W Grand Ave.
Dayton, OH 45405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2535

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.36 |
|---|---|---|---|

**Dayton Childrens**
1 Childrens Plaza
Dayton, OH 45404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAYTONA STEVENSON**
601A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.370 6 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **DAYVON ROBINSON**<br>**P.O. BOX 764**<br>**PATERSON, NJ 07543** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.370 7 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Daziae Johnson**<br>**4412 Velera Ct.**<br>**Chesapeake, VA 23321** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.370 8 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **DAZIAH GREEN**<br>**91 ANNANDALE AVE**<br>**AKRON, OH 44304** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.370 9 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **DE'ANDRE BRIMAGE**<br>**224 PIONEER ST**<br>**AKRON, OH 44305** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.371 0 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **DE'AUNTAE CORRY**<br>**340 KENTWELL DR**<br>**YORK, PA 17406** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.371 1 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **De'Ja Crenshaw**<br>**1103 Parkington Ln**<br>**Bowie, MD 20716-1719** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.371 2 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **DE'LESA HENDERSON**<br>**9507 FULLER AVENUE**<br>**CLEVELAND, OH 44104** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.371 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**De'Marie Lattie-Chisholm**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DE'MONTE MANN**
**1608 EAST DAVIE STREET**
**RALEIGH, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DE'NAJA BANKS**
**11012 FRISCO LANE**
**JACKSONVILLE, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**De'Nia Thornton**
**8931 Harkate Way**
**Randallstown, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DE'NIA THORNTON**
**8931 HARKATE WAY**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DE'SHAUN VALDRY**
**7928 MARTIN LUTHER KING JR. WAY S**
**SEATTLE, WV 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DE'ZHA BELL**
**4920 26 LN E**
**APT 202**
**BRADENTON, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.372 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**De'Zhane Rhymes**
**2721 EC Reems Court**
**Apt. 1A**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**DE'ZHANE RHYMES**
**2721 EC REEMS COURT APT 1A**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**DEADRA MARTIN-MCLAUGHLIN**
**2506 ROSLYN AVE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**DEAHNA BALDI**
**2130 LAUREL BLOSSOM CIR**
**OCOEE, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**DEAHNA BALDI**
**631 SUN BLUFF LANE**
**APOPKA, FL 32712**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**DEAIRIS MAYO**
**208A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**DEAN RAMICONE**
**1637 OAK BARK CIR**
**BRUNSWICK, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEAN RINGEL**
**200 N SAINT CLAIR ST**
**TOLEDO, OH 43604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.372 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANDRA CULMER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANDRA TONY**
**760 NE 140TH ST**
**BISCAYNE PARK, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANDRE AUGUSTUS**
**1151 S. PARK ROAD APT.307**
**HOLLYWOOD, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANDRE CLARK**
**934 RACE ST**
**DOVER, OH 44622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANDRE MCALMONT**
**5622 GREGORY DR**
**LANHAM, MD 20706-4122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEANDRE MCINTOSH**
**2733 WEGWORTH LN**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANDRE MCINTOSH**
2733 WEGWORTH LN
BALTIMORE, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANDREA ROGERS-SCOTT**
18650 SW 127TH CT
MIAMI, FL 33177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANGELIC JOHNSON**
5819 BONNIE VIEW, 21-8
DALLAS, TX 75241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANGELO BELL**
816 MARIGOLD DR
75104, TX 75104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANGELO LANE**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANGELO LANE**
7304 BLAIR RD
WASHINGTON, DC 20012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEANNA HARROD-CONTEE**
2306 DUKELAND ST
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.374 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEANTE EVANS**
**6793 LAKOTA POINTE LN**
**LIBERTY TOWNSHI, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEARRION ODUM**
**2675 NOKOMIS RD**
**LANCASTER, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEARRIUS BAILEY**
**2201 E. COLDSPRING LN, APARTMENT E**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEASIA BROOKS**
**1720 NORTH BENTALOU ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEAUNDRAE HOWARD**
**9693 BASKET RING RD**
**APT. 4**
**COLUMBIA, MD 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$563.68** |
|---|---|---|---|

**Debalzo Elgunin Levine Risen LLC**
**23425 Commerce Park #104**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Debaraj Katuwal**
**10826 Southwind Dr.**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 552 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.3748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBARAJ KATUWAL**
**6665 DUMONT LANE**
**COLUMBUS, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBARAJ KATUWAL**
**10826 SOUTHWIND DRIVE**
**POWELL, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBATRAYEE SINHA**
**1706 SECOR RD APT F**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBBIE LOK TUNG LEUNG**
**1804 N WESTWOOD AVE APT F**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |
|---|---|---|---|

**Debora Bornik LMHC**
**9075 SW 87th Ave., Ste. 412**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah Austin**
**1106 Ramblewood Rd.**
**Apt. B**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBORAH AUSTIN**
**92 PARK HILL AVE**
**APT. 1S**
**YONKERS, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBORAH AUSTIN**
**1106 RAMBLEWOOD RD.**
**APT. B**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBORAH DEMUREN**
**2503 SOMERTON CT**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBORAH OSUJI**
**12029 QUARUM PLACE**
**BOWIE, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.90 |
|---|---|---|---|

**Debra M. Boyer**
**Boston Children's Hospital**
**Div. of Pulmonary & Respiratory Dis**
**300 Longwood Ave., Farley, 4th Flo**
**Boston, MA 02115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBRANAE PHILLIPS**
**6271 HIGHLAND HILL DR**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEBRANAE PHILLIPS**
**12321 KENTMORE LANE, APT 425**
**FORT WORTH, TX 76036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debratrayee Sinha**
**1706 Secor Rd.**
**Apt. F**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.376 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECAPRIA NAIGOW** | ☐ Contingent | |
| **1821 50TH AVENUE N** | ☐ Unliquidated | |
| **MINNEAPOLIS, MN 55430** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.376 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECAPRIA NAIGOW** | ☐ Contingent | |
| **6806 63RD AVE N** | ☐ Unliquidated | |
| **BROOKLYN PARK, MN 55428** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.376 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECEMBER SMITH** | ☐ Contingent | |
| **6 MELKEN CT.** | ☐ Unliquidated | |
| **NOTTINGHAM, MD 21236** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.376 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECLAN ANGE** | ☐ Contingent | |
| **3559 CHARRING CROSS DRIVE** | ☐ Unliquidated | |
| **STOW, OH 44224** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.376 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECLAN PENCE** | ☐ Contingent | |
| **156 NORTH CONGRESS STREET** | ☐ Unliquidated | |
| **ATHENS, OH 45701** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.376 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECLAN WATTERS** | ☐ Contingent | |
| **421 SUMNER STREET** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.376 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DECLAN WATTERS** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.376 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEDE NYEPLU**
**1007 PLEASANT OAKS ROAD**
**APT. H**
**PARKVILLE, MD 21234**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**DEE MARTINEZ MD**

**DALLAS, TX 75203**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8581

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEENA ATASSI**
**505 WILLOW LN**
**PERRYSBURG, OH 43551**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEEPAK ARYAL**
**590 EAST BUCHTEL AVENUE**
**APT- 15**
**AKRON, OH 44304**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEEPAK BALRAJ**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEEPIKA KANNAN**
**3414 DORR ST APT 213A**
**TOLEDO, OH 43607**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEHUA FENG**
**1738 NORTHAMPTON RD, APT 1007**
**AKRON, OH 44313**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.377 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEIDRA BENN**
8132 FERNCLIFF ROAD
NORFOLK, VA 23518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEIJAH KNIGHT**
1553 FORT DAVIS ST SE
WASHINGTON, DC 20020-6025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEION GOMEZ**
15850 NW 18TH AVE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEIRDRE ROBSON**
2231 SW 5TH STREET
MIAMI, FL 33135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEIVIS JACOMINOI**
3611 SW 117TH AVE
APT 210
MIAMI, FL 33175

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEJA ASKEW**
15327 7TH AVE
PHOENIX, IL 60426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEJA LOMAX**
712 ELIZABETH LN.
MINNEAPOLIS, MN 55411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEJA POWELL**
**4934 SOUTH PRINCETON AVE**
**CHICAGO, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEJA SHIPP**
**502 MONARCH DR**
**DALLAS, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEJAH BRADSHAW**
**3000 NW 187 STREET**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEJAZNA LITTLEJOHN**
**9409 BOHNING DRIVE**
**CLEVELAND, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEKIERA TOWNES**
**821 SUGAR PL**
**LAKELAND, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Delaney Henry**
**2575 N Wilmoth Hwy**
**Adrian, MI 49221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELANEY HENRY**
**2575 N WILMOTH HWY**
**ADRIAN, MI 49221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 558 of 3613

| 3.379 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELANEY STRYCZEK**
**2971 FOXMOOR DRIVE**
**MONTGOMERY, IL 60538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELANIE ELIZABETH BAKER**
**1209 SUNNY CREST AVE.**
**VENTURA, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELANO SHEPHERD**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELANOE HARRIS**
**371 EAST 272ND STREET**
**EUCLID, OH 44132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELASI AVEH**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELEASE RILES**
**146 NW 71 ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELESA HENDERSON**
**9507 FULLER AVENUE**
**CLEVELAND, OH 44104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELILAH STACK**
**20961 LORAIN RD**
**APT 13**
**FAIRVIEW PARK, OH 44126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELINO FRANKLIN**
**215 HULTON ROAD**
**VERONA, PA 15147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELIYON DREW**
**5817 WESLEYAN DRIVE**
**PO BOX A190**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELIYON DREW**
**2306 BERRY STREET**
**HOPEWELL, VA 23860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELLA MBAACHA**
**4516 WOODGATE WAY**
**BOWIE, MD 20720-3449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELMONTE WARD, JR.**
**707B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DELONTE GORMAN**
**7053 MARBURY CT**
**DISTRICT HEIGHTS, MD 20747-1883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DELORIAN NELSON**
**718 MONTICELLO CT**
**EDGEWOOD, MD 21040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DELORIS KENSLER**
**717 LEEDSFIELD COURT**
**ARLINGTON, TX 76017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Delta Dental**
**PO Box 633198**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DELTRON SANDS**
**393 SUMNER ST APT 2-203A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DELVIN MCFADDEN**
**307A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Delvin Washington**
**3021 Barnes Bend Dr.**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DELYA SOLOMON**
**19200 COYLE ST**
**DETROIT, MI 48235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.381 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMANTE JONES-CAMPER**
**8601 QUEENSMERE PL 8**
**HENRICO, VA 23294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMAR BROW**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMAR PARRIS**
**1811 FITTLEWORTH TER**
**UPPER MARLBORO, MD 20774-8087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMARCO ANDREWS**
**6290 CHERYLBROOK LANE**
**DUBLIN, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMARCUS BROWN**
**7810 S. PAULINA**
**CHICAGO, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMARCUS FRANCOIS**
**2951 NORTH WEST 8TH ROAD**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DEMARCUS LLOYD**
**505 CLOVER ST**
**VIENNA, GA 31092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMARKUS BULLOCK**
**4224 MARBLE HALL #467**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMARKUS GLOVER**
**2201 41STREET NORTH**
**SAINT PETERSBURG, FL 33713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMAURIA BENARD**
**3304 BIG BEAR DR**
**ROSEVILLE, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMEKA WILLIAMS**
**3621 JUDGE DUPREE DRIVE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMETRI BOWE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMETRIA MCCULLOH**
**12509 FIRSBY AVE**
**CLEVELAND, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEMETRIA MCCULLOH**
**12509 FIRSBY AVE**
**CLEVELAND, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIA MCCULLOH**
12509 FIRSBY AVE
CLEVELAND, OH 44135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRICK ESPINET**
201B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIS HAZLY-WARD**
977 LANE ST
AKRON, OH 44307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIS MALLARD**
5102 PHILIP AVENUE
DALLAS, TX 75223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIUS ALLEN**
20100 LORAIN ROAD #319
FAIRVIEW PARK, OH 44126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIUS FARLEY**
5404 TRAMORE ROAD
BALTIMORE, MD 21214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIUS GREENE**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIUS ROSS**
**5995 LAUREL LANE**
**HUBER HEIGHTS, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMETRIUS WHITEHEAD**
**4015 EMMART AVE**
**BALTIMORE, MD 21215-3503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMILADE AJIFA**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMITRICE WEAVER**
**557 DOLPHIN ST**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMONTA HORTON**
**4012 PARKWOOD AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEMOY  PHILLIPS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DENAJ JOHNSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 565 of 3613

| | | |
|---|---|---|
| 3.383<br>9 | **Nonpriority creditor's name and mailing address**<br>**DENASIA WATTS**<br>**843 HUNTS POINT AVENUE**<br>**APT. 3B**<br>**BRONX, NY 10474** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384<br>0 | **Nonpriority creditor's name and mailing address**<br>**DENEISHA SPARKS**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384<br>1 | **Nonpriority creditor's name and mailing address**<br>**DENER DOS SANTOS**<br>**4014 WATERFORD LN**<br>**MISSOURI CITY, TX 77459** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384<br>2 | **Nonpriority creditor's name and mailing address**<br>**DENG DENG**<br>**8532 MUIR DRIVE**<br>**FORT WORTH, TX 76244** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384<br>3 | **Nonpriority creditor's name and mailing address**<br>**DENG RIAK**<br>**393 SUMNER ST,**<br>**APT. 115**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384<br>4 | **Nonpriority creditor's name and mailing address**<br>**DENIER MURCHISON**<br>**3535 SEAPINES CIR APT R**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384<br>5 | **Nonpriority creditor's name and mailing address**<br>**DENIER MURCHISON**<br>**3535 SEAPINES CIR APT R**<br>**RANDALLSTOWN, MD 21133** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.3846**

**Nonpriority creditor's name and mailing address**

**DENILSON PIERRE-LOUIS**
**3700 NW 21ST STREET**
**APT #401**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3847**

**Nonpriority creditor's name and mailing address**

**DENISE CONEY**
**304 SW 85TH TERRACE**
**APT. #106**
**PEMBROKE PINES, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3848**

**Nonpriority creditor's name and mailing address**

**DENISE HART**
**9099 HORN ROAD**
**WINDHAM, OH 44288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3849**

**Nonpriority creditor's name and mailing address**

**DENISE OWENS**
**133 ROLLAND ST**
**UNIT #21**
**HINESVILLE, GA 31313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3850**

**Nonpriority creditor's name and mailing address**

**DENISHA CULVER**
**4295 LAKE RICHMOND DR**
**ORLANDO, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3851**

**Nonpriority creditor's name and mailing address**

**DENISHA KNIGHT**
**2246 NW 83RD STREET**
**MIAMI, FL 33147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3852**

**Nonpriority creditor's name and mailing address**

**DENITRIA STEVENS**
**21223 NW 14TH PL**
**APT #124**
**MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.385 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENIZ DEMIR**
**63 CORSON AVENUE**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deniz Eren**
**2022 Orchard Lakes Pl**
**Apt. 22**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENIZ EREN**
**2529 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENIZ EREN**
**2022 ORCHARD LAKES PL**
**APT 22**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENNIS AHORLU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENNIS AYUK**
**13503 UNITED LN**
**BOWIE, MD 20720-5413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENNIS BARARE**
**911 HONEYWOOD PL**
**ESSEX, MD 21221-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENNIS COLE**
**6211 GUAVA AVE**
**GOLETA, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENNIS DORSEY**
**5450 ADDINGTON ROAD**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENNIS WILSON**
**5302 BATTEE ROAD**
**ALEXANDRIA, OH 43001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENTREY GARDNER**
**3350 E. 7TH STREET**
**LONG BEACH, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENYAH NICHOLS**
**1740 JACOBS MEADOW DR**
**SEVERN, MD 21144-3035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENZEL ALSTON**
**6746 RANSOME DR**
**BALTIMORE, MD 21207-5317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DENZEL BUTLER**
**5740 NW 54TH LN**
**FORT LAUDERDALE, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.3867**

Nonpriority creditor's name and mailing address

**DENZEL HERNANDEZ DORTA**
**1950 SW 122ND AVE**
**APT 402**
**MIAMI, FL 33175**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3868**

Nonpriority creditor's name and mailing address

**DENZEL LAMPLEY**
**11 GARLAND LANE**
**WILLINGBORO, NJ 08046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3869**

Nonpriority creditor's name and mailing address

**DENZEL RODRIGUEZ**
**3216 FEDERAL RD #15**
**PASADENA, TX 77504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3870**

Nonpriority creditor's name and mailing address

**DEONDRAY AUSTIN**
**2326 SW 82 TER**
**NORTH LAUDERDALE, FL 33068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3871**

Nonpriority creditor's name and mailing address

**DEONDRE BROWN**
**2008 RAMBLEWOOD ROAD, APT. A**
**BALTIMORE, MD 21251**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3872**

Nonpriority creditor's name and mailing address

**DEONDRE KITTRELL**
**3508 PARKWAY TERRACE DR APT1**
**SUITLAND, MD 20746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3873**

Nonpriority creditor's name and mailing address

**DEONDRIA WIMBIR**
**208 N.W. 79 AVE**
**MARGATE, FL 33063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.387 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEONTAE MOORE**
**1296 ANDRUS ST.**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEONTE RAHMING**
**1340 NW 200 STREET**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEONTRIA CRAWLEY**
**804 WEBB CT**
**BALTIMORE, MD 21202-5447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEONZAE WEEMS**
**5004 JAY ST. NE**
**WASHINGTON, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEQUANE LYONS**
**5815 ROBIN LN**
**SUITLAND, MD 20746-5100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERECK ABREU**
**2901 RAVENWOOD**
**APT. C**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERECK ABREU**
**301 LILLY STREET**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.388<br>1 | **Nonpriority creditor's name and mailing address**<br>**DEREK ARMSTRONG**<br>**2500 WEST NORTH AVE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388<br>2 | **Nonpriority creditor's name and mailing address**<br>**DEREK CONKINS**<br>**1534 WHISPERING WATER**<br>**SPRING BRANCH, TX 78070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388<br>3 | **Nonpriority creditor's name and mailing address**<br>**DEREK COOK**<br>**1008 LINDFIELD DR**<br>**FREDERICK, MD 21702-5190** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388<br>4 | **Nonpriority creditor's name and mailing address**<br>**Derek Deford**<br>**520 Berrycrest Way**<br>**Aberdeen, MD 21001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388<br>5 | **Nonpriority creditor's name and mailing address**<br>**DEREK DUNNAGAN**<br>**6321 THORNCREST DRIVE**<br>**GALLOWAY, OH 43119** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388<br>6 | **Nonpriority creditor's name and mailing address**<br>**DEREK ELAM**<br>**480 TIMOTHY ROAD**<br>**ATHENS, GA 30606** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388<br>7 | **Nonpriority creditor's name and mailing address**<br>**DEREK GIBBS**<br>**6211 NW 13TH STREET**<br>**CITY OF SUNRISE, FL 33313** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.388 8 | **Nonpriority creditor's name and mailing address**<br>**DEREK GILLASPIE**<br>**16213 SUMMER DREAM CT**<br>**BRANDYWINE, MD 20613-8010** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.388 9 | **Nonpriority creditor's name and mailing address**<br>**DEREK GILLASPIE**<br>**438 E. 22ND STREET**<br>**BALTIMORE, MD 21218** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 0 | **Nonpriority creditor's name and mailing address**<br>**DEREK KOPANIC**<br>**8539 IVY HILL DRIVE**<br>**YOUNGSTOWN, OH 44514** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 1 | **Nonpriority creditor's name and mailing address**<br>**DEREK KOPANIC**<br>**502 MEADOWLAND DRIVE**<br>**HUBBARD, OH 44425** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 2 | **Nonpriority creditor's name and mailing address**<br>**DEREK LOHR**<br>**501A DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 3 | **Nonpriority creditor's name and mailing address**<br>**DEREK LUONG**<br>**4036 SARA DRIVE**<br>**APT 104**<br>**UNIONTOWN, OH 44685** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.389 4 | **Nonpriority creditor's name and mailing address**<br>**DEREK MORRIS**<br>**192 ANDREW BEEM ST**<br>**PATASKALA, OH 43062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.389 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEREK MOSES**
**915 12TH AVE E**
**LAKE WORTH, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEREK OWENS**
**5803 HALWYN AVE**
**BALTIMORE, MD 21212-3712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEREK ROBINSON**
**817 BEECHWOOD AVE**
**COLLINGDALE, PA 19023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEREK STUDER**
**1760 CAMPUS DRIVE**
**AUSTINBURG, OH 44010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEREK SWANSON**
**42204 BIGGS RD**
**LAGRANGE, OH 44050-9318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEREK THOBE**
**1006 GEORGE DR.**
**COLDWATER, OH 45828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERICK BUCKLES**
**1504 KIA COURT, APT. 3A**
**BALTIMORE, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DERICK WILLIAMS**
**1834 BEAUMONT STREET**
**GRAND PRAIRIE, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73.92** |
|---|---|---|---|

**Dermatologists of SW OH**
**1261 Wooster Rd.**
**Millersburg, OH 44654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.30** |
|---|---|---|---|

**Dermatology Associates of**
**the Palm Beaches, PLLC**
**120 Butler St.**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.91** |
|---|---|---|---|

**Dermatology Partners, Inc.**
**2500 W. Strub Rd., Ste. 330**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DERNINO DEMOSTHENE**
**530 NW 119TH STREET**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DERONDRICK MC GEE**
**3685 NICKS RD**
**PELHAM, GA 31779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DERRELL RUSSELL**
**4922 GILRAY DRIVE**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.390 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRIAN WILLIAMS**
3045 RESIDENCE DR
2603-C-2 THE UNIVERSITY OF
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRIC PEGRAM**
P. O. BOX 226761
DALLAS, TX 75222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK BURGESS**
8014 MID HAVEN RD
BALTIMORE, MD 21217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK BURGESS**
8014 MID HAVEN RD
DUNDALK, MD 21222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK EDWARDS**
5835 SOUTH ARTESIAN AVENUE
CHICAGO, IL 60629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK HARRELL**
9673 MUIRKIRK RD APT #A111
LAUREL, MD 20708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK JONES**
2434 HARDING STREET
DALLAS, TX 75215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK LEWIS**
**1 DALECREST COURT**
**APT. 202**
**LUTHERVILLE, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK TRUONG**
**2581 SPRUCE LOOP RD**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRICK WILLIAMS**
**2321 SE FRUIT AVENUE**
**FORT PIERCE, FL 34952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRYCKENSON LOUISJEAN**
**1331 NE 144TH ST**
**MIAMI, FL 33161-2536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DERRYELLE WILLIAMS**
**4758 ELISON AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESEAN MCGHEE**
**3817 HOWARD STREET**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESEAN MORRIS**
**9526 PERRY HALL BLVD**
**NOTTINGHAM, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 3 | **Nonpriority creditor's name and mailing address** <br> **DESEAN WHITSON** <br> **840 MCKINLEY AVENUE** <br> **BEDFORD, OH 44146** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.392 4 | **Nonpriority creditor's name and mailing address** <br> **DESERT CITIES ANES PROF** <br> **777 E TAHQUITZ CANYON WAY  200-121** <br> **JACKSON, MI 49201** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number  **6087** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$910.00** |

| 3.392 5 | **Nonpriority creditor's name and mailing address** <br> **DESERT OASIS HEALTHCARE** <br> **275 N. El Cielo Rd., Ste D410** <br> **Palm Springs, CA 92262** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number  **8612** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2,198.00** |

| 3.392 6 | **Nonpriority creditor's name and mailing address** <br> **DESERT REGIONAL MED CTR** <br> **1150 N. Indian Canyon Dr** <br> **Palm Springs, CA 92262** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number  **6095** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$79,455.31** |

| 3.392 7 | **Nonpriority creditor's name and mailing address** <br> **DESHAWN CREECH** <br> **3103 75TH AVE APT 101** <br> **BALTIMORE, MD 21216** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.392 8 | **Nonpriority creditor's name and mailing address** <br> **DESHAWN FRAZIER** <br> **26202 SW 139TH AVE** <br> **HOMESTEAD, FL 33032** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.392 9 | **Nonpriority creditor's name and mailing address** <br> **DESHAWN ROSERIE** <br> **15800 NW 42 AVENUE** <br> **MIAMI GARDENS, FL 33054** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 578 of 3613

| 3.393 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESHONDRE MCCULLOUGH**
**5151 NW 11TH AVE**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESI ALEXANDER**
**4018 EDGEWOOD RD**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESIREE OLIVER**
**301D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESIREE OLVERA**
**1518 SUMMIT STREET**
**MESQUITE, TX 75149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESJUAN JOHNSON**
**5029 PENNSYLVANIA ST**
**DETROIT, MI 48213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESMON SIMMONS**
**1424 PRESSTMAN ST**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DESMOND BERNARD**
**1981 GREENLEAF DR**
**LEXINGTON, KY 40505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.393 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESMOND BUTLER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.393 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESMOND SCALES**
**796 NW 44TH ST**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Desniq Campbell**
**7701 Bristol Square Ct.**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Desniq Campbell**
**7701 Bristol Square Ct.**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESNIQ CAMPBELL**
**7701 BRISTOL SQUARE CT**
**SPRINGFIELD, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINEE BHARATH**
**8661 S LEXINGTON DR**
**HOLLYWOOD, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINEE HARRIS**
**19968 SHELDON ROAD**
**BROOK PARK, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.394 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINEE MEDLOCK**
**4115 CROW RD APT 20**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINEE MEDLOCK**
**3525 BLODGETT, APT 407**
**BEAUMONT, TX 77703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINEE MILLS**
**7709 HAVERHILL ROAD EXT.**
**GREENACRES, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINEE MOORE**
**10734 SW 144TH ST**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINEE REEDER**
**3199 EAST 119TH STREET**
**CLEVELAND, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINEY TALLEY**
**3606 GARRISON BLVD APT. A**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINI BOONE**
**5817 WESLEYAN DRIVE**
**PO BOX A268**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.395<br>1 | **Nonpriority creditor's name and mailing address**<br>**DESTINI MILLER**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** |

**3.395 1**

**Nonpriority creditor's name and mailing address**
**DESTINI MILLER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.395 2**

**Nonpriority creditor's name and mailing address**
**DESTINIE LOUIS**
**771 SW 64TH TER**
**PEMBROKE PINES, FL 33023-1554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.395 3**

**Nonpriority creditor's name and mailing address**
**DESTINY ASOKUARAMI**
**8121 CHURCH LN**
**BALTIMORE, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.395 4**

**Nonpriority creditor's name and mailing address**
**DESTINY BARTOE**
**7743 N LIMA RD**
**POLAND, OH 44514-2714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.395 5**

**Nonpriority creditor's name and mailing address**
**Destiny Bryant**
**4307 Jefferson St.**
**Apt. 408**
**Hyattsville, MD 20781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.395 6**

**Nonpriority creditor's name and mailing address**
**DESTINY BRYANT**
**4307 JEFFERSON ST APT 408**
**HYATTSVILLE, MD 20781-1954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.395 7**

**Nonpriority creditor's name and mailing address**
**DESTINY DALPE**
**550 SW 108TH AVENUE**
**APT. 306**
**PEMBROKE PINES, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.395 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY DALPE**
4740 SW 152ND WAY
HOLLYWOOD, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY DELGADO**
17905 NW 80CT.
HIALEAH, FL 33015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY FENNELL**
218 RIDGE RD SE
WASHINGTON, DC 20019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY HARRIS**
4719 WILLISTON ST
BALTIMORE, MD 21229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY HILL**
2103 LINDA SUE CIR.
FORT PIERCE, FL 34982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY NASH**
6759 S 88TH ST
CHICAGO, IL 60636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DESTINY PERKINS**
373 CARROLL STREET JAR 62
AKRON, OH 44325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 583 of 3613

| 3.396 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Destiny Powell**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINY POWELL**
**147 YAREMICH DR**
**BRIDGEPORT, CT 06606-2570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINY POWELL**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINY SCOTT**
**1435 N 59TH ST**
**OVERBROOK HILLS, PA 19151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINY SHABAZZ**
**2132 CURTIS ST. APT.A**
**OAKLAND, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINY SPENCER**
**2737 W. 79TH STREET**
**CHICAGO, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DESTINY WALLACE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DESZIRAE SMALL** | ☐ Contingent | |
| **3405 PARKLAWN AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21213-1112** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DEUNTE COX** | ☐ Contingent | |
| **333 FORDHAM ROAD** | ☐ Unliquidated | |
| **DALLAS, TX 75216** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DEVANAIRE CONLIFFE** | ☐ Contingent | |
| **670 EAST 159TH STREET** | ☐ Unliquidated | |
| **CLEVELAND, OH 44110-2414** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DEVANN-RAY HAMILTON** | ☐ Contingent | |
| **3810 NW 183RD ST** | ☐ Unliquidated | |
| **APT #205** | ☐ Disputed | |
| **MIAMI GARDENS, FL 33055** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DEVANTE DICKERSON** | ☐ Contingent | |
| **1459 CHAPMAN DRIVE** | ☐ Unliquidated | |
| **LANCASTER, TX 75134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DEVAVRAT SATHE** | ☐ Contingent | |
| **80 EAST EXCHANGE ST.** | ☐ Unliquidated | |
| **268 B, THE DEPOT** | ☐ Disputed | |
| **AKRON, OH 44306** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **DEVEINE TONEY** | ☐ Contingent | |
| **6813 BROMPTON RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21206** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVEINE TONEY**
**6813 BROMPTON RD**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVEJA WEBB**
**6640 AUTUMN WOODS TRAIL**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVENA CAMPBELL**
**3601 SW 32 COURT**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVESH DADHICH SHREERAM**
**3380 S GEKELER LN**
**APT H102**
**BOISE, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN BOOKER**
**59 REDHEAD ST**
**AMERICAN CANYON, CA 94503-1379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN BURKE**
**111 N. ATHOL AVENUE**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN CARMICHAEL**
**1215 RAMBLEWOOD ROAD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.398 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin Conley**
75 meadow Lark Dr.
Lancaster, KY 40444

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN GEAR**
3669 JONES ROAD
DIAMOND, OH 44412

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN HARDLEY**
17550 NW 10TH ST
PEMBROKE PINES, FL 33029

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN HOGAN**
8415 BATES DR
BOWIE, MD 20720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN HOUDESHELL**
359 ERIEVIEW BOULEVARD
SHEFFIELD LAKE, OH 44054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN HOWARD**
1761 NW 13TH AVENUE
HOMESTEAD, FL 33030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN JOHNSON**
1319 WALTERS AVE
BALTIMORE, MD 21239-2829

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN MOULTRIE**
10321 SW 146 ST
MIAMI, FL 33176

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.399 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVIN SIMMONS**
7621 GUNMILL LANE
GLEN BURNIE, MD 21060

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVO'N JONES-FARHAT**
1011 TWEED DR
AKRON, OH 44319

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVON ASHBY**
12125 GALENA RD
ROCKVILLE, MD 20852-2205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVON GARRETT**
517 CLARA DRIVE
TRENTON, OH 45067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVON GLENN**
2424 WEST WARREN BOULEVARD
CHICAGO, IL 60612

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DEVON HINES**
6707 OLD HARFORD RD
PARKVILLE, MD 21234-7640

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
| --- | --- | --- | --- |
| 3.400 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Devon Johnson** | ☐ Contingent | |
| | **5000 Mountain Springs Dr.** | ☐ Unliquidated | |
| | **Apt. 1806** | ☐ Disputed | |
| | **Antioch, TN 37013** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.400 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DEVON JOHNSON** | ☐ Contingent | |
| | **5000 MOUNTAINI SPRINGS DR** | ☐ Unliquidated | |
| | **APT 1806** | ☐ Disputed | |
| | **CANE RIDGE, TN 37013** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.400 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DEVON JONES** | ☐ Contingent | |
| | **7590 PARAGON ROAD** | ☐ Unliquidated | |
| | **DAYTON, OH 45417** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.400 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DEVON MERCURY** | ☐ Contingent | |
| | **7380 SW 107TH AVE** | ☐ Unliquidated | |
| | **APT. 1-103** | ☐ Disputed | |
| | **MIAMI, FL 33173** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.400 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DEVON TEAGLE** | ☐ Contingent | |
| | **601B DALEY** | ☐ Unliquidated | |
| | **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| | **BALTIMORE, MD 21216** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.400 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DEVON TEAGLE** | ☐ Contingent | |
| | **208C DEDMOND** | ☐ Unliquidated | |
| | **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| | **BALTIMORE, MD 21216** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.400 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DEVONN CRUMP** | ☐ Contingent | |
| | **211 GARDEN RIDGE RD APT B** | ☐ Unliquidated | |
| | **CATONSVILLE, MD 21228** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.400 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONNE POLK** | ☐ Contingent |
| | **7500 WEST 64TH STREET** | ☐ Unliquidated |
| | **SUMMIT, IL 60501** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.400 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONTE BERRY** | ☐ Contingent |
| | **1029 STARBOARD CT** | ☐ Unliquidated |
| | **EDGEWOOD, MD 21040-1332** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.400 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONTE HALL** | ☐ Contingent |
| | **2013 TRENTON PLACE SE** | ☐ Unliquidated |
| | **WASHINGTON, DC 20020** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.401 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONTE ROBINSON** | ☐ Contingent |
| | **720 W NORTH AVE APT A** | ☐ Unliquidated |
| | **BALTIMORE, MD 21217-4437** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.401 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONTE SIMON** | ☐ Contingent |
| | **8409 SUPERIOR AVENUE** | ☐ Unliquidated |
| | **CLEVELAND, OH 44103** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.401 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONTE STATEN** | ☐ Contingent |
| | **312 AUBURN ST** | ☐ Unliquidated |
| | **PITTSBURGH, PA 15235** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.401 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **DEVONTE STATEN** | ☐ Contingent |
| | **181 SHERMAN AVENUE** | ☐ Unliquidated |
| | **VANDERGRIFT, PA 15690** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Student Educational Benefit Trust | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.401**
**4**

Nonpriority creditor's name and mailing address
**DEVOY GREY**
**4220 NW 10TH TER**
**FORT LAUDERDALE, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**5**

Nonpriority creditor's name and mailing address
**DEVYN DUBOSE**
**22177 VACATION DRIVE**
**CANYON LAKE, CA 92587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**6**

Nonpriority creditor's name and mailing address
**DEVYN WILKINS**
**13501 HILLROD LN**
**UPPER MARLBORO, MD 20774-1970**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**7**

Nonpriority creditor's name and mailing address
**DEWAYNEN ADDISON**
**303C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**8**

Nonpriority creditor's name and mailing address
**DEX DAVIS**
**17160 ABBEY ROAD**
**CHAGRIN FALLS, OH 44023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**9**

Nonpriority creditor's name and mailing address
**Dexcom, Inc.**
**6340 Sequence Dr.**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$393.79**

---

**3.402**
**0**

Nonpriority creditor's name and mailing address
**DEXTER COOPER**
**15200 NW 28TH PLACE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.402 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEXTER GOLATT**
**13508 ROBERT EVANS ROAD**
**ALEXANDER, AR 72002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEXTER HARRIS**
**8516 STEVENSWOOD RD**
**WINDSOR MILL, MD 21244-2217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEYANSA MACKEY, JR.**
**12445 NW 27TH AVE**
**APT #203**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEZHEN WU**
**1204 BUCKINGHAM GATE BLVD**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEZHEN WU**
**536 SOUTH HAWKINS AVE APT3**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dezimond Fisher**
**4203 Cloudberry Ct**
**Burtonsville, MD 20866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEZIMOND FISHER**
**4806 JEFFERSON STREET**
**LANHAM, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.402 8**

**Nonpriority creditor's name and mailing address**
**DEZIMOND FISHER**
**4203 CLOUDBERRY CT.**
**BURTONSVILLE, MD 20866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.402 9**

**Nonpriority creditor's name and mailing address**
**DEZIREE VANDERPOOL**
**3808 PARKWOOD**
**WACO, TX 76710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.403 0**

**Nonpriority creditor's name and mailing address**
**DEZTINY RAY**
**1449 KITMORE RD**
**GLENN DALE, MD 20769**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.403 1**

**Nonpriority creditor's name and mailing address**
**DEZTINY RAY**
**1449 KITMORE RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.403 2**

**Nonpriority creditor's name and mailing address**
**DHARAMDEEP JAIN**
**2220 HIGH ST.**
**APT 305**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.403 3**

**Nonpriority creditor's name and mailing address**
**Dharma Jolas**
**508 Carlisle Dr.**
**Huntington, IN 46750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.403 4**

**Nonpriority creditor's name and mailing address**
**DHARMA JOLAS**
**508 CARLISLE DR**
**HUNTINGTON, IN 46750**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.403 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHAWAL UNUNE**
**590 E BUCTEL AVE.**
**APT. 42**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHAWAL UNUNE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHAWAL UNUNE**
**77 FIR HILL STREET**
**APT. NO. 4B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHRUV NAIR**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHUHA ALQURAINI**
**1125 NORTH HOLLAND SYLVANIA ROAD**
**APT 10L**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHURBA RAJ SAPKOTA**
**3941 AIRPORT HWY APT 32**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DI WENG**
**3755 CASCADES BLVD. SUITE 104**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dia Penning**
**1059 Golden Cane Dr.**
**Fort Lauderdale, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIA PENNING**
**1059 GOLDEN CANE DRIVE**
**WESTON, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.38 |
|---|---|---|---|

**Diagnositc Imaging Services PA**
**200 SE Hospital Ave.**
**Stuart, FL 34994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.00 |
|---|---|---|---|

**DIAGNOSTIC CENTER FOR WOMEN**
**7500 SW 87th Ave, #100**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5541

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.56 |
|---|---|---|---|

**Diagnostic Centers of America**
**6080 W. Boynton Beach Blvd. #140**
**Boynton Beach, FL 33437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diajrah Dockery**
**147-02 - 123rd Ave.**
**Jamaica, NY 11436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIAMOND BOND**
**7208 WALKER STREET**
**PHILADELPHIA, PA 19135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND CLARKE**
**3111 CORAL SPRINGS DRIVE**
**APT B212**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND DURANT**
**924 E DORSET STREET**
**PHILADELPHIA, PA 19150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND GIBBS**
**906 OLIVE BRANCH CT N**
**EDGEWOOD, MD 21040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND JOHNSON**
**1397 E 52ND STREET**
**CLEVELAND, OH 44103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND LONON**
**5104 WOODLAND BLVD**
**OXON HILL, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND QUICK**
**14438 SOUTH MICHIGAN AVENUE**
**RIVERDALE, IL 60827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMONIQUE BUNDER**
**11871 LINCOLN WAY WEST**
**MASSILLON, OH 44647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.405 6 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**DIAMONTE CHASE**
**846 CARBERRY LN**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.405 7

**Nonpriority creditor's name and mailing address**
**DIAMONTE CHASE**
**846 CARBERRY LN**
**BALTIMORE, MD 21201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.405 8

**Nonpriority creditor's name and mailing address**
**DIAN AMINI NOORI**
**2020 N BAYSHORE DR**
**APT 2403**
**MIAMI, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.405 9

**Nonpriority creditor's name and mailing address**
**DIAN JIAO**
**10 ROSECLIFF**
**FARMINGTON, CT 06032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.406 0

**Nonpriority creditor's name and mailing address**
**Diana Brewster, DO**
**4172 Holiday St NW**
**Canton, OH 44718**

Date(s) debt was incurred _

Last 4 digits of account number **7186**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$362.00**

---

3.406 1

**Nonpriority creditor's name and mailing address**
**DIANA CHIEM**
**6001 RED OAK DR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.406 2

**Nonpriority creditor's name and mailing address**
**DIANA GAVRILOVA**
**1849 S OCEAN DR APT 1214**
**HALLANDALE, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.406 3 | **Nonpriority creditor's name and mailing address** **DIANA JACKSON** **23 OXFORD ROAD** **NEWPORT NEWS, VA 23606** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 4 | **Nonpriority creditor's name and mailing address** **DIANA JACKSON** **1584 WESLEYAN DRIVE** **CAMPUS MAILBOX B315** **NORFOLK, VA 23502** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 5 | **Nonpriority creditor's name and mailing address** **DIANA LAROCQUE** **1020 NW 155TH LN #203** **C/O ELLISON CHARLES** **MIAMI, FL 33169** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 6 | **Nonpriority creditor's name and mailing address** **DIANA PHILIP** **22 EAST EXCHANGE STREET** **APARTMENT 4136** **AKRON, OH 44308** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 7 | **Nonpriority creditor's name and mailing address** **DIANA WALLACE** **4002 CALLAWAY AVE** **SEVERN, MD 21144** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 8 | **Nonpriority creditor's name and mailing address** **DIANA WALLACE** **4002 CALLAWAY AVE** **BALTIMORE, MD 21215** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.406 9 | **Nonpriority creditor's name and mailing address** **DIANE FINNER** **7451 SOUTH VERNON** **CHICAGO, IL 60619** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 598 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.407 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DIANTAY DENARD**
**16284 MAGNOLIA GROVE WAY**
**JACKSONVILLE, FL 32218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DIARRA DIA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DIAUNTE COOK**
**1702 SHERWOOD AVE**
**BALTIMORE, MD 21239-3129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DIBYENDU DEBANTH**
**195 WHEELER STREET**
**APT. # 103**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DIBYENDU DEBNATH**
**195 WHEELER STREET**
**APT. # 103**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dickinson Wright, PLLC**
**2600 W. Big Beaver #300**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DIEGO CAMACHO**
**16950 NORTH BAY ROAD APT. 1415**
**SUNNY ISLES, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 7 | **Nonpriority creditor's name and mailing address**<br>**DIEGO GAMBOA PABON**<br>**2801 W BANCROFT MS121**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.407 8 | **Nonpriority creditor's name and mailing address**<br>**DIEGO GONZALEZ**<br>**9971 SW 26 STREET**<br>**MIAMI, FL 33165**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.407 9 | **Nonpriority creditor's name and mailing address**<br>**DIEGO MENDEZ**<br>**5042 SW 163RD CT**<br>**MIAMI, FL 33185**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.408 0 | **Nonpriority creditor's name and mailing address**<br>**DIEGO RAMIREZ**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.408 1 | **Nonpriority creditor's name and mailing address**<br>**DIEGO RIVERA ESCALANTE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.408 2 | **Nonpriority creditor's name and mailing address**<br>**DIEGO RODRIGUEZ**<br>**9406 NE 9TH AVENUE**<br>**MIAMI SHORES, FL 33138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.408 3 | **Nonpriority creditor's name and mailing address**<br>**DIEGO SANCHEZ**<br>**3210 SW 16 CT**<br>**FORT LAUDERDALE, FL 33312**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.408 4 | **Nonpriority creditor's name and mailing address**<br>**DIERA LAWSON**<br>**1115 KENNEBEC ST**<br>**OXON HILL, MD 20745**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.408 5 | **Nonpriority creditor's name and mailing address**<br>**DIETRICE FORTUNE**<br>**324 EAST 27TH ST**<br>**BALTIMORE, MD 21218-4413**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.408 6 | **Nonpriority creditor's name and mailing address**<br>**DIGDEM AMESEDER**<br>**VILLANOVA HALL**<br>**16401 NW 37 AVE**<br>**MIAMI, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.408 7 | **Nonpriority creditor's name and mailing address**<br>**Digestive Care**<br>**3001 Coral Hills Dr. #250**<br>**Pompano Beach, FL 33065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$4,942.23**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.408 8 | **Nonpriority creditor's name and mailing address**<br>**Digestive Disease Consultants**<br>**1299 Industrial Parkway North**<br>**Suite 110**<br>**Brunswick, OH 44212**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$1,526.27**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.408 9 | **Nonpriority creditor's name and mailing address**<br>**Digestive Medicine Associates**<br>**570 White Pond Dr., Suite 150**<br>**Akron, OH 44320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$326.42**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.409 0 | **Nonpriority creditor's name and mailing address**<br>**Dikshya Parajuli**<br>**3414 Dorr St.**<br>**Apt. 406**<br>**Toledo, OH 43607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.409 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILEEPA JAYAWARDENA** | ☐ Contingent | |
| | **3309 MIDDLESEX DR APT D** | ☐ Unliquidated | |
| | **TOLEDO, OH 43606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILINNIA HALL** | ☐ Contingent | |
| | **3905 SW 67TH TERR** | ☐ Unliquidated | |
| | **DAVIE, FL 33314** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILINNIA HALL** | ☐ Contingent | |
| | **1001 NW 8TH STREET** | ☐ Unliquidated | |
| | **HALLANDALE, FL 33009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILIP SHARMA** | ☐ Contingent | |
| | **4414 LAPLATA AVE,APT G** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILLON GUMP** | ☐ Contingent | |
| | **9757 WILLIAMSON ROAD** | ☐ Unliquidated | |
| | **MEADVILLE, PA 16335** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILLON WALSH** | ☐ Contingent | |
| | **2512 20TH** | ☐ Unliquidated | |
| | **WYANDOTTE, MI 48192** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DILRUKSHIKA PALAGAMA** | ☐ Contingent | |
| | **1220 BERNATH PKWY** | ☐ Unliquidated | |
| | **TOLEDO, OH 43615** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIMERY MOWERY**
**4901 TORBAY PL**
**UPPER MARLBORO, MD 20772-6149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIMITRA GNAFAKI**
**80 E.EXCHANGE UNIT182B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIMITRIUS DOAN**
**1 SAVANNAH**
**IRVINE, CA 92620-2553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIMITRUS SMITH**
**14310 ST MARY**
**DETROIT, MI 48227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIMITRY RENAUD**
**639 NE 160 ST**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DINA BENJAMIN**
**7611 SW 9TH ST**
**NORTH LAUDERDALE, FL 33068-1324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DINAH AHOVI**
**5008 DENVIEW WAY APT F**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.410 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DINAH AHOVI**
**5008 DENVIEW WAY APT F**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DINESH KUMAR REDDY REDDYGARI**
**5676 BROADVIEW ROAD APT 323**
**PARMA, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DINESH KUMAR REDDY REDDYGARI**
**77 FIR HILL  APT 3B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DINESH MARASINGHE MARASINGHE**
**MUDIYANSELA**
**111  E GLENWOOD AVE.**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DINESH MARASINGHE MUDIYANSELAGE**
**111 E GLENWOOD AVE.**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DING-KANG WANG**
**3704 WYNDHAM RIDGE, #207**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DINGRUI WANG**
**55 FIR HILL TOWER**
**6B4**
**AKRON, OH 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411 2**

**Nonpriority creditor's name and mailing address**

**DINOLD GABRIEL**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 3**

**Nonpriority creditor's name and mailing address**

**Diogo Felix**
**12166 NW 46th St.**
**Pompano Beach, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 4**

**Nonpriority creditor's name and mailing address**

**DIOGO FELIX**
**12166 NW 46TH STREET**
**CORAL SPRINGS, FL 33076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 5**

**Nonpriority creditor's name and mailing address**

**DIOGO PACHECO**
**408 ALLYN STREET**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 6**

**Nonpriority creditor's name and mailing address**

**DIOLYMAR CABRERA**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$538.90

---

**3.411 7**

**Nonpriority creditor's name and mailing address**

**DIOMIDES SUERO DE LOS SANTOS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.411 8**

**Nonpriority creditor's name and mailing address**

**DION KINDLES**
**8410 S. WESTMORELAND RD**
**DALLAS, TX 75237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.411 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DION THORNTON**
**32 NORTH AVENUE**
**CINCINNATI, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIONDREA NIXON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIONNA BURRELL**
**2523 HAMILTON AVENUE**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIONNA WHITTAKER**
**1219 GLENHAVEN RD**
**BALTIMORE, MD 21239-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIONNEDRIA ROBERTSON**
**2118 NW 19TH TERR**
**MIAMI, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIONTA STEPHENSON**
**4813 NORTH O'CONNOR ROAD, APT 130**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIPAK PUKALE**
**634 E. BUCHTEL AVE APT 215**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.412 6 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**DIPAK PURKALE**
**634 E. BUCHTEL AVE APT 215**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.412 7

**Nonpriority creditor's name and mailing address**
**Dipendra Adhikari**
**1134 Brookview Dr.**
**Apt. 6**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.412 8

**Nonpriority creditor's name and mailing address**
**DIPENDRA DAHAL**
**634 E BUCHTEL AVE**
**APT 302**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.412 9

**Nonpriority creditor's name and mailing address**
**DIPENDRA POKHREL**
**3905 AIRPORT HWY APT 27**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.413 0

**Nonpriority creditor's name and mailing address**
**Dipesh Niraula**
**4814 Bancroft St.**
**Apt. 35**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.413 1

**Nonpriority creditor's name and mailing address**
**Dipesh Niraula**
**4814 Bancroft St.**
**Apt. 35**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.413 2

**Nonpriority creditor's name and mailing address**
**DIPESH NIRAULA**
**4814 W BANCROFT ST APT 35**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.413 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIPESH NIRAULA**
**2801 W BANCROFT MS513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Distany Nguasong**
**8413 Greenbelt Rd.**
**Greenbelt, MD 20770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DISTANY NGUASONG**
**8413 GREENBELT RD**
**GREENBELT, MD 20770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIVANA D'CESARE**
**STIRLING ROAD APT 207**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIVYA ANDY**
**1325 OAK HILL CT APT 143**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIVYA SINGH**
**279 WHEELER STREET**
**APARTMENT UP**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.90 |
|---|---|---|---|

**Dixie Highway Inpat Servc, LLC**
**20900 Biscayne Blvd.**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 608 of 3613

| 3.414 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**DIYUAN STILL**
**1119 NORTH STRICKER ST**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Djamila Assilamehoo**
**2239 University Hills Blvd.**
**Apt. 205**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**DJAMILA ASSILAMEHOO**
**2239 UNIVERSITY HILLS BLVD**
**APT 205**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,429.64** |

**DJO LLC**
**P.O. Box 660852**
**Dallas, TX 75266-0852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  1533

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**DMS Management Solutions**
**2055 Crocker Rd. #300**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**DO-YOUNG KIM**
**8003 HIDDEN VW**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**DOBBE WEVERINK**
**16401 NW 37 AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$223,286.39** |
|---|---|---|---|

**Doctors Hospital, Inc.**
**5000 University Dr.**
**Miami, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,893.06** |
|---|---|---|---|

**DOCTORS PLUS PEMBROKE PINES**
**501 NW 179th Ave**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1218**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DOLAPO NURUDEEN**
**301 WILCREST DR APT 4908**
**HOUSTON, TX 77042-1064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DOLLIE MATHIS**
**2636 VERANDAH LANE**
**ARLINGTON, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DOMENIC CANCILLA**
**3138 CRAGMOOR AVE**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DOMENIC PAOLO**
**11920 TAYLOR WELLS ROAD**
**CHARDON, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DOMINIC DUALAN**
**29376 WOODBINE LANE**
**MENIFEE, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DOMINIC FRENGEL**
**2147 MILLROW LOOP**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DOMINIC LAMBERT**
**2506 BELMONT LANE**
**NORTH LAUDERDALE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DOMINIC LAMBERT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Dominic Mussilli**
**147 Oakdale Ave.**
**Akron, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DOMINIC SCHEER**
**11744 SW 112 LN**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DOMINIC SHEER**
**405 HIBICUS DR.**
**MIAMI BEACH, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DOMINICK CABRERA**
**5541 SW 64TH PL**
**MIAMI, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|---|
| | Name | | |

| 3.416 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------------------------------------------------|---------------------------------------------------------------------|-----------|

**DOMINICK MEDINA**
**4714 NORTH HABANA AVENUE**
**TAMPA, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DOMINIQUE BARILE**
**6833 NW 173RD DRIVE**
**APARTMENT R-105**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DOMINIQUE BEAN**
**6719 25TH AVE**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DOMINIQUE BEAN**
**6719 25TH AVE**
**HYATTSVILLE, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DOMINIQUE BONDS**
**10 SHAWNEE COURT, APARTMENT 203**
**BALTIMORE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DOMINIQUE CORNISH**
**4932 GREENCREST RD**
**BALTIMORE, MD 21206-4627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DOMINIQUE DENNIS**
**1156 NW 85TH STREET**
**MIAMI, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.416<br>8 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE EDWARDS**
**566 OLD TOWN MALL**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.416<br>9 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE EDWARDS**
**566 OLD TOWN MALL**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.417<br>0 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE LYDE**
**3200 LIBERTY HEIGHTS AVE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.417<br>1 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE LYDE**
**3207 GLEN AVE.**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.417<br>2 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE PATRICK**
**10545 ENGLISHMAN DRIVE**
**BETHESDA, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.417<br>3 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE ROBINSON**
**2051 MORNINGSIDE AVENUE**
**LANCASTER, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.417<br>4 | **Nonpriority creditor's name and mailing address** |

**DOMINIQUE WASHINGTON**
**9102 FRANCINE LANE**
**POWELL, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 613 of 3613

| 3.417 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **DOMINIQUE WILSON** 3518 HALFORD ST BALTIMORE, MD 21230 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.417 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **DOMINIQUE WILSON** 3518 HALFORD ST WALDORF, MD 20603 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.417 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dominisha Black** 5731 River Rd. Apt. 519 Nashville, TN 37209 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.417 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **DOMMINAE PAYLOR** 37 ELRIDGE LN WILLINGBORO, NJ 08046-2230 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.417 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $475.00 |
|---|---|---|---|
| | **DON SHALHUB** 2800 PONCE DE LEON BLVD #140 CORAL GABLES, FL 33134 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1070** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.418 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **DONA RUWANI NISANSALA** 2645 WHITEWAY RD APT 6 TOLEDO, OH 43606 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.418 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **DONALD ADKINS, IV** 27 SOUTH GARLAND AVENUE DAYTON, OH 45403 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.418 2 | **Nonpriority creditor's name and mailing address** **DONALD CONTEH** 3212 REED ST 2723 LANHAM, MD 20706 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 3 | **Nonpriority creditor's name and mailing address** **DONALD IMES** 7110 RENO RD WINDSOR MILL, MD 21244-3435 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 4 | **Nonpriority creditor's name and mailing address** **DONALD KING** 12361 NW 98TH PLACE HIALEAH GARDENS, FL 33018 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 5 | **Nonpriority creditor's name and mailing address** **DONALD MASON** 4609 176TH PLACE COUNTRY CLUB HILLS, IL 60478 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 6 | **Nonpriority creditor's name and mailing address** **DONALD WILLIAMS** 8255 N.W. MIAMI CT. APT. 512 MIAMI, FL 33150 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 7 | **Nonpriority creditor's name and mailing address** **Donald Wright** 17401 Madrillon Way Accokeek, MD 20607-3458 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.418 8 | **Nonpriority creditor's name and mailing address** **DONAVAN ELLISON** 10121 WALLER DRIVE DALLAS, TX 75229 | $0.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONEDRA WILLIAMS**
3210 N W 51ST STREET
MIAMI, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.419 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONELL SHINDI**
1216 SUNBURY RD
COLUMBUS, OH 43210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONELLE MCBROOM**
30830 144TH AVENUE
LONG GROVE, IA 52756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONETHE CYPRIEN**
4504 CLEARFIELD RD
SILVER SPRING, MD 20906-4614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONG HUN BAN**
6316 W BANCROFT ST APT 12
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONGHYUN LEE**
2710 SECOR RD
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONGLIANG FAN**
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Donn bevins**
3625 Derby Shire Cir.
Windsor Mill, MD 21244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONN BEVINS**
3625 DERBY SHIRE CIRCLE
BALTIMORE, MD 21244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONNA BLOCKER**
5817 WESLEYAN DRIVE
PO BOX A548
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONNELL CLARK**
5428 N AMERICAN ST
PHILADELPHIA, PA 19120-2837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONNESHA SEYMOUR**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**DONNIE DORSEY**
419 32ND ST SE APT G1
WASHINGTON, DC 20019-2307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Donny Williams**
1407 Rosedale Ave.
Nashville, TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONOVAN BREFFORD**
**1913 OLDE COVENTRY ROAD E**
**COLUMBUS, OH 43232-2650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONOVAN BREFFORD**
**1389 DEVONHURST DR**
**COLUMBUS, OH 43232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONOVAN BRIDGEFORTH**
**1001 ROSS AVE APT 419**
**DALLAS, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONOVAN BROWN**
**4906 NEWTON ST**
**BLADENSBURG, MD 20710-2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONOVAN COLEMAN**
**3325 GEORGIA STREET APT D**
**OAKLAND, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**DONOVAN D TAYLOR MD PA**
**250 NW 182RD ST**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6430**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONOVAN DREBUS**
**15103 TIMBER RIDGE DRIVE**
**MIDDLEFIELD, OH 44062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 618 of 3613

**3.421 0**

Nonpriority creditor's name and mailing address
**DONOVAN FOSTER**
**6344 SADDLE DRIVE**
**COLUMBIA, MD 21045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 1**

Nonpriority creditor's name and mailing address
**DONOVAN RANKINE**
**16598 NW 20TH ST**
**PEMBROKE PINES, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 2**

Nonpriority creditor's name and mailing address
**DONOVAN WILLIAMS**
**2316 WESTMONT ST**
**JACKSONVILLE, FL 32207-4441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 3**

Nonpriority creditor's name and mailing address
**DONTA JONES**
**331 N. MASON AVE**
**CHICAGO, IL 60644**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 4**

Nonpriority creditor's name and mailing address
**DONTAJAH GILLIS**
**203A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 5**

Nonpriority creditor's name and mailing address
**Donte Clayton**
**4648-3 Chicago Dr.**
**Andrews Air Force Base, MD 20762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 6**

Nonpriority creditor's name and mailing address
**DONTE WHITE**
**13415 ARGUS AVENUE**
**CLEVELAND, OH 44110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.421 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donteyshia Lee**
**807 Main St.**
**Apt. 5T**
**Peekskill, NY 10566-2036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donteyshia Lee**
**807 Main St.**
**Apt. 5T**
**Peekskill, NY 10566-2036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DONTEYSHIA LEE**
**807 MAIN ST APT 5T**
**PEEKSKILL, NY 10566-2036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DONTRELL TAYLOR**
**137 WILLOW BEND DR APT 3A**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DONTRELL TAYLOR**
**137 WILLOW BEND DR APT 3A**
**OWINGS MILLS, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DONYEA LEWIS**
**303A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**DONYEA LEWIS**
**303A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **DORANNY AQUINO**<br>**3661 QUEENS COVE BLVD**<br>**WINTER HAVEN, FL 33880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.422 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dorcas Matowe**<br>**PO Box 293052**<br>**Fort Lauderdale, FL 33329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **DORCAS MATOWE**<br>**PO BOX 293052**<br>**FORT LAUDERDALE, FL 33329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **DORCAS TSHIBANGU**<br>**437 SUMNER ST APT. S2**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dorcas Williams**<br>**12014 S Justine**<br>**Chicago, IL 60643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **DORCAS WILLIAMS**<br>**12014 SOUTH JUSTINE**<br>**CHICAGO, IL 60643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.423 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **DOREEN YASHAN**<br>**120 BRANDT AVE**<br>**AMHERST, OH 44001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.423<br>1 | **Nonpriority creditor's name and mailing address**<br>**DORIAN ERVIN**<br>**4231 WINDING VINE DRIVE**<br>**LAKELAND, FL 33812**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.423<br>2 | **Nonpriority creditor's name and mailing address**<br>**DORIAN MARTIN**<br>**239 SOUTH FRANKLIN STREET**<br>**DELAWARE, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.423<br>3 | **Nonpriority creditor's name and mailing address**<br>**DORIEN HYMAN**<br>**2300 NORTH CALVERT ST APT 203**<br>**BALTIMORE, MD 21218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.423<br>4 | **Nonpriority creditor's name and mailing address**<br>**DORKOR ISCANDRI**<br>**6519 AMBERFIELD LN**<br>**KATY, TX 77449**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.423<br>5 | **Nonpriority creditor's name and mailing address**<br>**DOROTHIE BRUTAL**<br>**1070 NE 163RD ST APT 22**<br>**NORTH MIAMI BEACH, FL 33162-3832**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.423<br>6 | **Nonpriority creditor's name and mailing address**<br>**DOROTHIE MAEBRANCHE**<br>**920 QUINTON AVE**<br>**TRENTON, NJ 08629-2404**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.423<br>7 | **Nonpriority creditor's name and mailing address**<br>**DOROTHY SWARTZ**<br>**7105 PENSHURST DR.**<br>**MENTOR, OH 44060**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.423 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DOROTTYA FENYVESI**
**393 SUMNER STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DOROTTYA PATAKI**
**1739 VESTA ROAD**
**WAKEMAN, OH 44889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DOUGHLAS GUTIERREZ**
**1312 WESLEY STREET**
**GREENVILLE, TX 75401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,970.00 |
|---|---|---|---|

**Douglas G Plagens, MD**
**28800 Ryan Rd. #120**
**Warren, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0498

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DOUGLAS HARDMAN**
**5817 WESLEYAN DRIVE**
**PO BOX C501**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DOUGLAS MAGILL**
**540 E PORTAGE TRAIL**
**APT. 509-A**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DOUGLAS RYDER**
**1604 SHORB AVE NW**
**CANTON, OH 44703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DOUGLAS STOCKTON**
**3523 EDGEVALE RD**
**OTTAWA HILLS, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DOUGLAS TAYLOR, JR**
**509 WILLOW PARK RD**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,589.54** |
|---|---|---|---|

**Doverside Emergency Phys, PLLC**
**3441 Dickerson Pike**
**Nashville, TN 37207-2539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,878.00** |
|---|---|---|---|

**DPI OF NORTH BROWARD LLC**
**1537, 1799 W OAKLAND PARK BLVD**
**#105**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6527

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**DR MAGALIS AGUILERA PSYD**
**106**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.32** |
|---|---|---|---|

**Dr. Andrea Trowers**
**1801 NE 123rd St., Suite 417**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.32** |
|---|---|---|---|

**Dr. James Krisel**
**6795 Stirling Rd.**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 624 of 3613

| 3.425 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294.00** |
|---|---|---|---|

**Dr. Lewis Jordan, PhD LMHC**
**1881 NE 26th St.**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.70** |
|---|---|---|---|

**Dr. Mel Youngs, DC**
**916 Cape Coral Pkwy E**
**Cape Coral, FL 33904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.52** |
|---|---|---|---|

**Dr. Steve T. Bussa, OD PLLC**
**7840 Glades Rd., Suite 245**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DRAKE HAMBLETON**
**7801 CHILLICOTHE RD**
**MENTOR, OH 44060-6901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DRAVEN BASS**
**595 EDGEWOOD DR.**
**CIRCLEVILLE, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DRAVEN BEANS**
**323 E BUSTLE ST**
**LOUDONVILLE, OH 44842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DRAVEN JOHNSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.425 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DRAYSEAN EATMON**<br>**6211 ALDERLEY STREET**<br>**SAN DIEGO, CA 92114** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DRE'SHUN JAMES**<br>**900 OAK CREEK DRIVE**<br>**HUTCHINS, TX 75141** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DREW ARNETT**<br>**304D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DREW BROWN**<br>**14877 STONEHAVEN DR**<br>**PERRYSBURG, OH 43551** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DREW HINTON**<br>**5520 LEITH RD.**<br>**BALTIMORE, MD 21239** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DREW HODGSON**<br>**4805 CARRIGAN RIDGE CT**<br>**DUBLIN, OH 43017** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>**DREW KONTOPOULOS-THOMAS**<br>**307A DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.426 6 | |

**Nonpriority creditor's name and mailing address**

**DREW KOSTIUK**
**817 SAND LOT CIR**
**LOUISVILLE, OH 44641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.426 7 | |

**Nonpriority creditor's name and mailing address**

**DREW ONTOPOLUOS-THOMAS**
**307A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.426 8 | |

**Nonpriority creditor's name and mailing address**

**DREYANI MASON**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.426 9 | |

**Nonpriority creditor's name and mailing address**

**Driola Dega**
**9568 NW 8 Cir.**
**Fort Lauderdale, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.427 0 | |

**Nonpriority creditor's name and mailing address**

**DRU HENDRICKS**
**3838 HARVEST AVENUE**
**INDIANAPOLIS, IN 46226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.427 1 | |

**Nonpriority creditor's name and mailing address**

**DRUCILLA BELLAMY**
**1540 NW 119TH ST**
**MIAMI, FL 33167-3151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.427 2 | |

**Nonpriority creditor's name and mailing address**

**DRUMARIUS RHODES**
**3114 BUTTERMILK WAY**
**GARLAND, TX 75044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.427 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUANE GRAHAM**
**1110 N. PATTERSON PARK AVENUE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUANE WALLACE, II**
**843 RAMSAY ST.**
**BALTIMORE, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUANISHA BLACK**
**5477 N W 90TH TERRACE**
**SUNRISE, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUDLEY DODOO**
**6320 NAVAL AVE**
**LANHAM, MD 20706-3527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUFIRSTSON NEREE**
**1381 SHERIDAN ST NW**
**WASHINGTON, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUKENS MARCELUS**
**4511 RENA RD APT 202**
**SUITLAND, MD 20746-3601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DULAJUWAN PERCIVAL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 628 of 3613

| 3.428 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DULAT BEKBOLSYNOV**
**1429 OAK HILL CT APT 6A**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUMITRU DOVGALIUC**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUNCAN COPELAND**
**17715 TRISTANIA PL**
**SAN DIEGO, CA 92127-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUNCAN CROOK**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUNCAN CROOK**
**5313 ALBRIGHT DRIVE**
**VIRGINIA BEACH, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |

**Duncan F. Guedon, MD**
**46 Sgt Prentiss Dr.**
**Natchez, MS 39120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7737**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DUNCAN MCNEILL**
**2016 N WESTWOOD AVE**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUNG TRUONG**
**1749 NE MIAMI CT.,**
**UNIT 206**
**MIAMI, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.85 |
|---|---|---|---|

**Dupage Medical Group**
**3743 Highland Ave.**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dushuntae Palmore**
**1826 S Drake**
**Apt. 1**
**Chicago, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUSHUNTAE PALMORE**
**1826 S. DRAKE APT. 1**
**CHICAGO, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUSTIN BURKHART**
**2221 CANTERBURY CIR**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dustin Cowart**
**114 Coshatt Trail**
**Birmingham, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DUSTIN COWART**
**114 COSHATT TRAIL**
**HOOVER, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DWAYNE COLE**
**55 EHRBAR AVE APT 1B**
**MOUNT VERNON, NY 10552-2444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.429 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DWIGHT JONES**
**4417 KENWOOD AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DWIGHT WASHINGTON**
**7225 ALLENTOWN RD**
**FORT WASHINGTON, MD 20744-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DWIGHT WHEATLEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DYAMON BURGESS**
**2340 NW 167TH STREET**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DYAN HUSBANDS**
**106 BLUFFS CT**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DYAN HUSBANDS**
**106 BLUFFS CT**
**COLONIAL HEIGHTS, VA 23834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 1 | **Nonpriority creditor's name and mailing address** **DYLAN APPOLLONI** **4009 DORSET COURT** **POWELL, OH 43065** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.430 2 | **Nonpriority creditor's name and mailing address** **DYLAN CLARK** **3950 ARETHA AVE** **DETROIT, MI 48201-1526** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.430 3 | **Nonpriority creditor's name and mailing address** **DYLAN CONROY** **20930 VIA AZALEA APT. 3** **BOCA RATON, FL 33428** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.430 4 | **Nonpriority creditor's name and mailing address** **DYLAN ELIE** **10312 CASCADE FALLS CT** **OWINGS MILLS, MD 21117** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.430 5 | **Nonpriority creditor's name and mailing address** **DYLAN HOCHBEIN** **142 GRIMM RD** **SARVER, PA 16055** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.430 6 | **Nonpriority creditor's name and mailing address** **DYLAN MEEKS** **10155 CULPEPPER CT** **ORLANDO, FL 32836** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.430 7 | **Nonpriority creditor's name and mailing address** **DYLAN MEJIA** **3038 BELLE AVE NE** **ROANOKE, VA 24012** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.430<br>8 | **Nonpriority creditor's name and mailing address**<br>**DYLAN RITTER**<br>**13642 BURT ST**<br>**OMAHA, NE 68154-5168** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.430<br>9 | **Nonpriority creditor's name and mailing address**<br>**DYLAN ROWLAND**<br>**3129 N TOUSSAINT PORTAGE RD**<br>**OAK HARBOR, OH 43449** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.431<br>0 | **Nonpriority creditor's name and mailing address**<br>**DYLAN STARCHER**<br>**7637 COON CLUB ROAD**<br>**MEDINA, OH 44256** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.431<br>1 | **Nonpriority creditor's name and mailing address**<br>**DYLAN STEARNS**<br>**149 NW 108TH WAY**<br>**PLANTATION, FL 33324** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.431<br>2 | **Nonpriority creditor's name and mailing address**<br>**DYLAN WEARS**<br>**60 N LANCASTER**<br>**ATHENS, OH 45701** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.431<br>3 | **Nonpriority creditor's name and mailing address**<br>**Dymon Joyner**<br>**3166 Petre Rd.**<br>**Apt. 202**<br>**Chesapeake, VA 23325** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.431<br>4 | **Nonpriority creditor's name and mailing address**<br>**DYMON JOYNER**<br>**3166 PETRE ROAD**<br>**APARTMENT 202**<br>**CHESAPEAKE, VA 23325** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.431 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DYNESHIA HOUSE**
**2621 EASOM CIRCLE**
**ARLINGTON, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DYONSIA WYCHE**
**213 NW 6TH AVE**
**DANIA, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DYSTANY LAUDERDALE**
**4513 NORTH ROGERS AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**E.B. CARTER**
**7011 SOUTH KIMBARK AVENUE**
**CHICAGO, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $413.00 |
|---|---|---|---|

**E.R. STAT INC**
**PO BOX 161225**
**ORLANDO, FL 32891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6638**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eano Brin**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,095.00 |
|---|---|---|---|

**EAR NOSE AND THROAT ASSOCIATES**
**7900 Glades Rd, Ste 340**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3120**

Is the claim subject to offset? ■ No ☐ Yes

| 3.432 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EARL KELLEY**
**3528 ELMORA AVE**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EARL KELLEY**
**3528 ELMORA AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EARL WILLIAMS**
**2848 SW 83RD AVE**
**HOLLYWOOD, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EARLEAN MCFADDEN**
**1089 NORTH SUMMIT AVE**
**APT 8**
**PASADENA, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EARLENE ISAAC**
**14040 BISCAYNE BLVD.**
**N MIAMI, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**EAST COAST PATHOLOGY ASSOC**
**PO BOX 5040**
**HIALEAH, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3634**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.00 |
|---|---|---|---|

**EAST FL BEHAVIORAL HLTH NETWK**
**PO BOX 741623**
**202**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2130**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432<br>9 | **Nonpriority creditor's name and mailing address**<br>**EAST FL PRIMARY CARE LLC**<br>**PO BOX 405891**<br>**SUNRISE, FL 33323** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$462.54** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number  **1205** | Basis for the claim: _ <br><br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.433<br>0 | **Nonpriority creditor's name and mailing address**<br>**Eastside Hospitalist, Inc.**<br>**3501 Johnson St.**<br>**Hollywood, FL 33021-5421** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,247.34** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433<br>1 | **Nonpriority creditor's name and mailing address**<br>**EBELE ORANUBA**<br>**24 LILY POND COURT**<br>**ROCKVILLE, MD 20852** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433<br>2 | **Nonpriority creditor's name and mailing address**<br>**EBENEZER DUAH**<br>**25 MCNAUGHTON STREET**<br>**AKRON, OH 44305** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433<br>3 | **Nonpriority creditor's name and mailing address**<br>**EBENEZER SUAH**<br>**25 MCNAUGHTON STREET**<br>**AKRON, OH 44305** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433<br>4 | **Nonpriority creditor's name and mailing address**<br>**EBERARDO GUIERREZ**<br>**8395 HOMER STREET**<br>**DETROIT, MI 48209** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433<br>5 | **Nonpriority creditor's name and mailing address**<br>**EBERE OKOROM**<br>**7920 DUNHILL VILLAGE CIR**<br>**BOWIE, MD 20715** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ <br>Last 4 digits of account number _ | Basis for the claim: _ <br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Ebin Bastola**<br>**1160 Brookview Dr.**<br>**Apt. 31**<br>**Toledo, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **EBIN BASTOLA**<br>**1233 OAK HILL CT APT 227**<br>**TOLEDO, OH 43614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **EBONEY HYSON**<br>**913 ALLENDALE ST**<br>**BALTIMORE, MD 21229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.433 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **EBONI HALL**<br>**8734 WINDING CREEK WAY**<br>**PICKERINGTON, OH 43147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **EBONI SMITH**<br>**648 CARVER TERRACE**<br>**AIKEN, SC 29801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **EBONI THOMPSON**<br>**5406 FREDERICK AVE**<br>**BALTIMORE, MD 21206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **EBONI THOMPSON**<br>**5406 FREDERICK AVE**<br>**BALTIMORE, MD 21229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBONIE JACKSON**
**1915 WOODHAVEN CIRCLE**
**#106**
**ROCKLEDGE, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBONY EVANS**
**535 W 125TH**
**CHICAGO, IL 60628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBONY MOORE**
**3821 SW 31 DRIVE**
**WEST PARK, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBONY RAGLIN**
**5529 STRATTON DRIVE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBONY WILLIAMS**
**526 CHELTENHAM AVE SE**
**PALM BAY, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBUBE CHKWUKA-EZE**
**9443 BALLARD GREEN DRIVE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EBUNOLUWA ADEDEJI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**EBUNOLUWA ONI**
**1222 KINGS TRACE DR**
**BOWIE, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**EBUNOLUWA ONI**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 2 | **Nonpriority creditor's name and mailing address** | $8.58 |

**ECG Consultants of Bethesda, LLC**
**2815 S. Seacrest Blvd.**
**Boynton Beach, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**EDDY MOISE**
**301 NW 19TH STREET**
**POMPANO BEACH, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**EDDY NODARSE**
**19365 NW 54 COURT**
**MAIMI GARDENS, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**EDEN ADELSON**
**6407 SAND PEBBLE AVE**
**TEMPLE TERRACE, FL 33637-5649**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.435 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**EDEN MUNROE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.435 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EDEN TORWELL**
**3736 CAPULET TER**
**SILVER SPRING, MD 20906-2644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.435 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Eden Trowell**
**3736 Capulet Ter**
**Silver Spring, MD 20906-2644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EDGAR CISNERO**
**301 PATSY AVE**
**GLEN BURNIE, MD 21060-7220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EDGARD APARICIO**
**8007 NW 74TH TERRACE**
**TAMARAC, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $901.89 |
|---|---|---|---|

**Edgepark Surgical**
**1810 Summit Commerce Park**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**EDISON CABRERA**
**855 BURLINGTON STREET**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $159.00 |
|---|---|---|---|

**Edith C. Sella, MD**
**1500 E Medical Center Dr.**
**Spc 5582**
**Ann Arbor, MI 48109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6886**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.436 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDITH JULMISSE**
**16961 NE 5TH CT**
**NORTH MIAMI BEACH, FL 33162-3969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDMUND ESSANDOH**
**593 BROWN ST.**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDOGHOGHO UGIAGBE**
**6 VIRUNGA CT, WINDSOR MILL**
**APT.A**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDSON OLADIMEJI**
**8608 BRAMBLE LN APT 103**
**RANDALLSTOWN, MD 21133-6119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDSON SINK**
**12340 S RIVER RD**
**GRAND RAPIDS, OH 43522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDUARDA SALESDESOUZA**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDUARDO ALVARADO**
**1005 EL TRIUMFO STREET**
**DALLAS, TX 75212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.437 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO BONILLA**
**5435 NW 121 AVE**
**CORAL SPRINGS, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eduardo Carrasquillo**
**5541 Old Guard Crescent**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO CARRASQUILLO**
**5541 OLD GUARD CRESCENT**
**VIRGINIA BEACH, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO GONZALEZ**
**581 EAST SEMINOLE AVENUE**
**LABELLE, FL 33935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO HERRERA**
**1319 LEWIS DRIVE**
**GARLAND, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO KING**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO REYES**
**19221 SW 376 TERRACE**
**FLAMINGO LODGE, FL 33034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eduardo Rodriguez Macrillante**
1728 Secor Rd.
Apt. G
Toledo, OH 43607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDUARDO RODRIGUEZ MACRILLANTE**
1728 SECOR RD APT F
TOLEDO, OH 43607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD ATUAHENE**
676 E BUCHTEL AVENUE
AKRON, OH 44304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD BRUNOT**
608 RIDGECREST RD
AKRON, OH 44303

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD CHMIELOWICZ**
2109 MAYPORT DR
TOLEDO, OH 43611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD DAVIS**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD DICK**
16038 SW 62 STREET
MIAMI, FL 33193

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.00 |

**EDWARD ECKERT**
**2345 W HILLSBORO BLVD**
**#105**
**DEERFIELD BEACH, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2569

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDWARD ISIDORE**
**1550 NW 135 STREET**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDWENE MERTIL**
**914 SW 20TH CT DELRAY BEACH**
**DELRAY BEACH, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDWIN ASIRIFI**
**707 CARNEGIE AVENUE**
**AKRON, OH 44314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDWIN BONILLA**
**10320 NW 8TH ST**
**PEMBROKE PINES, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDWIN BREW**
**23332 ROBIN SONG DR**
**CLARKSBURG, MD 20871-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EDWIN CAMPOS**
**745 EMERALD LAKE DRIVE**
**APARTMENT 202**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.439 2**

**Nonpriority creditor's name and mailing address**
**EDWIN DERICO**
**3760 NW 78TH LANE**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 3**

**Nonpriority creditor's name and mailing address**
**EDWIN GORDON**
**5028 YELLOWWOOD AVE.**
**BALTIMORE, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 4**

**Nonpriority creditor's name and mailing address**
**EDWIN MCFARLANE**
**3129 NW 23RD AVENUE**
**MIAMI, FL 33142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 5**

**Nonpriority creditor's name and mailing address**
**EDWIN MCGRIFF**
**2817 NW 9TH ST**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 6**

**Nonpriority creditor's name and mailing address**
**EDWINA DORBOR**
**17534 96TH AVE N**
**MAPLE GROVE, MN 55311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 7**

**Nonpriority creditor's name and mailing address**
**EDWINA DORBOR**
**17534 96TH AVE N**
**MAPLE GROVE, MN 55311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 8**

**Nonpriority creditor's name and mailing address**
**EDWINA MERTIL**
**914 SW 20 CT**
**DELRAY BEACH, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.439 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,901.37** |

**EELIT**
27500 Detroit Rd.
Ste. 202
Westlake, OH 44145-5913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**EFFANIE SIMON**
3708 BARTWOOD RD
BALTIMORE, MD 21215-2710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**EGIDIA IZOBA**
5779 ARBORWOOD COURT
COLUMBUS, OH 43229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**EHIJELE UBUANE**
4317 GLENMORE AVENUE
BALTIMORE, MD 21206-1920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**EHIJELE UBUANE**
4317 GLENMORE AVENUE
BALTIMORE, MD 21206-1920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**EHSAN RAEE**
581 E. BUCHTEL ST.
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**EHSAN RAEE**
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EHSAN SABBAR**
**1274 OAK HILL CT APT. 260**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.440 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EHSAN SAEIDPOUR PARIZY**
**30 SEVERANCE CIR APT 503**
**CLEVELAND HEIGHTS, OH 44118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.440 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Eid Wilkins**
**7069 Quail Lakes Dr.**
**Holland, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.440 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EILEEN HERMAN**
**1744 LARKSPUR DR**
**LYNDHURST, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.441 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EILIDH DAUGHERTY**
**9535 STATE ROUTE 64**
**SWANTON, OH 43558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.441 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EJIRO AFOKOGHENE**
**17299 NORLAND WAY**
**SHREWSBURY, PA 17361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.441 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**EJIRO ESEMITODJE**
**1409 BEARDSLEY STREET**
**AKRON, OH 44301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.441 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EKA KRISNA SANTOSO**
**401 S. MAIN STREET**
**109A**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.42 |
|---|---|---|---|

**EKG & Echo Readers, Inc.**
**8201 W. Broward Blvd.**
**Fort Lauderdale, FL 33324-2701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EKUNDAYO OLUMIDE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,475.56 |
|---|---|---|---|

**EL MIRADOR SURGERY CENTER**
**1180 NORTH INDIAN CANYON DRIVE**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9978

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.441 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**El Tashik Faruq**
**15430 Norwalk Ct**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EL TASHIK FARUQ**
**15430 NORWALK CT**
**BOWIE, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELAHEH DORARI**
**877A ROCKY BROOK DR**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELAHEH DORARI**
**553 E BUCHTEL AVE**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.442 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELAIME IRIAS**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.442 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELAINA ILER**
**4154 MEADOWBROOK DRIVE**
**LEAVITTSBURG, OH 44430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.442 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELAINE CHASE**
**266 MCMILLAN RD**
**GROSSE POINTE F, MI 48236-3456**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.442 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELAINE SAMEDY**
**2843 FILLMORE STREET**
**HOLLYWOOD, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.442 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELANNA NELLIS**
**304A DALEY**
**2500 WEST NORTH AVENUE**
**JOPPA, MD 21085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.442 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ELANNA NELLIS**
**304A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.442 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ELAYZHA STAFFORD**
**7610 BLANDING BLVD**
**JACKSONVILLE, FL 32244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 8 | **Nonpriority creditor's name and mailing address** | $350.00 |

**ELDA F GUERRA MD**
**3011 W FLAGLER ST**
**MIAMI, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number **5173**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.442 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Eleanor Cook**
**3725 Lincolnshire Woods Rd.**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.443 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ELEANOR WEBB**
**3706 FAIRVIEW AVE. APT. 1**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.443 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ELENA LEWISS RABI**
**1006 EAST LAKE AVENUE**
**TAMPA, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.443 2 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ELENA PADILLA SUNSERI**
**530 VALENCIA AVE UNIT 1**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.443 3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ELENA SILANTYEVA**
**475 CENTER AVE, APT. 5**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.443<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELENA SILANTYEVA**
**503 VINE ST.**
**APT. 304**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELENA STACHEW**
**8308 LAKE AVENUE**
**CLEVELAND, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELENA TRAMPEVSKA**
**8477 LUTZ AVE NW**
**CLINTON, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELEXEA AURILIO**
**2245 UNIVERSITY HILLS BLVD**
**APT B304**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELEXIA CARMONA**
**5913 QUIET MEADOW**
**PASADENA, TX 77505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELEXIS EVANS**
**19165 ROBSON STREET**
**DETROIT, MI 48235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELGAR WILLIAM**
**100 NW 74TH ST**
**APT A**
**EL PORTAL, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elham Ghaderian**
**1059 Amanda Cir.**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELHAM GHADERIAN**
**1059 AMANDA CIR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELHAM MALEKZADEH**
**430 SUMNER ST.**
**APT.202**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELHAM PAZOUKI**
**590 E BUCHTEL AVE. APT 47**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELI HARPER**
**9142 MARLOVE OAKS LANE**
**OWINGS MILLS, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIAH LUX**
**728 PINE VALLEY LN APT 201**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIANA ARIAS-NAVAS**
**4720 SHERIDAN STREET**
**UNIT #2**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.444 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIANA ESPINOSA**
**6065 NW 186 ST. #108**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elias Bassil**
**164 Chesterfield Ln**
**Apt. 7**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIAS BASSIL**
**1116 BERNATH PKWY**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $982.04 |
|---|---|---|---|

**Elias Dermatology**
**4610 N. Federal Hwy**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elias Johnson**
**730 Church Ln**
**Lansdowne, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIAS JOHNSON**
**730 CHURCH LANE**
**YEADON, PA 19050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIAS MAJOR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIAS QUINONES**
**8609 N 15TH ST.**
**TAMPA, FL 33604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.445 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIE JEAN-BAPTISTE**
**2300 PIERCE STREET**
**APT. 19**
**HOLLYWOOD, FL 33020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.445 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIER FLORES**
**7 ELIZABETH ST**
**MILFORD, DE 19963-2321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.445 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIESE LACOURT**
**8605 PLEASANT MEADOWS DR NE**
**ROCKFORD, MI 49341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.445 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIJAH ABENTH**
**302B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.446 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elijah Burton**
**1340 Linwood Ave.**
**Columbus, OH 43206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.446 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIJAH CHRISTMAS**
**5407 HACKNEY ROAD**
**CHESTERFIELD, VA 23234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.446 2 | **Nonpriority creditor's name and mailing address** **ELIJAH DUNCAN** **5340 E. ROSEDALE ST. APT 624** **FORT WORTH, TX 76105** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 3 | **Nonpriority creditor's name and mailing address** **Elijah Henderson** **3206 Spanish Trail** **Apt. 10** **Atlanta, GA 30344** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 4 | **Nonpriority creditor's name and mailing address** **ELIJAH HENDERSON** **3206 SPANISH TRAIL** **APT. 10** **EAST POINT, GA 30344** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 5 | **Nonpriority creditor's name and mailing address** **ELIJAH JOHNSON** **1222 WHITE AVE** **FREMONT, OH 43420** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 6 | **Nonpriority creditor's name and mailing address** **Elijah Roman** **18125 Summerlin Dr.** **Hagerstown, MD 21740** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 7 | **Nonpriority creditor's name and mailing address** **ELIJAH ROMAN** **18125 SUMMERLIN DRIVE** **HAGERSTOWN, MD 21740** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 8 | **Nonpriority creditor's name and mailing address** **ELIJAH ROMAN** **18125 SUMMERLIN DRIVE** **HAGERSTOWN, MD 21740** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|----------------|------------|--|
| | Name | | |

---

**3.4469**

Nonpriority creditor's name and mailing address
**ELIJAH SKAGGS**
**498 KROFT STREET**
**GALION, OH 44833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.4470**

Nonpriority creditor's name and mailing address
**ELIJAH STALEY**
**4700 WEST VILLAGE XING APT 5329**
**SMYRNA, GA 30080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4471**

Nonpriority creditor's name and mailing address
**ELIJAH WILLIAMS**
**7108 LANSDALE ST**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4472**

Nonpriority creditor's name and mailing address
**ELIJAH WILLIAMS**
**7108 LANSDALE ST**
**DISTRICT HEIGHTS, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4473**

Nonpriority creditor's name and mailing address
**ELIN FLEMING**
**18 HAVEN CT**
**NYACK, NY 10960-1933**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4474**

Nonpriority creditor's name and mailing address
**ELINA ROJAS**
**11799 SW 27 ST**
**MIAMI, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4475**

Nonpriority creditor's name and mailing address
**Elisa Bertoni**
**8320 NW 33 Terrace**
**Miami, FL 33122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.447 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ELISA BERTONI**
**8320 NW 33 TERRACE**
**DORAL, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ELISE GRUM**
**8626 PEPPER RIDGE CIRCLE**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ELISE HELMBRECHT**
**806 CALLISTA CAY LOOP**
**TARPON SPRINGS, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Elisha Dale**
**705 Carroll St.**
**Akron, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ELISHA DALE**
**1706 24TH STREET NW**
**CANTON, OH 44709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ELISHA THOMAS**
**6151 EAST EMPIRE AVENUE**
**BENTON HARBOR, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ELISHA WESTON**
**500 NE 30TH CT**
**PAMPANO BEACH, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**3.448 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,544.89** |
| --- | --- | --- |
| **Elite Imaging, LLC**<br>**2999 NE 191st St, Suite 103**<br>**Miami, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.448 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |
| **ELIZABETH AVILA**<br>**2535 BERDAN AVE.**<br>**TOLEDO, OH 43613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.448 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |
| **Elizabeth Bair**<br>**5573 Reef Rd**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.448 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |
| **ELIZABETH BAIR**<br>**5573 REEF ROAD**<br>**MENTOR, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.448 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |
| **ELIZABETH BREEN**<br>**2104 CRESTDALE DRIVE**<br>**STOW, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.448 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |
| **ELIZABETH CORONADO**<br>**11286 NW 43RD TER**<br>**DORAL, FL 33178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.448 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |
| **ELIZABETH FLINNER**<br>**4189 RICHVILLE DR SW**<br>**CANTON, OH 44706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ELIZABETH GRABER**
**207 E PARKLANE AVE**
**P.O. BOX 424**
**BRADNER, OH 43406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ELIZABETH HERNANDEZ**
**7780 NW 169TH TERRACE**
**MIAMI LAKES, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ELIZABETH HERNANDEZ**
**160 W 63 ST**
**HIALEAH, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ELIZABETH HICKS**
**3807 OFFUTT RD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ELIZABETH HICKS**
**3807 OFFUTT RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elizabeth Jones**
**374 Winnow Dr**
**Clayton, DE 19938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ELIZABETH JONES**
**374 WINNOW DRIVE**
**CLAYTON, DE 19938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.449 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH KELLER**
**1847 EDWARDS DRIVE**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH LAMPORT**
**430 SUSSEX COURT**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH LAMPORT**
**430 SUSSEX COURT**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH MCDONALD**
**180 EAST DANIA BEACH BLVD**
**APARTMENT 420**
**DANIA BEACH, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH MCDONALD**
**3539 S FEDERAL HIGHWAY**
**APARTMENT E**
**BOYNTON BEACH, FL 33435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH MISHLER**
**524 DEFIANCE XING**
**DEFIANCE, OH 43512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH MITCHELL**
**2828 OLD HICKORY BLVD. APT. 220**
**NASHVILLE, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH MITCHELL**
**10250 LAKE ROAD**
**OTISVILLE, MI 48463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.450 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH MOLLA**
**1949 STABLER ROAD**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH MOLLA**
**2082 STABLER ROAD**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH MOSIER**
**2052 FOX CHASE**
**AUSTINTOWN, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH NORLANDER**
**3290 CAMINO CORONADO**
**CARLSBAD, CA 92009-9313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH OLUSOLA**
**3712 BRICE RUN RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH OVIAWE**
**1 POMONA WEST, APT. #9**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH OVIAWE**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH PEREZ**
**1855 W 60TH ST APT 346**
**APT 346**
**HIALEAH, FL 33012-8923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH RAMIREZ**
**17830 NW 81 AV**
**MIAMI, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH RAZZOOG**
**17864 W STATE ROUTE 105**
**ELMORE, OH 43416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH SEDIO**
**1 WALNUT TRAIL**
**OLMSTED TOWNSHIP, OH 44138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabeth Sutter**
**2911 Touby Rd.**
**Mansfield, OH 44903-9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ELIZABETH VIELOT**
**1641 SW 98TH AVE**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELIZABETH WIRTH**
**2535 BERDAN AVE**
**TOLEDO, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.451 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELIZAVYETA DMITRIEVA**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.452 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELLA TREPASHKO**
**1030 ARBOR LANE**
**GLENVIEW, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.452 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELLEN MARTINEZ**
**707 YORK RD APT 3216**
**TOWSON, MD 21204-2878**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.452 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELLI-ANNA SILVA**
**115 ANTIQUERA AVE. #2**
**CORAL GABLES, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.452 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELLIOTT A STEIN MD PA**
**21110 Biscayne Blvd., Ste 404**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **0489**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$892.00

---

| 3.452 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELLIOTT CLAY**
**112 MENARD PL**
**THIBODAUX, LA 70301-3548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.452 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ELLIOTT GRAYSON**<br>**302 COUNTRY CLUB ACRES**<br>**SHELBY, NC 28150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.452 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ELLIOTT KIRBY**<br>**3450 ROUGH AND READY ROAD**<br>**NEW CONCORD, OH 43762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.452 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ELLIOTT WILSON**<br>**9549 S. RICHMOND AVE**<br>**CHICAGO, IL 60805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.452 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ELLIS STEWART**<br>**7575 FRANKFORD ROAD, APT 1816**<br>**DALLAS, TX 75252-6472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.452 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ELMER ARGUETA**<br>**7629 ANSON CIRCLE DRIVE**<br>**DALLAS, TX 75235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.453 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ELMER ARGUETA**<br>**7629 ANSON CIRCLE DRIVE**<br>**DALLAS, TX 75235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.453 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Elmer Carrera**<br>**7629 Anson Circle Dr.**<br>**Dallas, TX 75235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.453 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elmer Carrera**
**7629 Anson Circle Dr.**
**Dallas, TX 75235**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELOHCIN MARBLEY**
**1987 TWINSBURG ROAD**
**TWINSBURG, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELOISE ANDERSON**
**3101 N W 164 STREET**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELOISE ANDERSON**
**N W 164 STREET**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELRONDO COLSON**
**5890 BENTWOOD DR**
**MIDDLETOWN, OH 45042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ELSA PETERSON**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.00 |
|---|---|---|---|

**Elsa Velazquez, MD**
**75 Francis St**
**Boston, MA 02115**

Date(s) debt was incurred _

Last 4 digits of account number  6874

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**
**ELVIRA LOZANO**
**1719 MANOR GARDEN CURVE**
**GREENVILLE, TX 75401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.454 0**

**Nonpriority creditor's name and mailing address**
**ELVIS ANDREWS**
**C/O TEJEAN MARTIESEN**
**204 EAST JOPPA ROAD**
**TOWSON, MD 21286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.454 1**

**Nonpriority creditor's name and mailing address**
**Elwin Ready**
**2813 Hackney Ln**
**Waldorf, MD 20602-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.454 2**

**Nonpriority creditor's name and mailing address**
**Elwin Ready**
**2813 Hackney Ln**
**Waldorf, MD 20602-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.454 3**

**Nonpriority creditor's name and mailing address**
**ELWIN READY**
**2813 HACKNEY LN**
**WALDORF, MD 20602-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.454 4**

**Nonpriority creditor's name and mailing address**
**ELYA KARSNER**
**900 HARVIELAND RD**
**FRANKFORT, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.454 5**

**Nonpriority creditor's name and mailing address**
**ELYSA GALLOWAY**
**2269 NE 31 STREET**
**LIGHT HOUSE POINT, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

---

**3.454 6**

**Nonpriority creditor's name and mailing address**

**ELYSHA WALKER**
**1405 NE OAK LANE DRIVE**
**JENSON BEACH, FL 34957**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.454 7**

**Nonpriority creditor's name and mailing address**

**ELYSHA WALKER**
**2661 CENTER COURT DRIVE**
**WESTON, FL 33332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.454 8**

**Nonpriority creditor's name and mailing address**

**Eman Abu Alhana**
**5758 Fox Pointe Dr.**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.454 9**

**Nonpriority creditor's name and mailing address**

**EMANUEL BROWN**
**1811 TRENLEIGH RD**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.455 0**

**Nonpriority creditor's name and mailing address**

**Emanuel Jones**
**3903 Clarks Ln**
**Apt. C**
**Baltimore, MD 21215-2636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.455 1**

**Nonpriority creditor's name and mailing address**

**EMANUEL JONES**
**3903 CLARKS LN APT C**
**BALTIMORE, MD 21215-2636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.455 2**

**Nonpriority creditor's name and mailing address**

**EMANUEL MORGAN**
**3150 LA COSTA CIR**
**NAPLES, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.455 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMANUEL YISREAL**
**2220 WHITE OWL WAY**
**SUITLAND, MD 20746-1053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMBER MOOTHART**
**1413 WESTSHORE DR**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EmbroidMe / Fully Promoted**
**3683 Clague Rd.**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMELY CUELLAR**
**507B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,201.00** |
|---|---|---|---|

**EMER PHY SOLUTIONS OF S FL LLC**
**PO BOX 80216**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1618**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.51** |
|---|---|---|---|

**Emergency Department Physicians, PC**
**307 S. Evergreen Ave.**
**Woodbury, NJ 08096-2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$946.20** |
|---|---|---|---|

**Emergency Med Physicians Cuyah**
**525 E. Market St**
**Akron, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1360**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $416.00 |
|---|---|---|---|

**Emergency Phys of Central FL, LLP**
1414 Kuhl Ave.
Orlando, FL 32806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $772.00 |
|---|---|---|---|

**Emergency Physicians NW OH At**
2142 N. Cove Blvd
Toledo, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,184.46 |
|---|---|---|---|

**Emergency Physicians of Northwest**
PO Box 638133
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Emergency Physicians of NW Ohio**
PO Box 638133
Cincinnati, OH 45263-8133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,939.93 |
|---|---|---|---|

**Emergency Physicians of Tidewater**
4092 Foxwood Dr.
Suite 101
Virginia Beach, VA 23462-5225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $679.81 |
|---|---|---|---|

**Emergency Services, Inc.**
2323 W 5th Ave., Suite 225
Columbus, OH 43204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMERLYN BEASLEY**
3419 GORNEY PL
TOLEDO, OH 43608-1242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,430.00 |
|---|---|---|---|

**EMES PROFESSIONAL ASSOCIATES P**
46 Jackson DRive
Cranford, NJ 07016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8791**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.86 |
|---|---|---|---|

**EMH Regional Medical**
1997 Healthway Dr.
Avon, OH 44011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMI MITOMI**
158 CHESTERFIELD LN APT 8
MAUMEE, OH 43537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMIL HORST**
2281 CARRIAGE DR
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILE PALMER**
1541 PENTRIDGE RD
BALTIMORE, MD 21239-4013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILIEN STROH**
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILIO MARRUFO-GONZALEZ**
4651 SW 100 AVENUE
MIAMI, FL 33165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|--------------------------------------|------------------------|
| | Name | |

---

**3.457 4**

Nonpriority creditor's name and mailing address

**EMILIO RIVERA**
**16121 BEAR BAYOU DR TRLR 26**
**CHANNELVIEW, TX 77530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457 5**

Nonpriority creditor's name and mailing address

**EMILY ABRAHAM**
**2747 COUNTY ROAD 11**
**BELLEFONTAINE, OH 43311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457 6**

Nonpriority creditor's name and mailing address

**EMILY AMORE**
**138 S 35TH STREET**
**NEWARK, OH 43055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457 7**

Nonpriority creditor's name and mailing address

**EMILY BISHOP**
**1345 TONAWANDA AVE**
**AKRON, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457 8**

Nonpriority creditor's name and mailing address

**EMILY BURGLASS**
**530 HECTOR AVE**
**METAIRIE, LA 70005-4414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.457 9**

Nonpriority creditor's name and mailing address

**EMILY CHRISTOPHERSEN**
**211 SYLVAN DR**
**NOBLESVILLE, IN 46060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.458 0**

Nonpriority creditor's name and mailing address

**EMILY COUTO**
**2901 KUNTZ RD**
**BALTIMORE, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.458 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY CUMMINGS**
**4286 MONROE ST APT 3**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY CUPRYS**
**311 JENNINGS RD**
**ROSSFORD, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY DAUGHERTY**
**431 HARVEST DRIVE**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY DE YOUNG**
**696 N STEWART LN**
**RISING FAWN, GA 30378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY ELKINS**
**1713 BANNING ROAD**
**NORFOLK, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY FENN**
**8727 VALLEY VIEW ROAD**
**MACEDONIA, OH 44056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMILY HALE**
**500 OVERLOOK DRIVE**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.458 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EMILY HARRIS**
**26200 ROCK STREET**
**COOLVILLE, OH 45723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EMILY HORST**
**2281 CARRIAGE DR**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EMILY HRUSKA**
**467 OAKRIDGE DRIVE**
**BOARDMAN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.00 |

**Emily Khansari, FNP**
**4058 Franklin Rd.**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7115**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EMILY LATIMER**
**217 MANN DRIVE**
**CHESAPEAKE, VA 23322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EMILY LAWS**
**955 WEST ST. CLAIR AVENUE**
**APT. 1416**
**CLEVELAND, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**EMILY MALY**
**2113 ORCHARD LAKES PL APT 21**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459
5**

**Nonpriority creditor's name and mailing address**

**EMILY MANFREDY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459
6**

**Nonpriority creditor's name and mailing address**

**Emily Matousek**
**6984 SW 39th St.**
**H106**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459
7**

**Nonpriority creditor's name and mailing address**

**EMILY MATOUSEK**
**3881 W STATE ROAD 84**
**303**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459
8**

**Nonpriority creditor's name and mailing address**

**EMILY MATOUSEK**
**6984 SW 39TH STREET**
**H106**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.459
9**

**Nonpriority creditor's name and mailing address**

**EMILY MILLER**
**9411 WEST CENTER STREET**
**PO BOX 233**
**WINDHAM, OH 44288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460
0**

**Nonpriority creditor's name and mailing address**

**EMILY MOTOUSEK**
**6984 SW 39TH STREET**
**H106**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460
1**

**Nonpriority creditor's name and mailing address**

**EMILY O'NEIL**
**9337 IVAN PLACE**
**MENTOR, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.460 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY PETIT**
**5104 TAYLOR ROAD**
**ATWATER, OH 44201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY PHILPOT**
**7158 SHILOH ROAD**
**GOSHEN, OH 45122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY PICKLE**
**3232 DELLWOOD AVE NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY PRADO**
**18500 NW 62ND AVE**
**HIALEAH, FL 33015-8205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY PROVENZALE**
**369 OAKES RD**
**BROADVIEW HEIGH, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY RANDAZZO**
**1713 HARMON STREET**
**APARTMENT 102**
**NORFOLK, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY ROGERS**
**1668 FOXHALL RD**
**BLACKLICK, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY SALOMONE**
195 E MCMILLAN ST APT 205
CINCINNATI, OH 45219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY SALOMONE**
21350 EDGECLIFF DR
EUCLID, OH 44123-1071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY SORRENTI**
6891 COUNTY ROAD 37
MANSFIELD, OH 44904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY SORRENTI**
1370 LEXINGTON-ONTARIO ROAD
MANSFIELD, OH 44903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY SUDHAKAR**
1127 PINE VALLEY LN APT 203
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY SYRJALA**
932 17TH AVENUE EAST
SEATTLE, WA 98112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**EMILY TAYLOR**
11870 AMISH RIDGE RD
MOUNT PERRY, OH 43760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.461 6 | **Nonpriority creditor's name and mailing address**<br>**EMILY THOMAS**<br>**845 SELKIRK WAY**<br>**PICKERINGTON, OH 43147**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.461 7 | **Nonpriority creditor's name and mailing address**<br>**EMILY TOICH**<br>**737 CAROL LANE**<br>**ELYRIA, OH 44035**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.461 8 | **Nonpriority creditor's name and mailing address**<br>**EMILY TONKINS**<br>**3916 HUNTERS RIDGE WAY**<br>**TITUSVILLE, FL 32796**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.461 9 | **Nonpriority creditor's name and mailing address**<br>**EMILY VANDERMARK**<br>**3059 MAINESVILLE RD W**<br>**JUNCTION CITY, OH 43748-9724**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.462 0 | **Nonpriority creditor's name and mailing address**<br>**EMILY VEALE**<br>**11905 TARRAGON RD APT I**<br>**MIDDLE RIVER, MD 21220**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.462 1 | **Nonpriority creditor's name and mailing address**<br>**EMILY VEALE**<br>**11905 TARRAGON RD APT I**<br>**REISTERSTOWN, MD 21136**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.462 2 | **Nonpriority creditor's name and mailing address**<br>**EMILY WEIGAND**<br>**13991 AQUILLA RD**<br>**BURTON, OH 44021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.462 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY WILLIAMS**
**1261 WEATHERVANE LANE**
**APARTMENT 3D**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY WRIGHT**
**5505 COLISS AVE**
**VIRGINIA BEACH, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY YECKLEY**
**10998 KILE ROAD**
**CHARDON, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Zanin**
**91 Timothy Ave.**
**Cuyahoga Falls, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILY ZANIN**
**91 TIMOTHY AVENUE**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILYROSE GALENSKI**
**6425 COPPERSMITH RD**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emma Barth**
**565 Foliage Lane**
**Springboro, OH 45066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA BARTH**
**565 FOLIAGE LANE**
**SPRINGBORO, OH 45066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA BENE**
**10080 INFIRMARY ROAD**
**MANTUA, OH 44255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA BERGMAN**
**11780 DRESSLER AVE.**
**OAK HARBOR, OH 43449**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA CHINN**
**8640 STATE ROUTE 88**
**RAVENNA, OH 44266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA HEIKKILA**
**3301 COLLEGE AVE**
**FORT LAUDERDALE, FL 33314**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA KING**
**8811 MEADOWCREEK DR**
**CENTERVILLE, OH 45458**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMA KOVACH**
**3811 CIRCLEWOOD COURT**
**CLEVELAND, OH 44126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

EMMA LOVAS
6 DEANA LN
CHELMSFORD, MA 01824-1901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.463 8 |
|---|

**Nonpriority creditor's name and mailing address**

Emma Pierson
7020 Lockwood Blvd.
Youngstown, OH 44512

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.463 9 |
|---|

**Nonpriority creditor's name and mailing address**

EMMA PIERSON
7020 LOCKWOOD BLVD
BOARDMAN, OH 44512

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.464 0 |
|---|

**Nonpriority creditor's name and mailing address**

EMMA REISS
4 BECK STREET
CANAL WINCHESTER, OH 43110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.464 1 |
|---|

**Nonpriority creditor's name and mailing address**

Emma Romine
1888 Woodside Dr.
Marysville, OH 43040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.464 2 |
|---|

**Nonpriority creditor's name and mailing address**

EMMA ROMINE
1888 WOODSIDE DRIVE
MARYSVILLE, OH 43040-9386

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.464 3 |
|---|

**Nonpriority creditor's name and mailing address**

EMMA SAMPSON
55 MADISON ST
MOUNT STERLING, OH 43143

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.464 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **EMMA ZHOU** **1861 BEACON HILL CIR APT 21** **CUYAHOGA FALLS, OH 44221** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **EMMANUEL AJIBOLA** **306B DEDMOND** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **EMMANUEL ALFARO** **2455 W 6TH COURT** **HIALEAH, FL 33010** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **EMMANUEL ARKOH** **676 E BUCTHEL AVE** **AKRON, OH 44304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Emmanuel Ayanjoke** **4023 Hollyhock Ln** **Maumee, OH 43537** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **EMMANUEL AYANJOKE** **4023 HOLLYHOCK LN** **MAUMEE, OH 43537** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.465 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Emmanuel Balraj** **1624 N Gate Rd** **Baltimore, MD 21218** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.465 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL BALRAJ**
**2076 BARCLAY SQUARE, APT. A4**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL BALRAJ**
**1624 NORTH GATE RD.**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL COOK**
**14309 COLONEL CLAGGETT COURT**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL DE LA CURZ NUNEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL FELIX**
**2609 KIRKWOOD PL APT 101**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL FELIX**
**2609 KIRKWOOD PL APT 101**
**HYATTSVILLE, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL HERNANDEZ**
**13133 GREEN VALLEY DRIVE**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL HORTA**
**361 WORTMAN AVE**
**APT. 2E**
**BROOKLYN, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emmanuel Ijeh**
**4509 Doctor Beans Legacy Cir.**
**Bowie, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL MACIAS**
**4212 FLAMINGO WAY**
**MESQUITE, TX 75150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL NKANSAH**
**656 BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL OLANREWAJU**
**10837 LOCKWOOD DR**
**SILVER SPRING, MD 20901-1551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emmanuel Olaseinde**
**5412 Woodway Dr.**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.466 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMMANUEL OLASEINDE**
**5412 WOODWAY DRIVE**
**ALEXANDRIA, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.466 5 | **Nonpriority creditor's name and mailing address**<br>**EMMANUEL OLOJAKPOKE**<br>**8519 DOLAN HEIGHTS CT**<br>**CYPRESS, TX 77433**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.466 6 | **Nonpriority creditor's name and mailing address**<br>**EMMANUEL PEAK**<br>**10313 MARLBORO WOODS DR**<br>**CHELTENHAM, MD 20623-1230**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.466 7 | **Nonpriority creditor's name and mailing address**<br>**EMMANUEL SAYGBAH**<br>**13 VALLEY ARBOR CT, APARTMENT L**<br>**BALTIMORE, MD 21221**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.466 8 | **Nonpriority creditor's name and mailing address**<br>**Emmanuel Talley**<br>**3416 Gaither Rd.**<br>**Windsor Mill, MD 21244-2919**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.466 9 | **Nonpriority creditor's name and mailing address**<br>**EMMANUEL TALLEY**<br>**3416 GAITHER RD**<br>**BALTIMORE, MD 21244-2919**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.467 0 | **Nonpriority creditor's name and mailing address**<br>**EMMAPIERSON**<br>**2801 WOOD DUCK LANE APT 206**<br>**COVENTRY TOWNSHIP, OH 44319**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.467 1 | **Nonpriority creditor's name and mailing address**<br>**EMMBRA NKANSAH**<br>**814 ARTHUR SPRINGS LANE**<br>**NEW CASTLE, DE 19720**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 684 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.467 2**

**Nonpriority creditor's name and mailing address**

**EMP of Cuyahoga**
**7007 Powers Blvd.**
**Cleveland, OH 44129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,453.01**

---

**3.467 3**

**Nonpriority creditor's name and mailing address**

**EMP of Samaritan, PLLC**
**4535 Dressler Rd. NW**
**Canton, OH 44718-2545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39.05**

---

**3.467 4**

**Nonpriority creditor's name and mailing address**

**EMRE EREN**
**2022 ORCHARD LAKES PL APT 22**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.467 5**

**Nonpriority creditor's name and mailing address**

**ENIOLA AKINBILEJE**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.467 6**

**Nonpriority creditor's name and mailing address**

**ENITH LILIANA GARCIA**
**670 20TH AVE NE**
**NAPLES, FL 34120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.467 7**

**Nonpriority creditor's name and mailing address**

**ENMIN WANG**
**1290 CULPEPPER DR.**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.467 8**

**Nonpriority creditor's name and mailing address**

**ENOCH OWUMI**
**18117 IVY LN**
**OLNEY, MD 20832-2009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.467 9 | |

**Nonpriority creditor's name and mailing address**
**ENOLA HARRISON**
**3811 MONUMENT CIR APT 3A**
**BALTIMORE, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.468 0 | |

**Nonpriority creditor's name and mailing address**
**ENOLA HARRISON**
**3811 MONUMENT CIR APT 3A**
**ABINGDON, MD 21009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.468 1 | |

**Nonpriority creditor's name and mailing address**
**ENRUI MA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.468 2 | |

**Nonpriority creditor's name and mailing address**
**ENT AND ALLERGY ASSOCIATES LLP**
**560 White Plains Rd., Ste 500**
**Tarrytown, NY 10591**

Date(s) debt was incurred _

Last 4 digits of account number  8326

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$593.00**

---

| | |
|---|---|
| 3.468 3 | |

**Nonpriority creditor's name and mailing address**
**ENTSF**
**1601 Clint Moore Rd**
**BOCA RATON, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  3120

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,690.00**

---

| | |
|---|---|
| 3.468 4 | |

**Nonpriority creditor's name and mailing address**
**ENYA FORGACI**
**10360 COURTSIDE LN**
**AP D**
**BOCA RATON, FL 33428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.468 5 | |

**Nonpriority creditor's name and mailing address**
**ENZO MIGLIANO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.468<br>6 | Nonpriority creditor's name and mailing address<br>**EPHRAIM SCHECTER**<br>**3109 SZOLD DR**<br>**BALTIMORE, MD 21208-5631** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.468<br>7 | Nonpriority creditor's name and mailing address<br>**EQUUS SANCHEZ**<br>**1910 IVERSON ST**<br>**TEMPLE HILLS, MD 20748** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.468<br>8 | Nonpriority creditor's name and mailing address<br>**ER Doc, Inc.**<br>**1111 Hayes Ave.**<br>**Sandusky, OH 44870** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119.74 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.468<br>9 | Nonpriority creditor's name and mailing address<br>**ER Stat, Inc.**<br>**5000 University Dr.**<br>**Miami, FL 33146** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $222.34 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469<br>0 | Nonpriority creditor's name and mailing address<br>**ERANISHIA CARMENAR**<br>**1121 NORTH 4TH STREET**<br>**SILSBEE, TX 77656** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469<br>1 | Nonpriority creditor's name and mailing address<br>**ERENDIRA JUAREZ**<br>**3446 SAINT BENEDICT**<br>**HOUSTON, TX 77021** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469<br>2 | Nonpriority creditor's name and mailing address<br>**ERFAN AGHARAZI**<br>**590 EAST BUCHTEL AVENUE**<br>**APT 38**<br>**AKRON, OH 44304** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERHAN KIRENCIGIL**
**55 FIR HILL STREET**
**FIR HILL TOWERS  2B-4**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERIC  NELSON**
**303D DEDMOND**
**2500 WEST NORTH AVENUE**
**HYATTSVILLE, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERIC  NELSON**
**303D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERIC ADKINS**
**3739 MAXWELL RD**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERIC ARTHUR**
**8910 GROFFS MILL DRIVE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERIC BATES**
**1509 S. KEDZIE**
**CHICAGO, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ERIC BENTLEY**
**568 EASTLAND AVE**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.470 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC BOBEK**
**10352 FOX HOLLOW CIRCLE**
**TWINSBURG, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC BOORMAN**
**5102 PATRICK HENRY DRIVE**
**BALTIMORE, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC CARABALLO**
**8407 CLARK AVENUE**
**CLEVELAND, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC CARLSON**
**1104 PINE VALLEY LN APT 104**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Dalessandro**
**641 Lyons Rd.**
**Apt. 1106**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC DALESSANDRO**
**641 LYONS ROAD**
**APT.. 11106**
**COCONUT CREEK, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC DARPINI**
**7023 SW 102 COURT**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC DENTLER**
**719 FOXTAIL CIRCLE NE**
**LEESBURG, VA 20176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC HAECKER**
**28175 SOUTHBRIDGE CIR**
**WESTLAKE, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC HARRELL**
**5554 METRO WEST BLVD APT207**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC HERNANDEZ**
**7191 W 24TH AVE UNIT 19**
**HIALEAH, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC HESTER**
**1480 PARK ST**
**CLEARWATER, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC KELLETT**
**8963 SALTCOATS CT**
**DUBLIN, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC KRUMPELBECK**
**5620 WYNNBURNE AVE**
**CINCINNATI, OH 45238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471<br>4 | Nonpriority creditor's name and mailing address<br>**ERIC LEE**<br>**108 NW 51ST ST**<br>**FORT LAUDERDALE, FL 33309**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.471<br>5 | Nonpriority creditor's name and mailing address<br>**ERIC MANIGAULT**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.471<br>6 | Nonpriority creditor's name and mailing address<br>**ERIC MANIGAULT**<br>**P.O BOX 283**<br>**AWENDAW, SC 29429**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.471<br>7 | Nonpriority creditor's name and mailing address<br>**ERIC MCCABE**<br>**7731 MORRIS ROAD**<br>**HILLIARD, OH 43026**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.471<br>8 | Nonpriority creditor's name and mailing address<br>**ERIC MORTON**<br>**P.O.BOX 241**<br>**FORT BELVOIR, VA 22060**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.471<br>9 | Nonpriority creditor's name and mailing address<br>**ERIC MOSS**<br>**1376 NW 214TH TERR**<br>**MIAMI, FL 33169**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.472<br>0 | Nonpriority creditor's name and mailing address<br>**ERIC MURRAY**<br>**1947 N PATTERSON PARK AVE**<br>**BALTIMORE, MD 21213-1507**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.472 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC NELSON**
**303D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$134.00** |
|---|---|---|---|

**Eric P. Byrum, MD**
**10567 Sawmill Pkwy**
**Powell, OH 43065-6667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  6036

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC PARK**
**8840 SCHOOL STREET**
**WINDHAM, OH 44288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC PARRISH**
**17911 TIMBER MIST CT**
**CYPRESS, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC PHILLIPS**
**1654 WOODVILLE RD.**
**MANSFIELD, OH 44903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Richey**
**5021 Beechwood Rd.**
**Cincinnati, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC ROOSE**
**1149 ROLLING MEADOWS RD**
**AKRON, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC ROY**
**13034 LASHMERE CT**
**WOODBRIDGE, VA 22192-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC SCHUPP**
**69 OTTAWA LANDINGS DR APT 303**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC SILVERMAN**
**4430 N HOLLAND SYLVANIA RD.**
**APT. 4339**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC SOTO**
**11875 SW 73RD AVE**
**MIAMI, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC VICTORY**
**450 SPICER STREET APT #2**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC WATTERS**
**1951 NW 7TH AVE**
**MIAMI, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**ERIC WATTS**
**2511 MANIKI DR**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.473<br>5 | **Nonpriority creditor's name and mailing address**<br>**ERIC ZIMMERMAN**<br>**9530 TAYLOR MAY RD**<br>**CHAGRIN FALLS, OH 44023**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.473<br>6 | **Nonpriority creditor's name and mailing address**<br>**ERICA  LOUIS JEAN**<br>**1331 NE 144 ST**<br>**MIAMI, FL 33161**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.473<br>7 | **Nonpriority creditor's name and mailing address**<br>**ERICA BARNES**<br>**2824 MURPHY DRIVE**<br>**LANCASTER, TX 75134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.473<br>8 | **Nonpriority creditor's name and mailing address**<br>**ERICA COLEMAN**<br>**2689 FRANKLIN DRIVE, APT 103**<br>**MESQUITE, TX 75150**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.473<br>9 | **Nonpriority creditor's name and mailing address**<br>**ERICA DULKA**<br>**2089 MAHAN DENMAN ROAD**<br>**BRISTOLVILLE, OH 44402**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.474<br>0 | **Nonpriority creditor's name and mailing address**<br>**ERICA GRICE**<br>**3911 RIDGEWOOD AVE**<br>**BALTIMORE, MD 21215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.474<br>1 | **Nonpriority creditor's name and mailing address**<br>**ERICA JAMES-GROSS**<br>**8221 S RIDGELAND AVE**<br>**CHICAGO, IL 60617**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.474 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA JOHNSON**
**202 VALLEY ROAD**
**SALEM, OH 44460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA JORDAN**
**8339 HIGH BRUSH DRIVE**
**DALLAS, TX 75249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA LOHAN**
**3305 TERESA COURT**
**PERRY, OH 44081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA LOUIS JEAN**
**1331 NE 144 ST**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA MARTIN**
**4200 NORCROSS STREET**
**TEMPLE HILLS, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA PROCTOR**
**2861 NW 174TH STREET**
**MIAMI, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ERICA PROCTOR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.4749**

Nonpriority creditor's name and mailing address

**ERICA SCHRADER**
**7328 KEMPERWOOD CT**
**BLACKLICK, OH 43004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4750**

Nonpriority creditor's name and mailing address

**ERICA SHERIDAN**
**1204 4 SEASONS DR APT 2**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4751**

Nonpriority creditor's name and mailing address

**ERICA SHERIDAN**
**11116 E TRAVERTINE AVE**
**MESA, AZ 85212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4752**

Nonpriority creditor's name and mailing address

**ERICA SHOATS**
**1251 GLENEAGLE ROAD**
**BALTIMORE, MD 21239-2236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4753**

Nonpriority creditor's name and mailing address

**Erica Stoller**
**14731 SW 15th Ct.**
**Hollywood, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4754**

Nonpriority creditor's name and mailing address

**ERICA STOLLER**
**14731 SW 15TH CT.**
**PEMBROKE PINES, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4755**

Nonpriority creditor's name and mailing address

**ERICA TURNER**
**7615 RIVERDALE RD #123**
**NEW CARROLLTON, MD 20784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.475 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERICA WOODSON** | ☐ Contingent | |
| **4170 CANTERBURY DR** | ☐ Unliquidated | |
| **LAMBERTVILLE, MI 48144-9725** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERICK FISHER** | ☐ Contingent | |
| **521 N 51ST ST** | ☐ Unliquidated | |
| **MILWAUKEE, WI 53208-3641** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERICK RIVERA** | ☐ Contingent | |
| **735 FALCON LANE** | ☐ Unliquidated | |
| **ABERDEEN, MD 21001** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERICK TATUM** | ☐ Contingent | |
| **4831 ZEALAND STREET** | ☐ Unliquidated | |
| **DALLAS, TX 75216** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERICKA GEORGE** | ☐ Contingent | |
| **5400 TINKERBELL LANE, APT 1214** | ☐ Unliquidated | |
| **FORT WORTH, TX 76119** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK CROSSMAN** | ☐ Contingent | |
| **203B DEDMOND** | ☐ Unliquidated | |
| **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| **BALTIMORE, MD 21216** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK HALAPIN** | ☐ Contingent | |
| **948 CAROTHERS ARCH** | ☐ Unliquidated | |
| **VIRGINIA BEACH, VA 23464** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK HAMLET** | ☐ Contingent | |
| **1378 HALSTEAD RD** | ☐ Unliquidated | |
| **PARKVILLE, MD 21234-6006** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK LOPINSKI** | ☐ Contingent | |
| **3366 WOODMONT DR** | ☐ Unliquidated | |
| **LAMBERTVILLE, MI 48144** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Erik Mohline** | ☐ Contingent | |
| **1917 Wyndhurst Rd.** | ☐ Unliquidated | |
| **Toledo, OH 43607** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK MOHLINE** | ☐ Contingent | |
| **2306 PARKWOOD AVE** | ☐ Unliquidated | |
| **TOLEDO, OH 43620** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK MOHLINE** | ☐ Contingent | |
| **1917 WYNDHURST RD** | ☐ Unliquidated | |
| **TOLEDO, OH 43607** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK MORENO** | ☐ Contingent | |
| **3764 CORTEZ DRIVE** | ☐ Unliquidated | |
| **DALLAS, TX 75220** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **ERIK REEP** | ☐ Contingent | |
| **304 E LIBERTY ST** | ☐ Unliquidated | |
| **ASHLAND, OH 44805** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA BROLLEY**
**285 NORTH COCONUT LANE**
**MIAMI BEACH, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA CASE**
**7812 WINTER SWEET DRIVE**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA CRAWLEY**
**3440 S COTTAGE GROVE**
**APT. 808**
**CHICAGO, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA EDWARDS**
**2910 NE 10TH AVE**
**POMPANO BEACH, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA HATCH**
**538 DORMAN ROAD**
**CONNEAUT, OH 44030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA HERNANDEZ**
**3679 NW 101 ST,**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ERIKA HIGASHIDE**
**3776 FAIRWAY PARK DR. APT.213**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.477<br>7 | **Nonpriority creditor's name and mailing address**<br>**ERIKA RUFFNER**<br>**49382 STATE ROUTE 303**<br>**OBERLIN, OH 44074**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.477<br>8 | **Nonpriority creditor's name and mailing address**<br>**ERIKA SANCHES DOS REIS**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.477<br>9 | **Nonpriority creditor's name and mailing address**<br>**ERIKA SCHRADE**<br>**5554 ASHBROOK ST**<br>**LOUISVILLE, OH 44641**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.478<br>0 | **Nonpriority creditor's name and mailing address**<br>**ERIKA SHRADE**<br>**5554 ASHBROOK ST**<br>**LOUISVILLE, OH 44641**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.478<br>1 | **Nonpriority creditor's name and mailing address**<br>**ERIKA STAUBLE**<br>**5551 COTTON RUN RD**<br>**TRENTON, OH 45067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.478<br>2 | **Nonpriority creditor's name and mailing address**<br>**ERIKA TAYLOR**<br>**771 PROVIDENCE COURT**<br>**APT 105**<br>**STREETSBORO, OH 44241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.478<br>3 | **Nonpriority creditor's name and mailing address**<br>**ERIKAH JACKSON**<br>**324 WEST ST**<br>**BEREA, OH 44017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.478 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ERIN BABCOCK**<br>**7350 CANTERBURY CT**<br>**LIBERTY TOWNSHIP, OH 45044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.478 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ERIN BUGAY**<br>**2438 2ND ST**<br>**CUYAHOGA FALLS, OH 44221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ERIN BUGAY**<br>**1705 WINDROW LANE**<br>**BROADVIEW HEIGHTS, OH 44147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ERIN CORNELIUSSEN**<br>**2751 MISSENDEN ST NW**<br>**NORTH CANTON, OH 44720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ERIN CORNELIUSSEN**<br>**2751 MISSENDEN ST NW**<br>**NORTH CANTON, OH 44720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ERIN FELVUS**<br>**216 TRAILS END**<br>**AURORA, OH 44202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.00** |
|---|---|---|---|
| | **Erin L. Heuring, MD**<br>**4204 W Sylvania Ave.**<br>**Ste. 100**<br>**Toledo, OH 43623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5452** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERIN LATHAM**
**103 S PORTAGE PATH**
**#3**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERIN SHEEHAN**
**PO BOX 216**
**SAMARIA, MI 48177**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERIN TAYLOR**
**676 LAFAYETTE DRIVE**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERLAN DIAZ**
**3300 NW 102ND ST**
**MIAMI, FL 33147-1532**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERMANINE GUERRIER**
**1110 NE 145TH STREET**
**MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERNEST CARSWELL**
**1300 NW 55TH AVE.**
**CITY OF SUNRISE, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ERNEST METELUS**
**3743 NW 122ND TER**
**FORT LAUDERDALE, FL 33323**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.479 8 | **Nonpriority creditor's name and mailing address**<br>**ERNESTO NAVA**<br>**427 WILDHORSE LANE**<br>**STEPHENVILLE, TX 76402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.479 9 | **Nonpriority creditor's name and mailing address**<br>**ERROL RICHARDSON**<br>**4700 SPRINGWOOD COURT**<br>**LIBERTY TOWNSHIP, OH 45011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.480 0 | **Nonpriority creditor's name and mailing address**<br>**ERVIN MOSLEY**<br>**3484 WEST 52ND STREET**<br>**CLEVELAND, OH 44102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.480 1 | **Nonpriority creditor's name and mailing address**<br>**ERYKAH JEROME**<br>**306B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.480 2 | **Nonpriority creditor's name and mailing address**<br>**ERZHUO ZHANG**<br>**615 SANDUSKY ST**<br>**DELAWARE, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.480 3 | **Nonpriority creditor's name and mailing address**<br>**ESAIAS CHAPMAN**<br>**1652 MOUNT AIRY DRIVE**<br>**WAVERLY HALL, GA 31831-2108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.480 4 | **Nonpriority creditor's name and mailing address**<br>**ESCARLETH PARAJON**<br>**3130 N W 61ST**<br>**MIAMI, FL 33142**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| 3.480 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESDRAS JEAN**
**7526 REX HILL TRL**
**HIAWASSEE, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESHET WODAJO**
**195 WHEELER ST, APT 206A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESMERALDA CALDERON**
**1720 WEBER AVENUE**
**CHESAPEAKE, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESMERALDA CERVANTES**
**14770 LASATER ROAD, APT 173**
**DALLAS, TX 75253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESMERALDA MARTINEZ**
**7836 DASCH STREET**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESNOLD JURE**
**3837 SIMPSON STUART RD**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESPERANCIA DECOSTE**
**140 NW 189TH ST**
**MIAMI GARDENS, FL 33169-4021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.481 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESRAA ALMALKI** | ☐ Contingent | |
| | **3373 PORTRUSH AVENUE** | ☐ Unliquidated | |
| | **HILLIARD, OH 43026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESSENCE BROWNLEE** | ☐ Contingent | |
| | **3621 SW 69TH TERR** | ☐ Unliquidated | |
| | **MIAMI, FL 33025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESSENCE MOODY** | ☐ Contingent | |
| | **5045 WEST MONROE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60644** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESSYNCE MITCHELL** | ☐ Contingent | |
| | **12421 GRUSS AVENUE** | ☐ Unliquidated | |
| | **CLEVELAND, OH 44108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESSYNCE TEMPLETON** | ☐ Contingent | |
| | **4890 DALLAS ST** | ☐ Unliquidated | |
| | **BEAUMONT, TX 77703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESTEFANIA LUNA** | ☐ Contingent | |
| | **350 SE 2ND ST.** | ☐ Unliquidated | |
| | **APT 1080** | ☐ Disputed | |
| | **FORT LAUDERDALE, FL 33301** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **ESTES CUTRER** | ☐ Contingent | |
| | **66 ROTARY WAY** | ☐ Unliquidated | |
| | **APT M** | ☐ Disputed | |
| | **VALLEJO, CA 94591** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER ABATAN**
**2206 OVERTON DRIVE**
**DISTRICT HEIGHTS, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER ADAM**
**420 N.W. 149TH ST**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER BABADE**
**2368 EAST MARKET STREET**
**APT 2A**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER GALLETTA**
**7020 NOVA DR.**
**#102**
**DAVIE, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER GARDUNO**
**9930 MILL VALLEY LN**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER IDAKWOJI**
**308A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTHER IDAKWOJI**
**605A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.482 6 | |

**Nonpriority creditor's name and mailing address**

**ESTHER MBURU**
**3104 CARSKADDON AVE**
**APT 103**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.482 7 | |

**Nonpriority creditor's name and mailing address**

**ESTHER WAMUYU**
**1333 MCCARTNY LANE**
**COLUMBUS, OH 43229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.482 8 | |

**Nonpriority creditor's name and mailing address**

**ETHAN ADAMS**
**8557 CHERRYRIDGE AVE NW**
**CANAL FULTON, OH 44614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.482 9 | |

**Nonpriority creditor's name and mailing address**

**ETHAN FIFE**
**1331 STANWIX DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.483 0 | |

**Nonpriority creditor's name and mailing address**

**ETHAN HAYNES**
**58 EDWARD AVENUE**
**FLORENCE, KY 41042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.483 1 | |

**Nonpriority creditor's name and mailing address**

**ETHAN LANE**
**9510 ISLAND RD**
**GRAFTON, OH 44044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.483 2 | |

**Nonpriority creditor's name and mailing address**

**Ethan Miller**
**245 S Monroe Ave.**
**Columbus, OH 43205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.483 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ETHAN MILLER**
**245 S MONROE AVE**
**COLUMBUS, OH 43205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ETHAN NARIO-REDMOND**
**24911 SOUTH WOODLAND ROAD**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Ethan Peters**
**1361 Grant St.**
**Akron, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ETHAN PETERS**
**1361 GRANT STREET**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ETHAN RANG**
**1992 VALLEY BROOK RD**
**STREETSBORO, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ETHAN SINNING**
**7940 WINDING WAY S**
**TIPP CITY, OH 45371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ETHAN STRAUB**
**22445 LAKE ROAD**
**APT 102B**
**ROCKY RIVER, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ETHAN VANDERMARLIERE**
**121 THIS WAY HOME DRIVE**
**GEORGETOWN, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ETHAN YOUNG**
**3081 SOCIALVILLE FOSTER ROAD**
**MAINEVILLE, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ETHEL VELASQUEZ**
**4858 ORLEANS CT. APT. D**
**WEST PALM BEACH, FL 33415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Etim Isang**
**17299 Norland Way**
**Shrewsbury, PA 17361-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ETIM ISANG**
**17299 NORLAND WAY**
**SHREWSBURY, PA 17361-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ETRAIL TATE**
**1208 SOUTH 11TH STREET**
**TEMPLE, TX 76504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUAN GILL**
**270 EAST EXCHANGE STREET APT 1-308B**
**UNIVERSITY EDGE APARTMENTS**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUAN GILL**
**270 EAST EXCHANGE STREET**
**UNIVERSITY EDGE APARTMENTS**
**APT 1-308B**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUGENE CIZMADIA**
**64739 BATESVILLE ROAD**
**QUAKER CITY, OH 43773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUGENE HARVEY**
**4361 NW 13TH CT**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUGENE KONG**
**3501 HARFORD ROAD**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUGENE WUREH**
**9204 MYRTLE AVE**
**BOWIE, MD 20720-3225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUMAREE BAISDEN**
**2059 BALFOUR CIRCLE**
**TAMPA, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EUNICE EIGBIRE**
**6056 DOUGLAS RD**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.485 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EUNICE JOSE** | ☐ Contingent | |
| **3960 W BROWARD BLVD.** | ☐ Unliquidated | |
| **APT. 316** | ☐ Disputed | |
| **DAVIE, FL 33312** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.485 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EUNICE MEDINA** | ☐ Contingent | |
| **22689 CRESPI ST** | ☐ Unliquidated | |
| **WOODLAND HILLS, CA 91364-1310** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.485 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EUNICE RENE** | ☐ Contingent | |
| **18301 NW 5TH COURT** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33169** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.485 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EUNIQUE BYRD** | ☐ Contingent | |
| **13933 MORGAN STREET** | ☐ Unliquidated | |
| **DADE CITY, FL 33525** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.485 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|
| **EUPHORIC HEALING CENTER LLC** | ☐ Contingent | |
| **1 E. Mellen St** | ☐ Unliquidated | |
| **Hampton, VA 23663** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4268** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.485 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EURIKA GIBBONS** | ☐ Contingent | |
| **1106 NW 15H PLACE** | ☐ Unliquidated | |
| **FORT LAUDERDALE, FL 33311** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.486 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EURIKA GIBBONS** | ☐ Contingent | |
| **1106 NW 15H PLACE** | ☐ Unliquidated | |
| **FORT LAUDERDALE, FL 33311** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.486 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|---|---|---|

**EVALYNE KOGI**
**26 OLD KNIF CT**
**MIDDLE RIVER, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.486 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.00 |
|---------|---|---|---|

**Evan Community Hospital**
**One Hospital Dr.**
**Lewisburg, PA 17837-9350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|---|---|---|

**EVAN ERNST**
**9684 OLD STABLE COURT**
**MASON, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|---|---|---|

**EVAN HALL**
**950 ATLEE DR.**
**HYATTSVILLE, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|---|---|---|

**EVAN HENDERSON**
**9536 PEBBLE GLEN AVENUE**
**TAMPA, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|---|---|---|

**EVAN HESS**
**8923 CANAL PL NW**
**MASSILLON, OH 44647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---------|---|---|---|

**EVAN LACEY**
**10800 BAIRD ROAD**
**AMHERST, OH 44001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.486<br>8 | **Nonpriority creditor's name and mailing address**<br>**EVAN MILES**<br>**85 COLUMBIA ST APT 12A**<br>**NEW YORK, NY 10002-2650** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.486<br>9 | **Nonpriority creditor's name and mailing address**<br>**EVAN PINNEY**<br>**3154 STREETSBORO ROAD**<br>**RICHFIELD, OH 44286** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487<br>0 | **Nonpriority creditor's name and mailing address**<br>**EVAN RICKARDS**<br>**824 DOGWOOD TRL**<br>**MEDINA, OH 44256** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487<br>1 | **Nonpriority creditor's name and mailing address**<br>**Evan Rotar**<br>**315 Portside Cir.**<br>**Apt. 7**<br>**Perrysburg, OH 43551** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487<br>2 | **Nonpriority creditor's name and mailing address**<br>**Evan Rotar**<br>**315 Portside Cir.**<br>**Apt. 7**<br>**Perrysburg, OH 43551** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487<br>3 | **Nonpriority creditor's name and mailing address**<br>**EVAN ROTAR**<br>**315 PORTSIDE CIRCLE APT 7**<br>**PERRYSBURG, OH 43551** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487<br>4 | **Nonpriority creditor's name and mailing address**<br>**EVAN SIMS**<br>**808 FOXBORO LANE**<br>**DALLAS, TX 75241** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVANGELOS MALELIS**
**UNIVERSITY INN**
**16401 NW 37TH AVE**
**MIAMI, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVELYN ARIAS**
**5817 WESLEYAN DRIVE**
**PO BOX A88**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVELYN ARIAS**
**28 E WALNUT STREET**
**STAMFORD, CT 00690-2694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVELYNA ROSARIO**
**35 ISABEL STREET WEST**
**ST. PAUL, MN 55107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.487 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVENS JACQUES**
**491 NW 119TH STREET**
**MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.488 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVGENY GOLOVANOV**
**1756 NORTH BAYSHORE DRIVE**
**APT 15I**
**MIAMI, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.488 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**EVIN MCELWAY**
**3023 WALKER STREET**
**LITTLE ROCK, AR 72204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,864.00 |
|---|---|---|---|

**Evolutions Health Care Systems, Inc**
PO Box 5001
New Port Richey, FL 34653

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.59 |
|---|---|---|---|

**Exagen Diagnostics**
1261 Liberty Way
Suite C
Vista, CA 92081

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXAVIER ELDER**
5134 BONNELL AVENUE
FORT WORTH, TX 76107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.97 |
|---|---|---|---|

**Express Docs, LLC**
14530 S. Military Trail
Suite A1-A5
Delray Beach, FL 33484

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**Express Docs, LLC**
14530 S. Military Trail
Suite A1-A5
Delray Beach, FL 33484

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXSENCE DUHART**
500 SPRUCE TRAIL
FORNEY, TX 75162

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,762.21 |
|---|---|---|---|

**Extreme Sports Medicine Rehab**
14125 NW 80th Ave.
Ste. 203
Hialeah, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih　　Doc 1　　FILED 01/22/19　　ENTERED 01/22/19 14:55:58　　Page 715 of 3613

| 3.4889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EYAD JAARA**
**7411 WHISPERING OAK DR**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.27 |
|---|---|---|---|

**Eye Physicians of Florida**
**1600 Swgrs Corp Pkwy #140**
**Fort Lauderdale, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EYERUS BEHAILU LEGESSE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EZANA KAHSAY**
**457 ALLYN STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EZEKIEL DRENTHE**
**417 BALTIC STREET 2C**
**BROOKLYN, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EZEQUIEL FERNANDEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EZRA DORSEY**
**728 NEW PITTSBURGH AVENUE**
**BALTIMORE, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 6 | Nonpriority creditor's name and mailing address<br>**FABIAN HEINRICH**<br>**16401 NW 37TH AVE.**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.489 7 | Nonpriority creditor's name and mailing address<br>**FABIAN ORTEGA**<br>**1171 NE 116TH STREET**<br>**MIAMI, FL 33162**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.489 8 | Nonpriority creditor's name and mailing address<br>**FABIAN SUNDEN**<br>**313 TORREY ST**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.489 9 | Nonpriority creditor's name and mailing address<br>**FABIAN SUNDEN**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.490 0 | Nonpriority creditor's name and mailing address<br>**FABIANA MOSQUERA**<br>**406 SUMNER STREET, #B10**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.490 1 | Nonpriority creditor's name and mailing address<br>**FABIANNA DIAZ**<br>**15401 NW 37TH AVE**<br>**MIAMI GARDENS, FL 33054-6459**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| 3.490 2 | Nonpriority creditor's name and mailing address<br>**FABIEN CHIZA**<br>**4728 IRIS STREET**<br>**ROCKVILLE, MD 20853**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.490 3 | **Nonpriority creditor's name and mailing address** **FABIOLA NAPOLEON** **7610 NE 1ST CT APT 1** **MIAMI, FL 33138-4904** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.490 4 | **Nonpriority creditor's name and mailing address** **FABIOLA PIERRE** **8300 N.E 1ST PLACE APT# 304** **MIAMI, FL 33138** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.490 5 | **Nonpriority creditor's name and mailing address** **FABRICE BISSAINTHE** **14695 NE 18TH AV APT P4** **MIAMI, FL 33181** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.490 6 | **Nonpriority creditor's name and mailing address** **FABRICE VIRGILE** **6733 SW 20TH STREET** **MIRAMAR, FL 33023** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.490 7 | **Nonpriority creditor's name and mailing address** **FACUNDO TORRES BARSANTI** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.490 8 | **Nonpriority creditor's name and mailing address** **Fadhil Alfadhili** **5906 Firethorne Dr.** **Apt. A** **Toledo, OH 43615** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.490 9 | **Nonpriority creditor's name and mailing address** **FADHIL ALFADHILI** **5906 FIRETHORNE DR. APT. A** **TOLEDO, OH 43615** | **$0.00** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FADI ALNASSER**
**401 S. MAIN STREET, APT. 220B**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.80 |
|---|---|---|---|

**Fairlawn Family Chiropractic**
**2640 W Market St. #101A**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.00 |
|---|---|---|---|

**Fairview Health Services**
**100 S. Owasso Blvd. W**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,639.49 |
|---|---|---|---|

**Fairview Hospital**
**18101 Lorain Ave.**
**Cleveland, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FAISAL ALKHAYAT**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FAISAL ALMUTAIRI**
**1626 FORDEM AVENUE**
**APT 303**
**MADISON, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FAISAL GHAFFUR**
**421 SUMNER STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.491 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAISAL GHAFFUR**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Faith Auad**
**552 Elizabeth Ave.**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAITH AUAD**
**5817 WESLEYAN DRIVE**
**PO BOX A111**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAITH AUAD**
**5522 ELIZABETH AVE.**
**NORFOLK, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAITH BOYER**
**3733 PARKFIELD RD**
**BALTIMORE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAITH EDWARDS**
**506A DALEY**
**2500 WEST NORTH AVENUE**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FAITH EDWARDS**
**506A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.492 4**

**Nonpriority creditor's name and mailing address**

**FAITH HARRISON**
**14874 HAYES ROAD**
**MIDDLEFIELD, OH 44062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.492 5**

**Nonpriority creditor's name and mailing address**

**FAITH IDAKWOJI**
**7527 STONES THROW CT**
**WINDSOR MILL, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.492 6**

**Nonpriority creditor's name and mailing address**

**FAITH IDAKWOJI**
**7527 STONES THROW CT**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.492 7**

**Nonpriority creditor's name and mailing address**

**FAITH NELSON**
**594 BURNT MILL ROAD**
**SURRY, VA 23883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.492 8**

**Nonpriority creditor's name and mailing address**

**FAITH OLIVER**
**3665 MANSFIELD PL**
**WALDORF, MD 20602-1905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.492 9**

**Nonpriority creditor's name and mailing address**

**FAITH PHILLIPS**
**1071 NW 184TH DRIVE**
**MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.493 0**

**Nonpriority creditor's name and mailing address**

**FAITH SEAWELL**
**3529 SEA PINES CIRCLE**
**RANDALLSTOWN, MD 21133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 3.493<br>1 | **Nonpriority creditor's name and mailing address**<br>**Falck SE II Corp**<br>**dba American Ambulance**<br>**1517 W Braden Court**<br>**Orange, CA 92868** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,043.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493<br>2 | **Nonpriority creditor's name and mailing address**<br>**FALYN DAVIS**<br>**60 DAWSON AVE**<br>**UNIONTOWN, PA 15401** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493<br>3 | **Nonpriority creditor's name and mailing address**<br>**Family Focus Counseling, PLLC**<br>**1301 N High St.**<br>**Columbus, OH 43201** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33.58** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493<br>4 | **Nonpriority creditor's name and mailing address**<br>**FAMILY MEDICAL GROUP PA**<br>**105 Tomoka Blvd S**<br>**LAKE PLACID, FL 33852** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$205.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9007** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493<br>5 | **Nonpriority creditor's name and mailing address**<br>**Family Practice of Davie, Inc.**<br>**1150 N University Dr.**<br>**Pembroke Pines, FL 33024** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$315.62** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493<br>6 | **Nonpriority creditor's name and mailing address**<br>**FAN JIN**<br>**77 FIR HILL, APT 5C9**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493<br>7 | **Nonpriority creditor's name and mailing address**<br>**FAN LIU**<br>**3814 WYNDHAM RIDGE DR. APT 206**<br>**STOW, OH 44224** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.493 8 | **Nonpriority creditor's name and mailing address**<br>**FAN ZHANG**<br>**1170 NESTOR AVE, APT B5**<br>**AKRON, OH 44314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.493 9 | **Nonpriority creditor's name and mailing address**<br>**FAN ZHANG**<br>**1394 HUNTERS LAKE DR. WEST**<br>**CUYAHOGA FALLS, OH 44221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.494 0 | **Nonpriority creditor's name and mailing address**<br>**FANG PENG**<br>**570 PARKHILL DR**<br>**APT 16**<br>**FAIRLAWN, OH 44333**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.494 1 | **Nonpriority creditor's name and mailing address**<br>**FANGBEI LIU**<br>**55 FIR HILL STREET**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.494 2 | **Nonpriority creditor's name and mailing address**<br>**FANNIE ROYSTER**<br>**802 BONAPARTE AVE**<br>**BALTIMORE, MD 21218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.494 3 | **Nonpriority creditor's name and mailing address**<br>**FANTA FOFANA**<br>**18262 ROY CROFT DR**<br>**HAGERSTOWN, MD 21740-1682**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.494 4 | **Nonpriority creditor's name and mailing address**<br>**FARAH MUSLEMANI**<br>**26233 SHEAHAN DR**<br>**DEARBORN HEIGHT, MI 48127**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.494 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARAHAMANI ADLIN**
**1450 COLLEGE DR APT 11-12**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARAJI WHITING**
**4 PINYON CT**
**MIDDLE RIVER, MD 21220-2410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARAMOLUWA JOHN-WILLIAMS**
**528 PHEASANT LANE**
**WALLED LAKE, MI 48390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARAMOLUWA JOHN-WILLIAMS**
**800 WILLIAMSBURY COURT**
**APT. 285**
**WATERFORD TOWNSHIP, MI 48328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARDOUS MOTALAB**
**33-69 159TH STREET**
**FLUSHING, NY 11358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARELL KPACHAVI**
**2589 SILVER OAK DRIVE**
**COLUMBUS, OH 43232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARIS ALSAEDI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 2 | **Nonpriority creditor's name and mailing address** $0.00 |

**FARIS BRKAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 3 | **Nonpriority creditor's name and mailing address** $250.00 |

**FARIS H HANNA MD**
**1150 N 35TH AVE**
**STE. 675**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number  5749

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 4 | **Nonpriority creditor's name and mailing address** $0.00 |

**FARIYA RAHMAN**
**503 VINE STREET APT. 301**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**FARNAZ KABIRI**
**APT 1, 77 SOUTH ADOLPH AVE.**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**FAROUK GANIYU-ADEWUMI**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 7 | **Nonpriority creditor's name and mailing address** $0.00 |

**FARRELL STEPHANE NONO TCHENGA**
**437 SUMNER STREET, D2**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.495 8 | **Nonpriority creditor's name and mailing address** $0.00 |

**FARSHID KASHEF**
**1120 N WESTWOOD AVE APT 5103**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.495 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,514.10 |
|---|---|---|---|

**Farview Hospital**
PO Box 932169
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARZAD AHMADI**
1340 WEATHERVANE LN
APARTMENT 2D
AKRON, OH 44313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FARZAD AHMADI**
437 SUMNER STREET
APARTMENT P3.
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FATEMEH NOROUZI**
7013 LACHLAN CIRCLE, APT. C
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FATHI AMSAAD**
1033 LINDEN LN
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FATI DIARRA**
332 PLEASANT MEADOW BLVD APT B
CUYAHOGA FALLS, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FATIMA AGUIRRE**
6 MEADOW LANE
WILMER, TX 75172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4966 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FATIMA AINGS**
**6 MEADOW LANE**
**WILMER, TX 75172**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4967 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Fatima el Jarouch**
**5948 Black Oak Dr.**
**Apt. 606**
**Toledo, OH 43615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4968 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FATIMA MCCLAIN**
**9611 SANDUSKY AVENUE**
**CLEVELAND, OH 44105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4969 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FATIMAH ABDIRESAQ MOHAMED**
**4128 DUTCHMILL RD**
**RANDALLSTOWN, MD 21133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4970 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FATMAEL-ZAHRAA ABDEL-RAHIM**
**OTTAWA HILLS**
**2140 EMKAY DR**
**OTTAWA HILLS, OH 43606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4971 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FATMATA CONTEH**
**6302 HESTON TERRACE**
**LANHAM, MD 20706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.4972 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FATMATA KAMARA**
**11959 OLD COLUMBIA PIKE**
**SILVER SPRING, MD 20904**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.497<br>3 | **Nonpriority creditor's name and mailing address** |

**FATMATA SAWI**
**506B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.497<br>4 | **Nonpriority creditor's name and mailing address** |

**FATMATA SAWI**
**506B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.497<br>5 | **Nonpriority creditor's name and mailing address** |

**FAYE UNTRACHT**
**2200 SCOTTWOOD AVE**
**UNIT 106**
**TOLEDO, OH 43620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.497<br>6 | **Nonpriority creditor's name and mailing address** |

**FAYSAL ADIGUN**
**3 NAIRAM COURT**
**RANDALLSTOWN, MD 21233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.497<br>7 | **Nonpriority creditor's name and mailing address** |

**FAZILA RAHIMY**
**80 E. EXCHANGE ST.**
**271 C**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.497<br>8 | **Nonpriority creditor's name and mailing address** |

**FEDERICO BONAITUI**
**4863 BAYSIDE LAKE BVLD**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.497<br>9 | **Nonpriority creditor's name and mailing address** |

**FEDERICO RESENDIZ GUTIER**
**2423 S HOLLAND SYLVANIA RD**
**APT 239**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.498 0 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FEDJINA CETOUTE**
**721 NE 164 TER**
**MIAMI, FL 33162**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 1 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FEGENS SAINVIL**
**13725 NE 6TH AVE APT 309**
**NORTH MIAMI, FL 33161-3707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 2 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FEIPENG YANG**
**590 E BUCHTEL AVE**
**APT 41**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 3 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FELEESHA CRISPIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 4 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FELICIA CEDANO**
**5540 WASHINGTON ST APT B316**
**HOLLYWOOD, FL 33021-8098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 5 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FELICIA DONALDSON**
**5817 WESLEYAN DRIVE**
**PO BOXC235**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.498 6 | | **$0.00** |

**Nonpriority creditor's name and mailing address**
**FELICITY ROLLE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIPE SOTO**
**16825 NW 124 AVE**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.498 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX ASARE-BEDIAKO**
**1106 CUMBERLAND DR**
**AKRON, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX DE LA CRUZ PEREZ**
**1360 NW 183 STREET**
**MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX DIAZ**
**18932 NW 63RD COURT CIRCLE**
**HIALEAH, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX MARTIN**
**532 LORETTO AVENUE**
**CORAL GABLES, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX OWUSU**
**447 EAST VORIS STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FELIX STRONG**
**624 WEST MELROSE CIRCLE**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.499 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FEMI OLORUNFEMI**
**505C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FENGCHAO HOU**
**331 SANTANDER AVE**
**CORAL GABLES, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FENGYU YANG**
**42 S ADAMS**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FENNY ZEN**
**1016 S BYRNE RD APT 5**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FERAS ALSOBHI**
**80 E. EXCHANGE STREET, #248A**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FERAS HARES**
**7015 BALMORAL DR**
**WEST BLOOMFIELD, MI 48322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**FERDINAND ANOKWURU**
**4920 CRENSHAW AVENUE RD APT H**
**BALTIMORE, MD 21206-5280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FERESHTEH MEMARIAN**
**590 EAST BUCHTEL AVE**
**APT 48**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FERESHTEH MEMARIAN**
**48 FRANKLIN ST**
**APT 2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FERNANDO PEREIRA**
**216 SIMMONS DRIVE**
**HURST, TX 76053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FERNANDO SALOMON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FERNANDO SILVA**
**8160 NW 116TH AVENUE**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FERNEISHA CLARKE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEYISAYO OKELOWO**
**3514 CORN STREAM RD**
**RANDALLSTOWN, MD 21133-2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 732 of 3613

| 3.500 8 | **Nonpriority creditor's name and mailing address**<br>**FIDELIS UKO**<br>**2711 INDIAN MOUND TRAIL**<br>**CORAL GABLES, FL 33134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.500 9 | **Nonpriority creditor's name and mailing address**<br>**FILIPPO GIARDINA**<br>**8181 NW 8TH STREET E-7**<br>**MIAMI, FL 33126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.501 0 | **Nonpriority creditor's name and mailing address**<br>**FIONA HANSEN**<br>**800 MAIN ST**<br>**GROVEPORT, OH 43125-1442**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.501 1 | **Nonpriority creditor's name and mailing address**<br>**FIORELLA GONZALEZ**<br>**11232 NW 43 RD TER**<br>**MIAMI, FL 33178**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.501 2 | **Nonpriority creditor's name and mailing address**<br>**FIRAS ASSAAD**<br>**4616 IMPERIAL DR**<br>**TOLEDO, OH 43623**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.501 3 | **Nonpriority creditor's name and mailing address**<br>**Firelands Regional Medical Center**<br>**1111 Hayes Ave.**<br>**Sandusky, OH 44870**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,655.96** |
| 3.501 4 | **Nonpriority creditor's name and mailing address**<br>**FIRST CLASS OBGYN PA**<br>**PO BOX 21048**<br>**MIRAMAR, FL 33029**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  0546 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$229.00** |

| 3.501 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,140.15 |

**FIRST COAST CARDIOVASCULAR IN**
PO BOX 551308
FLEMING ISLAND, FL 32003

Date(s) debt was incurred _

Last 4 digits of account number **7857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,382.40 |

**First Hospital Corporation of V**
1100 First Colonial Rd.
Virginia Beach, VA 23454

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FirstData**
3975 NW 120th Ave.
Pompano Beach, FL 33065

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $803.44 |

**FirstHealth of the Carolinas**
PO Box 3000
Pinehurst, NC 28374

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.31 |

**Fisher-Titus Medical Care, LLC**
24 Hyde St.
Wakeman, OH 44889

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FITSUM TADESSE**
12715 LAYHILL RD APT T1
SILVER SPRING, MD 20906-3421

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FIYINFOLU AWOTOYE**
8401 NUNLEY DRIVE
APT F
PARKVILLE, MD 21234

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.502 2 | **Nonpriority creditor's name and mailing address**<br>**FIYINFOLUWA OLUWATOMINIYI**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 3 | **Nonpriority creditor's name and mailing address**<br>**FL Academic Dermatology**<br>**1400 NW 12st Ave. #4**<br>**Miami, FL 33136** | **$43.11** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 4 | **Nonpriority creditor's name and mailing address**<br>**FL Clinical Practice Assoc.**<br>**1150 N University Dr.**<br>**Hollywood, FL 33024** | **$174.24** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 5 | **Nonpriority creditor's name and mailing address**<br>**FL Med Ctr-N Shore Campus**<br>**5000 W. Oakland Park Blvd.**<br>**Fort Lauderdale, FL 33313** | **$797.13** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 6 | **Nonpriority creditor's name and mailing address**<br>**FL-1 Medical Services, LLC**<br>**17427 Bridge Hill Ct. J**<br>**Tampa, FL 33647** | **$777.69** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 7 | **Nonpriority creditor's name and mailing address**<br>**FLAVIO FOLLEGOT**<br>**256 THREE ISLANDS BLVD.**<br>**APT. 311**<br>**HALLANDALE BEACH, FL 33009** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.502 8 | **Nonpriority creditor's name and mailing address**<br>**FLEIA PYFROM**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **$0.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.502 9 | |

**Nonpriority creditor's name and mailing address**
**FLEURETTE BAPTISTE CHERUBIN**
**16890 21 AVE #1**
**NMB, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.503 0 | |

**Nonpriority creditor's name and mailing address**
**FLOR CABELLO**
**1155 W 77 ST APT#238D**
**HIALEAH, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.503 1 | |

**Nonpriority creditor's name and mailing address**
**FLOR DE MARIA CASTILLO**
**4238 AMERICANA DR**
**APT 302**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.503 2 | |

**Nonpriority creditor's name and mailing address**
**FLORENCIA MOLINE**
**133 NW 1ST AVE**
**HALLANDALE, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.503 3 | |

**Nonpriority creditor's name and mailing address**
**FLORHUNS FLEURESTIL**
**14899 NE 18TH AVE APT 2E**
**NORTH MIAMI, FL 33181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.503 4 | |

**Nonpriority creditor's name and mailing address**
**FLORIDA EMERGENT CARE LLC**
**483 N. Semoran Blvd., Ste 103**
**WINTER PARK, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number **3739**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$269.74**

---

| | |
|---|---|
| 3.503 5 | |

**Nonpriority creditor's name and mailing address**
**FLORIDA HOSPITAL PHYSICIAN GRO**
**PO BOX 17797**
**CLEARWATER, FL 33765**

Date(s) debt was incurred _

Last 4 digits of account number **5256**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

| 3.503<br>6 | Nonpriority creditor's name and mailing address<br>**Florida Hospital Respiratory**<br>556 Florida Central Pkwy #1060<br>Longwood, FL 32750 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.79 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.503<br>7 | Nonpriority creditor's name and mailing address<br>**Florida Pathology**<br>2001 W 68th St.<br>Hialeah, FL 33016 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $157.28 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503<br>8 | Nonpriority creditor's name and mailing address<br>**FLORIDA PRACTITIONERS LLC**<br>1995 E. Oakland Park Blvd., #250<br>Fort Lauderdale, FL 33306 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  6548 | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503<br>9 | Nonpriority creditor's name and mailing address<br>**FLORIDA SPINE SPECIALISTS**<br>6000 N Federal Hwy<br>FT LAUDERDALE, FL 33308 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,279.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  0483 | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504<br>0 | Nonpriority creditor's name and mailing address<br>**Florida Sunshine Home Medical**<br>1999 Mears Pkwy<br>Pompano Beach, FL 33063 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $224.64 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504<br>1 | Nonpriority creditor's name and mailing address<br>**Florida United Radilogy**<br>1613 N Harrison Pkwy<br>Fort Lauderdale, FL 33323 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,496.85 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504<br>2 | Nonpriority creditor's name and mailing address<br>**Florida Woman Care**<br>PO Box 9100<br>Belfast, ME 04915 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,755.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**FLOYD DIXON**
**4725 NW 4TH CT**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Floyd Searcy**
**200 Barton Creek Rd.**
**Lot 131**
**Lebanon, TN 37090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**FLOYD SHACKELFORD**
**57 WINDHAM ROAD**
**NEWTON FALLS, OH 44444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**FNU HUHE**
**900**
**WEST MARKET STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Folake Opara**
**823 Smoke Tree Rd.**
**Pikesville, MD 21208-3530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**FOLAKE OPARA**
**823 SMOKE TREE RD**
**PIKESVILLE, MD 21208-3530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**FONYUY NJOKA**
**13836 CASTLE BOULEVARD**
**APARTMENT 104**
**SILVER SPRING, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 738 of 3613

| | | |
|---|---|---|
| 3.505 0 | **Nonpriority creditor's name and mailing address** | **$37.05** |

**Foot & Ankle Associates of South**
2929 N University Dr., Suite 106
Pompano Beach, FL 33065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FORSON ABANQUAH**
707 CARNEGIE AVE
APT B6
AKRON, OH 44314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 2 | **Nonpriority creditor's name and mailing address** | **$230.72** |

**Fort Lauderdale Fire**
528 NW 2nd St.
Fort Lauderdale, FL 33313

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 3 | **Nonpriority creditor's name and mailing address** | **$5,227.16** |

**Fort Lauderdale Mobile Ultrasound**
7301 NW 4th St., Ste. 105
Fort Lauderdale, FL 33317

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 4 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FOSTER MARTIN**
5268 LITTLE TURTLE DRIVE
SOUTH LEBANON, OH 45065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**FOTIOS MALELIS**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.505 6 | **Nonpriority creditor's name and mailing address** | **$299.49** |

**Foundations Medical Partners**
21 E Hollis St.
Floor 3
Nashua, NH 03060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frances Bigay-Morales**
1650 NW 110th Ave.
Apt. 199
Fort Lauderdale, FL 33322

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCESCA ANON**
2822 SW 148TH PATH
MIAMI, FL 33185

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.505 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCESCA BANNISTER**
2635 RAYNER AVE
BALTIMORE, MD 21216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCESCA QUARANTOTTO**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCESCA WEAKS**
3912 FORDS LANE
APT. 204
BALTIMORE, MD 21215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCHESCA MIREKU**
525 CAROLL STREET, APT IB
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANCHESKA RIVERA**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.506 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS BARKER**
**40 SOLAR CIRCLE**
**APT G**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS DE LA SERNA**
**2646 CHAMBERLAIN RD**
**APT 2**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francis Egbujonuma**
**7621 Chesterfield Way**
**Rosedale, MD 21237-3371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS EGBUJONUMA**
**7621 CHESTERFIELD WAY**
**BALTIMORE, MD 21237-3371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS KENNEDY**
**4930 COURVILLE AVE**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS MENSAH**
**5929 CEDONIA AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCIS NWAKILE**
**17775 NORTH BAY ROAD,**
**SUNNY ISLES BEACH, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|---------------------------------------|------------------------|
|        | Name |  |

---

**3.507 1**

**Nonpriority creditor's name and mailing address**
**FRANCIS NWAKILE**
**2311 DUNHILL AVENUE**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.507 2**

**Nonpriority creditor's name and mailing address**
**FRANCIS WILLS**
**1306 CHAPEL LANE**
**CAPITOL HEIGHTS, MD 20743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.507 3**

**Nonpriority creditor's name and mailing address**
**FRANCISCA LUNA**
**1325 15TH TERRACE, APT 1**
**MIAMI BEACH, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.507 4**

**Nonpriority creditor's name and mailing address**
**FRANCISCO CASTRO**
**4859-A SW 152 COURT**
**MIAMI, FL 33185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.507 5**

**Nonpriority creditor's name and mailing address**
**FRANCISCO CEBOLLERO LOPEZ**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.507 6**

**Nonpriority creditor's name and mailing address**
**FRANCISCO DURAN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.507 7**

**Nonpriority creditor's name and mailing address**
**FRANCISCO FLORES, MD PA**
**14601 SW 29TH ST**
**#206**
**MIRAMAR, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _2260_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| 3.507 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO JAVIER ANAYA MOHINO**
**401 S. MAIN STREET**
**APARTAMENT 233**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO KING**
**15565 NE 10TH AVE**
**NORTH MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO OBREGON**
**900 MADERA DRIVE**
**DESOTO, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO QUINONEZ**
**11403 COUNTRY OAKS DRIVE**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANCISCO VELASQUEZ**
**745 EUCLID AVENUE APT 16**
**MIAMI BEACH, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANK AIRD**
**8730 SW 133 AVENUE RD**
**APT.224**
**MIAMI, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FRANK BAIDOO**
**8952 WHITE OAK**
**COLUMBUS, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANK HIGGINBOTHAM**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANK LONG**
**3201 NE 183RD ST**
**AVENTURA, FL 33160-2486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANK MAZCAJ, JR.**
**1715 SAND DRIVE**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Mazgaj, jr.**
**1715 Sand Dr.**
**Uniontown, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.75 |
|---|---|---|---|

**Frank S. Dopp**
**1168 First Colonial Rd.**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANKEE DAWKINS**
**5225 MAPLE AVE**
**DALLAS, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRANKEE DAWKINS**
**3620 HUFFINES BLVD**
**CARROLLTON, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 744 of 3613

| 3.509 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANKIE DEL VALLE**
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANKLIN EDWARDS**
2722 DIAMOND VISTA LANE
ARCOLA, TX 77583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANKLIN PECK**
4597 COX DRIVE A
STOW, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANKLIN SANDREA-RIVERO**
8849 NW 119 ST
UNIT 201
HIALEAH, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANSLEY HYPPOLITE**
16110 N E 19TH PLACE
NORTH MIAMI BEACH, FL 33162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANSLEY WHYPPOLITE**
16110 N E 19TH PLACE
NORTH MIAMI BEACH, FL 33162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANSOHN BICKLEY**
644 ARDEN PLACE
AKRON, OH 44306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.509 9**

Nonpriority creditor's name and mailing address

**FRANTZ SABBAT**
**1304 DURHAM DR**
**BOWIE, MD 20721-3263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 0**

Nonpriority creditor's name and mailing address

**FRED BROWNE**
**7 FORE CT**
**ESSEX, MD 21221-3909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 1**

Nonpriority creditor's name and mailing address

**FRED JOHNSON**
**730 CHURCH LANE**
**YEADON, PA 19050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 2**

Nonpriority creditor's name and mailing address

**FREDDIE WHITEHEAD**
**8880 70TH STREET**
**PINELLAS PARK, FL 33782**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 3**

Nonpriority creditor's name and mailing address

**FREDERICK PITTS, V**
**8919 TROWBRIDGE WAY**
**DAYTON, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 4**

Nonpriority creditor's name and mailing address

**FREDERICK SELLERS**
**37 CAERLEON CT**
**BALTIMORE, MD 21225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.510 5**

Nonpriority creditor's name and mailing address

**FREDERICK SELLERS**
**37 CAERLEON CT**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.510 6 | Nonpriority creditor's name and mailing address<br>**FREDERMAN MENDOZA-BORJAS**<br>**260 NW 97 ST**<br>**MIAMI, FL 33150**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.510 7 | Nonpriority creditor's name and mailing address<br>**FREDNIQUA WALKER**<br>**961 CALEDONIA AVE**<br>**CLEVELAND HEIGHTS, OH 44112**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.510 8 | Nonpriority creditor's name and mailing address<br>**FRELISHA JEFFERSON**<br>**903 WEMBLEY RD**<br>**76014, TX 76014**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.510 9 | Nonpriority creditor's name and mailing address<br>**FRENK SURESH GAMIT**<br>**55 FIR HILL**<br>**APT 3B2,**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.511 0 | Nonpriority creditor's name and mailing address<br>**FRENK SURESH GAMIT**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.511 1 | Nonpriority creditor's name and mailing address<br>**FREYJA MURRAY**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.511 2 | Nonpriority creditor's name and mailing address<br>**FUBING HAN**<br>**42 S ADAMS ST**<br>**AKRON, OH 44304**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Name

| 3.511 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FUE HIEN CHANG FENG**
**5530 S UNIVERSITY DR**
**APT 3209**
**DAVIE, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FUE HIEN CHANG FENG**
**4350 SW 72ND TER**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FUHUA XING**
**55 FIR HILL APT 3B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FUJUN CHENG**
**8313 E MISSIONWOOD DR**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FUNMILAYO AJALA**
**4034 RUSTICO RD/**
**MIDDLE RIVER, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FURO DUBLIN-GREENE**
**13450 BRIGHTON DAM RD**
**CLARKSVILLE, MD 21029-1407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.78 |
|---|---|---|---|

**FWC Urogynecology**
**6885 Belfort Oaks Place**
**Building 100**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FYTEMAH BILLINGS**
**304 BEN NEUIS PLACE**
**FREDERICKSBURG, VA 22405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.512 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL AGUIAR**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriel Ajibade**
**83919 Arbor Station Way**
**Parkville, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL AJIBADE**
**1700 E. COLD SPRING LANE,**
**MARBLE HALL, APT. 441**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL AJIBADE**
**83919 ARBOR STATION WAY**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL ALVAREZ**
**1100 S MIAMI AVE.**
**APT 310**
**MIAMI, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL ALVAREZ**
**3919 FULTON ST NW**
**APT 5**
**WASHINGTON, DC 20007-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL BLANCO**
**3530 NW 177TH TER**
**MIAMI, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL BUCCI**
**3900 COYOTE CYN**
**SOQUEL, CA 95073-3036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL COX**
**375 165TH  AVE**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gabriel Delgreco**
**1223 Foursome Lane**
**Virginia Beach, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL DELGRECO**
**1246 FOURSOME LANE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL DELGRECO**
**1232 FOURSOME LANE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIEL EZIMORAH**
**6810 ELDRIDGE ST**
**HYATTSVILLE, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 750 of 3613

| 3.513 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriel Gaines**
**2729 Lorring Dr.**
**Apt. 104**
**District Heights, MD 20747**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL GILLETTE**
**211 HARRIS ROAD**
**SMITHFIELD, RI 02917**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL JOHNSON**
**471 LAURA CT**
**NAPERVILLE, IL 60563-2513**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL MATTEUCCI**
**5705 NW 112TH PATH**
**DORAL, FL 33178**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL OAKLEY**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL PAULSON**
**7300 NW 17TH ST**
**PLANTATION, FL 33313**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIEL RICKMANN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GABRIEL RODRIGUEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GABRIEL UPTON**
**4 KILGLASS CT**
**TIMONIUM, MD 21093**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GABRIEL UPTON**
**4 KILGLASS CT**
**TIMONIUM, MD 21093**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GABRIELA ALFARO**
**3030 E SIGNATURE DR**
**APT 805**
**DAVIE, FL 33314**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GABRIELA ESPAILLAT**
**5738 NW 79TH WAY**
**PARLAND, FL 33067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriela Figueras**
**520 SE 5th Ave.**
**Apt. 2702**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gabriela Figueras**
**520 SE 5th Ave.**
**Apt. 2702**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.514 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA FIGUERAS**
**520 SE 5TH AVE.**
**APT 2702**
**FORT LAUDERDALE, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA GAMUEDA**
**5702 102ND STREET**
**LUBBOCK, TX 79424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA HIDALGO**
**9899 NW 33RD ST.**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA LAGUNA LEON**
**737 CENTER ST**
**APT 8**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA LOR**
**119 PEPPER TREE CRES**
**ROYAL PALM BEACH, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA MARTINEZ GARCIA**
**220 SW 116TH AVE**
**APT 207 BLD 15**
**PEMBROKE PINES, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELA OSORIO MENACHO**
**2671 SCHAAF DR.**
**COLUMBUS, OH 43209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.515 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELA PRENDES**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.515 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELA SUAREZ**
**4285 SW 153RD AVE**
**MIRAMAR, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.515 7 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELLA ADDERLEY**
**11260 RENAISSANCE RD**
**HOLLYWOOD, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.515 8 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELLA AMBRISTER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.515 9 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELLA BEVILACQUA**
**4916 TANYA LEE CIR. APT 9308**
**DAVIE, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.516 0 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELLA DUKARM**
**17925 NORTH INLET DRIVE**
**STRONGSVILLE, OH 44136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.516 1 | **Nonpriority creditor's name and mailing address** $0.00 |

**GABRIELLA IOSUE**
**5793 WALTERWAY DRIVE**
**HILLIARD, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLA LLANA**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLA LLANA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLA MAIER**
**3971 STATE ROUTE 274 W**
**HUNTSVILLE, OH 43324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLA MILBURN**
**2058 HOOPS DR**
**TOLEDO, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE ADAMS**
**1121 HOLLY AVENUE**
**CHESAPEAKE, VA 23324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE BAKER**
**157 WILSON STREET**
**BEVERLY, OH 45715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gabrielle Chalfant**
**233 Buttonwood Ct.**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.516 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE CHALFANT**
**233 BUTTONWOOD CT**
**GAHANNA, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE CLARKSON**
**4006 SHADY HOLLOW LN.**
**DALLAS, TX 75233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE FIGUEROA**
**1109 NE 165TH STREET**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE FRANCIS**
**12 PARHAM CIR APT 2C**
**ROSEDALE, MD 21237-1479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE GEAR**
**10804 DEEP GLEN DR**
**POTOMAC, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE GRAY**
**6830 BENNELL DRIVE**
**REYNOLDSBURG, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GABRIELLE HALL**
**801 N WOOD ST.**
**DENTON, TX 76209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELLE JONES**
**2686 AUTUMN RIDGE DRIVE**
**LIMA, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELLE JOYCE**
**282 BURGESS STREET, APT B**
**SAINT PAUL, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabrielle Latreille**
**3521 Ruchland Ave.**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELLE LATREILLE**
**3521 RUSHLAND AVE**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELLE MARSHALL**
**4010 ROLLING PADDOCK DR**
**UPPER MARLBORO, MD 20772-8024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELLE MCCABE**
**3004 SAN REMO CIRCLE**
**HOMESTEAD, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GABRIELLE MOSES**
**6683 GLENALLEN AVENUE**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GABRIELLE SMITH** | ☐ Contingent | |
| **3437 LYNNE HAVEN DR** | ☐ Unliquidated | |
| **BALTIMORE, MD 21244** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GABRIELLE WALKER** | ☐ Contingent | |
| **6303 LEECHBURG ROAD** | ☐ Unliquidated | |
| **VERONA, PA 15147** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GADIMI HILTON** | ☐ Contingent | |
| **11171 NE 9 AVE** | ☐ Unliquidated | |
| **BISCAYNE PARK, FL 33161** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GAGE ST LEONE** | ☐ Contingent | |
| **9405 GRAND DIVISION AVENUE** | ☐ Unliquidated | |
| **CLEVELAND, OH 44125** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GAGE TROTT** | ☐ Contingent | |
| **275 YVONNE DR** | ☐ Unliquidated | |
| **YOUNGSTOWN, OH 44505** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GAIGE GAIETTO** | ☐ Contingent | |
| **6585 BONETA ROAD** | ☐ Unliquidated | |
| **MEDINA, OH 44256** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.80** |
| **Galloway Anesthesia Associates, LLC** | ☐ Contingent | |
| **9500 S Dadeland Blvd** | ☐ Unliquidated | |
| **Ste. 200** | ☐ Disputed | |
| **Miami, FL 33156** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.519 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245.44** |
|---|---|---|---|

**Galo Constante, MD**
**12400 Brantley Commons Ct. #101**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GANESH PANDEY**
**281 WHEELER STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GANESHA RALPH**
**5412 KNELL AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GANIYU OLOFI**
**9626 BUTTON BUCK CIR**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GANIYU OLOFI**
**9626 BUTTON BUCK CIR**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GAR'NEISHA LEWIS**
**816 WEST AVENUE A**
**BELLE GLADE, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GARCY MOMPLAISIR**
**17392 SW 18TH ST**
**MIRAMAR, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.519 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARDENIA SOBERANIS**
**1300 REDFORD ST**
**HOUSTON, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARDENIA SOBERANIS**
**10706 DANIELLA DRIVE**
**HOUSTON, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32.20 |
|---|---|---|---|

**Gardens Radiology Associates**
**6231 PGA Blvd., Suite 104 - Box 376**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARETT FAULKENDER**
**7820 NW 30TH ST**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARRET SENDELBACH**
**2933 NORTH TOWNSHIP RD 123**
**TIFFIN, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARRETT BASS**
**475 SHERMAN ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARRETT BEST**
**111 N STAR ST NW**
**CARROLLTON, OH 44615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT CASE** | ☐ Contingent | | |
| **190 EATON RIDGE DRIVE APT 310** | ☐ Unliquidated | | |
| **NORTHFIELD, OH 44067** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.520 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT CRICHLOW** | ☐ Contingent | | |
| **9081 RAVENNA ROAD** | ☐ Unliquidated | | |
| **TWINSBURG, OH 44087** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.520 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT KEENE** | ☐ Contingent | | |
| **4709 AVATAR LN** | ☐ Unliquidated | | |
| **OWINGS MILLS, MD 21117-7401** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.520 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT NOLAND** | ☐ Contingent | | |
| **305 MAIN STREET** | ☐ Unliquidated | | |
| **EUTAW, AL 35462** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.520 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT SCHAFFER** | ☐ Contingent | | |
| **5928 SPRING VALLEY CT** | ☐ Unliquidated | | |
| **GALION, OH 44833** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.520 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT THOMASON** | ☐ Contingent | | |
| **3725 KETTERING CT. APT 302** | ☐ Unliquidated | | |
| **FAIRBORN, OH 45324** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.521 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **GARRETT THOMASON** | ☐ Contingent | | |
| **5541 OLD BLUE ROCK RD** | ☐ Unliquidated | | |
| **#65** | ☐ Disputed | | |
| **CINCINNATI, OH 45247** | | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.521 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GARRETT WHITE**
**10014 PRIMROSE CIR**
**TWINSBURG, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GARRISON HORSEY**
**31283 CHRIST CHURCH RD**
**LAUREL, DE 19956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GARRY LEWIS**
**4004 WILKE AVE**
**BALTIMORE, MD 21206-5552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GARRY SJODIN**
**5817 WESLEYAN DRIVE**
**PO BOX C143**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GARY GARCIA**
**5441 W 24TH AVE**
**APT 57**
**HIALEAH, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GARY SIGGERS**
**1312 BURLESON STREET**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.18 |
|---|---|---|---|

**Gastrocare, LLP**
**3001 Coral hills Dr. #250**
**Pompano Beach, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,936.58** |
| **Gastrohealth, LLC** | ☐ Contingent | |
| **9500 S Dadeland Blvd., Suite 200** | ☐ Unliquidated | |
| **Miami, FL 33156** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.521 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$880.00** |
| **GASTROMED LLC** | ☐ Contingent | |
| **PO BOX 430955** | ☐ Unliquidated | |
| **107** | ☐ Disputed | |
| **MIAMI, FL 33156** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  1063 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **GAVIN DUFFEY** | ☐ Contingent | |
| **2625 HILLBURN DR APT D** | ☐ Unliquidated | |
| **DALLAS, TX 75227** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **GAVIN LEWIS** | ☐ Contingent | |
| **403C DEDMOND** | ☐ Unliquidated | |
| **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| **RANDALLSTOWN, MD 21133** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **GAVIN LEWIS** | ☐ Contingent | |
| **403C DEDMOND** | ☐ Unliquidated | |
| **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| **BALTIMORE, MD 21216** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **GAVIN SCHOENLE** | ☐ Contingent | |
| **6808 SHADOWBROOK COVE** | ☐ Unliquidated | |
| **FORT WAYNE, IN 46835** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **GAYATRI SHRIKHANDE** | ☐ Contingent | |
| **55 FIR HILL** | ☐ Unliquidated | |
| **APARTMENT 5B6** | ☐ Disputed | |
| **AKRON, OH 44304** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|

**3.522 5**

Nonpriority creditor's name and mailing address

**GAYATRI SHRIKHANDE**
**2220 HIGH STREET**
**APT# 520**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.522 6**

Nonpriority creditor's name and mailing address

**GAYATRI SHRIKHANDE**
**2220 HIGH STREET**
**APT# 520**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.522 7**

Nonpriority creditor's name and mailing address

**GAZMINE HENDERSON**
**8708 TONAWANDA DR**
**DALLAS, TX 75217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.522 8**

Nonpriority creditor's name and mailing address

**GEDEONA KOSOVA**
**12901 WINAGLE ROAD**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.522 9**

Nonpriority creditor's name and mailing address

**GEETHIKA LAKSHMI YARRA**
**77 FIR  HILL APT. 5B5**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.523 0**

Nonpriority creditor's name and mailing address

**GEETHIKA LAKSHMI YARRA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.523 1**

Nonpriority creditor's name and mailing address

**GEETHIKA LAKSHMI YARRA**
**77 FIR  HILL APT. 11B12**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
| | Name | |

| 3.523 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GEETHIKA LIYANAGE** **6537 DORR ST APT L35** **TOLEDO, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Geisinger HealthSouth Rehab** **PO Box 9271** **Philadelphia, PA 19178** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GENARO MALDONADO** **8557 STEAMLINE CIRCLE** **AUSTIN, TX 78745** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GENE DANCER** **1325 OAK KNOLL WAY** **GRAND PRAIRIE, TX 75050** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GENESIS GARCIA** **12129 KNIGHT DR** **BALCH SPRINGS, TX 75180-2931** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GENESIS HILLARD** **2989 SOVEREIGN DRIVE** **CINCINNATI, OH 45251** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **GENESIS MARTIN** **6950 NW 186TH ST. #317** **MIAMI, FL 33015** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page 752 of 2163

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 765 of 3613

| 3.523<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENESIS MCDANIELS**
**5817 WESLEYAN DRIVE**
**PO BOX A386**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENESIS RONDON OVALLES**
**232 2ND STREET**
**WILMER, TX 75172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENESSIS GARZA**
**906 ARVANA STREET**
**HOUSTON, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENEVA HANNA**
**15820 NW 22 AVE**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENEVA HANNA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENEVIEVE MASTERS**
**7187 NORTON ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENICE SAUNDERS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Gennady Blanket**<br>**7100 Nova Dr.**<br>**Apt. 204**<br>**Fort Lauderdale, FL 33317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GENNADY BLANKET**<br>**7100 NOVA DRIVE**<br>**APT 204**<br>**DAVIE, FL 33317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GENNEH-BA YANCY**<br>**2109 PENTLAND DRIVE**<br>**BALTIMORE, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GENNEH-BA YANCY**<br>**2109 PENTLAND DRIVE**<br>**BALTIMORE, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.525 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GENNEH-BA YANCY**<br>**2109 PENTLAND DRIVE**<br>**BALTIMORE, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.525 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GENNY CONTRERAS**<br>**4757 DORCHESTER MEWS**<br>**WEST PALM BEACH, FL 33415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.525 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GENOVEVA JARA**<br>**3297 CYPRESS LEGENDS CIR. APT 602**<br>**FORT MYERS, FL 33905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.525<br>3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Gent Didi**
**1951 Columbia Pike**
**Apt. 41**
**Arlington, VA 22204-6144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.525<br>4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**GENT DIDI**
**5011 SENTINEL DRIVE**
**APT 67**
**BETHESDA, MD 20816**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.525<br>5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**GENT DIDI**
**1951 COLUMBIA PIKE APT 41**
**ARLINGTON, VA 22204-6144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.525<br>6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**GENYA COTHRAN**
**1519 BENNING ROAD,NE**
**WASHINGTON, DC 20002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.525<br>7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**GEOFFREY TAYLOR**
**700 LOCK ROAD**
**APT 66**
**DEERFIELD BEACH, FL 33442**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.525<br>8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**GEORDY NGOUCHINGHE**
**7600 LYONS ROAD**
**COCONUT CREEK, FL 33156**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.525<br>9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**GEORDYN GOUCHINGHE**
**7600 LYONS ROAD**
**COCONUT CREEK, FL 33156**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GEORGE BAYLIS**
**270 EAST EXCHANGE STREET**
**APARTMENT 303C**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Brown**
**4008 Clariton Dr.**
**Bowie, MD 20721-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GEORGE BROWN**
**4008 CLAIRTON DR**
**MITCHELLVILLE, MD 20721-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GEORGE CHEVALIER**
**15882 SW 14TH ST**
**PEMBROKE PINES, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GEORGE HATCH**
**1010 BEAN RD**
**NORTHFIELD, VT 05663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GEORGE KIMUTAI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GEORGE POPE-REYES**
**1530 PENTRIDGE RD APT 309C**
**BALTIMORE, MD 21239-4023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.526 7 | **Nonpriority creditor's name and mailing address**<br>**George Richards**<br>**7008 Glen Spring Rd**<br>**Windsor Mill, MD 21244**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.526 8 | **Nonpriority creditor's name and mailing address**<br>**GEORGE RICHARDS**<br>**7008 GLEN SPRING ROAD**<br>**BALTIMORE, MD 21244**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.526 9 | **Nonpriority creditor's name and mailing address**<br>**George S. Wong**<br>**2017 Pleasure House Rd.**<br>**Virginia Beach, VA 23455**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$163.38** |

| | | |
|---|---|---|
| 3.527 0 | **Nonpriority creditor's name and mailing address**<br>**George Sifain**<br>**10744 W Sample Rd.**<br>**Pompano Beach, FL 33065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.527 1 | **Nonpriority creditor's name and mailing address**<br>**GEORGE SIFAIN**<br>**10744 WEST SAMPLE RD**<br>**CORAL SPRINGS, FL 33065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.527 2 | **Nonpriority creditor's name and mailing address**<br>**George Smith**<br>**8 Rimfire Ct**<br>**Owings Mills, MD 21117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.527 3 | **Nonpriority creditor's name and mailing address**<br>**GEORGE SMITH**<br>**8 RIMFIRE COURT**<br>**OWINGS MILLS, MD 21117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 770 of 3613

**3.527 4**

Nonpriority creditor's name and mailing address

**GEORGE TZELALIS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 5**

Nonpriority creditor's name and mailing address

**GEORGES CHERY**
**425 PETER PAN BLVD.**
**DAVENPORT, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 6**

Nonpriority creditor's name and mailing address

**GEORGES CHERY**
**775 PELICAN COURT**
**KISSIMMEE, FL 34759**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 7**

Nonpriority creditor's name and mailing address

**GEORGETTE BEATRICE OLINGA MBIDA**
**442 STONE SHADOW DR**
**BLACKLICK, OH 43004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 8**

Nonpriority creditor's name and mailing address

**Georgia Properties Limited Partners**
**27500 Detroit Rd. #300**
**Westlake, OH 44145**

Date(s) debt was incurred **7/11/16**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Lease guaranty - Office located at 27500 Detroit Rd.,**
**Suite 202, Westlake, OH**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 9**

Nonpriority creditor's name and mailing address

**GEORGIOS KOUTSOPODIOTIS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 0**

Nonpriority creditor's name and mailing address

**GEOVANNIE EMBLETON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GERALD APUGO**
**3922 ZURICH RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald Coleman**
**1435 Lafayette Blvd.**
**Apt. 2**
**Norfolk, VA 23509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**GERALD DEANGELIS**
**470 PROSPECT AVE #207**
**WEST ORANGE, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7359**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GERAMI STEWART**
**15 WARREN PARK DR APT C3**
**PIKESVILLE, MD 21208-5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GERMAN MENDOZA**
**4299 NW 76 AVE**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GEROME JAMES**
**707 E CHASE ST**
**BALTIMORE, MD 21202-4210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GERSON HERRERA**
**11378 OAKCENTER DRIVE**
**HOUSTON, TX 77072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GERTI BINEVA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GERTRIDE NORDE**
**835 NW 118TH ST**
**MIAMI, FL 33168-2330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GEYUNJIAN ZHU**
**2106 STONEHENGE CIR**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GHADEER ALBAZIE**
**55 FAIR HILL 44394**
**55**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GHANI MUHAMMAD**
**2910 PRESSTMAN STREET**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GHASSAN ALZANBGI**
**261 ELIZABETH PARKWAY**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giacomo Benvegnu**
**3768 Bellevue Rd.**
**Toledo, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

**3.529
5**

Nonpriority creditor's name and mailing address
**GIACOMO BENVEGNU
3768 BELLEVUE RD
TOLEDO, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.529
6**

Nonpriority creditor's name and mailing address
**GIANCARLO DEGREGORIO
14318 LE CHALE DR
ORLANDO, FL 32837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.529
7**

Nonpriority creditor's name and mailing address
**GIANINNA TRIVINO
11005 TANYA ST.
MIAMI, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.529
8**

Nonpriority creditor's name and mailing address
**GIANNA MCDONALD
1172 THE POINT DRIVE
WEST PALM BEACH, FL 33409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.529
9**

Nonpriority creditor's name and mailing address
**GIANNA PALMIERI
231 CARRIAGE BOULEVARD
PITTSBURGH, PA 15239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530
0**

Nonpriority creditor's name and mailing address
**GIANNI AVALOS
3000 NORTHSIDE BLVD, APT 1-424
APT 1-424
RICHARDSON, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530
1**

Nonpriority creditor's name and mailing address
**Gianni Caple
10002 Farrar Ct
Cheltenham, MD 20623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.530 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GIANNI CAPLE**
**10002 FARRAR CT**
**CHELTENHAM, MD 20623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GIANNI CAPLE**
**10002 FARRAR CT**
**CHELTENHAM, MD 20623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GIFT UWAGA**
**5 CLEMENTINE CT APT 3A**
**ROSEDALE, MD 21237-6886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GIHAN JANITH MENDIS IMBULGODA**
**LIYANGAHAW**
**389 SHERMAN STREET .**
**APT 202**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GIIAN PINTRO**
**11297 SW 11TH ST**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GILBERT BETHEA**
**643 NE 114TH ST**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.88** |
|---|---|---|---|

**Gilbert Leung, MD PA**
**888 NE 126th St.**
**Suite 101**
**Miami, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.530 9 | **Nonpriority creditor's name and mailing address** |

**GILLIAN MCMASTER**
**18168 QUINN ROAD**
**CHAGRIN FALLS, OH 44023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.531 0 | **Nonpriority creditor's name and mailing address** |

**GILLY KAHN**
**4901 SW 35TH TERRACE**
**FT LAUDERDALE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.531 1 | **Nonpriority creditor's name and mailing address** |

**GINA MAZZIOTTI**
**1926 N HOLLAND SYLVANIA RD**
**APT 50**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.531 2 | **Nonpriority creditor's name and mailing address** |

**GINA PANNETTI**
**11532 CLAY STREET**
**HUNTSBURG, OH 44046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.531 3 | **Nonpriority creditor's name and mailing address** |

**GINA PATTISON**
**55 FIR HILL ST.**
**APT. 1D7**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.531 4 | **Nonpriority creditor's name and mailing address** |

**GINA PATTISON**
**22 EAST EXCHANGE ST.**
**APT. 2087**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.531 5 | **Nonpriority creditor's name and mailing address** |

**GINA PRIVETTE**
**2605 SARRINGTON CIRCLE**
**WINDSOR MILL, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.531 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GINIA ROLLE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GIOVANI AGUIAR**
**16 ACORN CIR APT 102**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GIOVANI AGUIAR**
**16 ACORN CIR APT 102**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GIOVANNA CALABRESE VILLANUEVA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.58 |
|---|---|---|---|

**Giovanna Ciocca, MD**
**7001 SW 97th Ave. #101**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GIOVANNA PASCHOALIN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giovanni Lawrence**
**1518 Stonewood Dr.**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.532 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GIOVANNI LAWRENCE** | ☐ Contingent | |
| | **1518 STONEWOOD DR** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21239** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GIOVANNI MEZA** | ☐ Contingent | |
| | **8201 MOSSTREE DRIVE** | ☐ Unliquidated | |
| | **ARLINGTON, TX 76001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GIOVANNY CIVIL** | ☐ Contingent | |
| | **17890 WEST DIXIE HWY APT 502** | ☐ Unliquidated | |
| | **MIAMI, FL 33160** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GIOVANNY VISBAL** | ☐ Contingent | |
| | **4982 SW 173 AVE** | ☐ Unliquidated | |
| | **PEMBROKE PINES, FL 33029** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GIRLA NOEL** | ☐ Contingent | |
| | **4431 NE 1ST TERRACE** | ☐ Unliquidated | |
| | **POMPANO BEACH, FL 33064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GISELLE BAHENA** | ☐ Contingent | |
| | **253 SOUTH PIMA AVENUE APT 10** | ☐ Unliquidated | |
| | **WEST COVINA, CA 91790** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **GISELLE CHAVEZ** | ☐ Contingent | |
| | **11936 DOWNEY AVENUE** | ☐ Unliquidated | |
| | **DOWNEY, CA 90242** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 0 | **Nonpriority creditor's name and mailing address**<br>**GISSELLE CORTEZ**<br>**7322 RAVEHILL LANE**<br>**DALLAS, TX 75227** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 1 | **Nonpriority creditor's name and mailing address**<br>**GISSELLE ORTIZ**<br>**11225 NW 44TH STREET**<br>**CORAL SPRINGS, FL 33065** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 2 | **Nonpriority creditor's name and mailing address**<br>**GIULIANNA MELTZER**<br>**315 W 5TH ST**<br>**APT 406**<br>**LOS ANGELES, CA 90013-2526** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 3 | **Nonpriority creditor's name and mailing address**<br>**GIULIO BRUNO-LOPEZ**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 4 | **Nonpriority creditor's name and mailing address**<br>**GIVANIA GRIFFIN**<br>**5126 NORTHWOOD DR**<br>**BALTIMORE, MD 21239-3429** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 5 | **Nonpriority creditor's name and mailing address**<br>**GIVANIA GRIFFIN**<br>**1745 WAVERLY WAY**<br>**APT. A**<br>**BALTIMORE, MD 21239** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.533 6 | **Nonpriority creditor's name and mailing address**<br>**GLADYS KANU**<br>**10004 RIVER WALK TER**<br>**UPPER MARLBORO, MD 20774-6090** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.533 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glen Ewing, III**
4585 Isington Court
Apt. D
Columbus, OH 43232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,909.26 |
|---|---|---|---|

**Glen Rose Medical Center**
1021 Holden St.
Glen Rose, TX 76043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GLEN'TERRIA COLEMAN**
116 NW AVE G
BELLE GLADE, FL 33430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GLENESE RAMOS**
7741 NW 16TH AVE
MIAMI, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glenn Boyer**
1800 Baptist World Center Dr.
Apt. 12
Nashville, TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GLENN DALLAS BOOTH**
355 EASTWOOD DRIVE
HUBBARD, OH 44425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GLENN MICHELMAN**
28 RUSSELL ROAD
LONGMEADOW, MA 01106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 780 of 3613

| 3.534 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GLENN RUSHING**<br>**6740 RADCLIFFE DRIVE**<br>**ALEXANDRIA, VA 22307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GLENTERRIA COLEMAN**<br>**116 NW AVE G**<br>**BELLE GLADE, FL 33430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GLORIA BASIL**<br>**1120 N WESTWOOD AVE**<br>**APT 7110D**<br>**TOLEDO, OH 43607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GOANGSHIN JANG**<br>**182 MALLARD POINT DRIVE**<br>**APARTMENT 312**<br>**AKRON, OH 44319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GODSWILL OTONO**<br>**6617 ENGLISH OAK RD**<br>**PARKVILLE, MD 21234-6776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GODWIN IROKO**<br>**3308 CURTIS DR APT 201**<br>**SUITLAND, MD 20746-2651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **GODWIN JOE**<br>**15701 ARCADE AVE**<br>**CLEVELAND, OH 44110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 781 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.535
1**

**Nonpriority creditor's name and mailing address**

**GOLDA SILVERMAN
955 NE 170TH ST #117
NORTH MIAMI BEACH, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535
2**

**Nonpriority creditor's name and mailing address**

**GONZALO ROSADILLA
16736 SAPPHIRE ISLE
WESTON, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535
3**

**Nonpriority creditor's name and mailing address**

**GONZALO VARGAS
19355 CYPRESS RIDGE TER. UNIT 704
LEESBURG, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535
4**

**Nonpriority creditor's name and mailing address**

**GONZALO VARGAS
19258 COTON HOLDINGS CT
LEESBURG, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535
5**

**Nonpriority creditor's name and mailing address**

**GOODNESS IFEBIGH
5107 HARFORD RD
BALTIMORE, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535
6**

**Nonpriority creditor's name and mailing address**

**GOWRIPRIYA KRISHNAREDDY GARI
55  FIR HILL APT 2B5
AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535
7**

**Nonpriority creditor's name and mailing address**

**GOWRIPRIYA KRISHNAREDDY GARI
77 FIR HILL APT 11B5
AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.535 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**GP Jensen LP**
6353 Center Dr.
Norfolk, VA 23502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRACE ANDREWS**
3639 KENT RD.
APT. 4
STOW, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRACE DRIVER**
526 CANDLEWOOD DR
EDGEWOOD, MD 21040-2327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRACE FORTIER**
3204 GINGER DRIVE
APT D
TALLAHASSEE, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRACE LUTAT**
16258 CLARIDON TROY ROAD
BURTON, OH 44021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRACE MURRAY**
1040 CHURCH HILL COURT
WOOSTER, OH 44691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grace Mwangi**
7 Fernsell Ct.
Apt. 3B
Rosedale, MD 21237-6948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.536 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE MWANGI**
7 FERNSELL CT APT 3B
ROSEDALE, MD 21237-6948

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE NOCE**
12264 OLD STATE ROAD
CHARDON, OH 44024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE TWOREK**
6650 SW 39TH STREET
APARTMENT #  A4
DAVIE, FL 33314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE WILSON**
104 WALNUT STREET
CHAGRIN FALLS, OH 44022

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACE YOUNG**
8731 CORCORAN PL
CHESTERFIELD, VA 23832

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACIE STORM**
PO BOX 233
HARVEYSBURG, OH 45032

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRACY CRUMPTON**
16401 NW 32 AVE
MIAMI, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAHAM MITRO**
1917 KEY ST APT L
MAUMEE, OH 43537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAHAM MURPHY**
7828 ENGLAND DR
APT C
OVERLAND PARK, KS 66204-2423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAHAM RUBIN**
3345 LANSMERE ROAD
SHAKER HEIGHTS, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,310.00 |
|---|---|---|---|

**GRAND STRAND REG MED CTR**
PO BOX 402724
MYRTLE BEACH, SC 29572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8669

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRANT KIPPENBROCK**
19 HUCKLEBERRY HILL
APARTMENT #4
FORT MITCHELL, KY 41017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.18 |
|---|---|---|---|

**Grant Medical Center**
111 S Grant Ave.
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRANT MUDGE**
106 HIDDEN DALE DRIVE
JOHNSTOWN, OH 43031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.537 9 | **Nonpriority creditor's name and mailing address**<br>**GRANT ORNDORFF**<br>**17366 WING ROAD**<br>**CHAGRIN FALLS, OH 44023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.538 0 | **Nonpriority creditor's name and mailing address**<br>**GRANT PEEBLES**<br>**5140 S HYDE PARK BLVD.**<br>**22A**<br>**CHICAGO, IL 60615**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.538 1 | **Nonpriority creditor's name and mailing address**<br>**GRANT PHELAN**<br>**20573 HILL ROAD**<br>**SAEGERTOWN, PA 16433**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.538 2 | **Nonpriority creditor's name and mailing address**<br>**GRANT RUSSELL**<br>**389 CATALINA DR.**<br>**NEWARK, OH 43055**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.538 3 | **Nonpriority creditor's name and mailing address**<br>**Grassy Waters Inpat Svcs**<br>**8201 W Broward Blvd.**<br>**Fort Lauderdale, FL 33324**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,022.46** |
| 3.538 4 | **Nonpriority creditor's name and mailing address**<br>**Graymont Equipment**<br>**1621 W Carroll Ave.**<br>**Chicago, IL 60612**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3157** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$995.00** |
| 3.538 5 | **Nonpriority creditor's name and mailing address**<br>**GREATER FLORIDA ANESTHESIOLOGI**<br>**PO BOX 17426**<br>**CLEARWATER, FL 33762**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **9657** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,666.00** |

| | |
|---|---|
| 3.538<br>6 | |

**Nonpriority creditor's name and mailing address**

**Greater Toledo Urgent Care**
**4405 N Holland Sylvania Rd.**
**Toledo, OH 43623-1046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

| | |
|---|---|
| 3.538<br>7 | |

**Nonpriority creditor's name and mailing address**

**GRECIA MERCED**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.538<br>8 | |

**Nonpriority creditor's name and mailing address**

**GRECIA SIERRA BANEGAS**
**11318 SW 161 PL**
**MIAMI, FL 33196**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.538<br>9 | |

**Nonpriority creditor's name and mailing address**

**GREEN LEE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>0 | |

**Nonpriority creditor's name and mailing address**

**GREENBAUM SHAREEN MISHAL**
**11011 Sheridan St., Ste 215**
**Hollywood, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number  9363

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$968.00**

---

| | |
|---|---|
| 3.539<br>1 | |

**Nonpriority creditor's name and mailing address**

**Greenbrier Obstetrics Gynecology PC**
**713 Volvo Pkwy, Suite 200**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$58.39**

---

| | |
|---|---|
| 3.539<br>2 | |

**Nonpriority creditor's name and mailing address**

**GREENY VALBUENA**
**7563 COURTYARD RUN W**
**BOCA RATON, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.539 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **GREG COULTER** **2402 BAIKAL LOOP** **UPPER MARLBORO, MD 20774** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.539 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **GREGORY ANDERSON** **2436 FULTON ST** **TOLEDO, OH 43620** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **GREGORY BROOKS** **2634 LAURETTA AVE** **WESTMINSTER, MD 21158** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **GREGORY BROOKS** **2634 LAURETTA AVE** **BALTIMORE, MD 21223** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Gregory Brown** **2679 Willow Glen Rd.** **Hilliard, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **GREGORY BROWN** **2679 WILLOW GLEN ROAD** **HILLIARD, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **GREGORY BROWN** **2679 WILLOW GLEN ROAD** **COLUMBUS, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.540 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Clay**
**102 Hickory Hollow Dr.**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GREGORY KASSON**
**388 W 1ST AVE.**
**COLUMBUS, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GREGORY MATUSZYNSKI**
**272 ELGIN AVE**
**TOLEDO, OH 43605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GREGORY PARKER**
**12504 ARBOR DRIVE**
**ALSIP, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gregory Pontasch**
**9413 Valetta Dr.**
**Temperance, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GREGORY PONTASCH**
**9413 VALETTA DR**
**TEMPERANCE, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GREGORY RHODES**
**707 YORK RD.**
**APT. 3136**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Thomas**
**2303 Westfield Ave.**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREGORY THOMAS**
**2303 WESTFIELD AVE**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREGORY WILLIAMS, II**
**2575 SW 105 TERRACE**
**DAVIE, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRETA BURRY**
**373 CARROLL STREET SUITE 62**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRETCHEN BURDO**
**6438 COVENTRY WAY**
**WATERVILLE, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRETCHEN SCHOTT**
**1065 LIBERTY LN NW**
**NORTH CANTON, OH 44720-8601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRIFFIN SANDEROFF**
**305 BONNIE MEADOW CIR**
**REISTERSTOWN, MD 21136-6201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRIFFIN SUKEL**
**270 NORTH MAIN STREET**
**CHAGRIN FALLS, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRIFFIN WHIMS**
**1604 APPLE VALLEY DRIVE**
**HOWARD, OH 43028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRIFFITH LITTLEHALE**
**2708STRAUSSAVE**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUANYUE RAO**
**3118C 22 E EXCHANGE STREET**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUELDA JOSIL**
**1270 NE 139TH ST APT 4**
**NORTH MIAMI, FL 33161-3445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUENNA BOLINGER**
**5772 FOXBORO AVE. NW**
**CANTON, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUILHERME MILEGUIR**
**1010 SEMINOLE DRIVE, APT 809**
**FORT LAUDERDALE, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.542 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GUNNAR KRAMER**
**139 SPRUCE ST.**
**MAHTOMEDI, MN 55115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GUODONG DENG**
**2220 HIGH ST.**
**APT 606**
**CUYAHOGA, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GUOPENG FU**
**634 E BUCHTEL AVE APT 313**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GURMANN BOPARAI**
**6576 SHIPSLANDING AVE NW**
**CANTON, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GUSTAVO BAUTISTA**
**8053 OLD JENNING ROAD**
**EDEN, NY 14057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GUSTAVO POLIDOR**
**850 N MIAMI AVENUE, APT 2003**
**MIAMI, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GUSTAVO VEGA**
**9833 SW 94TH TERRACE**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GWEN BAKER**
**3168 HOMMON RD**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAANESHA SMITH-JOHNSON**
**207D DALEY**
**2500 WEST NORTH AVENUE**
**REISTERSTOWN, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAANESHA SMITH-JOHNSON**
**207D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HABIB DURODOLA**
**2110 NEWKIRK AVE APT 3F**
**BROOKLYN, NY 11226-7534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HABIBAT OLADOSU**
**4077 MCDOWELL LANE**
**LANDSDOWNE, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HABIBAT OLADOSU**
**6649 COLLINSDALE RD**
**APT D**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HADEN SHOLL**
**4862 S VILLAGE DR APT 3**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HADEN SOLMEN**
**535 STEWART AVENUE**
**SALEM, OH 44460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Hadi Berry, DO**
**18550 W Outer Dr**
**Dearborn, MI 48128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7506**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HADYN GOLDBERG**
**3038 LENNOX CT**
**LAMBERTVILLE, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hafez Rais Rohani**
**1880 Redwood Ave.**
**Akron, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAFEZ RAIS ROHANI**
**1880 REDWOOD AVE**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAIDONG ZHU**
**520 S HAWKINS AVE APT 1**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAIFENG YE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.544 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$436.50** |
|---|---|---|---|

**HAIKEN DERMATOLOGY**
**310**
**FORT MYERS, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3202**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAILEY ADKINS**
**174 SOUTH DORSET ROAD**
**TROY, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAILEY KILPATRICK**
**812 GRAVIER ST.**
**APT. 1004**
**NEW ORLEANS, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAILEY TOPORCER**
**1230 JULIA DRIVE**
**WARREN, OH 44481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAILEY WEICKS**
**10307 SOUTH HARVARD BOULEVARD**
**LOS ANGELES, CA 90047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAILIANG JIN**
**3814 WYNDHAM RIDGE DRIVE**
**APARTMENT 206**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HAILU KASSA**
**8824 BLAIRWOOD RD**
**B2**
**NOTTINGHAM, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAIPEI LI**
**55 FIR HILL, APT 9B10**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAIRSTON PRESSLEY**
**3439 HARWELL AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAITAO ZHAO**
**685 SHERMAN STREET APT11**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALA NUSEIRAT**
**3330 ARLINGTON AVE APT 3**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEE GROTHOUSE**
**629 LEONARD AVE**
**DELPHOS, OH 45833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEIGH HARRIS**
**4813 ALLEN COVE RD**
**LUNA PIER, MI 48157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY ADAMS**
**11388 MADISON ROAD**
**HUNTSBURG, OH 44046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 796 of 3613

| 3.545 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY CHRISTANI**
**4385 APPLE ORCHARD**
**ROOTSTOWN, OH 44272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY GOODBURN**
**6177 AVERY CROSSING BLVD**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY HESS**
**7710 BROWN RD**
**CURTICE, OH 43412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY PTSCHENEDER**
**5817 WESLEYAN DRIVE**
**PO BOX A158**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY STEINBERG**
**315 NE 3RD AVE. APT. 904**
**APT. 301**
**FORT LAUDERDALE, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY STEVENS**
**3408 MIDDLESEX DR APT E**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALIEGH REINOEHL**
**373 CARROLL ST, JAR ARENA WBB SUITE**
**62**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.546 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$998.06** |

**Halifax Medical Center**
**1041 Dunlawton Ave.**
**Port Orange, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HALIM JOSEPH**
**3658 CLARENELL RD.**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HALL MILES**
**P.O. BOX 1270**
**HARTVILLE, OH 44632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,612.94** |

**Hallandale Outpatient Surgical Cent**
**306 E Hallandale Beach Blvd.**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HALLE HOVANCE**
**3952 WEST LAKE ROAD**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**HALLE SOLOMON**
**2810 CENTER COURT DRIVE**
**WESTON, FL 33332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Hallee Fresco**
**9428 Lilac Dr.**
**PO Box 826**
**Forest Falls, CA 92339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HALLIE CAJUSTE**
**835 NW 130 ST**
**GOLDEN BEACH, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HALLIE CHAVEZ**
**4434 LINCOLN AVENUE**
**PARMA, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HALLIE DOLIN**
**4320 BIRCHALL RD**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HALLIE DOLIN**
**7420 NIGHTINGALE DRIVE**
**APT.14**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HALONA DOBBINS**
**78 CORAL LN**
**CHILLICOTHE, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HAMED HARRAZI**
**1192 ELLESMERE AVE**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HAMID KHATIBI**
**2579 W 235TH STREET APT.G**
**TORRANCE, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAMIDEH TARAJI**
3501 ST. PAUL STREET, APT 634
BALTIMORE, MD 21218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAMILTON HAUGH**
9706 SOUTH 6TH AVENUE
INGLEWOOD, CA 90305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.00 |
|---|---|---|---|

**Hampton Roads Radiology Assoc**
110 Kingsley Ln
Norfolk, VA 23505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAMPUS AHLIN**
6101 PALM TRACE LANDINGS DRIVE
BUILDING 7, UNIT 102
FORT LAUDERDALE, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAMZAH MALIK**
615 SANDUSKY ST
DELAWARE, OH 43015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAMZAH RIZVI**
4515 W. BANCROFT ST. UNIT 5
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAN CHANG**
9305 SW 77TH AVE
APT 230
MIAMI, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.548 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAN LIN**
**1296 BUCKINGHAM GATE BLVD**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANDY PHYALL, JR.**
**7926 31 STREET**
**ROSEDALE, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANEEN AMAWI**
**3309 ARLINGTON AVE APT 30**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANG SI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANH PHAN**
**14 NGUYEN KIEM STREET**
**VINH CITY, NGHE AN, OH 00046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANIPH ALINIAGERDROUDBARI**
**1350 N HOWARD ST.**
**APT 611**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANK CLEGG**
**813 EUCLID AVENUE**
**TORONTO, OH 43964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANLIN CHEN**
**55 FIR HILL APT3A1**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNA ROWELL**
**2125 CAMPUS RD**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH ARISON**
**2541 STATION RD**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH BACKUS**
**1703 PIONEER ROAD**
**GRANDBURY, TX 76049**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH BAUGHMAN**
**6688 MEESE RD NE**
**ALLIANCE, OH 44601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH BENNETT**
**PO BOX 503**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH BOEHM**
**1587 LEWIS DRIVE**
**LAKEWOOD, OH 44107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH CANGCO**
**6438 HARTWAIT STREET**
**BALTIMORE, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH CHRISTOPHE**
**3301 COLLEGE AVENUE**
**FORT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH CLARK**
**5376 SR 514**
**GLENMONT, OH 44628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH CRAMER**
**535 PEPPERWOOD DRIVE**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH DAVIS**
**3731 SE 17TH AVE.**
**GAINESVILLE, FL 32641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH EVOLA**
**11340 PROSPECT RD**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANNAH GIRLIE**
**2250 PERRYSBURG HOLLAND RD.**
**A5**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 5 | Nonpriority creditor's name and mailing address<br>**HANNAH GIVENS**<br>**13911 DREXMORE ROAD**<br>**CLEVELAND, OH 44120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.550 6 | Nonpriority creditor's name and mailing address<br>**HANNAH HENRY**<br>**150 COUSINS DR**<br>**CARLISLE, OH 45005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.550 7 | Nonpriority creditor's name and mailing address<br>**HANNAH HILTY**<br>**10767 RESERVOIR DRIVE**<br>**MANTUA, OH 44255**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.550 8 | Nonpriority creditor's name and mailing address<br>**HANNAH HUNT**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX C232**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.550 9 | Nonpriority creditor's name and mailing address<br>**HANNAH HUNT**<br>**108 REED AVENUE**<br>**BROWNS MILLS, NJ 08015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.551 0 | Nonpriority creditor's name and mailing address<br>**Hannah Kanzig**<br>**13115 Schreiber Rd.**<br>**Cleveland, OH 44125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.551 1 | Nonpriority creditor's name and mailing address<br>**HANNAH KANZIG**<br>**13115 SCHREIBER RD**<br>**VALLEY VIEW, OH 44125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| | | |
|---|---|---|
| 3.551 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | **HANNAH KNOBLOCH** **5802 MEADOWBROOK LANE** **HILLIARD, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.551 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | **HANNAH KOHLER** **2140 TIMBERCREEK DR.** **APT. A** **TOLEDO, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.551 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | Hannah Kohler-Blausey 2140 Timbercreek Dr. Apt. A Toledo, OH 43615 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.551 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | **HANNAH KOHLER-BLAUSEY** **2140 TIMBERCREEK DR.** **APT. A** **TOLEDO, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.551 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | **HANNAH LANE** **5009 LUCAS PERRYSVILLE ROAD** **PERRYSVILLE, OH 44864** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.551 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | **HANNAH LOGLISCI** **5715 MOSHOLU AVE APT 2B** **BRONX, NY 10471-2229** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.551 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | **HANNAH LUFT** **11385 SOMERSET ROAD** **THORNVILLE, OH 43076** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.551 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH MANN**
6007 GIDDINGS ROAD
ROOTSTOWN, OH 44272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH MCBRIDE**
12215 MUMFORD ROAD
GARRETTSVILLE, OH 44231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH MISTIS**
562 PHEASANT RUN
VIRGINIA BEACH, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH PINEAULT**
1151 RICHWOOD AVE
MORGANTOWN, WV 26505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH QUICKSELL**
1317 FRENCHMEN ST.
NEW ORLEANS, LA 70116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH SABA**
5700 KYLIE COURT
SYLVANIA, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HANNAH SCHIMMOELLER**
446 SHERMAN STREET APT 201A
AKRON, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNAH SMITH**<br>**3021 PASCAL DR**<br>**BEAVERCREEK, OH 45431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNAH WAITE**<br>**7527 BRIARCLIFF PKWY**<br>**MIDDLEBURG HEIG, OH 44130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNAH WALDMAN**<br>**1512 DENISON DRIVE NW**<br>**WARREN, OH 44485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNAH WARD**<br>**116 EAST SECOND ST**<br>**GIRARD, OH 44420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNAH WARD**<br>**165 NORTH CHESTNUT AVENUE**<br>**NILES, OH 44446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNAH WITHROW**<br>**7633 SENECA TRL**<br>**TEMPERANCE, MI 48182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **HANNIQUE ROBERTS**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 807 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.553 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HANPENG XU** | ☐ Contingent | |
| **9248 MEADOW LANDING CT** | ☐ Unliquidated | |
| **SYLVANIA, OH 43560** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.553 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HANS APOLLON** | ☐ Contingent | |
| **15005 NE 6TH AVE #103** | ☐ Unliquidated | |
| **NORTH MIAMI, FL 33161** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.553 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HANYANG ZHOU** | ☐ Contingent | |
| **2245 UNIVERSITY HILLS BLVDAPT 109** | ☐ Unliquidated | |
| **TOLEDO, OH 43606** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.553 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HAO GUO** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.553 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HAO GUO** | ☐ Contingent | |
| **80 N PORTAGE PATH** | ☐ Unliquidated | |
| **APT 8B5** | ☐ Disputed | |
| **AKRON, OH 44303** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.553 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HAO ZHANG** | ☐ Contingent | |
| **38 S ADAMS ST APT 2** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.553 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **HAORAN WANG** | ☐ Contingent | |
| **437 LOVISA STREET** | ☐ Unliquidated | |
| **AKRON, OH 44311** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|---|
| | | Name | | |

| 3.554 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAORAN XIA**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HAOWEI JIANG**<br>**55 FIR HILL STREET APT.4A1**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00** |
|---|---|---|---|
| | **Hareendra G. Adhvarya, MD**<br>**7215 Old Oak Blvd. #A418**<br>**Cleveland, OH 44130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HARI POUDYAL**<br>**1220 WEST SANDUSKY STREET**<br>**FINDLAY, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HARIHARAN RANGARAJAN**<br>**406 SUMNER STREET**<br>**APARTMENT A-1**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HARIHARAN RANGARAJAN**<br>**406 SUMNER STREET**<br>**APARTMENT B-6**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **HARINI SRIDHARAN**<br>**268D, DEPOT**<br>**80 EAST EXCHANGE STREET**<br>**AKRON, OH 44308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HARIS ALI**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HARMONE CHATMAN**
**4535 LOCH LANE**
**SAN LEANDRO, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HAROLD ANTOINE**
**3934 SADIE RD**
**RANDALLSTOWN, MD 21133-4011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78.73 |
|---|---|---|---|

**Harold Lewis, DO PA**
**202 Lewis St.**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HAROLD PEIRRE LOUIS**
**1071 NW 101ST ST**
**MIAMI, FL 33150-1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HARRIET BATTISTE**
**3204 SONATA COURT**
**STOCKTON, CA 95212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HARRISON ASOKUARAMI**
**8121 CHURCH LN**
**WINDSOR MILL, MD 21244-3210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.555 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARRISON VONDERAU**
**23868 W RIM DR**
**COLUMBIA STATION, OH 44028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARRISON ZEITLER**
**7969 HARROW CT**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARRY MOLYNEUX**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARRY TAYLOR**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARSH DESAI**
**2126 ORCHARD LAKES PL APT 12**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARSHAL GADE**
**55 FIR HILL ST APT  11B10**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HARSHAL GADE**
**55 FIR HILLS STREET**
**5A1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HARUN MUSA**
**2069 MARTIN ROAD**
**MOGADORE, OH 44260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71.75** |
|---|---|---|---|

**Harvey A. Frank, DC PA**
**1321 S Andrews Ave.**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HASAN VARENCE**
**2847 BAINBRIDGE AVE**
**BRONX, NY 10458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HASAN VARENCE**
**2039 DENUNE AVE**
**COLUMBUS, OH 43211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HASANTHA HEMALI MALAVIPATHIRANA**
**634 E BUCHTEL AVE**
**APT 208**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HASHLIE THOMAS**
**4911 NW 11TH COURT**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HASHMATH FATHIMA**
**22 E ALANBROOKE COURT**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.556 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HASIBAH WALKER**
**1870 PARK BLVD**
**CAMDEN, NJ 08103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HASITHA BOTHENNA**
**389 SHERMAN STREET**
**APT #202**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hassan Forney**
**2707 Merlot Ln**
**Annapolis, MD 21401-7438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HASSAN FORNEY**
**738 CRISFIELD WAY**
**ANNAPOLIS, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HASSAN REAMES**
**406C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HASSAN REAMES**
**302A DALEY**
**2500 WEST NORTH AVENUE**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HASSAN REAMES**
**302A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HASSAN SALEH** | ☐ Contingent | |
| **1648 COLLEEN CT** | ☐ Unliquidated | |
| **TOLEDO, OH 43614** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.00** |
| **Hassan Semann, MD** | ☐ Contingent | |
| **3065 Arlington Ave.** | ☐ Unliquidated | |
| **Toledo, OH 43614** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number  **1147** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HASSIBULLAH AGHBAR** | ☐ Contingent | |
| **11715 GARFIELD ROAD** | ☐ Unliquidated | |
| **HIRAM, OH 44234** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HASSIEM BROCKINGTON** | ☐ Contingent | |
| **8434 ALLENSWOOD RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21133** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Hau Thawng** | ☐ Contingent | |
| **1317 W Running Brook Rd.** | ☐ Unliquidated | |
| **Nashville, TN 37209** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.558 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HAUVEMITH LABRANCHE** | ☐ Contingent | |
| **41 NW 190TH ST** | ☐ Unliquidated | |
| **MIAMI, FL 33169-4026** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.558 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HAVEN COOK** | ☐ Contingent | |
| **7807 MARCHE LATERAL RD.** | ☐ Unliquidated | |
| **NORTH LITTLE ROCK, AR 72118** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.558 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAYDEN GLOVER**
36550 CHESTER ROAD
APT. 4804
AVON, OH 44011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAYDEN SPIES**
16 PEPPER RIDGE RD
PEPPER PIKE, OH 44124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAYLEE DUNAHAY**
1907 UNIVERSITY BLVD
LIMA, OH 45805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAYLEY HEATH**
1911 GASTON ROAD
SKIPPERS, VA 23879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAYLEY SCHERER**
3794 MAGNOLIA DRIVE
BRUNSWICK, OH 44212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HE HAO**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HE HU**
77 FIRHILL TOWERS, 7B8
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HE'QUIA HORNER**
2311 13TH STREET NE
CANTON, OH 44705

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|

**HEALIX HEALTHCARE SERVICES LLC**
3990 SHERIDAN ST
STE. 201
HOLLYWOOD, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number  3012

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**HEALTH CORE PHYSICAL THERAPY &**
8198 S JOG RD.
SUITE 204-5
BOYNTON BEACH, FL 33472

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.00 |
|---|---|---|---|

**Health Texas Provider Network**
PO Box 844128
Dallas, TX 75284-4128

Date(s) debt was incurred _

Last 4 digits of account number  8936

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HealthSmart Benefits Solutions, Inc**
PO Box 847972
Dallas, TX 75284-7972

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HealthSmart Care Management**
PO Box 842088
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HealthSmart Preferred Network**
PO Box 846038
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Healthsouth Geisinger**
2 Rehab Lane
Danville, PA 17821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $620.00 |
|---|---|---|---|

**HEALTHSTONE MEDICAL GROUP LLC**
3700 WASHINGTON ST
HOLLYWOOD, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4861**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,796.89 |
|---|---|---|---|

**Healthtexas Provider Network**
PO Box 844128
Dallas, TX 75284-4128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8936**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**HEALTHY CARE PHYSICAL THERAPY**
8198 S JOG RD
SUITE 204-5
BOYNTON BEACH, FL 33472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.07 |
|---|---|---|---|

**Heartplace PA**
16980 Dallas Pakwy, Suite 200
Dallas, TX 75248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.24 |
|---|---|---|---|

**Heartwell, LLP**
7400 SW 87th Ave., Suite 100
Miami, FL 33173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEATH LAUX**
7619 US ROUTE 127
CELINA, OH 45822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**HEATHER CARNEGIE**
**17107 NORTH BAY ROAD**
**APT C406**
**SUNNY ISLES BEACH, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**HEATHER DANIELS**
**3939 GREENRIDGE DR**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**HEATHER GOMEZ CARENO**
**5042 SW 163RD CT**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**HEATHER GUZMAN**
**19 ALBANS AVE**
**EWING, NJ 08618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Heather Husted**
**1104 Autumn Lakes Ct.**
**Apt. 105**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**HEATHER HUSTED**
**1104 AUTUMN LAKES CT**
**APT 105**
**VIRGINIA BEACH, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**HEATHER KENT**
**9742 NW 7TH CIRCLE**
**APT. 817**
**PLANTATION, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**HEATHER MILOS**
**815 HOLLYVIEW DR**
**SHEFFIELD LAKE, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Heather Voss-Hoynes**
**3785 Wiltshire Rd.**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**HEATHER VOSS-HOYNES**
**3785 WILTSHIRE RD**
**MORELAND HILLS, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**HEATHER WILLIAMS**
**1510 W SANDPIPER CIRCLE**
**PEMBROKE PINES, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Heatlcare Highways**
**6300 Fallwater Trail**
**Ste. 120**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Heatlcare Highways**
**6300 Fallwater Trail**
**Ste. 120**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**HEBO DRAMOU**
**13 HOMBERG AVENUE**
**ESSEX, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.561 7 | **Nonpriority creditor's name and mailing address**<br>**HECTOR ACOSTA CARRILLO**<br>**5204 NE 2ND CT APT. 3**<br>**MIAMI, FL 33137**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.561 8 | **Nonpriority creditor's name and mailing address**<br>**HECTOR BEASON**<br>**7315 CARLYLE AVE, APT 13**<br>**MIAMI BEACH, FL 33141**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.561 9 | **Nonpriority creditor's name and mailing address**<br>**HECTOR GARCIA**<br>**6945 NW 20 AVENUE**<br>**MIAMI, FL 33147**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.562 0 | **Nonpriority creditor's name and mailing address**<br>**HECTOR HENRRIQUEZ**<br>**14875 PRAIRIE LAKE DR**<br>**PERRYSBURG, OH 43551**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.562 1 | **Nonpriority creditor's name and mailing address**<br>**HECTOR WILTZ JR**<br>**11760 SW 40TH ST.**<br>**MIAMI, FL 33175**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  4479 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$330.00** |

| 3.562 2 | **Nonpriority creditor's name and mailing address**<br>**HECTOR ZAYAS**<br>**15401 NW 37TH AVE**<br>**MIAMI GARDENS, FL 33054-6459**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.562 3 | **Nonpriority creditor's name and mailing address**<br>**HEENA THAKKAR**<br>**2801 W BANCROFT MS121**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.562 4 | **Nonpriority creditor's name and mailing address**<br>**HEIDI WIEGAND**<br>**12772 GIFFORD ROAD**<br>**OBERLIN, OH 44074** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 5 | **Nonpriority creditor's name and mailing address**<br>**HELEN FRAZIER**<br>**4361 CLARKWOOD PARKWAY APT 508**<br>**WARRENSVILLE HEIGHTS, OH 44128** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 6 | **Nonpriority creditor's name and mailing address**<br>**HELEN MARTINA MATHICHETTY**<br>**ANTHUVAN**<br>**77 FIR HILL TOWERS 5B5**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 7 | **Nonpriority creditor's name and mailing address**<br>**HELEN MARTINA MATHICHETTY**<br>**ANTHUVAN**<br>**77 FIR HILL TOWERS 11B12**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 8 | **Nonpriority creditor's name and mailing address**<br>**HELEN NEE**<br>**4625 W BARLIND DR**<br>**PITTSBURGH, PA 15227** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 9 | **Nonpriority creditor's name and mailing address**<br>**HELENA TAMINSKI**<br>**51165 BALTREE DRIVE**<br>**SHELBY TOWNSHIP, MI 48316** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.563 0 | **Nonpriority creditor's name and mailing address**<br>**Helix Urgent Care Lake**<br>**2720 - 10th Ave N**<br>**Lake Worth, FL 33461** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24.50** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.563 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**HEMA RAVALI ADURI**
**77 FIR HILL TOWERS , APT: 6B5**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 2 |
|---|

**Nonpriority creditor's name and mailing address**
**HEMAA KREE KUMAR**
**1335 OAK HILL CT APT 115**
**TOLEDO, OH 43614**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.563 3 |
|---|

**Nonpriority creditor's name and mailing address**
**HEMAA SREEKUMAR**
**3414 DORR ST APT 137**
**TOLEDO, OH 43607**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.563 4 |
|---|

**Nonpriority creditor's name and mailing address**
**HENDERSON MD FREDERIC L**
**1410**
**METAIRIE, LA 70002**

Date(s) debt was incurred _
Last 4 digits of account number  **7800**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| 3.563 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Hendry Regional Medical Center**
**524 W Sagamore Ave.**
**Clewiston, FL 33440**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,671.12**

---

| 3.563 6 |
|---|

**Nonpriority creditor's name and mailing address**
**HENG CHEN**
**65 PHEASANT WAY**
**SOUTH WINDSOR, CT 06074**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.563 7 |
|---|

**Nonpriority creditor's name and mailing address**
**HENRIETTA APPIAH**
**437 SUMNER STREET APT S1**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.563<br>8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**HENRIK TITTONEN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.563
9

**Nonpriority creditor's name and mailing address**
**HENRY BAER**
**264 PARK ST**
**NEW CANAAN, CT 06840-5712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.564
0

**Nonpriority creditor's name and mailing address**
**HENRY BREZIAL**
**3105 NW 2ND ST**
**LAUDERHILL, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.564
1

**Nonpriority creditor's name and mailing address**
**HENRY ESTRADA**
**2002 ROCK RIDGE DR**
**HOUSTON, TX 77049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.564
2

**Nonpriority creditor's name and mailing address**
**HENRY HERNANDEZ**
**289 E 64TH ST**
**HIALEAH, FL 33013-1046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.564
3

**Nonpriority creditor's name and mailing address**
**HENRY LORENZO**
**929 SW 143RD AVE**
**PEMBROKE PINES, FL 33027-6156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.564
4

**Nonpriority creditor's name and mailing address**
**Henry Naddaf**
**4235 Secor Rd**
**Toledo, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number **1241**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$219.00

---

| 3.564 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENRY ONYEDUM**
2312 CROSSETT RD
BALTIMORE, MD 21237-1462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENRY SANNYASA**
PO BOX 1006
HIRAM, OH 44234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENRY SMITH**
79 GLADYS COURT
OBERLIN, OH 44076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HERBERT HARDIN**
6438 KOFFEL COURT
ELKRIDGE, MD 21078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HERBERT PITCHFORD**
4224 IVANHOE AVE
BALTIMORE, MD 21212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.07 |
|---|---|---|---|

**Hershman Medical**
13400 SW 120th St. #300A
Miami, FL 33173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HESHAM ELDESOUKY**
459 SPICER STREET
APARTMENT 'A'
AKRON, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HEYI LIANG**
**646 E. BUCHTEL AVE.**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.48 |
|---|---|---|---|

**HHCSI**
**5250 E US Hwy 36**
**Avon, IN 46123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.33 |
|---|---|---|---|

**Hialeah Hospital**
**651 E 25th St.**
**Hialeah, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hibba Sumra**
**7128 Quail Lakes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIBBA SUMRA**
**4430 N HOLLAND SYLVANIA RD**
**APT 1329**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HILARY ANYAELE**
**1411 GOODYEAR BLVD, #3**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HILARY GEFFRARD**
**18801 NE 3RD CT**
**APT 721**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **HILARY GEFFRARD**<br>**18801 NE 3RD CT**<br>**APT 721**<br>**MIAMI, FL 33179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **HILARY GEFFRARD**<br>**18801 NE 3RD CT**<br>**APT 721**<br>**MIAMI, FL 33179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.11 |
| --- | --- | --- | --- |
| | **Hilary Glasser, Psyd**<br>**301 NW 84th Ave.**<br>**Fort Lauderdale, FL 33324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **HILDA CHANYAU**<br>**1216 SUNBURY RD**<br>**COLUMBUS, OH 43210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **HILLARY AJIFA**<br>**1700 E COLD SPRING LANE**<br>**BALTIMORE, MD 21251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **HILLARY BUTLER**<br>**7167 COBBLEDALE AVE. NW**<br>**NORTH CANTON, OH 44720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **HILLARY NKRUMAH**<br>**604 BUSHYTAIL CT**<br>**FREDERICK, MD 21703-2247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,847.32** |
|---|---|---|---|

**Hillcrest Hospital**
**6780 Mayfield Rd.**
**Cleveland, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,001.56** |
|---|---|---|---|

**Hillsdale Hospital**
**168 S Howell St.**
**Hillsdale, MI 49242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HIMEL BARUA**
**685 SHERMAN STREET**
**APT 6**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HIMEL BARUA**
**543 E. BUCHTEL AVE APT 1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HING YIP CHUNG**
**437 SUMNER STREET APT C**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,267.39** |
|---|---|---|---|

**Hip & Joint Spec of N Texas**
**6301 Harris Pkwy #300**
**Fort Worth, TX 76132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,361.76** |
|---|---|---|---|

**Hiram College Health Center**
**Attn: Tricia Fincham**
**PO Box 67**
**Hiram, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HIROSHI NIINA**
**13252 SW 119 TERR**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HIRSH SHAH**
**7013 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HOANGHA DAO**
**3423 SCHNEIDER RD**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HODA NOURMOHAMMADI NAJAFABADI**
**647 SHERMAN ST.**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hoffman Group**
**2 Berea Commons**
**Suite 10**
**Berea, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$921.08** |
|---|---|---|---|

**Hoffman Park Emerg Phys, LLC**
**401 NW 42nd Ave.**
**Fort Lauderdale, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HOHEBETH VEGA**
**8880 NW 99TH PATH**
**MEDLEY, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 828 of 3613

| 3.568 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOLDEN PELZ**
**6340 N ELLISTON TROWBRIDGE RD**
**MARTIN, OH 43445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.568 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOLDEN TINCHER**
**7285 JACKMAN RD**
**TEMPERANCE, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.568 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOLLY HOFFMAN**
**1812 LUKE DRIVE**
**STREETSBORO, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOLLY KNIGHT**
**6359 CHILTERN ROAD**
**CANAL FULTON, OH 44614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,104.00 |
|---|---|---|---|

**Holly Mazanec, FNP-C**
**444 W Exchange St.**
**Akron, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly Noe**
**30422 Oleander Blvd.**
**Big Pine Key, FL 33043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOLLY NOE**
**2262 ORLANDO ROAD**
**BIG PINE KEY, FL 33043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLLY RIEGEL**
**26660 PLUMMER RD**
**WILLIAMSPORT, OH 43164**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLLY THOMPSON**
**9506 COMMUNITY ROAD APT AB**
**WINDHAM, OH 44288**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLLY WILKENS**
**3343 SANDY LANE**
**AVON, OH 44011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|

**HOLLYWOOD DIAGNOSTICS CENTER**
**4224 HOLLYWOOD BLVD**
**HOLLYWOOD, FL 33021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7552

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484.00 |
|---|---|---|---|

**Hollywood Eye Institute**
**11011 Sheridan St.**
**Ste. 215**
**Hollywood, FL 33026-1541**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,122.50 |
|---|---|---|---|

**HOLLYWOOD REGIONAL SURGERY CEN**
**3475 SHERIDAN ST**
**SUITE 104**
**HOLLYWOOD, FL 33021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,755.81 |
|---|---|---|---|

**Holy Cross Emergency Physicians, PA**
**4725 N Federal Hwy**
**Fort Lauderdale, FL 33308-4603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,758.55** |
|---|---|---|---|

**Holy Cross Hospital**
**1500 Forest Glen Rd.**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.569 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,803.87** |
|---|---|---|---|

**Holy Cross Medical Group**
**PO Box 531866**
**Atlanta, GA 30353-1866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Holy Cross Urgent Care**
**1115 S Federal Hwy**
**Fort Lauderdale, FL 33318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$954.98** |
|---|---|---|---|

**HOMELINK**
**1111 W SAN MARNAN DR**
**Waterloo, IA 50702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5911

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,961.28** |
|---|---|---|---|

**Homested Hospital**
**975 Baptist Way**
**Homestead, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HONG QIN**
**2795 MACDUFF DR NW**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**HONG WANG**
**9066 SW 73RD CT**
**APT1604**
**MIAMI, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGDI CHEN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGHE LIANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGMIN YU**
**PO BOX 36565**
**CANTON, OH 44735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGMIN YU**
**7536 PEACHMONT AVE NW**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGMING GUO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGSEN ZHAO**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HONGZHEN YANG**
**2865 NORTH HIGH STREET**
**#205**
**COLUMBUS, OH 43202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOOMAN ENAYATI**
**590 E BUCHTEL AVE, APT 22**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOPAL MELBOURNE**
**3551 LYNDALE AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOPBLAN PEREZ**
**1500 NW 24TH AVE**
**MIAMI, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOPE CASSEDAY**
**991 HARPSTER AVE**
**AKRON, OH 44314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOPE MOODY-ZIMMERMAN**
**4531 PARK LN**
**DALLAS, TX 75220-2022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HORACE JOHNSON**
**6737 RADCLIFFE DRIVE**
**ALEXANDRIA, VA 22307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |
|---|---|---|---|

**Horizons Counseling Services**
**5851 Pearl Rd, Ste. 305**
**Cleveland, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 833 of 3613

| 3.571 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOSEAN MITTAL**
14625 NE 4TH AVE
MIAMI, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.571 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,606.00 |
|---|---|---|---|

**Hospital for Special Surg.**
PO Box 29174
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.571 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOSUK RHYU**
580 PARKHILL DRIVE APARTMENT 15
AKRON, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.571 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HOUSTON LONG**
750 MULL AVE APT 1N
AKRON, OH 44313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.571 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $437.00 |
|---|---|---|---|

**HOUSTON RADIOLOGY ASSOCIATED**
6565 FANNIN ST DUNN 281
Houston, TX 77030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8097**

Is the claim subject to offset? ■ No ☐ Yes

| 3.572 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HSIAO-YING TANG**
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.572 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HSIAO-YING TANG**
262 MALLARD POINT DR. APT 310
AKRON, OH 44319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.572 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HSIN-WEI SU**
**401 S. MAIN ST. #315A**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HUAIKUAN LI**
**6880 SW 44TH ST APT 209**
**MIAMI, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HUAN ZHANG**
**1759 HAMPTON KNOLL DRIVE**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,995.00** |
|---|---|---|---|

**HUB MEDICAL LLC**
**1130 KINGS POINT CT**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7458**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HUGH CADE**
**2319 CHATHAM RD**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HUGH WASHINGTON**
**312 OKLAUNION**
**DALLAS, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HUGO AGUILAR**
**152 DEEP HARBOR**
**GUN BARREL CITY, TX 75156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 835 of 3613

| 3.572 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HUGO VARGAS**
**974 HARBORTON DR**
**COLUMBUS, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HUGUETTE XAVIER**
**7331 SHALIMAR STREET**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HUI LI**
**2200 HIGH STREET**
**APT 458**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HUI TAO**
**591 EAST BUCHTEL AVE**
**APT  T**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HUIYAN SHI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Hulon Maeweathers**
**3272 S Senseney Cir.**
**Clarksville, TN 37042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HUMBERTO HENRIQUEZ**
**6112 40TH AVE**
**HYATTSVILLE, MD 20782-3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.573 6 | **Nonpriority creditor's name and mailing address**<br>**HUNTER ANNE POSTIER**<br>**19950 SANTA FE TRL**<br>**LEAVENWORTH, KS 66048**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.573 7 | **Nonpriority creditor's name and mailing address**<br>**HUNTER APESOS**<br>**6530 FIELDSON RD**<br>**DAYTON, OH 45459**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.573 8 | **Nonpriority creditor's name and mailing address**<br>**HUNTER BURTT**<br>**8880 DAY AVE SW**<br>**NAVARRE, OH 44662**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.573 9 | **Nonpriority creditor's name and mailing address**<br>**HUNTER CORNE**<br>**PO BOX 524**<br>**DECATUR, TN 37322**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.574 0 | **Nonpriority creditor's name and mailing address**<br>**HUNTER JENKINS**<br>**37418 HUNTERS RIDGE ROAD**<br>**SOLON, OH 44139**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.574 1 | **Nonpriority creditor's name and mailing address**<br>**HUNTER KUHLMAN**<br>**121 N 5TH ST**<br>**WATERVILLE, OH 43566**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.574 2 | **Nonpriority creditor's name and mailing address**<br>**HUNTER LLOYD**<br>**5817 WESLEYAN DRIVE**<br>**BOX A-536**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.574 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER LOWRY**
**2505 MORNINGSTAR LANE**
**ARLINGTON, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.574 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER MARKUS**
**1120 N WESTWOOD AVE APT 2418**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER OCONNOR**
**117 FIRST TERRACE**
**KEY LARGO, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER PERRIN**
**10250 ELLA LN**
**PLEASANT LAKE, MI 49272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER ROCK**
**11215 BLOOM ROAD**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER ROCK**
**2000 HERTFORD DRIVE**
**PITTSBURGH, PA 15129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HUNTER ROWELL**
**107 JANIE ST**
**RUSKIN, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.575 0 | **Nonpriority creditor's name and mailing address**<br>**HURBRELL HOLMES**<br>**8169 MEADE VILLAGE RD**<br>**SEVERN, MD 21144-2402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.575 1 | **Nonpriority creditor's name and mailing address**<br>**HUSAM WAZIR**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.575 2 | **Nonpriority creditor's name and mailing address**<br>**HUSSAIN ALNAJRANE**<br>**393 SUMMER ST, APT105D AKRON**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.575 3 | **Nonpriority creditor's name and mailing address**<br>**HUSSAIN ALNAJRANE**<br>**25 FRENCH MILL RUN, #23**<br>**CUYAHOGA FALLS, OH 44223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.575 4 | **Nonpriority creditor's name and mailing address**<br>**HUY NGUYEN**<br>**1701 STILLWATER DR**<br>**TECUMSEH, MI 49286**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.575 5 | **Nonpriority creditor's name and mailing address**<br>**HUYNH NGAN**<br>**1816 N WESTWOOD AVE APT E**<br>**TOLEDO, OH 43607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.575 6 | **Nonpriority creditor's name and mailing address**<br>**HX Global, Inc.**<br>**1 International Plaza**<br>**Suite 550**<br>**Philadelphia, PA 19113**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **D001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 839 of 3613

| 3.575 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HYDIA ALLEN**
**2530 NW 159TH ST**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HYUNG MI KANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HYUNJUN KIM**
**181-C, 80 E.EXCHANGE ST.**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I'JAE WEBB**
**8706 MEADOE HEIGHTS RD.**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I'KAYLA FENNELL**
**2908 BIDEKER AVE**
**FORT WORTH, TX 76105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I'MESHA BRANCH**
**1431 BERT DRIVE**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IAN ACEVEDO**
**2077 VININGS CIRCLE APT 1307**
**WEILLINGTON, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN BEHM**
**668 LEESBURG STATION ROAD**
**VOLANT, PA 16156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN CRAWFORD**
**908 SNOWFALL SPUR**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN CROOK**
**2810 EAST COVE CT**
**MAINEVILLE, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN JAMES**
**820 W BARRE ST**
**BALTIMORE, MD 21230-2403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN LYNCH**
**10716 CASTLETON TURN**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN MICHAEL ANDREWS**
**3500 MARIGOLD CT**
**APT 204**
**PALM BEACH GARDENS, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**IAN MONROE**
**4343 W BANCROFT ST APT 4C**
**OTTAWA HILLS, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.577 1 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IAN MURPHY** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **8001 SUDER AVE** | ☐ Contingent |
| | **ERIE, MI 48133** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 2 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IAN MWANIKI** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **1947 NEW HAVEN DR.** | ☐ Contingent |
| | **BALTIMORE, MD 21221** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 3 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IAN ROMANO** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **9340 OAK GROVE CIRCLE** | ☐ Contingent |
| | **DAVIE, FL 33328** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 4 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IBRAHEEM EDU** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **7851 RIVERDALE RD APT 102** | ☐ Contingent |
| | **NEW CARROLLTON, MD 20784-4004** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 5 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IBRAHIM ALSHAMMARI** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **4474 STATE ROUTE 43, APT 7** | ☐ Contingent |
| | **KENT, OH 44240** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 6 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IBRAHIM PRIDE** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **2411 MONTEBELLO TERRACE** | ☐ Contingent |
| | **BALTIMORE, MD 21214** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.577 7 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **IBRAHIMA CAMARA** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **7880 TRIBUTARY LN** | ☐ Contingent |
| | **REYNOLDSBURG, OH 43068** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.577 8 | **Nonpriority creditor's name and mailing address**<br>**IBRAHIMA KONE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.577 9 | **Nonpriority creditor's name and mailing address**<br>**IBUKUN ODEKUNLE**<br>**1540 HYDE PARK AVENUE**<br>**AKRON, OH 44310**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.578 0 | **Nonpriority creditor's name and mailing address**<br>**IBUKUN OLUKANNI**<br>**4092 MORSE CREEK COMMONS DRIVE**<br>**COLUMBUS, OH 43224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.578 1 | **Nonpriority creditor's name and mailing address**<br>**IBUKUN OLUKANNI**<br>**1216 SUNBURY RD**<br>**COLUMBUS, OH 43210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.578 2 | **Nonpriority creditor's name and mailing address**<br>**IBUKUNOLUWA OLADUNJOYE**<br>**3503 VISTA VERDE DRIVE**<br>**MITCHELLVILLE, MD 20721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.578 3 | **Nonpriority creditor's name and mailing address**<br>**ICIS JOHNSON**<br>**12506 GUINEVERE RD**<br>**GLENN DALE, MD 20769-8942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.578 4 | **Nonpriority creditor's name and mailing address**<br>**IDA MARTIN**<br>**5933 WALNUT CIR APT S**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.578 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**IDARA UDO-INYANG**
**80 E EXCHANGE ST**
**APT. 161-B**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.578 6 | **Nonpriority creditor's name and mailing address** | **$56,533.79** |

**IEC Group, Inc.**
**PO Box 7186**
**Boise, ID 83707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.578 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**IESHA BUTLER**
**2 MERSEY CT APT F**
**ELLICOTT CITY, MD 21042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.578 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**IESHA CHILDS**
**1423 EAST EAGER ST**
**BALTIMORE, MD 21205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.578 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**IFECHUKWUDEL UDEAGBALA**
**5502 YORKSHIRE DRIVE**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.579 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**IFEOMA MJUBIGBO**
**1120 N WESTWOOD AVE**
**APT 6105**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.579 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**IFTEKHAR HASAN**
**685 SHERMAN ST**
**APT: 18**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO DEL FRESNO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO ESTRADAS GOYA**
**3301COLLEGE AVE**
**FORT LAUDEARDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO FERNANDEZ**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO GAVILANES**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO GAVILANES**
**437 SHERMAN**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO GOMEZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGNACIO PUENTE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 845 of 3613

| Debtor | Student Educational Benefit Trust | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.5799**

**Nonpriority creditor's name and mailing address**

**IGNACIO STRADAS GOYA**
**3301COLLEGE AVE**
**FORT LAUDEARDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5800**

**Nonpriority creditor's name and mailing address**

**IGNACIO VELAZ**
**26 CHASE RD**
**THOMPSON, CT 06277-2802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5801**

**Nonpriority creditor's name and mailing address**

**IGOR PEREZ**
**16400 COLLINS AVE. APT 2543**
**SUNNY ISLES, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5802**

**Nonpriority creditor's name and mailing address**

**IGOR ZAPPAROLI DE SOUZA**
**405C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5803**

**Nonpriority creditor's name and mailing address**

**IJAZ RASUL**
**130 Preston Executive Drive**
**Suite 102**
**CARY, NC 27513**

Date(s) debt was incurred _

Last 4 digits of account number _1776_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.5804**

**Nonpriority creditor's name and mailing address**

**IJEOMA EZIEFULA**
**5403 GEORGIA AVE NW**
**4931 N CAPITOL ST NE APT 31**
**WASHINGTON, DC 20011-6752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5805**

**Nonpriority creditor's name and mailing address**

**IJOO YOU**
**1957 WELLS CREEK RUN**
**AKRON, OH 44312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.580 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IKENNA AZUBIKE**
**11504 MARJORIE DRIVE**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ILKE CELIK**
**1445 OAK HILL COURT APARTMENT 5**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Illinois Secretary of State**
**501 S. Second St., Rm. 351**
**Springfield, IL 62756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IMAN ASHRAF**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IMAN BATISTE**
**6670 TRAQUAIR PL**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IMAN HEWITT**
**1816 LAWRENCE AVE**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IMAN SAMANI**
**4124 S TERRACEVIEW STAPT 11**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.581 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI BARNES**
**920 TRINITY AVE APT 5D**
**BRONX, NY 10456-7434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.581 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI CARSON**
**9 FOUNTAIN RIDGE CIRCLE**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.581 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI HEMSLEY**
**539 25TH PL NE**
**WASHINGTON, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.581 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI HINTON**
**1235 BELMONT AVE**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.581 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI HOWARD**
**76 M ST NW**
**WASHINGTON, DC 20001-1373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.581 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI LASSITER**
**2300 22ND STREET SOUTH**
**SAINT PETERSBURG, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.581 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**IMANI LEWIS**
**5602 LOCH RAVEN BLVD.**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 848 of 3613

| 3.582 0 | **Nonpriority creditor's name and mailing address**<br>**IMANI MAHDI**<br>**101 ELM AVE BSMT**<br>**MOUNT VERNON, NY 10550-2314**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| --- | --- | --- | --- |
| 3.582 1 | **Nonpriority creditor's name and mailing address**<br>**IMANI STEPNEY**<br>**5768 GLASTON PL**<br>**COLUMBUS, OH 43232**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 2 | **Nonpriority creditor's name and mailing address**<br>**IMANI WARREN**<br>**9918 KINGSBURY BLVD**<br>**CLEVELAND, OH 44104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 3 | **Nonpriority creditor's name and mailing address**<br>**IMANI WILLIAMS**<br>**5716 MAPLEHILL RD**<br>**BALTIMORE, MD 21239-3244**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 4 | **Nonpriority creditor's name and mailing address**<br>**IMANI WRIGHT**<br>**1143 SOUTHVIEW DRIVE**<br>**APT 302**<br>**OXON HILL, MD 20745**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 5 | **Nonpriority creditor's name and mailing address**<br>**IMANI WRIGHT**<br>**4417 RENA RD APT 204**<br>**SUITLAND, MD 20746-3614**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.582 6 | **Nonpriority creditor's name and mailing address**<br>**IMANIE EDWARDS**<br>**3502 FAIRVIEW AVE APT 5**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.582 7**

**Nonpriority creditor's name and mailing address**

**IMONIE LEWIS**
**6507 EASTERN PKWY**
**BALTIMORE, MD 21214-1406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.582 8**

**Nonpriority creditor's name and mailing address**

**IMTIAZUD DIN**
**1744 N WESTWOOD AVE**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582 9**

**Nonpriority creditor's name and mailing address**

**INA KIM**
**2553 PLUM LEAF LN APT B**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 0**

**Nonpriority creditor's name and mailing address**

**INAL SIBEKOV**
**16-38 MANDON PL**
**FAIR LAWN, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 1**

**Nonpriority creditor's name and mailing address**

**INAL SIBEKOV**
**16-38 MANDON PL**
**FAIR LAWN, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 2**

**Nonpriority creditor's name and mailing address**

**INAL SIBEKOV**
**16-38 MANDON PL**
**FAIR LAWN, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 3**

**Nonpriority creditor's name and mailing address**

**INDIA CURENTON**
**147 4TH AVE**
**ALIQUIPPA, PA 15001-3365**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 850 of 3613

| 3.583 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIA DEAHL**
**1519 RUXTON AVE.**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIA PITT**
**4428 BLUE HERON WAY**
**BLADENSBURG, MD 20710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIA ROBERTS-BANDOO**
**7825 MIRAMAR PARKWAY**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIA SPENCER**
**1008 SEARAY CT**
**ABINGDON, MD 21009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIA WILLIAMS**
**1110ASTURIA WAY S.**
**SAINT PETERSBURG, FL 33705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIRA JACKSON**
**6335 MARTINS MILL RD**
**PHILADELPHIA, PA 19111-5321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIRA MUNROE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIRA MUNROE-FARRINGTON**
**1037 NW 81ST TERRACE**
**PLANTATION, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDIRAS KHATRI**
**1355 OAK HILL COURT APT 69**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDRA SUBEDI**
**1227 BROOKVIEW DR APT 77**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INDYA JEFFERS**
**7604 GAMBIER DRIVE**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.79 |
|---|---|---|---|

**Infants and Children, PA**
**2141 Alternate A1A**
**Ste. 230**
**Jupiter, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**INFECTIOUS DISEASE DOCTORS, PA**
**PO BOX 802772**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3702**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INFINNATIE ROW**
**553 STIRLING ST**
**PONTIAC, MI 48340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Infinnatie Rowe**
**553 Stirling St**
**Pontiac, MI 48340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INFINNATIE ROWE**
**553 STIRLING ST**
**PONTIAC, MI 48340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,193.39 |
|---|---|---|---|

**Infusion Partners**
**3315 Centennial Rd.**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INGABIRE BANGAMWABO**
**1419 HADWICK DR APT D**
**ESSEX, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.15 |
|---|---|---|---|

**Ingenious Personalized Medicine, LL**
**6915 Tutt Blvd. #110A**
**Colorado Springs, CO 80923-3591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INGRID LOVOS**
**5194 SE PRIMROSE WAY**
**STUART, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INGRID PUJOL**
**15519 SW 32ND TERRACE**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INIGO CILLERO**
**3301 COLLEGE AVE**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.585 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INNOCENT DEMSHEMINO**
**592 CARROLL STREET, APT 5**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.88 |
|---|---|---|---|

**Inova Alexandria**
**4320 Seminary Rd.**
**Alexandria, VA 22304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,996.00 |
|---|---|---|---|

**INPHYNET CONTRACTING SRV LLC**
**3360 Burns Rd**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number  6767

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.35 |
|---|---|---|---|

**Inphynet Contracting Srv, LLC**
**3360 Burns Rd.**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,426.94 |
|---|---|---|---|

**Inphynet South Broward, LLC**
**PO Box 459077**
**Fort Lauderdale, FL 33345**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.71 |
|---|---|---|---|

**Inst for Womens Health & Body**
**5507 S Congress, Suite 110**
**Lake Worth, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.03 |
|---|---|---|---|

**Integrated Cell & Molecular Diag**
6305 Ivy Ln, Suite 100
Greenbelt, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $976.00 |
|---|---|---|---|

**INTEGRATED PAIN AND NEURO PAY**
PO BOX 11951
NEW ORLEANS, LA 70115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7793

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $917.28 |
|---|---|---|---|

**Integrated Reg Lab Path Serv**
5361 NW 33rd Ave.
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Integrity Rehab**
5302 Janelle Dr.
Killeen, TX 76549-5666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $174.83 |
|---|---|---|---|

**Intellirad Imaging, LLC**
11750 SW 40th St.
Miami, FL 33175

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $159.00 |
|---|---|---|---|

**INTERCOASTAL MEDICAL GROUP**
943 S. Beneva Road Suite 306
SARASOTA, FL 34232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7767

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $457.58 |
|---|---|---|---|

**Intermountain Medical Center**
5121 S Cottonwood St.
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Internal Medicine West**
**2651 W Market St.**
**Akron, OH 44333-4200**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IONA GABBIDON**
**3162 NE 166TH STREET**
**NORTH MIAMI BEACH**
**MIAMI, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IONA ROTHFELD**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IONUT GAVRIS**
**7370 MCLELLAN DR**
**WALTON HILLS, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IRENE BONSU ACKERSON**
**648 E. BUCHTEL AVE**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IRENE NGO BISSEE**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IRENE RATEMO**
**1235 OAK HILL CT APT 240**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRENE RIVERA**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRENE VITAKIS**
**7491 BERKELEY LN**
**NORTH ROYALTON, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRESHA SHAMINI KONARA**
**MUDIYANSELAGE**
**389 SHERMAN ST**
**APT 101**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRETIADE ADENIJI**
**610 SW 79TH AVENUE**
**NORTH LAUDERDALE, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Irite Adolphe Niamien Bi**
**5502 Ivanhoe Ave**
**Baltimore, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRITIE ADOLPHE NIAMIEN BI**
**5502 IVANHOE AVENUE**
**BALTIMORE, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRMA BONILLA**
**1888 SW 154TH AVE**
**MIRAMAR, FL 33027-4389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.588 3 | **Nonpriority creditor's name and mailing address**<br>**IRUNGU KARANGU**<br>**3144 RAVENWOOD AVENUE**<br>**BALTIMORE, MD 21213**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.588 4 | **Nonpriority creditor's name and mailing address**<br>**IRVEEN SINGH**<br>**580 CLUB DRIVE**<br>**AURORA, OH 44202**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.588 5 | **Nonpriority creditor's name and mailing address**<br>**IRVING JONES**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX A364**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.588 6 | **Nonpriority creditor's name and mailing address**<br>**IRWIN KING**<br>**1831 SW 65TH AVENUE**<br>**NORTH LAUDERDALE, FL 33068**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.588 7 | **Nonpriority creditor's name and mailing address**<br>**ISA BOLLING**<br>**3605 SHADY REST RD**<br>**FORT WASHINGTON, MD 20744**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.588 8 | **Nonpriority creditor's name and mailing address**<br>**ISAAC BEAULIEU**<br>**3750 LANDRY ROAD, LOT 36**<br>**SCOTT, LA 70583**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.588 9 | **Nonpriority creditor's name and mailing address**<br>**Isaac Guzman**<br>**248 Summer St.**<br>**Apt. 1F**<br>**Passaic, NJ 07055**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.589 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAAC MCKINNEY**
2405 QUAIL MEADOW DRIVE
GROVE CITY, OH 43123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAAC OPOKU-NKRABEA**
3353 THORNAPPLE CIRCLE S
COLUMBUS, OH 43231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAAC WILLIAMS**
8508 VILLAGE GREEN ROAD
ORLANDO, FL 32818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISABEL CARUSO**
3304 STANHOPE DR
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISABEL EBEL**
4371 NORTHWEST 62ND TERRACE
CORAL SPRINGS, FL 33067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISABEL GONZALEZ**
1870 SW 74TH AVE.
MIAMI, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISABEL GONZALEZ**
10000 SW 68TH STREET
MIAMI, FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.589 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ISABEL PETKIEWSCZ**
**260 HICKORY HILL ROAD**
**CHAGRIN FALLS, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ISABEL RIUSECH**
**15411 FM 2769**
**VOLENTE, TX 78641-9688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ISABELA DAROCHA**
**13927 SW 91ST TERRACE**
**APT. 13927**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ISABELA LOPES**
**3300 NE 188 ST**
**AP909**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ISABELL HUTCHINS**
**537 WOODLAND DR**
**ROSSFORD, OH 43460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Isabella Chalfant**
**233 Buttonwood Ct.**
**Columbus, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ISABELLA COMPRIDO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| 3.590 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLA DILLON**
**1305 STEESE RD**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLA ECHEVERRI**
**1205 COUNTRY VIEW LN APT 9B**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLA EL-HASHEM**
**2013 PARKRIDGE AVE**
**BRENTWOOD, MO 63144-1635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLE FIGUEROA**
**5817 WESLEYAN DRIVE**
**PO BOX A49**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLE GONZALES**
**14522 SAN ESTEBAN DRIVE**
**LA MIRADA, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLE MIRANDA**
**104 ROBIN ROAD**
**CHEHALIS, WA 98533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ISABELLE PYRITZ**
**6 NEWCASTLE LANE**
**LINCOLNSHIRE, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH ALLEN**
**4805 WESTWOOD AVENUE**
**LITTLE ROCK, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH AVERHART**
**1740 WILLOW RD**
**SPRINGFIELD, OH 45502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH CROMARTIE**
**4417 KENTWELL PLACE**
**RALEIGH, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH DARRETT**
**3821 NORTHEAST 23RD PLACE**
**CAPE CORAL, FL 33909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH DAVILLA**
**10616 WATCHFUL FOX DRIVE**
**AUSTIN, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH HEALY**
**5722 FOXGLOVE PLACE**
**COLUMBUS, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISAIAH HOLT**
**152 FRANKLIN ST**
**TRENTON, NJ 08611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.591 8 | **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

3.591
8

**Nonpriority creditor's name and mailing address**

**ISAIAH JONES**
**3306 E NORTHERN PKWY**
**BALTIMORE, MD 21206-1622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.591
9

**Nonpriority creditor's name and mailing address**

**ISAIAH JONES**
**132 EAST SCHOOL STREET**
**KENT, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.592
0

**Nonpriority creditor's name and mailing address**

**ISAIAH MATTHEWS**
**509 WINDJAMMER LN.**
**COLUMBIA, SC 29229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.592
1

**Nonpriority creditor's name and mailing address**

**ISAIAH MCLIN**
**9523 KNIGHT CT**
**UPPER MARLBORO, MD 20772-9422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.592
2

**Nonpriority creditor's name and mailing address**

**ISAIAH MOORE**
**23 STUART MILLS PLACE**
**BALTIMORE, MD 21228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.592
3

**Nonpriority creditor's name and mailing address**

**ISAIAH NEWELL**
**707D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.592
4

**Nonpriority creditor's name and mailing address**

**ISAIAH ROBINSON**
**3403 CLAIRE DR APT 201**
**SUITLAND, MD 20746-2507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

| 3.592 5 | **Nonpriority creditor's name and mailing address**<br>**ISAIAH RUTHERFORD**<br>**18 FOUR MILE RIVER ROAD**<br>**OLD LYME, CT 06371**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.592 6 | **Nonpriority creditor's name and mailing address**<br>**ISAIAH SMITH**<br>**1016 CHARLES ST**<br>**LOGAN, OH 43138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.592 7 | **Nonpriority creditor's name and mailing address**<br>**ISAIAH SMITH**<br>**6515 AUTUMN WOODS TRAIL**<br>**DALLAS, TX 75232**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.592 8 | **Nonpriority creditor's name and mailing address**<br>**ISAIAH TALLEY**<br>**818 ARCHER ROAD**<br>**BEDFORD, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.592 9 | **Nonpriority creditor's name and mailing address**<br>**ISAIAH WEAVER**<br>**5655 PURDUE AVE APT A**<br>**BALTIMORE, MD 21239-2813**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.593 0 | **Nonpriority creditor's name and mailing address**<br>**ISAMAR MORALES**<br>**15401 NW 37TH AVE**<br>**MIAMI GARDENS, FL 33054-6459**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.593 1 | **Nonpriority creditor's name and mailing address**<br>**ISATU KARGBO**<br>**1541 PENTRIDGE RD**<br>**BALTIMORE, MD 21239-4013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.593 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISBEY CHICCO**
**9365 WEST 33RD AVENUE**
**HIALEAH, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISBEY CHICCO**
**16251 GOLF CLUB ROAD**
**WESTON, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISELLE CARDENAS**
**16401 NW 37TH AVE.**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISELLE CARDENAS**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISHALLAR BRYANT**
**5272 PINE LAKE DR APT 1C**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISHANI HETTIARACHCHI**
**1448 COLLEGE DR APT 12-4**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISHMAEL ASAMOAH**
**656 E BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 9 | **Nonpriority creditor's name and mailing address**<br>**ISHMAEL THOMAS**<br>**35 STRAW HAT RD APT 1B**<br>**LAKE BLUFF, IL 60044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.594 0 | **Nonpriority creditor's name and mailing address**<br>**ISHMAEL THOMAS**<br>**35 STRAW HAT RD APT 1B**<br>**OWINGS MILLS, MD 21117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.594 1 | **Nonpriority creditor's name and mailing address**<br>**ISHTIAQUE ZAMAN**<br>**592 CARROLL STREET**<br>**APARTMENT 06**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.594 2 | **Nonpriority creditor's name and mailing address**<br>**ISHWOR GAUTAM**<br>**634 EAST BUCHTEL AVE. APT #311**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.594 3 | **Nonpriority creditor's name and mailing address**<br>**ISIAH ALSTON**<br>**8313 TELEGRAPH RD APT 261**<br>**ODENTON, MD 21113-1390**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.594 4 | **Nonpriority creditor's name and mailing address**<br>**ISIAH ASHBURN**<br>**1700 E COLD SPRING LANE**<br>**BALTIMORE, MD 21251**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.594 5 | **Nonpriority creditor's name and mailing address**<br>**ISIOMA OKENIMKPE**<br>**282, EAST THORNTON STREET**<br>**AKRON, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 866 of 3613

| 3.594 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ISIOMA OKENIMKPE**
**1411 GOODYEAR BLVD,**
**APT #3**
**AKRON, OH 44305**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.594 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ISIS  MOODY**
**216-19  137 AVENUE**
**SPRINGFIELD GARDENS, NY 11413**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.594 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ISIS DAVIS**
**114 DEAUVILLE AVENUE**
**TOME RIVER, NJ 08757**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.594 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ISIS HARDEN**
**2640 MLK JR. DR. SW**
**#8207**
**ATLANTA, GA 30311**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.595 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ISIS MOODY**
**216-19  137TH AVE.**
**JAMAICA, NY 11413**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.595 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ISKINDER ARSANO**
**1746 TREETOP TRAIL**
**APT A**
**AKRON, OH 44313**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.595 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ismail Alhindi**
**1216 Sunbury Rd.**
**Columbus, OH 43210**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.595 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISMAIL ALHINDI**
**3710 FARNSWORTH HOUSE**
**COLUMBUS, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISMAIL IDOWU**
**1402 MARTIN DR**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISMAIL ISOWU**
**1402 MARTIN DR**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISOBEL JONES**
**1120 N WESTWOOD AVE APT 7108**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISOBEL JONES**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISRAEL ADEOYE**
**11102 MAIDEN DR**
**BOWIE, MD 20720-3586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISRAEL KPEKPENA**
**5642 WOODMONT AVENUE**
**APT. C**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.596 0 | **Nonpriority creditor's name and mailing address**<br>**ISSA MAKHAMREH**<br>**3 SYMPHONY WOODS COURT**<br>**NOTTINGHAM, MD 21236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.596 1 | **Nonpriority creditor's name and mailing address**<br>**ISTIAQUE AHMED**<br>**195 WHEELER STREET**<br>**APT: 104**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.596 2 | **Nonpriority creditor's name and mailing address**<br>**ISTIAQUE AHMED**<br>**403 CROUSE ST. # U3**<br>**AKRON, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.596 3 | **Nonpriority creditor's name and mailing address**<br>**ITAY FORKOSH**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.596 4 | **Nonpriority creditor's name and mailing address**<br>**ITIGO ISLA**<br>**31 ISLAND DR.**<br>**KEY BISCAYNE, FL 33149**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.596 5 | **Nonpriority creditor's name and mailing address**<br>**IVAH TUKPAH**<br>**8807 OAK TRAIL ROAD**<br>**JESSUP, MD 20794**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.596 6 | **Nonpriority creditor's name and mailing address**<br>**IVAH TUKPAH**<br>**10915 MELWOOD PARK PLACE**<br>**UPPER MARLBORO, MD 20772**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.596<br>7 | **Nonpriority creditor's name and mailing address**<br>**IVAN JELEC**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.596<br>8 | **Nonpriority creditor's name and mailing address**<br>**IVAN JELIC**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.596<br>9 | **Nonpriority creditor's name and mailing address**<br>**IVAN NIKOLIC**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.597<br>0 | **Nonpriority creditor's name and mailing address**<br>**IVANA DJORDJEVEC**<br>**3301 COLLEGE AVE**<br>**FORT LAUDERDALE, FL 33314** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.597<br>1 | **Nonpriority creditor's name and mailing address**<br>**IVANA DJORDJEVIC**<br>**3301 COLLEGE AVE**<br>**FORT LAUDERDALE, FL 33314** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.597<br>2 | **Nonpriority creditor's name and mailing address**<br>**IVANA FARRAIT**<br>**15401 NW 37TH AVE**<br>**MIAMI GARDENS, FL 33054-6459** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.597<br>3 | **Nonpriority creditor's name and mailing address**<br>**IVANA FARRAIT**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVANA MARIC**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVANIO MARTINEZ**
**1521 NW 59TH ST**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVANNA VILLANUEVA**
**7440 VISTALMAR ST.**
**CORAL GABLES, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVETTE ALVAREZ**
**2630 SW 126 AVE**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVETTE HERNANDEZ**
**261 RINGLING STREET**
**HAMILTON, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVEY BROWN**
**1265 KITMORE RD**
**BALTIMORE, MD 21239-3405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.98 |
|---|---|---|---|

**Ivia J. Somerville**
**8110 Midlothian Tpke**
**Richmond, VA 23235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.598 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVONNA BROOKS**
**820 BROOKRIVER DRIVE**
**APT 333**
**DALLAS, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVONNA BROWN**
**820 BROOKRIVER DRIVE, APT 333**
**DALLAS, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IVONNA HAMPTON**
**8020 CONCORD CIRCLE**
**JACKSONVILLE, FL 32208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IYANA SIMMONS**
**226-06 56 AVENUE**
**BAYSIDE, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IYANAH BROWN**
**70 RIDGEWOOD AVENUE**
**IRVINGTON, NJ 07111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IYANNA HARRIS**
**353 HOLLYWOOD AVE**
**HILLSIDE, NJ 07205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IYONA MCFADDEN**
**900 S GEORGE ST**
**YORK, PA 17403-3708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **IYONNA BAKER** | ☐ Contingent | |
| | **245 SW 2ND ST** | ☐ Unliquidated | |
| | **DEERFIELD BEACH, FL 33441** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.598 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **IZABEL NAUGLE** | ☐ Contingent | |
| | **4 HIDDEN VALLEY DR APT 23** | ☐ Unliquidated | |
| | **TOLEDO, OH 43615** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **J'AHMOR MARRISHOW** | ☐ Contingent | |
| | **15800 NW 42 AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **J'LA CARROLL** | ☐ Contingent | |
| | **407 RIDGE RD SE** | ☐ Unliquidated | |
| | **APT 101** | ☐ Disputed | |
| | **WASHINGTON, DC 20019-3021** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **J'NAE WILLIAMS** | ☐ Contingent | |
| | **112 W PLYMOUTH STREET** | ☐ Unliquidated | |
| | **TAMPA, FL 33603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **J'NAIA BAITY** | ☐ Contingent | |
| | **3125 HARMON LANE** | ☐ Unliquidated | |
| | **WINTER HAVEN, FL 33880** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JA YUN KIM** | ☐ Contingent | |
| | **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| | **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| | **AKRON, OH 44325-3101** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JA'DARIUS SEGARS**
**2305 NW 195TH ST**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JA'KIMA LARRY**
**3601 E MOHAWK AVE**
**TAMPA, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JA'NAIJA HARVEY**
**11911 GREENVILLE AVE. APT 3108**
**DALLAS, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JA'QUAN MELVIN**
**607 KELVINGTON AVE**
**SALISBURY, MD 21801-9556**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JA-MES JONES**
**2533 ARUNAH AVE**
**BALTIMORE, MD 21216-4826**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JABARI PERKINS**
**3086 BOCASTLE CT**
**REYNOLDBURG, OH 43068**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JABARIA GAFFNEY**
**PO BOX 82**
**ARCHER, FL 32618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JABRAY FRANKLIN**
**5518 WOODMONT AVE**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JABREIA WALSTON**
**203C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JABRIA CHILDS**
**2225 WEST 5TH AVENUE**
**HIALEAH, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JABRIL BILLINGSLEY**
**5910 SOUTH KING DRIVE 3N**
**CHICAGO, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JABYRON WEBB**
**300 PINE STREET NW**
**ATLANTA, GA 30313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAC'QUES MORGAN**
**543 SAWTELLE AVE**
**SAN DIEGO, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JACALYN DUNCAN**
**2923 ELSIE AVE**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.6009**

Nonpriority creditor's name and mailing address

**JACE KOMMINSK**
**688 FALLSIDE LANE**
**WESTERVILLE, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6010**

Nonpriority creditor's name and mailing address

**JACE ROUNDTREE**
**708 KLING STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6011**

Nonpriority creditor's name and mailing address

**JACE TURNER**
**3505 WEST PATEL COURT**
**MERIDIAN, ID 83646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6012**

Nonpriority creditor's name and mailing address

**JACELYN QUON**
**7411 WOODSHIRE LN**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6013**

Nonpriority creditor's name and mailing address

**JACELYN QUON**
**85-124 ALA WALUA ST APT E**
**WAIANAE, HI 96792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6014**

Nonpriority creditor's name and mailing address

**JACINTA PIKUNAS**
**857 FAIRFIELD DR**
**YOUNGSTOWN, OH 44512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6015**

Nonpriority creditor's name and mailing address

**JACK CAWLEY**
**2051 NE 25TH ST**
**LIGHTHOUSE POINT, FL 33064-7748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.601 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack Clark**
**3672 County Road 6-1**
**Delta, OH 43515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACK CLARK**
**1222 COUNTY ROAD 6**
**DELTA, OH 43515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACK CLARK**
**3672 COUNTY ROAD 6-1**
**DELTA, OH 43515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACK MCCRACKEN**
**10701 WOODGATE LN**
**MONTGOMERY, OH 45242-3216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACK RUBIN**
**6804 BALLANTRAE PLACE**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACKIE GADEA**
**8761 SW 38TH STREET**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACKIE URBAEZ**
**341 NW 84 ST**
**MIAMI, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.602 3**

**Nonpriority creditor's name and mailing address**

**JACKLYN JOHNSON**
**4020 SW 58TH AVE**
**WEST PARK, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.602 4**

**Nonpriority creditor's name and mailing address**

**JACKLYN JOHNSON**
**9020 SW 58TH AVE**
**WEST PARK, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602 5**

**Nonpriority creditor's name and mailing address**

**Jacklyn Stellway**
**5650 Pepertree Cir. W**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602 6**

**Nonpriority creditor's name and mailing address**

**JACKSON CRAWFORD**
**8262 OXFORD CHASE CIR NW**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602 7**

**Nonpriority creditor's name and mailing address**

**Jackson Hospital and**
**1523 Pine St.**
**Montgomery, AL 36106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$162.54**

---

**3.602 8**

**Nonpriority creditor's name and mailing address**

**Jackson Memorial Hosp**
**1611 NW 12th Ave.**
**Miami, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,636.00**

---

**3.602 9**

**Nonpriority creditor's name and mailing address**

**JACKSON ST. CLAIR**
**3609 CROYDON DR NW**
**CANTON, OH 44718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Name

| 3.603 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,668.97** |

**Jacksonville Orthopaedic Institute**
**2 Shircliff Way #300**
**Jacksonville, FL 32204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**JACLYN DEBRUYNE**
**3509 WOODMONT ROADAPT 4**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**JACLYN FORTNER**
**4321 JOHNSON ROAD**
**NORTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**JACLYN JANSEN**
**4430 N HOLLAND SYLVANIA ROAD**
**APT 4231**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**JACLYN KINSMAN**
**2941 DARLINGTON RD**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**JACLYN MUELLER**
**2725 BRENTWOOD RD**
**BEXLEY, OH 43209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**JACLYN PASH**
**13788 ROYAL SADDLE DR**
**CARMEL, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | | |
|---|---|---|
| 3.603 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACLYN SIEFRING**
**10835 N STATE ROUTE 48**
**COVINGTON, OH 45318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.603 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACOB AGENDIA**
**10000 TREETOP LN**
**LANHAM, MD 20706-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.603 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACOB APPLEBY**
**6326 DORAL DRIVE NW**
**CANTON, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.604 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACOB CARPENTER**
**4096 WYANDOTTE WOODS BLVD**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.604 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACOB COLLINSWORTH**
**5160 DRESDEN CT**
**CINCINNATI, OH 45238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.604 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACOB DANIEL**
**357 LINCOLNSHRIE DR.**
**TROY, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.604 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**JACOB DUNCAN**
**6386 RING NECK DR**
**DAYTON, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 4 | **Nonpriority creditor's name and mailing address**<br>**JACOB EGNACE**<br>**U117 COUNTY ROAD 1**<br>**LIBERTY CENTER, OH 43532**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.604 5 | **Nonpriority creditor's name and mailing address**<br>**JACOB GARRISON**<br>**240 SENTINEL COURT**<br>**OREGONIA, OH 45054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.604 6 | **Nonpriority creditor's name and mailing address**<br>**JACOB GOATLEY**<br>**1335 CROMLY CT**<br>**MAUMEE, OH 43537**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.604 7 | **Nonpriority creditor's name and mailing address**<br>**JACOB GREENWOOD**<br>**5009 CENTENNIAL RD**<br>**SYLVANIA, OH 43560**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.604 8 | **Nonpriority creditor's name and mailing address**<br>**JACOB HAMMYE**<br>**9502 MORGANHILL RD**<br>**SYLVANIA, OH 43560-9370**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.604 9 | **Nonpriority creditor's name and mailing address**<br>**JACOB HASH**<br>**751 VINEYARD DRIVE, SUITE 401**<br>**BROADVIEW HEIGHTS, OH 44147**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.605 0 | **Nonpriority creditor's name and mailing address**<br>**JACOB HOHEISEL**<br>**737 AUTUMN BRANCH RD**<br>**WESTERVILLE, OH 43081-3103**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.605 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JACOB HUTCHERSON** | ☐ Contingent | |
| **2531 FOXFIRE ST NW** | ☐ Unliquidated | |
| **UNIONTOWN, OH 44685** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jacob Justinger** | ☐ Contingent | |
| **6055 Grainfield Dr.** | ☐ Unliquidated | |
| **Sylvania, OH 43560** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JACOB JUSTINGER** | ☐ Contingent | |
| **2903 GODDARD RD** | ☐ Unliquidated | |
| **TOLEDO, OH 43606** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JACOB KOLLMAN** | ☐ Contingent | |
| **8993 STATE ROUTE 44** | ☐ Unliquidated | |
| **RAVENNA, OH 44266** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JACOB LEADBETTER** | ☐ Contingent | |
| **400 IRIS LANE** | ☐ Unliquidated | |
| **SALINE, MI 48176** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JACOB LEVY** | ☐ Contingent | |
| **8911 GRUMMORE CIRCLE** | ☐ Unliquidated | |
| **PIKESVILLE, MD 21208** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jacob Maier** | ☐ Contingent | |
| **5907 Wilber Ave.** | ☐ Unliquidated | |
| **Cleveland, OH 44129** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB MARVIN**
18415 MIAMI-SHELBY ROAD EAST
SIDNEY, OH 45365

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB MERCIER**
7856 WAGGONER TRACE DR
BLACKLICK, OH 43004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB MONCHER**
1908 LAKE FOREST DR
HURON, OH 44839

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB MORGAN**
24367 HIGHWAY 193
LA FAYETTE, GA 30728

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB ONDASH**
6993 NORTON RD
HIRAM, OH 44234

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB ROSQUIST**
775 W. ROGER ROAD, LOT 156
TUCSON, AZ 85705

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB ROSQUIST**
2802 NORTH CLOVERLAND AVENUE
TUCSON, AZ 85712

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.606 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB ROSS**
**510 GAGE ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB SCHNALL**
**7006 DETROIT AVE. APT. C6**
**CLEVELAND, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB SECREST**
**495 BELLFREY DRIVE**
**WESTERVILLE, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB SIMMONS**
**334 OAK CREST**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB VAUGHN**
**2629 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB VAUGHN**
**4470 HOLLY HILL DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB VILLALTA**
**14986 BUNDYBURG ROAD**
**MIDDLEFIELD, OH 44062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.607
2**

**Nonpriority creditor's name and mailing address**

**JACOB WAGNER
1744 LARKSPUR DR
LYNDHURST, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.607
3**

**Nonpriority creditor's name and mailing address**

**JACOB WILLIAMS
1943 CHERRYWOOD LANE
AKRON, OH 44312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.607
4**

**Nonpriority creditor's name and mailing address**

**JACOB WORRELL
8059 MILLWAY LOOP
POWELL, OH 43065-7393**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.607
5**

**Nonpriority creditor's name and mailing address**

**JACOB WOYCKE
3748 FRONDORF AVE
CINCINNATI, OH 45211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.607
6**

**Nonpriority creditor's name and mailing address**

**JACOBO NIETO
635 SANTANDER AVE #2
CORAL GABLES, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.607
7**

**Nonpriority creditor's name and mailing address**

**JACQUALINE DESHAZO
7712 HILLSWAY AVE
PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.607
8**

**Nonpriority creditor's name and mailing address**

**JACQUEL PERRY
966 PINELAND DR
ROCKLEDGE, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.607 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE ALSTON**
**365 ANTIETAM DRIVE**
**HAGERSTOWN, MD 21742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.608 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE BARNES**
**3503 SEDGEMOOR RD**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE BLACK**
**9 TREMORE WAY**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE KRAFT**
**19273 OSMUS ST**
**LIVONIA, MI 48152-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE MILLER-HILT**
**4350 SOUTH WEST 56TH AVENUE**
**FORT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE MOENKHAUS**
**10623 TUDOR CIR**
**NORTH ROYALTON, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE MOLCHAN**
**11735 LAKE AVE**
**APT 18**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELINE NELSON**
314 W. ELM STREET
KENT, OH 44240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELINE ROSADO**
321 NW 136 AVE.
MIAMI, FL 33182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELINE VAQUERA**
1120 N WESTWOOD AVE APT 2425
TOLEDO, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELINE VAQUERA**
3975 WOODLAND DR.
HIGHLAND, MI 48356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELYN KESLAR**
130 E WATER ST
HUBBARD, OH 44425-1641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELYNN BARRERA**
601 EAST ADOBE STREET
DEL RIO, TX 78840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JACQUELYNN BENNETT**
6063 PARKDALE DR.
DALLAS, TX 75227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 887 of 3613

| 3.609 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUES KAIKAI**
**980 CROSS COUNTRY DRIVE EAST**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUES YARBROUGH**
**2906 EAST 46TH STREET**
**CHATTANOOGA, TN 37407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUEZ HUNN**
**813 STRATFORD WAY APT J**
**FREDERICK, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUITTA KNOWLES**
**2335 NW 86TH TERRACE**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JADA ALPHONSE**
**295 EXCHANGE AVENUE**
**CALUMET CITY, IL 60409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JADA BAKER**
**4390 BEDFORD RD**
**JACKSONVILLE, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JADA BENDER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.610 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA BROWN**
**732 LAWSON AVE E**
**SAINT PAUL, MN 55106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA CHILDS**
**2966 NW 57 STREET**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA CLARKE**
**5 CONTINENTAL CT APT 104**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA CLARKE**
**5 CONTINENTAL CT APT 104**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA ENGLISH**
**6700 SW 20TH STREET**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA FOX**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JADA HARRIS**
**6742 S ARTESIAN AVE**
**CHICAGO, IL 60629-1319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.610 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA LANGLEY**
**1816 CRESTVIEW RD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA LEWIS**
**832 PARK TRAIL VISTA**
**HOUSTON, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA LEWIS**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA MCGILL**
**1790 SE 20TH TERRACE**
**HOMESTEAD, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA MITCHELL**
**8319 RIDGELY OAK RD**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA MONTAQUE**
**4720 NW 11TH PL**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JADA MONTAQUE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.611<br>4 | Nonpriority creditor's name and mailing address<br>**JADA PELTIER**<br>**1113 GARFIELD STREET**<br>**WESTLAKE, LA 70669**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| --- | --- | --- | --- |
| 3.611<br>5 | Nonpriority creditor's name and mailing address<br>**JADA RUSS**<br>**4514 WIPPRECH ST. APT. 4**<br>**HOUSTON, TX 77026**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.611<br>6 | Nonpriority creditor's name and mailing address<br>**JADA SAMUEL**<br>**5409 NEWTON STREET APT 1**<br>**HYATTSVILLE, MD 20784**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.611<br>7 | Nonpriority creditor's name and mailing address<br>**JADA WILLIAMS**<br>**401A DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.611<br>8 | Nonpriority creditor's name and mailing address<br>**JADA YORK**<br>**1960 NW 179 ST**<br>**MIAMI GARDENS, FL 33056**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.611<br>9 | Nonpriority creditor's name and mailing address<br>**JADE BUCHANAN**<br>**2030 S STATE, APT 1406**<br>**CHICAGO, IL 60616**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.612<br>0 | Nonpriority creditor's name and mailing address<br>**JADE BUTLER**<br>**9132 EL VERANO WAY**<br>**GILROY, CA 95020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.612<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADE DODGE**
**7507 INWOOD AVENUE**
**CATONSVILLE, MD 21228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.612<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADE MCGINNIS**
**3837 SIMPSON STUART RD**
**DALLAS, TX 75241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADE RICKS**
**2933 PRESBURY ST**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADEN SAYLES**
**8371 VICKSBURG DR**
**CINCINNATI, OH 45249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADEN SLOVENSKY**
**4555 WEST HIGH STREET**
**MANTUA, OH 44255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADEN TABLER**
**12656 CEDAR LAKE**
**VAN BUREN, OH 45889**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JADIN BADER**
**3319 MAPLEWAY DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.612 8 | |

**Nonpriority creditor's name and mailing address**
JAELYN MARSHALL
3320 18TH ST. SE
APT 301
WASHINGTON, DC 20020

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.612 9 | |

**Nonpriority creditor's name and mailing address**
JAELYN MASON
409 SPRING AVENUE
WASHINGTON COURT HOUSE, OH 43160

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.613 0 | |

**Nonpriority creditor's name and mailing address**
JAELYNN FINKLEA
82 HAMILTON AVE APT 40
YONKERS, NY 10705-2148

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.613 1 | |

**Nonpriority creditor's name and mailing address**
JAEVON HAMILTON
3809 W. 83RD STREET
CHICAGO, IL 60652

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.613 2 | |

**Nonpriority creditor's name and mailing address**
JAEWOOK KIM
417 MARKET AVENUE NORTH
CANTON, OH 44702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.613 3 | |

**Nonpriority creditor's name and mailing address**
JAH"KI ROBINSON
1510 E 33RD STREET
BALTIMORE, MD 21218

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.613 4 | |

**Nonpriority creditor's name and mailing address**
JAH'KIYRA MATHIS
2216 NW 6TH PL
FORT LAUDERDALE, FL 33311

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.613 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAH'VENE DAVIS-WILLIAMS**
**440 RICHMOND PARK E**
**APT 302C**
**RICHMOND HEIGHTS, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAH'VENE DAVIS-WILLIAMS**
**27600 CHARDON ROAD APT 572**
**WILLOUGHBY HILLS, OH 44092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAHI OGBONNA**
**7305 RACE ST**
**PITTSBURGH, PA 15208-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAHIEM JAMES**
**1275 KITMORE RD**
**APT C**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAHMERE CAMPBELL**
**255 TINSTONE DR**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAHMERE CAPBELL**
**255 TINSTONE DR**
**WESTMINSTER, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAHMIRA CROMARTIE**
**1502 N STILLMAN ST**
**PHILADELPHIA, PA 19121-3723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAHMON TAYLOR**
**407B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAHNEVA CHAMBERS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAHNEVA CHAMBERS**
**15210 N. W. 32ND AVE**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAHNYRA SCATLIFFE**
**20159 NW 58TH COURT**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAHSHYA SIMMONDS**
**16130 NW 37TH CT**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAICHAUN DIGGS**
**233 N KENWOOD AVE**
**BALTIMORE, MD 21224-1209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAIDEN STANLEY**
**1166 COUNTRY CREEK LN**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.614 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAILA GLOVER** **4502 SCENIC LAKE DR.** **ORLANDO, FL 32808** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.615 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAILYN GILMORE** **926 OVERLOOK DRIVE** **JACKSONVILLE, FL 32211** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.615 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAIMIE CHEN** **2256 PINE TOP CT** **AKRON, OH 44319** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.615 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAIMIE FULLER** **72 RIDGE ROAD** **MIDDLETOWN, CT 06457** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.615 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAIRED FYFFE** **4940 NW 12TH STREET** **LAUDERHILL, FL 33313** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.615 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAIYA SMITH** **2120 NORTH GREEN ROAD** **CLEVELAND, OH 44121** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.615 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JAIYE AGBONAVBARE** **9206 LEAHS LN** **OWINGS MILLS, MD 21117-4833** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes |

| 3.615<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAIYER JINWRIGHT**
**41682 N. RABBIT BRUSH TRL**
**SAN TAN VALLEY, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKARRI PATTERSON**
**1901 NW 129TH ST**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKAYLA JACKSON**
**309 AIRPORT ROAD**
**NATCHITOCHES, LA 71457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKE HOLZEMER**
**4415 MOCKINGBIRD LN**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKE KVISTAD**
**3165 GLANZMAN RD.APT. 5**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKE LININGER**
**102 LARIAT DRIVE**
**CANONSBURG, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKE RUBIN**
**1691 WOODMERE DR**
**JACKSONVILLE, FL 32210-2231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKE SEVERSON**
**5731 KYLIE CT**
**SYLVANIA, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKEERAH DEVINE**
**3311 WALTERS LANE**
**APT. 003**
**DISTRICT HEIGHTS, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKEL GIBSON**
**957 NW 3 TH TERR**
**FLAMINGO LODGE, FL 33034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKHELON WRIGHT**
**5710 WHITEBROOK DRIVE, APT 78724**
**AUSTIN, TX 78724**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKIA ADAMS**
**6511 PARK ST**
**HOLLYWOOD, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKIVIA SWANSTON**
**109 BRIARCREEK LANE**
**JACKSONVILLE, NC 28540**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAKOB GREEN**
**4217 SORREN COURT**
**COLUMBUS, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKOB PAPP**
**5459 RIDGEWOOD ST**
**LORAIN, OH 44055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKOB WOODSIDE**
**406 WOODSIDE AVE NE**
**NORTH CANTON, OH 44720-2552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKOBI WIDENER**
**C/O STUDENT AFFAIRS**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAKUB TODD**
**410 SHREWSBURY ST**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JALA SMITH**
**650 WEST 37TH**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JALAINY LOPEZ**
**347 NW 53RD ST**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JALAL BIRU**
**3400 MARLBROUGH CT**
**COLLEGE PARK, MD 20740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 7 | **Nonpriority creditor's name and mailing address**<br>**JALAYA SOLOMON**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.617 8 | **Nonpriority creditor's name and mailing address**<br>**JALEECIA DUFF**<br>**5331 S. CORNELL**<br>**CHICAGO, IL 60647-5021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.617 9 | **Nonpriority creditor's name and mailing address**<br>**JALEEL STEVENS**<br>**4807 CATHERINE CT**<br>**CLINTON, MD 20735-2422**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.618 0 | **Nonpriority creditor's name and mailing address**<br>**JALEN BOND**<br>**603 TEABERRY DRIVE**<br>**EDGEWOOD, MD 21040**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.618 1 | **Nonpriority creditor's name and mailing address**<br>**Jalen Christian**<br>**8846 Deer Valley Dr.**<br>**Dayton, OH 45424-6472**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.618 2 | **Nonpriority creditor's name and mailing address**<br>**JALEN CHRISTIAN**<br>**8846 DEER VALLEY DRIVE**<br>**DAYTON, OH 45424-6472**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.618 3 | **Nonpriority creditor's name and mailing address**<br>**JALEN JONES**<br>**207 GRAND AVE**<br>**CHILLICOTHE, OH 45601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.618<br>4 | **Nonpriority creditor's name and mailing address**<br>**JALEN KIRKSEY**<br>**112 6TH STREET NW**<br>**MASSILLON, OH 44647** | **As of the petition filing date, the claim is:** *Check all that apply.*  $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.618<br>5 | **Nonpriority creditor's name and mailing address**<br>**JALEN MCMILLAN**<br>**16235 NW 22ND AVE**<br>**MIAMI GARDENS, FL 33054** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.618<br>6 | **Nonpriority creditor's name and mailing address**<br>**JALEN MOORE**<br>**6288 HUDSON AVENUE**<br>**NORFOLK, VA 23502** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.618<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jalian Young**<br>**2 Maple Tree Dr.**<br>**Brighton, CO 80603-7810** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.618<br>8 | **Nonpriority creditor's name and mailing address**<br>**JALIAN YOUNG**<br>**1700 EAST COLD SPRING LANE**<br>**BALTIMORE, MD 21251** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.618<br>9 | **Nonpriority creditor's name and mailing address**<br>**JALIL HILL**<br>**27561 LOYOLA AVE**<br>**HAYWARD, CA 94544** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.619<br>0 | **Nonpriority creditor's name and mailing address**<br>**JALISA HILL**<br>**260 SOTHWEST 56 AVENUE APT. 107**<br>**MARGATE, FL 33068** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.619 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JALISA HILL**
**3571 NW 9TH COURT**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JALISA NELSON**
**1439 S. AVERS APT. 1**
**CHICAGO, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JALIYAH UNDERWOOD**
**3288 GLENCOVE ST**
**PORT CHARLOTTE, FL 33980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JALON ROBINSON**
**38 WASHINGTON COURT**
**LIVINGSTON, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JALYN DEVEREAUX**
**3924 BLUE GLADE DRIVE**
**CANAL WINCHESTER, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JALYN HOWARD**
**508D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAM'MESHA BRIGGS**
**859 NW 77TH STREET**
**MIAMI, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 902 of 3613

| 3.619 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMAAL BUNDY**<br>**9021 LITTLE STONE DR**<br>**FORT WASHINGTON, MD 20744-3616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMAAL LEDBETTER**<br>**9011 FOREST OAKS RD**<br>**OWINGS MILLS, MD 21117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMAAL LEVI**<br>**5314 PEERLESS AVE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMAAL WOMMACK**<br>**8 MILLSTONE RD**<br>**RANDALLSTOWN, MD 21133-1519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMACIA STRINGER**<br>**9900 SW 157TH TER**<br>**MIAMI, FL 33157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMAICA HUMPHREYS**<br>**15530 SW 300 ST.**<br>**HOMESTEAD, FL 33033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **JAMAIYA PIERCE**<br>**4658 CEPEDA ST**<br>**ORLANDO, FL 32811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.620 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAIYA PIERCE** **4658 CEPEDA ST** **ORLANDO, FL 32811** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAL BAGGETT** **630 HARRISON ST** **OAK PARK, IL 60304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAL CHILDS** **1423 EAST EAGER ST** **BALTIMORE, MD 21205** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAL DAVIS** **2830 7TH ST NW** **CANTON, OH 44708** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.620 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAL KIMBRUE** **9610 SURRATTS MANOR DRIVE** **CLINTON, MD 20735** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.621 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAL MCNEIL** **11300 NE 2ND AVENUE** **MIAMI, FL 33161** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.621 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **JAMAL MCNEIL** **991 DOMONT AVENUE** **BROOKLYN, NY 11208** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMAL PARRAN**
**4916 ANNTANA AVE.**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMAL POPE**
**7031 CONCORD RD**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMAR CRISS**
**10021 SW 218TH ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMAR SMOAK**
**103 PLUMMER DR**
**SAINT MICHAELS, MD 21663-2900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMECIA HARRIS**
**19431 NW 30TH AVE**
**MIAMI GARDENS, FL 33056-2450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMEERAH MORANT**
**2305 ROGATE CIR UNIT 304**
**BALTIMORE, MD 21244-5715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMEKA CAREY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.621 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAMERIAL HOOKS**
**7026 PONCE DE LEON AVENUE APT 3B**
**JACKSONVILLE, FL 32217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES ANDERSON**
**5380 HIGHWAY 56 SOUTH**
**CLINTON, SC 29325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES BELMER**
**2085 FOUNTAIN STREET**
**FORT MYERS, FL 33916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES BROSNAHAN**
**6567 TORINGTON DRIVE**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES BURKHART**
**665 MIDFIELD DR**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**James Bush**
**3817 La Mesa Dr.**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES BUSH**
**300 CLEVELAND STREET**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih     Doc 1     FILED 01/22/19     ENTERED 01/22/19 14:55:58     Page 906 of 3613

| | | |
|---|---|---|
| 3.622 6 | **Nonpriority creditor's name and mailing address**<br>**JAMES BUTLER**<br>**2837 ERDMAN AVE**<br>**BALTIMORE, MD 21213-1137**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.622 7 | **Nonpriority creditor's name and mailing address**<br>**James C. Jackson & Assoc., LLC**<br>**720 Hunters Place**<br>**Prosper, TX 75078**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.622 8 | **Nonpriority creditor's name and mailing address**<br>**JAMES CARTER**<br>**3770 WYNDHAM RIDGE DRIVE APT 103**<br>**STOW, OH 44224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.622 9 | **Nonpriority creditor's name and mailing address**<br>**JAMES CILIEN**<br>**7305 WOODRIDGE PARK DRIVE**<br>**4207**<br>**ORLANDO, FL 32818**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.623 0 | **Nonpriority creditor's name and mailing address**<br>**JAMES COCHRAN**<br>**3614 NW 189 STREET**<br>**MIAMI GARDENS, FL 33056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.623 1 | **Nonpriority creditor's name and mailing address**<br>**JAMES COPPENGER**<br>**3031 FARMDALE ROAD**<br>**AKRON, OH 44312**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.623 2 | **Nonpriority creditor's name and mailing address**<br>**JAMES CROSS**<br>**433 NORTH RACCOON ROAD**<br>**AUSTINTOWN, OH 44515**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.623<br>3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES DAVID**<br>**1012 BILLIE HOLIDAY CT**<br>**BALTIMORE, MD 21205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623<br>4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES DAVID**<br>**1012 BILLIE HOLIDAY CT**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623<br>5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES DUGAN**<br>**2113 ORCHARD LAKES PLACE EAST**<br>**APT. 21**<br>**TOLEDO, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623<br>6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES ELLIOTT**<br>**84 MERSEY COURT**<br>**MENTOR, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623<br>7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES FALMER**<br>**18234 NW 40TH COURT**<br>**MIAMI GARDENS, FL 33055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623<br>8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES FERNANDEZ**<br>**1140 STEEPLE CHASE CIR APT E1**<br>**TOLEDO, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623<br>9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JAMES FONSECA**<br>**15723 PARKHOUSE DR**<br>**UNIT 74**<br>**FONTANA, CA 92336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.624 0**

**Nonpriority creditor's name and mailing address**

**JAMES FULTZ**
**5387 CARINA COURT**
**HILLIARD, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.624 1**

**Nonpriority creditor's name and mailing address**

**JAMES GARCIA**
**3140 HIDDEN HOLLOW LANE**
**DAVIE, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624 2**

**Nonpriority creditor's name and mailing address**

**JAMES GARDNER**
**1708 SWANSEA ROAD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624 3**

**Nonpriority creditor's name and mailing address**

**JAMES GARRETT**
**22137 BALLARD CREEK DRIVE**
**CARROLLTON, VA 23314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624 4**

**Nonpriority creditor's name and mailing address**

**JAMES GRANDOWICZ**
**805 HIGHLAND DR**
**ROSSFORD, OH 43460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624 5**

**Nonpriority creditor's name and mailing address**

**JAMES HAIRSTON**
**4242 MAPLE PATH CIR**
**BALTIMORE, MD 21236-5560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624 6**

**Nonpriority creditor's name and mailing address**

**JAMES HARIED**
**337 E LORRAINE AVE**
**BALTIMORE, MD 21218-4710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 909 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.624 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES IKEGWU** | ☐ Contingent | |
| **6409 MAPLE AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21206** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.624 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES IKEGWU** | ☐ Contingent | |
| **6409 MAPLE AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21207** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.624 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES JONES** | ☐ Contingent | |
| **3110 CEDARHURST RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21214** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.625 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES KAMARA** | ☐ Contingent | |
| **7606 SEANS TER** | ☐ Unliquidated | |
| **LANHAM, MD 20706-1342** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.625 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES KING** | ☐ Contingent | |
| **7614 NW 15TH AVE** | ☐ Unliquidated | |
| **MIAMI, FL 33147** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.625 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JAMES LANGFORD** | ☐ Contingent | |
| **6714 BAXTER AVENUE** | ☐ Unliquidated | |
| **CLEVELAND, OH 44105** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.625 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $868.04 |
|---|---|---|
| **James M. Croak, DO, Inc.** | ☐ Contingent | |
| **28442 E River Rd., Ste. 111** | ☐ Unliquidated | |
| **Perrysburg, OH 43551** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.625 4 | **Nonpriority creditor's name and mailing address**<br>**James McFarland**<br>**729 Cattail Dr**<br>**Harrisburg, PA 17111**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.625 5 | **Nonpriority creditor's name and mailing address**<br>**JAMES MEDVED**<br>**8664 RIDGE RD.**<br>**WOOSTER, OH 44691**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.625 6 | **Nonpriority creditor's name and mailing address**<br>**JAMES MITCHELL**<br>**8060 NORWICH COURT**<br>**PORT TOBACCO, MD 20677**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.625 7 | **Nonpriority creditor's name and mailing address**<br>**JAMES MONSERRAT**<br>**9375 SW 78ST**<br>**MIAMI, FL 33173**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.625 8 | **Nonpriority creditor's name and mailing address**<br>**James Monte, MD**<br>**51 Park W Blvd #200**<br>**Akron, OH 44320**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **2871** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.625 9 | **Nonpriority creditor's name and mailing address**<br>**JAMES MORGAN**<br>**272 WEST PARK AVENUE**<br>**COLUMBUS, OH 43223-1340**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.626 0 | **Nonpriority creditor's name and mailing address**<br>**JAMES MORGAN**<br>**154 N WESTMOOR**<br>**COLUMBUS, OH 43204**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.626 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES MOSBY**
**2912 DUPONT AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES PAPADIMOS**
**7546 RYMOOR CT**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES PRICE**
**2500 WEST NORTH AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES RICH, III**
**3927 CLARINTH RD**
**BALTIMORE, MD 21215-2405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES SANCHEZ**
**380 GIRALDA AVE. APT. 607**
**CORAL GABLES, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES SCHWENDLER**
**83 KAVANAUGH DRIVE**
**MOGADORE, OH 44260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMES SEIFERT**
**9 HEDRICKS CT**
**PARKTON, MD 21120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 912 of 3613

| 3.626 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES SHIELDS, III** 718 WILSON GREEN COURT REISTERSTOWN, MD 21136 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.626 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES SHONUBI** 1700 E COLD SPRING LANE BALTIMORE, MD 21251 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES SPATAFORA** 8760 JOHNSON ST HOLLYWOOD, FL 33024 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES STAMMEN** 5138 BROOKFIELD LN SYLVANIA, OH 43560 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES STEWART** 5817 WESLEYAN DRIVE PO BOX A99 VIRGINIA BEACH, VA 23455 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES TAYLOR** 1007 N ROSEDALE ST BALTIMORE, MD 21216-4233 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **JAMES TRUJILLO** 616 SOUTH BARNETT AVENUE DALLAS, TX 75211 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129,501.69** |
|---|---|---|---|

**James W. McGlamery**
**115 Briar Lake Drive**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES WALLACE**
**5966 WALNUT CIR APT D**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES WALLACE**
**1177 TREETOP CT**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES WARD**
**3330 NW 176ST**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES WILLIAMS**
**1245 OAK HILL CT APT 253**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES YOUNG**
**407C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMESHA COCHRAN**
**3614 NW 189 STREET**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jameson Cordell**
**621 Ebllenden Dr.**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMESON VEST**
**621 BELLENDEN DR**
**PEACHTREE CITY, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIA BARBER**
**4132 APPLE LEAF WAY**
**SUITLAND, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIE FERGUSON**
**1190 ADAM CT**
**HEATH, OH 43056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIE GROSS**
**179 OLIVE ST.**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIE KELLER**
**52 DEERFIELD DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIE LAIRD**
**2613 BOONE ST**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6289**

**Nonpriority creditor's name and mailing address**

**JAMIE MATHIS**
**21597 BACCARAT LANE**
**UNIT 202**
**ESTERO, FL 33928**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6290**

**Nonpriority creditor's name and mailing address**

**JAMIE RIVERA**
**3197 WEST 82ND STREET**
**CLEVELAND, OH 44102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6291**

**Nonpriority creditor's name and mailing address**

**JAMIE WILLIS**
**13245 GERMAN CHURCH ROAD**
**ATWATER, OH 44201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6292**

**Nonpriority creditor's name and mailing address**

**JAMIE WILSON**
**21597 BACCARAT LANE**
**UNIT 202**
**ESTERO, FL 33928**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6293**

**Nonpriority creditor's name and mailing address**

**JAMIELA MILLER-ROBINS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6294**

**Nonpriority creditor's name and mailing address**

**JAMIELLE DAVIS**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6295**

**Nonpriority creditor's name and mailing address**

**JAMIESON BROOKS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.629 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**JAMIL ROBINSON**
**2915 JACKSON STREET APT. 12A**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.629 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

**JAMILA THOMPSON**
**1916 GREENBERRY ROAD**
**BALTIMORE, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.629 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

**Jamilah Dennis**
**1530 Pentridge Rd**
**#104D**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.629 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

**JAMILAH DENNIS**
**1415 N LINWOOD AVE**
**BALTIMORE, MD 21213-3824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.630 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

**JAMILAH DENNIS**
**1530 PENTRIDGE RD**
**#104D**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.630 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

**JAMILL YOUNG**
**3800 NW 177TH ST**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.630 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

**JAMIQUA BROWN**
**1318 NW 15TH ST**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.630 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAMIQUE CAMPBELL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAMIR COLEMAN**
**955 WOODWARD AVE**
**LIMA, OH 45801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAMISHA DOTSON**
**1063 DAMTA STREET**
**MEMPHIS, TN 38122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jamison Auer**
**2412 Whitton Way**
**Virginia Beach, VA 23453**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAMONI BROCKINGTON**
**1342 PENTRIDGE RD**
**BALTIMORE, MD 21239-3944**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAMONTE POINTDEXTER**
**226 DECATUR**
**MEMPHIS, TN 38105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JANAE ALLEN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.631 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE BROOKS**
**3835 LYNDALE AVE**
**BALTIMORE, MD 21213-1938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE GANAWAY**
**1203 KENWOOD RD**
**GLEN BURNIE, MD 21060-7014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE JACKSON**
**5289 85TH AVE APT 401**
**NEW CARROLLTON, MD 20784-3200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE ODENAT**
**1944 WALTMAN RD**
**EDGEWOOD, MD 21040-2338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE SCOTT**
**319 HARGRAVE RD**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE SMITH**
**10320 SW 15 ST**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANAE SWINTON**
**1708 T STREET SE 401**
**WASHINGTON, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.631 7** | **Nonpriority creditor's name and mailing address**<br>**JANAI EWINGS**<br>**4216 DANVILLE DR**<br>**TEMPLE HILLS, MD 20748** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.631 8** | **Nonpriority creditor's name and mailing address**<br>**JANAI LANE**<br>**3436 CHRISTOPHER COURT**<br>**BALTIMORE, MD 21244** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.631 9** | **Nonpriority creditor's name and mailing address**<br>**Janai Woods**<br>**1249 Gleneagle Rd.**<br>**Baltimore, MD 21239-2236** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.632 0** | **Nonpriority creditor's name and mailing address**<br>**JANAI WOODS**<br>**1249 GLENEAGLE RD**<br>**BALTIMORE, MD 21239-2236** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.632 1** | **Nonpriority creditor's name and mailing address**<br>**JANAIRA BUSH**<br>**4423 S.W. 23RD STREET**<br>**WEST PARK, FL 33023** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.632 2** | **Nonpriority creditor's name and mailing address**<br>**Janay Jackson**<br>**4618 Horrocks St.**<br>**Philadelphia, PA 19124-3117** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.632 3** | **Nonpriority creditor's name and mailing address**<br>**JANAY JACKSON**<br>**4618 HORROCKS ST**<br>**PHILADELPHIA, PA 19124-3117** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 920 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.632 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANAY JOHNSON**<br>**3837 SIMPSON STUART RD**<br>**DALLAS, TX 75241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.632 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANAY JONES**<br>**406 NW 84 TERRACE**<br>**EL PORTAL, FL 33150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.632 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANAYA WILLIAMS**<br>**2535 HALL AVE.**<br>**STOCKTON, CA 95205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.632 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANE HOFFMAN**<br>**2622 NORTHWOOD AVE**<br>**TOLEDO, OH 43606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.632 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANE ONYAO**<br>**4120 BRIDGEWATER PARKWAY #302**<br>**STOW, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.632 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANE RAPP**<br>**2224 N SAINT JAMES PKWY**<br>**CLEVELAND, OH 44106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.633 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **JANEA WILLIAMS**<br>**1079 CAMERON RD**<br>**BALTIMORE, MD 21212-4002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.633<br>1 | **Nonpriority creditor's name and mailing address**<br>**Janee Bowie**<br>**5808 Cedonia Ave**<br>**Baltimore, MD 21206-2733** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633<br>2 | **Nonpriority creditor's name and mailing address**<br>**JANEE BOWIE**<br>**5808 CEDONIA AVE**<br>**BALTIMORE, MD 21206-2733** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633<br>3 | **Nonpriority creditor's name and mailing address**<br>**JANEE BUTLER**<br>**5203 AVENTURA BLVD**<br>**ORLANDO, FL 32839** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633<br>4 | **Nonpriority creditor's name and mailing address**<br>**Janefrances Obiajulu**<br>**1210 Brookview Dr.**<br>**Apt. 33**<br>**Toledo, OH 43615** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633<br>5 | **Nonpriority creditor's name and mailing address**<br>**JANEFRANCES OBIAJULU**<br>**1210 BROOKVIEW DR APT 33**<br>**TOLEDO, OH 43615** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633<br>6 | **Nonpriority creditor's name and mailing address**<br>**JANELL DOBRANSKY**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX B458**<br>**VIRGINIA BEACH, VA 23455** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633<br>7 | **Nonpriority creditor's name and mailing address**<br>**JANELL ROWE**<br>**126 GREENWICH RD APT 12**<br>**RUNNEMEDE, NJ 08078** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELLA CUA**
**2627 TAFT AVENUE**
**ORLANDO, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELLE AUSTIN**
**4811 NW 18TH COURT**
**CITY OF SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELLE COLES**
**5415 NELSON AVENUE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELLE ISAAC**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELLE TABB**
**8911 GOLDFIELD PL**
**CLINTON, MD 20735-2025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELLE WAGNER**
**540 E PORTAGE TRAIL**
**APT 109B**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANELYS PEREZ**
**6925 SW 16 STREET**
**MIAMI, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.634 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANESHA ALLEN**
**315 TOLERANCE COURT**
**MOUNT LAUREL, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANESHIA MOLINE**
**7371 NORTH WEST 35TH STREET**
**APARTMENT 2**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANEVA SNELL**
**1618 HODGES CT**
**MARINA, CA 93933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANGEL RIASCOS**
**4385 COUGAR VILLAGE DRIVE, APT 1**
**HOUSTON, TX 77204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANGEL RISCOS**
**4385 COUGAR VILLAGE DR**
**APT 1**
**HOUSTON, TX 77204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANICE CAMPBELL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANICE CAMPBELL**
**1517 N.W. 17 STREET**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | $173.00 |
|---|---|---|---|---|
| 3.635 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Janice N Young MD** | ☐ Contingent | | |
| | **3920 Via Del Rey, Suite 1** | ☐ Unliquidated | | |
| | **BONITA SPRINGS, FL 34134** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number  **6742** | Is the claim subject to offset? ☐ No ☐ Yes | | |

| | | | | $0.00 |
|---|---|---|---|---|
| 3.635 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **JANIECE STRANGE** | ☐ Contingent | | |
| | **9928 WILMINGTON AVE** | ☐ Unliquidated | | |
| | **LOS ANGELES`, CA 90002** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $0.00 |
|---|---|---|---|---|
| 3.635 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **JANISE SANDERS** | ☐ Contingent | | |
| | **2833 GATEHOUSE DR** | ☐ Unliquidated | | |
| | **BALTIMORE, MD 21207** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $0.00 |
|---|---|---|---|---|
| 3.635 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **JANISE SANDERS** | ☐ Contingent | | |
| | **3914 BONNER RD** | ☐ Unliquidated | | |
| | **BALTIMORE, MD 21213** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $0.00 |
|---|---|---|---|---|
| 3.635 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **JANISHA JOHNSON** | ☐ Contingent | | |
| | **33557 EDGEHILL DRIVE** | ☐ Unliquidated | | |
| | **FRANKLIN, VA 23851** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $0.00 |
|---|---|---|---|---|
| 3.635 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **JANIYA DELANEY** | ☐ Contingent | | |
| | **307 SOUTH HARRIS ST** | ☐ Unliquidated | | |
| | **BALTIMORE, MD 21216** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | $0.00 |
|---|---|---|---|---|
| 3.635 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **JANKO BRELECIC** | ☐ Contingent | | |
| | **16401 NW 37TH AVENUE** | ☐ Unliquidated | | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | |
|---|---|---|
| 3.635 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JANKO BRLECIC**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JANNEH JOHNSON**
**3501 ENGLEMEADE RD**
**BALTIMORE, MD 21208-1506**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JANNEL PALENZUELA**
**11780 SW 18 STREET**
**NO. 422**
**MIAMI, FL 33175**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 2 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JANNIVA LEGISTE**
**674 LOOKOUT LAKES DR**
**JACKSONVILLE, FL 32220**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JANUS BAEZ**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JAPOARYA BRADSHAW**
**162 BOOKER PLACE**
**PAHOKEE, FL 33476**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**JAPONECA COLLINS**
**760 MALIBUE BAY DRIVE**
**#306**
**WEST PALM BEACH, FL 33401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAPONECA COLLINS**
13875 NW 22ND AVE
APT #215
OPA LOCKA, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaquan Butler**
4434 Lord Loudoun Ct.
Upper Marlboro, MD 20772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAQUAN BUTLER**
4434 LORD LOUDOUN CT
UPPER MARLBORO, MD 20772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAQUAN HUNTER**
3901 W STATE ROAD 84
UNIT 206
DAVIE, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAQUASHIA THOMAS**
435 EASY STREET
MERRITT ISLAND, FL 32953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAQUAVIS DIXON**
1120 S LOCUST AVE
SANFORD, FL 32771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAQUELINE RAMIREZ**
919 NW 2ND AVE
MIAMI, FL 33136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.637 3 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**JAQUELINE RAMIREZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.637 4 | |

**Nonpriority creditor's name and mailing address**

**Jarae Gallmon**
**1700 E Cold Spring Lane**
**Baltimore, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.637 5 | |

**Nonpriority creditor's name and mailing address**

**JARAE GALLMON**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.637 6 | |

**Nonpriority creditor's name and mailing address**

**JARED BAZIL**
**10060 JAMESTOWN DRIVE**
**NORTH ROYALTON, OH 44133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.637 7 | |

**Nonpriority creditor's name and mailing address**

**JARED BEGGAGE**
**3719 12TH STREET NE APT 208**
**WASHINGTON, DC 20017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.637 8 | |

**Nonpriority creditor's name and mailing address**

**JARED BOBULSKI**
**706 STREAMVIEW DR**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.637 9 | |

**Nonpriority creditor's name and mailing address**

**JARED BRADLEY**
**6621 BONNIE RIDGE DR APT T2**
**BALTIMORE, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|--|
| | Name | | |

---

**3.638 0**

**Nonpriority creditor's name and mailing address**

**JARED BUGGAGE**
**3719 12TH STREET NE APT 208**
**WASHINGTON, DC 20017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 1**

**Nonpriority creditor's name and mailing address**

**JARED DAVIES**
**224 WOODLAWN TER**
**HOLLIDAYSBURG, PA 16648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 2**

**Nonpriority creditor's name and mailing address**

**JARED DAVIS**
**146 VIA D ESTE**
**1007**
**DELRAY BEACH, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 3**

**Nonpriority creditor's name and mailing address**

**JARED DUNCAN**
**142 BERRY DR**
**WILMINGTON, DE 19808-3616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 4**

**Nonpriority creditor's name and mailing address**

**JARED EVANS**
**806 ATALAN TRAIL**
**LIMA, OH 45805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 5**

**Nonpriority creditor's name and mailing address**

**JARED GOODMAN**
**333 ROLAND GOODMAN**
**JACKSON, MS 39212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 6**

**Nonpriority creditor's name and mailing address**

**JARED LOUIE**
**7701 RACHAEL WHITNEY LANE**
**ALEXANDRIA, VA 22315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.638<br>7 | **Nonpriority creditor's name and mailing address**<br>**JARED MILLER**<br>**5227 CRAIG AVENUE NW**<br>**WARREN, OH 44483**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.638<br>8 | **Nonpriority creditor's name and mailing address**<br>**JARED OING**<br>**1278 CEDAR WOOD WAY**<br>**UNIONTOWN, OH 44685**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.638<br>9 | **Nonpriority creditor's name and mailing address**<br>**JARED OSLAKOVIC**<br>**8966 CEDAR BEND RD**<br>**SYLVANIA, OH 43560**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.639<br>0 | **Nonpriority creditor's name and mailing address**<br>**JARED SPENCER**<br>**6476 BOOTH ROAD**<br>**RAVENNA, OH 44266**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.639<br>1 | **Nonpriority creditor's name and mailing address**<br>**JARED WALTZ**<br>**14933 NOBIL AVE**<br>**MONROE, MI 48161**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.639<br>2 | **Nonpriority creditor's name and mailing address**<br>**JARED WILSON**<br>**651 BROOKLEDGE COURT**<br>**NORTHFIELD, OH 44067-3086**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.639<br>3 | **Nonpriority creditor's name and mailing address**<br>**JARED WRIGHT**<br>**4510 HAWKINS ROAD**<br>**RICHFIELD, OH 44286**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.639 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Jarek Griffiths**
728 Maple Dr.
Cincinnati, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**JAREK GRIFFITHS**
728 MAPLE DR
CINCINNATI, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**JAREN GILLIAM**
19731 SEMINOLE RD
EUCLID, OH 44117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**JARET BARCLAY**
613 EAST FORD AVENUE
BARBERTON, OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**JARET WALLAND**
9331 WYANT DRIVE
MENTOR, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**JARIS FOREMAN**
9792 MOUNTAIN LAUREL WAY APT 1C
LAUREL, MD 20723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**JAROD STIFFUP**
204B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JAROD STIRRUP**
**204B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JARRED CHORPENNING**
**13637 NATIONAL ROAD**
**THORNVILLE, OH 43076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JARRET RICHARDSON**
**107 ESST 37TH STREET**
**PATERSON, NJ 07514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JARRET SULLIVAN**
**5925 CADY ROAD**
**NORTH ROYALTON, OH 44133-6305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JARRET SULLIVAN**
**8203 COVINGTON AVE**
**CLEVELAND, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JARRETT LIVAS**
**11301 OLD CISTERN LN**
**LAUREL, MD 20708-3059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**JARROD BENJAMIN**
**651 SW 109TH AVENUE**
**APT.#203**
**HOLLYWOOD, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARROD CALDWELL**
**625 STILLWATER PL**
**BOWIE, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARROD EDWARDS**
**5318 HILLEN ROAD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARROD MARTIN**
**2308 PRIMROSE**
**MANSFIELD, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARROD MORAN**
**7432 PILOT KNOB AVE**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARVIS DAVIS**
**1732 NW 3RD TER**
**APT #111**
**MIAMI, FL 33034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARYANNA WARD**
**6009 BIG SPRINGS DRIVE**
**ARLINGTON, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASEAN BRAWNER**
**1221 CHAPELWOOD LANE**
**CAPITOL HEIGHTS, MD 20743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.6415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Nonpriority creditor's name and mailing address**

**JASHANNA DAVIS**
**W DAFFODIL LANE**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6416**

**Nonpriority creditor's name and mailing address**

**Jashua Freeman**
**3118 Sudlersville Rd.**
**Sudlersville, MD 21668**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6417**

**Nonpriority creditor's name and mailing address**

**JASMIN BRADFORD**
**3122 LUGINE AVE**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6418**

**Nonpriority creditor's name and mailing address**

**Jasmin Martin**
**2410 White Ave.**
**Nashville, TN 37214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6419**

**Nonpriority creditor's name and mailing address**

**JASMINE BOUIE**
**1652 RUXTON AVE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6420**

**Nonpriority creditor's name and mailing address**

**JASMINE BURGESS**
**7001 NW 16ST APT A-106**
**PLANTATION, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6421**

**Nonpriority creditor's name and mailing address**

**JASMINE CHAPMAN**
**7132 BEXHILL ROAD**
**BALTIMORE, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 2**

**Nonpriority creditor's name and mailing address**

**JASMINE CLARK**
**205C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 3**

**Nonpriority creditor's name and mailing address**

**JASMINE COOPER**
**6930 FORREST AVE**
**PHILADELPHIA, PA 19138-2004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 4**

**Nonpriority creditor's name and mailing address**

**JASMINE DANIEL**
**2644 SILVER HILL DRIVE APT 8**
**HIAWASSEE, FL 32818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 5**

**Nonpriority creditor's name and mailing address**

**JASMINE FLOWERS**
**977 W TENNYSON ROAD**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 6**

**Nonpriority creditor's name and mailing address**

**JASMINE FLOWERS**
**449 TYNELLA AVENUE**
**APT 30**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 7**

**Nonpriority creditor's name and mailing address**

**JASMINE FORD**
**504B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 8**

**Nonpriority creditor's name and mailing address**

**JASMINE FRANKS**
**4648 HAWKSBURY RD**
**WINDSOR MILL, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.642 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE GOINS**
652 W 189TH STREET
NEW YORK, NY 10040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE GUERRA**
5004 AZTEC DRIVE
THE COLONY, TX 75056

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE HOLLOWAY**
9600 S FOREST
CHICAGO, IL 60620

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE JONES**
4411 NW 173RD DRIVE
CAROL CITY, FL 33055

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE JOSEPH**
160 LIVE OAK WOODS COURT
APT. 2C
DELTONA, FL 32738

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE KAY**
571 WYNDHOLME WAY
BALTIMORE, MD 21216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JASMINE KAY**
571 WYNDHOLME WAY
BALTIMORE, MD 21229

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.643 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JASMINE LAIRD**
**2502 EDGECOMBE CIR N**
**APT E**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JASMINE LEW**
**4866 RICHMOND AVE**
**FREMONT, CA 94536-7352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jasmine Long**
**979 Maumee Ave.**
**Mansfield, OH 44906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JASMINE LONG**
**979 MAUMEE AVENUE**
**MANSFIELD, OH 44906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JASMINE MAXWELL**
**601D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JASMINE MAXWELL**
**601D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JASMINE MCCORMICH**
**210 SOUTHRIDGE**
**EDGEWOOD, TX 75117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jasmine Mooney**
700 Ramsey St.
Nashville, TN 37206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE NEWMAN-GEE**
603A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE PENN**
900 WOODSON RD APT D
BALTIMORE, MD 21212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE PREZENKOWSKI**
4009 DAN ROAD
MEDINA, OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE RAMOS**
5200 NW 31ST AVE APT 32B
FORT LAUDERDALE, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE RICHARDSON**
1757 26TH AVENUE, APT 210
OAKLAND, CA 94601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE ROSIAK**
24 VAN BUREN AVENUE
CUYAHOGA FALLS, OH 44221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.645 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE ROWLES**
**5303 MORAVIA RD APT E**
**BALTIMORE, MD 21206-6151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE STANLEY**
**1928 GREEN WILLOW DR**
**FORT WORTH, TX 76134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE STEWART**
**5817 WESLEYAN DRIVE**
**PO BOX C217**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE THOMAS**
**1895 S IVEY LANE**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE THOMAS**
**1861 BUCHANAN BAY CIRCLE**
**APT.104**
**EDGEWOOD, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE THOMPSON**
**6101 NW 7TH AVE**
**APT. 405**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE THOMPSON**
**11050 SW 197 STREET**
**#210**
**CUTLER RIDGE, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE WILSON**
**152 SMITH ROCK DR**
**HOLLY SPRINGS, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMINE WRIGHT**
**9826 BERNWOOD PL. DRIVE APT. 204**
**FORT MYERS, FL 33966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMON HUDSON**
**4452 AIRPORT HWY APT 39**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMYN NEAL**
**7277 PARKERS FARM LANE**
**FREDERICK, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASMYNE UNSELD**
**1507 SAINT ALBANS LANE**
**ACCOKEEK, MD 20607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Ain**
**5727 Tibaron Ln**
**Apt. 205**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASON AIN**
**5727 TIBARON LN APT 205**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON ANDERSON, JR.**
**3205 HAMILTON AVE**
**BALTIMORE, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON CLAY**
**3849 VAN DUSEN WAY**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON DAVIS**
**7439 FORREST AVENUE**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON FISCHER**
**22311 SWAN ST. APT. 331**
**SOUTH LYON, MI 48178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON GROSSMAN**
**4042 LA SALLE AVE**
**CULVER CITY, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON NETTLETON**
**3512 WYOGA LAKE ROAD**
**208**
**CUYAHOGA FALLS, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JASON NICHOLAS**
**3123 FAIRVIEW ROAD**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASON NOE** | ☐ Contingent | |
| **30422 OLEANDER BLVD** | ☐ Unliquidated | |
| **BIG PINE KEY, FL 33043** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.647 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASON PEAK** | ☐ Contingent | |
| **510 25TH AVE S** | ☐ Unliquidated | |
| **SAINT PETERSBURG, FL 33705** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.647 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASON REMY** | ☐ Contingent | |
| **8340 SW 92 TERR** | ☐ Unliquidated | |
| **MIAMI, FL 33156** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.647 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASON SPERLING** | ☐ Contingent | |
| **1156 COUNTY ROAD F** | ☐ Unliquidated | |
| **SWANTON, OH 43558** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.647 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASON VALDEZ** | ☐ Contingent | |
| **8615 NW 30TH RD** | ☐ Unliquidated | |
| **MIAMI, FL 33147** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.647 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASPER FARRINGTON** | ☐ Contingent | |
| **15800 NW 42ND AVE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.647 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JASPER FARRINGTON** | ☐ Contingent | |
| **15800 NW 42 AVENUE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.647 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**JASPER ROBERSON-SCHULZ**
**255 LESTER AVE APT C**
**OAKLAND, CA 94606-1254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.647 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**JASPER WILLIAMS**
**2829 THRUSH DR**
**DALLAS, TX 75181**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.648 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**JASPREET PAUL**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.648 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**JATARIA MOORE**
**1706 3RD AVE EAST**
**PALMETTO, FL 34221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.648 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**JATAYA CALLAHAN**
**708 CLOUDYFOLD DR**
**PIKESVILLE, MD 21208**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.648 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Jatoreon Walker**
**2605 S Virginia St.**
**Hopkinsville, KY 42240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.648 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**JAVAN SHIELDS**
**1845 BEECHWOOD AVE N.E. APT2**
**NORTH CANTON, OH 44720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVARIS WELLS**
**6924 SOUTH LAFLIN**
**CHICAGO, IL 60636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVAUN ROSE**
**7207 25TH AVE**
**HYATTSVILLE, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVAWNA WESET**
**2068 ADDISON RD SOUTH APT1**
**DISTRICT HEIGHTS, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVAWNA WEST**
**5012 57TH AVE.**
**APT. A5**
**BLADENSBURG, MD 20710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVAWNA WEST**
**2068 ADDISON RD SOUTH APT1**
**DISTRICT HEIGHTS, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVAYE SMITH**
**24250 BLACKSTONE ST**
**OAK PARK, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAVIER CASTRO**
**7194 W 3RD AVE**
**HIALEAH, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|--------|--------|
| | Name | |

**3.649 2**

Nonpriority creditor's name and mailing address

**JAVIER ESQUIVEL
540 PORTAGE TRAIL
CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 3**

Nonpriority creditor's name and mailing address

**JAVIER ESQUIVEL
540 PORTAGE TRAIL
CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 4**

Nonpriority creditor's name and mailing address

**JAVIER GONZALEZ
7601 E TREASURE DR APT 1022
NORTH BAY VILLAGE, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 5**

Nonpriority creditor's name and mailing address

**JAVIER JIMENEZ
2566 CLEARVIEW CIRCLE
DALLAS, TX 75233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 6**

Nonpriority creditor's name and mailing address

**JAVIER LOPEZ
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 7**

Nonpriority creditor's name and mailing address

**JAVIER MARTIN-FERNANDEZ
1865 BEACON HILL CIRCLE
APARTMENT 13
CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 8**

Nonpriority creditor's name and mailing address

**JAVIER MAURICIO RINCON GOMEZ
6971 SW 19TH ST
NORTH LAUDERDALE, FL 33068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.649 9**

**Nonpriority creditor's name and mailing address**
**JAVIER RENDEROS**
**4404 SIERRA PLACE**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 0**

**Nonpriority creditor's name and mailing address**
**JAVION BREWSTER**
**1577 E, ELMORE AVE**
**DALLAS, TX 75216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 1**

**Nonpriority creditor's name and mailing address**
**JAVON ALEXANDER**
**565 VIRGINIA AVENUE**
**MIDLAND, PA 15059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 2**

**Nonpriority creditor's name and mailing address**
**JAVON ALLEN**
**8713 S. COLFAX**
**CHICAGO, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 3**

**Nonpriority creditor's name and mailing address**
**JAVON NED**
**20921 44TH AVE W, APT F303**
**LYNNWOOD, WA 98036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 4**

**Nonpriority creditor's name and mailing address**
**JAVON'TE BROMELL**
**2450 E HILLSBOROUGH AVE**
**APT 1315**
**TAMPA, FL 33610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 5**

**Nonpriority creditor's name and mailing address**
**JAVONN BRIGHT**
**6539 RIDGEBORNE DR**
**ROSEDALE, MD 21237-3895**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.650 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAVONTE COOPER**
**1425 NW 24TH AVE**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAVOULAEE GREEN**
**3339 KIDD STREET**
**NORTH LAS VEGAS, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAWAD MAHMOUD**
**4528 1/2 MONROE ST UPPR**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jaxmine Jones**
**830 Union Blvd.**
**Apt. #208**
**Englewood, OH 45322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAXSON SZABO**
**777 MORNING STREET**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAY-ANN BRAVO-HARRIOTT**
**1120 N WESTWOOD AVE**
**APT 2402**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYA CHANDRA**
**1343 OAK HILL CT**
**UNIT 106**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.651**
**3**

**Nonpriority creditor's name and mailing address**
**JAYA MARTIN**
**3141 NORTHCHESTER PLACE**
**LITHONIA, GA 30038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651**
**4**

**Nonpriority creditor's name and mailing address**
**JAYA REID-JOHNSON**
**3245 PELHAM AVE**
**BALTIMORE, MD 21213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651**
**5**

**Nonpriority creditor's name and mailing address**
**JAYACHANDRA KOLAPALLI**
**3414 DORR STREET**
**UNIVERSITY CIRCLE 411**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651**
**6**

**Nonpriority creditor's name and mailing address**
**JAYANN BRAVOHARRIOTT**
**1120 N WESTWOOD AVE APT 2402**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651**
**7**

**Nonpriority creditor's name and mailing address**
**JAYANTH AKULA**
**77 FIR HILL, 10B5**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651**
**8**

**Nonpriority creditor's name and mailing address**
**JAYASAI JEYARAJAN**
**15 WALNUT CREEK DR**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651**
**9**

**Nonpriority creditor's name and mailing address**
**JAYDA GWYN**
**100 CARVER LOOP APT 11G**
**APT 11G**
**BRONX, NY 10475-2936**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.652 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Jayde Waller**
**4 Spindrift Cir.**
**Apt. E**
**Parkville, MD 21234-2342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAYDE WALLER**
**4 SPINDRIFT CIR APT E**
**BALTIMORE, MD 21234-2342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAYDEN BYRNE**
**36 HOMESTEAD DRIVE**
**BOARDMAN, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAYDEN DAVIS**
**1125 BLITHE ROAD**
**SPRINGFIELD, OH 45503-6121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAYDON MARTIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAYESH GUPTA**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JAYKWAUN CLARK**
**1704 SCOTCH PINE DRIVE**
**BRANDON, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.652 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLA CROSS** | ☐ Contingent | |
| **5817 WESLEYAN DR.** | ☐ Unliquidated | |
| **BOX A443** | ☐ Disputed | |
| **VIRGINIA BEACH, VA 23455** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLA FUTCH** | ☐ Contingent | |
| **2028 W ROOSEVELT DR** | ☐ Unliquidated | |
| **MILWAUKEE, WI 53209** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLA FUTCH** | ☐ Contingent | |
| **6626 W VIENNA AVE** | ☐ Unliquidated | |
| **MILWAUKEE, WI 53216** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLA NICHOLAS** | ☐ Contingent | |
| **1811 FRANKFORD RD E** | ☐ Unliquidated | |
| **CARROLLTON, TX 75007** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLA NICHOLAS** | ☐ Contingent | |
| **675 WOODALE BOULEVARD** | ☐ Unliquidated | |
| **BATON ROUGE, LA 70806** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLAH LEE** | ☐ Contingent | |
| **413 E CASTLE HARBOUR DR** | ☐ Unliquidated | |
| **FRIENDSWOOD, TX 77546** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JAYLAN WILKINS** | ☐ Contingent | |
| **4579 BRINDLEY DR** | ☐ Unliquidated | |
| **MEMPHIS, TN 38128** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYLEN BAYLOR**
**808 HAMILTON BLVD**
**HAGERSTOWN, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYLEN MILLER**
**24710 COLUMBUS ROAD**
**BEDFORD HEIGHTS, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaylen Murray**
**2826 Brampton Dr.**
**Cincinnati, OH 45251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYLEN MURRAY**
**2826 BRAMPTON DRIVE**
**CINCINNATI, OH 45251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYLIN CLINCH**
**5027 NW 5TH AVE**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYLIN GARNER**
**3586 LUDGATE RD**
**SHAKER HEIGHTS, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JAYLIN PERRY**
**7303 SHEILA LANE**
**CLINTON, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.654 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYLN TOATLEY**
**4609 GOVERNOR KENT CT**
**UPPER MARLBORO, MD 20772-5901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYLON THRASH**
**4146 EAST 93RD STREET**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYLUND HARRIS**
**881 MORGAN DAIRY ROAD**
**MILNER, GA 30257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYLYN THOMAS**
**1421 PARAGON PKWY**
**BIRMINGHAM, AL 35235-2622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYLYN WHITTLEY**
**3416 RUFUS STREET**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYNE EDWARDS**
**14105 CERRO VERDE DR**
**OCEAN SPRINGS, MS 39564-2565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYNELL SCOTT**
**58 THOMAS ST**
**ROCHESTER, NY 14605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.654 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAYRELL CEPHAS**
**2053 N BENTALOU ST**
**BALTIMORE, MD 21216-3209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAYSON KELLY**
**11465 SW 45TH COURT**
**APT 113**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAZ'MYNE FORT**
**846 SPRUCE ST**
**HAMMOND, IN 46324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAZ'MYNE FORT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAZMAN BROWN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAZMIN KNOX**
**7021 SW 24TH COURT**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JAZMIN MOLINA**
**24651 SW 114TH PLACE**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.655 5 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE EDGECOMB**<br>**2560 NW 139TH ST**<br>**APT 2**<br>**OPA LOCKA, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.655 6 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE IVERSON-FAIRFAX**<br>**5916 NASSAU RD**<br>**PHILADELPHIA, PA 19151-3524**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.655 7 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE JONES**<br>**2247 UNIVERSITY HILLS BLVD**<br>**APT 202**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.655 8 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE JONES**<br>**830 UNION BLV. APT #208**<br>**ENGLEWOOD, OH 45322**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.655 9 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE ROSAS**<br>**18613 SW 355 TERRACE**<br>**FLAMINGO LODGE, FL 33034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.656 0 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE SCOTT**<br>**319 SAN JOSE DRIVE**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.656 1 | **Nonpriority creditor's name and mailing address**<br>**JAZMINE SMITH**<br>**2815 GWYNNS FALLS PKWY**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.656 2 | |

**Nonpriority creditor's name and mailing address**

**JAZMYN AVERETTE**
**1702 RUXTON AVE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 3 | |

**Nonpriority creditor's name and mailing address**

**JAZMYN MOORE**
**242 FRANCES DR NW**
**ROANOKE, VA 24017-5028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 4 | |

**Nonpriority creditor's name and mailing address**

**JAZMYN WORTHY**
**3818 DREXEL DR**
**TOLEDO, OH 43612-1236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 5 | |

**Nonpriority creditor's name and mailing address**

**JAZMYNE JOHNSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 6 | |

**Nonpriority creditor's name and mailing address**

**JAZMYNE RUFFIN**
**3074 16TH VENUE SOUTH**
**SAINT PETERSBURG, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 7 | |

**Nonpriority creditor's name and mailing address**

**JAZMYNE THOMAS**
**1405 EXPOSITION BLVD.**
**APT. 123**
**SACRAMENTO, CA 95815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 8 | |

**Nonpriority creditor's name and mailing address**

**JAZMYNE THOMAS**
**2371 MOSSY BANK DR**
**APT#7**
**SACRAMENTO, CA 95833**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.656 9 | |

**Nonpriority creditor's name and mailing address**

**JAZMYNN JAMES**
**8 ELLIS AVE APT 3**
**LONG BRANCH, NJ 07740**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.657 0 | |

**Nonpriority creditor's name and mailing address**

**JAZZLYN YOUNG**
**1588 BASIL DR**
**COLUMBUS, OH 43227**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.657 1 | |

**Nonpriority creditor's name and mailing address**

**JAZZMUN NORMAN**
**924 NATIONAL STREET**
**MEMPHIS, TN 38122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.657 2 | |

**Nonpriority creditor's name and mailing address**

**JE'LYNN GOULD**
**115 PARK AVENUE**
**GREENSBORO, MD 21639**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.657 3 | |

**Nonpriority creditor's name and mailing address**

**JE'TAUN IRBY**
**2563 COLEBROOKE DR**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.657 4 | |

**Nonpriority creditor's name and mailing address**

**JEAN BELDUNORD**
**6095 SW 8TH ST**
**COCONUT CREEK, FL 33063**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.657 5 | |

**Nonpriority creditor's name and mailing address**

**JEAN D'HAITI**
**5524 ARNOLD PALMER DR**
**APT 1128**
**ORLANDO, FL 32811**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.657 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN DORICE**
**520 NW 43RD AVE**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN DORICE**
**1305 SW 81ST TERRACE**
**NORTH LAUDERDALE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN DURE**
**10516 TRUXTON RD.**
**ADELPHI, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN DURE**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN FERNANDEZ BREA**
**7235 NW 179 STREET APT#209**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN LOZIER**
**15399 NE 6TH AVE**
**APT # 310**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEAN LOZIER**
**15399 NE 6TH AVE**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEAN PATRICK CALIXTE**
**7915 NW 50 STREET**
**LAUDERHILL, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.658 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEAN SOUTIEN**
**26820 SW 145TH AVE RD**
**APT K4**
**HOMESTEAD, FL 33032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.658 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANELLE BYRON**
**6701 ATLANTA ST**
**HOLLYWOOD, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.658 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANETTE TAYLOR**
**7117 S. PAULINA ST**
**CHICAGO, IL 60636**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.658 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANETTE WEST**
**2456 25TH STREET NE**
**CANTON, OH 44705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.658 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANKARLO NIETO**
**11314 SW 230 TERRACE**
**MIAMI, FL 33170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.658 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANKARLO NIETO**
**15600SW 106 LN APT 1007**
**MIAMI, FL 33196**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.659 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEANNA HEURING**
**231 EASTHAMPTON DR**
**OREGON, OH 43616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEANNE SANON**
**4573 BARCLAY**
**LAKE WORTH, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JED QUACKENBUSH**
**325 HEATHER DRIVE SOUTH**
**NEWARK, OH 43055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEDIDAH GAYLE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEENA GRACE CHARLES**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,292.00 |
|---|---|---|---|

**JEFFERSON PEDIATRIC CLINIC**
**1111 Medical Center Blvd # N813**
**MARRERO, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _2197_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFFERY BEATTY**
**304 HUNT STREET**
**RANGER, TX 76470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEFFERY BIANCHINI**
**8350 FAIRFAX DRIVE**
**STERLING HEIGHTS, MI 48312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEFFERY JONES**
**1406 WALDROP DR.**
**LANCASTER, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEFFERY MURIEL**
**403A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEFFLEY MICHEL**
**1330 SW 104 PATH APT. 7-210**
**MIAMI, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.48 |
|---|---|---|---|

**Jeffrey A. Steiner, MD PA**
**2245 N University Dr.**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEFFREY BROWN**
**4911 CEDAR AVE**
**PHILADELPHIA, PA 19143-2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEFFREY CLARK**
**4451 TELFAIR BLVD.**
**APT. 4041**
**CAMP SPRINGS, MD, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Danes**
**2320 Riverfront Pkwy**
**Cuyahoga Falls, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.660<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFFREY FABIEN**
**7521 RALEIGH STREET**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFFREY HARRISON**
**2724 RIGGS AVE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFFREY HORNSBY**
**2117 BEECHCREEK LN**
**CINCINNATI, OH 45233-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFFREY JOSAMAR**
**15780 NE 15TH AVE**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

**JEFFREY L MARKS MD**
**7390 NW 5th St Ste 7**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.55 |
|---|---|---|---|

**Jeffrey L. Horstmeyer, MD**
**3661 S Miami Ave., Ste. 209**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| **JEFFREY LAPOINTE**<br>**2890 SW 73RD WAY**<br>**APT 1302**<br>**DAVIE, FL 33314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| **JEFFREY LAPOINTE**<br>**3625 COLLEGE AVE**<br>**BOX #2037**<br>**FORT LAUDERDALE, FL 33314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| **JEFFREY LUBIN**<br>**321 SW 14TH ST**<br>**DANIA, FL 33004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $145.00 |
| Jeffrey M. Alexander, DC<br>1038 S Washington St.<br>Millersburg, OH 44654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number **6664** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| **JEFFREY MCCAUSLAND**<br>**6102 LUELDA AVENUE**<br>**PARMA, OH 44129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| **JEFFREY ROBB**<br>**30333 WOLFE ROAD**<br>**CIRCLEVILLE, OH 43113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.661 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| **JEFFREY SARMIENTO**<br>**4720 SHERIDAN STREET**<br>**UNIT #2**<br>**HOLLYWOOD, FL 33021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

3.661
8

**Nonpriority creditor's name and mailing address**

**JEFFREY SCHULTHEIS**
**8805 STAFFORD DR**
**STRONGSVILLE, OH 44149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.661
9

**Nonpriority creditor's name and mailing address**

**JEFFREY SHURMER**
**1131 BELLFLOWER TR.**
**WADSWORTH, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.662
0

**Nonpriority creditor's name and mailing address**

**JEFFREY SZOSDA**
**2907 BACK BAY DR**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.662
1

**Nonpriority creditor's name and mailing address**

**JEFFREY SZOZDA**
**2907 BACK BAY DR**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.662
2

**Nonpriority creditor's name and mailing address**

**JEFFREY WATSON**
**1379 E INTERSTATE 30, APT E201**
**GARLAND, TX 75043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.662
3

**Nonpriority creditor's name and mailing address**

**JEFFREY XIE**
**4243 W BANCROFT ST APT 105E**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.662
4

**Nonpriority creditor's name and mailing address**

**JELENA SLIJEPCEVIC**
**393 SUMNER STREET**
**UNIVERSITY EDGE 2-202A**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.662 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**
**JELONIA RUMPH**
**173 W. 20TH ST**
**APOPKA, FL 32703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.662 6 |

**Nonpriority creditor's name and mailing address**
**JEMANDARI HERRON**
**779 PAVILION DR.**
**FAIRFIELD, CA 94534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.662 7 |

**Nonpriority creditor's name and mailing address**
**JEMARULIN SUGGS**
**1235 DUANE AVE**
**1235 DUANE AVE**
**AKRON, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.662 8 |

**Nonpriority creditor's name and mailing address**
**JEMEEKA LIGHTBOURNE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.662 9 |

**Nonpriority creditor's name and mailing address**
**JEMMA HOUSE**
**3301 COLLEGE AVENUE**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.663 0 |

**Nonpriority creditor's name and mailing address**
**JEMONIQUE BARNABIE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.663 1 |

**Nonpriority creditor's name and mailing address**
**JEMUEL THOMAS**
**4103 NEWTON AVE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.663 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jena Leininger**
**11220 Hidden Springs Dr.**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.663 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JENELLE NEMIRE**
**76 SOUTH STREET**
**BERLIN HEIGHTS, OH 44814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JENIFER BROWN**
**10843 FRANKFORT RD**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JENIFFER CRUZ**
**100 EDMUND ROAD**
**WEST PARK, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jenna Banks**
**17918 NW 11th St.**
**Hollywood, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JENNA FODOR**
**5777 MIDDLEBY DRIVE**
**HILLIARD, OH 43026-7899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JENNA FRANTZ**
**462 WEST WARD STREET**
**VERSAILLES, OH 45380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663<br>9 | **Nonpriority creditor's name and mailing address**<br>**JENNA JAMIL**<br>**2474 GREENVIEW DR**<br>**UNIONTOWN, OH 44685** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664<br>0 | **Nonpriority creditor's name and mailing address**<br>**JENNA JONES**<br>**2405 PROSPECT AVE**<br>**CLINTON, IA 52732** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664<br>1 | **Nonpriority creditor's name and mailing address**<br>**JENNA KODASH**<br>**10461 STATE ROUTE 700**<br>**GARRETTSVILLE, OH 44231** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664<br>2 | **Nonpriority creditor's name and mailing address**<br>**JENNA LEININGER**<br>**11220 HIDDEN SPRINGS DR**<br>**CHARDON, OH 44024** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664<br>3 | **Nonpriority creditor's name and mailing address**<br>**JENNA NELSON**<br>**14844 NORTHEAST 13TH STREET**<br>**BELLEVUE, WA 98007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664<br>4 | **Nonpriority creditor's name and mailing address**<br>**JENNA NOFZIGER**<br>**5725 TIBARON LN APT 209**<br>**TOLEDO, OH 43615** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664<br>5 | **Nonpriority creditor's name and mailing address**<br>**JENNA SHORUFI**<br>**916 MOHAWK ST**<br>**DEARBORN, MI 48124** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 6 | **Nonpriority creditor's name and mailing address** **JENNA SMITH** **5415 COOPERS LN** **LORAIN, OH 44053** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 7 | **Nonpriority creditor's name and mailing address** **JENNA WRIGHT** **123 RAVEN CLIFF DR.** **BROUSSARD, LA 70518** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 8 | **Nonpriority creditor's name and mailing address** **JENNI HEID** **1454 WOODLAKE BOULEVARD** **STOW, OH 44224** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 9 | **Nonpriority creditor's name and mailing address** **JENNIA KNEISSLE** **637 NE 18TH AVE** **FORT LAUDERDALE, FL 33304** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 0 | **Nonpriority creditor's name and mailing address** **JENNIFER ANDREWS** **3783 WEST ALEXIS ROAD** **TOLEDO, OH 43623** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 1 | **Nonpriority creditor's name and mailing address** **JENNIFER CHARLES** **4581 NW 10TH COURT** **APT#H-101** **CITY OF SUNRISE, FL 33313** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 2 | **Nonpriority creditor's name and mailing address** **JENNIFER FLETCHER** **2075 JAVA DRIVE** **ARLINGTON, TN 38002** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER GARCIA**
**13273 NW 9TH LANE**
**MIAMI, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER GARCIA**
**2367 SW 19 AVENUE**
**MIAMI, FL 33145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER GRECO**
**3072 CARSKADDON AVE**
**APT 212**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER HUANG**
**7410 NIGHTINGALE DR APT 7**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER JACOBSON**
**408 NE 6TH STREET #435**
**FORT LAUDERDALE, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER JEAN-BAPTISTE**
**1335 NE 128TH ST**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JENNIFER KALBUS**
**4640 BURNINGTREE DR.**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 968 of 3613

| | | |
|---|---|---|
| 3.666 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**JENNIFER KISTLER**
**25260 CHASE DRIVE**
**NORTH OLMSTED, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.666 1 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*

**JENNIFER MANCINO**
**15415 CLIFTON BLVD**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.666 2 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*

**JENNIFER MANZANARES**
**2607 CONCORD DRIVE**
**IRVING, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.666 3 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*

**JENNIFER MARIE CAHILL**
**801 SOUTH POINT DR**
**UNIT 203**
**MIAMI BEACH, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.666 4 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*

**JENNIFER MCCLAIN**
**1701 HORSESHOE BEND DR.**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.666 5 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*

**JENNIFER MCDONALD**
**P.O. BOX 41323**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.666 6 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*

**JENNIFER MELO**
**7175 SW 27 PL**
**APT: 603**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|--------------------------------------|---------------------------|---|
| | Name | | |

**3.6667**

Nonpriority creditor's name and mailing address
**JENNIFER MELVIN**
**930 BAYNER CT**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6668**

Nonpriority creditor's name and mailing address
**JENNIFER MELVIN**
**930 BAYNER CT**
**BALTIMORE, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6669**

Nonpriority creditor's name and mailing address
**JENNIFER MESIDOR**
**131 NE 195TH ST**
**MIAMI, FL 33179-3237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6670**

Nonpriority creditor's name and mailing address
**JENNIFER MOELLER**
**4608 HEGER DR**
**CINCINNATI, OH 45217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6671**

Nonpriority creditor's name and mailing address
**JENNIFER MORENO**
**201 ELM STREET**
**BARDWELL, TX 75101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6672**

Nonpriority creditor's name and mailing address
**JENNIFER RODRIGUEZ**
**8914 NW 168 ST.**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6673**

Nonpriority creditor's name and mailing address
**JENNIFER RORIGUEZ**
**8914 NW 168 ST.**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| 3.667 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENNIFER ROSE**
**12156 N. 150TH LANE**
**SURPRISE, AZ 85379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.667 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENNIFER ROSE**
**16052 DEARBORN ST**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.667 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENNIFER RUANO**
**7151 TRIUMPH LN**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.667 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENNIFER SHANKMAN**
**721 COLWELL ST**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.667 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENNIFER SHUB**
**511 5TH AVENUE SE**
**APT 2410**
**FT. LAUDERDALE, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.667 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jennifer Silva**
**4646 SW 107th Terrace**
**Fort Lauderdale, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.668 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENNIFER SPRINGER**
**7135 QUAIL LAKES DR**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.668 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JENNIFER TURNER**
**491 MOHAWK AVE**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jennifer Vandervalk**
**3615 Citrus Trace**
**Apt. 4**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JENNIFER VANERVALK**
**3615 CITRUS TRACE**
**APT. 4**
**DAVIE, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JENNIFER VEGA**
**5817 WESLEYAN DRIVE**
**PO BOX B363**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JENNIFER WEISS**
**8219 SW 81ST PLACE**
**MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JENNIFRED ATKINS**
**3251 NW 182ND ST**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JENY CALEAS**
**421 PALM CIRCLE EAST**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JENY GALEAS**
**421 PALM CIRCLE EAST**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JENYA ESTIL**
**1045 CENTERSTONE LN**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jenyse Byrd**
**901 Woodstock Ave.**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JENYSE BYRD**
**901 WOODSTOCK AVENUE**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEONGHUN KIM**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEPHTHAH OPPONG-ATTA**
**676 EAST BUCHTEL**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JERALE CORE**
**6531 S ELLIS**
**CHICAGO, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH BATTLE**
**3350 ALEMDA ST.**
**JACKSONVILLE, FL 32209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH EKOJA**
**441 SCHWARTZ AVE**
**BALTIMORE, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH ESEMUZE**
**13 BRUBAR COURT**
**APT. 1D**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH FITZGERALD**
**394 E PIONEER TRL**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH FULLER**
**6227 LIBERTY HEIGHTS TER**
**BALTIMORE, MD 21207-6243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH HARPER**
**1307 W ARCH ST**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEREMIAH PARKER**
**1 WALDEN BIRCH CT**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.670 2 | **Nonpriority creditor's name and mailing address**<br>**JEREMY BUTLER**<br>**3610 EAST WILDER AVE**<br>**TAMPA, FL 33610**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.670 3 | **Nonpriority creditor's name and mailing address**<br>**JEREMY COLLINS**<br>**2376 NUTMEG TER**<br>**BALTIMORE, MD 21209-4626**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.670 4 | **Nonpriority creditor's name and mailing address**<br>**JEREMY FARRIS**<br>**1037 N WESTWOOD AVE APT B**<br>**TOLEDO, OH 43607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.670 5 | **Nonpriority creditor's name and mailing address**<br>**JEREMY MCQUEEN-BEY**<br>**7915 CRISFORD PL APT F**<br>**PIKESVILLE, MD 21208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.670 6 | **Nonpriority creditor's name and mailing address**<br>**JEREMY MEDURI**<br>**14902 CLIFTON BLVD #3**<br>**LAKEWOOD, OH 44107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.670 7 | **Nonpriority creditor's name and mailing address**<br>**JEREMY ORME**<br>**16300 HOLLYWOOD ST**<br>**ROMULUS, MI 48174**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.670 8 | **Nonpriority creditor's name and mailing address**<br>**JEREMY PIGAT**<br>**10570 FLORIDA STREET**<br>**AURORA, OH 44202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.670 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JEREMY ROBINSON
3030 HEMBREE GROVE DR
ROSWELL, GA 30076-1293

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.671 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JEREMY THOMAS
553 SOUTHPORT DRIVE
DALLAS, TX 75232

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.671 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JEREMY WEISS
3113 ABELL AVENUE
BALTIMORE, MD 21218

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.671 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JEREMY WRIGHT
101 N. DENISON ST
2ND FLOOR
BALTIMORE, MD 21229

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.671 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JEREMY YOUNG
22230 SW 114TH AVE
MIAMI, FL 33170

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.671 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JEREMYAH THOMAS
129 WEST CHERRY POINT DRIVE
DALLAS, TX 75232

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.671 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JERI RICHARD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.671<br>6** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERI RICHARD**
**69 NW 53RD STREET**
**MIAMI, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.671<br>7** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERIL ALEXIS**
**17 NOTTINGHILL CT**
**RANDALLSTOWN, MD 21133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.671<br>8** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERIMYJAH BATTS**
**704B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.671<br>9** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERMAINE ANDERSON-EL**
**1651 EAST BELVEDERE AVE**
**APT 410**
**BALTIMORE, MD 21223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.672<br>0** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERMAINE ANDERSON-EL**
**1651 EAST BELVEDERE AVE**
**APT 410**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.672<br>1** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERMAINE MILES**
**9102 SUMMER PARK DR**
**PARKVILLE, MD 21234-3421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.672<br>2** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**JERMAINE MILES**
**8429 ARBOR STATION WAY**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JERMAINE PINDER** | ☐ Contingent | |
| **15800 NW 42 AVENUE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JERMANE DUKES** | ☐ Contingent | |
| **7776 NW 12TH AVENUE** | ☐ Unliquidated | |
| **EL PORTAL, FL 33150** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JERMIAH GEORGE** | ☐ Contingent | |
| **1120 WEST 27TH STREET** | ☐ Unliquidated | |
| **JACKSONVILLE, FL 32209** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JEROME BUTLER** | ☐ Contingent | |
| **3821 GLENARM AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21206-2407** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JEROME COOPER** | ☐ Contingent | |
| **37772 SARAFINA DR** | ☐ Unliquidated | |
| **STERLING HEIGHTS, MI 48312** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JEROME WILLIAMS** | ☐ Contingent | |
| **5909 FRONTIER BOULEVARD, APT 156** | ☐ Unliquidated | |
| **MESQUITE, TX 75150** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.672 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **JERON WHITFIELD** | ☐ Contingent | |
| **60 MAPLE AVE** | ☐ Unliquidated | |
| **VAUXHALL, NJ 07088** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 978 of 3613

| 3.673 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERONICA BURGESS**
**634 SW 4TH AVENUE**
**BOYNTON BEACH, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERRELL BRATCHER**
**1671 E. COLD SPRING LANE**
**1ST FLOOR**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERRICAH WEST**
**3304 LAKE POINTE DRIVE**
**DALLAS, TX 75212-2472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERRICE STOKES**
**191 SPENCER AVE**
**LEOLA, PA 17540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERRIN HILL**
**8147 ASHLAND ROAD**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERROD O'NEAL**
**2648 LAURETTA AVENUE**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JERRY BOYD**
**3417 MONTAGUE**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.673 7 | **Nonpriority creditor's name and mailing address**<br>**JERRY DESILIEN**<br>**4010 N SHORE DR**<br>**WEST PALM BEACH, FL 33407**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.673 8 | **Nonpriority creditor's name and mailing address**<br>**JERRY FITSCHEN**<br>**737 EAST ELIZABETH DRIVE**<br>**ORANGE, CA 92867**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.673 9 | **Nonpriority creditor's name and mailing address**<br>**JERRY MAHAMMITT**<br>**705 NOTTINGHAM RD APT 5B**<br>**BALTIMORE, MD 21229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.674 0 | **Nonpriority creditor's name and mailing address**<br>**JERVIS WILLIAMS**<br>**5718 SW 27ST**<br>**WEST PARK, FL 33023**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.674 1 | **Nonpriority creditor's name and mailing address**<br>**JESENNIA BONILLA-LIRIANO**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.674 2 | **Nonpriority creditor's name and mailing address**<br>**JESICA TRUCKS**<br>**3418 ANDERSON PKWY**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.674 3 | **Nonpriority creditor's name and mailing address**<br>**JESIRE BENNETT**<br>**1391 HARRISON STREET**<br>**ELMONT, NY 11003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes **$0.00** |

| 3.674 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSALYN THOMAN**
**35 GRANT ST**
**YONKERS, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSE BEACHY**
**7208 KILE RD**
**PLAIN CITY, OH 43064-9002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSE CODJOE**
**3045 RESIDENCE DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSE CODJOE**
**1730 W ROCKET DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSE DAMPARE**
**7810 SOMERSET CT**
**GREENBELT, MD 20770-3022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSE HODGES**
**3247 MEADOWBROOK BOULEVARD**
**CLEVELAND HEIGHTS, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSE KELSO**
**897 LUTHER ROAD**
**EAST AURORA, NY 14052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE ORTIZ**
**5511 NW 174TH DR**
**MIAMI, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE PRIVETT**
**721 W HOWARD ST**
**MUNCIE, IN 47305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE RATTRAY**
**340 NW 3RD AVE.**
**DEERFIELD BEACH, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.49 |
|---|---|---|---|

**Jesse Salmeron, MD PA**
**2999 NE 191st St. #200**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE SPRINGFIELD**
**10214 BUENA VISTA AVENUE**
**LANHAM, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE WILLIAMS**
**2620 HAMMAN ROAD**
**BAY CITY, TX 77414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSI YU**
**7058 QUAIL LAKES DRIVE**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA AERSON**
3405 OHARA RD
CARLETON, MI 48117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA AREVALO**
1150 W 79TH ST APT 329B
HIALEAH, FL 33014-3591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA BARON**
245 ROOD ST
NORTHWOOD, OH 43619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA BARTLES**
9710 STRAUSSER ST NW
CANAL FULTON, OH 44614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA BARTON**
101 KREWSON LN
CHELTENHAM, PA 19012-1202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA BASHAW**
5754 COMET AVENUE
TOLEDO, OH 43623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA BONEZZI**
8965 RIDGE RD
WOOSTER, OH 44691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.676 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JESSICA BONTATIBUS** | ☐ Contingent | |
| | **3816 GREENBRIER LN** | ☐ Unliquidated | |
| | **MERCER ISLAND, WA 98040-3728** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.676 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JESSICA BOTCHWAY** | ☐ Contingent | |
| | **15830 VAN AKEN BLVD APT 101** | ☐ Unliquidated | |
| | **SHAKER HEIGHTS, OH 44120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.676 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JESSICA CASPIO** | ☐ Contingent | |
| | **30514 WILLOWICK DRIVE** | ☐ Unliquidated | |
| | **WILLOWICK, OH 44095** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.676 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JESSICA CAVETTE** | ☐ Contingent | |
| | **217 HAVENWOOD LANE** | ☐ Unliquidated | |
| | **GARLAND, TX 75043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.676 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |
|---|---|---|---|
| | **Jessica Chen, MD** | ☐ Contingent | |
| | **177 W Exchange St.** | ☐ Unliquidated | |
| | **Akron, OH 44302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1899** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.677 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JESSICA DESSOURCES-AUGUSTIN** | ☐ Contingent | |
| | **2241 SOUTH SHERMAN CIRCLE** | ☐ Unliquidated | |
| | **APT. C-410** | ☐ Disputed | |
| | **MIRAMAR, FL 33025** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.677 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **JESSICA DILLON** | ☐ Contingent | |
| | **688 DIANE AVENUE** | ☐ Unliquidated | |
| | **STREETSBORO, OH 44241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.677 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA DRAYTON**
**1614 CANTWELL RD APT B**
**WINDSOR MILL, MD 21244-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA FONTANA**
**8900 MENTOR AVE. STE. K**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA GONZALEZ**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jessica Hanson**
**11680 SW 13th Pl**
**Fort Lauderdale, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA HOLZMAN**
**4811 FOOTE RD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA HOPE**
**506C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA HOULKER**
**451 FRIZZELL AVE.**
**APT. F**
**NORFOLK, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.677 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA ICKES**
**2605 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA JOY CANDELARIO**
**5401 S. CORNELL AVENUE**
**CHICAGO, IL 60615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA KLOEHN**
**7511 N LAKE DR**
**FOX POINT, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA LAU**
**2315 MCKINLEY DR**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA MADRIGAL**
**301 W LIBERTY ST**
**PLYMOUTH, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA MARIA DE SOL**
**10585 SW 28 STREET**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA MCDONALD**
**15040 NORFOLK LANE**
**DAVIE, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA MEDINA**
**15976 ELKINS STREET**
**VICTORVILLE, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA NEWBERRY**
**2621 E HARLEY ST**
**INVERNESS, FL 34453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA OVERBY**
**1333 E 124TH**
**CLEVELAND, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA PAIGE**
**4201 N. TERRACE VIEW STREET AP**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA PILLAR**
**APARTMENT 202**
**705 MORAINE COURT**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA PRICE**
**2748 SW46TH CT**
**FORT LAUDERDALE, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSICA PRICE**
**3380 SW 20TH CT.**
**FORT LAUDERDALE, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.679 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **JESSICA RAMIREZ** | ☐ Contingent |
| | **509 GLENWICK DRIVE** | ☐ Unliquidated |
| | **DESOTO, TX 75115** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.679 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **JESSICA RODRIGUEZ** | ☐ Contingent |
| | **634 NW 11TH ST** | ☐ Unliquidated |
| | **MIAMI, FL 33136** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.679 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **JESSICA ROGERS** | ☐ Contingent |
| | **1317 LE PERA ROAD** | ☐ Unliquidated |
| | **ENGLEWOOD, FL 34223** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.679 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **JESSICA ROGERS** | ☐ Contingent |
| | **SAN REMO POINT DRIVE** | ☐ Unliquidated |
| | **ENGLEWOOD, FL 34223** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.679 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **JESSICA SAUL** | ☐ Contingent |
| | **3433 CHELTENHAM RD** | ☐ Unliquidated |
| | **TOLEDO, OH 43606** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.679 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Jessica Saul-McBeth** | ☐ Contingent |
| | **3433 Cheltenham Rd** | ☐ Unliquidated |
| | **Toledo, OH 43606** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.679 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **JESSICA SAUL-MCBETH** | ☐ Contingent |
| | **3433 CHELTENHAM RD** | ☐ Unliquidated |
| | **TOLEDO, OH 43606** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 988 of 3613

| 3.680 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SCHECHT**
**2103 WHITEHALL RD**
**OTTAWA HILLS, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SHAN**
**329 E. 327TH STREET**
**WILLOWICK, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SIRIN**
**1380 ME 147 STREET**
**BISCAYNE PARK, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SLAUSON**
**115 STEPHANIE DR**
**EASTON, PA 18045-7903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SMITH**
**3969 WAYNE ROAD**
**REYNOLDSVILLE, PA 15851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SPRAGUE**
**3425 CORBY AVE**
**CAMARILLO, CA 93010-3809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESSICA SYMONETTE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.680 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSICA WALSH**
**7248 BRODIE BLVD**
**DUBLIN, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.680 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSICA WILSON**
**540 5TH ST NW**
**CARROLLTON, OH 44615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.680 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSICA ZYDORCZYK**
**10335 KEENEY ST**
**ERIE, MI 48133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.681 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSIE BETANCOURT**
**10310 SW 199 ST**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.681 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSIE COOPER**
**4430 NW 178TH AVENUE**
**CAROL CITY, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.681 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSIE ONDOA SEUNGA**
**6 ECOWAY CT**
**APT 2C**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.681 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**JESSIE ONOA SEUNGA**
**6 ECOWAY CT**
**APT 2C**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.681 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JESSIE SLAUGHTER**
**6830 SOUTH WOOD STREET**
**CHICAGO, IL 60636**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.681 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jessie Trice Community Health Cen.**
**5607 NW 27th Ave.**
**Miami, FL 33147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$64,935.55**

---

| 3.681 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JESSIKA PIRES**
**4030 NORTH CENTRAL EXPRESS WAY**
**DALLAS, TX 75204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.681 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JESSYCA STERKOWICZ**
**23540 SW 113 AVENUE**
**HOMESTEAD, FL 33032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.681 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JESUFEMI KOLAWOLE**
**4328 LAKE FOREST CT**
**FINKSBURG, MD 21048-2621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.681 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JESULA JEAN**
**2760 SOMERSET DR APT 316**
**LAUDERDALE LAKES, FL 33311-9410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.682 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JESUS CABALLERO**
**2 WASHINGTON ST**
**DUE WEST, SC 29639**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.682 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESUS CALLEJO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.682 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESUS DELGADO**
**12405 TIELLA LAUREL**
**EL PASO, TX 79938**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESUS FARRAS**
**9755 NW 52ND ST APT 510**
**DORAL, FL 33178-2076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESUS FAVELA**
**949 S GOODYEAR BLVD E**
**GOODYEAR, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESUS RANGEL**
**19343 CYPRESS CANYON DRIVE**
**KATY, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jetlexis Carlos**
**261 NE 38th St.**
**Apt. D203**
**Fort Lauderdale, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEWEL RICKS**
**2933 PRESBURY ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEWEL ROBERTS**
**1238 S STATE ROUTE 19**
**FREMONT, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEWELL WORMLEY**
**526 CEDAR VILLAGE DRIVE**
**YORK, PA 01740-6306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEZEL CAMPBELL**
**7064 NW 16TH STREET**
**CITY OF SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEZIEL YANEZ**
**2915 MORNING GLORY, APT 5**
**PASADENA, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JHANE ABRAM**
**507 PECAN LEAF DR**
**LANCASTER, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JHANET CHAMBERGO**
**4407 HALLET ST**
**ROCKVILLE, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JHANET CHAMBERGO**
**1611 FARRAGUT AVE**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih     Doc 1     FILED 01/22/19     ENTERED 01/22/19 14:55:58     Page 993 of 3613

| | | | |
|---|---|---|---|
| 3.683 5 | **Nonpriority creditor's name and mailing address**<br>**JHANIYA HILL**<br>**43 STRAW HAT RD APT 3A**<br>**BALTIMORE, MD 21217**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.683 6 | **Nonpriority creditor's name and mailing address**<br>**JHENG-YOU CHEN**<br>**22 E. EXCHANGE ST.**<br>**2092B**<br>**AKRON, OH 43308**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.683 7 | **Nonpriority creditor's name and mailing address**<br>**JHENG-YOU CHEN**<br>**SOUTH HALL 0659, 185 E. MILL ST.**<br>**AKRON, OH 44325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.683 8 | **Nonpriority creditor's name and mailing address**<br>**JHON SIRIN**<br>**1380 NE 147 STREET**<br>**MIAMI, FL 33161**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.683 9 | **Nonpriority creditor's name and mailing address**<br>**JI REN**<br>**1712 TREETOP TRL APT.C**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.684 0 | **Nonpriority creditor's name and mailing address**<br>**JI REN**<br>**77 FIR HILL ST. APT. 9C9**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.684 1 | **Nonpriority creditor's name and mailing address**<br>**JI SOO KIL**<br>**2031 KEY ST APT K**<br>**MAUMEE, OH 43537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.684 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JI SOO KL**
**2031 KEY ST APT K**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JI WON BAE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JI YOUNG CHA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JIA GAO**
**4679 RUBY LANE**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JIA-RUEY AI**
**2632 ELLET AVE  APT 3**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JIACHUAN WANG**
**1008 SHADOW LN**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**JIADONG CHEN**
**80E EXCHANGE ST**
**THE DEPOT, UNIT 124**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIAHAO HUANG
2900 N. BRAESWOOD BLVD.
APT #4416
HOUSTON, TX 77025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIAHAO HUANG
1350 N HOWARD ST
APT 503
AKRON, OH 44310

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIAHUI CHEN
900 W MARKET ST
APT 609
AKRON, OH 44313

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIALIN MAO
2200 HIGH ST
APT. 366
CUYAHOGA FALLS, OH 44221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIALU LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIAN HE
75 SOUTH ADOLPH STREET APARTMENT 1
AKRON, OH 44304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JIAN YANG
2844 WINSTED DR.
TOLEDO, OH 43606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.685 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIANCHENG LUO**
**2200 HIGH STREET**
**APT 550**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIANNING LIU**
**590 E BUCHTEL AVE. APT26**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIANYU ZHOU**
**1861 BEACON HILL CIR APT 21**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIATONG LI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAWEI LIU**
**900 W. MARKET ST. APT 202**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAWEI WU**
**684 MULL AVENUE APARTMENT 2B**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAYANG MA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAYI WANG**
**20250 NE 3RD CT APT #3**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.686 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAYI YU**
**2200 HIGH STREET APT 766**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAYI YU**
**1201 EAST MARKET ST. SUITE 413**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAYRE MOODY**
**7676 STUHLDREHER STREET NW**
**MASSILLON, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAYSIA BLAYLOCK**
**218 MANCHESTER DR**
**EULESS, TX 76039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIAZE SUN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIBREEL HUTCHINSON**
**101B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.687 0**

**Nonpriority creditor's name and mailing address**

**JIESHEN WU**
**13 HIGHLAND DR**
**DANVILLE, PA 17821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687 1**

**Nonpriority creditor's name and mailing address**

**JIEUN LEE**
**2020 ORCHARD LAKES PL APT 32**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687 2**

**Nonpriority creditor's name and mailing address**

**JIHYE LEE**
**1641 TWIN OAKS DR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687 3**

**Nonpriority creditor's name and mailing address**

**JIJO CHRISTUDASJUSTUS**
**664 SUMNER STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687 4**

**Nonpriority creditor's name and mailing address**

**JIKKY THANKACHAN**
**9875 NW 28 ST.**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687 5**

**Nonpriority creditor's name and mailing address**

**JILBERT WAITE**
**315 BOUNDARY PLACE**
**ROSWELL, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687 6**

**Nonpriority creditor's name and mailing address**

**JILLIAN PASKO**
**1565 TREETOP TRAIL APT C**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.687 7 | **Nonpriority creditor's name and mailing address** |

**JILLIAN PYLES**
**437 COMPTON ST**
**BRONSON, MI 49028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.687 8 | **Nonpriority creditor's name and mailing address** |

**JILLIAN ROBERTSON**
**2113 PRESBURY ST**
**BALTIMORE, MD 21217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.687 9 | **Nonpriority creditor's name and mailing address** |

**JILLIAN SCHMIDT**
**1112 EAST BIRCHCROFT STREET**
**ARCADIA, CA 91006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.688 0 | **Nonpriority creditor's name and mailing address** |

**JIMERE THOMAS**
**8201 AUBURN STREET**
**DETROIT, MI 48228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.688 1 | **Nonpriority creditor's name and mailing address** |

**JIMMIAH COLEMAN**
**746 FITZHENRY COURT**
**GLENWOOD, IL 60425**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.688 2 | **Nonpriority creditor's name and mailing address** |

**JIMMIE CHAPPELL**
**29316 GLENBROOK DR.**
**FARMINGTON HILLS, MI 48331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.688 3 | **Nonpriority creditor's name and mailing address** |

**JIMMIE ROBINSON**
**6345 - 20TH STREET SOUTH**
**SAINT PETERSBURG, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1000 of 3613

| 3.688 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIMMY JUSTIZ**
**11120 NW 60TH CT**
**HIALEAH, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIMMY SMITH**
**16716 SCULLIN DR**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIMOND IVEY**
**2179 BELVOIR BLVD.**
**CLEVELAND, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIN BO JEONG**
**80 E EXCHANGE STREET**
**ROOM 423 - D**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIN QIAN**
**733 W MARKET ST**
**APT 307**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JING JIANG**
**291 MALLARD POINT DR APT 310**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JINGWEN ZHONG**
**677 RIVERVIEW DR #5**
**COLUMBUS, OH 43202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JINGYI MAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.689 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JINGYI ZHAO**
**414 1/2 COLE AVE**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.689 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JINLING WU**
**7220 NIGHTINGALE DR APT 5**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.689 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JINLING WU**
**7220 NIGHTINGALE DR APT 5**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.689 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JINWEI CAO**
**2613 STONECREEK DRIVE**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.689 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JINWEI CAO**
**2894 MOREWOOD RD.**
**AKRON, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.689 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JISOLA AKINWALE**
**5007 DICKEY HILL RD APT C2**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JISOLA AKINWALE**
**5007 DICKEY HILL RD APT C2**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JISOO KIL**
**2031 KEY ST APT K**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JISU YU**
**7058 QUAIL LAKES DRIVE**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIUSHENG CHEN**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,255.94 |
|---|---|---|---|

**JMG Specialty Physicians**
**9195 SW 72nd St. #230**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _4423_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOAN DERRIG-HEACOX**
**77 HENDRICKS ISLE DOCK**
**FT LAUDERDALE, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOAN OLIVER**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.690 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**3.690 5**

**Nonpriority creditor's name and mailing address**
**JOAN WOOD**
**5265 TAYLOR ROAD**
**NORTON, OH 44203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 6**

**Nonpriority creditor's name and mailing address**
**JOANATHAN JACKSON**
**1514 EUTAW PL APT 304**
**BALTIMORE, MD 21217-3848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 7**

**Nonpriority creditor's name and mailing address**
**JOANAY GREEN**
**3333 TURTLE CREEK DR APT 715**
**PORT ARTHUR, TX 77642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 8**

**Nonpriority creditor's name and mailing address**
**JOANE LORISTON**
**8111 SW 21ST CT**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 9**

**Nonpriority creditor's name and mailing address**
**JOANNA KEYAMO**
**2325 CERRILLOS RD**
**202**
**SANTA FE, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691 0**

**Nonpriority creditor's name and mailing address**
**JOANNA RUSSELL**
**8855 NW 188TH STREET**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691 1**

**Nonpriority creditor's name and mailing address**
**JOANNE BERAL**
**460 NE 159TH STREET**
**MIAMI, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.691 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOANNE GARCON**
**13710 NW 3RD AVE**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOANNE MERCER**
**2267 ROSE HILL DR**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOANNE SANDERS**
**3224 EAST LOMBARD ST**
**BALTIMORE, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOAO MARCELO NORTON**
**2020 NE 135 ST**
**APT 608**
**NORTH MIAMI, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOAO MOUTINHO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOAO PAULO CORREA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOAO PINHEIRO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.691<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JOASH HUGGINS**<br>**1700 E COLD SPRING LANE**<br>**BALTIMORE, MD 21251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.692<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JOASH HUGGINS**<br>**19600 NW 11TH COURT**<br>**MIAMI, FL 33169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.692<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JOCELYNE HERNANDEZ**<br>**3823 JOHN GLENN DRIVE**<br>**GRANITE CITY, IL 62040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.692<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JOCELYNE SAINVIL**<br>**5835 LINCOLN ST APT B**<br>**HOLLYWOOD, FL 33021-5627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.692<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JOCQALE LYONS**<br>**1209 TIMBERVIEW DRIVE**<br>**HUTCHINS, TX 75141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.692<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JODEAN WILLIAMS**<br>**5808 MERIDALE RD**<br>**CATONSVILLE, MD 21228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.692<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JODEAN WILLIAMS**<br>**2223 TUCKER LN APT B1**<br>**BALTIMORE, MD 21215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.692 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JODI FRANKS**
**31 LEMON CRK**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOE EVANS**
**4930 BELAIR RD STE 1**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOEL AGGREY-SMITH**
**1309 WINSTON AVE.**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOEL BELLO**
**13429 SW 83 AVE**
**MIAMI, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.31 |
|---|---|---|---|

**Joel D. Stein, DO PA**
**4109 N Federal Hwy**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOEL EVANS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOEL MEJIA**
**328 NW 12TH AVE**
**APT # 8**
**MIAMI, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.693<br>3 | **Nonpriority creditor's name and mailing address**<br>**JOEL OPARA**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693<br>4 | **Nonpriority creditor's name and mailing address**<br>**JOEL ROEDIGER**<br>**09498 KELLY RD**<br>**WAPAKONETA, OH 45895** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693<br>5 | **Nonpriority creditor's name and mailing address**<br>**JOEL VALLEROY**<br>**1411 STERNS RD**<br>**ERIE, MI 48133** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693<br>6 | **Nonpriority creditor's name and mailing address**<br>**JOEL WALKER**<br>**16401 NW 37 AVE**<br>**MIAMI GARDENS, FL 33054** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693<br>7 | **Nonpriority creditor's name and mailing address**<br>**JOELLA CORONEJO**<br>**6923 CLARENDON RD. APT. 316**<br>**BETHESDA, MD 20814** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693<br>8 | **Nonpriority creditor's name and mailing address**<br>**JOELLE GALAIS**<br>**3030 RESIDENCE DR APT 3203B**<br>**TOLEDO, OH 43606** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.693<br>9 | **Nonpriority creditor's name and mailing address**<br>**JOEUN LEE**<br>**2384 BECKY CIRCLE**<br>**STOW, OH 44224** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.694 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOEVAUGHNIA DEAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOEY RODRIGUEZ**
**295 NW 125TH AVE**
**MIAMI, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHANNA CRUZ**
**12101 BISHOP DR.**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHANNE ANTOINE**
**600 NE 142ND ST**
**APT 12**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHANNE LAROSILIERE**
**650 SW 124TH TERRACE**
**APT P102**
**PEMBROKE PINES, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN ADZOVIE**
**1376 PONDVIEW AVE**
**APT 2**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN BAMBECK**
**6624 GERBER RD NW**
**DOVER, OH 44622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JOHN BAUMER**
**4155 HOFFMAN FARMS DRIVE**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.694 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JOHN BLACK**
**9 TREMORE WAY**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JOHN BROOKS**
**2744 NANSEMOND CRESCENT**
**SUFFOLK, VA 23435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JOHN BROOKS**
**4208 WILLSHIRE AVE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JOHN BRUYERE**
**4490 WAYNE ROAD**
**MANTUA, OH 44255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JOHN CASEBOLT**
**7638 CYPRESS POINT DRIVE**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.27 |

**John D. Ogram**
**4376 Lankford Hwy**
**Exmore, VA 23350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.695 4 | **Nonpriority creditor's name and mailing address**<br>**JOHN DADZIE**<br>**2905 ANDORRA COURT**<br>**APT A**<br>**PARKVILLE, MD 21234** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.695 5 | **Nonpriority creditor's name and mailing address**<br>**JOHN DAUGHERTY**<br>**4430 N HOLLAND SYLVANIA RD**<br>**APT 3214**<br>**TOLEDO, OH 43623** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.695 6 | **Nonpriority creditor's name and mailing address**<br>**JOHN DOWNEY**<br>**8911 ROOT RD**<br>**NORTH RIDGEVILLE, OH 44039** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.695 7 | **Nonpriority creditor's name and mailing address**<br>**JOHN EDMINISTER**<br>**1302 PENNELWOOD DR**<br>**TOLEDO, OH 43614** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.695 8 | **Nonpriority creditor's name and mailing address**<br>**JOHN EGBO**<br>**3414 DORR ST APT 131**<br>**TOLEDO, OH 43607** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.695 9 | **Nonpriority creditor's name and mailing address**<br>John F. Riedler<br>Virginia Behavioral Medicine<br>1301 - 1st Colonial Rd., Ste. 200<br>Virginia Beach, VA 23454 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$235.92** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.696 0 | **Nonpriority creditor's name and mailing address**<br>**JOHN GARVIN**<br>**26765 CARRONADE DR APT 2206**<br>**PERRYSBURG, OH 43551** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.696<br>1 | **Nonpriority creditor's name and mailing address**<br>**John Given, MD**<br>**4048 Dressler Rd NW**<br>**Canton, OH 44718** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$115.01** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **7427** | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.696<br>2 | **Nonpriority creditor's name and mailing address**<br>**JOHN GOETZ**<br>**1278 SOMERSET WAY**<br>**PICKERINGTON, OH 43147** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.696<br>3 | **Nonpriority creditor's name and mailing address**<br>**JOHN GONZALES**<br>**1210 JORDAN DRIVE**<br>**GRAND PRAIRIE, TX 75050** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.696<br>4 | **Nonpriority creditor's name and mailing address**<br>**JOHN HARRIS**<br>**446 SPICER ST**<br>**AKRON, OH 44311** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.696<br>5 | **Nonpriority creditor's name and mailing address**<br>**JOHN IVEY**<br>**4804 SW 19TH STREET**<br>**HOLLYWOOD, FL 33023** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.696<br>6 | **Nonpriority creditor's name and mailing address**<br>**John J. McGuigan, Jr., BS MD**<br>**850 Enterprise Pkwy**<br>**Suite 2000**<br>**Hampton, VA 23666-6252** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$145.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2568** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.696<br>7 | **Nonpriority creditor's name and mailing address**<br>**John J. Mitcherling**<br>**1900 E Northern Pakwy**<br>**Ste. 108**<br>**Baltimore, MD 21239-2113** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$210.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.696 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **JOHN JACKSON**<br>**1120 N WESTWOOD AVE**<br>**APT 1405**<br>**TOLEDO, OH 43607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.696 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **JOHN JETT**<br>**6155 HIGHCEDAR CT**<br>**CINCINNATI, OH 45233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.697 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **JOHN JOHNSON**<br>**13501 MEADOW CREEK DR**<br>**APPT 201**<br>**ORLANDO, FL 32821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.697 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **JOHN JORDAN**<br>**7451 HARDING AVE. APT.#202**<br>**MIAMI BEACH, FL 33141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.697 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **JOHN JORDAN**<br>**2218 WHITTIER AVE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.697 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **JOHN JOSEPH**<br>**2791 CLEAR COVE LN**<br>**ORLANDO, FL 32805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.697 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **John Kanotz**<br>**892 Copeland Rd.**<br>**Columbus, OH 43212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.697 5 | **Nonpriority creditor's name and mailing address**<br>**John Kasper, Jr., MD**<br>**444 N Main St.**<br>**4th Floor**<br>**Akron, OH 44310**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  6346 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$415.00** |
|---|---|---|---|

| 3.697 6 | **Nonpriority creditor's name and mailing address**<br>**JOHN KOWALSKI**<br>**881 CYPRESS POINT DR. EAST**<br>**PEMBROKE PINES, FL 33027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.697 7 | **Nonpriority creditor's name and mailing address**<br>**JOHN KREBS**<br>**35971 FALCON CREST AVE**<br>**AVON, OH 44011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.697 8 | **Nonpriority creditor's name and mailing address**<br>**JOHN LAKO**<br>**240 NORTH OPFER LENTZ ROAD**<br>**GENOA, OH 43430**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.697 9 | **Nonpriority creditor's name and mailing address**<br>**JOHN LEITGEB**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX A289**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.698 0 | **Nonpriority creditor's name and mailing address**<br>**JOHN LLOYD**<br>**3508 WASHINGTON AVE**<br>**MILFORD MILL, MD 21244**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.698 1 | **Nonpriority creditor's name and mailing address**<br>**JOHN MAIBACH**<br>**416 EAST BEVERLY ROAD**<br>**WOOSTER, OH 44691**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.698 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN MATKOVIC**
**4418 HARVEST LN**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN MCKINNEY**
**16820 SW 137TH AVE**
**APT.1334**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN MUNGAI**
**4341 GILMER COURT**
**BELCAMP, MD 21017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN NADLER**
**1 DOGWOOD CIRCLE**
**SANTA FE, NM 87506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN NAIM**
**396 TAMMERY DR**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN NGUYEN**
**517 GRACE DR**
**MONROE, MI 48161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN REID**
**4090 WEBB ROAD**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN RUIZ**
**11180 SNAPPER CREEK ROAD**
**CORAL GABLES, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN SEE, II**
**2840 SW 75TH WAY**
**APT. 2415**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN SERVELLO**
**127 DOGWOOD DR**
**HOLLIDAYSBURG, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN SHORB**
**14 KNOLLWOOD DR**
**LITITZ, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN SMITH**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN SMITH**
**10714 KNIGHT DR**
**CARMEL, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN SPIEGEL**
**5817 WESLEYAN DRIVE**
**PO BOX C200**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) |
|---|---|---|
| | Name | |

**3.699 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| JOHN STANKARD<br>528 RENTSCHLER ST.<br>AKRON, OH 44304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.699 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| JOHN SUNDAY<br>9225 SHAFERS MILL DRIVE<br>FREDERICK, MD 21704 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.699 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| JOHN THOMPSON<br>7334 SOUTH LANGLEY<br>CHICAGO, IL 60619 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.699 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| John Thornton<br>705 Brentwood Pl<br>Nashville, TN 37211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.700 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| JOHN VIRAG<br>1600 LAUDERDALE AVENUE<br>LAKEWOOD, OH 44107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.700 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| JOHN VOLKER<br>1807 WEST FIRST AVE.<br>COLUMBUS, OH 43212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.700 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| JOHN WALKER<br>1110 4 SEASONS DR APT 7<br>TOLEDO, OH 43615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.700 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN WHITE**
**1010 BARBERRY LN**
**COLUMBUS, OH 43213**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN ZILLICH**
**7619 PLEASANT RUN DRIVE**
**SEVEN HILLS, OH 44131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN ZOLTON**
**403 REGENCY PARK DR**
**TALLMADGE, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN'NITA STOCKEWLL**
**19901 LIBBY ROAD**
**MAPLE HEIGHTS, OH 44137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN'NITA STOCKWELL**
**19901 LIBBY ROAD**
**MAPLE HEIGHTS, OH 44137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN-PAUL AKINBAMI**
**9005 TARPLEYS CIR**
**ROSEDALE, MD 21237-4863**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHN-PAUL RODRIGUEZ**
**140 SW 20TH ROAD**
**MIAMI, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1018 of 3613

| 3.701 0 | **Nonpriority creditor's name and mailing address**<br>**JOHNAIKEL ACOSTA**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.701 1 | **Nonpriority creditor's name and mailing address**<br>**JONATHAN CLARK**<br>**1710 DUTCH VILLAGE DR**<br>**LANDOVER, MD 20785**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.701 2 | **Nonpriority creditor's name and mailing address**<br>**JONATHAN LANE**<br>**3837 SIMPSON STUART RD**<br>**DALLAS, TX 75241**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.701 3 | **Nonpriority creditor's name and mailing address**<br>**JONATHAN LANE**<br>**1248 EAST LOUISISANA AVENUE**<br>**DALLAS, TX 75216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.701 4 | **Nonpriority creditor's name and mailing address**<br>**JONATHAN SMITH**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.701 5 | **Nonpriority creditor's name and mailing address**<br>**JONATHAN SMITH-HOLMES**<br>**18607 AUTUMN MIST DR**<br>**GERMANTOWN, MD 20874**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.701 6 | **Nonpriority creditor's name and mailing address**<br>**JONATHON BERIS**<br>**250 CELIA LANE**<br>**MADISON, OH 44057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.701 7 | **Nonpriority creditor's name and mailing address**<br>**JOHNATHON NOVINEC**<br>**868 MOON GLOW CT**<br>**COLUMBUS, OH 43230** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 8 | **Nonpriority creditor's name and mailing address**<br>**JOHNESHA WILSON**<br>**3321 RED BED LANE**<br>**SHREVEPORT, LA 71108** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 9 | **Nonpriority creditor's name and mailing address**<br>**JOHNISHA BERRIEN**<br>**5150 CHIME WAY**<br>**HOLIDAY, FL 34690** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 0 | **Nonpriority creditor's name and mailing address**<br>**Johnnie Pop**<br>**12075 Dyar**<br>**Apt. #62**<br>**Hamtramck, MI 48212** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 1 | **Nonpriority creditor's name and mailing address**<br>**JOHNNY BATTLE**<br>**1349 NW 38 STREET**<br>**MIAMI, FL 33142** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 2 | **Nonpriority creditor's name and mailing address**<br>**JOHNNY HOUSTON**<br>**2739 BUXTON DR**<br>**TOLEDO, OH 43614** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 3 | **Nonpriority creditor's name and mailing address**<br>**JOHNNY SAMPLE**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX B167**<br>**VIRGINIA BEACH, VA 23455** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.702 4 | **Nonpriority creditor's name and mailing address**<br>**JOHNNY SAMPLE**<br>**1224 32ND STREET**<br>**APARTMENT B**<br>**NEWPORT NEWS, VA 23607** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.702 5 | **Nonpriority creditor's name and mailing address**<br>**JOHNSON**<br>**3670 CLARK MILL RD**<br>**NORTON, OH 44203** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.702 6 | **Nonpriority creditor's name and mailing address**<br>**JOHNSON**<br>**5814 LEITH WALK**<br>**BALTIMORE, MD 21239** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.702 7 | **Nonpriority creditor's name and mailing address**<br>**JOHVON GARCIA**<br>**9650 COVERED WAGON DR.**<br>**APT H**<br>**LAUREL, MD 20723** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.702 8 | **Nonpriority creditor's name and mailing address**<br>**JOIE THOMPSON**<br>**1941 NW 57TH STREET**<br>**MIAMI, FL 33142** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.702 9 | **Nonpriority creditor's name and mailing address**<br>**JOLANII JOHNSON**<br>**112 WALNUT DRIVE**<br>**SEAGOVILLE, TX 75159** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.703 0 | **Nonpriority creditor's name and mailing address**<br>**JOLEAH GORMAN**<br>**1406 BEAVER HEIGHTS LN**<br>**CAPITOL HEIGHTS, MD 20743-1006** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.703 1 | **Nonpriority creditor's name and mailing address**<br>**JOMARI GIDDENS**<br>**4154 E 104TH STREET**<br>**CLEVELAND, OH 44105**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.703 2 | **Nonpriority creditor's name and mailing address**<br>**JON MILLER**<br>**50834 JEFFERSON AVE**<br>**NEW BALTIMORE, MI 48047**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.703 3 | **Nonpriority creditor's name and mailing address**<br>**JONA HANSON**<br>**C/O STUDENT AFFAIRS**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21229**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.703 4 | **Nonpriority creditor's name and mailing address**<br>**JONA HANSON**<br>**C/O STUDENT AFFAIRS**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.703 5 | **Nonpriority creditor's name and mailing address**<br>**JONAE OLDHAM**<br>**298 MILFORD ST**<br>**BROOKLYN, NY 11208-3704**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.703 6 | **Nonpriority creditor's name and mailing address**<br>**JONAH AUSTIN**<br>**3428 ASHWICK CT. APT. 102**<br>**PALM HARBOR, FL 34685**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.703 7 | **Nonpriority creditor's name and mailing address**<br>**JONAH BAKER**<br>**38940 CAMELOT WAY**<br>**AVON, OH 44011**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.703 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONAH EDWARDS**
**1615 HOMESTEAD ST**
**BALTIMORE, MD 21218-4935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.703 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONAH LYND-PORTER**
**2631 LOUISIANA AVE**
**ST. LOUIS, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.704 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONAH WIELAND**
**16 PITKIN DR**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.704 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONAS KUKELHAN**
**1766 W 28TH ST**
**CLEVELAND, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.704 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONAS PERKINS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.704 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONAS PERKIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.704 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |

**JONATAN YAPURA**
**6721 NEWPORT RD**
**HYATTSVILLE, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN ADAMS**
**817 PRENTICE ROAD**
**WARREN, OH 44481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN ALLEN**
**3026 50TH STREET**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN BARNES**
**1102 CROSS COUNTRY RD.**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN BEFUS**
**4321 SW 121 LANE, # 302**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN BELLAMY**
**6444 PLUNKETT STREET**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN BOGUE**
**1325 OAK HILL CT APT 133**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN BURRELL**
**18411 CHAGRIN BOULEVARD**
**SHAKER HEIGHTS, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JONATHAN CLAYTON**
**840 SHOREWOOD DR**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JONATHAN CONKLE**
**3186 CARIE HILL CR NW**
**MASSILLON, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JONATHAN DIAZ**
**1927 SW 107TH AVE**
**306**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jonathan Dill**
**13695 Main St.**
**Sedalia, OH 43151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JONATHAN DOAN**
**7099 QUAIL LAKES DR APT A**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JONATHAN DORSEY**
**397 SPICER ST**
**APT 2**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JONATHAN EMERY**
**6027 GARFIELD ST APT B**
**HOLLYWOOD, FL 33024-6017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN ESPINOSA**
**8370 NW 157 TERRACE**
**MIAMI LAKES, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.706 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN FONTE**
**13760 SW 181 TERRACE**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN HENRICKS**
**1146 4 SEASONS DR APT 5**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN JINESTA**
**1750 N WESTWOOD AVE APT D**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN KONING**
**8781 S 10TH ST**
**KALAMAZOO, MI 49009-8944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN KOPKO**
**15630 RIVER VIEW PL**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN LEON**
**850 SW 129TH PL**
**APT #101**
**MIAMI, FL 33184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.706 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN LLERANDI**
**1215 NW 124 ST.**
**MIAMI, FL 33167**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.706 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN MATTHEWS**
**6510 WOODGREEN CIR**
**BALTIMORE, MD 21207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN MELGAREJO**
**1710 E PRATT ST**
**BALTIMORE, MD 21231-1816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN MITCHELL**
**2048 RICHMOND RD**
**TOLEDO, OH 43607-1572**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN MITHCELL**
**2048 RICHMOND RD**
**TOLEDO, OH 43607-1572**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN NEELEY**
**690 BURDIE DR**
**HUBBARD, OH 44425**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONATHAN OLIVERA**
**9236 SW 149TH PLACE.**
**MIAMI, FL 33190**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.707 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN ORTIZ**
**19341 NW 53 CT**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN PADILLA**
**12818 MIDWAY RD, APT 2072**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN PIERRE**
**19721 NW 5TH AVE**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN ROGERS**
**2906 KINGS RIDGE RD**
**APT D**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN ROMERO**
**7111 HALLECK STREET**
**DISTRICT HEIGHTS, MD 20747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN ROSS**
**8532 APPALOOSA**
**KIRTLAND, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JONATHAN SABINO**
**706A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONATHAN SCHMIDT**
**7353 CREEKSBEND RD**
**LAMBERTVILLE, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.708 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONATHAN SEMERENE**
**80 E EXCHANGE ST APT 267**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONATHAN SEMERENE**
**231 SW 116TH AVE APT 101**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONATHAN SHCMIDT**
**7353 CREEKSBEND RD**
**LAMBERTVILLE, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan Smith-Holmes**
**18607 Autumn Mist Dr.**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONATHAN SPEARS**
**1813 ZIMMER STREET**
**LANCASTER, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**JONATHAN WALKER**
**291 WATERLILY ROAD**
**CURRITUCK, NC 27923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.708<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**JONATHAN YANEZ**
**2915 MORNING GLORY, APT  5**
**PASADENA, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.708<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Jonathan Yapura**
**6721 Newport Rd.**
**Hyattsville, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.708<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**JONATHAN ZAGERS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.709<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**JONATHON DILL**
**13695 MAIN STREET**
**SEDALIA, OH 43151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.709<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**JONATHON LEWIS WINDHAM**
**7654 S. CREGIER AVE**
**CHICAGO, IL 60649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.709<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**JONATHON SMITH**
**3705 CHARLOTTE DRIVE**
**ENON, OH 45323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.709<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**JONATHON ZAGERS**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.709 4 | **Nonpriority creditor's name and mailing address**<br>**JONECE ASIEDU**<br>**13115 7TH STREET**<br>**BOWIE, MD 20720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.709 5 | **Nonpriority creditor's name and mailing address**<br>**JONEE DANIELS**<br>**620 W. 6TH STREET**<br>**WILMINGTON, DE 19801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.709 6 | **Nonpriority creditor's name and mailing address**<br>**JONGHYO KIM**<br>**384 SCALA DR**<br>**STOW, OH 44224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.709 7 | **Nonpriority creditor's name and mailing address**<br>**Jonna Keyamo**<br>**2325 Cerrillos Rd.**<br>**#202**<br>**Santa Fe, NM 87505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.709 8 | **Nonpriority creditor's name and mailing address**<br>**JONNAE BAILEY**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.709 9 | **Nonpriority creditor's name and mailing address**<br>**JONNAS JOHNSON**<br>**7037 SOUTH LAFLIN STREET**<br>**CHICAGO, IL 60636**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.710 0 | **Nonpriority creditor's name and mailing address**<br>**JONNELL EMMANUEL**<br>**17201 NW 12TH AVENUE**<br>**MIAMI, FL 33169**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Nonpriority creditor's name and mailing address**

**JONTA CULLINS**
**12111 FARRINGDON AVENUE**
**CLEVELAND, OH 44105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**JONTE TINSLEY**
**220 W NORMAN AVE.**
**DAYTON, OH 45405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**JOO YEUN SEO**
**1423 OAK HILL CT APT 46**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**JOOYOUNG KIM**
**7020 POLPIS ROAD**
**REYNOLDSBURG, OH 43068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**JORDAN ANDERSON**
**526 WEST COLLEGE STREET APT 12**
**OBERLIN, OH 44074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**JORDAN ARD**
**5784 UNIVERSITY PLACE**
**VIRGINIA BEACH, VA 23462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**JORDAN BAXTER**
**80 RIVERWALK BLVD**
**BURLINGTON, NJ 08016-1066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.710 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BERNARD**
**1203 BAYLOR ST**
**AUSTIN, TX 78703-4123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.710 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BILES**
**1057 HARRISON AVENUE**
**AKRON, OH 44314**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BOYD**
**9421 EVERGREEN PL APT 204**
**DAVIE, FL 33324-4310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BRATCHER**
**5628 LOCH RAVEN BLVD APT A**
**BALTIMORE, MD 21239**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BRATCHER**
**5628 LOCH RAVEN BLVD APT A**
**BALTIMORE, MD 21207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BRENNEMAN**
**8787 N KANE RD**
**WADSWORTH, OH 44281**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN BROOKS**
**1912 EAST BELVEDERE AVE**
**BALTIMORE, MD 21239**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 1033 of 3613

| 3.711 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN BROWN**
**134 W TICONDEROGA DRIVE, APT B**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN CANEVARI**
**1021 EAST 13TH SQUARE**
**VERO BEACH, FL 32960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN CANNON**
**1090 BUTTERCUP DR.**
**LAKELAND, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN CANNON**
**650 ABOR GLEN CIRCLE**
**APT 204**
**LAKELAND, FL 33805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN CHALKWATER**
**5377 WINDING CREEK DRIVE**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN COLLINS**
**4827 BENNINGTON PLACE**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN COOKER**
**10383 SECOR RD**
**TEMPERANCE, MI 48182-9750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN COULTER**
**14760 EAST BROAD STREET**
**REYNOLDSBURG, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN CREWS**
**5583 MOUNT ZION RD**
**WACO, GA 30182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN DANIELS**
**1615 S. TRUMBULL**
**CHICAGO, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN DE ALMEIDA**
**2334 EAST 34TH STREET**
**LORAIN, OH 44055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN DEBOW**
**3631 KENILWORTH STREET**
**DALLAS, TX 75210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN DOBBS**
**2805 S. OAKLAND FOREST DRIVE**
**APT. 204**
**OAKLAND PARK, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDAN EVANS**
**616 TWIN HILLS LANE**
**DESOTO, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**3.712 9**

Nonpriority creditor's name and mailing address
**JORDAN EVERETT**
**401 THOMAS ROAD**
**LISBON, OH 44432**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713 0**

Nonpriority creditor's name and mailing address
**JORDAN FAIR**
**4096 FIELDSEDGE DR**
**MASON, OH 45040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713 1**

Nonpriority creditor's name and mailing address
**JORDAN FIELDS**
**160 VANTAGE POINT PLACE**
**PICKERINGTON, OH 43147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713 2**

Nonpriority creditor's name and mailing address
**JORDAN GEORGE**
**5172 LITTLE RICHMOND ROAD**
**DAYTON, OH 45426**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713 3**

Nonpriority creditor's name and mailing address
**JORDAN HIGGINBOTHAM**
**5437 85TH AVE APT 101**
**LANHAM, MD 20706-4520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713 4**

Nonpriority creditor's name and mailing address
**JORDAN HOPGOOD**
**13709 COLGATE WAY #1212**
**SILVER SPRING, MD 20904**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713 5**

Nonpriority creditor's name and mailing address
**JORDAN JAECKIN**
**6782 FITCH ROAD**
**OLMSTEAD TOWNSHIP, OH 44138**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.713 6 | **Nonpriority creditor's name and mailing address**<br>**JORDAN JOHNSON**<br>**7006 RUDISILL CT APT 2A**<br>**BALTIMORE, MD 21244-5401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.713 7 | **Nonpriority creditor's name and mailing address**<br>**JORDAN LANDMAN**<br>**2030 S. OCEAN DRIVE**<br>**APT 627**<br>**HALLANDALE, FL 33009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.713 8 | **Nonpriority creditor's name and mailing address**<br>**JORDAN LANDMAN**<br>**3370 NE 190TH ST**<br>**APT 501**<br>**AVENTURA, FL 33180**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.713 9 | **Nonpriority creditor's name and mailing address**<br>**JORDAN LATIMER**<br>**433 SPICER ST**<br>**AKRON, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.714 0 | **Nonpriority creditor's name and mailing address**<br>Jordan Lima<br>6525 Landover Rd.<br>Apt. 103<br>Hyattsville, MD 20785-1427<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.714 1 | **Nonpriority creditor's name and mailing address**<br>**JORDAN LOUK**<br>**1101 LILAC AVE**<br>**CHESAPEAKE, VA 23325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.714 2 | **Nonpriority creditor's name and mailing address**<br>**JORDAN MARTIN**<br>**6859 DIAMOND MILL RD**<br>**GERMANTOWN, OH 45327**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.714 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MARTIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MARTIN**
**3777 PEACHTREE RD. NE**
**ATLANTA, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MEANS**
**200 MARKET STREET**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MILLS**
**1761 NORTH WEST 55TH TERRACE**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MOILANEN**
**5817 WESLEYAN DRIVE**
**PO BOX A434**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MOILANEN**
**10189 KNOLL CIRCLE**
**HIGHLANDS RANCH, CO 80130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORDAN MONNIER**
**3515 BEVERLY DR APT 2**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.715 0 | **Nonpriority creditor's name and mailing address** **JORDAN MYERS** **3227 PLAINVIEW ROAD** **RAVENNA, OH 44266** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.715 1 | **Nonpriority creditor's name and mailing address** **JORDAN NICHOLS** **10815 WEST BARR ROAD** **PEOTONE, IL 60468** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.715 2 | **Nonpriority creditor's name and mailing address** **Jordan Smith** **2813 E Colten Ave.** **Phoenix, AZ 85030** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.715 3 | **Nonpriority creditor's name and mailing address** **JORDAN SMITH** **2813 EAST COLTON AVENUE** **NORTH LAS VEGAS, NV 89030** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.715 4 | **Nonpriority creditor's name and mailing address** **JORDAN SMITH** **5334 STAGEROAD** **MEMPHIS, TN 38134** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.715 5 | **Nonpriority creditor's name and mailing address** **JORDAN SMITH** **5791 TEMPLAR ST** **COLUMBUS, OH 43232** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.715 6 | **Nonpriority creditor's name and mailing address** **Jordan Thompson** **15400 W 7 Mile Rd.** **Apt. 306** **Detroit, MI 48235** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.715 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDAN UNDERWOOD**
**8954 HILLCREST DR**
**WESTFIELD CENTE, OH 44251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDAN WALTER**
**128 ARGUS CIR**
**WEST COLUMBIA, SC 29172-2702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDAN WALTERS**
**128 ARGUS CIR**
**WEST COLUMBIA, SC 29172-2702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDAN WILLIAMS**
**106 MARGARETA LANE**
**EAST RIDGE, TN 37412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDAN WILSON**
**5817 WESLEYAN DRIVE**
**PO BOX C113**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDANA PEPPER**
**6020 SW 24TH PLACE**
**APT #204**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JORDEN WILLIAMS**
**1551 NORTH STATE HIGHWAY, APT 161**
**GRAND PRAIRIE, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDI JAY**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDIA JONES**
**5601 5TH AVE N**
**ST. PETERSBURG, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDY ELERA**
**401 SW 109TH AVE**
**APT 9**
**MIAMI, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDYN PERDUE**
**1015 PINE VALLEY LN APT 204**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDYN RILEY**
**17 PECAN PASS LOOP**
**OCALA, FL 34472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDYN TUCKER**
**301C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORDYN WILSON**
**2004 SANDOWN LANE**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1041 of 3613

| 3.717 1 | **Nonpriority creditor's name and mailing address** **Jorge A. Saldivar, MD PA** 2715 Bolton Boone Dr. DeSoto, TX 75115 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$506.71** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 2 | **Nonpriority creditor's name and mailing address** **JORGE ALBERT** 8557 STEAMLINE CIRCLE AUSTIN, TX 78745 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 3 | **Nonpriority creditor's name and mailing address** **JORGE ANGELY ILAGAN** 8211 SIMONS DRIVE NORFOLK, VA 23505 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 4 | **Nonpriority creditor's name and mailing address** **Jorge H. Londono, MD** 1607 Ponce de Leon Blvd. Suite #208 Miami, FL 33134 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$519.75** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 5 | **Nonpriority creditor's name and mailing address** **JORGE MARTINEZ** 2020 11TH AVENUE PORT ARTHUR, TX 77642 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 6 | **Nonpriority creditor's name and mailing address** **JORGE MONTALVO** 15401 NW 37TH AVE MIAMI GARDENS, FL 33054-6459 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 7 | **Nonpriority creditor's name and mailing address** **JORGE NATER** 16401 NW 37TH AVENUE MIAMI GARDENS, FL 33054 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.717 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORGE NEUVO**
**220 W 68 ST APT 204**
**HIALEAH, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORGE OROZCO**
**1600 SAINT MICHAELS DRIVE**
**SANTA FE, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORGE PLA**
**189 LENAPE DR.**
**MIAMI SPRINGS, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORGE VALDERRAMA**
**7380 NEO STREET APT 10**
**DOWNEY, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORY GOMES**
**10116 WEXTED WAY**
**ELK GROVE, CA 95757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORY GOMES**
**4604 BOSAL COURT**
**ELKGROVE, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSE ARMENDARIZ**
**HWCC BOX 253**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.718 5**

Nonpriority creditor's name and mailing address

**JOSE CHAVEZ**
**6543 NW 197TH LN**
**MIAMI, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.718 6**

Nonpriority creditor's name and mailing address

**JOSE DE LA CRUZ**
**1211 NW 32 CT**
**MIAMI, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.718 7**

Nonpriority creditor's name and mailing address

**JOSE DE LOS SANTOS**
**2101 NW 3RD AVE. APT# 103**
**MIAMI, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.718 8**

Nonpriority creditor's name and mailing address

**JOSE DE LOS SANTOS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.718 9**

Nonpriority creditor's name and mailing address

**JOSE DOMINGUEZ-CORTEZ**
**134 N ELLWOOD AVE**
**BALTIMORE, MD 21224-1307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719 0**

Nonpriority creditor's name and mailing address

**JOSE DOMINGUEZ-CORTEZ**
**3205 MCELDERRY STREET**
**BALTIMORE, MD 21205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719 1**

Nonpriority creditor's name and mailing address

**JOSE ESTRADA**
**4805 MIAMI DR**
**GARLAND, TX 75043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.719 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55.75** |
|---|---|---|---|

**Jose F. Baca, MD, Inc.**
**777 E 25th St., Ste. 509**
**Hialeah, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE FRIAS**
**1725 WEST 60TH ST**
**APT F315**
**HIALEAH, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE GALLEGOS**
**14015 CEDAR ACRES LOOP**
**MABANK, TX 75147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE LEAL**
**8380 SW 65 AVE. APT. 3**
**MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE MARANTE GONZALEZ**
**6805 NW 107TH AVE**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE MEJIA**
**11059 NW 6TH TER**
**SWEETWATER, FL 33172-3656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSE OVIEDO**
**8820 FONTAINEBLEAU BLVD**
**APT#411**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE PEREZ PIMENTEL
16401 NW 37TH AVE
M130
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE QUINTEROS
616 EMERSON STREET NW
WASHINGTON, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE REYES
3301 SOUTH OAKLET AVENUE
CHICAGO, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE REYES ORTIZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE ROMERO SIERRA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE TERRONES
1298 MOORE ST
AKRON, OH 44301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

JOSE VAZQUEZ
8106 VENNARD RD
HOUSTON, TX 77034-2822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.720 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSELIE MULTIDOR**
**581 NE 170 ST.**
**N. MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSEPH AMOAH**
**502B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSEPH BAILEY**
**119 TEACHERS WAY**
**4039**
**GAITHERSBURG, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSEPH BALDWIN**
**6012 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSEPH BROOKS**
**9633 KELLY DR**
**LOVELAND, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSEPH BRYCE**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOSEPH CHISHOM**
**860 HOLLY LANE**
**FORT LAUDERDALE, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.721 3 | **Nonpriority creditor's name and mailing address** JOSEPH COLLINS 7220 NIGHTINGALE DR APT 5 HOLLAND, OH 43528 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.721 4 | **Nonpriority creditor's name and mailing address** JOSEPH CONSTANTINO 880 ORCHARD PARK DRIVE ROCKY RIVER, OH 44116 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 5 | **Nonpriority creditor's name and mailing address** JOSEPH DEAN 3107 KIMBERLY RD HYATTSVILLE, MD 20782 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 6 | **Nonpriority creditor's name and mailing address** JOSEPH DIAZ 570 SE 30TH DRIVE HOMESTEAD, FL 33033 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 7 | **Nonpriority creditor's name and mailing address** JOSEPH ELIANCY 21245 NE 9TH CT #3 NORTH MIAMI BEACH, FL 33179 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 8 | **Nonpriority creditor's name and mailing address** JOSEPH ELLICK 15800 NW 42 AVENUE MIAMI GARDENS, FL 33054 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 9 | **Nonpriority creditor's name and mailing address** JOSEPH ESEMA 3446 CARRIAGE HILL CIRCLE APT 104 RANDALLSTOWN, MD 21133 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

Name

| 3.722 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.722 0**

**Nonpriority creditor's name and mailing address**

JOSEPH FILBERT
1760 OLD STAGE RD
COLORADO SPRINGS, CO 80906

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 1**

**Nonpriority creditor's name and mailing address**

JOSEPH FILOSA
8108 NORTH ARLINGTON PARK BLVD
FORT WAYNE, IN 46835

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 2**

**Nonpriority creditor's name and mailing address**

JOSEPH FOSTER
8127 SOUTH CHRISTIANA AVENUE
CHICAGO, IL 60652

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 3**

**Nonpriority creditor's name and mailing address**

JOSEPH GARCIA
7690 W FLAGLER STREET
MIAMI, FL 33144

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 4**

**Nonpriority creditor's name and mailing address**

JOSEPH GARGIA
7690 W FLAGLER STREET
MIAMI, FL 33144

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 5**

**Nonpriority creditor's name and mailing address**

JOSEPH GONZALES
6583 STREETER ROAD
MANTUA, OH 44255

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 6**

**Nonpriority creditor's name and mailing address**

JOSEPH GRIPPER
502D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.722 7 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH GRIPPER**<br>**502D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.722 8 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH HARRINGTON**<br>**258 PARKGATE AVENUE**<br>**YOUNGSTOWN, OH 44515**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.722 9 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH HARVEY**<br>**1008 NORTH ROSEDALE STREET**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.723 0 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH HOLLOWAY**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX A230**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.723 1 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH HOWARD**<br>**9413 BANCROFT AVENUE**<br>**CLEVELAND, OH 44105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.723 2 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH JAMES**<br>**PO BOX 157**<br>**ASHLAND, OH 44805**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.723 3 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH JEFFRIES**<br>**1460 ALEXANDRIA PKWY SE**<br>**CANTON, OH 44709**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.723 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH KHALIFE**
3308 ROCKLAND CT
DUBLIN, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH KORB**
314 E 322ND ST
EASTLAKE, OH 44095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH LEE**
2139 EVERGREEN RD APT 4
OTTAWA HILLS, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH LOGAN**
1140 NW 50TH ST
MIAMI, FL 33127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH LURIE**
465 BRICKELL AVENUE
APT 1601
MIAMI, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH MACHUGA**
23 LAKE WOBEGON DRIVE
CANFIELD, OH 44406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSEPH MCCRAY**
PO BOX 5861
GAINESVILLE, FL 32627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.724<br>1 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH MOORE**<br>**7304 BLAIR ROAD NW**<br>**WASHINGTON, DC 20012** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.724<br>2 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH PROVOZNIK**<br>**24042 GORE ORPHANAGE ROAD**<br>**NEW LONDON, OH 44851** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724<br>3 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH ROBERTSON**<br>**14040 ARCHBOLD WHITEHOUSE RD**<br>**SWANTON, OH 43558** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724<br>4 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH ROSSETTI**<br>**3360 WATERSIDE DR**<br>**AKRON, OH 44319** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724<br>5 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH ROZALSKI**<br>**7024 RICHARDSON ROAD**<br>**CONNEAUT, OH 44030** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724<br>6 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH SANKOWSKI**<br>**4409 WALKER AVE**<br>**TOLEDO, OH 43612** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724<br>7 | **Nonpriority creditor's name and mailing address**<br>**JOSEPH SLAWEK**<br>**1661 SW 23 AVE**<br>**FORT LAUDERDALE, FL 33312** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.724 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**JOSEPH STELLER**
**14721 TRENTON RD**
**SUNBURY, OH 43074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.724 9 | **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**JOSEPH STEWART**
**522 TAYLOR STREET**
**JACKSON, MS 39216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.725 0 | **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**JOSEPH STUNEK**
**9985 BARR ROAD**
**BRECKSVILLE, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.725 1 | **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**JOSEPH TOUHEY**
**533 EAST STATE STREET**
**CASSOPOLIS, MI 49031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.725 2 | **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**JOSEPH VESPER**
**4557 GLENCARY CT.**
**CINCINNATI, OH 45248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.725 3 | **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**JOSEPH WEST**
**11411 BERLAND PLACE**
**GERMANTOWN, MD 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.725 4 | **Nonpriority creditor's name and mailing address** As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**JOSEPH WINNICKI**
**5495 EASTLAKE ROAD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSEPH ZASTAWNY**
**5095 E FARNHURST RD**
**CLEVELAND, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSEPHINE DUNN-FOSTER**
**405 ORCHARD STREET N**
**NORTHFIELD, MN 55057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSEPHINE STUDENT**
**OFFICE OF THE UNIVERSITY REGISTRAR**
**SIMMON HALL**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSETTE KAFANDO**
**1902 FOX STREET ADELPHI**
**APARTMENT 102**
**HYATTSVILLE, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSH HALL**
**185 AMITY RD**
**GALLOWAY, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSH HOWARTH**
**30637 HICKORY CT**
**FLAT ROCK, MI 48134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JOSH SPURGEON**
**5554 WATERVILLE SWANTON RD**
**SWANTON, OH 43558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.726<br>2 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA BAILEY**<br>**2628 WYLENE STREET**<br>**JACKSONVILLE, FL 32209** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726<br>3 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA BATTLE**<br>**3350 ALMEDA ST**<br>**JACKSONVILLE, FL 32209** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726<br>4 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA BEATTY**<br>**10054 PIERCE ROAD**<br>**GARRETTSVILLE, OH 44231** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726<br>5 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA BETHEA**<br>**6090 SE 145TH ST**<br>**SUMMERFIELD, FL 34491** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726<br>6 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA BRYANT-COOK**<br>**9902 NW 22ND AVE**<br>**MIAMI, FL 33147** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726<br>7 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA BUICE**<br>**8137SOUTHGATEBLVD**<br>**NORTH LAUDERDALE, FL 33068** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726<br>8 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA CAMPBELL**<br>**150 SCOTLAND RD**<br>**SOUTH ORANGE, NJ 07079-2067** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA CLARK**<br>**8861 RED HAWK CT**<br>**SYLVANIA, OH 43560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA COHN**<br>**89 REDFERN DRIVE**<br>**YOUNGSTOWN, OH 44505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA CRUZ**<br>**901 GARDEN MEADOW DRIVE**<br>**GEORGETOWN, TX 78628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA DAVIES**<br>**2629 ALISDALE DRAPT. 103**<br>**TOLEDO, OH 43606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA DAVIS**<br>**3124 HOPEWELL PL**<br>**TOLEDO, OH 43606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA DEWBERRY**<br>**3469 TOD AVENUE SW**<br>**WARREN, OH 44481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **JOSHUA FREEMAN**<br>**3118 SUDLERSVILLE ROAD**<br>**SUDLERSVILLE, MD 21668** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.727 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA GREGORY**
**2904 MARS HILLS STREET**
**MODESTO, CA 95355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA HAMPTON**
**603 WINANS WAY**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA HOY**
**24980 BRYDEN ROAD**
**BEACHWOOD, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA JACKSON**
**4563 ERA TRACE**
**SNELLVILLE, GA 30039**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA JONES**
**9842 SAPELO RD**
**25 SHON CT**
**MIDDLE RIVER, MD 21220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA KINGSLEY**
**10564 FLATLANDS 1ST ST**
**BROOKLYN, NY 11236-3008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA LIVERMON**
**13815 ROCKPORT LANDING RO**
**MIDLOTHIAN, VA 23112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1057 of 3613

| 3.728 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA LIVERMON**
13815 ROCKPORT LANDING RO
MIDLOTHIAN, VA 02311-2202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA LUBICH**
1616 ROOSEVELT AVENUE
NILES, OH 44446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA MANDERS**
3839 BUELL AVE.
TOLEDO, OH 43613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA MANU**
680 E BUCHTEL AVENUE
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA MARTIN**
8613 CAVATINA CT
APEX, NC 27539-9766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA MATHEWS**
1213 CLINTON PLACE
PLAINFIELD, NJ 07063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA MCGUIRE**
1213 MARLBORO ST
SANDUSKY, OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.729 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua McMann**
**188 Baptist World Center Dr.**
**Griggs Hall 208**
**Nashville, TN 37207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA NAWORU**
**1244 BERGER AVE**
**BROOKLYN, NY 11234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA O'NEAL**
**6910 BEECH AVE**
**BALTIMORE, MD 21206-1209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Oddi**
**912 Ludwig Dr.**
**Columbus, OH 43230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA OGBUOKIRI**
**2103 WHITE FOX DR**
**BOWIE, MD 20721-2619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA OGUUOKIRI**
**2103 WHITE FOX DR**
**BOWIE, MD 20721-2619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA OKWAISIE**
**2 SUSANNAH DRIVE**
**CHESTERFIELD, NJ 08515**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA ONDO**
1390 LANEDALE STREET NW
MASSILLON, OH 44647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA PARKER**
280 SW 1ST STREET
DEERFIELD BEACH, FL 33441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA PEREZ**
251 GENEVA AVE
DORCHESTER, MA 02121-3802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA PHILANDER**
17607 BRICKSTONE LOOP
FORT MYERS, FL 33967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA PIERRELUS**
12608 GARDEN GATE RD
SILVER SPRING, MD 20902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA RICHARDSON**
5817 WESLEYAN DRIVE
PO BOX B448
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA RICHARDSON**
5817 WESLEYAN DR.
VIRGINIA BEACH, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.730 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA RIFFE**
**PO BOX 595**
**NORTH KINGSVILLE, OH 44068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA ROSS**
**29 CEDAR HILL RD**
**RANDALLSTOWN, MD 21133-1510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA SMITH**
**7747 SIDEN DR**
**HANOVER, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA SMITH**
**3969 WAYNE ROAD**
**REYNOLDSVILLE, PA 15851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA STEEDMAN**
**3952 DALLING DR**
**NORTHWOOD, OH 43619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA THOMAS**
**PO BOX 4838**
**PLANT CITY, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSHUA THOMAS**
**8500 ALLENSWOOD RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA TRENKAMP**
**3735 HEATHERDOWNS BLVD.**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.731<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA TRENTKAMP**
**3735 HEATHERDOWNS BLVD.**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA TUTMAN**
**19 MORROW COURT**
**RANDELLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Velasquez**
**3900 Albion St.**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA WARD**
**4097 PLUMBAGO PL**
**LAKE WORTH, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA WILKS**
**2855 W GARRISON AVE**
**BALTIMORE, MD 21215-5334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSHUA WILLIAMS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1062 of 3613

| | | |
|---|---|---|
| 3.731 8 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA WINSTON**<br>**15510 ELLIS AVE**<br>**DOLTON, IL 60419**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.731 9 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA WOMACK**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.732 0 | **Nonpriority creditor's name and mailing address**<br>**JOSHUAH LUCAS**<br>**910 MONTPELIER ST**<br>**BALTIMORE, MD 21218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.732 1 | **Nonpriority creditor's name and mailing address**<br>**JOSIAH FISHER**<br>**6682 YELLOW STONE CIR**<br>**DISCOVERY BAY, CA 94505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.732 2 | **Nonpriority creditor's name and mailing address**<br>**JOSIE EARNHARDT**<br>**166 INDIAN LAKE DRIVE**<br>**RABUN GAP, GA 30568**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.732 3 | **Nonpriority creditor's name and mailing address**<br>**JOSIMAR PALACIOS**<br>**401 WEST SOUTH STREET.**<br>**KAUFMAN, TX 75142**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.732 4 | **Nonpriority creditor's name and mailing address**<br>**JOSLYN COBBINS**<br>**925 CLAYMONT AVE**<br>**BALTIMORE, MD 21216-4409**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.732 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jospeh West**
**11411 Berland Pl**
**Germantown, MD 20876**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSSELYN FRAZIER**
**5559 SHANKS PHALANX ROAD**
**NEWTON FALLS, OH 44444**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSSUE GUZMAN**
**12401 ORANGE GROVE DR**
**TAMPA, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSUE ACOSTA**
**406 NW 22ND AVE**
**MIAMI, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOURDAN COPPAGE**
**1213 KITMORE RD**
**BALTIMORE, MD 21239-3405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOURNEY TOOLE**
**44051 STATE ROUTE 511**
**OBERLIN, OH 44074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOUSEPH RENOVALES**
**3804 SW 56TH AENUE**
**WEST PARK, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVANA DURIC**
**3030 RESIDENCE DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVANN LETULI**
**2773 MORNINGSIDE ST**
**SAN DIEGO, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVANN LETULI**
**393 SUMNER STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVANNE SANTOUSE**
**1664 CARLYLE DRIVE**
**CROFTON, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVANNY ZARABAL**
**3313 SAN REMO CR.**
**HOMESTEAD, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVANNY ZARZABAL**
**3313 SAN REMO CR.**
**HOMESTEAD, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOVENEL PIERRE**
**545 WOODLAND CREEK BOULEVARD**
**KISSIMMEE, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.733 9 | **Nonpriority creditor's name and mailing address** <br> **JOVONTE JACKSON** <br> **13921 SW 278TH ST** <br> **HOMESTEAD, FL 33032** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |
| 3.734 0 | **Nonpriority creditor's name and mailing address** <br> **JOY BARNES** <br> **6709 LARCHES CT** <br> **SUITLAND, MD 20746-3509** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.734 1 | **Nonpriority creditor's name and mailing address** <br> **JOY BARNES** <br> **1644 ROUNDHILL ROAD** <br> **BALTIMORE, MD 21218** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.734 2 | **Nonpriority creditor's name and mailing address** <br> Joy Benjamin <br> 16235 NW 22nd Ct. <br> Opa Locka, FL 33054 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.734 3 | **Nonpriority creditor's name and mailing address** <br> Joy Gardner <br> 4739 Hawksbury Rd. <br> Pikesville, MD 21208 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.734 4 | **Nonpriority creditor's name and mailing address** <br> **JOYCELYN JACKSON** <br> **16401 NW 37TH AVENUE** <br> **MIAMI GARDENS, FL 33054** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.734 5 | **Nonpriority creditor's name and mailing address** <br> **JOYCY ALDAJUSTE** <br> **923 E MAPLE ST** <br> **NORTH LAUDERDALE, FL 33068-2749** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.734 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOYDAZIA NORMAN**
**403 59TH AVENUE DRIVE WEST**
**BRADENTON, FL 34207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.734 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOYRICK SUERO**
**308 SW 95TH PLACE**
**MIAMI, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOZSEF KANTOR**
**45 RHODES AVE APT A**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $549.42 |
|---|---|---|---|

**JRL Medical Group**
**601 E Rollins St.**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JSAIDAE POOLE**
**622 PADDLE WHEEL CT EAST**
**MILLERSVILLE, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JU HWAN LEE**
**590 E BUCHTEL AVE, APT 27**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAN ALVIZ**
**13612 NW 10 TERRACE**
**MIAMI, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUAN ANDERSON**
**3709 NW 202 ST**
**MIAMI GARDENS, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.735 4 |

**JUAN CAMACHO**
**179 PIONEER ST.**
**AKRON, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.735 5 |

**JUAN DEVIA**
**3644 NW 85TH AVENUE**
**COOPER CITY, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.735 6 |

**JUAN FERRARO**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.735 7 |

**JUAN MARIN ANGEL**
**577 BROOKLINE CT.**
**NORTHFIELD, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.735 8 |

**JUAN MARTIN**
**11951 DEERHORN DRIVE**
**CINCINNATI, OH 45240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.735 9 |

**JUAN MENDOZA**
**5023 LUY LANE**
**DALLAS, TX 75241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.736 0 | **Nonpriority creditor's name and mailing address**<br>**JUAN MOSQUERA**<br>**9390 15TH COURT**<br>**PEMBROKE PINES, FL 33024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 1 | **Nonpriority creditor's name and mailing address**<br>**JUAN OGANDO**<br>**6109 WESTLAND DR**<br>**HYATTSVILLE, MD 20782**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 2 | **Nonpriority creditor's name and mailing address**<br>**JUAN OGANDO**<br>**1716 CHILTON ST**<br>**BALTIMORE, MD 21218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 3 | **Nonpriority creditor's name and mailing address**<br>**JUAN ORTIZ**<br>**4311 NW 57TH ST**<br>**FORT LAUDERDALE, FL 33319-2914**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 4 | **Nonpriority creditor's name and mailing address**<br>**JUAN PEREZ**<br>**3063 COMMUNITY DRIVE**<br>**DALLAS, TX 75220**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 5 | **Nonpriority creditor's name and mailing address**<br>**JUAN REYES**<br>**2515 COMMUNITY DR**<br>**DALLAS, TX 75220**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 6 | **Nonpriority creditor's name and mailing address**<br>**JUAN SALAS**<br>**900 VIA AVENIDA**<br>**MESQUITE, TX 75150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.736 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAN SOLIS**
**7575 SOUTH WESTMORELAND ROAD, APT 1411**
**DALLAS, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAN VICENTE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAN VILLAMIZAR ABIA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAN ZAMBRANO**
**16401 NW 37TH AVE**
**CASCIA HALL**
**MIAMI, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUANA SOCORRO-AGUIRRE**
**33442 PO BOX**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUANITA MENDEZ**
**3837 SIMPSON STUART RD**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAREZ HERBERT**
**4406 ROCKDALE LANE**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.737 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUAYESHIA WILSON**
**725 NW 10TH STREET**
**FLAMINGO LODGE, FL 33034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.27 |
|---|---|---|---|

**Jubran A. Hoche, MD PA**
**3800 Johnson St.**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUBRIL ADEROMILEHIN**
**3806 DOVEDALE CT**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUDARIUS ANDREWS**
**3012 SYLVESTER DRIVE**
**MOULTRIE, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUDELKA ST. FORT**
**881 NORTH WEST 116TH TERRACE**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUDITH POKU**
**4520 MAIZE RD APT C**
**COLUMBUS, OH 43224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|

**JUDITH VALENCIA**
**9804 SW 40th St**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUDY BARRETT**
**12 VALENCIA DRIVE**
**BOYNTON BEACH, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUDY HERBSTZUBER-ECHAVEZ**
**15751 SHERIDAN ST**
**APT. #442**
**FORT LAUDERDALE, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUI-HSIANG HUNG**
**2376 BECKET CIRCLE**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juian Linkhart**
**3322 Sunnyside Dr.**
**Dayton, OH 45432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUJUAN MATHIS**
**5038 S ST LAWERENCE**
**CHICAGO, IL 60615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULI LAMBERT**
**7121 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULI LAMBERT**
**2062 ROBINWOOD AVE APT 4**
**TOLEDO, OH 43620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|---------------------------------------|--------------------------|--|
| | Name | | |

---

**3.738 8**

Nonpriority creditor's name and mailing address

**JULIA ADAMS**
**3334 CREEKSIDE TRL**
**CUYAHOGA FALLS, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 9**

Nonpriority creditor's name and mailing address

**JULIA ANN JONES**
**9232 SAND CREEK COURT**
**BURKE, VA 22015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.739 0**

Nonpriority creditor's name and mailing address

**JULIA BOUHADANA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.739 1**

Nonpriority creditor's name and mailing address

**JULIA CERNOIA**
**222 TWIN OAKS RD APT #3**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.739 2**

Nonpriority creditor's name and mailing address

**JULIA FRANQUESA**
**2160 BRISTOL COURT**
**HUDSON, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.739 3**

Nonpriority creditor's name and mailing address

**JULIA GOETZ**
**1672 COUNTRY WALK DRIVE**
**FLEMING ISLAND, FL 32003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.739 4**

Nonpriority creditor's name and mailing address

**Julia Gonzalez**
**877 Stewart Ave., Ste. 7**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$261.05**

---

| 3.739 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA GONZALEZ**
**12166 ST ANDREWS PL**
**APT 307**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA HARTLAGE**
**1417 BELLINGHAM WAY**
**SUNNYVALE, CA 94087-3812**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA HATCH**
**300 E THORNTON ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA LUIS**
**457 GREENMOUNT AVE**
**CLIFFSIDE PARK, NJ 07010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA MILLIRANS**
**26996 BUCKLAND HOLDEN RD**
**WAYNESFIELD, OH 45896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA MOSTOW**
**206 LANDIS LN**
**DEERFIELD, IL 60015-3420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIA PFAFF**
**12987 THRASHER ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | |
|---|---|
| 3.740<br>2 | **Nonpriority creditor's name and mailing address** |

**JULIA SHREVE**
**4028 S DETROIT AVE**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740<br>3 | **Nonpriority creditor's name and mailing address** |

**JULIA WRIGHT**
**4319 MANNINGTON BLVD**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740<br>4 | **Nonpriority creditor's name and mailing address** |

**JULIAN CONDITI**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740<br>5 | **Nonpriority creditor's name and mailing address** |

**JULIAN CUNNINGHAM**
**164 GREENTREE CIRCLE**
**JUPITER, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740<br>6 | **Nonpriority creditor's name and mailing address** |

**JULIAN GARCIA**
**1715 WHITEHALL DR**
**APT 302**
**DAVIE, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740<br>7 | **Nonpriority creditor's name and mailing address** |

**JULIAN GILBERT**
**2623 ASHURST ROAD**
**UNIVERSITY HEIGHTS, OH 44118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.740<br>8 | **Nonpriority creditor's name and mailing address** |

**JULIAN JAVIER GARCIA APONTE**
**1013 NW 99TH CT**
**MIAMI, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.740 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIAN KUEBERUWA**
11400 BELVIDERE RD
BOWIE, MD 20721-2122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIAN LINKHART**
3322 SUNNYSIDE DR
BEAVERCREEK, OH 45432

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIAN OWENS-BRUNT**
4400 COOK AVE
BALTIMORE, MD 21206

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIAN PITA**
2333 BRICKELL AVE APT 607
MIAMI, FL 33129

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIANA AKOR**
437 SUMNER STREET
FLAT M
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIANA MUSHALA**
9414 PRESLEY PLACE
LANHAM, MD 02070-6326

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIANA MUSHALA**
9414 PRESLEY PLACE
LANHAM, MD 02070-6346

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.741 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**JULIANA TARR**
**157 CARRIAGE DRIVE APT 203**
**CHAGRIN FALLS, OH 44022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.741 7 | **Nonpriority creditor's name and mailing address** $0.00 |

**Juliana Yanguas**
**16275 Collins Ave.**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.741 8 | **Nonpriority creditor's name and mailing address** $0.00 |

**JULIANN KOSOVEC**
**3113 DARLINGTON RD**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.741 9 | **Nonpriority creditor's name and mailing address** $0.00 |

**JULIANN KOSOVEC**
**26765 CARRONADE DR**
**APT 3301**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.742 0 | **Nonpriority creditor's name and mailing address** $0.00 |

**JULIANNE BROADBENT**
**746 MIDLAND AVE.**
**RAVENNA, OH 44266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.742 1 | **Nonpriority creditor's name and mailing address** $0.00 |

**JULIANNE GREEN**
**608 DOLTON RD**
**AKRON, OH 44312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.742 2 | **Nonpriority creditor's name and mailing address** $0.00 |

**JULIE BROOKS**
**6630 BUCKNELL RD**
**REISTERSTOWN, MD 21136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.742 3**

**Nonpriority creditor's name and mailing address**

**JULIE BROOKS**
**6630 BUCKNELL RD**
**BRYANS ROAD, MD 20616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 4**

**Nonpriority creditor's name and mailing address**

**JULIE GARTLAND**
**7260 NIGHTINGALE DR APT 6**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 5**

**Nonpriority creditor's name and mailing address**

**JULIE LENOIR**
**131 FULTON DRIVE**
**VALENCIA, PA 16059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 6**

**Nonpriority creditor's name and mailing address**

**JULIE MAYBERRY**
**3335 WATER ST**
**CANAL FULTON, OH 44614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 7**

**Nonpriority creditor's name and mailing address**

**JULIE OLZAK**
**3923 NASSAU COURT**
**YOUNGSTOWN, OH 44511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 8**

**Nonpriority creditor's name and mailing address**

**JULIE SHALLMAN**
**393 SUMNER ST**
**APT 2-206D**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 9**

**Nonpriority creditor's name and mailing address**

**JULIE VAILLANT**
**1148 HIGHLAND RD**
**LANTANA, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.743 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIE VEGA**
**9034 FLYNN CIRCLE #4**
**BOCA RATON, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.743 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIEN JONES**
**2862 BELLAROSA CIRCLE**
**WEST PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIEN WILDENHEIM**
**1643 CYPRESS E**
**AVON, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIET MWABA**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIO BRAVO**
**4517 SW 132 PLACE**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIO HERNANDEZ**
**13133 GREEN VALLEY DRIVE**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JULIO QUINTEROS**
**616 EMERSON STREET NW**
**WASHINGTON, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.743 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIO SALAZAR**
**22115 WESTLAND CREEK DRIVE**
**KATY, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULISSA CRUZ**
**3214 BALCH SPRINGS RD APT #C1**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULISSA CURZ**
**3214 BALCH SPRINGS RD APT #C1**
**BALCH SPRINGS, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JULIUS SESAY**
**6001 LOGAN WAY APT. C7**
**BLADENSBURG, MD 20710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JUMMAI APATA**
**2953 MARNAT ROAD**
**APT A**
**BALTIMORE, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JUN BEOM KU**
**1120 N WESTWOOD AVE APT 1216**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JUN LIU**
**325 POWER STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 4 | **Nonpriority creditor's name and mailing address**<br>**JUN LIU**<br>**536 S. HAWKINS AVE. #2**<br>**AKRON, OH 44320** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.744 5 | **Nonpriority creditor's name and mailing address**<br>**JUNGHO PARK**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.744 6 | **Nonpriority creditor's name and mailing address**<br>**JUNHONG LI**<br>**1244 PARK LANE DRIVE**<br>**APT B**<br>**AKRON, OH 44320** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.744 7 | **Nonpriority creditor's name and mailing address**<br>**JUNHONG LI**<br>**1080 W 3300 S APT 2113**<br>**SOUTH SALT LAKE, UT 84119** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.744 8 | **Nonpriority creditor's name and mailing address**<br>**JUNMYONG LEE**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.744 9 | **Nonpriority creditor's name and mailing address**<br>**JUNYA JOHNSON**<br>**830 BRIDGEVIEW RD**<br>**OWINGS MILLS, MD 21117** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.745 0 | **Nonpriority creditor's name and mailing address**<br>**JUNYA JOHNSON**<br>**830 BRIDGEVIEW RD**<br>**BROOKLYN, MD 21225** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.745<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUNYAO YAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUNYOUNG SEO**
**1350 N. HOWARD ST. APT. 203**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.02 |
|---|---|---|---|

**JUPITER MEDICAL GROUP PA**
**875 Military Trl Ste 200**
**JUPITER, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8299**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JURMELLE BYNOE**
**571 SW 9TH STREET**
**APT 207**
**MIAMI, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTICE BOATENG**
**707 CARROLL STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTICE LANDERS**
**1405 HAFT DR. APT G9**
**REYNOLDSBURG, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTICE MARRIOTT**
**4903 W FOREST PARK AVE**
**GWYNN OAK, MD 21207-7460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN ACEY**
**5817 WESLEYAN DRIVE**
**PO BOX A382**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN BENNETT**
**90 LEMON STREET**
**BUFFALO, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN BROWN**
**22450 SW 128TH AVE**
**MIAMI, FL 33170-2723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN BROWN**
**762 S MUNROE RD**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN CARROLL**
**740 WALWICK CT**
**BEREA, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN CHILDERS**
**5846 REFUGEE ROAD**
**BALTIMORE, OH 43105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JUSTIN CROWDER**
**2521 LIBERTY HEIGHTS AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN DIONNE**
**12852 CATFISH COURT**
**ORLANDO, FL 32828**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.746 6 |
|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN ENGLISH**
**4812 VINSON COURT**
**HILLIARD, OH 43026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.746 7 |
|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN EVANS**
**201B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21229**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.746 8 |
|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN EVANS**
**201B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.746 9 |
|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN FEATHERSTON**
**704 WYNDHURST DRIVE**
**LYNCHBURG, VA 24502**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.747 0 |
|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN FRANCO**
**1120 N WESTWOOD AVE APT 1105**
**TOLEDO, OH 43607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.747 1 |
|---|

**Nonpriority creditor's name and mailing address**

**JUSTIN FRIESS**
**814 SPENCER ST**
**TOLEDO, OH 43609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

**3.747 2**

**Nonpriority creditor's name and mailing address**

**JUSTIN GOODMAN**
**15 FOXCREEK.**
**OWINGS MILLS, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747 3**

**Nonpriority creditor's name and mailing address**

**JUSTIN HUMPHREY**
**1651 PRICE ROAD**
**YOUNGSTOWN, OH 44509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747 4**

**Nonpriority creditor's name and mailing address**

**JUSTIN HUNT**
**4008 SOUTH WEST 69TH TERRACE**
**MIRAMAR, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747 5**

**Nonpriority creditor's name and mailing address**

**JUSTIN JOHNSON**
**627 ALLENDALE ST.**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747 6**

**Nonpriority creditor's name and mailing address**

**JUSTIN JOYCE**
**6683 MANGOLIA LANE**
**FORT MYERS, FL 33966**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747 7**

**Nonpriority creditor's name and mailing address**

**JUSTIN JULIAN**
**8368 GRAYSON GREEN ST NW**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747 8**

**Nonpriority creditor's name and mailing address**

**JUSTIN KUMBAL**
**447 EAST VORIS STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.747 9 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN LEASURE**<br>**7151 TRIUMPH LN**<br>**PERRYSBURG, OH 43551**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.748 0 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN LEASURE**<br>**201 E CHURCH ST**<br>**PO BOX 283**<br>**AMANDA, OH 43102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.748 1 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN LEDFORD**<br>**955 AUBURN LN**<br>**BARTLETT, IL 60103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.748 2 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN MEDLEY**<br>**3117 WESTMONT CT**<br>**BALTIMORE, MD 21216-3836**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.748 3 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN MEIER**<br>**185 WILSON STREET**<br>**RACELAND, LA 70394**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.748 4 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN MOORE**<br>**15432 SYMONDSBURY WAY**<br>**UPPER MARLBORO, MD 20774**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.748 5 | **Nonpriority creditor's name and mailing address**<br>**JUSTIN O'CONNOR**<br>**13180 NW 6TH TERRACE**<br>**MIAMI, FL 33182**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.748 6**

**Nonpriority creditor's name and mailing address**

**JUSTIN PARKINS**
**1174 TRAILS EDGE DRIVE**
**HUBBARD, OH 44425**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748 7**

**Nonpriority creditor's name and mailing address**

**JUSTIN POWELL**
**594 CROSBY STREET**
**APT2**
**AKRON, OH 44302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748 8**

**Nonpriority creditor's name and mailing address**

**JUSTIN RAMOS**
**119 SPORTSMANS AVE**
**FREEPORT, NY 11520-5028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748 9**

**Nonpriority creditor's name and mailing address**

**JUSTIN REA**
**407D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 0**

**Nonpriority creditor's name and mailing address**

**JUSTIN SAMPSON**
**258 DOVECOTE TRCE**
**MACEDONIA, OH 44056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 1**

**Nonpriority creditor's name and mailing address**

**JUSTIN SHOEMAKER**
**3012 WYNSTONE CT.**
**GROVE CITY, OH 43123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 2**

**Nonpriority creditor's name and mailing address**

**JUSTIN SMITH**
**4448 VOGEL DR**
**TOLEDO, OH 43613**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.749 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN SPIKES**
20231 TRACEY AVE
EUCLID, OH 44123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN SYMONETTE**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN TJADEN**
147 HUNT CLUB DRIVE
APARTMENT 3B
COPELY, OH 44321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN TRAPANI**
3130 PALM TRACE LANDINGS DRIVE
APARTMENT 607
DAVIE, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN WALKER**
201C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN YOUNG**
15561 VALENTINE ROAD
THOMPSON, OH 44086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTINA JOHNSON**
1915 KNOLL CT
TROY, MI 48098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTINA MUELLER**
**2045 ROBINWOOD AVE APT 1**
**TOLEDO, OH 43620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTINE HILL**
**142 E MAIN ST**
**WAYNE, OH 43466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTISS GILLIAM**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTYCE BARNES**
**2009 ELLING DRIVE**
**WACO, TX 76705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTYN ALEXANDER**
**8418 GOVERNORS RUN**
**ELLICOTT CITY, MD 21043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTYN WILLIAMS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUVENS LAZARRE**
**5099 SW FIDDLE LEAF COURT**
**PORT ST. LUCIE, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.750 7 | **Nonpriority creditor's name and mailing address**<br>**JUVENS LAZARRE**<br>**201 SW GLENWOOD DRIVE**<br>**PORT ST. LUCIE, FL 34984**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |

**Nonpriority creditor's name and mailing address**
**JUVENS LAZARRE**
**201 SW GLENWOOD DRIVE**
**PORT ST. LUCIE, FL 34984**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

3.750 8

**Nonpriority creditor's name and mailing address**
**JUWAN BROWN**
**315 FLORA AVENUE**
**LAUREL, MS 39440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.750 9

**Nonpriority creditor's name and mailing address**
**JUWAN HEMSLEY**
**1648 ROUNDHILL RD**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.751 0

**Nonpriority creditor's name and mailing address**
**JUWANN NORWOODLEE**
**3014 POPLAR TER**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.751 1

**Nonpriority creditor's name and mailing address**
**Jyoti Maharjan**
**12 Oaksylvan Way**
**Nottingham, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.751 2

**Nonpriority creditor's name and mailing address**
**JYOTI MAHARJAN**
**10 ARROWOOD CT**
**ROSEDALE, MD 21237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.751 3

**Nonpriority creditor's name and mailing address**
**K'HYANA NANCE**
**2350 TOWLES STREET**
**FORT MYERS, FL 33916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.751 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**K'JANI HALL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**K'MYA VILLAGOMEZ-SOUZ**
**5340 GOODWOOD AVE**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**K. ZIN HTUT**
**583 VICTORIA AVE**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**K. ZIN HTUT**
**55 FIR HILL APT 12C7**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**K`LA CORLEY**
**19050 NW 57TH AVE**
**APT103**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KA SHING ALLAN SO**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KA'MIYAH HAMELTON**
**2701 MORROW STREET**
**WACO, TX 76707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KABIL AFZALI REY**
**9644 SW 163RD CT**
**MIAMI, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.752 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KADAN JOHNSON**
**4098 WHISPERING SPRINGS LANE**
**MOGADORE, OH 44260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KADEEM CHAIRS**
**7438 BLUMER RD**
**LIVERPOOL, NY 13088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KADEEM NORRIS**
**823 MISTY GLEN LANE**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KADEEM NORRIS**
**811 MISTY GLEN LANE**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KADEENE CROSSFIELD**
**1667 WOODBOURNE AVE**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KADEN LORING**
**13977 SW 155 STREET**
**MIAMI, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.752 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KADEN MCMOLLUM** | ☐ Contingent | |
| | **759 GEORGIA AVE** | ☐ Unliquidated | |
| | **AKRON, OH 44306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.752 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KADIJAH ANDERSON** | ☐ Contingent | |
| | **679 LEESVILLE RD APT #1004** | ☐ Unliquidated | |
| | **LYNCHBURG, VA 24502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KAEEM BOVIAN** | ☐ Contingent | |
| | **1720 NW 56TH ST** | ☐ Unliquidated | |
| | **MIAMI, FL 33142** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KAELA WILLS** | ☐ Contingent | |
| | **9864 LEIGHLAND COURT** | ☐ Unliquidated | |
| | **WALDORF, MD 20603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KAELIN POE** | ☐ Contingent | |
| | **613 NOTTINGHAM DRIVE** | ☐ Unliquidated | |
| | **HAMPTON, VA 23669** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KAENAB EL** | ☐ Contingent | |
| | **3809 MONROE ST UPPR UNIT** | ☐ Unliquidated | |
| | **TOLEDO, OH 43606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **KAHLA NELUM** | ☐ Contingent | |
| | **2680 NORTH KATY AVENUE** | ☐ Unliquidated | |
| | **FRESNO, CA 93722** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.753 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAHLIL DIAS**
**426 SPRY ISLAND ROAD .**
**BALTIMORE, MD 21216**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.753 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAHLIL DIAS**
**426 SPRY ISLAND ROAD .**
**JOPPA, MD 21085**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.753 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAHLILIAH PHILLIPS**
**2351 NE 6TH AVENUE**
**POMPANO BEACH, FL 33064**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.753 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAHNIA RIGBY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.753 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAI BLACKSTON**
**3101 FOX VALLEY DR**
**WEST FRIENDSHIP, MD 21794**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.754 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAI CARSON**
**11 DOGWOOD ST.**
**HAMPTON, VA 23669**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.754 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**KAI FAN**
**810 NE 199TH ST.**
**APT. C 205**
**MIAMI, FL 33179**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.754 2 | **Nonpriority creditor's name and mailing address** |

**KAI GU**
**733 W MARKET ST.**
**#510**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.754 3 | **Nonpriority creditor's name and mailing address** |

**KAI GU**
**80 E EXCHANGE ST.**
**#476**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.754 4 | **Nonpriority creditor's name and mailing address** |

**KAI-CHUAN CHUANG**
**1296 BUCKINGHAM GATE BLVD.**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.754 5 | **Nonpriority creditor's name and mailing address** |

**KAI-LIN TSAI**
**80 E. EXCHANGE ST. APT 477**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.754 6 | **Nonpriority creditor's name and mailing address** |

**KAILA RICE**
**203B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.754 7 | **Nonpriority creditor's name and mailing address** |

**KAILA THOMAS**
**4200 COLBORNE ROAD**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.754 8 | **Nonpriority creditor's name and mailing address** |

**Kairos Healthcare, LLC**
**9101 LBJ Freeway**
**Suite 310**
**DALLAS, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number  **0860**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$464.00**

---

| 3.754 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAITLAN KNISELY**
**1328 TERRIER DR**
**APT F**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAITLIN BROWNE**
**406 SE 1ST COURT**
**POMPANO BEACH, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAITLIN BROWNE**
**10822 NW 9TH MANOR**
**CORAL SPRINGS, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAITLIN COON**
**1235 PLUM STREET**
**FAIRPORT HARBOR, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Kaitlin O'Brien
1288 Rockland Ave.
Apt. 2A
Staten Island, NY 10314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAITLIN O'BRIEN**
**1288 ROCKLAND AVENUE APT 2A**
**STATEN ISLAND, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAITLIN WALTERS**
**2586 SW 82ND AVE**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN CHAVEZ**
**4434 LINCOLN AVENUE**
**CLEVELAND, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN CHAVEZ**
**430 NW 127TH AVENUE**
**MIAMI, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN CUNNINGHAM**
**512 LAKEWOOD ROAD**
**NEPTUNE, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN FLOWERS**
**1308 MARIGOLD WAY**
**LOMPOC, CA 93436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN GOLDINGER**
**6160 ALLYN ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN HAGER**
**1545 HOLLY AVENUE**
**ROHNERT PARK, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KAITLYN HARRIS**
**230 PARADISE BIRD STREET**
**HENDERSON, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.756<br>3 | Nonpriority creditor's name and mailing address<br>**KAITLYN MORSE**<br>**447 HILLBROOK DRIVE**<br>**CUYAHOGA FALLS, OH 44223** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756<br>4 | Nonpriority creditor's name and mailing address<br>**KAITLYN PONGRACZ**<br>**1910 CRYSTAL DRIVE**<br>**AKRON, OH 44312** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756<br>5 | Nonpriority creditor's name and mailing address<br>**KAITLYN ROOT**<br>**656 1/2 KLING STREET**<br>**AKRON, OH 44311** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756<br>6 | Nonpriority creditor's name and mailing address<br>**KAITLYN SAFFEL**<br>**4110 COTTONWOOD CIRCLE**<br>**LAKE ELSINORE, CA 92530** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756<br>7 | Nonpriority creditor's name and mailing address<br>**KAITLYN SAVITT**<br>**5555 LONG PRAIRIE TRACE APT 112**<br>**RICHMOND, TX 77407** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756<br>8 | Nonpriority creditor's name and mailing address<br>**KAIYA COLEMAN**<br>**508D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756<br>9 | Nonpriority creditor's name and mailing address<br>**KALATRIA CROSBY-SINGLETON**<br>**2204 DRUID HILL AVE**<br>**BALTIMORE, MD 21217** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.757 0 | **Nonpriority creditor's name and mailing address**<br>**KALEAB YEHENEW**<br>**13105 LARCHDALE RD APT 1**<br>**LAUREL, MD 20708-1732**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.757 1 | **Nonpriority creditor's name and mailing address**<br>**KALEB ADDISON**<br>**13619 COLGATE WAY APT 218**<br>**SILVER SPRING, MD 20904**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.757 2 | **Nonpriority creditor's name and mailing address**<br>**KALEB CARR**<br>**4709 LABURNUM DR**<br>**AKRON, OH 44319**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.757 3 | **Nonpriority creditor's name and mailing address**<br>**KALEB DARRETT**<br>**3821 NE 23RD PLACE**<br>**CAPE CORAL, FL 33909**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.757 4 | **Nonpriority creditor's name and mailing address**<br>**Kaleb Morris**<br>**112 Whittington Pl**<br>**Pataskala, OH 43062**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.757 5 | **Nonpriority creditor's name and mailing address**<br>**KALEB MORRIS**<br>**112 WHITTINGTON PL**<br>**ETNA, OH 43062**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.757 6 | **Nonpriority creditor's name and mailing address**<br>**KALEB PERKINS**<br>**3212 CALYDON CT**<br>**FORT WASHINGTON, MD 20744-1437**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.757 7 | **Nonpriority creditor's name and mailing address** **KALEB SMITH** **2179 TAURUS CT** **MANSFIELD, OH 44904** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.757 8 | **Nonpriority creditor's name and mailing address** **KALEE HEETER-MEDLEY** **6284 KNAPP ROAD** **RAVENNA, OH 44266** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.757 9 | **Nonpriority creditor's name and mailing address** **KALEESHA WHITMORE** **821 SOUTH POLK STREET, APT 1526** **DESOTO, TX 75115** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.758 0 | **Nonpriority creditor's name and mailing address** **KALEIGH KROLIKOWSKI** **4485 BRANDON DR** **DELRAY BEACH, FL 33445-2232** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.758 1 | **Nonpriority creditor's name and mailing address** **KALEIGH TALAGANIS** **1717 E 9TH ST** **APT 911** **CLEVELAND, OH 44114** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.758 2 | **Nonpriority creditor's name and mailing address** **Kaleo Legal** **4456 Corporation Lane** **Suite 135** **Virginia Beach, VA 23462** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.758 3 | **Nonpriority creditor's name and mailing address** **KALILA HOLLEY** **1309 NORTH STRICKER ST** **BALTIMORE, MD 21217** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.758 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALISHA FOBBS**
**11 ADIL CT**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALKIDAN LEMMA**
**10811 MEADOWHILL RD**
**SILVER SPRING, MD 20901-1531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALLAN WILLIAMS**
**1038 MERRIMAR CIR N APT H**
**COLUMBUS, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kalli Koehn**
**11 E 18th St.**
**Apt. 105**
**Norfolk, VA 23517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALVIN MOSLEY**
**10209 BRIARWOOD PL**
**WALDORF, MD 20601-3943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALYANIBEN CHHASATIYA**
**1730 W ROCKET DR RM 2208B**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KALYN JACKSON**
**11306 CHERYL DRIVE**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|--------------------------------------|------------------------|
|        | Name                                 |                        |

---

**3.759 1**

**Nonpriority creditor's name and mailing address**

**KALYN NELSON**
**236 NW 12 CT**
**DANIA, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.759 2**

**Nonpriority creditor's name and mailing address**

**KAMAAL STEWART**
**3521 MONTROSE AVENUE**
**RICHMOND, VA 23222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759 3**

**Nonpriority creditor's name and mailing address**

**KAMALA KHANAL SUBEDI**
**1227 BROOKVIEW DR APT 77**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759 4**

**Nonpriority creditor's name and mailing address**

**KAMAR MAJID-DAVIS**
**962 HEREFORD DR**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759 5**

**Nonpriority creditor's name and mailing address**

**KAMARI SMITH**
**2521 NW 26 STREET**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759 6**

**Nonpriority creditor's name and mailing address**

**KAMERON FEGGINS**
**5301 WYNDHOLME CIRCLE**
**UNIT 103**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759 7**

**Nonpriority creditor's name and mailing address**

**KAMERON JIMENZ-FOX**
**1 CHRYSLER RD APT #402**
**LAWRENCEVILLE, GA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.759 8 | **Nonpriority creditor's name and mailing address**<br>**KAMERON MILLER**<br>**1616 LUDWIG DRIVE**<br>**LAS VEGAS, NV 89106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.759 9 | **Nonpriority creditor's name and mailing address**<br>**KAMERON SHOCKLEY**<br>**2667 ENCLAVE STREET NW**<br>**UNIONTOWN, OH 44685**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.760 0 | **Nonpriority creditor's name and mailing address**<br>**KAMERON WASHINGTON**<br>**1553 CLAIRIDGE RD**<br>**GWYNN OAK, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.760 1 | **Nonpriority creditor's name and mailing address**<br>**KAMIA MONTGOMERY**<br>**201 PEARL DRIVE**<br>**HEWITT, TX 76643**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.760 2 | **Nonpriority creditor's name and mailing address**<br>**Kamia Moreno**<br>**201 Pearl Dr.**<br>**Hewitt, TX 76643**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.760 3 | **Nonpriority creditor's name and mailing address**<br>**KAMIL BROWN**<br>**949 FLORA ST**<br>**ELIZABETH, NJ 07201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| 3.760 4 | **Nonpriority creditor's name and mailing address**<br>**KAMIRA ROBERTS**<br>**16 LOCUST ST**<br>**ELKINS, WV 26241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.760 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.760 5**

**Nonpriority creditor's name and mailing address**
**KAMIRA ROBERTS**
**16 LOCUST ST**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.760 6**

**Nonpriority creditor's name and mailing address**
**KAMIYA BROOKS**
**2943 W. ARTHINGTON**
**CHICAGO, IL 60612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.760 7**

**Nonpriority creditor's name and mailing address**
**KAMRYN BLAKE**
**2716 W CALDWELL STREET**
**COMPTON, CA 90220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.760 8**

**Nonpriority creditor's name and mailing address**
**KAMRYN NORWOOD-BLACKWELL**
**3608 SEQUOIA AVENUE APT 1**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.760 9**

**Nonpriority creditor's name and mailing address**
**KAMSOLUNNA ORANUBA**
**24 LILY POND COURT**
**ROCKVILLE, MD 20852**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.761 0**

**Nonpriority creditor's name and mailing address**
**KANAYO BANOR**
**1411 GOODYEAR BLVD**
**APT 3**
**AKRON, OH 44305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.761 1**

**Nonpriority creditor's name and mailing address**
**KANDACE DRUMMING**
**1015 ANDEAN GOOSE WAY**
**UPPER MARLBORO, MD 20774**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.761 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,113.00** |
|---|---|---|
| **Kandice K. Marchant, MD**<br>**9500 Euclid Ave.**<br>**Cleveland, OH 44106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **6110** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.761 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **KANESHA BATTLE**<br>**3883 JASMINE LANE**<br>**CORAL SPRINGS, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.761 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **KANG AN**<br>**1101 INDEPENDENCE AVENUE APT.310**<br>**AKRON, OH 44310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.761 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **KANIAH ELKERSON**<br>**205 WASHINGTON AVENUE**<br>**APT. #7**<br>**CAPE CHARLES, VA 23310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.761 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **KANRU XIE**<br>**2024 ORCHARD LAKES PL APT 32**<br>**TOLEDO, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.761 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.85** |
|---|---|---|
| **Kanyinda J. Mpoy**<br>**Sentara Internal Medicine Physician**<br>**7401 Granby St.**<br>**Norfolk, VA 23505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.761 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kaoer Ma**<br>**2015 N McCord Rd.**<br>**Apt. 103**<br>**Toledo, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

---

| 3.761 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KAOER MA**<br>**7250 NIGHTINGALE DR APT 2**<br>**HOLLAND, OH 43528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.762 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KAOUE BAKANHO**<br>**3714 FIELDSTONE RD**<br>**MIDDLE RIVER, MD 21220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.762 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KAOUE BAKANHO**<br>**3714 FIELDSTONE RD**<br>**RANDALLSTOWN, MD 21133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.762 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KAPRISE SPARKS**<br>**4205 OKALONA ROAD**<br>**CLEVELAND, OH 44121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.762 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KARA GLORE**<br>**27897 WHITE RD**<br>**PERRYSBURG, OH 43551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.762 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KARA HOKES**<br>**4710 HILARY CIRCLE**<br>**STOW, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.762 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KARA MARLIN**<br>**562 COLONY PARK DRIVE**<br>**UNIT 101**<br>**TALLMADGE, OH 44320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.762 6**

**Nonpriority creditor's name and mailing address**
**KARA MARLIN**
**533 STORER AVENUE**
**AKRON, OH 44320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762 7**

**Nonpriority creditor's name and mailing address**
**KARA WILLIAMS COUNSELING**
**10400 Griffin Rd. #109**
**COOPER CITY, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number  **8962**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,305.00**

---

**3.762 8**

**Nonpriority creditor's name and mailing address**
**KARDEL HOWARD**
**P.O. BOX 109**
**NEW YORK CIY, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762 9**

**Nonpriority creditor's name and mailing address**
**Kareem Robinson**
**1700 E Cold Pring Lane**
**Baltimore, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 0**

**Nonpriority creditor's name and mailing address**
**KAREL RIOS**
**3191 NW 91ST**
**MIAMI, FL 33147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 1**

**Nonpriority creditor's name and mailing address**
**KAREN AUGUSTIN**
**3143 NW 39TH PLACE**
**FORT LAUDERDALE, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 2**

**Nonpriority creditor's name and mailing address**
**KAREN BARYARUHA**
**1142 W WOODRUFF AVE**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.763 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAREN CARDENAS**
**2360 E PRESERVE WAY**
**APT 107**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAREN DORMEUS**
**2170 NW 85TH AVENUE**
**FORT LAUDERDALE, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAREN HUEZO**
**5817 WESLEYAN DRIVE**
**PO BOX A293**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$495.00** |
|---|---|---|---|

Karen J. Robie, PhD
4930 N Holland Sylvania Rd.
Suite B
Sylvania, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7935**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAREN LAPORTE**
**8260 NE 3RD AVE**
**EL PORTAL, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAREN LOPEZ**
**5817 WESLEYAN DRIVE**
**PO BOX A542**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAREN LUCRECE AGBODJOGBE**
**8109 KENNEWICK AVE**
**TAKOMA PARK, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $282.00 |
|---|---|---|---|

**Karen M. Coshow, MD**
**18532 Firlands Way NC**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7718**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAREN PARKS**
**3534 W 76TH STREET**
**CHICAGO, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAREN VILLARREAL**
**8992 NW 115TH STREET**
**HIALEAH GARDENS, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARENE MCLAURIN**
**8900 HOBART ST**
**SPRINGDALE, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARENE SAMUELS**
**30 WYNDMOOR PL APT E**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARI DJONNE**
**1 RIVER EDGE DR**
**SANDY HOOK, CT 06482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARI DJONNE**
**393 SUMNER STREET 2-525**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARIM DUNN**
**1502 WEST 8TH STREET**
**WILMINGTON, DE 19806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.764 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARIM IBRAHIM**
**6099 ROUND HILL DR**
**DUBLIN, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARIM NASHED**
**14951 ROYAL OAKS LANE APT.601**
**NORTH MIAMI BEACH, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARINA AMADASUN**
**2633 STANTON RD SE APT 101**
**WASHINGTON, DC 20020-4478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARINA CEINOS**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARINA ESPINOZA**
**9459 SW 227TH LANE**
**MIAMI, FL 33190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARINA RAMIREZ**
**1458 LORRAINE LN.**
**KAUFMAN, TX 75142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.765 4 | **Nonpriority creditor's name and mailing address**<br>**KARISSA MOONEY**<br>**10308 NEWINGTON DR**<br>**ORLANDO, FL 32836-3743**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.765 5 | **Nonpriority creditor's name and mailing address**<br>**KARISSA WEEKLEY**<br>**423 WESTVIEW DR.**<br>**ZANESVILLE, OH 43701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.765 6 | **Nonpriority creditor's name and mailing address**<br>**KARL AUGUSTE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.765 7 | **Nonpriority creditor's name and mailing address**<br>**KARL BURT**<br>**113 BELLEZZA TERRACE**<br>**ROYAL PALM BEACH, FL 33411**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.765 8 | **Nonpriority creditor's name and mailing address**<br>**KARL PECK**<br>**500 MILFORD MILL RD**<br>**PIKESVILLE, MD 21208-5801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.765 9 | **Nonpriority creditor's name and mailing address**<br>**KARL-HEINZ CHERUBIN**<br>**1141 NW 182ND ST**<br>**MIAMI, FL 33169-4287**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.766 0 | **Nonpriority creditor's name and mailing address**<br>**KARLA EGIPCIACO**<br>**13219 NW 8TH ST**<br>**MIAMI, FL 33182**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.766 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARLA GIL**
**4721 NW 7TH ST. APT. 410**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.766 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARLA ROSALES**
**15532 SW 39TH ST**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARLA SONE**
**14105 SW 51ST CT**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARLA TRASLAVINA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARLY CRAIL**
**3085 MAGNOLIA CT**
**EDGEWOOD, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARLY RUPERT**
**4225 COUNTY ROAD 175**
**CLYDE, OH 43410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KARNEET SINGH SETIA**
**55 FIR HILL, APT# 12B6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.766 8**

**Nonpriority creditor's name and mailing address**
**KAROLINNA GARCIA DE OLIVEIRA**
**221 M STREET**
**FORT DODGE, IA 50501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.766 9**

**Nonpriority creditor's name and mailing address**
**KARRIS MCCOLLUM**
**759 GEORGIA AVE**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.767 0**

**Nonpriority creditor's name and mailing address**
**KARRIS MCCOLLUM**
**6425 PALMER DR NW**
**CANTON, OH 44718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.767 1**

**Nonpriority creditor's name and mailing address**
**KARYSSA SCHROUDER**
**3370 GIBRALTER HEIGHTS DRIVE**
**APT. B10**
**TOLEDO, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.767 2**

**Nonpriority creditor's name and mailing address**
**KASE CARRERA**
**6314 GYPSUM COURT**
**HOUSTON, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.767 3**

**Nonpriority creditor's name and mailing address**
**KASEEM WEDDERBURN**
**4540 NW 36TH ST APT 407**
**LAUDERDALE LAKES, FL 33319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.767 4**

**Nonpriority creditor's name and mailing address**
**KASEY LAFOND**
**8711 IVYBERRY WAY**
**MONTGOMERY VILLAGE, MD 20886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.767 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASEY LAVENTURE**<br>**10141 NW 36TH ST**<br>**CORAL SPRINGS, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.767 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASHARI STARKS**<br>**9703 CHERRY STREET**<br>**APT.3**<br>**OAKLAND, CA 94603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.767 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASHUNA DAMON**<br>**2026 NW 43RD TERRACE**<br>**APT. 8**<br>**LAUDERHILL, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.767 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASIA MOORE**<br>**2778 IRVINGTON AVENUE**<br>**SAN BERNARDINO, CA 92407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.767 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASIE PURPURA**<br>**3366 ELSMERE ROAD**<br>**CLEVELAND, OH 44120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASSANDRA ROEMER**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KASSIDY DESMOND**<br>**842 E DEAN RD**<br>**TEMPERANCE, MI 48182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATARINA HUGHES**
**3309 ARLINGTON AVE APT 33**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATE JESS**
**318 FAIR ST**
**CLYDE, OH 43410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATE MARCHANT**
**6 MARDREW RD**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATELYN APPLIN**
**308 TORREY STREET**
**APT 1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATELYN BISCHOFF**
**20340 COTTON SLASH RD**
**MARYSVILLE, OH 43040-9209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATELYN BURNS**
**15142 W DUNBAR RD**
**PETERSBURG, MI 49270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATELYN ICKES**
**13196 CARLA AVENUE NW**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.768 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATELYN ICKES**
**13196 CARLA AVENUE NW**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATELYN KINDRED**
**621 CONNER DR**
**FREMONT, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATELYN MICKENS**
**540 PATTI LANE**
**LEIPSIC, OH 45856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATELYN SLOMOVITZ**
**591 STINAFF STREET**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATELYN ZILKE**
**15142 W DUNBAR RD**
**PETERSBURG, MI 49270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATERINA JANKULLA**
**3400 BLUEMONT PARK**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATERINA JANKULLA**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7696**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KATEY BENDER**<br>**123 N PORTAGE PATH APT 7**<br>**AKRON, OH 44303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7697**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KATEY BENDER**<br>**64 WESTGATE CIRCLE #B**<br>**AKRON, OH 44313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7698**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KATHARINA JULLICH**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7699**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KATHARINE BROOKS**<br>**1401 S FEDERAL HWY**<br>**APT 201**<br>**BOCA RATON, FL 33432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7700**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|
| Katherine A Andros, LPC<br>4334 Secor Rd<br>Toledo, OH 43623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  1330 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7701**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KATHERINE ADAIR**<br>**186 MORGAN ST**<br>**BARBERTON, OH 44203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7702**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KATHERINE BULLOCK**<br>**169 MARVIN AVE**<br>**AKRON, OH 44302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE BULLOCK**
**2381 NEWTON ST**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE CAWLEY**
**2462 CIRCLE DRIVE**
**KANSASVILLE, WI 53139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE CHEN**
**2669 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE CRUZ VASQUEZ**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE EXALAN**
**420 NW 111TH STREET**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE GERIC**
**8228 DEEPWOOD BLVD**
**#6**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.770 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KATHERINE KOOSER**
**3315 BRAEMAR RD**
**SHAKER HEIGHTS, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.771 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KATHERINE KOWALK
7163 QUAIL LAKES DR
HOLLAND, OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KATHERINE KRAUS
360 COLONY RD
ROSSFORD, OH 43460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KATHERINE MILLER
487 THACKERAY AVE
WORTHINGTON, OH 43085-3003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KATHERINE RIVERA NAZARIO
1483 N.W 83TERRACE
MIAMI, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KATHERINE ROUSH
6819 SAINT LAURENT CIR
DAYTON, OH 45459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$258.00** |
|---|---|---|---|

Katherine S. Jender, CNP
6135 Trust Dr.
Suite 114
Holland, OH 43528-9358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6188

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KATHERINE SCHROEDER
319 S EAST AVE
MONTPELIER, OH 43543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.771 7 | **Nonpriority creditor's name and mailing address**<br>**KATHERINE SHEVCHUK**<br>**10012 SWEETLEAF LANE**<br>**NORTH ROYALTON, OH 44133**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.771 8 | **Nonpriority creditor's name and mailing address**<br>**KATHERINE WERNER**<br>**8354 ELLENWOODS DR**<br>**CINCINNATI, OH 45249-1303**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.771 9 | **Nonpriority creditor's name and mailing address**<br>**KATHI KLINE**<br>**1982 ROLLING MEADOWS LANE**<br>**AKRON, OH 44312**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.772 0 | **Nonpriority creditor's name and mailing address**<br>**KATHLEEN HONORE**<br>**660 NE 195 ST**<br>**MIAMI, FL 33179**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.772 1 | **Nonpriority creditor's name and mailing address**<br>Kathleen Kurman<br>1766 N Westwood Ave.<br>Apt. E<br>Toledo, OH 43607<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.772 2 | **Nonpriority creditor's name and mailing address**<br>**KATHLEEN NAYLOR**<br>**2322 CHARLESTOWN AVE**<br>**TOLEDO, OH 43613**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.772 3 | **Nonpriority creditor's name and mailing address**<br>**KATHLEEN REVARD**<br>**301 OAKLAND DR**<br>**ESSEXVILLE, MI 48732**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.772 4 | **Nonpriority creditor's name and mailing address**<br>**KATHLEEN RUBIO**<br>**1107 NE 104TH STREET**<br>**MIAMI SHORES, FL 33138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.772 5 | **Nonpriority creditor's name and mailing address**<br>**KATHLEEN VALENZUELA**<br>**1461 WEST WOODCREST AVENUE**<br>**FULLERTON, CA 92833**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.772 6 | **Nonpriority creditor's name and mailing address**<br>**KATHRINE KARIMI**<br>**4101 N. 39 AVE**<br>**HOLLYWOOD, FL 33021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.772 7 | **Nonpriority creditor's name and mailing address**<br>**KATHRYN CHUHY**<br>**8613 TAMARACK ST**<br>**TEMPERANCE, MI 48182**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.772 8 | **Nonpriority creditor's name and mailing address**<br>**KATHRYN HESSENIUS**<br>**24136 HEATHER HILL PLACE**<br>**ALDIE, VA 20105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.772 9 | **Nonpriority creditor's name and mailing address**<br>**KATHRYN HILL**<br>**5584 NW 114TH AVE UNIT 106**<br>**DORAL, FL 33178**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.773 0 | **Nonpriority creditor's name and mailing address**<br>**KATHRYN KEYES**<br>**361 AUTUMN POND WAY**<br>**106**<br>**ESSEX JUNCTION, VT 05452**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.773 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN MERKEL**
**4301 W PEACHTREE LN**
**MUNCIE, IN 47304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.773 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN PIZZA**
**1622 SADDLEBROOK CT**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN SCHOENBAECHLER**
**813 KINGS CROSS**
**TALLMADGE, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN SLATES**
**74 HURD ROAD**
**AURORA, OH 44202-9358**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN STEPHAN**
**753 W MARKET ST APT 304**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATHRYN YOUSIF**
**277 BRITTANY LN**
**SALINE, MI 48176**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.57 |
|---|---|---|---|

**Kathy Santoriello, MD PA**
**900 SE Ocean Blvd. #330**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 8 | **Nonpriority creditor's name and mailing address** **KATHYA PINEDA CANALES** **5817 WESLEYAN DRIVE** **PO BOX B353** **VIRGINIA BEACH, VA 23455** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 9 | **Nonpriority creditor's name and mailing address** **KATIA BORGELLA** **10147 CIRCLE PLAZA EAST** **CUTLER RIDGE, FL 33157** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 0 | **Nonpriority creditor's name and mailing address** **KATIA KING** **3713 MIDHEIGHTS RD.** **BALTIMORE, MD 21215** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 1 | **Nonpriority creditor's name and mailing address** **KATIANA GUE** **8050 NW MIAMI CT LOT A118** **MIAMI, FL 33150-5020** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 2 | **Nonpriority creditor's name and mailing address** **KATIE CARVER** **4430 N HOLLAND SYLVANIA RD** **APT 4113** **TOLEDO, OH 43623** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 3 | **Nonpriority creditor's name and mailing address** **KATIE FONTAINE** **7105 QUAIL HOLLOWS DRIVE** **HOLLAND, OH 43528** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 4 | **Nonpriority creditor's name and mailing address** **KATIE PETERSON** **1207A ELMWOOD AVE** **EVANSTON, IL 60202-1212** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATIE PRICE**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATIE TRUSHEL**
**13605 CLOVER LAKE DRIVE**
**CHARDON, OH 44024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATIE VELASQUEZ**
**9001 48TH PL**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATIE WHISLER**
**4300 PHALANX MILLS HERNER ROAD**
**SOUTHINGTON, OH 44470**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATLYN JAMIEL**
**1334 RIDGE ROAD**
**WILMINGTON, OH 45177**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATORA CRINER**
**743 HOLLIDAY LN**
**DUNCANVILLE, TX 75116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATRAYLA MUSGRAVES**
**2705 NORTH 45TH AVENUE**
**OMAHA, NE 68104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 2 | Nonpriority creditor's name and mailing address<br>**KATRELL BROWN**<br>**807 BELMONT LN**<br>**NORTH LAUDERDALE, FL 33068** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 3 | Nonpriority creditor's name and mailing address<br>**KATRINA ALLEN**<br>**201 PATAPSCO AVE.**<br>**ROSEDALE, MD 21237** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 4 | Nonpriority creditor's name and mailing address<br>**KATRINA BROOKS**<br>**709 MESA VERDE DR**<br>**BARBERTON, OH 44203** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 5 | Nonpriority creditor's name and mailing address<br>**KATRINA VOLLBRACHT**<br>**1896 LORCA DR**<br>**APT #40**<br>**SANTA FE, NM 87505** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 6 | Nonpriority creditor's name and mailing address<br>**KATSUMI TAKENO**<br>**2640 CHRISTIE ST APT L**<br>**TOLEDO, OH 43606** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 7 | Nonpriority creditor's name and mailing address<br>**KATSUMI TAKENO**<br>**708 N COOLEY ST**<br>**MOUNT PLEASANT, MI 48858** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 8 | Nonpriority creditor's name and mailing address<br>**KATSUMI TAKENO**<br>**2645 DRUMMOND RD**<br>**TOLEDO, OH 43606** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.775 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATY BRELAND**
**9846 MADISON ROAD**
**MONTVILLE, OH 44064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KATY ISRAEL**
**7873 OLD DELAWARE RD**
**MOUNT VERNON, OH 43050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAUSAR HAFEEZ**
**5679 MONROE STREET**
**BLDG 2, UNIT 512**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAUSHIK MISHRA**
**915 MULL AVENUE**
**SUITE 2E**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAVANTI SANDS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAVIRAJ SODHI**
**998 ASHBROOKE WAY**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kaviraj Sohi**
**998 Ashbrooke Way**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAVYA CHANDRIKA UDDARRAJU**
**77 FIRHILL STREET, APARTMENT 2B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAWUNUS COOK**
**554 KATHY COURT**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAY-TYANA ROSS**
**11340 SW 203 STREET**
**MIAMI, FL 33189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAYAH SHEPHERD**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAYCE JEANNITON**
**16 GRANGE PL**
**BOYNTON BEACH, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kayeria Beale-Jackson**
**5423 - 85th Ave**
**#1**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAYERIA BEALE-JACKSON**
**5423 85TH AVE 1**
**LANHAM, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.777 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYIN TISDALE**
**10502 MONTANA TER**
**LARGO, MD 20774-6034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA APPEMAN**
**805 STATE ROUTE 61 E**
**NORWALK, OH 44857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA BAILEY**
**5705 CHINQUAPIN PKWY**
**UNIT D**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA BARRECA**
**2966 MALIBU DR SW**
**WARREN, OH 44481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA CALAPA**
**5676 BROADVIEW ROAD**
**APT 310**
**PARMA, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA COLE**
**6198 SUNSCAPE DRIVE NE**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA CORNETT**
**10039 STATE ROUTE 700**
**LOT 44**
**MANTUA, OH 44255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.778 0 | **Nonpriority creditor's name and mailing address**<br>**KAYLA DAVIS**<br>**1120 E BELVEDERE AVE APT C**<br>**BALTIMORE, MD 21239-2723**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.778 1 | **Nonpriority creditor's name and mailing address**<br>**KAYLA DUKES**<br>**191 PERRY STREET**<br>**HEMPSTEAD, NY 11550**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.778 2 | **Nonpriority creditor's name and mailing address**<br>**KAYLA DURHAM**<br>**9707 RIDER COURT**<br>**FORT WASHINGTON, MD 20744**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.778 3 | **Nonpriority creditor's name and mailing address**<br>**KAYLA GWOZDZ**<br>**9144 CLOVER DR.**<br>**TEMPERANCE, MI 48182**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.778 4 | **Nonpriority creditor's name and mailing address**<br>**KAYLA HORN**<br>**5775 WILSON ST**<br>**WAYNE, MI 48184-2633**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.778 5 | **Nonpriority creditor's name and mailing address**<br>**KAYLA HUFFMAN**<br>**4154 HUNTERS HILL CIRCLE**<br>**RANDALLSTOWN, MD 21133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.778 6 | **Nonpriority creditor's name and mailing address**<br>**KAYLA HUMBERT**<br>**9945 RAVENNA ROAD**<br>**CHARDON, OH 44024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.778 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA JACKSON**
**3108 TIOGA PKWY**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.778 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA JONES**
**1504 1/2 REDONDO BLVD**
**LOS ANGELES, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.778 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA KMETT**
**6402 CAMINO VENTOSA**
**SAN CLEMENTE, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.779 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA KOHLER**
**3453 WESTCHESTER RD**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.779 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA KOONCE**
**10203 LILY GREEN CT**
**UPPER MARLBORO, MD 20772-6665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.779 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA KORT**
**5817 WESLEYAN DRIVE**
**PO BOX A106**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.779 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA LEONARD-HOULE**
**202 MILLER RD**
**BRATTLEBORO, VT 05301-7733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.779 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA MARQUES**
**11700 NW 15 CT**
**PEMBROKE PINES, FL 33026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.779 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA MCDANIEL**
**1202 E 33RD ST**
**BALTIMORE, MD 21218-3638**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.779 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA MOORE**
**3724 WEST 129TH STREET**
**CLEVELAND, OH 44111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.779 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA PITTS**
**5605 CHESTERFIELD DRIVE**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.779 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA PRICE**
**P.O. BOX 351**
**DAVIDSON, NC 28036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.779 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA PUNNETT**
**1362 N STRICKER ST**
**BALTIMORE, MD 21217-2719**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.780 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAYLA ROBINSON**
**206C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.780 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA SALOMONE**
**1491 LINCOLN AVE**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA SHOATS**
**4101 SOUTH WEST 38TH STREET**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA THAYER**
**3880 NW 97TH AVE**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA THOMPSON**
**613 WILLOW AVE**
**BALTIMORE, MD 21212-4825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA VONSEGGERN**
**1248 BERNATH PKWY**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA VONSEGGERN**
**163 MARGARET PL**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAYLA WINCHESTER**
**3423 MAYFIELD AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA WINCHESTER**
**3423 MAYFIELD AVE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA WULF**
**648 MIDFIELD DR**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLA YOST**
**194 SPINO STREET**
**NORWALK, OH 44857**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLAH FRAZIER**
**485 59TH ST.**
**OAKLAND, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLAH MOLOCK**
**4304 SOUTHERN AVE**
**BALTIMORE, MD 21206-5761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLAN CRAWFORD**
**1521 RAMBLEWOOD RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KAYLEE BYBEE**
**162 NE 25TH STREET**
**APT. 612**
**MIAMI, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLEE CARRICO**
**3819 SYCKELMOORE ST**
**TRENTON, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLEE ROBARGE**
**11862 VAN DYKE AVE**
**CURTICE, OH 43412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLEE ROGERS**
**14982 DELHI AVE**
**PARKER, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLEE SAVAGE**
**1044 MIDDLEBURY RD**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLEE SHOCKLEY**
**2667 ENCLAVE STREET NW**
**UNIONTOWN, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLEE SUTTON**
**3548 ABINGTON COURT**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KAYLIE SAIDIN**
**545 EDINBURGH ST**
**SAN MATEO, CA 94402-2240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.782 2 | |

**Nonpriority creditor's name and mailing address**

**KAYLIN DILL**
**13695 MAIN ST**
**BOX 26**
**SEDALIA, OH 43151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.782 3 | |

**Nonpriority creditor's name and mailing address**

**KAYLIN GARDNER**
**1708 SWANSEA RD**
**BALTIMORE, MD 21239-3630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.782 4 | |

**Nonpriority creditor's name and mailing address**

**KAYLYN BENNETT**
**10912 MARYLAND WOODS CT**
**WALDORF, MD 20602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.782 5 | |

**Nonpriority creditor's name and mailing address**

**KAYLYNN BALLARD**
**7145 S. FAIRFIELD AVE.**
**CHICAGO, IL 60629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.782 6 | |

**Nonpriority creditor's name and mailing address**

**KAYLYNN MCMURTRY**
**80 CHERRY HILL RD**
**HAMDEN, CT 06514-2807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.782 7 | |

**Nonpriority creditor's name and mailing address**

**Kaysandra Rodriguez**
**3713 Lawrence Ave.**
**Kensington, MD 20895-1707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.782 8 | |

**Nonpriority creditor's name and mailing address**

**KAYSANDRA RODRIGUEZ**
**3713 LAWRENCE AVE**
**KENSINGTON, MD 20895-1707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.782 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KAYSI MORRIS**
**4341 LEPPERT RD**
**HILLIARD, OH 43026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.783 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KE'SHAWN DANIEL**
**2439 PEARSON WAY**
**ROUND ROCK, TX 78665**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KE'SHOUN RHODES**
**9901 SCYENE RD. APT.#16105**
**DALLAS, TX 75227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KE'SHOUN RHODES**
**3570 WILHURT AVENUE, APT 177**
**DALLAS, TX 75216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KE'YHARA TOMMIE**
**3433 SALLIE CHUPCO WAY**
**FORT PIERCE, FL 34945**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KEAGAN FINEGAN**
**563 PARK MEADOWS COURT**
**WADSWORTH, OH 44281**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**KEAHNNA JOHNSON**
**11105 LEAFSTONE DRIVE**
**COVINGTON, GA 30014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANA PICKETT**
**5007 SAILFISH COURT**
**WALDORF, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANDRE FOWLER**
**724 ATTEBERRY LANE**
**LANCASTER, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANDRIA CROSDALE**
**20420 NW 20TH AVE.**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANDRIA THIBODEAUX**
**1318 EMBERCREST DR**
**MIDLOTHIAN, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANNA ETORIA**
**18035 NW 47TH PLACE**
**MIAMI, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANO BRIN**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANU SHELTON**
**742 LEXINGTON AVENUE**
**YOUNGSTOWN, OH 44504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEANU WALKES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEARSTIN HORN**
**6043 PICKARD DR**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEARSTIN HORN**
**1908 W ALEXIS RD APT E103**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEATON MCNAIR**
**13436 SILVERBROOK DR**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KECHENG WU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEDAR BOGLE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEDAR TIMALSENA**
**4 ATHERTON RD**
**LUTHERVILLE, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.785 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KEDAR TIMALSENA**
**8416 GREENWAY ROAD**
**PARKVILLE, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KEDISHA PATTERSON**
**12936 51ST COURT NORTH**
**WEST PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KEDRICK JONES**
**3554 LYNDALE AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KEDRICK JONES**
**3554 LYNDALE AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kedrick Ruffin**
**235 S Hilton St**
**Baltimore, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KEDRICK RUFFIN**
**235 SOUTH HILTON STREET**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KEEGAN CUNNINGHAM**
**323 LOOKOUT DRIVE**
**APOLLO BEACH, FL 33572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEEGAN RANKIN
7388 FOGHORN LANE
NORTHFIELD, OH 44067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.785 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEEGAN WILLIAMS
851 SUNSET VIEW BOULEVARD
TALLMADGE, OH 44278

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.785 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEELRA HATLEY
6490 SOUTH COCKRELL HILL RD
APT 2926
DALLAS, TX 75236

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.786 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEELY HEBB
5656 DILLON HILLS DR
NASHPORT, OH 43830

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.786 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEELY OBRIEN
1676 26TH ST
CUYAHOGA FALLS, OH 44223

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.786 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEENA TURNER
4011 CRANSTON AVE
BALTIMORE, MD 21216

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.786 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KEENA TURNER
4011 CRANSTON AVE
BALTIMORE, MD 21229

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.786 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEHINDE ADENUGA**
**6231 GREEN FIELD ROAD**
**APT 102**
**ELKRIDGE, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEHINDE ADENUGA**
**31 SOLAR CIRCLE**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEHINDEZAINA SMARTON**
**4209 CANYONVIEW DR**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEHINDEZAINA SMARTON**
**1560 MONTPELIER ST**
**APT 1**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEIAJNAE LEWIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEIONYAE MCNEAL**
**1006 N MASSASSOIT AVENUE**
**APT. 1**
**CHICAGO, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEIONYAE MCNEAL**
**44 N PARKSIDE**
**APT. #1E**
**CHICAGO, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.787 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEIRAH SMETZER**
**1914 TWP RD 1095**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keirra Clines**
**5222 Stagecoach Lane**
**Garland, TX 75043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEIRRA KENNEDY**
**866 ELMWOOD CT**
**WESTMINSTER, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEISHA POWELL**
**4225 NADINE DR**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEISHA SANTANA ROLDAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEISHLA RIVERA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH BIRCHKHEAD**
**4200 OAKFORD AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih     Doc 1     FILED 01/22/19     ENTERED 01/22/19 14:55:58     Page 1142 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.787 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH BRADFORD**
**4413 MORAVIA RD APT 10**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH CAMPBELL**
**1476 KAREN BLVD**
**CAPITOL HEIGHTS, MD 20743-4624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH CROSSMAN**
**3065 GLENN ST**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH EDMONDS**
**7116 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH HANKS**
**2941 NW 186 TERRACE**
**MIAMI, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith Henson**
**1232 Harwall Rd.**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH HOYING**
**8111 STATE ROUTE 119 W**
**ANNA, OH 45302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.788 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith Mahone**
**818 N Elm St.**
**Apt. 104**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH THOMSON**
**VILLANOVA HALL**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEJUAN BRYANT**
**4009 41ST SQUARE**
**VERO BEACH, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEKE CHEN**
**570 PARKHILL DR**
**APT 16**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KELBEE MILLER**
**7727 WINTER SWEET DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelcie Miller**
**871 Ibis Walk Place N.**
**Apt. 5315**
**Saint Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KELCIE MILLER**
**871 IBIS WALK PLACE N**
**APT 5315**
**ST PETERSBURG, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.789 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELCY LINVILLE**
**1405 MORGAN AVENUE**
**ALLIANCE, OH 44601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELECHI URADU**
**6 TROUT LILY COURT**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELIE TCHOUYA**
**7192 MCCLEAN BLVD**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELLANO RILEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELLEY COLE**
**17315 IDA CENTER RD**
**PETERSBURG, MI 49270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELLI PORTER**
**5820 MOJAVE ROAD**
**VIRGINIA BEACH, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KELLI-ANN TENNANT**
**889 NW 214TH ST**
**#27-205**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.7899**

**Nonpriority creditor's name and mailing address**

**KELLIE JOHNSON**
**1532 KENNEWICK ROAD**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.7900**

**Nonpriority creditor's name and mailing address**

**KELLIE SMITH**
**1540 INGLESIDE AVE APT A**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7901**

**Nonpriority creditor's name and mailing address**

**KELLY GISMONDI**
**1404 SEVIER COURT**
**NASHVILLE, TN 32706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7902**

**Nonpriority creditor's name and mailing address**

**KELLY HILTON**
**6110 SW 24 PL**
**207**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7903**

**Nonpriority creditor's name and mailing address**

**KELLY HILTON**
**6080 SW 24 PLACE**
**102**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7904**

**Nonpriority creditor's name and mailing address**

**KELLY HUNT**
**320 PEPPERTREE LANE**
**PAINESVILLE, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7905**

**Nonpriority creditor's name and mailing address**

**Kelly L. Perez, CNP**
**33 North Ave. Suite 104**
**Tallmadge, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number  **7394**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$219.00

---

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ |
|--------|---------------------------------------|--------------------------|
| | Name | |

---

**3.790 6**

**Nonpriority creditor's name and mailing address**

**KELLY LEAK**
**1345 N CAREY ST**
**BALTIMORE, MD 21217-2706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.790 7**

**Nonpriority creditor's name and mailing address**

**KELLY MARKHAM**
**2639 STATE ROUTE 183**
**ATWATER, OH 44201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.790 8**

**Nonpriority creditor's name and mailing address**

**KELLY MATTHEWS**
**3535 SHANNON DRIVE**
**BALTIMORE, MD 21213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.790 9**

**Nonpriority creditor's name and mailing address**

**KELLY MILLER**
**10232 PIRATES TRAIL**
**REMINDERVILLE, OH 44202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.791 0**

**Nonpriority creditor's name and mailing address**

**KELLY MIX**
**11900 HEIMBERGER RD**
**BALTIMORE, OH 43105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.791 1**

**Nonpriority creditor's name and mailing address**

**KELLY NADLER**
**10550 ROAD C**
**LEIPSIC, OH 45856**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.791 2**

**Nonpriority creditor's name and mailing address**

**KELLY PALMER**
**603C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.791 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELLY SWENSEN**
**2839 SAYBROOKE BLVD.**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELLYANNE GOLD**
**975 THISTLEGATE RD**
**OAK PARK, CA 91377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELNISHA LIGHTBOURNE**
**1205 NW 155TH LN APT 310**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELSEA ALLEN**
**4461 NW 43D ST**
**LAUDERDALE LAKES, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELSEL THOMPSON**
**4417 S. LANCASTER ROAD, APT 1150**
**DALLAS, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELSEY CADE**
**407 SOUTH CONGRESS AVENUE**
**WEST PALM BEACH, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**KELSEY DORKA**
**1805 BROWNSTONE BLVD APT 313**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY EWING** | ☐ Contingent | |
| **1075 TALL GRASS CIRCLE** | ☐ Unliquidated | |
| **APT. 11** | ☐ Disputed | |
| **STOW, OH 44224** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY GRODNER** | ☐ Contingent | |
| **6700 NOVA DR** | ☐ Unliquidated | |
| **# 101** | ☐ Disputed | |
| **DAVIE, FL 33317** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY HARRIS** | ☐ Contingent | |
| **6658 BLUEFIELD LANE** | ☐ Unliquidated | |
| **MASON, OH 45040** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY MCINNES** | ☐ Contingent | |
| **2727 CONNECTICUT ST SW** | ☐ Unliquidated | |
| **MASSILLON, OH 44646** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY MORGAN** | ☐ Contingent | |
| **4019 GREAT STAR COURT** | ☐ Unliquidated | |
| **JEANNETTE, PA 15644** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY PRITCHARD** | ☐ Contingent | |
| **2200 SCOTTWOOD AVE UNIT 315** | ☐ Unliquidated | |
| **TOLEDO, OH 43620** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.792 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **KELSEY RAILSBACK** | ☐ Contingent | |
| **2320 SW 97TH LANE** | ☐ Unliquidated | |
| **DAVIE, FL 33324** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | |
|---|---|---|
| 3.792<br>7 | **Nonpriority creditor's name and mailing address**<br>**KELSEY REILLY**<br>**2616 IDLEWOOD RD**<br>**CLEVELAND HEIGHTS, OH 44118** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.792<br>8 | **Nonpriority creditor's name and mailing address**<br>**KELSI ROBINS**<br>**809 MASON COURT**<br>**CHESAPEAKE, VA 23320** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.792<br>9 | **Nonpriority creditor's name and mailing address**<br>**KELSIE DORAN**<br>**10620 ROBERT LANE**<br>**CHAGRIN FALLS, OH 44023** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.793<br>0 | **Nonpriority creditor's name and mailing address**<br>**KELSIE OYER**<br>**344 SENECA DR**<br>**MONTPELIER, OH 43543** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.793<br>1 | **Nonpriority creditor's name and mailing address**<br>**KELTERON FERGUSON**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.793<br>2 | **Nonpriority creditor's name and mailing address**<br>**KELVIN ALLEN**<br>**6060 NW 186TH ST**<br>**APT #102**<br>**HIALEAH, FL 33015** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.793<br>3 | **Nonpriority creditor's name and mailing address**<br>**KELVIN COOK**<br>**5321 85TH AVE APT 203**<br>**NEW CARROLLTON, MD 20784-3219** | **As of the petition filing date, the claim is:** Check all that apply.  $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.793 4**

**Nonpriority creditor's name and mailing address**

**KELVIN JONES**
**5000 RICHELIEU AVENUE**
**SHEFFIELD LAKE, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793 5**

**Nonpriority creditor's name and mailing address**

**KELVIN KAMAU**
**606 WALNUT GROVE RD**
**BALTIMORE, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793 6**

**Nonpriority creditor's name and mailing address**

**KELVIN KESIENA EGUKO**
**53 SOUTH COLLEGE ST APT J**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793 7**

**Nonpriority creditor's name and mailing address**

**KELVIN OPOKU**
**2854 BEAL DR**
**COLUMBUS, OH 43232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793 8**

**Nonpriority creditor's name and mailing address**

**Kelvin Perry**
**2930 Lee Rd. 430**
**Apt. 30A**
**Smiths Station, AL 36877**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.793 9**

**Nonpriority creditor's name and mailing address**

**KELVIN RIVERA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794 0**

**Nonpriority creditor's name and mailing address**

**KELVIN TSAGLI**
**680 E. BUCHTEL AVE APT 3**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.794 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KELVIN TSAGLI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KELYNN HECKMAN**
**1109 COUNTY ROAD 1600**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KEMI AILERU**
**1380 NW 199TH ST**
**MIAMI, FL 33169-2740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KEMIKA LUNDY**
**21129 NW 14TH PLACE**
**UNIT 658**
**MIAMI GARDENS, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KENA SHAH**
**150 SE 25TH RD APT 12I**
**MIAMI, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KENARIE MAYS**
**6248 20TH WAY SOUTH**
**ST. PETERSBURG, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**KENARIE MAYS**
**ST, 25 17TH WAY SOUTH**
**APT. C**
**SAINT PETERSBURG, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| | |
|---|---|
| 3.794 8 | **Nonpriority creditor's name and mailing address** |

**KENBEN KPOFOLO**
**189 HARBOR ROAD**
**STATEN ISLAND, NY 10303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.794 9 | **Nonpriority creditor's name and mailing address** |

**KENBRANYA PATTERSON**
**2112 LEDA AVE**
**LEHIGH ACRES, FL 33973**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.795 0 | **Nonpriority creditor's name and mailing address** |

**KENDAL COONEY**
**14740 RICE RD**
**CAMDEN, MI 49232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.795 1 | **Nonpriority creditor's name and mailing address** |

**KENDAL JONES**
**4611 CLIFF BREEZE DR**
**NORTH LAS VEGAS, NV 89081-3247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.795 2 | **Nonpriority creditor's name and mailing address** |

**KENDALA JEAN-PIERRE**
**1025 NW 5TH AVE**
**MIAMI, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.795 3 | **Nonpriority creditor's name and mailing address** |

**Kendall Anesthesia**
**8900 N Kendall Dr.**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$52.14**

---

| | |
|---|---|
| 3.795 4 | **Nonpriority creditor's name and mailing address** |

**KENDALL BREWTON**
**3704 YOSEMITE AVENUE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.795 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL CHAPPLE**
**3089 PINE VALLEY RD**
**COLUMBUS, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.795 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL COX**
**3509 W 74 ST**
**CHICAGO, IL 60629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL HARKNESS**
**5237 BIRKDALE ST NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL KELLEY**
**8118 S EUCLID**
**CHICAGO, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL MAROTTI**
**299 POLLYWOG PT**
**LABELLE, FL 33935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL RICHARDSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENDALL WHITE**
**3515 STACEY AVE**
**CINCINNATI, OH 45207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRA BROOKS**
**423 SAN BRUNO DRIVE**
**GARLAND, TX 75043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRA COLBY**
**4069 RED OAK CIRCLE NW**
**MASSILLON, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRA HARGROVE**
**3510 SUGAR MAPLE CT.**
**WALDORF, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRA TYLER**
**1311 N. WOODINGTON RD. APT.2**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRA WADSWORTH**
**220 KIMBERLY LN**
**DUNDEE, MI 48131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRA WINSTON**
**3 PRINCE GEORGE CT**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**KENDRICK JACKSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

---

**3.796 9**

**Nonpriority creditor's name and mailing address**

**KENDRICK VAUGHN**
**201C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 0**

**Nonpriority creditor's name and mailing address**

**KENDYLL SMITH**
**2011 QUE MANOR DR**
**HOUSTON, TX 77090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 1**

**Nonpriority creditor's name and mailing address**

**KENEA INGALLS**
**SEDGEFIELD DRIVE**
**MOUNT LAUREL, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 2**

**Nonpriority creditor's name and mailing address**

**KENEAN DUKAMO**
**2912 WIGEON WAY APT 311**
**AKRON, OH 44319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 3**

**Nonpriority creditor's name and mailing address**

**KENEAN DUKAMO**
**80 EAST EXCHANGE ST 454D**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 4**

**Nonpriority creditor's name and mailing address**

**KENIJAH PANT**
**14635 SW 104TH PLACE**
**MIAMI, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797 5**

**Nonpriority creditor's name and mailing address**

**KENIQUA RECKLEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.797 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENISHA STEPHENS**
**8500 N. SHERMAN CIR**
**#D506**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENISHA STEPHENS**
**802  E. MOWRY DRIVE**
**APT 121**
**HOMESTEAD, FL 33032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENNARD JOHNSTON**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENNEDEY GLOVER**
**836 CRESCENT DR**
**SIDNEY, OH 45365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENNEDY BELL**
**8702 MOUNT CLAIR CT**
**CLINTON, MD 20735-4614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENNEDY FOSTER**
**5529 W. FOREST PARK AVE**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KENNEDY GEYMAN**
**2201 SPAULDING RD**
**MONROE, MI 48162**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.798 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEDY HENSON**<br>**504D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEDY NICELEY**<br>**13984 KING RD**<br>**BOWLING GREEN, OH 43402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEDY RONDINI**<br>**6704 DUNEDEN AVENUE**<br>**SOLON, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEDY SATTLER**<br>**2821 WORTH ST**<br>**OREGON, OH 43616-1623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEDY SCHLABACH**<br>**6398 COUNTY ROAD 203**<br>**MILLERSBURG, OH 44654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEDY STITH**<br>**7866 BANCROFT AVENUE**<br>**OAKLAND, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KENNEE WALKER**<br>**3904 N 16TH ST**<br>**PHILADELPHIA, PA 19140-3404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.799 0 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH ALLEN**
**121 N PATTERSON PARK**
**BALTIMORE, MD 21231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.799 1 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH BLEDSOE**
**2256 CORAL SEA**
**YOUNGSTOWN, OH 44511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.799 2 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH CLARK**
**5018 57TH AVENUE C-2**
**BLADENSBURG, MD 20710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.799 3 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH COLLIER**
**821 NW 5TH AVE**
**HALLANDALE, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.799 4 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH HAYNIE**
**10842 JOHN EDWARD DRIVE**
**MANTUA, OH 44255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.799 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH HENRY**
**3427 DULUTH HIGHWAY 120**
**APT 204**
**DULUTH, GA 30096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.799 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**KENNETH HUNTER**
**11156 TUNG GROVE RD**
**TALLAHASSEE, FL 32317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH MINER** | ☐ Contingent | |
| **3550 OVERTON STREET** | ☐ Unliquidated | |
| **DALLAS, TX 75216** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.799 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH MORRIS** | ☐ Contingent | |
| **5026 YELLOWWOOD AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21209-4602** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.799 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH NORRIS** | ☐ Contingent | |
| **9923 LA DUKE DRIVE** | ☐ Unliquidated | |
| **KENSINGTON, MD 20895** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH PETTAY** | ☐ Contingent | |
| **190 GREEN AVE** | ☐ Unliquidated | |
| **GROVEPORT, OH 43125** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH PITTS** | ☐ Contingent | |
| **3157 GLANZMAN RD APT 20** | ☐ Unliquidated | |
| **TOLEDO, OH 43614** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH WALKER** | ☐ Contingent | |
| **100 ROBERT CARTWRIGHT DR** | ☐ Unliquidated | |
| **APT 1103** | ☐ Disputed | |
| **GOODLESTTSVILLE, TN 37072** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **KENNETH YOUNG** | ☐ Contingent | |
| **5002 PILGRIM ROAD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21214** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KENNI RUDD**
**311 BEACH 69TH ST APT1**
**ARVERNE, NY 11692**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.800 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KENNIDA VANTERPOOL**
**6321 SW 34TH STREET**
**MIRAMAR, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KENNY ORSOT**
**1409 N. CENTRAL AVENUE**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KENT PETERSEN**
**1008 PATRIOT DRIVE**
**DESHER, OH 43516**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.42 |

**Kent Psychological Associates, LLC**
**190 Currie Hall Pkwy**
**Kent, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KENTAJAH DIXON**
**911 LELAND STREET**
**ALEXANDRIA, LA 71302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kentucky State Treasurer**
**Kentucky Dept. of Revenue**
**PO Box 856910**
**Louisville, KY 40285-6910**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.801 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENYA HAYNES**
**111 FOX HOLLOW CIRCLE**
**KEMPER, TX 76539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.801 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KENYA SINGLETON**
**4107 OLD MILFORD MILL RD.**
**PIKESVILLE,, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KEON HILL**
**4122 KATHLAND AVE.**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KEON TUCKER**
**2782 W NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KEONDRA WALTON**
**30223 SW 161ST  CT**
**HOMESTEAD, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KEONNA KEENE**
**3606 CALLAWAY AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KEONTRAI WILLIAMS**
**100 S. MORLEY STREET**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.801<br>8 | **Nonpriority creditor's name and mailing address**<br>**KERA KAUFMAN**<br>**28235 398TH AVE**<br>**DELMONT, SD 57330**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.801<br>9 | **Nonpriority creditor's name and mailing address**<br>**KERA THOMPSON**<br>**1427 EAST BALTIMORE ST**<br>**BALTIMORE, MD 21231**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.802<br>0 | **Nonpriority creditor's name and mailing address**<br>**Kerby Scheuerman**<br>**94 Silver Valley Blvd.**<br>**Munroe Falls, OH 44262**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.802<br>1 | **Nonpriority creditor's name and mailing address**<br>**KERESTIN NUGENT**<br>**3585 SWAIN ROAD**<br>**EATON, OH 45320**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.802<br>2 | **Nonpriority creditor's name and mailing address**<br>**KERI DIMUCCIO**<br>**6492 EDGEWATER DR**<br>**ERIE, MI 48133**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.802<br>3 | **Nonpriority creditor's name and mailing address**<br>**KERINGTON VICKERS**<br>**5090 SABRINA LANE**<br>**WARREN, OH 44483**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.802<br>4 | **Nonpriority creditor's name and mailing address**<br>**KERIS ABBOTT**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.802 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**3.802 5**

**Nonpriority creditor's name and mailing address**

**KERLIN IZAGUIRRE**
**18800 NE 29TH AVE**
**APT 1104**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.802 6**

**Nonpriority creditor's name and mailing address**

**KERLIN IZAGUIRRE**
**17800 ATLANTIC BLVD.**
**APT 304**
**SUNNY ISLES, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.802 7**

**Nonpriority creditor's name and mailing address**

**KERMIN YEPES NUNEZ**
**744 BELDEN AVE**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.802 8**

**Nonpriority creditor's name and mailing address**

**KERNTZ ALMONOR**
**305 NW 83 STREET**
**MIAMI, FL 33150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.802 9**

**Nonpriority creditor's name and mailing address**

**KERRELLE HOLMAN**
**507 SHERIDAN AVE**
**BALTIMORE, MD 21212-4243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.803 0**

**Nonpriority creditor's name and mailing address**

**KERRI BROOKS**
**7501 FILLMORE ST**
**HOLLYWOOD, FL 33024-7041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.803 1**

**Nonpriority creditor's name and mailing address**

**KERRIE ROMAGNA**
**8259 HIGHLAND STREET**
**MANASSAS, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.803 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KERRON MCCARTHY**
9815 NW 2ND CT
PLANTATION, FL 33313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KERRY DOMBROSKI**
24 BLUE LANTERN DRIVE
SALEM, OH 44460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KERRY SCHEUERMAN**
94 SILVER VALLEY BLVD
MUNROE FALLS, OH 44262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KERVIN JOANEL**
27 ALLEN STREET
HOLLYWOOD, FL 33023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KESHADAH MUHAMMAD**
2303 N. MARKET STREET
WILMINGTON, DE 19802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KESHAUN HODGES**
601C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KESHAUN SAUNDERS**
2801 W BANCROFT
MS 513
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1165 of 3613

| 3.803 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KESHAWN MITCHELL**
**606 WESTBROOK STREET**
**ARLINGTON, MN 55388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KESHAWNNA ALMODOVAR**
**16450 MIAMI DR**
**APT #502**
**NORTH MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KESLA ELMORE**
**1015 HENDERSON MANOR CT**
**BEL AIR, MD 21014-2504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETAKI SODHI**
**33 BORTON AVE**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETIA ST. FELIX**
**5821 WAYT COURT**
**ORLANDO, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETSIA LOVINSKY**
**25 PAERDEGAT 3RD**
**BROOKLYN, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETURAH DAVIS-GARDNER**
**1520 PENTRIDGE RD APT 308D**
**BALTIMORE, MD 21239-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETURAH MCCOY**
**1117 TURNSTONE COURT**
**NORTH LAS VEGAS, NV 89031**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETURAH NURSE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KETZIA UMANA**
**1378 EAST WINDSOR ROAD**
**GLENDALE, CA 91205**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEUNDRA LEE**
**10445 SOUTH WEST 178TH STREET**
**MIAMI, FL 33157**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVEN BERNARD**
**5507 W 149TH PL #5**
**SOUTH GATE, CA 90250**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVENA JONES**
**3909 57TH AVE**
**HYATTSVILLE, MD 20784-1211**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIANN BROWN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN ALLEN**
**5883 SETTLERS RIDGE CIR**
**SYLVANIA, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.805 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN BERMUDEZ**
**1225 COVINGTON DRIVE**
**MESQUITE, TX 75149**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN BROOKS**
**3107 ETHEREDGE DRIVE**
**AUSTIN, TX 78725**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Byrne**
**815 Overlook Ridge Dr.**
**Cleveland, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN BYRNE**
**815 OVERLOOK RIDGE DR.**
**CLEVELAND, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN BYRNE**
**2502 W VILLAGE DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN COLLS**
**14270 SW 151ST AVE**
**MIAMI, FL 33196-5610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.806 0 | **Nonpriority creditor's name and mailing address**<br>**KEVIN COOPER**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.806 1 | **Nonpriority creditor's name and mailing address**<br>**KEVIN CUBELA**<br>**2333 BRICKELL AVE. PH 103**<br>**MIAMI, FL 33129**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.806 2 | **Nonpriority creditor's name and mailing address**<br>**KEVIN DIAZ**<br>**3000 SW 35TH PLACE**<br>**APT G106**<br>**GAINESVILLE, FL 32608**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.806 3 | **Nonpriority creditor's name and mailing address**<br>**KEVIN DOAN**<br>**1629 MAYBELL TRL.**<br>**LAWRENCEVILLE, GA 30044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.806 4 | **Nonpriority creditor's name and mailing address**<br>**KEVIN DUPYE**<br>**3507 NORTHWAY**<br>**BALTIMORE, MD 21234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.806 5 | **Nonpriority creditor's name and mailing address**<br>**KEVIN EBERLE**<br>**2565 W VILLAGE DR**<br>**TOLEDO, OH 43614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.806 6 | **Nonpriority creditor's name and mailing address**<br>**KEVIN ENDRES**<br>**1310 TALLYHO DR.**<br>**ADDISON, IL 60101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.806 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN FLOY-HARRISON**<br>**8688 SIDE SADDLE COURT**<br>**RANDALLSTOWN, MD 21133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.806 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN FRANK**<br>**3682 OAK PARK DR**<br>**SALINE, MI 48176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.806 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN GARCIA**<br>**3572 DEAN DRIVE APT S**<br>**HATTSVILLE, MD 20782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.807 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN GAST**<br>**186 OAK ST**<br>**ROSSFORD, OH 43460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.807 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN GLADNEY**<br>**921 JEAN AVE**<br>**AKRON, OH 44310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.807 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN GOODRICH**<br>**4204 LONG LAKE DRIVE S**<br>**ELLENTON, FL 34222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.807 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KEVIN GRACE**<br>**16040 NW 28 COURT**<br>**OPA LOCKA, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.807 4 | **Nonpriority creditor's name and mailing address**<br>**KEVIN GRAHAM**<br>**2820 NESTOR CT**<br>**BOWIE, MD 20716-1368**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| 3.807 5 | **Nonpriority creditor's name and mailing address**<br>**KEVIN HARDEGREE-ULLMAN**<br>**3932 MAXWELL RD**<br>**TOLEDO, OH 43613**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.807 6 | **Nonpriority creditor's name and mailing address**<br>**KEVIN INGRAM**<br>**4207 FURLEY AVE**<br>**BALTIMORE, MD 21206-5734**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.807 7 | **Nonpriority creditor's name and mailing address**<br>**KEVIN KARAS**<br>**387 SILVER RIDGE DR.**<br>**COPLEY, OH 44321**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.807 8 | **Nonpriority creditor's name and mailing address**<br>**KEVIN KEUPER**<br>**1764 SPENCER ST**<br>**TOLEDO, OH 43609**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.807 9 | **Nonpriority creditor's name and mailing address**<br>**KEVIN LEE**<br>**233 SUNCREST DRIVE**<br>**VERONA, PA 15147**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.808 0 | **Nonpriority creditor's name and mailing address**<br>**KEVIN LETTMAN**<br>**4916 RIDGEVIEW LN**<br>**BOWIE, MD 20715**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.808 | | |
|---|---|---|
| 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KEVIN LITZENBERG**
**5725 TIBARON LN APT 101**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | | |
|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KEVIN MILLS**
**11906 SAINT JOHN AVE**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | | |
|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.64** |

**Kevin Moriarty, DC**
**505 W Hollis St., Ste. 205**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | | |
|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KEVIN PAUL**
**7425 SW 34TH STREET ROAD**
**MIAMI, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | | |
|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KEVIN PIETRICK**
**2143 BENJAMIN CIR**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | | |
|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KEVIN RAMOS**
**2300 SW 89 AVE**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | | |
|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**KEVIN RAY**
**149 TYLER DRIVE**
**WILLINGBORO, NJ 08046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1172 of 3613

| 3.808 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN TO**
2135 ORCHARD LAKES PL APT 31
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN UTENDORF**
1941 DROUILLARD RD
NORTHWOOD, OH 43619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN WEBB**
2420 BRIDGE HAMPTON DR.
APT. J
BALTIMORE, MD 21234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN WEBB**
3635 GREENMOUNT AVENUE
BALTIMORE, MD 21218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIN WHITE**
3269 WARRINGTON ROAD
SHAKER HEIGHTS, OH 44120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Zhang**
8941 Stonybrook Blvd.
Sylvania, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVIONTE COWEN**
8522S MARQUETTE
CHICAGO, IL 60649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVOLA MARTIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEVONTAE TYSON**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEWEI LIU**
**2740 RYEWOOD AVE APT G**
**AKRON, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEXING XIAO**
**55 FIR HILL, 6B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEXING XIAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEXUN CHEN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.46 |
|---|---|---|---|

**Key Biscayne Physical Therapy**
**240 Crandon Blvd. #202**
**Key Biscayne, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.810 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$284.40** |
|---|---|---|---|
| | **Key West HMA Physician Management**<br>**5900 College Rd.**<br>**Key West, FL 33040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KEYAN RIPPERTON**<br>**29 EAGLES WAY**<br>**NOTTINGHAM, MD 21236-5316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KEYANO RILEY**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KEYMAH WHITE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KEYNAN BOATRIGHT**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX B307**<br>**VIRGINIA BEACH, VA 23455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KEYNU DENNIS-BANKS**<br>**PO BOX 342**<br>**SOUTHAMPTON, NY 11969-0342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **KEYON BLIGEN**<br>**704A DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYON JOHNSON**
**303 FERN RD**
**WINTER HAVEN, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYONA WILSON**
**1822 LAURENS ST**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYONDA JONES**
**4071 PONZA PLACE**
**LAKE WORTH, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYONDRE WHITE**
**2411 NW 30TH WAY**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYONIA DAVIS**
**343 WASHINGTON AVE**
**PHILADELPHIA, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYSHAWN KINGLOCK**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEYSHAWN SMITH**
**130 UNITY CENTER ROAD APT D**
**PITTSBURGH, PA 15239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KEYSHAWN SMITH**
**568 W. RAILROAD AVE.**
**VCRONA, PA 15147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KEYVAN AMINI KHOIY**
**736 HAMPTON RIDGE DRIVE**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KEZIA JENKINS**
**3 WINDY CLIFF PL**
**COCKEYSVILLE, MD 21030-4728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KHADIJA ALEXANDER**
**15831 NW 29TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KHADIJAH GIKENEH**
**308 34TH ST SE APT 4**
**WASHINGTON, DC 20019-8253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KHADIJAH JOHNSON**
**14 CINNAMON CIRCLE**
**APT. 1A**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**KHADIJAH NORWOOD**
**4056 HALLDALE AVENUE**
**LOS ANGELES, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.812 3 | **Nonpriority creditor's name and mailing address** **KHADIJAHA WILSON** **649 NORTH LARAMIE AVENUE** **CHICAGO, IL 60644** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 4 | **Nonpriority creditor's name and mailing address** **KHADIJAT JIMOH** **3501 HEIDI LN** **SPRINGDALE, MD 20774-7503** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 5 | **Nonpriority creditor's name and mailing address** **KHADIM GUEYE** **373 CARROLL ST** **AKRON, OH 44325** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 6 | **Nonpriority creditor's name and mailing address** **KHALE GRAY** **5601 EDENFILED ROAD** **APT.704** **JACKSONVILLE, FL 32277** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 7 | **Nonpriority creditor's name and mailing address** **KHALED ALHAMAR** **1225 ALBRET STREET** **PORTSMOUTH, OH 45662** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 8 | **Nonpriority creditor's name and mailing address** **KHALEEF HAUGHTON** **4000 BOWLEYS LANE** **BALTIMORE, MD 21206** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.812 9 | **Nonpriority creditor's name and mailing address** **KHALEN FLOWERS** **3594 TULLAMORE RD** **CLEVELAND HEIGH, OH 44118** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih     Doc 1     FILED 01/22/19     ENTERED 01/22/19 14:55:58     Page 1178 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.813 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALIA BRYANT**
**1423 NW 36TH WAY**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALIA SCOTT**
**4781 SHAMROCK AVENUE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALID SHODEINDE**
**2103 PENTLAND DRIVE**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALIL CAMPBELL**
**4320 MEADOW MILLS ROAD**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALIL KNOWLES**
**5321 NW 18TH PLACE**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALIL MAKINS-DENNIS**
**5704 LEITH WALK**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KHALIL TYNES-PEREZ**
**5 ANDREWS VIEW CT**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1179 of 3613

| 3.813 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHALIL WILLIAMS**
**1414 WEST 9TH STREET**
**CHESTER, PA 19013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHALILAH WILSON**
**203B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHALINAH WALKER**
**4459 BELLWOOD CIRCLE**
**ATLANTA, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHALIQ CARR**
**18513 RIVER ROAD**
**HAZEL CREST, IL 60429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHALIS WILLIAMS**
**2011 OWENS ROAD**
**OXON HILL, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHALIUNAA BAASANKHUU**
**185 E.MILL ST.,**
**EXCHANGE RESIDENCE HALL**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KHAMBREL MCCOY**
**827 NE 199 STREET**
**APT 104**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHANH HUYNH**
**1253 OAK HILL CT APT 280**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHANH HUYNH**
**2255 UNIVERSITY HILLS BLVD**
**APT. 102**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHARAN WATKINS**
**4621 MARBLE HALL ROAD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHARI BROWN**
**1252 NW 172ND TERR**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHARI GOLDEN**
**7020 ROUNDELAY RD N**
**REYNOLDSBURG, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHATARA AUBERT**
**352 PAXTON AVENUE**
**CALUMET CITY, IL 60409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KHAYLE HOOD**
**4219 BOYNTON DRIVE**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.815**
**1**

**Nonpriority creditor's name and mailing address**

**KHAYLEL CEPHAS**
**4624 GATEWOOD DR.**
**COLORADO SPRINGS, CO 80916**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.815**
**2**

**Nonpriority creditor's name and mailing address**

**KHI'DIJAH CROMER**
**1970 NW 175 STREET**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.815**
**3**

**Nonpriority creditor's name and mailing address**

**KHIR HENDERSON**
**1606 GOLF COURSE DR**
**BOWIE, MD 20721-3158**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.815**
**4**

**Nonpriority creditor's name and mailing address**

**KHLOEE CAUDELL**
**10923 S SANGAMON ST**
**CALUMET PARK, IL 60643**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.815**
**5**

**Nonpriority creditor's name and mailing address**

**KHRISTIAYNNA WRIGHT**
**6800 GENEVA LN**
**BALTIMORE, MD 21201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.815**
**6**

**Nonpriority creditor's name and mailing address**

**KHUSHBOO PATEL**
**2900 S UNIVERSITY DR APT 9204**
**DAVIE, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.815**
**7**

**Nonpriority creditor's name and mailing address**

**KHYRA ROBINSON**
**3240 BRIDLE PATH**
**FLINT, MI 48507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.815 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIA BANKS**
**347 HILLEN ROAD**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIA BELL**
**3561 SOUTH GILES**
**CHICAGO, IL 60653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIA DAVIS**
**7213 CHALKSTONE DR APT A1**
**PIKESVILLE, MD 21208-6252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIAMBRE JOHNSON**
**2258  LINDEN AVE**
**BALTIMORE, MD 21217-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIANA JAMES**
**5817 WESLEYAN DRIVE**
**PO BOX A313**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIANA KUK**
**278 TORREY ST**
**APT G**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIANA WHITE**
**13507 STEEPLECHASE DR.**
**BOWIE, MD 20715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.816 5 | **Nonpriority creditor's name and mailing address** **KIANA WILSON** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.816 6 | **Nonpriority creditor's name and mailing address** **KIANA ZUK** **552 GAGE ST** **APT C** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.816 7 | **Nonpriority creditor's name and mailing address** **KIANNA HUXTABLE** **301C DEDMOND** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.816 8 | **Nonpriority creditor's name and mailing address** **KIANNA JAMISON** **402B DALEY** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.816 9 | **Nonpriority creditor's name and mailing address** **Kiara Bates** **8310 Lynnewood Rd.** **Philadelphia, PA 19150** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.817 0 | **Nonpriority creditor's name and mailing address** **KIARA BATES** **8310 LYNNEWOOD RD** **PHILADELPHIA, PA 19150** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.817 1 | **Nonpriority creditor's name and mailing address** **KIARA BLACK** **244 NW 72ND TERRACE** **APT. 506** **MIAMI, FL 33150** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.817 2 | **Nonpriority creditor's name and mailing address** |

**KIARA BLACK**
**1 NE 70TH STREET**
**MIAMI, FL 33138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.817 3 | **Nonpriority creditor's name and mailing address** |

**KIARA CARTER**
**4134 WINDMILL CIR**
**BALTIMORE, MD 21218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.817 4 | **Nonpriority creditor's name and mailing address** |

**KIARA CHATMAN**
**26 S ADAMS ST**
**AKRON, OH 44304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.817 5 | **Nonpriority creditor's name and mailing address** |

**KIARA COOPER**
**9100 NORTH WEST 32ND COURT ROAD**
**MIAMI, FL 33147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.817 6 | **Nonpriority creditor's name and mailing address** |

**KIARA FORBES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.817 7 | **Nonpriority creditor's name and mailing address** |

**KIARA FRANKS**
**2235 EAST 90TH STREET**
**CLEVELAND, OH 44106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.817 8 | **Nonpriority creditor's name and mailing address** |

**KIARA JEFFREY**
**279 EAST 324TH STREET**
**WILLOWICK, OH 44095**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.817 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIARA JENKINS**
**601 53RD ST SE APT 103**
**WASHINGTON, DC 20019-5902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIARA JOHNSON**
**2828 TRANQUILO**
**GRAND PRAIRIE, TX 75054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIARA LENNON**
**1609 NORTHBOURNE RD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIARA MATTHEWS**
**3535 SHANNON DRIVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KICHA LOVINSKA**
**3557 NW 38 TERRACE**
**FORT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KICHANA MULLIN**
**1994 BRENHAM DR**
**FORNEY`, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIEMONI BUTLER**
**8012 DOUGLAS AVE**
**BALTIMORE, MD 21244-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

---

**3.818 6**

**Nonpriority creditor's name and mailing address**
**KIERAN BYRNE**
**815 OVERLOOK RIDGE DR.**
**CLEVELAND, OH 44109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 7**

**Nonpriority creditor's name and mailing address**
**KIERRA CLANAGAN**
**524 W 5TH AVE APT 4**
**MCKEESPORT, PA 15132-3554**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 8**

**Nonpriority creditor's name and mailing address**
**KIERRA CLINES**
**5222 STAGECOACH LANE**
**GARLAND, TX 75043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 9**

**Nonpriority creditor's name and mailing address**
**KIERRA JOHNSON**
**233 TUNIS RD**
**OAKLAND, CA 94603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.819 0**

**Nonpriority creditor's name and mailing address**
**KIERRA KNOWLES**
**14541 SW 39TH ST**
**MIRAMAR, FL 33027**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.819 1**

**Nonpriority creditor's name and mailing address**
**KIERSTAN ETHRIDGE**
**6 TAYLOR COURT**
**STATEN ISLAND, NY 10310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.819 2**

**Nonpriority creditor's name and mailing address**
**KIEVANTE WILLIAMS**
**11403 NW 45TH STREET**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------------------------------|-------------------------|---|
| | Name | | |

---

**3.819 3**

**Nonpriority creditor's name and mailing address**
**KIISHI OGUNFOWORA**
**3514 CORN STREAM**
**RANDALLSTOWN, MD 21133-2437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819 4**

**Nonpriority creditor's name and mailing address**
**KILONNI WODFORD**
**1235 12TH AVE SW**
**VERO BEACH, FL 32962**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819 5**

**Nonpriority creditor's name and mailing address**
**KILVIO MONTERO**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819 6**

**Nonpriority creditor's name and mailing address**
**KIMBERLEY GLOVER**
**7310 NIGHTINGALE DRIVE**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819 7**

**Nonpriority creditor's name and mailing address**
**Kimberly A. Masterson, MD**
**8054 Darrow Rd.**
**Suite 3**
**Twinsburg, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number  **6057**

As of the petition filing date, the claim is: Check all that apply.                                    **$114.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819 8**

**Nonpriority creditor's name and mailing address**
**KIMBERLY BERROUET**
**2205 PORTOFINO AVE**
**HOMESTEAD, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819 9**

**Nonpriority creditor's name and mailing address**
**KIMBERLY BUTLER**
**1223 RUDOLPH ST**
**APT.3A**
**CALUMET CITY, IL 60409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIMBERLY CAPP**
**6900 NOVA DRIVE APT. 102**
**DAVIE, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIMBERLY DEHART**
**3261 SUGAR CREEK DR**
**VIRGINIA BEACH, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIMBERLY DIAH**
**4809 NW 59TH ST**
**TAMARAC, FL 33319-2747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIMBERLY FANSHIER**
**1325 19TH ST. NE**
**SALEM, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIMBERLY FIZER**
**2471 MATLAND DRIVE**
**DALLAS, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KIMBERLY HOOKS**
**635 BERTHA FULSE ST.**
**BOWLING GREEN, FL 33834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.18 |
|---|---|---|---|

**Kimberly J. Pauley, PT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7564**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.820 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY KAUFMAN**
**1625 S FEDERAL HWY**
**APT 202**
**POMPANO BEACH, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY KEIPER**
**4797 WINDFALL RD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY MCCOLLUM**
**3909 EDGEWOOD RD APT 135**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY MORRISON**
**346 SIMON ROAD**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY PARHAM**
**1425 SOUTH PUGET DRIVE UNIT 308**
**RENTON, WA 98055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY PORTALES**
**2302 DENNIS STREET**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIMBERLY SHAND**
**2170 NW 82ND WAY**
**SUNRISE, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.821 4 | **Nonpriority creditor's name and mailing address**<br>**KIMBERLY STRACHAN**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.821 5 | **Nonpriority creditor's name and mailing address**<br>**KIMBERLY WORRELL**<br>**7439 RHOADS STREET**<br>**PHILADELPHIA, PA 19151**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.821 6 | **Nonpriority creditor's name and mailing address**<br>**KIMBERLY-SHARON RODRIGUEZ-SANCHEZ**<br>**900 RIVER POINT DR**<br>**LAS VEGAS, NV 89110**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.821 7 | **Nonpriority creditor's name and mailing address**<br>**KIMBRIANA PRAYER**<br>**1783 NORTH WEST 53RD STREET**<br>**MIAMI, FL 33142**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.821 8 | **Nonpriority creditor's name and mailing address**<br>**KING CHI TITUS POON**<br>**16B BLOCK 6 PROVIDENT CENTRE**<br>**31 WHARF ROAD**<br>**HONG KONG, FL 12345**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.821 9 | **Nonpriority creditor's name and mailing address**<br>**King Moore**<br>**43912 Normandy Ln**<br>**Lancaster, CA 93536**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.822 0 | **Nonpriority creditor's name and mailing address**<br>**KING MOORE**<br>**43912 NORMANDY LANE**<br>**LANCASTER, CA 93536**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| **Debtor** **Student Educational Benefit Trust** | **Case number** *(if known)* _____ |
| Name | |

| 3.822 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KING-ZAHEER COLVIN** | ☐ Contingent | |
| | **1521 RALWORTH RD** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21218-2231** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.822 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KINGSLEY APPIAH** | ☐ Contingent | |
| | **8715 YVONNE COURT WAY** | ☐ Unliquidated | |
| | **PARKVILLE, MD 21234-3945** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KION KINDLE** | ☐ Contingent | |
| | **8101 LEONORA STREET, APT 503** | ☐ Unliquidated | |
| | **HOUSTON, TX 77061** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Kira McElvany** | ☐ Contingent | |
| | **3737 Lockwood Ave.** | ☐ Unliquidated | |
| | **Toledo, OH 43612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIRA MCELVANY** | ☐ Contingent | |
| | **3737 LOCKWOOD AVE** | ☐ Unliquidated | |
| | **TOLEDO, OH 43612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIRA MOORE** | ☐ Contingent | |
| | **5563 302ND ST** | ☐ Unliquidated | |
| | **TOLEDO, OH 43611** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **KIRABO NSEREKO** | ☐ Contingent | |
| | **6679 FARBELL ROW** | ☐ Unliquidated | |
| | **COLUMBIA, MD 21045-5318** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.822 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIRAN GHIMIRE**
**1247 OAK HILL CT APT 263**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIRENIA SERA-VIGUERA**
**131 N HIGHLAND AVE**
**BALTIMORE, MD 21224-1412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIROLOS ISKANDER**
**248 TROUP AVE**
**BOWLING GREEN, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIRSTEN WHITFORD**
**6043 10TH ST E**
**BRADENTON, FL 34203-6903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIRSTYN SLINKER**
**231 W MONROE ST**
**DUNDEE, MI 48131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIRSTYN SLINKER**
**16125 LULU RD**
**PETERSBURG, MI 49270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIRVER BENAVIDES**
**7409 TEXAS STREET**
**HOUSTON, TX 77011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.823 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KISHANKUMAR PATEL**
**APT 11B10**
**55 FIR HILL TOWERS**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KISWENDSIDA JULES KERE**
**685 SHERMAN ST, APT 14**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIWANE NORMAN**
**1286 NW 43RD ST**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KIYANA CAVER**
**18900 INVERMERE AVENUE**
**CLEVELAND, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KKEUPER**
**1764 SPENCER ST**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KLARA KEUROGHLIAN-EATON**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KLAUSS MOISE**
**1830 WASHINGTON AVE**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KLAY ROBEY**
**5228 SASSAFRAS DRIVE**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.824 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KNAKRICIA GAY**
**715 INGLEWOOD TRAIL**
**DALLAS, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KNOWLEDGE WALLACE**
**153 MIMOSA DRIVE**
**WILLIAMSBURG, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KOBE BAKER**
**5513 DAYBREAK TER**
**BALTIMORE, MD 21206-3010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KOBIE BOOKER**
**359 W SUMMIT ST**
**BARBERTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KODILINNA ORANUBA**
**24 LILY POND COURT**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kodzovi Anthony**
**3606 Ravenwood Ave.**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KODZOVI ANTHONY**
**3606 RAVENWOOD AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KOFFI DZIDZONU**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KOFI AFRAM**
**3837 SIMPSON STUART RD**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KOFI AFRIEIE**
**1700 EAST COLD SPRING LANE**
**CUMMINGS HALL**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kofi Afriyie**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KOFI AFRIYIE**
**1700 EAST COLD SPRING LANE**
**CUMMINGS HALL**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**KOFI AGUILAR**
**3837 SIMPSON STUART RD**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 6 | **Nonpriority creditor's name and mailing address**<br>**KOHL BYNDLOSS**<br>**769 BAYVIEW COURT**<br>**EL SOBRANTE, CA 94803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.825 7 | **Nonpriority creditor's name and mailing address**<br>**KOII WILLIAMS**<br>**7216 PORTILLO**<br>**GRAND PRAIRIE, TX 75054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.825 8 | **Nonpriority creditor's name and mailing address**<br>**KOJO DINGLE**<br>**8819 BAILEY"S COURT**<br>**PERRY HALL, MD 21128**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.825 9 | **Nonpriority creditor's name and mailing address**<br>**KOLE JABER**<br>**3560 HERBERT STREET**<br>**MOGADORE, OH 44260**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.826 0 | **Nonpriority creditor's name and mailing address**<br>**KOLLIN BAER**<br>**3540 CHRISTIANA COURT**<br>**CHESAPEAKE BEACH, MD 20732**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.826 1 | **Nonpriority creditor's name and mailing address**<br>**KONNOR ROBERTS**<br>**215 N 6TH ST**<br>**BYESVILLE, OH 43723**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.826 2 | **Nonpriority creditor's name and mailing address**<br>**KONOMI TANAKA**<br>**4131 SHERATON RD**<br>**OTTAWA HILLS, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.826 3 | **Nonpriority creditor's name and mailing address**<br>**KONSTANTINOS MYLONAS**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 4 | **Nonpriority creditor's name and mailing address**<br>**KOOPER VERTZ**<br>**80 E. EXCHANGE ST. APT. 324-A**<br>**AKRON, OH 44308** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 5 | **Nonpriority creditor's name and mailing address**<br>**KORDELL KENNEDY**<br>**95 WOOD LAKE DR**<br>**MIDDLETOWN, NY 10940** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 6 | **Nonpriority creditor's name and mailing address**<br>**KOREY GREEN**<br>**3603 BLACKSTONE RD**<br>**RANDALLSTOWN, MD 21133-4213** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 7 | **Nonpriority creditor's name and mailing address**<br>**KOREY MCFARLANE**<br>**204C DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 8 | **Nonpriority creditor's name and mailing address**<br>**KOREY WILLIAMS**<br>**6700 HALF MOON DR**<br>**ARLINGTON, TX 76001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.826 9 | **Nonpriority creditor's name and mailing address**<br>**KORI BRILEY**<br>**304 NW 3RD AVE**<br>**DELRAY BEACH, FL 33444** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.827 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KORI BRILEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KORN NORN**
**791 E WILBETH RD**
**AKRON, OH 44306**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KORTNEY COOPER**
**2902 HALCYON AVENUE**
**BALTIMORE, MD 21214**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KORY HAMMANN**
**7782 RHUMBA DRIVE**
**NORTH BEND, OH 45052**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KORYNNE MORGAN**
**120 MARDAN DRIVE**
**REISTERSTOWN, MD 21136**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KOTARO UMEDA**
**6543 LONGRIDGE RD.**
**MAYFIELD HEIGHTS, OH 44124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KOURTNEY BARBER**
**9928 BRITINAY LANE**
**BALTIMORE, MD 21234**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KOURTNEY BROWN**
**5857 GROVE ST S**
**SAINT PETERSBURG, FL 33705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KOURTNEY HOLCOMB**
**10937 NORTH STREET**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KOURTNEY MUNDINE**
**6075 FOX POINT TRAIL**
**DALLAS, TX 75249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KRICHAN GREEN**
**2655 EDMONDSON AVE**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KRISHANI RAJANAYAKE**
**3309 MIDDLESEX DR APT D**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KRISHNA OJHA**
**634 EAST BUCHTEL AVENUE**
**APARTMENT 311**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KRISHNADAS KOYADAN CHATHOTH**
**JUDSON HOUSE,437 SUMNER STREET**
**APARTMENT P2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTA BYRNE**
**815 OVERLOOK RIDGE DR.**
**CLEVELAND, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTA CHUN**
**7137 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTAL HARRINGTON**
**2853 NW 212TH TERRACE**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTAL PUSHMAN**
**3943 PEPPERWOOD CT**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN BALES**
**936 KELTONHURST COURT**
**PATASKALA, OH 43062-7366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN CARUSO**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN CARUSO**
**12 QUAKER RIDGE RD**
**BETHEL, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.829 1 | **Nonpriority creditor's name and mailing address** |

**KRISTEN DAUBER**
2789 WOODLAND ST NE
WARREN, OH 44483

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.829 2 | **Nonpriority creditor's name and mailing address** |

**KRISTEN DEACON**
201B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.829 3 | **Nonpriority creditor's name and mailing address** |

**KRISTEN FUNK**
8815 ROCKWOOD COURT
MENTOR, OH 44060

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.829 4 | **Nonpriority creditor's name and mailing address** |

**KRISTEN HAYDEN**
5530 HEATHERDOWNS BLVD APT 1
TOLEDO, OH 43614

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.829 5 | **Nonpriority creditor's name and mailing address** |

**KRISTEN HOOVER**
1724 FREELAND RD APT 4
FREELAND, MD 21053-9597

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.829 6 | **Nonpriority creditor's name and mailing address** |

**KRISTEN JONES**
9050 IRON HORSE LANE APT. 117
PIKESVILLE, MD 21208

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.829 7 | **Nonpriority creditor's name and mailing address** |

**KRISTEN MANTEL**
160 ACKLEY AVE
MALVERNE, NY 11565

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.829 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN MASLACH**
**4927 AUTUMNWOOD LANE**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN NOECKER**
**8450 STATE ROUTE 188**
**CIRCLEVILLE, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN SCHEER**
**7804 KIMBERLY DR**
**NEWPORT, MI 48166-9431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kristen Silver**
**1738 Northampton Rd.**
**Apt. 603**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN VARGAS**
**2916 EDEN DR**
**MANCHESTER, MD 21102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTEN ZAGALES-CEBALLOS**
**14244 SW 117TH TERRACE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRISTENA BURLEIGH**
**12 TAFT ST**
**ABERDEEN, MD 21001-2577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.830 5**

**Nonpriority creditor's name and mailing address**

**KRISTHIAM MERCADO**
**7320 MULLINS DRIVE**
**HOUSTON, TX 77081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.830 6**

**Nonpriority creditor's name and mailing address**

**KRISTI EANS**
**1617 WALNUT STREET**
**GRAND PRAIRIE, TX 75050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.830 7**

**Nonpriority creditor's name and mailing address**

**Kristi Green**
**10739 NW 37th Pl**
**Fort Lauderdale, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.830 8**

**Nonpriority creditor's name and mailing address**

**KRISTI WONG**
**2841 SW 73RD WAY, APT 1904**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.830 9**

**Nonpriority creditor's name and mailing address**

**KRISTI-ANNE DECRANEY**
**520 NE 165TH STREET**
**MIAMI, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.831 0**

**Nonpriority creditor's name and mailing address**

**KRISTIAN CARATHERS**
**3012 YUMA DR**
**FORT WORTH, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.831 1**

**Nonpriority creditor's name and mailing address**

**KRISTIAN COOK**
**17105 PARKSIDE AVE**
**SOUTH HOLLAND, IL 60473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| | | |
|---|---|---|
| 3.831 2 | **Nonpriority creditor's name and mailing address** **Kristian Kelly** **1532 Lockwood Rd.** **Baltimore, MD 21218-1602** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.831 3 | **Nonpriority creditor's name and mailing address** **Kristin Caruso** **12 Quaker Ridge Dr.** **Bethel, CT 06801** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.831 4 | **Nonpriority creditor's name and mailing address** **KRISTIN SILVER** **175 SOUTH REYNOLDS ST** **APT K411** **ALEXANDRIA, VA 22304** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.831 5 | **Nonpriority creditor's name and mailing address** **KRISTIN SILVER** **1738 NORTHAMPTON RD** **APT 603** **AKRON, OH 44313** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.831 6 | **Nonpriority creditor's name and mailing address** **KRISTIN TOY** **7320 NIGHTINGALE DR APT 6** **HOLLAND, OH 43528** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.831 7 | **Nonpriority creditor's name and mailing address** **KRISTIN WESTBERRY** **156 GATES ST** **CORTLAND, OH 44410** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.831 8 | **Nonpriority creditor's name and mailing address** **KRISTIN WESTBERRY** **168 GROVE STREET** **CORTLAND, OH 44410** | $0.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 9 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**KRISTINA BUGARSKI**
**16401 NW 37TH AVE.**
**MIAMI GARCIAS, FL 33054**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 0 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**KRISTINA BUGARSKI**
**114 CEDAR STREET**
**APT 7**
**ST. AUGUSTINE, FL 32084**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 1 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**KRISTINA HORNSBY**
**1200 NW 189 TERRACE**
**MIAMI, FL 33169**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 2 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**KRISTINA KINCAID**
**306 KINGSTON CIRCLE**
**SYKESVILLE, MD 21784**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 3 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

Kristina Maystrishyna
330 Thelmar Lane
Portsmouth, VA 23701

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 4 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**KRISTINA MAYSTRISHYNA**
**5817 WESLEYAN DRIVE**
**BOX A200**
**VIRGINIA BEACH, VA 23455**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 5 | **Nonpriority creditor's name and mailing address** | | | $0.00 |
|---|---|---|---|---|

**KRISTINA MOORE**
**28522 SW 131 CT**
**HOMESTEAD, FL 33033**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.832<br>6 | **Nonpriority creditor's name and mailing address**<br>**KRISTINA OWENS**<br>**8414-C NUNLEY DRIVE**<br>**PARKVILLE, MD 21234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.832<br>7 | **Nonpriority creditor's name and mailing address**<br>**KRISTINA SIDAWAY**<br>**1721 GRANT AVE**<br>**CUYAHOGA FALLS, OH 44223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.832<br>8 | **Nonpriority creditor's name and mailing address**<br>**KRISTINA TATUM**<br>**2250 NW 78TH AVENUE**<br>**PEMBROKE PINES, FL 33024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.832<br>9 | **Nonpriority creditor's name and mailing address**<br>**KRISTINA WATKINS**<br>**330 GREER ST.**<br>**SAN ANTONIO, TX 78210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.833<br>0 | **Nonpriority creditor's name and mailing address**<br>**KRISTINA WILLIAMS**<br>**432 MACHEN ST**<br>**TOLEDO, OH 43620**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.833<br>1 | **Nonpriority creditor's name and mailing address**<br>**KRISTLE ROBINSON**<br>**17302 NW 48TH CT**<br>**CAROL CITY, FL 33055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.833<br>2 | **Nonpriority creditor's name and mailing address**<br>**KRISTOPHER FABIO**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.833 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.833 3**

**Nonpriority creditor's name and mailing address**

**KRISTOPHER MELL**
**11654 GRAFTON RD**
**CARLETON, MI 48117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 4**

**Nonpriority creditor's name and mailing address**

**KRISTOPHER PIERSON**
**7020 LOCKWOOD BLVD**
**BOARDMAN, OH 44512**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 5**

**Nonpriority creditor's name and mailing address**

**KRITIKA BHAU**
**4871 NOBLES POND DRIVE NW**
**CANTON, OH 44718**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 6**

**Nonpriority creditor's name and mailing address**

**KRIZIA MELENDEZ**
**1178 SUNNY HILL DRIVE**
**COLUMBUS, OH 43221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 7**

**Nonpriority creditor's name and mailing address**

**KRUTIKA INVALLY**
**195 WHEELER STREET**
**APARTMENT 203**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 8**

**Nonpriority creditor's name and mailing address**

**KRYSTA FISCHER**
**3429 WYCKLIFFE PKWY**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 9**

**Nonpriority creditor's name and mailing address**

**KRYSTAL GARCIA**
**13948 SW 161 TERR**
**MIAMI, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.834 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KRYSTAL MCCOY**
**1117 E. 85TH ST**
**APT. #5**
**FIRESTONE PARK, CA 90001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KRYSTAL NORMAN**
**10937 LEFFERTS BOULEVARD**
**SOUTH OZONE, NY 11420**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KRYSTAL SIMPSON**
**371 NE 191 STREET**
**APT 206**
**MIAMI, FL 33179**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KRYSTAL-LEE ARNOLD**
**8001 NW 74TH TERR**
**TAMARAC, FL 33321**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KRYSTEN GREEN**
**824 BAYNER RD**
**LA VERGNE, TN 37086**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KRYSTEN GREEN**
**824 BAYNER RD**
**ESSEX, MD 21221**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Krysten Kasting**
**3903 Stonebridge Blvd.**
**Akron, OH 44321**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.834 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRYSTEN KASTING**
5725 TIBARON LN APT 311
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRYSTIAN NEGRON**
21950 SW 127TH CT
MIAMI, FL 33170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRYSTINE SORA**
3625 COLLEGE AVENUE
LEO GOODWIN 255
FORT LAUDERDALE, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRYSTLE JOHNSON**
317 N WOOD ST.
DENTON, TX 76209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KRYSTLE JONES**
3915 ARBORVIEW RD
BALTIMORE, MD 21213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KSHAYE WARREN**
5250 NELSON AVE
BALTIMORE, MD 21215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KUAN CHENG**
2220 HIGH STREET
APT #719
CUYAHOGA FALLS, OH 44221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUAN CHENG
55 FIR HILL STREET APT #10A1
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUAN LU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUAN-CHEN HUANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUANWU CHU
1296 BUCKINGHAM GATE BLVD
CUYAHOGA FALLS, OH 44221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUN CHEN
77 FIRHILL TOWER STREET, APT. 3A1
AKRON, OH 44325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUN QIAN
77 FIR HL
#7C9
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

KUN WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.836 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KUNAL RASTOGI**
**2125 CAMPUS RD**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.836 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KUNLE AYONRINDE**
**PO BOX 18872**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KURSTEN MARTIN**
**224 MIDDLE ST**
**FREMONT, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KURT GOODLITT**
**11598 GAME PRESEVE RD.**
**GAITHERSBURG, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KURT GOODLITT**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KURTONIA VICTOR**
**3905 CHAFFEY ROAD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KUSHAL SHARMA**
**8828 BLAIRWOOD ROAD APT T2**
**BALTIMORE, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.836<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KWADARRIUS SMITH**
808 W NEW HAMPSHIRE ST
ORLANDO, FL 32804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $498.40 |
|---|---|---|---|

**KWAKU YEBOAH**
1106 CUMBERLAND DRIVE
AKRON, OH 44306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KWANDE BAWA-SHITGURUM**
20451 SW 87TH
CUTLER BAY, FL 33189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KWANELL WOODHOUSE**
4805 WOODSIDE RD
BALTIMORE, MD 21229-2442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KWAYNE ROLLE**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KWESI IBRAHIM**
931 LONGFELLOW ST NW
WASHINGTON, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kwonsha Washington**
1 Sebago Dr.
Apt. A
Portsmouth, VA 23702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.837 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KWONSHA WASHINGTON**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**KY NGOC NGUYEN MD INC**
**9141 Bolsa Ave.**
**#301**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0676**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KY-REN BELL**
**6609 COLLINSDALE RD.**
**APT. J**
**BALTIMORE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KYANNA TORRENS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KYE ALEXANDER**
**6070 SEGUOIA LANE**
**DOUGLASVILLE, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KYESHEYA SMITH**
**1643 SOUTH CORINTH STREET ROAD**
**DALLAS, TX 75203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KYI ALFORD**
**718 NORTH EDEN ST**
**BALTIMORE, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 2 | **KYLA HARVEY**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 3 | **KYLE BAKER**<br>**421 MEADOWLAND DR.**<br>**NEWARK, OH 43055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 4 | **KYLE BARBER**<br>**9928 BRITINAY LANE**<br>**BALTIMORE, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 5 | **KYLE BEIJOY**<br>**1433 APPOMATTOX DR.**<br>**TOLEDO, OH 43537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 6 | **KYLE BEUOY**<br>**1433 APPOMATTOX DR.**<br>**TOLEDO, OH 43537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 7 | **KYLE BISCHOFF**<br>**15769 HARBISON DR**<br>**MACOMB, MI 48042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.838 8 | **KYLE BOOTHE**<br>**5618 OAKLAND MILLS RD**<br>**BALTIMORE, MD 21213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.8389**

**Nonpriority creditor's name and mailing address**

**KYLE BUNGO**
**260 ABBEYSHIRE AVE SE**
**NORTH CANTON, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8390**

**Nonpriority creditor's name and mailing address**

**KYLE DRAKE**
**APT E**
**6599 COLLINSDALE RD**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8391**

**Nonpriority creditor's name and mailing address**

**KYLE FOSTER**
**5602 13TH AVE**
**VIENNA, WV 26105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8392**

**Nonpriority creditor's name and mailing address**

**KYLE HARRIS**
**829 GARY AVENUE**
**GIRARD, OH 44420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8393**

**Nonpriority creditor's name and mailing address**

**KYLE HIGGINBOTHAM**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8394**

**Nonpriority creditor's name and mailing address**

**KYLE HILL**
**44905 N RIDGE RD**
**AMHERST, OH 44001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8395**

**Nonpriority creditor's name and mailing address**

**KYLE HUSTON**
**3435 KENWOOD BLVD**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.839 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE LATOUF**
**1694 SNOWY OWL CT**
**ROCHESTER, MI 48307**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.839 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE LEEMING**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.839 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE MADDOX**
**PO BOX 22961**
**BALTIMORE, MD 21203**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.839 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE MEREDITH**
**814 HUEY P. LONG**
**GRETNA, LA 70053**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.840 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE MILLER**
**1017 MILTON BOULEVARD**
**NEWTON FALLS, OH 44444**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.840 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE PARKS**
**4347 RIDGE VIEW DR**
**UNIONTOWN, OH 44685**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.840 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLE PARKS**
**5106 ARROWBROOK ST NW**
**CANTON, OH 44708**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

| 3.840 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE PARKS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.840 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE PEDRON**
**18312 TIMKO LN**
**GERMANTOWN, MD 20874-2352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE PETERS**
**4436 KERRY CT**
**ABERDEEN, MD 21001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE REYNOLDS**
**1144 STATE ROUTE 89**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE RITZ**
**28514 LAKE SHORE BLVD**
**WILLOWICK, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE SANDERS**
**P.O. BOX 998**
**DALY CITY, CA 94017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KYLE SCHAFFER**
**3768 HILL AVE APT 146**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.841<br>0 | **Nonpriority creditor's name and mailing address**<br>**KYLE TAYLOR**<br>**232 CLARA DRIVE**<br>**TRENTON, OH 45067-1553**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.841<br>1 | **Nonpriority creditor's name and mailing address**<br>**KYLE TAYLOR**<br>**217 NORTH MIAMI STREET**<br>**TRENTON, OH 45067-1223**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.841<br>2 | **Nonpriority creditor's name and mailing address**<br>**KYLE WATSON**<br>**605 BURNING OAKS DRIVE**<br>**WARREN, OH 44484**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.841<br>3 | **Nonpriority creditor's name and mailing address**<br>**KYLE WILLIAMS**<br>**5689 CABINWOOD CT**<br>**INDIAN HEAD, MD 20640**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.841<br>4 | **Nonpriority creditor's name and mailing address**<br>**KYLE WORKMAN**<br>**11510 KYLE ROAD**<br>**GARRETTSVILLE, OH 44231**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.841<br>5 | **Nonpriority creditor's name and mailing address**<br>**KYLEE RISINGER-O'MALLEY**<br>**1710 LYNNBROOK COURT**<br>**ORIENT, OH 43146**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.841<br>6 | **Nonpriority creditor's name and mailing address**<br>**KYLEIGH JABER**<br>**3560 HERBERT ST**<br>**MOGADORE, OH 44260**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.841 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLIE BARTO**
**161 WEDGEWOOD LN NE**
**CARROLLTON, OH 44615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.841 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLIE BARTON**
**161 WEDGEWOOD LN NE**
**CARROLLTON, OH 44615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLIE DAVIS**
**6457 SCOTT DRIVE**
**BROOK PARK, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLIE FLAGLER**
**401D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYLIE STEARNS**
**5054 GOODWILL RD**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYMERE PRITCHETT**
**101C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KYMORA SANDERS**
**504A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.842 4 | |

**Nonpriority creditor's name and mailing address**
**KYNDAL ALEXANDER**
**223 EAST 81ST STREET**
**CHICAGO, IL 60619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.842 5 | |

**Nonpriority creditor's name and mailing address**
**KYNNEDY AZUBIKE**
**2735 BARROWS RD**
**COLUMBUS, OH 43232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.842 6 | |

**Nonpriority creditor's name and mailing address**
**KYRA HARRIS**
**1112 DARGON QUARRY LANE**
**BRUNSWICK, MD 21716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.842 7 | |

**Nonpriority creditor's name and mailing address**
**KYRA MURZYN**
**300 ILENE DRIVE**
**PLEASANT HILL, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.842 8 | |

**Nonpriority creditor's name and mailing address**
**KYRA NELSON**
**401B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.842 9 | |

**Nonpriority creditor's name and mailing address**
**KYRAH KNOX**
**3720 COLUMBUS DR**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.843 0 | |

**Nonpriority creditor's name and mailing address**
**KYRAH KNOX**
**812 NORTH BROADWAY**
**APT 2A**
**BALTIMORE, MD 21205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.843 1 | **Nonpriority creditor's name and mailing address** <br> **KYRAH WILLIAMS** <br> **4600 SPRINGWATER CT APT C** <br> **OWINGS MILLS, MD 21117** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.843 2 | **Nonpriority creditor's name and mailing address** <br> **KYRAN BRANDON** <br> **1236 WALKER AVE** <br> **BALTIMORE, MD 21239-1740** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.843 3 | **Nonpriority creditor's name and mailing address** <br> **KYRIN CHASE** <br> **5817 WESLEYAN DRIVE** <br> **PO BOX B306** <br> **VIRGINIA BEACH, VA 23455** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.843 4 | **Nonpriority creditor's name and mailing address** <br> **KYRON BROWN** <br> **430 S E ST** <br> **LAKE WORTH, FL 33460** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.843 5 | **Nonpriority creditor's name and mailing address** <br> **KYTANA AGUILA** <br> **12775 NW 27TH AVE** <br> **APT 207** <br> **MIAMI, FL 33167** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.843 6 | **Nonpriority creditor's name and mailing address** <br> **Kyundra Everett** <br> **3913 Stokes Dr.** <br> **Baltimore, MD 21229** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.843 7 | **Nonpriority creditor's name and mailing address** <br> **KYUNDRA EVERETT** <br> **3913 STOKES DR** <br> **BALTIMORE, MD 21229** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.843 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KYUNGIN NAM**
**1875 MOONLIT TRAIL**
**APT B**
**AKRON, OH 44313**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KYUNGIN NAM**
**1444 ALPHADA AVE APT**
**A5**
**AKRON, OH 44310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**L'CHE BROADWAY**
**3306 LAKE AVE**
**BALTIMORE, MD 21213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LA'KENJA DAVIS**
**1971 GARWOOD DR.**
**ORLANDO, FL 32822**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LA'KEYA WHITE**
**5910 FILLMORE STREET**
**APT 13**
**HOLLYWOOD, FL 33021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LA'QUASIA ARRINGTON**
**1405 B WINTER PARK CIRCLE**
**ESSEX, MD 21221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$217.00** |
|---|---|---|---|

**LabCare Plus**
**PO Box 771933**
**Detroit, MI 48277-1933**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.50 |
|---|---|---|---|

**Labcare Plus**
**600 Portage Trail**
**Cuyahoga Falls, OH 44221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1894**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.40 |
|---|---|---|---|

**Labcorp Dublin**
**5920 Wilcox Pl, Ste. F**
**Dublin, OH 43016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.18 |
|---|---|---|---|

**Labcorp Holdings**
**PO Box 2270**
**Burlington, NC 27216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.80 |
|---|---|---|---|

**Labcorp Tampa**
**2727 W Doctor MLK, Jr. Blvd**
**Ste. 200**
**Tampa, FL 33607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LABINOT ELMAZI**
**9312 SAINT ANGELAS WAY**
**SYLVANIA, OH 43560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,352.25 |
|---|---|---|---|

**Laboratory Corporation of America**
**5610 W LaSalle St.**
**Tampa, FL 33607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LABRIA FULMORE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LACEY LATNEY**
**506D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lachelle Nedd**
**3104 Jersey Ct**
**Fort Pierce, FL 34947-7246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LACIE HOLMES**
**11310 PARKWOOD COURT N**
**NEW ORLEANS, LA 70128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LACIE HOLMES**
**4020 ODIN ST**
**NEW ORLEANS, LA 70126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LACO JOHNSON, III**
**208 S. PULASKI ST. SUITE 3D N.**
**BALTIMORE, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LADARRIS AUSTIN-LEE**
**3754 WINDERWOOD CIR**
**MEMPHIS, TN 38128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAEL HAMILTON**
**2690 FORT APACHEE TRIAL**
**DACULA, GA 30019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.845 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LAFFEE LIN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.846 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Lahey Clinic Hospital, Inc.**
**41 Burlington Mall Rd.**
**Burlington, MA 01805**

Date(s) debt was incurred _

Last 4 digits of account number  **6481**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LAILA MINA**
**1850 S OCEAN DR. #2706**
**HALLANDALE, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LAILAH MOORE**
**20006 SCOTTSDALE BOULEVARD**
**SHAKER HEIGHTS, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LAINE GODWIN**
**2788 EAST KANAGY RD**
**CABLE, OH 43009**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,349.00 |
|---|---|---|---|

**LAJJA NEUROLOGY ASSOCIATION**
**11920 Astoria Blvd, Ste 290**
**HOUSTON, TX 77089**

Date(s) debt was incurred _

Last 4 digits of account number  **5433**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $506.00 |
|---|---|---|---|

**Lake Hospital System, Inc.**
**10977 Capital Pkwy**
**Painesville, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number  **7679**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.846 6 | **Nonpriority creditor's name and mailing address**<br>**LAKEA JOSEPH**<br>**4218 LASALLE RD.**<br>**BALTIMORE, MD 21206**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.846 7 | **Nonpriority creditor's name and mailing address**<br>**LAKEESHA JACKSON**<br>**1700 E COLDSPRING LANE**<br>**BALTIMORE, MD 21251**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.846 8 | **Nonpriority creditor's name and mailing address**<br>**LAKES RADIOLOGY**<br>**15600 NW 67th Ave #304**<br>**MIAMI LAKES, FL 33014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  9589 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,335.00** |

| | | |
|---|---|---|
| 3.846 9 | **Nonpriority creditor's name and mailing address**<br>**LAKESHA RICE**<br>**3227 NANDINA DR**<br>**DALLAS, TX 75241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.847 0 | **Nonpriority creditor's name and mailing address**<br>**LAKESHIA JOHNSON**<br>**9701 E 81ST TERR**<br>**RAYTOWN, MO 64138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.847 1 | **Nonpriority creditor's name and mailing address**<br>**LAKEYA RANDOLPH**<br>**6323 WALTON AVENUE**<br>**CAMP SPRINGS, MD 20746**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.847 2 | **Nonpriority creditor's name and mailing address**<br>**LAKEYDRA MUNNINGS**<br>**1399 NW 50TH ST**<br>**UNIT S**<br>**MIAMI, FL 33142**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.847 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAKIESHIA ROBINSON** | ☐ Contingent | |
| | **705 WEST KINGSLEY RD** | ☐ Unliquidated | |
| | **GARLAND, TX 75041** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAKIM RICE** | ☐ Contingent | |
| | **7853 LEVY CT** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAKIRA JACKSON** | ☐ Contingent | |
| | **1569 NW 30TH STREET** | ☐ Unliquidated | |
| | **MIAMI, FL 33142** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAKSHMI KALYANI MUDRAGADA** | ☐ Contingent | |
| | **317 TORREY STREET** | ☐ Unliquidated | |
| | **AKRON, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAKSHMI PRASANNA LOLLA** | ☐ Contingent | |
| | **77 FIR HILL STREET** | ☐ Unliquidated | |
| | **APT # 3B5** | ☐ Disputed | |
| | **AKRON, OH 44304** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAKSHMI PRASANNA LOLLA** | ☐ Contingent | |
| | **77 FIR HILL STREET** | ☐ Unliquidated | |
| | **APT # 2C4** | ☐ Disputed | |
| | **AKRON, OH 44304** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LALIBELA FARABA** | ☐ Contingent | |
| | **4732 BENNING RD SE** | ☐ Unliquidated | |
| | **201** | ☐ Disputed | |
| | **WASHINGTON, DC 20019** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.848 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMAR WHITAKER**<br>**208 B STEPHENS RD**<br>**AUGUSTA, GA 30907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMARIE SALMON**<br>**2650 NW 56TH AVE**<br>**APT #103**<br>**LAUDERHILL, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMEES RUKIEH**<br>**6117 RED OAK DR**<br>**TOLEDO, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMESHA FORD**<br>**223 SW 1ST AVE**<br>**DELRAY BEACH, FL 33444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMETRA REID**<br>**2309 NW 14TH STREET**<br>**FORT LAUDERDALE, FL 33311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMISE ELBETAR**<br>**290 VINE ST, AKRON, OHIO 44304**<br>**SPICER RESIDENCE HALL, ROOM 533A**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LAMISHIA DEBERRY**<br>**1968 SW PROVIDENCE PL**<br>**PORT ST LUCIE, FL 34953** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.848 7 | **Nonpriority creditor's name and mailing address** **LAMONICA PLATER** **3325 RED BUD LANE** **SHREVEPORT, LA 71108** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.848 8 | **Nonpriority creditor's name and mailing address** **LAMONT HUTT** **5968 TILGHMAN RD** **MARION, MD 21838-2129** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.848 9 | **Nonpriority creditor's name and mailing address** **LAMONT SAMPLE** **1305 WINCHESTER ST.** **BALTIMORE, MD 21217** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.849 0 | **Nonpriority creditor's name and mailing address** **LAMONTAE SHAVER** **1169 ARNOLD AVENUE** **AKRON, OH 44305** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.849 1 | **Nonpriority creditor's name and mailing address** **LAMONTE SANDS** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.849 2 | **Nonpriority creditor's name and mailing address** **LAMONTIA BUTLER** **5446 DORR ST APT 9E** **TOLEDO, OH 43615** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.849 3 | **Nonpriority creditor's name and mailing address** **LAMONTRIA EDWARDS** **2441 STOCKBRIDGE ROAD, APT 14303** **DENTON, TX 76208** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.849 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LAN YU**
**2912 WIGEON WAY APT. 208**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LAN'QUONE HARRIS**
**18002 RICHMOND PLACE DR**
**APT 2326**
**TAMPA, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LANA DAHMAN**
**4819 SNOW BLOSSOM LANE**
**BRECKSVILLE, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LANA RUKIEH**
**6117 RED OAK DR**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LANAE LUMPKIN**
**1609 NORTH ROSEDALE ST**
**APT 2**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LANAISHA DAMERON**
**5817 WESLEYAN DRIVE**
**PO BOX B517**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LANAJIA WASHINGTON**
**850 OLIVE LN.**
**HARKER HEIGHTS, TX 76548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANASIA THOMPSON**<br>**7334 A KELLEY LOOP**<br>**FORT MEADE, MD 20755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANASIA THOMPSON**<br>**2950 PIERCE COURT**<br>**UNIT C**<br>**FORT MEADE, MD 20755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANCE HENDERSON**<br>**3580 NORMANDY RD**<br>**SHAKER HEIGHTS, OH 44120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANCE WARREN**<br>**423 S. 12TH ST.**<br>**SAN JOSE, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANDEN ANGEL**<br>**1145 KAILYN CT**<br>**HAMILTON, OH 45013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANDEN MALBROUGH**<br>**5555 S BRIAR BEND LOOP**<br>**BEAUMONT, TX 77708-2344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **LANDIS JONES**<br>**19242 SCOTTSDALE BOULEVARD**<br>**SHAKER HEIGHTS, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LANDRY SLIDER**
**3916 VIRA ROAD**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LANIECE WATSON**
**5817 WESLEYAN DRIVE**
**BOX C371**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAPORSHA KENNEDY**
**508 FARMHURST DR**
**CHARLOTTE, NC 28217-4925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAPRIA LEE**
**7914 ESTHER DR**
**OXON HILL, MD 20745-1420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAQUASIA COE**
**3461 WILSON AVE 3C**
**BRONX, NY 10469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAQUESHA FORD**
**223 SW 1ST AVENUE**
**DELRAY BEACH, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAQUINTA AYRES**
**1503 EAST LAFAYETTE AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.851 5 | |

**Nonpriority creditor's name and mailing address**

**LAQUINTA DICKERSON**
**1244 WALKER AVE .**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.851 6 | |

**Nonpriority creditor's name and mailing address**

**LAQUISHA HARRIS**
**2731 GWYNNS FALLS PKWY**
**APT 1**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.851 7 | |

**Nonpriority creditor's name and mailing address**

**LAQUISHA OUTTEN**
**3583 NW 86TH WAY**
**SUNRISE, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.851 8 | |

**Nonpriority creditor's name and mailing address**

**LAQUITA JACKSON**
**6516 BARBOO DRIVE**
**DALLAS, TX 75241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.851 9 | |

**Nonpriority creditor's name and mailing address**

**LARA TAYAR**
**4618 NANTUCKETT DR APT 5**
**TOLEDO, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.852 0 | |

**Nonpriority creditor's name and mailing address**

**LARAE BROWN**
**1715 EAST EAGER ST APT 210**
**BALTIMORE, MD 21205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.852 1 | |

**Nonpriority creditor's name and mailing address**

**LARAVIA PITTMAN**
**4503 WAKEFIELD RD APT D**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.852 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARISSA KITE**
**3236 DOMAIN STREET**
**SAINT CHARLES, MO 63301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARKYN PIERCE**
**2902 AUTUMN LAKE DRIVE**
**KATY, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARRIE LOVETT**
**6980 NW 6TH STREET**
**PLANTATION, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARRY HICKS**
**119 N CLINTON ST**
**BALTIMORE, MD 21224-1420**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARRY HYLTON**
**2445 SHIRLEY AVE.**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Johnson**
**5146 Darien Rd**
**Baltimore, MD 21206-4029**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LARRY JOHNSON**
**13909 EASTWOOD**
**CLEVELAND, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LARRY LEWIS**
**3700 SUNTREE COURT #116**
**ARLINGTON, TX 76014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Markell**
**728 Vine St.**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LARRY WEEKS**
**3711 WENDELKIN STREET**
**DALLAS, TX 75215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LARRYSSA PIERRE**
**910 NW 130TH ST**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LASCELL LAVER**
**3322 NW 33RD AVENUE**
**LAUDERDALE LAKES, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LASEAN ROBINSON**
**1500 PENTWOOD ROAD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lashae Robinson**
**1721 Glen Ridge Rd.**
**Parkville, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.853 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHALLE JACKSON**
19145 NW 13TH ST
PEMBROKE PINES, FL 33029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHANTA DIXON**
608B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHANTA DIXON**
7301 DUNWALL CT APT C
BELTSVILLE, MD 20705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHAUNNA WILLIAMS**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHAWN EVANS**
6520 FALKIRK AVENUE
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHAWND JOHNSON**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LASHIA DANIELS**
4735 CHATFORD AVE
BALTIMORE, MD 21206-6800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LASHORNTE HUYLER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LASSANE KANAZOE**
**393 SUMNER STREET**
**APARTMENT 2-100C**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LASSE LAHRTZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LATANDRA COLE-BRITTON**
**205 BUFFALO CREEK DRIVE**
**DESOTO, TX 75115**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LATEAVEN KNIGHT**
**12515 BARKKER CYPRESS ROAD,**
**APT 9122**
**CYPRESS, TX 77429**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LATERRA ALEXANDER**
**7495 VIA LURIA**
**LAKE WORTH, FL 33467**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LATIA HARLEY**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.855 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Latifa Athumani-Tyson**<br>**10211 Fairway Dr.**<br>**Ellicott City, MD 21042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LATIFA ATHUMANI-TYSON**<br>**10211 FAIRWAY DR.**<br>**ELLICOTT CITY, MD 21042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LATIFFANI LOGAN**<br>**1021 PECAN CROSSING**<br>**DESOTO, TX 75115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LATISHA PRUNELL**<br>**1665 DARLEY AVE**<br>**BALTIMORE, MD 21213-1318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LATISHA PURNELL**<br>**1665 DARLEY AVE**<br>**BALTIMORE, MD 21213-1318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LATONDRA NELSON**<br>**6853 SAHARASTONE**<br>**CONVERSE, TX 78109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LATOSHA ENGLISH**<br>**13054 SEWANEE DRIVE**<br>**FRISCO, TX 75035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.855 7 | **Nonpriority creditor's name and mailing address**<br>**LATOSHIA COOPER**<br>**5644 NW 4TH AVE**<br>**MIAMI, FL 33127**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.855 8 | **Nonpriority creditor's name and mailing address**<br>**LATOYA CLAYTON**<br>**3136 AVENUE H W**<br>**RIVIERA BEACH, FL 33404**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.855 9 | **Nonpriority creditor's name and mailing address**<br>**LATOYA EMERSON**<br>**2626 RUFFIN WAY**<br>**NORFOLK, VA 23504**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.856 0 | **Nonpriority creditor's name and mailing address**<br>**LATOYA STODDART**<br>**3509 SW 52 AVENUE**<br>**APT #203**<br>**HOLLYWOOD, FL 33023**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.856 1 | **Nonpriority creditor's name and mailing address**<br>**LATREASE HAWTHORNE**<br>**1869 EAGLE CT**<br>**BALTIMORE, MD 21229**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.856 2 | **Nonpriority creditor's name and mailing address**<br>**LATRELLE ROLLE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.856 3 | **Nonpriority creditor's name and mailing address**<br>**LAUNTREST READUS**<br>**3439 ROCKWOOD AVE**<br>**MEMPHIS, TN 38122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.856<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA ADAMOVICH**
**770 BARTLETT ROAD**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA AGNANT**
**2998 NW 132ND STREET**
**APT 411**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA AZUERO CASTILLO**
**446 SHERMAN ST.**
**APT 103A**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA AZURO CASTILLO**
**483 H BROWN ST.**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA BOLIN**
**1587 LEWIS DRIVE**
**LAKEWOOD, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA CHAVEZ**
**2122 AVENUE A**
**KATY, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA DAVILA GARCIA**
**472 SPICER ST**
**APT. DOWN**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA LAKINS**
**537 HERBERT RD**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Lam-Phaure**
**4430 N Holland Sylvania Rd.**
**Apt. 4131**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA LAM-PHAURE**
**4430 N HOLLAND SYLVANIA RD**
**APT 4131**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA LEE LEWIS**
**1521 HUNT AVE**
**LANDOVER, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA MCKAY**
**4833 RIDGEMERE LN**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA NILSSON**
**139 S 2ND ST**
**WATERVILLE, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA ODENBRETT**
**2226 SOUTH OVERLOOK ROAD**
**CLEVELAND HEIGHTS, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA PEDERSEN**
**3301 COLLEGE AVE**
**C/O JOHN CONSTABLE**
**NOVA WOMEN'S SOCCER OFFICE**
**FORT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA REINA**
**18530 NW 18TH STREET**
**HOLLYWOOD, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA SAVARIAU**
**55 FIR HILL APT 5B8,**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA TORRES**
**9876 MANORFORD DR**
**PARMA HEIGHTS, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA TORRES**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA TOWNES**
**6 ROYAL OAK AVE**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURA WANG**
**3778 HILL AVE APT 81**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAUREL HUDSON**
**508 PEARWOOD DR**
**BEL AIR, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAURELLE DAVIS**
**12250 ATLANTIC BLVD.**
**APT. 1404**
**JACKSONVILLE, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAURELLE DAVIS**
**12250 ATLANTIC BLVD.**
**APT. 1404**
**JACKSONVILLE, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAUREN BAHONSUA**
**7141 N. KEDZIE AVE.**
**UNIT #1508**
**CHICAGO, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lauren Bates**
**4140 Stoneroot Dr.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAUREN BATES**
**4140 STONEROOT DRIVE**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAUREN BEHONSUA**
**7141 N. KEDZIE AVE.**
**UNIT #1508**
**CHICAGO, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN BERGER**
**25 FRENCH MILL RUN #6**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN BORDEN**
**1325 WEATHERVANE LANE, APT 3C**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN CABRERA**
**8061 SW 89TH PL**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN CALDWELL**
**3003 HIGHPOINT TRAIL**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN CBRERA**
**8061 SW 89TH PL**
**MIAMI, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN COMER**
**1467 ELDER AVE**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.859 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LAUREN CORCORAN**
**4214 W BEACH PARK DR**
**TAMPA, FL 33609-3814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN DEVAUX**
**1423 BELLA VISTA AVE**
**CORAL GABLES, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN DIALS**
**122 TOWNLINE ST**
**OAK HARBOR, OH 43449**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN HUNG**
**UNIVERSITY OF AKRON**
**373 CARROLL ST JAR 62**
**AKRON, OH 44325**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN JACKSON**
**4430 N HOLLAND SYLVANIA RDAPT 4235**
**TOLEDO, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN KAATZ**
**9307 SHADY LAKE DRIVE, APT. 202S**
**STREETSBORO, OH 44241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN KELLEY**
**1656 E. 87TH PLACE**
**CHICAGO, IL 69617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN KISSICK**
**7166 HATCHERY RD**
**WATERFORD, MI 48327**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.860 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN LAMBERT**
**19820 WAMPLER DR**
**STOUTSVILLE, OH 43154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.860 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN LINKER**
**2511 W VILLAGE DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.860 8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN MCQUINN**
**15 N TERRACE AVE**
**NEWARK, OH 43055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.860 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN METTER**
**5989 SECTION RD**
**OTTAWA LAKE, MI 49267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.861 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN MOLLOHAN**
**11344 CRACKLE ROAD**
**CHAGRIN FALLS, OH 44023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.861 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN PADRON**
**410 CLOVER COURT**
**BRANCHBURG, NJ 08853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.861 2 | **Nonpriority creditor's name and mailing address** | $0.00 |

**LAUREN PUPKO**
**2980 SOLANO AVENUE**
**APT 207**
**HOLLYWOOD, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN SEAS**
**2132 TATER RIDGE ROAD**
**WEST UNION, OH 45693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.861 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN SMETHERS**
**339 STULL AVENUE**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN WEAVER**
**176 CHESTERFIELD LN APT 8**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN WYNN**
**500 WEST TANTALLON DR**
**FORT WASHINGTON, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAUREN YILDIZ**
**1217 PINE TREE DR**
**LAKE VILLA, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURENCIA STORR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAURIE HIATT**
**11499 CHLOE MAE LANE**
**DUBUQUE, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAURYN CINADR**
**1425 WINGEDFOOT DRIVE**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.862 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAUTARO BLASCO**
**7561 NW 173RD LANE**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVANYA VADAMODALA**
**55 FIR HL**
**APT 9B4**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVANYA VADAMODALA**
**77 FIR HL**
**APT 8B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVARES FRAGER**
**18575 NW 22ND AVE**
**MIAMI, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVENDER RODRIGUEZ**
**3042 JEMEZ ROAD APT B**
**SANTA FE, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LAVONNE GAUTHNEY**
**22 E EXCHANGE ST**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAVOSSHA SMITH**
**508 FAIRBROOK LANE**
**FORT WORTH, TX 76140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAWREN HILL**
**2801 STONEGATE DR.**
**FLINT, MI 48507**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAWRENCE MAUVAIS**
**461 SW 83RD AVE**
**NORTH LAUDERDALE, FL 33068**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.50 |
|---|---|---|---|

**Laxmi Health, LLC**
**7600 W Camino Real**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAYAN HAMIDI NIA**
**55 FIRHILL ST**
**9B5**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAYAN HAMIDI NIA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAYAN HAMIDI NIA**
**80 E EXCHANGE ST**
**267D**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.863 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LAYLA NGUYEN**
**4744 FORT PECK ROAD**
**NEW PORT RICHEY, FL 34655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.863 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LAYNET CORNELIO**
**5411 W 24TH AVE APT 54**
**HIALEAH GARDENS, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LAYTH DAHBOUR**
**1024 ABBEY RD**
**MONROE, MI 48161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LAZARO GARCIA**
**14942 SW 20 STREET**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LE NGUYEN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LE'BRODERICK JOHNSON**
**9613 ROLLING ROCK LANE, APT116**
**DALLAS, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**LE'EIRE EVANS**
**194 NEWTON PLACE**
**AKRON, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 1 | **Nonpriority creditor's name and mailing address**<br>**LEA HARRACKSINGH**<br>**333 NW 70th Ave. #206**<br>**Fort Lauderdale, FL 33317** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $304.04 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0007** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 2 | **Nonpriority creditor's name and mailing address**<br>**LEA WESTERHOLD**<br>**5320 MCCARTNEY RD**<br>**SANDUSKY, OH 44870** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 3 | **Nonpriority creditor's name and mailing address**<br>**LEAH BANKS**<br>**160 WENDOLYN TRCE**<br>**FAYETTEVILLE, GA 30215-7714** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 4 | **Nonpriority creditor's name and mailing address**<br>**LEAH DAVIS**<br>**1302 FARMINGDALE AVENUE**<br>**CAPITOL HEIGHTS, MD 20743** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 5 | **Nonpriority creditor's name and mailing address**<br>**LEAH DEFILIPPO**<br>**2329 APPALOOSA TR**<br>**WELLINGTON, FL 33414** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 6 | **Nonpriority creditor's name and mailing address**<br>**LEAH FAGAN**<br>**3729 PURITAN DR**<br>**BRUNSWICK, OH 44212** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 7 | **Nonpriority creditor's name and mailing address**<br>**LEAH HENDERSON**<br>**150 EDGEWOOD LANE**<br>**SEWARD, PA 15954** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEAH HENLEY**<br>**11043 STONE RD**<br>**VALLEY VIEW, OH 44125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.864 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEAH IANNINI**<br>**5085 RIDGE MEADOW DRIVVE**<br>**STOW, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.865 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEAH RECKER**<br>**7210 TOWNSHIP ROAD 95**<br>**FINDLAY, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.865 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEAH VALDEZ**<br>**217 NORTH SUNSET AVENUE APT 65**<br>**WEST COVINA, CA 91790** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.865 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEAH WRIGHT**<br>**702 NORTH 64TH STREET**<br>**PHILADELPHIA, PA 19151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.865 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEAMON HARRIS**<br>**2555 HARLEM AVE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.865 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LEANNA WALSTON**<br>**25608 BRECKENRIDGE DRIVE**<br>**EUCLID, OH 44117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 1253 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------------------------------|------------------------|---|
| | Name | | |

---

**3.865 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LEAUNTI JEFFERSON**<br>**1865 BEALER DRIVE**<br>**APT. C**<br>**MARION, OH 43302-8764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.865 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,199.86 |
|---|---|---|
| **Leavitt Medical Associates of Flori**<br>**4100 Southpoint Dr. E**<br>**Jacksonville, FL 32216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.865 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LEE CARR**<br>**4709 LABURNUM DR**<br>**AKRON, OH 44319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.865 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LEE DENNIS**<br>**315 CONRAD ST**<br>**NEW ORLEANS, LA 70124-3411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.865 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.10 |
|---|---|---|
| **Lee Memorial Health System**<br>**9981 S HealthPark Dr.**<br>**Fort Myers, FL 33908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.866 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LEE WASHINGTON**<br>**2082 ECHODALE AVENUE**<br>**APT A9**<br>**BALTIMORE, MD 21239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.866 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LEEANN VON KORFF**<br>**6410 NORTHWARD ST**<br>**LOVELAND, OH 45140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.866 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEEASIA BROWN**
**4132 VISTA DEL LAGO DR**
**WINTER HAVEN, FL 33881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.866 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEENA RAMLACKHAN**
**341 LEUCADENDRA DRIVE**
**GABLES ESTATES**
**CORAL GABLES, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.866 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEESA BOWES**
**967 NE 145TH ST**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.866 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEEZA ST. FLEUR**
**715 SW 50 TERRACE**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.866 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEI CHEN**
**3414 DORR ST APT 230**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.866 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEI ZHOU**
**2220 HIGH ST**
**APT 521**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.866 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**LEI ZHOU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEI ZHOU**
**80 E EXCHANGE ST**
**275-C**
**AKRON, OH 44308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEIGH TIPPER**
**600 N ROESSLER ST**
**MONROE, MI 48162**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEIGHA GILBERT**
**14115 STATE ROUTE 116**
**SAINT MARYS, OH 45885**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEIGHA LOBKOVICH**
**4802 HUNT RD**
**ADRIAN, MI 49221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.89 |

**Leila Hosseini**
**1 Ross Park Blvd.**
**Steubenville, OH 43952**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEKWON IMOKE**
**7685 PRESIDENT ST**
**FULTON, MD 20759**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEMANUEL FITZGERALD**
**3378 NW 23 STREET**
**FORT LAUDERDALE, FL 33311**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LEMANUEL MAHLANGU**
**5817 WESLEYAN DRIVE**
**PO BOX A365**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LEMUEL PRIDGEN**
**1527 E. COLD SPRING LN**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LEN SASAKI**
**1348 BOSWALL DRIVE**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LENA BAKER**
**170 CHESTERFIELD LN APT 6**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LENISE RIVERA**
**11231 SW 211TH ST**
**MIAMI, FL 33170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LENNARD BAKER**
**300 LIBRIERY DRIVE**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LENORA BERNARD**
**5314 36TH AVENUE CIRCLE WEST**
**BRADENTON, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.868 3 | **Nonpriority creditor's name and mailing address**<br>**LEON FIGG**<br>**11127 ESTEPA DR**<br>**OAKLAND, CA 94603** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.868 4 | **Nonpriority creditor's name and mailing address**<br>**LEON NOGIC**<br>**1018 BURLESON ST**<br>**GRAND PRAIRIE, TX 75050** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.868 5 | **Nonpriority creditor's name and mailing address**<br>**LEONARD BROWN**<br>**2801 NW 171 STREET**<br>**CAROL CITY, FL 33056** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.868 6 | **Nonpriority creditor's name and mailing address**<br>**Leonard Insurance Services**<br>**Assured Partners**<br>**42441 Mt. Pleasant St. NW**<br>**Suite 200**<br>**North Canton, OH 44720** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.868 7 | **Nonpriority creditor's name and mailing address**<br>**LEONARD SOHN**<br>**421 ALLYN ST**<br>**AKRON, OH 44301** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.868 8 | **Nonpriority creditor's name and mailing address**<br>**LEONARDO GOMEZ**<br>**506 HALEY DR**<br>**OREGON, OH 43616** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.868 9 | **Nonpriority creditor's name and mailing address**<br>**LEONCA WOODS**<br>**4340 SW 19TH STREET**<br>**WEST PARK, FL 33023** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.869 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LEONNETTE MCGLOTHERN**
**10940 WALNUT HILL LN APT 106W**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LEQUOYAL GRAHAM**
**8832 SEVILLE STREET**
**PAHOKEE, FL 33476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LEROY EDWARDS**
**730 SW 38TH AVE**
**DAVIE, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LESHONDA PARKER**
**899 NW 214TH STREET**
**BLDG 26, APT 202**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LESHONDA PARKER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LESHONDA PARKER**
**18013 NW 14ST PLACE**
**MIAMI GARDENS, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LESLEY CAMPBELL**
**814 CALVERT TOWNE DR**
**PRINCE FREDERICK, MD 20678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 7**

Nonpriority creditor's name and mailing address
**LESLIE ALLEN**
**2330 BLUE CREEK DRIVE**
**DALLAS, TX 75216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.869 8**

Nonpriority creditor's name and mailing address
**LESLIE GUNION**
**2011 ROWLAND AVE**
**CANTON, OH 44714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 9**

Nonpriority creditor's name and mailing address
**Leslie Hackney**
**190 Round Hill Rd.**
**Boston, VA 22713**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 0**

Nonpriority creditor's name and mailing address
**LESLIE TILLUCKDHARRY**
**1520 WHITEHALL DRIVE UNIT 301**
**DAVIE, FL 33324**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 1**

Nonpriority creditor's name and mailing address
**LESLIE TORRES**
**4209 SCOTTSDALE DRIVE**
**MESQUITE, TX 75150**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 2**

Nonpriority creditor's name and mailing address
**LESLIE VEGA**
**2890 VIRGINIA ST. APT. 701**
**COCONUT GROVE, FL 33133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 3**

Nonpriority creditor's name and mailing address
**LESLY MARCIN**
**1902 HARRISON ST**
**HOLLYWOOD, FL 33020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.870 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LESSIE ABRON**
**1206 GREGORY AVE**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LESTER GONZALEZ**
**7005 GLENEAGLE DR**
**MIAMI LAKES, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LETICIA MUTABRIWA**
**4875 KINGSHILL DR**
**APT 316**
**COLUMBUS, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LETICIA SKRABUT**
**1808 N WESTWOOD AVE APT B**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LEVETTE JILES**
**5743 W. LAURIE LANE**
**GLENDALE, AZ 85302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LEVI BECKER**
**3426 W 43RD ST**
**ERIE, PA 16506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LEVI THOMPSON**
**835 N. 4TH ST.**
**STEUBENVILLE, OH 43952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.871 | | | |
|---|---|---|---|
| 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEVI WICK**
**15595 GREEN RD**
**BOWLING GREEN, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | | | |
|---|---|---|---|
| 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEVYN BENAVIDES**
**3288 CANDLEWOOD PLACE**
**GRAND PRAIRIE, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | | | |
|---|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEWIS ROMAN**
**3921 SHENTON RD**
**RANDALLSTOWN, MD 21133-2205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | | | |
|---|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEXANDER ACOSTA**
**14985 FILLMORE ST**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | | | |
|---|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEXINE SHIRLEY**
**7359 NW 34TH STREET**
**LAUDERHILL, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | | | |
|---|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEXINGTON WILSON**
**120 NORTH AVE.**
**APT. #213**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | | | |
|---|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**LEXIS HOLLEY**
**5817 WESLEYAN DRIVE**
**PO BOX A166**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.871 8 | **Nonpriority creditor's name and mailing address**<br>**LEXIS HOLLEY**<br>**5273 HEATHGLEN CIRCLE**<br>**VIRGINIA BEACH, VA 23456**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.871 9 | **Nonpriority creditor's name and mailing address**<br>**LEXTON STUBBS**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.872 0 | **Nonpriority creditor's name and mailing address**<br>**LEXUS CLARK**<br>**515 LODGE AVE**<br>**TOLEDO, OH 43609**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.872 1 | **Nonpriority creditor's name and mailing address**<br>**LEYAO WU**<br>**55 FIR HILL, APT. 5A1**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.872 2 | **Nonpriority creditor's name and mailing address**<br>**LEYAO ZHOU**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.872 3 | **Nonpriority creditor's name and mailing address**<br>**LI SUN**<br>**PO BOX 1350**<br>**AKRON, OH 44309**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.872 4 | **Nonpriority creditor's name and mailing address**<br>**LIAM OSBORNE**<br>**202 IVORY DRIVE**<br>**MELBOURNE BEACH, FL 32951**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | |
|---|---|
| 3.872<br>5 | **Nonpriority creditor's name and mailing address**<br>**LIAM REILLY**<br>**310 HALLSONS LN**<br>**BEN LOMOND, CA 95005-9411** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.872<br>6 | **Nonpriority creditor's name and mailing address**<br>**LIANA MACIEL**<br>**19792 WALLFLOWER LANE**<br>**APPLE VALLEY, CA 92308** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.872<br>7 | **Nonpriority creditor's name and mailing address**<br>**LIANA RIVERA VALERIO**<br>**15401 NW 37TH AVE**<br>**MIAMI GARDENS, FL 33054-6459** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.872<br>8 | **Nonpriority creditor's name and mailing address**<br>**LIANG CHEN**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.872<br>9 | **Nonpriority creditor's name and mailing address**<br>**LIANG YANG**<br>**1700 E COLD SPRING LANE**<br>**BALTIMORE, MD 21251** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.873<br>0 | **Nonpriority creditor's name and mailing address**<br>**Lianna Mueller**<br>**97 Casterton Ave.**<br>**Akron, OH 44303** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.873<br>1 | **Nonpriority creditor's name and mailing address**<br>**LIANNA MUELLER**<br>**32 TALBOT DR.**<br>**BEDFORD, OH 44146** |

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIANNA MUELLER**
**97 CASTERTON AVE**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIAO XIONG**
**1674 GINKGO COURT**
**APT. 262**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIAO XIONG**
**2200 HIGH ST. APT. 467**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIBO YAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIBO YAO**
**63 EBER AVE.**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LICH DO**
**882 LAMONDE DR**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIDDIANNA ATWOOD**
**2361 KEMPER AVE**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIDIA ALVAREZ**
**316 VICKIE DRIVE**
**SEAGOVILLE, TX 75159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIJIAO LIU**
**3926 SECKINGER DR**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LILIAN CHALFANT**
**233 BUTTONWOOD CT**
**GAHANNA, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LILLIAN BOOKER**
**4515 26TH STREET W**
**APT #103**
**BRADENTON, FL 34207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LILLIAN CROSSLEY**
**3005 LOMITA STREET**
**FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LILLIANA SEPULVEDA VERA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIN PAN**
**262 MALLARD POINT DR. #310**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.874 6** | **Nonpriority creditor's name and mailing address**<br>**LINA ALFEHAID**<br>**2200 HIGH ST APT 453**<br>**CUYAHOGA FALLS, OH 44221** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.874 7** | **Nonpriority creditor's name and mailing address**<br>**LINAYSHA MARSHALL-EDEN**<br>**1500 APPLETON ST**<br>**BALTIMORE, MD 21217** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.874 8** | **Nonpriority creditor's name and mailing address**<br>**LINCOLN ROAD DERMATOLOGY**<br>**1111 LINCOLN RD. #375**<br>**MIAMI BEACH, FL 33139** | **$1,712.00** |

Date(s) debt was incurred _

Last 4 digits of account number 0329

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.874 9** | **Nonpriority creditor's name and mailing address**<br>**Linda F. Bach, MD PA**<br>**660 NE 95th St. #1**<br>**Miami, FL 33138** | **$336.37** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.875 0** | **Nonpriority creditor's name and mailing address**<br>**LINDA GONZALEZ**<br>**6243 SETTLERS SQUARE LANE**<br>**KATY, TX 77449** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.875 1** | **Nonpriority creditor's name and mailing address**<br>**Linda M. Sedlacek, OD**<br>**4153 Bridgewater Pkwy**<br>**Stow, OH 44224** | **$165.00** |

Date(s) debt was incurred _

Last 4 digits of account number 6190

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.875 2** | **Nonpriority creditor's name and mailing address**<br>**LINDA SAJU**<br>**4891 MIDDLEDALE RD**<br>**LYNDHURST, OH 44124** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDA WILSON**
**1227 FERN GLEN TRAIL**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDA WILSON**
**1915 MYRTLEWOOD DRIVE**
**DALLAS, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDEN GLAZE**
**438 EAST SMITH ROAD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDGY DANIEL**
**16450 NW 2ND AVE APT 109**
**MIAMI, FL 33169-6016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSAY ANDRE**
**24 E HICKORY ST**
**SPRING VALLEY, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSAY BUTEN**
**3836 PALMER CT.**
**CINCINNATI, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSAY CLEMENS**
**22520 STATE ROUTE 18**
**DEFIANCE, OH 43512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.876 0 | **Nonpriority creditor's name and mailing address** **LINDSAY GAL** 912 E CASTON RD UNIONTOWN, OH 44685 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 1 | **Nonpriority creditor's name and mailing address** **LINDSAY GAL** 1121 EVERBRIGHT DR. UNIONTOWN, OH 44685 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 2 | **Nonpriority creditor's name and mailing address** **LINDSAY HUMBERT** 4805 CONDIT RD SUNBURY, OH 43074 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 3 | **Nonpriority creditor's name and mailing address** **LINDSAY LUDWICK** 1249 ELM ST PAINESVILLE, OH 44077 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 4 | **Nonpriority creditor's name and mailing address** **LINDSAY STEPHENS** 1420 CLEARBROOKE DR APT 121 BRUNSWICK, OH 44212 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 5 | **Nonpriority creditor's name and mailing address** **LINDSAY WILLIAMS** 1364 N 4TH ST APT 22 COLUMBUS, OH 43201 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 6 | **Nonpriority creditor's name and mailing address** **LINDSEY ALLEN** 7 SAGEBRUSH ALISO VIEJO, CA 92656 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.876 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY CHARLES**
**2386 CHARNEY RD**
**UNIVERSITY HEIG, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.876 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY FRANK**
**416 AVONDALE RD**
**BALTIMORE, MD 21222-6216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY HARRIS**
**4430 ESCONDIDO CYN RD**
**ACTON, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY O'CONNOR**
**3094 LAUREL RD**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY RENTZSCH**
**8600 ROSCOE PL**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY SCARTON**
**7643 ALAN PKWY**
**MIDDLEBRG HTS, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY STAHL**
**53863 COUNTY ROAD 17**
**BRISTOL, IN 46507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lindsey Sullivan**
**2092 Shetland St.**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.877 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY SULLIVAN**
**2092 SHETLAND ST.**
**MARYSVILLE, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINDSEY WALKER**
**759 CHESTER AVENUE**
**AKRON, OH 44314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINEDIA MASSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINGBO LIU**
**14061 ECKEL JUNCTION RD**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINGYUN GUO**
**418 CRESTWOOD AVE**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LINH LE**
**2135 ORCHARD LAKES PL APT 12**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.878 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Nonpriority creditor's name and mailing address**

**LINHUI ZHU**
**55 FIR HILL DRIVE**
**55 APT 3C9**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 2 |

**Nonpriority creditor's name and mailing address**

**LINHUI ZHU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.878 3 |

**Nonpriority creditor's name and mailing address**

**LINIA SANKAR**
**825 NORTHROP LANE**
**BALTIMORE, MD 21220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.878 4 |

**Nonpriority creditor's name and mailing address**

**LINSLEY FRANCOIS**
**2951 NW 8TH RD**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.878 5 |

**Nonpriority creditor's name and mailing address**

**LINVAL BAILEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.878 6 |

**Nonpriority creditor's name and mailing address**

**LIONEL WILLIAMS**
**707D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.878 7 |

**Nonpriority creditor's name and mailing address**

**LIORA DIAMOND**
**1503 MARAIS ST**
**NEW ORLEANS, LA 70116-1829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.878 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lisa Bialecki**
**5915 Calamie Dr.**
**Cleveland, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**LISA DANO**
**1001 OSWEGO RD**
**NAPERVILLE, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**LISA KEISER**
**2519 CHERRY LAKE RD**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**LISA LEWICKI**
**7571 BASSWOOD COURT**
**APARTMENT E**
**NORTH ROYALTON, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Lisa Liverman**
**1276 Woodbourne Ave.**
**Apt. 6**
**Baltimore, MD 21239-3347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**LISA LIVERMAN**
**1276 WOODBOURNE AVE APT A6**
**BALTIMORE, MD 21239-3347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**LISA MARCY**
**6094 ALLYN ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.879 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LISA MOULDING**
**1908 E MAIN STREET APT 3**
**RICHMOND, VA 23223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LISA NOWACZYK**
**3098 LENNOX CT.**
**LAMBERTVILLE, MI 48144**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LISA SOLTIS**
**411 KROTZER AVE.**
**LUCKEY, OH 43443**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,271.00** |
|---|---|---|---|

**Lisa W. Derrick, MD**
**3730 Tabs Dr.**
**Uniontown, OH 44685**

Date(s) debt was incurred _

Last 4 digits of account number  6263

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LISA WALLJE**
**2020 N BAYSHORE DR**
**APT 2403**
**MIAMI, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LISE DEJEMMO**
**7275 SW 90TH ST**
**C719**
**MIAMI, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LIU WU**
**912 BOSCASTLE CT**
**APT B**
**COLUMBUS, OH 43214**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIUDMYLA BARABANOVA**<br>**AYER HALL, ROOM 235**<br>**250 BUCHTEL MALL**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIUDMYLA BARABANOVA**<br>**685 SHERMAN ST APT 16**<br>**AKRON, OH 44311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIVIA PROCTOR**<br>**9358 PIERCE ROAD**<br>**GARRETTSVILLE, OH 44231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIWEI NI**<br>**1290 CULPEPPER DR**<br>**AKRON, OH 44313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIZA JOSHI**<br>**1716 GLEN KEITH BLVD**<br>**GWYNN OAK, MD 21207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIZA MURPHY**<br>**1408 N. HASKELL AVENUE**<br>**DALLAS, TX 75204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LIZETH CAMPOS**<br>**2838 KERRVILLE DRIVE**<br>**MESQUITE, TX 75181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIZETH JOHANA SANCHEZ CAMACHO**
**437 SUMNER ST APARTMENT T**
**JUDSON HOUSE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LIZETH RAMIREZ-VALDEZ**
**1800 BAPTIST WORLD CTR DRIVE**
**NASHVILLE, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LLOYCHARA SMITH**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LLOYD LATSCH**
**7332 TOWNSHIP ROAD 555**
**HOLMESVILLE, OH 44633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LLOYD ROLLINS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LO'RELL POLLARD**
**7 W. ELLA J GILMORE ST.**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOAY ALARAB**
**2453 MEADOWWOOD DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.881 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN BOYD** | ☐ Contingent | |
| | **20400 STATE ROUTE 12** | ☐ Unliquidated | |
| | **FOSTORIA, OH 44830** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.881 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN BREWER** | ☐ Contingent | |
| | **2701 SILVER FOX TRAIL** | ☐ Unliquidated | |
| | **ASHLAND, OH 44805** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.881 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN GIDDINGS** | ☐ Contingent | |
| | **9856 LYNNFIELD PLACE, NW** | ☐ Unliquidated | |
| | **PICKERINGTON, OH 43147** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.881 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN HUFFMAN** | ☐ Contingent | |
| | **3878 KENT ROAD** | ☐ Unliquidated | |
| | **STOW, OH 44224** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.882 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN KRASSOW** | ☐ Contingent | |
| | **980 GLENWOOD AVE** | ☐ Unliquidated | |
| | **NAPOLEON, OH 43545** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.882 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN LOWRY** | ☐ Contingent | |
| | **2505 MORNINGSTAR LANE** | ☐ Unliquidated | |
| | **ARLINGTON, TX 76001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.882 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **LOGAN MEURER** | ☐ Contingent | |
| | **10549 CONNECTICUT STREET** | ☐ Unliquidated | |
| | **AURORA, OH 44202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.882 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Neidhardt**
**107 E Cornelia St.**
**Hicksville, OH 43526**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.882 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOGAN NITSCHE**
**16 RAYMOND DRIVE**
**WEST MIDDLESEX, PA 16159**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOGAN PHELPS**
**10702 RAMM RD**
**WHITEHOUSE, OH 43571**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOGEN NEIDHARDT**
**107 E CORNELIA ST**
**HICKSVILLE, OH 43526**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOIC JEPHSON DJOMO TCHUENKOU**
**2033 PAULETTE RD APT 101**
**DUNDALK, MD 21222-7824**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOILETTE PELIER**
**1499 NW 91ST AVE APT # 11-22**
**CORAL SPRINGS, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOIS BORNES**
**22650 ALICE STREET**
**APT. # 1**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.883 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LOLADE AJOSE** | ☐ Contingent | |
| | **7603 HILLENDALE RD APT D** | ☐ Unliquidated | |
| | **PARKVILLE, MD 21234-6052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LONDON WASHINGTON** | ☐ Contingent | |
| | **8236 TURNER FOREST RD** | ☐ Unliquidated | |
| | **HENRICO, VA 23231-7660** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LONGQUAN LI** | ☐ Contingent | |
| | **16401 NW 37TH AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LONNELL GARDNER** | ☐ Contingent | |
| | **8630 S. WABASH** | ☐ Unliquidated | |
| | **CHICAGO, IL 60619** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LONNIE ROBERTSON** | ☐ Contingent | |
| | **219 54TH ST NE** | ☐ Unliquidated | |
| | **WASHINGTON, DC 20019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LORD JAKAIH CALLOWAY** | ☐ Contingent | |
| | **5817 WESLEYAN DRIVE** | ☐ Unliquidated | |
| | **PO BOX B220** | ☐ Disputed | |
| | **VIRGINIA BEACH, VA 23455** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LOREN JACKSON** | ☐ Contingent | |
| | **3547 53RD AVE W** | ☐ Unliquidated | |
| | **# 341** | ☐ Disputed | |
| | **BRADENTON, FL 34210** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.883 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.883 7**

**Nonpriority creditor's name and mailing address**
**LORENA CHACON**
**260 CYPRESS DR**
**KEY BISCAYNE, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 8**

**Nonpriority creditor's name and mailing address**
**LORENA DEL TORO**
**10306 HELMSDALE ST**
**HOUSTON, TX 77043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 9**

**Nonpriority creditor's name and mailing address**
**LORENZA NAJERA**
**1106 KINGSBRIDGE ROAD**
**HOUSTON, TX 77073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884 0**

**Nonpriority creditor's name and mailing address**
**LORENZA WEBSTER, III**
**904 WILLIAMSBURG LN**
**KELLER, TX 76248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884 1**

**Nonpriority creditor's name and mailing address**
**LORENZE WRIGHT**
**1850 MOHICAN PLACE**
**KENT, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884 2**

**Nonpriority creditor's name and mailing address**
**LORENZO AUSTIN**
**307 SAINT JAMES AVE**
**SUFFOLK, VA 23434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884 3**

**Nonpriority creditor's name and mailing address**
**LORENZO AUSTIN**
**2600 BERKLEY AVENUE**
**CHESAPEAKE, VA 23325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.884 4 | |

**Nonpriority creditor's name and mailing address**

**LORI KESLING**
**2351 GEORGETOWN AVE**
**TOLEDO, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.884 5 | |

**Nonpriority creditor's name and mailing address**

**LORI TREVINO**
**15323 BUCKLE LANE**
**HOUSTON, TX 77060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.884 6 | |

**Nonpriority creditor's name and mailing address**

**LORRENZIA ROLLERSON**
**1541 PENTRIDGE ROAD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.884 7 | |

**Nonpriority creditor's name and mailing address**

**LORREZ MILLER**
**18821 NW 32ND CT**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.884 8 | |

**Nonpriority creditor's name and mailing address**

**LOTANNA MADUKA**
**80 E EXCHANGE STREET**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.884 9 | |

**Nonpriority creditor's name and mailing address**

**LOTANNA MADUKA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.885 0 | |

**Nonpriority creditor's name and mailing address**

**LOUIS ALVAREZ**
**4450 NW 178TH ST**
**MIAMI GARDENS, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.885<br>1 | Nonpriority creditor's name and mailing address<br>**LOUIS HIGHSMITH**<br>**2606 BEETHOVEN AVE**<br>**BALTIMORE, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885<br>2 | Nonpriority creditor's name and mailing address<br>**LOUIS LAMOSEK**<br>**1023C HEMLOCK HILLS DR**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885<br>3 | Nonpriority creditor's name and mailing address<br>**LOUIS THERMILUS**<br>**349 NW TYLER AVENUE**<br>**PORT SAINT LUCIE, FL 34983**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885<br>4 | Nonpriority creditor's name and mailing address<br>**LOUISA HURT**<br>**2260 48TH ST NW**<br>**WASHINGTON, DC 20007-1035**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885<br>5 | Nonpriority creditor's name and mailing address<br>**Louisiana Dept. of Revenue**<br>**PO Box 201**<br>**Baton Rouge, LA 70821-0201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885<br>6 | Nonpriority creditor's name and mailing address<br>**Louisiana Secretary of State**<br>**PO Box 94125**<br>**Baton Rouge, LA 70809**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885<br>7 | Nonpriority creditor's name and mailing address<br>**LOUNCENY KEITA**<br>**14970 SCHOONER BAY LANE**<br>**NAPLES, FL 34119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.885 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOUNDELCA SILVENCIEUX**
**3801 NW 21ST ST**
**APT #111**
**LAUDERDALE LAKES, FL 33311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOURDES GONZALEZ**
**570 WEST LAWSON ROAD, APT 99**
**DALLAS, TX 75253**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOURDES HEVIA**
**23521 SW 114TH PLACE**
**HOMESTEAD, FL 33032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOVELL GILBERT**
**12090 MALLET DR**
**CINCINNATI, OH 45246**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOVELY AMBROISE**
**2022 NE 168TH ST APT 2**
**NORTH MIAMI BEACH, FL 33162-3260**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOVELY PIERRE**
**14321 MEMORIAL HWY**
**MIAMI, FL 33161-2840**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOVELY PLACIDE**
**450 NW 133 ST**
**MIAMI, FL 33168**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOVELY PLACIDE**
**1145 NW 131ST STREET**
**NORTH MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loyola University, New Orleans**
**6363 St. Charles Ave.**
**Box 200**
**New Orleans, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LU CHEN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LU YU**
**55 FIR HILL, APT. 9B10.**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUBNA ELSAID**
**9230 INDEPENDENCE BLVD.**
**APT 618**
**PARMA HEIGHTS, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCA PALMIERI**
**8980 WYNDAM RD**
**PENNSAUKEN, NJ 08110-1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS BALDESBERGER**
**94 MINGO CIRCLE DR**
**FINLEYVILLE, PA 15332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.887 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCAS COOPER** | ☐ Contingent | |
| | **1018 CRESTMONT RD** | ☐ Unliquidated | |
| | **HURRICANE, WV 25526-7405** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.887 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCAS DE FREITAS** | ☐ Contingent | |
| | **1 UNIVERSITY DRIVE UPO 1340** | ☐ Unliquidated | |
| | **CAMPBELLSVILLE, KY 42718** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lucas Fulop** | ☐ Contingent | |
| | **PO Box 425** | ☐ Unliquidated | |
| | **Middlefield, OH 44062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCAS FULOP** | ☐ Contingent | |
| | **PO BOX 245** | ☐ Unliquidated | |
| | **MIDDLEFIELD, OH 44062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCAS GONTIER** | ☐ Contingent | |
| | **80 E EXCHANGE STREET** | ☐ Unliquidated | |
| | **AKRON, OH 44308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCAS GREGGILA** | ☐ Contingent | |
| | **224 S GORDON DR** | ☐ Unliquidated | |
| | **OAK HARBOR, OH 43449** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LUCAS KRUSINSKI** | ☐ Contingent | |
| | **1700 E COLD SPRING LANE** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21251** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lucas McKean**
11055 Smithville Western Rd.
Jeromesville, OH 44840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS MCKEAN**
11055 SMITHVILLE WESTERN RD
JEROMESVILLE, OH 44840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS PATRONI**
2801 W BANCROFT MS513
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCAS SMITH**
4127 N 43RD ST
OMAHA, NE 68111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCETTE ROMELUS**
150005 NE 6TH AVE
APT 201
MIAMI, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCIA ALVAREZ CARTAMIL**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUCIANIE PIERRE**
4775 N. AUSTRALIAN AVE # 201
WEST PALM BEACH, FL 33407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.888 6**

Nonpriority creditor's name and mailing address
**LUCIEN MCBETH**
**3433 CHELTENHAM RD**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.888 7**

Nonpriority creditor's name and mailing address
**LUCIUS UGORJI**
**3 TOKAY COURT**
**RANDALLSTOWN, MD 21133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.888 8**

Nonpriority creditor's name and mailing address
**LUCMAINE LOUIS**
**18831 NE 3RD CT APT 509**
**NORTH MIAMI BEACH, FL 33179-3818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.888 9**

Nonpriority creditor's name and mailing address
**LUCY BRYAN**
**385 KLING ST APT 1**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.889 0**

Nonpriority creditor's name and mailing address
**LUCY BRYAN**
**393 SUMNER STREET**
**2-227-B UNIVERSITY EDGE**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.889 1**

Nonpriority creditor's name and mailing address
**LUCY GRAWE**
**55 FIR HILL ST**
**4B10**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.889 2**

Nonpriority creditor's name and mailing address
**LUCY MORAN**
**1300 SHERWOOD AVE.**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.889 3**

**Nonpriority creditor's name and mailing address**

**LUCY WILLARD**
**1163 CAMBRIDGE WAY**
**PICKERINGTON, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889 4**

**Nonpriority creditor's name and mailing address**

**LUDMILLA DOMOND**
**PO BOX 630144**
**MIAMI, FL 33163**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889 5**

**Nonpriority creditor's name and mailing address**

**LUDOVIC DJOKO**
**3301 FIRELIGHT LN APT H**
**BALTIMORE, MD 21207-5790**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889 6**

**Nonpriority creditor's name and mailing address**

**LUDWIKA SZYNAL**
**55 FIR HILL 5B8**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889 7**

**Nonpriority creditor's name and mailing address**

**LUIS  GUILHERME DON SANTOS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889 8**

**Nonpriority creditor's name and mailing address**

**LUIS ANGEL CEDENO-ROSARIO**
**1120 N WESTWOOD AVE**
**APT 1402**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889 9**

**Nonpriority creditor's name and mailing address**

**LUIS AVILES**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.890 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS BERGES**
**16158 NORTHWEST 78TH PLACE**
**MIAMI LAKES, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS DIAGO**
**10010 BELLE RIVE BLVD**
**1312**
**JACKSONVILLE, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS ESCUDERO**
**1440 ROYAL CR**
**SEVILLE, OH 44273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS GARCIA**
**8741 SW 49TH STREET**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS MARTINEZ FLORES**
**8324 LODGE SOUTH CIRCLE**
**APT. 5**
**CHARLOTTE, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS MIRANDA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUIS MUNOZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.890 7**

Nonpriority creditor's name and mailing address

**LUIS MUNOZ
639 WILLOW BEND DRIVE
CHESAPEAKE, VA 23323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.890 8**

Nonpriority creditor's name and mailing address

**LUIS RENDEROS
8900 FONDREN ROAD, APT 300B
HOUSTON, TX 77074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.890 9**

Nonpriority creditor's name and mailing address

**LUIS RIVERA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 0**

Nonpriority creditor's name and mailing address

**LUIS RUIZ-SANTIAGO
2913 WIGEON WAY APT 206
AKRON, OH 44319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 1**

Nonpriority creditor's name and mailing address

**LUIS TOBAR-DURAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 2**

Nonpriority creditor's name and mailing address

**LUIS ZAVALA
1408 E.BRAZOS ST
PALESTINE, TX 75801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 3**

Nonpriority creditor's name and mailing address

**LUISA ECHEVERRY RODRIGUEZ
455 GRANT ST. 202A
AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.891 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LUISA ECHEVERRY RODRIGUEZ**
309 POWER ST
AKRON, OH 44311

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LUISA PACE**
1777 WESTWOOD AVENUE
COLUMBUS, OH 43212

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LUISA QUINTANA**
3201 LITTLE ELM CREEK SOUTH
ALVARADO, TX 76009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LUKA MARJANOVIC**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Lukas Landgren**
6351 Palm Trace Landings Dr.
Fort Lauderdale, FL 33314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LUKAS LANDGREN**
6351 PALM TRACE LANDINGS DRIVE
DAVIE, FL 33314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**LUKAS SPEIDEL**
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE BROWN**
**301 FAIRVIEW AVENUE**
**DOYLESTOWN, OH 44230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE CHIASSON**
**5817 WESLEYAN DRIVE**
**PO BOX C175**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE CHIASSON**
**22 FIRST STREET**
**HUDSON, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE FRESQUEZ**
**2105 AVENIDA DE LAS ALTURAS**
**SANTA FE, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE MUGGE**
**28032 WHITE RD**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE SHERIDAN**
**1070 ROYAL COURT NE**
**LANCASTER, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUKE URANSEL**
**339 BUTTERFIELD LANE**
**LIBERTYVILLE, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUM FONDA**
**710 KLING ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUMURIA MCGRIFF**
**PO BOX 6012**
**VERO BEACH, FL 32961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUNNISE GIBSON**
**102A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUTHER FORTSON**
**320 EAST SCHOOL STREET**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUTHER THEGENUS**
**112 TALIA CIRCLE**
**LAKE WORTH, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUXON JEAN**
**6200 N. HUDSON TERR.**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LUYAO ZHENG**
**1288 BUCKINGHAM GATE BLVD**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.893 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LUZ ANDREINA DAVILA UZCATEGUI**<br>**2184 NW 157TH AVE**<br>**PEMBROKE PINES, FL 33028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.893 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LUZ SOLIS**<br>**1134 CAVALRY**<br>**DETROIT, MI 48209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.893 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LYDIA DEVINCENT**<br>**4299 CHIPPEWA RD**<br>**ORRVILLE, OH 44667** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.893 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LYNDA PAYEN**<br>**693 SW 61ST TER**<br>**MARGATE, FL 33068-1719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.893 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LYNDACEE SELLS**<br>**601A DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.894 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LYNDACEE SELLS**<br>**606D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.894 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **LYNDON DESIR**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | |
|---|---|
| 3.894 2 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNDSEY SILVA**
**5540 SOUTH UNIVERSITY DRIVE**
**APT# 8104**
**DAVIE, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.894 3 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNDSEY SILVA**
**722 NW 89 AVE**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.894 4 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNELLE ELLIOTT**
**84-49 168ST APT.4M**
**JAMAICA HILLS, NY 11432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.894 5 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNELLE WRIGHT**
**84-49 168ST APT.4M**
**JAMAICA HILLS, NY 11432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.894 6 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNETTE MORRIS**
**5120 SEKOTS RD APT B6**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.894 7 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNN DURAND**
**21127 NW 14TH PL APT 255**
**MIAMI, FL 33169-2901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.894 8 | **Nonpriority creditor's name and mailing address** $0.00 |

**LYNSIA ALCEME**
**1100 PARK DRIVE**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.894 9 | **Nonpriority creditor's name and mailing address** <br> **LYREA SAMPLE** <br> **2304 EAST CHASE ST** <br> **BALTIMORE, MD 21213** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.895 0 | **Nonpriority creditor's name and mailing address** <br> **LYSE LOUIS** <br> **451 NORTH EAST 177TH STREET** <br> **MIAMI, FL 33162** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.895 1 | **Nonpriority creditor's name and mailing address** <br> **M ELENA KENDALL MD PA** <br> **318 Elhambra Cir.** <br> **Miami, FL 33134** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$150.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **1193** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.895 2 | **Nonpriority creditor's name and mailing address** <br> **M PARTNERS LLC** <br> **9400 Bonita Beach Rd.** <br> **Suite 201** <br> **Bonita Springs, FL 34135** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$291.23** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **0899** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.895 3 | **Nonpriority creditor's name and mailing address** <br> **M''KIYA FONVILLE** <br> **2637 STANTON ROAD SE** <br> **APARTMENT 202** <br> **WASHINGTON, DC 20020** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.895 4 | **Nonpriority creditor's name and mailing address** <br> **M'JWAN NEWELL** <br> **26 33RD ST NE** <br> **WASHINGTON, DC 20019** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.895 5 | **Nonpriority creditor's name and mailing address** <br> **Ma Kaya Gardner** <br> **1160 Hubbard Rd.** <br> **Monroe, MI 48161** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8956**

**Nonpriority creditor's name and mailing address**

**Ma Nchung Agbor Nduku**
**1314 Brookview Dr.**
**Apt. 94**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8957**

**Nonpriority creditor's name and mailing address**

**MA XIAOQING**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8958**

**Nonpriority creditor's name and mailing address**

**MA. AZUCENA RAYTERAN**
**2508 YORKWAY**
**DUNDALK, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8959**

**Nonpriority creditor's name and mailing address**

**MA. AZUCENA RAYTERAN**
**2508 YORKWAY**
**BALTIMORE, MD 21213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8960**

**Nonpriority creditor's name and mailing address**

**Ma. Teresa Totanes**
**2801 Emerald Rd.**
**Parkville, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8961**

**Nonpriority creditor's name and mailing address**

**MAAYAN MERIDAN**
**21007 NE 34TH PL**
**CHAUSER FAMILY**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8962**

**Nonpriority creditor's name and mailing address**

**MACALA NISLY**
**3219 10TH STREET NW**
**CANTON, OH 44708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.896 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MACARENA GARCIA**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Macarena Garcia Garay**
**2801 W Bancroft**
**MS 513**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Macey Smith**
**3041 - 3rd St.**
**La Salle, MI 48145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MACHA FERJUSTE**
**2434 W 75TH AVE**
**PHILADELPHIA, PA 19138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MACHE STEED**
**124 BENONI CIRCLE**
**MIDDLE RIVER, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MACHELL WALKER**
**759 NW 50TH ST**
**MIAMI, FL 33127-2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MACKENNA CURTIS-COLLINS**
**661 CLIFFSIDE DR**
**MANSFIELD, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.897 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MACKENZIE ANDREWS**
**616 E BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MACKENZIE ANDREWS**
**494 SPICER STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MACKENZIE ARENS**
**5161 MOCCASIN PL**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MACKENZIE BRANCO**
**8015 TOWSON BLVD**
**MIAMISBURG, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MACKENZIE BROWN**
**6343 DAN SHERRI DR**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MACKENZIE CARR**
**4709 LABURNUM DR**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mackenzie Clarke**
**12642 Hillmeade Station Dr.**
**Bowie, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.897 7 | **Nonpriority creditor's name and mailing address**<br>**MACKENZIE JANECKO**<br>**458 THORNBERRY TRL**<br>**NORTH LIMA, OH 44452**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |
| 3.897 8 | **Nonpriority creditor's name and mailing address**<br>**MACKENZIE MACDONALD**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |
| 3.897 9 | **Nonpriority creditor's name and mailing address**<br>**MACKENZIE RUNYON**<br>**257 WALLACE DRIVE**<br>**BEREA, OH 44017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |
| 3.898 0 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Simon**<br>**110 W Garfield Ave.**<br>**Swanton, OH 43558**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |
| 3.898 1 | **Nonpriority creditor's name and mailing address**<br>**MACKENZIE ST. LOT**<br>**797 NE 85TH ST**<br>**MIAMI, FL 33138**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |
| 3.898 2 | **Nonpriority creditor's name and mailing address**<br>**Mackenzie Steer**<br>**200 Oak St.**<br>**Rossford, OH 43460**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |
| 3.898 3 | **Nonpriority creditor's name and mailing address**<br>**MACKENZIE THREM**<br>**1326 OXFORD AVENUE NORTHWEST**<br>**CANTON, OH 44703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes · **$0.00** |

| Debtor | **Student Educational Benefit Trust** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.898 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **MACKENZIE VARGAS** | ☐ Contingent | | |
| **1408 CALLE LAS CASAS** | ☐ Unliquidated | | |
| **ROSEVILLE, CA 95747** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 3.898 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **MACY BASS** | ☐ Contingent | | |
| **616 NE SAN RAFAEL ST** | ☐ Unliquidated | | |
| **PORTLAND, OR 97212-3920** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.898 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **MACY MORALES** | ☐ Contingent | | |
| **12308 SANDSTONE STREET** | ☐ Unliquidated | | |
| **HOUSTON, TX 77072** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.898 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **MACY WELSH** | ☐ Contingent | | |
| **38801 CHARDON ROAD** | ☐ Unliquidated | | |
| **WILLOUGHBY HILLS, OH 44094** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.898 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$25,292.00** |
| **MADDALO ANTHONY V MD** | ☐ Contingent | | |
| **24 Saw Mill River Rd** | ☐ Unliquidated | | |
| **HAWTHORNE, NY 10532** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number  0150 | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.898 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **MADELEINE LEPELLEY** | ☐ Contingent | | |
| **607 GOLFVIEW DRIVE** | ☐ Unliquidated | | |
| **PEACHTREE CITY, GA 30269** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.899 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **MADELEINE LEPELLEY** | ☐ Contingent | | |
| **12 MAUWEEHOO HILL** | ☐ Unliquidated | | |
| **SHERMAN, CT 06784** | ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.899 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADELIENE MERCY**
**509 FAULKNER STREET**
**NEW SMYRNA BEACH, FL 32168-6713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.899 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADELINE HENDRIE**
**5849 HICKORY MEADOWS DR**
**WHITE LAKE, MI 48383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADELINE LONGE**
**1402 N PLEASANT ST**
**ROYAL OAK, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madeline Reimbold**
**3501 Torch Lake Dr.**
**Fort Wayne, IN 46804-6933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madeline Schulz**
**816 Castle Blvd.**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADELYN JACOBS**
**1285 E TURKEYFOOT LAKE ROAD**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADELYN SPEHN**
**11605 LANCASTER DRIVE**
**CHAGRIN FALLS, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADELYN SUIDA**
**1690 PINEWIND DR**
**ALBURTIS, PA 18011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADHAVI LATHA LAGUDU**
**420 ALLYN STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madigan Horne**
**1031 Rio Lane**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9001 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON BAER**
**3075 KENT RD**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9002 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON BRANCH**
**524 ROCKWOOD COURT**
**AVON LAKE, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9003 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON CARTER**
**185 TILLINGHAST TRCE**
**NEWNAN, GA 30265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9004 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Cecil**
**39064 Stallion Ct.**
**Avon, OH 44011-3643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON CLOWDUS**
**12675 GREENBELT RD**
**CORONA, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.900 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Craver**
**7163 Quail Lakes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON FORTUNE**
**5104 ROLLING AVENUE**
**LORAIN, OH 44055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON HERMAN**
**7586 COUNTY ROAD D**
**EDGERTON, OH 43517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON KEARNEY**
**21661 ROSE HOLLOW DR**
**SOUTHFIELD, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON KENNEY**
**2706 KENDALE DR APT 102**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON LINVILLE**
**1405 SOUTH MORGAN AVENUE**
**ALLIANCE, OH 44601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADISON MCBRIDE**
PO BOX 1557
WEST TISBURY, MA 02575-1557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Madison Meyers**
1905 Jack Frost Rd.
Virginia Beach, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADISON MYERS**
407 RIDGEWOOD RD
WADSWORTH, OH 44281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADISON NASHU**
3562 BELDARE AVE
CINCINNATI, OH 45220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADISON PADEN**
2700 SHADY LAKE DRIVE
VERMILION, OH 44089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADISON PROCTOR**
9358 PIERCE ROAD
GARRETTSVILLE, OH 44231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MADISON SNYDER**
733 PENNSYLVANIA AVENUE
SHREVE, OH 44676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.901 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON STEWART**
**7733 ORPHEUS PLACE**
**PHILADELPHIA, PA 19153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON STEWART**
**6130 CHESTNUT STREET**
**PHILADELPHIA, PA 19139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Tamm**
**6013 Tyler Point Dr.**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON WOLFE**
**19205 SIXPENNY LANE**
**MONUMENT, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MADISON WORONKA**
**7160 NIMISHILLEN CHURCH STREET**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MADYSON MCDONALD**
**75 WEST MAIN STREET**
**ORWELL, OH 44076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MAELISA DIXON**
**6121 BIANCA CIRCLE**
**FORT WORTH, TX 76132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.902 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
| | **MAGALIS AGUILERA PHD PA** **9240 SW 72nd Street** **Suite 241** **MIAMI, FL 33173** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __7129__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.902 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **MAGDA CORNEILLE** **620 NE 37TH ST APT E** **POMPANO BEACH, FL 33064-4410** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.902 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **MAGDALA MIRTHYL VALCIN** **4774NW42ST** **LAUDERDALE LAKES, FL 33319** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.902 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **MAGDALINI DIAMANTIDOU** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.903 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **MAGDELENA JUAREZ** **600 STATE RD 76** **APT 711** **ESPANOLA, NM 87532** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.903 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **MAGED BA ZUHAIR** **7920 BELRIDGE RD APT J** **NOTTINGHAM, MD 21236-3614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.903 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$554,315.17** |
| | **Magellan Rx Management** **PO Box 783053** **Philadelphia, PA 19178** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Prescription benefits__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.903 3**

**Nonpriority creditor's name and mailing address**
**MAGGIE DITCHMAN**
**1118 RAINBOW AVE**
**VICKERY, OH 43464**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.903 4**

**Nonpriority creditor's name and mailing address**
**Maggie Eppelheimer**
**1465 Hunters Lake Dr. E**
**Cuyahoga Falls, OH 44221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.903 5**

**Nonpriority creditor's name and mailing address**
**MAGGIE GARLAND**
**3793 EAST RIVER ROAD**
**NEWTON FALLS, OH 44444**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.903 6**

**Nonpriority creditor's name and mailing address**
**Maggie Naseem**
**7750 Denali Court**
**Sylvania, OH 43560**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.903 7**

**Nonpriority creditor's name and mailing address**
**Magnus Day**
**118 Sugarberry Dr.**
**New Castle, DE 19720-7629**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.903 8**

**Nonpriority creditor's name and mailing address**
**MAGNUS POULSEN**
**THE COMMONS RESIDENTIAL HALL**
**3625 COLLEGE AVE, BOX #1431**
**ALBERTSLUND, FL 33314**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.903 9**

**Nonpriority creditor's name and mailing address**
**MAGUY SALIMA KITOKO**
**55 FIR HILL ST**
**APT 2B10**
**AKRON, OH 44304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.904 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.73 |
|---|---|---|---|

**Maha Zikra, MD**
**7300 Sand Lake Commons Blvd.**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.904 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAHALA HOBBS**
**8291 NOWLEN ST.**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAHALA SPALSBURY**
**4430 N HOLLAND SYLVANIA RD**
**APT 1215**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAHMOUD ALZIOUD**
**658 ALLYN STREET**
**ROOM 3**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAHMOUD FARRAG**
**1312 MINSON WAY**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAHNOOR ANSARI**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAHOGANE LEWIS**
**14714 KREMS AVENUE**
**MAPLE HEIGHTS, OH 44137-3614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.904 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Nonpriority creditor's name and mailing address**
**MAHOGANE LEWIS**
**10302 LAMONTIER AVENUE**
**CLEVELAND, OH 44104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.904 8**

**Nonpriority creditor's name and mailing address**
**MAHOGANY OLDHAM**
**4430 N HOLLAND SYLVANIA RDAPT 4350**
**TOLEDO, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.904 9**

**Nonpriority creditor's name and mailing address**
**MAHVASH JEBELI**
**48 FRANKLIN STREET**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.905 0**

**Nonpriority creditor's name and mailing address**
**MAHVASH JEBELI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.905 1**

**Nonpriority creditor's name and mailing address**
**MAHVASH JEBELI**
**401 S. MAIN ST., #417B**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.905 2**

**Nonpriority creditor's name and mailing address**
**MAISHAH ALIN**
**590 EAST BUCHTEL AVENUE**
**APT#31**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.905 3**

**Nonpriority creditor's name and mailing address**
**MAITTE ABRIENTOS**
**1910 SW 123 AVE**
**MIAMI, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.905 4 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**MAITTE BARRIENTOS**
**1910 SW 123 AVE**
**MIAMI, FL 33175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.905 5 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**Maiya Harrod**
**4011 Pascal Ave.**
**Curtis Bay, MD 21226-1104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.905 6 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**MAIYA HARROD**
**4011 PASCAL AVE**
**BALTIMORE, MD 21226-1104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.905 7 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**MAJD SOUDAH**
**417 SHERMAN STREET APT 302**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.905 8 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**MAJED NOOR**
**2458 SYCAMORE LN**
**APT 4**
**WEST LAFAYETTE, IN 47906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.905 9 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**MAJID RAFIEI**
**10301 SUNNYLAKE PL APT H**
**COCKEYSVILLE, MD 21030-5328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.906 0 | |

**Nonpriority creditor's name and mailing address**                                       $0.00

**MAKAYA BAIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Nonpriority creditor's name and mailing address**

**MAKAYA GARDNER**
**1160 HUBBARD RD**
**MONROE, MI 48161**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**

**MAKAYLA BENDAW**
**2940 LE OAKS DRIVE, APT 811**
**BOSSIER CITY, LA 71111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**

**MAKAYLA DANIEL**
**1119 EVERETT DR**
**DAYTON, OH 45402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**

**Makayla Donley**
**3151 Inwood Dr.**
**Lima, OH 45806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**

**MAKAYLA DULL**
**705 COUNTY ROAD 12**
**FREMONT, OH 43420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**

**MAKAYLA GOUGH**
**12747 PRENTISS ROAD**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**

**Makayla Hall**
**4900 Aberdeen Ave.**
**Baltimore, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.906 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MAKAYLA HINES**<br>**301B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.906 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MAKAYLA HINES**<br>**301B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MAKAYLA MOORE**<br>**18902 NW 27TH AVE**<br>**APT 312**<br>**MIAMI GARDENS, FL 33056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MAKAYLA REDMAN**<br>**1365 ALLMON DR**<br>**CLARKSVILLE, TN 37042-7854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MAKAYLA RUIZ**<br>**P.O. BOX 2385**<br>**PATTERSON, LA 70392** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Makaylah Downour**<br>**2004 Nature Way**<br>**Lancaster, OH 43130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MAKAYLIN MOORE**<br>**5635 FAYETTE ROAD**<br>**NEW LONDON, OH 44851** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.907 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAKENLY PANOSKY**
**1775 ASCOT RUN NW**
**ACWORTH, GA 30102-7979**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.907 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAKENZIE DOMBROWSKI**
**749 DIANE DRIVE**
**STREETSBORO, OH 44241**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.907 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAKENZIE FERENCHAK**
**1706 PERTH ST**
**TOLEDO, OH 43607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.907 8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAKENZIE KELLEY**
**1165 ABERTH DRIVE**
**AKRON, OH 44320**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.907 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAKENZIE NEWSOM**
**3035 LISA LANE**
**ZANESVILLE, OH 43701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.908 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAKENZIE SMITH**
**16401 NW 37 AV VILLANOVA 402**
**MAIMI GARDENS, FL 33054**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.908 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Malachi Ashley**
**4521 Tapscott Rd.**
**Pikesville, MD 21208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALACHI ASHLEY**
**4521 TAPSCOTT RD**
**BALTIMORE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALACHI DOFAT**
**306B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALACHI DOFAT**
**306B DEDMOND**
**2500 WEST NORTH AVENUE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALACHI QUETEL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALACHI SMITH**
**1428 E 66TH PL APT 1**
**CHICAGO, IL 60637-4421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALAIKA GEFFRARD**
**9801 MAHOGANY DR APT 208**
**GAITHERSBURG, MD 20878-4630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALAV DESAI**
**522 E BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9089 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALAYJIA PARRISH**
**2026 NW 43RD TERRACE**
**#6**
**CITY OF SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9090 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALCOLM BROUGHTON**
**1412 N GARFEILD AVE**
**DELAND, FL 32724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9091 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Malcolm Butler**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9092 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALCOLM DUVIVIER**
**393 SUMNER ST APT#115**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9093 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Malcolm Gilmore**
**921 Westlake Dr.**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9094 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALCOLM LONGSWORTH**
**2061 NW 4TH COURT**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9095 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALCOLM SYKES**
**1700 E. COLDSPRING LN**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALCOLM TAYLOR**
**9001 S CALVIN WAY**
**INGLEWOOD, CA 90305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.909 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALEAK JENKINS-SMITH**
**2535 74TH AVE**
**OAKLAND, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALEAK JENKINS-SMITH**
**2433 64TH AVENUE**
**OAKLAND, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALEEK BREEZE-WILLIS**
**5043 W QUINCY ST**
**CHICAGO, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALEEL COBLE**
**3601 SAINT MARGARET ST**
**BALTIMORE, MD 21225-2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maleick Fleming**
**7403 N Point Rd.**
**Sparrows Point, MD 21219-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALEICK FLEMING**
**7403 N POINT RD**
**EDGEMERE, MD 21219-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALEIGHA COOPER**
**3811 HERON CREEK**
**ROOTSTOWN, OH 44272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALICAI CALDER**
**5464 DORR ST APT 12**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALIK ALEXANDER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malik Brown**
**419 Mosher St.**
**Baltimore, MD 21217-3447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALIK BRYANT**
**1562 BERKSHIRE ST**
**WESTLAND, MI 48186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malik Debow**
**92 E Padonia Rd.**
**Apt. 201**
**Lutherville Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MALIK DEBOW**
**92 EAST PADONIA RD APT 201**
**LUTHERVILLE, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.911 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALIK FORD**
**7605 KIMBERLY BLVD**
**NORTH LAUDERDALE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALIK HUDSON**
**12416 THRAVES AVE**
**CLEVELAND, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALIK JACKSON**
**270 NW 151 AVE**
**HOLLYWOOD, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Malik Lawal**
**1540 Pentridge Rd.**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALIK MARTIN**
**703C DALEY**
**2500 WEST NORTH AVENUE**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALIK MARTIN**
**703C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MALIK MCNEELY**
**311 HERRING ST.**
**BALTIMORE, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malik Moore**
**2255 Laskey**
**Toledo, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malik Moore**
**1239 Linworth Ave.**
**Apt. 3A**
**Baltimore, MD 21239-4079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Malik Moorer**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MALIK MOORER**
**600 SHERMAN AVE**
**PLAINFIELD, NJ 07060-2230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MALIK SHINOZAKI**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MALIK TATUM**
**2980 RICHMOND ROAD**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MALIK TURNAGE**
**2107 SINCLAIR LANE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.912 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MALIK WARREN**
**8416 ALLENSWOOD RD**
**RANDALLSTOWN, MD 21133-4634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MALIK WHITE**
**307B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Malik Williams**
**3632 Brothers Place SE**
**Apt. #T-3**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MALIK WOOLDRIDGE**
**1385 SHANABROOK DR**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Malik Young**
**4701 Eagles Nest Cir**
**Dayton, OH 45429-1931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MALIK YOUNG**
**4701 EAGLES NEST CIR**
**KETTERING, OH 45429-1931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MALIK ZIMMERMAN**
**2392 HAMLET CIR**
**LAKELAND, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.913**
**1**

**Nonpriority creditor's name and mailing address**
**MALIQUE BOWE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.913**
**2**

**Nonpriority creditor's name and mailing address**
**MALISSA SAINTIL**
**13820 NORTH EAST 3RD COURT**
**APARTMENT 105**
**MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.913**
**3**

**Nonpriority creditor's name and mailing address**
**MALISSA SAINTIL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.913**
**4**

**Nonpriority creditor's name and mailing address**
**MALLORY BEST**
**1876 RIDGEBURY DR.**
**HILLIARD, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.913**
**5**

**Nonpriority creditor's name and mailing address**
**MALLORY DYE**
**502 48TH ST**
**SANDUSKY, OH 44870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.913**
**6**

**Nonpriority creditor's name and mailing address**
**MALLORY ETCHEBERRY**
**80 EAST EXCHANGE ST.**
**APT. #482D**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.913**
**7**

**Nonpriority creditor's name and mailing address**
**Mallory Langford**
**5817 Wesleyan Dr.**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.913<br>8 | **Nonpriority creditor's name and mailing address**<br>**MALLORY LANGFORD**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX B321**<br>**VIRGINIA BEACH, VA 23455**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.913<br>9 | **Nonpriority creditor's name and mailing address**<br>**MALLORY PHILLIPS**<br>**2323 HEATHERGLEN DR**<br>**MAUMEE, OH 43537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.914<br>0 | **Nonpriority creditor's name and mailing address**<br>**Mamata Malla**<br>**3283 Alexandria Dr.**<br>**Toledo, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.914<br>1 | **Nonpriority creditor's name and mailing address**<br>**Mamorial Family Practice**<br>**1005 Joe DiMaggio Dr.**<br>**Hollywood, FL 33021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$173.71** |
| 3.914<br>2 | **Nonpriority creditor's name and mailing address**<br>**MANADA KHAING**<br>**2430 OLD STONE CT APT 6**<br>**TOLEDO, OH 43614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.914<br>3 | **Nonpriority creditor's name and mailing address**<br>**MANAKI IKEDA**<br>**11715 GARFIELD ROAD**<br>**HIRAM, OH 44234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.914<br>4 | **Nonpriority creditor's name and mailing address**<br>**Manati Medical Center**<br>**Calle Hernandez Carrion**<br>**Manati, 00674**<br>**Puerto Rico**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$146.07** |

| | | |
|---|---|---|
| 3.914 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

3.914 5

**Nonpriority creditor's name and mailing address**

**MANDEEP SINGH**
**55 FIR HILL**
**APARTMENT:12B6**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.914 6

**Nonpriority creditor's name and mailing address**

**MANDOLA THOMPSON**
**19995 SW 135TH AVE**
**MIAMI, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.914 7

**Nonpriority creditor's name and mailing address**

**MANGALDEEP KUNDU**
**2220 HIGH STREET**
**APT 305**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.914 8

**Nonpriority creditor's name and mailing address**

**MANGALDEEP KUNDU**
**195 WHEELER STREET**
**APT#103B**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.914 9

**Nonpriority creditor's name and mailing address**

**Manish Karamchandani**
**9222 Wintergreen Ct.**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.915 0

**Nonpriority creditor's name and mailing address**

**MANIYAH WRIGHT**
**1360 NW 173 TERRACE**
**MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.915 1

**Nonpriority creditor's name and mailing address**

**MANMEET SINGH CHAWLA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.915 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MANO CHOCKALINGAM** | |
| | **484 ALLYN STREET APT A** | |
| | **AKRON, OH 44304** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 3 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MANOJ JAMARKATTEL** | |
| | **1315 OAK HILL CT APT 162** | |
| | **TOLEDO, OH 43614** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 4 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MANON FERDANI** | |
| | **21 WHITEHEAD CIRCLE** | |
| | **WESTON, FL 33326** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 5 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MANQIU ZHANG** | |
| | **80E EXCHANGE STREET** | |
| | **AKRON, OH 44308** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 6 | **Nonpriority creditor's name and mailing address** | **$176.40** |
| | **Manual & Sports Physical Therapy** | |
| | **121 Congressional Lane, Suite 602** | |
| | **Rockville, MD 20852** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MANUCA MILLIEN** | |
| | **2511 NW 39TH TERR** | |
| | **APT 204** | |
| | **FORT LAUDERDALE, FL 33311** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MANUEL CRUZ** | |
| | **1525 DUNWOODY AVE** | |
| | **OXON HILL, MD 20745-2310** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.915 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MANUEL HOLMES**
**1277 SUELLEN WAY**
**CLARKSVILLE, TN 37042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.916 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MANUEL LIQUE**
**8915 WEST 33RD AVENUE**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MANUEL LUQUE**
**8915 W 33RD AV**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 2 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MANUEL MARIA PINTO DE ANDRADE**
**CORDEIRO**
**491 SUMNER STREET**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 3 | **Nonpriority creditor's name and mailing address** | $250.00 |

**MANUEL MELENDEZ MD PA**
**10250 SW 56th Street, Ste. A102**
**MIAMI, FL 33165**

Date(s) debt was incurred _

Last 4 digits of account number  2050

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MANUEL MOLLINEDO**
**6997 W 24TH LN**
**HIALEAH, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MAQUASIA SCOTT**
**1190 NW 35TH STREET**
**MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.916 6 | **Nonpriority creditor's name and mailing address**<br>**MAR MD NOW MEDICAL CENTERS INC**<br>**3470 NW 62nd Ave.**<br>**Pompano Beach, FL 33063** | **$302.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5474

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.916 7 | **Nonpriority creditor's name and mailing address**<br>**MARAH GHANNAM**<br>**720 INDEPENDENCE RD**<br>**TOLEDO, OH 43607** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.916 8 | **Nonpriority creditor's name and mailing address**<br>**MARAH PIERRE**<br>**3590 NW 80TH AVE**<br>**CORAL SPRINGS, FL 33065-3038** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.916 9 | **Nonpriority creditor's name and mailing address**<br>**MARC ALEXANDER**<br>**113 EARLWOOD RD**<br>**PITTSBURGH, PA 15235** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.917 0 | **Nonpriority creditor's name and mailing address**<br>**Marc Csete, MD**<br>**Miami Jewish Health Systems**<br>**5200 NE 2nd Ave.**<br>**Miami, FL 33137** | **$113.70** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.917 1 | **Nonpriority creditor's name and mailing address**<br>**Marc Curry**<br>**9517 Whitehurst Dr.**<br>**Owings Mills, MD 21117-4742** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.917 2 | **Nonpriority creditor's name and mailing address**<br>**MARC EXPOSITO**<br>**2123 MERIDIAN AVE**<br>**MIAMI BEACH, FL 33139** | **$0.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.917 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARC GASKINS** | ☐ Contingent | |
| **818 ALABAMA AVE SE** | ☐ Unliquidated | |
| **WASHINGTON, DC 20020** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.917 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARC GASKINS** | ☐ Contingent | |
| **2306 HARTFORD STREET SE** | ☐ Unliquidated | |
| **APT 302** | ☐ Disputed | |
| **WASHINGTON, DC 20020** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.917 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$163.06** |
| **Marc Kesselman, DO** | ☐ Contingent | |
| **3200 S University Dr.** | ☐ Unliquidated | |
| **NSU-KPCOM** | ☐ Disputed | |
| **Fort Lauderdale, FL 33308** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.917 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARC MIGLIOZZI** | ☐ Contingent | |
| **1545 KING JAMES DR** | ☐ Unliquidated | |
| **PITTSBURGH, PA 15237** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.917 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARC RAYMOND** | ☐ Contingent | |
| **13285 NE 6 AVE. APT. S309** | ☐ Unliquidated | |
| **MIAMI, FL 33161** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.917 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARCALA NELSON** | ☐ Contingent | |
| **2955 NE 6TH CT** | ☐ Unliquidated | |
| **POMPANO BEACH, FL 33069** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.917 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARCEL CASTRO** | ☐ Contingent | |
| **16506 SW 103RD LN** | ☐ Unliquidated | |
| **MIAMI, FL 33196** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 3.918 0 | **Nonpriority creditor's name and mailing address**<br>**MARCEL HOLDEN**<br>**3208 EL CAMINO STREET**<br>**BAY CITY, TX 77414**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.918 1 | **Nonpriority creditor's name and mailing address**<br>**MARCEL HOLEMS-CHEATHAM**<br>**4635 HAWKSBURY RD**<br>**PIKESVILLE, MD 21208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.918 2 | **Nonpriority creditor's name and mailing address**<br>**MARCEL RICE**<br>**1520 EAST 248TH STREET**<br>**EUCLID, OH 44117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.918 3 | **Nonpriority creditor's name and mailing address**<br>**MARCEL ZAJAC**<br>**320 POWER ST**<br>**AKRON, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.918 4 | **Nonpriority creditor's name and mailing address**<br>**MARCELINE EXILHOMME**<br>**3610 NW 21ST APT.301**<br>**LAUDERDALE LAKES, FL 33311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.918 5 | **Nonpriority creditor's name and mailing address**<br>**MARCELLUS DOGO-ISONAGIE**<br>**3714 BRENBROOK DR**<br>**RANDALLSTOWN, MD 21133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.918 6 | **Nonpriority creditor's name and mailing address**<br>**MARCELLUS DOGO-ISONAGIE**<br>**3714 BRENBROOK DR**<br>**BALTIMORE, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.918 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCIA FERGUSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCO MICALETTO**
**406 SUMNER ST**
**APARTMENT B-14**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCO MILANESE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCOS CASTILLO**
**9075 SW 36TH MANOR**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCOS EMILIANI**
**15051 ROYAL OAKS LANE**
**APT 403**
**MIAMI, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCOS HERNANDEZ**
**620 BACTHEL STREET SE**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcos Pantoja**
**1350 N Howard St.**
**Apt. 302**
**Akron, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.919 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCQUES GIBBS-MCHAYLE**
**547 S 2ND ST**
**DARBY, PA 19023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS BRAZZEL**
**18180 NW 68TH AVE**
**APT #202-E**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcus Campbell**
**1645 Treutlan Place**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS DAVIDE**
**8841 SW 105 ST**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS FLOWERS**
**2404 KEYBERRY LANE**
**BOWIE, MD 20715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS HALTON**
**5480 PREAKNESS LANE, APT 831**
**DALLAS, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS MCNEAL**
**38516 OAK HILL LANE APT 3**
**WILLOUGHBY, OH 44094-7661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.920 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS MILLER**
**6043 ORCHARD RD**
**DOUGLASVILLE, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS MILLER**
**2078 VILLAGE CREST DRIVE NW**
**ATLANTA, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS THOMAS**
**720 KAHN DR**
**BALTIMORE, MD 21208-5826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Marcus Thompson
1029 N Wolfe St
Baltimore, MD 21205-1115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARCUS WEATHERBEE**
**5221 COLDBROOK DRIVE**
**MANTUA, OH 44255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.54** |
|---|---|---|---|

**Marcy Alvarex, DO PA**
**Lincoln Road Dermatology**
**1111 Lincoln Rd., Suite 375**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcy Ekomwenrenren**
**1714 Holbrook St.**
**Baltimore, MD 21202-5809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.920 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Mardis Leigh** | |
| | **7911 Idian Hwy** | |
| | **Apt. 412** | |
| | **Fort Washington, MD 20744** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.920 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MARDIS LEIGH** | |
| | **8924 BLUFFWOOD LANE** | |
| | **FORT WASHINGTON, MD 20744** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MARGARET MARTEN** | |
| | **4646 DRESHER TRAIL** | |
| | **STOW, OH 44224** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MARGARET MEHLMAN** | |
| | **4212 MUSCOVY LN** | |
| | **BATAVIA, OH 45103** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MARGARET MICHELS** | |
| | **416 MARYLAND COURT** | |
| | **VIRGINIA BEACH, VA 23451** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921 3 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MARGARET REILLY** | |
| | **2511 WEST VILLAGE DRIVE** | |
| | **TOLEDO, OH 43614** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921 4 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **MARGARET STEHNO** | |
| | **W3851 KELLY ROAD** | |
| | **LAKE GENEVA, WI 53147** | |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.921<br>5 | **Nonpriority creditor's name and mailing address**<br>**MARGARET TOPALIAN**<br>**12367 TAYLOR WELLS ROAD**<br>**CHARDON, OH 44024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.921<br>6 | **Nonpriority creditor's name and mailing address**<br>**MARGARET WOLPERT**<br>**312 PLYMOUTH DR**<br>**BAY VILLAGE, OH 44140**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.921<br>7 | **Nonpriority creditor's name and mailing address**<br>**MARGARITA PAYERO**<br>**470 NE 194TH TERRACE**<br>**MIAMI, FL 33179**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.921<br>8 | **Nonpriority creditor's name and mailing address**<br>**Marheanne Abbigail Retardo**<br>**3987 Vira Rd.**<br>**Stow, OH 44224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.921<br>9 | **Nonpriority creditor's name and mailing address**<br>**MARHEANNE ABBIGAIL RETARDO**<br>**1905 FAIRWAY DR**<br>**WICKLIFFE, OH 44092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.922<br>0 | **Nonpriority creditor's name and mailing address**<br>**MARIA ALONSO**<br>**615 SANDUSKY ST**<br>**DELAWARE, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.922<br>1 | **Nonpriority creditor's name and mailing address**<br>**Maria Bardeeva**<br>**3301 College Ave.**<br>**Fort Lauderdale, FL 33314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.922 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIA BARONETTO**
14201 SW 88TH ST
APT 209D
MIAMI, FL 33186

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIA BARREAT**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria Boix Braga**
9800 W Bay Harbor Dr.
Apt. 402
Miami Beach, FL 33154

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIA BOIX BRAGA**
2801 NE 183RD ST
APT 101
AVENTURA, FL 33160

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIA BOIX BRAGA**
9800 W BAY HARBOR DR
APT 402
BAY HARBOR ISLANDS, FL 33154

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIA CAPRILES**
3301 NE 1ST AVE
UNIT H-915
MIAMI, FL 33137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIA CEBALLOS-ZAGALES**
14244 SW 117TH TERRACE
MIAMI, FL 33186

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maria Ciccolini**
80 E Exchange St.
Apt. 245D
Akron, OH 44308

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIA CORNU LAPORT**
16736 SAPPHIRE ISLE
WESTON, FL 33331

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIA CRUZ**
1581 BRICKELL AVE. APT.#408
MIAMI, FL 33129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIA CRUZ POLANCO**
6931 SW 16TH COURT
NORTH LAUDERDALE, FL 33068

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIA DIAZ**
1404 GLEN DR
MCHENRY, IL 60050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIA GONZALEZ**
3606 MT EVEREST STREET
DALLAS, TX 75211

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIA GREENE**
1131 NW 122ND STREET
MIAMI, FL 33168

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.923 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIA GUTIERREZ**
**11288 SW 161 PL.**
**MIAMI, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**MARIA HACHE**
**7000 SW 62nd Ave**
**Ste PH-M**
**SOUTH MIAMI, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7797

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIA IGLESIAS VILLAREJO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Ignacia Scharffenorth**
**2886 SW 32nd Ct.**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIA JONES**
**3525 ELMORA AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIA KECSKEMETI**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIA KESCKEMETI**
**312 S 17TH AVENUE**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARIA LOPEZ**
**9055 CARDELLA AVENUE**
**DALLAS, TX 75217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.924 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARIA MARONGIU**
**77 FIR HILL STREET, APT 7C4**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.924 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maria Montoya**
**1840 SW 44th Ave**
**Apt. B**
**Fort Lauderdale, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.924 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maria Pappa**
**5008 Norbeck Rd.**
**Rockville, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.924 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARIA PEREZ HERNANDEZ**
**2201 NW 168 AVE, #8-102**
**NO:12-47**
**PEMBROKE PINES, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.924 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARIA ROSADILLA**
**16736 SAPPHIRE ISLE**
**WESTON, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.924 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARIA SANCHEZ**
**3420 SW 195TH AVE**
**MIRAMAR, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.925 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Simmonds**
**1105 Westwood Ave.**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIA ZHGUN**
**1800 S.OCEAN DR. APT 2502**
**HALLANDALE BEACH, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIACIRA DI SANTI**
**8006 SW 158TH CT**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIAH BENSON**
**16687 FALMOUTH DRIVE**
**STRONGSVILLE, OH 44136-7411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIAH BENSON**
**1901 PARKWAY DRIVE**
**CLEVELAND, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mariah Bowser-Jones**
**1443 Park St.**
**Sidney, OH 45365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIAH CUNNINGHAM**
**15233 LINDITA DRIVE**
**HOUSTON, TX 77082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.925 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAH HARNISH**
**3423 BAILEY ROAD**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAH HILLERY**
**10012 N ASTER AVE**
**APT B**
**TAMPA, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAH MAEULI-SHEFFIELD**
**3377 LEES AVENUE**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAH MASEULI-SHEFFIELD**
**3377 LEES AVENUE**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAH MOSTARDI**
**3376 SUMMIT RD**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAH OSBORNE**
**4011 N UNIVERSITY DRIVE**
**APT. H-201**
**FORT LAUDERDALE, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariah Pasternak**
**1313 Oak Hill Ct.**
**Apt. 176**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | Case number *(if known)* | |
|--------|----|---|----|---|
| | Name | | | |

| 3.926 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariah Reyes**
**600 E. Yeasting St.**
**Gibsonburg, OH 43431**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariama Ndure**
**12120 Clifftondale Dr.**
**Silver Spring, MD 20904-1941**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAMA NDURE**
**12120 CLIFFTONDALE DR**
**SILVER SPRING, MD 20904-1941**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAN GARREN**
**9108 FAYETTE AVENUE**
**AFFTON, MO 63123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIAN SMITH**
**2200 CHATAM HILL ST.**
**GRAPEVINE, TX 76051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIANA CLAVIJO STEVENSON**
**1915 MADEIRA DR**
**WESTON, FL 33327**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIANA RINCON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.927 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIANA SILVESTRI**
**6880 SILKWOOD LANE**
**CLEVELAND, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIANDREA RODRIGUEZ**
**88 SW 7TH ST**
**APT 4004**
**MIAMI, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIANELA LUPORINI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIANO BENZAQUEN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARICIA FREDERICK DORMEVIL**
**225 NE 175 STREET**
**N. MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIE  MASTRANGELO**
**8331 NW 7TH CT**
**BOCA RATON, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARIE BROOKS**
**502C DALEY**
**2500 WEST NORTH AVENUE**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIE BROOKS**
**502C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIE DENIS**
**3612 NW 190TH ST**
**MIAMI GARDENS, FL 33056-3009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIE ETIENNE**
**108 NW 9TH TERR**
**HALLANDALE BEACH, FL 33009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIE OVERING**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIE RAINA MOISE**
**1830 WASHINGTON AVENUE**
**OPA LOCKA, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIE ROCHE**
**170 NW 21ST STREET**
**POMPANO BEACH, FL 33060**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MARIE ROSE PIERRE**
**1020 SW 29TH WAY**
**FORT LAUDERDALE, FL 33312-2848**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIEKA PHILLIPS**
3872 LANCEWOOD DR
POMPANO BEACH, FL 33065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIELA CANO**
16362 SW 50TH TERRACE
MIAMI, FL 33185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mariella Santucci**
1600 W Rocket Dr.
Toledo, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIELLA SANTUCCI**
2241 UNIVERSITY HILLS BLVD
APT 304
TOLEDO, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIELYS CONCEPCION**
28901 SW 164 AVE
HOMESTEAD, FL 33033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARIELYS CONCEPTION**
28901 SW 164 AVE
HOMESTEAD, FL 33033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marieme Ndaw**
5434 Hilltop Ave.
Baltimore, MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIJA PALEKA**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARILYN PICKENS**
1102 JAVA PL
LANDOVER, MD 20785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARINA BARINSHTEIN**
19380 COLLINS AVE #1416
SUNNY ISLES BEACH, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARINA KRAVCHENKO**
1410 WOODPATH CT
HUDSON, OH 44236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
|---|---|---|---|

**Marinela M. Nemetz, DDS**
12421 San Jose Blvd.
Ste. 320
Jacksonville, FL 32223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.78 |
|---|---|---|---|

**Mario A. Almeida, MD PA**
7000 SW 6nd Ave. #605
Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARIO ALVAREZ**
116 COLE DR
JOHNSTOWN, OH 43031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.9299**

Nonpriority creditor's name and mailing address

**Mario Bonsignore**
**4502 Warm Stone Cir.**
**Perry Hall, MD 21128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.9300**

Nonpriority creditor's name and mailing address

**MARIO ECHEVERRI**
**577 BROOKLINE CT**
**NORTHFIELD, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9301**

Nonpriority creditor's name and mailing address

**MARIO HENRY**
**3205 MAYFAIR RD**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9302**

Nonpriority creditor's name and mailing address

**MARIO MCTIER**
**3074 16TH AVENUE S**
**SAINT PETERSBURG, FL 33712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9303**

Nonpriority creditor's name and mailing address

**MARIO MORALIEV**
**1516 ALICEANNA ST**
**BALTIMORE, MD 21231-2802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9304**

Nonpriority creditor's name and mailing address

**MARIO MURRAY**
**1915 FOX ST APT 103**
**ADELPHI, MD 20783-2365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9305**

Nonpriority creditor's name and mailing address

**MARION MOORE**
**1595 SAINT ANTHONY AVE**
**APT 10**
**SAINT PAUL, MN 55104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.930 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARION WILES**
**4585 REEDY BRANCH ROAD**
**BLACKVILLE, SC 29817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marisa Cargill**
**2114 - 6th St.**
**Cuyahoga Falls, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marisa Sierra**
**4069 Nantuckett Dr.**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISA SIERRA**
**4069 NANTUCKETT DR**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISA VICERE**
**405 WEST LEBANON RD**
**DOVER, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marissa Austin**
**8851 Heathermore Blvd.**
**Apt. 301**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISSA BERTINO**
**525 CEBARBERRY COURT**
**PAINESVILLE, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.931 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Marissa Boniszewski
1859 Middlesbrough Ct.
Apt. 6
Maumee, OH 43537

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 4 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MARISSA BONISZEWSKI
1859 MIDDLESBROUGH CT
APT 6
MAUMEE, OH 43537

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 5 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Marissa Brown
6026 Meyers Landing Court
Burke, VA 22015

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 6 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Marissa Culp
1845 Saragossa St.
Pomona, CA 91768

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 7 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MARISSA CULP
2400 OVERLAND AVENUE
BALTIMORE, MD 21214

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 8 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Marissa Harrington
18 Karis St.
Waterville, OH 43566

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 9 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MARISSA HORNING
6771 SECKEL DRIVE
WESTERVILLE, OH 43082

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISSA MACHESE**
**5888 AMRAP DR**
**CLEVELAND, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISSA MARCHESE**
**5888 AMRAP DR**
**CLEVELAND, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISSA PHILLIPS**
**5817 WESLEYAN DRIVE**
**PO BOX B80**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marissa Wickes**
**3483 NW 13th St.**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marissa Wierzbicki**
**406 Keisel Ct**
**Powell, OH 43065-7481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISSA WIERZBICKI**
**406 KEISEL CT**
**POWELL, OH 43065-7481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARISSA WITTMANN**
**3310 LINDEN PL**
**CANFIELD, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.932 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARJAN ALSADAT KASHFIPOUR**
**451 BROWN STREET**
**APT 6**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARJORIE B WILTSHIRE**
**485 PIEDMONT CIRCLE**
**YORK, PA 17404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARJORIE WILTSHIRE**
**485 PIEDMONT CIRCLE**
**YORK, RI 17404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.82 |
|---|---|---|---|

**Mark A. Scott, DC**
**1801 Pleasure House Rd.**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.00 |
|---|---|---|---|

**MARK AND KAMBOUR MD**
**PO BOX 100914**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number  6172

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Anderson**
**12214 Madeley Ln**
**Bowie, MD 20715-2901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**MARK BERNHARDT**
**1601 E Brownard Blvd.**
**FORT LAUDERDALE, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number  2149

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARK BROWN**
**9576 HADWAY DRIVE**
**INDIANAPOLIS, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.933 5**

**Nonpriority creditor's name and mailing address**

**Mark Bruss**
**450 N River Rd.**
**Waterville, OH 43566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.933 6**

**Nonpriority creditor's name and mailing address**

**MARK BUCHANAN**
**3617 CAMPFIELD RD**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.933 7**

**Nonpriority creditor's name and mailing address**

**Mark Creamer**
**21090 Padero Ave.**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.933 8**

**Nonpriority creditor's name and mailing address**

**MARK ELLIS**
**216 BUCKINGHAM CT**
**WILLIAMSTOWN, NJ 08094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.933 9**

**Nonpriority creditor's name and mailing address**

**Mark Fadel**
**636 Pine Valley Ln**
**Apt. 101**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.934 0**

**Nonpriority creditor's name and mailing address**

**MARK FADEL**
**608 PINE VALLEY LN APT 204**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| | | |
|---|---|---|
| 3.934 1 | **Nonpriority creditor's name and mailing address** | $379.28 |

**Mark Kambour, MD PA**
**4665 Ponce de Leon Blvd.**
**Miami, FL 33146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.934 2 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MARK KOSKI**
**1202 GRAFTON SHOP ROAD**
**BEL AIR, MD 21014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.934 3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MARK KOSTELAC**
**11405 WOODIEBROOK RD**
**CHARDON, OH 44024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.934 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MARK LARSEN**
**4919 ROSALIND LANE**
**POWELL, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.934 5 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MARK LONDON**
**306C DEDMOND**
**2500 WEST NORTH AVENUE**
**DUNDALK, MD 21222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.934 6 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MARK LONDON**
**306C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.934 7 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Mark Okoroji**
**14007 Lake Meadows Dr.**
**Bowie, MD 20720-3816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.934 8**

**Nonpriority creditor's name and mailing address**
**Mark Peasley**
**7145 Mildon Rd.**
**Painesville, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.934 9**

**Nonpriority creditor's name and mailing address**
**Mark Peasley**
**7145 Mildon Rd.**
**Painesville, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935 0**

**Nonpriority creditor's name and mailing address**
**MARK PEASLEY**
**679 ARDLEIGH DR**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935 1**

**Nonpriority creditor's name and mailing address**
**MARK RUDOLPH**
**3715 BROOKSIDE RD**
**OTTAWA HILLS, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935 2**

**Nonpriority creditor's name and mailing address**
**Mark Smith**
**1679 Township Rd. 378**
**Steubenville, OH 43952**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935 3**

**Nonpriority creditor's name and mailing address**
**MARK SOBNOSKY**
**502 WEST NIMNSILA ROAD**
**NEW FRANKLIN, OH 44319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935 4**

**Nonpriority creditor's name and mailing address**
**MARK THOMPSON**
**705 17TH ST SE**
**WASHINGTON, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1353 of 3613

| 3.935 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARKAVOUS HAMPTON**
**918 SPRINGDALE RUN**
**MEMPHIS, TN 38108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Markayla Algood**
**4911 Jack Linton Way N**
**Frederick, MD 21703-7536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARKEA CARTER**
**16 CINNAMON CIRCLE**
**APT. 3A**
**RANDALLSTOWN,, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARKEITH DOKES**
**340 W 25TH ST**
**WEST PALM BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARKEL DAVIS**
**1478 STANDRIDGE STREET**
**MEMPHIS, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARKELON LEE**
**2627 PARKROW AVENUE**
**DALLAS, TX 75215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Markese Bostic**
**1659 Boardwalk**
**Florissant, MO 63031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 2 | **Nonpriority creditor's name and mailing address** |

**MARKETA CONEY**
**8247 QUEEN AVENUE NORTH**
**BROOKLYN PARK, MN 55444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 3 | **Nonpriority creditor's name and mailing address** |

**Marketa Lewis**
**3201 Weller Rd**
**Silver Spring, MD 20906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 4 | **Nonpriority creditor's name and mailing address** |

**Markeyciuna Richardson**
**117 W C St**
**Brunswick, MD 21716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 5 | **Nonpriority creditor's name and mailing address** |

**MARKEYCIUNA RICHARDSON**
**117 W C ST**
**BRUNSWICK, MD 21716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 6 | **Nonpriority creditor's name and mailing address** |

**MARKIA COUNTEE**
**5012 DICKEY HILL RD APT C4**
**BALTIMORE, MD 21203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 7 | **Nonpriority creditor's name and mailing address** |

**MARKIA COUNTEE**
**5012 DICKEY HILL RD APT C4**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.936 8 | **Nonpriority creditor's name and mailing address** |

**MARKIA MOTON**
**306B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.936 9 | **Nonpriority creditor's name and mailing address**<br>**MARKISHA GRANT**<br>**3322 NW 33RD AVENUE**<br>**LAUDERDALE LAKES, FL 33309**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.937 0 | **Nonpriority creditor's name and mailing address**<br>**MARKO BAZHULICH**<br>**325 S. BISCAYNE BLVD.**<br>**#3020**<br>**MIAMI, FL 33131**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.937 1 | **Nonpriority creditor's name and mailing address**<br>**MARKUS JOHNSON**<br>**60 PHILLIP DRIVE**<br>**ELLABELL, GA 31308**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.937 2 | **Nonpriority creditor's name and mailing address**<br>**MARKUS WILLIAMS**<br>**8920 YADAK ROAD**<br>**DALLAS, TX 75249**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.937 3 | **Nonpriority creditor's name and mailing address**<br>**MARLEE REYNOLDS**<br>**304 TREIS TRL**<br>**YORKTOWN, VA 23693**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.937 4 | **Nonpriority creditor's name and mailing address**<br>**MARLENE SANAGURAI**<br>**1216 SUNBURY RD**<br>**COLUMBUS, OH 43210**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.937 5 | **Nonpriority creditor's name and mailing address**<br>**MARLENE WHITE**<br>**5 MOONLIGHT CT.**<br>**CHRISTIANA, DE 19702**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.937 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARLEY OLES**
**14440 LEFFINGWELL ROAD**
**BERLIN CENTER, OH 44401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARLI HAYWARD**
**5817 WESLEYAN DRIVE**
**PO BOX C339**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARLISHA PASS**
**1049 ALABAMA AVE**
**CLEWISTON, FL 33440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marlyn Silva**
**5513 Harvey Lane**
**Alexandria, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARQUEL MAYO**
**2431 LAKE LUCINA DRIVE**
**JACKSONVILLE, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARQUELLE MCINTYRE**
**393 SUMNER ST**
**APT 112D**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARQUERA CARNES**
**3851 KERWIN**
**MEMPHIS, TN 38128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MARQUERA CARNES** <br> **955 CHESTERTON** <br> **MEMPHIS, TN 38127** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.938 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MARQUESE BUTLER** <br> **26 GREENBURY CT** <br> **BALTIMORE, MD 21207** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MARQUESE FLUELLEN** <br> **6625 VERMILLION** <br> **JACKSONVILLE, FL 32208** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MARQUIS EVANS** <br> **125 WROE AVE** <br> **DAYTON, OH 45406** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MARQUIS PINDER** <br> **16401 NW 37TH AVENUE** <br> **MIAMI GARDENS, FL 33054** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Marquis Robinson** <br> **2409 Starcrest Dr** <br> **Silver Spring, MD 20904-5459** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MARQUIS SENA** <br> **2251 SEDGWICK AVE** <br> **APT 3D** <br> **BRONX, NY 10468-5763** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.939 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARQUISE BROWN**
**4327 NORFOLK AVE**
**BALTIMORE, MD 21216-1137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.939 1**

**Nonpriority creditor's name and mailing address**
**Marquise Oneal**
**6910 Beech Ave.**
**Baltimore, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.939 2**

**Nonpriority creditor's name and mailing address**
**Marquise Thorns**
**18717 Pennington Dr**
**Detroit, MI 48221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.939 3**

**Nonpriority creditor's name and mailing address**
**MARQUITA GREENE**
**1239 WASHINGTON BLVD**
**BALTIMORE, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.939 4**

**Nonpriority creditor's name and mailing address**
**MARQUITHIAS JOHNSON**
**4317 SHEPHERD LANE**
**APT 5104**
**BALCH SPRINGS, TX 75180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.939 5**

**Nonpriority creditor's name and mailing address**
**MARRIAH WISE**
**7709 16TH AVE NW**
**BRADENTON, FL 34209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.939 6**

**Nonpriority creditor's name and mailing address**
**Marryll Brett**
**318 Stockton Ave.**
**Roselle, NJ 07203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.939 7 | **Nonpriority creditor's name and mailing address**<br>**Marsha A. Tilden, CNP**<br>**223 W William St.**<br>**Delaware, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _8567_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$327.00** |
|---|---|---|---|
| 3.939 8 | **Nonpriority creditor's name and mailing address**<br>**MARSHE GARY**<br>**172 CENTER RD**<br>**BEDFORD, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.939 9 | **Nonpriority creditor's name and mailing address**<br>**Marshland Emergency Physicians**<br>**8201 W Broward Blvd.**<br>**Fort Lauderdale, FL 33324-2701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,609.15** |
| 3.940 0 | **Nonpriority creditor's name and mailing address**<br>**MARTEZ ALLEN**<br>**4774 DERBYSHIRE DRIVE**<br>**CLEVELAND, OH 44128**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.940 1 | **Nonpriority creditor's name and mailing address**<br>**MARTHA MEZA GUZMAN**<br>**110 NE 2ND TERRACE**<br>**HALLANDALE BEACH, FL 33009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.940 2 | **Nonpriority creditor's name and mailing address**<br>**MARTHA OCHOA**<br>**225 ZAMORA AVE APT 2**<br>**CORAL GABLES, FL 33134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.940 3 | **Nonpriority creditor's name and mailing address**<br>**MARTHA PILON**<br>**4806 LAKEVIEW ROAD**<br>**WEST FARMINGTON, OH 44491**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|------------------------------------|------------------------|
|        | Name                                |                        |

---

**3.940 4**

**Nonpriority creditor's name and mailing address**
**MARTHA RABINOVICH**
**21200 NE 38 AVENUE**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.940 5**

**Nonpriority creditor's name and mailing address**
**Marthalene Adams**
**5362 Perring Pkwy**
**Baltimore, MD 21239-3738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.940 6**

**Nonpriority creditor's name and mailing address**
**MARTIAL NOUTSA**
**100 WARWICKSHIRE LN APT N**
**GLEN BURNIE, MD 21061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.940 7**

**Nonpriority creditor's name and mailing address**
**Martin B Grossman, MD PA**
**21097 NE 27th Ct. #210**
**Miami, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$132.35**

---

**3.940 8**

**Nonpriority creditor's name and mailing address**
**MARTIN BOGGESS**
**210-A SAN PASQUALE AVE NW**
**ALBUQUERQUE, NM 87104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.940 9**

**Nonpriority creditor's name and mailing address**
**MARTIN DEBRESU**
**2630 SHORE LINE DRIVE**
**APT B 24**
**AKRON, OH 44314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.941 0**

**Nonpriority creditor's name and mailing address**
**Martin Ellis**
**3616 Bellevue Rd.**
**Toledo, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.941<br>1 | **Nonpriority creditor's name and mailing address**<br>**MARTIN ESQUIVEL**<br>**10413 28TH AVENUE E**<br>**PALMETTO, FL 34221** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941<br>2 | **Nonpriority creditor's name and mailing address**<br>**MARTIN HEALTH PHYSICIAN GROUP**<br>**1651 SE Tiffany Ave.**<br>**PORT SAINT LUCIE, FL 34952** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$388.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5228** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941<br>3 | **Nonpriority creditor's name and mailing address**<br>**MARTIN KENT**<br>**9742 NW 7TH CIRCLE**<br>**APT. 817**<br>**PLANTATION, FL 33324** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941<br>4 | **Nonpriority creditor's name and mailing address**<br>**Martin Keppler**<br>**11453 Fowlers Mills Rd.**<br>**Chardon, OH 44024** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941<br>5 | **Nonpriority creditor's name and mailing address**<br>**Martin Medical Center**<br>**PO Box 9030**<br>**Stuart, FL 34997-9030** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,139.29** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941<br>6 | **Nonpriority creditor's name and mailing address**<br>**Martin Memorial Physician Cor**<br>**2392 SE Ocean Blvd.**<br>**Stuart, FL 34996** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180.55** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941<br>7 | **Nonpriority creditor's name and mailing address**<br>**MARTIN OWUSU-ANTWI**<br>**502A DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.941<br>8 | **Nonpriority creditor's name and mailing address**<br>**MARTINA CERVANTES**<br>**14770 LASATER ROAD, APT 173**<br>**DALLAS, TX 75253** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.941<br>9 | **Nonpriority creditor's name and mailing address**<br>**Martina Piergallini**<br>**3501 W Rolling Hills Cir.**<br>**Fort Lauderdale, FL 33328** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.942<br>0 | **Nonpriority creditor's name and mailing address**<br>**MARTINA ROUSSEAU**<br>**1241 NE 158ST**<br>**MIAMI, FL 33162** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.942<br>1 | **Nonpriority creditor's name and mailing address**<br>**MARTINE PEREZ**<br>**1782 FRANKLIN AVE**<br>**COLUMBUS, OH 43205** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.942<br>2 | **Nonpriority creditor's name and mailing address**<br>**MARTINS UMEH**<br>**1700 E COLD SPRING LANE**<br>**BALTIMORE, MD 21251** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.942<br>3 | **Nonpriority creditor's name and mailing address**<br>**MARVELLOUS KEHINDE**<br>**6445 TYDINGS RD**<br>**ELDERSBURG, MD 21784-6142** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.942<br>4 | **Nonpriority creditor's name and mailing address**<br>**MARVIN DORSEY**<br>**2407 SAINT STEPHENS CT APT 2B**<br>**BALTIMORE, MD 21216** | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARVIN GRANT**
**302A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARVIN MARTIN**
**15108 SW 104TH ST APT 724**
**MIAMI, FL 33196-3298**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARVIN NAGEL**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marvin Okwensy**
**3604 Albee Lane**
**Apt. 102**
**Alexandria, VA 22309**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Adelola**
**9953 Good Luck Rd.**
**Apt. T4**
**Lanham, MD 20706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARY AJEIGBE**
**12337 QUIET OWL LN**
**BOWIE, MD 20720-4308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Aston**
**4417 Glencove Dr.**
**Portsmouth, VA 23703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1364 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.943 2**

**Nonpriority creditor's name and mailing address**

**MARY BRADLEY**
**1104 MORNING GLORY DRIVE**
**MACEDONIA, OH 44056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.943 3**

**Nonpriority creditor's name and mailing address**

**MARY BRAZILE**
**15011 DELANEY LANE**
**TALTY, TX 75216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 4**

**Nonpriority creditor's name and mailing address**

**MARY BUCHANAN**
**3617 CAMPFIELD RD**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 5**

**Nonpriority creditor's name and mailing address**

**MARY CALDWELL**
**733 WEST 73RD STREET**
**SHREVEPORT, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 6**

**Nonpriority creditor's name and mailing address**

**Mary E. Mason**
**1168 First Colonial Rd.**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$115.61**

---

**3.943 7**

**Nonpriority creditor's name and mailing address**

**MARY FATEHINSE**
**5925 RADECKE AVE APT H**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 8**

**Nonpriority creditor's name and mailing address**

**Mary Ferrell**
**524 Winston Ave**
**Baltimore, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.943 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Gower**
**501 Ocean Trace Arch**
**Apt. 204**
**Virginia Beach, VA 23451**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Greggila**
**224 S Gordon Dr.**
**Oak Harbor, OH 43449**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARY KALLINICOU**
**656 PARKWAY DR**
**MARYSVILLE, OH 43040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARY KOBERLEIN**
**1093 SAINT ANDREWS CT**
**AKRON, OH 44312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Kopko**
**15630 River View Pl**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mary Mansour**
**10744 W Sample Rd.**
**Pompano Beach, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARY MANSOUR**
**10744 WEST SAMPLE RD**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.944 6 | **Nonpriority creditor's name and mailing address**<br>**MARY NEKL**<br>**3416 WEST 132 STREET**<br>**CLEVELAND, OH 44111**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.944 7 | **Nonpriority creditor's name and mailing address**<br>**MARY NEWMAN**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.944 8 | **Nonpriority creditor's name and mailing address**<br>**Mary Oakey**<br>**2346 Westbank Rd.**<br>**Toledo, OH 43614**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.944 9 | **Nonpriority creditor's name and mailing address**<br>**MARY OAKEY**<br>**2346 WESTBANK RD**<br>**TOLEDO, OH 43614**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.945 0 | **Nonpriority creditor's name and mailing address**<br>**MARY ROJAS**<br>**918 CAPRI STREET**<br>**CORAL GABLES, FL 33134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.945 1 | **Nonpriority creditor's name and mailing address**<br>**MARY SIFAIN**<br>**10744 WEST SAMPLE RD**<br>**CORAL SPRINGS, FL 33065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.945 2 | **Nonpriority creditor's name and mailing address**<br>**Mary Sunderhaus**<br>**3740 Darwin Ave.**<br>**Cincinnati, OH 45211**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.945 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary van Allen**
**923 W Cross St.**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARY VAN ALLEN**
**923 WEST CROSS STREET**
**YPSILANTI, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Ward**
**705 Koch Dr.**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARYA ALTALIP**
**4455 W SYLVANIA AVE APT 1B**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARYAM ABUNNAJA**
**1033 LINDEN LN**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARYANN OKEKE**
**104 PROSPERITY AVE SE APT A # A**
**LEESBURG, VA 20175-4148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.945 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASON AVERILL**
**2323 JACOBY RD**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.946 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASON FOSTER**
**603 WEST COLLEGE STREET**
**BOONEVILLE, MS 38829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.946 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASON LLOYD**
**436 4TH STREET SW**
**MASSILLON, OH 44647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASON SCHICK**
**3390 S MAIN ST**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASOOD YOUSEFI**
**80 E EXCHANGE ST. APT 227D**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASOUD NAZARI**
**26 S ADAMS STREET, UNIT 2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASOUD NAZARI**
**430 SUMNER STREET, 201A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MASOUD RAZAVI AGHJEH**
**1350 N HOWARD ST**
**DIPLOMAT BLDG**
**APT 406**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MASOUD SOBANI**
**1350 N HOWARD ST,**
**APT 406**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MASOUME DAVOUDI**
**634 E BUCHTEL Ave.**
**APARTMENT 308**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATEO GREGORY**
**14 BETH COURT**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATHEUS CAIXE**
**16401 NW 37TH**
**UNIVERSITY INN. 101**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATHEUS CAIXE**
**1221 OLIVE STREET APT 3**
**CONCORDIA, KS 66901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATHEW CORFEE**
**9271 ROSEMARY LANE**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mathew Medeiros**
**2110 - 7th St.**
**Cuyahoga Falls, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.947 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mathew Reyes Montoya**
1840 SW 44th Ave
Apt. B
Fort Lauderdale, FL 33317

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATHIAS METELLUS**
1440 NW 33RD WAY
FORT LAUDERDALE, FL 33311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATIN HAJIMOHAMMADI**
668 SUMNER ST, 2ND FLOOR
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Slonsky**
146 Alden Ave.
Akron, OH 44313

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,091.00 |
|---|---|---|---|

**Matthew A. Romano, MD**
1500 E Medical Center Dr. #5144
Ann Arbor, MI 48109

Date(s) debt was incurred _

Last 4 digits of account number _ **7450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW ADKINS**
3423 JONES STREET
RAVENNA, OH 44266

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Agnew**
1816 Eileen Rd.
Toledo, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Anderson**<br>**1300 Weathervane Ln**<br>**Unit 3E**<br>**Akron, OH 44313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Baessler**<br>**128 1/2 Louisiana Ave.**<br>**Perrysburg, OH 43551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Barbour**<br>**105 Westminister Dr.**<br>**Saint Clairsville, OH 43950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MATTHEW BARBOUR**<br>**105 WESTMINISTER DR**<br>**ST. CLAIRSVILLE, OH 43950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MATTHEW BLAMBLE**<br>**237 STRATFORD AVE**<br>**WADSWORTH, OH 44281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Matthew Brangham**<br>**3159 Estuary Pl**<br>**Maumee, OH 43537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MATTHEW BRUYERE**<br>**4490 WAYNE ROAD**<br>**MANTUA, OH 44255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|--------|------------------------------------|-----------------------------------------|
| | Name | |

---

**3.948 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| MATTHEW CRON<br>9724 COOPER LANE<br>CINCINNATI, OH 45242 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.948 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.00 |
|---|---|---|
| Matthew D Hamilton, DC<br>155 Northland Dr.<br>Medina, OH 44256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _1271_ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.949 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| MATTHEW DAILEY<br>2021 KEY ST APT H<br>MAUMEE, OH 43537 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.949 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| MATTHEW DAVIS<br>30630 DROUILLARD RD LOT 314<br>WALBRIDGE, OH 43465 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.949 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Matthew Ellsworth<br>328 Maplewood Dr.<br>Canonsburg, PA 15317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.949 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| MATTHEW ELLSWORTH<br>328 MAPLEWOOD DR<br>MCMURRAY, PA 15317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.949 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Matthew Fergusson-Will<br>1529 Arbor View Rd.<br>Silver Spring, MD 20902-1406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | |
|---|---|
| 3.9495 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW FLEMER**
**2751 KINGSFORD DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.9496 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW FOSS**
**6650 CORPORATE CENTER PKWY APT 1419**
**JACKSONVILLE, FL 32216**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.9497 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW GAFFNEY**
**3769 LOCKWOOD AVE APT 6**
**TOLEDO, OH 43612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.9498 | |

**Nonpriority creditor's name and mailing address**

**Matthew Goldmann**
**5452 Elmer Dr.**
**Toledo, OH 43615**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.9499 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW HALL**
**239 ELMWOOD AVE**
**EVANSTON, IL 60202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.9500 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW HANSON**
**64 MATADOR LN**
**DAVIE, FL 33324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.9501 | |

**Nonpriority creditor's name and mailing address**

**MATTHEW HARTER**
**3419 HEMPHILL ROAD**
**NORTON, OH 44203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.950 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MATTHEW HECKER**
**7492 CORINTH COURT**
**FARMDALE, OH 44417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Horner**
**965 Hidden Valley Dr.**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Hutcherson**
**2629 W Village Dr.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MATTHEW HUTERSON**
**2629 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Johnson**
**3177 Vivian Rd.**
**Monroe, MI 48162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew King**
**4599 Corner Stone Ct**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MATTHEW KING**
**PO BOX 1750**
**ONECO, FL 34264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1375 of 3613

| 3.950 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Kittelberger**
**1728 Sedwick Ave. NW**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.951 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW LEE**
**9304 NEWKIRK DRIVE**
**CLEVELAND, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW LOWER**
**489 HERBERT ROAD**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW LUDWIG**
**12950 WALDEN OAKS DR**
**CHARDON, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW MEDEIROS**
**2110 7TH ST**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW MITCHELL**
**3743 U S ROUTE 422**
**SOUTHINGTON, OH 44470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW OSSORIO**
**1811 SW 24 ST**
**CORAL GABLES, FL 33145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1376 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.951 6 | **Nonpriority creditor's name and mailing address**<br>**Matthew Pardi**<br>**222 Halligan Ave.**<br>**Columbus, OH 43085-2616**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| 3.951 7 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW PEMBERTON**<br>**24 CIRCLE DR**<br>**GLEN COVE, NY 11542**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.951 8 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW PERISON**<br>**1547 S LINCOLN ST**<br>**KENT, OH 44240**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.951 9 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW PETERSON**<br>**2266 28TH STREET**<br>**CUYAHOGA FALLS, OH 44223**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.952 0 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW PETRELLA**<br>**251 HARVARD BLVD**<br>**STEUBENVILLE, OH 43952**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.952 1 | **Nonpriority creditor's name and mailing address**<br>**Matthew Popielarczyk**<br>**8600 Wiese Rd.**<br>**Brecksville, OH 44141-2047**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.952 2 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW RUIZ**<br>**3391 W 99TH PL**<br>**HIALEAH, FL 33018-2029**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.952<br>3 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SAMUELS**<br>**499 GAZETTA WAY**<br>**GREENACRES, FL 33413** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952<br>4 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SEIDEL**<br>**9862 NW 2ND COURT**<br>**PLANTATION, FL 33324** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952<br>5 | **Nonpriority creditor's name and mailing address**<br>**Matthew Seidl**<br>**9862 NW 2nd Court**<br>**Fort Lauderdale, FL 33324** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952<br>6 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SEIDL**<br>**9862 NW 2ND COURT**<br>**PLANTATION, FL 33324** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952<br>7 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SHEETS**<br>**3398 STARWICK DR**<br>**CANFIELD, OH 44406** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952<br>8 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SIEDL**<br>**9862 NW 2ND COURT**<br>**PLANTATION, FL 33324** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.952<br>9 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SISSERSON**<br>**2401 DALESFORD DRIVE**<br>**CHARLOTTE, NC 28205** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 0 | **Nonpriority creditor's name and mailing address**<br>**Matthew Smith**<br>**217 Idaho Ave.**<br>**Lorain, OH 44052** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.953 1 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW SMITH**<br>**1221 NE 152 ST**<br>**NORTH MIAMI BEACH, FL 33162** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 2 | **Nonpriority creditor's name and mailing address**<br>**Matthew Tarchick**<br>**1351 Buckingham Gate Blvd.**<br>**Unit 12**<br>**Cuyahoga Falls, OH 44221** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 3 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW TARCHIK**<br>**1351 BUCKINGHAM GATE BLVD**<br>**UNIT 12**<br>**CUYAHOGA FALLS, OH 44221** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 4 | **Nonpriority creditor's name and mailing address**<br>**MATTHEW VALENTIN**<br>**176 CONNECTICUT AVENUE**<br>**STAMFORD, CT 06902** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 5 | **Nonpriority creditor's name and mailing address**<br>**Matthew Walker, CHC**<br>**1035 - 14th Ave. N**<br>**Nashville, TN 37208** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$71.58** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 6 | **Nonpriority creditor's name and mailing address**<br>**Matthew Zahorec**<br>**794 Oak Shadows Rd.**<br>**Kissimmee, FL 34747** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.953 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW ZAHOREC**
**794 OAK SHADOWS ROAD**
**CELEBRATION, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.953 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTHEW ZILLA**
**2966 TORREY PINES CIRCLE NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew-Ahmad Moore**
**12613 Eastbourne Dr**
**Silver Spring, MD 20904-2042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthieu Meihls**
**3019 Easton Ridge Pl**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATTIAS HANNA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATVEY BUDAEV**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mauel Cruz**
**1525 Dunwoody Ave.**
**Oxon Hill, MD 20745-2310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 4 | **Nonpriority creditor's name and mailing address**<br>**Mauel Holmes**<br>**1277 Suellen Way**<br>**Clarksville, TN 37042** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 5 | **Nonpriority creditor's name and mailing address**<br>**MAURA LINDSEY**<br>**116 HAMILTON AVE**<br>**PANAMA CITY, FL 32401-3873** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 6 | **Nonpriority creditor's name and mailing address**<br>**Maureen Connors Co., LPA**<br>**6625 Pearl Rd.**<br>**Cleveland, OH 44130** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 7 | **Nonpriority creditor's name and mailing address**<br>**MAURICE DOSSO**<br>**4360 PLANET CIRCLE**<br>**UNION CITY, CA 94587** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 8 | **Nonpriority creditor's name and mailing address**<br>**MAURICE HARRIS**<br>**2127 POTOMAC DR**<br>**TOLEDO, OH 43607** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 9 | **Nonpriority creditor's name and mailing address**<br>**Maurice Hawkins**<br>**1601 Riverwood Rd**<br>**Essex, MD 21221-2917** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 0 | **Nonpriority creditor's name and mailing address**<br>**MAURICE HERNDON**<br>**1641 L ST N.E**<br>**WASHINGTON DC, DC 20002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | Maurice Lewis<br>5704 Cypress Creek Dr.<br>Apt. 301<br>Hyattsville, MD 20782 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | MAURICE REDDING<br>6530 SW 22ND STREET<br>MIRAMAR, FL 33023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | MAURICE TALLEY<br>1308 WEST 91ST STREET<br>CLEVELAND, OH 44102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | MAURICE WILLIAMS<br>17115 NE 4TH PLACE<br>NORTH MIAMI BEACH, FL 33162 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | MAURICIO FERNANDEZ<br>6080 WEST FLAGLER ST APT 20<br>MIAMI, FL 33144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | MAURICIO RODRIGUEZ<br>11113 NW 72ND TERRACE<br>MEDLEY, FL 33178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.955 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---------|------|------|------|
| | MAURICIO VAZQUEZ VARGAS<br>1113 N BYRNE RD<br>TOLEDO, OH 43607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.955 8 | **Nonpriority creditor's name and mailing address**<br>**MAURISHA EBANKS**<br>**1232 PARKWOOD AVENUE**<br>**GROVELAND, FL 34736**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.955 9 | **Nonpriority creditor's name and mailing address**<br>**MAVERICK WOLFLEY**<br>**349 VILLA VIEW DRIVE**<br>**MORGANTOWN, WV 26505**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.956 0 | **Nonpriority creditor's name and mailing address**<br>**MAVIS AGGREY**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.956 1 | **Nonpriority creditor's name and mailing address**<br>**Mawuena Sedzro**<br>**12315 Graham St**<br>**Apt. 42**<br>**Moreno Valley, CA 92557**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.956 2 | **Nonpriority creditor's name and mailing address**<br>**MAWUKO KOFFI**<br>**5632 PINE ST**<br>**PHILADELPHIA, PA 19143-1322**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.956 3 | **Nonpriority creditor's name and mailing address**<br>**Max Banke**<br>**324 Oak Forest Rd.**<br>**Dayton, OH 45419**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.956 4 | **Nonpriority creditor's name and mailing address**<br>**MAX HAMILTON**<br>**921 MIRAMAR PLACE**<br>**CORPUS CHRISTI, TX 78411**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.956 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXIM GURA**
**2113 NE 9TH AVE #3**
**MIAMI, FL 33305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maximiliano Liriano**
**660 Glenmore Ave.**
**Brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXIMILLIAN EDELMAN**
**6411 WEST CLINTON AVENUE**
**CLEVELAND, OH 44102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maximillien Njomegne Kamdem**
**8414 Greenway Rd**
**Apt. D**
**Parkville, MD 21234-5036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXINE SAUNDERS**
**20085 NE 3RD CT APT 6**
**MIAMI, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXWELL BEARD**
**842 LOS ROBLES AVE**
**PALO ALTO, CA 94306-3124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAXWELL BEARD HAUPT**
**5 AVON DR**
**MADISON, NJ 07940-1201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maxwell Cooper**
4313 Moser Ln
Perrysburg, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAXWELL DUELL**
1295 DRESDEN DR NE
UNIT 328
BROOKHAVEN, GA 30319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAXWELL HENDRIX**
213 NORTH SANDUSKY STREET
DELAWARE, OH 43015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAYA BERROUET**
2205 PORTOFINO AVE
HOMESTEAD, FL 33033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAYA BERROUET**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MAYA GIBBS**
1541 PENTRIDGE ROAD, APT. 405 D
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maya Hudson**
5805 Nebraska Ave.
Toledo, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **MAYA JACK** | ☐ Contingent | |
| **2230 BUTLER BAY DR.** | ☐ Unliquidated | |
| **WINDERMERE, FL 34786** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maya Layne** | ☐ Contingent | |
| **333 Martense St.** | ☐ Unliquidated | |
| **Apt. 5D** | ☐ Disputed | |
| **Brooklyn, NY 11226-4258** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maya Lowe** | ☐ Contingent | |
| **4587 Saint George Ave.** | ☐ Unliquidated | |
| **Baltimore, MD 21212-4629** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **MAYA MCKNIGHT** | ☐ Contingent | |
| **501 WEST UNIVERSITY PARKWAY B3** | ☐ Unliquidated | |
| **BALTIMORE, MD 21210** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **MAYA NAIR** | ☐ Contingent | |
| **PERRY'S CROSSING APARTMENTS** | ☐ Unliquidated | |
| **1030 VALLEY BLUFF DR APT 11** | ☐ Disputed | |
| **PERRYSBURG, OH 43551** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maya Parker** | ☐ Contingent | |
| **248 - 57th St. NE** | ☐ Unliquidated | |
| **Washington, DC 20019** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.958 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Maya Washington** | ☐ Contingent | |
| **1513 C Street SE** | ☐ Unliquidated | |
| **Washington, DC 20003** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|---------------------------------------|------------------------|
| | Name | |

---

**3.958 6**

**Nonpriority creditor's name and mailing address**
**MAYA WASHINGTON**
**1513 E ST SE**
**WASHINGTON, DC 20003-2444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.958 7**

**Nonpriority creditor's name and mailing address**
**Mayo Clinic Jacksonville**
**4500 San Pablo Rd. S**
**Jacksonville, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$113,687.00**

---

**3.958 8**

**Nonpriority creditor's name and mailing address**
**MAZIAR LOTFIZADEHDEHKORDI**
**101 MERRIMAN RD**
**APT 10**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.958 9**

**Nonpriority creditor's name and mailing address**
**MAZIYAR ASKARI KARCHEGANI**
**1747 LIBERTY DR**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.959 0**

**Nonpriority creditor's name and mailing address**
**MAZIYAR ASKARI KARCHEGANI**
**915 QUARRY DR**
**AKRON, OH 44307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.959 1**

**Nonpriority creditor's name and mailing address**
**MBB Radiology**
**3599 University Blvd. S #300**
**Jacksonville, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$21.07**

---

**3.959 2**

**Nonpriority creditor's name and mailing address**
**MC BACK AND SPINE CENTER**
**PO BOX 9033**
**100**
**STUART, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number _ **0055**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$125.00**

---

| 3.959 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.96 |
|---|---|---|---|

**MCF Jupiter, FL**
**3889 Military Trail #101**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.959 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.92 |
|---|---|---|---|

**McKay Dermatology Medspa, PA**
**969 SE Central Pkwy**
**Stuart, FL 34994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCKENNA DARR**
**5420 SCHENK RD**
**SANDUSKY, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCKENNA SHIVES**
**5525 WALNUT GROVE CIR**
**STRUTHERS, OH 44471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCKENSIE BRANTLEY**
**9428 NORTH AVE**
**ST LOUIS, MO 63114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCKINNELL FERGUSON**
**121 BROOKLYN ST**
**OAK HARBOR, OH 43449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MD BILLAL HOSSAIN**
**437 SUMNER ST. APT J**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.960 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MD EHSANUL HAQUE**
**685 SHERMAN STREET**
**APARTMENT-19, 3RD FLOOR**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MD EHSANUL HAQUE**
**437 SUMNER STREET**
**APARTMENT-F1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,641.00** |
|---|---|---|---|

**MD Live**
**13630 NW 8th St.**
**Ste. 205**
**Sunrise, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MD MAMUN BISWAS**
**543 E-BUCHTEL AVENUE,APT 1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,492.00** |
|---|---|---|---|

**MD NOW MEDICAL CENTERS**
**2007 Palm Beach Lakes Blvd.**
**WEST PALM BCH, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  5474

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MD TAWHID BIN TAREK**
**161 MARTIN LUTHER KING JR. BLVD.**
**APARTMENT# 301**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MD. ARIFUL HASAN**
**437, SUMNER STREET  APT J**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MD. ARIFUL HASAN**
**1830 E JOHNSON AVENUE**
**APT 84**
**JONESBORO, AR 72401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.960 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MD. HASAN RAHMAN**
**161 MARTIN LUTHER KING JR BLVD**
**APT 203**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.960 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MD. MAHFUJUL KHAN**
**543 E. BUCHTEL AVE APT 1**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.961 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MD. OMAR FARUK EMON**
**437 SUMNER ST.**
**APT. L**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.961 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MD. RUBAYAT-UL- ISLAM**
**430 SUMMER STREET, APT 203A**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.961 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MD. ZAKIRUL ISLAM**
**161 MARTIN LUTHER KING JR BLVD**
**APT  201**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.961 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**MDLive Medical Group, PA**
**13630 NW 8th St.**
**Suite 205**
**Fort Lauderdale, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

| 3.961 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEAGAN MCCOY**
**596 DEBBINGTON DRIVE**
**BAY VILLAGE, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEAGAN ROSS**
**6700 BERKEY SOUTHERN RD**
**WHITEHOUSE, OH 43571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,298.75 |
|---|---|---|---|

**Mease Countryside Hospital**
**3231 McMullen Booth Rd.**
**Safety Harbor, FL 34695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,357.89 |
|---|---|---|---|

**Med City Arlington**
**3301 Matlock Rd.**
**Arlington, TX 76015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**MED DIVISION OF MEDICINE**
**130**
**HOLLYWOOD, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5455

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEDEA SHANIDZE**
**29200 SILVER CREEK DR APT 2B**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.11 |
|---|---|---|---|

**MedEquip, Inc.**
**27 Brookline**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.962 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,356.45 |
|---|---|---|---|

**MedHealth**
**451 Little Bourke St.**
**Melbourne VIC 3000**
**Australia**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.74 |
|---|---|---|---|

**Medical Center of Winston Towers**
**17395 N Bay Rd.**
**North Miami Beach, FL 33160**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.03 |
|---|---|---|---|

**Medical Center Radiologists, Inc.**
**5544 Greenwich Rd., Suite 200**
**Virginia Beach, VA 23462**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.89 |
|---|---|---|---|

**Medical Center Radiology Group**
**20 W Kaley St**
**Orlando, FL 32806**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,370.62 |
|---|---|---|---|

**Medical City Dallas, Asc**
**7777 Forest Lane**
**Suite 150, Bldg C**
**Dallas, TX 75230**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,923.17 |
|---|---|---|---|

**Medical Diagnostic Lab, LLC**
**2439 Kuser Rd.**
**Trenton, NJ 08690**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medical Mutual**
**Mutual Health Services**
**PO Box 932627**
**Cleveland, OH 44115**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.962 8 | |

**Nonpriority creditor's name and mailing address**

**MEDINA ALI**
**4001 COLCHESTER RD.**
**APT. 179**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.962 9 | |

**Nonpriority creditor's name and mailing address**

**Medina HMT Dermatology**
**5783 Wooster Pike**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $60.78

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.963 0 | |

**Nonpriority creditor's name and mailing address**

**MEDJINA SAINT FLEUR**
**2868 SILVER RIDGE DR.**
**HIAWASSEE, FL 32818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.963 1 | |

**Nonpriority creditor's name and mailing address**

**MEDPRO URGENT CARE CENTER**
**2950 Griffin Rd.**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number  9557

As of the petition filing date, the claim is: Check all that apply. $375.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.963 2 | |

**Nonpriority creditor's name and mailing address**

**MEETA TRIVEDI**
**1350 N HOWARD STREET**
**APT 510**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.963 3 | |

**Nonpriority creditor's name and mailing address**

**MEGAN BOCKELMAN**
**5292 BAZETTA ROAD**
**CORTLAND, OH 44410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.963 4 | |

**Nonpriority creditor's name and mailing address**

**MEGAN BROGDEN**
**401C DALEY**
**2500 WEST NORTH AVENUE**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Megan Bruck**
**5757 Zink Rd.**
**Maybee, MI 48159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MEGAN BURMEISTER**
**3203 MUIRFIELD AVE**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MEGAN CHAPLIN**
**22322 PINNACLE POINT**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Megan Collins**
**921 Eleanor**
**Toledo, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MEGAN CZUCHRA**
**3712 WADE AVENUE**
**ASHTABULA, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MEGAN DANN**
**6120 REESE RD #316**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MEGAN DAVIS**
**12473 TOWNSHIP ROAD 85**
**THORNVILLE, OH 43076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEGAN EMERSON**
**3407 OAK ALLEY CT APT 206**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Eyre**
**534 Munster Dr.**
**Fayetteville, OH 45118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Gribble**
**4720 Whitehouse Spencer Rd.**
**Monclova, OH 43542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEGAN KERN**
**1402 HIDDEN HEMLOCK DRIVE**
**AUSTINBURG, OH 44010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEGAN KLEIN**
**4408 DRUMMOND RD.**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Lassiter**
**5140 NW 82nd Terrace**
**Pompano Beach, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEGAN LASSITER**
**5140 NW 82ND TERRACE**
**CORAL SPRINGS, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1395 of 3613

| 3.964 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Megan Maas**
**627 Wayne St.**
**Delphos, OH 45833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGAN MADDOX**
**12939 MADISON ROAD**
**MIDDLEFIELD, OH 44062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGAN MILLER SEE**
**2840 SW 75TH WAY**
**APT. 2415**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGAN MUNYON**
**608 ROYAL WOODS DRIVE**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGAN NUGENT**
**32 LUCINDA LN**
**ROCHESTER, NY 14626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGAN POTEAU**
**6750 ARBOR DR APT 206**
**MIRAMAR, FL 33023-4871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGAN POULOS**
**5936 YARMOUTH AVE**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **MEGAN SCHMALENBERGER** | ☐ Contingent | |
| **3535 DARBYSHIRE DR** | ☐ Unliquidated | |
| **HILLIARD, OH 43026** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.965 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **MEGAN SEFCIK** | ☐ Contingent | |
| **373 CARROLL ST APT 62** | ☐ Unliquidated | |
| **AKRON, OH 44325** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.965 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Megan Sharrett** | ☐ Contingent | |
| **4057 W Bancroft St.** | ☐ Unliquidated | |
| **Toledo, OH 43606** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.965 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **MEGAN SHARRETT** | ☐ Contingent | |
| **644 BRIGHTON ST** | ☐ Unliquidated | |
| **PICKERINGTON, OH 43147** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.966 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **MEGAN SHARRETT** | ☐ Contingent | |
| **4057 W. BANCROFT STREET** | ☐ Unliquidated | |
| **TOLEDO, OH 43606** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.966 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **MEGAN SMATHERS** | ☐ Contingent | |
| **195 E. MAIN ST.** | ☐ Unliquidated | |
| **CORTLAND, OH 44410** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.966 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Megan Tamasovich** | ☐ Contingent | |
| **1098 Chester Way** | ☐ Unliquidated | |
| **Canal Winchester, OH 43110** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|---|
| | | Name | | |

---

**3.966 3**

**Nonpriority creditor's name and mailing address**

**MEGAN TILLMAN**
**4043 CLEGG RD**
**LAMBERTVILLE, MI 48144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 4**

**Nonpriority creditor's name and mailing address**

**MEGAN WHELCHEL**
**2550 2ND ST**
**APT 203**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 5**

**Nonpriority creditor's name and mailing address**

**Meghan Desanto**
**5409 Dalrymple St.**
**Virginia Beach, VA 23464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 6**

**Nonpriority creditor's name and mailing address**

**MEGHAN DESANTO**
**5817 WESLEYAN DRIVE**
**PO BOX A38**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 7**

**Nonpriority creditor's name and mailing address**

**MEGHAN DESANTO**
**5409 DALRYMPLE STREET**
**VIRGINIA BEACH, VA 23464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 8**

**Nonpriority creditor's name and mailing address**

**Meghan Fentress**
**8425 Nathan Ave.**
**Norfolk, VA 23518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966 9**

**Nonpriority creditor's name and mailing address**

**MEGHAN FENTRESS**
**5817 WESLEYAN DRIVE**
**PO BOX B385**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.967 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGHAN FENTRESS**
**8425 NATHAN AVENUE**
**NORFOLK, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGHAN MARASTI**
**513 PAMELA DRIVE**
**HARRISON CITY, PA 15636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meghan Renius**
**6946 Meadowview Dr.**
**Lambertville, MI 48144-9769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meghan Roderick**
**344 White Cliffs Ct.**
**Springfield, OH 45503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGHAN RZOTKIEWICZ**
**393 SUMNER STREET**
**APARTMENT 412A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meghan Wandtke**
**7757 Edge View Way**
**Apt. C**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEGHAN WANDTKE**
**7757 EDGE VIEW WAY APT C**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111.13 |
|---|---|---|---|

**Meharry Medical Group**
**1005 Dr. DB Todd Jr Blvd.**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEHGANI GARTWRIGHT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEHKIA GADISON**
**6100 EAST RANCIER AVENUE**
**KILLEEN, TX 76543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEHMET GORMEZ**
**195 WHEELER ST 105**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEHRAN JABERZADEH**
**437 SHERMAN STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEHRAN JABERZADEH**
**77 FIR HILL AVENUE, APT. 7B2,**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MEKHYL ERBY**
**2149 NEWCASTLE DR**
**VACAVILLE, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEKIAH SMITH**
**2041 COVE LAKE RD**
**NORTH LAUDERDALE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.968 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELANIA FLORES**
**14621 SW 11TH CT**
**PEMBROKE PINES, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELANIE CAYETANO**
**913 JAMAICAN DRIVE**
**GREENACRES, FL 33415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELANIE COAK**
**36650 ROMULUS ROAD**
**ROMULUS, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELANIE JACOBS**
**618 6TH STREET NW**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melanie McCowan**
**837 Maplewood Ave.**
**Sheffield Lake, OH 44054-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELANIE MENDENDEZ**
**1532 BLUE GRASS BLVD**
**DELAND, FL 32724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.969
1**

**Nonpriority creditor's name and mailing address**
**MELANIE MENENDEZ**
**1532 BLUE GRASS BLVD**
**DELAND, FL 32724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.969
2**

**Nonpriority creditor's name and mailing address**
**MELANIE ROJAS HAMMANI**
**3358 W 97TH ST.**
**HIALEAH GARDENS, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.969
3**

**Nonpriority creditor's name and mailing address**
**MELANIE ROJAS HAMMANI**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.969
4**

**Nonpriority creditor's name and mailing address**
**Melanie Sue Lorenzo**
**3820 Whitley Park Dr.**
**Virginia Beach, VA 23456**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.969
5**

**Nonpriority creditor's name and mailing address**
**Melanie Wallace**
**12836 Mermill Rd.**
**Portage, OH 43451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.969
6**

**Nonpriority creditor's name and mailing address**
**MELANY BRUNELY**
**14321 SW 88 ST/F409**
**MIAMI, FL 33186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.969
7**

**Nonpriority creditor's name and mailing address**
**MELASIA MALONE**
**7736 WATKINS CIRCLE**
**LONGVIEW, TX 75601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 3.9698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MELAYNA SURACE**
**429 SUNRISE DR**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.95 |
|---|---|---|---|

**Melbeth M. Lusica, MD**
**100 Fairview Dr.**
**Franklin, VA 23851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3206**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MELEANA MAHONEY**
**120 S CULVER ST**
**BALTIMORE, MD 21229-3616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $911.87 |
|---|---|---|---|

**Meli Orthopedic Centers**
**2964 FL-7**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MELIKA KING**
**4274 EAST 172ND PLACE**
**CLEVELAND, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MELINDA BELLOT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MELINDA LASTYAK**
**2726 E WATER ST**
**ROCK CREEK, OH 44084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|---------------------------------------|------------------------|---|
| | Name | | |

---

**3.970**
**5**

**Nonpriority creditor's name and mailing address**

**Melissa Babcook**
**3008 Sherbrooke Rd.**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.970**
**6**

**Nonpriority creditor's name and mailing address**

**MELISSA BARALT**
**14922 SW 29TH TERRACE**
**MIAMI, FL 33185**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.970**
**7**

**Nonpriority creditor's name and mailing address**

**MELISSA CARMONA**
**13521 NW 9TH CT**
**PEMBROKE PINES, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.970**
**8**

**Nonpriority creditor's name and mailing address**

**MELISSA CHAVARRI**
**17825 NW 80TH CT.**
**HIALEAH, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.970**
**9**

**Nonpriority creditor's name and mailing address**

**MELISSA DORCE**
**6614 SW 18TH ST**
**HOLLYWOOD, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971**
**0**

**Nonpriority creditor's name and mailing address**

**MELISSA HAMILTON**
**7601 NORTH WEST 14TH STREET**
**HOLLYWOOD, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971**
**1**

**Nonpriority creditor's name and mailing address**

**MELISSA HAMILTON**
**PO BOX 292704**
**FORT LAUDERDALE, FL 33329**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.971 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MELISSA JOHNSON** **5708 VAN WERT AVENUE** **BROOK PARK, OH 44142** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.971 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MELISSA JOSEPH** **14621 SW 176 TER** **MIAMI, FL 33177** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.971 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Melissa Lee** **1930 S Dixie Hwy R7** **West Palm Beach, FL 33401** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.971 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MELISSA MARTINEZ** **14622 SW 12TH LANE** **MIAMI, FL 33184** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.971 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MELISSA RESPETO** **10824 N KENDALL DR** **S-30** **MIAMI, FL 33176** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.971 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Melissa Robbins** **3025 Cobblestone Dr.** **Virginia Beach, VA 23452** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.971 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MELISSA SCHILLING** **8490 RAVENNA ROAD** **TWINSBURG, OH 44087** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

**3.9719**

Nonpriority creditor's name and mailing address

**Melissa Schmitt**
**3292 Prange Dr.**
**Cuyahoga Falls, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9720**

Nonpriority creditor's name and mailing address

**MELISSA SEABOLT**
**429 N HAWKINS AVE**
**#310**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9721**

Nonpriority creditor's name and mailing address

**MELISSA SEPULVEDA**
**1280 N.E 213 TERRACE**
**MIAMI, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9722**

Nonpriority creditor's name and mailing address

**MELISSA STARRE**
**4204 WEST 50TH STREET**
**CLEVELAND, OH 44144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9723**

Nonpriority creditor's name and mailing address

**MELISSA STARRE**
**4204 WEST 50TH STREET**
**CLEVELAND, OH 44144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9724**

Nonpriority creditor's name and mailing address

**MELISSA STARRE**
**4204 WEST 50TH STREET**
**CLEVELAND, OH 44144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9725**

Nonpriority creditor's name and mailing address

**MELISSA TUCHOLSKI**
**25964 THOMPSON ROAD**
**PERYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.972 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELISSA TYMUL**
**5817 WESLEYAN DRIVE**
**PO BOX A74**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELISSA VILLASENOR-REYES**
**9307 SHADY LAKE DRIVE #202S**
**STREETSBORO, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELISSA WILLIAMS**
**MELISSA WILLIAMS**
**12669 SW 21ST STREET**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELODY GRAFALS**
**1716 EGRET ROAD**
**HOMESTEAD, FL 33035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELODY THOMAS**
**2014 ROCK GLENN BLVD**
**HAVRE DE GRACE, MD 21078-2036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melquel Bush**
**3911 Omega Ln**
**Sarasota, FL 34235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELTON CAMPBELL**
**208C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.973<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| | **MELVA COGDELLO**<br>**56 NE 162ND ST**<br>**NORTH MIAMI BEACH, FL 33162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.973<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| | **Melvin Abangma**<br>**12904 Northampton Dr**<br>**Beltsville, MD 20705-6332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.973<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| | **MELVIN ABANGMA**<br>**12904 NORTHAMPTON DR**<br>**BELTSVILLE, MD 20705-6332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.973<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| | **Melvin Butler**<br>**61 W Main St.**<br>**Frostburg, MD 21532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.973<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
| | **MELVIN KELLEY**<br>**4620 STOKES ST.**<br>**DALLAS, TX 75216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.973<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $577.00 |
| | **MEM DIVISION OF MEDICINE**<br>**1150 N 35th Ave., Ste. 130**<br>**HOLLYWOOD, FL 33021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  5455 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.973<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6,041.00 |
| | **MEMORIAL DIV OF GENERAL SURGE**<br>**601 N Flamingo Rd.**<br>**Ste. 409**<br>**Hollywood, FL 33028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  3673 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,609.00 |
| **MEMORIAL DIV OF ORTHO TRAUMA** | ☐ Contingent | |
| **1150 N 35th Ave., Ste. 130** | ☐ Unliquidated | |
| **HOLLYWOOD, FL 33021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **2783** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,114.00 |
| **MEMORIAL DIVISION OF CARDIAC S** | ☐ Contingent | |
| **1150 N. 35th Ave., Ste 605** | ☐ Unliquidated | |
| **HOLLYWOOD, FL 33021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **9585** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.06 |
| **Memorial Division of Infections Dis** | ☐ Contingent | |
| **3501 Johnson St.** | ☐ Unliquidated | |
| **Hollywood, FL 33021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $367.00 |
| **MEMORIAL DIVISION OF MEDICINE** | ☐ Contingent | |
| **1150 N 35th Ave., Ste. 590** | ☐ Unliquidated | |
| **HOLLYWOOD, FL 33021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **5455** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $613.80 |
| **Memorial Division of Neurology** | ☐ Contingent | |
| **4302 Alton Rd. #330** | ☐ Unliquidated | |
| **Miami Beach, FL 33140** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,944.23 |
| **MEMORIAL DIVISION OF ORTHOPEDICS** | ☐ Contingent | |
| **1150 N 35th Ave., Ste. 130** | ☐ Unliquidated | |
| **HOLLYWOOD, FL 33021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **2783** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,120.03 |
| **Memorial Division of Pediatric Orth** | ☐ Contingent | |
| **1005 Joe DiMaggio Dr.** | ☐ Unliquidated | |
| **Hollywood, FL 33021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.974 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Memorial Division of Rehab Medicine**
**300 Hollywood Way**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,228.30**

---

| 3.974 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MEMORIAL FAMILY PRACTICE**
**PO BOX 277272**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number  **9844**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$92.00**

---

| 3.974 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MEMORIAL HERMANN**
**929 Gessner Dr., Ste 2600**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number  **5102**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$744.75**

---

| 3.975 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Memorial Hosp Miramar**
**1901 SW 172nd Ave.**
**Hollywood, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$213,468.03**

---

| 3.975 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MEMORIAL HOSP PEMBROKE**
**PO BOX 538488**
**ATLANTA, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number  **5836**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$33,299.78**

---

| 3.975 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MEMORIAL HOSP WEST**
**PO BOX 538488**
**157**
**PEMBROKE PINES, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number  **2080**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$192,337.00**

---

| 3.975 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Memorial Hospital**
**3501 Johnson St.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$560,326.81**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------------------------------|-------------------------|---|
| | Name | | |

| 3.975 4 | **Nonpriority creditor's name and mailing address**<br>**MEMORIAL PATHOLOGY CONSULTANT**<br>**1275 York Ave**<br>**New York, NY 10065** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$219.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4929** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.975 5 | **Nonpriority creditor's name and mailing address**<br>**MENG ZHANG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.975 6 | **Nonpriority creditor's name and mailing address**<br>**MENGLONG DING**<br>**2220 HIGH ST. APT. 604**<br>**CUYAHOGA FALLS, OH 44221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.975 7 | **Nonpriority creditor's name and mailing address**<br>**MENGMENG ZHAO**<br>**2740 RYEWOOD AVENUE**<br>**APT B**<br>**COPLEY, OH 44321** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.975 8 | **Nonpriority creditor's name and mailing address**<br>**MENGMENG ZHAO**<br>**1766 WEST MARKET STREET**<br>**APT D**<br>**AKRON, OH 44313** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.975 9 | **Nonpriority creditor's name and mailing address**<br>**MENGSHA QIAN**<br>**55 FIR HILL STREET**<br>**APT, 8B6**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.976 0 | **Nonpriority creditor's name and mailing address**<br>**MENGXUE ZHANG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|--------------------------------------|---------------------------|--|
| | Name | | |

| 3.976 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MENGYUE SUN**
**2816 WOOD DUCK LN**
**APT. 312**
**COVENTRY TOWNSHIP, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MENGYUE SUN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MERCEDES WILLIAMS**
**7600 OAKBRIDGE DR**
**BALTIMORE, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MERCY EKOMWENRENREN**
**1714 HOLBROOK ST**
**BALTIMORE, MD 21202-5809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.00** |
|---|---|---|---|

**Mercy Emergency Care Services, Inc.**
**3131 Queen City Ave.**
**Cincinnati, OH 45238-2316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.53** |
|---|---|---|---|

**Mercy Health Physicians Lorain**
**3600 Kolbe Rd. #227**
**Lorain, OH 44053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.31** |
|---|---|---|---|

**Mercy Health Physicians North**
**4126 N Holland-Sylvania Rd.**
**Ste. 220**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.976 8 | **Nonpriority creditor's name and mailing address**<br>**Mercy St. Anne Hospital**<br>**3404 W Sylvania Ave.**<br>**Toledo, OH 43623**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,367.00** |
|---|---|---|---|

| 3.976 9 | **Nonpriority creditor's name and mailing address**<br>**Mercy St. Vincent Medical**<br>**2213 Cherry St.**<br>**Toledo, OH 43608**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134,397.80** |

| 3.977 0 | **Nonpriority creditor's name and mailing address**<br>**Mercy Wamwara**<br>**414 Crystal Point Dr.**<br>**Dayton, OH 45459**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.977 1 | **Nonpriority creditor's name and mailing address**<br>**MEREDITH DUNN**<br>**3829 PEACH ORCHARD CIRCLE**<br>**PORTSMOUTH, VA 23703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.977 2 | **Nonpriority creditor's name and mailing address**<br>**MEREDITH MONTGOMERY**<br>**1375 WIMBLEDON CIRCLE**<br>**STOW, OH 44224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.977 3 | **Nonpriority creditor's name and mailing address**<br>**Meredith Stanford**<br>**707 Ransom St.**<br>**Maumee, OH 43537**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.977 4 | **Nonpriority creditor's name and mailing address**<br>**Merhawit Tesfay**<br>**3 Candor Ct.**<br>**Reisterstown, MD 21136-3344**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.977 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MERIAH STOKES**
**200 WILKIN STREET**
**SAINT PAUL, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MERLE EDWARDS**
**2459 ZIMMERLY RD**
**ERIE, PA 16506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MERMOSE GOY**
**204A DALEY**
**2500 WEST NORTH AVENUE**
**WESTMINSTER, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MERON DIBIA**
**521 E BUCHTEL AVE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MERRYLL BRETT**
**318 STOCKTON AVE**
**ROSELLE, NJ 07203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merveilles Tshintenge Mukad**
**1120 N Westwood Ave.**
**Apt. 2402**
**Raymond, OH 43067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MERVEILLES TSHITENGEMUKADI**
**1120 N WESTWOOD AVE APT 2402**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MERVIN POSEY**<br>**303B DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**WINDSOR MILL, MD 21244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.978 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MERVIN POSEY**<br>**303B DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.978 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MESHARI ALAHMARI**<br>**270 E. EXCHANGE STREET, #1-409A**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.978 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MESHARI ALAHMARI**<br>**55 FIR HILL ST**<br>**APT 10BF**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.978 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **MESHON PRIMM**<br>**10710 AVON AVENUE**<br>**CLEVELAND, OH 44105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.978 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,515.04 |
| --- | --- | --- | --- |
| | **Methodist Charlton Medical**<br>**3500 W Wheatland Rd.**<br>**Dallas, TX 75237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.978 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $971.14 |
| --- | --- | --- | --- |
| | **Methodist Dallas Medical**<br>**1441 N Beckley Ave.**<br>**Dallas, TX 75203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|---------------------------------------|------------------------|
|        | Name                                  |                        |

---

**3.978 9**

**Nonpriority creditor's name and mailing address**
METHODIST RICHARDSON
PO BOX 911875
NEW YORK, NY 10003

Date(s) debt was incurred _

Last 4 digits of account number  **5501**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$65,538.92**

---

**3.979 0**

**Nonpriority creditor's name and mailing address**
Metrohealth Professional Group
2500 MetroHealth Dr.
Cleveland, OH 44109

Date(s) debt was incurred _

Last 4 digits of account number  **7767**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$937.00**

---

**3.979 1**

**Nonpriority creditor's name and mailing address**
Metrohealth System Medical Cen
10 Severance Cir
Cleveland, OH 44118

Date(s) debt was incurred _

Last 4 digits of account number  **5889**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,027.00**

---

**3.979 2**

**Nonpriority creditor's name and mailing address**
MHER TCHOLAKIAN
29341 BIRCHCREST WAY
FARMINGTN HLS, MI 48331-2433

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.979 3**

**Nonpriority creditor's name and mailing address**
MHHS SOUTHEAST HOSPITAL
PO BOX 301208
NEW YORK, NY 10003

Date(s) debt was incurred _

Last 4 digits of account number  **3782**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,010.00**

---

**3.979 4**

**Nonpriority creditor's name and mailing address**
MHP 24/7 CARE
801 South Douglas Rd.
PEMBROKE PINES, FL 33025

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,012.00**

---

**3.979 5**

**Nonpriority creditor's name and mailing address**
MHS
PO Box 72365
Cleveland, OH 44192-7488

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$265,020.46**

---

| 3.979 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mi'Chal Moore**
**5319 Herring Run Dr.**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mia Bevilacqua**
**221 Hampshire Dr.**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIA BEVILACQUA**
**221 HAMPSHIRE DRIVE**
**SELLERSVILLE, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIA CROOMS**
**508B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIA MEINHARDT**
**5817 WESLEYAN DRIVE**
**PO BOX B50**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIAH GRUBER**
**74 W FOUNTAIN AVE**
**DELAWARE, OH 43015-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIALISA HECTOR**
**2871 EDGECOMBE CIR NORTH APT F**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.980<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIALISA HECTOR**
**2871 EDGECOMBE CIR NORTH APT F**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**MIAMI BEACH ANESTHESIOLOGY ASS**
**4300 Alton Rd.**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0071**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.95 |
|---|---|---|---|

**Miami Beach CHC-Miami Childrens**
**3196 SW 62nd Ave.**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $953.26 |
|---|---|---|---|

**MIAMI BEACH COMMUNITY HEALTH**
**11645 Biscayne Blvd.**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1874**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,786.00 |
|---|---|---|---|

**MIAMI DADE CARDIO CONSULTANTS**
**PO BOX 742240**
**104**
**HIALEAH, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.25 |
|---|---|---|---|

**Miami Joint Institute for Joint Rec**
**Kendall Medical Pavillion**
**11801 SW 90th St.**
**Suite 201**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,668.58 |
|---|---|---|---|

**Miami Lakes Surgery Center**
**15501 NW 67th Ave.**
**Hialeah, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.981 0 | **Nonpriority creditor's name and mailing address** $144.91 |

**Miami Physical Therapy Associates**
**2869 SW 27th Ave.**
**Miami, FL 33133**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 1 | **Nonpriority creditor's name and mailing address** $37,903.85 |
|---|---|

**Miami Surgical Center**
**7600 SW 87th Ave.**
**Miami, FL 33173**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 2 | **Nonpriority creditor's name and mailing address** $170.63 |
|---|---|

**Miami-Dade County Fire Rescue**
**9300 NW 41st St.**
**Miami, FL 33178-2414**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 3 | **Nonpriority creditor's name and mailing address** $0.00 |
|---|---|

**MIAONA JONES**
**307A DALEY**
**2500 WEST NORTH AVENUE**
**COLUMBIA, MD 21045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 4 | **Nonpriority creditor's name and mailing address** $0.00 |
|---|---|

**MIAOYU WANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 5 | **Nonpriority creditor's name and mailing address** $0.00 |
|---|---|

**Miasya Parker**
**213 Mount Sinai Coram Rd.**
**Coram, NY 11727-2244**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 6 | **Nonpriority creditor's name and mailing address** $0.00 |
|---|---|

**Micaela Carroll**
**17478 Waterbridge Dr.**
**North Royalton, OH 44133**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MICAELA KREUTZER**
**7 LONSDALE AVE**
**DAYTON, OH 45419-3143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.981 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MICAELA MILLER**
**701 BEECH STREET**
**PO BOX 594**
**STRYKER, OH 43557**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.981 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MICAELA ORTIZ**
**4371 WILLOW POND RD**
**APT D**
**HAVERHILL, FL 33417**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.982 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Micah Bush**
**5138 Darien Rd.**
**Baltimore, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.982 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Micah Duckett**
**6120 Rose Bay Dr**
**District Heights, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.982 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Micah Egiefameh**
**4943 Hazelwood Ave.**
**Baltimore, MD 21206-2261**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.982 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MICAH FLEMMING**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.982 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICAH MAGWOOD**
907 THOMAS STREET.
KEY WEST, FL 33040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.982 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICAH PETERS**
16405 GOVERNOR BRIDGE RD APT 403
BOWIE, MD 20716-3726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICAH ROBINSON**
727 W 40TH ST APT 348
BALTIMORE, MD 21211-2342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Micaiah Muhammad**
243 McCunley St.
Baltimore, MD 21229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICAIAH MUHAMMAD**
6500 WOODGREEN CIR
GWYNN OAK, MD 21207-7803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICDEASHA HANNA**
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Abrahams**
405 S Pin Island Rd.
#305
Fort Lauderdale, FL 33324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
| | Name | |

| 3.983 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MICHAEL ADDERLY** | ☐ Contingent | |
| | **15830 NW 38TH PLACE** | ☐ Unliquidated | |
| | **CAROL CITY, FL 33056** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MICHAEL AMETEKU** | ☐ Contingent | |
| | **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| | **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| | **AKRON, OH 44325-3101** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MICHAEL ANGELO HORSFORD** | ☐ Contingent | |
| | **8802 THREE CHOPT RD APT 102** | ☐ Unliquidated | |
| | **HENRICO, VA 23229-4730** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MICHAEL AWOTOYE** | ☐ Contingent | |
| | **8 BREEZE BRANCH COURT APT. G** | ☐ Unliquidated | |
| | **LUTHERVILLE - TIMONIUM** | ☐ Disputed | |
| | **LUTHERVILLE, MD 21093** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MICHAEL AWOTOYE** | ☐ Contingent | |
| | **18 ASTRO COURT** | ☐ Unliquidated | |
| | **PARKVILLE, MD 21234** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Michael Banco** | ☐ Contingent | |
| | **2432 Old Stone Ct.** | ☐ Unliquidated | |
| | **Apt. 7** | ☐ Disputed | |
| | **Toledo, OH 43614** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **MICHAEL BANCO** | ☐ Contingent | |
| | **2432 OLD STONE CT APT 7** | ☐ Unliquidated | |
| | **TOLEDO, OH 43614** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.983 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Banks**
**485 Woodcrest Dr.**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL BARBER**
**3934 CRANBERRY DRIVE N**
**GREENFIELD, IN 46140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Bernal**
**1911 Covewood Ln**
**Woodstock, MD 21163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL BERNAL**
**1911 COVEWOOD LANE**
**WOODSTOCK, MD 21163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL BOWENS**
**12224 CHINALAKE DR.**
**DALLAS, TX 75253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Brown**
**3131 Kingston Ct.**
**West Palm Beach, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL BROWN**
**6055 SOUTHFIELD RD**
**APT 1**
**DETROIT, MI 48228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1423 of 3613

| 3.984 5 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL BUDDENBERG**<br>**9170 LAFAYETTE DR NW**<br>**MASSILLON, OH 44647**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.984 6 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL CALDWELL**<br>**21660 EDGECLIFF DR**<br>**EUCLID, OH 44123-1161**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.984 7 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL CAMPBELL**<br>**26710 WHITEWAY DRIVE APT 321**<br>**CLEVELAND, OH 44143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.984 8 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL CARRIZALES**<br>**7418 LAURA KOPPE DR**<br>**HOUSTON, TX 77028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.984 9 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL CARRIZALES**<br>**1339 CLEAR VALLEY DRIVE**<br>**HOUSTON, TX 77014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.985 0 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL CASSELL**<br>**2801 LIST AVENUE**<br>**BALTIMORE, MD 21214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.985 1 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL CHICKERAL**<br>**29740 WINDSOR AVE**<br>**FLAT ROCK, MI 48134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.985 2**

**Nonpriority creditor's name and mailing address**
**MICHAEL COLE**
**888 MORNINGVIEW AVE**
**AKRON, OH 44305**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.985 3**

**Nonpriority creditor's name and mailing address**
**MICHAEL DAVIS**
**16 KING RICHARD CT**
**BALTIMORE, MD 21237-4126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985 4**

**Nonpriority creditor's name and mailing address**
**Michael Deleon**
**243 Hopewell Dr.**
**Powell, OH 43065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985 5**

**Nonpriority creditor's name and mailing address**
**Michael Devries**
**1338 Kensington Blvd.**
**Bowling Green, OH 43402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985 6**

**Nonpriority creditor's name and mailing address**
**MICHAEL DEVRIES**
**1338 KENSINGTON BLVD**
**BOWLING GREEN, OH 43402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985 7**

**Nonpriority creditor's name and mailing address**
**MICHAEL DIETZEN**
**40 LEONARD AVENUE**
**NORTHFIELD, OH 44067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985 8**

**Nonpriority creditor's name and mailing address**
**Michael Dota**
**1475 Mars Ave.**
**Lakewood, OH 44107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.985 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MICHAEL ECKRICH**
3929 MINER DR
BRUNSWICK, OH 44212

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Edwards**
8616 S Tripp Ave.
Chicago, IL 60652

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MICHAEL EVANS**
523 JOAN ST.
MACCLENNY, FL 32063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MICHAEL EVERSOLE**
7752 JUSTUS AVENUE SW
NAVARRE, OH 44662

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Galobardi**
4705 SW 62nd Ave.
Unit 204
Fort Lauderdale, FL 33314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MICHAEL GALOBARDI**
4705 SW 62ND AVE. UNIT 204
DAVIE, FL 33314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Gasper**
4416 Adrian Rd.
Cleveland, OH 44121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAEL GASPER**
4416 ADRIAN RD
SOUTH EUCLID, OH 44121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAEL GIORDANO**
975 NW 167TH AVE
PEMBROKE PINES, FL 33028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Gordon**
2921 SW 87th Ave.
Apt. 508
Fort Lauderdale, FL 33328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAEL GORDON**
2921 SW 87TH AVE.
APT 508
DAVIE, FL 33328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAEL GRIFFIS**
3608 NORTH ROGERS AVE
HANOVER, MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAEL GRIFFIS**
3608 NORTH ROGERS AVE
GWYNN OAK, MD 21207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Griffith**
4015 Harrison Ave. NW
Canton, OH 44709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1427 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.987 3 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL GUZMAN**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.987 4 | **Nonpriority creditor's name and mailing address**<br>**Michael Hall**<br>**6221 Highland Hills Dr.**<br>**Apt. 234**<br>**Dallas, TX 75241**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.987 5 | **Nonpriority creditor's name and mailing address**<br>**Michael Heier**<br>**521 S Lehigh St.**<br>**Baltimore, MD 21224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.987 6 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL HIDALGO**<br>**1954 SNOWY EGRET**<br>**BRAUNFELS, TX 78130**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.987 7 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL HIDALGO**<br>**1929 AUTUMN RUN LANE**<br>**ROUND ROCK, TX 78665**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.987 8 | **Nonpriority creditor's name and mailing address**<br>**Michael Hill**<br>**9628 Utica Pl**<br>**Upper Marlboro, MD 20774-5450**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.987 9 | **Nonpriority creditor's name and mailing address**<br>**MICHAEL HILL**<br>**9628 UTICA PL**<br>**SPRINGDALE, MD 20774-5450**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.988 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Michael Holland** | ☐ Contingent | |
| | **5002 Dorsey Hall Dr.** | ☐ Unliquidated | |
| | **Unit C5** | ☐ Disputed | |
| | **Ellicott City, MD 21042-7790** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL HUDSON** | ☐ Contingent | |
| | **4237 HUNSINGER COURT** | ☐ Unliquidated | |
| | **RANDALLSTOWN, MD 21133** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL HULSE** | ☐ Contingent | |
| | **1031 BERWIN ST** | ☐ Unliquidated | |
| | **AKRON, OH 44310** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL HURST** | ☐ Contingent | |
| | **1225 BROOKVIEW DRIVE** | ☐ Unliquidated | |
| | **HURON, OH 44839** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL KENNEDY** | ☐ Contingent | |
| | **4870 SHARP RD** | ☐ Unliquidated | |
| | **MANDEVILLE, LA 70471-2641** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL KISH** | ☐ Contingent | |
| | **3973 EDGE RD** | ☐ Unliquidated | |
| | **PITTSBURGH, PA 15227** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL KYARKO** | ☐ Contingent | |
| | **5621 CEDAR LN** | ☐ Unliquidated | |
| | **COLUMBIA, MD 21044-2738** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.988 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL LANG**
1335 POSTCREEK ROAD
BATAVIA, OH 45103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL LESHER**
3468 WINCHELL RD
MANTUA, OH 44255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL LONDON**
1503 REBECCA LANE
LANCASTER, TX 75134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL LOPEZ**
2809 NORTHAVEN ROAD
DALLAS, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL MACK**
114 FAIRLAWN PLACE
HUTCHINS, TX 75141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.48 |
|---|---|---|---|

**Michael Markou, DO PLC**
1266 Turner St.
Clearwater, FL 33756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL MARX**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9894**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **MICHAEL MCCARTNEY**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX B58**<br>**VIRGINIA BEACH, VA 23455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9895**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Michael McDonald**<br>**3520 Cliftmont Ave.**<br>**Baltimore, MD 21213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9896**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **MICHAEL MEJIA**<br>**13433 SW 289TH TERR**<br>**HOMESTEAD, FL 33033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9897**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **MICHAEL MENDEZ**<br>**401 NW 72ND AVE., APT. 108**<br>**MIAMI, FL 33125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9898**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **MICHAEL MOSCONI**<br>**25083 BLYSTONE ROAD**<br>**CAMBRIDGE SPRINGS, PA 16403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9899**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **Michael Nyarko**<br>**5621 Cedar Ln**<br>**Columbia, MD 21044-2738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9900**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |
| **MICHAEL NYARKO**<br>**5621 CEDAR LN**<br>**COLUMBIA, MD 21044-2738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.990 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL ORJI** | ☐ Contingent | |
| | **796 THOMAS S BOYLAND STREET** | ☐ Unliquidated | |
| | **BROOKLYN, NY 11212** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.990 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL ORMOND** | ☐ Contingent | |
| | **3710 LINCOLN ROAD** | ☐ Unliquidated | |
| | **LAS VEGAS, NV 89115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.990 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Michael Orndoff** | ☐ Contingent | |
| | **739 Slate Lane** | ☐ Unliquidated | |
| | **Stephenson, VA 22656** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.990 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Michael Orra** | ☐ Contingent | |
| | **1513 Michigan Ave.** | ☐ Unliquidated | |
| | **Maumee, OH 43537** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.990 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL ORRA** | ☐ Contingent | |
| | **1513 MICHIGAN AVE** | ☐ Unliquidated | |
| | **MAUMEE, OH 43537** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.990 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Michael Presby** | ☐ Contingent | |
| | **465 Orlo Ln** | ☐ Unliquidated | |
| | **Youngstown, OH 44512** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.990 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MICHAEL PRESBY** | ☐ Contingent | |
| | **465 ORLO LN** | ☐ Unliquidated | |
| | **BOARDMAN, OH 44512** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.990<br>8 | Nonpriority creditor's name and mailing address<br>**Michael R. Paradise, MD**<br>**12300 McCracken Rd.**<br>**Cleveland, OH 44125**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **9258** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$195.00** |
|---|---|---|---|
| 3.990<br>9 | Nonpriority creditor's name and mailing address<br>**MICHAEL RAMOS**<br>**20600 NW 55TH CT**<br>**MIAMI GARDENS, FL 33055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.991<br>0 | Nonpriority creditor's name and mailing address<br>**MICHAEL RICKENS**<br>**937 JOSHUA TREE COURT**<br>**OWINGS MILLS, MD 21117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.991<br>1 | Nonpriority creditor's name and mailing address<br>**MICHAEL SANDY**<br>**10910 MAIDEN**<br>**BOWIE, MD 20720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.991<br>2 | Nonpriority creditor's name and mailing address<br>**MICHAEL SCHUSTER**<br>**25628 GARDEN ROAD**<br>**OAKWOOD VILLAGE, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.991<br>3 | Nonpriority creditor's name and mailing address<br>**MICHAEL SCHUSTRICH**<br>**8824 STATE ROUTE 303**<br>**WINDHAM, OH 44288**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.991<br>4 | Nonpriority creditor's name and mailing address<br>**Michael Scott**<br>**1272 Strathmore Ct.**<br>**Hebron, KY 41048**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|--|
| | Name | | |

---

**3.991 5**

**Nonpriority creditor's name and mailing address**

**MICHAEL SHEFFIELD**
**2621 SW 65TH AVE**
**MIRAMAR, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 6**

**Nonpriority creditor's name and mailing address**

**Michael Shuler**
**10 Horton Mill Rd**
**West Harrison, NY 10604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 7**

**Nonpriority creditor's name and mailing address**

**Michael Simon**
**5222 Copper Creek Dr.**
**Dublin, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 8**

**Nonpriority creditor's name and mailing address**

**MICHAEL SKIZENTA**
**74 AVALON DRIVE**
**BEDFORD, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 9**

**Nonpriority creditor's name and mailing address**

**Michael Smith**
**2327 Shrewsbury Rd.**
**Columbus, OH 43221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.992 0**

**Nonpriority creditor's name and mailing address**

**MICHAEL SMITH**
**746 EAST 101ST**
**CHICAGO, IL 60628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.992 1**

**Nonpriority creditor's name and mailing address**

**MICHAEL T. KELLY D.C. P.A.**
**1430 St. Lucie W Blvd.**
**Port Saint Lucie, FL 34986**

Date(s) debt was incurred _

Last 4 digits of account number  **9788**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.992 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL TIMMONS**
**3105 NICHOLSON ST**
**HYATTSVILLE, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Tolkacz**
**1920 Collingwood Blvd.**
**Apt. 810**
**Toledo, OH 43604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL TORONKA**
**9007 HILTON HILL TER**
**LANHAM, MD 20706-3521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL VACCO**
**2197 METER RD**
**MARBLEHEAD, OH 43440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Vallario**
**2210 NE 5th Ave.**
**Fort Lauderdale, FL 33305-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL VALLARIO**
**658 W 188TH ST.**
**APT. 5AA**
**NEW YORK, NY 10040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Williams**
**1300 S Graycroft Dr.**
**Madison, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.9929**

Nonpriority creditor's name and mailing address
MICHAEL WILLIAMS
1255 NW 90 STREET
MIAMI, FL 33147

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.9930**

Nonpriority creditor's name and mailing address
Michael Wynder
1204 Valley St.
Baltimore, MD 21202-5650

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9931**

Nonpriority creditor's name and mailing address
MICHAEL WYNDER
1204 VALLEY ST
BALTIMORE, MD 21202-5650

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9932**

Nonpriority creditor's name and mailing address
MICHAELA CHAMPION
2524 BRANCH AVE SE
WASHINGTON, DC 20020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9933**

Nonpriority creditor's name and mailing address
Michaela Margida
2319 Middlesex Dr.
Toledo, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9934**

Nonpriority creditor's name and mailing address
MICHAELA MARGIDA
11592 MCCALLUM AVE NE
ALLIANCE, OH 44601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9935**

Nonpriority creditor's name and mailing address
MICHAELA PARKER
1752 QUESADA AVENUE, APT A
SAN FRANCISCO, CA 94124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.993 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAELA ROWLAND**
**3384 EAGLE CREEK ROAD**
**LEAVITTSBURG, OH 44430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAELA THOMPSON**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHAELLE VILMONT**
**945 N.W. 134TH STREET**
**NORTH MIAMI, FL 33168-6647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michalla Gordon**
**137 Ault St.**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHEL POULSON**
**946 WINTON AVE**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICHEL SCOTT**
**372 NE 86TH ST**
**EL PORTAL, FL 33138-3016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelangelo Latona**
**2131 Copley Rd.**
**B34**
**Akron, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994<br>3 | **Nonpriority creditor's name and mailing address**<br>**MICHELANGELO LATONA**<br>**1329 N COLUMBINE DR**<br>**MT. PROSPECT, IL 60056** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994<br>4 | **Nonpriority creditor's name and mailing address**<br>**MICHELE COLETTA**<br>**16401 NW 37TH AVE.**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994<br>5 | **Nonpriority creditor's name and mailing address**<br>**MICHELEE VASQUEZ**<br>**1834 SW 81ST LANE**<br>**DAVIE, FL 33324** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994<br>6 | **Nonpriority creditor's name and mailing address**<br>**MICHELLA GREEN**<br>**912 STATE AVE**<br>**HOLLY HILL, FL 32117** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994<br>7 | **Nonpriority creditor's name and mailing address**<br>**MICHELLE ANDERSON**<br>**9825 GATE PKWY N #5115**<br>**JACKSONVILLE, FL 32246** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994<br>8 | **Nonpriority creditor's name and mailing address**<br>**MICHELLE ANDERSON**<br>**96679 ARRIGO BLVD**<br>**FERNANDINA BEACH, FL 32034** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.994<br>9 | **Nonpriority creditor's name and mailing address**<br>**MICHELLE BENNETT**<br>**3338 ROOSEVELT STREET**<br>**HOLLYWOOD, FL 33021** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.995 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHELLE BROWN**
**11750 SW 16TH STREET**
**HOLLYWOOD, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michelle Carter**
**313 Winston St.**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MICHELLE COOPER**
**20237 NW 32 AVE.**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MICHELLE DIAZ**
**16250 SW 48TH TERR**
**MIAMI, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michelle Felix**
**12166 NW 46th St.**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MICHELLE FELIX**
**12166 NW 46TH STREET**
**CORAL SPRINGS, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MICHELLE GOMEZ-AVILA**
**12338 CO ROAD 2902**
**EUSTACE, TX 75124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.995 7 | **Nonpriority creditor's name and mailing address** **MICHELLE GONZALEZ** **2570 SW 140 AVE** **MIAMI, FL 33175** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.995 8 | **Nonpriority creditor's name and mailing address** **MICHELLE HARTZOG** **3603 LARCHMONT PKWY** **TOLEDO, OH 43613** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.995 9 | **Nonpriority creditor's name and mailing address** **Michelle Hecht** **1287 Front St.** **Cuyahoga Falls, OH 44221** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.996 0 | **Nonpriority creditor's name and mailing address** **MICHELLE HOSTETTLER** **4321 TOWNSHIP ROAD 36** **GLENMONT, OH 44628** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.996 1 | **Nonpriority creditor's name and mailing address** **Michelle J. Cox Porter, PA** **351 Cypress Creek Rd.** **Suite 103** **Cedar Park, TX 78613** Date(s) debt was incurred _ Last 4 digits of account number **7451** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $218.88 |
| 3.996 2 | **Nonpriority creditor's name and mailing address** **MICHELLE KUSHNIR** **315 S AVE APT #2** **TALLMADGE, OH 44278** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.996 3 | **Nonpriority creditor's name and mailing address** **MICHELLE LANDRIAN** **4170 SW 82 COURT** **MIAMI, FL 33155** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.996 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MICHELLE LARKIN**
**20720 NW 34TH AVE**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MICHELLE MCALLISTER**
**2430 ALMA RD**
**HALETHORPE, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Nagle**
**6261 SW 24th Pl**
**Apt. 308**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MICHELLE NAGLE**
**6261 SW 24TH PL**
**APT 308**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Olvera**
**711 Crawford St.**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**MICHELLE OLVERA**
**5817 WESLEYAN DRIVE**
**PO BOX A393**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Saunders**
**65-06 Decosta Ave.**
**2nd Floor**
**Arverne, NY 11692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.997 1 | **Nonpriority creditor's name and mailing address** **MICHELLE SESE** **2382 DELRAY LANE** **AVON, OH 44011** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.997 2 | **Nonpriority creditor's name and mailing address** **MICHELLE SMITH** **2001 VILLA DRIVE 312** **PITTSBURG, CA 94565** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.997 3 | **Nonpriority creditor's name and mailing address** **Michelle Stith** **3215 Yosemite Ave.** **Baltimore, MD 21215-7512** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.997 4 | **Nonpriority creditor's name and mailing address** **MICHELLE TEMPLIN** **250 WEST ERIE RD.** **TEMPERANCE, MI 48182** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.997 5 | **Nonpriority creditor's name and mailing address** **Michelle Wesley Ayad, FNP** **3100 Main St.** **Ste. 705** **Maumee, OH 43537-9867** Date(s) debt was incurred _ Last 4 digits of account number  **1165** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$508.00** |
|---|---|---|---|

| 3.997 6 | **Nonpriority creditor's name and mailing address** **Michlle Bennett** **3338 Roosevelt St.** **Hollywood, FL 33021** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.997 7 | **Nonpriority creditor's name and mailing address** **Miciah Witherspoon** **1 Walden Cypress Ct.** **Gwynn Oak, MD 21207-3940** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.9978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mickal Hill**
237 N Airport Dr.
Henrico, VA 23075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKAL HILL**
237 NORTH AIRPORT DR
HIGHLAND SPRINGS, VA 23075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKALE WELLS**
3240 NW 151ST TERRACE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKAYLA BALDWIN**
4145 GREENVALE ROAD APT. 202
SOUTH EUCLID, OH 44121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKAYLA KEMP**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKENZIE BROWN**
5923 SEMOFF DR
TOLEDO, OH 43613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKEY SHAH**
1295 DELIA AVE
AKRON, OH 44320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.998 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICKIA SMITH**
**2811 NW 173RD TER**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.00 |
|---|---|---|---|

**Mid Atlantic Eye, LLC**
**1600 Sixth Ave.**
**Ate. 119B**
**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.60 |
|---|---|---|---|

**Midatlantic Womens Care PLC**
**420 N Center Rd. #203**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.00 |
|---|---|---|---|

**MIDLAND MEDICAL CENTER**
**1421 E. Oakland Park Blvd., #200**
**OAKLAND PARK, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5339

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.30 |
|---|---|---|---|

**Midwest Eye Consultant Ohio**
**5733 Lewis Ave.**
**Toledo, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mie Tazawa**
**1216 Sunbury Rd.**
**Columbus, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIGUEL DEYA**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIGUEL HERNANDEZ**
**19415 VIA DEL MAR APT 301**
**TAMPA, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIGUEL PAIEWONSKY**
**8400 NW 25TH ST STE 100**
**DORAL, FL 33198-1534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIGYEONG JANG**
**1201 EAST MARKET STREET**
**SUITE 521**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKAELA MYERS**
**28345 W RIVER RD**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKALA CATALANO**
**10176 PIRATES TRL**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKALAH JOHNSON**
**P O BOX 94**
**CLEWISTON, FL 33440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKAYLA AOWAD**
**6427 LAKE CABLE AVE NW**
**CANTON, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKAYLA DEMOE**
**2239 BYRNEWAY DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.38 |
|---|---|---|---|

**Mikayla Newland**
**University of Akron, Athletic Dept.**
**302 E. Buchtel Ave.**
**Akron, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mikayla Williams**
**406 Silverside Rd.**
**Falmouth, KY 41040-3551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKE LEON**
**39 NEWTON RD**
**WEST PARK, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKEALA MARAGH**
**125914 SW 122ND CT**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKEE HAYES**
**22 EAST EXCHANGE STREET**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIKELL BOZEMAN**
**10107 ASTILL COURT**
**WALDORF, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikellen Dunn**
216 Melvin Ave
Apt. B
Catonsville, MD 21228-3267

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIKENZI DANIELS-SMITH**
6788 WAKEFIELD ROAD
PO BOX 33
HIRAM, OH 44234

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mikerlange Jeanlouis**
414 Camden Ct.
Salisbury, MD 21801-5334

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIKHAIL ROLLE**
5952 NW 88TH AVE
APT5952
TAMARAC, FL 33321

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIKINZIE KLIMPER**
863 COLUMBINE STREET
CRAIG, CO 81625

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIKKEL KOLSTAD**
6101 PALM TRACE LANDINGS DRIVE 102
DAVIE, FL 33314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIKON HEWITT**
8552 BRUSHLEAF WAY
TAMPA, FL 33647

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.100 13**

Nonpriority creditor's name and mailing address
**MILABELLA VASQUEZ**
**2311 NEWFIELD LN**
**AUSTIN, TX 78703-2438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.100 14**

Nonpriority creditor's name and mailing address
**MILAGROS MULERO**
**1024 SW 71ST COURT**
**MIAMI, FL 33144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 15**

Nonpriority creditor's name and mailing address
**Milen Golden**
**4150 E 95th**
**Cleveland, OH 44105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 16**

Nonpriority creditor's name and mailing address
**MILEN GOLDEN**
**4150 EAST 95TH**
**GARFIELD HEIGHTS, OH 44105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 17**

Nonpriority creditor's name and mailing address
**MILES BALDWIN**
**547 BROWN ST**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 18**

Nonpriority creditor's name and mailing address
**MILLER DAVIES**
**7490 RONI ST. SW**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.100 19**

Nonpriority creditor's name and mailing address
**Milltown Family Physicians**
**128 E Milltown Rd. #105**
**Wooster, OH 44691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$419.90

---

| 3.100<br>20 | **Nonpriority creditor's name and mailing address**<br>**MILTON GREER**<br>**196 W GRAYLING DR**<br>**AKRON, OH 44333** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>21 | **Nonpriority creditor's name and mailing address**<br>**Milton Hall**<br>**1652 Northbourne Rd**<br>**Baltimore, MD 21239** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>22 | **Nonpriority creditor's name and mailing address**<br>**MILTON WILSON**<br>**10092 RIDGESIDE CT**<br>**STREETSBORO, OH 44241** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>23 | **Nonpriority creditor's name and mailing address**<br>**MIN CHEN**<br>**2041 NE 196 TERRACE**<br>**NORTH MIAMI BEACH, FL 33179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>24 | **Nonpriority creditor's name and mailing address**<br>**MINAH JOHNSON**<br>**3501 ENGLEMEADE RD**<br>**PIKESVILLE, MD 21208-1506** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>25 | **Nonpriority creditor's name and mailing address**<br>**Minahil Kamran**<br>**2902 Maple Colony Dr.**<br>**Toledo, OH 43617** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>26 | **Nonpriority creditor's name and mailing address**<br>**MINGYU YUAN**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 27 | **Nonpriority creditor's name and mailing address** MINH VU 437 SUMNER STREET AKRON, OH 44304 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 28 | **Nonpriority creditor's name and mailing address** MINIAH WILLIS 1231 BLACKWATER POND DR ALAFAYA, FL 32828 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 29 | **Nonpriority creditor's name and mailing address** MINKYU JUNG 615 SANDUSKY ST DELAWARE, OH 43015 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 30 | **Nonpriority creditor's name and mailing address** MINNISHA MARSHALL 13921 SW 278 STREEET HOMESTEAD, FL 33032 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 31 | **Nonpriority creditor's name and mailing address** MinuteClinic Diagnostic of Florida 5308 W Irlo Bronson Memorial Hwy Kissimmee, FL 34746-4754 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,085.53** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 32 | **Nonpriority creditor's name and mailing address** MinuteClinic Diagnostic of Ohio PO Box 14000 Belfast, ME 04915 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$3,833.44** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 33 | **Nonpriority creditor's name and mailing address** MIR SHAHNEWAZ AREFIN 590 EAST BUCHTEL AVENUE APT 31 AKRON, OH 44304 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miracele Burton**
**1509 Northgate Rd.**
**Baltimore, MD 21218-1619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRACLE ALEXANDER**
**9648 S MERRION AVE**
**CHICAGO, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRACLE CHUKWUKA-EZE**
**9443 BALLARD GREEN DRIVE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRACLE IROMUANYA JOHSUA**
**2170 BENITA DRIVE APT 8**
**RANCHO CORDOVA, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRACLE SMITH**
**3712 CEDAR DR**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRACLE TELASCO**
**13121 SW 45TH DR.**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRAN AFZAL KHAN**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIRANDA DURAN**
**18 COCHITI WEST**
**SANTA FE, NM 87508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIRANDA MIRACLE**
**4912 SHANKS PHALANX ROAD**
**SOUTHINGTON, OH 44470**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIRANDA MORDUE**
**1298 VANTAGE WAY**
**STREETSBORO, OH 44241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIRCALE HOLMAN**
**7826 S GREENWOOD AVE**
**CHICAGO, IL 60619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIREYA CUZA-ABDALA**
**2541 JARDIN LANE**
**WESTON, FL 33327**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIRIAM MBORO**
**14 BRUBAR CT APT 2D**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MIRIAM MBORO**
**14 BRUBAR CT APT 2D**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.100 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRIAM PEREZ**
**6650 TOWN SQUARE DRIVE**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRIAM SHAFRANSKY**
**2344 CHANCERY RD**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miriam Torrado**
**17878 N Bay Rd.**
**Apt. #304**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRIAM TORRADO**
**17878 N BAY RD**
**APT #304**
**SUNNY ISLES BEACH, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRIAN ALVARENGA PAEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRICLE BLACKMAN**
**28686 FOREST ROAD**
**WILLOWICK, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRTHA GARCIA ALVAREZ**
**2834 NW 94TH ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 55 | |

**Nonpriority creditor's name and mailing address**

**MIRUNA VASILESCU**
**4 GRANT STREET**
**APT. 556**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 56 | |

**Nonpriority creditor's name and mailing address**

**MIRYAM PAUL**
**3007 8TH ST W**
**LEHIGH ACRES, FL 33971-5425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 57 | |

**Nonpriority creditor's name and mailing address**

**MIRYAM PAUL**
**3007 8TH ST W**
**LEHIGH ACRES, FL 33971-5425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 58 | |

**Nonpriority creditor's name and mailing address**

**MISEON KIM**
**1350 N. HOWARD ST. APT. 203**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 59 | |

**Nonpriority creditor's name and mailing address**

**MISHA MYLES**
**3800 GLENARM AVE.**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 60 | |

**Nonpriority creditor's name and mailing address**

**MISHA WILLIAMS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 61 | |

**Nonpriority creditor's name and mailing address**

**MISHAYLA WILLIAMS**
**124 LINCOLN LANE**
**CROWLEY, TX 76036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Misti Lovett**
**622 Atteberry Lane**
**Lancaster, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MISTURA RASHEED**
**4408 FRANCONIA DR APT L**
**MONTGOMERY VILLA, MD 20886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MISTURA RASHEED**
**4408 FRANCONIA DR APT L**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MISTY MOORE**
**724 ATTEBERRY LANE**
**LANCASTER, TX 75146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MISTY RYAN**
**4540 NW 114TH AVE. APT. 1601**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MIT PATEL**
**3157 FENMORE LANE**
**REMINDERVILLE, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MITCHEL WALLACE**
**3239 WILFORD DRIVE**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell Bault**
996 Hamlin Dr.
Maineville, OH 45039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MITCHELL CARVALIER**
5269 WOODVIEW AVENUE
LOUISVILLE, OH 44641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MITCHELL CAVALIER**
5269 WOODVIEW AVENUE
LOUISVILLE, OH 44641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell Griffith**
502 Tonbridge Ct.
Perrysburg, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell Griffith**
502 Tonbridge Ct.
Perrysburg, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MITCHELL HERSHEY**
25816 ROYALTON RD
COLUMBIA STATIO, OH 44028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell King**
1216 Sunbury Rd.
Columbus, OH 43210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MITCHELL MCFARLAND**
**439 STEWART HOLLOW RD**
**PORTSMOUTH, OH 45662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mitra Jamshidian**
**4430 N Holland Sylvania Rd.**
**Apt. 4313**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,290.47 |
|---|---|---|---|

**MIVIP MEDICAL GROUP H**
**551 5th Ave., Ste 525**
**New York, NY 10176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  6544

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MO ZHENG**
**17880 NE 31 CT**
**APT 2311**
**AVENTURA, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOBOLAJI ZONDODE**
**8663 OAK RD**
**PARKVILLE, MD 21234-3610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOEIN SABOUNCHI**
**437 SHERMAN STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOEIN SABOUNCHI**
**430 SUMNER ST. APT 204 A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED ALI**
296 W HILLSDALE LN
HOLLAND, OH 43528

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED AMRE ABDELBARY HAMED**
2741 RYEWOOD AVE
APT D
COPLEY, OH 44321

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED BAA**
7401 NEW HAMPSHIRE AVE APT 705
TAKOMA PARK, MD 20912-6952

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED KHAIZARAN**
23250 CHANDLERS LN
OLMSTED FALLS, OH 44138

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED KHAIZARAN**
1595 TREETOP TRAIL
AKRON, OH 44313

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED KHAIZARAN**
55 FIR HILL
7B6
AKRON, OH 44304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMED TALL**
42 TORLINA CT
GWYNN OAK, MD 21207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD ARIFUR RAHMAN**
**685 SHERMAN STREET (APT#15)**
**AKRON, OH 44311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD ARIFUR RAHMAN**
**543 EAST BUCHTEL AVE APT#1**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD ASHRAFUL HAQ**
**161 MARTIN LUTHER KING JR. BLVD.**
**APT- 302**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD HAMRANGSEKACHAEE**
**77 S. ADOLPH AVE.**
**APT #1**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mohammad Hamza Owais**
**2515 W Bancroft St.**
**Apt. PHS**
**Toledo, OH 43607**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD HAMZA OWAIS**
**2515 W BANCROFT ST**
**APT PHS**
**TOLEDO, OH 43607**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD MANNAN**
**450 SUMNER ST**
**APT: 3**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

| | | |
|---|---|---|
| | **MOHAMMAD MANNAN** 437 SUMNER ST APT: C1 AKRON, OH 44304 | ☐ Contingent ☐ Unliquidated ☐ Disputed |

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Mohammad Matin Hanifzadeh**
3367 Airport Highway
Apt. 18
Toledo, OH 43609

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**MOHAMMAD MENNAN**
437 SUMNER ST
APT: C1
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**MOHAMMAD NIAZI**
150 RIVERWAY
BOSTON, MA 02215-4109

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**MOHAMMAD NOOR SHAHEED**
543 EAST BUCHTEL AVENUE, APT#1
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**MOHAMMAD NOOR SHAHEED**
685 SHERMAN ST, APT#17
AKRON, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**MOHAMMAD RANJBAR**
77 FIR HILL DR APT 9C4
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mohammad Reza Amjadi Kashani**
8240 Sturbridge Way
Apt. 2
Cordova, TN 38018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD UMAR FAROOQ ALATTAS**
664, SUMNER STREET
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD UMAR FAROOQ KHAN**
664 SUMNER STREET
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMAD WASIF NAQVI**
2515 W BANCROFT ST APT PHE
TOLEDO, OH 43607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mohammad-Nasirul Haque**
1323 Oak Hill Ct.
Apt. 156
Toledo, OH 43614

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMADMATIN HANIFZADEH**
3367 AIRPORT HIGHWAY APT 18
TOLEDO, OH 43609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOHAMMADREZA AMJADIKASHANI**
8240 STURBRIDGE WAY APT 2
CORDOVA, TN 38018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.101 11**

Nonpriority creditor's name and mailing address

**MOHAMMADREZA ASGARI**
**2622 CHAMBERLAIN RD,**
**FAIRLAWN, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 12**

Nonpriority creditor's name and mailing address

**MOHAMMED ABDELAZIZ ELAMIN**
**MHAMMED**
**430 SUMNER STREET APARTMENT 302**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 13**

Nonpriority creditor's name and mailing address

**MOHAMMED ABDELAZIZ ELAMIN**
**MOHAMMED**
**430 SUMNER STREET APARTMENT 102**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 14**

Nonpriority creditor's name and mailing address

**MOHAMMED ABDUL SAMI**
**6016 W130TH ST. BROOKPARK**
**BROOKPARK, OH 44142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 15**

Nonpriority creditor's name and mailing address

**Mohammed Ahmed**
**4260 Dunbridge St.**
**Columbus, OH 43224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 16**

Nonpriority creditor's name and mailing address

**MOHAMMED AL RASHDI**
**55 FIR HILL, APT. 7B11**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 17**

Nonpriority creditor's name and mailing address

**MOHAMMED ALSHARIF**
**220 EAST SCHOOL STREET**
**KENT, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.101 18 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MOHAMMED ELAMIN** | ☐ Contingent | |
| | **430 SUMNER ST APT 302** | ☐ Unliquidated | |
| | **AKRON, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 19 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MOHAMMED GADRI** | ☐ Contingent | |
| | **55 FIR HILL STREET, APT. B5** | ☐ Unliquidated | |
| | **AKRON, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 20 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Mohammed Girad** | ☐ Contingent | |
| | **2658 Cheltenham Rd.** | ☐ Unliquidated | |
| | **Toledo, OH 43606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 21 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MOHAMMED RASOOL** | ☐ Contingent | |
| | **1353 OAK HILL COURT, UNIT 81** | ☐ Unliquidated | |
| | **TOLEDO, OH 43614** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 22 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MOHAMMED RAZOOQI** | ☐ Contingent | |
| | **2801 W BANCROFT MS121** | ☐ Unliquidated | |
| | **TOLEDO, OH 43606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 23 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MOHANNED ALSAUDI** | ☐ Contingent | |
| | **393 SUMNER ST APT 501** | ☐ Unliquidated | |
| | **AKRON, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 24 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MOHASININA BINTE KAMAL** | ☐ Contingent | |
| | **437 SUMNER ST APT M** | ☐ Unliquidated | |
| | **AKRON, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.101 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MOHSEN ZAKER ESTEGHAMATI** 590 E BUCHTEL AVE APT 48 AKRON, OH 44304 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MOINUL HAQUE** 161 MARTIN LUTHER KING BLVD APT 201 AKRON, OH 44304 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MOISES CASTILLO** 1871 W 62ND ST APT 305 HIALEAH, FL 33012 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MOISES KEVIN PEMBELE** 80 E. EXCHANGE ST. #284-B AKRON, OH 44308 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$265.86** |
|---|---|---|---|
| | **Molina HC of OH** 3000 Corporate Exchange Dr. Columbus, OH 43231 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number  5855 | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MOLLIE ENRIGHT** 14 HONEYSUCKLE RD SOUTH HAMILTON, MA 01982 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **MOLLIE MARSHALL** 4355 WYNTUCK PL MEMPHIS, TN 38117-3013 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101<br>32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOLLIE SEQUEIRA**
**5817 WESLEYAN DRIVE**
**PO BOX C38**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOLLY DEMPSEY**
**621 PARK AVENUE**
**NEWTON FALLS, OH 44444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Keith**
**3161 Palm Trace Landings Dr.**
**Apt. 1102**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Marshall**
**602 S 600 W**
**Hebron, IN 46341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Siedlecki**
**4166 E Stein Rd.**
**La Salle, MI 48145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOMOKO TAKEDA**
**1105 TALL GRASS CIR.**
**#307**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101<br>38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MONA BAKHTIARY**
**101 S. WHITING ST APT 1210**
**ALEXANDRIA, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.101 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONA JORGENSEN**
**55 FIR HILL STREET, #1D7**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONA MANOURI**
**80 E EXCHANGE ST,**
**DEPOT APARTMENTS, 361B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONA MANSOURI**
**2255 WINTER PKWY, APT121**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONA MANSOURI**
**80 E EXCHANGE ST**
**DEPOT APARTMENTS, 361B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONAAYMAN SHAH**
**3279 HIDDEN RIDGE DR**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONAE MILLER**
**601 EAST 40TH STREET**
**CHICAGO, IL 60653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONAE MYERS**
**1750 CARSWELL ST**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MONALI BASUTKAR** | ☐ Contingent | |
| **2220 HIGH ST APT 520** | ☐ Unliquidated | |
| **CUYAHOGA FALLS, OH 44221** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.101 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Monalo Caldwell** | ☐ Contingent | |
| **2610 Niagara St.** | ☐ Unliquidated | |
| **Cincinnati, OH 45251** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MONALO CALDWELL** | ☐ Contingent | |
| **2610 NIAGARA STREET** | ☐ Unliquidated | |
| **CINCINNATI, OH 45251** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Monay Daniels** | ☐ Contingent | |
| **9345 Red Rose Ave.** | ☐ Unliquidated | |
| **Las Vegas, NV 89129** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MONAY LEWIS** | ☐ Contingent | |
| **1190 WEST NORTHERN PKWY** | ☐ Unliquidated | |
| **APT 922** | ☐ Disputed | |
| **BALTIMORE, MD 21208** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MONAY LEWIS** | ☐ Contingent | |
| **1190 WEST NORTHERN PKWY** | ☐ Unliquidated | |
| **APT 922** | ☐ Disputed | |
| **BALTIMORE, MD 21210** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.101 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MONDE WAKUNGUMA** | ☐ Contingent | |
| **ORR RESIDENCE HALL** | ☐ Unliquidated | |
| **88 SOUTH COLLEGE STREET** | ☐ Disputed | |
| **AKRON, OH 44325** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.101 53 | **Nonpriority creditor's name and mailing address**<br>**MONET RAHMING**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.101 54 | **Nonpriority creditor's name and mailing address**<br>**Monette Daniels**<br>**23634 Philip Dr.**<br>**Southfield, MI 48075-7714**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 55 | **Nonpriority creditor's name and mailing address**<br>**MONIA GARNER**<br>**4307 W 142ND STREET, APT 5**<br>**HAWTHORNE, CA 90250-7189**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 56 | **Nonpriority creditor's name and mailing address**<br>**MONIA LEDBETTER**<br>**3006 FAIRVIEW RD**<br>**BALTIMORE, MD 21207-4445**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 57 | **Nonpriority creditor's name and mailing address**<br>**Monica Addo**<br>**1701 Home Rd.**<br>**Delaware, OH 43015**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 58 | **Nonpriority creditor's name and mailing address**<br>**Monica Benore**<br>**3721 Sulpher Spring Rd.**<br>**Toledo, OH 43606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 59 | **Nonpriority creditor's name and mailing address**<br>**MONICA BENORE**<br>**3721 SULPHUR SPRING RD.**<br>**OTTAWA HILLS, OH 43606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.101 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONICA FERNANDEZ**
**14711 DADE PINE AVE**
**MIAMI LAKES, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monica Henry**
**3910 Hill Ave.**
**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MONICA JONES**
**7811 STEPHENSON DRIVE**
**JACKSONVILLE, FL 32208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monica Orteu Pons**
**Mutaner 421, 3-1**
**Clementon, NJ 08021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monica Perrine**
**546 Dewitt St.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monica Tumblin**
**3900 Gale Rd.**
**Granville, OH 43023-9441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.101 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monica Williams**
**1245 Oak Hill Ct.**
**Apt. 253**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.101 67 | |

**Nonpriority creditor's name and mailing address**
**MONIKA CABRERA**
**1055 W 77TH ST APT 411**
**HIALEAH, FL 33014-3963**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.101 68 | |

**Nonpriority creditor's name and mailing address**
**MONIQUE AYERS**
**5817 WESLEYAN DRIVE**
**CAMPUS BOX C520**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.101 69 | |

**Nonpriority creditor's name and mailing address**
**MONIQUE BUCKNER**
**3713 PINEBROOK ST**
**DALLAS, TX 75241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.101 70 | |

**Nonpriority creditor's name and mailing address**
**MONIQUE DE LEON**
**3871 NW 164TH STREET**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.101 71 | |

**Nonpriority creditor's name and mailing address**
**MONIQUE DOBYNS**
**512 ROCKLYN AVE**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.101 72 | |

**Nonpriority creditor's name and mailing address**
**MONIQUE DOBYNS**
**512 ROCKLYN AVE**
**PASADENA, MD 21122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.101 73 | |

**Nonpriority creditor's name and mailing address**
**MONIQUE DOBYNS**
**512 ROCKLYN AVE**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.101 74 | **Nonpriority creditor's name and mailing address**<br>**MONIQUE GARRICK**<br>**3155 HOOD STREET**<br>**OAKLAND, CA 94605**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.101 75 | **Nonpriority creditor's name and mailing address**<br>**Monique Gross**<br>**11004 Old York Rd.**<br>**Bowie, MD 20721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.101 76 | **Nonpriority creditor's name and mailing address**<br>**MONIQUE GROSS**<br>**11004 OLD YORK ROAD**<br>**MITCHELLVILLE, MD 20721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.101 77 | **Nonpriority creditor's name and mailing address**<br>**MONIQUE MOISE**<br>**3131 NW 162ND ST**<br>**OPA LOCKA, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.101 78 | **Nonpriority creditor's name and mailing address**<br>**MONIQUE ROBINSON**<br>**10402 STONE PINE AVENUE**<br>**WALDORF, MD 20603**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.101 79 | **Nonpriority creditor's name and mailing address**<br>**MONIQUE WILLIAMS**<br>**3803 AVE L**<br>**FORT PIERCE, FL 34947**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.101 80 | **Nonpriority creditor's name and mailing address**<br>**MONISHA HEPBURN**<br>**3840 NW 174 STREET**<br>**MIAMI, FL 33055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Nonpriority creditor's name and mailing address**

**Monisola Akinruli**
**276 Harry S Truman Dr.**
**Upper Marlboro, MD 20774-2021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**MONTAE BOSTICK**
**7390 MEAD DRIVE**
**SPRING HILL, FL 34606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**MONTAVIA HUBBARD**
**6711 KINCHELOE AVE**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**MONTEY JONES**
**1609 WATERS COURT**
**APARTMENT 308-D**
**TAMPA, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**Montgomery Orthopaedics**
**8401 Connecticut Ave. #800**
**Chevy Chase, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$223.93**

---

**Nonpriority creditor's name and mailing address**

**MONTREAL IRVIN**
**1342 MILL STREAM DR**
**DALLAS, TX 75232-4604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**

**MONTREL SNELL**
**4031 NW 199TH STREET**
**CAROL CITY, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.101**
**88**

Nonpriority creditor's name and mailing address
**Mopeninujesu Oluyinka**
**8402 Nunley Dr.**
**Parkville, MD 21234-4410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**89**

Nonpriority creditor's name and mailing address
**MOPENINUJESU OLUYINKA**
**8402  NUNLEY DR**
**BALTIMORE, MD 21234-4410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**90**

Nonpriority creditor's name and mailing address
**MORENA REDMON**
**5018 HIDDEN CREEK ROAD**
**GARLAND, TX 75043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**91**

Nonpriority creditor's name and mailing address
**Morgan Allen**
**2960 W Central Ave.**
**Apt. 318**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**92**

Nonpriority creditor's name and mailing address
**Morgan Berry**
**3701 Elmora Ave.**
**Baltimore, MD 21213-1954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**93**

Nonpriority creditor's name and mailing address
**Morgan Burns**
**4652 W Park Dr.**
**Cleveland, OH 44126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101**
**94**

Nonpriority creditor's name and mailing address
**MORGAN BUTCHER**
**26765 CARRONADE DR.**
**APARTMENT 6108**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.101 95** | **Nonpriority creditor's name and mailing address**<br>**MORGAN EITNIEAR**<br>**8806 STATE ROUTE 64**<br>**SWANTON, OH 43558-9787** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.101 96** | **Nonpriority creditor's name and mailing address**<br>**MORGAN FISH**<br>**4430 N HOLLAND SYLVANIA RD**<br>**APT 4244**<br>**TOLEDO, OH 43623** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.101 97** | **Nonpriority creditor's name and mailing address**<br>**Morgan Girvan**<br>**4851 Gail Ct.**<br>**Trenton, MI 48183** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.101 98** | **Nonpriority creditor's name and mailing address**<br>**MORGAN GIRVAN**<br>**4851 GAIL CT**<br>**TRENTON, MI 48183** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.101 99** | **Nonpriority creditor's name and mailing address**<br>**MORGAN GRIFFITH**<br>**P.O. BOX 912**<br>**VERMILION, OH 44089** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.102 00** | **Nonpriority creditor's name and mailing address**<br>**MORGAN HACKWORTH**<br>**457 ALLYN STREET**<br>**ROOM 206**<br>**AKRON, OH 44301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.102 01** | **Nonpriority creditor's name and mailing address**<br>**Morgan Jones**<br>**8224 Arrowhead Rd.**<br>**Pikesville, MD 21208** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 1461 of 2163

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

19-10329-aih  Doc 1  FILED 01/22/19  ENTERED 01/22/19 14:55:58  Page 1474 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.102 02 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MORGAN KRUEGER** | ☐ Contingent | |
| **9244 NORTHPOND CT** | ☐ Unliquidated | |
| **SYLVANIA, OH 43560-8609** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Morgan McCullough** | ☐ Contingent | |
| **12329 Waterstone Ln** | ☐ Unliquidated | |
| **Apt. 614** | ☐ Disputed | |
| **Perrysburg, OH 43551** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MORGAN PELLEY** | ☐ Contingent | |
| **3025 GLANZMAN RD APT 7** | ☐ Unliquidated | |
| **TOLEDO, OH 43614** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Morgan Poole-Brooks** | ☐ Contingent | |
| **6854 Sturbridge Dr.** | ☐ Unliquidated | |
| **Apt. D** | ☐ Disputed | |
| **Parkville, MD 21234-7428** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MORGAN POOLE-BROOKS** | ☐ Contingent | |
| **800 NORTHROP LANE** | ☐ Unliquidated | |
| **MIDDLE RIVER, MD 21220** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MORGAN POOLE-BROOKS** | ☐ Contingent | |
| **6854 STURBRIDGE DR APT D** | ☐ Unliquidated | |
| **PARKVILLE, MD 21234-7428** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Morgan Ruffier** | ☐ Contingent | |
| **451 N Macomb St.** | ☐ Unliquidated | |
| **Monroe, MI 48162** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MORGAN RUFFIER**
**1125 N HOLLAND SYLVANIA RD**
**APT 12**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Morgan State University**
**c/o Tanya V. Rush**
**Harriet A. Woodford Health Ctr.**
**1700 E. Cold Spring Lane**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MORGAN WAGGONER**
**15 PONDS SIDE DR**
**FREMONT, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MORGAN WAGGONER**
**23 BROOKVIEW DR**
**FREMONT, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Morgan Willoughby**
**820 - 8th Court**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MORGAN WINGER**
**23488 SHARON DR**
**NORTH OLMSTED, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Morghan Lobban**
**2203 Goldentree Way**
**Vienna, VA 22182-5173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MORONKE EKO**
**4815 OLD COURT RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Morris Monday**
**PO Box 392**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Morzouk Lawal**
**12 Starwood Ct.**
**Apt. D**
**Middle River, MD 21220-3209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Moses Chendi**
**1103 Burketon Rd**
**Hyattsville, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOSES ODEJOBI**
**2308 TARLETON LN APT B**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOSHE NEWELL**
**2119 ROBERT BOWIE DR**
**BALTIMORE, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**MOSHE R PERESS MD PA**
**875 Measdows Rd., Ste 334**
**BOCA RATON, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0131

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Moshood Lateef**
**1903 Richglen Dr.**
**Apt. TB**
**Gwynn Oak, MD 21207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mosopefoluwa Ayantola**
**7108 Mahogany Dr**
**Hyattsville, MD 20785-5800**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MOSOPEFOLUWA AYANTOLA**
**7108 MAHOGANY DR**
**LANDOVER, MD 20785-5800**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MOSTAFA ABDEL-AZIZ**
**430 SUMNER ST**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MOSTAFA ABDELAZIZ**
**393 WEST EXCHANGE STREET**
**AKRON, OH 44302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MOSTAK MOHAMMAD**
**790 N CEDAR BLUFF ROAD**
**APT 2402**
**KNOXVILLE, TN 37923**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MOSTAK MOHAMMAD**
**149 ANNANDALE AVE**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOTAZ MAGDY M. ROSHDY HASSAN**
**185 EAST MILL ST**
**EXCHANGE STREET RESIDENCE HALL**
**304A**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOUNIKA GIRIREDDY**
**77 FIRHILL, 6B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOUNIR ALAHMAD**
**7488 VALLEY VIEW ROAD**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.08 |
|---|---|---|---|

**Mounir Boutros, MD**
**5951 Renaissance Pl #C**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.45 |
|---|---|---|---|

**Mount Carmel East Hospital**
**6001 E Broad St.**
**Columbus, OH 43213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.20 |
|---|---|---|---|

**Mount Carmel Health Providers Two**
**477 Cooper Rd.**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,072.80 |
|---|---|---|---|

**Mount Carmel Reference Laboratory**
**750 Mount Carmel Mall, Rm 180**
**Green Camp, OH 43322-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,094.65 |
|---|---|---|---|

**Mount Sinai Medical Ctr**
4300 Alton Rd.
Miami Beach, FL 33140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.14 |
|---|---|---|---|

**Mount Sinai Pathology**
4300 Alton Rd.
Miami Beach, FL 33140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOUNTASSER RAHMAN**
8507 HORSESHOE ROAD
ELLICOTT CITY, MD 21043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOUSSA KABA**
4555 BRIDGEWOOD COURT
COLUMBUS, OH 43229

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOZELL GANT**
12609 KNOWLEDGE LANE
BOWIE, MD 20715

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.14 |
|---|---|---|---|

**MSMC Urology, LLC**
Mount Sinai Medical Ctr
4300 Alton Rd.
Miami Beach, FL 33140

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MSTANFO**
707 RANSOM ST
MAUMEE, OH 43537

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.102 44 | **Nonpriority creditor's name and mailing address**<br>**MUDASIRU A. CAREW DO, PA**<br>**12600 Pembroke Rd, Suite 204**<br>**Miramar, FL 33027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **7173** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$195.00** |

| 3.102 45 | **Nonpriority creditor's name and mailing address**<br>**Mugabe Jones**<br>**4511 Rebekka Cir**<br>**Owings Mills, MD 21117-6227**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.102 46 | **Nonpriority creditor's name and mailing address**<br>**MUHAMAD JUSRAN**<br>**7353 ELLENA WEST UNIT 57**<br>**RANCHO CUCAMONGA, CA 91730**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.102 47 | **Nonpriority creditor's name and mailing address**<br>**MUHAMMAD AFIF MOHD FATHI**<br>**3030 RESIDENCE DR RM 2201B**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.102 48 | **Nonpriority creditor's name and mailing address**<br>**MUHAMMAD ILAHI**<br>**615 SANDUSKY ST**<br>**DELAWARE, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.102 49 | **Nonpriority creditor's name and mailing address**<br>**MUHAMMAD LERON**<br>**HOUSE NO. 82**<br>**SECTOR FF**<br>**LAHORE, PUNJAB, OH 54792**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.102 50 | **Nonpriority creditor's name and mailing address**<br>**Muhammad Moiz**<br>**6105 Burnt Oak Rd.**<br>**Catonsville, MD 21228**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.102<br>51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUHAMMAD MOIZ QAZI**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUHAMMAD UDDIN**
**11521 AUTUMN TERRACE DR**
**WHITE MARSH, MD 21162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUHAMMAD UDDIN**
**11 ACORN CIRCLE**
**APT 301**
**TOWSON, MD 21286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUHAMMAD UMER MIRZA**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUHANNAD ALSHEHRI**
**2435 ZUBER RD**
**ORIENT, OH 43146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUNEESHA YADLA**
**8B11, 77 FIR HILL TOWERS**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MUNKHOCHIR TERBISH**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MURITALA ADEGOKE**<br>**5310 LEITH RD. APT. #D**<br>**BALTIMORE, MD 21239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MURTAZA SYED**<br>**19904 COTTONWOOD TRL**<br>**STRONGSVILLE, OH 44136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MUSAAB SAEED**<br>**55 FIR HILL STREET**<br>**APT. 11B6**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MUSAAB SAEED**<br>**430 SUMNER STREET**<br>**APT 102**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MUSHIYA GLORIA MUTOMBA**<br>**10231 SW 4TH CT**<br>**APT 310**<br>**PEMBROKE PINES, FL 33025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 63 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MUSTAFA MANSOUR**<br>**55 FIR HILL**<br>**APT 2B4**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 64 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MUSTAFA MUKHLIS**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.102 65**

Nonpriority creditor's name and mailing address
**MUSTAPHA HABIB**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 66**

Nonpriority creditor's name and mailing address
**Muswe Monga**
**502 Upland Rd**
**Pikesville, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 67**

Nonpriority creditor's name and mailing address
**MUSWE MONGA**
**502 UPLAND ROAD**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 68**

Nonpriority creditor's name and mailing address
**MUTUTHANTHRIGE FERNANDO**
**634 E , BUCHTEL AVE**
**APT 208**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 69**

Nonpriority creditor's name and mailing address
**MY TA**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 70**

Nonpriority creditor's name and mailing address
**MY'SEAN SUGGS**
**3737 CLARINTH ROD**
**BALTIMORE, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 71**

Nonpriority creditor's name and mailing address
**MY'SEAN SUGGS**
**3737 CLARINTH ROD**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.102 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mya Brooks**
**515 Railroad Ave.**
**East New Market, MD 21631**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MYA BROOKS**
**515 RAILROAD AVENUE**
**EAST NEW MARKET, MD 21631**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MYA CANDIE**
**300 LAKE LAMOND RD APT 21**
**LONGVIEW, TX 75604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MYA JACKSON**
**264 WAVECREST AVE NE**
**MELBOURNE, FL 32907**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MYA TUCKER**
**5708 WINNER AVE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MYAHNI ROMAN**
**1718 EDGEWOOD RD.**
**APT. C**
**TOWSON, MD 21286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MYANTHE WILLIAMS**
**587 NORTH DEERFIELD AVENUE**
**DEERFIELD BEACH, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.102 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MYHKALAH ROBINSON**
**2134 E 4OTH STREET**
**LORAIN, OH 44055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 80**
**Nonpriority creditor's name and mailing address**
**Myia Robinson**
**2102 Pickering Dr.**
**Apt. #F**
**Parkville, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 81**
**Nonpriority creditor's name and mailing address**
**MYIA ROBINSON**
**2102 PICKERING DR APT #F**
**BALTIMORE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 82**
**Nonpriority creditor's name and mailing address**
**MYIE ASHTON**
**7033 OGONTZ AVENUE**
**PHILADELPHIA, PA 19138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 83**
**Nonpriority creditor's name and mailing address**
**MYKAEL MACK**
**501 BEAUMONT AVE**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 84**
**Nonpriority creditor's name and mailing address**
**MYKAEL MACK**
**501 BEAUMONT AVE**
**BALTIMORE, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 85**
**Nonpriority creditor's name and mailing address**
**MYKALIA JACKSON**
**7501 ULMERTON RD**
**#926**
**LARGO, FL 33771**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.102 86**

**Nonpriority creditor's name and mailing address**

**MYKEE PROVITT**
**2101 CHERYL CT**
**MELBOURNE, FL 32935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 87**

**Nonpriority creditor's name and mailing address**

**MYKEL KELLER**
**551 RIVERHILL CIR**
**APT. 623**
**COLUMBIA, SC 29210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 88**

**Nonpriority creditor's name and mailing address**

**MYKEL TRAYLOR-BENNETT**
**242 IRISDALE PL #6**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 89**

**Nonpriority creditor's name and mailing address**

**MYKEL TRAYLOR-BENNETT**
**242 IRISDALE PL**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 90**

**Nonpriority creditor's name and mailing address**

**MYKIAZHANE WILLIAMS**
**768 S KENNETH**
**CHICAGO, IL 60624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 91**

**Nonpriority creditor's name and mailing address**

**Myles Bowman-Carter**
**19007 Festival Dr**
**Boyds, MD 20841**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 92**

**Nonpriority creditor's name and mailing address**

**MYLES DAVIS**
**328 MESQUITE HILL DRIVE**
**ARLINGTON, TX 76004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.102 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MYLES DAVIS**
**201 NE 21ST CT**
**POMPANO BEACH, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MYLICIA RANGEL**
**2013 N ONTARIO ST**
**TOLEDO, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MYRA SAUNDERS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MYRA TAYLOR**
**1961 RIBLETT AVE**
**YOUNGSTOWN, OH 44509-1028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MYRAN MOUNDS**
**393 EAST THORNTON STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,781.79 |

**Myriad Genetic Laboratories**
**320 Wakara Way**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MYRIAM NOUA**
**4525 BLACK KNIGHT DR**
**APT 15-204B**
**ORLANDO, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.103 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MYRIANNA MCCULLOUGH**
**468 HOPKINS STREET**
**SAINT PAUL, MN 55130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103 01**
**Nonpriority creditor's name and mailing address**
**MYRLINE ST JOY BEAUGE**
**2100 N SHERMAN CIRCLE APT 204**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 02**
**Nonpriority creditor's name and mailing address**
**MYRON JONES**
**9433 VISTA CT**
**STREETSBORO, OH 44241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 03**
**Nonpriority creditor's name and mailing address**
**MYRON WALKER**
**3243 NW 101ST TERRACE**
**SUNRISE, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 04**
**Nonpriority creditor's name and mailing address**
**MYTIA HAWKINS**
**108 WEST JEFFREY ST**
**COCKEYSVILLE, MD 21030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 05**
**Nonpriority creditor's name and mailing address**
**MYUNG JAE PARK**
**3800 ROSEMONT BLVD, UNIT 108D**
**FAIRLAWN, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 06**
**Nonpriority creditor's name and mailing address**
**N'AYRIAH VIRDEN**
**835 RACHEL ROAD**
**MANSFIELD, OH 44907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.103 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**N'DEAYAH HAMLIN**
**143 WEST WAY APT 103**
**GREENBELT, MD 20770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**N'NEKA GREEN**
**4804 CLIFTON AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**N'NEKA GREEN**
**4804 CLIFTON AVE**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**N'QUIISHA EDWIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NA'OMEI WALKER**
**1114 WITHERSPOON ROAD**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NAAILA SEMIDEY**
**NW**
**42 AVENUE**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NABIL ABU NAHLAH**
**2611 COLLINS AVE**
**MIAMI, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.103<br>14 | **Nonpriority creditor's name and mailing address**<br>**NABILA AZEEM**<br>**1314 MEADOWOOD CIR**<br>**POLAND, OH 44514** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103<br>15 | **Nonpriority creditor's name and mailing address**<br>**NACHOU JOSEPH**<br>**6424 SW 20 CT**<br>**MIRAMAR, FL 33023** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103<br>16 | **Nonpriority creditor's name and mailing address**<br>**NADA ELLAITHY**<br>**3239 WOODLEY RD**<br>**TOLEDO, OH 43606** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103<br>17 | **Nonpriority creditor's name and mailing address**<br>**NADA HAMOUH**<br>**1142 GLENDALE ROAD**<br>**APT B**<br>**BALTIMORE, MD 21239** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103<br>18 | **Nonpriority creditor's name and mailing address**<br>**NADALETTE FLEURY**<br>**835 NW 1555TH LANE**<br>**APT 202**<br>**MIAMI, FL 33169** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103<br>19 | **Nonpriority creditor's name and mailing address**<br>**NADEGE HENRI**<br>**1410 NE 41 DRIVE**<br>**LIGHTHOUSE POINT, FL 33064** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103<br>20 | **Nonpriority creditor's name and mailing address**<br>**NADEGE JOSEPH**<br>**8000 FAIRVIEW DR**<br>**APT 110**<br>**TAMARAC, FL 33321** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.103 21 | **Nonpriority creditor's name and mailing address** **NADESH NGEA** **812 MORAN AVE** **TOLEDO, OH 43607** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 22 | **Nonpriority creditor's name and mailing address** **NADIA CHANDLER** **19801 NW 5TH AVE** **MIAMI, FL 33169** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 23 | **Nonpriority creditor's name and mailing address** **NADIA EL NUR** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 24 | **Nonpriority creditor's name and mailing address** **NADIA IRFAN** **2556 W VILLAGE DR** **TOLEDO, OH 43614** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 25 | **Nonpriority creditor's name and mailing address** **NADIA MENDONCA** **2801 W BANCROFT MS513** **TOLEDO, OH 43606** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 26 | **Nonpriority creditor's name and mailing address** **NADIJAH PEARSON-BOVELL** **49 LUTHER CIRCLE** **ROCHESTER, NY 14611** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 27 | **Nonpriority creditor's name and mailing address** **NADINE HOBSON** **1325 BUHL TER** **FARRELL, PA 16121** | $0.00 |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NADIR MUHAMMAD**
**1282 SMALLWOOD DRIVE**
**#120**
**WALDORF, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NADIR NELSON**
**5125 WEBSTER ST**
**PHILADELPHIA, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NADIYAH EDWARDS**
**6604 RIDGEBORNE DR**
**ROSEDALE, MD 21237-3871**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NADRICA HISLOP**
**4600 HAWKSBURY RD**
**REISTERSTOWN, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NAFETALAI FIFITA**
**913 SOUTHERLY ROAD APT 116**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NAGA SAI ALEKHYA CHOPPADANDI**
**2209 GRAND POINTE TRAILS**
**AURORA, IL 60503**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NAGA SAI ALEKHYA CHOPPADANDI**
**77 FIRHILL TOWERS APT NO : 2B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred___

__Last 4 digits of account number___

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.103 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAGA SAI ALEKHYA CHOPPADANDI**
**77 FIRHILL TOWERS APT NO : 11B12**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAGAI BELFLEUR**
**1790 RACHEL RIDGE LOOP**
**OCOEE, FL 34761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAGASAI GOUTHAMKUMAR KAVURI**
**420 ALLYN ST**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAGESHBABU BONTHU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAGIMA YEDRESSOVA**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAGIMA YEDRESSOVA**
**29 DOWLING CIRCLE**
**APT B1**
**BALTIMORE, MD 21234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAHEMI FENELON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nonpriority creditor's name and mailing address**
**NAHIERA SIMMONS**
**3121 LEXINGTON AVE**
**MILLVILLE, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 43**

**Nonpriority creditor's name and mailing address**
**NAHJA OWENS**
**3120 PELHAM AVE**
**BALTIMORE, MD 21213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 44**

**Nonpriority creditor's name and mailing address**
**NAHKIA ROBINSON**
**1656 HIDDEN FOREST LN**
**JACKSONVILLE, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 45**

**Nonpriority creditor's name and mailing address**
**NAHOMI MAZYCK**
**2051 NW 207 STREET**
**APT#115**
**MIAIMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 46**

**Nonpriority creditor's name and mailing address**
**NAHSHON ROBINSON**
**38 WASHINGTON COURT**
**LIVINGSTON, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 47**

**Nonpriority creditor's name and mailing address**
**NAHYDIEL MOLINA**
**560 BLAKEY AVENUE APT 6A**
**BROOKLYN, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 48**

**Nonpriority creditor's name and mailing address**
**NAIA JOHNSON**
**504B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 49**

**Nonpriority creditor's name and mailing address**
**NAIA JOHNSON**
**504B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 50**

**Nonpriority creditor's name and mailing address**
**NAICA ORILAS**
**2123 LINTON BLVD**
**APT 4**
**GREENACRES, FL 33454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 51**

**Nonpriority creditor's name and mailing address**
**NAIF ALKHALDI**
**185 CURRIE HALL PKWY**
**KENT, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 52**

**Nonpriority creditor's name and mailing address**
**NAIF QUOBOORI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 53**

**Nonpriority creditor's name and mailing address**
**Naiheem Santos**
**513 Hamilton St**
**Apt. #2**
**Norristown, PA 19401-4206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 54**

**Nonpriority creditor's name and mailing address**
**NAIJA WILLIAMS**
**507D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 55**

**Nonpriority creditor's name and mailing address**
**NAILAH HARLEE**
**8209 LOCH RAVEN BLVD APT.B**
**BALTIMORE, MD 21286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.103 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **NAIM EYVAZOV**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **NAIMAH LAFFERTY**<br>**16030 NE 19TH COURT**<br>**APT 304**<br>**NORTH MIAMI BEACH, FL 33162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **NAIMAH LAFFERTY**<br>**4753 NW 97 CT.**<br>**DORAL, FL 33178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Naixy Bula**<br>**13280 SW 53rd St.**<br>**Hollywood, FL 33027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **NAJAH WESTBROOK**<br>**5711 CHINQUAPIN PKWY**<br>**BALTIMORE, MD 21239-2508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **NAJAI FULLER**<br>**704B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **NAJATH AKRAM MOHOMED**<br>**111 E GLENWOOD AVENUE**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Student Educational Benefit Trust** |
| | Name |

Case number (if known) _____

---

**3.103 63**

**Nonpriority creditor's name and mailing address**
**NAJEE ABOU ARRAJ**
**4844 TURNBRIDGE RD**
**TOLEDO, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.103 64**

**Nonpriority creditor's name and mailing address**
**NAJEE ABOUARRAJ**
**4844 TURNBRIDGE RD**
**TOLEDO, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 65**

**Nonpriority creditor's name and mailing address**
**NAJLA LEWIS**
**3500 VASSAR STREET**
**PORT CHARLOTTE, FL 33980**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 66**

**Nonpriority creditor's name and mailing address**
**NAKEIA SMITH**
**6745 TOWNBROOK DR APT F**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 67**

**Nonpriority creditor's name and mailing address**
**NAKIA GELIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 68**

**Nonpriority creditor's name and mailing address**
**NAKIAH CROSBY**
**304 PARK BROOK COURT**
**STAFFORD, VA 22554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 69**

**Nonpriority creditor's name and mailing address**
**NAKYRA SIMPKINS**
**300 60TH AVE SOUTH**
**SAINT PETERSBURG, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 70 | **Nonpriority creditor's name and mailing address** **NALA PRICE** **531 S. WICKHAM RD** **BALTIMORE, MD 21229** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 71 | **Nonpriority creditor's name and mailing address** **NALA SMITH** **3848 TWIN LAKES CT** **WINDSOR MILL, MD 21244-3704** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 72 | **Nonpriority creditor's name and mailing address** **NALIJA MASSEY** **44 MUHAMMAD ALI AVE APT 3B** **NEWARK, NJ 07108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 73 | **Nonpriority creditor's name and mailing address** **NALONI JOHNSON** **202A DEDMOND** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 74 | **Nonpriority creditor's name and mailing address** **NAM TRAN** **1728 HORSESHOE BEND DR** **PERRYSBURG, OH 43551** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 75 | **Nonpriority creditor's name and mailing address** **NAMITHA CHANDRASENA** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 76 | **Nonpriority creditor's name and mailing address** **NANA KOFI AGYAPONG BARIMA** **4707 SCHLEY AVE** **BALTIMORE, MD 21206-5525** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.103 77 | |

**Nonpriority creditor's name and mailing address**

Nancy J. Carpenter, MPAS
2050 Kenny Rd.
Columbus, OH 43221

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$193.00**

---

| | |
|---|---|
| 3.103 78 | |

**Nonpriority creditor's name and mailing address**

NANCY NYARKO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.103 79 | |

**Nonpriority creditor's name and mailing address**

NANCY PONCE
561 COLBURN ST
TOLEDO, OH 43609

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.103 80 | |

**Nonpriority creditor's name and mailing address**

NANDA KISHORE GNANESHWAR PEKETI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.103 81 | |

**Nonpriority creditor's name and mailing address**

NANDIE GUILLAUME
8618 CLARIDGE DR
MIRAMAR, FL 33025

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.103 82 | |

**Nonpriority creditor's name and mailing address**

NANDINCHIMEG KHURELKHAYAG
10250 W BAY HARBOR DR, BAY HAR
MIAMI, FL 33154

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.103 83 | |

**Nonpriority creditor's name and mailing address**

NANET MANIERI
35602 N GREEN PL
WAUKEGAN, IL 60085-1228

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.103 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAOMI GLAO**
PO BOX 11639
BALTIMORE, MD 21212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAOMI GLAO**
PO BOX 11639
BALTIMORE, MD 21229

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAOMI MINARD**
8511 NORTHRIDGE COURT
ORLANDO, FL 32818

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAOMI ROACH**
1530-411B PENTRIDGE RD
BALTIMORE, MD 21239

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAOMIE OVIL**
21270 N MIAMI AVENUE
MIAMI, FL 33169

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.20 |
|---|---|---|---|

**NAPLES CENTER FOR DERMATOLOGY**
PO BOX 15852
FORT MYERS, FL 33908

Date(s) debt was incurred _

Last 4 digits of account number  0335

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.04 |
|---|---|---|---|

**Naples Pathology Associates**
4351 Tamiami Trail N
Naples, FL 34103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.103 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.05 |
|---|---|---|---|

**Naples Womens Center, LLC**
**1726 Medical Blvd., Suite 101**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NARGES YAZDANI**
**77 S. ADOLPH AVE**
**APT 1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nargles Shayesteh Moghaddam**
**2135 Orchard Lakes Place**
**Apt. 31**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NARMARIE DAVILA**
**STUDENT ACCOUNTS OFFICE**
**5817 WESLEYAN DR.**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAROMIE DORCELY**
**2719 NUMILLA DRIVE**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NASHID KHADEM**
**6936 DONACHIE ROAD APT K**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NASHIRA BROWN**
**7440 NEW SECOND ST**
**ELKINS PARK, PA 19027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.103 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

3.103 98

**Nonpriority creditor's name and mailing address**
**NASHLEY ZAYAS**
**109 VERBENA DR**
**ORLANDO, FL 32807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

3.103 99

**Nonpriority creditor's name and mailing address**
**NASHLYN PASTEURIN**
**401 NW 152ND ST.**
**MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 00

**Nonpriority creditor's name and mailing address**
**NASIKAH YITZCHAK**
**11 PORTUGAL PLACE APT 2A**
**MOUNT VERNON, NY 10550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 01

**Nonpriority creditor's name and mailing address**
**NASSER ALRESHEEDI**
**1 VIEWRIDGE CT**
**NOTTINGHAM, MD 21236-3527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 02

**Nonpriority creditor's name and mailing address**
**NASSER GRANT**
**3519 MILFORD MILL ROAD**
**BALTIMORE, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 03

**Nonpriority creditor's name and mailing address**
**NATACHA BASTIEN**
**1500 NE 145TH ST APT 102**
**MIAMI, FL 33161-3001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.104 04

**Nonpriority creditor's name and mailing address**
**NATALIA BARBATO**
**509 CROUSE ST**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 05 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**NATALIA BARBATO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 06 | |

**Nonpriority creditor's name and mailing address**
**NATALIA BARRAGAN**
**1101 HILLTOP LN**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 07 | |

**Nonpriority creditor's name and mailing address**
**NATALIA LALINDE**
**1115 SW 1ST AVE**
**POMPANO BEACH, FL 33060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 08 | |

**Nonpriority creditor's name and mailing address**
**NATALIA MARTINEZ**
**16401 NW 37TH AVE.**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 09 | |

**Nonpriority creditor's name and mailing address**
**NATALIA STEPANOV**
**3500 GALT OCEAN DR**
**1814**
**FORT LAUDERDALE, FL 33308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 10 | |

**Nonpriority creditor's name and mailing address**
**Natalie Alfonso**
**7380 SW 27th Pl**
**Apt. 2914**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.104 11 | |

**Nonpriority creditor's name and mailing address**
**Natalie Barragan**
**1101 Hilltop Ln**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.104 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE DAVIDOW
7900 SW 98TH TERRACE
MIAMI, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE FOX
4208 CUBA RD NW
ALBUQUERQUE, NM 87114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE HILLMAN
1241 WILLOWAY AVE SE
NORTH CANTON, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE HUEBSCHMAN
1934 GREENWOOD RD SW
ROANOKE, VA 24015-2822**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE KELLY
29050 E WINNERS CIR
PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE MAY
6021 MAPLEWOOD ROAD
MENTOR, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATALIE MENKE
2318 NORTON ROAD
STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE MINNS**
**283 HATHAWAY DR**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE MURRAY**
**550 ALLANHURST AVE**
**VANDALIA, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE O'BRIEN**
**280 37TH ST SW**
**BARBERTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE PARKER**
**14594 SMART COLE RD**
**OSTRANDER, OH 43061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE QUARRY**
**244 SOUTH FREEDOM STREET**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE RODRIGUEZ**
**4595 E 8TH CT**
**HIALEAH, FL 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATALIE SIRIANNI**
**3217 GLANZMAN RD UNIT 85**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.104 26 | |

**Nonpriority creditor's name and mailing address**
**NATALIE WHITE**
**13114 RIVER ROAD**
**MILAN, OH 44846**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | |
|---|---|
| 3.104 27 | |

**Nonpriority creditor's name and mailing address**
**NATALYIA COLEMAN**
**423 MT. HOLLY ST.**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | |
|---|---|
| 3.104 28 | |

**Nonpriority creditor's name and mailing address**
**NATASHA DACOSTA**
**9974 SOUTHWEST 154TH STREET**
**MIAMI, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | |
|---|---|
| 3.104 29 | |

**Nonpriority creditor's name and mailing address**
**NATASHA DELMAS**
**3380 S DOUGLAS RD**
**APT 203**
**MIAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | |
|---|---|
| 3.104 30 | |

**Nonpriority creditor's name and mailing address**
**NATASHA DREW**
**1537 N SMALLWOOD ST**
**BALTIMORE, MD 21216-4108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | |
|---|---|
| 3.104 31 | |

**Nonpriority creditor's name and mailing address**
**NATASHA JAMES**
**623 GREEN BRIAR BLVD**
**ALTAMONTE SPRINGS, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | |
|---|---|
| 3.104 32 | |

**Nonpriority creditor's name and mailing address**
**NATASHA SAMANICH**
**5725 TIBARON LN APT 202**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.104 33 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATASHA SINAI HEDE** **5875 STAGHORN DR** **TOLEDO, OH 43614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 3.104 34 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATASHA SINAIHEDE** **5875 STAGHORN DR** **TOLEDO, OH 43614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 35 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATASSIJA BANKS** **1026 RADNOR AVENUE** **BALTIMORE, MD 21212** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 36 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATASSIJA BANKS** **344 SOUTH MACON STREET** **BALTIMORE, MD 21224** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 37 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATAYIA REID** **1022 GLEN OAK CT** **LA PLATA, MD 20646-5991** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 38 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATDEILYS DE ARMAS** **513 SW 11 ST** **MIAMI, FL 33129** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 39 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$8,869.32** |
| **Natera, Inc.** **201 Industrial Rd., Suite 410** **San Carlos, CA 94070** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | | | |
| | Basis for the claim: _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHACHA ALCEME**
**1100 PARK DR**
**FORT LAUDERDALE, FL 33312-7340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHACHA BIEN-AIME**
**302 NW 102 STREET**
**MIAMI, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHALIE GONZALEZ**
**333 NE 24TH ST APT 602**
**MIAMI, FL 33137-4862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHALIE MIRANDA**
**17910 SW 80 AVENUE**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHALIE ROA**
**16950 NORTH BAY ROAD APT. 1415**
**SUNNY ISLES, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHAN ABERLE**
**296 KAYLEE DR**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHAN AMANUEL**
**5817 WESLEYAN DRIVE**
**PO BOX A46**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.104 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN BISCHOF
2650 DEER RIDGE RUN
CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN BROWN
406 SUMNER STREET ROO COMMONS B-14
AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN BROWN
4808 LORELLY AVENUE APT 2D
BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN CASSELL
5276 SADDLEBROOK DRIVE
COLUMBUS, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN CINADA
13110 HATHAWAY DR
SILVER SPRING, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN DALY
1391 SW 82ND AVE
APT 1722
PLANTATION, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHAN DALY
3131 PALM TRACE LANDINGS DRIVE
APT 1207
DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104<br>54 | **Nonpriority creditor's name and mailing address**<br>**NATHAN HUDSON**<br>**165 ROYMOORE ROAD**<br>**UNIONVILLE, TN 37180**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.104<br>55 | **Nonpriority creditor's name and mailing address**<br>**NATHAN KAFITY**<br>**1705 LANDS END DR**<br>**HURON, OH 44839**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.104<br>56 | **Nonpriority creditor's name and mailing address**<br>**NATHAN LA SPINA**<br>**817 TYLER STREET**<br>**UNIT 2**<br>**HOLLYWOOD, FL 33019**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.104<br>57 | **Nonpriority creditor's name and mailing address**<br>**NATHAN LLANES**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.104<br>58 | **Nonpriority creditor's name and mailing address**<br>**NATHAN LLANES**<br>**3337 W 90 STREET**<br>**HIALEAH, FL 33018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.104<br>59 | **Nonpriority creditor's name and mailing address**<br>**NATHAN MERCER**<br>**4186 CONGER LN**<br>**PENINSULA, OH 44264**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.104<br>60 | **Nonpriority creditor's name and mailing address**<br>**NATHAN METZE**<br>**5495 REVERE RUN**<br>**CANFIELD, OH 44406**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.104 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN MICHAEL** | ☐ Contingent | |
| **4505 BRAMLEY DRIVE** | ☐ Unliquidated | |
| **MANTUA, OH 44255** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.104 62 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN ROSCOE** | ☐ Contingent | |
| **5916 MAIN ST** | ☐ Unliquidated | |
| **SYLVANIA, OH 43560** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 63 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN SCHATZMAN** | ☐ Contingent | |
| **6 BEECH COURT** | ☐ Unliquidated | |
| **LEETSDALE, PA 15056** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 64 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN SCOTT** | ☐ Contingent | |
| **6091 CARNATION DR** | ☐ Unliquidated | |
| **WESTERVILLE, OH 43081-3829** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 65 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN SHEIRBURN** | ☐ Contingent | |
| **34773 LEGACY LANE** | ☐ Unliquidated | |
| **PITTSVILLE, MD 21850** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 66 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN SHORTS** | ☐ Contingent | |
| **1778 SOUTH GREEN ROAD** | ☐ Unliquidated | |
| **SOUTH EUCLID, OH 44121** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NATHAN TIPPER** | ☐ Contingent | |
| **600 N ROESSLER ST** | ☐ Unliquidated | |
| **MONROE, MI 48162** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 68 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHAN VIVERETTE** | ☐ Contingent | | |
| **12175 ELKWOOD DRIVE** | ☐ Unliquidated | | |
| **CINCINNATI, OH 45240** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 69 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHANAEL MONTGOMERY** | ☐ Contingent | | |
| **1415 NEWTON STREET** | ☐ Unliquidated | | |
| **TALLMADGE, OH 44278** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 70 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHANAEL STEWART** | ☐ Contingent | | |
| **1849 AUBURN ST** | ☐ Unliquidated | | |
| **B** | ☐ Disputed | | |
| **BETHLEHEM, PA 18015** | | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 71 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHANAELLE EDME** | ☐ Contingent | | |
| **3429 NW 32 CT** | ☐ Unliquidated | | |
| **FORT LAUDERDALE, FL 33309** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 72 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHANIA BOWE** | ☐ Contingent | | |
| **15800 NW 42 AVENUE** | ☐ Unliquidated | | |
| **MIAMI GARDENS, FL 33054** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 73 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHANIEL CHARLES** | ☐ Contingent | | |
| **2485 HORSESHOE DRIVE** | ☐ Unliquidated | | |
| **EAST STROUDSBURG, PA 18301** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 74 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **NATHANIEL COGER** | ☐ Contingent | | |
| **857 VENABLE PLACE NW** | ☐ Unliquidated | | |
| **WASHINGTON, DC 20012** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.104 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL EDWARDS**
**41 PRESCOTT DRIVE**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL FORRESTER**
**540 EAST PORTAGE TRAIL**
**APARTMENT 904A**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL HAWK**
**127 WEST BROADWAY ST.**
**PLYMOUTH, OH 44865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL MARSHALL**
**2967 GRACEWOOD RD**
**TOLEDO, OH 43613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL MCCLEAN**
**703C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL MURPH**
**4214 COPELAND STREET**
**DALLAS, TX 75210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHANIEL PELLS**
**3060 PALM TRACE LANDING DRIVE #208**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATHANIEL SHULTZ**
**6317 COLDSTREAM DRIVE**
**CLEVELAND, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATIO SCALES**
**3171 HARROW CT**
**WALDORF, MD 20602-2512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,546.00 |
|---|---|---|---|

**NATIONAL MEDICAL PROFESSIONAL**
**220 E Las Colinas Blvd**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0874

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,485.24 |
|---|---|---|---|

**Nationwide Childrens Hospital**
**Dept. 781117**
**PO Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NATORICA GRAHAM**
**36836 ANNIKA WAY**
**DADE CITY, FL 33523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.60 |
|---|---|---|---|

**Nature Coast Medical Group PA**
**130 SW 7th St.**
**Williston, FL 32696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NAUTICA TAYLOR**
**2202 HAMILTON AVE APT A**
**ATLANTIC CITY, NJ 08401-1562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAVAR GANNAWAY**
**1338 KRISTEN PL**
**CINCINNATI, OH 45240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAVATOLOVIA HARP**
**2732 TRANQUIL WAY**
**DALLAS, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAVIN KAFLE**
**634 E BUCHTEL AVE APT 204**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAVONDRA DUBOIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAVONDRA DUBOIS**
**P. O. BOX 415**
**LOWELL, FL 32663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAWAGAMUWAGE LILANI DILANI PERERA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAWAGAMUWAGE LILANI DILANI PERERA**
**634 EAST BUCHTEL AVENUE**
**APT 312**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAYIHRIA BAIRD**
**1155 PENNSYLVANIA AVE. APT 10A**
**BROOKLYN, NY 11239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NAZANIN NOWZARIDALINI**
**2708 WESTMAR CT APT 301**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,099.12 |
|---|---|---|---|

**NCAS**
**1501 S. Clinton St.**
**7th Floor**
**Baltimore, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.83 |
|---|---|---|---|

**NCOFCC**
**1495 W Longview Ave, Suite 100**
**Mansfield, OH 44906**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NDEYE COUMBA KEITA**
**15800 NW 42ND AVE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEAL BUCHER**
**2015 KEY ST APT E**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nebal Darandri**
**1080 Arapaho Ave.**
**Columbus, OH 43085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NECHEMIAH DUGGINS** **134-25 229TH STREET** **LAURELTON, NY 11413** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NECIA JAMIL** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NEDA ESFAHANI** **1429 OAK HILL CT APT 1A** **TOLEDO, OH 43614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NEDA RASHIDI** **590 E, BUCHTEL AVE, APT 46** **AKRON, OH 44304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NEDLON WHEELER** **301 NW 96TH ST** **EL PORTAL, FL 33150** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NEEMIE EXILIER FELIX** **2609 KIRKWOOD PL APT 101** **BALTIMORE, MD 21216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NEENAH COSTANZO** **5912 CHESTNUT ROAD** **INDEPENDENCE, OH 44131** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.105 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NEESHA THIRUMALAICHELVAM**
**695 SW 11TH ST APARTMENT 203**
**MIAMI, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NEHEMI'EL SIMMS**
**3250 BROADWAY**
**NEW YORK, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NEHEMIAH DARRETT**
**3821 NE 23RD PLACE**
**CAPE CORAL, FL 33909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NEHEMIE AUGUSTIN**
**711 LYONS ROAD**
**APT #14104**
**COCONUT CREEK, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$586.76** |

**Neighborhood Pediatrics, LLC**
**14701 Detroit Ave. #250**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NEIJAH DARLING**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NEKEIMA OBIKE**
**2850 WEDGEFIELD BLVD**
**JACKSONVILLE, FL 32277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NEKISHA MURRELL** | ☐ Contingent | |
| **3253 W. 85TH STREET** | ☐ Unliquidated | |
| **CHICAGO, IL 60652** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NELDA LOUIS PIERRE** | ☐ Contingent | |
| **1350 NE 119TH ST APT 27W** | ☐ Unliquidated | |
| **MIAMI, FL 33161-6533** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NELSON HERNANDEZ** | ☐ Contingent | |
| **8101 SW 72 AVE** | ☐ Unliquidated | |
| **APT 110W** | ☐ Disputed | |
| **MIAMI, FL 33143** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NELSON JOSEPH** | ☐ Contingent | |
| **100 NW 16TH ST.** | ☐ Unliquidated | |
| **APT. 1** | ☐ Disputed | |
| **FORT LAUDERDALE, FL 33305** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NELSON PEREZ** | ☐ Contingent | |
| **7385 FAIRWAY DR APT 250** | ☐ Unliquidated | |
| **MIAMI LAKES, FL 33014** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NELSON WANJIKU** | ☐ Contingent | |
| **9220 WORTHINGTON RD, WESTERVIL** | ☐ Unliquidated | |
| **APT 119** | ☐ Disputed | |
| **COLUMBUS, OH 43082** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **NELSON WANJIKU** | ☐ Contingent | |
| **3511 HUNTING BROOK DR APT 303** | ☐ Unliquidated | |
| **COLUMBUS, OH 43231** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 24 | **Nonpriority creditor's name and mailing address** **NEMANJA MARJANOVIC** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.105 25 | **Nonpriority creditor's name and mailing address** **NEOGENOMICS LABORATORIES, INC.** **PO BOX 864110** **9** **FORT MYERS, FL 33913** Date(s) debt was incurred _ Last 4 digits of account number _ 9663 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$1,722.00** |
| 3.105 26 | **Nonpriority creditor's name and mailing address** **NERLANDE ESCARMENT** **426 NE 210 CIRCLE TERRACE** **APT 206** **MIAMI, FL 33179** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.105 27 | **Nonpriority creditor's name and mailing address** **NERMIN MAHRAN** **2741 RYEWOOD AVE** **APT D** **AKRON, OH 44321** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.105 28 | **Nonpriority creditor's name and mailing address** **NESTOR TARAZONA** **2301 NW 10TH AV** **MIAMI, FL 33127** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.105 29 | **Nonpriority creditor's name and mailing address** **NEUGENIA JOSEPH** **10212 TAKOMAH TRAIL** **TAMPA, FL 33617** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.105 30 | **Nonpriority creditor's name and mailing address** **NEULON ROLLE** **4764 NW 6TH CT** **PLANTATION, FL 33317** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.105 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127.99** |
| **Neurology and Headache Clinics**<br>**3020 N. McCord Rd.**<br>**#102**<br>**Toledo, OH 43615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |
| **NEUROLOGY ASSOCIATES OF N FL I**<br>**P O BOX 17809**<br>**170A**<br>**JACKSONVILLE, FL 32250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  3042 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.36** |
| **Neurosport Elite PA**<br>**10650 W State Rd. 84**<br>**Suite 111**<br>**Fort Lauderdale, FL 33324-4235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **New Mexico Taxation & Revunue Dept.**<br>**PO Box 25127**<br>**Santa Fe, NM 87504-5127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$144.38** |
| **New York Eye Ear Infirm**<br>**310 E 14th St.**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
| **NEW YORK PHYSICIANS LLP**<br>** 635 Madison Ave**<br>**NEW YORK, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  2880 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **New York Secretary of State**<br>**One Commerce Plaza**<br>**99 Washington Ave.**<br>**Albany, NY 12231-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEWMAN WILLIAMS**
**857 RUSSELL AVE**
**AKRON, OH 44307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEWTON REID**
**6001 SOUTH WEST 13TH STREET**
**FORT LAUDERDALE, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NFN ARSHPREETKAUR**
**2725 PINE KNOLL DR**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NGAN HUYNH**
**1816 N WESTWOOD AVE APT E**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NGONE DIEYE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NHIEN NGUYEN**
**1760 W ROCKET DR**
**ACADEMIC HOUSE, AH-5002-3,**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NHO'J JOYNER**
**7224 NE 2ND AVE**
**EL PORTAL, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NHORA ADAMS** | ☐ Contingent | |
| **2759 TREASURE CAY LANE** | ☐ Unliquidated | |
| **SEBRING, FL 33875** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NHUAN LE** | ☐ Contingent | |
| **2309 UNIVERSITY HILLS BLVD** | ☐ Unliquidated | |
| **APT 106** | ☐ Disputed | |
| **TOLEDO, OH 43606** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NI'EJA MOSS** | ☐ Contingent | |
| **2890 TENNYSON BLVD** | ☐ Unliquidated | |
| **COLUMBUS, OH 43232** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NIA CAMPBELL** | ☐ Contingent | |
| **222 BRITTANY DR.** | ☐ Unliquidated | |
| **JOPPA, MD 21085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NIA CAMPBELL** | ☐ Contingent | |
| **137 SOLAR CIRCLE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21234** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NIA HAWKINS** | ☐ Contingent | |
| **247 CRESCENT AVE** | ☐ Unliquidated | |
| **BUFFALO, NY 14214-2334** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NIA HYNDMAN-LANIER** | ☐ Contingent | |
| **131-11 234TH STREET** | ☐ Unliquidated | |
| **ROSDALE, NY 11422** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIA PAGE**
**12907 PICKERING DRIVE**
**GERMANTOWN, MD 20874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.105 53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIAGERIA MAY-RICKS**
**55 NORTH 21 ST APT 2**
**EAST ORANGE, NJ 07017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.105 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIAJEA RANDOLPH**
**6607 WOODS PKWY APT 1B**
**BALTIMORE, MD 21222-3729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.105 55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIANI FONG**
**4506 PENHURST AVE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.105 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIANI FONG**
**4506 PENHURST AVE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.105 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIBRAS KHALID**
**3970 WYNDHAM RIDGE DR.**
**APT.#101**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.105 58 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NICCOLE LEE**
**7229 FERGUSON ROAD, APT 3507**
**DALLAS, TX 75228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1525 of 3613

| 3.105 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS ALLARD**
13427 ROACHTON RD.APT. 8
PERRYSBURG, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS BENYA**
3845 FAIRWOOD DR
SYLVANIA, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS BURKHOLDER**
3776 HILL AVE APT 71
TOLEDO, OH 43607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS BURKHOLDER**
1164 BROOKVIEW DR APT 4
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS CAIRL**
7407 FOX LN
HOLLAND, OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS CAMPBELL**
2978 CLEAR CREEK DR
CUYAHOGA FALLS, OH 44223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICHOLAS CAPALDO**
1923 KEY ST APT K
MAUMEE, OH 43537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.105 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS CARINA**
**395 E 309TH ST**
**WILLOWICK, OH 44095-3713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS CHARLES**
**1600 SW 78TH AVE**
**APT 525**
**PLANTATION, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS CHIAPEPETTA**
**1117 CEDAR CREEK DR**
**NORTHWOOD, OH 43619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS COOK**
**286 GRANDVIEW CIRCLE**
**POWDER SPRINGS, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS COSTA**
**4050 WILTSHIRE RD**
**NORTH ROYALTON, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS CRUZ**
**1487 WEST 83RD STREET**
**HIALEAH, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS FAZIO**
**2050 GATES AVE.**
**STREETSBORO, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
| --- | --- | --- | --- |
| 3.105 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS FORD** 1000 ELSA AVE LANDOVER, MD 20785-4309 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS FRIEDMAN** 2400 BYTHAM CT 202 WINDSOR MILLS, MD 21244 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS GASSER** 6401 HIGH RIDGE DRIVE PENDLETON, KY 40055 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS GIARDINA** 1024 MCLEOD PARC PICKERINGTON, OH 43147 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS GOZZA** UPPER UNIT 2017 KENSINGTON RD TOLEDO, OH 43607 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS GRICE** 1227 SELLIERS AVE ROSEDALE, MD 21237-2611 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.105 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICHOLAS GROENEWOLD** 2400 PELHAM AVE BALTIMORE, MD 21213 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS HAUBERT
173 APPLEGROVE ST NE
APT. B-2
NORTH CANTON, OH 44720

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS HENKEL
1120 N WESTWOOD AVE APT 4106
TOLEDO, OH 43607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS HINDS
518 GAGE ST
AKRON, OH 44311

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS IGHADE
1700 E COLDSPRING LANE
BALTIMORE, MD 21251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS ISAACS
4724 GLENWAY AVE.
APT. 8
CINCINNATI, OH 45238

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS JACKSON
1300 QUAIL HOLLOW DRIVE
BOWLING GREEN, OH 43402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

NICHOLAS JENSEN
2664 COLONIAL HILLS
UNIONTOWN, OH 44685

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.105 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS JERICHO** | ☐ Contingent | |
| | **151 SHELBOURNE DRIVE** | ☐ Unliquidated | |
| | **MOON TOWNSHIP, PA 15108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.105 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS JOHNS** | ☐ Contingent | |
| | **438 E THORNTON STREET** | ☐ Unliquidated | |
| | **AKRON, OH 44308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS KAPETANAKIS** | ☐ Contingent | |
| | **3621 SW 162 AVE** | ☐ Unliquidated | |
| | **MIRAMAR, FL 33027** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS KRASNOSCHIK** | ☐ Contingent | |
| | **5255 BROOKSIDE ROAD** | ☐ Unliquidated | |
| | **INDEPENDENCE, OH 44131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS KRASNOSCHLIK** | ☐ Contingent | |
| | **5255 BROOKSIDE ROAD** | ☐ Unliquidated | |
| | **INDEPENDENCE, OH 44131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS LAMBERT** | ☐ Contingent | |
| | **303 SOUTH WEST 33RD AVENUE** | ☐ Unliquidated | |
| | **DEERFIELD BEACH, FL 33442** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NICHOLAS MIDDLESWORTH** | ☐ Contingent | |
| | **345 SOUTH GRAND AVE.** | ☐ Unliquidated | |
| | **MARION, OH 43302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.105 94 | **Nonpriority creditor's name and mailing address** **NICHOLAS MOREA** **7634 RIVA RIDGE ST** **LAS VEGAS, NV 89149-1607** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.105 95 | **Nonpriority creditor's name and mailing address** **NICHOLAS MOSS** **NSU, COMMON RESIDENCE HALL** **3301 COLLEGE AVENUE** **FORT LAUDERDALE, FL 33314-7796** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.105 96 | **Nonpriority creditor's name and mailing address** **NICHOLAS MUNDY** **5817 WESLEYAN DRIVE** **PO BOX A148** **VIRGINIA BEACH, VA 23455** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.105 97 | **Nonpriority creditor's name and mailing address** **NICHOLAS PAIGE** **5811 W WATERFORD DRIVE** **DAVIE, FL 33331** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.105 98 | **Nonpriority creditor's name and mailing address** **NICHOLAS PARODI** **3220 QUARRY RD** **MAUMEE, OH 43537** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.105 99 | **Nonpriority creditor's name and mailing address** **NICHOLAS RENKEN** **7617 PARK BEND CT.** **COLUMBUS, OH 43082** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.106 00 | **Nonpriority creditor's name and mailing address** **NICHOLAS RODRIGUEZ** **8121 MUELLERSVILLE LANE** **BRENHAM, TX 77833** Date(s) debt was incurred __ Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.106 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS ROLLASON**
**8628 NORTH SPRING COURT**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS SCHER**
**8241 SW 89 STR**
**MIAMI, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS STRICKLEN**
**276 FOX RD**
**MANSFIELD, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS TEO**
**1350 NORTH HOWARD STREET**
**APT 210**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS THOMPSON**
**1120 N WESTWOOD AVE APT 3113**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS THOMPSON**
**4420 NW 34TH CT**
**LAUDERDALE LAKES, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NICHOLAS VERNON**
**364 REGENTS ROAD**
**COLUMBUS, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLAS WALLA** | ☐ Contingent | |
| | **26375 LAUREL LN** | ☐ Unliquidated | |
| | **PERRYSBURG, OH 43551** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLAS WILLIAMS** | ☐ Contingent | |
| | **1145 PARAMORE DRIVE** | ☐ Unliquidated | |
| | **VIRGINIA BEACH, VA 23454** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLAS WILSON** | ☐ Contingent | |
| | **6824 BROMPTON ROAD** | ☐ Unliquidated | |
| | **GWYNN OAK, MD 21207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLAS WINKLER** | ☐ Contingent | |
| | **490 REIMER RD** | ☐ Unliquidated | |
| | **WADSWORTH, OH 44281** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLAS WOOD** | ☐ Contingent | |
| | **1450 SECOR RD APT 215** | ☐ Unliquidated | |
| | **TOLEDO, OH 43607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLE BURKE** | ☐ Contingent | |
| | **12515 NW 20TH COURT** | ☐ Unliquidated | |
| | **MIAMI, FL 33167** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICHOLE WILDER-FENWICK** | ☐ Contingent | |
| | **3 OFFUTT CT** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICK FLOR JOHANSEN**
**4921 FRENCH CREEK RD**
**SHEFFIELD VILLAGE, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICK MORAGA**
**19527 NW 79TH CT**
**HIALEAH, FL 33015-6335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICK SIBILA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICK STRAWTER**
**3601 KERNAN BLVD S**
**JACKSONVILLE, FL 32224-9602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICKBERT EMEPUE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $451.12 |
|---|---|---|---|

**Nicklaus Childrens Hospital**
**3100 SW 62nd Ave.**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NICKOLAS BURNER**
**5976 SR 12 W**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICKYA WILLIAMS**
**553 VILLA AVE**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICO CLOYD**
**MORGAN VIEW APARTMENTS**
**1530 PENTRIDGE RD APT 201D**
**BALTIMORE, MD 21239-0050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICOLA COSTELLO**
**2641 BROOKSIDE DR**
**FOSTORIA, OH 44830**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICOLAS BRAVO**
**2525 SW 3RD AVENUE**
**APARTMENT 1001**
**MIAMI, FL 33129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICOLAS COWAN**
**3781 KATIE PL**
**TRIANGLE, VA 22172-2044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICOLAS GARRIDO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NICOLAS MEADE**
**182 SW 96TH TER**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 29 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLAS SOBANSKI** | ☐ Contingent | |
| | **16401 NW 37TH AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.106 30 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLE ARIAS** | ☐ Contingent | |
| | **4515 SW 179TH WAY** | ☐ Unliquidated | |
| | **MIRAMAR, FL 33029** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 31 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLE BERNARD** | ☐ Contingent | |
| | **1039 IVALOO STREET** | ☐ Unliquidated | |
| | **NORFOLK, VA 23513** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 32 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLE BEST** | ☐ Contingent | |
| | **8035 TWIN OAKS DR** | ☐ Unliquidated | |
| | **BROADVIEW HEIGHTS, OH 44147** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 33 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLE BYCZYNSKI** | ☐ Contingent | |
| | **305 SOMERSET ST** | ☐ Unliquidated | |
| | **TOLEDO, OH 43609** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 34 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLE CAMPOS YANEZ** | ☐ Contingent | |
| | **2801 W BANCROFT MS121** | ☐ Unliquidated | |
| | **TOLEDO, OH 43606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 35 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NICOLE CARDELLI** | ☐ Contingent | |
| | **3848 BADGERBROOK ST** | ☐ Unliquidated | |
| | **LAS VEGAS, NV 89129-6412** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.106**
**36**

Nonpriority creditor's name and mailing address

**Nicole Chavez**
**15401 SW 89th Court**
**Miami, FL 33157-1917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.106**
**37**

Nonpriority creditor's name and mailing address

**NICOLE CHAVEZ**
**15401 SW 89TH COURT**
**PALMETTO BAY, FL 33157-1917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106**
**38**

Nonpriority creditor's name and mailing address

**NICOLE DE PAZ**
**2715 SW 115TH AVE**
**MIAMI, FL 33165-2128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106**
**39**

Nonpriority creditor's name and mailing address

**NICOLE DISBRO**
**1127 N BYRNE RD**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106**
**40**

Nonpriority creditor's name and mailing address

**NICOLE ECKERLE**
**3301 COLLEGE AVENUE**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106**
**41**

Nonpriority creditor's name and mailing address

**NICOLE ELLIOTT**
**3717 GLENGYLE AVE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.106**
**42**

Nonpriority creditor's name and mailing address

**NICOLE FLETCHER**
**P.O. BOX 593**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.106 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE GEORGE** **4149 MEADOW GREEN DR** **SYLVANIA, OH 43560** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE HALE** **445 HICKORY LANE** **WATERVILLE, OH 43566** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE HARRELL** **171 PARKER ROAD** **GATES, NC 27937-8800** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE HIATT** **1127 N BYRNE RD** **TOLEDO, OH 43607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE HOBSON** **1325 BUHL TER** **FARRELL, PA 16121** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE KARNATH** **1909 WYNDHURST RD** **TOLEDO, OH 43607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **NICOLE KARNATH** **PO BOX 12561** **TOLEDO, OH 43606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.106<br>50 | |

**Nonpriority creditor's name and mailing address**

**NICOLE KIM**
**6720 BORGES ST**
**CORONA, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.106<br>51 | |

**Nonpriority creditor's name and mailing address**

**NICOLE LAWRENCE**
**406 KOSCUIZKO ST**
**APT #2**
**BROOKLYN, NY 11221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.106<br>52 | |

**Nonpriority creditor's name and mailing address**

**NICOLE MADDEN**
**4710 BURNHAM AVE**
**TOLEDO, OH 43612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.106<br>53 | |

**Nonpriority creditor's name and mailing address**

**NICOLE MYERS**
**98 TAFT ST**
**WASHINGTON, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.106<br>54 | |

**Nonpriority creditor's name and mailing address**

**NICOLE NEWELL**
**8337 COUNTY ROAD N30**
**MONTPELIER, OH 43543**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.106<br>55 | |

**Nonpriority creditor's name and mailing address**

**NICOLE OLGUIN**
**539 GLENHEATHER DR**
**SAN MARCOS, CA 92069-2004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.106<br>56 | |

**Nonpriority creditor's name and mailing address**

**NICOLE PRENTLER**
**2673 FAIRBROOK DRIVE**
**JENISON, MI 49428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.106 57 | **Nonpriority creditor's name and mailing address**<br>**NICOLE QUINTANA**<br>**10820 SW 25 ST**<br>**MIAMI, FL 33165** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 58 | **Nonpriority creditor's name and mailing address**<br>**NICOLE REINOSO**<br>**7893 SW 162 PLACE**<br>**MIAMI, FL 33193** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 59 | **Nonpriority creditor's name and mailing address**<br>**NICOLE RYMAN**<br>**1129 WINCHELL ROAD**<br>**AURORA, OH 44202** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 60 | **Nonpriority creditor's name and mailing address**<br>**NICOLE TOREK**<br>**2671 SW 79TH AVE #104**<br>**DAVIE, FL 33328** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 61 | **Nonpriority creditor's name and mailing address**<br>**NICOLE ULLMAN**<br>**608B DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 62 | **Nonpriority creditor's name and mailing address**<br>**NICOLE YNIGO**<br>**1621 SW 94 AVE**<br>**MIAMI, FL 33165** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 63 | **Nonpriority creditor's name and mailing address**<br>**NICOLE YNIGO**<br>**17220 NW 64TH AVE**<br>**APT. 104**<br>**HIALEAH, FL 33015** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.106 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICOLETTE ARCHIE** | ☐ Contingent | |
| | **2807 HILLCREST AVE.** | ☐ Unliquidated | |
| | **PARKVILLE, MD 21234** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICOLETTE ARCHIE** | ☐ Contingent | |
| | **6122 FAIRDEL AVE #26** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICOLETTE ESTOK** | ☐ Contingent | |
| | **733 WEST MARKET ST** | ☐ Unliquidated | |
| | **APT 903** | ☐ Disputed | |
| | **AKRON, OH 44303** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICOLETTE ESTOK** | ☐ Contingent | |
| | **1884 RIDGE ROAD** | ☐ Unliquidated | |
| | **HINCKLEY, OH 44233** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICOLETTE JORDAN** | ☐ Contingent | |
| | **7606 S EUCLID AVE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60649** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NICOLO DALLOMO** | ☐ Contingent | |
| | **710 WASHINGTON AVE UNIT 405** | ☐ Unliquidated | |
| | **MIAMI BEACH, FL 33139** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **NIEJA MOSS** | ☐ Contingent | |
| | **1831 PINE ST** | ☐ Unliquidated | |
| | **COLUMBUS, OH 43217** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.106 71 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Nonpriority creditor's name and mailing address**
**NIELS HANSEN**
**14 CHUSCO RD**
**SANTA FE, NM 87508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 72 |
|---|

**Nonpriority creditor's name and mailing address**
**NIESHA FROGG**
**8003 SHELLEY DRIVE**
**BALTIMORE, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 73 |
|---|

**Nonpriority creditor's name and mailing address**
**NIFEMI OTOKITI**
**1443 HADWICK DR**
**BALTIMORE, MD 21221-4436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 74 |
|---|

**Nonpriority creditor's name and mailing address**
**NIGEL FULLERTON**
**1717 WALTMAN RD**
**EDGEWOOD, MD 21040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 75 |
|---|

**Nonpriority creditor's name and mailing address**
**NIGEL WHYTE**
**4224 NW 185 ST**
**CAROL CITY, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 76 |
|---|

**Nonpriority creditor's name and mailing address**
**NIGERIA LAWRENCE**
**1391 SABLE TRAIL**
**WESTON, FL 33327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 77 |
|---|

**Nonpriority creditor's name and mailing address**
**NIGERIA LAWRENCE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 78 | **Nonpriority creditor's name and mailing address** **NIGERIA LAWRENCE** **3151 SW 37 TERRACE** **WEST PARK, FL 33023** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 79 | **Nonpriority creditor's name and mailing address** **NIHANTH PETA** **2517 W VILLAGE DR** **TOLEDO, OH 43614** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 80 | **Nonpriority creditor's name and mailing address** **NIHIT RAWAL** **1700 E COLD SPRING LANE** **BALTIMORE, MD 21251** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 81 | **Nonpriority creditor's name and mailing address** **NIJA LOVING** **4317 3RD STREET SE** **APARTMENT 202** **WASHINGTON, DC 20020** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 82 | **Nonpriority creditor's name and mailing address** **NIJAI BROWN** **1234 E.LAFAYETTE AVE** **BALTIMORE, MD 21202** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 83 | **Nonpriority creditor's name and mailing address** **NIJHEE BANKS** **302D DALEY** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21231** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 84 | **Nonpriority creditor's name and mailing address** **NIJHEE BANKS** **302D DALEY** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.106 85 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKA CARR**
**3625 COLLEGE AVE**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 86 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKE OMOGIATE**
**309 SHERMAN AVENUE**
**APT 2A**
**EVANSTON, IL 60202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 87 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKELENE MCLEAN**
**2208 TAYLOR AVE**
**PARKVILLE, MD 21234-6205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 88 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKESON SAINT-LOUIS**
**7NW 51 STREET**
**MIAMI, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 89 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKHIL KONDUR**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 90 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKHIL PRASAD**
**80 E. EXCHANGE ST**
**228A**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 91 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NIKHIL PRASAD**
**270 E. EXCHANGE ST.**
**UNIVERSITY EDGE APARTMENTS**
**1-303 C**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.106 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKHILESHWAR MULAKALA**
**55 FIRHILL TOWERS**
**APPT #3B2**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKHILESHWAR MULAKALA**
**77 FIRHILL TOWERS**
**APPT #2B5**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKIA ANACRAYON**
**620 SW 12 ST**
**BELLE GLADE, FL 33430**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKITA BUDAEV**
**201 GOLDEN BEACH DR**
**GOLDEN BEACH, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKKI ENNIS**
**PO BOX 142**
**CARMEL, IN 46082-0142**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKKI JAMES**
**404 JAMES STREET**
**CEDAR HILL, TX 75104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKKIA SCHADY**
**22531 ARMS AVENUE**
**EUCLID, OH 44123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Niko Crever**
**2927 Ulysses St. NE**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKO DE VERA**
**476 N V ST**
**WASHOUGAL, WA 98671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NIKYA KIRNON**
**137 SOLAR CIRCLE**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NILAN GALABADA KANKANAMGE**
**634 E BUCHTEL AVE**
**APT 312**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nile Walker**
**34 Mallow Hill**
**Baltimore, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NILE WALKER**
**234 MALLOW HILL**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NILIA SOUSA**
**4030 NORTH CENTRAL EXPRESS WAY**
**DALLAS, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|---------------------------------------|-------------------------|--|
| | Name | | |

| 3.107 06 | **Nonpriority creditor's name and mailing address** **NILOOFAR ALIPOURASIABI** **1224 BERNATH PKWY** **TOLEDO, OH 43615** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.107 07 | **Nonpriority creditor's name and mailing address** **NILOOFAR SANAEI** **3365 AIRPORT HWYAPT #7** **TOLEDO, OH 43609** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.107 08 | **Nonpriority creditor's name and mailing address** **NINA KORNEVA** **1405 CHAPEL RIDGE DRIVE** **OCOEE, FL 34761** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.107 09 | **Nonpriority creditor's name and mailing address** **Nina L. Coletta, DPM** **8844 FL-84** **Fort Lauderdale, FL 33324** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$29.23** |
| 3.107 10 | **Nonpriority creditor's name and mailing address** **NINA LEWIS** **975 TERRACE LANE** **YPSILANTI, MI 48198** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.107 11 | **Nonpriority creditor's name and mailing address** **NINA NEILL** **2910 NE 10TH AVE** **POMPANO BEACH, FL 33064** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.107 12 | **Nonpriority creditor's name and mailing address** **Nina Polini** **5901 Toscana Dr.** **Apt. 1218** **Fort Lauderdale, FL 33314** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.107 13 | **Nonpriority creditor's name and mailing address**<br>**NINA TORRES**<br>**1522 HIGHCREST CIRCLE**<br>**VALRICO, FL 33596**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 14 | **Nonpriority creditor's name and mailing address**<br>**NINA TORRES**<br>**409 SW 88 PLACE**<br>**MIAMI, FL 33174**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 15 | **Nonpriority creditor's name and mailing address**<br>**NIRAJ SHRESTHA**<br>**3414 DORR ST APT 135**<br>**TOLEDO, OH 43607**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 16 | **Nonpriority creditor's name and mailing address**<br>**NIRAJAN KHAKUREL**<br>**811 ST PAUL ST**<br>**APT 3A**<br>**BALTIMORE, MD 21202**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 17 | **Nonpriority creditor's name and mailing address**<br>**NIRAJE MEDLEY-BACON**<br>**3536 ELMORA AVENUE**<br>**BALTIMORE, MD 21213**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 18 | **Nonpriority creditor's name and mailing address**<br>**NIRSSAN KARAMOKO**<br>**405C DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 19 | **Nonpriority creditor's name and mailing address**<br>**NIRVA DORLEAN**<br>**731 NW 147TH ST**<br>**MIAMI, FL 33168-3049**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.107 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NISHIRA HENDERSON**
**6531 DIESEL COURT**
**NORFOLK, VA 23513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NISHTHA PANT**
**634 E BUCHTEL AVE APT 315**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NITIN MEHRA**
**634 E BUCHTEL AVE**
**APT #116**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NITIN PARSA**
**77 FIR HILL DRIVE**
**APARTMENT NO. 2B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NITIN PARSA**
**77 FIR HILL DRIVE**
**APARTMENT NO. 2B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NITYANSHU KUMAR**
**55 FIR HILL ST, 2B2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NITYANSHU KUMAR**
**77 FIR HILL ST, 4B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.107 27 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NITYASRI GOPINATH
4430 N HOLLAND SYLVANIA RD
APT 4249
TOLEDO, OH 43623

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.107 28 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NIYAH EZEAKOR
3906 NORTH ROGERS AVE APT N
GWYNN OAK, MD 21207

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.107 29 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NIYEKA HARRIS
5257 DARIEN RD
BALTIMORE, MD 21206

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.107 30 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NKEIRUKA NWEKE
6328  MAPLEWOOD RD
APT 204
MAYFIELD HEIGHTS, OH 44124

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.107 31 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NKEMJIKA IKE
1797 E WATERFORD CT
AKRON, OH 44313

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.107 32 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NKEMJIKA IKE
1797 EAST WATERFORD COURT
APT 327
AKRON, OH 44313

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.107 33 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NKIRUKA NWACHUKWU
11 COMET COURT
PARKVILLE, MD 21234

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.107 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NKIRUKA NWACHUKWU**
**1 NEPTUNE COURT, APT L**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NKU HENRY**
**405C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NNAYELU ORANUBA**
**24 LILY POND COURT**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH BLAND**
**282 RESERVE AVE.**
**OBERLIN, OH 44074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH CHOI**
**SPANTON RESIDENCE HALL #204**
**190 S COLLEGE ST.**
**AKRON, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH GESLIN**
**6052 NW RELIEF CT**
**FORT PIERCE, FL 34983**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH GLAVICKAS**
**2939 WINDSOR RD**
**ORWELL, OH 44076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.107 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH HANEY**
**2200 ANVIL LANE**
**TEMPLE HILLS, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH JOHNSON**
**2 CYPRESS GROVE CT**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH JOHNSON**
**1111 EDMONSTON DR**
**ROCKVILLE, MD 20851-1613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH KISER**
**6575 BLUEBIRD COURT**
**MASON, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH KUSEL**
**N358 OAK CLAY RD**
**WHITEWATER, WI 53190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH LEBAY**
**644 W. STEELS CORNERS RD.**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NOAH NORMAN**
**998 NORTHGATE AVENUE**
**WAYNESBORO, VA 22980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOAH PHILLIPS**
**5817 WESLEYAN DRIVE**
**PO BOX B348**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOAH WILLIAMS**
**103 FRISBEE HILL RD**
**HILTON, NY 14468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOE ESTRADA**
**2002 ROCK RIDGE DRIVE**
**HOUSTON, TX 77049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $661.00 |
|---|---|---|---|

**Noel E. Delgadillo, MD PA**
**8700 N Kendall Dr. #218**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOEL LIVERPOOL**
**9705 MARRIOTTSVILLE ROAD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOELLE GAITHER**
**2346 GIBLEY PARK RD**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOFISAT ODUBANJO**
**64 NORTH RITTERS LN**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOFISAT ODUBANJO**
**222 MID PINES CT APT 4C**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOLAN HABEL**
**1665 19TH ST**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOLAN JOHNSON**
**5236 STONE SHOP CIRCLE**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nolan Starnes**
**3008 Hillhurst Dr.**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOOR SETH**
**704 NICHOLAS LANE**
**HUNT VALLEY, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NORAH ALI**
**132 MEADOWFIELD COURT**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NORAH ALYAHYA**
**4617 CREEKRUN DRIVE**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.107**
**62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORALDIN ALBABAH**<br>**2200 HIGH STREET**<br>**APT# 166**<br>**CUYAHOGA FALLS, OH 44221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.107**
**63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORBERTO RODRIGUEZ**<br>**16070 SW 71ST TERRACE**<br>**MIAMI, FL 33193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.107**
**64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORELY VANESSA FLORES CABRERA**<br>**7593 PARTRIDGE MEADOWS DRIVE EAST**<br>**HUDSON, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.107**
**65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.00 |
|---|---|---|
| **Norfolk Physhiatric Assoc.**<br>**6353 Center Dr., Ste. 204**<br>**Norfolk, VA 23502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.107**
**66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORIHIDE YOSHIDA**<br>**1216 SUNBURY RD**<br>**COLUMBUS, OH 43210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.107**
**67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORMA GERMAIN**<br>**580 NE 132ND ST**<br>**NORTH MIAMI, FL 33161-4032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.107**
**68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.00 |
|---|---|---|
| **NORTH BROWARD HOSPITAL DISTRIC**<br>**1600 S Andrews Ave**<br>**Fort Lauderdale, FL 33316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  1942 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.107 69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$901.02** |
|---|---|---|---|

**North Broward Radiologists PA**
**1801 S Preimeter Rd., Suite 180**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.00** |
|---|---|---|---|

**North Centrail Ohio Family**
**269 Portland Way S**
**Galion, OH 44833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7768**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,197.33** |
|---|---|---|---|

**North Central Surgical Center**
**9301 N Central Exp., Ste. 100**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.62** |
|---|---|---|---|

**North Coast Professional Co**
**1221 Hayes Ave.**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,871.72** |
|---|---|---|---|

**North County Surgicenter**
**4000 Burns Rd.**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,160.35** |
|---|---|---|---|

**North Florida Reg Med Ct**
**6500 W Newberry Rd.**
**Gainesville, FL 32605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.32** |
|---|---|---|---|

**North Florida Surgeons PA**
**PO Box 14009**
**Belfast, ME 04915-4031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.107 76 | **Nonpriority creditor's name and mailing address**<br>**North Ohio Heart, Inc.**<br>84 E Broad St.<br>Elyria, OH 44035<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2482** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$150.00** |
| 3.107 77 | **Nonpriority creditor's name and mailing address**<br>**NORTH SHORE LIJ ANESTHESIOLOGY**<br>972 Brush Hollow Rd<br>Westbury, NY 11590<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1266** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,960.00** |
| 3.107 78 | **Nonpriority creditor's name and mailing address**<br>**North Shore Medical Center**<br>81 Highland Ave.<br>Salem, MA 01970<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$63,749.52** |
| 3.107 79 | **Nonpriority creditor's name and mailing address**<br>**Northeast Ohio Eye Surgeons**<br>4099 Embassy Pkwy<br>Akron, OH 44333<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$151.95** |
| 3.107 80 | **Nonpriority creditor's name and mailing address**<br>**Northern California Anesthesia Phys**<br>3490 California St. #201<br>San Francisco, CA 94118<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$368.50** |
| 3.107 81 | **Nonpriority creditor's name and mailing address**<br>**Northern Ohio Foot & Ankle Speciali**<br>368 Milan Ave.<br>Norwalk, OH 44857<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$230.64** |
| 3.107 82 | **Nonpriority creditor's name and mailing address**<br>**Northern Ohio Medical Specialists**<br>2500 W Strub Rd. #230<br>Sandusky, OH 44870<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64.09** |

| 3.107 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,538.08 |
|---|---|---|---|

**Northstar Anesthesia of Ohio**
610 W Main St.
Wilmington, OH 45177

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,253.44 |
|---|---|---|---|

**Northwest Medical Center**
2801 North State Rd. 7
Pompano Beach, FL 33063

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.12 |
|---|---|---|---|

**Northwest OH Integrated L**
2222 Cherry St
Toledo, OH 43608

Date(s) debt was incurred _

Last 4 digits of account number  1244

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NORVEL CLARKE**
14116 LONDON LN
ROCKVILLE, MD 20853-2025

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOURAN IBRAHIM**
80 N PORTAGE PATH APT 5C9
AKRON, OH 44303

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**NOVA SE UNIV/THE EYE CARE INST**
3200 S University Dr
DAVIE, FL 33328

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,100.50 |
|---|---|---|---|

**NOVA SE UNIVERSITY**
P O BOX 290250
DAVIE, FL 33328

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.107 90 | Nonpriority creditor's name and mailing address<br>**NOVA SE UNIVERSITY**<br>**3301 College Ave**<br>**Fort Lauderdale, FL 33314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $172.00 |

| 3.107 91 | Nonpriority creditor's name and mailing address<br>**Nova SE University Davie**<br>**PO Box 290370**<br>**Fort Lauderdale, FL 33329**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $44,830.02 |

| 3.107 92 | Nonpriority creditor's name and mailing address<br>**NOVA SE UNIVERSITY H B**<br>**P O BOX 290250**<br>**DAVIE, FL 33328**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2766** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $150.00 |

| 3.107 93 | Nonpriority creditor's name and mailing address<br>**Nova SE University NMB**<br>**1750 NE 167th St.**<br>**Miami, FL 33162**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $432.09 |

| 3.107 94 | Nonpriority creditor's name and mailing address<br>**Nova Southeastern University**<br>**PO Box 290370**<br>**Fort Lauderdale, FL 33329**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14,255.82 |

| 3.107 95 | Nonpriority creditor's name and mailing address<br>**Novacare Rehabilitation of Ohio**<br>**3301 College Ave.**<br>**Fort Lauderdale, FL 33314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $953.32 |

| 3.107 96 | Nonpriority creditor's name and mailing address<br>**NOVIKA FUSANTI**<br>**2462 CAROLINA AVENUE**<br>**COLUMBUS, OH 43229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.107 97**

Nonpriority creditor's name and mailing address
**NRSIMHA GHOSH**
**231 SOUTHLAKE PL**
**NEWPORT NEWS, VA 23602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 98**

Nonpriority creditor's name and mailing address
**NSU College of Dental Medicine**
**3103 SW 76th Ave.**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17.36**

---

**3.107 99**

Nonpriority creditor's name and mailing address
**NSU Davie Sports Medicine Clinic**
**PO Box 290370**
**Fort Lauderdale, FL 33329**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44.03**

---

**3.108 00**

Nonpriority creditor's name and mailing address
**Nujaun Robinson**
**2427 Sunset Blvd.**
**Steubenville, OH 43952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 01**

Nonpriority creditor's name and mailing address
**NYA ANDERSON**
**95 LENOX AVE APT 5A**
**NEW YORK, NY 10026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 02**

Nonpriority creditor's name and mailing address
**NYA LEE**
**604A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 03**

Nonpriority creditor's name and mailing address
**NYAH JOHNSON**
**7305 SARA ST**
**NEW CARROLLTON, MD 20784-3653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 04**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NYAH STOKLEY** | ☐ Contingent | |
| **19402 111TH AVE** | ☐ Unliquidated | |
| **SAINT ALBANS, NY 11412-2014** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108 05**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nyandra McFadden** | ☐ Contingent | |
| **410 Chester St.** | ☐ Unliquidated | |
| **Apt. F** | ☐ Disputed | |
| **Brooklyn, NY 11212** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108 06**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NYANDRA MCFADDEN** | ☐ Contingent | |
| **410 CHESTER STREET** | ☐ Unliquidated | |
| **APARTMENT F** | ☐ Disputed | |
| **BROOKLYN, NY 11212** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108 07**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NYASIA AUGUSTSON** | ☐ Contingent | |
| **5105 CEDGATE RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21206-4001** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108 08**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NYDEIRA WILSON-HODGE** | ☐ Contingent | |
| **ENCHANTED FOREST DR.** | ☐ Unliquidated | |
| **CONLEY, GA 30288** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108 09**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NYDIRAH TINGLE** | ☐ Contingent | |
| **184 EAST 96 STREET** | ☐ Unliquidated | |
| **APARTMENT 4B** | ☐ Disputed | |
| **BROOKLYN, NY 01121-2280** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108 10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NYDJA MERCER-BEY** | ☐ Contingent | |
| **14615 NE 3RD CT.** | ☐ Unliquidated | |
| **MIAMI, FL 33161** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.108<br>11 | Nonpriority creditor's name and mailing address<br>**NYDJA MERCER-BEY**<br>**14615 NE 3RD CT.**<br>**MIAMI, FL 33161**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.108<br>12 | Nonpriority creditor's name and mailing address<br>**NYEISHA JOHNSON**<br>**1071 NW 199TH STREET**<br>**MIAMI, FL 33169**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.108<br>13 | Nonpriority creditor's name and mailing address<br>**NYEMA ROUNDTREE**<br>**1810 YORK RD**<br>**LUTHERVILLE, MD 21093**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.108<br>14 | Nonpriority creditor's name and mailing address<br>**NYEMA SIMPKINS**<br>**300 60TH AVE SOUTH**<br>**SAINT PETERSBURG, FL 33705**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.108<br>15 | Nonpriority creditor's name and mailing address<br>**NYERE BROWN-WILSON**<br>**PO BOX 7291**<br>**BALTIMORE, MD 21218-0291**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.108<br>16 | Nonpriority creditor's name and mailing address<br>**NYESHA SKINNER**<br>**5936 THE ALAMEDA**<br>**BALTIMORE, MD 21239-2233**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.108<br>17 | Nonpriority creditor's name and mailing address<br>**NYI'AMBIEYA SMITH**<br>**1485 N MANGONICA DR**<br>**WEST PALM BEACH, FL 33401**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYIANA GARNER**
**728 MEANDERING DR**
**CEDAR HILL, TX 75104-6066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYIELA JONES**
**3504 WEST 98TH STREET**
**CLEVELAND, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYJAUN ROBINSON**
**2427 SUNSET BLVD**
**STEUBENVILLE, OH 43952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYKERIA CLARK**
**2960 SOUTHGATE TER**
**HIAWASSEE, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYKIRA JORDAN**
**25 46 STREET NE**
**WASHINGTON, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYLA RUDISLL-BLACK**
**3510 GREENSPRING AVENUE**
**BALTIMORE, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYLAH BETHEA**
**8873 RUSLAND COURT**
**FORT WASHINGTON, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 25 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**O'SHA JACKSON**
**1921 BURTON AVE SE**
**WARREN, OH 44484**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 26 | **Nonpriority creditor's name and mailing address** | **$3,010.00** |

**OAKLAND PARK MRI INC**
**1799 W OAKLAND PARK BLVD**
**SUITE 105**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _
Last 4 digits of account number  9864

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 27 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**OANH LE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 28 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**OANH UNG**
**33 PROSPECT HILL ROAD**
**CROMWELL, CT 06416**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 29 | **Nonpriority creditor's name and mailing address** | **$124.53** |

**OB G Y N Associates West**
**605 N Cleveland-Massillon Rd.**
**Ste. A**
**Akron, OH 44333**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 30 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**OBAFOLAJIMI AGBOOLA**
**40 MAINVIEW CT**
**RANDALLSTOWN, MD 21133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 31 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**OBARO ONOKPEMUEMU**
**406 SUMNER STREET, APT B4**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**OBED BAZILE**
**920 SE BAYFRONT AVE**
**PORT SAINT LUCIE, FL 34983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**OBENTA NICHOLAS**
**4183 BOOKER ST**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126.25** |
| --- | --- | --- | --- |

**OBGYN Specialists of the Palm Beach**
**770 Northpoint Pkwy, Suite 200**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**OBIAJULU ORANUBA**
**24 LILY POND COURT**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**OBIANUJU NWABUOKEI**
**29465 BRENTWOOD ST**
**SOUTHFIELD, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**OBINNA OKUDOH**
**11714 TUSCANY DR**
**LAUREL, MD 20708-2841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$249.00** |
| --- | --- | --- | --- |

**Obstetrical & Gynecological**
**75 Arch Street, Ste 401**
**Akron, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7174**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.13 |
|---|---|---|---|

**Obstetrics and Gynecology of No TX**
**Baylor Regional Medical Center**
**Professional Office Building**
**1600 W College St., Suite 540**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,020.00 |
|---|---|---|---|

**OCHSNER CLINIC LLC NO**
**P O BOX 54851**
**NEW ORLEANS, LA 70154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1428**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,874.11 |
|---|---|---|---|

**OCHSNER MEDICAL CENTER**
**PO BOX 919140**
**GRETNA, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OCTAVIA MITCHELL**
**601C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ODALYS QUINONES**
**10555 SANGERBROOK DRIVE**
**HOUSTON, TX 77038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ODILIOUS NESBITT**
**14201 SW 33RD COURT**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ODILIOUS NESBITT**
**6625 NW 174TH TERR**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ODIMEGWU OGBUJI-EMMANUEL** **7311 GAVIN ST** **NEW CARROLLTON, MD 20784-3614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Odyssey Health Systems, LLC** **3440 W. Market St.** **Ste. 200** **Akron, OH 44333** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **OGHENEVOKE OMONIYODO** **6914 LACHLAN CIR APT L** **BALTIMORE, MD 21239-1060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **OGHOGHO AKAROGBE** **429 N HAWKINS AVE** **APT 506** **AKRON, OH 44313** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **OGUZHAN CEYLAN** **1700 E COLD SPRING LANE** **BALTIMORE, MD 21251** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **OGUZHAN KILIC** **591 EAST BUCHTEL AVE. APT O** **AKRON, OH 44304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,726.00** |
| **Ohio Dominical University** **Attn: Vicki Steele** **1216 Sunbury Rd.** **Columbus, OH 43210** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.03 |
|---|---|---|---|

**Ohio Family Practice Centers**
3009 Smith Rd. #200
Akron, OH 44333

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,893.65 |
|---|---|---|---|

**Ohio Health Corporation**
180 E Broad St.
Columbus, OH 43205

Date(s) debt was incurred _
Last 4 digits of account number **5900**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.28 |
|---|---|---|---|

**Ohio Imaging Associates, Inc.**
1675 E Main St.
Kent, OH 44240

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.38 |
|---|---|---|---|

**Ohio Physician Professional Corp**
PO Box 80690
Canton, OH 44708-0690

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,897.35 |
|---|---|---|---|

**OhioHealth Cororation**
180 E Broad St
Columbus, OH 43215

Date(s) debt was incurred _
Last 4 digits of account number **6976**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.50 |
|---|---|---|---|

**OhioHealth Laboratory Systems**
41 S High St.
Columbus, OH 43215

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.13 |
|---|---|---|---|

**OhioHealth Physician Group**
41 S High St.
Columbus, OH 43215

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

---

**3.108 60**

**Nonpriority creditor's name and mailing address**
**OhioHealth Regional Physician**
**41 S High St.**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$99.99**

---

**3.108 61**

**Nonpriority creditor's name and mailing address**
**OHOUD AL RAWASHDEH**
**8507 HORSESHOE ROAD**
**ELLICOTT CITY, MD 21043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 62**

**Nonpriority creditor's name and mailing address**
**OHRI LLC**
**P O BOX 919474**
**NEW YORK, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number **3341**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$664.00**

---

**3.108 63**

**Nonpriority creditor's name and mailing address**
**OJO FASAKIN**
**7405 GOLDFIELD CT. APT #C**
**BALTIMORE, MD 21237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 64**

**Nonpriority creditor's name and mailing address**
**OKAN BOLER**
**1208 BUCKINGHAM GATE BLVD**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 65**

**Nonpriority creditor's name and mailing address**
**OKECHUKWU ANYATONWU**
**214 DAUNTLY ST**
**UPPER MARLBORO, MD 20774-1810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 66**

**Nonpriority creditor's name and mailing address**
**OKIKIOLUWA PHILLIPS**
**9613 GLENKIRK WAY**
**BOWIE, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.108 67 | Nonpriority creditor's name and mailing address<br>**OLABISI YAMU**<br>**10707 KITCHENER CT**<br>**BOWIE, MD 20721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.108 68 | Nonpriority creditor's name and mailing address<br>**OLABODE OGIDAN**<br>**3870 NW 183 ST**<br>**APT. 203**<br>**CAROL CITY, FL 33055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.108 69 | Nonpriority creditor's name and mailing address<br>**OLADAPO OLAWUYI**<br>**10402 FORESTGROVE LANE**<br>**BOWIE, MD 20784**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.108 70 | Nonpriority creditor's name and mailing address<br>**OLADAPO OLAWUYI**<br>**7731 RIVERDALE RD APT 204**<br>**NEW CARROLLTON, MD 20784**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.108 71 | Nonpriority creditor's name and mailing address<br>**OLADAPO SOWEMIMO**<br>**1900 N BAYSHORE DR**<br>**APT 2109**<br>**MIAMI, FL 33132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.108 72 | Nonpriority creditor's name and mailing address<br>**OLADIPO ADEUYAN**<br>**9501 SIDEBROOK ROAD**<br>**SUITE 403**<br>**OWINGS MILLS, MD 21117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.108 73 | Nonpriority creditor's name and mailing address<br>**OLAIDE OSENI**<br>**213, GALE STREET**<br>**AKRON, OH 44302**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.108 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLAIDE OSENI**
**THE DEPOT**
**80 E EXCHANGE**
**SUITE 152B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLAJUMOKE ADERIBIGBE**
**1213 BLUE WING TER**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLAJUMOKE AJINIRAN**
**3503 56TH ST**
**HYATTSVILLE, MD 20784-1115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLAKITAN OLUWALADE**
**4785 CLAIRELEE DR**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLAKUNLE AWOTEDU**
**15401 JENKINS RIDGE RD**
**BOWIE, MD 20721-6218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLALEKAN ASAOLU**
**2015 KELBOURNE ROAD. APT. 302**
**ROSEDALE, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLALEYE FASUYI**
**47 EIFFEL CT**
**ESSEX, MD 21221-5811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLAMIDE OKELOWO**
**3514 CORN STREAM RD**
**RANDALLSTOWN, MD 21133-2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLAMIDE OLASUPO**
**86 WISE STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLANREWAJU ABODERIN**
**15415 SEMINOLE CANYON DR**
**SUGAR LAND, TX 77498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLANZA BADGER**
**9156 GRANITE COURT**
**WALDORF, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLASUBOMI ISHOLA**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLATUNDE ALADESOTE**
**5925 RADECKE APT H**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLATUNDE OLOWE**
**86 WISE STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLATUNDE OLOWE**
**1470 ALPHADA AVENUE**
**APT. L1**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLAWALE AYOADE**
**437 SUMNER STREET**
**APT H**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,531.55 |
|---|---|---|---|

**Oleta River Emerg Phys, LLC**
**20900 Biscayne Blvd.**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLINDA MARTINEZ LEMUS**
**6540 FIELDSTONE DR NW**
**CANTON, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVE LEBBIE**
**5615 EASTWOOD COURT**
**CLINTON, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVER CLINGAIN**
**981 BATES ROAD**
**ROCKY RIVER, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVER FOWLER**
**1204 E CUMBERLAND AVE**
**APT 420**
**TAMPA, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVER KARLSSON**
**3301 COLLEGE AVE**
**FORT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVER KNOELL**
**6114 LAMPTON POND DR**
**HILLIARD, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVER WILLIAMS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVIA BARONE**
**4243 W BANCROFT ST APT 106W**
**OTTAWA HILLS, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVIA BIGGERS**
**5817 WESLEYAN DRIVE**
**PO BOX A519**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVIA DETWEILER**
**185 MARKET STREET**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLIVIA DETWILER**
**185 MARKET STREET**
**CORTLAND, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 02 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA DIANA**<br>**120 BLUEBELL DRIVE**<br>**EGG HARBOR TOWNSHI, NJ 08234**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.109 03 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA FLORES**<br>**6308 KEN CARYL DRIVE**<br>**AUSTIN, TX 78747**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.109 04 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA FLORES**<br>**105 LANDWEHR AVE**<br>**PO BOX 901**<br>**LUCKEY, OH 43443**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.109 05 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA FOX**<br>**323 SUMMIT ST**<br>**GRANVILLE, OH 43023**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.109 06 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA GARDNER**<br>**290 VINE ST**<br>**THE UNIVERSITY OF AKRON SPICER**<br>**RESIDENCE**<br>**AKRON, OH 44308**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.109 07 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA HERSHEY**<br>**PO BOX 423**<br>**LAKEMORE, OH 44250**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.109 08 | **Nonpriority creditor's name and mailing address**<br>**OLIVIA HOFFMAN**<br>**17294 HUNTLEY ROAD**<br>**WINDSOR MILLS, OH 44099**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| | | |
|---|---|---|
| 3.109 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA IYALLA**
**913 SOUTHERY RD.**
**APT. 360**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA JONES**
**3701 NORTHLAND DR**
**VIEW PARK, CA 90008-4442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA KADEL**
**433 CANAL CT**
**WATERVILLE, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA LYNCH**
**8098 BONNIE GLEN RD**
**LAMBERTVILLE, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA MADDOX**
**127 WATKINS RD**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA MYERS**
**PO BOX 22443**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**OLIVIA PATTON**
**957 BATES RD**
**ROCKY RIVER, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 16 | **Nonpriority creditor's name and mailing address** **OLIVIA PHILPOT** **4332 WAYNE MADISON RD** **TRENTON, OH 45067** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.109 17 | **Nonpriority creditor's name and mailing address** **OLIVIA PORTER** **153 E MAIN ST** **OAK HARBOR, OH 43449** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.109 18 | **Nonpriority creditor's name and mailing address** **OLIVIA REED** **4524 GROVE ST** **LUNA PIER, MI 48157** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.109 19 | **Nonpriority creditor's name and mailing address** **OLIVIA RIVARD** **13513 WEST AVENUE** **CLEVELAND, OH 44111** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.109 20 | **Nonpriority creditor's name and mailing address** **OLIVIA SHIM** **3305 ONYX RD** **MIRAMAR, FL 33025** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.109 21 | **Nonpriority creditor's name and mailing address** **OLIVIA SNYDER** **7020 BRINKER ST SW** **NAVARRE, OH 44662** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.109 22 | **Nonpriority creditor's name and mailing address** **OLIVIA SUPRENANT** **8817 COOLEY ROAD** **RAVENNA, OH 44266** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.109 23**

**Nonpriority creditor's name and mailing address**

**OLIVIA WALLACE**
**604D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 24**

**Nonpriority creditor's name and mailing address**

**OLIVIER LAGUERRE**
**674 LOOKOUT LAKES DR**
**JACKSONVILLE, FL 32220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 25**

**Nonpriority creditor's name and mailing address**

**OLLA NAYAL**
**1917 KEY ST APT F**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 26**

**Nonpriority creditor's name and mailing address**

**OLLA NAYAL**
**2715 LATONIA BLVD**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 27**

**Nonpriority creditor's name and mailing address**

**OLORUNTOBA OLADIMEJI**
**4328 LAKE FOREST CT**
**FINKSBURG, MD 21048-2621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 28**

**Nonpriority creditor's name and mailing address**

**OLUBOLA AWE**
**16 MONHEGAN CT**
**BALTIMORE, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 29**

**Nonpriority creditor's name and mailing address**

**OLUBUKOLA BANKOLE**
**10 MARICE CIRCLE**
**ESSEX, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.109 30 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUCHI ELENDU**<br>**522 MELROSE LANE**<br>**SEVERNA PARK, MD 21146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 31 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUDAMILARE ADEBANJO**<br>**5607 JUSTINA DR**<br>**LANHAM, MD 20706-2327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 32 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUDAMILARE OGUNKILE**<br>**19201 ARIA COURT**<br>**BROOKEVILLE, MD 20833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 33 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUDARE AJIBARE**<br>**6715 KENWOOD AVE**<br>**BALTIMORE, MD 21237-1817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUFEMI RAJI**<br>**3605 CHASEWOOD DR SW, APT 6**<br>**HUNTSVILLE, AL 35805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUFISAYO ADEPEGBA**<br>**3626 A VALLEY TERRACE**<br>**APT A9**<br>**BALTIMORE, MD 21244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **OLUFUMILOLA OLADIPUPO**<br>**13 GIARD DR APT 11**<br>**WINDSOR MILL, MD 21244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUJUWON ADEPEGBA**
**7913 GRANT DRIVE**
**GLENARDEN, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUMIDE OSHODI**
**1408 BROOKVIEW DR APT 62**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUMIDE SARUMI**
**6 PINE RUN CT**
**WINDSOR MILL, MD 21244-1329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUSEGUN ADEYEMO**
**7207 LYNDSEY WAY**
**ELKRIDGE, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUSEUN AYOKU**
**6705 FURMAN PKWY**
**RIVERDALE, MD 20737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUSEYI ADIGUN**
**16319 SILVER LANDINGS**
**FENTON, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUSEYI AKINNIBOSUN**
**15100 NEBRASKA LANE**
**BOWIE, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.109 44 | **Nonpriority creditor's name and mailing address**<br>**OLUWABUKOLA AJAYI**<br>**9702 AVIS CT**<br>**UPPER MARLBORO, MD 20774-2281** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 45 | **Nonpriority creditor's name and mailing address**<br>**Oluwafemi Adepoju**<br>**15 Bridgeflake Cir.**<br>**Apt. G**<br>**Cockeysville, MD 21030-5100** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 46 | **Nonpriority creditor's name and mailing address**<br>**OLUWAFEMI ADEPOJU**<br>**702 SAINT PETERS COURT**<br>**EDGEWOOD, MD 21040** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 47 | **Nonpriority creditor's name and mailing address**<br>**OLUWAFEMI ADEPOJU**<br>**15 BRIDGELAKE CIR APT G**<br>**COCKEYSVILLE, MD 21030-5100** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 48 | **Nonpriority creditor's name and mailing address**<br>**OLUWAFEMI AKINTOLA**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 49 | **Nonpriority creditor's name and mailing address**<br>**OLUWAFEMI APEPOJU**<br>**15 BRIDGELAKE CIR APT G**<br>**COCKEYSVILLE, MD 21030-5100** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 50 | **Nonpriority creditor's name and mailing address**<br>**OLUWAGBEMILEKE ADEWUMI**<br>**324 STILLWATER ROAD**<br>**ESSEX, MD 21221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWAJUWONLO OWOEYE**
**2 STONEMARK CT**
**APT 9**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWAKAYODE JASANYA**
**6603 COLLINSDALE RD APT I**
**PARKVILLE, MD 21234-6548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWAKOREDE OLUWASUJI**
**31 SPYCE MILL CT**
**RANDALLSTOWN, MD 21133-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWASEGUN EMENOGU**
**1120 N WESTWOOD AVE APT 3113**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWASEUN ADENIJI**
**605C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWASEUN ONAOLAOP**
**5008 KENILWORTH AVE**
**HYATTSVILLE, MD 20781-2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OLUWASEYI AYODELE**
**1702 MALLARD CT**
**UPPER MARLBORO, MD 20774-7053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 58 | **Nonpriority creditor's name and mailing address**<br>**OLUWASEYI MACONI**<br>**9709 EVENING PRIMROSE DR.**<br>**APT 3C**<br>**LAUREL, MD 20723**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 59 | **Nonpriority creditor's name and mailing address**<br>**OLUWASEYI MACONI**<br>**6389 SMITHY SQUARE APT B**<br>**GLEN BURNIE, MD 21061**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 60 | **Nonpriority creditor's name and mailing address**<br>**OLUWATOBI GBADAMOSI**<br>**4423 KENTFORD RD**<br>**OWINGS MILLS, MD 21117-4873**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 61 | **Nonpriority creditor's name and mailing address**<br>**OLUWATOBI OLUTIMEHIN**<br>**707C DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 62 | **Nonpriority creditor's name and mailing address**<br>**OLUWATOBI OYENIJI**<br>**2633 NEMO CT**<br>**BOWIE, MD 20716-1463**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 63 | **Nonpriority creditor's name and mailing address**<br>**OLUWATOBI SAMAGBEYI**<br>**5304F LOCH RAVEN BOULEVARD**<br>**BALTIMORE, MD 21239**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 64 | **Nonpriority creditor's name and mailing address**<br>**OLUWATOBI SAMAGBEYI**<br>**1171 PELHAM WOOD DRIVE**<br>**PARKVILLE, MD 21234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.109 65 | **Nonpriority creditor's name and mailing address** |

**OLUWATOBILOBA AGBEDE**
**3826 VICTORIA AVENUE**
**BALTIMORE, MD 21244**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 66 | **Nonpriority creditor's name and mailing address** |

**OLUWATOMILAYO ADEWALE**
**6912 WINDSOR MILL RD**
**BALTIMORE, MD 21207-4480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 67 | **Nonpriority creditor's name and mailing address** |

**OLUWATOMIWA ALADE**
**5221 HARFORD RD**
**BALTIMORE, MD 21214-2622**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 68 | **Nonpriority creditor's name and mailing address** |

**OLUWATOYIN OLATILE**
**468 GREENWOOD AVENUE**
**AKRON, OH 44320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 69 | **Nonpriority creditor's name and mailing address** |

**OLUYINKA AKINBOBOLA**
**3927 MCDOWELL LN**
**BALTIMORE, MD 21205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 70 | **Nonpriority creditor's name and mailing address** |

**Olver Knoell**
**6114 Lampton Pond Dr.**
**Hilliard, OH 43026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.109 71 | **Nonpriority creditor's name and mailing address** |

**OMAIMA AHMAD**
**4330 CRANBERRY LN**
**SYLVANIA, OH 43560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.109 72 | **Nonpriority creditor's name and mailing address**<br>**OMAR ABDULMAJEED**<br>**2220 HIGH STREET APT. 908**<br>**CUYAHOGA FALLS, OH 44221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 73 | **Nonpriority creditor's name and mailing address**<br>**OMAR ALHARBI**<br>**3991 LAKE RUN BLVD**<br>**STOW, OH 44224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 74 | **Nonpriority creditor's name and mailing address**<br>**OMAR BRADFORD-EL**<br>**10315 LESLIE ST**<br>**SILVER SPRING, MD 20902-4857**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 75 | **Nonpriority creditor's name and mailing address**<br>**OMAR ELNAGGAR**<br>**7329 CLOVER PARK WAY**<br>**DUBLIN, OH 43016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 76 | **Nonpriority creditor's name and mailing address**<br>**OMAR FERGUSON**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 77 | **Nonpriority creditor's name and mailing address**<br>**OMAR JALLOH**<br>**8289 OLYMPUS LANE**<br>**BLACKLICK, OH 43004**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 78 | **Nonpriority creditor's name and mailing address**<br>**OMAR MCDONALD**<br>**8911 LESAN RD**<br>**BALTIMORE, MD 21213**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.109 79 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**OMAR OUTAR**
**400 SW 75TH AVE**
**MARGATE, FL 33068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 80**

**Nonpriority creditor's name and mailing address**
**OMAR OUTAR**
**872 NW 81ST TERR**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 81**

**Nonpriority creditor's name and mailing address**
**OMAR PADILLA**
**1255 W 53RD ST APT 104**
**HIALEAH, FL 33012-3010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 82**

**Nonpriority creditor's name and mailing address**
**OMAR ROBINSON**
**101A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 83**

**Nonpriority creditor's name and mailing address**
**OMAR ROBINSON**
**1612 PEBBLE BEACH DR**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 84**

**Nonpriority creditor's name and mailing address**
**OMAR SANTIAGON AHUMADA**
**1 CUMBERLAND SQ**
**LEBANON, TN 37087-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 85**

**Nonpriority creditor's name and mailing address**
**OMARCIA MILLER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.109 86 | **Nonpriority creditor's name and mailing address** <br> **Omari Brookes** <br> **7904 Barbara Ct.** <br> **Clinton, MD 20735-1250** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 87 | **Nonpriority creditor's name and mailing address** <br> **OMEATA HENRY** <br> **207A DEDMOND** <br> **2500 WEST NORTH AVENUE** <br> **BALTIMORE, MD 21207** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 88 | **Nonpriority creditor's name and mailing address** <br> **OMEGA KING** <br> **7615 SANTA ROSA WAY DRIVE** <br> **DALLAS, TX 75241** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 89 | **Nonpriority creditor's name and mailing address** <br> **OMEKA GLINTON** <br> **15800 NW 42 AVENUE** <br> **MIAMI GARDENS, FL 33054** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 90 | **Nonpriority creditor's name and mailing address** <br> **OMER GUNDOGMUS** <br> **2871 GRAHAM ROAD APT. 9** <br> **STOW, OH 44224** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.109 91 | **Nonpriority creditor's name and mailing address** <br> **Omni Eye Surgery of NY PC** <br> **Penthouse 20 E** <br> **46th St.** <br> **New York, NY 10017** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$326.70** |

| | | |
|---|---|---|
| 3.109 92 | **Nonpriority creditor's name and mailing address** <br> **OMOLADE OLA** <br> **816 MOCKINGBIRD LANE** <br> **APT 302** <br> **TOWSON, MD 21286** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 1574 of 2163

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| 3.109 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OMOLADE OLA**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OMOLOLA ANJORIN**
**4407 MARY AVE**
**BALTIMORE, MD 21206-2803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OMOSHALEWA OLUKOTUN**
**P.O BOX 574**
**GRAYSON, GA 30017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONELIO ABREU**
**20505 E COUNTRY CLUB DR # PH35**
**AVENTURA, FL 33180-3057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONISAUDA IFA**
**NONE APPLICABLE AVE**
**DALLAS, TX 75227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONOME OROH**
**124 BALDWIN AVE**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONOSE DAODU**
**15603 ATLANTIS DRIVE**
**BOWIE, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1588 of 3613

| 3.110 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONYA SOLOMON**
**66 OAK ST APT 2F**
**APT 2F**
**PORT CHESTER, NY 10573-6507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONYEKACHI EKEAGWU**
**3320 RICHMOND AVE**
**BALTIMORE, MD 21213-1145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONYELONI IGWULU**
**4122 HANSON OAKS DR.**
**HYATTSVILLE, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONYEMA ANUFORO**
**710 KLING ST.**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ONYINYE HOGAN**
**4806 BRIGGS CHANEY RD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OPHELIA JACKSON**
**9070 MOONSHINE HOLW APT M**
**LAUREL, MD 20723-1636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OPURUICHE IBEKWE**
**P.O. BOX 422**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1589 of 3613

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

**3.110 07**

**Nonpriority creditor's name and mailing address**
**ORANE ROBINSON**
**1228 LARCHMONT AVE**
**CAPITOL HEIGHTS, MD 20743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 08**

**Nonpriority creditor's name and mailing address**
**ORANGE PARK MEDICAL CTR**
**PO BOX 402369**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number **1501**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,002.00**

---

**3.110 09**

**Nonpriority creditor's name and mailing address**
**OREL KUPEER**
**2851 NE 183RD STREET**
**#806**
**AVENTURA, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 10**

**Nonpriority creditor's name and mailing address**
**OREOLUWA OLUYEN**
**6714 HAVENOAK RD APT B3**
**ROSEDALE, MD 21237-4813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 11**

**Nonpriority creditor's name and mailing address**
**ORIM GRAVES**
**3 MARIGOLD CT**
**LUMBERTON, NJ 08048-4805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 12**

**Nonpriority creditor's name and mailing address**
**ORIM GRAVES**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 13**

**Nonpriority creditor's name and mailing address**
**ORITSEWUMI POPO**
**13243 WHITEHOLM DR**
**UPPER MARLBORO, MD 20774-1850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.110 14 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **ORLANDO BORROTO**<br>**870 NE 4TH PLACE**<br>**HIALEAH, FL 33010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.110 15 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **ORLANDO DAVILA**<br>**14 TWILIGHT DRIVE**<br>**HUTCHINS, TX 75141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.110 16 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $5,764.55 |
| **Orlando Health**<br>**Orlando Regional Medical Center**<br>**3090 Caruso Ct., Ste. 20**<br>**Orlando, FL 32808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.110 17 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $731.46 |
| **Orlando Health Physician Group**<br>**4401 S Orange Ave., Ste. 113**<br>**Orlando, FL 32806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.110 18 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $210,764.32 |
| **Orlando Health UF Health**<br>**22 W Underwood St., 4th Floor**<br>**Orlando, FL 32806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.110 19 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **ORLANDO RODRIGUEZ**<br>**2654 SW 29TH CT**<br>**MIAMI, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.110 20 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $985.34 |
| **Ortho FL, LLC**<br>**1601 Clint Moore Rd. #125**<br>**Boca Raton, FL 33487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.110 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$662.00** |
|---|---|---|---|

**ORTHO FL, LLC**
**PO BOX 978766**
**FORT LAUDERDALE, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3192**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,556.00** |
|---|---|---|---|

**ORTHOPAEDIC ASSOC OF SOUTH BRO**
**4700 Sheridan St., Suite H**
**HOLLYWOOD, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0449**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,080.28** |
|---|---|---|---|

**Orthopaedic Associates USA**
**350 N Pine Island Rd., Suite 200**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$968.68** |
|---|---|---|---|

**Orthopaedic Center of South Florida**
**600 S Pine Island Rd., Suite 300**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.95** |
|---|---|---|---|

**Orthopedic and Neurological Consult**
**1313 Olentangy River Rd.**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.80** |
|---|---|---|---|

**Orthopedic Assoc of South Broward P**
**1 SW 129th Ave., Suite 401**
**Hollywood, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$478.22** |
|---|---|---|---|

**Orthopedic One, Inc.**
**700 Cherry St.**
**Sunbury, OH 43074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ORTIS YANKEY**
**1106 CUMBERLAND DRIVE**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSAMA BADR**
**5045 W SY VANIA**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSAMAH ALHARBI**
**1293 HUNTERS LAKE DR E**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSAMAH BARRI**
**185 CURRIE HALL PKWY**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSATO AIBANGBEE**
**710 KLING STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSBERT SMALL**
**10840 NW 24TH ST**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSBOURNE CHENJERAI**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Oscar de Etoulem**
525 Edgewood St NE
Apt. 6
Washington, DC 20017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OSCAR DE LA ROSA**
765 W 76 STR
HIALEAH, FL 33014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OSCAR MENDEZ**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OSCAR RODRIGUEZ**
576 NW 159TH LANE
PEMBROKE PINES, FL 33028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OSCAR RORIGUEZ**
576 NW 159TH LANE
PEMBROKE PINES, FL 33028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OSEGHALE OKOJIE**
4 CYPRESS GROVE CT
OWINGS MILLS, MD 21117-6703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OSEH ENOSIN**
5408 OMAHA AVE
BALTIMORE, MD 21206

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.110 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSHAN DONEGAL**
**11600 CITRINE COURT**
**GLENN DALE, MD 20769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSHAN DONEGAL**
**428 UNION AVENUE**
**MOUNT VERNON, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSHAYNE WHITTINGHAM**
**306A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSHAYNE WHITTINGHAM**
**306A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSHO KONDAVEETI**
**77 FIR HILL TOWERS, APT 2B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSMAN TURAY**
**7985 18TH AVENUE**
**HYATTSVILLE, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OSVALDO ORTEGA**
**14618 SW 142 CT**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **OSVALDO RODRIGUEZ** | ☐ Contingent | |
| **15401 NW 37TH AVE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33054-6459** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **OTHMAN ALHINDI** | ☐ Contingent | |
| **1216 SUNBURY ROAD** | ☐ Unliquidated | |
| **COLUMBUS, OH 43219** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64.51** |
| **Ouellette Group Physicians** | ☐ Contingent | |
| **3150 SW 38th Ave. #600** | ☐ Unliquidated | |
| **Miami, FL 33146** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **OUIDA SHAW** | ☐ Contingent | |
| **16401 NW 37TH AVENUE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **OULI FU** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **OUMOU DIALLO** | ☐ Contingent | |
| **7104 IVERSON CT** | ☐ Unliquidated | |
| **BALTIMORE, MD 21244** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **OUMOU MARKE** | ☐ Contingent | |
| **525 N ARMISTEAD ST APT 302** | ☐ Unliquidated | |
| **ALEXANDRIA, VA 22312-2894** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.110**
**56**

**OUSMANE DAILLO**
**APARTMENT A**
**3811 FALLING RIVER REACH**
**PORTSMOUTH, VA 23703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.110**
**57**

**OWEN HURST**
**2005 RUSTIC TRAIL**
**MOGADORE, OH 44260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.110**
**58**

**OWEN JOHNSON**
**1402 BRADNER ROAD**
**TOLEDO, OH 43619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.110**
**59**

**OWEN SCHAEFER**
**745 CREEKVIEW DR**
**EASTLAKE, OH 44095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.110**
**60**

**OWOLABI IKUEJAMOYE**
**593, BROWN STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.110**
**61**

**OWUSUA YAMOAH**
**2801 W BANCROFT MS513**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.110**
**62**

**OYARE OKO**
**1171 PELHAM WOOD RD**
**BALTIMORE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.110 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **OYINTARIKEYE OSUOBENI**<br>**5095 LAHINCH COURT**<br>**WESTERVILLE, OH 43081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **OYUN BYAMBAJAV**<br>**421, SUMNER STREET**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **OYUN BYAMBAJAV**<br>**2581 CHAMBERLAIN RD, APT 27**<br>**FAIRLAWN, OH 44333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **PA Dept. of Revenue**<br>PO Box 280404<br>Harrisburg, PA 17128-0404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **PAANII ROBERTSON-LARYEA**<br>**393 SUMNER ST.**<br>**APT 2-318A**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **PAANII ROBERTSON-LARYEA**<br>**1935 SPRINGSIDE CIRCLE.**<br>**STREETSBORO, OH 44241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **PABLINA KAMARA**<br>**2825B FOREST RUN DR**<br>**DISTRICT HEIGHTS, MD 20747-3241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.110 70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO AGUILAR**
**2020 MARTIN LUTHER KING BOULEVARD**
**9G**
**PALESTINE, TX 75803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO AGUIRRE**
**2020 MARTIN LUTHER KING BLVD**
**9G**
**PALESTINE, TX 75803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO ARRIOLA**
**8654 SW 154TH CIRCLE PL.**
**MIAMI, FL 33193**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO DELGADO**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO GIL MARTINEZ**
**16401 NW 37TH AVE**
**CASCIA 217**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO GIL MARTINEZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**PABLO GONZALEZ**
**3109 HARVIEW AVE**
**BALTIMORE, MD 21234-7137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PABLO SEPULVEDA-MEDIA**
**77 FIR HILL STREET**
**APARTMENT # 3C9**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PABLO SPEULVEDA-MEDINA**
**77 FIR HILL STREET**
**APARTMENT # 3C9**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PABODA VIDUNETH BERUWAWELA**
**PATHIRANAGE**
**389 SHERMAN STREET**
**APT 101**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PADAM ACHARYA**
**1109 BROOK VIEW DRIVE, APT# 23**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PADER HER**
**6422 LERNER WAY**
**LANSING, MI 48911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE BRUDER**
**4262 OXFORD DR**
**BRUNSWICK, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE DEARSMAN**
**1125 BIRCH AVE**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paige Harvey**
3110 Barcroft Dr.
Upper Marlboro, MD 20774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE HARVEY**
3110 BARCROFT DRIVE
SPRINGDALE, MD 20774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE LEWIS**
10700 ROBERT LANE
CHAGRIN FALLS, OH 44023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE NICHOLS**
1110 HAWTHORNE AVENUE
LORAIN, OH 44052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE PENDER**
4323 CHAPLIN ST SE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE PENDER**
4323 CHAPLIN ST SE
WASHINGTON, DC 20019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAIGE REESE**
6200 STATE RD
WADSWORTH, OH 44281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110 91**

Nonpriority creditor's name and mailing address

**PAIGE SNYDER**
**5710 WATERVILLE SWANTON RD**
**SWANTON, OH 43558**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110 92**

Nonpriority creditor's name and mailing address

**PAISHA STOREY**
**8784 PARK LANE, APT 2050**
**DALLAS, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110 93**

Nonpriority creditor's name and mailing address

**PAITYN NICOLOSI**
**2784 LAKEVIEW AVENUE**
**ROCKY RIVER, OH 44116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110 94**

Nonpriority creditor's name and mailing address

**PAKEDRA MCCOY**
**2739 BRIDAL WREATH LANE**
**DALLAS, TX 75233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110 95**

Nonpriority creditor's name and mailing address

**PALGUNA THALLA**
**3530 DORR ST**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110 96**

Nonpriority creditor's name and mailing address

**Palm Beach Cardiology Center**
**3365 Burns Rd.**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13.70

---

**3.110 97**

Nonpriority creditor's name and mailing address

**Palm Beach Gardens Medical Center**
**3360 Burns Rd.**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,814.23

---

| | Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|---|

Name

| 3.110 98 | **Nonpriority creditor's name and mailing address** **Palm Beach Physicians Group, Inc.** 460 N Congress Ave. West Palm Beach, FL 33407 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $65.67 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 99 | **Nonpriority creditor's name and mailing address** **PALM SPRINGS ANESTHESIA SERV P** 1150 N Indian Canyon Drive Palm Desert, CA 92261 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $7,200.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _8501_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 00 | **Nonpriority creditor's name and mailing address** **Palm West Internist PA** 13005 Southern Blvd., Ste. 241 Loxahatchee, FL 33470 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $114.98 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 01 | **Nonpriority creditor's name and mailing address** **Palmetto General Hospital** 2001 W 68th St. Hialeah, FL 33016 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $72,320.47 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 02 | **Nonpriority creditor's name and mailing address** **Palms Wellington Surgical** 460 FL-7 #100 West Palm Beach, FL 33411 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $588.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 03 | **Nonpriority creditor's name and mailing address** **PALOMA MARRERO MUNOZ** 329 POWER STREET AKRON, OH 44311 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 04 | **Nonpriority creditor's name and mailing address** **PALOMA PIETTE** 1184 SEMINARY AVENUE SAINT PAUL, MN 55104 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAMELA CATES**
2202 ROUND RD APT B4
BALTIMORE, MD 21225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAMELA JOHNSON**
702 NORTH WOODINGTON RD
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAMELA PRICE**
114 DUVAL LANE
T4
GAITHERSBURG, MD 20877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.30 |
|---|---|---|---|

**Pankil J. Vora, MD**
762 Eastland Ave. #1
Akron, OH 44305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAOLA PISANA**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAOLO BENEDICT INOCENCION**
441 ROGERS FORD LN
PIKESVILLE, MD 21208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAOLO DI TANNO, JR.**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,058.02** |
| **Paragon Contracting Services, LLC** 14050 NW 14th St. Suite 190 Fort Lauderdale, FL 33323 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PARIS CARTER** 13408 CHAPLESIDE AVENUE CLEVELAND, OH 44120 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PARIS HOLMES** 502C DEDMOND 2500 WEST NORTH AVENUE BALTIMORE, MD 21216 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PARIS ROPER** 20232 NW 39 COURT CAROL CITY, FL 33056 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PARIS THOMPSON** 5399 STARBOARD STREET UNIT 101 ORLANDO, FL 32814 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PARIS THOMPSON** 1129 PELHAM WOOD ROAD PARKVILLE, MD 21234 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PARIS THOMPSON** 342 PECAN GROVE ORANGE PARK, FL 32073 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 19 | Nonpriority creditor's name and mailing address<br>**PARISA ESKANDARI**<br>**4143 DUNKIRK RD**<br>**OTTAWA HILLS, OH 43606**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| --- | --- | --- | --- |
| 3.111 20 | Nonpriority creditor's name and mailing address<br>**PARK AVENUE DERMATOLOGY PA**<br>**PO BOX 160295**<br>**JACKSONVILLE, FL 32238**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **1001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$260.00** |
| 3.111 21 | Nonpriority creditor's name and mailing address<br>**PARKER BISEK**<br>**616 BUCKSHIRE GLN**<br>**FLORENCE, KY 41042**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.111 22 | Nonpriority creditor's name and mailing address<br>**PARKER CARMICHAEL**<br>**3532 TRIWAY LANE**<br>**WOOSTER, OH 44691**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.111 23 | Nonpriority creditor's name and mailing address<br>**PARKER EMERINE**<br>**86 COLUMBIA STREET**<br>**NEWARK, OH 43055**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.111 24 | Nonpriority creditor's name and mailing address<br>**PARKER EMERINE**<br>**1781 COUNTY ROAD 128 SE**<br>**JUNCTION CITY, OH 43748**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.111 25 | Nonpriority creditor's name and mailing address<br>**PARKER SANDVICK**<br>**9905 PEBBLE BEACH COVE**<br>**AURORA, OH 44202**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.111 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PARRIS CURREN**
**433 L. THOMPSON ST**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PARRIS FIELDS**
**6242 SCOTT AVE N**
**BROOKLYN CENTER, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PARRIS FIELDS**
**3339 THOMAS AVE  N**
**MINNEAPOLIS, MN 55412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PARTH PATEL**
**7157 QUAIL LAKES DR**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PARTH PATEL**
**7563 PEAR TREE LN**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,963.98 |
|---|---|---|---|

**Partners Physician Group**
**4125 Medina Rd.**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PASCAL FRAIRE**
**1220 W ALBION AVE**
**CHICAGO, IL 60626-4714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PASHA JOHNSON-RIVERS**
3346 EDGEBROOK DR
DUBLIN, OH 43017-1678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PASHA JOHSON-RIVERS**
1761 CLIFTON AVE APT 1
COLUMBUS, OH 43203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.63 |
|---|---|---|---|

**Path Advantage Associated**
5327 N Central Expy #300
Dallas, TX 75205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.07 |
|---|---|---|---|

**Pathologists Bio-Med**
3600 Gaston Ave. #261
Dallas, TX 75246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.79 |
|---|---|---|---|

**Pathology Assoc of S Miami**
6200 SW 73rd St.
Miami, FL 33143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.00 |
|---|---|---|---|

**PATHOLOGY ASSOC OF S MIAMI**
PO BOX 198523
MIAMI, FL 33152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9292

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,533.35 |
|---|---|---|---|

**Pathology Consultants of S Broward**
3501 Jonson St.
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 40 | **Nonpriority creditor's name and mailing address** **Pathology Laboratories, Inc.** **1946 North 13th St., Suite 301** **Toledo, OH 43604** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$203.50** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 41 | **Nonpriority creditor's name and mailing address** **Pathology Sciences Medical Group** **600 GResham Dr.** **Norfolk, VA 23507** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,238.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **7117**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 42 | **Nonpriority creditor's name and mailing address** **Patient First Battlefield** **705 N Battlefield Blvd.** **Chesapeake, VA 23320** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$268.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 43 | **Nonpriority creditor's name and mailing address** **Patient First Newton** **332 Newton Rd.** **Virginia Beach, VA 23462** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$141.12** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 44 | **Nonpriority creditor's name and mailing address** **Patient First Richmond Medical** **12 N Thompson St.** **Richmond, VA 23221** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$327.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number  **6324**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 45 | **Nonpriority creditor's name and mailing address** **PATIQUA ROLLE** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 46 | **Nonpriority creditor's name and mailing address** **Patou Kouka** **2113 Dundalk Ave** **Dundalk, MD 21222** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATREICE DAVIS**
**507C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRIA BARR-FORRESTER**
**334 E. TWENTY FIRST ST E**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRIA HENRY**
**605 NW 177TH STREET**
**APT. 219**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRICE SHELTON**
**4001 BARRINGTON RD**
**APT 2**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRICE WALKER**
**6107 61ST WAY**
**WEST PALM BEACH, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRICIA AGENDIA**
**10000 TREETOP LN**
**LANHAM, MD 20706-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PATRICIA ALBERT**
**508A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>54 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA BARRETO**<br>**8305 WOODS EDGE**<br>**WHITELAKE, MI 48386** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>55 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA BARRETTO**<br>**8305 WOODS EDGE**<br>**WHITELAKE, MI 48386** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>56 | **Nonpriority creditor's name and mailing address**<br>**Patricia Birkhimer**<br>**9180 NS 40th St.**<br>**Pompano Beach, FL 33065** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>57 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA BLANCO**<br>**11446 SW 73RD TER**<br>**MIAMI, FL 33173-2692** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>58 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA BLOOM**<br>**2216 CAPE ARBOR DRIVE**<br>**VIRGINIA BEACH, VA 23451** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>59 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA BROWN**<br>**3330 DOLFIELD AVE**<br>**BALTIMORE, MD 21215** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.111<br>60 | **Nonpriority creditor's name and mailing address**<br>**PATRICIA BROWN**<br>**3330 DOLFIELD AVE**<br>**BALTIMORE, MD 21207** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.111 61 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA FISK**
**11697 PECKHAM**
**PO BOX 654**
**HIRAM, OH 44232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 62 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA GATTI**
**230 PINEHURST TRACE DR.**
**PINEHURST, NC 28374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 63 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA JOHNSON**
**1217 E.BELVEDERE AVE**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 64 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA MORENO**
**350 S MIAMI AVE**
**APT 2603**
**MIAMI, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 65 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA ORTEGA TRINCADO**
**503 VINE STREET, 101**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 66 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA ORTEGA TRINCADO**
**505 VINE STREET, 306**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 67 | **Nonpriority creditor's name and mailing address** | $0.00 |

**PATRICIA PENA**
**1121 FAIRLAKE TRACE**
**APT 2409**
**WESTON, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.111 68 | |

**Nonpriority creditor's name and mailing address**
**PATRICIA SAENZ**
**513 BRYNHAVEN DR**
**OREGON, OH 43616**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111 69 | |

**Nonpriority creditor's name and mailing address**
**PATRICIA SORIA**
**606B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111 70 | |

**Nonpriority creditor's name and mailing address**
**PATRICIJA GEGZNAITE**
**16950 N BAY ROAD, APT # 1003**
**SUNNY ISLES BEACH, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111 71 | |

**Nonpriority creditor's name and mailing address**
**PATRICIO VEGA-CRESPO**
**17121 GREENBAY AVENUE**
**LANSING, IL 60438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111 72 | |

**Nonpriority creditor's name and mailing address**
**Patrick C Ikejiofor**
**125 Hanover St.**
**Aberdeen, MD 21001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111 73 | |

**Nonpriority creditor's name and mailing address**
**PATRICK C IKEJIOFOR**
**343 MCCANN STREET**
**EDGEWOOD, MD 21040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.111 74 | |

**Nonpriority creditor's name and mailing address**
**PATRICK ENRIGHT**
**3078 DESCENT COURT**
**HILLIARD, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.111 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK FLANAGAN**
**21887 WOODFIELD TRL**
**STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK GARROD**
**1121 MYRTLE AVENUE**
**ASHTABULA, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK KEEGAN**
**61393 HIGHWAY 1091**
**SLIDELL, LA 70458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK KIMBALL**
**361 ASHLAND AVE**
**PITTSBURGH, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK MCGRADY**
**3303 OAKWAY DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK MCINTOSH**
**16121 E. BUNCHE PARK DR.**
**MIAMI, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PATRICK MUNGAI**
**453 N MAIN STREET**
**COLUMBIANA, OH 44408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRICK NEGRI**<br>**4201 LOWELL DR**<br>**PIKESVILLE, MD 21208-6028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRICK PERSINGER**<br>**550 FAIRCHILD AVENUE**<br>**KENT, OH 44240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRICK PRESINGER**<br>**550 FAIRCHILD AVENUE**<br>**KENT, OH 44240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRICK ROSS**<br>**5501 N. SYCAMORE ST**<br>**BURTON, MI 48509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRICK SIMMS**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRICK.C IKEJIOFOR**<br>**125 HANOVER STREET**<br>**ABERDEEN, MD 21001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **PATRISHA MONDAY**<br>**123 LINCOLN AVE**<br>**MONROE, MI 48162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PATUEL HART**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAU ELANA HUGUET**
**491 SUMNER STREET**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAUL BONEZZI**
**2610 KELLOGG RD**
**HINCKLEY, OH 44233**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAUL BREINZ**
**370 FAIRVIEW AVENUE**
**CANFIELD, OH 44406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAUL BRUNNER**
**742 BRIGHTON AVE.**
**TOLEDO, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAUL COMEAU**
**1645 YELLOWHEART WAY**
**HOLLYWOOD, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAUL EKWAM**
**7603 DAYTONA STREET NW**
**MASSILLON, OH 44325**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.57 |
|---|---|---|---|

**Paul F. Rockley, MD PA**
17101 NE 19th Ave., Ste. 101
Miami, FL 33181

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAUL GLEASON**
4129 SO. MEADOWS RD. APT 2024
SANTA FE, NM 87507

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAUL HAYES**
621 CURRIE HILL ST
FORT WAYNE, IN 46804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAUL HERNANDEZ**
70 EAST 54TH STREET
HIALEAH, FL 33013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,248.00 |
|---|---|---|---|

**PAUL JELLINGER MD MACE**
3107 Stirling Rd Ste 300
FORT LAUDERDALE, FL 33312

Date(s) debt was incurred _

Last 4 digits of account number  0665

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAUL MUEHLEISEN**
1320 MAPLEGROVE CIRCLE
LAS VEGAS, NV 89108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAUL MURAGE**
522 E BUCHTEL AVENUE
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 1617 of 3613

| | |
|---|---|
| 3.112 03 | **Nonpriority creditor's name and mailing address** |

**PAUL MYNARD**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 04 | **Nonpriority creditor's name and mailing address** |

**PAUL ORTIZ**
**925 13TH STREET SE**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 05 | **Nonpriority creditor's name and mailing address** |

**PAUL SCHOENBERGER**
**2950 NE 188TH ST**
**APT 330**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 06 | **Nonpriority creditor's name and mailing address** |

**PAUL STEWART**
**8074 GATE PARKWAY W APT 5115**
**JACKSONVILLE, FL 32216-1625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 07 | **Nonpriority creditor's name and mailing address** |

**PAUL SUSO**
**12417 HOLLOW RIDGE ROAD**
**DOYLESTOWN, OH 44230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 08 | **Nonpriority creditor's name and mailing address** |

**PAUL VANDEN BORECK**
**2952 LITCHFIELD ROAD**
**CLEVELAND, OH 44120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 09 | **Nonpriority creditor's name and mailing address** |

**PAULA CLAVIJO GIL**
**1140 NW 111TH ST**
**MIAMI, FL 33168-6044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAULA GARCIA ESTRELLA**
**290 VINE ST - SPICER HALL**
**ROOM 206**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAULA GARCIA ESTRELLA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAULA JOHNS**
**1036 GLENWOOD STATION LN**
**CHARLOTTESVILLE, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAULA RAPHAEL**
**5961 W PARKER RD**
**PLANO, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAULA RAPHAEL**
**440 COIT ROAD, APT. 12305**
**PLANO, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.50 |
|---|---|---|---|

**Paulding County Hosp Phys Serv**
**1035 W Wayne St.**
**Paulding, OH 45879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAULE'-ELIZABETH JACKSON**
**14400 TYLER ST**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paulette Penning**
**1059 Golden Cane Dr.**
**Fort Lauderdale, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAULETTE WHITTER**
**435 NE 210 CIR TER APT 103**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAULIN YANNICK MBIAKEU GNUEAMBA**
**8608 BRAMBLE LANE, APT 203**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAULINA NOGAJ**
**329 POWER ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAULINA NOGAJ**
**185 E MILL ST**
**SPICER HALL**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAULINE LEWIS**
**4029 SW 22 STREET**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PAULINE SIMS**
**1681 INDIANA AVE**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.112 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAULLA TAYLOR**
**2359 OAK ST. #4**
**JACKSONVILLE, FL 32204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAULO SPROVIERI**
**244 W CENTER ST**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAVAN KUMAR BATCHU**
**77 FIR HILL, APT # 9B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.53** |
|---|---|---|---|

**Pax Medical Associates, Inc.**
**1655 W Market St. L**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paxton Prather**
**6868 Princeton Rd.**
**Middletown, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAYAM ASBAN**
**14 RAMBLING OAKS WAY, APT.F**
**CATONSVILLE, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PAYTON CADET**
**15897 NW 4TH CT.**
**HOLLYWOOD, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAYTON TILLOTSON**
**409 MORNINGSTAR DRIVE**
**HUTCHINS, TX 75141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PAYTON TUCKER**
**1025 FARMVIEW DR**
**WATERVILLE, OH 43566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**PBDP INC**
273 Swinnerton St.
Staten Island, NY 10307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0328**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.32 |
|---|---|---|---|

**PCPHWD/Sheridan Office**
3700 Washington St., Suite 203
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PEACHES HOLMES**
**2336 WEST 8 STREET APT 4G**
**BROOKLYN NY, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PEARLIE MANLEY**
**5611 HILLTOP AVENUE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,861.25 |
|---|---|---|---|

**Pediatric Associates, PA**
400 N. Hiatus Rd., Suite 105
Hollywood, FL 33026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.112 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.60 |
|---|---|---|---|

**Pediatric Specialists of America**
3100 SW 62nd Ave.
Miami, FL 33155

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.17 |
|---|---|---|---|

**Pediatricare Associates, LLC**
7629 Kings Pointe Rd.
Toledo, OH 43617

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,061.16 |
|---|---|---|---|

**Pediatrix Medical Group**
1301 Concord Terrace
Fort Lauderdale, FL 33323

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEDRO MARTIN**
5817 WESLEYAN DR
BOX A30
VIRGINIA BEACH, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEDRO MOREIRA**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEDRO SILVA**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEGGY ROOKE**
1700 E COLD SPRING LANE
BALTIMORE, MD 21251

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PEI-ZHEN JIAN**<br>**2970 RAINBOW LANE**<br>**RICHFIELD, OH 44286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PEI-ZHEN JIAN**<br>**1819 BEACON HILL CIRCLE**<br>**APT. 22**<br>**CUYAHOGA FALLS, OH 44221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PEIJING YUE**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PEIRU CHEN**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PEIRU CHEN**<br>**77 FIRHILL STREET**<br>**APT 10A1**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **PELAGIA SIZIBA**<br>**2320 AIRPORT DRIVE**<br>**DOMINICAN SISTERS OF PEACE**<br>**COLUMBUS, OH 43219-2059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.26** |
| **Pembroke Pines MRI, Inc.**<br>**dba DPI of Pembroke Pines**<br>**10950 Pines Blvd.**<br>**Hollywood, FL 33026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.112 52 | **Nonpriority creditor's name and mailing address** **Pembroke Pink Imaging, LLC** 15735 Pines Blvd. Hollywood, FL 33027 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ☐ No ☐ Yes | **$435.05** |

| | | |
|---|---|---|
| 3.112 53 | **Nonpriority creditor's name and mailing address** **PENELOPE BALCKWELL** 70 P ST. S.W. APT.31 WASHINGTON, DC 20024 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.112 54 | **Nonpriority creditor's name and mailing address** **PENG ZHANG** 1023 ELYSIAN AVE TOLEDO, OH 43607 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.112 55 | **Nonpriority creditor's name and mailing address** **PERCY BURT** 100 GREYSTONE COURT APARTMENT 102 FREDERICKSBURG, VA 22401 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.112 56 | **Nonpriority creditor's name and mailing address** **PERFORMANCE NEUROPSYCHOLOGY PL** 7460 Warren Parkway, Suite 100 FRISCO, TX 75034 Date(s) debt was incurred _ Last 4 digits of account number  2745 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$1,800.00** |

| | | |
|---|---|---|
| 3.112 57 | **Nonpriority creditor's name and mailing address** **PERLA FELIZ** 4541 NW 178TH STREET MIAMI GARDENS, FL 33055 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.112 58 | **Nonpriority creditor's name and mailing address** **PERNONER FOULKES** 10261 CEDRONA STREET SW LAKEWOOD, WA 98498 Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.112 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PERONTAY FAWKES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PERRIN KILEEN**
**7954 FALLS CREEK MAIN**
**DURANGO, CO 81301-6968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PERSIA RENSFORD**
**8510 FLOWER AVE**
**TAKOMA PARK, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.92** |
|---|---|---|---|

**Personal Eyecare**
**8254 Mayberry Square N**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PETER ANDOH**
**246 5TH AVE**
**BALTIMORE, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PETER BRITO**
**10864 SW 6 STR., APT. 1**
**MIAMI, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PETER DEFILIPPO**
**1277 WILDWOOD DR**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.112 66 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **PETER EVANOFF** **11150 WEST PINE LAKE ROAD** **SALEM, OH 44460** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.112 67 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **PETER FREDMAN** **2848 ALISDALE DR APT 103** **TOLEDO, OH 43606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 68 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **PETER GABRIEL** **251 NW 83 STREET** **EL PORTAL, FL 33150** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 69 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **PETER GAITANOS** **1558 EAGLE WATCH ST. NE** **CANTON, OH 44721** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 70 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **PETER KELLY** **3925 RIVEREDGE ROAD** **CLEVELAND, OH 44111** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 71 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,497.00** |
| | **PETER M JAMIESON MD** **1W201** **PALM SPRINGS, CA 92262** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **8710** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 72 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **PETER MENSAH** **6715 GARVEY RD** **ROSEDALE, MD 21237** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER NGUYEN**
**5405 HEATHERDOWNS BLVD**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER OREJUELA**
**366 SW 18TH RD**
**MIAMI, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER ROTTA**
**5393 FISHER ISLAND RD.**
**MIAMI BEACH, FL 33109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER SLATTERY**
**3853 BAIRD ROAD**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETER SULLIVAN**
**612 REVERE DRIVE**
**BAY VILLAGE, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETRA DOMENIGHINI**
**401 SOUTH MAIN STREET  APT 417**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PETRINA THOMAS**
**2306 HALCYON AVE**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.112**
**80**

**Nonpriority creditor's name and mailing address**
**PETROS TESFAMARIAM TEKESTE**
**511 KLING STREET**
**AKRON, OH 44308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**81**

**Nonpriority creditor's name and mailing address**
**PETROS TESFAMARIAM TEKESTE**
**80 E EXCHANGE ST**
**PO BOX 427B**
**AKRON, OH 44308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**82**

**Nonpriority creditor's name and mailing address**
**PEYMANEH ETTEKALI**
**10301 SUNNYLAKE PL APT H**
**COCKEYSVILLE, MD 21030-5328**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**83**

**Nonpriority creditor's name and mailing address**
**PEYTON COFFMAN**
**208 GRANT ST**
**GRAND BLANC, MI 48439**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**84**

**Nonpriority creditor's name and mailing address**
**PHELIPE DE SOUSA**
**4700 COYLE RD. APT# 404**
**OWINGS MILLS, MD 21117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**85**

**Nonpriority creditor's name and mailing address**
**PHILIP FORTMAN**
**8745 SW 161ST**
**MIAMI, FL 33157**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112**
**86**

**Nonpriority creditor's name and mailing address**
**PHILIP FORTMAN**
**3301 COLLEGE AVENUE**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILIP HALL**
**10 CYPRESS GROVE CT**
**OWINGS MILLS, MD 21117-6703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.112 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILIP HOANG**
**17493 W HILTON AVENUE**
**GOODYEAR, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILIP SAUNDERS**
**2440 NW 100 ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILIP YOUNG**
**10018 BAYWOOD WAY**
**RANCHO CUCAMONGA, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILIPPE FABRICE NGADEU NZOMBET**
**3803 WABASH AVE APT 1D**
**BALTIMORE, MD 21215-8302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILLIP DEMOTT**
**401 PENNSYLVANIA AVE**
**SEAFORD, DE 19973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PHILLIP JAGERS**
**33865 COUNTRY VIEW LN**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.112 94 | |

**Nonpriority creditor's name and mailing address**

**PHILLIP KELLY**
**5801 EMPIRE MILLS RUN**
**CANAL WINCHESTER, OH 43110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 95 | |

**Nonpriority creditor's name and mailing address**

**PHILLIP LOUIS**
**835 NW 12TH ST**
**HOMESTEAD, FL 33034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 96 | |

**Nonpriority creditor's name and mailing address**

**PHILLIP MOORE**
**11817 MORTIMER AVENUE**
**CLEVELAND, OH 44111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 97 | |

**Nonpriority creditor's name and mailing address**

**PHILORIA RICHEMOND**
**575 NE 143RD ST**
**APT #307**
**NORTH MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.112 98 | |

**Nonpriority creditor's name and mailing address**

**Phoenix Ed Med of Broward, LLC**
**200 NW 7th Ave.**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,924.16**

---

| | |
|---|---|
| 3.112 99 | |

**Nonpriority creditor's name and mailing address**

**PHONIECA TOWNSEL**
**914 POTOMAC DRIVE**
**LANCASTER, TX 75134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.113 00 | |

**Nonpriority creditor's name and mailing address**

**PHT Jackson North Medical**
**1611 NW 12th Ave.**
**Miami, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$27,952.29**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.113 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHUONG TRAN**
**3045 RESIDENCE DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHUONG TRAN**
**1730 W ROCKET DR**
**INTERNATIONAL HOUSE**
**3117B**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHYLICIA ADDERLEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $626.47 |
|---|---|---|---|

**PHYSICAL THERAPY**
**2259 NW 167th St**
**MIAMI GARDENS, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9132**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.32 |
|---|---|---|---|

**Physician Associates of Brow**
**10000 Stirling Rd.**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,230.60 |
|---|---|---|---|

**Physician Practices of MSMC**
**4300 Alton Rd. #360**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $969.20 |
|---|---|---|---|

**Physicians and Surgeons Ambula**
**520 S Main St.**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7704**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.113 08 | |

**Nonpriority creditor's name and mailing address**

**Physicians Emergency Services**
**6847 N Chestnut St.**
**Ravenna, OH 44266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$393.07

---

| | |
|---|---|
| 3.113 09 | |

**Nonpriority creditor's name and mailing address**

**Physicians Group Services PA**
**3839 County Rd.**
**Middleburg, FL 32068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$635.74

---

| | |
|---|---|
| 3.113 10 | |

**Nonpriority creditor's name and mailing address**

**PHYSICIANS PRIMARY CARE OF SW**
**13721 Cypress Terrace Cir.**
**FORT MYERS, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number  **6705**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$191.00

---

| | |
|---|---|
| 3.113 11 | |

**Nonpriority creditor's name and mailing address**

**PIA VENEGAS**
**1428 W 44 ST**
**HIALEAH, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.113 12 | |

**Nonpriority creditor's name and mailing address**

**Pianhong Han**
**800 Sea Spray Ln**
**Apt. 104**
**San Mateo, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.113 13 | |

**Nonpriority creditor's name and mailing address**

**PIANHONG HAN**
**1120 N WESTWOOD AVE APT 6105**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.113 14 | |

**Nonpriority creditor's name and mailing address**

**PIERRA HEARD**
**20230 MAJOR DRIVE**
**EUCLID, OH 44117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.113 15 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**PILJAE JOO**
**1239 HUNTERS LAKE DRIVE EAST**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 16**

**Nonpriority creditor's name and mailing address**
**PILL CLUB MEDICAL GROUP INC**
**133 ARCH ST, STE 7**
**REDWOOD CITY, CA 94062**

Date(s) debt was incurred  _

Last 4 digits of account number  _1837_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.113 17**

**Nonpriority creditor's name and mailing address**
**Pinehurst Family Care Center PA**
**8 Regional Circle**
**Pinehurst, NC 28374**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$631.63**

---

**3.113 18**

**Nonpriority creditor's name and mailing address**
**Pinehurst Surgical Clinic PA**
**8 Regional Cir.**
**Pinehurst, NC 28374**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$66.69**

---

**3.113 19**

**Nonpriority creditor's name and mailing address**
**Pines Radiology**
**9050 Pines Blvd. #170**
**Hollywood, FL 33024**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$280.00**

---

**3.113 20**

**Nonpriority creditor's name and mailing address**
**Pioneer Physicians Network, Inc.**
**3515 Pines Blvd. #170**
**Uniontown, OH 44685**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$244.80**

---

**3.113 21**

**Nonpriority creditor's name and mailing address**
**PIYAPONG PATTANAPANISHSAWAT**
**928 RUSSELL AVE**
**AKRON, OH 44307**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 22 | **Nonpriority creditor's name and mailing address** **Planned Parenthood of Greater** 138 E Main St. Kent, OH 44240 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $260.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **1248** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 23 | **Nonpriority creditor's name and mailing address** **Planned Parenthood on NNE** 784 Hercules Dr., Suite 110 Colchester, VT 05446 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,109.19 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 24 | **Nonpriority creditor's name and mailing address** **PLANTATION EYE ASSOCIATES** 1776 N PINE ISLAND ROAD PLANTATION, FL 33322 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $465.01 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **4082** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 25 | **Nonpriority creditor's name and mailing address** **Plantation General Hospital** 401 NW 42nd Ave. Fort Lauderdale, FL 33317 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $21,954.75 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 26 | **Nonpriority creditor's name and mailing address** **Plantation Open MRI, LLC** 4373 W Sunrise Blvd. Fort Lauderdale, FL 33317 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,368.32 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 27 | **Nonpriority creditor's name and mailing address** **Plastic Surgery Consultants** 1220 Blanding St. Columbia, SC 29201 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $329.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number **1173** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 28 | **Nonpriority creditor's name and mailing address** **PLAXCEDES MURAWO** 1216 SUNBURY RD COLUMBUS, OH 43210 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PO YUN CHEN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**POL HERNANDEZ ROSIUS**
**290 VINE ST**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**POLLY PETERSON**
**PO BOX 1347**
**BOWLING GREEN, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,890.80** |
|---|---|---|---|

**PONTCHARTRAIN MEDICAL GROUP**
**2014 W PINHOOK RD**
**SUITE 301**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number  **4357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668.00** |
|---|---|---|---|

**Port Charlotte HMA, LLC**
**2500 Harbor Blvd.**
**Port Charlotte, FL 33952**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PRABUDDHA MADUSANKA**
**389 SHERMAN STREET APT 202**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PRADIP SHAHI THAKURI**
**634 E BUCHTEL AVE, APT# 306**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.113 36 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**PRAJAKATTA MULAY**
**195 WHEELER STREET APARTMENT 203**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.113 37 |
|---|

**Nonpriority creditor's name and mailing address**
**PRAKASH KHADKA**
**3414 DORR ST APT 327**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.113 38 |
|---|

**Nonpriority creditor's name and mailing address**
**PRAKASH THAPA**
**3414 DORR ST APT 428**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.113 39 |
|---|

**Nonpriority creditor's name and mailing address**
**PRAKASH UPRETY**
**3907 AIRPORT HWYAPT 36**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.113 40 |
|---|

**Nonpriority creditor's name and mailing address**
**PRAMILA PAUDYAL**
**1800 RHODES ROAD**
**APT 118 COLLEGE TOWERS**
**KENT, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.113 41 |
|---|

**Nonpriority creditor's name and mailing address**
**PRASANNA CHAITANYA GADEPALLI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**55 FIR HILL APT 3B2**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.113 42 |
|---|

**Nonpriority creditor's name and mailing address**
**PRASANT GURUNG**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.113 43 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRATELLE MATHEWS**
**3226 EAST 119TH STREET**
**CLEVELAND, OH 44120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 44 | **Nonpriority creditor's name and mailing address** | **$1,161.15** |

**Prcision Orthopaedic Specialists**
**150 Seventh Ave.**
**Ste. 200**
**Chardon, OH 44024-2909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 45 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRECIOUS MACHEKA**
**1104 LORING ROAD APT. B**
**HARARE**
**COLUMBUS, OH 43224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 46 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRECIOUS SORRELL**
**7958 S BISHOP ST APT 1**
**CHICAGO, IL 60620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 47 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRECIOUS STARR**
**173 E 57TH ST**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 48 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRECIOUS UDOFE**
**701A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 49 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRECIOUS WHITLEY**
**2029 PAILET AVENUE**
**HARVEY, LA 70058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 50 | **Nonpriority creditor's name and mailing address**<br>**PRECIOUS WILLIAMS**<br>**3035 S W 129 WAY**<br>**MIRAMAR, FL 33027**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.113 51 | **Nonpriority creditor's name and mailing address**<br>**Precision Dermatology and Skin Surg**<br>**1550 Riverside Ave., Suite A**<br>**Jacksonville, FL 32204**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$47.12** |
| 3.113 52 | **Nonpriority creditor's name and mailing address**<br>**Precision Orthopaedic Specialists**<br>**150 - 7th Ave. Ste. 200**<br>**Chardon, OH 44024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$299.57** |
| 3.113 53 | **Nonpriority creditor's name and mailing address**<br>**PREETI RAO**<br>**2115 TIMBER CREEK DR APT D**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.113 54 | **Nonpriority creditor's name and mailing address**<br>**Premier Gynecology, Inc.**<br>**4256 Fulton Dr. NW**<br>**Canton, OH 44718**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$56.22** |
| 3.113 55 | **Nonpriority creditor's name and mailing address**<br>**Premier Health Associates, LLC**<br>**123 Newton Sparta Rd.**<br>**Newton, NJ 07860**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$74.25** |
| 3.113 56 | **Nonpriority creditor's name and mailing address**<br>**Premier Integrated Medical As**<br>**540 Lincoln Park Blvd.**<br>**Dayton, OH 45429**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$375.17** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **PRERNA AISHW NARAYANAN** | ☐ Contingent | |
| | **180 E. EXCHANGE ST. APT 449C** | ☐ Unliquidated | |
| | **AKRON, OH 44309** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **PRERNA AISHWARYA NARAYANAN** | ☐ Contingent | |
| | **77 FIRHILL TOWERS** | ☐ Unliquidated | |
| | **APT 2B8** | ☐ Disputed | |
| | **AKRON, OH 44304** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **PRERNA MESHRAM** | ☐ Contingent | |
| | **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| | **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| | **AKRON, OH 44325-3101** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$530.10** |
|---|---|---|---|
| | **Presbyterian Healthcare** | ☐ Contingent | |
| | **The Cooper Center** | ☐ Unliquidated | |
| | **9521 San Mateo Blvd. NE** | ☐ Disputed | |
| | **Albuquerque, NM 87113** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$440.80** |
|---|---|---|---|
| | **Presbyterian Lab** | ☐ Contingent | |
| | **The Cooper Center** | ☐ Unliquidated | |
| | **9521 San Mateo Blvd NE** | ☐ Disputed | |
| | **Albuquerque, NM 87113** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$432.42** |
|---|---|---|---|
| | **Presbyterian Physician Billing** | ☐ Contingent | |
| | **The Cooper Center** | ☐ Unliquidated | |
| | **9521 San Mateo Blvd. NE** | ☐ Disputed | |
| | **Albuquerque, NM 87113** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|
| | **Presgar Imaging of CMI North** | ☐ Contingent | |
| | **1860 NE Miami Gardens Dr.** | ☐ Unliquidated | |
| | **Miami, FL 33179** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.113 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRESTON FILLMAN**
**10038 CHESTNUT LN**
**HANOVERTON, OH 44423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRESTON TYMER**
**336 SARVIS DR**
**KNOXVILLE, TN 37920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRESTON TYMER**
**313 FOREST HILLS DR**
**HURON, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PRETORIA OKAFOR**
**2015 BEECHWOOD ROAD**
**HYATTSVILLE, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.63 |
|---|---|---|---|

**Preventice Services**
**1717 N Sam Houston Pkwy W #100**
**Houston, TX 77038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.72 |
|---|---|---|---|

**PRIMARY CARE PROVIDERS OF AMER**
**18459 PINES BLVD  SUITE 213**
**107**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2289

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.90 |
|---|---|---|---|

**Primehealth Physicians, LLC**
**14680 SW 8th St. #209**
**Miami, FL 33184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.113 71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.14** |
| | **Primvia Medical Group, LLC**<br>**Priva Health**<br>**950 N Glebe Rd., Suite 4000**<br>**Arlington, VA 22203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Prince Biabo**<br>**7020 E Chesapeake St.**<br>**Hyattsville, MD 20785-4908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PRINCESS HALL**<br>**604 SOUTH WESTOVER DRIVE**<br>**SALISBURY, MD 21801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PRINCESS JAMES**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PRINCESS WONDEE**<br>**952 FOXRIDGE LN**<br>**ESSEX, MD 21221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PRINESSAH LAGREE**<br>**737 SW 10TH STREET**<br>**FLORIDA CITY, FL 33034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PRISCILLA PEREZ**<br>**481 NW 25 AVE**<br>**MIAMI, FL 33125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.113 78**

**Nonpriority creditor's name and mailing address**
**PRITAM PATIL**
**55 FIR HILL ST,**
**APT 9B5**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 79**

**Nonpriority creditor's name and mailing address**
**PRITAM PATIL**
**634 E. BUCHTEL #215**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 80**

**Nonpriority creditor's name and mailing address**
**PRIYANKA GORTHI**
**77 FIR HILL**
**APT# 8B11**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 81**

**Nonpriority creditor's name and mailing address**
**Pro Bono Care, LLC**
**4651 Sheridan St.**
**Hollywood, FL 33021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$68.31**

---

**3.113 82**

**Nonpriority creditor's name and mailing address**
**Processing Center**
**Georgia Department of Revenue**
**PO Box 740239**
**Atlanta, GA 30374-0239**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 83**

**Nonpriority creditor's name and mailing address**
**PROGRESS LEVI**
**2418 WELLBRIDGE DR APT A**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 84**

**Nonpriority creditor's name and mailing address**
**Progress West Hlthcare C**
**2 Progress Point Pkwy**
**O Fallon, MO 63368**

Date(s) debt was incurred _
Last 4 digits of account number **7319**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$589.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.113 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,486.40** |

**Promedica Bay Park Hospital**
**2801 Bay Park Dr.**
**Oregon, OH 43616**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,385.48** |
|---|---|---|

**Promedica Central Physicians, LLLC**
**PO Box 740052**
**Cincinnati, OH 45274**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,459.39** |
|---|---|---|

**Promedica Flower Hospital**
**5200 Harroun Rd.**
**Sylvania, OH 43560**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.00** |
|---|---|---|

**Promedica Lab**
**2150 Central Ave**
**Toledo, OH 43606**

Date(s) debt was incurred _
Last 4 digits of account number _7598_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$619.20** |
|---|---|---|

**Prosport Physical Therapy**
**2777 Bristol St., Ste. B**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.06** |
|---|---|---|

**Providence Saint Johns Health Cente**
**2121 Santa Monica Blvd.**
**Santa Monica, CA 90401**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.83** |
|---|---|---|

**Providers for Healthy Living**
**540 Officenter Place, Suite 160**
**Columbus, OH 43230**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.113 92 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRUTHVI PATEL**
337 MONTEVERDI DRIVE
OAKDALE, PA 15071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 93 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRUTHVI RAYUDU BICHINEPALLY**
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 94 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PRYSCILLA NICOLAU**
3947 ORANGE TREE LANE
WESTON, FL 33332

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 95 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**PSAV**
23918 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number **4856**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 96 | **Nonpriority creditor's name and mailing address** | **$121.92** |

**Psychiatric Services of Toledo, Inc**
2814, 2204 N Reynolds Rd.
Toledo, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 97 | **Nonpriority creditor's name and mailing address** | **$799.00** |

**Public Goods Pool**
Office of Pool Administration
Excellus BlueCross BlueShield
PO Box 4757
Syracuse, NY 13221-4757

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 98 | **Nonpriority creditor's name and mailing address** | **$809.00** |

**Puneet Sindhwani, MD**
3000 Arlington Ave.
Toledo, OH 43614

Date(s) debt was incurred _

Last 4 digits of account number **7603**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 99 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PUSHKAR SATHE
1017 HEMLOCK HILLS DR. APT. B
AKRON, OH 44313

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 00 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PUSHKAR SATHE
2200 HIGH STREET, SUITE 271,
CUYAHOGA FALLS, OH 44221

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 01 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PUSKAR DAHAL
634 E BUCHTEL AVE APT 102
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 02 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PUTU USTRIYANA
110 MERRIMAN RD APT 3
AKRON, OH 44303

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 03 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PUTU USTRIYANA
80 E EXCHANGE ST UNIT 341C
AKRON, OH 44308

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 04 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

QAZI ALI
2801 W BANCROFT
MS 513
TOLEDO, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 05 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

QI ZOU
3918 DRUMMOND RD
TOLEDO, OH 43613

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.114 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIAN WANG**
**UNIVERSITY INN**
**16401 NW 37TH AVE**
**MIAMI, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIANHUI LIU**
**2200 HIGH ST APT 470**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIANXI LIU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIAO LIU**
**2220 HIGH ST. APARTMENT 418**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIAO ZHANG**
**3361 AIRPORT HWY APT 5**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIAO ZHANG**
**3414 DORR ST APT 421**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**QIAOYUN WANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>13 | **Nonpriority creditor's name and mailing address** |

**QIEYANA LEWIS**
**7768 MANDAN ROAD**
**GREENBELT, MD 20770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>14 | **Nonpriority creditor's name and mailing address** |

**QINCHENG WANG**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>15 | **Nonpriority creditor's name and mailing address** |

**QING WANG**
**783 E EXCHANGE ST**
**AKRON, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>16 | **Nonpriority creditor's name and mailing address** |

**QINGYUN GUO**
**900 WEST MARKET STREET, APT 603**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>17 | **Nonpriority creditor's name and mailing address** |

**QIYA ZHANG**
**375 ALLYN STREET**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>18 | **Nonpriority creditor's name and mailing address** |

**QIYU YANG**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.114<br>19 | **Nonpriority creditor's name and mailing address** |

**QM Services, Inc.**
**225 S. 19th St.**
**Ste. 1**
**Camp Hill, PA 17011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUADREE HILLS**
**6537 MIRAGRANDE DR.**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUAMARI PASSLEY**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUAMIRA FOGLER**
**24 NOLL PLACE**
**NEWARK, NJ 07106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUAN EVANS**
**7824 S CORNELL AVE**
**CHICAGO, IL 60649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUANESHA BRADLEY**
**6627 AREBELLA**
**HOUSTON, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUANESHIA KEMMERLIN**
**20701 NW 17TH AVE.**
**APT. 301**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUANG NGO**
**3083 WEST EDGERTON RD.**
**SILVER LAKE, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUANIECE NELSON**
**27905 SW 142 AVE**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUANIECE NELSON**
**2885 SOUTHEAST 1ST DRIVE**
**APT. 9**
**HOMESTEAD, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUANSHU LU**
**282 TORREY STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUANTEZ BAINES**
**5817 WESLEYAN DRIVE**
**PO BOX A161**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**QUANTEZ BAINES**
**PO BOX 847**
**EXMORE, VA 23350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $959.97 |
|---|---|---|---|

**Quantum Chiropractic**
**50 - 14th Ave. E, Ste. 112**
**Sauk Rapids, MN 56379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198.00 |
|---|---|---|---|

**Quantum Imaging and Therapeutic Ass**
**PO Box 62165**
**Baltimore, MD 21264-2165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUARTAVIS SELLERS**
**190 N STATE ROAD 715**
**LOT 204**
**BELLE GLADE, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUARTEZ MASSENBURG**
**405B DALEY**
**2500 WEST NORTH AVENUE**
**BROOKLYN, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUATIRA SMITH**
**2498 NW 50TH ST**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUAVIUS HAYES**
**4255 SMOKE CREEK COURT 2**
**LOT# C22**
**SNELLVILLE, GA 30039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUEEN AGUILA**
**12775 NW 27TH AVE**
**APT #207**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUEENISHA CRICHLOW**
**5736 GOLF CLUB PARKWAY**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUENTIN ANDERSON**
**210 SUNNYSIDE STREET**
**HARTVILLE, OH 44632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUENTIN GREEN**
9979 S BEVERLY AVE
CHICAGO, IL 60643-1308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUENTIN MOORE**
11715 GARFIELD ROAD
HIRAM, OH 44234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,659.77 |
|---|---|---|---|

**Quest Diagnostic**
1355 N. Mittel Blvd.
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,521.31 |
|---|---|---|---|

**Quest Diagnostics Cincinnati**
1320 Kempter Meadow Dr.
Ste. 200
Cincinnati, OH 45240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.82 |
|---|---|---|---|

**Quest Diagnostics Dallas**
3600 Gaston Ave.
Barnett Tower Suite 906
Dallas, TX 75246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,661.84 |
|---|---|---|---|

**Quest Diagnostics Miami**
University of Miami
1050 NW 14th St., Suite 10A
Miami, FL 33136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341,445.98 |
|---|---|---|---|

**Quest Diagnostics of Pennsylvania**
875 Greentree Rd.
4 Parkway Center
Pittsburgh, PA 15220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,070.25 |
| **Quest Diagnostics Tampa**<br>**PO Box 740781**<br>**Cincinnati, OH 45274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.114 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $358.58 |
| **Quest Diagnostics Wood Dale**<br>**1355 N. Mittel Blvd.**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $895.29 |
| **Questcare Hospitalists PLL**<br>**12221 Merit Dr., Suite 1500**<br>**Dallas, TX 75251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Quindarvis Moss**<br>**307 Blaine Ave.**<br>**Racine, WI 53403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **QUINESHA BURDEN**<br>**718 MONTICELLO CT**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **QUINEYSHA WARREN**<br>**1520 RYDALMOUNT ROAD**<br>**CLEVELAND, OH 44118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **QUINN ASKEW**<br>**6513 COPPER RIDGE DRIVE T1**<br>**BALTIMORE, MD 21209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINN GALECKI**<br>**459 SELLS ROAD**<br>**LANCASTER, OH 43130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINN SCHRINER**<br>**7760 JEFFS RD**<br>**OTTAWA LAKE, MI 49267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINN TUCKER**<br>**3547 SOUTHEAST HYDE CIRCLE**<br>**PORT SAINT LUCIE, FL 34984** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINSTON STUBBS**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINTANA**<br>**340 GIRALDA AVE**<br>**APT 612E**<br>**CORAL GABLES, FL 33134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINTIN RANDLE**<br>**12010 S HARVARD**<br>**CHICAGO, IL 60628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **QUINTON CLARK**<br>**11465 SW 242**<br>**HOMESTEAD, FL 33032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUINTON KNOWLES**
17031 NE 23RD AVE
APT 2
GOLDEN BEACH, FL 33160

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUINTON LIANG**
3543 MEADOW PARK LN
NEW ORLEANS, LA 70131-8565

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QUINTON OLDEN**
1110 WHITE PETAL COVE
MCDONOUGH, GA 30253

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R PHILLIPS**
801 WEST BRADDOCK ROAD
ALEXANDRIA, VA 22302

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R'MANI BROCKINGTON**
5350 HAZLE HURST STREET
PHILADELPHIA, PA 19131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RABRISHA PETERSON**
1110 NW 19TH AVE
FORT LAUDERDALE, FL 33311

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHAEL BELENSZ**
425 N HIBISCUS DR
APT 1
MIAMI BEACH, FL 33139

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHAEL KENNEDY**
9501 SPRINGFIELD ROAD
POLAND, OH 44514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHAEL KENNEDY**
2405 EAST MIDDLETOWN RD
POLAND, OH 44514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHAEL VISINGARDI**
2405 EAST MIDDLETOWN ROAD
POLAND, OH 44514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHANA ASAPU**
8B11, 77 FIR HILL TOWERS
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHANA SHUKTHIJA DASARI**
77 FIRHILL TOWERS
APT 2B8
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHANA SHUKTHIJA DASARI**
279 WHEELER STREET, APT UP
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEAL JEGEDE**
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEAL PAUL**
**685 SHERMAN STREET APT 1**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEL AEPELBACHER**
**25807 LARAMIE DR**
**NOVI, MI 48374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEL AIN**
**5727 TIBARON LN APT 205**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEL BAUGHMAN**
**6688 MEESE RD NE**
**ALLIANCE, OH 44601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEL BOEHM**
**38810 CAMELOT WAY**
**AVON, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEL BOLSHIN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.114 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RACHEL CAMPBELL**
**5335 CLEMENT AVE**
**MAPLE HEIGHTS, OH 44137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RACHEL FARQUHARSON**
**P.O. BOX 146**
**KEYSTONE HEIGHTS, FL 32656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 84

**Nonpriority creditor's name and mailing address**
**RACHEL FERNANDEZ**
**6505 SW 93 AVE.**
**MIAMI, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 85

**Nonpriority creditor's name and mailing address**
**RACHEL FIELD**
**4801 E SHAPINSAY DR**
**SAN TAN VALLEY, AZ 85140-5041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 86

**Nonpriority creditor's name and mailing address**
**RACHEL FOGARTY**
**12 WOODVIEW DR.**
**BELLE MEAD, NJ 08502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 87

**Nonpriority creditor's name and mailing address**
**RACHEL GAVRILOVIC**
**2845 WOODHAVEN DR**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 88

**Nonpriority creditor's name and mailing address**
**RACHEL GORE**
**1004 GEORGE ST**
**NORTH BALTIMORE, OH 45872**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.114 89

**Nonpriority creditor's name and mailing address**
**RACHEL HUEHNER**
**8164 SOUTH PARK**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.114 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEL JERKINS**
**3618 WEST 138TH STREET**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rachel Kennedy**
**2405 E Middletown Rd.**
**Youngstown, OH 44514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEL LEBLANC**
**1445 EAST 84TH STREET**
**BROOKLYN, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEL LESTER**
**239 BRENTWOOD DRIVE**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEL MCINTIRE**
**1148 SANDIA VISTA RD NE**
**RIO RANCHO, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEL MEINERT**
**1134 GRIGGS RD**
**ROCKFORD, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RACHEL MERLIN**
**801 BRICKELL KEY BLVD.**
**APT. 2208**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|--------|---------------------------------------|------------------------|
|        | Name                                  |                        |

---

**3.114 97**

**Nonpriority creditor's name and mailing address**
**RACHEL METCALF**
**2845 GRAHAM ROAD**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.114 98**

**Nonpriority creditor's name and mailing address**
**RACHEL MILLER**
**1120 N WESTWOOD AVE APT 1120**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.114 99**

**Nonpriority creditor's name and mailing address**
**RACHEL MORELLI**
**5841 LAURA AVE**
**HOMEWORTH, OH 44634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 00**

**Nonpriority creditor's name and mailing address**
**RACHEL PETIT**
**5104 TAYLOR ROAD**
**ATWATER, OH 44201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 01**

**Nonpriority creditor's name and mailing address**
**RACHEL POLFER**
**48W095 MARY STREET**
**BIG ROCK, IL 60511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 02**

**Nonpriority creditor's name and mailing address**
**RACHEL RIVAS**
**514 N HAYWORTH AVE**
**APT 204**
**LOS ANGELES, CA 90048-2787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 03**

**Nonpriority creditor's name and mailing address**
**RACHEL TOLLEY**
**1121 CAPSTONE CROSSING**
**VIRGINIA BEACH, VA 02345-5670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.115 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHEL WEBER**
**2502 SOUTHWOOD DRIVE**
**KILLEEN, TX 76549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHEL WEINTRAUB**
**5727 TIBARON LN APT 205**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHEL WEST**
**5201 JOHNSON AVENUE**
**PORTSMOUTH, VA 02370-1154**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHEL ZHU**
**590 E BUCHTEL Ave. APT#23**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHELLE BERNADEL**
**6365 BELLA CIRCLE**
**UNIT 705**
**BOYNTON BEACH, FL 33437**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHELLE KEATON**
**9220 EDWARDS WAY**
**#2102**
**ADELPHI, MD 20783**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHELLE SOSU**
**6365 BELLA CIRCLE**
**UNIT 705**
**BOYNTON BEACH, FL 33437**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHELLE TOPOLEWSKI**
**5684 N RAINBOW LN**
**WATERFORD, MI 48329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHIT GARG**
**195 WHEELER ST.**
**APT. #104**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACHNA NARASIMHA PRASAD**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACQUEL CLARKE**
**6601 WALTERS PL**
**DISTRICT HEIGHTS, MD 20747-4045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RACQUEL ROSE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,815.00 |
|---|---|---|---|

**RAD PHYSICIAN SOLUTIONS OF FLO**
**PO BOX 743986 DEPT 40104**
**INDIANAPOLIS, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7651__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RADEJHA ARTHUR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115 18**

Nonpriority creditor's name and mailing address
**Radi Hamoudeh**
**10268 White Oak Dr.**
**Perrysburg, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 19**

Nonpriority creditor's name and mailing address
**RADI HAMOUDEH**
**10268 WHITE OAK DR**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 20**

Nonpriority creditor's name and mailing address
**Radilogy Alliance PC**
**210 - 25th Ave. N**
**Suite 602**
**Nashville, TN 37203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$132.00**

---

**3.115 21**

Nonpriority creditor's name and mailing address
**Radiology Associates of Hollywood**
**9050 Pines Blvd., Suite 200**
**Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,294.30**

---

**3.115 22**

Nonpriority creditor's name and mailing address
**Radiology Assoc of South Florida**
**PO Box 919336**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,244.57**

---

**3.115 23**

Nonpriority creditor's name and mailing address
**RADIOLOGY ASSOCIATES**
**9050 Pines Blvd. #200**
**PEMBROKE PINES, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number  9671

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,688.00**

---

**3.115 24**

Nonpriority creditor's name and mailing address
**Radiology Associates of Clearwater**
**1106 Druid Rd. S**
**Suite 302**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.73**

---

| 3.115 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.00 |
|---|---|---|---|

**RADIOLOGY ASSOCIATES OF RIDGE**
20 Franklin Turnpike
WALDWICK, NJ 07463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6662**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.01 |
|---|---|---|---|

**Radiology Incorporated**
Radiology Department
5969 E Broad St., Suite 100
Columbus, OH 43213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.86 |
|---|---|---|---|

**RADIOLOGY OF MSMC LLC**
PO BOX 11550
MIAMI, FL 33101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0256**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.11 |
|---|---|---|---|

**Radiology Physician Solutions**
7700 W Sunrise Blvd.
Fort Lauderdale, FL 33322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.34 |
|---|---|---|---|

**RADIOLOGY REGIONAL CENTER PA**
805 Del Prado
Cape Coral, FL 33990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9262**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAE'QUAN FIELDS**
4526 MARBLE HALL RD
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAECHEL BAEZ**
11607 CANAL DRIVE
APT. 2
NORTH MIAMI, FL 33181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAECHEL BAEZ**
**8951 NE 8TH AVE.**
**PH 14**
**MIAMI, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAECHEL ECK**
**40895 LA GRANGE DR**
**STERLING HEIGHTS, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAEDEN GRAY**
**16401 NW 37TH AVE.**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAELYN NYREN**
**15041 DURANT ST NE**
**HAM LAKE, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAELYNNE MACBETH**
**3913 HOFFMAN HWY**
**DEERFIELD, MI 49238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAEMON MEENTS**
**630 FRANKLIN ST.**
**DOWNERS GROVE, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAENAY GRANT**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 39 | **Nonpriority creditor's name and mailing address** **RAENIECIA BROWNE** **182 NE 124TH STREET** **BISCAYNE PARK, FL 33161** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 40 | **Nonpriority creditor's name and mailing address** **RAENIECIA BROWNE** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 41 | **Nonpriority creditor's name and mailing address** **RAFAEL CALLEJO** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 42 | **Nonpriority creditor's name and mailing address** **RAFAEL DE ROSA FAY** **3508 HARLEY RD** **TOLEDO, OH 43606** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 43 | **Nonpriority creditor's name and mailing address** **RAFAEL FERNANDEZ** **17616 SW 144 AVENUE** **MIAMI, FL 33177** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 44 | **Nonpriority creditor's name and mailing address** **RAFEALLA DKHAR** **2130 COLLINGWOOD LN** **FREDERICK, MD 21702** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.115 45 | **Nonpriority creditor's name and mailing address** **RAGAVENDRA PRASAD PANAKARAJUPALLY** **484 ALLYN STREET APT A** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

19-10329-aih   Doc 1   FILED 01/22/19   ENTERED 01/22/19 14:55:58   Page 1666 of 3613

| 3.115 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAGEN ENGEL**
**405 W HOME RD**
**SPRINGFIELD, OH 45504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAGHULKUMAR CHANDRASEKARAN**
**7142 RIVERS EDGE RD**
**COLUMBIA, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAGHULKUMAR CHANDRASEKARAN**
**12924 DWIGHT ST**
**HERNDON, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAHEEM BOWMAN**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAHEEN BRIDGES**
**4728 FAIRLANE ROAD**
**MEMPHIS, TN 38128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAHIM ALEM**
**621 BROADWAY STREET**
**APT. F**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAHJAY KERR**
**2905 NW 56TH AVE**
**APT. C1**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHMAAN ALI** | ☐ Contingent | |
| **25 42ND ST NE APT 3** | ☐ Unliquidated | |
| **WASHINGTON, DC 20019** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.115 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHMAH DAVIS** | ☐ Contingent | |
| **2514 MADISON AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21217-4040** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHMEIR RHOES-JACOBS** | ☐ Contingent | |
| **616 WCOURTLAND ST** | ☐ Unliquidated | |
| **PHILADELPHIA, PA 19140** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHNEISHA WILLIS** | ☐ Contingent | |
| **441 COUNTRY VIEW LANE** | ☐ Unliquidated | |
| **GARLAND, TX 75043** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHSAAN EVANS** | ☐ Contingent | |
| **808 E 89TH PLACE** | ☐ Unliquidated | |
| **CHICAGO, IL 60619** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHSHAN GORDON** | ☐ Contingent | |
| **510 FOXTRAIL CIRCLE EAST** | ☐ Unliquidated | |
| **WESTERVILLE, OH 43081** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAHUL MITAL** | ☐ Contingent | |
| **26953 MORGAN RUN** | ☐ Unliquidated | |
| **WESTLAKE, OH 44145** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAHUL REDDY CHALLA**
**77 FIR HILL DR**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAINA PADILLA**
**7131 PINE BIRR LN**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,369.44 |
|---|---|---|---|

**Raj K Pai, MD PA**
**Clearwater Pediatric Care**
**2370 Drew St., Ste. B**
**Clearwater, FL 33765-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAJA SEKHAR REDDY PAKANATI**
**77 FIRHILL, 3B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAJAE WHITE**
**1361 66TH AVENUE S**
**SAINT PETERSBURG, FL 33705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAJANEE MCNEAL**
**1026 TRACY AVENUE**
**DUNCANVILLE, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAJANI RIGAUD**
**2862 BELLAROSA CIRCLE**
**WEST PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.115 67 | |

**Nonpriority creditor's name and mailing address**

**RAJASHEKHAR REDDY KONTHAM**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.115 68 | |

**Nonpriority creditor's name and mailing address**

**RAJASHEKHAR REDDY KONTHAM**
**55 FIR HILL TOWERS APT 3B2**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.115 69 | |

**Nonpriority creditor's name and mailing address**

**Rajat Maheswari, MD**
**421 Portage Trail A**
**Cuyahoga Falls, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number  **7628**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$267.00

---

| | |
|---|---|
| 3.115 70 | |

**Nonpriority creditor's name and mailing address**

**RAKEB TEKLU**
**3650 BEL PRE RD APT 31**
**SILVER SPRING, MD 20906-2670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.115 71 | |

**Nonpriority creditor's name and mailing address**

**RAKEEM SNOW**
**6 ECOWAY CT APT 1B**
**TOWSON, MD 21286-4432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.115 72 | |

**Nonpriority creditor's name and mailing address**

**Rakesh Latchamsetty, MD**
**1500 E Medical Center Dr**
**SPC 5864**
**Ann Arbor, MI 48109**

Date(s) debt was incurred _

Last 4 digits of account number  **2275**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

| | |
|---|---|
| 3.115 73 | |

**Nonpriority creditor's name and mailing address**

**RAKEYA JOHNSON**
**12629 N ASHGLEN DR**
**JACKSONVILLE, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.115 74 | |

**Nonpriority creditor's name and mailing address**
**RAKIM GONZALEZ**
**140 GLEN WAY**
**RICHMOND HILL, GA 31324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.115 75 | |

**Nonpriority creditor's name and mailing address**
**RAKIM SALAAM**
**633 PRISCILLIA LANE**
**DESOTO, TX 75115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.115 76 | |

**Nonpriority creditor's name and mailing address**
**RAKIVA TONEY**
**2400 SW 64TH AVENUE**
**MIRAMAR, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.115 77 | |

**Nonpriority creditor's name and mailing address**
**RAKIVA TONEY**
**3615 NW 214TH ST.**
**CAROL CITY, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.115 78 | |

**Nonpriority creditor's name and mailing address**
**RAKSANAN SASITHARAN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.115 79 | |

**Nonpriority creditor's name and mailing address**
**RALEEK DAVIS-HENEGAN**
**395 LIVONIA AVE.**
**APT. 8A**
**BROOKLYN, NY 11212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.115 80 | |

**Nonpriority creditor's name and mailing address**
**RALEN HENDRICKS**
**335 SOUTH BLVD**
**PONTIAC, MI 48341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.115 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAMATOU ISSOUFOU GARBA**
**380 PLEASANT MEADOW BLVD**
**APT B**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAMEAL HILL**
**2702  ALLENDALE  ROAD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ramez Hallak**
**2801 W Bancroft**
**MS 513**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAMEZ HALLAK**
**RM #5309B**
**PRESIDENTS HALL**
**3045 RESIDENCE DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAMEZ HALLAK**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAMEZ HOSSEINIAN AHANGHARNEJHAD**
**1445 OAK HILL CT APT 5**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAMI ELASSADI**
**4607 SUNNY CREEK LN**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAMID ALVAREZ**
2435 NW 170 TER
MIAMI GARDENS, FL 33056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAMILA JOSHI**
634 E. BUCHTEL AVE APT 306
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.86 |
|---|---|---|---|

**Ramin M. Alimard**
612 Kingsborough
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAMIN YOUSSEFI**
1216 MAGDALYN DR
AKRON, OH 44320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAMIRO KRUSS**
8640 NW 29TH STREET
SUNRISE, FL 33322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAMIYA HOLMES**
2800 E. NORTHERN PARKWAY
BALTIMORE, MD 21214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAMNEEK DHILLON**
4680 N PARK LN
TOLEDO, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RAMON GARCIA** **431 NW 103RD TERRACE** **HOLLYWOOD, FL 33026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.58** |
| **Ramses Vega, MD PA** **3720 SW 107th Ave. #1** **Miami, FL 33165** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RAN HUANG** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RAN LI** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RANA DAAS** **1120 N WESTWOOD AVE APT 2426** **TOLEDO, OH 43607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RANA DAAS** **1120 N WESTWOOD AVE APT 2425** **TOLEDO, OH 43607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RANA GHAISARI** **2618 WESTMAR CT APT 351** **TOLEDO, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.116 02**

Nonpriority creditor's name and mailing address

**RANARDO WRIGHT**
**3517 HILLSMERE RD**
**BALTIMORE, MD 21207-5766**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 03**

Nonpriority creditor's name and mailing address

**RANDALL SLONAKER**
**1002 LAKE ST.**
**APT 532**
**KENT, OH 44240**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 04**

Nonpriority creditor's name and mailing address

**RANDI BOHLER**
**206B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 05**

Nonpriority creditor's name and mailing address

**RANDY DUFF**
**2424 N ERIE ST**
**TOLEDO, OH 43611**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 06**

Nonpriority creditor's name and mailing address

**RANDY KESS**
**2828 CHRISTOPHER AVE**
**BALTIMORE, MD 21214-1706**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 07**

Nonpriority creditor's name and mailing address

**RANDY OLIVA**
**4114 WOODACRE LANE**
**TAMPA, FL 33624**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 08**

Nonpriority creditor's name and mailing address

**RANDY OPONG**
**1 HATFIELD ST UNIT 2**
**WORCESTER, MA 01604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.116 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.116 09**

**Nonpriority creditor's name and mailing address**
**RANDY TUCKER**
**2473 WARREN PARKWAY APT. #8**
**TWINSBURG, OH 44087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 10**

**Nonpriority creditor's name and mailing address**
**RANEISHA WILLIAMS**
**3301 PECAN SHADOW WAY**
**MESQUITE, TX 75181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 11**

**Nonpriority creditor's name and mailing address**
**RANEITRA GROVER**
**1647 WAVERLY WAY**
**APT F**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 12**

**Nonpriority creditor's name and mailing address**
**RANEKA PRICE**
**617 MANOR ST**
**YORK, PA 17401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 13**

**Nonpriority creditor's name and mailing address**
**RANI RIGAUD**
**2862 BELLAROSA CIRCLE**
**WEST PALM BEACH, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 14**

**Nonpriority creditor's name and mailing address**
**RANKEIRA GREENSLADE**
**2800 36TH AVE**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 15**

**Nonpriority creditor's name and mailing address**
**RAOUL MEVA**
**1217 BRIGADOON TRAIL**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**16** | |

**Nonpriority creditor's name and mailing address**
**RAPHAEL OUTLAW**
**315 WEST 27 STREET**
**BALTIMORE, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**17** | |

**Nonpriority creditor's name and mailing address**
**RAPHEAL DORSEY**
**1433 ARGYLE AVENUE**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**18** | |

**Nonpriority creditor's name and mailing address**
**RAQUEL HOPKINS**
**830 YOUNG AVENUE NW**
**PALM BAY, FL 32907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**19** | |

**Nonpriority creditor's name and mailing address**
**RAQUEVIA CALDWELL**
**1881 NW 45TH STREET**
**MIAMI, FL 33142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**20** | |

**Nonpriority creditor's name and mailing address**
**RARDNINA BROWN**
**11 50TH STREET SE**
**APT. 202**
**WASHINGTON, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**21** | |

**Nonpriority creditor's name and mailing address**
**RARDNINA BROWN**
**9305 MIDTOWN SQUARE**
**APT. 2038**
**SUITLAND, MD 20746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.116**<br>**22** | |

**Nonpriority creditor's name and mailing address**
**RASAGNYA THOUTAM**
**77 FIR HILL ST APT 6B8**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.116 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHAD ARMBRISTER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.116 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHAD ARMBRISTER**
**6844 SW 20TH COURT**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHAD BOYD**
**610 OTTER CREEK RD**
**EDGEWOOD, MD 21040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHAD KITCHEN**
**6216 HILLTOP AVENUE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHAD RUSSELL**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHAD WHITAKER**
**1304 LAKESIDE AVE**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RASHARA RAMDAS**
**6637 COCONUT DR**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.116 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHAWN TRIBBLE-WOOTEN** | ☐ Contingent | |
| | **20 AMBERSTONE CT APT B** | ☐ Unliquidated | |
| | **ANNAPOLIS, MD 21403-5705** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHAWNEDA JONES** | ☐ Contingent | |
| | **113 WINDBLOWN CT** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21209-1300** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHAYE YOUNG** | ☐ Contingent | |
| | **3500 NW 205TH STREET** | ☐ Unliquidated | |
| | **CAROL CITY, FL 33056** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHEA HENDLEY** | ☐ Contingent | |
| | **4412 MARBLE HALL RD APT 223** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21218-1535** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHEL RIVERA** | ☐ Contingent | |
| | **975 NE 34TH AVE APART#102** | ☐ Unliquidated | |
| | **HOMESTEAD, FL 33033** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHELL ANDERSON** | ☐ Contingent | |
| | **10821 WOODLAND AVENUE APT A** | ☐ Unliquidated | |
| | **CLEVELAND, OH 44104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RASHIA MYERS** | ☐ Contingent | |
| | **301D DALEY** | ☐ Unliquidated | |
| | **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| | **BALTIMORE, MD 21216** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.116 37 | **Nonpriority creditor's name and mailing address** |

**RASHID JACKSON**
**6441 NORTH CLAREMONT AVENUE APT 3**
**CHICAGO, IL 60645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.116 38 | **Nonpriority creditor's name and mailing address** |

**RASHIKE DEANS**
**232 W ST NW APT 21**
**WASHINGTON, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.116 39 | **Nonpriority creditor's name and mailing address** |

**RASMUS LIND**
**2016 N WESTWOOD AVE**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.116 40 | **Nonpriority creditor's name and mailing address** |

**RASMUS LINDSTROM**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.116 41 | **Nonpriority creditor's name and mailing address** |

**RASMUS LINSTROM**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.116 42 | **Nonpriority creditor's name and mailing address** |

**RASOOL HINSON**
**608C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.116 43 | **Nonpriority creditor's name and mailing address** |

**RAUDI NAVARRO**
**17901 NW 68TH AVE**
**APT: T207**
**HIALEAH, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.116 44 | **Nonpriority creditor's name and mailing address** **RAUL BANOS** **9032 NW 163 TERR** **MIAMI, FL 33018** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.116 45 | **Nonpriority creditor's name and mailing address** **RAUL MOLLERA** **525 NW 125TH AVE** **MIAMI, FL 33182-1255** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.116 46 | **Nonpriority creditor's name and mailing address** **RAUL TORRES** **15870 SW 12TH ST** **PEMBROKE PINES, FL 33027** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.116 47 | **Nonpriority creditor's name and mailing address** **RAVAE BRICE** **2604 KNORR AVE.** **CINCINNATI, OH 45214** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.116 48 | **Nonpriority creditor's name and mailing address** **RAVEN BARNES** **9211 NW 13TH COURT** **MIAMI, FL 33147** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.116 49 | **Nonpriority creditor's name and mailing address** **RAVEN BRISSETT** **515 CRITTENDEN ST NW** **WASHINGTON, DC 20011** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.116 50 | **Nonpriority creditor's name and mailing address** **RAVEN HANNA** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| | |
|---|---|
| 3.116<br>51 | **Nonpriority creditor's name and mailing address** |

**RAVEN LANE**
**2031 NW 5TH TERRACE**
**POMPANO BEACH, FL 33060**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.116<br>52 | **Nonpriority creditor's name and mailing address** |

**RAVEN MILLER**
**P.O. BOX 335043**
**NORTH LAS VEGAS, NV 89033**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.116<br>53 | **Nonpriority creditor's name and mailing address** |

**RAVEN MONROE**
**205C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.116<br>54 | **Nonpriority creditor's name and mailing address** |

**RAVEN MONROE**
**205B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.116<br>55 | **Nonpriority creditor's name and mailing address** |

**RAVEN MOODY**
**2140 MADISON AVE. APT. 10D**
**NEW YORK, NY 10037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.116<br>56 | **Nonpriority creditor's name and mailing address** |

**RAVEN RINGO**
**223 MEMORY LANE**
**HARKER HEIGHTS, TX 76548**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.116<br>57 | **Nonpriority creditor's name and mailing address** |

**RAVEN SMITH**
**3920 NW 185ST**
**CAROL CITY, FL 33055**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAVEN WILLIAMS**
**11901 BIZET COURT**
**FTWASHINGTON, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAVEN WITCHEY**
**1155 MARTIN ROAD**
**MOGADORE, OH 44260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAVINDRA GUDNEPPANAVAR**
**55 FIR HILL, APT # 11B10**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAVYN WILLIAMS**
**19220 NW 5TH COURT**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAWAN MUMAYIZ**
**1905 FREDERICK RD**
**CATONSVILLE, MD 21228-5507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAWLEN DAVIS**
**4111 VICTROLA DR**
**STOCKTON, CA 95219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.34 |
|---|---|---|---|

**Ray Hubbard Emerg Phy, PLLC**
**6800 Scenic Dr.**
**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1683 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.116 65**

**Nonpriority creditor's name and mailing address**

**Ray'Quon Robinson**
**6268 Mill Creek Court**
**Hamilton, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 66**

**Nonpriority creditor's name and mailing address**

**RAYA AL SAADI**
**55 FIR HILL, APT. 7B11**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 67**

**Nonpriority creditor's name and mailing address**

**RAYAN ALAHMARI**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 68**

**Nonpriority creditor's name and mailing address**

**RAYCE RISSER**
**722 PINE VALLEY LN APT 203**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 69**

**Nonpriority creditor's name and mailing address**

**RAYCE RISSER**
**602 N BYRNE RD**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 70**

**Nonpriority creditor's name and mailing address**

**RAYLE HERNANDEZ**
**133 NE 2ND AVE**
**APT #310**
**MIAMI, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 71**

**Nonpriority creditor's name and mailing address**

**RAYMIR BECKETT**
**1014 TUSCOLA AVENUE**
**SALISBURY, MD 21801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

| 3.116 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYMOND GUERRERO** 2028 OAKHURST WAY RIVIERA BEACH, FL 33404 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYMOND PENA** 15800 NW 42 AVENUE MIAMI GARDENS, FL 33054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYMOND RODRIGUEZ MORALES** 15800 NW 42 AVENUE MIAMI GARDENS, FL 33054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYMOND VORHEES** 602 PERRY STREET WAPAKONETA, OH 45895 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 76 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYMUNDO CAMPOS** 737 GRAMBLING DRIVE DALLAS, TX 75241 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 77 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYMUNDO DEJESUS** 22118 CLIPPER DR GREAT MILLS, MD 20634 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **RAYNA BLACKWOOD** 18831 NE 3RD CT APT 501 MIAMI, FL 33179-3817 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | |
|---|---|---|
| 3.116 79 | **Nonpriority creditor's name and mailing address**<br>**RAYNA WALLACE**<br>**17133 PAPS LANE**<br>**HAGERSTOWN, MD 21740**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.116 80 | **Nonpriority creditor's name and mailing address**<br>**RAYNARD ANDERSON**<br>**611 SW 29TH TERRACE**<br>**DAVIE, FL 33312**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.116 81 | **Nonpriority creditor's name and mailing address**<br>**RAYNARD FREEMAN**<br>**6107 SPELL RD**<br>**CLINTON, MD 20735-3806**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.116 82 | **Nonpriority creditor's name and mailing address**<br>**RAYNEE KIRKPATRICK**<br>**32 HAYSTACK RD**<br>**CLIFTON PARK, NY 12065**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.116 83 | **Nonpriority creditor's name and mailing address**<br>**RAYNELIS VALDEZ**<br>**3430 SW 35TH ST**<br>**WEST PARK, FL 33023-6329**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.116 84 | **Nonpriority creditor's name and mailing address**<br>**RAYSHARD CCRAY**<br>**2711 SE 16TH AVE**<br>**HOMESTEAD, FL 33035**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.116 85 | **Nonpriority creditor's name and mailing address**<br>**RAYSHARD MACCRAY**<br>**2711 SE 16TH AVE**<br>**APT. 201**<br>**HOMESTEAD, FL 33035**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.116 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAYVEN LYNCH**
**500 NORTH CHURCH STREET**
**MCCOLL, SC 29570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.116 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAYVEN TOWNSEND**
**37 BROOKEBURY DR**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RAZIEL DURODOYE**
**1323 HOWARD RD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REAGAN LINDSAY**
**2206 MERCER RD**
**NEW BRIGHTON, PA 15066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,440.23 |
|---|---|---|---|

**REALTOX LABS, LLC**
**200 Business Center Dr**
**REISTERSTOWN, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3779**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REBECA MORALES**
**2634 WEST 68 PLACE**
**HIALEAH GARDENS, FL 33016-5404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**REBECA TEJEDA**
**14700 NE 10TH CT**
**NORTH MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA ABBOTT**
**3521 OLD YORK RD**
**BALTIMORE, MD 21218-2559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA ANDRE**
**900 NW 139TH ST**
**MIAMI, FL 33168-6704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA BLALCOK**
**10308 MUSKET CT**
**FT WASHINGTON, MD 20744-3921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA BLALOCK**
**10308 MUSKET CT**
**FT WASHINGTON, MD 20744-3921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA FISCHER**
**53 PARKWOOD BOULEVARD**
**MANSFIELD, OH 44906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA GARCIA**
**14044 SW 106TH TERRACE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA GARNETT**
**5879 LAFAYETTE ROAD**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA GORDON**
**10256 DUNCAN PLAINS ROAD**
**JOHNSTOWN, OH 43031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA GREEN**
**1 STONEY HILL CIR**
**COVENTRY, RI 02816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA HARAF**
**2617 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA JOHNSON**
**5994 HEATHER LANE**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA KAMBER**
**128 DUNMORE DRIVE**
**JUPITER, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA KAMBER**
**8414 CARGILL PT**
**WEST PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**REBECCA KRASNIEWSKI**
**532 PASADENA BLVD**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.117 07** | **Nonpriority creditor's name and mailing address**<br>**REBECCA OLUSOLA**<br>**3712 BRICE RUN RD**<br>**RANDALLSTOWN, MD 21133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| | | |
|---|---|---|
| **3.117 08** | **Nonpriority creditor's name and mailing address**<br>**REBECCA PIETSCH**<br>**278 TORREY STREET**<br>**APT. F**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| | | |
|---|---|---|
| **3.117 09** | **Nonpriority creditor's name and mailing address**<br>**REBECCA POCHEDLY**<br>**11406 VAUGHN ROAD**<br>**HIRAM, OH 44234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| | | |
|---|---|---|
| **3.117 10** | **Nonpriority creditor's name and mailing address**<br>**Rebecca Reinhardt**<br>**15040 Norfolk Ln**<br>**Fort Lauderdale, FL 33331**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| | | |
|---|---|---|
| **3.117 11** | **Nonpriority creditor's name and mailing address**<br>**REBECCA SCHLESINGER**<br>**202 TWIN OAKS ROAD**<br>**APARTMENT 12**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| | | |
|---|---|---|
| **3.117 12** | **Nonpriority creditor's name and mailing address**<br>**REBECCA SKIDMORE**<br>**841 LAKEWAY CT W**<br>**WESTERVILLE, OH 43081**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| | | |
|---|---|---|
| **3.117 13** | **Nonpriority creditor's name and mailing address**<br>**REBECCA SPENCER**<br>**1156 OLD RIDGE RD**<br>**AVELLA, PA 15312**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

$0.00

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.117 14 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBECCA SPRINGMAN
1462 EDITH ST
LOUISVILLE, OH 44641

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 15 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBECCA TACHIE
1384 PONDVIEW AVENUE
AKRON, OH 44305

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 16 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBECCA WELKE
1120 N WESTWOOD AVE APT 7104
TOLEDO, OH 43607

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 17 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBECCA ZAMANI
2526 CANTERBURY RD
PARKVILLE, MD 21234

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 18 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBECCAK FOOR
2334 HINDE
TOLEDO, OH 43607

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 19 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBEKAH FRANCOIS
1100 NW15TH PLACE
FORT LAUDERDALE, FL 33311

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 20 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

REBEKAH PAUL
5851 G HOLMBERG RD
COCONUT CREEK, FL 33067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.117 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.78 |
|---|---|---|---|

**Rebekah S. Kim**
**1625 N George Mason Dr. #334**
**Arlington, VA 22205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBEKAH VENSEL**
**825 YORK RD**
**CARLISLE, PA 17015-9253**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBEKAH WEISMANTEL**
**1081 CONCORD DRIVE**
**MEDINA, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBEKKA APARDIAN**
**1922 GRECOURT DR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RECARDO WILLIAMS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.92 |
|---|---|---|---|

**Recon Ortho Assoc II PC**
**Glenview Corporate Center**
**3300 Tillman Dr., Ste. 201**
**Bensalem, PA 19020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,385.00 |
|---|---|---|---|

**RECOVERY PUMP LLC**
**9 Lacrue Ave Ste 108**
**GLEN MILLS, PA 19342**

Date(s) debt was incurred _

Last 4 digits of account number  **6082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.19 |

**Rediclinic Austin, LLC**
**9 E Greenway Plaza**
**Suite 2950**
**Houston, TX 77046**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REED DAVIS**
**1850 SILVER LAKE AVE**
**CUYAHOGA FALLS, OH 44223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REEM AL RASHDI**
**55 FIR HILL, APT. 7B11**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REEM BAKHURAYBAH**
**6095 PEBBLEBROOK LANE APT 3**
**KENT, OH 44240**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REENA SAITOTI**
**414 CRYSTAL POINT DR.**
**DAYTON, OH 45459**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REENAM MEHTA**
**77 FIR HILL TOWERS APT 8B11**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**REENAM MHTA**
**3901 FOX GLEN DRIVE**
**IRVING, TX 75062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REEVE BOWLING**
**820 EAST MINNEHAHA PARKWAY**
**MINNEAPOLIS, MN 55417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGAN EVERISS**
**17760 ALEXANDER RD**
**WALTON HILLS, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGAN STAGER**
**546 CAMBRIDGE DR**
**OREGON, OH 43616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.36 |
|---|---|---|---|

**Regents of University of Michigan**
**Attn: Mark S. Schlissel, President**
**University of Michigan**
**2074 Fleming Building**
**Ann Arbor, MI 48109-1340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGINA BUNCE**
**3809 NW 76TH WAY**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGINA BUNCE**
**2242 POLK ST**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGINA ROTHSHTEIN**
**7138 CHAMBERSBURG DR**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.117 42 | **Nonpriority creditor's name and mailing address**<br>**Reginald Baxter**<br>**121 Hillwood Dr.**<br>**Hendersonville, TN 37075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.117 43 | **Nonpriority creditor's name and mailing address**<br>**REGINALD BRIDGES**<br>**2201 DECKMAN LN**<br>**SILVER SPRING, MD 20906-2264**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.117 44 | **Nonpriority creditor's name and mailing address**<br>**REGINALD CORNER**<br>**3018 14TH ST NW**<br>**CANTON, OH 44708**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.117 45 | **Nonpriority creditor's name and mailing address**<br>**REGINALD JONES**<br>**1821 PARKER LANE**<br>**TWINSBURG, OH 44087**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.117 46 | **Nonpriority creditor's name and mailing address**<br>**REGINALD LARYEA**<br>**320 POWER STREET**<br>**AKRON, OH 44311**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.117 47 | **Nonpriority creditor's name and mailing address**<br>**REGINALD LARYEA**<br>**373 CARROLL ST**<br>**AKRON, OH 44325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.117 48 | **Nonpriority creditor's name and mailing address**<br>**REGINALD MCCREE**<br>**828 MCKINLEY AVENUE**<br>**BEDFORD, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.117 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **REGINALD MOORE** | ☐ Contingent | |
| | **181 TALBOT DRIVE** | ☐ Unliquidated | |
| | **BEDFORD, OH 44146** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **REGINE GAMBRELL** | ☐ Contingent | |
| | **931 N LINWOOD AVE** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **REGINE HOLLOWAY** | ☐ Contingent | |
| | **9 VAN YERRELL COURT** | ☐ Unliquidated | |
| | **GWYNN OAK, MD 21207** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Regional Income Tax Agency** | ☐ Contingent | |
| | **PO Box 89478** | ☐ Unliquidated | |
| | **Cleveland, OH 44101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **REGLA DE ARMAS** | ☐ Contingent | |
| | **29420 SW 152 AVE** | ☐ Unliquidated | |
| | **HOMESTEAD, FL 33033** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$663.24** |
| | **Rehab Provider Network Ohio, Inc.** | ☐ Contingent | |
| | **4716 Old Gettysburg Rd.** | ☐ Unliquidated | |
| | **PO Box 2034** | ☐ Disputed | |
| | **Mechanicsburg, PA 17055** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.57** |
| | **Rehabclinics SPT, Inc.** | ☐ Contingent | |
| | **4716 Old Gettysburg Rd.** | ☐ Unliquidated | |
| | **PO Box 2034** | ☐ Disputed | |
| | **Mechanicsburg, PA 17055** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.117 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REHAM ALIA**
**2245 UNIVERSITY HILLS BLVD**
**APT 101**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REHAN PEERZADA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 58 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REHAN PEERZADA**
**80 E. EXCHANGE ST**
**APT 457B**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 59 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REHMAN TARIQ**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 60 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REID WILKINS**
**7069 QUAIL LAKES DR**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REINA HOWARD**
**15710 RIVERSIDE DR W APT 5W**
**NEW YORK, NY 10032-7038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reiss Kang Burks Jayanetti & Per**
**6200 Sunset Dr., Ste. 505**
**Miami, FL 33143-4830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._          **$138.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Reliable Solutions Group**
**7515 Pearl Rd.**
**Suite 101**
**Cleveland, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.117 64 |
|---|

Nonpriority creditor's name and mailing address

**RENADA JACKSON**
**2314 BLOOMFIELD DRIVE**
**ARLINGTON, TX 76012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.117 65 |
|---|

Nonpriority creditor's name and mailing address

**RENAE BRYCE**
**18710 NW 27TH AVE**
**APT 206**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.117 66 |
|---|

Nonpriority creditor's name and mailing address

**RENAE BRYCE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.117 67 |
|---|

Nonpriority creditor's name and mailing address

**RENAE MILLER**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.117 68 |
|---|

Nonpriority creditor's name and mailing address

**RENARDA HUGHES**
**530 BUCKINGHAM RD #1317**
**RICHARDSON, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.117 69 |
|---|

Nonpriority creditor's name and mailing address

**RENARDA MADARANG**
**10000 WALNUT ST APT 1002**
**DALLAS, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.117 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.00 |
|---|---|---|---|

**RENATO BERGER, MD**
5300 W Hillsboro Blvd Ste 110
COCONUT CREEK, FL 33073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4528**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENAUD**
639 NE 160 ST
MIAMI, FL 33162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENE ARAUZ**
5499 NW 171 TER
MIAMI GARDENS, FL 33055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENE BULLOCK**
303 52ND ST, APARTMENT 2
BALTIMORE, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,295.34 |
|---|---|---|---|

Rene L. Lopez-Guerrero
3445 NW 7th St.
Miami, FL 33125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENE PADILLA**
1623 FM 1182
ENNIS, TX 75119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENE WILLIAMS**
3122 WHISPERING PINES DRIVE #33
SILVER SPRING, MD 20906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117 77**

**Nonpriority creditor's name and mailing address**

**RENEE BORSHCHUKOVA**
**4141 NAUTILUS DR**
**4A**
**MIAMI BEACH, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 78**

**Nonpriority creditor's name and mailing address**

**RENEE BOWEN**
**1700 E COLDSPRING LN**
**HARPER-TUBMAN HALL**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 79**

**Nonpriority creditor's name and mailing address**

**Renee Cornish**
**1809 Ridgewood Ave**
**Baltimore, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 80**

**Nonpriority creditor's name and mailing address**

**RENEE MURRY**
**7734 OAKHILL RD**
**APT F**
**NORTH ROYALTON, OH 44133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 81**

**Nonpriority creditor's name and mailing address**

**RENEE SUMMERVILLE**
**1543 BURNWOOD RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 82**

**Nonpriority creditor's name and mailing address**

**RENGGIE PAUL**
**5446 SUNSEEKER BOULEVARD**
**LAKE WORTH, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 83**

**Nonpriority creditor's name and mailing address**

**RENIL UKANI**
**1609 HERITAGE DRIVE**
**PITTSBURGH, PA 15237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.117 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RENUKA PATIL**
**634E BUCHTEL AVENUE APT 315**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Renzo Carranza**
**10149 Ridgeline Dr.**
**Montgomery Village, MD 20886-3011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RENZO CARRANZA**
**10149 RIDGELINE DR**
**GAITHERSBURG, MD 20886-3011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**REON HARRIOTT**
**14537 232ND ST APT 1C**
**APT 1C**
**SPRINGFIELD GARDENS, NY 11413-3937**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.22 |

**Reproductive Gynecology, Inc.**
**95 Arch St., Suite 250**
**Akron, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RESHEDA SCOTT**
**712 BURNWOOD DRIVE**
**IRVING, TX 75062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,640.50 |

**Reston Hospital Center**
**1850 Town Center Pkwy**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number  **6742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reuben Mackintosh**
**1110 Belvedere Rd.**
**Apt. D**
**Baltimore, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REUBEN MACKINTOSH**
**1110 BELVEDERE ROAD, APT. D**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REY GENOVEZ**
**19301 MOSSBROOK CT**
**GERMANTOWN, MD 20874**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REYANNA RUIZ**
**2908 GRADWOHL RD**
**TOLEDO, OH 43617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REYNA JACKSON**
**4753 DUNCANVILLE ROAD, APT 804**
**DALLAS, TX 75236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REYNAUL CONNOR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REYUANA GARDNER**
**5739 CYPRESS CIRCLE**
**TALLAHASSEE, FL 32303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.117 98 | **Nonpriority creditor's name and mailing address** | $97.65 |

**RGH at Roanoke Rapids**
**2066 NC-125**
**Roanoke Rapids, NC 27870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.117 99 | **Nonpriority creditor's name and mailing address** | $0.00 |

**RHEA PORTER**
**10 LIGHT STREET**
**#1822**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.118 00 | **Nonpriority creditor's name and mailing address** | $0.00 |

**RHEA PORTER**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.118 01 | **Nonpriority creditor's name and mailing address** | $0.00 |

**RHIANNON MAXAM**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.118 02 | **Nonpriority creditor's name and mailing address** | $0.00 |

**RHIEM ALLEN**
**18121 MARKSMAN CIRCLE APT 202**
**OLNEY, MD 20832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.118 03 | **Nonpriority creditor's name and mailing address** | $0.00 |

**RHODRICIA FRANCIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.118 04 | **Nonpriority creditor's name and mailing address** | $0.00 |

**RHONDA AGUITON**
**214 NAPOLEON RD APT 71**
**BOWLING GREEN, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 05 | **Nonpriority creditor's name and mailing address** **RHONDA LEE** **1738 NW 115TH ST** **MIAMI, FL 33167** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 06 | **Nonpriority creditor's name and mailing address** **RHONESHA ROBINSON** **3618 EAST 53RD STREET** **CLEVELAND, OH 44105** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 07 | **Nonpriority creditor's name and mailing address** **RHYLESSA ALLEN** **4790 CLAIRELEE DR** **OWINGS MILLS, MD 21117-4763** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 08 | **Nonpriority creditor's name and mailing address** **RICARDO ACEVEDO** **3315 PALOMINO DR** **HOLLYWOOD, FL 33024-2346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 09 | **Nonpriority creditor's name and mailing address** **RICARDO CEBALLOS VARGAS** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 10 | **Nonpriority creditor's name and mailing address** **RICARDO CUNNINGHAM** **7254 MCCLEAN BLVD** **PARKVILLE, MD 21234** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 11 | **Nonpriority creditor's name and mailing address** **RICARDO HARRELL** **4334 F ST SE** **WASHINGTON, DC 20019** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICARDO LOPEZ**
**12900 SW 74TH AVE**
**MIAMI, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICARDO MICHELENA-BLASCO**
**7751 NW 107TH AVE**
**BUILDING 2 - APT 616**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICARDO MICHELENA-BLASCO**
**601 NE 23 STREET**
**APT 1705**
**MIAMI, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICARDO SUAREZ**
**820 SW 14TH STREET**
**FORT LAUDERDALE, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICE**
**7853 LEVY CT**
**PASADENA, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICH HALL**
**1031 SW PAAR DR**
**PORT ST. LUCIE, FL 34953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richa Brown**
**3611 Ferndale Ave.**
**Gwynn Oak, MD 21207-7162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD ANAYA**
**8533 SW 5TH ST**
**APT. 305**
**PEMBROKE PINES, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD FORD**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD FORFUNGTU**
**1963 SAWBURY BLVD**
**COLUMBUS, OH 43235**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD FURNER**
**PO BOX 33**
**MANTUA, OH 44255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD GYAMERAH**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD HAMPTON**
**8457 BRAODWAY ST.**
**WESTMORELAND CITY, PA 15692**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD HARRIS**
**1369 EASTMAN ST**
**ZANESVILLE, OH 43701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD KALLAY**
**11448 131ST AVE**
**LARGO, FL 33778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD KALLAY**
**671 ALLYN ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD LEFFLER**
**1124 LENNOX AVENUE NORTHEAST**
**MASSILLON, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD MILFORD**
**2436 FRASHURE DRIVE**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD MILFORD**
**3141 HILLIER ROAD**
**NORTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD PHAM**
**394 S GREEN RD**
**SOUTH EUCLID, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICHARD SWEETING**
**8703 DOLOMITE DR.**
**EL PASO, TX 79934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **RICHARD VOIGT** | ☐ Contingent | |
| | **2529 W VILLAGE DR** | ☐ Unliquidated | |
| | **TOLEDO, OH 43614** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **RICHARD WILLIAMS** | ☐ Contingent | |
| | **521 OAKLAND AVE** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21223** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **RICHELIEU WILLIAMS** | ☐ Contingent | |
| | **3290 WELLBROOK DRIVE** | ☐ Unliquidated | |
| | **LOGANVILLE, GA 30052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **RICHELLE ROLLE** | ☐ Contingent | |
| | **15800 NW 42 AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.00** |
| | **Richfield Chiropractic Center** | ☐ Contingent | |
| | **4028 Broadview Rd. #C** | ☐ Unliquidated | |
| | **Richfield, OH 44286** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6858** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **RICKEISHA HENRY** | ☐ Contingent | |
| | **23930 BANBURY CIRCLE** | ☐ Unliquidated | |
| | **APT 6** | ☐ Disputed | |
| | **WARRENSVILLE, OH 44128** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **RICKELL JOHNSON** | ☐ Contingent | |
| | **15800 NW 42 AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.118 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RICKIA MONCUR** | ☐ Contingent | |
| | **15800 NW 42 AVENUE** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33054** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.118 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RICKIYA THOMAS** | ☐ Contingent | |
| | **3351 SHREWSBURY RD** | ☐ Unliquidated | |
| | **ABINGDON, MD 21009** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RICKY CRUZ** | ☐ Contingent | |
| | **4475 GINGER AVENUE** | ☐ Unliquidated | |
| | **DALLAS, TX 75211** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RICKY DAVIS** | ☐ Contingent | |
| | **406C DALEY** | ☐ Unliquidated | |
| | **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| | **BALTIMORE, MD 21216** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RIDWAN OBAFEMI-BABATUNDE** | ☐ Contingent | |
| | **3514 CORN STREAM RD** | ☐ Unliquidated | |
| | **RANDALLSTOWN, MD 21133-2437** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RIDWAN SHUAIB** | ☐ Contingent | |
| | **1 TIDEWATER CT** | ☐ Unliquidated | |
| | **APT K** | ☐ Disputed | |
| | **COCKEYSVILLE, MD 21030** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **RIELEY WINDMANN** | ☐ Contingent | |
| | **357 S. MEADOW SONG CT.** | ☐ Unliquidated | |
| | **NEW PALESTINE, IN 46163** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118 47**

**Nonpriority creditor's name and mailing address**
**RIFATH ARA ALAM BARSHA**
**2906 SAINT PAUL ST, APT 3C**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 48**

**Nonpriority creditor's name and mailing address**
**Right Click Marketing & Management**
**PO Box 327**
**Hinckley, OH 44233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 49**

**Nonpriority creditor's name and mailing address**
**RIGOBERTO CASTILLO**
**1107 NORTH DUNCANVILLE ROAD**
**DUNCANVILLE, TX 75104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 50**

**Nonpriority creditor's name and mailing address**
**RIHAM ALABED**
**3850 WYNDHAM RIDGE DR APT 207**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 51**

**Nonpriority creditor's name and mailing address**
**RIHAM ALABED**
**2031 TRICASO DR**
**N CANTON, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 52**

**Nonpriority creditor's name and mailing address**
**Riky Phoeng**
**204 Vista Dr.**
**Columbus, OH 43230-5908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 53**

**Nonpriority creditor's name and mailing address**
**RIKY PHOENG**
**204 VISTA DRIVE**
**GAHANNA, OH 43230-5908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.118 54 | |

**Nonpriority creditor's name and mailing address**
**RILEY CARR**
**4709 LABURNUM DR**
**AKRON, OH 44319**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.118 55 | |

**Nonpriority creditor's name and mailing address**
**RILEY DALY**
**14980 S DIXIE HWY**
**MONROE, MI 48161**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.118 56 | |

**Nonpriority creditor's name and mailing address**
**RILEY DEARTH**
**5585 CHAPEL HILL COURT SOUTH**
**WARREN, OH 44483**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.118 57 | |

**Nonpriority creditor's name and mailing address**
**RILEY GIBBS**
**11853 OLD MILL RD**
**SPENCER, OH 44275**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.118 58 | |

**Nonpriority creditor's name and mailing address**
**RILEY HARPSTER**
**1914 TOWNSHIP ROAD 1095**
**ASHLAND, OH 44805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.118 59 | |

**Nonpriority creditor's name and mailing address**
**RILEY KEONIG**
**202 LAUREL WOODS WAY**
**CURRITUCK, NC 02792-9972**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.118 60 | |

**Nonpriority creditor's name and mailing address**
**RILEY KIZER**
**5352 COMMONWEALTH AVE**
**MASON, OH 45040**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.118<br>61 | **Nonpriority creditor's name and mailing address**<br>**RILEY KOENIG**<br>**202 LAUREL WOODS WAY**<br>**CURRITUCK, NC 02792-9972**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.118<br>62 | **Nonpriority creditor's name and mailing address**<br>**RILEY WOMACK**<br>**2645 BOCAGE LAKE DR**<br>**BATON ROUGE, LA 70809-1040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.118<br>63 | **Nonpriority creditor's name and mailing address**<br>**RINAJAH MUNNINGS**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.118<br>64 | **Nonpriority creditor's name and mailing address**<br>**RIONA MAHARAJ**<br>**3605 HIGH RIDGE WAY APT. 105**<br>**BOYNTON BEACH, FL 33426**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.118<br>65 | **Nonpriority creditor's name and mailing address**<br>**RIPOLL O'CONNOR**<br>**816 E. MOWRY DR.    APT.# 817**<br>**HOMESTEAD, FL 33030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.118<br>66 | **Nonpriority creditor's name and mailing address**<br>**RISAKO KADO**<br>**1216 SUNBURY RD**<br>**COLUMBUS, OH 43210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.118<br>67 | **Nonpriority creditor's name and mailing address**<br>**RISHIKUMAR PATEL**<br>**2552 CONRAD AVENUE**<br>**AKRON, OH 44314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RISIKATU GIWA-OTUSAJO**
**3502 DIAZ CT**
**RANDALLSTOWN, MD 21133-2510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Risk Matters, LLC**
**811 Madison Ave.**
**Toledo, OH 43604**

Date(s) debt was incurred _

Last 4 digits of account number  **DU01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RITCHKIA CADET**
**720 NW 113TH ST**
**MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIVER ALLBAUGH**
**8406 ALDERPOINT TERRACE NW**
**PICKERINGTON, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $286.40 |
|---|---|---|---|

**River Centre Clinic**
**5465 Main St.**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,892.00 |
|---|---|---|---|

**RIVER OAKS HOSPITAL**
**PO BOX 538488**
**NEW ORLEANS, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  **0862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.09 |
|---|---|---|---|

**Riverside Methodist Hospital**
**3535 Olentangy River Rd.**
**Columbus, OH 43214**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.118 75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,705.00** |
|---|---|---|---|
| | **Riverside Surgical Associates**<br>**3545 Olentangy River Rd.**<br>**#525**<br>**Columbus, OH 43214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  7010** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **RIYA PATEL**<br>**528 GENTRY CIR E**<br>**RICHMOND HEIGHT, OH 44143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Rnija Dean**<br>**2308 Tarelton Ln**<br>**Apt. E**<br>**Parkville, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ROAA ELHAG**<br>**10 SOMERSET AVE**<br>**POCOMOKE CITY, MD 21851-1339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ROAMEL HENRY**<br>**6012 OFFSHORE GRN**<br>**COLUMBIA, MD 21045-3822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ROASIA SMITH**<br>**2738 RENEGADE DRIVE**<br>**APT. 102**<br>**ORLANDO, FL 32808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ROASIA SMITH**<br>**984 VINERIDGE RUN**<br>**APT 202**<br>**ALTAMONTE SPRINGS, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT ALLING**
**7 COLYER ROAD**
**FREDERICKSBURG, VA 22406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT BALCH**
**7424 SANDY CREEK RD**
**SANTA FE, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT BALLI**
**2375 SHADE PARK DRIVE**
**AKRON, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT BARCLAY**
**2501 WEST ALLEGHENY AVENUE**
**PHILADELPHIA, PA 19132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT BARNETT**
**2500 NW 110 TERRACE**
**SUNRISE, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT BARTON**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT BASKERVILLE**
**3729 PATTERSON AVE**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERT BOGANTZ**
**14655 TRENTON RD**
**SUNBURY, OH 43074-9332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERT BRUNNER**
**2510 W VILLAGE DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERT CANNON**
**15250 OLD MANSFIELD RD**
**FREDERICKTOWN, OH 43019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERT DAVIS**
**13889 FISH EAGLE DRIVE WEST**
**JACKSONVILLE, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERT DEANS**
**14630 ENSIGN ROAD**
**BURTON, OH 44021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERT EASTERLING**
**2751 KINGSFORD DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$244.20** |
|---|---|---|---|

**Robert F. Naples, DO**
**2249 State Rt. 5**
**Cortland, OH 44410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4565**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.118 96**

**Nonpriority creditor's name and mailing address**
**ROBERT FRYE**
**377 VISTA RIDGE DRIVE**
**SOUTH LEBANON, OH 45065-8758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 97**

**Nonpriority creditor's name and mailing address**
**ROBERT GALLEGOS**
**2224 VZ COUNTY ROAD 2801**
**MABANK, TX 75147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 98**

**Nonpriority creditor's name and mailing address**
**ROBERT HOLDEN**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 99**

**Nonpriority creditor's name and mailing address**
**ROBERT INGRAM**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 00**

**Nonpriority creditor's name and mailing address**
**ROBERT JOBE**
**6175 BEAVER LAKE DRIVE**
**GROVE CITY, OH 43123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 01**

**Nonpriority creditor's name and mailing address**
**ROBERT JONES**
**5817 WESLEYAN DRIVE**
**PO BOX A207**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 02**

**Nonpriority creditor's name and mailing address**
**ROBERT KELLEY**
**3112 MARKWOOD LN**
**SPRINGFIELD, IL 62712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.119 03 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ROBERT KOPKO** **15630 RIVER VIEW PL** **PERRYSBURG, OH 43551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 04 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ROBERT LONG** **2401 FORT DR** **SUITLAND, MD 20746-1113** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 05 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$520.00** |
| **ROBERT M. PEROVICH MD** **2855 N University Dr Ste 500** **CORAL SPRINGS, FL 33065** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  6713 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 06 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ROBERT MARTIN** **6510 MAIN ST. #109** **MIAMI LAKES, FL 33014** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ROBERT MASON** **2205 NORTH PANNES AVENUE** **COMPTON, CA 90221** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ROBERT MCCLELLAN** **25300 ROCKSIDE ROAD APT 426** **BEDFORD HEIGHTS, OH 44146** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.64** |
| **Robert Mercante** **145 Greens Rd.** **Fort Lauderdale, FL 33321** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.119 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **ROBERT NAPPIER** **9951 GOOD LUCK RD APT T3** **LANHAM, MD 20706-3268** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **ROBERT NELSON** **1191 LAKE ROAD** **CONNEAUT, OH 44030** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **ROBERT PAULINO** **17365 SW 31ST COURT** **MIRAMAR, FL 33029** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $362.02 |
| | **ROBERT PICKARD** **7000 SW 62nd Ave** **CORAL GABLES, FL 33146** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number  9165 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $131.38 |
| | **Robert S. Smith, MD, Inc.** **11810 Wills Rd.** **Alpharetta, GA 30009** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **Robert Spies** **16 Pepper Ridge Rd.** **Cleveland, OH 44124** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **ROBERT STRADER** **7326 CAPEL DRIVE** **INDIANAPOLIS, IN 46259** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.119<br>17 | **Nonpriority creditor's name and mailing address**<br>**ROBERT TEACHEY**<br>**6716 GREEN HAVEN RD**<br>**LANHAM, MD 20706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119<br>18 | **Nonpriority creditor's name and mailing address**<br>**ROBERT THORNTON**<br>**3821 REXMERE RD**<br>**BALTIMORE, MD 21218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119<br>19 | **Nonpriority creditor's name and mailing address**<br>**ROBERT TOELKE**<br>**607 PINE VALLEY LN APT 203**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119<br>20 | **Nonpriority creditor's name and mailing address**<br>**ROBERT VARGO**<br>**71536 NEGUS RD**<br>**MARTINS FERRY, OH 43935**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.119<br>21 | **Nonpriority creditor's name and mailing address**<br>**ROBERT W EGERMAYER PT**<br>**522 S Broad St**<br>**GLEN ROCK, NJ 07452**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  9355 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,130.00**

---

| | |
|---|---|
| 3.119<br>22 | **Nonpriority creditor's name and mailing address**<br>Robert W. Cutsinger, PAC<br>1500 E Medical Center Dr.<br>SPC 5864<br>Ann Arbor, MI 48109<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  6289 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,091.00**

---

| | |
|---|---|
| 3.119<br>23 | **Nonpriority creditor's name and mailing address**<br>**ROBERT WILSON**<br>**458 SAUNDERS AVE**<br>**AKRON, OH 44319**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.119 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO ALER-VELAZQUEZ**
**1567 TWIN OAKS DR**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO BARRETO**
**13310 N. CALUSA CLUB DRIVE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO CAO**
**15720 TURNBERRY DRIVE**
**MIAMI LAKES, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO CARLOS SANCHEZ PEREZ**
**201A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO DOMINGUEZ**
**727 HOOVER STREET**
**CHANNELVIEW, TX 77530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO GONZALEZ-HEREDIA**
**518 ASBURY PARK**
**GARLAND, TX 75043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ROBERTO HERNANDEZ**
**221 JORDAN DRIVE**
**DESOTO, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 31 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **ROBERTO MEJIA** 469 BUCKINGHAM CIRCLE DAVENPORT, FL 33897 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | | |

| 3.119 32 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **ROBIN BRAZLEY** 7611 POST ROAD HANOVER, MD 21076 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.119 33 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **ROBIN JONES** 4700 RENWICK AVE BALTIMORE, MD 21206 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.119 34 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **ROBIN MCDONALD** 2502 RIGGS AVE BALTIMORE, MD 21216 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.119 35 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$2,134.82** |
| **Robinson Health System** 6847 N Chestnut St. Ravenna, OH 44266 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.119 36 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **ROBYN MARCHMAN** 1715 ZABALA DRIVE DALLAS, TX 75002 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.119 37 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.00** |
| **ROBYN MILLER** 2825 N.W 96TH STREET MIAMI, FL 33147 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.119 38 | **Nonpriority creditor's name and mailing address**<br>**ROBYN ONUORAH**<br>**9570 RIGGS STREET**<br>**BEAUMOUTH, TX 77707** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 39 | **Nonpriority creditor's name and mailing address**<br>**ROBYN-LEIGH HEARNE**<br>**809 NE 199TH ST APT 101**<br>**MIAMI, FL 33179-3076** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 40 | **Nonpriority creditor's name and mailing address**<br>**ROBYN-LEIGH HEARNE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 41 | **Nonpriority creditor's name and mailing address**<br>**ROCHELLE JOHNSON**<br>**13446 BUCHANAN DR**<br>**FORT WASHINGTON, MD 20744-2904** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 42 | **Nonpriority creditor's name and mailing address**<br>**ROCHELLE RIOS**<br>**1116 W BOGART RD**<br>**SANDUSKY, OH 44870** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 43 | **Nonpriority creditor's name and mailing address**<br>**Rodger Dilla**<br>**627 Crosby St.**<br>**Akron, OH 44302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 44 | **Nonpriority creditor's name and mailing address**<br>**RODGER DILLA**<br>**627 CROSBY ST.**<br>**APT. A**<br>**AKRON, OH 44302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119 45**

**Nonpriority creditor's name and mailing address**

**RODGER GURDON**
**12424 GABLE LANE**
**FORT WASHINGTON, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 46**

**Nonpriority creditor's name and mailing address**

**RODGERICK LITTLEJOHN**
**6159 MARK DRIVE**
**BEDFORD, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 47**

**Nonpriority creditor's name and mailing address**

**RODHEIM AUSTIN**
**1054 CALIENTE DRIVE**
**APT #10**
**JACKSONVILLE, FL 32211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 48**

**Nonpriority creditor's name and mailing address**

**RODMAN ALLEN**
**12904 ST. LOUIS**
**DETROIT, MI 48212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 49**

**Nonpriority creditor's name and mailing address**

**RODNER GUERRIER**
**1129 NW 145TH TER**
**MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 50**

**Nonpriority creditor's name and mailing address**

**RODNEY AUGUSTUS**
**505D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 51**

**Nonpriority creditor's name and mailing address**

**RODNEY BETHEL**
**9911 SW 14 ST**
**HOLLYWOOD, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.119 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY COLEMAN**
**4214 COPELAND STREET**
**DALLAS, TX 75210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY GARVEY**
**1529 NORTHWICK RD**
**BALTIMORE, MD 21218-1605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY MEYERS**
**9722 ECHOVIEW COURT**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY MYERS**
**9722 ECHOVIEW COURT**
**PICKERINGTON, OH 43147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY PORTER**
**460 CORNELL CT**
**GLEN BURNIE, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY PRICE**
**27 MORRIS DRIVE**
**SICKLERVILLE, NJ 08081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RODNEY TAYLOR**
**16305 EPSILON CT**
**BOWIE, MD 20716-3916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 59**

**Nonpriority creditor's name and mailing address**

**RODNEY WEATHERSPOON**
**11550 SW 26TH STREET**
**APT. 206**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 60**

**Nonpriority creditor's name and mailing address**

**RODNEY WOMBLE**
**2983 NW 1ST STREET REAR**
**POMPANO BEACH, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 61**

**Nonpriority creditor's name and mailing address**

**RODNISHA CLIFTON**
**1533 S KEDVALE**
**CHICAGO, IL 60623**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 62**

**Nonpriority creditor's name and mailing address**

**RODRICK ANDERSON**
**611 SW 29TH TERRACE**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 63**

**Nonpriority creditor's name and mailing address**

**RODRICK HARRISON**
**3925 EDNOR RD**
**BALTIMORE, MD 21218-2054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 64**

**Nonpriority creditor's name and mailing address**

**RODRIGO IGLESIAS**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 65**

**Nonpriority creditor's name and mailing address**

**RODRIGO IGLESIAS**
**505 VINE STREET APT#306**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.119 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RODRIGO SELAIMEN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.119 67 |
|---|

**Nonpriority creditor's name and mailing address**
**ROGER ALLEN**
**5442 SW 23RD STREET**
**HOLLYWOOD, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 68 |
|---|

**Nonpriority creditor's name and mailing address**
**ROGER GIOVINO**
**8241 SW 15TH STREET APT. 1123**
**PLANATION COLONY**
**PLANTATION, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 69 |
|---|

**Nonpriority creditor's name and mailing address**
**ROGER MCINTYRE**
**426 GALLERY DRIVE**
**MARYSVILLE, OH 43040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 70 |
|---|

**Nonpriority creditor's name and mailing address**
**Rohit Prakash, MD**
**255 Dueber Ave. SW**
**Canton, OH 44706**

Date(s) debt was incurred _

Last 4 digits of account number **7713**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

| 3.119 71 |
|---|

**Nonpriority creditor's name and mailing address**
**Roholt Vision Institute, Inc.**
**5890 Mayfair Rd**
**North Canton, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number **6916**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$95.00

---

| 3.119 72 |
|---|

**Nonpriority creditor's name and mailing address**
**ROJA ESMAEELI**
**1350 N HOWARD ST., APT 611**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.119 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ROJAI RUSSELL** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ROLAND GERMAIN** **1762 NE 170TH ST** **NORTH MIAMI BEACH, FL 33162-3052** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ROLAND LUGO ARROYO** **2622 MAGAZINE ST APT 2** **NEW ORLEANS, LA 70130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ROLAND MARTINEZ** **1251 CORAL WAY** **CORAL GABLES, FL 33134** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$588.00** |
|---|---|---|---|
| | **Roland Paredes, MD** **2323 W 5th Ave.** **Ste. 200** **Columbus, OH 43204** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __1387__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ROLONDA TAYLOR** **1414 WEST 26TH STREET** **NORFOLK, VA 23513** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ROMAN BENNETT** **1701 E. STREET NE** **4TH** **WASHINGTON, DC 20002** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.119<br>80 | **Nonpriority creditor's name and mailing address**<br>**ROMAN CLARK**<br>**918 MAIN ST**<br>**DEALE, MD 20751-9609**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.119<br>81 | **Nonpriority creditor's name and mailing address**<br>**ROMARIO ATKINSON**<br>**18515 NW 23RD CT.**<br>**MIAMI GARDENS, FL 33056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.119<br>82 | **Nonpriority creditor's name and mailing address**<br>**ROMARIO ATKINSON**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.119<br>83 | **Nonpriority creditor's name and mailing address**<br>**ROMER CASTELLANO**<br>**10869 NW 81 LN**<br>**MIAMI, FL 33178**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.119<br>84 | **Nonpriority creditor's name and mailing address**<br>**ROMY JOSEPH**<br>**509 NE 38TH ST**<br>**MIAMI, FL 33137**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.119<br>85 | **Nonpriority creditor's name and mailing address**<br>**RON ELLIS PSY D**<br>**1881 N University Dr Ste 202**<br>**CORAL SPRINGS, FL 33071**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **2266** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,700.00** |

| | | |
|---|---|---|
| 3.119<br>86 | **Nonpriority creditor's name and mailing address**<br>**RONALD GUERRIER**<br>**2900 NW 210 TERRACE**<br>**MIAMI GARDENS, FL 33056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.119 87**

**Nonpriority creditor's name and mailing address**
**RONALD KNIGHTSHED**
**9308 E. CLAIBORNE PKWY.**
**AVONDALE, LA 70094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 88**

**Nonpriority creditor's name and mailing address**
**Ronald Lau, MD**
**557 Cranbury Rd. #22**
**East Brunswick, NJ 08816**

Date(s) debt was incurred _

Last 4 digits of account number **6894**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$231.00**

---

**3.119 89**

**Nonpriority creditor's name and mailing address**
**RONALD NOWAK**
**1343 OAK HILL CT APT 99**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 90**

**Nonpriority creditor's name and mailing address**
**RONALD ROSALES**
**5817 WESLEYAN DRIVE**
**PO BOX B246**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 91**

**Nonpriority creditor's name and mailing address**
**RONALD ROSALES**
**7277 KATHY STREET**
**EASTON, MD 21601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 92**

**Nonpriority creditor's name and mailing address**
**RONALD SHERIDAN**
**2123 NORTH FULTON AVE**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 93**

**Nonpriority creditor's name and mailing address**
**RONALD SHERIDAN, III**
**2123 NORTH FULTON AVE**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.119 94 | **Nonpriority creditor's name and mailing address** **Ronald W. Atwood** **108 Knell's Ridge Blvd. #100** **Chesapeake, VA 23320** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.29** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 95 | **Nonpriority creditor's name and mailing address** **RONALD WILLIAMS** **1444 MILLERDALE RD** **COLUMBUS, OH 43209** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 96 | **Nonpriority creditor's name and mailing address** **RONDELL COPPAGE** **5946 SOUTH THROOP STREET** **CHICAGO, IL 60636** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 97 | **Nonpriority creditor's name and mailing address** **RONEKA ECCLESTON** **7211 ORLEANS ST.** **HOLLYWOOD, FL 33023** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 98 | **Nonpriority creditor's name and mailing address** **RONELLE REURY** **22 SKIPJACK CT** **BALTIMORE, MD 21221-3053** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 99 | **Nonpriority creditor's name and mailing address** **RONESHA BLUNT** **21040 NW 37 COURT** **CAROL CITY, FL 33055** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 00 | **Nonpriority creditor's name and mailing address** **RONESHA WARD** **2770 NW 198TH TERRACE** **MIAMI GARDENS, FL 33056** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONG LI**
**3101 SW 119TH AVE**
**UNIT 306**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONGCHENG XU**
**437 LOVISA ST**
**AKRON, OH 44311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONGZHENG LYU**
**3625 N COUNTRY CLUB DR APT 808**
**AVENTURA, FL 33180-1712**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONI LUOKKAMAKI**
**16401 NW 37TH AVE**
**CASCIA 203**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONICIA LEWIS**
**3202 WHITE AVE FL 2WETH**
**BALTIMORE, MD 21214**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONIL GANDHI**
**1415 HUNTERS LAKE DR E**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronit Shah**
**2635 Broadway St.**
**Apt. 12**
**Toledo, OH 43609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 08 | **Nonpriority creditor's name and mailing address** **RONKERRIA PETTIGREW** **429 ROYAL PALM CT** **PAHOKEE, FL 33476** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|

| 3.120 09 | **Nonpriority creditor's name and mailing address** **RONNIE RIVERA** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.120 10 | **Nonpriority creditor's name and mailing address** **RONNIE WALLINGFORD** **80 E. EXCHANGE ST.** **APT 222D** **AKRON, OH 44308** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.120 11 | **Nonpriority creditor's name and mailing address** **Ronny Orta** **3090 Palm Trace Landings** **Fort Lauderdale, FL 33314** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.120 12 | **Nonpriority creditor's name and mailing address** **RONSAIAH KUIPERS** **1446 COBURG RD** **COLUMBUS, OH 43227** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.120 13 | **Nonpriority creditor's name and mailing address** **RONZARIAN DAY** **930 HARLANDALE** **DALLAS, TX 75216** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.120 14 | **Nonpriority creditor's name and mailing address** **ROODY ROMAIN** **3316 NW 32ND STREET** **FORT LAUDERDALE, FL 33309** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.120 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ROOSEVELYNE JEANPAUL** **4001 NORTH WEST 38TH TERRACE** **FORT LAUDERDALE, FL 33309** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.77** |
| **ROPOS RHEUMATOLOGY ASSOC PL** **6405 N Federal Hwy 103** **FT LAUDERDALE, FL 33308** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number 9334 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **RORY KELLY** **28115 SOUTHBRIDGE CIR** **WESTLAKE, OH 44145** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ROSA BROWN** **3145 NW 68TH ST** **MIAMI, FL 33147-6627** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ROSA GAONA** **1721 CARAVAN TRL** **DALLAS, TX 75241** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ROSA MARTINEZ** **4950 NW 196TH TER** **MIAMI GARDENS, FL 33055-1745** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ROSALIND JONES** **3039 GRAYSON ST** **BALTIMORE, MD 21216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1734 of 3613

---

| 3.120 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSALIND JONES**
**3001 WEST NORTH AVE APT 102**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSALIND SHELTON**
**5434 JONQUIL AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSANA PORCAYO**
**1009 WOODBROOK STREET**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSE MARIE LAURE KEBE**
**5319 DORIS DR**
**WALDORF, MD 20601-3223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSE PIERRE**
**1929 NE 173RD ST.**
**NORTH MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSE PIERRE**
**3500 NW 33RD ST**
**LAUDERDALE LAKES, FL 33309-5406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSE TELLINGTON**
**2954 GARRISON BLVD, APARTMENT A**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.120 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSE-DARLINE JEAN-PAUL**
**13757 NE3RD CT APT A211**
**NORTH-MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSE-MARTHA LEFEVRE**
**14755 GARDEN DR.**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSELAINE BELORME**
**13101 MEMORIAL HWY APT 106**
**MIAMI, FL 33161-3901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSELORE EDOUARD**
**5673 WESTVIEW DR**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSEMARY NOLDON-MCCALL**
**18833 NW 32RD AVENUE**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSHAN GHIMIRE**
**3408 UPTON RD**
**PARKVILLE, MD 21234-3334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSHANA DAVIS**
**638 NE 166TH ST**
**APT 1**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSIE MIRANDA**
**9710 NW 7TH CIRCLE**
**APT. 1036**
**PLANTATION, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSIE MIRANDA**
**7400 STIRLING ROAD APT. 626**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSLYN RICHARDSON**
**1673 NORTHBOURNE ROAD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSLYN RICHARDSON**
**1100 MONTPELIER STREET**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSS COGAN**
**358 CANTERBURY RD**
**BAY VILLAGE, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ross Johnston**
**3100 W Rolling Hills Cir.**
**104**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSS THOMPSON**
**4930 DEFIANCE TRAIL**
**DELPHOS, OH 45833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROSY DHAKAL**
634 EAST BUCHTEL AVE APT 303
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,630.60 |
|---|---|---|---|

**ROTHMAN SPECIALTY HOSPITAL**
PO BOX 1365
BENSALEM, PA 19020

Date(s) debt was incurred _

Last 4 digits of account number  8132

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROTNEI GRIFFIN**
3914 E PRATT ST
BALTIMORE, MD 21224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROXANA ROS**
12900 SW 190 ST
MIAMI, FL 33177

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROY FREEMAN**
6425 SOUTH LOWE STREET
CHICAGO, IL 60621

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROY WARD**
2022 HILLENWOOD RD
BALTIMORE, MD 21239-3621

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROYA AMIRNIROUMAND**
18011 BISCAYNE BLVD
APT 803
AVENTURA, FL 33160

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120<br>50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.94 |

**ROYAL PALM OBGYN PA**
**8110 Royal Palm Blvd.**
**Suite 108**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4893**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ROYELLE COOK**
**13416 LORD DUNBORE PL**
**UPPER MARLBORO, MD 20772-5931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ROYSTOM WALTERS**
**302D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RTREVIA RANDOLPH**
**207 FOX HOLLOW DR**
**RED OAK, TX 75154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RUBBIN JACOBS**
**6977 TOMAHAWK TRL**
**REYNOLDSBURG, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RUBEN RAMOS**
**17963 SW 29 LANE**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120<br>56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RUBEN SANCHEZ**
**1000 PARKWIEW DRIVE**
**APT 519**
**HALLANDALE, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.120 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUBIA SHAIK**
**401 S. MAIN STREET**
**UNIT# 429A**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUBIN SMITH-BASTIAN**
**14629 SW 15TH CT**
**PEMBROKE PINES, FL 33027-6514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rude Henry**
**2960 NW 55th Ave.**
**Apt. 2B**
**Fort Lauderdale, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUDE HENRY**
**5713 NW 74TH AVE**
**TAMARAC, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUDEL SAUNDERS**
**1315 OAK HILL CT APT 167**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUDIEL ROBERTS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**RUDOLF ZAMOR**
**13655 NE 10 AVENUE APT 303**
**NORTH MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

---

| 3.120 64 | **Nonpriority creditor's name and mailing address**<br>**RUEBEN DURKEE**<br>**273 BARDER AVE**<br>**AKRON, OH 44305**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.120 65 | **Nonpriority creditor's name and mailing address**<br>**RUFINO GARCIA**<br>**1610 EARBAYOUDRAPT, APT 29**<br>**CHANNELVIEW, TX 77530**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.120 66 | **Nonpriority creditor's name and mailing address**<br>**RUFUS SMALLWOOD**<br>**4430 MAPLE WOOD DR**<br>**BALTIMORE, MD 21207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.120 67 | **Nonpriority creditor's name and mailing address**<br>**RUFUS WIGGINS**<br>**1018 E. 21 AVE**<br>**TAMPA, FL 33605**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.120 68 | **Nonpriority creditor's name and mailing address**<br>**RUI HUANG**<br>**1496 HAMPTON KNOLL DR.**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.120 69 | **Nonpriority creditor's name and mailing address**<br>**RUI HUANG**<br>**1792 HAMPTON KNOLL DR.**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.120 70 | **Nonpriority creditor's name and mailing address**<br>**RUIHAO SHEN**<br>**77 FIR HILL ST. APT. 5C9**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 71 | **Nonpriority creditor's name and mailing address** **RUIMENG ZHANG** **2200 HIGH ST.** **#159** **CUYAHOGA FALLS, OH 44221** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 72 | **Nonpriority creditor's name and mailing address** **RUIXIA ZHANG** **2550 CHAMBERLAIN ROAD APARTMENT B3** **FAIRLAWN, OH 44333** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 73 | **Nonpriority creditor's name and mailing address** **RUKAYAT ARIORI** **5938 GLEN FALLS AVE** **BALTIMORE, MD 21206-2521** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 74 | **Nonpriority creditor's name and mailing address** **RUNDONG HUANG** **55 FIR HILL #6B6** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 75 | **Nonpriority creditor's name and mailing address** **RUNYAO ZHU** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 76 | **Nonpriority creditor's name and mailing address** **RUOFAN LIU** **2200 HIGH ST. APT. 466** **CUYAHOGA FALLS, OH 44221** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.120 77 | **Nonpriority creditor's name and mailing address** **RUOYING CHEN** **12026 NE 16TH AVE, APT 103** **MIAMI, FL 33162** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| **3.120<br>78** | |

**Nonpriority creditor's name and mailing address**

**RUSOL YASIN**
**19220 EAST OAKMONT DRIVE**
**MIAMI, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.120<br>79** | |

**Nonpriority creditor's name and mailing address**

**Russell Crawford**
**1512 - 12th Rd.**
**Nampa, ID 83686**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$140.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.120<br>80** | |

**Nonpriority creditor's name and mailing address**

**RUSSELL DAVIS**
**8904 LOUGHRAN TERRACE**
**FORT WASHINGTON, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.120<br>81** | |

**Nonpriority creditor's name and mailing address**

**RUSSELL MORGAN**
**49 ALBEMARIE RD**
**LAWRENCEVILLE, NJ 08648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.120<br>82** | |

**Nonpriority creditor's name and mailing address**

**RUSSELL STEINER**
**104-60 QUEENS BOULEVARD**
**10G**
**FOREST HILLS, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.120<br>83** | |

**Nonpriority creditor's name and mailing address**

**RUTA HABTEMARIAM**
**3373 ARDLEY COURT**
**FALLS CHURCH, VA 22041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.120<br>84** | |

**Nonpriority creditor's name and mailing address**

**RUTH BELOTTE**
**1393 NE 145 ST**
**MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ruth Friedman**
**177 N Portage Path**
**Apt. 10**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RUTH FRIEDMAN**
**1288 SHANLEY DRIVE**
**COLUMBUS, OH 43224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.00 |
|---|---|---|---|

**Ruth M. Farrell, MD**
**9500 Euclid Ave.**
**Cleveland, OH 44195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4542**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.98 |
|---|---|---|---|

**Rutherford County Primary Care**
**1453 Hope Way**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RUTZA RICHEMOND**
**1981 NW 43RD TERRACE**
**APT 266**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RUVIMBO ZVIDZAI**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN ABRAMS**
**7134 PRAIRIE FLOWER LANE**
**FRISCO, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN APPLEWHITE**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN BROWN**
**10155 NICHOLS ROAD**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN BRYCE**
**18710 NW 27TH AVE**
**APT 206**
**CAROL CITY, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN BRYCE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN CAIN**
**1700 E COLD SPRING LN**
**BALTIMORE, MD 21251-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN CAREY**
**547 EAST PIONEER TRAIL**
**AURORA, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN CASH**
**8799 LEYLAND AVE**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 99 | **Nonpriority creditor's name and mailing address** **RYAN DE LOS REYES** **2321 PALMETTO STREET** **NORFOLK, VA 23513** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 00 | **Nonpriority creditor's name and mailing address** **RYAN ELZY** **8700 SOUTHSIDE BLVD APT 612** **JACKSONVILLE, FL 32256** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 01 | **Nonpriority creditor's name and mailing address** **RYAN FASHEMPOUR** **347 DARROW AVE** **TOLEDO, OH 43607** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 02 | **Nonpriority creditor's name and mailing address** **RYAN FORSTON** **3575 NW 204TH TERRACE** **MIAMI GARDENS, FL 33056** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 03 | **Nonpriority creditor's name and mailing address** **RYAN GREENWOOD** **676 SECOND STREET #4** **FAIRPORT HARBOR, OH 44077** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 04 | **Nonpriority creditor's name and mailing address** **RYAN HOYNG** **813 WINDSOR CIRCLE** **CELINA, OH 45822-1158** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 05 | **Nonpriority creditor's name and mailing address** **RYAN JACKWOOD** **1656 TWIN OAKS DR** **TOLEDO, OH 43615** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RYAN JERGER**
**5503 PALEO PINES CIRCLE**
**FORT PIERCE, FL 34951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Kasprzak**
**5788 Dee Dr.**
**Hilliard, OH 43026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Louallen**
**266 Reece Lane**
**Seymour, TN 37865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RYAN LOVE**
**9388 HICKORY RIDGE DRIVE**
**STREETSBORO, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RYAN LUPIA**
**4272 S.E. COVE LAKE CIRCLE**
**#104**
**STUART, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RYAN MARTIN**
**1465 MADISON AVE.**
**IC**
**NEW YORK, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RYAN MARTIN-WAGAR**
**44 KENILWORTH**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN MASON**
**1427 NORTH AISQUITH ST**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN MAXWELL**
**934 GABLE AVENUE**
**DUNCANVILLE, TX 75137**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN MAXWELL**
**2832 SAND RUN PKWY**
**FAIRLAWN, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN MCCOY**
**290 TROPIC ST**
**JACKSON, OH 45640**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan McCurry**
**2805 Garfiled St.**
**Belmar, NJ 07719**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYAN MORGAN**
**4820 LANIER AVE**
**BALTIMORE, MD 21215-6502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Morton**
**4012 W Bancorft St.**
**Apt. 2**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RYAN MOUNT**
**2568 PEACH LANE**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RYAN O'CONNELL**
**3859 RIVER RD**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RYAN O'NEILL**
**5817 WESLEYAN DRIVE**
**PO BOX 285**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RYAN PATERAK**
**9702 MCCRACKEN**
**GARFIELD HEIGHTS, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Plucinski**
**5939 Tyalor Rd.**
**Clinton, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RYAN SAYERS**
**4575 1/2 S CANFIELD NILES RD**
**CANFIELD, OH 44406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RYAN SAYKO**
**2856 NUNNERY RD**
**SKANEATELES, NY 13152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.121 27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN SEARS** | ☐ Contingent | |
| **1130 4 SEASONS DR APT 4** | ☐ Unliquidated | |
| **TOLEDO, OH 43615** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN SEARS** | ☐ Contingent | |
| **2505 ANTIOCH RD** | ☐ Unliquidated | |
| **PERRY, OH 44081** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN SIMI** | ☐ Contingent | |
| **1400 NORMANDY DR.** | ☐ Unliquidated | |
| **NEWARK, OH 43055** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN STROSSER** | ☐ Contingent | |
| **140 SOUTH DIXIE HIGHWAY** | ☐ Unliquidated | |
| **APT. 825** | ☐ Disputed | |
| **HOLLYWOOD, FL 33020** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN THOMAS** | ☐ Contingent | |
| **5592 CARISSA PLACE** | ☐ Unliquidated | |
| **HUGHESVILLE, MD 20637** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN THOMPSON** | ☐ Contingent | |
| **1216 SUNBURY RD** | ☐ Unliquidated | |
| **COLUMBUS, OH 43210** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RYAN TURNER** | ☐ Contingent | |
| **4438 MAPLE WOOD DR** | ☐ Unliquidated | |
| **BALTIMORE, MD 21229** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYAN TURNER** | ☐ Contingent | |
| **4417 BIRCHWOOD DR** | ☐ Unliquidated | |
| **LAUREL, MD 20723** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.121 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYAN TURNER** | ☐ Contingent | |
| **4417 BIRCHWOOD DR** | ☐ Unliquidated | |
| **BALTIMORE, MD 21229** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYAN WARDLAW** | ☐ Contingent | |
| **554 LUCIA AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21229** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYAN WIKEL** | ☐ Contingent | |
| **W186 S8977 CARDINAL CT.** | ☐ Unliquidated | |
| **MUSKEGO, WI 53150** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYAN WILLIAMS** | ☐ Contingent | |
| **3233 N ROLLING RD** | ☐ Unliquidated | |
| **WINDSOR MILL, MD 21244-2026** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYAN ZAWADA** | ☐ Contingent | |
| **1830 S COY RD** | ☐ Unliquidated | |
| **NORTHWOOD, OH 43619** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **RYANA BAIRD** | ☐ Contingent | |
| **2524 HUNLEY LOOP** | ☐ Unliquidated | |
| **KISSIMMEE, FL 34743** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.121 41**

**Nonpriority creditor's name and mailing address**
**RYANN GILLESPIE**
**1651 BROOKINS STREET**
**MEMPHIS, TN 38108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 42**

**Nonpriority creditor's name and mailing address**
**RYANNA LAIDLAW**
**1834 WONDERLICK RD**
**LIMA, OH 45805**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 43**

**Nonpriority creditor's name and mailing address**
**RYANNA REID**
**5979 FOLLENSBY DRIVE**
**WESTERVILLE, OH 43081**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 44**

**Nonpriority creditor's name and mailing address**
**Ryanna Smith**
**9674 NW 76th St.**
**Fort Lauderdale, FL 33321**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 45**

**Nonpriority creditor's name and mailing address**
**RYELLCHA MACK**
**8506 WENDELL AVENUE**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 46**

**Nonpriority creditor's name and mailing address**
**RYKER FAIRCLOTH**
**2345 NW 98 LANE**
**CORAL SPRINGS, FL 33065**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 47**

**Nonpriority creditor's name and mailing address**
**RYKER MCNICHOL**
**6818 SLAVEN DR.**
**ORLANDO, FL 32819**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.121 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYLEE BROWN**
**139 LINWOOD AVENUE NW**
**CANTON, OH 44708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYLEIGH AVANCINI**
**5817 WESLEYAN DRIVE**
**PO BOX A437**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYLEY WATT**
**310 FAIRVIEW DR**
**IRWIN, PA 15642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYLIE HOWMAN**
**527 CLEVELAND AVE**
**ASHLAND, OH 44805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYMARKABLE HUSTON-CRANE**
**5449 HOMER AVE**
**CLEVELAND, OH 44103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RYNE BOELTER**
**703 BRODERICK DRIVE**
**OXON HILL, MD 20745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**S Bilal Ahmed**
**4430 N Holland Sylvania Rd.**
**Toledo, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **S. M. MAHFUZUL ISLAM** **389 SHERMAN ST # 201** **AKRON, OH 44311** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **SAABRIAH OLIVER** **4115 WILLOW DR** **MULBERRY, FL 33860** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **SAARAH SYED** **10514 POT SPRING RD.** **COCKEYSVILLE, MD 21030** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Saba Javadi** **120 N Westwood Ave.** **Apt. 610** **Toledo, OH 43607** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **Sabina Pathan** **6344 Brixton Rd.** **Apt. 7** **Maumee, OH 43537** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **SABITA POKHREL** **634 E BUCHTEL AVE** **APT 213** **AKRON, OH 44304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| **SABITA POKHREL** **420 ALLYN ST** **AKRON, OH 44304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 62 | **Nonpriority creditor's name and mailing address**<br>**Sabrea Mackey**<br>**1700 E Cold Sping Ln**<br>**Baltimore, MD 21251**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 63 | **Nonpriority creditor's name and mailing address**<br>**SABRIA BRUTON**<br>**2306 29TH AVE E**<br>**PALMETTO, FL 34221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 64 | **Nonpriority creditor's name and mailing address**<br>**Sabrina Alam**<br>**1315 Oak Hill Ct.**<br>**Apt. 159**<br>**Toledo, OH 43614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 65 | **Nonpriority creditor's name and mailing address**<br>**SABRINA BARCENAS**<br>**12100 JOSE CISNEROS**<br>**EL PASO, TX 79936**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 66 | **Nonpriority creditor's name and mailing address**<br>**SABRINA BEEKMAN**<br>**401 SOUTHERN AVENUE LOT 17**<br>**CHILLICOTHE, OH 45601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 67 | **Nonpriority creditor's name and mailing address**<br>**SABRINA BRUTAL**<br>**5601 WASHINGTON ST APT. 38**<br>**HOLLYWOOD, FL 33021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 68 | **Nonpriority creditor's name and mailing address**<br>**SABRINA GENTLES**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.121 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sabrina Mottershead**
230 Salem Ct
Hinckley, OH 44233

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SABRINA ST. FLEUR**
6611 MOONFLOWER CT
BALTIMORE, MD 21214

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SABRYNA RAYMOND**
11935 NE 11 CT
BISCAYNE PARK, FL 33161

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SACHIEL ASENCIO**
5362 NW 190TH ST
MIAMI GARDENS, FL 33055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SADE BEA**
6918 PINE VALLEY DR
BALTIMORE, MD 21215

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SADE HOLLEY**
3900 NORTH ROGERS AVE
BALTIMORE, MD 21207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sade Lavender**
6501 Eaglewing Ln
Fort Washington, MD 20744

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SADEL JOSEPH**
**620 NW 214 STREET**
**101**
**MIAMI GARDENS, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SADIA SHAHNOOR ANIS**
**437 SUMNER ST  APT.T3**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SADIE DECKARD**
**18 TOWNSEND ST**
**WAKEMAN, OH 44889**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SADIE FAZEKAS**
**508 CROUSE ST.**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sadik Mahamud**
**482 Knob Hill Court E**
**Columbus, OH 43228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SADIKI ISAAC**
**1311 N 23RD AVE**
**HOLLYWOOD, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAEED AKBARI SHANDIZ**
**2525 KEMPER ROAD, APT 401**
**CLEVELAND, OH 44120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAEED BAJAHZAR**
**43 CHIARA COURT**
**TOWSON, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAEID GHANIYARI BENIS**
**593 BROWN ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAEID GHANIYARI BENIS**
**1173 E MAIN STREET**
**APT 3**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAFIR WEBB**
**3131 HIGHLAND AVE**
**ORANGE, NJ 07050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAGAR ACHARYA**
**7910 ALLARD CT APT 301**
**GLEN BURNIE, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAGAR MAVANI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAGE GEORGE**
**1423 OAK HILL CT APT 37**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.121 90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SAHARA JACKSON** | ☐ Contingent | |
| **102B DEDMOND** | ☐ Unliquidated | |
| **2500 WEST NORTH AVENUE** | ☐ Disputed | |
| **BALTIMORE, MD 21216** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SAHIL MAKWANA** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sahiti Mannem** | ☐ Contingent | |
| **39025 Cheshire Dr.** | ☐ Unliquidated | |
| **Northville, MI 48167** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SAI GOUD DURGAPPAGARI** | ☐ Contingent | |
| **24801 LAKESHORE BLVD,** | ☐ Unliquidated | |
| **APT B317** | ☐ Disputed | |
| **EUCLID, OH 44123** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SAI KRISHNA ENABOTHULA** | ☐ Contingent | |
| **77 FIR HILL STREET APT. 11B11** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SAI KRISHNA ENABOTHULA** | ☐ Contingent | |
| **55 FIR HILL STREET APT. 10B4** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.121 96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SAI KRISHNA GULLAPALLI** | ☐ Contingent | |
| **77 FIR HILL APARTMENT 3B11** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI KUMAR CHIRRAVURI**
**77 FIRHILL TOWERS, APT 6B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI PRAJEETH ANNAMGARI**
**77 FIR HILL , APT 3B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI PRASANNA CHINTHALA**
**907 HEMLOCK HILLS DRIVE**
**APT #D**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI PRASANNA CHINTHALA**
**634 E BUCHTEL AVENUE**
**APT #111**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI RADHA MANI ALLA**
**77 FIR HILL APT 6B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI RAMA KRISHNA VANKINA**
**1730 W ROCKET DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAI YASHWANTH PENDYALA**
**90 HIGHBLUFS BLVD.**
**COLUMBUS, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.122 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAIBREYELLE RUCKER**<br>**12521 TINSLEY TERRACE DR**<br>**APT 111**<br>**TAMPA, FL 33612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAIF NASSAR**<br>**55 FIR HL STREET, APARTEMENT 2B4**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAIGE SMITH**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX C160**<br>**VIRGINIA BEACH, VA 23455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAINADH CHILUKAMARI**<br>**1B11, 55 FIR HILL TOWERS**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAINATH JADHAV**<br>**55 FIR HILL ST,APT# 2B2**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAINATH JADHAV**<br>**77 FIR HILL STREET APT#4B11**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SAINATH REDDY SAMIREDDY**<br>**77 FIR HILL TOWERS**<br>**UNIT 6A1**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAINT ROGER BOUNTSEBE-EBOUEME**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sajan Patel**
**6721 Witeford Center Rd.**
**Lambertville, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAKIRU ADETUNJI**
**1469  ALPHADA AVENUE**
**APT C6**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAKSHI GUPTA**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALA ZIMMERMAN**
**4535 TRENTON DR S**
**JACKSONVILLE, FL 32209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALEH ALHARBI**
**7603 KINGS RUN RD**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALEM BINAFIF**
**1839 ASHTON LN APT 172**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALIH MOHAMMED**
**4332 DRESDEN ST APT #201**
**COLUMBUS, OH 43224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salim Khoso**
**15 Tiffany Square Dr.**
**Apt. 301**
**Toledo, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALLY DUERR-RODRIGUEZ**
**9406 NE 9TH AVENUE**
**MIAMI SHORES, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALMAN HARASIS**
**370 NEWTON CIRCLE**
**APT 206**
**AKRON, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALMAN HARASIS**
**1427**
**HUNTERS LAKE DR E**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALOMEY KPEKPENA**
**5642 WOODMONT AVENUE**
**APT. C**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Saloni Hedge**
**25800 Pacific Hills Dr.**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Saluştio Jeramillo**
**1401 SW 136th Ave.**
**Fort Lauderdale, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SALVADOR JAMES**
**129 FONTAINBLEAU DR**
**MANDEVILLE, LA 70471-6434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAMALA LEWIS**
**6126 NORTHWOOD DR**
**APT. A**
**BALTIMORE, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAMANTHA BEREZNAY**
**8469 AVON BELDEN RD**
**NORTH RIDGEVILL, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAMANTHA BOYD**
**4601 WESTGROVE WAY**
**ORLANDO, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samantha Buck**
**8925 Lupine Dr.**
**Reynoldsburg, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAMANTHA CANEPA**
**2715 FROST ROAD**
**MANTUA, OH 44255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SAMANTHA CAPPS
2547 EDGEBROOK CROSSING
TWINSBURG, OH 44087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 33 |
|---|

**Nonpriority creditor's name and mailing address**
SAMANTHA CATIEL MENDA
150 LORELANE PLACE
KEY LARGO, FL 33037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.122 34 |
|---|

**Nonpriority creditor's name and mailing address**
SAMANTHA CLARK
10765 CLEARY BLVD
APT. 107
PLANTATION, FL 33324-6057

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.122 35 |
|---|

**Nonpriority creditor's name and mailing address**
Samantha Dimeglio
700 SW 78th Ave.
Apt. #410
Fort Lauderdale, FL 33324

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.122 36 |
|---|

**Nonpriority creditor's name and mailing address**
Samantha Heckman
2669 Tremainsville
Toledo, OH 43613

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.122 37 |
|---|

**Nonpriority creditor's name and mailing address**
SAMANTHA HUDSON
8175 STRONGSVILLE BOULEVARD
STRONGSVILLE, OH 44149

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.122 38 |
|---|

**Nonpriority creditor's name and mailing address**
SAMANTHA KAISER
9173 KETCH RD
PLAIN CITY, OH 43064-9794

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.122 39 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Samantha Kay**
1114 Four Seasons Dr.
Apt. 3
Toledo, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 40 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Samantha Kwaku-Mensah**
3291 Greenway Dr.
Westminster, MD 21157

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 41 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMANTHA LILLY**
13944 MAPLE CIRCLE
STRONGSVILLE, OH 44136

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 42 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMANTHA MANSFIELD**
17751 GLENWOOD AVENUE
LAKE MILTON, OH 44429

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 43 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMANTHA MASON**
10340 SW 20TH STREET
HOLLYWOOD, FL 33025

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 44 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Samantha McCullough**
2706 Alisdale Dr.
Apt. 101
Toledo, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 45 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMANTHA MERINO**
855 N MADISON AVE
APT D
LOS ANGELES, CA 90029

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SAMANTHA MINOR**
**1477 CORNERSTONE STREET**
**HARTVILLE, OH 44632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SAMANTHA MYERS**
**5171 APPLEWOOD CIR**
**MONROE, MI 48161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Palencia**
**4700 Queens Grove St.**
**White Plains, MD 20695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samantha Rommel**
**8101 SW 24th Ct.**
**Apt. 306**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SAMANTHA ROSARIO**
**1513 COLONY PL**
**METAIRIE, LA 70003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SAMANTHA SANCHEZ**
**11503 SW 26TH PLACE, # 301**
**APT. 301**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SAMANTHA SANDOR**
**1625 SE 10TH AVE**
**#403**
**FORT LAUDERDALE, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 53 | **Nonpriority creditor's name and mailing address**<br>**SAMANTHA SMITH**<br>**1126 4 SEASONS DR APT 4**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.122 54 | **Nonpriority creditor's name and mailing address**<br>**Samantha Snyder**<br>**2 Bridgeport Ct.**<br>**Apt. 302**<br>**Owings Mills, MD 21117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.122 55 | **Nonpriority creditor's name and mailing address**<br>**SAMANTHA VAN SCOY**<br>**1029 KERTESZ ROAD**<br>**NEW FRANKLIN, OH 44216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.122 56 | **Nonpriority creditor's name and mailing address**<br>**SAMANTHA VILLASENOR**<br>**501 W CAMBRIA DR**<br>**ROUND LAKE, IL 60073-5419**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.122 57 | **Nonpriority creditor's name and mailing address**<br>**SAMAR KHAN**<br>**112 W 65TH ST APT 2**<br>**WESTMONT, IL 60559**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.122 58 | **Nonpriority creditor's name and mailing address**<br>**Samar Sheriff**<br>**3122 Hopewell Pl**<br>**Toledo, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.122 59 | **Nonpriority creditor's name and mailing address**<br>**SAMARA AUGUSTE**<br>**UNIVERSITY INN**<br>**16401 NW 37TH AVE**<br>**MIAMI, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| **3.122 60** | | |

**Nonpriority creditor's name and mailing address**
SAMARA FITZGERALD
5332 CARSWELL AVE
SUITLAND, MD 20746-4114

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.122 61** | | |

**Nonpriority creditor's name and mailing address**
Samara Grayson
11147 Oakdale Rd.
Boynton Beach, FL 33437

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.122 62** | | |

**Nonpriority creditor's name and mailing address**
SAMARA YURCHAK
239 RASPBERRY RD
LEOLA, PA 17540

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.122 63** | | |

**Nonpriority creditor's name and mailing address**
Samaritan Hospital
1025 Center St.
Ashland, OH 44805

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$609.60**

---

| | | |
|---|---|---|
| **3.122 64** | | |

**Nonpriority creditor's name and mailing address**
SAMAYA FERGUSON
1323 MERIDENE DR
BALTIMORE, MD 21239

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.122 65** | | |

**Nonpriority creditor's name and mailing address**
Sameer Copper
179 Norfolk St
1B
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.122 66** | | |

**Nonpriority creditor's name and mailing address**
Samer Obeid
2326 Willesden Green Rd.
Toledo, OH 43617

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.122 67 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sami Ibrahim** | ☐ Contingent | |
| **778 Clifton Heights Ln NE** | ☐ Unliquidated | |
| **Atlanta, GA 30329** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 68 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SAMIA BELL** | ☐ Contingent | |
| **2240 W. NORTH BEND RD.** | ☐ Unliquidated | |
| **CINCINNATI, OH 45239** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SAMIERRA JONES** | ☐ Contingent | |
| **5512 HILLTOP AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21206** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SAMIR CHOWDHURY** | ☐ Contingent | |
| **APT #J2, 437 SUMNER STREET** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SAMIR CHOWDHURY** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SAMIYA TAYLOR** | ☐ Contingent | |
| **18421N N CONDUIT AVE** | ☐ Unliquidated | |
| **SPRINGFIELD GARDENS, NY 11413** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sammy Droubi** | ☐ Contingent | |
| **5725 Tibaron Ln** | ☐ Unliquidated | |
| **Apt. 302** | ☐ Disputed | |
| **Toledo, OH 43615** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMMY LASTER**
**16001 NW 27TH PL**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sammy Loonkishu**
**414 Crystal Point Dr.**
**Dayton, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMMY OJO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMONYA COPELAND**
**308 ATKINS AVE**
**NEPTUNE, NJ 07753-5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL ADEDEJI**
**8431 NW 7TH AVE**
**MIAMI, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL AILEMEN**
**2233 WHEATLEY DRIVE APT 304**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Samuel Ajeigbe**
**15312 Jenkins Rdige Rd.**
**Bowie, MD 20721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.122 81 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Samuel Akintomide**
**11400 Treton Ct**
**Upper Marlboro, MD 20774-1568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 82 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**SAMUEL BLECHMAN**
**422 HARDING RD**
**BRADFORDWOODS, PA 15015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 83 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**SAMUEL CONWAY**
**2156 GARDEN DRIVE**
**WICKLIFFE, OH 44092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 84 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**SAMUEL DALINAS**
**5285 SANCTUARY LN.**
**SHEFFIELD VILLAGE, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 85 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**SAMUEL GAINFORD**
**278 TORREY STREET**
**APT H**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 86 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**SAMUEL GREGG**
**7884 STATE STREET**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 87 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Samuel Hickey**
**1952 Brim Dr.**
**Toledo, OH 43613-5621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL HITCHCOCK**
**736 LARK COURT**
**ROAMING SHORES, OH 44084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Samuel Horn**
**2154 Hidden Valley Dr.**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL IVAN**
**10707 OBEE RD**
**WHITEHOUSE, OH 43571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL LITOVSKY**
**5011 CHESWICK DRIVE**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL MCINTOSH**
**2040 FUNSTON STREET**
**APT. 10**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL MCINTOSH**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAMUEL MORENZ**
**402 NEW FOURTH STREET**
**FAIRPORT HARBOR, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 95 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Samuel Onusko**
**600 St Rt 138 NE**
**Greenfield, OH 45123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 96 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMUEL ORELAJA**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 97 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMUEL PERRY**
**727 EAST 22ND ST**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 98 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Samuel Ramey**
**851 Delong St.**
**Pickerington, OH 43147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.122 99 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMUEL RECKLEY**
**19465 LIGHTHOUSE POINT**
**GROSSE ILE, MI 48138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.123 00 | **Nonpriority creditor's name and mailing address** | $0.00 |

**SAMUEL RIVERA**
**4507 SW 195 TER**
**MIRAMAR, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.123 01 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Samuel Salinas**
**5258 Sanctuary Ln**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAMUEL SALINAS**
**37058 FAIRFIELD LANE**
**NORTH RIDGEVILLE, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAMUEL SHEETS**
**49 MELLWOOD DR**
**TORONTO, OH 43964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAMUEL SPEICHER**
**8868 STATE ROUTE 303**
**WINDHAM, OH 44288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAMUEL STALMACK**
**3011 APPLERIDGE DR**
**ANN ARBOR, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAMUEL TERRY**
**3410 ARCHWOOD AVENUE**
**CLEVELAND, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SANA HUSSAIN**
**35A-SHABIRABDH**
**KARACHI, SINDH, OH 75400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SANAT WAGH**
**2801 W BANCROFT MS121**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SANCHEZ MCPHEE**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sandip Bista**
**1323 Oak Hill Ct.**
**Apt. 153**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |

**Sandra Hogins, Psyd**
**915 First Colonial Rd. #200**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5662

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SANDRA JEAN-BAPTISTE**
**201 MANCHESTER ST**
**BOCA RATON, FL 33487-4017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.89 |

**Sandra L. Hogins**
**915 First Colonial Rd., Ste. 200**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SANDRA OFOSU**
**20924 SCOTTSBURY DRIVE**
**GERMANTOWN, MD 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sandra Taylor**
**2453 Maisel Ct.**
**Baltimore, MD 21230-3059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.123 16** | |

**Nonpriority creditor's name and mailing address**
**SANDRO ANDRE PACELLA CHACIN**
**3881 W STATE ROAD 84 UNIT 305**
**DAVIE, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 17** | |

**Nonpriority creditor's name and mailing address**
**Sandstone Care Maryland, LLC**
**11820 Parklawn Dr.**
**Suite 403**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number  **6469**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$22,455.00**

---

| | |
|---|---|
| **3.123 18** | |

**Nonpriority creditor's name and mailing address**
**Sandusky Rheumatology Inc.**
**Bldg 1, Ste. B**
**2500 W. Strubb Rd.**
**Sandusky, OH 44870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.83**

---

| | |
|---|---|
| **3.123 19** | |

**Nonpriority creditor's name and mailing address**
**Sandy Salib**
**1001 N Byrne Rd.**
**Apt. 726**
**Toledo, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 20** | |

**Nonpriority creditor's name and mailing address**
**Sanecia Wills**
**1601 E Fayette St.**
**Baltimore, MD 21231-1433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 21** | |

**Nonpriority creditor's name and mailing address**
**SANJAY GAIRE**
**634 EAST BUCHTEL AVENUE**
**APT. 304**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.123 22** | |

**Nonpriority creditor's name and mailing address**
**SANJAY GAIRE**
**31 EBER AVE**
**APT. 2**
**AKRON, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANJAY LYEW**
**911 N E 156TH TERRACE**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANTERI BERGMAN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANTIAGO DIRROCCO**
**ONE COLLEGE HILL**
**CANTON, MO 63435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANTIAGO GIL MARTINEZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANTIAGO MESA**
**8769 NW 169 TERR.**
**HIALEAH GARDENS, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANTO SUMO**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAPPHIRE RANDELLS**
**301A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAQUORAH KITTRELL**
**4106 KENNYGREEN COURT**
**BALTIMORE, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARA BENMOUNA**
**325 S BISCAYNE BOULEVARD**
**#2914**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARA BRUBAKER**
**3294 BRENTWOOD CT**
**POWELL, OH 43065-9133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sara Colombo**
**3152 Muirfield Ave.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sara Crowell**
**2020 Orchard Lakes Place W**
**Apt. 22**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARA DIAMOND**
**7470 HUGHES ROAD**
**RAVENNA, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sara Franz**
**591 NW 65th Ave.**
**Fort Lauderdale, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.123**<br>**37** | |

**Nonpriority creditor's name and mailing address**

**SARA GEDEON**
**7406 ANDOVER WAY**
**HUDSON, OH 44236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.123**<br>**38** | |

**Nonpriority creditor's name and mailing address**

**Sara Hoyos**
**5537 NW 90th Ave.**
**Fort Lauderdale, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.123**<br>**39** | |

**Nonpriority creditor's name and mailing address**

**Sara Huff**
**7013 Quail Lakes Dr.**
**Holland, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.123**<br>**40** | |

**Nonpriority creditor's name and mailing address**

**SARA KAUFFMAN**
**600 FAIRFIELD AVENUE**
**COLUMBIANA, OH 44408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.123**<br>**41** | |

**Nonpriority creditor's name and mailing address**

**SARA MARTINEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.123**<br>**42** | |

**Nonpriority creditor's name and mailing address**

**Sara Mierzwiak**
**5912 Lakeside Ave.**
**Toledo, OH 43611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.123**<br>**43** | |

**Nonpriority creditor's name and mailing address**

**Sara Rokkanen**
**1600 W Rocket Rd.**
**Toledo, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

---

**3.123 44**

**Nonpriority creditor's name and mailing address**
SARA ROKKANEN
1908 N WESTWOOD AVE
TOLEDO, OH 43607

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 45**

**Nonpriority creditor's name and mailing address**
SARA SIMONOVSKA
514 BROWN STREET
APT. 3
AKRON, OH 44311

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 46**

**Nonpriority creditor's name and mailing address**
Sara Stafford
8966 Louise St.
Livonia, MI 48150

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 47**

**Nonpriority creditor's name and mailing address**
SARA STALEY
3693 NW 94TH AVENUE
SUNRISE, FL 33351

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 48**

**Nonpriority creditor's name and mailing address**
SARA WHITE
25357 PUMPKIN RIDGE RD
NEW PLYMOUTH, OH 45654

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 49**

**Nonpriority creditor's name and mailing address**
Sarah Alnakhli
2801 Bancroft
MS513
Toledo, OH 43606

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 50**

**Nonpriority creditor's name and mailing address**
SARAH ALONZI
906 WARFIELD AVE
OAKLAND, CA 94610-1634

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.123 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sarah Ayanbeku**
10 Spindrift Cir.
Apt. G
Parkville, MD 21234-2336

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SARAH BENSON**
511 NORTH LONGWOOD ST
BALTIMORE, MD 21223

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SARAH BOCK**
8483 TRILLIUM DRIVE
CHAGRIN FALLS, OH 44023

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SARAH BYCZYNSKI**
9245 OLD AIRPORT HWY
MONCLOVA, OH 43542

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sarah Canelas**
97 Frogtown Rd.
New Canaan, CT 06840

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sarah Finucane**
2552 Plum Leaf Ln
Toledo, OH 43614

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SARAH FINUCANE**
7198 QUAIL LAKES DR
HOLLAND, OH 43528

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123<br>58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SARAH FOSS**<br>**6650 CORPORATE CENTER PKWY APT 1419**<br>**JACKSONVILLE, FL 32216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sarah Futscher**<br>**22 Langview Dr.**<br>**Newport, KY 41076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SARAH GILBERT**<br>**117 VALENTINE FARMS LN**<br>**AKRON, OH 44333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SARAH GOLDMAN**<br>**1120 N WESTWOOD AVE APT 1301**<br>**TOLEDO, OH 43607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SARAH HARTLEY**<br>**128 TIONDA DR S**<br>**VANDALIA, OH 45377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sarah Hoag**<br>**164 Greentree Cir.**<br>**Jupiter, FL 33458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123<br>64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SARAH JAMISON**<br>**2410 MARION STREET**<br>**ALIQUIPPA, PA 15001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.123<br>65 | **Nonpriority creditor's name and mailing address**<br>**SARAH JENKINS**<br>**6575 HAROLD DR**<br>**BRECKSVILLE, OH 44141**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| 3.123<br>66 | **Nonpriority creditor's name and mailing address**<br>**SARAH JONES**<br>**2610 6TH STREET**<br>**CUYAHOGA FALLS, OH 44221**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123<br>67 | **Nonpriority creditor's name and mailing address**<br>**SARAH KENT**<br>**7772 STATE ROUTE 305**<br>**GARRETTSVILLE, OH 44231**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123<br>68 | **Nonpriority creditor's name and mailing address**<br>**SARAH KOENIG**<br>**1142 4 SEASONS DR. APARTMENT #**<br>**TOLEDO, OH 43615**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123<br>69 | **Nonpriority creditor's name and mailing address**<br>**SARAH LAWSON**<br>**5584 BLUE SKY CT**<br>**WESTERVILLE, OH 43081**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123<br>70 | **Nonpriority creditor's name and mailing address**<br>**Sarah Leu**<br>**2050 Dana St.**<br>**Toledo, OH 43609**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123<br>71 | **Nonpriority creditor's name and mailing address**<br>**SARAH LEU**<br>**2222 WHITECHAPEL DR**<br>**TOLEDO, OH 43614**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.123 72 | **Nonpriority creditor's name and mailing address** **SARAH LEYENDECKER** **12 BUTLER CT** **LAWRENCEBURG, IN 47025** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.123 73 | **Nonpriority creditor's name and mailing address** **SARAH LUBOW** **525 W 236TH ST** **APT 3F** **BRONX, NY 10463-1747** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.123 74 | **Nonpriority creditor's name and mailing address** **Sarah Lundquist** **1813 SW Renfro St.** **Port Saint Lucie, FL 34953** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.123 75 | **Nonpriority creditor's name and mailing address** **SARAH LYPPERT THOMSSON** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.123 76 | **Nonpriority creditor's name and mailing address** **SARAH MASSLOOF** **401 S. MAIN ST. #404C** **Akron, OH 44311** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.123 77 | **Nonpriority creditor's name and mailing address** **SARAH MASSLOOF** **2701 SALISBURY CT** **Wexford, PA 15090** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.123 78 | **Nonpriority creditor's name and mailing address** **SARAH MCCLELLAN** **3147 DUNSTAN DRIVE APT 5** **WARREN, OH 44485** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | | |
|---|---|---|---|
| 3.123 79 | **Nonpriority creditor's name and mailing address**<br>**Sarah Mediros**<br>**2110 - 7th St.**<br>**Cuyahoga Falls, OH 44221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.123 80 | **Nonpriority creditor's name and mailing address**<br>**SARAH MEDVED**<br>**8664 RIDGE RD**<br>**WOOSTER, OH 44691**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.123 81 | **Nonpriority creditor's name and mailing address**<br>**SARAH MELLINGER**<br>**3070 ARDOON WAY**<br>**SILVER LAKE, OH 44224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.123 82 | **Nonpriority creditor's name and mailing address**<br>**Sarah Morehouse**<br>**317 SW 13th St.**<br>**Fort Lauderdale, FL 33315**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.123 83 | **Nonpriority creditor's name and mailing address**<br>**SARAH PONDER**<br>**23254 PORT STREET**<br>**SAINT CLAIR SHORES, MI 48082**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.123 84 | **Nonpriority creditor's name and mailing address**<br>**SARAH REED**<br>**720 PITTSBURGH AVENUE**<br>**ERIE, PA 16505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | | |
|---|---|---|---|
| 3.123 85 | **Nonpriority creditor's name and mailing address**<br>**SARAH ROCHFORD**<br>**2801 W BANCROFT**<br>**MS 513**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.123 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARAH ROSCOE**
**1778 PARRISH STREET**
**CHESAPEAKE, VA 23324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARAH SAWMAN**
**14250 SHARONBROOK AVENUE NE**
**HARTVILLE, OH 44632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARAH SCHNUPP**
**284 N GORHAM RD**
**GORHAM, ME 04038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sarah Smith**
**172 Conger Ave.**
**Akron, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARAH SPEHN**
**11605 LANCASTER DRIVE**
**CHAGRIN FALLS, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sarah St Fort**
**1120 N Westwood Ave.**
**Apt. 2304**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SARAH ST. FORT**
**3034 MIDDLESEX DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.123 93 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Nonpriority creditor's name and mailing address**
**Sarah Thomas**
**5125 Keyser St.**
**Philadelphia, PA 19144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.123 94

**Nonpriority creditor's name and mailing address**
**SARAH TWITCHELL**
**3786 BUSHNELL ROAD**
**UNIVERSITY HEIGHTS, OH 44118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.123 95

**Nonpriority creditor's name and mailing address**
**SARAH VOULGARIS**
**5857 ROAN RD**
**SYLVANIA, OH 43560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.123 96

**Nonpriority creditor's name and mailing address**
**SARAH WARDENBURG**
**123 MOTU ITI**
**PAUANUI**
**HIKUAI, FL 03579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.123 97

**Nonpriority creditor's name and mailing address**
**SARAH WATSON**
**290 VINE ST**
**SPICER RESIDENCE HALL**
**AKRON, OH 44308**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.123 98

**Nonpriority creditor's name and mailing address**
**SARAH WHEELOCK**
**1101 ADAMS ST**
**NEW ORLEANS, LA 70118-3903**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.123 99

**Nonpriority creditor's name and mailing address**
**Sarah Williams**
**1298 Barlow Rd.**
**Hudson, OH 44236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.124 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARAH WILLIAMS**
**30 WYNDMOOR PL APT D**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARAH WILLIAMS**
**30 WYNDMOOR PL APT D**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARAH WINTROW**
**401 PENBROOKE DR**
**FINDLAY, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARAH YOUNG**
**630 WHITE TAIL RIDGE DR.**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARAN TEAWKITPAISARN**
**530 KLING ST APT 8**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARAN TEAWKITPAISARN**
**91 MERRIMAN RD AC6**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SARANDA GIBBS**
**755 OCEAN AVE**
**APT #1F**
**BROOKLYN, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>07 | **Nonpriority creditor's name and mailing address**<br>**SARANSH BHALLA**<br>**1B11, FIR HILL TOWERS**<br>**55 FIR HILL**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>08 | **Nonpriority creditor's name and mailing address**<br>**SARANSHU SINGLA**<br>**634 E BUCHTEL AVE**<br>**APT 206**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>09 | **Nonpriority creditor's name and mailing address**<br>**SARDLINE JEAN**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>10 | **Nonpriority creditor's name and mailing address**<br>**Sariha Moyen**<br>**7089 Quail Lakes Dr.**<br>**Holland, OH 43528** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>11 | **Nonpriority creditor's name and mailing address**<br>**SARIKA REDDY SUNKI**<br>**77 FIR HILL APARTMENT 2B8**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>12 | **Nonpriority creditor's name and mailing address**<br>**SARITA SHARMA**<br>**1800 RHODES ROAD**<br>**APT 304**<br>**KENT, OH 44240** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124<br>13 | **Nonpriority creditor's name and mailing address**<br>**SASATHORN TUNYALUKMARA**<br>**1982 CORNELL DRIVE**<br>**UNIONTOWN, OH 44685** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.124 14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SASHA NEDD**
**109 SOUTH MORLEY ST**
**BALTIMORE, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SASJHA WARD**
**1217 JONAS AVENUE, APT 2**
**SACRAMENTO, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SASKIA RAPHAEL**
**6036 SW 37TH ST.**
**HOLLYWOOD, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SASOUN TCHOLAKIAN**
**29341 BIRCHCREST WAY**
**FARMINGTN HLS, MI 48331-2433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SATEIA HALE**
**5806 LOCH RAVEN BLVD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $235.00 |
|---|---|---|---|

**Satheesh K. Ramineni, MD**
**3065 Arlington Ave.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2385**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SATIA DENNIS**
**3020 GRAYSON ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SATIA DENNIS**
**3104 KENTUCKY AVE**
**WOODLAWN, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SATISH NARAHARASETTY**
**55 FIR HILL APT 1B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Satoshi Kori**
**29127 Fox Creek Dr.**
**Apt. 2A**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SATYA HAWLEY**
**5839 PATTON ST**
**OAKLAND, CA 94618-1624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAU PHUNG**
**16401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAUL CANELO**
**3542 W 80 ST APT#202**
**HIALEAH, FL 33018-7511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SAURABH PATHAK**
**634 E BUCHTEL AVE**
**APT #215**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1792 of 3613

| 3.124 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAURABH PATHAK**
**319 STERLING CT**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAVANA LOWERY**
**4188 LUNAR ROAD NE**
**CARROLLTON, OH 44615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAVANNAH DEAN**
**951 VINE STREET APT C**
**CLYDE, OH 43410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Savannah Howell**
**3334 Russell Ave.**
**Cleveland, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Savannah Lacy**
**80 Anthony Dr.**
**Burlington, NJ 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAVANNAH LOGUE**
**725 CLOVERLEAF CT**
**MANSFIELD, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAVANNAH LORINCHACK**
**8603 SLAGLE ROAD**
**WINDHAM, OH 44288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.124 35 | |

**Nonpriority creditor's name and mailing address**

**SAVANNAH SERRATOS**
**3220 SEAMAN RD**
**OREGON, OH 43616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.124 36 | |

**Nonpriority creditor's name and mailing address**

**SAVANNAH SNYDER**
**123 SOUTH SUGAR ST**
**PO BOX 49**
**RICHMOND, OH 43944**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.124 37 | |

**Nonpriority creditor's name and mailing address**

**SAVANNAH THOMAS**
**5356 SHADY MEADOWS DR**
**HAMILTON, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.124 38 | |

**Nonpriority creditor's name and mailing address**

**SAVANNAH ZUNIGA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.124 39 | |

**Nonpriority creditor's name and mailing address**

**SAVEJAH COOPER-ANDERSON**
**5817 WESLEYAN DRIVE**
**BOX A285**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.124 40 | |

**Nonpriority creditor's name and mailing address**

**SAVIAN FERNANDEZ**
**8331 SW 96 PL**
**MIAMI, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.124 41 | |

**Nonpriority creditor's name and mailing address**

**SAVION BOLDEN**
**P.O. BOX 7731**
**ROCKFORD, IL 61102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.124 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAVIONE BARNES**
**211 COUNTRY CHASE CT**
**GLEN BURNIE, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAVIONNE STAMPS**
**17 W 36TH ST**
**CHICAGO, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Savonnie Profit**
**53 Harmony St**
**Bridgeport, CT 06606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.69 |
|---|---|---|---|

**Sawgrass Pediatric Partners, LLC**
**Boca Raton**
**9801 Glades Rd.**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAWSAN ASIRI**
**270 E EXCHANGE ST**
**APT #209**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAYAKA SAKAGUCHI**
**5817 WESLEYAN DRIVE**
**PO BOX B519**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SAYED CYRUS REZVANIFAR**
**591 E BUCHTEL AVE APT H**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.124 49**

**Nonpriority creditor's name and mailing address**
SAYED CYRUS REZVANIFAR
2615 WERTZ AVE NW
CANTON, OH 44708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 50**

**Nonpriority creditor's name and mailing address**
Sayumi Doi
1450 Secor Rd.
Apt. 211
Toledo, OH 43607

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 51**

**Nonpriority creditor's name and mailing address**
SAZIM BANGURA
3807 DELANO ST.
SILVER SPRING, MD 20902

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 52**

**Nonpriority creditor's name and mailing address**
SBILAL AHMED
TOLEDO
4430 N HOLLAND SYLVANIA RD
TOLEDO, OH 43623

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 53**

**Nonpriority creditor's name and mailing address**
SCARLETTE HELENA
7067 HAWTHORN AVE
APT 1
LOS ANGELES, CA 90028-6964

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 54**

**Nonpriority creditor's name and mailing address**
SCARLLETTE ARDON-ESPINAL
5413 CLIFTON AVE
BALTIMORE, MD 21207-5952

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 55**

**Nonpriority creditor's name and mailing address**
SCARLYN DE LOS SANTOS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| 3.124 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCHANEL SILVEST**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**SCHLAM DERMATOLOGY**
10044 NW 1ST CT
PLANTATION, FL 33324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCHMOI STEWART**
9854 GREENBRIAR WAY
BALTIMORE, MD 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCHNEIDER PIERRE**
1130 NE 137TH STREET
NORTH MIAMI, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCHNYDER LOPS**
1427 NE 146TH STREET
NORTH MIAMI, FL 33161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SCOTT BARROWMAN**
122 MAPLE AVENUE
CHARDON, OH 44024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Huff**
7013 Quail Lakes Dr.
Holland, OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SCOTT MICHEL**
372 NE 86TH ST
EL PORTAL, FL 33138-3016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Miller**
1910 Roundwyck Ln
Powell, OH 43065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SCOTT O'MEARA**
1915 HERITAGE CIR.
DOVER, OH 44622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SCOTT ROSS**
8825 WHITE EAGLE E
SYLVANIA, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SCOTT SANGSTON**
546 EAST 305TH STREET
WILLOWICK, OH 44095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Thompson**
850-4 Hampton Cir.
Aurora, OH 44202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SDROUBI**
5725 TIBARON LN APT 302
TOLEDO, OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.124 70 | **Nonpriority creditor's name and mailing address**<br>**SEAN CARTER**<br>**6445 FOREST RD**<br>**CHEVERLY, MD 20785-3127**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.124 71 | **Nonpriority creditor's name and mailing address**<br>**SEAN COLLINS**<br>**5730 NICHOLSON DRIVE**<br>**HUDSON, OH 44236**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.124 72 | **Nonpriority creditor's name and mailing address**<br>**SEAN DIEPPA**<br>**365 NW 207TH AVE**<br>**PEMBROKE PINES, FL 33029**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.124 73 | **Nonpriority creditor's name and mailing address**<br>**SEAN GELLEN**<br>**603 C ST**<br>**DAVIS, CA 95616-3711**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.124 74 | **Nonpriority creditor's name and mailing address**<br>**SEAN KAZMIERSKI**<br>**28 E 6TH ST**<br>**MONROE, MI 48161**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.124 75 | **Nonpriority creditor's name and mailing address**<br>**SEAN LINK**<br>**1130 VERMILION DR**<br>**LAKE WORTH, FL 33461**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.124 76 | **Nonpriority creditor's name and mailing address**<br>**SEAN LOUGHEED**<br>**12 NW 61ST ST**<br>**MIAMI, FL 33127-1240**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.124 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN LYONS**
**11261 VAUGHN ROAD**
**HIRAM, OH 44234**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN MELTON**
**3850 FAVERSHAM ROAD**
**UNIVERSITY HEIGHTS, OH 44118**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN NOLL**
**5685 BUCKEYE VALLEY ROAD**
**NEW LEXINGTON, OH 43764**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN PIATT**
**4794 SOMERSET DRIVE**
**STOW, OH 44224**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN ROEHRS**
**4617 INDIAN RIDGE RD**
**SYLVANIA, OH 43560**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Smith**
**7905 Fulton Lucas Rd.**
**Liberty Center, OH 43532**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN SMITH**
**4006 OAK POINTE DRIVE**
**PLEASANT VIEW, TN 37146**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Winkfield**
**9 Bexleigh Ct.**
**Apt. 203**
**Parkville, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEANICKA PRATT**
**13350 AWSAN ROAD**
**APT. 103**
**OPA LOCKA, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEANNILLE MCRAE**
**3431 HUDSON AVENUE**
**YOUNGSTOWN, OH 44511**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEBASTIAN CALZADILLA**
**217 DAVIDSON DR.**
**CHARLEROI, PA 15022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEBASTIAN JENKINS**
**13653 SHADY OAK BOULEVARD**
**GARFIELD HEIGHTS, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sebastian Loibl**
**Oberpretz 8**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEBASTIAN LOIBL**
**3301 COLLEGE AVE**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

---

**3.124 91**

**Nonpriority creditor's name and mailing address**
**Sebastian Lopez**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 92**

**Nonpriority creditor's name and mailing address**
**SEBASTIEN FRANCK**
**296 NW 123 ST**
**MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 93**

**Nonpriority creditor's name and mailing address**
**Secile Heitmeyer**
**1726 E Glastonberry Rd.**
**Toledo, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 94**

**Nonpriority creditor's name and mailing address**
**Secretary of State - Georgia**
**Corporations Divisions**
**237 Coliseum Dr.**
**Macon, GA 31217-3858**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 95**

**Nonpriority creditor's name and mailing address**
**Secretary of State - Mississippi**
**PO Box 136**
**Jackson, MS 39205-0136**

Date(s) debt was incurred _

Last 4 digits of account number  3753

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 96**

**Nonpriority creditor's name and mailing address**
**Secretary of State - Texas**
**PO Box 13697**
**Austin, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 97**

**Nonpriority creditor's name and mailing address**
**SEDIGHEH RASHIDI**
**195 WHEELER ST APT 303**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.124 98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEDIGHEH RASHIDI** **590 E BUCHTEL AVE APT 46** **AKRON, OH 44304** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEDINAM KING** **7324 KEST LN** **SYLVANIA, OH 43560-3833** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEENA TEHRANI** **2635 BROADWAY ST.** **APT. 13** **TOLEDO, OH 43609** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEGOLENE COMPAIN** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEGOLENE COMPAIN** **80 E. EXCHANGE ST APT 141D** **AKRON, OH 44308** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEIED ZANIAR HOSEINI** **13 PRESTON STREET** **MARLBOROUGH, MA 01752** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SEIJI BESSHO** **11715 GARFIELD ROAD** **HIRAM, OH 44234** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.125<br>05 | **Nonpriority creditor's name and mailing address**<br>**SEIJI BESSHO**<br>**11715 GARFIELD ROAD**<br>**HIRAM, OH 44234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125<br>06 | **Nonpriority creditor's name and mailing address**<br>**SEIT**<br>**27500 Detroit Rd.**<br>**Ste. 202**<br>**Westlake, OH 44145-5913**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125<br>07 | **Nonpriority creditor's name and mailing address**<br>**SELENA ASGEDOM**<br>**1730 WEST ROCKET DR**<br>**SUITE 5117D**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125<br>08 | **Nonpriority creditor's name and mailing address**<br>**SELENA SHAWVER**<br>**3191 G ST**<br>**LORAIN, OH 44052**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125<br>09 | **Nonpriority creditor's name and mailing address**<br>**SELIM GERISLIOGLU**<br>**77 FIR HILL ST. 4C6**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125<br>10 | **Nonpriority creditor's name and mailing address**<br>**SELIM OZBEK**<br>**55 FIR HILL STREET**<br>**9A1**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125<br>11 | **Nonpriority creditor's name and mailing address**<br>**SELY-ANN HEADLEY-WILSON**<br>**3770 HILL AVE APT 123**<br>**TOLEDO, OH 43607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.125 12**

Nonpriority creditor's name and mailing address
**Semora Council**
**904 Longacre Blvd**
**Lansdowne, PA 19050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125 13**

Nonpriority creditor's name and mailing address
**SENSI JARVIS**
**2738 NW 201 TERRACE**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125 14**

Nonpriority creditor's name and mailing address
**Sentara Leigh Hospital**
**830 Kempsville Rd.**
**Norfolk, VA 23502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$33,740.12

---

**3.125 15**

Nonpriority creditor's name and mailing address
**Sentara VA Beach Gen**
**1060 First Colonial Rd.**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,664.97

---

**3.125 16**

Nonpriority creditor's name and mailing address
**SEPIDEH NIKNEZHAD**
**75 N PORTAGE PATH, APT # 403**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125 17**

Nonpriority creditor's name and mailing address
**SEPTEMBER JONES**
**302B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125 18**

Nonpriority creditor's name and mailing address
**September King**
**3330 Marsrow Ave.**
**Toledo, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.125 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sequenom CMM San Diego**
**3695 John Hopkins Ct.**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$880.00**

---

3.125 20

**Nonpriority creditor's name and mailing address**

**SERAIAH STORY**
**12450 BISCAYNE BLVD**
**APT 516**
**JACKSONVILLE, FL 32218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.125 21

**Nonpriority creditor's name and mailing address**

**SERAYAH RAWLINGS**
**1234 DEANWOOD RD**
**BALTIMORE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.125 22

**Nonpriority creditor's name and mailing address**

**SERENA BRYANT**
**1439 LIMIT AVENUE, APT. K**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.125 23

**Nonpriority creditor's name and mailing address**

**SERENA SALVA**
**9838 SW 94 TERRACE**
**MIAMI, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.125 24

**Nonpriority creditor's name and mailing address**

**SERGIO CHIL**
**6885 SW 16 TERRACE**
**MIAMI, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.125 25

**Nonpriority creditor's name and mailing address**

**SERGIO DE FEUDIS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SERGIO GALLEGOS**
**14650 CEDAR ACRES LOOP**
**MABANK, TX 75147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sergio Lizarraga**
**12030 Dalewood Dr**
**Silver Spring, MD 20902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SERGIO LOPEZ**
**12774 SW 207 TERRACE**
**MIAMI, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SERGIO NIVIA**
**10870 NW 78TH TERRACE**
**DORAL, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SERGIO SERRANO**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Serhi Kharchev**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SERICA SAMMS**
**604B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.125 33**

**Nonpriority creditor's name and mailing address**

**SERMAC MEDICAL PSYCH CARE INC**
**5730 CORPORATE WAY STE 100**
**NEW YORK, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number  **7274**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$300.00**

---

**3.125 34**

**Nonpriority creditor's name and mailing address**

**SETH AGYEMANG**
**676 E. BUCHTEL AVE**
**AKRON, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 35**

**Nonpriority creditor's name and mailing address**

**Seth Gerken**
**80 Lemans Dr.**
**Napoleon, OH 43545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 36**

**Nonpriority creditor's name and mailing address**

**Seth Gerken**
**80 Lemans Dr.**
**Napoleon, OH 43545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 37**

**Nonpriority creditor's name and mailing address**

**SETH GERKEN**
**80 LEMANS DRIVE**
**NAPOLEON, OH 43545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 38**

**Nonpriority creditor's name and mailing address**

**SETH GERKEN**
**80 LEMANS DRIVE**
**NAPOLEON, OH 43545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 39**

**Nonpriority creditor's name and mailing address**

**SETH MOSES**
**303B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.125 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SETH REECE**
**107 N VALENCIA AVENUE**
**GLENDORA, CA 91741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SETH RUSSELL**
**106 N MAPLE HEIGHTS**
**NEW LEXINGTON, OH 43764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,286.25 |
|---|---|---|---|

**SETON MEDICAL CTR AUSTIN**
**PO BOX 204398**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6786

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEULA NA**
**2384 BECKY CIRCLE**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEUNG JUN LEE**
**590 E. BUCHTEL  AVE APT 27**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEUNGYUN RYU**
**672 E. BUCHTEL AVENUE**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEYED ALI EGHTESADI**
**389 SHERMAN ST, APT 104**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED AMIN NABAVIZADEH**
**389 SHERMAN ST**
**APT 103**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 48 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED AMIN NABAVIZADEH**
**77 FIR HILL ST,**
**APT NO 7B2**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED MORTEZA MIRAN**
**733 WEST MARKET  ST., APT 1010**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED MORTEZA MIRAN**
**1350 NORTH HOWARD STREET**
**APT# 512**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 51 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED MOSTAFA RAZAVI**
**80 N PORTAGE PATH**
**APT 5C9**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED MOSTAFA RAZAVI**
**410 MORNINGVIEW AVE**
**AKRON, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SEYED REZA HASHEMI**
**1560 20TH ST APT 9**
**CUYAHOGA FALLS, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 54 | **Nonpriority creditor's name and mailing address** **SEYED REZA HASHEMI** **533 STORER AVE** **AKRON, OH 44320** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 55 | **Nonpriority creditor's name and mailing address** **SEYMOUR DAWSON** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 56 | **Nonpriority creditor's name and mailing address** **SEYNABOU NDOUR** **700 SW 110TH AVENUE** **APT. 102** **PEMBROKE PINES, FL 33025** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 57 | **Nonpriority creditor's name and mailing address** **SGOODWI** **1208 4 SEASONS DR APT 4** **TOLEDO, OH 43615** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 58 | **Nonpriority creditor's name and mailing address** **SH'VONE SMITH** **408B DALEY** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 59 | **Nonpriority creditor's name and mailing address** **SHA LI** **2500 FAIRWAY DR.** **APT 1627** **ALVIN, TX 77511** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 60 | **Nonpriority creditor's name and mailing address** **SHA LI** **2581 CHAMBERLAIN RD** **APT 17** **FAIRLAWN, OH 44333** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|---------------------------------------|--------------------------|--|
| | Name | | |

---

**3.125 61**

Nonpriority creditor's name and mailing address

**SHA'KIYA BROOKS**
**6930 SW 10TH ST**
**PEMBROKE PINES, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 62**

Nonpriority creditor's name and mailing address

**SHA'TARRIA DAVIS**
**2220 NW 135 TERRACE**
**OPA LOCKA, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 63**

Nonpriority creditor's name and mailing address

**SHA-TIA WHITE**
**3309 MENLO DR APT B**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 64**

Nonpriority creditor's name and mailing address

**Shaakirah Broadnax**
**319 S 1st Ave.**
**1st Floor**
**Mount Vernon, NY 10550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 65**

Nonpriority creditor's name and mailing address

**Shaamion Jefferson**
**4363 Wiman Dr.**
**Fort Worth, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 66**

Nonpriority creditor's name and mailing address

**SHABRIA HAMMETT**
**4127 MOUNTWOOD RD**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 67**

Nonpriority creditor's name and mailing address

**SHABRIA WARD**
**1527 RETREAT ST**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHABRIA WILLIAMS**
**1224 DEANWOOD RD**
**BALTIMORE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shadae Ashe**
**412 N Broadway**
**Unit 18**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHADAE ATTAWAY**
**1622 KIRKLAND DR.**
**SUNNYVALE, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHADAESHA BROOKS**
**1021 NEW HOPE CIR**
**BALTIMORE, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHADARIOUS GRANDBERRY**
**2319 SHASTA AVENUE**
**MEMPHIS, TN 38108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHADARRYL BROWN**
**14831 SW 103 PLACE**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHADAZEA SINGLETON-LENNON**
**715 WOOD AVENUE**
**BRIDGEPORT, CT 06604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 75 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**SHADREA WILLIAMS**
**7510 HEARTHSIDE WAY UNIT 118**
**ELKRIDGE, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 76 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Shafwan Khan**
**22738 Airmont Hunt Dr.**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 77 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**SHAGHAYEGH SOROURI**
**100 VINEYARD DR. APT 302**
**BROADVIEW HEIGHTS, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 78 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**SHAGUN SHARMA**
**900 W MARKET STREET**
**APT 502**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 79 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Shahirar Sharifimehr**
**1526 Arbor View Ct.**
**Apt. 205**
**Memphis, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 80 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**SHAHRZAD FATHOLLAHIPOUR**
**451 BROWN STREET**
**APT 6**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 81 | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**SHAHRZAD FATHOLLAHIPOUR**
**590 E BUCHTEL AVE**
**VELVEL ARMS BUILDING**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 82 | **Nonpriority creditor's name and mailing address**<br>**SHAIMA ALSHARIF**<br>**4272 BRIDGEWATER PKWY, #201**<br>**STOW, OH 44224**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |

| 3.125 83 | **Nonpriority creditor's name and mailing address**<br>**SHAINA BRANTLEY**<br>**3904 E. JEAN ST.**<br>**TAMPA, FL 33610**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.125 84 | **Nonpriority creditor's name and mailing address**<br>**SHAINA LOWE-HAM**<br>**766 E 39TH ST**<br>**BROOKLYN, NY 11210-2002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.125 85 | **Nonpriority creditor's name and mailing address**<br>**SHAINA SHAH**<br>**8330 SILVER CT**<br>**LAMBERTVILLE, MI 48144-8623**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.125 86 | **Nonpriority creditor's name and mailing address**<br>**SHAKACIA RIVERS**<br>**1436 MELANIE LANE**<br>**MESQUITE, TX 75149**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.125 87 | **Nonpriority creditor's name and mailing address**<br>**SHAKAI LEVINE**<br>**1106 COTTONWOOD CT**<br>**NORTH BRUNSWICK, NJ 08902-5208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.125 88 | **Nonpriority creditor's name and mailing address**<br>**Shakai Stepney**<br>**68 Warner Ave.**<br>**Springfield, NJ 07081-1429**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.125 89 | **Nonpriority creditor's name and mailing address**<br>**SHAKAYLA CRAWFORD**<br>**4834 JESUS MARIA CT**<br>**DALLAS, TX 75236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125 90 | **Nonpriority creditor's name and mailing address**<br>**SHAKAYLA HANKINS**<br>**1206 VIRGINIA AVENUE**<br>**CLEWISTON, FL 33440**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125 91 | **Nonpriority creditor's name and mailing address**<br>**SHAKEEL HOFFMAN**<br>**41 DYNASTY LANE**<br>**HIRAM, GA 30141**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125 92 | **Nonpriority creditor's name and mailing address**<br>**SHAKEILA BLACKMON**<br>**705 BRIDGEPORT AVE.**<br>**UNIT 106**<br>**STREETSBORO, OH 44241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125 93 | **Nonpriority creditor's name and mailing address**<br>**SHAKEILA BLACKMON**<br>**1794 DUNLAP DRIVE**<br>**STREETSBORO, OH 44241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125 94 | **Nonpriority creditor's name and mailing address**<br>**SHAKERA WADE**<br>**8129 STRATMAN RD**<br>**DUNDALK, MD 21222-4746**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125 95 | **Nonpriority creditor's name and mailing address**<br>**SHAKERIA SMITH**<br>**2217 VILLANO AVE**<br>**ORLANDO, FL 32818**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.125 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAKHARI ESSEX**
**232 FOX BEND CIRCLE**
**BOLINGBROOK, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAKIERAH FREEMANTLE**
**310 RICHMOND AVE**
**COLONIAL HEIGHTS, VA 23834-3347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shakir Muhammad**
**1700 E Cold Spring Ln**
**Baltimore, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAKIR MUHAMMAD**
**1700 E. COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAKIRAH SHABAZZ**
**11702 MOFFAT AVE**
**TAMPA, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAKIRAH SMALL**
**15399 NE 6 AVE APT A322**
**N. MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAKIYRA WARREN**
**3304 EAST NORTH BAY STREET**
**TAMPA, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>3.126<br>03</td><td>**Nonpriority creditor's name and mailing address**<br>**SHAKORA SUTTON**<br>**4512 NORTH ROGERS AVE**<br>**BALTIMORE, MD 21215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

<table>
<tr><td>3.126<br>04</td><td>**Nonpriority creditor's name and mailing address**<br>**SHAKSHI PAUL**<br>**1583 CHADWICK RD.**<br>**KENT, OH 44240**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

<table>
<tr><td>3.126<br>05</td><td>**Nonpriority creditor's name and mailing address**<br>**Shaleh Brisco**<br>**1302 Airlie Way**<br>**Baltimore, MD 21239-1049**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

<table>
<tr><td>3.126<br>06</td><td>**Nonpriority creditor's name and mailing address**<br>**Shalise Allison**<br>**5205 Liberty Heights Ave.**<br>**Gwynn Oak, MD 21207**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

<table>
<tr><td>3.126<br>07</td><td>**Nonpriority creditor's name and mailing address**<br>**SHALLA ANTONINE**<br>**1031 DEBBIE AVE**<br>**BALTIMORE, MD 21221-3339**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

<table>
<tr><td>3.126<br>08</td><td>**Nonpriority creditor's name and mailing address**<br>**SHALLUM ALFRED**<br>**703A DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

<table>
<tr><td>3.126<br>09</td><td>**Nonpriority creditor's name and mailing address**<br>**SHALYNN CALL**<br>**125 WEST MARION STREET**<br>**CALEDONIA, OH 43314**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td>$0.00</td></tr>
</table>

---

| | | | |
|---|---|---|---|
| 3.126 10 | **Nonpriority creditor's name and mailing address** **SHAMAINE DIXON** **8301 NW 1ST AVE** **MIAMI, FL 33150** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.126 11 | **Nonpriority creditor's name and mailing address** **SHAMAR MIDGETT** **7526 STATE ROUTE 18** **HICKSVILLE, OH 43526** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.126 12 | **Nonpriority creditor's name and mailing address** **SHAMAR REEDER** **401C DEDMOND** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.126 13 | **Nonpriority creditor's name and mailing address** **SHAMARI HAGGINS** **2280 NW 74TH ST** **MIAMI, FL 33147** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.126 14 | **Nonpriority creditor's name and mailing address** **Shamaury Haskins** **204 Misty View Ct** **Pasadena, MD 21122-7704** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.126 15 | **Nonpriority creditor's name and mailing address** **SHAMAYA MAJOR** **425 BRODY COVE TRAIL** **JACKSONVILLE, FL 32225** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.126 16 | **Nonpriority creditor's name and mailing address** **SHAMAYIA CORNELIUS** **2739 NW 200TH TER** **MIAMI GARDENS, FL 33056** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.126 17 | **Nonpriority creditor's name and mailing address**<br>**SHAMEEQUA BUXTON**<br>**2161 NW 60TH STREET**<br>**MIAMI, FL 33142** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 18 | **Nonpriority creditor's name and mailing address**<br>**SHAMEERU JOHNSON FURLOW**<br>**929 NORTH WOLFE ST UNIT 306**<br>**BALTIMORE, MD 21205** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 19 | **Nonpriority creditor's name and mailing address**<br>**SHAMEKA LINK**<br>**765 NW 12TH ST**<br>**FLORIDA CITY, FL 33034** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 20 | **Nonpriority creditor's name and mailing address**<br>**SHAMERE BELL**<br>**3919 WABASH AVE APT 2A**<br>**BALTIMORE, MD 21215** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 21 | **Nonpriority creditor's name and mailing address**<br>**SHAMIA CAMPBELL**<br>**705B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 22 | **Nonpriority creditor's name and mailing address**<br>Shamika Wallace<br>2616 Talbot Ct<br>Waldorf, MD 20602 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 23 | **Nonpriority creditor's name and mailing address**<br>**SHAMIR BOLIVAR**<br>**16980 N. MIAMI AVENUE**<br>**MIAMI, FL 33169** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126<br>24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMIR HAIDER**
**P.O BOX 1350**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126<br>25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMIR HOLDER**
**1108 WERRE WAY**
**LOCUST GROVE, GA 30248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126<br>26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shamira Drummond**
**8876 Fontana Ln**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126<br>27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMIRIYAH DARBY**
**735 NEWINGTON AVE**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126<br>28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shamiso Ngongoni**
**1516 Neil Ave.**
**Columbus, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126<br>29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMISO NGONGONI**
**1104 LORING ROAD**
**APT. B**
**COLUMBUS, OH 43224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126<br>30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMNARINE LAKHRAM**
**53 NE 183 TERRACE**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMSUDDIN KHAN**
**1103 CUMMINGS AVE**
**CATONSVILLE, MD 21228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAMYA JOHNSON**
**5104 CONANT WAY APT C**
**DUNDALK, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAN LI**
**1350 N HOWARD ST, APT 501**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAN'TIERA CLARK**
**19741 NW 59TH PL**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANA GRAY**
**1851 GRAND BOULEVARD**
**EUCLID, OH 44117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shanara Lucas**
**4836 Castlewood Ct.**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shanay Wise**
**3710 Ruskin St.**
**Dallas, TX 75215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.126 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANBING YI**
**2125 CAMPUS RD**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANDRELL ROLLE**
**2160 NW 73RD TERRACE**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANE ANTHONY**
**3991 NW 178TH ST.**
**CAROL CITY, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANE BUCENELL**
**30623 BITTSBURY COURT**
**ZEPHYRHILLS, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shane Hall-Booth**
**9649 Devedente Dr.**
**Owings Mills, MD 21117-5424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANE WIEDT**
**175 SCHOCALOG ROAD**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANESE WISE**
**1774 RICHFIELD DR**
**SEVERN, MD 21144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANG-MIN LI**
**401 S MAIN ST.**
**STE 301C**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANIA BROOKS**
**11647 SOUTH BISHOP**
**CHICAGO, IL 60643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shania Ford**
**3542 Lyndale Ave**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANIA MATTHEWS**
**2116 NW 58 AVE**
**LAUDERHILL, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANIA ST. LOUIS**
**VILLANOVA HALL**
**16401 NW 37 AVE**
**MIAMI, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANICE HARDY**
**16907 SW 115TH AVE**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANICE PATTEN**
**8305 NW 59TH ST**
**TAMARAC, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.126 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shanina Jones**
**6372 Smithy Square**
**Unit C**
**Glen Burnie, MD 21061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SHANIQUA YOUNG**
**1205 HARWOOD AVE APT C12**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shanique Yee**
**12106 Saint Andrews Place**
**102**
**Hollywood, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SHANIYA COACH**
**1930 NW 119 ST #721**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SHANJINZI MA**
**506 WEST 1100 N APT 512 2D**
**CHESTERTON, IN 46304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SHANNIA LAURISTON**
**2904 NW 60TH TER APT.134**
**CITY OF SUNRISE, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SHANNON BERNARD**
**13800 NE 12 AVENUE**
**APT 504B**
**BISCAYNE PARK, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON BINNS**
**15411 W TRUE RD**
**GRAYTOWN, OH 43432**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON CRUZ**
**1091 W 43RD PL**
**HIALEAH, FL 33012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON ENOCH**
**11030 WHEELER ROAD**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON HAMPTON**
**8256 S ELIZABETH**
**CHICAGO, IL 60620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shannon Harris**
**1845 Tarboro St.**
**Elmont, NY 11003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON HARRIS**
**5817 WESLEYAN DRIVE**
**BOX C421**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON KAHLE**
**702 WESTRIDGE DR.**
**WOOSTER, OH 44691**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.126 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANNON MCGEE**
**8050 SW 92 AVE**
**MIAMI, FL 33173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANNON NEWNES**
**1564 HUNTERS LAKE DRIVE EAST**
**CUYAHOGA FALLS, OH 44221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANNON NEWNES**
**393 SUMNER STREET**
**APT #2-103D**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANNON PETERSEN**
**80 E EXCHANGE ST.**
**BOX 341B**
**AKRON, OH 44308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANNON PETERSEN**
**305 N. 5TH ST.**
**YOUNGWOOD, PA 15697**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shannon Peterson**
**80 E Exchange St.**
**Box 341B**
**Akron, OH 44308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHANNON SMITH**
**100 KINGS POINT DR**
**APT 1110**
**SUNNY ISLES BEACH, FL 33160**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANNON SPRINKLE**
**587 GREISSING TERRACE**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANTA FELDER-PAYTON**
**1115 NORTH STOCKTON ST**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shantajah Marshall**
**6106 Chinquapin Pkwy**
**Baltimore, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANTANU NIKAM**
**55 FIR HILL STREET APT 11B10**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANTEL FLOYD**
**631 NORTH AUGUSTA AVE**
**BALTIMORE, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANTEL JOHNSON**
**18941 NW 14TH COURT**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHANTEL SHAW**
**1024 20TH STREET**
**APT. #2**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 80 | **Nonpriority creditor's name and mailing address** **SHANTELL SCARLETT** **1263 N. BROAD ST.** **JACKSONVILLE, FL 32202** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 81 | **Nonpriority creditor's name and mailing address** **SHANTELL STOKELING** **1509 LOCHWOOD ROAD** **BALTIMORE, MD 21218** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 82 | **Nonpriority creditor's name and mailing address** **SHANTOY MCDONALD** **8391 NW 25TH STREET** **FORT LAUDERDALE, FL 33322** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 83 | **Nonpriority creditor's name and mailing address** **SHANTRANIQUE JONES** **301 WILCREST DRIVE APT 6903** **HOUSTON, TX 77042** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 84 | **Nonpriority creditor's name and mailing address** **SHANTRELL WRIGHT** **1521 NW 43RD STREET** **MIAMI, FL 33142** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 85 | **Nonpriority creditor's name and mailing address** **SHAOXIONG XIE** **77 FIR HILL TOWER APT. 8B8** **AKRON, OH 44304** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 86 | **Nonpriority creditor's name and mailing address** **SHAQUALIA HICKS** **12546 71ST PL N** **WEST PALM BEACH, FL 33412** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAQUAN KEMP**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAQUARIA SMITH**
**575 NW 14 TER APT 204**
**FORT LAUDERDALE, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAQUDA BOYCE**
**2323 EAST PRESTON ST**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAQUILLA FERGUSON**
**1190 WEST NORTHERN PKWY APT 231**
**BALTIMORE, MD 21210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shaquille Griffith**
**7700 Stratfield Ln**
**Laurel, MD 20707-5506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAQWON BADLEY**
**10613 JOAN AVENUE**
**CLEVELAND, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHARI PRICE**
**MAUMEE6332 GLENHURST DR APT 4**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 94 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Sharice Barnes** 1417 N Potomac St Baltimore, MD 21213-3916 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 95 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **SHARIFA NURSE** 15800 NW 42 AVENUE MIAMI GARDENS, FL 33054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 96 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Sharin Cancilla** 119 Chestnut Rdg Walled Lake, MI 48390 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 97 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **Sharla Haun** 228 Manchester Dr. Aurora, OH 44202 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 98 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **SHARNEICIA CLARK** 4317 LAKE LAWNE AVE ORLANDO, FL 32811 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.126 99 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **SHARNEICIA CLARK** 4317 LAKE LAWNE AVE ORLANDO, FL 32811 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.127 00 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |
| **SHARON ADEKOYA** 202A DEDMOND 2500 WEST NORTH AVENUE BALTIMORE, MD 21216 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _  Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.127 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARON ADEKOYA**
**601A DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARON ALEXANDER**
**THE UNIVERSITY OF AKRON, SPANTON**
**HALL 51**
**PO BOX 1350**
**AKRON, OH 44309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARON AUGUSTIN**
**3143 NW 39TH PLACE**
**LAUDERDALE LAKES, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARON HARDY**
**4391 COLLINS RD**
**MARIANNA, FL 32448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARON HINTON**
**3505 HOLMES AVE**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARON NICHOLS**
**2382 26TH ST**
**CUYAHOGA FALLS, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHAROY ANDERSON**
**4763 ORLEANS CT**
**APT D**
**WEST PALM BEACH, FL 33415**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARVIS BROWN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHASHA TANG**
**1271 CLIFFSIDE STREET**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHATARRA JONES**
**1 ROSECRANS PL APT 2C**
**NOTTINGHAM, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHATE HARRIS**
**16918 WARD STREET**
**DETROIT, MI 48235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHATONYA CANTY**
**11537 SW 216TH STREET**
**GOULDS, FL 33170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHAUN HOPKINS**
**173 OBERLIN DR**
**HEATH, OH 43056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shauna Tabb**
**8911 Goldfield Pl**
**Clinton, MD 20735-2025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAUNAY EDMONDS**
**110 COAL ST**
**WILKINS TWP, PA 15145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shaunea Robinson**
**2508 Rellim Rd.**
**Apt. B**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAUNEICE REYMOND**
**1000 NW 180TH TERRACE**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAUNELLE MENDEZ**
**13 BRUBAR COURT APT 1D**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shaunqueza Stevens**
**110 S Riverview St.**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAUNTIA SMITH**
**719 AKRON BOULEVARD**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHAVANES ROBINSON**
**1633 NORTH WARWICK AVE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAVEZ EVANS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAVONYA STRACHAN**
**445 NW 19TH LANE**
**MIAMI, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAWAN JONES**
**605B DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAWANEA HARDY**
**2411 COLONIAL STREET**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAWAUN JOHNSON**
**1506 NORTHBOURNE ROAD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAWDAE FREDERICK**
**9801 SHERWOOD FARM RD**
**ROSEDALE, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SHAWDAE WILLIAMS**
**3917 HILTON RD**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shawn Braxton**
**2811 Denham Cir N**
**Brooklyn, MD 21225-1509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shawn Elliott**
**9605 Oxbridge Way**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHAWN FEATHERSTONE**
**241 TORREY ST**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shawn Fletcher**
**4820 Wright Ave**
**Baltimore, MD 21205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHAWN GAMBLE**
**99 BEACON ST**
**HAMDEN, CT 06514-4012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHAWN GROBSTEIN**
**501 SE 2ND STREET APARTMENT 1443**
**FORT LAUDERDALE, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHAWN KOPP**
**1469 CIRCLE DR**
**MILLBURY, OH 43447**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>36 | **Nonpriority creditor's name and mailing address**<br>**Shawn Matthews**<br>**1104 Sir George Cir.**<br>**Virginia Beach, VA 23452** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>37 | **Nonpriority creditor's name and mailing address**<br>**SHAWN MAY**<br>**23563 LETCHWORTH ROAD**<br>**BEACHWOOD, OH 44122** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>38 | **Nonpriority creditor's name and mailing address**<br>**Shawn McNichol**<br>**6818 Slaven Dr.**<br>**Orlando, FL 32819** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>39 | **Nonpriority creditor's name and mailing address**<br>**Shawn Moore**<br>**8378 Denver Dr.**<br>**Avon, IN 46123** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>40 | **Nonpriority creditor's name and mailing address**<br>**Shawn Morrison**<br>**190 Thomas Jefferson Ter.**<br>**Elkton, MD 21921-5146** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>41 | **Nonpriority creditor's name and mailing address**<br>**SHAWN MULDOWNEY**<br>**10668 TALLMADGE RD**<br>**DIAMOND, OH 44412** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127<br>42 | **Nonpriority creditor's name and mailing address**<br>**SHAWN PIERRE**<br>**14140 NE 2 CT**<br>**MIAMI, FL 33161** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>43 | **Nonpriority creditor's name and mailing address**<br>**Shawn Posey**<br>**8826 Hunting Ln**<br>**Apt. 102**<br>**Laurel, MD 20708-1243** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>44 | **Nonpriority creditor's name and mailing address**<br>**SHAWN STAPLES**<br>**1824 KENSINGTON RD**<br>**TOLEDO, OH 43607** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>45 | **Nonpriority creditor's name and mailing address**<br>**Shawn Wilson**<br>**4535 Pimlico Rd**<br>**Baltimore, MD 21215** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>46 | **Nonpriority creditor's name and mailing address**<br>**SHAWNICE KING**<br>**6328 BURNT MOUNTAIN PATH**<br>**COLUMBIA, MD 21045** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>47 | **Nonpriority creditor's name and mailing address**<br>**Shawnikia Smith**<br>**5686 Utrecht Rd.**<br>**Baltimore, MD 21206** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>48 | **Nonpriority creditor's name and mailing address**<br>**SHAWNN FOSTER**<br>**278 HUNTINGTON AVE**<br>**AKRON, OH 44306** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127<br>49 | **Nonpriority creditor's name and mailing address**<br>**SHAY-ANN HOLNESS**<br>**201 PINE AVENUE**<br>**HORSHAM, PA 19044** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.127 50 | **Nonpriority creditor's name and mailing address** |

**Shayail Owens**
3505 Avondale Court
Chesapeake, VA 23321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.127 51 | **Nonpriority creditor's name and mailing address** |

**SHAYLA BELCHER**
5817 WESLEYAN DRIVE
PO BOX A510
VIRGINIA BEACH, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.127 52 | **Nonpriority creditor's name and mailing address** |

**SHAYLA GILES**
1107 SUNNY BROOK DR
MIDDLE RIVER, MD 21220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.127 53 | **Nonpriority creditor's name and mailing address** |

**SHAYLA MAXWELL**
1425 BRUTON BLVD.
ORLANDO, FL 32805

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.127 54 | **Nonpriority creditor's name and mailing address** |

**SHAYLA MILLER**
1435 GARFIELD AVENUE
BRUNSWICK, OH 44212

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.127 55 | **Nonpriority creditor's name and mailing address** |

**SHAYLA MORTON**
603B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.127 56 | **Nonpriority creditor's name and mailing address** |

**SHAYLA SMITH**
83 LAMONT ST # 1 APT LEFT
SPRINGFIELD, MA 01119-1422

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.127 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHAYLAN BAILEY**
**3904 BLANCHARD STREET**
**CHATTANOOGA, TN 37411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shayna Arnold**
**521 Seven Trails Dr.**
**Aberdeen, MD 21001-2627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHAYNA HARMON**
**373 CARROLL ST**
**SUITE 62**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shazil Mahmood**
**2571 W Village Dr.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHEDWIN ELIASSIN**
**14070 NW 5TH AVE.**
**MIAMI, FL 33168-3908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHEENA WILLIAMS**
**1541 PENRIDGE ROAD**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHEILA CARRETTE**
**9715 SUMMIT CIRCLE**
**APT 2A**
**LARGO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SHEILA CRAWFORD**
**3146 GRAYSON DRIVE**
**DALLAS, TX 75224**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 65 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**SHEILA HUBBARD**
**6711 KINCHELOE AVE**
**BALTIMORE, MD 21215**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 66 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Sheila Stanley**
**1040 NW 80th Terrace**
**Fort Lauderdale, FL 33322**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 67 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**SHEILA STANLEY**
**9616 NW 7TH CIRCLE**
**APT. 1618**
**PLANTATION, FL 33324**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 68 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**SHEKINAH COOPER**
**1700 E COLDSPRING LANE**
**BALTIMORE, MD 21251**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 69 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Shelby Chisman**
**310 Park Ave.**
**PO Box 646**
**Lynchburg, OH 45142**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 70 | | | $0.00 |

**Nonpriority creditor's name and mailing address**
**Shelby Clinedinst**
**1329 Oak Park Ave.**
**Norfolk, VA 23503**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.127 71** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **SHELBY EAGAN**<br>**1418 WASHINGTON ST**<br>**HOLLYWOOD, FL 33020-6141** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127 72** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **SHELBY EDWARDS**<br>**9559 DRIFTWOOD DRIVE**<br>**OLMSTED FALLS, OH 44138** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127 73** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **SHELBY FULMER**<br>**1231 SANDY GLEN DR**<br>**PERRYSBURG, OH 43551** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127 74** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **SHELBY JONES**<br>**6415 BARABOO DRIVE**<br>**DALLAS, TX 75241** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127 75** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Shelby Lazar**<br>**7495 S Raccoon Rd.**<br>**Canfield, OH 44406** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127 76** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **SHELBY MAJI**<br>**19133 NELSON ROAD**<br>**GARRETTSVILLE, OH 44231** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.127 77** | **Nonpriority creditor's name and mailing address** | $15.34 |
| | **SHELBY MILLER**<br>**220 DADE AVE**<br>**SARASOTA, FL 34232** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.127 78 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| SHELBY SHATZOFF 5817 WESLEYAN DRIVE PO BOX C80 VIRGINIA BEACH, VA 23455 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 79 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| Shelby Shotton 6780 Cramel Dr. Marion, IL 62959 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 80 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| SHELBY TERRY 3409 AURA CT. MCKINNEY, TX 75070 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 81 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| Shelby Wright 1924 Echo Valley Dr. East Earl, PA 17519 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 82 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| SHELDON GORADIA 0544-B SPICER RESIDENCE HALL 290 VINE ST AKRON, OH 44304 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 83 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| SHELDON MCGHEE 2939 MEGAN CIRCLE YOUNGSTOWN, OH 44505 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 84 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
| SHELIA LUCAS 1602 SKYLINE CEARLAND, TX 75043 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelley Edwards**
**2910 NE 10th Ave.**
**Pompano Beach, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelley Gamble**
**641 Southbridge Blvd.**
**Brunswick, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELLEY SPIES**
**16 PEPPER RIDGE RD**
**PEPPER PIKE, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELLIAN WHEELER**
**301 NW 96 STREET**
**EL PORTAL, FL 33150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELLIANE WIJMAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SHELLICIA SMITH**
**2601 GULFSTREAM DRIVE**
**MIRAMAR, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelly Spies**
**16 Pepper Ridge Rd.**
**Cleveland, OH 44124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**SHELTON REISCH**
**5817 WESLEYAN DRIVE**
**PO BOX B439**
**VIRGINIA BEACH, VA 23455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**SHELTON THELUSME**
**814 VALNERA COURT**
**KISSIMMEE, FL 34758**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**SHEMAIAH MCCALL**
**16610 SOUTH COTTAGE GROVE**
**CHICAGO, IL 60473**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**Shemar Waugh**
**5577 Templar St.**
**Columbus, OH 43232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**SHEMIAH MORRIS**
**202 MARLEY MEADOW LANE**
**GLENBURNIE, MD 21060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**SHENAIA RAMSEY**
**2016 STRAUSS ST**
**BROOKLYN, NY 11212-4546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**SHENEL CROOKE**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHENGNAN DU**
**1423 OAK HILL CT APT 37**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 00 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHENIKIA HORSEY**
**7900 SUBET RD**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 01 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHEREE NOBLES**
**1059 PENNFIELD ROAD**
**CLEVELAND, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHERELLE DAVIS**
**5958 DAYWALT AVE APT F**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheri Rahman**
**10171 SW 77th Ct.**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHERIDAN BUFE**
**1377 EDGEWOOD RD**
**LAKE FOREST, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,299.25** |
|---|---|---|---|

**Sheridan ER Physician Services**
**7700 W Sunrise Blvd.**
**Fort Lauderdale, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.128<br>06 | **Nonpriority creditor's name and mailing address**<br>**Sheridan Healthcorp, Inc.**<br>**7700 W Sunrise Blvd.**<br>**Fort Lauderdale, FL 33322** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,229.67** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128<br>07 | **Nonpriority creditor's name and mailing address**<br>**SHERIDAN RADIOLOGY SERVICES  W**<br>**PO BOX 3367**<br>**ATLANTA, GA 30384** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$396.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4904** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128<br>08 | **Nonpriority creditor's name and mailing address**<br>**SHERIGAME SAINTIL**<br>**8219 NW 12 COURT**<br>**MIAMI, FL 33147** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128<br>09 | **Nonpriority creditor's name and mailing address**<br>**SHERIL BELIZAIRE**<br>**5824 NW DANA CIR**<br>**PORT ST LUCIE, FL 34986** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128<br>10 | **Nonpriority creditor's name and mailing address**<br>**SHERLANDE VILFRANC**<br>**15000 NE 7CT**<br>**MIAMI, FL 33161** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128<br>11 | **Nonpriority creditor's name and mailing address**<br>**SHERLEY NOEL**<br>**13400 NE 11TH AVE**<br>**MIAMI, FL 33161** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128<br>12 | **Nonpriority creditor's name and mailing address**<br>**SHERMAN COX**<br>**719 VALENCIA DRIVE**<br>**AUBURNDALE, FL 33823** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHERMAN DEAN**
**20241 DELAWARE DRIVE**
**EUCLID, OH 44117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHERMAN REDMOND**
**936 ECHO BROOK PLACE**
**DESOTO, TX 75115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shermeen Sufi**
**5018 Secretariat Rd.**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shermel Sherman**
**2926 Chipplegate Rd.**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHERRELL DELANCEY**
**2774 NW 197TH TERRACE**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sherrie-Lee Nunally**
**4309 Marble Hall Rd**
**Apt. 132**
**Baltimore, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sherry Castro**
**4416 Marble Hall Rd.**
**Apt. 343**
**Baltimore, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.128 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sherry Evans** | ☐ Contingent | |
| | **3417 Holmes Ave** | ☐ Unliquidated | |
| | **Apt. B** | ☐ Disputed | |
| | **Baltimore, MD 21217** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SHERRY EVANS** | ☐ Contingent | |
| | **2019 N FULTON AVE** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21217-1306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Sherry Magrey** | ☐ Contingent | |
| | **2037 Key St.** | ☐ Unliquidated | |
| | **Apt. G** | ☐ Disputed | |
| | **Maumee, OH 43537** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SHERYL GILL** | ☐ Contingent | |
| | **1840 RUTLAND STREET** | ☐ Unliquidated | |
| | **OPA LOCKA, FL 33054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SHESHANK VELAGA** | ☐ Contingent | |
| | **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| | **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| | **AKRON, OH 44325-3101** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SHI-ANN BURROWS** | ☐ Contingent | |
| | **5754 SW BALD EAGLE DR** | ☐ Unliquidated | |
| | **PALM CITY, FL 34990** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Shianna Fray** | ☐ Contingent | |
| | **3927 Nemo Rd.** | ☐ Unliquidated | |
| | **Randallstown, MD 21133-4040** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.128<br>27 | **Nonpriority creditor's name and mailing address**<br>**SHICHEN YUAN**<br>**2200 HIGH ST**<br>**APT766**<br>**CUYAHOGA FALLS, OH 44221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.128<br>28 | **Nonpriority creditor's name and mailing address**<br>**SHICHEN YUAN**<br>**1201 E MARKET ST**<br>**SUITE 413**<br>**AKRON, OH 44305** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.128<br>29 | **Nonpriority creditor's name and mailing address**<br>**SHIEDA CASTILLO**<br>**1150 NE 132ND STREET**<br>**BISCAYNE PARK, FL 33161** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.128<br>30 | **Nonpriority creditor's name and mailing address**<br>**SHIFENG HUANG**<br>**55 FIR HILL ST.**<br>**APT.5A1**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.128<br>31 | **Nonpriority creditor's name and mailing address**<br>**SHIFENG HUANG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.128<br>32 | **Nonpriority creditor's name and mailing address**<br>**SHIH-WEI CHENG**<br>**1890 SW 59 AVE**<br>**PLANTATION, FL 33317** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| 3.128<br>33 | **Nonpriority creditor's name and mailing address**<br>**SHIHAO WEN**<br>**45E RHODES AVE**<br>**AKRON, OH 44302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.128 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHIHAO WEN**
**733 WEST MARKET ST.**
**ROOM 408**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHIJUN WANG**
**590 E. BUCHTEL APT 33**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHIKA ISRAEL**
**5642 WOODMONT AVENUE**
**APT. C**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shiloh Kendrick**
**1923 Bancroft Dr.**
**Hampton, VA 23663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHINDELL HENRY**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHINDELL HENRY**
**305 BLACKBIRD CT.**
**EDGEWOOD,, MD 21040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHINIYA WASHINGTON**
**3103 JEFFREY RD**
**WINDSOR MILL, MD 21244-3426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIPING WANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIRI FITZGERALD**
**5332 CARSWELL AVENUE**
**SUITLAND, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIRIN MEHRAZI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIRIN MEHRAZI**
**1350 N HOWARD, APT. 306**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,536.00 |
|---|---|---|---|

**Shirley K. Terrass, PhD**
**1252 Weathervane Lane, Ste. A**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SHIRLEY WYNN**
**667 THOMAS ST**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shivani Bhakta**
**90 W Hanley Rd.**
**Mansfield, OH 44903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHIVDEEP VISHWAS YELIKAR** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 49 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHIYU HE** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 50 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHOKIRDZHON KAIUMOV** **946 FAIRCREST DR.** **FAIRFIELD, TX 75840** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shomari Brooks** **5710 The Alameda** **Apt. C** **Baltimore, MD 21239-2548** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHOMARI WILLIAMS** **32021 CENTER RIDGE ROAD** **NORTH RIDGEVILLE, OH 44039** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHONN DUNTON** **3739 PATTERSON AVE** **GWYNN OAK, MD 21207-6319** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHONTE DEVEAUX** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHONTELLE CAPERS** | ☐ Contingent | |
| **6136 SAINT REGIS RD APT G** | ☐ Unliquidated | |
| **BEL AIR, MD 21014** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHONTERIA CLARKE** | ☐ Contingent | |
| **19700 NW 33RD AVENUE** | ☐ Unliquidated | |
| **MIAMI GARDENS, FL 33056** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHOUMIK SAHA** | ☐ Contingent | |
| **779 KLING STREET** | ☐ Unliquidated | |
| **AKRON, OH 44311** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHREEYANKA LUITEL** | ☐ Contingent | |
| **1320 VALE DRIVE** | ☐ Unliquidated | |
| **UNIT A** | ☐ Disputed | |
| **AKRON, OH 44321** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Shrey Gupta** | ☐ Contingent | |
| **4906 Catalpha Rd** | ☐ Unliquidated | |
| **Baltimore, MD 21214** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 60 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHREY UPTA** | ☐ Contingent | |
| **4906 CATALPHA RD.** | ☐ Unliquidated | |
| **BALTIMORE, MD 21214** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 61 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SHRIJI SHAH** | ☐ Contingent | |
| **522 E BUCHTEL AVE,** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHRIONA WALTON**
**502D DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHU LING**
**627 W MARKET**
**106**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHU-WEI WANG**
**3704 WYNDHAM RIDGE, #207**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUAILIN ZHANG**
**291 MALLARD POINT DR.**
**APT3-310**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUANG LI**
**224 DEEPWOOD DR.**
**WADSWORTH, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUFAN ZHANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUILIANG YU**
**24019 E. BAINTREE RD**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 69 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **SHUIQUAN LAN** 16401 NW 37TH AVE MIAMI GARDENS, FL 33054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 70 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Shujuan Wang** 3351 Airport Hwy Apt. 9 Toledo, OH 43609 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 71 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **SHUMIN FAN** 7250 NIGHTINGALE DR APT 3 HOLLAND, OH 43528 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 72 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **SHUN LI** OFFICE OF INTERNATIONAL PROGRAMS THE UNIVERSITY OF AKRON AKRON, OH 44325-3101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 73 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Shungang Zhang** 1343 Oak Hill Ct. Apt. 104 Toledo, OH 43614 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 74 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **SHUQI GUAN** 16401 NW 37TH AVENUE MIAMI GARDENS, FL 33054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 75 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **SHUVAJIT DAS** 437 SUMNER ST. APT L2 AKRON, OH 44304 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUYAN SHENG**
**77 FIR HILL STREET**
**APT 7C6**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUYUE HUANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHUYUE HUANG**
**733 W MARKET ST APT 307**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHYAIL OWENS**
**5817 WESLEYAN DRIVE**
**PO BOX C101**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHYAIL OWENS**
**3505 AVONDALE COURT**
**CHESAPEAKE, VA 23321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shyann Blackman**
**512 Edgar Rd**
**Apt. A2**
**Elizabeth, NJ 07202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHYEVE KEY**
**309 SOUTH SMALLWOOD ST**
**BALTIMORE, MD 21223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.128 83**

**Nonpriority creditor's name and mailing address**
**SHYEVE KEY**
**2608 MCELDERRY ST**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 84**

**Nonpriority creditor's name and mailing address**
**SHYLOH ROUSE**
**1066 COLUMBUS AVENUE**
**BARBERTON, OH 44203**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 85**

**Nonpriority creditor's name and mailing address**
**Shyoun Petteway**
**121 Welday Ave.**
**Steubenville, OH 43952**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 86**

**Nonpriority creditor's name and mailing address**
**SHYOUN PETTEWAY**
**1335 OAKGROVE AVENUE**
**STEUBENVILLE, OH 43952-1673**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 87**

**Nonpriority creditor's name and mailing address**
**SHYTERIA CLARKE**
**790 NW 172 TERS**
**MIAMI, FL 33169**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 88**

**Nonpriority creditor's name and mailing address**
**Siafa Andrew**
**7884 Tall Pines Ct**
**Unit K**
**Glen Burnie, MD 21061**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 89**

**Nonpriority creditor's name and mailing address**
**SIAN XIAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.128 90 | **Nonpriority creditor's name and mailing address** |

**SIANNI FAUST**
**1454 VAN KIRK STREET**
**PHILADELPHIA, PA 19149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 91 | **Nonpriority creditor's name and mailing address** |

**SICHUAN HUANG**
**42 S ADAMS ST**
**APT #2**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 92 | **Nonpriority creditor's name and mailing address** |

**SIDDHARTHA SURABATHULA**
**77 FIR HILLS, APARTMENT 9B11**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 93 | **Nonpriority creditor's name and mailing address** |

**SIDDHESH DALVI**
**2220 HIGH STREET APT. 619**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 94 | **Nonpriority creditor's name and mailing address** |

**SIDI ZHAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 95 | **Nonpriority creditor's name and mailing address** |

**SIDNEY LUCAS**
**50 NW 14TH AVE**
**DANIA, FL 33004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 96 | **Nonpriority creditor's name and mailing address** |

**SIERAH RAY**
**72 N. THOMAS ROAD**
**APT. 10B**
**TALLMADGE, OH 44278**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 97 | **Nonpriority creditor's name and mailing address** $0.00 |

**SIERAH RAY**
**801 E WILBETH ROAD**
**AKRON, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.128 98 | **Nonpriority creditor's name and mailing address** $0.00 |

**SIERRA CARTER**
**10501 SW 17TH COURT**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 99 | **Nonpriority creditor's name and mailing address** $0.00 |

**SIERRA CARTER**
**11266 SW 156TH PL**
**MIAMI, FL 33196**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 00 | **Nonpriority creditor's name and mailing address** $0.00 |

**SIERRA COLEMAN**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 01 | **Nonpriority creditor's name and mailing address** $0.00 |

**SIERRA DANIELS**
**2701 WEST NIDO AVENUE**
**MESA, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 02 | **Nonpriority creditor's name and mailing address** $0.00 |

**SIERRA HAWTHORNE**
**426 WALTON PL**
**WESTBURY, NY 11590-2316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 03 | **Nonpriority creditor's name and mailing address** $0.00 |

**Sierra Johnson**
**6016 Surrey Square**
**Apt. 202**
**District Heights, MD 20747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIERRA MCNEILL-BAILEY**
**3601 DEWEY COURT**
**INDIAN HEAD, MD 20640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sierra Paris**
**140 Eason St.**
**Highland Park, MI 48203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIERRA WATSON**
**2678 CALIENDO CIRCLE**
**MONTGOMERY, IL 60538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIFAT SHAHRIAR KHAN**
**430 SUMNER STREET APT 303**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sigalit Ashwal**
**4735 SW 109 Terr**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.40 |
|---|---|---|---|

**Signe M. Gould-Newcomb, MA LPC**
**68 N Rossler St.**
**Monroe, MI 48162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIHAN WANG**
**1469 ALPHADA AVE. APT. G7**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1861 of 3613

| 3.129 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silver Thread**
**STPMR Ltd.**
**PO Box 331**
**Avon, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silvia Colston**
**113 Solar Rd.**
**Blountsville, AL 35031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simon Saitoti**
**414 Crystal Point Dr.**
**Dayton, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMONE BLACK**
**95 IVANHILL RD**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMONE CUMMINGS**
**3741 SW 45TH AVE**
**WEST PARK, FL 33023-5534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMONE DECARDENAS**
**201 PASADENA AVE.**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMONE FINDLAY**
**1530 NW 183RD ST**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|--------|---------------------------------------|--------------------------|
|        | Name |                          |

---

**3.129 18**

Nonpriority creditor's name and mailing address

**Simone Hill**
**2060 W 64th St.**
**Los Angeles, CA 90047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 19**

Nonpriority creditor's name and mailing address

**SIMONE KEMP**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 20**

Nonpriority creditor's name and mailing address

**Simone Lonas**
**5024 Kitchener Dr**
**Toledo, OH 43615**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 21**

Nonpriority creditor's name and mailing address

**SIMONE MARTINI**
**16 ACORN CIR APT 102**
**TOWSON, MD 21286**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 22**

Nonpriority creditor's name and mailing address

**SIMONE MCDONALD**
**8311 PINEBROOK DR.**
**DALLAS, TX 75241**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 23**

Nonpriority creditor's name and mailing address

**SIMONE MENDES TAMBA**
**302 S JIM MILLER RD**
**DALLAS, TX 75217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 24**

Nonpriority creditor's name and mailing address

**Simone Pratt**
**3301 College Ave.**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| **3.129 25** | **Nonpriority creditor's name and mailing address**<br>**SIMONE TAMBA**<br>**302 JIM MILLER RD S, APT 2092**<br>**DALLAS, TX 75217**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.129 26** | **Nonpriority creditor's name and mailing address**<br>**Simone Veira**<br>**9149 SW 166th Ct.**<br>**Miami, FL 33196**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.129 27** | **Nonpriority creditor's name and mailing address**<br>**SIMONNE JORDAN**<br>**103A DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.129 28** | **Nonpriority creditor's name and mailing address**<br>**SIMRAN ALE**<br>**1705 ABERDEEN RD APT E**<br>**TOWSON, MD 21286-8839**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.129 29** | **Nonpriority creditor's name and mailing address**<br>**SINDHUJA GAJULA**<br>**433 ALLYN ST**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.129 30** | **Nonpriority creditor's name and mailing address**<br>**Sindy Vasquez**<br>**8101 SW 72nd Ave.**<br>**Apt. 110W**<br>**Miami, FL 33143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.129 31** | **Nonpriority creditor's name and mailing address**<br>**SINDY VASQUEZ**<br>**8101 SW 72 AVE**<br>**APT 110W**<br>**MIAMI, FL 33143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.129 32 | **Nonpriority creditor's name and mailing address** **SINUO LANG** **4555 PITCH PINE LN W APT 3B** **YPSILANTI, MI 48197** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.129 33 | **Nonpriority creditor's name and mailing address** **Siperstein Dermatology** **950 Glades Rd.** **4th Floor** **Boca Raton, FL 33431** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$22.71** |
| 3.129 34 | **Nonpriority creditor's name and mailing address** **SIQI WU** **531 NOME AVE APT 3** **AKRON, OH 44320** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.129 35 | **Nonpriority creditor's name and mailing address** **SIQI WU** **55 FIR HILL ST APT 12A1** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.129 36 | **Nonpriority creditor's name and mailing address** **Sir Reynolds** **3101 Shoreline Dr.** **Apt. 1711** **Austin, TX 78758** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.129 37 | **Nonpriority creditor's name and mailing address** **SIRAHN FIELDS** **3516 WISE AVENUE** **LONG BEACH, CA 90810** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.129 38 | **Nonpriority creditor's name and mailing address** **SIRFABIAN FREEMAN** **126 FIELD STREET** **BATESVILLE, MS 38606** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.129 39 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,120.00** |
| **SIRVEN AND ASSOC ALLERGY** | | ☐ Contingent | |
| **One Seventeen Professional Arts Cen** | | ☐ Unliquidated | |
| **8200 SW 117th Ave.** | | ☐ Disputed | |
| **Suite 402** | | | |
| **MIAMI, FL 33183** | | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number **7451** | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 40 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Siryee Bah** | | ☐ Contingent | |
| **180 Baylor School Rd.** | | ☐ Unliquidated | |
| **Chattanooga, TN 37405** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 41 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Sitara Koneru** | | ☐ Contingent | |
| **2516 W Village Dr.** | | ☐ Unliquidated | |
| **Toledo, OH 43614** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 42 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **SIURY RODRIGUEZ** | | ☐ Contingent | |
| **10391 NW 128TH TERRACE** | | ☐ Unliquidated | |
| **HIALEAH, FL 33018** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 43 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Sivan Azran** | | ☐ Contingent | |
| **1800 N Bayshore Dr.** | | ☐ Unliquidated | |
| **Apt. 2815** | | ☐ Disputed | |
| **Miami, FL 33132** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 44 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **SIYAKA YAKUBU** | | ☐ Contingent | |
| **6920 RIVER OAKS DRIVE** | | ☐ Unliquidated | |
| **BLDG. F APT. #102** | | ☐ Disputed | |
| **ORLANDO, FL 32818** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 45 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **SIYANG LU** | | ☐ Contingent | |
| **4165 SW 67TH AVE APT 108B** | | ☐ Unliquidated | |
| **FORT LAUDERDALE, FL 33314** | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIYANG WEN**
6506 RAMBLEWOOD CIR
GREENACRES, FL 33467

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIYUAN LI**
2816 WOOD DUCK LN
APT 312
AKRON, OH 44319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SIYUAN LI**
118 ELIZABETH PKWY
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,398.37 |
|---|---|---|---|

**SKIN AND CANCER ASSOCIATES**
P O BOX 69 4730
MIAMI, FL 33269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  7292

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.92 |
|---|---|---|---|

**Skin Center Treatment Ctr**
10067 Pines Blvd. #A
Hollywood, FL 33024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Skye Malone**
7 Highland Pl
Apt. 4H
Yonkers, NY 10705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SKYE-FOREST BAKER**
13387 BENNINGTON BLVD
CLEVELAND, OH 44130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SKYLAR BECK**
**960 BRIARVIEW AVENUE NW**
**NORTH CANTON, OH 44720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.129 54

**Nonpriority creditor's name and mailing address**
**Skyler Friemoth**
**10748 Mendon Rd.**
**Van Wert, OH 45891**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.129 55

**Nonpriority creditor's name and mailing address**
**SKYLER RUSSELL**
**1701 SE CYPRESS PARK LN**
**JUPITER, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.129 56

**Nonpriority creditor's name and mailing address**
**Skyler Tipton**
**16744 Hodgman Rd.**
**Weston, OH 43569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.129 57

**Nonpriority creditor's name and mailing address**
**Skyline Medical Center**
**3441 Dickerson Pike**
**Nashville, TN 37207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,184.00**

---

3.129 58

**Nonpriority creditor's name and mailing address**
**Smit Shah**
**2571 W Village Dr.**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.129 59

**Nonpriority creditor's name and mailing address**
**SMRITHI SUGUMARANMENON**
**1245 OAK HILL CT APT 252**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|---------------------------------------|------------------------|---|
| | Name | | |

| 3.129 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smrithi Sugurmaran Menon**
1245 Oak Hill Ct.
Apt. 252
Toledo, OH 43614

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SNEHA LATHA ALBOINA**
77 FIR HILL TOWERS, APT 5B5
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SNEHA REDDY MOGULLA**
77 FIR HILL APT 6B5
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SNEHANSHU BANERJEE**
4314 BEDROCK CIRCLE
APT 203
NOTTINGHAM, MD 21236

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SNEHANSHU BANERJEE**
3009 NICOSH CIRCLE
UNIT 4210
FALLS CHURCH, VA 22042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.72 |
|---|---|---|---|

**SO Florida Medical Imaging PA**
2929 E Commercial Blvd. #600
Fort Lauderdale, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SO YEON KIM**
2762 GLENHAVEN AVE.
APT E
COPLEY, OH 44321

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.129**
**67**

Nonpriority creditor's name and mailing address

**SO YOUN CHA**
**417 MARKET AVENUE NORTH**
**CANTON, OH 44702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**
**68**

Nonpriority creditor's name and mailing address

**SOEURETTE BOURBON**
**1235 NE 157TH ST**
**NORTH MIAMI BEACH, FL 33162-5541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**
**69**

Nonpriority creditor's name and mailing address

**SOFFER HEART INSTITUTE PA AVEN**
**21550 Biscayne Blvd**
**Suite 133**
**AVENTURA, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number  **5768**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$624.00**

---

**3.129**
**70**

Nonpriority creditor's name and mailing address

**SOFIA ADORNO**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**
**71**

Nonpriority creditor's name and mailing address

**SOFIA ALVAREZ**
**955 SE 1ST PLACE**
**HIALEAH, FL 33010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**
**72**

Nonpriority creditor's name and mailing address

**SOFIA BARRIOS TELEZ**
**2734 BIRD AVE #106**
**MIAMI, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**
**73**

Nonpriority creditor's name and mailing address

**SOFIA GARCIA AUSTT**
**3625 COLLEGE AVENUE**
**FORT LAUDERDALE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.129 74**

**Nonpriority creditor's name and mailing address**

SOFIA HENELL
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 75**

**Nonpriority creditor's name and mailing address**

SOFIA HENSHAW
2475 BRICKELL AVE. APT. 1710
MIAMI, FL 33129

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 76**

**Nonpriority creditor's name and mailing address**

SOFIA MENDOZA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 77**

**Nonpriority creditor's name and mailing address**

SOFIYA SMERECHYNSKY
1228 MARKS RD
UNIT F
VALLEY CITY, OH 44280

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 78**

**Nonpriority creditor's name and mailing address**

SOL SANTECCHIA
3301 COLLEGE AV.
FORT LAUDERDALE, FL 33314

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 79**

**Nonpriority creditor's name and mailing address**

Solantic of Jacksonville LLC
2401 Monument Rd.
Jacksonville, FL 32225

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

**3.129 80**

**Nonpriority creditor's name and mailing address**

Solantic of South Florida, LLC
9035 Pines Blvd.
Hollywood, FL 33024

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$84.00**

---

| 3.129 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOLIMAN ALSHAREEF**
**220 E. SCHOOL STREET**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Solomon Reed**
**146 Joliet Ave.**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Solomon Tucker, III**
**1756 Chesaco Ave.**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOLOMON TUCKER, III**
**6711 HAVENOAK RD APT C4**
**BALTIMORE, MD 21237-4843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOMAYEH GHARAIE FATHABAD**
**7301 PARK DR. APT D**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOMER LOVE**
**1117 NW 97TH DRIVE**
**APT.5**
**CORAL SPRINGS, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Somik Ghose**
**3333 Arlington Ave.**
**Apt. G320**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOMTOCHUKWU EGEOLU**
**4003 LARGA VISTA CT**
**BOWIE, MD 20721-4062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOMTOCHUKWU NWEKE**
**6912 LACHLAN CIRCLE**
**APT K**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONA TRAORE**
**4615 CIMMARON GREENFIELDS DR**
**BOWIE, MD 20720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONAL BHADAURIYA**
**2771 RYEWOOD AVENUE, APT D**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONGLING ZHANG**
**6501 MARSOL ROAD**
**APT 545**
**MAYFIELD HEIGHTS, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONGTAO YE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONGTAO YE**
**2816 WOOD DUCK LN**
**APT 312**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SONGYUAN MA** | ☐ Contingent | |
| **11715 GARFIELD ROAD** | ☐ Unliquidated | |
| **HIRAM, OH 44234** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.129 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SONIA EXIL** | ☐ Contingent | |
| **9129 GETTYSBURG RD** | ☐ Unliquidated | |
| **BOCA RATON, FL 33434-5526** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SONIA GACHTER** | ☐ Contingent | |
| **988 S MOUNT HOPE RD** | ☐ Unliquidated | |
| **CRYSTAL, MI 48818** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SONIA NAEEM** | ☐ Contingent | |
| **5893 FRANK AVE NW** | ☐ Unliquidated | |
| **NORTH CANTON, OH 44720** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sonita Tem** | ☐ Contingent | |
| **4657 N Park Ln** | ☐ Unliquidated | |
| **Toledo, OH 43614** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sonja Botes** | ☐ Contingent | |
| **7022 Harvard Ln** | ☐ Unliquidated | |
| **Canton, MI 48187** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 01 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **SONY SANON** | ☐ Contingent | |
| **1345 NW 126TH STREET** | ☐ Unliquidated | |
| **MIAMI, FL 33167** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SONYA PORTER**
**15331 NW 32ND AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOOHYUN PARK**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOPHIA BROWN**
**4317 LAUREL ST**
**NEW ORLEANS, LA 70115-1452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOPHIA EUFRACIO**
**208 JEANETTE DR**
**FOSTORIA, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sophia Eufrancio**
**208 Jeanette Dr.**
**Fostoria, OH 44830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOPHIA GEIER**
**533 GAGE STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOPHIA GEIER**
**UNIVERSITY EDGE-AKRON**
**393 Sumner St**
**2-103A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.130 09 | **Nonpriority creditor's name and mailing address**<br>**SOPHIA GEIER**<br>**JAMES A. RHODES ARENA, SUITE 35**<br>**AKRON, OH 44325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.130 10 | **Nonpriority creditor's name and mailing address**<br>**SOPHIA JONES**<br>**12111 CASTLEWALL CT**<br>**BOWIE, MD 20720**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.130 11 | **Nonpriority creditor's name and mailing address**<br>**SOPHIA MCDANIEL**<br>**60 SOUTHWICK DR**<br>**BEDFORD, OH 44146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.130 12 | **Nonpriority creditor's name and mailing address**<br>Sophia Policastro<br>3625 Curtis Lane<br>Miami, FL 33133<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.130 13 | **Nonpriority creditor's name and mailing address**<br>**SOPHIA SMITH**<br>**3604 FARMVIEW CIRCLE**<br>**RAVENNA, OH 44266**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.130 14 | **Nonpriority creditor's name and mailing address**<br>**SOPHIE BELL**<br>**8749 STURBRIDGE DRIVE**<br>**CINCINNATI, OH 45236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.130 15 | **Nonpriority creditor's name and mailing address**<br>Sophie Cannon<br>7121 Quail Lakes Dr.<br>Holland, OH 43528<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.130 16 | **Nonpriority creditor's name and mailing address**<br>**SOPHIE VACHON**<br>**4845 UNION AVENUE NE**<br>**HOMEWORTH, OH 44634**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.130 17 | **Nonpriority creditor's name and mailing address**<br>**SOROUSH HEIDARI PAHLAVIAN**<br>**1560 20TH ST,**<br>**APT 9**<br>**CUYAHOGA FALLS, OH 44223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.130 18 | **Nonpriority creditor's name and mailing address**<br>**SOROUSH YAZDANI**<br>**6830 FREDERICKSBURG DR**<br>**SYLVANIA, OH 43560**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.130 19 | **Nonpriority creditor's name and mailing address**<br>**SOURAV KHATUA**<br>**279 UP WHEELER STREET**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.130 20 | **Nonpriority creditor's name and mailing address**<br>**South Broward Community Health**<br>**4105 Pembroke Rd.**<br>**Hollywood, FL 33021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,645.34** |

| | | |
|---|---|---|
| 3.130 21 | **Nonpriority creditor's name and mailing address**<br>**South Carolina Secretary of State**<br>**1205 Pendletson St.**<br>**Ste. 525**<br>**Columbia, SC 29201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.130 22 | **Nonpriority creditor's name and mailing address**<br>**SOUTH FLORIA ENT ASSOC**<br>**8181 NW 154th St., Suite 200**<br>**MIAMI LAKES, FL 33016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2231** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.130 23 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$4,974.20** |
| **SOUTH FLORIDA ANES & PAIN TRE** 21097 NE 27 Ct #410 Miami, FL 33180 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number __2866__ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 24 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$3,242.39** |
| **South Florida Cardiology Associates** 4302 Alton Rd., Ste. 300 Miami Beach, FL 33140 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 25 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$22,262.24** |
| **South Florida Ent Assoc** 8181 NW 154th St., Ste. 200 Hialeah, FL 33016 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 26 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$179.00** |
| **SOUTH FLORIDA MEDICAL IMAGING** 2929 E Commercial Blvd. #600 Fort Lauderdale, FL 33308 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number __5575__ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 27 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$154.24** |
| **South Florida Neprology Group** 722 Riverside Dr. Pompano Beach, FL 33071 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 28 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$592.26** |
| **South Miami Critcare, Inc.** 5975 Sunset Dr. #402 Miami, FL 33143 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 29 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$700.00** |
| **SOUTH MIAMI CRITICARE INC** P O BOX 919315 ORLANDO, FL 32891 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number __8210__ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.130 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,543.02** |

**South Miami Hospital**
**PO Box 198116**
**Atlanta, GA 30384-8116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49.35** |

**Southcoast Health**
**330 Benfield Dr.**
**Savannah, GA 31406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.02** |

**Southeastern Dermatology**
**1930 Pinnacle Pointe Way**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96.18** |

**Southwest Florida Cancer Care**
**603 N. Flamingo Rd. #260**
**Hollywood, FL 33028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SOUVIK MUNSHI**
**22 E EXCHANGE ST**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SOUVIK MUNSHI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SOWMYA BHUVANAPALLI**
**5016 FORESTLAND CT**
**BRUNSWICK, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.130 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.44** |
|---|---|---|---|
| | **Specialty Care Center** **1111 W Broward Blvd** **Fort Lauderdale, FL 33312** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Spencer Elfring** **3331 County Rd. 213** **Clyde, OH 43410** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SPENCER GOODHEART** **3256 ROGERS AVENUE** **WALNUT CREEK, CA 94597** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Spencer Kelson** **3303 Dunwood Ridge Ct** **Bowie, MD 20721** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SPENCER KIEHL** **440 THACKERAY AVE** **WORTHINGTON, OH 43085** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SPENCER MCELWAY** **3023 WALKER STREET** **LITTLE ROCK, AR 72204** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Spencer Pinnick** **1475 Essex Rd.** **Columbus, OH 43221** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.130<br>44 | **Nonpriority creditor's name and mailing address**<br>**Spencer Ryan**<br>**114 Sylvan Dr.**<br>**Monroe, MI 48162** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>45 | **Nonpriority creditor's name and mailing address**<br>**SPENCER RYAN**<br>**114 SYLVAN DR**<br>**MONROE, MI 48162** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>46 | **Nonpriority creditor's name and mailing address**<br>**SPENCER TOROK**<br>**3214 SCIOTO BEND DR**<br>**HILLIARD, OH 43026** | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>47 | **Nonpriority creditor's name and mailing address**<br>**Spine Care Institue of Miami**<br>**Golden Medical Office Building**<br>**4308 Alton Rd. #610**<br>**Miami Beach, FL 33140** | **$144.87** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>48 | **Nonpriority creditor's name and mailing address**<br>**Spirit of Peach Clinic Counseling**<br>**1170 Old Henderson Rd., Ste. 100**<br>**Columbus, OH 43220** | **$500.72** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>49 | **Nonpriority creditor's name and mailing address**<br>**SPRINGFIELD MEDICAL ASSOCIATES**<br>**2150 Main St.**<br>**Springfield, MA 01104** | **$431.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1148**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130<br>50 | **Nonpriority creditor's name and mailing address**<br>**Springforest Family Physicians**<br>**3020 N McCord Rd. #200**<br>**Toledo, OH 43615** | **$64.68** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SRAVAN KUMAR PULIPATI**
**77 FIR HILL**
**APT 10B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SRAVANI NANABALA**
**77 FIR HILL TOWERS**
**APT # 4B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SREEVALLI BOKKA**
**907 HEMLOCK HILLS DR**
**APT #D**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SRI LAKSHMI PRIYANKA SADINENI**
**77 FIR HILL  APT #11B12**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SRIDHAR AKULA**
**77 FIR HILL TOWER APT 11B12**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SRIKANTH MARCHETTY**
**430 SUMNER ST**
**APT# 101**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SRIKANTH MARCHETTY**
**274 WHEELER ST**
**APT 2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SRIKANTH NARNE**
36041 GRAND RIVER AVE
APT 202
FARMINGTON, MI 48335

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SRIKAR REDDY NAINI**
77 FIRHILL. APT 10B11
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

Srishti Shrivastav
875 Tollis Pkwy
Broadview Heights, OH 44147

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SRIVEDA ALETY**
77 FIR HILL
APT # 3B5
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$960.93** |
|---|---|---|---|

**St Anthonys Hospital**
1201 Fifth Ave. N
Saint Petersburg, FL 33705

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,196.00** |
|---|---|---|---|

**ST LUCIE ANESTHESIA ASSOCIATES**
1800 SE Tiffany Ave
Port Saint Lucie, FL 34952

Date(s) debt was incurred _

Last 4 digits of account number _4252

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,700.30** |
|---|---|---|---|

**St Thomas Sports Medicine**
423 Sewell Rd.
Sparta, TN 38583

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**St Vincent Hospital and Health**
**2001 W 86th St.**
**Indianapolis, IN 46260-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.80 |
|---|---|---|---|

**St. Davids Medical Center**
**2400 Round Rock Ave.**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.80 |
|---|---|---|---|

**St. Elizabeth Health**
**1 Medical Village Dr.**
**Ft Mitchell, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.35 |
|---|---|---|---|

**St. Lukes Hospital**
**232 S Woods Mill Rd.**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STACEY MONEUS**
**215 NE 89ST**
**MIAMI, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stacey Stewart**
**3021 Grindley Park St.**
**Dearborn, MI 48124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Staci Blackburn**
**11440 Robinshire St.**
**Temperance, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stacy Isaac**
**1600 W Rocket Dr.**
**Ottawa West, 4103B**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STACY ISAAC**
**3415 GIBRALTER HEIGHTS DR**
**APT L5**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STACY LORKOWSKI**
**5187 MASSILLON ROAD**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STANLEY ANTOINE**
**1551 NE 167 STREET**
**APT 3125**
**NORTH MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STANLEY NWAKAMMA**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STANLEY SAINVILLE**
**468 NW 84TH ST**
**MIAMI, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STANLEY WEST**
**3903 RIDGECROFT RD**
**BALTIMORE, MD 21206-5029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Staryana Pollard**
**310 W 143rd St.**
**Apt. 5E**
**New York, NY 10030-1448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State Corporation Commission**
**Clerk of the State Corporation Comm**
**PO Box 1197**
**Richmond, VA 23219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State Corporation Commission**
**Clerk of the State Corporation Comm**
**PO Box 1197**
**Richmond, VA 23219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Maryland**
**Dept. of Assessments and Taxation**
**Personal Property Division**
**PO Box 17052**
**Baltimore, MD 21297-1052**

Date(s) debt was incurred _

Last 4 digits of account number **6373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Michigan**
**PO Box 30702**
**Lansing, MI 48909**

Date(s) debt was incurred _

Last 4 digits of account number **857F**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stefan Faistenauer**
**3060 Palm Trace Landing Dr.**
**#208**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STEFANIE KALSKI**
**9285 SW 220 TERRACE**
**CUTLER BAY, FL 33190**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEFANIE MORSE**
**400 KINGS POINT DRIVE**
**APT 225**
**SUNNY ISLES, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEFANIE STARCIC**
**1445 W 110TH ST**
**CLEVELAND, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STELLA AZEROT**
**17790 NE 19 AVE**
**N. MIAMI BEACH, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STELLA STEVENS**
**10390 SOUTH STREET #4**
**GARRETTSVILLE, OH 44231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHAINE EDWARDS**
**1126 AZURE HEIGHTS PLACE**
**LAS VEGAS, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephan Motte**
**3514 Standsh Ct**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHANE NOUAFO WANKO**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE BLOCKBERGER**
**203 GENSON DR**
**HASKINS, OH 43525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Stephanie Cabrera**
**9018 NW 114 Terrace**
**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE CASTELLON-SILVERIO**
**2429 14TH AVENUE SOUTH**
**MINNEAPOLIS, MN 55404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE CBRERA**
**14809 SW 58 ST**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE CIPA**
**478 NORTH MUNROE ROAD**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE COLLETT**
**1700 E. COLDSPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE DODSON-PACE**
**1747 BLACKSMITH DRIVE**
**DALLAS, TX 75253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131 00**

**Nonpriority creditor's name and mailing address**

**Stephanie Douglas**
**3988 Hampton Hills Dr**
**Lakeland, FL 33810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 01**

**Nonpriority creditor's name and mailing address**

**Stephanie Douglas**
**431 E Parkwood St.**
**Sidney, OH 45365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 02**

**Nonpriority creditor's name and mailing address**

**STEPHANIE ESTEPA**
**3990 NW 178 STREET**
**MIAMI GARDENS, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 03**

**Nonpriority creditor's name and mailing address**

**STEPHANIE GANGES**
**9342 NW 120TH STR.**
**APT # 427**
**HIALEAH GARDENS, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 04**

**Nonpriority creditor's name and mailing address**

**Stephanie Gregory**
**8052 Thistlewood Dr.**
**West Chester, OH 45069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 05**

**Nonpriority creditor's name and mailing address**

**STEPHANIE GREGORY**
**2511 W VILLAGE DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 06**

**Nonpriority creditor's name and mailing address**

**STEPHANIE HALE**
**5390 FAIRTREE RD**
**BEDFORD HTS, OH 44128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 07 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **STEPHANIE HAM** | ☐ Contingent | |
| **1800 HAMPTON KNOLL DR.** | ☐ Unliquidated | |
| **AKRON, OH 44313** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.131 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **STEPHANIE HERNANDEZ** | ☐ Contingent | |
| **112 ELLSWORTH ST** | ☐ Unliquidated | |
| **ALEXANDRIA, VA 22314** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Stephanie Litke** | ☐ Contingent | |
| **10671 Blossom Ave.** | ☐ Unliquidated | |
| **Cleveland, OH 44130** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **STEPHANIE MURPHY** | ☐ Contingent | |
| **250 HARLAN STREET** | ☐ Unliquidated | |
| **SAN LEANDRO, CA 94577** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Stephanie Nnabue** | ☐ Contingent | |
| **7113 Park Dr.** | ☐ Unliquidated | |
| **Parkville, MD 21234** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **STEPHANIE ODOM** | ☐ Contingent | |
| **709 EAST COLD SPRING LN** | ☐ Unliquidated | |
| **BELTSVILLE, MD 20705** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **STEPHANIE ORAA** | ☐ Contingent | |
| **1112 LAKE WILLISARA CIR** | ☐ Unliquidated | |
| **ORLANDO, FL 32806** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.75 |
| --- | --- | --- | --- |

**STEPHANIE PARSONS**
**6730 BULL RUN RD., #156**
**MIAMI LAKES, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**STEPHANIE ROMAN**
**1300 BRICKELL BAY DRIVE**
**APT. 1910**
**MIAMI, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**STEPHANIE ROMAN**
**5600 NE 4TH AVE APT 914**
**MIAMI, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Stephanie Sherman**
**564 Saint Annes Dr.**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**STEPHANIE SIMEON**
**6323 SW 127 PLACE**
**MIAMI, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Stephanie Smith**
**4045 Regis Dr.**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**STEPHANIE SUAREZ**
**14965 SW 8TH TERRACE**
**MIAMI, FL 33194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.131 21 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**STEPHANIE VALDES**
**6919 W 29 WAY**
**HIALEAH, FL 33018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 22**

**Nonpriority creditor's name and mailing address**
**Stephen Alexander**
**1712 Peachwood Ct**
**Finksburg, MD 21048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 23**

**Nonpriority creditor's name and mailing address**
**Stephen Antonucci**
**4175 Darrow Rd.**
**Unit 58**
**Stow, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 24**

**Nonpriority creditor's name and mailing address**
**STEPHEN BEARD**
**5650 PEPPERTREE CIRCLE W**
**DAVIE, FL 33314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 25**

**Nonpriority creditor's name and mailing address**
**STEPHEN BUTLER**
**7845 CLOVERFIELD CIRCLE**
**BOCA RATON, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 26**

**Nonpriority creditor's name and mailing address**
**STEPHEN COPELAND**
**1205 HARWOOD AVE APT B11**
**BALTIMORE, MD 21239-3325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 27**

**Nonpriority creditor's name and mailing address**
**STEPHEN CURTIS**
**7250 NIGHTINGALE DR APT 5**
**HOLLAND, OH 43528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHEN DAVIS**
**1450 MERIDIAN AVE.**
**MIAMI BEACH, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHEN DAVIS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHEN ERICKSEN**
**513 RENTSCHLER ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234.24** |
|---|---|---|---|

**Stephen F. Miller, III, MD**
**1849 Old Donation Pkwy**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHEN HONG**
**7250 NIGHTINGALE DR APT 9**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHEN JAMES**
**6505 SPRINGBROOK LN**
**CLINTON, MD 20735-2242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEPHEN JOSEPH**
**61 DUNHAM ST**
**TRENTON, NJ 08618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 35 | **Nonpriority creditor's name and mailing address**<br>**Stephen L. Schuler, MD**<br>**104 N Union St**<br>**Delaware, OH 43015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **6042** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$42.00** |
|---|---|---|---|

| 3.131 36 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN PATTERSON**<br>**405B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.131 37 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN RAMPAUL**<br>**7360 N 37TH CT**<br>**LAUDERHILL, FL 33319**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.131 38 | **Nonpriority creditor's name and mailing address**<br>**Stephen S. Davis**<br>**825 Fairfax Ave.**<br>**Norfolk, VA 23507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,434.76** |
|---|---|---|---|

| 3.131 39 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN SAAWUAN**<br>**540 NW 132 ST**<br>**NORTH MIAMI, FL 33168**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.131 40 | **Nonpriority creditor's name and mailing address**<br>**Stephen Sutton**<br>**1632 Milroy St.**<br>**Toledo, OH 43605**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.131 41 | **Nonpriority creditor's name and mailing address**<br>**STEPHEN TWUM BARIMAH**<br>**1396 EAST 45TH STREET**<br>**CLEVELAND, OH 44103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.131 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Veillette** | ☐ Contingent | |
| **175 Grandin Rd.** | ☐ Unliquidated | |
| **Akron, OH 44313** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.131 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **STEPHEN WERNER-SLEVA** | ☐ Contingent | |
| **4747 SCIOTO APT 105** | ☐ Unliquidated | |
| **TOLEDO, OH 43615** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 44 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **STEPHON PETERS** | ☐ Contingent | |
| **2695 NW HATCHES HARBOR ROAD** | ☐ Unliquidated | |
| **APT. 104** | ☐ Disputed | |
| **PORT ST. LUCIE, FL 34983** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 45 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **STEPHON WILLIAMS-HINES** | ☐ Contingent | |
| **1727 ANDINA AVENUE** | ☐ Unliquidated | |
| **CINCINNATI, OH 45237** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 46 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **STEPHONIE HALL** | ☐ Contingent | |
| **4251 NW 5TH ST.** | ☐ Unliquidated | |
| **APT 254** | ☐ Disputed | |
| **PLANTATION, FL 33317** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 47 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **STEPHY DELVA** | ☐ Contingent | |
| **1340 NE 137TH ST.** | ☐ Unliquidated | |
| **BISCAYNE PARK, FL 33161** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 48 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sterlin Brown** | ☐ Contingent | |
| **3811 Cedardale Rd** | ☐ Unliquidated | |
| **Baltimore, MD 21215** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,961.88** |

**Sterling Emerg Svcs Miami Beach, PA**
**300 S Park Rd., Suite 400**
**Hollywood, FL 33021-8593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.70** |

**Sterling Primary Care Assoc**
**343 Franklin Rd.**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Stevaughn Doss**
**20 Witherwood Ct.**
**Apt. 2B**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**STEVE OMAKWU**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**STEVEN ASHCRAFT**
**1816 CLARENDON AVE SW**
**CANTON, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steven Bare**
**6662 Kingsbridge Dr.**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**STEVEN BARE**
**625 PINE VALLEY LN APT 102**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.131 56 | |

**Nonpriority creditor's name and mailing address**

**STEVEN BUCHHEIT**
**140 Prospect Ave. #S**
**KIRKWOOD, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number  **5977**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,625.00**

---

| | |
|---|---|
| 3.131 57 | |

**Nonpriority creditor's name and mailing address**

**Steven Carlsson**
**8331 SW 107th Ave.**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.131 58 | |

**Nonpriority creditor's name and mailing address**

**STEVEN CARLSSON**
**260 CRANWOOD DR**
**KEY BISCAYNE, FL 33149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.131 59 | |

**Nonpriority creditor's name and mailing address**

**STEVEN DAJNOWICZ**
**1938 PERTH**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.131 60 | |

**Nonpriority creditor's name and mailing address**

**STEVEN GIBSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.131 61 | |

**Nonpriority creditor's name and mailing address**

**Steven Jankowski**
**2087 Berkshire Club Dr.**
**Cincinnati, OH 45230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.131 62 | |

**Nonpriority creditor's name and mailing address**

**STEVEN JOHNSON**
**40 LEXINGTON SQUARE**
**EUCLID, OH 44143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.131<br>63 | **Nonpriority creditor's name and mailing address** |

**STEVEN MITCHELL**
**7440 HERRICK PARK DR**
**HUDSON, OH 44236-2362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.131<br>64 | **Nonpriority creditor's name and mailing address** |

**STEVEN PENN**
**1824 KIRBY ROAD**
**MCLEAN, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.131<br>65 | **Nonpriority creditor's name and mailing address** |

**STEVEN REVILLA**
**884 SW 172 TERRACE**
**PEMBROKE PINES, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.131<br>66 | **Nonpriority creditor's name and mailing address** |

**STEVEN STUCKER**
**407 LITTLE JOHN DRIVE**
**IRVING, TX 75061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.131<br>67 | **Nonpriority creditor's name and mailing address** |

**STEVEN TSENG**
**98 MOUNT VIEW AVE**
**APT 3**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.131<br>68 | **Nonpriority creditor's name and mailing address** |

**STEVEN VASQUEZ**
**7906 NW 70TH AVE**
**FORT LAUDERDALE, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.131<br>69 | **Nonpriority creditor's name and mailing address** |

**STEVEN WALDMAN**
**2768 CARAMBOLA CIRCLE SOUTH**
**C501**
**COCONUT CREEK, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 1898 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176.00** |

**Steven Warrington**
**214 Debarry Ave.**
**Orange Park, FL 32073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**STEVEN WELLING**
**8390 LAMBERT ST**
**LAMBERTVILLE, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**STHEFICA BLANC**
**3143 NW 39 PLACE**
**FORT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stijn van der Zee**
**1216 Sunbury Rd.**
**Columbus, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**STOQUANDRIA INMAN**
**530 SE 1ST STREET**
**BELLE GLADE, FL 33430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stormy Zyzyk**
**3420 Little Hunting Creek Dr.**
**Alexandria, VA 22309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |

**STRAND ORTHOPAEDIC CONSULTANTS**
**PO BOX 11784**
**MYRTLE BEACH, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8773**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.131 77** | |

**Nonpriority creditor's name and mailing address**
**Stresscare Behavioral Heatlh, Inc.**
**3840 Woodley Rd., Ste. A**
**Toledo, OH 43623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$498.37**

---

| | |
|---|---|
| **3.131 78** | |

**Nonpriority creditor's name and mailing address**
**STUART BOGGESS**
**210 SAN PASQUALE AVE NW**
**APT A**
**ALBUQUERQUE, NM 87104-1460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.131 79** | |

**Nonpriority creditor's name and mailing address**
**STUART HOLTHUSEN**
**3075 KENT RD**
**STOW, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.131 80** | |

**Nonpriority creditor's name and mailing address**
**STUART HOLTHUSEN**
**491 SUMNER STREET**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.131 81** | |

**Nonpriority creditor's name and mailing address**
**STUNIQUE CAMPBELL**
**1703 17TH LANE**
**GREENACRES, FL 33463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.131 82** | |

**Nonpriority creditor's name and mailing address**
**Styra Frisbey**
**1432 Kenwood Ave.**
**Camden, NJ 08103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.131 83** | |

**Nonpriority creditor's name and mailing address**
**SUBHADRA PAUDEL**
**6934 DONACHIE RD**
**APT #F**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUBHADRA PAUDEL**
532 WALKER AVE APT C
BALTIMORE, MD 21212-2355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Subhan Toor**
8608 Hinckley Cir.
Brecksville, OH 44141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Subhro Roy**
1508 Somerset Ct.
Mount Pleasant, MI 48858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUDIP ADHIKARI**
634 EAST BUCHTEL AVENUE , APT 303
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sudipa Biswas**
2130 Richards Rd.
Apt. 3
Toledo, OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUE HUA AW YOUNG**
2256 PINE TOP COURT
AKRON, OH 44319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUELLE PABON**
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 91 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SUFIAN NATSHEH**
**658 ALLYN ST**
**AKRON, OH 44311**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 92 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SUJHEY GONZALEZ**
**1500 NW 24 AVE**
**MIAMI, FL 33125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 93 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SUKHMANJOT KAUR**
**2220 HIGH STREET, APT 820**
**AKRON, OH 44221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 94 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SULANY PEREZ**
**14522 SW 75TH ST**
**MIAMI, FL 33183**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 95 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SULIAT ATOBA**
**1218 GARDEN STONE DR.**
**RALEIGH, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 96 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SULIAT ATOBA**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.131 97 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SULOCHANA SHRESTHA**
**634 EAST BUCHTEL AVENUE**
**APARTMENT:303**
**AKRON, OH 44304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.131 98**

**Nonpriority creditor's name and mailing address**

**SUMA CHERKURI**
**77 FIR HILL STREET, APT 6B2**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 99**

**Nonpriority creditor's name and mailing address**

**Suman Rijal**
**1333 Oak Hill Ct.**
**Apt. 126**
**Toledo, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 00**

**Nonpriority creditor's name and mailing address**

**SUMAYYAH RAJI**
**1541 PENTRIDGE RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 01**

**Nonpriority creditor's name and mailing address**

**SUMAYYAH RAJI**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 02**

**Nonpriority creditor's name and mailing address**

**SUMEDHA GAJBHIYE**
**22 E EXCHANGE STREET,**
**APT 2082 C**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 03**

**Nonpriority creditor's name and mailing address**

**Sumaiya Abdur-Rasheed**
**1020 Foxchase Ln**
**Essex, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 04**

**Nonpriority creditor's name and mailing address**

**SUMIAYA ABDUR-RASHEED**
**1105 SANDY STONE ROAD ESSEX**
**ESSEX, MD 21221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.132 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,407.47** |
|---|---|---|---|
| | **Summa Health System** | ☐ Contingent | |
| | **525 E Market St.** | ☐ Unliquidated | |
| | **Akron, OH 44304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **6682** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.132 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,789.46** |
|---|---|---|---|
| | **Summa Physician, Inc.** | ☐ Contingent | |
| | **PO Box 638874** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-8874** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SUMMER BREWSTER** | ☐ Contingent | |
| | **4711 HARVARD AVENUE** | ☐ Unliquidated | |
| | **CLEVELAND, OH 44105** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SUMMER ELLIS** | ☐ Contingent | |
| | **7593 COLUMBIA RD** | ☐ Unliquidated | |
| | **OLMSTED FALLS, OH 44138** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SUMMER HILL** | ☐ Contingent | |
| | **2 JONATHAN LANE** | ☐ Unliquidated | |
| | **YOUNGSTOWN, OH 44511** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SUMMER ISLAND** | ☐ Contingent | |
| | **1757 EAST 67TH STREET** | ☐ Unliquidated | |
| | **CHICAGO, IL 60649** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **SUMMER NOBLE** | ☐ Contingent | |
| | **16021 WEST TROON CIR** | ☐ Unliquidated | |
| | **MIAMI LAKES, FL 33014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUMMER SCHERVISH**
**6700 NORTH PALMERSTON DRIVE**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Summer Simpson**
**2305 Pennyroyal Terrace**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.82** |
|---|---|---|---|

**Summit Phychological Associates**
**37 N Broadway St.**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUNDAE GRIFFIN**
**16034 ENGLISH OAKS AVE.**
**APT. B**
**BOWIE, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUNDAY ODEKUNLE**
**53 S COLLEGE STREET**
**APT C**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUNDAY ODEKUNLE**
**1540 HYDE PARK AVENUE**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUNDAY ODEKUNLE**
**406  SUMNER STREET APT B12**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUNETH WATTHAGE**
**1235 OAK HILL CT APT 244**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sung Bin Cho**
**1006 Ranch Dr.**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUNG GU KYUNG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUNGBIN CHO**
**8936 BEAR CREEK DR**
**SYLVANIA, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUNIL SINGH**
**634 E BUCHTEL AVE APT 102**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUNIL SINGH**
**281 WHEELER ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**SUNLIFE OB/GYN SERVICES**
**PO BOX 945953**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1449**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,162.00 |
|---|---|---|---|

**Sunrise Medical Group I, LLC**
12596 Pines Blvd.
Hollywood, FL 33027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**SUNSET DERMATOLOGY SKIN LASER**
6310 Sunset Dr.
SOUTH MIAMI, FL 33143

Date(s) debt was incurred _
Last 4 digits of account number  **5645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUO XIAO**
333 UNION PLACE
AKRON, OH 44304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.96 |
|---|---|---|---|

**Superior Medical Center PA**
2300 N Commerce Pkwy #108
Fort Lauderdale, FL 33326

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Supreme Coles**
90 Richmond Hill Rd.
Apt. 3D
Staten Island, NY 10314-7811

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUPRIYA PANDA**
7026 MCGILL COURT
ELK GROVE, CA 95758

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SUQI LIU**
47 RHODES AVE APT B
AKRON, OH 44302

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Surabhi Bhagavatula**
2125 Campus Rd.
Apt. 441-B
Toledo, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SURABHI BHAGAVATULA**
APT 4410-BOHIO2125 CAMPUS RD
TOLEDO, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SURAJ BASTOLA**
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SURESH MADISHETTY**
77 FIR HILL ,10B11 APARTMENT
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SURESH NARUTE**
55 FIR HILL APT 2B2
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SURESH NARUTE**
77 FIR HILL APT 4B11
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SURESHREDDY GADE**
2819 ADAMS STREET
2819 ADAMS STREET
HOLLYWOOD, FL 33020

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,112.60 |

**Surgery Center at Coral Springs**
967 N University Dr.
Pompano Beach, FL 33071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.30 |

**Surgery Center of Avenutra**
20601 E Dixie Hwy #400
Miami, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,402.10 |

**Surgery Center of Ft Lauderdale**
4485 FL-7
Fort Lauderdale, FL 33319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,100.00 |

**SURGICAL SPECIALTY CENTER OF**
440 MAMARONEKC AVENUE
SUITE 4
HARRISON, NY 10528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3011

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susan D'Isidoro**
9987 Parkland Dr.
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SUSAN FRANZ**
8167 GARNET AVE NE
CANTON, OH 44721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SUSAN HUHO**
3349 NORTH CHATHAM RD
APT G
BALTIMORE, MD 21215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SUSAN LEVIN**
**19520 NE 19TH AVENUE**
**MIAMI, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.19** |
|---|---|---|---|

**Susan Lurie, MD PA**
**960 W 41st St., Ste. 312**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Wagner**
**84 Tomb St.**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$197.92** |
|---|---|---|---|

**SUSANA LEAL-KHOURI**
**580 Crandon Blvd**
**#101**
**KEY BISCAYNE, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  9168

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SUSANA MENDIOLA**
**987 SW 37 AVE. APT. 610**
**MIAMI, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SUSHMABHARGAVI NIMMALAPALLI**
**77 FIRHILL TOWERS**
**APT 4B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SUTHINI PERMPEERAPAT**
**505 VINE ST. APT.306**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SUYUAN ZHOU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Suzanne E. Ferio**
**25778 Peppercorn Dr.**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Suze Gerard**
**1400 Golden Rod Ct.**
**Unit L**
**Belcamp, MD 21017-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SUZETTE MORLEY**
**5817 WESLEYAN DRIVE**
**PO BOX B148**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Swetha Singh**
**5727 Tibaron Ln**
**Apt. 301**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $622.03 |
|---|---|---|---|

**SWRH Physicians, Inc.**
**PO Box 67070**
**Cuyahoga Falls, OH 44222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SYDNEI CROUCH**
**14827 PRESTON ROAD, APT 1505**
**DALLAS, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.132 61** | | |

**Nonpriority creditor's name and mailing address**

Sydney  Hilton
6080 SW 24th Pl
#102
Fort Lauderdale, FL 33314

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.132 62** | | |

**Nonpriority creditor's name and mailing address**

Sydney Brookshire
37 Maryland Dr.
Jackson, TN 38301

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.132 63** | | |

**Nonpriority creditor's name and mailing address**

SYDNEY BURTON
1506 KENNEWICK RD
BALTIMORE, MD 21218

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.132 64** | | |

**Nonpriority creditor's name and mailing address**

SYDNEY CHANLATTE
1790 RACHELS RIDDGE LOOP
OCOEE, FL 34761

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.132 65** | | |

**Nonpriority creditor's name and mailing address**

SYDNEY DAVIS
9170 EDMONSTON RD, APT. 201
GREENBELT, MD 20770

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.132 66** | | |

**Nonpriority creditor's name and mailing address**

Sydney Diamond
1650 E. Belvedere Ave.
Apt. 204
Baltimore, MD 21239

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| **3.132 67** | | |

**Nonpriority creditor's name and mailing address**

SYDNEY DOMBROWSKI
401C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.132 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYDNEY DUNNOM**
11957 HUNTERGREEN DR
CINCINNATI, OH 45251

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sydney Fitzgerald**
10326 Sea Pines Dr.
Bowie, MD 20721

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYDNEY GOLDSCHLAG**
2695 COLONIAL AVE
MERRICK, NY 11566

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYDNEY HILTON**
6080 SW 24 PLACE
102
DAVIE, FL 33314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sydney Jarzeboski**
625 Durango Dr.
Toledo, OH 43609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYDNEY JASCOE**
2113 PAULS WAY
COMMERCE TWP, MI 48390

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYDNEY LONG**
1961 CO. RD. 1155
ASHLAND, OH 44805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY MEEK**
**8874 RAILWOOD DR**
**NEWPORT, MI 48166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY PEREIRA**
**3620 SW 130TH AVE**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY SCHIPANI**
**2516 MINTON DR**
**MOON TOWNSHIP, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY SLEEK**
**1543 SUNSET LN**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY STOKES**
**7098 ALY DAR LN**
**BLACKLICK, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY SZMUC**
**104 STONECREEK DRIVE**
**ARLINGTON, TX 76014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY TURNBULL-GREEN**
**5094 KUSZMAUL AVE NW**
**WARREN, OH 44483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNEY WALKER**
**8427 STREAMWOOD DRIVE**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNI LEAVY**
**2971 VICTORIA FALLS DR**
**BURLINGTON, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYDNI RATLIFF-PHILLIPS**
**2601  MADISON AVE**
**APT 101**
**BALTIMORE, MD 21217-5131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYED ABDULLAH ALI HASSAN**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYED AHMED ALI NAJAFI**
**664 SUMNER STREET**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYED MOHAMMAD MORSHED SIFAT**
**CHOWDHURY**
**685 SHERMAN STREET, APT#15**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SYED MOHAMMAD MORSHED SIFAT**
**CHOWDHURY**
**543 EAST BUCHTEL AVE**
**APARTMENT 1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYED MUZAFFAR YEZDAN**
**615 SANDUSKY ST**
**DELEWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYED RAFIQUDDIN**
**437 SUMNER ST.**
**JUDSON HOUSE, APARTMENT Q**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYED TAHA FIDA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.94 |
|---|---|---|---|

**Sylvan Lakes Family Physicians, Ltd**
**7640 W Sylvania Ave. #K**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYLVANA MENDEZ**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sylvester Gold**
**2107 Pentland Dr.**
**Parkville, MD 21234-7211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SYLVESTRE**
**325 NE 151 ST**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 96 | **Nonpriority creditor's name and mailing address**<br>**SYLVIA COLSTON**<br>**113 SOLAR DR**<br>**BLOUNTSVILLE, AL 35031**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.132 97 | **Nonpriority creditor's name and mailing address**<br>**SYLVIA ERIKSON-BLEVINS**<br>**2969 WEST 12TH STREET**<br>**CLEVELAND, OH 44113**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.132 98 | **Nonpriority creditor's name and mailing address**<br>**SYMONE PARKER**<br>**407B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.132 99 | **Nonpriority creditor's name and mailing address**<br>**SYNERGY RADIOLOGY ASSOCIATES**<br>**7026 Old Katy Rd.**<br>**Suite 276**<br>**Houston, TX 77024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2986** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$38.00** |

| 3.133 00 | **Nonpriority creditor's name and mailing address**<br>**SYNOVIA JENNINGS**<br>**777 NW 155TH LANE**<br>**APT. 521**<br>**MIAMI, FL 33169**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.133 01 | **Nonpriority creditor's name and mailing address**<br>**SYRA KANTE**<br>**6655 COLLINSDALE RD APT D**<br>**PARKVILLE, MD 21234-6560**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.133 02 | **Nonpriority creditor's name and mailing address**<br>**SYTTA BARRY**<br>**9314 CHERRY HILL RD**<br>**APT 415**<br>**COLLEGE PARK, MD 20740**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.133<br>03 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Syyeda Mehdi**
**3817 Bridge Creek Blvd.**
**Sylvania, OH 43560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.133<br>04 | |

**Nonpriority creditor's name and mailing address**
**SZALAY CAMPBELL**
**6601 NW 22ND CT**
**POMPANO BEACH, FL 33063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.133<br>05 | |

**Nonpriority creditor's name and mailing address**
**SZU-HAO CHO**
**2760 RYEWOOD AVE, SUITE E**
**AKRON, OH 44321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.133<br>06 | |

**Nonpriority creditor's name and mailing address**
**SZU-HAO CHO**
**22 EAST EXCHANGE ST**
**APT. 4037B**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.133<br>07 | |

**Nonpriority creditor's name and mailing address**
**T DUCKETT**
**2836 SCOTTWOOD AVE.**
**TOLEDO, OH 43610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.133<br>08 | |

**Nonpriority creditor's name and mailing address**
**T'KYA BAIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.133<br>09 | |

**Nonpriority creditor's name and mailing address**
**T'TIMPEST EVERSON**
**1990 NW 180TH ST**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.133 10 | **Nonpriority creditor's name and mailing address**<br>**T. Duckett**<br>**2836 Scottwood Ave.**<br>**Toledo, OH 43610**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.133 11 | **Nonpriority creditor's name and mailing address**<br>**TA'COYIA JACKSON**<br>**934 WINNING COLORS DRIVE**<br>**WILMER, TX 75172**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.133 12 | **Nonpriority creditor's name and mailing address**<br>**TA'JSEA DAVIS**<br>**908 S EMPIRE ST**<br>**PLANT CITY, FL 33563**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.133 13 | **Nonpriority creditor's name and mailing address**<br>**TA'KAYA GAINES**<br>**1601 NW 3RD LN**<br>**BOYNTON BEACH, FL 33435**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.133 14 | **Nonpriority creditor's name and mailing address**<br>**TA'NIYA BANKS**<br>**700 HARLEM TENANTS CIR**<br>**APT #205**<br>**CLEWISTON, FL 33440**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.133 15 | **Nonpriority creditor's name and mailing address**<br>**TA'NYIAH BANKS**<br>**10751 NAUTICA PLACE**<br>**WHITE PLAINS, MD 20695**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.133 16 | **Nonpriority creditor's name and mailing address**<br>**TA'VIONNA BRADFORD**<br>**1065 EMILYS WALK LANE EAST**<br>**JACKSONVILLE, FL 32221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.133
17**

**Nonpriority creditor's name and mailing address**
**TA-ZAEYA JENKINS**
**50 RIDGEFIELD AVE. UNIT 211**
**BRIDGEPORT, CT 06610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
18**

**Nonpriority creditor's name and mailing address**
**Taariq Saadiq**
**1114 Trinidad Ave. NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
19**

**Nonpriority creditor's name and mailing address**
**TAARIQ SAADIQ**
**1114 TRINIDAD AVE NE**
**WASHINGTON, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
20**

**Nonpriority creditor's name and mailing address**
**TABANSI COLLINS**
**401D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
21**

**Nonpriority creditor's name and mailing address**
**TABITHA EDGHILL**
**909 ARGONNE DR**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
22**

**Nonpriority creditor's name and mailing address**
**TABITHA EPHRAIM**
**408A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133
23**

**Nonpriority creditor's name and mailing address**
**TABITHA EPHRAIM**
**8125 48TH AVE APT 501**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

---

**3.133 24**

**Nonpriority creditor's name and mailing address**

**TABITHA EPHRAIM**
**8125 48TH AVE APT 501**
**COLLEGE PARK, MD 20740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.133 25**

**Nonpriority creditor's name and mailing address**

**TABITHA HEDGEPETH**
**712 N GLOVER ST**
**BALTIMORE, MD 21205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 26**

**Nonpriority creditor's name and mailing address**

**TABITHA HUBBELL**
**11712 CONCORD HAMBDEN ROAD**
**CONCORD TOWNSHIP, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 27**

**Nonpriority creditor's name and mailing address**

**TACARA SIMMONS**
**516 W MYRTLE ST**
**LAKELAND, FL 33805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 28**

**Nonpriority creditor's name and mailing address**

**TAE'LOR JONES**
**4697 OLDE BAILEY WAY**
**WHITEHALL, OH 43213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 29**

**Nonpriority creditor's name and mailing address**

**TAELOR MAJORS**
**4688 WALFORD ROAD APT. 19**
**CLEVELAND, OH 44128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 30**

**Nonpriority creditor's name and mailing address**

**TAHER GUENDOUZ**
**5817 WESLEYAN DR.**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.133 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAHIR JUBA**
1530 UPSHIRE RD.
BALTIMORE, MD 21218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAHIR JUBA**
4412 SPRINGDALE AVE.
BALTIMORE, MD 21207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAHIR SENOUSSI**
308 LABURNUM ROAD
EDGEWOOD, MD 21040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAHJ CURRY**
908 MANCK DR.
FORT WAYNE, IN 46814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAHJ LORTHRIDGE**
906 WILLOW BROOK DRIVE
ALLEN, TX 75002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.69 |
|---|---|---|---|

**Tahoe Carson Valley Medical**
2175 South Ave.
South Lake Tahoe, CA 96150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tai-Hsun Tsai**
22 E Exchange
Apt. 1062B
Akron, OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAI-HSUN TSAI**
**22 E.**
**APT. 1062B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAIHA GREENFIELD**
**1537  TUNLAW RD.**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAIJHONA SMITH**
**1407 SOUTHERN AVE APT 204**
**OXON HILL, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAIJHONA SMITH**
**1407 SOUTHERN AVE APT 204**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAILA BROOKS**
**3818 BELLE AVE**
**BALTIMORE, MD 21215-5402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAILAR JACKSON**
**11302 TECUMSEH**
**REDFORD, MI 48239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAIMUR IFTIKHAR**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.133
45

**Nonpriority creditor's name and mailing address**

**TAINA SURPRIS**
**13493 NW 8TH AVE**
**MIAMI, FL 33168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.133
46

**Nonpriority creditor's name and mailing address**

**TAINAIRI OLMO-ROSARIO**
**6863 GLENBROOK DR**
**LAKELAND, FL 33811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.133
47

**Nonpriority creditor's name and mailing address**

**TAINAIRIOLMO-ROSARIO**
**6863 GLENBROOK DR**
**LAKELAND, FL 33811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.133
48

**Nonpriority creditor's name and mailing address**

**TAIRI PINDER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.133
49

**Nonpriority creditor's name and mailing address**

**Taitha Hedgepeth**
**712 N Glover St**
**Baltimore, MD 21205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.133
50

**Nonpriority creditor's name and mailing address**

**TAIWAN DAWKINS**
**1444 SOUTH CHAMPION AVE**
**COLUMBUS, OH 43206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.133
51

**Nonpriority creditor's name and mailing address**

**TAIWO AKINNOUYE**
**4702 SOMERSET RD**
**RIVERDALE, MD 20737-1132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.133 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAIWO AKINNUOYE**
**4702 SOMERSET RD**
**RIVERDALE, MD 20737-1132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAIWOZAINAT SMARTON**
**1560 MONTPELIER ST**
**APT #1**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAIWOZAINAT SMARTON**
**4209 CANYONVIEW DR**
**UPPER MARLBORO, MD 20772**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAIYCIA SLATER**
**768 OLYMPIC CIRCLE**
**OCOEE, FL 34761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAJ EGBIRE-MOLEN**
**1559 UPSHIRE RD**
**BALTIMORE, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TAJ LAKE**
**1321 OTTERS VIEW CT**
**FRUITLAND PARK, FL 34731**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Taj London**
**249 Harpers Ridge Place**
**Antioch, TN 37013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.133 59 | **Nonpriority creditor's name and mailing address**<br>**TAJ LONDON**<br>**249 HARPERS RIDEG PLACE**<br>**ANTIOCH, TN 37013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.133 60 | **Nonpriority creditor's name and mailing address**<br>**TAJ-RAY BROWN**<br>**6815 INGRAHAM ST**<br>**RIVERDALE, MD 20737**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.133 61 | **Nonpriority creditor's name and mailing address**<br>**TAJAI BOLLING**<br>**41 GRAND TETON DR**<br>**BEAR, DE 19701-1792**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.133 62 | **Nonpriority creditor's name and mailing address**<br>**TAJAY HIGGINS**<br>**431 NE 43RD STREET**<br>**POMPANO BEACH, FL 33064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.133 63 | **Nonpriority creditor's name and mailing address**<br>**TAJE DAVIS**<br>**8039 KEATING AVE APT 2B**<br>**SKOKIE, IL 60076**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.133 64 | **Nonpriority creditor's name and mailing address**<br>**TAKARAH WHITLEY**<br>**3551 DAY AVENUE**<br>**MIAMI, FL 33133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.133 65 | **Nonpriority creditor's name and mailing address**<br>**TAKARI WILLIAMS**<br>**4451 NW 171ST ST**<br>**MIAMI GARDENS, FL 33055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.133 66 | **Nonpriority creditor's name and mailing address** **$722.98** |

**Take Care Health Ohio, Inc.**
**719 Ohio Pike**
**Cincinnati, OH 45245**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 67 | **Nonpriority creditor's name and mailing address** **$0.00** |

**TAKEIRA FAIRFAX**
**120 EAST 21ST**
**PATERSON, NJ 07513**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 68 | **Nonpriority creditor's name and mailing address** **$0.00** |

**TAKENYA MACK**
**1880 NW 68TH STREET**
**MIAMI, FL 33147**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 69 | **Nonpriority creditor's name and mailing address** **$0.00** |

**TAKERA GEORGE**
**716 OLDHAM ST**
**BALTIMORE, MD 21224**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 70 | **Nonpriority creditor's name and mailing address** **$0.00** |

**TAKEYIAH LOWRY**
**3610 KIRKPATRICK CIRCLE #14**
**JACKSONVILLE, FL 32210**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 71 | **Nonpriority creditor's name and mailing address** **$0.00** |

**TAKIA TATE**
**1248 HONOR DR.**
**HOLIDAY, FL 34690**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.133 72 | **Nonpriority creditor's name and mailing address** **$0.00** |

**TAKIRA AUSTIN**
**417 NW 6TH STREET**
**UNIT B**
**HALLANDALE, FL 33009**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAKIRA AUSTIN**
**417 NW 6TH AVE**
**APT B**
**HALLANDALE, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAKITA KEATON**
**950 76TH AVE**
**OAKLAND, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAKWANZAA DAVIS**
**4001 NW 34TH ST**
**APT 213**
**LAUDERDALE LAKES, FL 33319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAKYA MATHIS**
**2034 NW 171 AVENUE**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Talal Al Habbab**
**4224 W Central Ave.**
**Apt. 203**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALAL ALHABBAB**
**4224 W CENTRAL AVE APT 203**
**OTTAWA HILLS, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALEAH MARTIN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Talia Brooks**
**3818 Belle Ave.**
**Baltimore, MD 21215-5402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALIA JONES**
**705 WALNUT STREET, APT 4**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALIA MCNEILL**
**516 LAMONT STREET NW**
**WASHINGTON, DC 20010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALIA MCNEILL**
**516 LAMONT ST NW**
**WASHINGTON, DC 20010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALIKE BROWN**
**110 VIRGINIA PARK BLVD**
**APT 110**
**FORT PIERCE, FL 34947**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALIKE BROWN**
**4524 NW BROWNWELL TER**
**PORT ST LUCIE, FL 34983**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TALITHA FRISON**
**819 SHERIDAN AVE.**
**BALTIMORE, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TALIYAH RUSS**
**1025 SHALE TRAIL STREET**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TALYA SPIVAK**
**6135 ROTHBURY ST**
**PORTAGE, MI 49024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAM NGO**
**3083 W EDGERTON RD**
**SILVER LAKE, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAM NGO**
**1153 GORGE BOULEVARD**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAMAAL PINDER**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAMAJUNG TCHEFFO**
**4812 LAKEVIEW LN**
**BOWIE, MD 20720-4247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAMAR DENNIS**
**2119 DUKELAND ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 94 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMAR DENNIS** | ☐ Contingent | |
| **2119 DUKELAND ST** | ☐ Unliquidated | |
| **JOPPA, MD 21085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.133 95 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMAR JILES** | ☐ Contingent | |
| **9102 LIVE OAK LANE** | ☐ Unliquidated | |
| **UPPER MARLBORO, MD 20772** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 96 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMARA CHANCE** | ☐ Contingent | |
| **809 SAINT DUNSTANS RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21215** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 97 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMARA CHANCE** | ☐ Contingent | |
| **809 SAINT DUNSTANS RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21212** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 98 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMARA JAEGER** | ☐ Contingent | |
| **1248 BEARDSLEY ST** | ☐ Unliquidated | |
| **AKRON, OH 44301** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 99 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMARA KING** | ☐ Contingent | |
| **2904 W LEXINGTON STREET APT 1** | ☐ Unliquidated | |
| **CHICAGO, IL 60612** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 00 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TAMARA MAGHATHE** | ☐ Contingent | |
| **4623 LAKESIDE DR UNIT 3207** | ☐ Unliquidated | |
| **MAUMEE, OH 43537** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TAMARA MARSH**
**971 JEROME ST. APT 5H**
**BROOKLYN, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TAMARA RICHARDSON**
**2510 ALLENDALE RD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TAMEKA HUFF**
**16 SAMANTHA CT**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TAMEKA HUFF**
**16 SAMANTHA CT**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TAMEKA SCOTT**
**818 NAFUS ST**
**CEDAR HILL, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tameka Spruill**
**1909 Meadowgate Ct**
**Windsor Mill, MD 21244-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TAMEKA SPRUILL**
**1909 MEADOWGATE CT**
**BALTIMORE, MD 21244-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.134 08 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**TAMESHA HENDERSON**
**21335 NW 9TH COURT**
**APT. 3201**
**MIAMI, FL 33169**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 09**

**Nonpriority creditor's name and mailing address**
**TAMESHA HENDERSON**
**32131 HICKORY LN**
**SORRENTO, FL 32776**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 10**

**Nonpriority creditor's name and mailing address**
**TAMIA MARTIN**
**105 WEST MARSHALL ST**
**HEMPSTEAD, NY 11550**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 11**

**Nonpriority creditor's name and mailing address**
**Tamia Ponder**
**5053 Wildcat Rd.**
**Edenton, NC 27932**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 12**

**Nonpriority creditor's name and mailing address**
**TAMIA PONDER**
**505B WILDCAT ROAD**
**EDENTON, NC 27932**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 13**

**Nonpriority creditor's name and mailing address**
**TAMIA SNEED**
**8834 CROSS COUNTRY PLACE**
**GAITHERSBURG, MD 20879**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 14**

**Nonpriority creditor's name and mailing address**
**TAMICA BATTIE**
**3716 ROYAL VALLEY ROAD**
**GRAND PRAIRIE, TX 75052**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.134 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMICA HOLMES** **1316 NORTH MONTFORD AVE** **BALTIMORE, MD 21234** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMICA HOLMES** **1316 NORTH MONTFORD AVE** **BALTIMORE, MD 21213** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMILEA MARSHALL** **112 NW 9TH TERRACE** **APT. 213** **HALLANDALE, FL 33009** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMILEE HARVEY** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMIQUE DIXON** **519 WESTFIELD AVENUE** **BRIDGEPORT, CT 06606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMIRA HARRIS** **6827 WESTRIDGE RD** **GWYNN OAK, MD 21207-6457** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **TAMISHA HERNANDEZ** **524 W DEER PARK RD** **GAITHERSBURG, MD 20877-1613** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAMIYA JONES**
**13807 ROSALIE DRIVE**
**CLEVELAND, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAMIYAH BIVINS**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAMMY LE**
**1729 VOSPER CT**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAMOSHION RUCKER**
**7532 AMBER DRIVE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamra Marsh**
**971 Jerome St.**
**Apt. 5H**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAMYA HUDSON**
**8620 N SHERMAN CIRCLE**
**APT 308**
**HOLLYWOOD, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAMYRA JORDAN**
**821 WILLIAMSBURG CT**
**EDGEWOOD, MD 21040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 29 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TAMYRA JORDAN** **207A DALEY** **2500 WEST NORTH AVENUE** **ABINGDON, MD 21009** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 30 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TAMYRA JORDAN** **207A DALEY** **2500 WEST NORTH AVENUE** **BALTIMORE, MD 21216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 31 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TANAEYAH DAVIS** **933 HERNDON CT** **BALTIMORE, MD 21225** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 32 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TANAEYAH DAVIS** **3819 ROLAND VIEW AVE APT 21215** **BALTIMORE, MD 21213** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 33 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TANAI SMITH** **5000 LOCH RAVEN BLVD** **BALTIMORE, MD 21239-3927** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 34 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TANAY ODEN** **716 RITA DOVE LN** **AKRON, OH 44307** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 35 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TANAYA TIRU** **5004 PIER DR** **LAKEWORTH, FL 33463** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.134 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANAYA YARDE**
5610 HADDON AVE APT B
GLEN BURNIE, MD 21060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANAYJA WHITTINGTON-MACKALL**
3605 KEENE AVE
BALTIMORE, MD 21214-2751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANEA COUNSINS**
919 JEFFERSON AVE
CHILLICOTHE, OH 45601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANEISHA SMITH**
5551 MIDWOOD AVENUE
BALTIMORE, MD 21212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANERA PARKER**
6 JAMESON LN
BALTIMORE, MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANESIA MCKENZIE**
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANEYA LOWDER**
2408 HURON ST
BALTIMORE, MD 21215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANIA CAMPOLLO**
**1120 N WESTWOOD AVE APT 2303**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.134 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANIECE FIELDS**
**212 EAST SUSQUEHANNA AVE**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANIECE MITCHELL**
**7575 CHAUCER PLACE**
**DALLAS, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANIJA WARREN**
**65 DOSCHER ST APT 2**
**BROOKLYN, NY 11208-2737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANISHA SOLOMON**
**30 WEST BIDDLE ST UNIT 908**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANIYA JONES**
**1878 NW 83RD ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANIYAH GREEN**
**3722 DOLFIELD AVE**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANJA SHEILDS**
**4203 SUMMER SHADE WAY**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 51 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANJANA COLBERT**
**1201 SOUTH 35TH STREET**
**TEMPLE, TX 76504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANJANIQUE BRIGGS**
**9911 WHITEHURST DR APT# 412**
**DALLAS, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANJEET DHILLON**
**634 E BUCHTEL AVE**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANMAY JAIN**
**733 W MARKET ST, APT 712**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANNA NITA**
**705A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.134 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANNA NITA**
**504C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.134 57 | |

**Nonpriority creditor's name and mailing address**
**Tanna Stricklen**
**242 Stone Meadow Cir**
**Loudonville, OH 44842**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.134 58 | |

**Nonpriority creditor's name and mailing address**
**TANNER GWALTNEY**
**3808 MIDHEIGHTS RD**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.134 59 | |

**Nonpriority creditor's name and mailing address**
**TANNIHA SIMEON**
**2511 NE 3RD TER**
**POMPANO BEACH, FL 33064-4538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.134 60 | |

**Nonpriority creditor's name and mailing address**
**TANQUERAY PRESTON**
**3303 WEST 60TH STREET**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.134 61 | |

**Nonpriority creditor's name and mailing address**
**TANVI DESAI**
**2605 W VILLAGE DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.134 62 | |

**Nonpriority creditor's name and mailing address**
**TANVIR QUASEM**
**543 EAST BUCHTEL AVENUE**
**APARTMENT # 2**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.134 63 | |

**Nonpriority creditor's name and mailing address**
**TANYA MOONEY**
**2803 SHADY LANE**
**WEBSTER, TX 77598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.134 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANYA RAMIREZ**
**189 STUBER ST**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANYA TEBCHERANI**
**463 S MILLER RD**
**AKRON, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tanyja Whittington-Mackall**
**3605 Keene Ave**
**Baltimore, MD 21214-2751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TANZEEN SHAHNEWAZ**
**309 PENNSYLVANIA AVE**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAO ZHU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAOFEEK OBAFEMI-BABATUNDE**
**3514 CORN STREAM RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAQUERIA ROBINSON-DAVIDSON**
**1858 NW 85TH ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARA GAMBLE**
**2800 NW 43RD TER**
**APT #410**
**MIAMI, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARA GAUGHAN**
**8051 HACKBERRY DRIVE**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARA MCCLANAHAN**
**6485 SW 106TH STREET**
**PINECREST, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARA SNIPES**
**407 E BRIDGE ST**
**COVINGTON, OH 45318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Tarah Stewart, LPC**
**793 Old Route 119 Hwy N**
**Indiana, PA 15701-1372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0513**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.00 |
|---|---|---|---|

**Taras E. Napora, MD**
**7007 Powers Blvd**
**Cleveland, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1650**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAREN ANDREWS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.134 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIAH HEBRON**
**4410 ORCHARD RIDGE BLVD**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIG HYDER MEKKI SADIG**
**55 FIR HILL**
**APT 11B6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIG HYDER MEKKI SADIG**
**430 SUMNER STREET**
**APT 102**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIK PRICE**
**406 WEST MAIN**
**CAMPBELL, TX 75422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIQ BROWN**
**4145 CRESTHEIGHTS ROAD**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIQ HALLMAN**
**1420 NW 196 TERR**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TARIQ MITCHELL**
**2002 JUBILEE CT**
**BALTIMORE, MD 21214-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.134 85 | **Nonpriority creditor's name and mailing address** $0.00 |

**Nonpriority creditor's name and mailing address**
**TARIQ QAASIM**
**1331 JEFFERY DR**
**HOMEWOOD, IL 60430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.134 86

**Nonpriority creditor's name and mailing address**
**TARIQ RAHIM RAHIMI**
**15 OTTAWA LANDINGS DR**
**APT 301**
**TOLEDO, OH 43607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.134 87

**Nonpriority creditor's name and mailing address**
**TARIQ WILLIAMS**
**1525 SW BIRKEY AVENUE**
**FORT PIERCE, FL 34953**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.134 88

**Nonpriority creditor's name and mailing address**
**TARIQ WILLIAMS**
**381 WEST 30TH STREET**
**RIVIERA BEACH, FL 33404**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.134 89

**Nonpriority creditor's name and mailing address**
**TARIQRAHIM RAHIMI**
**15 TIFFANY SQUARE DR APT 301**
**TOLEDO, OH 43607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.134 90

**Nonpriority creditor's name and mailing address**
**TARIYAH FIRTZPATRICK**
**6107 S ARTESIAN**
**CHICAGO, IL 60629**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.134 91

**Nonpriority creditor's name and mailing address**
**TARMEKA SMITH-BENNETT**
**3410 NW 176 STREET**
**CAROL CITY, FL 33056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.134 92**

Nonpriority creditor's name and mailing address
**TARON SLONE**
**543 GAGE ST #2**
**AKRON, OH 44311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 93**

Nonpriority creditor's name and mailing address
**TARRIN GARY**
**2026 NW 43RD TERR**
**APT 8**
**LAUDERHILL, FL 33313**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 94**

Nonpriority creditor's name and mailing address
**Tarsha Kersey**
**PO Box 18071**
**Middle River, MD 21220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 95**

Nonpriority creditor's name and mailing address
**TARTISHA HILL**
**4614 CREEKVIEW LANE**
**BALCH SPRINGS, TX 75180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 96**

Nonpriority creditor's name and mailing address
**TARYN DAVIS**
**20200 NW 29TH CT**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 97**

Nonpriority creditor's name and mailing address
**TARYN HUGHES**
**21 EAST MAPLEWOOD AVENUE**
**DAYTON, OH 45405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 98**

Nonpriority creditor's name and mailing address
**TARYN SWICK**
**5786 RIDGE ROAD**
**CORTLAND, OH 44410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.134 99 | **Nonpriority creditor's name and mailing address** **TASFIA FAIRUZ** **3405 PUTNAM PLACE APT B1** **BRONX, NY 10467** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| 3.135 00 | **Nonpriority creditor's name and mailing address** **TASHA JONES** **4022 MAYFLOWER DRIVE** **GARLAND, TX 75043** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 01 | **Nonpriority creditor's name and mailing address** **TASHA PATEK** **5354 MONROE STREET APT #2** **TOLEDO, OH 43623** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 02 | **Nonpriority creditor's name and mailing address** **TASHA POWE** **2304 MEADOWBROOK GARDEN, APT 156** **FORT WORTH, TX 76112** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 03 | **Nonpriority creditor's name and mailing address** **TASHANA DAVIDSON** **150 NORTH ELLWOOD AVE** **BALTIMORE, MD 21216** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 04 | **Nonpriority creditor's name and mailing address** **TASHANA DAVIDSON** **150 NORTH ELLWOOD AVE** **BALTIMORE, MD 21224** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 05 | **Nonpriority creditor's name and mailing address** **TASHARA ALSUP** **1616 EAST 29TH ST** **BALTIMORE, MD 21218** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 06 | **Nonpriority creditor's name and mailing address** **TASHAREE JOHNSON** 306 VILLA VIEW WAY HAMPTON, GA 30228 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.135 07 | **Nonpriority creditor's name and mailing address** **TASHAUNA WRIGHT** 19105 FAIRMOUNT BLVD. SHAKER HEIGHTS, OH 44118 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 08 | **Nonpriority creditor's name and mailing address** **Tasheka McCalla** 9 Sagamore Ln Huntington Station, NY 11746 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 09 | **Nonpriority creditor's name and mailing address** **TASHEKA MCCALLA** 9 SAGAMORE LANE DIX HILLS, NY 11746 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 10 | **Nonpriority creditor's name and mailing address** **TASHNA-GAYE O'CONNOR** 2426 SW BAYSHORE BLVD. FORT PIERCE, FL 34984 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 11 | **Nonpriority creditor's name and mailing address** **TASHONDA STENNIS** 406 BONNIE VIEW DRIVE VALRICO, FL 33594 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 12 | **Nonpriority creditor's name and mailing address** **TASIA SCOTT-WALLACE** 1410 HILLSIDE DRIVE BEL AIR, MD 21015 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TASIA SHIPPY**
**701A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TASSANNEE HARRIS**
**3710 LINCOLN ROAD**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TATANIA EMILUS**
**4870 CLASSIC DR**
**WEST PALM BEACH, FL 33417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TATE RYBARCZYK**
**449 NANTUCKET**
**AVON LAKE, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TATHIANNA DE LA TORRE**
**3991 NW 65TH AVE APT. 1**
**VIRGINIA GARDENS, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TATIANA BLEASDELL**
**227 PARK AVENUE**
**APT. 4D**
**EAST ORANGE, NJ 07017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TATIANA DA CUNHA**
**10963 NW 87 LANE**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.135 20** | | |

**Nonpriority creditor's name and mailing address**

**TATIANA EUBANKS**
**104 KING GEORGE CIRCLE**
**CHARLOTTESVILLE, VA 22901**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.135 21** | | |

**Nonpriority creditor's name and mailing address**

**TATIANA GARCIA**
**212 ESTELLA AVENUE**
**LAS VEGAS, NV 89107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.135 22** | | |

**Nonpriority creditor's name and mailing address**

**TATIANA HERNANDEZ**
**2504 VAN BUREN STREET**
**HOLLYWOOD, FL 33020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.135 23** | | |

**Nonpriority creditor's name and mailing address**

**TATIANA MALCOLM**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.135 24** | | |

**Nonpriority creditor's name and mailing address**

**TATIANA MOORE**
**4111 CINNABAR DRIVE**
**DALLAS, TX 75227**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.135 25** | | |

**Nonpriority creditor's name and mailing address**

**TATIANNA AMMONS**
**1243 WEST 14TH STREET**
**LORAIN, OH 44052**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| **3.135 26** | | |

**Nonpriority creditor's name and mailing address**

**TATIANNA FRANCIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135<br>27 | **Nonpriority creditor's name and mailing address**<br>**TATIYANA JACKSON**<br>**3424 11TH PL SE APT 201**<br>**WASHINGTON, DC 20032-5913** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135<br>28 | **Nonpriority creditor's name and mailing address**<br>**TATYANA BRUNS**<br>**7744 WOODSTONE DR**<br>**MAUMEE, OH 43537** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135<br>29 | **Nonpriority creditor's name and mailing address**<br>**Tatyana Bryant**<br>**321 Berwyn Ave**<br>**Trenton, NJ 08618** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135<br>30 | **Nonpriority creditor's name and mailing address**<br>**TATYANA BRYANT**<br>**321 BERWYN AVENUE**<br>**EWING, NJ 08618** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135<br>31 | **Nonpriority creditor's name and mailing address**<br>**TATYANA BURNS**<br>**7744 WOODSTONE DR**<br>**MAUMEE, OH 43537** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135<br>32 | **Nonpriority creditor's name and mailing address**<br>**TATYANA FLETCHER**<br>**604D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21212** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.135<br>33 | **Nonpriority creditor's name and mailing address**<br>**TATYANA FLETCHER**<br>**604D DEDMOND**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.135
34**

**Nonpriority creditor's name and mailing address**

**TATYANA MILLER**
**5416 NW 24 AVE**
**MIAMI, FL 33142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
35**

**Nonpriority creditor's name and mailing address**

**TATYANA MOORE**
**1733 N. BENTALOU STREET**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
36**

**Nonpriority creditor's name and mailing address**

**TATYANA SCOTT**
**6108 MONTROSE RD**
**CHEVERLY, MD 20785**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
37**

**Nonpriority creditor's name and mailing address**

**TAVARIUS OSBORNE**
**15721 NW 17TH ST**
**OPA LOCKA, FL 33034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
38**

**Nonpriority creditor's name and mailing address**

**TAVI EFFRON**
**18855 RAPIDS ROAD**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
39**

**Nonpriority creditor's name and mailing address**

**TAVIAUN FERRELL**
**1124 APPALACHAIN LN**
**SAVANNAH, TX 06227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135
40**

**Nonpriority creditor's name and mailing address**

**TAVION CRUMP**
**2552 ESSEX COURT**
**SAINT JOSEPH, MI 49085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.135 41** | |

**Nonpriority creditor's name and mailing address**

**TAVION PEARSON**
**3702 FRANKFORD ROAD, APT 4302**
**DALLAS, TX 75207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.135 42** | |

**Nonpriority creditor's name and mailing address**

**TAVIS HOWARD**
**2901NW185ST**
**MIAMI GARDENS, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.135 43** | |

**Nonpriority creditor's name and mailing address**

**TAWAIN GORDON**
**1337 WESTPHAL AVENUE**
**COLUMBUS, OH 43227-2040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.135 44** | |

**Nonpriority creditor's name and mailing address**

**TAWNIE VAIR**
**4687 GERLAND CIRCLE**
**ROOTSTOWN, OH 44272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.135 45** | |

**Nonpriority creditor's name and mailing address**

**Taye Alexander**
**775 N Creek Dr.**
**Painesville, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.135 46** | |

**Nonpriority creditor's name and mailing address**

**TAYE ALEXANDER**
**775 N CREEK DR.**
**27980 LAKESHORE BLVD.**
**PAINESVILLE, OH 44077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.135 47** | |

**Nonpriority creditor's name and mailing address**

**TAYLER HALL**
**4603 LINCOLN AVENUE**
**CLEVELAND, OH 44134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.135 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TAYLER PUTNAM**
**5817 WESLEYAN DRIVE**
**PO BOX B430**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135 49 |
|---|

**Nonpriority creditor's name and mailing address**

**TAYLER WRIGHT**
**203C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135 50 |
|---|

**Nonpriority creditor's name and mailing address**

**Taylor Anderson**
**132 Jenifer St.**
**Norfolk, VA 23503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135 51 |
|---|

**Nonpriority creditor's name and mailing address**

**TAYLOR ANDERSON**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135 52 |
|---|

**Nonpriority creditor's name and mailing address**

**TAYLOR ANDERSON**
**1312 JENIFER STREET**
**NORFOLK, VA 23503**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135 53 |
|---|

**Nonpriority creditor's name and mailing address**

**TAYLOR AREND**
**1142 WESTFIELD DR**
**MAUMEE, OH 43537**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.135 54 |
|---|

**Nonpriority creditor's name and mailing address**

**TAYLOR BOWERS**
**601 CONGRESS LAKE RD**
**MOGADORE, OH 44260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.135 55 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR BOWERS**<br>**3958 VIRGIL STREET**<br>**MOGADORE, OH 44260**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.135 56 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR BOZEMAN**<br>**10107 ASTILL CT.**<br>**WALDORF, MD 20603**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.135 57 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR BRATUN**<br>**4612 CHARLESTON AVE**<br>**LORAIN, OH 44055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.135 58 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR CHAOON**<br>**1002 BAUGHER AVENUE**<br>**CHESAPEAKE, VA 23323**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.135 59 | **Nonpriority creditor's name and mailing address**<br>**Taylor Chiropractic Clinic**<br>**1821 Portage Trail**<br>**Cuyahoga Falls, OH 44223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,095.03** |

| | | |
|---|---|---|
| 3.135 60 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR CLIFT**<br>**3707 TANNER MARIE DR**<br>**ADRIAN, MI 49221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.135 61 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR COOK**<br>**3864 ALLENWOOD DRIVE SE**<br>**WARREN, OH 44484**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.135 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR CRAWFORD**
**1442 BOULDER LANE**
**HANOVER, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR DIMMERLING**
**596 BALLYBAY CT**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR FARMER**
**15762 COUNTY ROAD 24**
**MT. BLANCHARD, OH 45867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR GRIFFITH**
**5457 PARK VISTA COURT**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR HALLER**
**608B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR HARAZIN**
**314 DRIFTWOOD LANE**
**AURORA, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR HILL**
**4213 AUDREY AVE**
**BALTIMORE, MD 21225-2344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.135 69 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR HILLYER**
**1295 CREEKLEDGE COURT**
**STREETSBORO, OH 44241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 70 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR KLINE**
**5038 TEETER RD.**
**BELLVILLE, OH 44813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 71 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR KNOX-BOOTH**
**3342 VIRGINIA AVE**
**COLUMBIA, MD 21045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 72 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR KNOX-BOOTH**
**3342 VIRGINIA AVE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 73 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR KURUZOVICH**
**295 WINESAP DR.**
**PORT MATILDA, PA 16870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 74 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR MAJOR**
**5817 WESLEYAN DRIVE**
**PO BOX A372**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 75 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**TAYLOR MCGLADE**
**3787 PATRICIA DR.**
**COLUMBUS, OH 43220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.135 76 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR MONCRIEF**
**2232 WILLOWROW AVENUE NE**
**CANTON, OH 44705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 77 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR MORICH**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 78 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR MORICH**
**1442 LAKE GENEVE DR**
**VIRGINIA BEACH, VA 23464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 79 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR NELSON**
**3150 SMITH RD**
**LAMBERTVILLE, MI 48144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 80 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR O'TOOLE**
**1844 RAYNOR DR**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 81 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR PAYNE**
**700 SW 62ND BLVD.**
**APT. 84F**
**GAINESVILLE, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 82 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAYLOR RANKIN**
**22305 TENNY**
**DEARBORN, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taylor Raska**
**4501 Eastgate Dr.**
**Apt. 7408**
**Orlando, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR RASKA**
**4150 EASTGATE DRIVE**
**APT 7408**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR RASKA**
**4501 EASTGATE DRIVE**
**APT 7408**
**ORLANDO, FL 32839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR RODRIGUEZ**
**372 W 21ST ST**
**DEER PARK, NY 11729-6323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR SCHNEIDER**
**45 E BRYANT AVE**
**FRANKLIN, OH 45005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR SHARRITS**
**7126 LANCASTER CT**
**CONCORD TWP, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TAYLOR SIMPSON**
**23 OXFORD ROAD**
**NEWPORT NEWS, VA 23606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR SIMPSON**
**10925 BRUNSON WAY**
**GLEN ALLEN, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR SMITH**
**1164 PROFESSIONAL DR**
**VAN WERT, OH 45891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Taylor Straubing**
**5643 Warner Park Dr.**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR STRAUBING**
**5643 WARNER PARK DRIVE**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR STRAUBING**
**10301 SOUTHWIND DRIVE**
**CINCINNATI, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR SWANSON**
**1800 CHERYL LANE**
**KISSIMMEE, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR THOMPSON**
**206D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.135 97**

Nonpriority creditor's name and mailing address

**TAYLOR TURNER**
**14106 DUNWOOD VALLEY DR**
**BOWIE, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 98**

Nonpriority creditor's name and mailing address

**TAYLOR TURNER**
**519 KENNEDY ST NW APT 5**
**WASHINGTON, DC 20011-3051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 99**

Nonpriority creditor's name and mailing address

**TAYLOR WALKER**
**5712 PLATA ST**
**CLINTON, MD 20735-2340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 00**

Nonpriority creditor's name and mailing address

**TAYLOR WALLACE**
**2823 BRIGHTON STREET**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 01**

Nonpriority creditor's name and mailing address

**TAYLOR WARE**
**417 COURTLAND ST**
**WELLINGTON, OH 44090-1309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 02**

Nonpriority creditor's name and mailing address

**TAYLOR WILBERT**
**1905 PARK RD NW**
**WASHINGTON, DC 20010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 03**

Nonpriority creditor's name and mailing address

**TAYLOR YAMAMOTO**
**32285 FRANKLIN DRIVE #205**
**SOLON, OH 44139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.136 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAYLOR YAMAMOTO**
**2143 LANIHULI DRIVE**
**HONOLULU, HI 96822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAYLOR YAMMAMOTO**
**2143 LANIHULI DRIVE**
**HONOLULU, HI 96822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAYNOR JACKSON**
**2263 MADISON AVE**
**BALTIMORE, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAYRON BANKS**
**1373 MONROE STREET NW**
**WASHINGTON, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAYSEER MAHAMADI**
**525 CARROLL ST. APT 2D**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAYVANIQUE WILSON**
**1281 NORTH LOS ROBLES AVENUE, APT 6**
**PASADENA, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**TAZH BROWN**
**4013 31ST STREET**
**MOUNT RAINIER, MD 20712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136<br>11 | **Nonpriority creditor's name and mailing address**<br>**TAZKIA AL-BARI**<br>**3754 HILL AVE APT 40**<br>**TOLEDO, OH 43607** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>12 | **Nonpriority creditor's name and mailing address**<br>**TAZMERE RIVERA**<br>**249 BELLEVUE AVE**<br>**EWING, NJ 08618** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>13 | **Nonpriority creditor's name and mailing address**<br>**TCHEPSEN NOREUS**<br>**13370 NE 5TH AVENUE**<br>**MIAMI, FL 00305** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>14 | **Nonpriority creditor's name and mailing address**<br>**TE'ANA WASHINGTON**<br>**218 MANCHESTER DRIVE, APT 266**<br>**EULESS, TX 76039** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>15 | **Nonpriority creditor's name and mailing address**<br>**TE'UNDRIA HENDERSON**<br>**210 ROARING SPRINGS DRIVE**<br>**DESOTO, TX 75515** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>16 | **Nonpriority creditor's name and mailing address**<br>**TE'VEAN NUTTER**<br>**403A DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>17 | **Nonpriority creditor's name and mailing address**<br>**TEAIRA RANDLE**<br>**2621 HOWE AVE APT-212**<br>**SACRAMENTO, CA 95821** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.136 18 | **Nonpriority creditor's name and mailing address** **TEANDRE HAMILTON** **2437 RED RIVER STREET** **MESQUITE, TX 75150** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.136 19 | **Nonpriority creditor's name and mailing address** **TEANNA FRANCES HENDERSON** **11 BUSH ST** **BROOKLYN, NY 11231** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.136 20 | **Nonpriority creditor's name and mailing address** **TEANNA LIGON** **429 ROSE AVE** **JERSEY CITY, NJ 07305** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.136 21 | **Nonpriority creditor's name and mailing address** **Teara Carter** **4665 E. Main St.** **Apt. 15** **Columbus, OH 43213** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.136 22 | **Nonpriority creditor's name and mailing address** **TEDDISHA MACKEY** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.136 23 | **Nonpriority creditor's name and mailing address** **TEDSA JOANISSE** **1800 QUEENSQUARD RD.** **SILVER SPRING, MD 20906** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.136 24 | **Nonpriority creditor's name and mailing address** **TEISHA BRADLEY** **2100 H ST NE** **WASHINGTON, DC 20002-3214** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| 3.136 25 | **Nonpriority creditor's name and mailing address**<br>**TEJAS PATEL**<br>**401 BURLWOOD CT**<br>**FAYETTEVILLE, NC 28303**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136 26 | **Nonpriority creditor's name and mailing address**<br>**TEKIA KENNER**<br>**3914 23RD PL**<br>**TEMPLE HILLS, MD 20748**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136 27 | **Nonpriority creditor's name and mailing address**<br>**TELERA TROTTER**<br>**P.O. BOX 55125**<br>**ST.PETERSBURG, FL 33712**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136 28 | **Nonpriority creditor's name and mailing address**<br>**TELIYAH PIERRE**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136 29 | **Nonpriority creditor's name and mailing address**<br>**TELJRIN TANNER**<br>**236 NATHAN DRIVE**<br>**DALEVILLE, AL 36322**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136 30 | **Nonpriority creditor's name and mailing address**<br>**TELLUS MCLEOD**<br>**2649 PURNELL DR**<br>**REISTERSTOWN, MD 21136**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136 31 | **Nonpriority creditor's name and mailing address**<br>**TELSHA PERDUE**<br>**P.O BOX 802**<br>**ZELLWOOD, FL 32798**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.136 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEMILOLU APATA**
**2953 MARNAT ROAD**
**APT A**
**BALTIMORE, MD 21209**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEMILOLUWA OGUNJEMILUSI**
**6529 RIDGE ROAD**
**ROSEDALE, MD 21237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEMILOLUWA SALAKO**
**274 COLDWATER DR**
**CLAYTON, DE 19938-3902**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEMITOPE ARAGBAYE**
**9903 WILLIAMSBURG DR**
**UPPER MARLBORO, MD 20772-4476**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEMITOPE DERE**
**4160 WILLIAMS COURT**
**HOFFMAN ESTATE, IL 60192**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEMPERANCE PRATT**
**18180 NW 68TH AVE**
**APT #202-E**
**HIALEAH, FL 33015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TENAGE DAVIS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.30 |
|---|---|---|---|

**Tenet Florida Physician Services**
**9960 S Central Park Blvd. #400**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TENG GAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tennessee Secretary of State**
**312 Rosa L. Parks Ave.**
**6th Floor**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEREKA GEORGE**
**940 N.W 172ND ST**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEREL VEIRA**
**6700 NW 8TH COURT**
**COCONUT CREEK, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERENCE SIMMS**
**4511 DOCTOR BEANS LEGACY CIR**
**BOWIE, MD 20720-6385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERESA JOHNSON**
**2206 SIDNEY AVE.**
**BALTIMORE, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TERIN DUPRE**
**3470 LOCH RIDGE DR**
**BIRMINGHAM, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEROZHANE MILTON**
**1480 NW 93RD ST**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TERRA WASHINGTON**
**733 YALE AVE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TERRANCE FLETCHER**
**15814 SW 305TH TERRACE**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TERRANCE GIBSON**
**1142 NE 9 TERRACE**
**HOMESTEAD, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TERRANCE HOLTZ**
**10 KEEPSAKE PLACE**
**WALDORF, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TERRANCE KIDD**
**5817 WESLEYAN DRIVE**
**PO BOX C477**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case number (if known) _____

| | | |
|---|---|---|
| 3.136 53 | **Nonpriority creditor's name and mailing address**<br>**TERRANCE KIDD**<br>**1096 WILLOW GREEN DR.**<br>**NEWPORT NEWS, VA 23602** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 54 | **Nonpriority creditor's name and mailing address**<br>**TERRANEKA RAHMING**<br>**5121 SW 18TH ST**<br>**HOLLYWOOD, FL 33023** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 55 | **Nonpriority creditor's name and mailing address**<br>**TERRE SHIELDS**<br>**2305 BROOKFIELD AVE APT 3**<br>**BALTIMORE, MD 21217** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 56 | **Nonpriority creditor's name and mailing address**<br>**TERRELL ANDERSON**<br>**8623 CIPRIANO SPRINGS CT**<br>**GREENBELT, MD 20770** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 57 | **Nonpriority creditor's name and mailing address**<br>**TERRELL CRAWFORD**<br>**5023 EAST 114TH STREET**<br>**CLEVELAND, OH 44125** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 58 | **Nonpriority creditor's name and mailing address**<br>**TERRELL HICKMAN**<br>**4101 ROLLINS AVE**<br>**BALTIMORE, MD 21215** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 59 | **Nonpriority creditor's name and mailing address**<br>**TERRELL MCCLAIN**<br>**902 E BOSTON AVE**<br>**YOUNGSTOWN, OH 44502** | **As of the petition filing date, the claim is:** Check all that apply. $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136<br>60 | **Nonpriority creditor's name and mailing address**<br>**TERRELL MILLS**<br>**2118 WALBROOK AVE**<br>**BALTIMORE, MD 21217**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136<br>61 | **Nonpriority creditor's name and mailing address**<br>**TERRELL WASHINGTON**<br>**568 HILLCREST STREET**<br>**TEANECK, NJ 07666**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136<br>62 | **Nonpriority creditor's name and mailing address**<br>**TERRENCE MOSLEY**<br>**3544 W 94TH STREET**<br>**HIALEAH, FL 00033-3018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136<br>63 | **Nonpriority creditor's name and mailing address**<br>**TERRENCE WARREN**<br>**29564 MAYFAIR DRIVE**<br>**FARMINGTON HILLS, MI 48331**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136<br>64 | **Nonpriority creditor's name and mailing address**<br>**TERRI ADJODHA**<br>**6468 NW 66TH WAY**<br>**PARKLAND, FL 33067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136<br>65 | **Nonpriority creditor's name and mailing address**<br>**TERRI ARMSTRONG**<br>**4184 HUNTERS RIDGE DRIVE**<br>**RAVENNA, OH 44266**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.136<br>66 | **Nonpriority creditor's name and mailing address**<br>**TERRICK WILLIAMS**<br>**18950 NW 27TH AVE**<br>**APT. 307**<br>**CAROL CITY, FL 33056**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.136 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRIKA GOODE**
**2118 SAINT ELMO AVE**
**MEMPHIS, TN 38127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRIN MCCULLOUGH**
**1319 TIMBERLAND DRIVE**
**CINCINNATI, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRISHA SMALL**
**20303 NW 28TH COURT**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERROD ROBERTS**
**9 STONEWAIN CT APT 3A**
**TOWSON, MD 21204-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Harris**
**708 Lonnie Ln**
**Oklahoma City, OK 73170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRY HARRIS**
**708 LONNIE LANE**
**MOORE, OK 73170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERRY MAYO**
**16904 DORCHSTER PLACE**
**UPPER MARLBORO, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 74 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TERRY WRIGHT** **31 BAILEY AVE** **HILLSIDE, NJ 07205** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.136 75 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TERYN LANGFORD** **14 E DAVIS RD** **HAMPTON, VA 23666-4640** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.136 76 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TESHIEK MAZYCK** **7735 NW 27TH AVE** **APT 306** **MIAMI, FL 33147** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.136 77 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TESHYRA BUTLER** **2135 NW 152 TERR** **OPA LOCKA, FL 33054** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.136 78 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TESLIM ODERINDE** **6502 TAPWOOD CT** **GLEN BURNIE, MD 21060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.136 79 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **Tess Jackson** **506 N Chester St** **Baltimore, MD 21205** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.136 80 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |
| **TESSA GLOVER** **15908 PETROS DR** **BROWNSTOWN, MI 48173** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.136 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TESSY FLORE RICHELMOND**
**1981 NW 43RD TERRACE**
**APT 266**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TETRAE LAFLEUR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEVIN BROWN**
**108 SAN REMO BLVD.**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEVIN BROWN**
**4561 PENRIDGE RD**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEVIN BROWN**
**1832 CAMBRIDGE COVE CIRCLE**
**APT 108**
**LAKELAND, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEVIN HYATT**
**6300 SW 4TH PLACE**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEVIN LEWIS**
**2506 QUEENS CHAPEL RD APT 104**
**HYATTSVILLE, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TEVIN MATTISON-GRAHAM**
**3428 LYNDALE AVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TEVIN WHITAKER**
**1501 LONE STAR CT.**
**MESQUITE, TX 75181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TEXAN MOULTON**
**5215 EDHAM DRIVE**
**WEST PALM BEACH, FL 33415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,682.74** |
|---|---|---|---|

**Texas Health Hospital**
**612 E Lamar Blvd**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.58** |
|---|---|---|---|

**Texas Orthopaedic Associates**
**2301 Forester Cr. #8105**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$245.19** |
|---|---|---|---|

**Texas Orthopedic Specialists PLLC**
**2301 Forester Cr.**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$925.37** |
|---|---|---|---|

**Texas Physician Resources, LLP**
**6451 Brentwood Stair Rd.**
**Ste. 200**
**Fort Worth, TX 76112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 95 | **Nonpriority creditor's name and mailing address** **Texas Secretary of State** PO Box 13697 Austin, TX 78711-3697 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 96 | **Nonpriority creditor's name and mailing address** **Thaddeus Williams** 356 Briar Valley Murchison, TX 75778 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 97 | **Nonpriority creditor's name and mailing address** **THAI ROUSE** 5417 19TH AVE HYATTSVILLE, MD 20782 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 98 | **Nonpriority creditor's name and mailing address** **THAIS MIE SHIBATA** 16401 NW 37TH AVENUE MIAMI GARDENS, FL 33054 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 99 | **Nonpriority creditor's name and mailing address** **THALIA LEAL** 25662 SW 138TH COURT HOMESTEAD, FL 33032 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.137 00 | **Nonpriority creditor's name and mailing address** **THALITA AZEVEDO** 15800 NW 42 AVENUE MIAMI GARDENS, FL 33054 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.137 01 | **Nonpriority creditor's name and mailing address** **THANDI MOORE** 555 FDR DRIVE APT 2B NEW YORK, NY 10002 | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.137 02 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **THANDI MOSES** **196 PARSELLS AVE** **ROCHESTER, NY 14609** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.137 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **THANMAYI PANGULLURI** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.137 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **THAO DUONG** **1730 W ROCKET DR** **TOLEDO, OH 43606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.137 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **THARIN THOMAS** **8322 CATHERINE AVE** **PASADENA, MD 21122-1244** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.137 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$119.00** |
| | **The Arthritis Clinic, LLC** **3727 Friendsville Rd. #3** **Wooster, OH 44691** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **2865** | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.137 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$4,623.60** |
| | **The Buncke Medical Clinic** **45 Castro St. #121** **San Francisco, CA 94114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.137 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$48,042.26** |
| | **The Christ Hospital** **2139 Auburn Ave.** **Cincinnati, OH 45219** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | | |
| | Last 4 digits of account number **2209** | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.137<br>09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$811.00** |
|---|---|---|---|

**The Christ Hospital Medical Assoc.**
**2139 Auburn Ave.**
**Cincinnati, OH 45219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6155

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.137<br>10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.00** |
|---|---|---|---|

**The Christ Hospital Cardiovascular**
**2139 Auburn AVe.**
**Cincinnati, OH 45219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6159

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,184.66** |
|---|---|---|---|

**The Cleveland Clinic Foundation**
**PO Box 933126**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**THE COUNSELING CENTER FOR HEAL**
**784 US-1**
**NORTH PALM BEACH, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7328

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.00** |
|---|---|---|---|

**The Counseling Group**
**2840 SW 3rd Ave.**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.92** |
|---|---|---|---|

**The Franz Center**
**3160 Southgate Commerce Blvd. #64**
**Orlando, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**The Herndon Insurance Group**
**330 - 15th St. SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **The Huntington National Bank** **PO Box 1558** **Columbus, OH 43216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$276.80** |
| **The Institute of Jaw & Facial Surge** **789 White Pond Dr., Suite B** **Akron, OH 44320** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229.00** |
| **The Little Clinic of Ohio, LLC** **226 E Perkins Ave.** **Sandusky, OH 44870** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  6149 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.54** |
| **The Medical Imaging Partnership** **7860 Gate Pkwy, Ste. 123** **Jacksonville, FL 32256** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,205.56** |
| **The Moses H. Cone Memorial** **Hospital Operating Corporation** **1200 N Elms St.** **Greensboro, NC 27401** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,674.00** |
| **The Ohio State University** **300 W 10th Ave.** **Columbus, OH 43210** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  0891 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,340.96** |
| **The Orthopaedic Network, Inc.** **2865 N Reynotlds Rd.** **Toledo, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,547.37 |
|---|---|---|---|

**The Orthopedic Surgery Center**
6505 Market St.
Building B, Suite 101
Youngstown, OH 44512

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.70 |
|---|---|---|---|

**The Palmetto Surgery Center**
2140 W 68th St.
Hialeah, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.25 |
|---|---|---|---|

**The Pathology Group of NW FL**
4724 N Davis Hwy #2
Pensacola, FL 32503

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.20 |
|---|---|---|---|

**The Pharmacy Counter, LLC**
2655 W Central Ave.
Toledo, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,517.36 |
|---|---|---|---|

**The Toledo Hospital**
PO Box 630253
Cincinnati, OH 45263-0253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.00 |
|---|---|---|---|

**The Wooster Clinic**
1740 Cleveland Rd.
Wooster, OH 44691

Date(s) debt was incurred _

Last 4 digits of account number **2351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THEA ANGELI**
5229 BEECHGROVE AVE NE
CANTON, OH 44705

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.137 30**

Nonpriority creditor's name and mailing address

**THEANNAH HECTOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.137 31**

Nonpriority creditor's name and mailing address

**THEIM MWAE THU
1816 N WESTWOOD AVE APT A
TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 32**

Nonpriority creditor's name and mailing address

**THEODORE CCLAIN
9577 BEYERLE HILL ROAD
CLEVELAND, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 33**

Nonpriority creditor's name and mailing address

**THEODORE HOULIHAN
9142 RIDGE ML
SAN ANTONIO, TX 78250-5028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 34**

Nonpriority creditor's name and mailing address

**THEODORE MCCLAIN
9577 BEYERLE HILL ROAD
CLEVELAND, OH 44125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 35**

Nonpriority creditor's name and mailing address

**THEODORE RADER
1764 SPENCER ST
TOLEDO, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 36**

Nonpriority creditor's name and mailing address

**THEOPHILUS SANGODELE
29218 RIVEROAK DR
ROMULUS, MI 48174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.137 37 | **Nonpriority creditor's name and mailing address** **THERACOUNSEL INC** **4546 N FEDERAL HWY** **Fort Lauderdale, FL 33308** Date(s) debt was incurred _ Last 4 digits of account number  0339 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ☐ No ☐ Yes **$315.14** |
| 3.137 38 | **Nonpriority creditor's name and mailing address** **THI NGUYEN** **1120 N WESTWOOD AVE APT 3113** **TOLEDO, OH 43607** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.137 39 | **Nonpriority creditor's name and mailing address** **Thiago Sickert** **7031 SW 41st Pl** **Fort Lauderdale, FL 33314** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.137 40 | **Nonpriority creditor's name and mailing address** **THIBAUT HOUETTE** **705 WEST MARKET STREET** **APT 5** **AKRON, OH 44303** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.137 41 | **Nonpriority creditor's name and mailing address** **THIBAUT HOUETTE** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.137 42 | **Nonpriority creditor's name and mailing address** **THOM BERGMAN** **303 PORTSIDE** **BUFFALO, NY 14202** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |
| 3.137 43 | **Nonpriority creditor's name and mailing address** **THOMAS ADAME** **2926 BULLARD AVE** **LOS ANGELES, CA 90032-3019** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |

| 3.137 44 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS BALAKI**
**1506 NE 110TH ST**
**MIAMI, FL 33161-7413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 45 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS BISSLER**
**12481 MUMFORD ROAD**
**GARRETTSVILLE, OH 44231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 46 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS CASTOR**
**3828 GARRISON RD**
**TOLEDO, OH 43613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS CLEAVER**
**2111 AKRON PENINSULA RD**
**BUILDING 2**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 48 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS DAILEY**
**9913 YALE ROAD**
**DEERFIELD, OH 44411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS DOOHAN**
**1612 COLUMBUS RD**
**WOOSTER, OH 44691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS EIDENS**
**1150 REYNOLDSBURG NEW ALBANY R**
**BLACKLICK, OH 43004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 51 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **THOMAS FABER** | ☐ Contingent | |
| **4382 N. OPFER-LENTZ** | ☐ Unliquidated | |
| **MARTIN, OH 43445** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 52 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
| **Thomas J. Tafelski, DO** | ☐ Contingent | |
| **6005 Monclova Rd.** | ☐ Unliquidated | |
| **Maumee, OH 43537** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **1140** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **THOMAS KIRKHAM** | ☐ Contingent | |
| **505 JEFFERSON AVE APT 711** | ☐ Unliquidated | |
| **TOLEDO, OH 43604** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **THOMAS KOVAR** | ☐ Contingent | |
| **G781 COUNTY ROAD 17** | ☐ Unliquidated | |
| **HOLGATE, OH 43527** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **THOMAS LEARN** | ☐ Contingent | |
| **9629 NICHOLS ROAD** | ☐ Unliquidated | |
| **WINDHAM, OH 44288** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |
| **Thomas M. Jones** | ☐ Contingent | |
| **14 Richland Medical Park Dr. #200** | ☐ Unliquidated | |
| **Columbia, SC 29203** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **THOMAS MATHEWS** | ☐ Contingent | |
| **3304 DUDLEY AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21213** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.137<br>58 | **Nonpriority creditor's name and mailing address**<br>**THOMAS NICHOLSON, III**<br>**4806 CANNINGTON DR**<br>**COLUMBUS, OH 43229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.137<br>59 | **Nonpriority creditor's name and mailing address**<br>**THOMAS O'LEARY**<br>**PO BOX 584**<br>**TYBEE ISLAND, GA 31328**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.137<br>60 | **Nonpriority creditor's name and mailing address**<br>**THOMAS PUGLIESE**<br>**6600 PLEASANT AVE APT 156**<br>**RICHFIELD, MN 55423**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.137<br>61 | **Nonpriority creditor's name and mailing address**<br>**Thomas R. Grant, MD**<br>**825 Fairfax Ave.**<br>**Norfolk, VA 23507**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **7734** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$210.00** |

---

| 3.137<br>62 | **Nonpriority creditor's name and mailing address**<br>**THOMAS RINK**<br>**2690 DAVIS PECK ROAD**<br>**CORTLAND, OH 44410**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.137<br>63 | **Nonpriority creditor's name and mailing address**<br>**Thomas Royko**<br>**2124 Timber Creek Dr.**<br>**Apt. F**<br>**Toledo, OH 43615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.137<br>64 | **Nonpriority creditor's name and mailing address**<br>**THOMAS ROYKO**<br>**2801 W BANCROFT MS121**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.137<br>65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS ROYKO**
**2124 TIMBER CREEK DR APT F**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS STAAB**
**791 BANGORVILLE RD**
**BELLVILLE, OH 44813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS SUPAN**
**831 WILDWOOD COURT**
**MEDINA, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS SWOPE**
**6044 STATE STREET**
**LOUISVILLE, OH 44641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS THURLOWAY**
**2801 W BANCROFT**
**MS 513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS TOPALIAN**
**13889 COOK STREET**
**PO BOX 147**
**BURTON, OH 44021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS WOODSON**
**800 TREFOIL CT**
**MONROEVILLE, PA 15146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.137 72 | |

**Nonpriority creditor's name and mailing address**
**THU DUONG**
**1730 W ROCKET DR**
**TOLEDO, OH 43606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.137 73 | |

**Nonpriority creditor's name and mailing address**
**Thyroid Specialty Laboratory**
**2900 Lemay Ferry Rd. #114**
**Saint Louis, MO 63125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$215.74**

---

| | |
|---|---|
| 3.137 74 | |

**Nonpriority creditor's name and mailing address**
**TIA AINGS**
**3013 GUADALUPE AVE**
**DALLAS, TX 75233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.137 75 | |

**Nonpriority creditor's name and mailing address**
**TIA MCKENZIE**
**PO BOX 164186**
**ALTAMONTE SPRINGS, FL 32716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.137 76 | |

**Nonpriority creditor's name and mailing address**
**TIA MCKENZIE**
**910 ORIENTA AVENUE**
**APT #910D**
**ALTAMONTE SPRINGS, FL 32701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.137 77 | |

**Nonpriority creditor's name and mailing address**
**TIAN LI**
**1169 SHADOW LN APT 203**
**TOLEDO, OH 43615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.137 78 | |

**Nonpriority creditor's name and mailing address**
**TIAN LIU**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.137 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIAN QIU**
**1884 WAYNE ST**
**ORRVILLE, OH 44667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIAN ZHANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIAN ZHANG**
**2814 WOOD DUCK LANE APT 208**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIANA JOHNSON**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIANA JOHNSON**
**521 BULKELEY PLACE**
**APARTMENT 16**
**NEWPORT NEWS, VA 23601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TIANA LOFTIES**
**6087 MAJORS LN APT 7**
**COLUMBIA, MD 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiana Skawinski**
**6170 SW 24th Pl**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIANCE SHEN**
**1216 SUNBURY RD**
**COLUMBUS, OH 43210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIANNA WILLIAMS**
**1350 BROOK STREET APT J**
**CHICAGO, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIANNAH RIGSBY**
**1661 BURNET AVE #2**
**UNION, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIANYU MENG**
**512 S HAWKINS AVE**
**APT 3**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIARA CUFFEE**
**5817 WESLEYAN DRIVE**
**BOX 286**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIARA CUFFEE**
**3019 ILLINOIS AVENUE**
**NORFOLK, VA 23513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIARHA RICHARDS**
**8240 SW 4TH ST**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137<br>93 | **Nonpriority creditor's name and mailing address**<br>**TIARHA RICHARDS**<br>**5649 PARK HAMILTON BLVD**<br>**ORLANDO, FL 32808**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.137<br>94 | **Nonpriority creditor's name and mailing address**<br>**TIASJAH ATCHISON**<br>**3020 KAEYLEE LANE**<br>**OKLAHOMA CITY, OK 73115**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.137<br>95 | **Nonpriority creditor's name and mailing address**<br>**Tidewater Emergency Medical Car**<br>**736 N Batlefiled Blvd.**<br>**Chesapeake, VA 23320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$223.26** |
| 3.137<br>96 | **Nonpriority creditor's name and mailing address**<br>**Tidewater Gastro-Ches Office**<br>**112 Gainsborough Square, Suite 200**<br>**Chesapeake, VA 23320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$648.00** |
| 3.137<br>97 | **Nonpriority creditor's name and mailing address**<br>**TIEARRA WILLIS**<br>**62 LOOMIS CT**<br>**OWINGS MILLS, MD 21117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.137<br>98 | **Nonpriority creditor's name and mailing address**<br>**TIERA LEONARD**<br>**3463 25TH STREET SE**<br>**WASHINGTON, DC 20020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.137<br>99 | **Nonpriority creditor's name and mailing address**<br>**TIERA WEST**<br>**1120 NW 57 ST**<br>**MIAMI, FL 33127**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.138<br>00 | Nonpriority creditor's name and mailing address<br>**TIERRA JOHNSON**<br>**6016 SURREY SQUARE LANE APT 202**<br>**DISTRICT HEIGHTS, MD 20747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138<br>01 | Nonpriority creditor's name and mailing address<br>**TIERRA SMOOTH**<br>**200 ERIN WAY APT T1**<br>**REISTERSTOWN, MD 21136**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138<br>02 | Nonpriority creditor's name and mailing address<br>**TIESHA BIRDSONG**<br>**2935 W LANVALE ST**<br>**BALTIMORE, MD 21216-4607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138<br>03 | Nonpriority creditor's name and mailing address<br>**TIFFANI BROOKS**<br>**14300 SW 133 AVE**<br>**MIAMI, FL 33186**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138<br>04 | Nonpriority creditor's name and mailing address<br>**TIFFANIE BILLINGS**<br>**1206 KITTANSETT LANE**<br>**AUBURNDALE, FL 33823**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138<br>05 | Nonpriority creditor's name and mailing address<br>**TIFFANIE MOORE**<br>**409 EAST CLEMENT STREET**<br>**BALTIMORE, MD 21230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138<br>06 | Nonpriority creditor's name and mailing address<br>**TIFFANY BOLANOS-FRAZIE**<br>**16342 SW 95TH ST**<br>**MIAMI, FL 33196**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.138 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY BURGESS**
**14960 91ST AVENUE NORTH**
**MAPLE GROVE, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.138 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY CASTELLON**
**14606 DALLAS PARKWAY, APT 1151**
**DALLAS, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY LEE**
**608 HOMESTEAD STREET**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY MORISSEAU**
**144 BOSTWICK AVE APT 2**
**JERSEY CITY, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY OKRAY**
**1277 ROAN DRIVE**
**LANCASTER, TX 75134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY PRESTON**
**845 MOON RD**
**COLUMBUS, OH 43224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIFFANY RALSTON**
**138 CONESTOGA RD**
**PITTSBURGH, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY SLUTZ** **1122 STEEPLECHASE CIR APT 16F** **TOLEDO, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.138 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY SMITH** **200 CRESTVIEW DR. #40** **JACKSONVILLE, AR 72076** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY WARNE** **4666 N PARK LN** **TOLEDO, OH 43614** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY WARNE** **5953 WALNUT CIR APT G5** **TOLEDO, OH 43615** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY WHITE** **5020 CLIFTON AVE** **BALTIMORE, MD 21215** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY WILSON** **328 SOUTH MONROE ST APT 1** **BALTIMORE, MD 21223** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TIFFANY WONG** **12431 AREACA DR.** **WELLINGTON, FL 33414** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.138 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,140.44** |
|---|---|---|---|

**Tigertail Emergency Phys LLC**
**3663 S Miami Ave.**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIHIRA DAVIS**
**5825 NW 13TH AVE**
**MIAMI, FL 33142**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIJA SMITH**
**626 EAST 31ST ST**
**NOTTINGHAM, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIJANA VUCETIC**
**4802 WASHINGTON ST  APT 1411**
**HOLLYWOOD, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIJESUNIMI ODEBODE**
**1800 RAMBLEWOOD ROAD**
**APT. A**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIM ELBERSE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMILEHIN BAWAHALA**
**1643 TANGLEWOOD DRIVE**
**AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIMMIE WILSON**
**3902 SETONHURST RD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.138 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Timothy Eidens**
**1150 Reynoldsburg New Albany Rd.**
**Blacklick, OH 43004-9692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIMOTHY HATFIELD**
**38402 LOMAN CT**
**NORTH RIDGEVILLE, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIMOTHY HINTON-MCCOY**
**5620 GREAT NORTHERN BLVD.**
**NORTH OLMSTED, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIMOTHY JACKSON**
**2309 W CUMBERLANDMERLAND STREET**
**PHILADELPHIA, PA 19132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIMOTHY JEWELL**
**4377 WESTOVER DRIVE**
**WEST BLOOMFIELD, MI 48323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIMOTHY JOHNSON**
**3715 GREEN OAK CT**
**PARKVILLE, MD 21234-4258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 35 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY MURTON**<br>**9781 WINDHAM PARKMAN ROAD**<br>**WINDHAM, OH 44288**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 36 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY PRIEST**<br>**3418 ELM BROOK DRIVE**<br>**BROADVIEW HEIGHTS, OH 44147**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 37 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY RICHARDSON**<br>**1100 MONTPELIER STREET**<br>**BALTIMORE, MD 21218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 38 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY RICHARDSON**<br>**1673 NORTHBOURNE ROAD**<br>**BALTIMORE, MD 21239**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 39 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY SANFORD**<br>**122 S BELMAR DRIVE**<br>**REYNOLDSBURG, OH 43068**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 40 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY SPEARMAN**<br>**603 LAKEWOOD AVENUE**<br>**BALTIMORE, MD 21205**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.138 41 | **Nonpriority creditor's name and mailing address**<br>**TIMOTHY STRICKLING**<br>**915 ROWE ST**<br>**AKRON, OH 44306**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.138 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMOTHY STROBLE**
**APARTMENT 103**
**4435 SOUTH 31ST STREET**
**ARLINGTON, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMOTHY STUCKY**
**3220 UPPER BELLBROOK ROAD**
**BELLBROOK, OH 43505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMOTHY TAYLOR**
**201 S. CONKLING STREET**
**BALTIMORE, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMOTHY ZELLER**
**10742 NEW DELAWARE ROAD**
**MT. VERNON, OH 43050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMUR BALTUTAN**
**1600 SAINT MICHAELS DRIVE**
**SANTA FE, NM 87505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TIMYRA ASKEW**
**13621 NORTH DRIVE**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TINA DARAMY**
**4310 REGALWOOD TERRACE**
**BURTONSVILLE, MD 20866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.138 49**

Nonpriority creditor's name and mailing address

**TINA MAMODALY**
**520 BRICKELL KEY DR.**
**701**
**MIAMI, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 50**

Nonpriority creditor's name and mailing address

**TINASHE GWAZE**
**504B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 51**

Nonpriority creditor's name and mailing address

**TINASHE KASIYAMHURU**
**5806 EDGEPARK ROAD, APARTMENT A**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 52**

Nonpriority creditor's name and mailing address

**Tinka Lyons**
**1613 Kirkwood Rd.**
**Gwynn Oak, MD 21207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 53**

Nonpriority creditor's name and mailing address

**TIONA WILSON**
**11002 CORTEZ AVE #A**
**ADELANTO, CA 92301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 54**

Nonpriority creditor's name and mailing address

**TIONNA WHITE**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 55**

Nonpriority creditor's name and mailing address

**TIONNE BLACKWELL**
**15001 COURTLAND PLACE**
**LAUREL, MD 20707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.138 56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TIONNE MACK** | ☐ Contingent |
| | **14422 SW 280TH ST,102** | ☐ Unliquidated |
| | **HOMESTEAD, FL 33032** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TIREE EDDIE** | ☐ Contingent |
| | **2900 NW 214TH STREET** | ☐ Unliquidated |
| | **MIAMI GARDENS, FL 33056** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TIRIK SMITH** | ☐ Contingent |
| | **1610 TOPAZ ROAD** | ☐ Unliquidated |
| | **KILLEEN, TX 76543** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TIRZAH MEJIA** | ☐ Contingent |
| | **803 N.W 105 PL.** | ☐ Unliquidated |
| | **MIAMI, FL 33172** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TISHA GODFREY** | ☐ Contingent |
| | **3609 GARDEN LANE** | ☐ Unliquidated |
| | **MIRAMAR, FL 33023** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TISHINA COX** | ☐ Contingent |
| | **43 CEDAR RD** | ☐ Unliquidated |
| | **AMITYVILLE, NY 11701** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.138 62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| | **TITERRA THORNTON** | ☐ Contingent |
| | **6505 COBALT AVE. N** | ☐ Unliquidated |
| | **JACKSONVILLE, FL 32210** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.138 63 | **Nonpriority creditor's name and mailing address**<br>**TITILOPEMI OLUSOLA**<br>**8269 SW 25TH CT**<br>**MIRAMAR, FL 33025** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 64 | **Nonpriority creditor's name and mailing address**<br>**TITO BONADONNA**<br>**806 ADDY ROAD**<br>**SUITE 256**<br>**COLUMBUS, OH 43214** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 65 | **Nonpriority creditor's name and mailing address**<br>**Tiyah Koney**<br>**20227 Yankee Harbor Pl**<br>**Montgomery Village, MD 20886** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 66 | **Nonpriority creditor's name and mailing address**<br>**TIYANNA WRIGHT**<br>**1721 WEST 85TH STREET**<br>**LOS ANGELES, CA 90046** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 67 | **Nonpriority creditor's name and mailing address**<br>**TIYEA WEST PRICCE**<br>**7243 LAGUNA**<br>**GRAND PRARIE, TX 75054** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 68 | **Nonpriority creditor's name and mailing address**<br>**TMH PHYSICIAN ASSOCIATES PLLC**<br>**PO BOX 4719**<br>**NEW YORK, NY 10003** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9225** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 69 | **Nonpriority creditor's name and mailing address**<br>**TOBE UWAECHINA**<br>**35 LEATHERWOOD PL**<br>**ROSEDALE, MD 21237-3520** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBECHUKWU EJIKE**
**11714 TUSCANY DR**
**LAUREL, MD 20708-2841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBECHUKWU OSUZOKA**
**6849 STURBRIDGE DRIVE**
**BALTIMORE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBECHUKWU OSUZOKA**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBIE THOMAS**
**100 SUNMAR CT APT 1C**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBIE THOMAS**
**3442 CARRIAGE HILL CIR**
**APT T1**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBILOBA KOMOLAFE**
**1911 WINFORD RD**
**BALTIMORE, MD 21239-3735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBY TABE**
**12904 NORTHAMPTON DR**
**BELTSVILLE, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOBY TABE**
12904 NORTHAMPTON DR
BALTIMORE, MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOCHUKWU UGOAMADI**
55 AVEN WAY
BALTIMORE, MD 21236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TODD CLOSSON**
5706 WILLOWTON AVE
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TODD JOHNSON**
5814 LEITH WALK
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TODD LENZ**
2034 GLENCAIRN AVE
TOLEDO, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TODD REXROAD**
1050 AVON ST
AKRON, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TODD SKARBNIK**
2810 NE 201ST TERRACE
APT G325
MIAMI, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TODDRICK ANDERSON**
**1226 ARMORLITE DR. #101**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.138 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265,505.44 |
|---|---|---|---|

**Tokio Marine HCC**
**Life Insurance Company**
**PO Box 402032**
**Atlanta, GA 30384-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.138 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOLANI TAIWO**
**6710 WOODSTREAM DRIVE**
**LANHAM, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.138 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,027.48 |
|---|---|---|---|

**Toledo Clinic, Inc.**
**4235 Secor Rd.**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.138 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.79 |
|---|---|---|---|

**Toledo Radiological Assoc**
**4169 N Holland-Sylvania Rd.**
**Ste. 203**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.138 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOLEDO RICHARDSON**
**406A DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.138 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOLULOPE AJAYI**
**8 BREEZE BRANCH CT**
**APT G**
**LUTHERVILLE TIMONIUM, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? �■ No ☐ Yes

---

| | |
|---|---|
| 3.138 91 | |

**Nonpriority creditor's name and mailing address**
**TOLULOPE OLU-AJAYI**
**4420 SPRINGWOOD AVENUE**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.138 92 | |

**Nonpriority creditor's name and mailing address**
**TOLUWALOPE OJO**
**3823 BRENBROOK DR**
**COLLEGE PARK, MD 20740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.138 93 | |

**Nonpriority creditor's name and mailing address**
**TOLUWALOPE OLOGUN**
**1725 WEST NORTH AVENUE**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.138 94 | |

**Nonpriority creditor's name and mailing address**
**TOLUWALOPE OLOGUN**
**1171 PELHAM WOOD ROAD**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.138 95 | |

**Nonpriority creditor's name and mailing address**
**TOLUWANIMI ADEJUMO**
**11200 LAKEOVERLOOK PLACE**
**BOWIE, MD 20721**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.138 96 | |

**Nonpriority creditor's name and mailing address**
**TOM LUU**
**1919 KEY ST**
**APT A**
**MAUMEE, OH 43537**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.138 97 | |

**Nonpriority creditor's name and mailing address**
**Tom Patton Consulting, LLC**
**33479 Lake Road**
**Avon Lake, OH 44012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | | | |
|---|---|---|---|
| 3.138 98 | **Nonpriority creditor's name and mailing address**<br>**TOMAS GRECO**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.138 99 | **Nonpriority creditor's name and mailing address**<br>**TOMAS MEDINA**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.139 00 | **Nonpriority creditor's name and mailing address**<br>**TOMAS MILLET**<br>**3301 COLLEGE AVE.**<br>**PO BOX 229000**<br>**FT. LAUDERDALE, FL 33329** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.139 01 | **Nonpriority creditor's name and mailing address**<br>**TOMEKA GLENN**<br>**2514 E. JEFFERSON STREET**<br>**BALTIMORE, MD 21205** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.139 02 | **Nonpriority creditor's name and mailing address**<br>**TOMIDE APATA**<br>**2953 MARNAT ROAD**<br>**APT A**<br>**BALTIMORE, MD 21209** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.139 03 | **Nonpriority creditor's name and mailing address**<br>**TOMIKA SIMS**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX A191**<br>**VIRGINIA BEACH, VA 23455** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.139 04 | **Nonpriority creditor's name and mailing address**<br>**TOMMY GRANT**<br>**2160 MADISON AVE APT 5B**<br>**NEW YORK, NY 10037-2209** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOMMY HIRAKATA TENGAN**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONG LIU**
**2200 HIGH ST**
**APT 751**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONG ZHANG**
**520 S HAWKINS AVENUE**
**APT 1**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONI ANIUGO**
**4618 HARCOURT ROAD**
**BALTIMORE, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONI CARRION**
**5603 CRESTHAVEN LN**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONI SBERT SABATER**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONI-ANN LEE**
**3800 WEAN DRIVE UNIT 3B**
**BLATIMORE, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONIA MATTHEWS**
**3535 SHANNON DRIVE**
**BALTIMORE, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONISHA HOWELL**
**410 LOCKHART STREET**
**DAYTONA BEACH, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONY CAMPBELL**
**1658 EAST BELVEDARE AVE APT 101**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONY EDWARDS**
**6500 SOUTH RHODES**
**CHICAGO, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONY GITHINJI**
**C/O STUDENT AFFAIRS**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TONY JONES**
**22 EAST EXCHANGE STREET**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tonya Tressler**
**5627 Glasgow**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.139 19** | |

**Nonpriority creditor's name and mailing address**
**Tonya Wolf**
**2068 NW 208th Way**
**Hollywood, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| | |
|---|---|
| **3.139 20** | |

**Nonpriority creditor's name and mailing address**
**TOR SAUNDERS**
**9126 HARGREAVES PLACE**
**MUKILTEO, WA 98275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.139 21** | |

**Nonpriority creditor's name and mailing address**
**TOREY COWARD**
**4870 SOM CENTER ROAD**
**CHAGRIN FALLS, OH 44022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.139 22** | |

**Nonpriority creditor's name and mailing address**
**TORI INGRAHAM**
**2804 SW 119TH WAY**
**MIRAMAR, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.139 23** | |

**Nonpriority creditor's name and mailing address**
**TORI MORGAN**
**1316 CARRIAGE CREEK**
**DESOTO, TX 75115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.139 24** | |

**Nonpriority creditor's name and mailing address**
**TORI SIMMONS**
**3606 CLUBVIEW DRIVE**
**GARLAND, TX 75044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.139 25** | |

**Nonpriority creditor's name and mailing address**
**TORI STOKES**
**502 EDUCATION WAY**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.139 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORIANA PRESIDENT**
**7417 UPLAND BEND DRIVE**
**TEMPLE, TX 76502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORIANO HOBBS**
**7606 STANHOPE LANE**
**ARLINGTON, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORICAH NAKIGUDDE**
**685 BELMONT ST 2**
**BELMONT, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORIN ALEXANDER**
**2960 CELIAN DRIVE**
**GRAND PRAIRIE, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORIN MAYHEW**
**2441 RUTHERFORD CIRCLE**
**DUNCANVILLE, AL 35456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORREY PATTON**
**5540 NANTUCKET RD**
**DAYTON, OH 45426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORRI GROULX**
**5817 WESLEYAN DRIVE**
**PO BOX A84**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORRIN WALKER**
**2007 N WASHINGTON ST**
**BALTIMORE, MD 21213-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TORY MCCUTCHEON**
**2175 BINGHAM CENTER ROAD**
**NORTH BINGHAM, PA 16941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.62 |
|---|---|---|---|

**TOTAL MD PHYSICIANS GROUP**
**PO BOX 733314**
**300**
**AUSTIN, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1852

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**TOTAL ORTHOPAEDIC CARE**
**4850 W OAKLAND PARK BLVD #201**
**LAUDERDALE LAKES, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7545

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.32 |
|---|---|---|---|

**Total Vein and Skin, LLC**
**PO Box 744122**
**Atlanta, GA 30374-4122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $846.24 |
|---|---|---|---|

**TOWN OF DAVIE**
**6591 ORANGE DR.**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7130

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,250.00 |
|---|---|---|---|

**TOWNSEND OUTPATIENT NEW ORLEAN**
**3620 CHESTNUT ST**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2892

Is the claim subject to offset? ■ No ☐ Yes

| 3.139<br>40 | Nonpriority creditor's name and mailing address<br>**TOYA BROWN**<br>**2402 BRIARWOOD RD**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.139<br>41 | Nonpriority creditor's name and mailing address<br>**TRA'VON CHAPMAN**<br>**1000 WABASH AVE**<br>**CINCINNATI, OH 45215** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139<br>42 | Nonpriority creditor's name and mailing address<br>**TRACE THOMAS**<br>**1672 HANOVER CT.**<br>**HAMILTON, OH 45013** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139<br>43 | Nonpriority creditor's name and mailing address<br>**TRACEY JOSEPH**<br>**810 NE 127TH STR**<br>**MIAMI, FL 33161** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139<br>44 | Nonpriority creditor's name and mailing address<br>**TRACEY NORTON**<br>**819 SW 2ND AVE**<br>**HALLANDALE BEACH, FL 33009-7000** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139<br>45 | Nonpriority creditor's name and mailing address<br>**TRACEY WEH**<br>**7201 OLIVER ST**<br>**LANHAM, MD 20706-1227** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139<br>46 | Nonpriority creditor's name and mailing address<br>**TRACIE DOI**<br>**2401 EUTAW PLACE**<br>**BALTIMORE, MD 21217** | As of the petition filing date, the claim is: _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.139 47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TRACIE MOORE** **8123 SW 24 STREET** **DAVIE, FL 33324** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.139 48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TRACY FITZGERALD** **125 HIDDEN HILL CIR** **ODENTON, MD 21113** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.139 49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tracy Logan** **272 - 38th Ave. N** **Nashville, TN 37209** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.139 50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TRACY VILLARD** **12 SHARON CT APT304** **LAUREL, MD 20707** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.139 51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TRAE WHITE** **5817 WESLEYAN DRIVE** **PO BOX C68** **VIRGINIA BEACH, VA 23455** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.139 52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TRAEVONNE GREENE** **4225 SW EMLAND DRIVE APT.8** **TOPEKA, KS 66606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.139 53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **TRAICE ROKITA** **549 STRASBURG** **MONROE, MI 48161** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAIVON HODGE**
**926 ORCHARD TERR**
**LINDEN, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Traivon Wilson**
**6226 Plymouth Rd.**
**Baltimore, MD 21214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAJAN BENT**
**6635 24TH AVE**
**HYATTSVILLE, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAMON LUCAS**
**2607 HALLAM CT**
**WINDSOR MILL, MD 21244-1916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAMOUR WILSON**
**209 OLU STREET**
**HILO, HI 96720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAN NGUYEN**
**900 IREDELL STREET**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRANAE NICHOLAS**
**1680 NW 4TH AVE**
**APT. 8C**
**MIAMI, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 61 | **Nonpriority creditor's name and mailing address** **TRANIESHA GODBEE** **859 NW 77TH ST** **MIAMI, FL 33150** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 62 | **Nonpriority creditor's name and mailing address** **TRAPANI** **3130 PALM TRACE LANDINGS DRIVE** **APARTMENT 607** **DAVIE, FL 33314** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 63 | **Nonpriority creditor's name and mailing address** **Travaz Clark** **1695 Langford Rd.** **Gwynn Oak, MD 21207-4961** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 64 | **Nonpriority creditor's name and mailing address** **TRAVIS GOLDRING** **616 LEXINGTON PL NE** **WASHINGTON, DC 20002** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 65 | **Nonpriority creditor's name and mailing address** **TRAVIS GRAY** **202 WEST BROAD ST.** **LOUISVILLE, OH 44641** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 66 | **Nonpriority creditor's name and mailing address** **TRAVIS KOTELES** **11875 LADUE TRAIL** **AUBURN, OH 44023** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 67 | **Nonpriority creditor's name and mailing address** **TRAVIS MANG** **3236 TRUMAN RD** **PERRYSBURG, OH 43551** |

As of the petition filing date, the claim is: *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 68 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS MAZUR**<br>**717 WINSTON DR**<br>**MONROE, MI 48161** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 69 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS MCGRIFF**<br>**2817 NW 9TH ST**<br>**FORT LAUDERDALE, FL 33311** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 70 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS MITCHELL**<br>**7777 NORMANDY BLVD APT. 515**<br>**JACKSONVILLE, FL 32221** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 71 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS MOWERY**<br>**1351 CRAIGWOOD RD**<br>**TOLEDO, OH 43612** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 72 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS PAGARESKI**<br>**2029 KEY ST APT C**<br>**MAUMEE, OH 43537** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 73 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS RICHARDS**<br>**126 HELLE BLVD APT 514**<br>**DUNDEE, MI 48131** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 74 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS SAMPLES**<br>**1621 W MOROCCO RD**<br>**TEMPERANCE, MI 48182** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **Debtor** Student Educational Benefit Trust | Case number (if known) |
| Name | |

---

**3.139 75**

**Nonpriority creditor's name and mailing address**
TRAVIS SMITH
401 S MAIN STREET STE 133A
AKRON, OH 44311

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 76**

**Nonpriority creditor's name and mailing address**
TRAVIS SOMMERS
17488 CLARIDON TROY ROAD
BURTON, OH 44021

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 77**

**Nonpriority creditor's name and mailing address**
TRAVIS WILLIFORD
1478 W NORWOOD ST
RIALTO, CA 92377-4422

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 78**

**Nonpriority creditor's name and mailing address**
TRAVON BELINFANTE
305 BELLEVUE RIDGE RD
ACCOKEEK, MD 20607-3355

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 79**

**Nonpriority creditor's name and mailing address**
TRAVON FREEMAN
15 E MOUNTAIN CREEK COURT
GRAND PRAIRIE, TX 75052

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 80**

**Nonpriority creditor's name and mailing address**
TRAVON LOVER
4936 NASH ST NE
WASHINGTON, DC 20019

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139 81**

**Nonpriority creditor's name and mailing address**
TRAVONTE JUNIUS
257 E ARCHWOOD AVE
AKRON, OH 44301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.139 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__TRAYVON HINES__
__57 S MORLEY ST__
__BALTIMORE, MD 21229-3645__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.139 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__TRE'SHUN WILSON__
__1623 FERGUSON ST__
__MONTGOMERY, AL 36104__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__TRE'ZHON DELANEY__
__1329 5TH STREET NW__
__WASHINGTON, DC 20001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

__TREASURE COAST EAR NOSE  THROA__
__2221 SE OCEAN BLVD #300__
__STUART, FL 34996__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3288__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

__Treasure Coast Medical Assoc.__
__3405 NW Federal Hwy #1__
__Jensen Beach, FL 34957__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.25 |
|---|---|---|---|

__TREASURE COAST PATHOLOGY__
__PO BOX 377__
__STUART, FL 34995__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4964__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

__TREASURE COAST URGENT CARE__
__1050 SE Monterey Rd, Ste 101__
__STUART, FL 34994__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0288__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TREASURE ELLIS**
**602C MARTIN LUTHER KING JR DRIVE**
**CROSSETT, AR 71635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TREASURE SHEFFIELD**
**3107 LAKEPOINTER DR**
**PLANTATION, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TREASURE SHEFFIELD**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TREASURE TEEL**
**1796 EAST 53RD STREET**
**BROOKLYN, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Treasurer of Virginia**
**State Corporation Commission Clerk**
**PO Box 1197**
**Richmond, VA 23218-1197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TREMAIN TORRE**
**5441 BECKNER ST**
**191 MERRIMAC TRAIL**
**NORFOLK, VA 23509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRENT DIMMERLING**
**25266 TRACY RD**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.139 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRENT WILLIAMS**
**14700 SW 106 AVE**
**MIAMI, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRENTON LAIR**
**1529 AUBURN ROAD**
**PO BOX 752**
**NEWBURY, OH 44065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRENTON LOVEJOY**
**4015 SILVERHILL DRIVE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TREQUAN FLOUNORY**
**731 NW 1ST TERRACE**
**DEERFIELD BEACH, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRESA REYNOLDS**
**1542 NORTH LEAMINGTON, APT 2**
**CHICAGO, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Treshaun Fletcher**
**1120 N Westwood**
**Apt. 606**
**Toledo, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRESHAUN SUTTON**
**109 ENCHANTED HILLS RD**
**APT 304**
**OWINGS MILLS, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.140 03** | Nonpriority creditor's name and mailing address<br>**TRESHERR REAVES**<br>**145 CREE DR**<br>**OXON HILL, MD 20745-1216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140 04** | Nonpriority creditor's name and mailing address<br>**TRESHUN WILSON**<br>**1623 FERGUSON ST**<br>**MONTGOMERY, AL 36104** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140 05** | Nonpriority creditor's name and mailing address<br>**TRESHUR MCGEE**<br>**2099 BELAFONTE LANE**<br>**ORLANDO, FL 32811** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140 06** | Nonpriority creditor's name and mailing address<br>**TRESTAN NEUFVILLE**<br>**2674 SILVER HILL DRIVE**<br>**APT 5**<br>**ORLANDO, FL 32818** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140 07** | Nonpriority creditor's name and mailing address<br>**TREVAUGHN MCNEIL**<br>**2934 SAINT MIHIEL AVENUE**<br>**NORFOLK, VA 23509** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140 08** | Nonpriority creditor's name and mailing address<br>**TREVELL CARR**<br>**706B DALEY**<br>**2500 WEST NORTH AVENUE**<br>**BALTIMORE, MD 21216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140 09** | Nonpriority creditor's name and mailing address<br>**TREVER WENDEL**<br>**921 LLOYD AVENUE**<br>**AURORA, OH 44202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed        **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Student Educational Benefit Trust**
Name
Case number (if known)

| 3.140 10 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TREVION ROBINSON** | ☐ Contingent | |
| | **12020 NORTH GESSNER ROAD** | ☐ Unliquidated | |
| | **HOUSTON, TX 77064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 11 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TREVON DAVIS** | ☐ Contingent | |
| | **6 HEPBURN LANE** | ☐ Unliquidated | |
| | **WILLINGBORO, NJ 08046** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 12 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TREVION ELLIS** | ☐ Contingent | |
| | **26 SADDLESTONE CT.** | ☐ Unliquidated | |
| | **OWINGS MILLS, MD 21117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 13 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TREVION OLIVER** | ☐ Contingent | |
| | **5713 CHINQUAPIN PKWY** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21239-2509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 14 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TREVION STARKS** | ☐ Contingent | |
| | **221 STONEPORT DRIVE, APT 6108** | ☐ Unliquidated | |
| | **DALLAS, TX 75217** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 15 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Trevonda Burney** | ☐ Contingent | |
| | **2715 Whites Creek Pike** | ☐ Unliquidated | |
| | **Apt. 130** | ☐ Disputed | |
| | **Casselberry, FL 32707** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 16 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TREVONNA ISOM** | ☐ Contingent | |
| | **1441 NW 168TH TERR** | ☐ Unliquidated | |
| | **MIAMI GARDENS, FL 33169** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 17 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVONNE JENKINS
5817 WESLEYAN DR
B462
VIRGINIA BEACH, VA 23455

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVONTE BAIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVOR BROWN
9002 FOX PARK RD
CLINTON, MD 20735

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVOR COATES
5921 THERFIELD DR
SYLVANIA, OH 43560

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVOR DOREN
2662 ALISDALE DR APT 101
TOLEDO, OH 43606

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 22 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVOR HAM
1800 HAMPTON KNOLL DR.
AKRON, OH 44313

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 23 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
TREVOR HARRISON-RAWN
10595 LITHOPOLIS RD NW
CANAL WINCHESTER, OH 43110

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TREVOR ROBERSON**
**4296 HICKORY PARK LN**
**BATAVIA, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TREVOR SHERRARD**
**165 NW 96TH TERRACE, #3201**
**PEMBROKE PINES, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TREVOR SMITH**
**3023 BEMENT ST**
**ERIE, PA 16506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TREY RICHARDS**
**22 WASHINGTON AVENUE**
**NILES, OH 44446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TREZUER BUTLER**
**1342 SHAFTER STREET**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRI QUANG**
**224 WESTWOOD AVE.**
**AKRON, OH 44302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRIALANI HILL**
**4830 N.W. 3RD AVE**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.140 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,020.43 |
|---|---|---|---|

**Tricia Gatti**
**2195 Brewster Drive #518**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tricia R. Fincham**
**9145 Horn Rd.**
**Windham, OH 44288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRINITEE YOUNG**
**2813 VILLAGE CREEK RD.**
**FORT WORTH, TX 76105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRINITI KNIGHT**
**12515 BARKER CYPRESS PROV**
**APT 9122**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRINITY GEPHART**
**8416 DRAYMORE DRIVE**
**BLACKLICK, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRINITY HALL**
**3329 CLARKS LN APT B**
**BALTIMORE, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRINITY MIXON**
**5163 HOMEWOOD AVE.**
**MAPLE HEIGHTS, OH 44137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRINITY WILKES**
**7885 EL DORADO STREET**
**FONTANA, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRIPP HOPKINS**
**4915 LABELLE DR**
**COLUMBUS, OH 43232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRIPTI THAPA**
**3414 DORR ST APT 315**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRISHA MAE TOTANES**
**2801 EMERALD RD**
**PARKVILLE, MD 21234-5634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRISHANDA SMITH**
**1614 HAMPTON RD**
**LEESBURG, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRISHAUN HALL**
**226 SAN REMO BLVD**
**MARGATE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRISTA DAVIS**
**1418 SHELL FLOWER DRIVE**
**BRANDON, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.140 45 | |

**Nonpriority creditor's name and mailing address**
**TRISTAN KEHRES**
**146 EAST MAIN STREET**
**SHELBY, OH 44875**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.140 46 | |

**Nonpriority creditor's name and mailing address**
**TRISTAN ROCK**
**1609 MAPLE AVENUE**
**ZANESVILLE, OH 43701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.140 47 | |

**Nonpriority creditor's name and mailing address**
**TRISTAN SMITH**
**12200 OELKE RD**
**MAYBEE, MI 48159**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.140 48 | |

**Nonpriority creditor's name and mailing address**
**TRISTAN WILLIAMS**
**285 ALLYN STREET**
**AKRON, OH 44311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.140 49 | |

**Nonpriority creditor's name and mailing address**
**TRISTYN KIDD**
**224 WOODWARD STREET**
**BELLEVUE, OH 44811**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.140 50 | |

**Nonpriority creditor's name and mailing address**
**TriZetto Provider Solutions**
**PO Box 48458**
**Oak Park, MI 48237-6058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.140 51 | |

**Nonpriority creditor's name and mailing address**
**TROY MCCREA**
**10605 SW 158 PL**
**MIAMI, FL 33196**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.140 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TROY MCKENZIE**
**3823 KILBURN RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TROY MITCHELL**
**1050 N W 108 TERRACE**
**MIAMI, FL 33168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TROY NANCE**
**393 SUMNER ST APARTMENT 2-411D**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TROY PRUNTY**
**6131 EAGLES NEST ROAD**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TROY ROBINSON**
**5006 CATALPHA RD**
**BALTIMORE, MD 21214-2120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TROY SIDNER**
**113 VESPER ST**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRUETT DUHON**
**871 IBIS WALK PLACE N**
**APT 5315**
**ST PETERSBURG, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.140 59** | **Nonpriority creditor's name and mailing address**<br>**TRUSTIN HARRIS**<br>**4607 EMBASSY CIRCLE**<br>**APT. 304**<br>**OWINGS MILLS, MD 21117** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.140 60** | **Nonpriority creditor's name and mailing address**<br>**TSEGHE SIMPSON**<br>**1726 CORTELYOU RD**<br>**BROOKLYN, NY 11226-5206** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.140 61** | **Nonpriority creditor's name and mailing address**<br>**TSGAKRSTOS DAFLA**<br>**706 MURPHY LANE**<br>**BALTIMORE, MD 21201** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.140 62** | **Nonpriority creditor's name and mailing address**<br>**TSHAI BESS**<br>**20822 SW 123RD CT**<br>**MIAMI, FL 33177** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.140 63** | **Nonpriority creditor's name and mailing address**<br>**TU NGUYEN**<br>**1500 PENTRIDGE RD**<br>**BALTIMORE, MD 21239** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.140 64** | **Nonpriority creditor's name and mailing address**<br>**TU NGUYEN**<br>**1644 EAST COLD SPRING LN, 2ND FLOOR**<br>**BALTIMORE, MD 21218** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.140 65** | **Nonpriority creditor's name and mailing address**<br>**TUE CHAU**<br>**2914 CHELTENHAM RD**<br>**TOLEDO, OH 43606** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _     Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUE CHAU**
**1730 W ROCKET DR**
**TOLEDO, OH 43606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tuenebari Kumahle-Vincent**
**6413 Falkirk Rd**
**Baltimore, MD 21239-1648**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,650.80 |
|---|---|---|---|

**TULANE UNIV HOSP AND CLN**
**PO BOX 402872**
**ATLANTA, GA 30384**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2527

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUNG NGUYEN**
**16401 NW 37 AVE**
**MIAMI GARDENS, FL 33054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUNGAA BAYARSAIKHAN**
**541 BLUE HERON DR. #219C**
**HALLANDALE BEACH, FL 33009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUO JI**
**75 S ADOLPH ST**
**APARTMENT 3**
**AKRON, OH 44304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUO LUO**
**2200 HIGH STREET APT 852**
**CUYAHOGA FALLS, OH 44221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUPAC KERSAINVIL**
19123 NW 36TH AVE.
MIAMI GARDEN, FL 33056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TURHAN DOKMECI**
1850 S OCEAN DR APT 1903
HALLANDALE BEACH, FL 33009-7680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUWANOB UDDIN**
2721 URBANA DRIVE
SILVER SPRING, MD 20906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TUZAR SKIPPER**
598 E MAIN ST
NORWICH, CT 06360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,379.94 |
|---|---|---|---|

**TX Health Dallas**
8200 Walnut Hill Lane
Dallas, TX 75231-4402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TY SMITH**
5025 SANTA BARBARA DR
SYLVANIA, OH 43560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TY'RIQUE SIMS**
1700 E COLD SPRING LANE
BALTIMORE, MD 21251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.140 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYDUS CHUSTZ**<br>**941 DINGLEDINE AVENUE**<br>**LIMA, OH 45804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYEISHA LAWRENCE**<br>**40 I SOLAR CIRCLE**<br>**PARKVILLE, MD 21234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYEKELL WADLEY**<br>**6661 DOUGLAS ST**<br>**HOLLYWOOD, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYENNA COLON**<br>**4450 NW 172ND DR**<br>**MIAMI GARDENS, FL 33055-4345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYESHA BATTLE**<br>**3883 JASMINE LANE**<br>**CORAL SPRINGS, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYGERIA COVIN**<br>**249 6TH AVE**<br>**LONG BRANCH, NJ 07740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **TYIA BRANKER**<br>**14079 82ND LN NORTH**<br>**WALDORF, MD 20603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.140 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYIREKK HARRELL**
**116 MOSS OAK DR**
**VALDOSTA, GA 31601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYJUAN HILL**
**407 TAFT AVENUE**
**BEDFORD, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYKESE TYLER-EDGAR**
**1150 NATIONAL**
**MEMPHIS, TN 38122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYKIMA GYASI**
**1330 NE 114TH TER**
**MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYKYRAH WILLIAMS**
**816 BLUELAKE DR**
**MEBANE, NC 27302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLA ARCHER**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLA FOBBS**
**1417 PINE LAKE ROAD**
**ORLANDO, FL 32808**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 94 | **Nonpriority creditor's name and mailing address**<br>**TYLAR HINTON**<br>**4408 LUCERNE RD**<br>**TEMPLE HILLS, MD 20748**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes   **$0.00** |
| 3.140 95 | **Nonpriority creditor's name and mailing address**<br>**TYLER ANDERSON-MAJORS**<br>**1137 BESSIE STREET**<br>**FORT WORTH, TX 76104**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$0.00** |
| 3.140 96 | **Nonpriority creditor's name and mailing address**<br>**TYLER ANGLE**<br>**3015 GREER ROAD**<br>**AKRON, OH 44319**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$0.00** |
| 3.140 97 | **Nonpriority creditor's name and mailing address**<br>**TYLER ARNOLD**<br>**3569 MADRID DRIVE**<br>**WESTERVILLE, OH 43081**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$0.00** |
| 3.140 98 | **Nonpriority creditor's name and mailing address**<br>**TYLER BAILEY**<br>**9190 WINTERCORN LN**<br>**BALTIMORE, MD 21223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$0.00** |
| 3.140 99 | **Nonpriority creditor's name and mailing address**<br>**TYLER BAILEY**<br>**9190 WINTERCORN LN**<br>**COLUMBIA, MD 21045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$0.00** |
| 3.141 00 | **Nonpriority creditor's name and mailing address**<br>**TYLER BANKERT**<br>**312 MARASCO CT.**<br>**REISTERSTOWN, MD 21136**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes   **$0.00** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2031 of 3613

| 3.141 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER BARTON**
**1635 WOODHURST DR**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.141 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER BOKMAN**
**23705 SAWMILL BEND**
**OLMSTED FALLS, OH 44138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER BROWN**
**715 CASTLEWOOD PL**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER BROWN**
**35185 DOWNING AVE**
**NORTH RIDGEVILL, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER CABINESS**
**832 IREDELL STREET**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER CARCIOPPOLO**
**6267 SAINT JOSEPH DRIVE**
**SEVEN HILLS, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER CARTE**
**445 DEXTER DRIVE**
**HARRISONBURG, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 08 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER CONN** | ☐ Contingent | |
| **5817 WESLEYAN DRIVE** | ☐ Unliquidated | |
| **BOX 121** | ☐ Disputed | |
| **VIRGINIA BEACH, VA 23455** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 09 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER CORDELL** | ☐ Contingent | |
| **8737 NORTHSTAR CIR** | ☐ Unliquidated | |
| **SEVILLE, OH 44273** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER COWLES** | ☐ Contingent | |
| **1805 OHLTOWN MCDONALD RD.** | ☐ Unliquidated | |
| **NILES, OH 44446** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER DALZELL** | ☐ Contingent | |
| **10352 WEST RIDGE RD.** | ☐ Unliquidated | |
| **ELYRIA, OH 44035** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER DASH** | ☐ Contingent | |
| **4610 RENWICK AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21206** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER DAWSON** | ☐ Contingent | |
| **3220 FAIRVIEW RD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYLER DEAN** | ☐ Contingent | |
| **2948 KENDALE DR APT 202** | ☐ Unliquidated | |
| **TOLEDO, OH 43606** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER DUBEN
740 NORTON DRIVE
TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER DUBRAVETZ
2501 GRAHAM AVE
AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER EDWARDS-FRICK
1010 RACE STREET
ZANESVILLE, OH 43701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER FOSTER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER FRAKER
6262 COUNTY RD 6-3
DELTA, OH 43515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER GILCHRIST
522 SILVER RIDGE DR
COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER GRINE
1104 HAZEL ST
FREMONT, OH 43420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|--------|---------------------------------------|--------------------------|
|        | Name                                   |                          |

---

**3.141 22**

Nonpriority creditor's name and mailing address
**TYLER HAAS
943 ROME BEAUTY DRIVE
AMHERST, OH 44001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 23**

Nonpriority creditor's name and mailing address
**TYLER HEARD
537 BEECHWOOD STREET
RIVER ROUGE, MI 48218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 24**

Nonpriority creditor's name and mailing address
**TYLER JOHNSTON
10410 US ROUTE 24
GRAND RAPIDS, OH 43522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 25**

Nonpriority creditor's name and mailing address
**TYLER JONES
1908 CONSTANTINOPLE ST
NEW ORLEANS, LA 70115-5318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 26**

Nonpriority creditor's name and mailing address
**TYLER KEIRNS
12005 KING CHURCH
UNIONTOWN, OH 44685**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 27**

Nonpriority creditor's name and mailing address
**TYLER KROTZER
4512 NUTWOOD AVENUE
WARREN, OH 44483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 28**

Nonpriority creditor's name and mailing address
**TYLER MACK
783 EDGE HILL RD
GLENSIDE, PA 19038-3819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.141 29 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**TYLER MAGLEY**
**11750 WALNUT HILL DRIVE**
**BALTIMORE, OH 43105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 30 | |

**Nonpriority creditor's name and mailing address**
**TYLER MARNER**
**4008 CLARKS LANE**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 31 | |

**Nonpriority creditor's name and mailing address**
**TYLER MCMILLION**
**8571 NORTHWEST 11TH STREET**
**CORAL SPRINGS, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 32 | |

**Nonpriority creditor's name and mailing address**
**TYLER MEDLEY**
**1700 EAST COLD SPRING LANE**
**BALTIMORE, MD 21251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 33 | |

**Nonpriority creditor's name and mailing address**
**TYLER MELORS**
**511 NORTH CHURCH STREET**
**MT. PLEASANT, PA 15666-1110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 34 | |

**Nonpriority creditor's name and mailing address**
**TYLER MOORE**
**6327 PIONEER DR.**
**BALTIMORE, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 35 | |

**Nonpriority creditor's name and mailing address**
**TYLER NOKES**
**1430 MATTHEWS LANE**
**SOUTH BEND, IN 46614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.141 36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER PARENT** | ☐ Contingent | |
| | **6078 COUNTRY RIDGE DR** | ☐ Unliquidated | |
| | **TROY, MI 48098** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER REAMSNYDER** | ☐ Contingent | |
| | **17840 US HIGHWAY 20A** | ☐ Unliquidated | |
| | **WEST UNITY, OH 43570** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER ROLLE** | ☐ Contingent | |
| | **1285 SW 101ST WAY** | ☐ Unliquidated | |
| | **APT #203** | ☐ Disputed | |
| | **HOLLYWOOD, FL 33025** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER SANCHEZ** | ☐ Contingent | |
| | **10365 SW 128TH TERRACE** | ☐ Unliquidated | |
| | **MIAMI, FL 33176** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER SCHMITT** | ☐ Contingent | |
| | **3825 FAIRHAVEN DR** | ☐ Unliquidated | |
| | **WEST LINN, OR 97068-3759** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER SINK** | ☐ Contingent | |
| | **2240 BRUCE RD. APT 44** | ☐ Unliquidated | |
| | **DELAWARE, OH 43015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TYLER SWEARINGEN** | ☐ Contingent | |
| | **36550 STARBOARD DRIVE** | ☐ Unliquidated | |
| | **EASTLAKE, OH 44095** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER TICHENOR**
**202C DALEY**
**2500 WEST NORTH AVENUE**
**PIKESVILLE, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER TICHENOR**
**202C DALEY**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER WAUGH**
**3923 SUSANNA ROAD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER WHITE**
**10810 HILL TOP DR**
**FT WASHINGTON, MD 20744-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER WILLIAMS**
**1040 DEER RIDGE DR APT 411**
**BALTIMORE, MD 21210-2574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLER ZEPP**
**9629 NICHOLS ROAD**
**WINDHAM, OH 44288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLLER HARRISON**
**1963 BRANDYWINE RD**
**APT 208**
**WEST PALM BEACH, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYLOR BUTLER**
**5817 WESLEYAN DRIVE**
**PO BOX A93**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYMEL BROWNLEE**
**4117 VERNON BLVD APT 1B**
**LONG ISLAND CITY, NY 11101-7141**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYMETRIUS RICHBURG**
**3719 SONARA RD**
**PIKESVILLE, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYMON ENWEREAMA**
**1034 REVILLA LANE**
**ROCKLEDGE, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYNA WILLIAMS**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYNESHA MCCRAY-MURRAY**
**365 NE 191ST STREET**
**MIAMI, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYNESHA SMITH**
**708 NOTTINGHAM RD APT 2B**
**BALTIMORE, MD 21229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYNESHA TYNES**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRA CLARK**
**1713 WADSWORTH WAY**
**BALTIMORE, MD 21239-3126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRA FRAZIER**
**651 NW 18TH CT**
**POMPANO BEACH, FL 33060**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRA FRAZIER**
**2541 NW 11TH STREET**
**POMPANO BEACH, FL 33069**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRA NEAL**
**6 SILERTON ROAD**
**APT. 1B**
**BALTIMORE, MD 21227**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRA PATTERSON**
**717 SW 8TH ST**
**DANIA, FL 33004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRA WILLIAMS**
**1007 WOODSHIRE CIRCLE**
**SHERVEPORT, LA 71107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 64 | |

**Nonpriority creditor's name and mailing address**
**TYRECE SPEAIGHT**
**5515 WINDING WOODS BLVD**
**COLUMBUS, OH 43213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 65 | |

**Nonpriority creditor's name and mailing address**
**TYREE BROWN**
**1933 GARDENCREST LANE**
**DALLAS, TX 75232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 66 | |

**Nonpriority creditor's name and mailing address**
**TYREE GOLSTON**
**5817 WESLEYAN DRIVE**
**PO BOX C209**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 67 | |

**Nonpriority creditor's name and mailing address**
**TYREE GOLSTON**
**4921 AQUARIUS COURT**
**VIRGINIA BEACH, VA 23453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 68 | |

**Nonpriority creditor's name and mailing address**
**TYREE LEWIS**
**243 OSBORNE TERRACE**
**NEWARK, NJ 07112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 69 | |

**Nonpriority creditor's name and mailing address**
**TYREE MCGILL-LOVE**
**1229 COLGIN DRIVE**
**APT. 302**
**VIRGINIA BEACH, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.141 70 | |

**Nonpriority creditor's name and mailing address**
**TYREE WILLIAMS**
**303C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.141<br>71 | **Nonpriority creditor's name and mailing address**<br>**TYREECE DUKE**<br>**308 ELM AVENUE**<br>**NORTH WALES, PA 01945-4333** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141<br>72 | **Nonpriority creditor's name and mailing address**<br>**TYREEK AKIN-COLE**<br>**2445 NW 159TH TERRACE**<br>**OPA LOCKA, FL 33054** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141<br>73 | **Nonpriority creditor's name and mailing address**<br>**TYREEK BROWN**<br>**1816 N DALLAS ST**<br>**BALTIMORE, MD 21213-2207** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141<br>74 | **Nonpriority creditor's name and mailing address**<br>**TYREESE JONES**<br>**7900 MAYAPPLE CT**<br>**CLINTON, MD 20735-3390** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141<br>75 | **Nonpriority creditor's name and mailing address**<br>**TYREK SANDERS**<br>**18700 NE 3RD CT**<br>**APT. 610**<br>**MIAMI, FL 33169** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141<br>76 | **Nonpriority creditor's name and mailing address**<br>**TYRELL THOMAS**<br>**4405 HUNTCHASE DRIVE**<br>**BOWIE, MD 20720** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141<br>77 | **Nonpriority creditor's name and mailing address**<br>**TYREN JACKSON**<br>**2808 CONTINENTAL DRIVE**<br>**REYNOLDSBURG, OH 43068** | $0.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.141 78 | **Nonpriority creditor's name and mailing address** $0.00 |

**Nonpriority creditor's name and mailing address**
**TYREN SMITH**
**4916 GILRAY DR**
**BALTIMORE, MD 21214-2134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.141 79

**Nonpriority creditor's name and mailing address**
**TYRESE KING**
**508 5TH STREET**
**MOULTRIE, GA 31768**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.141 80

**Nonpriority creditor's name and mailing address**
**TYRESE MAPP**
**1400 8TH STREET**
**WEST PALM BEACH, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.141 81

**Nonpriority creditor's name and mailing address**
**TYRESE REED**
**3317 ROUND RD**
**BALTIMORE, MD 21225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.141 82

**Nonpriority creditor's name and mailing address**
**TYRESE WILLIAMS**
**8611 N. 15TH ST.**
**TAMPA, FL 33604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.141 83

**Nonpriority creditor's name and mailing address**
**TYRI PLAYFAIR-DEACON**
**1358 KENTON RD**
**BALTIMORE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.141 84

**Nonpriority creditor's name and mailing address**
**TYRIESHA BROWN**
**3358 NW 198 TERR**
**CAROL CITY, FL 33056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.141 85 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRIK FORBES** | ☐ Contingent | |
| **19248 STOCKTON AVENUE** | ☐ Unliquidated | |
| **MAPLE HEIGHTS, OH 44137** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 86 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRIK ROBINSON** | ☐ Contingent | |
| **6011 4TH STREET S** | ☐ Unliquidated | |
| **ST PETERSBURG, FL 33705** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 87 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRIONNE PAUL** | ☐ Contingent | |
| **3709 ROCKFORD HGTS** | ☐ Unliquidated | |
| **B** | ☐ Disputed | |
| **METAIRIE, LA 70002** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 88 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRIQ CHARLEUS** | ☐ Contingent | |
| **12504 STARLIGHT LN** | ☐ Unliquidated | |
| **BOWIE, MD 20715-2144** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 89 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRISHA HASKINS** | ☐ Contingent | |
| **7202 E KILMER ST** | ☐ Unliquidated | |
| **HYATTSVILLE, MD 20785-2131** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 90 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRON BRATCHER** | ☐ Contingent | |
| **3099 BERO RD APT B** | ☐ Unliquidated | |
| **HALETHORPE, MD 21227** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 91 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRON BRATCHER** | ☐ Contingent | |
| **815 5TH AVE** | ☐ Unliquidated | |
| **BALTIMORE, MD 21227** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 92 | **Nonpriority creditor's name and mailing address** **TYRONE HINTON** **209 GRAIDEN ST** **UPPR MARLBORO, MD 20774-1817** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 93 | **Nonpriority creditor's name and mailing address** **TYRONE SHAW** **11700 HENLEY CT** **WALDORF, MD 20602-4101** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 94 | **Nonpriority creditor's name and mailing address** **TYSHAI FREEMAN** **1178 SAN SIMEON DR.** **HANOVER PARK, IL 60133** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 95 | **Nonpriority creditor's name and mailing address** **TYSON BISHOP** **137 BEN BOULEVARD** **ELKTON, MD 21921** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 96 | **Nonpriority creditor's name and mailing address** **TYSON DARBY** **3609 JEFF RD.** **GLENARDEN, MD 20774** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 97 | **Nonpriority creditor's name and mailing address** **TYZANAE SAMPSON** **516 RIDING CROP AVENUE** **NORTH LAS VEGAS, NV 89081** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 98 | **Nonpriority creditor's name and mailing address** **TZE-GANG HUS** **315B, 401 S. MAIN ST** **AKRON, OH 44311** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.141<br>99**

**Nonpriority creditor's name and mailing address**
**TZEWAN WONG**
**10420 SW 77TH AVE #100**
**PINECREST, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number  **9781**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

**3.142<br>00**

**Nonpriority creditor's name and mailing address**
**TZIPORA LOWENSTEIN**
**3103 BANCROFT ROAD**
**APARTMENT #D**
**BALTIMORE, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142<br>01**

**Nonpriority creditor's name and mailing address**
**TZU-YU LAI**
**2771 RYEWOOD AVE APT D**
**COPLEY, OH 44321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142<br>02**

**Nonpriority creditor's name and mailing address**
**TZVIAH DANK**
**74 CASTERTON AVENUE**
**AKRON, OH 44303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142<br>03**

**Nonpriority creditor's name and mailing address**
**UBIOME, INC**
**PO BOX 392103**
**SAN FRANCISCO, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number  **8288**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,970.20**

---

**3.142<br>04**

**Nonpriority creditor's name and mailing address**
**UDARA DE SILVA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142<br>05**

**Nonpriority creditor's name and mailing address**
**UDAY REDDY SAMREDDY**
**274 - WHEELER STREET**
**APARTMENT - 2**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

3.142
06

**Nonpriority creditor's name and mailing address**

**UF Health Cancer Center at Orlando**
**22 W Underwood St., 4th Floor**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$394.24**

---

3.142
07

**Nonpriority creditor's name and mailing address**

**Ugomma Etoh**
**8516 Caswell Pl**
**Hyattsville, MD 20784-3304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.142
08

**Nonpriority creditor's name and mailing address**

**UH Ahuja Medical Center**
**3999 Richmond Rd.**
**Beachwood, OH 44122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,631.65**

---

3.142
09

**Nonpriority creditor's name and mailing address**

**UH Case Medical Center**
**Dept. 781854**
**Detroit, MI 48278-1954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,938.43**

---

3.142
10

**Nonpriority creditor's name and mailing address**

**UH Cleveland Medical Center**
**11100 Euclid Ave.**
**Cleveland, OH 44106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,628.84**

---

3.142
11

**Nonpriority creditor's name and mailing address**

**UH CMC**
**11100 Euclid Ave.**
**Cleveland, OH 44106-1716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

3.142
12

**Nonpriority creditor's name and mailing address**

**UH Geauga Medical Center**
**13207 Ravenna Rd.**
**Chardon, OH 44024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,019.15**

---

---

| 3.142 13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,356.82** |
| **UH Portage Medical Center** <br> **6847 N Chestnut St.** <br> **Ravenna, OH 44266** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.142 14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.00** |
| **UHEALTH JACKSON URGENT C** <br> **PO BOX 864728** <br> **MIAMI, FL 33136** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  5839 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.70** |
| **UHealth Pathology at UMHC** <br> **Clinical Research Building** <br> **1120 NW 14th St.** <br> **14th Floor, Suite 1409** <br> **Miami, FL 33136** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **UJWAL BOYALLA** <br> **77 FIRHILL TOWERS, APT#: 4B5** <br> **FIRHILL ST** <br> **AKRON, OH 44304** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 17 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ULANDRE HENFIELD** <br> **15800 NW 42 AVENUE** <br> **MIAMI GARDENS, FL 33054** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 18 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ULISES MARTIN DIAZ** <br> **474 SHERMAN STREET, APT 104B** <br> **AKRON, OH 44311** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 19 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ULYSEES GILBERT** <br> **4898 SW 80TH AVE** <br> **OCALA, FL 34481** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.142 20 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$562.00** |
| **Uma C Perni, MD**<br>**500 Gypsy Ln**<br>**Youngstown, OH 44504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number  **1347** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 21 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **UMANG PAWAR**<br>**77 FIR HILL STREET**<br>**2B12**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 22 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **UMANG PAWAR**<br>**634 E BUCHTEL AVENUE**<br>**APARTMENT 215**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 23 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.22** |
| **UMass Mem Rad Phy Svc Fund**<br>**55 Lake Ave. N**<br>**Worcester, MA 01655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 24 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$932.00** |
| **UMass Memorial Healthcare**<br>**55 Lake Ave. N**<br>**Worcester, MA 01655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 25 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,461.88** |
| **UMass Memorial Medical Group**<br>**55 Lake Ave. N**<br>**Worcester, MA 01655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 26 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$508.00** |
| **UMDC**<br>**PO BOX 277397**<br>**ATLANTA, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number  **7350** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $310.54 |

**UMDC - Community Health Delivery Sy**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,389.12 |

**UMDC - Dept of Anesthesiology**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $81.54 |

**UMDC - Dept of Dermatology**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $755.77 |

**UMDC - Dept of Ob/Gyn**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $480.95 |

**UMDC - Dept of Ophthamology BP/Able**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,469.19 |

**UMDC - Dept of Ortho Rehab**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

---

**3.142 33**

**Nonpriority creditor's name and mailing address**

**UMDC - Dept of Plastic Surgery**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$432.70**

---

**3.142 34**

**Nonpriority creditor's name and mailing address**

**UMDC - Dept of Psychiatry**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,783.26**

---

**3.142 35**

**Nonpriority creditor's name and mailing address**

**UMDC - Dept of Pulmonary Medicine**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$357.51**

---

**3.142 36**

**Nonpriority creditor's name and mailing address**

**UMDC - Dept of Radiology**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,639.78**

---

**3.142 37**

**Nonpriority creditor's name and mailing address**

**UMDC - Dept of Surg Intensive Care**
**University of Miami**
**1611 NW 12th Ave.**
**Box 016960 M851**
**Miami, FL 33136-1005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$970.66**

---

**3.142 38**

**Nonpriority creditor's name and mailing address**

**UMDC COMMUNITY HEALTH DELIVER**
**PO BOX 277397**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number **6566**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$228.00**

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2051 of 3613

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.142 39 | Nonpriority creditor's name and mailing address<br>**UMDC DEPT OF NEUROLOGY**<br>PO BOX 405506<br>N<br>MIAMI, FL 33176<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  3939 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$193.02** |

| 3.142 40 | Nonpriority creditor's name and mailing address<br>**UMDC DIV OF CARDIOGRAPHICS**<br>PO BOX 277397<br>ATLANTA, GA 30384<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  6523 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$235.00** |

| 3.142 41 | Nonpriority creditor's name and mailing address<br>**UMDC DIV OF ENDOCRINOLOGY**<br>PO BOX 277397<br>ATLANTA, GA 30384<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  3638 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$299.02** |

| 3.142 42 | Nonpriority creditor's name and mailing address<br>**UMDC DIV OF VASCULAR SURGERY**<br>PO BOX 277397<br>ATLANTA, GA 30384<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  3112 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$137.00** |

| 3.142 43 | Nonpriority creditor's name and mailing address<br>**UMDC DIVISION OF HEMATOLOGY**<br>PO BOX 277397<br>ATLANTA, GA 30384<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  6062 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$299.01** |

| 3.142 44 | Nonpriority creditor's name and mailing address<br>**UMDC-DIV OF CARDIOGRAPHICS**<br>PO BOX 281037<br>ATLANTA, GA 30384<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  6523 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32.00** |

| 3.142 45 | Nonpriority creditor's name and mailing address<br>**UMDC-DIV OF GASTROENTEROLOGY**<br>PO BOX 281037<br>A<br>MIAMI, FL 33125<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  6168 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99.02** |

---

**3.142 46**

**Nonpriority creditor's name and mailing address**

**UMHC**
**1 Hospital Dr.**
**Columbia, MO 65212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,785.86**

---

**3.142 47**

**Nonpriority creditor's name and mailing address**

**UMHC**
**PO BOX 402005**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _0617_

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22,443.00**

---

**3.142 48**

**Nonpriority creditor's name and mailing address**

**UNC FACULTY PHYSICIANS**
**PO BOX 271647**
**CHARLOTTE, NC 28265**

Date(s) debt was incurred _

Last 4 digits of account number _9200_

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$347.00**

---

**3.142 49**

**Nonpriority creditor's name and mailing address**

**UNDREA BULLARD**
**941 10TH AVE S**
**ST PETERSBURG, FL 33705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 50**

**Nonpriority creditor's name and mailing address**

**UNIQUE DALPHE**
**12040 NE 16 AVE APT.202**
**MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 51**

**Nonpriority creditor's name and mailing address**

**UNIQUE TATE**
**7901 PLANTATION BLVD**
**HOLLYWOOD, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 52**

**Nonpriority creditor's name and mailing address**

**Unison Behaviora Health Group**
**1425 Starr Ave.**
**Toledo, OH 43605**

Date(s) debt was incurred _

Last 4 digits of account number _6955_

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$82.85**

---

| | | |
|---|---|---|
| **3.142**<br>**53** | **Nonpriority creditor's name and mailing address**<br><br>**UNITED ANES SERV PC**<br>**PO BOX 828962**<br>**PHILADELPHIA, PA 19182**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **6062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,920.00** |

| | | |
|---|---|---|
| **3.142**<br>**54** | **Nonpriority creditor's name and mailing address**<br><br>**UnitedHealthcare Insurance Co.**<br>**450 Columbus Blvd.**<br>**Hartford, CT 06103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,110.65** |

| | | |
|---|---|---|
| **3.142**<br>**55** | **Nonpriority creditor's name and mailing address**<br><br>**Unity Health Network, LLC**<br>**2750 Front St.**<br>**Cuyahoga Falls, OH 44221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,702.10** |

| | | |
|---|---|---|
| **3.142**<br>**56** | **Nonpriority creditor's name and mailing address**<br><br>**Univ Hosp Lab Serv Foundation**<br>**55 N Chillicothe Rd**<br>**Aurora, OH 44202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1129** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$165.36** |

| | | |
|---|---|---|
| **3.142**<br>**57** | **Nonpriority creditor's name and mailing address**<br><br>**UNIV OF NC HOSPS**<br>**PO BOX 75430**<br>**NEW YORK, NY 10003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **8576** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,060.40** |

| | | |
|---|---|---|
| **3.142**<br>**58** | **Nonpriority creditor's name and mailing address**<br><br>**Univ Toledo Medical Ctr**<br>**3065 Arlington Ave.**<br>**Toledo, OH 43614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$141,154.27** |

| | | |
|---|---|---|
| **3.142**<br>**59** | **Nonpriority creditor's name and mailing address**<br><br>**University Hospital Medi**<br>**11100 Euclid Ave.**<br>**Cleveland, OH 44106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,117.55** |

Debtor **Student Educational Benefit Trust**
Name

Case number (if known) _____

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|--------|------|------|------|
| | Name | | |

| 3.142 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |
|---|---|---|---|

**University Hospitals Medical Group**
**PO Box 772044**
**Detroit, MI 48277-2044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**University Hospitals Physicians Ser**
**20800 Harvard Rd.**
**Beachwood, OH 44122-7202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,066.58** |
|---|---|---|---|

**University Medical Service Assoc.**
**12901 Bruce B Downs Blvd.**
**Tampa, FL 33612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$705.00** |
|---|---|---|---|

**University of Akron**
**185 E. Mill St.**
**Akron, OH 44325**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,625.07** |
|---|---|---|---|

**University of AL Hospital**
**1802 - 6th Ave. South**
**Birmingham, AL 35233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$157.91** |
|---|---|---|---|

**University of Alabama Health Servic**
**750 Peter Bryce Blvd.**
**Tuscaloosa, AL 35401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**University of Toledo**
**Attn: Matthew Schroeder MS964**
**2801 W. Bancroft Street**
**Toledo, OH 43606-3390**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Breach of contract claim

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.142 67 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $41,159.84 |
| **University of Toledo Medical** **2130 Central Ave** **Toledo, OH 43606** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number **2699** | Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes | | |

| 3.142 68 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $79,874.64 |
| **University of Toledo Physician** **1000 Regency Ct** **Toledo, OH 43623** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number **7602** | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 69 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $2,234.44 |
| **University Primary Care Practices** **27100 Chardon Rd., Ste. 100** **Cleveland, OH 44143** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 70 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $77.64 |
| **Urgent Care Physicians of Country W** **13500 SW 152nd St.** **Miami, FL 33177** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 71 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $121.74 |
| **Urgent Care Physicians of Kendale L** **14661 SW 56 St.** **Miami, FL 33175** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 72 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $764.00 |
| **Urgent Med Davie** **2337 S University Dr.** **Fort Lauderdale, FL 33324** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.142 73 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $464.00 |
| **Urgentmed Plantation** **10199 Cleary Blvd. #10** **Fort Lauderdale, FL 33324** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | | |

| | |
|---|---|
| 3.142 74 | **Nonpriority creditor's name and mailing address** |

**URIAH POWELL**
**637 BRISBANE RD**
**BALTIMORE, MD 21229-4402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.142 75 | **Nonpriority creditor's name and mailing address** |

**USA Risk Group**
**PO Box 1085 5th Floor**
**Queensgate House, 113 S. Church St.**
**Cayman Islands**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.142 76 | **Nonpriority creditor's name and mailing address** |

**UTSAV SIGDEL**
**1803 ABERDEEN RD**
**APT C**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.142 77 | **Nonpriority creditor's name and mailing address** |

**UXSUNN RAMIREZ**
**10761 SW 61 ST**
**MIAMI, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.142 78 | **Nonpriority creditor's name and mailing address** |

**UYIOSA OKORO**
**16 S FREDERICK AVE APT 102**
**GAITHERSBURG, MD 20877-2358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.142 79 | **Nonpriority creditor's name and mailing address** |

**UZOCHI IRONDI**
**405 SUMMERTREE LANE**
**DESOTO, TX 75115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.142 80 | **Nonpriority creditor's name and mailing address** |

**UZODINMA UTOMI**
**373 CARROLL STREET**
**SUITE 84**
**AKRON, OH 44325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.142 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**VAIBHAV MATHUR**
**5898 CEDAR RIDGE DR**
**ANN ARBOR, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**VAIDEHI MENON**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4.42** |

**Val Verde Hospital Corp**
**801 N Bedell Ave.**
**Del Rio, TX 78840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**VALENSKY ETIENNE**
**8151 SW 3RD CT**
**NORTH LAUDERDALE, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**VALENTINA DENIS**
**105 SW 21ST TERR**
**CAPE CORAL, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**VALERIA SANTINI**
**6363 SAINT CHARLES AVENUE**
**NEW ORLEANS, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**VALERIE AGUIRRE**
**1218 DEWBERRY STREET**
**WILMER, TX 75172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**VALERIE ANDY**
**405 MANDALE COURT**
**FORT WASHINGTON, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**VALERIE LAUDERBACK**
**1139 EAST 347TH STREET**
**EASTLAKE, OH 44095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**VALERIE MARTINEZ**
**513 W DICKEY RD, APT 226**
**GRAND PRAIRIE, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**VALERY AVILES**
**4419 NW 1ST AVE**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**VALIYAH BARNES**
**405D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$831.61** |
|---|---|---|---|

**Valko Associates**
**3130 Executive Pkwy #8**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$460.00** |
|---|---|---|---|

**VALLEY DIAGNOSTIC MEDICAL CEN**
**581 N Franklin Tpke Ste 1**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  5652

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.142 95**

**Nonpriority creditor's name and mailing address**

**Valley Pediatric Group, PLC**
**108 Community Dr.**
**Waynesboro, VA 22980**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$62.30

---

**3.142 96**

**Nonpriority creditor's name and mailing address**

**VALLEY PHYSICIAN SERVICES PC**
**PO BOX 16605**
**PARAMUS, NJ 07652**

Date(s) debt was incurred _

Last 4 digits of account number  **5928**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,343.00

---

**3.142 97**

**Nonpriority creditor's name and mailing address**

**VALORI VAUGHT**
**6801 HINSDALE STREET**
**PO BOX 208**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 98**

**Nonpriority creditor's name and mailing address**

**VAMSI MULPURI**
**53 S CLG STREET**
**APT C**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.142 99**

**Nonpriority creditor's name and mailing address**

**VAN EDWARDS**
**PO BOX 1181**
**FORT MYERS, FL 33902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 00**

**Nonpriority creditor's name and mailing address**

**VAN NGUYEN**
**5608 N 32ND AVE**
**PHOENIX, AZ 85017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 01**

**Nonpriority creditor's name and mailing address**

**Van Wert Family Physicians**
**1178 Professional Dr.**
**Van Wert, OH 45891**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$125.09

---

| | |
|---|---|
| 3.143<br>02 | **Nonpriority creditor's name and mailing address**<br>**VANCE SURALL**<br>**2110 NW 189TH TERR**<br>**MIAMI GARDENS, FL 33056** |

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143<br>03 | **Nonpriority creditor's name and mailing address**<br>**Vanderbilt University Medical Cente**<br>**1211 Medical Center Dr.**<br>**Nashville, TN 37232** |

As of the petition filing date, the claim is: *Check all that apply.*   **$8,077.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143<br>04 | **Nonpriority creditor's name and mailing address**<br>**VANECIA DUGGAN**<br>**16504 VILLAGE DR. W**<br>**UPPER MARLBORO, MD 20772** |

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143<br>05 | **Nonpriority creditor's name and mailing address**<br>**VANEQWA WARREN**<br>**4930 ROCKPORT DRIVE**<br>**DALLAS, TX 75232** |

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143<br>06 | **Nonpriority creditor's name and mailing address**<br>**VANESSA ANAYA**<br>**15525 GAUNTLET HALL MANOR**<br>**DAVIE, FL 33331** |

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143<br>07 | **Nonpriority creditor's name and mailing address**<br>**VANESSA ARTEAGA**<br>**7311 THURSTON STREET**<br>**DALLAS, TX 75235** |

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.143<br>08 | **Nonpriority creditor's name and mailing address**<br>**VANESSA DELCID**<br>**5817 WESLEYAN DRIVE**<br>**PO BOX C375**<br>**VIRGINIA BEACH, VA 23455** |

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.143 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VANESSA DUCASSE**
**17000 NW 67TH AVE APT 312**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VANESSA MACHARIA**
**507D DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vanessa Perez**
**193 NW 113 Way**
**Pompano Beach, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VANESSA RIVERA**
**140 SPRUCEWOOD DR**
**SEVILLE, OH 44273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VANQUALIA WILLIAMS**
**2200 FALCONER CIR**
**ARLINGTON, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VARUN SANKAR PRATHIPATI**
**4457 WOODGLEN ST**
**APT J**
**KENT, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VARUN SANKAR PRATHIPATI**
**77 FIR HILL-  APT 2812**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VARUN SANKAR PRATHIPATI**
**#77 FIR HILL STREET APT 6B8**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VASHTI CHARLTON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VATRICE WILLIAMS**
**4305 SNOW MASS DRIVE**
**ARLINGTON, TX 76016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VAUGHN LEAK**
**1709 HARTSDALE RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$94.35** |
|---|---|---|---|

**Vaxcare Corporation**
**3113 Lawton Rd. #250**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VEKIA RICHARDSON**
**1783 HOOD STREET**
**MEMPHIS, TN 38018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$220.85** |
|---|---|---|---|

**Velocity Urgent Care**
**396 Cromwell Ave.**
**Rocky Hill, CT 06067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.143 23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENICE NEWTON**
**2301 NW 89TH TERRACE**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENIESHA VINCENT**
**2488 78TH AVE**
**PHILADELPHIA, PA 19150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENKATA DHARANIDHAR SAMUDRALA**
**1B11, 55 FIR HILL**
**FIR HILL TOWERS**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENKATA GANESH ASHISH AKULA**
**77 FIR HILL TOWERS**
**APT 2B8**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENKATA SAI PRANEETH KAREMPUDI**
**80 E EXCHANGE STREET**
**APT 457 A**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VENKATESH MEENAKSHISUNDARAM**
**449 PALM AVE**
**AKRON, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VEONTRA THOMAS**
**4615 OAKSIDE DRIVE**
**HOUSTON, TX 77053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 30 | Nonpriority creditor's name and mailing address **VERA BELLAMY** **551 LAVERS CIRCLE APT 374** **DELRAY BEACH, FL, FL 33444** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 31 | Nonpriority creditor's name and mailing address **VERGIL JONES** **P O BOX 195002** **WINTER SPRINGS, FL 32719** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 32 | Nonpriority creditor's name and mailing address **VERLINE SALOMON** **6001 WEBSTER AVENUE** **WEST PALM BEACH, FL 33405** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 33 | Nonpriority creditor's name and mailing address **VERNAE JOHNSON** **AUBURN BLVD.** **DAVIE, FL 33312** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 34 | Nonpriority creditor's name and mailing address **VERNESHIA RAHMINGS** **1961N W 187TH TERRACE** **CAROL CITY, FL 33056** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 35 | Nonpriority creditor's name and mailing address **VERNICE WIGGINS** **802 DARTMOUTH ROAD APT A** **BALTIMORE, MD 21212** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 36 | Nonpriority creditor's name and mailing address **VERNON TOLIVER** **1711 NW 170TH TERR** **MIAMI, FL 33056** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 37 | **Nonpriority creditor's name and mailing address** **VERNON TOLIVER** **20785 N W 41ST AVENUE** **MIAMI GARDENS, FL 33055** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 38 | **Nonpriority creditor's name and mailing address** **VERONICA AHADZIE** **662 SUMNER STREET** **AKRON, OH 44304** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 39 | **Nonpriority creditor's name and mailing address** **VERONICA BALLESTER** **6363 SAINT CHARLES AVENUE** **NEW ORLEANS, LA 70118** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 40 | **Nonpriority creditor's name and mailing address** **VERONICA CODY** **6150 STATE ROUTE 669 NE** **SOMERSET, OH 43783-9546** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 41 | **Nonpriority creditor's name and mailing address** Veronica Cruz Gonzalez 3625 College Ave. Box 1776 Fort Lauderdale, FL 33314 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 42 | **Nonpriority creditor's name and mailing address** Veronica T. Dunn Southeastern Risk Consultants, Inc. 930 Weedon Dr. NE Saint Petersburg, FL 33702 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 43 | **Nonpriority creditor's name and mailing address** **VERONICA VAVAL** **3236 SHADY WILLOW DR** **ORLANDO, FL 32808** | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VERONIKA TOUSSAINT**
**1170 NE 135TH STREET**
**NORTH MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vesna Radivojevic**
**2200 Scottwood Ave.**
**Unit 111**
**Toledo, OH 43620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIANCA BAYALA**
**15401 NW 37TH AVE**
**MIAMI GARDENS, FL 33054-6459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIBHUTI CHANDNA**
**1814 N WESTWOOD AVE APT E**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICENTE VENTURINA**
**1300 RUSTIC TRAIL**
**PARMA, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICHAN COOPER**
**240 PANORAMA DRIVE**
**OXON HILL, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR ANDREWS**
**4610 BIRCHTREE LANE**
**TEMPLE HILLS, MD 20748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.143 51 | **Nonpriority creditor's name and mailing address**<br>**VICTOR BATEN**<br>**4920 KEITH PACE**<br>**ORLANDO, FL 32808** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 52 | **Nonpriority creditor's name and mailing address**<br>**VICTOR BORIMONOFF**<br>**656 NW 129 WAY**<br>**PEMBROKE PINES, FL 33028** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 53 | **Nonpriority creditor's name and mailing address**<br>**VICTOR CARRUYO**<br>**228 SW 22ND STREET**<br>**FORT LAUDERDALE, FL 33315** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 54 | **Nonpriority creditor's name and mailing address**<br>**VICTOR CLARK**<br>**4313 SHELDON AVE**<br>**BALTIMORE, MD 21206-6436** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 55 | **Nonpriority creditor's name and mailing address**<br>**VICTOR CURRY**<br>**729 ASHLAND AVE**<br>**CHICAGO HEIGHTS, IL 60411-2036** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 56 | **Nonpriority creditor's name and mailing address**<br>**VICTOR EDEM**<br>**7 GREENBURY CT APT D**<br>**BALTIMORE, MD 21207** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 57 | **Nonpriority creditor's name and mailing address**<br>**VICTOR GOMEZ**<br>**1507 57TH AVE**<br>**OAKLAND, CA 94621** | **As of the petition filing date, the claim is:** Check all that apply.   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.143 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR NTAM**
5 BRIGHTON LN
GAITHERSBURG, MD 20877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR NWAULU**
706C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR OLANREWAJU**
5210 LOCH RAVEN
APT C
BALTIMORE, MD 21239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR VAUGHAN**
1208 FOUR WINDS WAY
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA AGBOOLA**
1 WOLF TRAP CT
NOTTINGHAM, MD 21236-2507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA ALLEN**
3441 NW 171ST ST
CAROL CITY, FL 33056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA ARMSTRONG**
4013 SHANNON DR
BALTIMORE, MD 21213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA AUGER**
**4701 VENICE HEIGHTS BLVD.#145**
**SANDUSKY, OH 44870**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA AZAKUDO**
**1384 PONDVIEW AVENUE**
**APT. 4**
**AKRON, OH 44305**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA BELU-JOHN**
**6811 SAUTER LN**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA BRYANT**
**1746 CLAYTON WAY**
**CONCORD, CA 94519**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA BRYANT**
**972 JAMESTOWN AVENUE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA BURNS**
**7744 WOODSTONE DR**
**MAUMEE, OH 43537**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**VICTORIA FALLUCCO**
**545 ROSYLN AVENUE**
**AKRON, OH 44320**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA HENDERSON**
**1709 OVERCUP OAK CT**
**WALDORF, MD 20601-3590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA HO**
**158 CHESTERFIELD LN**
**APT #8**
**MAUMEE, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA JOHNSON**
**4711 NAVARRO AVE**
**BALTIMORE, MD 21215-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA JONES**
**1032 MIFFLIN AVENUE**
**ASHLAND, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA JONES**
**2175 MESA GRANDE LANE**
**JACKSONVILLE, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA KANEL**
**225 ROSEHAVEN CT**
**KINGSPORT, TN 37663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTORIA LEWIS**
**5974 HIGHLAND VILLAGE DRIVE, APT 288**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA LICHTENSTEIGER**
**2319 US ROUTE 224**
**OHIO CITY, OH 45874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA MANAHAN**
**5817 WESLEYAN DRIVE**
**PO BOX B479**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA MANAHAN**
**1835 OLD WESTMINSTER ROAD**
**WESTMINSTER, MD 21157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA MARTINEZ**
**6413 PEGGY DRIVE**
**FORT WORTH, TX 76133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA OGUNDAHUNSI**
**5701 BELLE VISTA AVE**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA PLAISIR**
**2454 MARY JEWETT CIRCLE**
**WINTER HEAVEN, FL 33811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA RABER**
**10430 AIRPORT HWY LOT 117**
**SWANTON, OH 43558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA REYES**
8072 CAMINO PREDERA
RANCHO CUCAMONGA, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA RICHMOND**
2101 KINGSLEY DRIVE, APT 24103
PEARLAND, TX 77584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA RODRIGUES**
252 CONCORD RD
SUDBURY, MA 01776-2333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA RODRIGUEZ**
6030 NW 186 ST APT 306
HIALEAH, FL 33015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA RYES**
8072 CAMINO PREDERA
RANCHO CUCAMONGA, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA SHAFFER**
1456 PARAGON PL
PITTSBURGH, PA 15241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA SHODIPO**
4735 TRUFFLE LN
BALTIMORE, MD 21216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA SHULAN**
2382 COLONNADE DR
AKRON, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA STACHOWSKI**
585 HILLCLIFF DR
WATERFORD, MI 48328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA VALETTA**
5094 KUSZMAUL AVENUE NW
WARREN, OH 44483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA VENTURA**
1826 PADDY LANE
ONTARIO, NY 14519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTORIA WILLIAMS**
5417 S. DREXEL AVE, APT 3
CHICAGO, IL 60615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIDA POWELL**
7727 BUFORD DR
DALLAS, TX 75241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIERGE CAMILLE**
4201 NW 34TH ST APT 217
LAUDERDALE LAKES, FL 33319-5772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.144 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIJAY BAJNATH**
**7872 N. SILVERADO CIRCLE**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIJAY KUMAR KOLAGANI**
**77 FIRHILL**
**APT 2B5**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIKARIE ELLIOTT**
**6 ROSECRANS PLACE**
**APT. 10**
**NOTTINGHAM, MD 21236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VIKAS KUMAR CINNAM**
**437 SUMNER STREET, APT C2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.00 |
|---|---|---|---|

**Vikil K. Girdhar, MD**
**340 S Broadway St.**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2122**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vikram Sunderaraghavan**
**3428 Indian Rd.**
**Toledo, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Viktor Pavlidakey**
**1094 Candler Rd.**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 07 | **Nonpriority creditor's name and mailing address** **VIKTORIA SULLIVAN-CORTEZ** **2547 BROADWAY ST** **TOLEDO, OH 43609** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| 3.144 08 | **Nonpriority creditor's name and mailing address** **VILLARDIE LATORTUE** **14850 WEST DIXIW HWY** **#121** **NORTH MIAMI, FL 33181** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| 3.144 09 | **Nonpriority creditor's name and mailing address** **VINCENT ANDERSON** **8136 PALM VIEW LANE** **RIVERSIDE, CA 92508** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| 3.144 10 | **Nonpriority creditor's name and mailing address** **VINCENT BRUNSON** **9160 GRANITE CT** **WALDORF, MD 20603** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| 3.144 11 | **Nonpriority creditor's name and mailing address** **VINCENT DANIELS** **2820 NW 156TH STREET** **OPA LOCKA, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| 3.144 12 | **Nonpriority creditor's name and mailing address** **Vincent DeGeorge, PhD** **3632 W Market St., Ste. 103** **Akron, OH 44333** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$171.12** |

| | | |
|---|---|---|
| 3.144 13 | **Nonpriority creditor's name and mailing address** **VINCENT JUREWICZ** **165 WALDORF DR** **AKRON, OH 44313** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | |
|---|---|
| 3.144 14 | **Nonpriority creditor's name and mailing address** **$0.00** |

**Vincent Jurwicz**
**6088 Meadowlake Dr.**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 15 | **Nonpriority creditor's name and mailing address** **$0.00** |

**VINCENT LOCKETT**
**222 CRESCENT DR**
**AKRON, OH 44301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 16 | **Nonpriority creditor's name and mailing address** **$0.00** |

**VINCENT LONIGRO**
**4626 HARTLAND CENTER ROAD**
**COLLINS, OH 44826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 17 | **Nonpriority creditor's name and mailing address** **$0.00** |

**VINCENT MCCALL**
**2 GARRISON VIEW RD APT 12**
**OWINGS MILLS, MD 21117-3912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 18 | **Nonpriority creditor's name and mailing address** **$0.00** |

**VINCENT MCCALL**
**8547 MORVEN ROAD**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 19 | **Nonpriority creditor's name and mailing address** **$0.00** |

**VINCENT ORZEL**
**884 HEMLOCK LANE**
**SAGAMORE HILLS, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 20 | **Nonpriority creditor's name and mailing address** **$0.00** |

**VINCENT SUSETYO**
**367 E BROAD ST**
**APT 309**
**COLUMBUS, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.144 21 | **Nonpriority creditor's name and mailing address** **VINCENT SUSO** **12417 HOLLOW RIDGE ROAD** **DOYLESTOWN, OH 44230** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.144 22 | **Nonpriority creditor's name and mailing address** **VINCENT VERBIAR** **1131 LAKE AVE** **AURORA, OH 44202** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.144 23 | **Nonpriority creditor's name and mailing address** **Vincente Franco, MD** **1884 Red Rd.** **Miami, FL 33155** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$155.72** |
| 3.144 24 | **Nonpriority creditor's name and mailing address** **VINCENZO ORLANDO** **36265 FALCON CREST AVE.** **AVON, OH 44011** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.144 25 | **Nonpriority creditor's name and mailing address** **VINEET SUNNY THOMAS** **274 WHEELER ST** **APT 2** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.144 26 | **Nonpriority creditor's name and mailing address** **VINICIUS CARVALHO** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.144 27 | **Nonpriority creditor's name and mailing address** **VINICIUS GONZALEZ DA SILVEIRA** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.144 28 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VINICIUS NASCIMENTO**<br>**900 BISCYANE BLVD**<br>**APT 4808**<br>**MIAMI, FL 33132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.144 29 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VINICIUS NASCIMENTO**<br>**1 CANAL STREET**<br>**APT 418**<br>**BOSTON, MA 02114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.144 30 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VINOD PAGADALA**<br>**55 FIR HILL STREET, APT 10B6**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.144 31 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VINSHAUN COBHAM**<br>**1371 NE 173RD ST**<br>**NORTH MIAMI BEACH, FL 33162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.144 32 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VINTRELLE HART**<br>**1418 VALBROOK CT N**<br>**BEL AIR, MD 21015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.144 33 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VIORE BOSFIELD**<br>**15800 NW 42 AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.144 34 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **VIPUL SHUKLA**<br>**2432 OLD STONE CT APT 10**<br>**TOLEDO, OH 43614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | |
|---|---|
| 3.144 35 | **Nonpriority creditor's name and mailing address**<br>**VIRAJA KOMMARAJU**<br>**2801 W BANCROFT MS121**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.144 36 | **Nonpriority creditor's name and mailing address**<br>**Virginia Beach Neurology, Ltd.**<br>**968 First colonial Rd. #103**<br>**Virginia Beach, VA 23454**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$247.87** |

| | |
|---|---|
| 3.144 37 | **Nonpriority creditor's name and mailing address**<br>**VIRSHON COTTON**<br>**373 CARROLL ST**<br>**AKRON, OH 44325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.144 38 | **Nonpriority creditor's name and mailing address**<br>**VISHAL KATHARDEKAR**<br>**20888 DUNBAR DR**<br>**CUPERTINO, CA 95014**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.144 39 | **Nonpriority creditor's name and mailing address**<br>**VITAL MD GROUP HOLDINGS, LLC**<br>**PO BOX 432040**<br>**MIAMI, FL 33243**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$48,714.40** |

| | |
|---|---|
| 3.144 40 | **Nonpriority creditor's name and mailing address**<br>**VITORIA FREITAS TOLEDO**<br>**308 E 84TH ST APT 3**<br>**NEW YORK, NY 10028-4663**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.144 41 | **Nonpriority creditor's name and mailing address**<br>**VITTORIO PETRILLO**<br>**3137 KINGSTON LANE**<br>**YOUNGSTOWN, OH 44511**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.144 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VIVEK AMIN**
**7149 EMERALD COVE AVE NW**
**CANAL FULTON, OH 44614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VIVEK DESAI**
**22 E. EXCHANGE STREET**
**APT #0051A**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VIVEK DESAI**
**130 MONTROSE W AVE**
**AKRON, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VIVEK REDDY YASA**
**77 FIR HILL TOWERS, APT# 9B11**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VIVIAN ARENAS**
**16393 E DURAN BLVD**
**LOXAHATCHEE, FL 33470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**VIVIAN MARQUES BRAGA**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Vivien Smatko**
**9340 Lagoon Place**
**#405**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**VLADIMIR CHOMARTOV**
**16-38 MANDON Pl**
**FAIR LAWN, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**VLADISLAV GRANT**
**1498 SW 5TH AVE**
**BOCA RATON, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 51 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**VRUSHALI BHAGAT**
**2220 HIGH STREET**
**APT # 305**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 52 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**VRUSHALI BHAGAT**
**3512 WYOGA LAKE ROAD**
**APT # 207**
**CUYAHOGA FALLS, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 53 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Vyshnavi Reddy**
**1120 N Westwood Ave.**
**Apt. 1415**
**Toledo, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**VYSHNAVI REDDY**
**2213 DONEGAL DR**
**DARIEN, IL 60561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.144 55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**W B Carrell Memorial Clinic**
**9301 N Central Expy**
**Dallas, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$338.40**

---

| 3.144 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.55 |

**W R Rosen, Inc.**
**9921 Pines Blvd.**
**Hollywood, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WADE CAMPBELL**
**7420 SOUTH HARVARD AVENUE**
**CHICAGO, IL 60621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WADEN POWELL**
**117 RAYMOND CIRCLE**
**WARNER ROBINS, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WADLINE LAFRANCE**
**12525 NE 13TH AVE APT 402**
**NORTH MIAMI, FL 33161-5133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.30 |

**Waleed F. Nemer, MD, Inc.**
**908 E Waterloo Rd. #1A**
**Akron, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WALEED KASSABO**
**4615 N PARK LN**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WALID BANGNA**
**104 BRYAN CT APT 101**
**LAUREL, MD 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64.42** |
|---|---|---|---|

**Walid F. Makdisi**
**160 Kingsley Ln**
**Norfolk, VA 23505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WALTER MACIEL**
**5157 ARBOR GLEN CIRCLE**
**GREENACRES, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WALTER MACIEL**
**629 SEA PINE WAY**
**E 2**
**GREENACRES, FL 33415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WALTER RICHARDSON**
**7993 SW 187TH STREET**
**CUTLER RIDGE, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WAN-HUA LIN**
**1350 N HOWARD ST APT 604**
**AKRON, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WANDA TRAVERS**
**3101 MAYFIELD AVE**
**WINDSOR MILL, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WANDAGO CHOGE-ARUM**
**1647 NORTHGATE RD**
**APT 1**
**BALTIMORE, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WANDOO ADAMS**
**1797 TANGLEWOOD DRIVE**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WANDOO ADAMS**
**2368 EAST MARKET STREET**
**APT 3A**
**AKRON, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WANDOO AGEV**
**2 PIPING ROCK DRIVE**
**SILVER SPRING, MD 20905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WANJIRU WANGATI**
**4914 GOOD HOURS PL**
**COLUMBIA, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WANUKE THEOC**
**160 NW 49TH ST**
**MIAMI, FL 33127-2109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WANYA MITCHELL**
**1602 CIMARRON HILLS DR**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WARDA ABDULLA**
**900 WEST MARKET ST. APT. 804**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Name

---

**3.144 77**

**Nonpriority creditor's name and mailing address**

**Wards Corner Pediatrics, PC**
**7423 Granby St.**
**Norfolk, VA 23505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$312.00

---

**3.144 78**

**Nonpriority creditor's name and mailing address**

**WARREN BALL**
**5523 KARL RD.**
**COLUMBUS, OH 43229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 79**

**Nonpriority creditor's name and mailing address**

**WARREN BALL**
**467 SPICER ST.**
**APT B**
**AKRON, OH 44311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 80**

**Nonpriority creditor's name and mailing address**

**WARREN BULL**
**5760 POWERS FERRY RD.**
**ATLANTA, GA 30327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 81**

**Nonpriority creditor's name and mailing address**

**WARREN CANADY**
**1872 JOHN BROWN LANE**
**VIRGINIA BEACH, VA 23464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 82**

**Nonpriority creditor's name and mailing address**

**WARREN WILSON**
**1107 QUEENS PURCHASE RD**
**ESSEX, MD 21221-5669**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 83**

**Nonpriority creditor's name and mailing address**

**WASIM ALHABACHI**
**3704 EXCALIBUR COURT**
**BOWIE, MD 20716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.144 84 | | | **$241.11** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Waters Edge Dermatology**
**2845 PGA Blvd.**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 85 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WAVERLY ALLEN**
**920 TIMBER VALLEY WAY**
**APARTMENT 102**
**VIRGINIA BEACH, VA 23464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 86 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WAVERLY WITUSKI**
**20 ROYAL DORNOSH**
**SPRINGBORO, OH 45066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 87 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WAYLAN MITCHELL**
**3918 BATEMAN AVE**
**BALTIMORE, MD 21216-2135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 88 | | | **$109.45** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne H. Case, MD PA**
**17933 NW 7th St., Suite 102**
**Hollywood, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 89 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WAYNE MITCHELL**
**1604 WAVERLY WAY**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 90 | | | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WAYNEISHA BAKARE**
**2074 ECHOLDALE AVE.**
**APT. A6**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 91 | **Nonpriority creditor's name and mailing address** **WEBSTER PROVINCE** **14851 NE 7TH AVE** **MIAMI, FL 33161** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 92 | **Nonpriority creditor's name and mailing address** **WEI WEI** **2125 CAMPUS RD APT 2240C** **TOLEDO, OH 43606** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 93 | **Nonpriority creditor's name and mailing address** **WEI-YAO TUNG** **80 E. EXCHANGE ST. APT 477** **AKRON, OH 44308** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 94 | **Nonpriority creditor's name and mailing address** **WEI-YUAN CHEN** **22 EAST EXCHANGE ST. UNIT 2093B** **AKRON, OH 44308** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 95 | **Nonpriority creditor's name and mailing address** **WEI-YUAN CHEN** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 96 | **Nonpriority creditor's name and mailing address** **WEICHAO HUANG** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 97 | **Nonpriority creditor's name and mailing address** **WEICHENG SUN** **118 ELIZABETH PARKWAY** **AKRON, OH 44304** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.144 98 | **Nonpriority creditor's name and mailing address** **WEICHENG ZHAO** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☐ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.144 99 | **Nonpriority creditor's name and mailing address** **WEIXIU ZENG** **333 UNION PLACE** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.145 00 | **Nonpriority creditor's name and mailing address** **WEIYAO LI** **77 FIR HILL TOWERS APT. 6C9** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.145 01 | **Nonpriority creditor's name and mailing address** **Wellcare Physicians Group, LLC** **PO Box 72147** **Cleveland, OH 44192** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$989.08** |

| | | |
|---|---|---|
| 3.145 02 | **Nonpriority creditor's name and mailing address** **WellDyneRx, Inc.** **PO Box 90369** **Lakeland, FL 33804** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$192,295.58** |

| | | |
|---|---|---|
| 3.145 03 | **Nonpriority creditor's name and mailing address** **WELLINGTON FARRINGTON** **15800 NW 42 AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$0.00** |

| | | |
|---|---|---|
| 3.145 04 | **Nonpriority creditor's name and mailing address** **Welspan Medical Group** **1001 S George St.** **York, PA 17403** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$2,502.00** |

| | | |
|---|---|---|
| 3.145 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WEN LUO**
**1993 SEDRO STREET**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WEN LUO**
**490 TOMPKINS AVE**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WENBIN YIN**
**2200 HIGH ST**
**APT. 366**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WENBO MA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WENDINBOUDE OUEDRAOGO**
**1308 CENTAUR DR**
**DISTRICT HEIGHTS, MD 20747-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WENDY EDOUARD**
**5673 WESTVIEW DR**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.145 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**WENDY ROMERO**
**442 LAKE PARK DRIVE**
**GRAND PRAIRIE, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENDYNAH PRESMY**
**330 SW 20TH AVE. APT. 2**
**FT. LAUDERDALE, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENFAN CHEN**
**4577 OLENTANGY RIVER RD APT 21**
**COLUMBUS, OH 43214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENFENG LIANG**
**900 W MARKET ST, APT 609**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENHAN ZHAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENHAO LI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENHAO LI**
**80 E EXCHANGE ST.**
**APT. 275-B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**WENHE CHEN**
**FIRHILL STREET APT 5A1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENHE CHEN**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENLI QIAN**
**1812 N WESTWOOD AVE APT F**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENLI QIAN**
**16717 ALDERWOOD MALL PKWY**
**APT H411**
**LYNNWOOD, WA 98037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENPENG SHAN**
**1394 HUNTERS LAKE DR. W.**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENQI LI**
**2599 CHAMBERLAIN RD**
**APT 12**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENQI LI**
**1759 HAMPTON KNOLL DRIVE**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WENXUAN ZHOU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.65 |
|---|---|---|---|

**Werner K. Schuele**
**Patient First Urgent Care**
**332 Newton Rd.**
**Virginia Beach, VA 23462**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WERONIKA GAUDYN**
**451 BROWN ST. APT# 5**
**AKRON, OH 44311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESLENE SYLVESTRE**
**325 NE 151 ST**
**MIAMI, FL 33162**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESLEY JEFFERS**
**7745 GRAND VIEW BLVD**
**HOLLYWOOD, FL 33023**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESLEY JUDY**
**4657 PAISLEY RD**
**TOLEDO, OH 43615**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESLEY JUDY**
**12339 WATERSTONE LN APT 924**
**PERRYSBURG, OH 43551**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WESLEY MCGEE**
**2429 WOODBROOK AVE**
**1021 COOKS LANE**
**BALTIMORE, MD 21217**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>33 | Nonpriority creditor's name and mailing address<br>**WESLEY PIPHER**<br>**110 EAST WALNUT STREET**<br>**P.O. BOX 356**<br>**ATTICA, OH 44807** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145<br>34 | Nonpriority creditor's name and mailing address<br>**West Boca Medical Center**<br>**21644 Florida 7**<br>**Boca Raton, FL 33428** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,361.84** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145<br>35 | Nonpriority creditor's name and mailing address<br>**West Kendall Baptist Hospital**<br>**PO Box 198116**<br>**Atlanta, GA 30384-8116** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$177,944.01** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145<br>36 | Nonpriority creditor's name and mailing address<br>**Western Reserve Hospital, LLC**<br>**1900 23rd St.**<br>**Cuyahoga Falls, OH 44223** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$96,668.25** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145<br>37 | Nonpriority creditor's name and mailing address<br>**WESTON MERLING**<br>**449 PALM AVE**<br>**AKRON, OH 44301** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145<br>38 | Nonpriority creditor's name and mailing address<br>**WESTON-YANETH TRUJILLO MD PA**<br>**2300 N Commerce Pkwy Ste 301**<br>**WESTON, FL 33326** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1196** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145<br>39 | Nonpriority creditor's name and mailing address<br>**Weston/Pannu Laser Vision Institute**<br>**2625 Executive Park Dr. #4**<br>**Fort Lauderdale, FL 33331** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.32** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number (if known) |
|--------|-----------------------------------|------------------------|
| | Name | |

| 3.145 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136,935.46 |
|---|---|---|---|

**Westside Reg Med Ctr**
**PO Box 403014**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WHENDEE TONEY**
**49 ATTENBOROUGH DR APT 201**
**BALTIMORE, MD 21237-5716**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WHITNEY BERNARD**
**1390 SMOKEY LANE**
**BEAUMONT, TX 77705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WHITNEY MAJOR**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WHITNEY PATRICK**
**3732 HILLDALE COURT**
**GRAND PRAIRIE, TX 75052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WHITNEY PRICE**
**2471 NW 26 AVENUE**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WHITNEY SAMUEL**
**14901 BELLE AMI DR**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WHITNEY TALBERT**
**110 N FEDERAL HIGHWAY**
**APT 809**
**FORT LAUDERDALE, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WHITNEY THOMPSON**
**428 SHADY SHORE LANE**
**CROWLEY, TX 76036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WHITNEY WENDLING**
**161 OTTERBEIN DR**
**MANSFIELD, OH 44904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILDELINE FLOREXIL**
**10172 MIKADO LN**
**ROYAL PALM BEACH, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.31 |
|---|---|---|---|

**Wilford K. Gibson**
**6160 Kempsville Cir.**
**Ste 200B**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILL DAVIS-HEREFORD**
**9514 EDMUNDS**
**CLEVELAND, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLI ANSTRAL**
**140 NW 49TH ST**
**MIAMI, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM ANTON**
26 WYNDEHURST DR
MADISON, NJ 07940-2628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,803.02 |
|---|---|---|---|

**William Beaumont Hospital**
3601 W Thirteen Mile Rd.
Royal Oak, MI 48073-6712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM BODDEN, JR.**
4235 NW 197TH ST
CAROL CITY, FL 33055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM BRENNER**
30348 LEMOYNE RD
WALBRIDGE, OH 43465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM BUTLER**
1437 ARTHUR AVE
LAKEWOOD, OH 44107-3801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM CARNEY**
1540 PEACH DR
AVON, OH 44011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM CRIBLEZ**
6610 STREETER RD
MANTUA, OH 44255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM EDWARDS** **2832 CORDELL ST.** **MEMPHIS, TN 38118** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM EPHRAIM** **14919 SOUTH LANGLY AVE** **DOLTAN, IL 60418** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM EVANS** **1036 CALDWELL PLACE** **COLUMBUS, OH 43203** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM FISHMAN** **3608 BONVIEW AVE** **BALTIMORE, MD 21213** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM FULMER** **7575 NW 44TH, APT# 1805** **LAUDERHILL, FL 33319** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM HOBBS** **3731 SW 160TH AVENUE** **APT. 111** **MIRAMAR, FL 33027** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WILLIAM HOWELL** **398 LISBON DRIVE** **TALLMADGE, OH 44278** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|---|---|---|---|

**William J. Charlton**
**1120 First Colonial Rd.**
**Suite 100**
**Virginia Beach, VA 23454**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**WILLIAM K LO MD**
**1525 River Oaks Rd W Bldg 4**
**NEW ORLEANS, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  2294

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM KELLEY**
**11883 BELL ROAD**
**NEWBURY, OH 44065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM KUBIN**
**676 E BUCHTEL AVE**
**UNIVERSITY TOWN HOMES**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**William L. Mulligan, PhD**
**1403 Greenbriar Pkwy #215**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM LAURENDEAU**
**35954 EDGEMERE WAY**
**AVON, OH 44011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM LITTLE**
**2161 CAPELLA CIR SW**
**ATLANTA, GA 30331-3865**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MCCONNAUGHEY**
9257 ROOT
STREETSBORO, OH 44241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MCCOY**
844 FLORIDA ST
VALLEJO, CA 94590

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MCDOWELL**
6306 GRIMSBY COURT
BOWIE, MD 20720

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MCREA**
1330 WEST 46TH STREET UNIT 22
HIALEAH, FL 33012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MILLER**
5533 CRESTHAVEN LN APT 2C
TOLEDO, OH 43614

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MILLER**
4742 SCIOTO APT 103
TOLEDO, OH 43615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILLIAM MURPHY**
5817 WESLEYAN DRIVE
PO BOX A503
VIRGINIA BEACH, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM OSWALD**
**193 CHAPEL HILL DRIVE NW**
**WARREN, OH 44483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145<br>83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM PEFOK**
**5066 EXECUTIVE PARK DRIVE**
**ELLICOTT CITY, MD 21043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM PHELPS**
**522 EAST BLANCKE STREET**
**LINDEN, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM PINNEY**
**3154 STREETSBORO ROAD**
**RICHFIELD, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM SCHOENSTER**
**2910 SOUTH HAVEN DRIVE**
**ANNAPOLIS, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM TODOROWSKI**
**2218 WHITE OAK CT**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILLIAM VELAZQUEZ**
**1140 SMITHSONIAN AVE**
**YOUNGSTOWN, OH 44505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145 89**

**Nonpriority creditor's name and mailing address**

**William White**
**1802 Hughes St.**
**Nashville, TN 37208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.145 90**

**Nonpriority creditor's name and mailing address**

**WILLIAM WRIGHT**
**6863 HINSDALE ST.**
**HIRAM, OH 44234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.145 91**

**Nonpriority creditor's name and mailing address**

**WILLIE BELL**
**1027 BENTLEY ST.**
**ORLANDO, FL 32805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.145 92**

**Nonpriority creditor's name and mailing address**

**WILLIE BINDER**
**1231 SCENIC BROOK TRAIL SW**
**CONYERS, GA 30094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.145 93**

**Nonpriority creditor's name and mailing address**

**WILLIE DRAYTON**
**5300 EASTBURY AVENUE**
**APARTMENT E**
**BALTIMORE, MD 21206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.145 94**

**Nonpriority creditor's name and mailing address**

**Willie Penermon**
**1800 Baptist World Ctr Dr.**
**Nashville, TN 37207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.145 95**

**Nonpriority creditor's name and mailing address**

**WILLIE SCOTT**
**3455 NW 14TH COURT**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| | | |
|---|---|---|
| 3.145 96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Nonpriority creditor's name and mailing address**
**WILLIE WILLIAMS**
**249 EAST 136TH STREET**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 97**

**Nonpriority creditor's name and mailing address**
**WILLINDA LUMPKIN**
**3591 SW 146 TERR**
**MIRAMAR, FL 33027**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 98**

**Nonpriority creditor's name and mailing address**
**WILLISHA STUART**
**3213 DOLPHIN DRIVE**
**HOLLYWOOD, FL 33025**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 99**

**Nonpriority creditor's name and mailing address**
**WILLY GAN**
**1816 EILEEN RD**
**TOLEDO, OH 43615**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146 00**

**Nonpriority creditor's name and mailing address**
**WILMAN OCORO**
**9738 FARRAGUT STREET**
**HOUSTON, TX 77078**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146 01**

**Nonpriority creditor's name and mailing address**
**WILMATYRA CARLSTEN HANDBE**
**2241 UNIVERSITY HILLS BLVD**
**APT D304**
**TOLEDO, OH 43606**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.146 02**

**Nonpriority creditor's name and mailing address**
**WILMATYRA CARLSTEN HANDBE**
**1600 W ROCKET DR APT 3201B**
**TOLEDO, OH 43606**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.146 03 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WILMATYRA CARLSTENHANDBERG**
**1600 W ROCKET DR APT 3201B**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 04 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wilmer Lainez-Molina**
**4441 Stonewall Rd. NW**
**Roanoke, VA 24017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 05 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WILMER LAINEZ-MOLINA**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 06 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WILMER LAINEZ-MOLINA**
**4441 STONEWALL ROAD NW**
**ROANOKE, VA 24017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 07 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WILMIDE CHARLES**
**2900 N 24TH AVENUE**
**APT 7309**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 08 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WILNISE JEAN**
**18318 NW 68 AVE UNIT-F**
**MIAMI LAKES, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 09 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WILSANDLEY JACQUES**
**1506 AVE K**
**FORT PIERCE, FL 34950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILSON OLIVEIRA**
**1260 SW 104TH PATH APT#301**
**MIAMI, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WILSON OLIVERIA**
**1260 SW 104TH PATH APT#301**
**MIAMI, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WINKLER LUM**
**3100 NEEDLELEAF LN**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WINKLER LUM**
**3100 NEEDLELEAF LN**
**SPRINGDALE, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WINNIE WACHIRA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WINSOME ROLLE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WINSTON BOWMAN**
**10642 ASHFORD CIRCLE**
**WALDORF, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WINSTON WEBB**
**1136 WEST 124TH STREET**
**LOS ANGELES, CA 90044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WINTER JONES**
**5817 WESLEYAN DRIVE**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WISLENE AUGUSTIN**
**6044 TRIPHAMMER RD**
**LAKE WORTH, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WITHELMA ORTIZ WALKER PETTIGREW**
**1810 HEATHFIELD RD**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WITIMBERT TASSY**
**200 NW 43RD CT APT# B**
**OAKLAND PARK, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $997.00 |
|---|---|---|---|

**WITTELS ORTHOPEDIC CENTER**
**1085 Kane Concourse**
**BAY HARBOR ISLANDS, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8853

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.00 |
|---|---|---|---|

**WOMAN TO WOMAN GYN OF NAPLES**
**1735 Sw Health Pkwy**
**NAPLES, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1091

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.69 |
|---|---|---|---|

**Women's Care Center**
935 E Broad St.
Columbus, OH 43205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.00 |
|---|---|---|---|

**WOMENS CARE FLORIDA**
3450 E Fletcher Ave. #110
Tampa, FL 33613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2923

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WONJUNE LEE**
APT 161, 1738 OHIO 303
STREETSBORO, OH 44241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WONJUNE LEE**
2384 BECKY CIRCLE
STOW, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $977.11 |
|---|---|---|---|

**Wood County Hospital Association**
950 W Wooster St
Bowling Green, OH 43402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6954

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.24 |
|---|---|---|---|

**Wood Health Company, LLC**
745 Haskins Rd. #B
Bowling Green, OH 43402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WOODS**
1249 GLENEAGLE RD
BALTIMORE, MD 21239-2236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Woonyen Wong**
**3460 Gibralter Heights Dr.**
**Toledo, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WUTTHINEE RUNGSAENG**
**234/478 MOO BAN NANTAWAN**
**SRINAKARIN SOI 22**
**BANGKOK**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WYATT BLECHINGER**
**658 GREENBRIAR CIRCLE**
**HOWARD, OH 43028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WYATT MCLEOD**
**2649 RAWLS RD**
**PARRISH, FL 34219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WYATT OPENSHAW**
**13750 MOUNT AIRY RD**
**NEW FREEDOM, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WYCLEF TOUSSAINT**
**2219 AVENUE B SW**
**WINTER HAVEN, FL 33880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wyman Jones**
**1401 Merganser Ct.**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 38 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**WYMAN JONES**
**16405 GOVENOR'S BRIDGE RD**
**#304**
**BOWIE, MD 20716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.146 39

**Nonpriority creditor's name and mailing address**
**WYMAN JONES**
**1401 MERGANSER CT**
**UPPER MARLBORO, MD 20774-7017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.146 40

**Nonpriority creditor's name and mailing address**
**WYNISA COLEMAN**
**1751 ESSEZ LANE**
**WEST PALM BEACH, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.146 41

**Nonpriority creditor's name and mailing address**
**XAKIA LACEY**
**303 N HYDE PARK BLVD, APT 528**
**CLEBURNE, TX 76033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.146 42

**Nonpriority creditor's name and mailing address**
**XAVIER ATKINS**
**633 JEAN ST**
**APT 2**
**DAYTONA BEACH, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.146 43

**Nonpriority creditor's name and mailing address**
**XAVIER CABBIL-ALLEN**
**1859 ANGELIA CT**
**CONLEY, GA 30288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.146 44

**Nonpriority creditor's name and mailing address**
**Xavier Etherly**
**606 N Dupomt Ave.**
**Apt. 908**
**Madison, TN 37115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.146<br>45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XAVIER FOSTER**
**2814 COLT LANE**
**DALLAS, TX 75237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XAVIER HESS**
**5817 WESLEYAN DRIVE**
**PO BOX C500**
**VIRGINIA BEACH, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XAVIER IRVING**
**2121 WOODCREST DRIVE**
**CORPUS CHRISTI, TX 78418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XAVIER MILLER**
**25423 RICHTON FALLS DR.**
**RICHMOND, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XAVIER QUIGLEY**
**655 SW SPRINGFIELD DR**
**ANKENY, IA 50023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XAVIER RICHARDSON**
**13707 TREE LEAF COURT**
**UPPER MARLBORO, MD 20774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146<br>51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XENIAH MERRELL**
**5357 GIST AVE.**
**BALTIMORE, MD 21215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XHARYAH JONES
3706 CONWAY STREET, APT 109
DALLAS, TX 75224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIA LEI
1861 BEACON HILL CIR APT 21
CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIANG LI
900 W MARKET ST APT. 603
AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIANG LI
900 W MARKET ST APT. 311
AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIANJUN WANG
55 FIR HILL STREET #3C9
AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAO TANG
1216 SUNBURY RD
COLUMBUS, OH 43210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAO ZHANG
43 BERKSHIRE COURT
UNIT 409
AKRON, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOCHEN SHEN**
**520 S HAWKINS AVE, APT 4**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOHUI ZHANG**
**590 E BUCHTEL AVE**
**APT 41**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOJING FANG**
**375 ALLYN STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOJUN LIU**
**8325 NW 115TH CT**
**MIAMI, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOJUN SHI**
**2828 REDCREST LANE.**
**APT. 104**
**AKRON, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOLONG TONG**
**552 S HAWKINS AVE**
**APT 3**
**AKRON, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIAOLONG TONG**
**525 CARROLL ST. APT 3E**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2112 of 3613

| | |
|---|---|
| 3.146 66 | |

**Nonpriority creditor's name and mailing address**
**XIAOMAN BI**
**642 E BUCHTEL AVE.**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 67 | |

**Nonpriority creditor's name and mailing address**
**XIAOMENG LI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 68 | |

**Nonpriority creditor's name and mailing address**
**XIAONING HOU**
**531 NOME AVE APT 3**
**ARON, OH 44320**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 69 | |

**Nonpriority creditor's name and mailing address**
**XIAOSI LI**
**38 SOUTH ADAMS STREET, APT 3**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 70 | |

**Nonpriority creditor's name and mailing address**
**XIAOTENG WANG**
**733 W MARKET ST**
**APT 305**
**AKRON, OH 44303**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 71 | |

**Nonpriority creditor's name and mailing address**
**XIAOTENG WANG**
**733 W MARKET ST**
**APT 408**
**AKRON, OH 44303**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.146 72 | |

**Nonpriority creditor's name and mailing address**
**XIAOXIAO LI**
**2200 HIGH ST APT 458**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | | |
|---|---|---|
| 3.146 73 | **Nonpriority creditor's name and mailing address** **XIAOXIAO LIU** **2599 CHAMBERLAIN RD** **APT 12** **FAIRLAWN, OH 44333** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.146 74 | **Nonpriority creditor's name and mailing address** **XIAOXING ZHANG** **OFFICE OF INTERNATIONAL PROGRAMS** **THE UNIVERSITY OF AKRON** **AKRON, OH 44325-3101** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.146 75 | **Nonpriority creditor's name and mailing address** **XIAOYUN YAN** **900 W MARKET ST APT 603** **AKRON, OH 44313** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.146 76 | **Nonpriority creditor's name and mailing address** **XIAOZHOU YANG** **55FIR HILL TOWERS APT 4A1** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.146 77 | **Nonpriority creditor's name and mailing address** **XIN CHEN** **375 ALLYN STREET** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.146 78 | **Nonpriority creditor's name and mailing address** **XIN LI** **16401 NW 37TH AVENUE** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.146 79 | **Nonpriority creditor's name and mailing address** **XIN LI** **4703 SABLE PINE CIR.** **APT D2** **WEST PALM BEACH, FL 33417** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.146 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XIN SHU**
**1423 OAK HILL CT APT 46**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Xin Sui**
**5540 S University Dr.**
**Apt. 8307**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XINCHI WU**
**1712 TREETOP TRL**
**APT C**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XINCHI WU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XINDI LI**
**733 W MARKET ST**
**APT 307**
**AKRON, OH 44325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XINHAO LIU**
**490 TOMPKINS AVE**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XINHAO LIU**
**77 FIR HILL**
**APT 3C10**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.146 87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XINYING LIN**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XINYU SUN**<br>**45E RHODES AVE**<br>**AKRON, OH 44302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XINYU SUN**<br>**733 WEST MARKET STREET**<br>**ROOM 408**<br>**AKRON, OH 44303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XIUJUAN YANG**<br>**8148 FORT SMALLWOOD RD**<br>**BALTIMORE, MD 21216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XIUYUAN ZHANG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **XIYANG ZHANG**<br>**490 TOMPKINS AVE**<br>**AKRON, OH 44305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.82** |
|---|---|---|---|
| | **XL Physical Therapy and Sports Reha**<br>**4022 N Ocean Blvd**<br>**Fort Lauderdale, FL 33308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XOCHITL TREJO**
**503 AVENUE G**
**DALLAS, TX 75203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XUAN TRAN**
**195 WHEELER STREET, APT 102B**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XUEHAN LI**
**1770 NE 191ST ST**
**APT 616**
**MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XUEJUN QIAN**
**2081 WOODBOURNE AVENUE, APT. B2**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XUESI YAO**
**900 W MARKET STREET, APT. 202**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XUESONG YAN**
**2200 HIGH ST APT 558**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XUESONG YAN**
**2200 HIGH ST, APT 270**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.147 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XUEYANG YU**
**270 E EXCHANGE STREET 1-301D**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XUFENG GUO**
**375 ALLYN STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XUHUI XIA**
**2740 RYEWOOD AVE, B**
**B**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XUHUI XIA**
**1766 WEST MARKET STREET, APT D**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XUNSHI ZHANG**
**2915 S GLASS BOWL DR**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XUXIN LI**
**1700 W CHURCH ST**
**APT A2**
**ORRVILLE, OH 44667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XZAVIER GAINES**
**1627 NORTH ROSEDALE ST**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YA'SEAN SCOTT**
**2144 ALICE AVE APT 104**
**OXON HILL, MD 20745-3532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 09 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ya-Chi Yen**
**2796 S University Dr.**
**Apt. 2106**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YAASAMEEN GARRETT**
**1833 BELSHIRE COURT**
**FORT WORH, TX 76140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YACINE DIA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YAEL REINHOLD**
**525 ROCKY HOLLOW DRIVE**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YAFET GURMU**
**1120 N WESTWOOD AVE APT 8103**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YAILIN GUEVARA**
**PO BOX 440994**
**MIAMI, FL 33144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 15 | **Nonpriority creditor's name and mailing address** **YAJING LEI** **77 FIR HILL APT 5C10** **AKRON, OH 44304** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 16 | **Nonpriority creditor's name and mailing address** **YAKIRA POPE** **7305 WOODRIDGE PARK DR** **APT #4207** **ORLANDO, FL 32818** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 17 | **Nonpriority creditor's name and mailing address** **YALONG LI** **2001 RUSH STREET APT 2203** **FRANKLIN, TN 37067** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 18 | **Nonpriority creditor's name and mailing address** **YAMILA LORENZO** **17428 NW 76 CT** **HIALEAH, FL 33015** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 19 | **Nonpriority creditor's name and mailing address** **YAMILKA DE LOS SANTOS** **100 PLEASANT VALLEY DR** **DAYTONA BEACH, FL 32114-1191** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 20 | **Nonpriority creditor's name and mailing address** **YAMINAH LEWIS** **199 AMBERLEIGH DRIVE** **APARTMENT 310** **WILMINGTON, NC 28411** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 21 | **Nonpriority creditor's name and mailing address** **YAMINAH RUSSELL** **169 GREENWOOD AVENUE APT A5** **JENKINTOWN, PA 19046** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| | | |
|---|---|---|
| 3.147 22 | **Nonpriority creditor's name and mailing address** **YAMINI BODE** **2B8 , 77 FIR HILL TOWERS** **FIR HILL STREET** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.147 23 | **Nonpriority creditor's name and mailing address** **YAMINI BODE** **279 WHEELER STREET, APT UP** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.147 24 | **Nonpriority creditor's name and mailing address** **YAN GENG** **42 S ADAMS ST** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.147 25 | **Nonpriority creditor's name and mailing address** **YAN GENG** **56 S FORGE ST** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.147 26 | **Nonpriority creditor's name and mailing address** **YANBO PAN** **42 S ADAMS ST** **APT 2** **AKRON, OH 44304** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.147 27 | **Nonpriority creditor's name and mailing address** **YANELIS COBAS** **14341 SW 160 TERR** **MIAMI, FL 33177** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.147 28 | **Nonpriority creditor's name and mailing address** **YANELIZ DIAZ** **16401 NW 37TH AVE.** **MIAMI GARDENS, FL 33054** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.147 29 | **Nonpriority creditor's name and mailing address**<br>**YANFENG XIA**<br>**2106 STONEHENGE CIR**<br>**AKRON, OH 44319**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 30 | **Nonpriority creditor's name and mailing address**<br>**YANG LIU**<br>**20250 NE 3RD CT.**<br>**APT.3**<br>**MIAMI, FL 33179**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 31 | **Nonpriority creditor's name and mailing address**<br>**YANG LIU**<br>**5319 S HARVARD AVE APT. E**<br>**TULSA, OK 74135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 32 | **Nonpriority creditor's name and mailing address**<br>**YANG ZHOU**<br>**520 S HAWKINS AVE, APT 4**<br>**AKRON, OH 44320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 33 | **Nonpriority creditor's name and mailing address**<br>**YANI BEAULIEU**<br>**13 PRIVACY LN**<br>**PALM COAST, FL 32164**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 34 | **Nonpriority creditor's name and mailing address**<br>**YANJIN LI**<br>**16401 NW 37TH AVE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 35 | **Nonpriority creditor's name and mailing address**<br>**YANMEI XIE**<br>**1724 SECOR RD APT E**<br>**TOLEDO, OH 43607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.147 36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YANXI LI**
**80 N PORTAGE PATH APT 8B5**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YANXIAN ZHANG**
**63 EBER AVE.**
**AKRON, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YANXIAN ZHANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YANXIAN ZHANG**
**719 EXCELSIOR AVE.**
**APT.2**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YAO AN**
**2200 HIGH STREET APT 852**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YAO HAN**
**16401 NW 37 AVENUE**
**UNIVERSITY INN, RM. 206**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YARBER WELLS**
**4075 PASADENA ST.**
**DETROIT, MI 48238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YARELIZ MENDEZ-ZAMORA**
**1511 SW 98TH AVE**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YASAMAN ALAM**
**7360 NIGHTINGALE DR. APT #15**
**HOLLAND, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YASEEN THOMAS**
**518 S MELVILLE STREET**
**PHILADELPHIA, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YASER SHIRAZI**
**3361 AIRPORT HWY APT 12**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YASER SHIRAZI**
**3345 AIRPORT HWY APT 8**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Yasir Saber**
**1313 Oak Hill Ct.**
**Apt. 177**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**YASMINA DUKULE**
**1191 GRANVILLE ROAD**
**BALTIMORE, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMINE BALDWIN**
241 S MASON CT
BALTIMORE, MD 21231-2313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMINE FUNCHES**
1820 KNOLL DRIVE
OXON HILL, MD 20745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMINE JENKINS**
1829 1ST STREET
DUNELLEN, NJ 08812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMINE KNIGHT**
2014 J B JACKSON JR BLVD
DALLAS, TX 75210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMINE ROWELL**
19015 NW 8TH AVE
MIAMI GARDENS, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMINE SHAW-PIKES**
3550 S. HARLAN STREET
DENVER, CO 80235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YASMYN OGLESBY**
10850 NW 2ND STREET
APT 305
PEMBROKE PINES, FL 33026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.147 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**YASNA HOJJATI**
**20221 AURORA AVE N APT 201**
**SHORELINE, WA 98133**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**YASNA HOJJATI**
**7674 ROXTON CT**
**NEW ALBANY, OH 43054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**YAVANAE EMANUEL**
**3835 SHANNON DR**
**BALTIMORE, MD 21213**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**YAWEN LIU**
**55 FIR HILL STREET APT 6A1**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**YAYLIM MARTINEZ**
**541 E 26 ST**
**HIALEAH, FL 33013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $380.00 |

**Yedda Gomes-Ruanne, DMD**
**1608 Town Center Blvd.**
**Ste. B**
**Fort Lauderdale, FL 33326**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**YEJI LEE**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.147 64** | **Nonpriority creditor's name and mailing address** |

**YEJI SHIN**
**590 PARKHILL DRIVE**
**APT 17**
**FAIRLAWN, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147 65** | **Nonpriority creditor's name and mailing address** |

**YELENA RAMOS**
**7601 E TREASURE DRIVE**
**APT. 2005**
**MIAMI, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147 66** | **Nonpriority creditor's name and mailing address** |

**YELENA RAMOS**
**1500 NW 12TH AVENUE,APT. 1510**
**MIAMI, FL 00033-3136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147 67** | **Nonpriority creditor's name and mailing address** |

**YEMISI AWOTOYE**
**8401 NUNLEY DRIVE**
**APT F**
**PARKVILLE, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147 68** | **Nonpriority creditor's name and mailing address** |

**YEMISI GIWA-OTUSAJO**
**3502 DIAZ CT**
**RANDALLSTOWN, MD 21133-2510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147 69** | **Nonpriority creditor's name and mailing address** |

**YEN-HAO HSU**
**2200 HIGH ST. APT. 565**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.147 70** | **Nonpriority creditor's name and mailing address** |

**YEN-MING TSENG**
**80E EXCHANGE ST APT229-A**
**AKRON, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.147 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YEN-MING TSENG**
**2200 HIGH ST**
**APT670**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YENIREE LEONARD**
**2641 NE 4TH ST APT 201**
**HOMESTEAD, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YENTA WEBB**
**1017 JAMAICA AVE**
**FT. PIERCE, FL 34982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YEON JU LEE**
**590 PARKHILL DRIVE**
**APT 17**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YESENIA ALFONSO**
**8425 HAMMOCKS BLVD.**
**#3207**
**MIAMI, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YESENIA GIL**
**3523 WADE AVENUE**
**CLEVELAND, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YESENIA REYES**
**475 ALI BABA AVE**
**APT 2**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.147 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YESENIA RODRIGUEZ**
**3010 SW 104TH COURT**
**MIAMI, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YESHEY DEM**
**11715 GARFIELD ROAD**
**HIRAM, OH 44234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YEVE MONTGOMERY**
**105 TEAPOT COURT**
**REISTERSTOWN, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YEXIN ZHENG**
**2220 HIGH ST.**
**APT. 600**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YHERILY VALOIS GIRALDO**
**16508 BRIDGE END ROAD**
**MIAMI LAKES, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YI FENG**
**2200 HIGH ST. APT.550**
**CUYAHOGA FALLS**
**AKRON, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YI TING LO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YI TING LO**
**80 E. EXCHANGE ST.**
**UNIT 123-B**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YI ZHOU**
**55 FIR HILL ST**
**APT 9B6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YI ZHOU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YIBING ZHU**
**55 FIR HILL ST APT 12A1**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YICEL HERNANDEZ**
**15601 NW 39 CT**
**OPA LOCKA, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YICHANG LI**
**1708 SECOR RD APT C**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**YICHUAN LI**
**6224 BIRCH ROW DR**
**EAST LANSING, MI 48823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 92 | **Nonpriority creditor's name and mailing address**<br>**YIDAN SHEN**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 93 | **Nonpriority creditor's name and mailing address**<br>**YIDIAYAH BOX**<br>**3158 MEADOWBROOK BOULEVARD**<br>**CLEVELAND HEIGHTS, OH 44118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 94 | **Nonpriority creditor's name and mailing address**<br>**YIFAN LI**<br>**520 SOUTH HAWKINS AVENUE**<br>**APT1**<br>**AKRON, OH 44320**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 95 | **Nonpriority creditor's name and mailing address**<br>**YIFAN MAO**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 96 | **Nonpriority creditor's name and mailing address**<br>**YIFU WU**<br>**672 E BUCHTEL AVE**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 97 | **Nonpriority creditor's name and mailing address**<br>**YIGE WANG**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 98 | **Nonpriority creditor's name and mailing address**<br>**YIHHARN HWANG**<br>**1640 YOSEMITE DR.**<br>**TOLEDO, OH 43614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.147 99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $21.32 |
|---|---|---|---|

**Yihong Joy Hao, MD PA**
**290 N Military Trl #101**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**YIHONG ZHAO**
**2200 HIGH STREET, APARTMENT 470**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**YIJIE JI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**YIJIE JI**
**733 W MARKET ST, APT.807**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 03 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**YIJING TANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**YILIN LAI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.00 |
|---|---|---|---|

**YILUN CAO**
**615 SANDUSKY ST**
**DELAWARE, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.148 06 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YIMIN YAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148 07 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YIMING DING**
**3101 SW 119TH AVE**
**MIRAMAR, FL 33025**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148 08 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YIN-FANG CHEN**
**3704 WYNDHAM RIDGE, #207**
**STOW, OH 44224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148 09 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YING WANG**
**560 PARK HILL DRIVE, APT. 15**
**FAIRLAWN, OH 44333**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148 10 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YING WANG**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148 11 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YINGHE HU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.148 12 | **Nonpriority creditor's name and mailing address** | $0.00 |

**YINGJIE QI**
**20381 NE 30TH AVE**
**220-7**
**AVENTURA, FL 33180**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148<br>13 | **Nonpriority creditor's name and mailing address**<br>**YINGMIN GUO**<br>**2200 HIGH ST APT 558**<br>**CUYAHOGA FALLS, OH 44221** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148<br>14 | **Nonpriority creditor's name and mailing address**<br>**YIRAN WANG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148<br>15 | **Nonpriority creditor's name and mailing address**<br>**YISROEL SILVERMAN**<br>**955 NE 170TH ST #117**<br>**NORTH MIAMI BEACH, FL 33162** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148<br>16 | **Nonpriority creditor's name and mailing address**<br>**YIWEI DAI**<br>**3814 WYNDHAM RIDGE DR #206**<br>**STOW, OH 44224** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148<br>17 | **Nonpriority creditor's name and mailing address**<br>**YIXIANG LI**<br>**646 E BUCHTEL AVE**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148<br>18 | **Nonpriority creditor's name and mailing address**<br>**YIXIAO FENG**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148<br>19 | **Nonpriority creditor's name and mailing address**<br>**YIXIAO FENG**<br>**55 FIR HILL STREET**<br>**6A1, 55 APT**<br>**AKRON, OH 44304** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YIXUAN DU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YMONI CHRUCHILL**
**5822 BLUEBERRY CT**
**LAUDERHILL, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOEL KLEIN**
**74 CASTERTON AVENUE**
**AKRON, OH 44303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOJARY MUNDARAY**
**1501 NE 175TH ST**
**MIAMI, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOKASTA GLASCO**
**6703 NW 7TH ST EIS 6423**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOLANDA TAPIA-MENDOZA**
**1107 N DUNCANVILLE RD**
**DUNCANVILLE, TX 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YOLANDA TAPIA-MENDOZA**
**1557 CAVALRY STREET**
**DETROIT, MI 48209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YOLANDA WASHINGTON**
**19805 NW 28TH CT**
**MIAMI GARDENS, FL 33056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YOLONDA HARVEY**
**107-05 223RD STREET**
**QUEENS VILLAGE, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YONA NGUEREKATA**
**1705 JONAFREE CT**
**ODENTON, MD 21113-3962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YONGAN HU**
**55 FIR HILL STREET**
**APT.6B6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YONGHAO LI**
**437 SHERMAN ST**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YONGJUN SHIN**
**590 PARKHILL DRIVE**
**APT 17**
**FAIRLAWN, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YONGLAN LIU**
**604 E, BUCHTEL AVE, APT2**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 34 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **YONGLAN LIU** | ☐ Contingent | |
| **63 EBER AVE** | ☐ Unliquidated | |
| **AKRON, OH 44305** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 35 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **YONGQING CAI** | ☐ Contingent | |
| **590 E BUCHTEL AVE.** | ☐ Unliquidated | |
| **APT 44** | ☐ Disputed | |
| **AKRON, OH 44304** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 36 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **YONGRUI YANG** | ☐ Contingent | |
| **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| **AKRON, OH 44325-3101** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $936.43 |
| **York Hospital** | ☐ Contingent | |
| **3 Loving Kindness Way** | ☐ Unliquidated | |
| **York, ME 03909** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **YORKOW OPPON-ACQUAH** | ☐ Contingent | |
| **437 SUMNER ST** | ☐ Unliquidated | |
| **AKRON, OH 44304** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **YORKOW OPPON-ACQUAH** | ☐ Contingent | |
| **539 E. TOWN ST** | ☐ Unliquidated | |
| **COLUMBUS, OH 43215** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **YOSABET TIBEBU** | ☐ Contingent | |
| **1700 E. COLD SPRING LANE** | ☐ Unliquidated | |
| **HARPER A1** | ☐ Disputed | |
| **BALTIMORE, MD 21251** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Student Educational Benefit Trust | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.148 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | YOSHITOMO SAITO 1208 4 SEASONS DR APT 4 TOLEDO, OH 43615 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | YOUHYUN YOON 1600 W ROCKET DR APT 3203A-1 TOLEDO, OH 43606 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | YOUNG JOO LEE 2144 RIDGEVIEW RD. COLUMBUS, OH 43221 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.92 |
|---|---|---|---|
| | Youngbing M. Pu Southside Psychiatry Clinic 317 Office Square Ln, Ste. B102 Virginia Beach, VA 23462 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | YOUNGHEE YANG 1 NORTH ANN ST BALTIMORE, MD 21216 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | YOUNGJO LIM 108 SHOREWOOD TRACE YORKTOWN, VA 23693 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | YOUSSEF ELIAS BARAKAT 2021 26TH ST CUYAHOGA FALLS, OH 44223 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU CHEN**
**3345 AIRPORT HWY APT 11A**
**TOLEDO, OH 43609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU DA LI**
**16401 NW 37TH AVE.**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU DA LI**
**8959 SW 172 AVE APT 1438**
**MIAMI, FL 33196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU FU**
**3045 RESIDENCE DR APT 5309A**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU HONG**
**77 FIR HILL, ST. APT. 3C6**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU SUN**
**2220 HIGH ST APT 600**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU ZOU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU-CHIA LAI**
**2200 HIGH ST. APT. 565**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YU-MIN WANG**
**3704 WYNDHAM RIDGE, #207**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YUAN LIANG**
**77 FIR HILL ST. 5C9**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YUAN TIAN**
**2200 HIGH ST**
**APT# 952**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YUAN WEN**
**11993 SW 31 CT**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YUAN XUE**
**2200 HIGH ST APT 562**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**YUANHAO ZHANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**
YUANYUAN LUO
644 E BUCHTEL AVE
AKRON, OH 44304

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.148 63

**Nonpriority creditor's name and mailing address**
YUANZHONG ZHANG
528 S HAWKINS AVE.
APT 4
AKRON, OH 44320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.148 64

**Nonpriority creditor's name and mailing address**
YUCHEN ZHU
2538 ALDRINGHAM RD
TOLEDO, OH 43606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.148 65

**Nonpriority creditor's name and mailing address**
YUCHEN ZUO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.148 66

**Nonpriority creditor's name and mailing address**
YUCHU LIU
3353 ROBERT BURNS DR,
RICHFIELD, OH 44286

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.148 67

**Nonpriority creditor's name and mailing address**
YUCHU LIU
900 W MARKET STREET, APT.311
AKRON, OH 44313

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.148 68

**Nonpriority creditor's name and mailing address**
YUE LU
2814 WOOD DUCK LANE
APT 208
AKRON, OH 44319

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| | | |
|---|---|---|
| 3.148 69 | **Nonpriority creditor's name and mailing address**<br>**YUE YU**<br>**3455 OAK ALLEY CT APT 502**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 70 | **Nonpriority creditor's name and mailing address**<br>**YUE ZENG**<br>**2954 W CENTRAL AVE APT 106**<br>**TOLEDO, OH 43606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 71 | **Nonpriority creditor's name and mailing address**<br>**YUECHEN ZHOU**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 72 | **Nonpriority creditor's name and mailing address**<br>**YUELEI GUO**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 73 | **Nonpriority creditor's name and mailing address**<br>**YUEWEI GUO**<br>**80 E EXCHANGE ST**<br>**175A**<br>**AKRON, OH 44308**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 74 | **Nonpriority creditor's name and mailing address**<br>**YUGI YAMADA**<br>**1216 SUNBURY RD**<br>**COLUMBUS, OH 43210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.148 75 | **Nonpriority creditor's name and mailing address**<br>**YUHAN ZHANG**<br>**900 W MARKET ST**<br>**APT 706**<br>**AKRON, OH 44313**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Student Educational Benefit Trust** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.148 76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YUHAN ZHANG** | ☐ Contingent | |
| | **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| | **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| | **AKRON, OH 44325-3101** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.148 77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YUHANG CHEN** | ☐ Contingent | |
| | **80E EXCHANGE ST** | ☐ Unliquidated | |
| | **OH, 44308** | ☐ Disputed | |
| | **AKRON, OH 44308** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.148 78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YUHANG CHEN** | ☐ Contingent | |
| | **OFFICE OF INTERNATIONAL PROGRAMS** | ☐ Unliquidated | |
| | **THE UNIVERSITY OF AKRON** | ☐ Disputed | |
| | **AKRON, OH 44325-3101** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.148 79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YUHANG CHEN** | ☐ Contingent | |
| | **2319 HULL RD** | ☐ Unliquidated | |
| | **SANDUSKY, OH 44870** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.148 80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YUJIN PARK** | ☐ Contingent | |
| | **80 E. EXCHANGE ST APT 259B** | ☐ Unliquidated | |
| | **AKRON, OH 44308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.148 81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YUJIRO YAMADA** | ☐ Contingent | |
| | **1216 SUNBURY RD** | ☐ Unliquidated | |
| | **COLUMBUS, OH 43210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.148 82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **YULIANA UMANETS** | ☐ Contingent | |
| | **PO BOX 630093** | ☐ Unliquidated | |
| | **MIAMI, FL 33163** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Student Educational Benefit Trust** | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

---

**3.148 83**

**Nonpriority creditor's name and mailing address**
**YULIANNA CHARRIS GOMEZ**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 84**

**Nonpriority creditor's name and mailing address**
**YULISSA MENDOZA**
**1 TWIGHLIGHT DRIVE**
**HUTCHINS, TX 75141**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 85**

**Nonpriority creditor's name and mailing address**
**YULIYA SHYMKO**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 86**

**Nonpriority creditor's name and mailing address**
**YUMENG HE**
**4350 SW 72ND TER**
**DAVIE, FL 33314**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 87**

**Nonpriority creditor's name and mailing address**
**YUMING FU**
**COLLEGE DR UWA BOX 4210**
**LIVINGSTON, AL 35470**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 88**

**Nonpriority creditor's name and mailing address**
**YUMING WANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 89**

**Nonpriority creditor's name and mailing address**
**YUN YU**
**80 E. EXCHANGE ST.**
**AKRON, OH 44308**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 3.148 90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**YUN YU LAI**
**80 E. EXCHANGE ST.**
**AKRON, OH 44308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 91**

**Nonpriority creditor's name and mailing address**
**YUNCHONG YANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 92**

**Nonpriority creditor's name and mailing address**
**YUNFAN SHAO**
**55 FIR HILL APT. 8B8**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 93**

**Nonpriority creditor's name and mailing address**
**YUNIOR SANCHEZ GARCIA**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 94**

**Nonpriority creditor's name and mailing address**
**YUNIS CURBELO**
**1750 W 60 ST APT 2**
**HIALEAH, FL 33012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 95**

**Nonpriority creditor's name and mailing address**
**YUNPENG XI**
**4853 GARNET CR.**
**STOW, OH 44224**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 96**

**Nonpriority creditor's name and mailing address**
**YUNTONG LI**
**17425 NW 75 PL 211**
**XIQING DISTRICT**
**MIAMI, FL 33015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.148 97 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YUNYI GAO**
**2912 WIGEON WAY APT 208**
**AKRON, OH 44319**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.148 98 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YUQIAN LIU**
**55 FIRHILL DRIVE A10C9**
**AKRON, OH 44304**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.148 99 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YUQING SHEN**
**16401 NW 37AVE**
**ST. THOMAS UNIVERSITY**
**MIAMI, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.149 00 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YUQING YANG**
**733 W MARKET ST**
**AKRON, OH 44303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.149 01 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YUQING YANG**
**80 E EXCHANGE ST. # 476**
**AKRON, OH 44308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.149 02 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YURI CASTRO FLACH**
**12676 NW 14TH PLACE**
**SUNRISE, FL 33323**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.149 03 | **Nonpriority creditor's name and mailing address** **$0.00** |

**YURY ESIN**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.149 04 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUSHENG CHEN**
**FIR HILL TOWER 77 APT 3C10**
**FIR HILL STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 05 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUSUANE MOREARA**
**6725 NW 174 TERRACE APT. 12F**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 06 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUSUF TUZUN**
**200 SUNNY ISLES BLVD**
**UNIT 802**
**SUNNY ISLES BEACH, FL 33160-4656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 07 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yusufamir Fenwick**
**5300 - 85th Ave.**
**Apt. D9**
**Hyattsville, MD 20784-3251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 08 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUSUR ALMUBARAK**
**300 W LOMBARD ST APT 605**
**BALTIMORE, MD 21201-2533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 09 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUSUR ALMUBARAK**
**5211 DAYBROOK CIRCLE**
**APT. 438**
**ROSEDALE, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUVRAJ SUBEDI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|--------|---------------------------------------|-------------------------|---|
| | Name | | |

| 3.149 11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yuxiang Mao**
5817 Wesleyan Dr.
A41
Virginia Beach, VA 23455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUXIN ZHAI**
2740 RYEWOOD AVE APT G
COPLEY, OH 44321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUYAN ZHAO**
525 CARROLL ST. APT 3E
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YVANTHONY CERISME**
1612 SW 11TH ST
APT 1
FORT LAUDERDALE, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YVELINE MAXIME**
2074 NW 43RD TER APT 8
LAUDERHILL, FL 33313-4314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YVENEL MONDESTIN**
805 GETTYSBURG AVE
SALISBURY, MD 21804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YVES MA S DONCINE**
P O BOX 611262
NORTH MIAMI, FL 33261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YVES SILVEIRA GONDIM**
**401 SOUTH MAIN STREET**
**APT 245A**
**AKRON, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YVETTE JACKSON-LEE**
**7850 CONTEE ROAD**
**LAUREL, MD 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**YVETTE SERRANO**
**85 WILLOW**
**SANTA FE, NM 87508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZA'VON REYNOLDS**
**12326 S. LOWE AVE**
**CHICAGO, IL 60628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZABRIA BRIDGES**
**1650 NW 4TH AVENUE**
**UNIT 11C**
**MIAMI, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACH HERRON**
**534 EBERLE DR**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACH SANDERS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.149 25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY ALDRIDGE**
**1328 EDGEHILL AVE**
**WARREN, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY AMIDON**
**12337 WATERSTONE LANEAPT 1111**
**PERRYSBURG, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY AMIDON**
**5349 PADDOCK FALLS DR**
**DUBLIN, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY BAILEY**
**12899 CLINTON ROAD**
**DOYLESTOWN, OH 44230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY BARMORE**
**9522 BRANCHLEIGH RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY BENDER**
**24280 PINGREE AVENUE**
**WARREN, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY BINDER**
**8748 TAMARACK ST**
**TEMPERANCE, MI 48182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY BOYER**
**510 SAYBROOK COURT**
**TROY, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY CAMPBELL**
**4628 BOYDSON DR**
**TOLEDO, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY DIVITO**
**1241 WILLOWAY AVE SE**
**NORTH CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY FOX**
**3438 LAUREN AVENUE NW**
**MASSILLON, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY GIBSON**
**15766 SW 26TH ST**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY GINGERICH**
**656 KLING STREET**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZACHARY GREEN**
**167 HUNT CLUB DRIVE**
**APT 1C**
**COPLEY, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 39 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY GREENBAUM** 4075 NW 58TH LN BOCA RATON, FL 33496 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 40 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY GUISER** 933 NEWELL RD FAYETTE CITY, PA 15438 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 41 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY HILL** 733 BEALL AVE ROCKVILLE, MD 20850 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 42 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY JONES** 6250 ERIE AVE NW CANAL FULTON, OH 44614 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 43 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY KELLY** 6304 N MACARTHUR BLVD APT. 3017 IRVING, TX 75039 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 44 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY KILBURN** 945 BEARDSLEY ST APT 2 AKRON, OH 44311 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 45 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **ZACHARY MAHON** 6282 SAWGRASS WAY WESTERVILLE, OH 43082 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZACHARY MCDONOUGH
6281 EAGLE POINT DRIVE
HAMILTON, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZACHARY MUNDY
8901 SUNSET STRIP
SUNRISE, FL 33322**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZACHARY PASZKO
951 CANYON VIEW RD
APT. 101
SAGAMORE HILLS, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZACHARY ROTTER
35 CLAFFORD LN
MELVILLE, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZACHARY SCHONE
183 BRANDON DRIVE
PATASKALA, OH 43062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zachary Simon
6814 Regents Park Blvd.
Toledo, OH 43617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZACHARY SMITH
6425 SW 22 STREET
HOLLYWOOD, FL 33023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 53 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Zachary Spearman** **1749 SW 81st Ave.** **Fort Lauderdale, FL 33324** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 54 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **ZACHARY STEPP** **1846 QUEENS MEADOW LANE** **GROVE CITY, OH 43123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 55 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **ZACHARY SULLIVAN** **9729 MILLCROFT RD** **PERRYSBURG, OH 43551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 56 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
| **Zachary T. Gula, PAC** **3130 Executive Pkwy** **Fl8** **Toledo, OH 43606-5530** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  1329 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 57 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **ZACHARY THOMPSON** **882 COUNTS CREST CIRCLE** **APOPKA, FL 32712** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 58 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **ZACHARY WALKER** **24769 DRAKES MILLS ROAD** **CAMBRIDGE SPRINGS, PA 16403** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 59 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Zachary Williams** **5494 Torney Dr.** **Hilliard, OH 43026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Name

| | |
|---|---|
| 3.149 60 | |

**Nonpriority creditor's name and mailing address**

ZACHARY XCHULTE
2400 KENSTOCK DRIVE
VIRGINIA BEACH, VA 02345-4331

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.149 61 | |

**Nonpriority creditor's name and mailing address**

ZACHARY YEDLICKA
464 FAIRLANE DR NW
WARREN, OH 44483

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.149 62 | |

**Nonpriority creditor's name and mailing address**

ZACHARY ZIOLO
5529 DUMFRIES COURT EAST
DUBLIN, OH 43017

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.149 63 | |

**Nonpriority creditor's name and mailing address**

ZACHARY LEEMASTER
1088 EAGLE DR. APT. 1201
AKRON, OH 44312

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.149 64 | |

**Nonpriority creditor's name and mailing address**

ZACHERY PORTER
2477 MILLERS POND LANE
SNELLVILLE, GA 30039

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.149 65 | |

**Nonpriority creditor's name and mailing address**

ZACKERY ELLISON
1912 WOODY DR
MILLBURY, OH 43447

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.149 66 | |

**Nonpriority creditor's name and mailing address**

ZACKERY KESTER-STANFORD
3617 LEYBOURN AVE
TOLEDO, OH 43612

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.149 67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAHAIRA WILLIAMS**
**1700 E COLD SPRING LANE**
**BALTIMORE, MD 21251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAHRA GOLDEN**
**938 ALBERN DRIVE**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAHRAA ALWASHAH**
**5433 REUTER ST**
**DEARBORN, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAID IFTEKARUDDIN**
**3509 CORNFLOWER TRL**
**NORTHBROOK, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAINA ALHARTHI**
**4737 SHINNECOCK HLS APT 102**
**TOLEDO, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAIPO OULA**
**403C DEDMOND**
**2500 WEST NORTH AVENUE**
**GWYNN OAK, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAIPO OULA**
**403C DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 74 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAIRE BETHUNE**
**207B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 75 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAIRE JACOBS**
**5000 NW 182ND ST**
**MIAMI GARDENS, FL 33055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 76 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAKARI MARTINAJAKO**
**16723 CLARIDON TROY ROAD**
**BURTON, OH 44021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 77 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAKARIA OBEID**
**2326 WILLESDEN GREEN RD**
**TOLEDO, OH 43617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 78 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAKIYA MURPHY**
**9014 ROCK LEDGE CT APT 403**
**OWINGS MILLS, MD 21117-7043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 79 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAKIYAH ALHUMOUD**
**3643 DENISE DR**
**TOLEDO, OH 43614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 80 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZAKIYYAH CHILDS**
**428 NW 83RD STREET**
**MIAMI, FL 33150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZAKYR GRIMSLEY**
**307 WREN COURT**
**NEWARK, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZAMIAH THOMAS**
**216 EAST GRAND AVENUE**
**SPRINGFIELD, OH 45505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZANAE COOPER**
**323A MUNAHUM CIR**
**INDIAN HEAD, MD 20640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zanyjah Riche**
**398 E 32nd St**
**Paterson, NJ 07504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZARET VELEZ ESTREMERA**
**3625 COLLEGE AVENUE BOX 2127**
**FT LAUDERDALE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZARIA HIGGS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZARIA JACKSON**
**8400 NW 25TH AVE**
**APT 141**
**MIAMI, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.149 88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZARIA JACKSON**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZARIA MINARD**
**3510 GRETCHEN DRIVE**
**OCOEE, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZARIA MINARD**
**3028 CALLE VALENCIA**
**WEST PALM BEACH, FL 33409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZARIAH HINTON**
**6130 SUN DIAL WAY**
**SACRAMENTO, CA 95823-6104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZARISIA ALCENDOR**
**6609 COLLINSDALE RD.**
**APT. I**
**PARKVILLE, MD 21234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZAURIA SMITH**
**6544 SW 27TH STREET**
**MIRAMAR, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZAYD SAFADI**
**7521 CASTLE RIDGE RD**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAYIED ABUBAKAR**
**72 JOAN CT**
**ELMONT, NY 11003-1620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZE PENG YANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZEAIRAH MARABLE**
**17 MOORE ST**
**ALBANY, NY 12202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZEBIN SU**
**2200 HIGH ST APT 751**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zeenat Kukoyi**
**64 Ritters Ln**
**Owings Mills, MD 21117-3327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 00 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZEHAO SHEN**
**16401 NW 37TH AVE.**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 01 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZEHAO WANG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ZEHUI LI**
**1716 HINSDALE DR.**
**TOLEDO, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ZEINAB BANDPEY**
**69 VALLEY RIDGE LOOP**
**APT B**
**COKEYSVILLE, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ZEINAB BANDPEY**
**6921 DONACHIE ROAD**
**APT B**
**BALTIMORE, MD 21239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,774.88 |

**Zelis Claims Integrity, Inc.**
**2 Crossroads Dr.**
**Bedminster, NJ 07921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,093.99 |

**Zelis Network Solutions**
**PO Box 281738**
**Atlanta, GA 30384-1738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 07 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ZENAIDA SIMPSON POMARE**
**954 FOX BORO LANE**
**DALLAS, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 08 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ZENOBIA MCQUEEN**
**11 RIMFIRE CT**
**BALTIMORE, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 09 | **Nonpriority creditor's name and mailing address** <br> **ZETING LU** <br> **16401 NW 37TH AVENUE** <br> **MIAMI GARDENS, FL 33054** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 10 | **Nonpriority creditor's name and mailing address** <br> **ZEYU WANG** <br> **80 E EXCHANGE STREET** <br> **APT 163** <br> **AKRON, OH 44308** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 11 | **Nonpriority creditor's name and mailing address** <br> **ZHAKARRA DAFNEY-BURCIAGA** <br> **229 WEST SIXTH STREET** <br> **MONROE, MI 48161** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 12 | **Nonpriority creditor's name and mailing address** <br> **ZHAKEA MCCREA** <br> **11564 HICKORY OAK DR** <br> **JACKSONVILLE, FL 32218** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 13 | **Nonpriority creditor's name and mailing address** <br> **ZHAKYIA EPHRAIM** <br> **162 HUDSON AVE** <br> **ROOSEVELT, NY 11575** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 14 | **Nonpriority creditor's name and mailing address** <br> **ZHANE BOLAR** <br> **1347 WEST 76TH STREET, APT 4** <br> **CHICAGO, IL 60620** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 15 | **Nonpriority creditor's name and mailing address** <br> **ZHAO LIU** <br> **7419 FARMCREST DR** <br> **NEW CARROLLTON, MD 20784-3673** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.150 16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHAONING MA**
**77 FIR HILL APT.2B12**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHAONING MA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHAOPING HU**
**590 E BUCHTEL AVE. APT#23**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHAOXI ZHENG**
**2220 HIGH ST APT 521**
**CUYAHOGA FALLS**
**AKRON, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHAOXI ZHENG**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHE CHEN**
**4565 COX DR.**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**ZHE ZHAO**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150<br>23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ZHE-YUAN LIN**<br>**1109 MUIRFIELD DR.**<br>**FINDLAY, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ZHENCHENG REN**<br>**2135 SUNCREST CIR**<br>**CUYAHOGA FALL, OH 44221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Zheng Jin**<br>**6700 Cypress Rd.**<br>**Fort Lauderdale, FL 33317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ZHENGHAO WU**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ZHENGNAN YANG**<br>**528 S. HAWKINS AVE. APT. 4**<br>**AKRON, OH 44320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ZHENHAO YU**<br>**16401 NW 37TH AVENUE**<br>**MIAMI GARDENS, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150<br>29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ZHENLONG ZHANG**<br>**545 E BUCHTEL AVE, APT 1**<br>**AKRON, OH 44304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHENLONG ZHANG**
**42-35 MAIN STREET**
**STE 1L #131**
**FLUSHING, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHENLONG ZHANG**
**393 SUMNER**
**UNIT 2 403 D**
**AKRON, OH 44304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHIA HENDERSON**
**13200 NW 19TH AVE.**
**MIAMI, FL 33167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHICHEN ZHAO**
**900 W MARKET ST**
**APT 603**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHIHAO MA**
**80 E EXCHANGE ST 454A**
**AKRON, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHIHAO MA**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZHIHAO SHANG**
**2200 HIGH ST. APT 952**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 37 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHIHAO SHANG<br>55 FIR HILL 8B6<br>AKRON, OH 44304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 38 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHILING ZHAO<br>55 FIR HILL APARTMENT 9B10<br>AKRON, OH 44304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 39 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHIXIA ZHANG<br>2-218C ROOM, UNIVERSITY EDGE,<br>393 SUMNER STREET,<br>AKRON, OH 44304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 40 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHIYANG ZHAO<br>4565 COX DR.<br>STOW, OH 44224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 41 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHIYUAN CHEN<br>OFFICE OF INTERNATIONAL PROGRAMS<br>THE UNIVERSITY OF AKRON<br>AKRON, OH 44325-3101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 42 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHIYUAN CHEN<br>733 W MARKET STREET, HIGHLAND<br>SQUARE<br>APT 807<br>AKRON, OH 44303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 43 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ZHIYUAN CHEN<br>733 W MARKET STREET<br>APT 807<br>AKRON, OH 44304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.150 44 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHONG GUAN**
**1014 S BYRNE RD APT 17**
**TOLEDO, OH 43609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 45 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHOU FANG**
**2220 HIGH ST #200**
**CUYAHOGA FALLS, OH 44221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 46 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHUANG XU**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 47 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHUOHONG ZHENG**
**1584 WESLEYAN DR.**
**#C-218**
**NORFOLK, VA 23502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 48 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHUORAN LI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 49 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHUOYUN CAI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 50 | **Nonpriority creditor's name and mailing address** | $0.00 |

**ZHUOYUN CAI**
**596 CARPENTER STREET**
**AKRON, OH 44310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZI YANG**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.150 52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZIAD ABDULHADI**
**2801 W BANCROFT MS513**
**TOLEDO, OH 43606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZIARE NAPOLEON**
**305B DEDMOND**
**2500 WEST NORTH AVENUE**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZICHEN LING**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZICHUAN YUAN**
**7321 WINCHESTER DR.**
**SOLON, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZIHAO LIANG**
**2220 HIGH ST. APT. 418**
**CUYAHOGA FALLS, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZIHAO WANG**
**16401 NW 37TH AVENUE**
**16401 NW 37TH AVENUE**
**MIAMI GARDENS, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZIMIN LU**
**8959 SW 172 AVE**
**APT 2**
**MIAMI, FL 33196**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZION GATES-NORRIS**
**2420 NW 6TH ST**
**POMPANO BEACH, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZIONA SHEPARD**
**2719 LUCILE HERRIN LN**
**DALLAS, TX 75227**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZIPENG GU**
**733 WEST MARKET STREET APT. 607**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZIXU HUANG**
**77 FIR HILL**
**APT 7A1**
**AKRON, OH 44304**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZIXU HUANG**
**733 W MARKET ST**
**APT 807**
**AKRON, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ZIYADAH SHAMSID-DEEN**
**1906 SWANSEA RD**
**BALTIMORE, MD 21239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150<br>65 | Nonpriority creditor's name and mailing address<br>**ZIYAN LI**<br>**OFFICE OF INTERNATIONAL PROGRAMS**<br>**THE UNIVERSITY OF AKRON**<br>**AKRON, OH 44325-3101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.150<br>66 | Nonpriority creditor's name and mailing address<br>**ZIYUAN GONG**<br>**2220 HIGH STREET**<br>**CUYAHOGA, OH 44221**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>67 | Nonpriority creditor's name and mailing address<br>**ZIYUAN GONG**<br>**55 FIR HILL TOWER APT 6B6**<br>**AKRON, OH 44304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>68 | Nonpriority creditor's name and mailing address<br>**ZJUCARE PITTS**<br>**4636 NORTH CONGRESS AVE**<br>**APT 208**<br>**WEST PALM BEACH, FL 33407**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>69 | Nonpriority creditor's name and mailing address<br>**ZO ZA HO**<br>**4339 ALAN DR APT C**<br>**BALTIMORE, MD 21229-4931**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>70 | Nonpriority creditor's name and mailing address<br>**ZOE BAUMGARTNER-BROWN**<br>**1164 NORTHRIDGE RD**<br>**COLUMBUS, OH 43224-2741**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.150<br>71 | Nonpriority creditor's name and mailing address<br>**ZOE BOWER**<br>**2554 58TH ST NE**<br>**CANTON, OH 44721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.150 72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOE CARMICHAEL**
**3532 TRIWAY LANE**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOE CEBALLOS**
**5015 LA CALANDRIA WAY**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOE MONGOLD**
**1831 17TH STREET**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOE SAJEN**
**109 STONECREEK DRIVE**
**MAYFIELD, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOE ZHAO**
**4565 COX DR.**
**STOW, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOERETHA SUAKOLLIE**
**4000 RIDGECROFT RD**
**BALTIMORE, MD 21216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZOEY HOWELL-BROWN**
**8619 PILSEN RD**
**RANDALLSTOWN, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>79 | |

**Nonpriority creditor's name and mailing address**

**ZOEY ROBERTS**
**15800 NW 42 AVENUE**
**MIAMI GARDENS, FL 33054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>80 | |

**Nonpriority creditor's name and mailing address**

**ZOHREH RASHIDI MOGHADDAM**
**3522 BEECH AVE**
**APT C**
**BALTIMORE, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>81 | |

**Nonpriority creditor's name and mailing address**

**ZOI BALAMOUTI**
**OFFICE OF INTERNATIONAL PROGRAMS**
**THE UNIVERSITY OF AKRON**
**AKRON, OH 44325-3101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>82 | |

**Nonpriority creditor's name and mailing address**

**ZOIE CRUTCHFIELD-MCGHEE**
**3610 STONEYBROOK RD**
**RANDALLSTOWN, MD 21133-4228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>83 | |

**Nonpriority creditor's name and mailing address**

**ZOIE FISHER**
**108 EAST MAIN STREET**
**WEST JEFFERSON, OH 43162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>84 | |

**Nonpriority creditor's name and mailing address**

**ZOREY ANDERSON**
**4810 HADDON AVE**
**BALTIMORE, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>85 | |

**Nonpriority creditor's name and mailing address**

**ZOUMAWA SYLLA**
**16 PLATER CT**
**GWYNN OAK, MD 21207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Student Educational Benefit Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | |
|---|---|
| 3.150<br>86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZOYA BELL**
**1113 MOHICAN TRAIL**
**MULBERRY, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZUBIN SHAH**
**150 SE 25TH RD APT 12I**
**MIAMI, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZULEIMA FLORES**
**17657 MARSH HARBOR LANE**
**DUMFRIES, VA 02202-6453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZULEY LAZO**
**10839 NW 7TH ST APT 13**
**MIAMI, FL 33172-3779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZURI DAVIS**
**2724 HERRINGTON CV**
**ROUND ROCK, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZURI DAVIS**
**903 TAYSIDE DRIVE**
**AUSTIN, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.150<br>92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZURIEL SANDERS**
**930 ALLENDALE AVENUE**
**AKRON, OH 44306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZYNEEYA MARSHALL-BAKER**
**1700 E COLD SPRING LANE**
**BLOUNT TOWERS 308**
**BALTIMORE, MD 21251-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**ZZZ LAWRENCE A SCHIFFMAN, DO F**
**PO BOX 862823**
**306**
**DORAL, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number 3123

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brittany L'Etoile-Lopes** 5451 Millenia Lakes Blvd Apt 474 Orlando, FL 32839 | Line 3.2157 ☐ Not listed. Explain ____ | _ |
| 4.2 | **Dallas County Hospital** 5201 Harry Hines Blvd Dallas, TX 75235 | Line 3.3302 ☐ Not listed. Explain ____ | _ |
| 4.3 | **Denise Cabrera, Sr. VP Client Svs** WelldyneRx 500 Eagles Landing Dr Lakeland, FL 33810 | Line 3.14502 ☐ Not listed. Explain ____ | _ |
| 4.4 | **East Coast Pathology Assoc** 651 E. 25th Street Hialeah, FL 33013 | Line 3.4327 ☐ Not listed. Explain ____ | _ |
| 4.5 | **East FL Behavioral Health Network** 7421 N. University Drive, Ste 310 Tamarac, FL 33321 | Line 3.4328 ☐ Not listed. Explain ____ | _ |
| 4.6 | **East FL Primary Care, LLC** 8395 W. Oakland Park Blvd., Ste E Sunrise, FL 33351 | Line 3.4329 ☐ Not listed. Explain ____ | _ |
| 4.7 | **Emer Phy Solutions of S FL** PO Box 452256 Sunrise, FL 33345 | Line 3.4557 ☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Falck SE II Corp.**<br>**6605 NW 74th Ave.**<br>**Miami, FL 33166** | Line **3.4931**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **First Class OBGYN PA**<br>**1951 SW 172nd Ave., Ste 212**<br>**Miramar, FL 33029** | Line **3.5014**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **First Coast Cardiovascular IN**<br>**6820 Southpoint Pkwy., Ste 4**<br>**Jacksonville, FL 32256** | Line **3.5015**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Florida Hospital Physician Group**<br>**12470 Telecom Dr., Ste 100**<br>**Tampa, FL 33637** | Line **3.5035**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Grand Strand Reg Med Ctr**<br>**809 82nd Pkwy**<br>**Myrtle Beach, SC 29572** | Line **3.5375**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Greater Florida Anesthesiology**<br>**1901 Ulmerton Rd., Ste 450**<br>**Clearwater, FL 33762** | Line **3.5385**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **HUB Medical**<br>**1130 King Pointe Ct**<br>**Naperville, IL 60563** | Line **3.5725**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **JMG Specialty Physicians ED**<br>**100 NW 170th St.**<br>**Ste. 410**<br>**Miami, FL 33169** | Line **3.6902**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Karen Coshow ND**<br>**2705 NE 65th St.**<br>**Seattle, WA 98115** | Line **3.7640**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Lauren N. Gresh**<br>**Brickler & Eckler**<br>**100 South Third Street**<br>**Columbus, OH 43215-4291** | Line **3.14266**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Maria J. Armstrong**<br>**Bricker & Eckler LLP**<br>**100 South Third Street**<br>**Columbus, OH 43215-4291** | Line **3.14266**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **MD Live**<br>**13630 NW 8th Street, Suite 205**<br>**Fort Lauderdale, FL 33325** | Line **3.9602**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **Memorial Hospital Pembroke**<br>**PO Box 538488**<br>**Pembroke Pines, FL 33024** | Line **3.9751**<br>☐ Not listed. Explain ____ | _ |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2175 of 3613

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **MIVIP Medical Group** <br> **1575 E. 19th Street** <br> **Brooklyn, NY 11230** | Line **3.10078** <br> ☐ Not listed. Explain ____ | __ |
| 4.22 | **Neil Van Winkle, General Counsel** <br> **Carnegie Management and Development** <br> **27500 Detroit Rd., Ste 300** <br> **Westlake, OH 44145** | Line **3.5278** <br> ☐ Not listed. Explain ____ | __ |
| 4.23 | **North Broward Hospital District** <br> **PO Box 862851** <br> **Orlando, FL 32886-2851** | Line **3.10768** <br> ☐ Not listed. Explain ____ | __ |
| 4.24 | **Robert R. Kracht, Esq.** <br> **McCarthy, Lebit, Crystal & Liffman** <br> **101 West Prospect Ave** <br> **Suite 1800** <br> **Cleveland, OH 44115** | Line **3.10852** <br> ☐ Not listed. Explain ____ | __ |
| 4.25 | **Robert T. Glickman, Esq** <br> **McCarthy, Lebit, Crystal & Liffman** <br> **101 West Prospect Ave** <br> **Suite 1800** <br> **Cleveland, OH 44115** | Line **3.10852** <br> ☐ Not listed. Explain ____ | __ |
| 4.26 | **Total Orthopedic Care** <br> **10794 Pines Blvd., Ste 104** <br> **Penbroke Pines, FL 33026** | Line **3.13936** <br> ☐ Not listed. Explain ____ | __ |
| 4.27 | **Treasure Coast Ear Nose** <br> **6216 SE Federal Hwy** <br> **Stuart, FL 34997** | Line **3.13985** <br> ☐ Not listed. Explain ____ | __ |
| 4.28 | **Treasure Coast Ear Nose** <br> **1822 SE Port St. Lucie Blvd** <br> **Port Saint Lucie, FL 34952** | Line **3.13985** <br> ☐ Not listed. Explain ____ | __ |
| 4.29 | **William R. Poynter** <br> **Kaleo Legal** <br> **4456 Corporation Lane, Suite 135** <br> **Virginia Beach, VA 23462** | Line **3.2343** <br> ☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,440,610.74 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 9,440,610.74 |

Debtor name **Student Educational Benefit Trust**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** |
| State the term remaining | |
| List the contract number of any government contract | **American Baptist College**<br>**Attn: Richard E. Jackson**<br>**1800 Baptist World Center Dr.**<br>**Nashville, TN 37207** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **3rd party administrator services** |
| State the term remaining | |
| List the contract number of any government contract | **CampusFirst Agency, LLC**<br>**27500 Detoit Rd.**<br>**Suite 202**<br>**Westlake, OH 44145** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **3rd party administrator agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Care First Administrators**<br>**10715 Red Run Blvd., Suite 125**<br>**Owings Mills, MD 21117** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **3rd party administrator services** |
| State the term remaining | |
| List the contract number of any government contract | **Continental Benefits**<br>**Wells Systems, Inc.**<br>**3000 Bayport Dr., Suite 745**<br>**Tampa, FL 33607** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Claims administrator agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Continental Benefits**<br>**422 S. Kings Ave.**<br>**Brandon, FL 33511** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Coppin State University**<br>**Attn: Stephen Danik**<br>**2500 West North Ave.**<br>**Baltimore, MD 21216-3698** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Health network access agreement and sub-business associate agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Evolutions Healthcare Systems, Inc.**<br>**8406 Massachusetts Ave., Suite 1A**<br>**New Port Richey, FL 34653** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit program** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Florida Memorial University**<br>**Attn: Castell Bryant, President**<br>**15800 NW 42nd Ave.**<br>**Miami Gardens, FL 33054-6199** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Stop-Loss policy** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HCC Life Insurance Company**<br>**225 Town Park Dr.**<br>**Ste. 350**<br>**Kennesaw, GA 30144** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Plan sponsor services agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Healthcare Highways, Inc.**<br>**6300 Fallwater Trail, Ste. 120**<br>**The Colony, TX 75056** |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2178 of 3613

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit program** | |
| | State the term remaining | | **Hiram College**<br>**Attn: Deter Odom, CFO**<br>**11715 Garfield Rd.**<br>**Hiram, OH 44234-0067** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Recovery services agreement** | |
| | State the term remaining | | **IEC Group, Inc.**<br>**dba AmeriBen / IEC Group**<br>**2888 W. Excursion Lane**<br>**Meridian, ID 83642** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit program** | |
| | State the term remaining | | **Loyola University of New Orleans**<br>**Attn: Marin Calzada**<br>**Interim Provost**<br>**6363 St. Charles Ave.**<br>**New Orleans, LA 70118** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
| | State the term remaining | | **Morgan State University**<br>**Attn: Sydney Evans**<br>**1700 East Cold Spring Lane**<br>**Baltimore, MD 21251-0001** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **3rd party administrator services** | |
| | State the term remaining | | **Mutual Health Services**<br>**PO Box 5700**<br>**Cleveland, OH 44101** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Claim administrator agreement** | **NCAS / Care First**<br>**1501 S. Clinton St.**<br>**Baltimore, MD 21224** |

Debtor 1    **Student Educational Benefit Trust**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract            _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Nova Southeastern University**<br>**3301 College Ave.**<br>**Fort Lauderdale, FL 33314-7796** |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Ohio Dominican University**<br>**Attn: Alvin Rodack**<br>**1216 Sunbury Rd.**<br>**Columbus, OH 43219** |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit program** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Ohio Wesleyan**<br>**Attn: Lauri Strimkovsky**<br>**615 Sandusky St.**<br>**Delaware, OH 43015** |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Paul Quinn University**<br>**Attn: Bruce Brinson, CFO**<br>**3837 Simpson Stuart Rd.**<br>**Dallas, TX 75241** |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **IT services agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Right Click Marketing & Management**<br>**PO Box 327**<br>**Hinckley, OH 44233** |

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
|---|---|---|---|
| | State the term remaining | | **St. Thomas University**<br>**Attn: Terrence O'Connor**<br>**16401 NW 37th Ave.**<br>**Miami Gardens, FL 33054** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Recovery services agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Phia Group**<br>**163 Bay State Drive**<br>**Braintree, MA 02184** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit program** | |
|---|---|---|---|
| | State the term remaining | | **University of Akron**<br>**Attn: Matt Beaven**<br>**Risk Management**<br>**320 Buchtel Commons**<br>**Akron, OH 44325-4702** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit program** | |
|---|---|---|---|
| | State the term remaining | | **University of Toledo**<br>**Attn: Phillip Cockrell, Ph.D.**<br>**University Hall Rm3630 Mail Stop963**<br>**2801 W. Bancroft St.**<br>**Toledo, OH 43606-3390** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Student health & wellness benefit programs** | |
|---|---|---|---|
| | State the term remaining | | **Virginia Wesleyan University of Norfolk, VA**<br>**Attn: James Cooper**<br>**5817 Wesleyan Dr.**<br>**Norfolk, VA 23502** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy benefit management services agreement** | |
|---|---|---|---|
| | State the term remaining | | **Well Dyne Rx, LLC**<br>**500 Eagles Landing**<br>**Lakeland, FL 33810** |
| | List the contract number of any | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **IT Project management agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Zep Soft, LLC**<br>**645 Lucille Dr.**<br>**Elyria, OH 44035** |

**Fill in this information to identify the case:**

Debtor name   **Student Educational Benefit Trust**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2183 of 3613

Fill in this information to identify the case:

Debtor name    **Student Educational Benefit Trust**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$4,469,370.79** |
   | **For year before that:**<br>From **8/01/2017** to **7/31/2018** | ■ Operating a business<br>☐ Other _____ | **$8,435,665.08** |
   | **For the fiscal year:**<br>From **8/01/2016** to **7/31/2017** | ■ Operating a business<br>☐ Other _____ | **$7,543,602.00** |
   | **For the fiscal year:**<br>From **8/01/2015** to **7/31/2016** | ■ Operating a business<br>☐ Other _____ | **$8,162,729.00** |
   | **For the fiscal year:**<br>From **8/01/2014** to **7/31/2015** | ■ Operating a business<br>☐ Other _____ | **$8,832,660.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2184 of 3613

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1.   **SEE ATTACHED SCHEDULE** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.   **SEE ATTACHED SCHEDULE** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1.   **Phoenix Administrators dba Performance Health v Student Educational Benefit Trust CV 17 879558** | **Collection/ Counter-claim / Mutual Dismissal Feb., 2018** | **Cuyahoga County Common Pleas Cleveland, OH** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Ohio Dominican University vs. Student Educational Benefit Trust, et al.**<br>**CV 19-909565** | **Breach of contract and request for appointment of a receiver** | **Cuyahoga County Common Pleas Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brennan, Manna & Diamond**<br>**75 E. Market Street**<br>**Akron, OH 44308** | **Chapter 7 bankruptcy** | **1/9/19** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Brennan, Manna & Diamond**<br>**75 East Market Street**<br>**Akron, OH 44308** | **Possible reorganization / general business / possible sale** | **11/19/18** | **$25,000.00** |
| | **Email or website address**<br>masteel@bmdllc.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | | | | |
|---|---|---|---|---|
| 11.3. | | | **10/23/18<br>$594.50;<br>11/28/18<br>$458.50;<br>1/8/19<br>$669.81** | |
| | **Brennan, Manna & Diamond** | **Debtor made payments for non-bankruptcy related general business work** | | **$0.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2001 Crocker Rd.**<br>**Suite 560**<br>**Westlake, OH 44145** | **1/1/2016 - 7/31/2016** |
| 14.2. | **33479 Lake Rd.**<br>**Avon Lake, OH 44012** | **5/17/2013 - 12/31/2015** |

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Electronic data - names, addresses, e-mail adddresses, DOB, SSN, medical claim information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2188 of 3613

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2189 of 3613

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **SEBT, LLC**<br>**27500 Detroit Road**<br>**Westlake, OH 44145-5913** | **SEBT, LLC was a wholly-owned subsidiary established in certain states that required contracts with a corporate entity rather than a business trust** | EIN:     **36-4881263**<br><br>From-To   **1/30/17 - present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Henry F. Gingerich, CPA**<br>**Corrigan Krause**<br>**2055 Crocker RD., Suite 300**<br>**Westlake, OH 44145-1964** | **2016-2017 tax return** |
| 26a.2.   **Brad Shrock**<br>**342 Long Pointe Dr**<br>**Avon Lake, OH 44012** | **9/1/16 - present** |
| 26a.3.   **CampusFirst, LLC**<br>**27500 Detroit Rd.**<br>**Suite 200**<br>**Westlake, OH 44145** | **2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Corrigan, Krause, Harrison, Long, Harsar**<br>**2055 Crocker Rd., Suite 300**<br>**Westlake, OH 44145** | **Financial statements 2016-2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Brennan, Manna & Diamond**<br>**75 East Market Street**<br>**Akron, OH 44308** | **Corporate Minute Book (legal counsel)** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. James W. McGlamery | 115 Briar Lake Drive Elyria, OH 44035 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Winton | 28214 Lincoln Road Bay Village, OH 44140 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Szelesta | 30911 Carlton Drive Bay Village, OH 44140 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Suzanne Ferio | 25778 Peppercorn Drive Westlake, OH 44145 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Heather M. Kralik | 595 Wellfleet Bay Village, OH 44140 | Trustee | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE ATTACHED SCHEDULED IN RESPONSE TO SO** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**January 10, 2019**___

**/s/ James McGlamery**_____     **James McGlamery**_____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor  **Trustee**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2192 of 3613

**Student Educational Benefit Trust**
Disbursement Listing by Bank Account
October 16, 2018 through January 17, 2019

4:45 PM
01/16/2019

| Type | Date | Num | Name | Memo | Split | Accrual Basis Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Cash Accounts
10000 · Operating Account/Oper 40059

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 10/17/2018 | 1864 | Brennan, Manna & Diamond, LLC | Client #11643 - legal | 20000 · Accounts Payable | -594.50 |
| Check | 10/23/2018 | ACH 242 | Angela Kiddy | 10/1 - 10/12 | 61020 · Consulting - General | -920.00 |
| Check | 11/01/2018 | ACH | Suzanne E. Ferio | Nov 2018 | 61020 · Consulting - General | -696.80 |
| Check | 11/05/2018 | ACH 259 | Angela Kiddy | 10/15 - 10/26 | 61020 · Consulting - General | -1,000.00 |
| Check | 11/13/2018 | 1865 | Kentucky State Treasurer | KY: 879582 FEIN: 30-6373515 | 69000 · Taxes-Federal/State | -175.00 |
| Check | 11/13/2018 | 1866 | New Mexico Taxation & Revenue Depart | RPD-41096 ID: 4863739 FEIN: 30-637: | 69000 · Taxes-Federal/State | -100.00 |
| Check | 11/14/2018 | ACH | Tennessee Department of Revenue | Extension Payment YE 7/2018 | 69000 · Taxes-Federal/State | -200.00 |
| Bill Pmt -Check | 11/14/2018 | epay | American Express | 3727-182427-91009 | 20000 · Accounts Payable | -30.31 |
| Check | 11/15/2018 | ACH | Huntington Bank | monthly svc chgs | 61050 · Bank Service Chgs & Fees | -1,802.15 |
| Bill Pmt -Check | 11/19/2018 | epay 214582 | Corrigan Krause | accounting | 20000 · Accounts Payable | -1,995.00 |
| Check | 11/19/2018 | 1868 | Brennan, Manna & Diamond, LLC | Client #11643 - legal | 61095 · Legal Expense | -25,000.00 |
| Bill Pmt -Check | 11/26/2018 | 1869 | Brennan, Manna & Diamond, LLC | Client #11643 - legal | 20000 · Accounts Payable | -458.50 |
| Check | 11/26/2018 | ACH 282 | Angela Kiddy | 10/29 - 11/9 | 61020 · Consulting - General | -1,000.00 |
| Check | 11/28/2018 | 1870 | Suzanne E. Ferio | Dec 2018 | 61020 · Consulting - General | -696.80 |
| Bill Pmt -Check | 12/01/2018 | epay | Corrigan Krause | accounting | 20000 · Accounts Payable | -2,500.00 |
| Check | 12/04/2018 | ACH 288 | Angela Kiddy | 11/12 - 11/23 | 61020 · Consulting - General | -1,000.00 |
| Check | 12/12/2018 | ACH 294 | Angela Kiddy | 11/26 - 12/7 | 61020 · Consulting - General | -1,200.00 |
| Bill Pmt -Check | 12/17/2018 | epay | American Express | 3727-182427-91009 | 20000 · Accounts Payable | -69.95 |
| Check | 12/17/2018 | ACH | Huntington Bank | Service chgs | 61050 · Bank Service Chgs & Fees | -1,568.40 |
| Check | 12/17/2018 | ACH 299 | Suzanne E. Ferio | Dec 2018 | 61020 · Consulting - General | -696.80 |
| Check | 12/19/2018 | ACH 300 | Angela Kiddy | 12/10 - 12/14 | 61020 · Consulting - General | -500.00 |
| Check | 12/27/2018 | ACH 303 | Angela Kiddy | 12/17 - 12/21 | 61020 · Consulting - General | -460.00 |
| Bill Pmt -Check | 01/02/2019 | 1871 | Brennan, Manna & Diamond, LLC | Client #11643 - legal | 20000 · Accounts Payable | -869.81 |
| Check | 01/06/2019 | ACH 306 | Angela Kiddy | 12/24 - 12/28 | 61020 · Consulting - General | -520.00 |
| Bill Pmt -Check | 01/07/2019 | epay | American Express | 3727-182427-91009 | 20000 · Accounts Payable | -128.79 |
| Check | 01/08/2019 | ACH 308 | Angela Kiddy | 12/31/ - 1/4 | 61020 · Consulting - General | -600.00 |
| Check | 01/09/2019 | 1872 | Brennan, Manna & Diamond, LLC | Client #11643 - legal | 61095 · Legal Expense | -25,000.00 |
| Bill Pmt -Check | 01/11/2019 | epay | Corrigan Krause | accounting | 20000 · Accounts Payable | -10,005.00 |
| Check | 01/11/2019 | ACH 311 | Angela Kiddy | 1/7 - 1/10 | 61020 · Consulting - General | -600.00 |
| Check | 01/15/2019 | ACH | Huntington Bank | Monthly Fees | 61050 · Bank Service Chgs & Fees | -1,107.74 |
| | | | | | | -81,295.55 |

Total 10000 · Operating Account/Oper 40059
10020 · Premium Account/Escrow 40033

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 10/16/2018 | ACH 233 | Anthem Community | claims | 20000 · Accounts Payable | -386.85 |
| Bill Pmt -Check | 10/16/2018 | ACH 237 | Anthem Community | claims | 20000 · Accounts Payable | -8,405.41 |
| Check | 10/16/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -275.91 |
| Check | 10/16/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -5.41 |
| Check | 10/16/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -54.10 |
| Check | 10/16/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -212.22 |
| Check | 10/16/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -229.68 |
| Check | 10/16/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -33.69 |
| Bill Pmt -Check | 10/16/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -11,431.62 |
| Check | 10/18/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -85,000.00 |
| Bill Pmt -Check | 10/19/2018 | ACH 239 | Anthem Community | claims | 20000 · Accounts Payable | -2,209.64 |
| Bill Pmt -Check | 10/19/2018 | ACH 238 | Anthem Community | claims | 20000 · Accounts Payable | -9,205.85 |
| Bill Pmt -Check | 10/19/2018 | ACH 240 | Anthem BC/BS | 9943417049 | 20000 · Accounts Payable | -424.01 |
| Check | 10/22/2018 | ACH | FirstData | FirstData deposit | Credit Card Deposit | -250.00 |
| Bill Pmt -Check | 10/23/2018 | ACH 241 | Anthem Community | claims | 20000 · Accounts Payable | -185.20 |
| Check | 10/23/2018 | xfer | SEBT - Operating #2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -800.00 |
| Bill Pmt -Check | 10/24/2018 | 1532 | Delta Dental | dental premiums | 20000 · Accounts Payable | -595.35 |
| Bill Pmt -Check | 10/25/2018 | ACH 243 | Anthem Community | 10/11 - 10/17 | 10024 · Claims Payment Acct 71853 | -7,731.64 |
| Check | 10/25/2018 | xfer | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -37,000.00 |
| Check | 10/25/2018 | xfer | EELIT | | 20035 · EELIT | -1,600.00 |
| Check | 10/25/2018 | xfer | CampusFirst | return of temp advance | 11300 · CampusFirst Due To/From | -3,000.00 |
| Bill Pmt -Check | 10/26/2018 | 1533 | Tricia R. Fincham | Oct 2018 | 50134 · Hiram - Liaison | -1,666.67 |
| Check | 10/31/2018 | xfer | SEBT - Operating #2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -675.00 |
| Check | 10/31/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -5,000.00 |
| Bill Pmt -Check | 11/02/2018 | ACH 247 | Anthem Community | 10/30/18 | 20000 · Accounts Payable | -2,332.52 |
| Bill Pmt -Check | 11/02/2018 | ACH 246 | Anthem Community | 10/19/18 | 20000 · Accounts Payable | -6,680.66 |
| Bill Pmt -Check | 11/02/2018 | ACH 252 | Anthem BC/BS | 9943417049 | 20000 · Accounts Payable | -2.11 |
| Bill Pmt -Check | 11/02/2018 | ACH 251 | Anthem Community | claims | 20000 · Accounts Payable | -220.76 |
| Bill Pmt -Check | 11/02/2018 | ACH 250 | Anthem Community | claims | 20000 · Accounts Payable | -948.61 |
| Bill Pmt -Check | 11/02/2018 | ACH 249 | Anthem Community | 10/16 - 10/22 | 20000 · Accounts Payable | -10,848.78 |
| Bill Pmt -Check | 11/02/2018 | ACH 248 | Anthem Community | 10/18 - 10/24 | 20000 · Accounts Payable | -20,129.07 |
| Bill Pmt -Check | 11/02/2018 | 1534 | Delta Dental | dental premiums | 20000 · Accounts Payable | -5,662.99 |
| Bill Pmt -Check | 11/02/2018 | 1535 | Evolutions Health Care Systems, Inc. | October 2018 | 20000 · Accounts Payable | -9,864.00 |
| Check | 11/02/2018 | xfer | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -60,000.00 |

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 11/02/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -25,000.00 |
| Check | 11/02/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -25,000.00 |
| Check | 11/02/2018 | xfer | SEBT - Operating/2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -3,000.00 |
| Check | 11/02/2018 | EELIT | EELIT | repay temporary advances from EELIT | 20035 · EELIT | -68,400.00 |
| Bill Pmt -Check | 11/05/2018 | ACH 260 | Tokio Marine HCC | August 2018 - stop loss | 20000 · Accounts Payable | -66,376.36 |
| Bill Pmt -Check | 11/05/2018 | ACH 261 | Magellan Rx Management | Rx claims/mgmt | 20000 · Accounts Payable | -51,636.17 |
| Bill Pmt -Check | 11/05/2018 | ACH 258 | Angie Black | Morgan Fall 2018 | 50120 · Commissions / Broker Fees | -11,189.35 |
| Check | 11/05/2018 | ACH | FirstData | merchant fees | 50102 · Merchant Fees | -681.37 |
| Bill Pmt -Check | 11/05/2018 | XFER | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -107,000.00 |
| Bill Pmt -Check | 11/05/2018 | xfer | SEBT | fees | 20000 · Accounts Payable | -4,885.89 |
| Bill Pmt -Check | 11/05/2018 | xfer | EELIT | | 20000 · Accounts Payable | -10,000.00 |
| Bill Pmt -Check | 11/06/2018 | ACH 262 | Anthem Community | 11/1/18 | 20000 · Accounts Payable | -7,946.91 |
| Bill Pmt -Check | 11/06/2018 | ACH 263 | Continental Benefits | SH100 | 20000 · Accounts Payable | -150,000.00 |
| Bill Pmt -Check | 11/07/2018 | ACH 265 | Anthem Community | claims | 20000 · Accounts Payable | -4,100.39 |
| Check | 11/07/2018 | ACH 264 | Crystal Clinic Orthopedic Center | | 20112 · Unfunded Claims 2017-18 | -18,529.54 |
| Bill Pmt -Check | 11/08/2018 | xfer | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -110,000.00 |
| Bill Pmt -Check | 11/09/2018 | ACH 266 | Anthem Community | claims | 20000 · Accounts Payable | -34,570.38 |
| Bill Pmt -Check | 11/09/2018 | ACH 267 | Anthem Community | 11/6/18 | 20000 · Accounts Payable | -18,849.97 |
| Bill Pmt -Check | 11/09/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -69,249.29 |
| Bill Pmt -Check | 11/12/2018 | 1536 | MD Live | | 20000 · Accounts Payable | -2,354.80 |
| Bill Pmt -Check | 11/13/2018 | ACH 270 | Angie Black | STU - Fall 2018 commission | 50120 · Commissions / Broker Fees | -28,329.57 |
| Bill Pmt -Check | 11/13/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -57,066.65 |
| Check | 11/14/2018 | ACH | Ohio Treasurer of State | 2018 Q3 CAT | 66400 · Ohio Taxes - CAT | -3,235.00 |
| Bill Pmt -Check | 11/15/2018 | ACH 273 | Zachary Simon | Nov 2018 | 50144 · Ohio Wesleyan - Liaison | -3,666.67 |
| Bill Pmt -Check | 11/15/2018 | ACH 272 | Caitlin Arbos | Nov 2018 | 20000 · Accounts Payable | -3,140.00 |
| Bill Pmt -Check | 11/15/2018 | ACH 271 | Tonya Wolf | Nov 2018 | 20000 · Accounts Payable | -500.00 |
| Bill Pmt -Check | 11/15/2018 | ACH 275 | Anthem Community | claims | 20000 · Accounts Payable | -339.25 |
| Bill Pmt -Check | 11/15/2018 | ACH 276 | Anthem Community | claims | 20000 · Accounts Payable | -26,806.51 |
| Check | 11/15/2018 | xfer | SEBT - Operating/2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -5,000.00 |
| Check | 11/15/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -45,000.00 |
| Check | 11/15/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -513.46 |
| Check | 11/15/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -373.29 |
| Check | 11/15/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -292.12 |
| Check | 11/15/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -70.33 |
| Check | 11/15/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -33.69 |
| Check | 11/15/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -5.41 |
| Check | 11/16/2018 | ACH 274 | Veronica T. Dunn | Paul Quinn - Fall 2018 | 50120 · Commissions / Broker Fees | -8,548.93 |
| Bill Pmt -Check | 11/19/2018 | ACH 277 | Anthem BC/BS | 9943417049 | 20000 · Accounts Payable | -16,416.44 |
| Bill Pmt -Check | 11/19/2018 | ACH 278 | Anthem BC/BS | 9943417049 | 20000 · Accounts Payable | -3,310.76 |
| Check | 11/19/2018 | xfer | SEBT - Operating/2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -25,000.00 |
| Check | 11/19/2018 | xfer | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -45,500.00 |
| Bill Pmt -Check | 11/20/2018 | ACH 279 | Anthem Community | 11/13/18 | 20000 · Accounts Payable | -6,455.65 |
| Bill Pmt -Check | 11/20/2018 | ACH 280 | Anthem Community | 11/13/18 | 20000 · Accounts Payable | -26,702.78 |
| Check | 11/20/2018 | xfer | SEBT - Operating/2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -30,000.00 |
| Bill Pmt -Check | 11/21/2018 | 1537 | Tricia R. Fincham | Nov 2018 | 50134 · Hiram - Liaison | -1,666.67 |
| Bill Pmt -Check | 11/21/2018 | ACH 281 | Anthem Community | 11/15/18 | 20000 · Accounts Payable | -20,342.21 |
| Check | 11/21/2018 | ACH | NCAS | | 50130 · TPA Services | -36,447.35 |
| Check | 11/26/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -3,100.00 |
| Bill Pmt -Check | 11/28/2018 | ACH 283 | Anthem Community | claims | 20000 · Accounts Payable | -3.44 |
| Bill Pmt -Check | 11/28/2018 | ACH 284 | Anthem Community | 11/20/18 | 20000 · Accounts Payable | -9,775.43 |
| Bill Pmt -Check | 11/28/2018 | ACH 285 | Anthem BC/BS | 9943417049 | 20000 · Accounts Payable | -1,096.91 |
| Bill Pmt -Check | 11/30/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -7,152.08 |
| Bill Pmt -Check | 12/01/2018 | 1539 | Delta Dental | dental premiums | 20000 · Accounts Payable | -3,430.73 |
| Bill Pmt -Check | 12/01/2018 | 1538 | Leonard Insurance Services | Fall 2018 | -SPLIT- | -23,566.66 |
| Check | 12/04/2018 | ACH | FirstData | merchant fees | 50102 · Merchant Fees | -363.69 |
| Bill Pmt -Check | 12/05/2018 | ACH 290 | Anthem Community | 11/20/18 | 20000 · Accounts Payable | -15,877.78 |
| Bill Pmt -Check | 12/05/2018 | ACH 289 | Anthem Community | 11/20/18 | 20000 · Accounts Payable | -19,210.62 |
| Bill Pmt -Check | 12/05/2018 | ACH 292 | Anthem Community | 11/27/18 | 20000 · Accounts Payable | -8,858.24 |
| Bill Pmt -Check | 12/05/2018 | ACH 293 | Anthem Community | 11/27/18 | 20000 · Accounts Payable | -19,191.73 |
| Bill Pmt -Check | 12/05/2018 | ACH 291 | Anthem BC/BS | 9943417049 | 20000 · Accounts Payable | -294.69 |
| Bill Pmt -Check | 12/07/2018 | xfer | CampusFirst, LLC | Virginia Wesleyan - Fall 2018 | 20000 · Accounts Payable | -5,344.96 |
| Check | 12/11/2018 | xfer | SEBT - Operating/2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -5,000.00 |
| Bill Pmt -Check | 12/11/2018 | xfer | SEIT | Nov 2018 CLIC | 20000 · Accounts Payable | -1,602.64 |
| Bill Pmt -Check | 12/12/2018 | ACH 295 | Anthem Community | claims | 20000 · Accounts Payable | -293.03 |
| Check | 12/12/2018 | 1540 | Idan Raz | fee refund | NOVA | -351.26 |
| Bill Pmt -Check | 12/13/2018 | 1541 | Leonard Insurance Services | Akron - Fall 2018 | 50120 · Commissions / Broker Fees | -21,895.92 |
| Check | 12/13/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -5,000.00 |
| Bill Pmt -Check | 12/13/2018 | 1543 | Loyola Univ New Orleans | Fall 2018 Capitation | 20000 · Accounts Payable | -2,200.00 |
| Bill Pmt -Check | 12/14/2018 | ACH 298 | Zachary Simon | Dec 2018 - liaison | 50144 · Ohio Wesleyan - Liaison | -3,666.67 |
| Bill Pmt -Check | 12/14/2018 | ACH 296 | Tonya Wolf | Dec 2018 - liaison | 20000 · Accounts Payable | -500.00 |
| Check | 12/14/2018 | 1542 | Tricia R. Fincham | Dec 2018 - liaison | 50134 · Hiram - Liaison | -1,666.67 |
| Bill Pmt -Check | 12/17/2018 | xfer | CampusFirst, LLC | Akron - Fall 2018 | 20000 · Accounts Payable | -6,842.93 |

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 12/17/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -70.33 |
| Check | 12/17/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -5.41 |
| Check | 12/17/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -33.69 |
| Check | 12/17/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -384.11 |
| Check | 12/17/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -292.12 |
| Check | 12/17/2018 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -502.64 |
| Bill Pmt -Check | 12/21/2018 | xfer | CampusFirst, LLC | Paul Quinn Fall 2019 | 20000 · Accounts Payable | -7,837.03 |
| Check | 12/24/2018 | ACH 302 | Veronica T. Dunn | Paul Quinn Fall 2019 | 50120 · Commissions / Broker Fees | -5,597.88 |
| Check | 01/03/2019 | ACH | Davis Vision | Oct, Nov, Dec | -SPLIT- | -925.11 |
| Bill Pmt -Check | 01/04/2019 | ACH 307 | Evolutions Health Care Systems, Inc. | TPA fees | 20000 · Accounts Payable | -19,728.00 |
| Check | 01/04/2019 | ACH | FirstData | merchant fees | 50102 · Merchant Fees | -88.03 |
| Check | 01/09/2019 | ACH 310 | Zachary Simon | wrap up liaison work in Jan 2019 | 50144 · Ohio Wesleyan - Liaison | -1,301.08 |
| Bill Pmt -Check | 01/10/2019 | 1544 | Delta Dental | dental premiums | 20000 · Accounts Payable | -6,326.39 |
| Check | 01/10/2019 | xfer | SEBT - Operating #2366 | xfer between SEBT accounts | 10000 · Operating Account/Oper 40059 | -15,000.00 |
| Check | 01/11/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -270.50 |
| Check | 01/11/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -124.43 |
| Check | 01/14/2019 | 1545 | Pamela C Hillier | re Luke VanLandschoot refund | Loyola New Orleans | -662.00 |
| Check | 01/15/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -33.69 |
| Check | 01/15/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -292.12 |
| Check | 01/15/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -5.41 |
| Check | 01/15/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -70.33 |
| Check | 01/15/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -378.70 |
| Check | 01/15/2019 | ACH | Davis Vision | vision premiums | 50101 · Dental / Vision Premiums | -497.23 |
| Check | 01/16/2019 | | Garret R Zunk | Re Celeste Powell refund | Toledo | -2,133.48 |

**Total 10020 · Premium Account/Escrow 40033**      **-1,705,446.70**

**10021 · Premium #2 AmeriBen - 44822**

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 10/16/2018 | 1000000128 | University Medical Center | claims | -SPLIT- | -32,379.90 |
| Check | 10/16/2018 | 1000000129 | University of Toledo Physician | claims | -SPLIT- | -7,758.96 |
| Check | 10/16/2018 | 1000000133 | Stresscare Behavioral Health I | | 50104 · Claims 2017-18 | -243.20 |
| Check | 10/16/2018 | 1000000127 | Cleveland Clinic Foundation | claims | -SPLIT- | -3,197.63 |
| Check | 10/16/2018 | 1000000118 | University Hospitals Med Group | | 50104 · Claims 2017-18 | -2,885.00 |
| Check | 10/16/2018 | 1000000119 | University Hospitals Med Group | | 50104 · Claims 2017-18 | -1,714.00 |
| Check | 10/16/2018 | 1000000120 | University Hospitals Medical G | | 50104 · Claims 2017-18 | -16,124.00 |
| Check | 10/16/2018 | 1000000121 | University Hospitals Med Group | | 50104 · Claims 2017-18 | -33,594.50 |
| Check | 10/16/2018 | 1000000124 | Summa Western Reserve Hospital | | 50106 · Claims 2018-19 | -4,056.88 |
| Check | 10/16/2018 | 1000000125 | SWRH Physicians Inc | | 50104 · Claims 2017-18 | -296.21 |
| Check | 10/16/2018 | 1000000126 | Childrens Hosp Med Center | | 50104 · Claims 2017-18 | -742.42 |
| Check | 10/16/2018 | 1000000130 | Akron Radiology Inc | | 50104 · Claims 2017-18 | -120.26 |
| Check | 10/16/2018 | 1000000131 | Axesspointe Community Health C | | 50104 · Claims 2017-18 | -262.00 |
| Check | 10/16/2018 | 1000000132 | University Primary Care Practices Inc | | 50104 · Claims 2017-18 | -195.00 |
| Check | 10/16/2018 | 1000000134 | Partners Physician Group | claims | -SPLIT- | -142.78 |
| Check | 10/16/2018 | 1000000135 | Northeast Ohio Endocrinology | | 50104 · Claims 2017-18 | -88.86 |
| Check | 10/16/2018 | 1000000137 | Peak Health & Wellness LLC | | 50106 · Claims 2018-19 | -325.61 |
| Check | 10/16/2018 | 1000000138 | St Vincent Carmel Hospital | | 50106 · Claims 2018-19 | -4,161.26 |
| Check | 10/16/2018 | 1000000139 | UT Southwestern Medical Serv | claims | -SPLIT- | -246.19 |
| Check | 10/16/2018 | 1000000140 | Paramount Behavioral Health | | 50104 · Claims 2017-18 | -13.79 |
| Check | 10/16/2018 | 1000000122 | Michael E Pannunzio, MD | | 50104 · Claims 2017-18 | -50.00 |
| Check | 10/16/2018 | 1000000123 | Reconstructive Hand To Shoulder | | 50104 · Claims 2017-18 | -778.62 |
| Check | 10/16/2018 | 1000000136 | Hennepin Healthcare System | | 50104 · Claims 2017-18 | -96.80 |
| Check | 10/24/2018 | 1000000144 | Connecticut DSS | | 50104 · Claims 2017-18 | -58.60 |
| Check | 10/24/2018 | 1000000145 | Connecticut DSS | | 50104 · Claims 2017-18 | -81.53 |
| Check | 10/24/2018 | 1000000146 | Connecticut DSS | | 50104 · Claims 2017-18 | -81.53 |
| Check | 10/24/2018 | 1000000147 | Connecticut DSS | | 50104 · Claims 2017-18 | -81.53 |
| Check | 10/24/2018 | 1000000148 | Connecticut DSS | | 50104 · Claims 2017-18 | -81.53 |
| Check | 10/24/2018 | 1000000149 | United Healthcare NY | | 50104 · Claims 2017-18 | -38.56 |
| Check | 10/24/2018 | 1000000178 | Connecticut DSS | | 50104 · Claims 2017-18 | -54.92 |
| Check | 10/24/2018 | 1000000177 | UH Portage Medical Center | | 50106 · Claims 2018-19 | -87.79 |
| Check | 10/24/2018 | 1000000141 | Molina HC of OH | | 50104 · Claims 2017-18 | -88.07 |
| Check | 10/24/2018 | 1000000142 | Molina HC of OH | | 50104 · Claims 2017-18 | -26.39 |
| Check | 10/24/2018 | 1000000162 | University Medical Center | claims | -SPLIT- | -8,191.00 |
| Check | 10/24/2018 | 1000000163 | University of Toledo Physician | claims | -SPLIT- | -6,133.70 |
| Check | 10/24/2018 | 1000000171 | Paulding County Health Dept | | 50104 · Claims 2017-18 | -68.74 |
| Check | 10/24/2018 | 1000000172 | Advocate Health and Hospitals | | 50104 · Claims 2017-18 | -251.40 |
| Check | 10/24/2018 | 1000000143 | Centene Mgmt Corp | VOID: | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000150 | Avenues of Counseling and Mediation | VOID: Check replaced with Ck #5148 (a | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000151 | Laboratory Corporation of America | | 50104 · Claims 2017-18 | -53.38 |
| Check | 10/24/2018 | 1000000152 | Pediatric Produ 37902 | | 50104 · Claims 2017-18 | -350.00 |
| Check | 10/24/2018 | 1000000153 | Unity Health Network LLC | VOID: Original Amt S517.30 - AmeriBen | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000154 | Miami County Obgyn ans Associa | | 50104 · Claims 2017-18 | -99.00 |
| Check | 10/24/2018 | 1000000155 | Childrens Hosp Med Center | | 50104 · Claims 2017-18 | -935.05 |
| Check | 10/24/2018 | 1000000156 | CHMCA  Physicians | | 50104 · Claims 2017-18 | -184.95 |
| Check | 10/24/2018 | 1000000157 | Akron General Med Center | | 50104 · Claims 2017-18 | -13,504.16 |

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 10/24/2018 | 1000000158 | Cleveland Clinic Hospital | VOID: Original Amt 474.80 | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000159 | Cleveland Clinic Foundation | VOID: Original amt 124.30 | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000160 | Cleveland Clinic Foundation | VOID: check returned by bank NSF | -SPLIT- | 0.00 |
| Check | 10/24/2018 | 1000000161 | Summa Health System | | 50104 · Claims 2017-18 | -2,375.78 |
| Check | 10/24/2018 | 1000000164 | Fairview Eye Center Inc | | 50104 · Claims 2017-18 | -185.60 |
| Check | 10/24/2018 | 1000000165 | Anil M Parikh, MD Inc | | 50104 · Claims 2017-18 | -472.61 |
| Check | 10/24/2018 | 1000000166 | Akron Radiology Inc | | 50106 · Claims 2018-19 | -31.85 |
| Check | 10/24/2018 | 1000000167 | University Primary Care Practices Inc | VOID: Original amt 85.34 | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000168 | Summa Physician Inc | | 50104 · Claims 2017-18 | -236.70 |
| Check | 10/24/2018 | 1000000169 | Partners Physician Group | VOID: Original amt 2021.40 | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000170 | Partners Physician Group | VOID: Original amt 389.01 | 50104 · Claims 2017-18 | 0.00 |
| Check | 10/24/2018 | 1000000173 | Peak Health & Wellness LLC | | -SPLIT- | -686.64 |
| Check | 10/24/2018 | 1000000174 | Brumbaugh Chiropractic | | 50104 · Claims 2017-18 | -43.12 |
| Check | 10/24/2018 | 1000000175 | Wellcare Physicians | | 50104 · Claims 2017-18 | -234.65 |
| Check | 10/24/2018 | 1000000176 | UT Southwestern Medical Serv | claims | -SPLIT- | -1,019.02 |
| Check | 10/25/2018 | xfer | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -7,500.00 |
| Check | 11/13/2018 | xfer | SEBT - Premium Escrow #0033 | xfer between SEBT accounts | 10020 · Premium Account/Escrow 4003: | -45,000.00 |
| Check | 11/13/2018 | 1000000179 | CareSource OH | | 50106 · Claims 2018-19 | -1.60 |
| Check | 11/13/2018 | 1000000180 | CareSource OH | | 50100 · Claims 2016-17 | -44.84 |
| Check | 11/13/2018 | 1000000181 | CareSource OH | | 50106 · Claims 2018-19 | -44.84 |
| Check | 11/13/2018 | 1000000182 | Molina HC of OH | | 50104 · Claims 2017-18 | -699.44 |
| Check | 11/13/2018 | 1000000183 | Molina HC of OH | | 50104 · Claims 2017-18 | -399.68 |
| Check | 11/13/2018 | 1000000193 | Toledo Clinic Inc | | 50104 · Claims 2017-18 | -80.16 |
| Check | 11/13/2018 | 1000000194 | University Medical Center | | 50104 · Claims 2017-18 | -296.22 |
| Check | 11/13/2018 | 1000000202 | ProMedica Toledo Hospital | VOID: Returned by bank NSF | 50104 · Claims 2017-18 | 0.00 |
| Check | 11/13/2018 | 1000000204 | City of Bowling Green EMS | | 50104 · Claims 2017-18 | -227.17 |
| Check | 11/13/2018 | 1000000184 | Ohio DJFS | VOID: Returned by bank NSF | 50104 · Claims 2017-18 | 0.00 |
| Check | 11/13/2018 | 1000000185 | Brelynne Majeed | VOID: Returned by bank NSF | 50104 · Claims 2017-18 | 0.00 |
| Check | 11/13/2018 | 1000000186 | Boston Plastic & Oral Surgery | | 50106 · Claims 2018-19 | -221.18 |
| Check | 11/13/2018 | 1000000187 | Western Reserve Hospital LLC | | 50104 · Claims 2017-18 | -321.72 |
| Check | 11/13/2018 | 1000000189 | Childrens Hosp Med Center | | 50104 · Claims 2017-18 | -747.59 |
| Check | 11/13/2018 | 1000000190 | CHMCA  Physicians | | 50104 · Claims 2017-18 | -40.28 |
| Check | 11/13/2018 | 1000000191 | Akron General Med Center | | 50104 · Claims 2017-18 | -30,593.22 |
| Check | 11/13/2018 | 1000000192 | Cleveland Clinic Foundation | | 50104 · Claims 2017-18 | -219.14 |
| Check | 11/13/2018 | 1000000195 | Anes Assoc of Akron Inc | VOID: Original amt $3,828.00 returned b | 50104 · Claims 2017-18 | 0.00 |
| Check | 11/13/2018 | 1000000196 | Shirley K. Terrass, PHD | | 50104 · Claims 2017-18 | -432.00 |
| Check | 11/13/2018 | 1000000197 | Shirley K. Terrass, PHD | | 50104 · Claims 2017-18 | -432.00 |
| Check | 11/13/2018 | 1000000198 | Tania Kurtz | | 50104 · Claims 2017-18 | -1,256.60 |
| Check | 11/13/2018 | 1000000199 | Partners Physician Group | | 50104 · Claims 2017-18 | -208.33 |
| Check | 11/13/2018 | 1000000200 | Wooster Clinic | | 50104 · Claims 2017-18 | -139.20 |
| Check | 11/13/2018 | 1000000201 | Clinic Medical Services Company | VOID: Returned by bank NSF | 50104 · Claims 2017-18 | 0.00 |
| Check | 11/13/2018 | 1000000203 | Wooster Community Hospital | | 50104 · Claims 2017-18 | -240.22 |
| Check | 11/13/2018 | 1000000205 | St Vincent Emergency Physician | | 50106 · Claims 2018-19 | -710.40 |
| Check | 11/13/2018 | 1000000206 | Xunshi Zhang | | 50106 · Claims 2018-19 | -134.04 |
| Check | 11/13/2018 | 1000000188 | Beacon Orthopaedics and Sports | VOID: Returned by bank NSF | 50104 · Claims 2017-18 | 0.00 |
| Check | 11/20/2018 | 1000000207 | Western Reserve Hospital LLC | | 50104 · Claims 2017-18 | -736.98 |
| Check | 11/20/2018 | 1000000208 | Santa Clara Imaging LLC | | 50104 · Claims 2017-18 | -597.88 |
| Check | 11/20/2018 | 1000000209 | Dayton Anesthesia and Pain | | 50106 · Claims 2018-19 | -1,661.28 |
| Check | 11/20/2018 | 1000000210 | Quinn Orthopedic Physical Therapy | | 50104 · Claims 2017-18 | -13.25 |
| Check | 11/20/2018 | 1000000211 | Quinn Orthopedic Physical Therapy | | 50106 · Claims 2018-19 | -83.98 |
| Check | 11/20/2018 | 1000000212 | Southwest General Medical | | 50104 · Claims 2017-18 | -72.00 |
| Check | 11/20/2018 | 1000000213 | Radiological Associates Med Gr | | 50104 · Claims 2017-18 | -384.48 |
| Check | 11/27/2018 | 1000000214 | CareSource OH | | 50104 · Claims 2017-18 | -44.84 |
| Check | 11/27/2018 | 1000000215 | CareSource OH | | 50104 · Claims 2017-18 | -302.40 |
| Check | 11/27/2018 | 1000000216 | CareSource OH | | 50104 · Claims 2017-18 | -44.84 |
| Check | 11/27/2018 | 1000000217 | CareSource OH | | 50104 · Claims 2017-18 | -44.84 |
| Check | 11/27/2018 | 1000000218 | CareSource OH | | 50104 · Claims 2017-18 | -44.84 |
| Check | 11/27/2018 | 1000000219 | Childrens Hosp Med Center | | 50104 · Claims 2017-18 | -50.16 |
| Check | 11/27/2018 | 1000000220 | CHMCA  Physicians | | 50104 · Claims 2017-18 | -15.00 |
| Check | 11/27/2018 | 1000000221 | Akron General Womens Health | | 50104 · Claims 2017-18 | -95.88 |
| Check | 11/29/2018 | xfer | SEBT - Claims Funding #1853 | xfer between SEBT accounts | 10024 · Claims Payment Acct 71853 | -4,200.00 |
| Check | 11/30/2018 | 1000000222 | CareSource OH | | 50106 · Claims 2018-19 | -11.18 |
| Check | 11/30/2018 | 1000000223 | CareSource OH | | 50106 · Claims 2018-19 | -37.16 |
| Check | 11/30/2018 | 1000000224 | CareSource OH | | 50106 · Claims 2018-19 | -49.19 |
| Check | 11/30/2018 | 1000000230 | Annette Marsolais | | 50106 · Claims 2018-19 | -645.00 |
| Check | 11/30/2018 | 1000000231 | Annette Marsolais | | 50106 · Claims 2018-19 | -702.50 |
| Check | 11/30/2018 | 1000000225 | Paramount Advtg | | 50104 · Claims 2017-18 | -66.14 |
| Check | 11/30/2018 | 1000000226 | Akron General Med Center | | 50104 · Claims 2017-18 | -1,038.40 |
| Check | 11/30/2018 | 1000000227 | Summa Health System | | 50104 · Claims 2017-18 | -480.38 |
| Check | 11/30/2018 | 1000000228 | Wooster Clinic | | 50104 · Claims 2017-18 | -182.70 |
| Check | 11/30/2018 | 1000000229 | James Son, MD | | 50104 · Claims 2017-18 | -132.00 |
| Check | 12/04/2018 | 1000000232 | CareSource OH | | 50106 · Claims 2018-19 | -40.24 |

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 12/04/2018 | 1000000239 | Cleveland Clinic Foundation | | 50104 · Claims 2017-18 | -130.87 |
| Check | 12/04/2018 | 1000000236 | Childrens Hosp Med Center | | 50104 · Claims 2017-18 | -129.46 |
| Check | 12/04/2018 | 1000000237 | Childrens Hosp Med Center | | 50104 · Claims 2017-18 | -489.16 |
| Check | 12/04/2018 | 1000000238 | CHMCA Physicians | | 50104 · Claims 2017-18 | -135.14 |
| Check | 12/04/2018 | 1000000240 | Partners Physician Group | | 50104 · Claims 2017-18 | -66.66 |
| Check | 12/04/2018 | 1000000233 | Childrens Anesthesia Assoc | VOID: | 50106 · Claims 2018-19 | 0.00 |
| Check | 12/04/2018 | 1000000234 | Children's Radiological Institute | VOID: | 50106 · Claims 2018-19 | 0.00 |
| Check | 12/04/2018 | 1000000235 | Nationwide Children's Hospital | VOID: | 50106 · Claims 2018-19 | 0.00 |
| Check | 12/07/2018 | 1000000241 | John Given, MD | | 50106 · Claims 2018-19 | -80.00 |
| Check | 12/07/2018 | 1000000242 | Paramount Advtg | | 50104 · Claims 2017-18 | -33.75 |
| Check | 12/07/2018 | 1000000245 | Cleveland Clinic Foundation | claims | -SPLIT- | -331.37 |
| Check | 12/07/2018 | 1000000246 | Toledo Clinic Inc | | 50104 · Claims 2017-18 | -35.71 |
| Check | 12/07/2018 | 1000000247 | University Medical Center | | 50104 · Claims 2017-18 | -3,957.08 |
| Check | 12/07/2018 | 1000000243 | CHMCA Physicians | | 50104 · Claims 2017-18 | -150.29 |
| Check | 12/07/2018 | 1000000244 | Akron General Med Center | | 50104 · Claims 2017-18 | -1,423.18 |
| Check | 12/11/2018 | 1000000249 | Toledo Clinic Inc | | 50104 · Claims 2017-18 | -24.92 |
| Check | 12/11/2018 | 1000000250 | Roshinder Padda | | 50104 · Claims 2017-18 | -216.82 |
| Check | 12/11/2018 | 1000000248 | Western Reserve Hospital LLC | | 50104 · Claims 2017-18 | -1,976.08 |
| **Total 10021 · Premium #2 AmeriBen - 44822** | | | | | | **-256,159.59** |
| **10024 · Claims Payment Acct 71853** | | | | | | |
| Bill Pmt -Check | 10/17/2018 | ACH | Anthem Community | claims | 20000 · Accounts Payable | -450.74 |
| Bill Pmt -Check | 10/18/2018 | ACH | NCAS | JEG/KEG 10/16 claims | 20000 · Accounts Payable | -3,206.30 |
| Check | 10/18/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -20,000.00 |
| Check | 10/22/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -20,000.00 |
| Check | 10/24/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -25,000.00 |
| Check | 10/30/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -11,000.00 |
| Check | 10/30/2018 | xfer | SEBT - AmeriBen Claims #4822 | xfer between SEBT accounts | 10021 · Premium #2 AmeriBen - 44822 | -9,500.00 |
| Bill Pmt -Check | 10/31/2018 | ACH | Anthem Community | 10/26/18 | 20000 · Accounts Payable | -186.95 |
| Bill Pmt -Check | 11/05/2018 | ACH | NCAS | 10/30/18 | 20000 · Accounts Payable | -13,138.84 |
| Bill Pmt -Check | 11/06/2018 | ACH | NCAS | claims | 20000 · Accounts Payable | -110,751.29 |
| Bill Pmt -Check | 11/06/2018 | ACH | Anthem Community | 11/2/18 | 20000 · Accounts Payable | -82.29 |
| Check | 11/06/2018 | 5146 | University of Toledo Physician | | 20112 · Unfunded Claims 2017-18 | -32,215.44 |
| Check | 11/06/2018 | 5147 | Cleveland Clinic | | 20112 · Unfunded Claims 2017-18 | -307.80 |
| Check | 11/06/2018 | ACH 268 | University of Toledo Medical Center | | 20112 · Unfunded Claims 2017-18 | -78,443.56 |
| Check | 11/07/2018 | ACH | CLIC | Oct 2018 - Student Life Insurance Prem | -SPLIT- | -4,668.56 |
| Bill Pmt -Check | 11/09/2018 | ACH | NCAS | | 20000 · Accounts Payable | -4,906.33 |
| Bill Pmt -Check | 11/15/2018 | ACH | Anthem Community | 11/9/18 | 20000 · Accounts Payable | -2,157.05 |
| Bill Pmt -Check | 11/16/2018 | ACH | NCAS | | 20000 · Accounts Payable | -38,354.68 |
| Bill Pmt -Check | 11/21/2018 | ACH | Anthem Community | 11/16/18 | 20000 · Accounts Payable | -607.73 |
| Check | 11/27/2018 | 5148 | Avenues of Counseling and Mediation | | 50104 · Claims 2017-18 | -136.80 |
| Bill Pmt -Check | 11/28/2018 | ACH | Anthem Community | 11/21/18 | 20000 · Accounts Payable | -713.22 |
| Bill Pmt -Check | 11/29/2018 | ACH | NCAS | | 20000 · Accounts Payable | -4,620.49 |
| Bill Pmt -Check | 12/05/2018 | ACH | Anthem Community | 11/30/18 | 20000 · Accounts Payable | -369.64 |
| Check | 12/06/2018 | ACH | NCAS | | 50106 · Claims 2018-19 | -1,890.28 |
| Check | 12/08/2018 | ACH | CLIC | Nov 2018 - Student Life Insurance Prem | -SPLIT- | -4,668.56 |
| Check | 12/10/2018 | 5149 | Joseph Pirman | 218-0000179947-00 | 20112 · Unfunded Claims 2017-18 | -83.03 |
| Check | 12/11/2018 | 5150 | Emergency Physicians of Northwest | 218-0000526234-00 | 20112 · Unfunded Claims 2017-18 | -75.08 |
| Bill Pmt -Check | 12/12/2018 | ACH | Anthem Community | 12/7/18 | 20000 · Accounts Payable | -2,388.34 |
| Check | 12/12/2018 | 5151 | Wards Corner Pediatrics | claim 218-0000210082 | 20112 · Unfunded Claims 2017-18 | -87.79 |
| Bill Pmt -Check | 12/19/2018 | ACH | Anthem Community | 12/14/18 | 20000 · Accounts Payable | -415.94 |
| Bill Pmt -Check | 01/03/2019 | ACH | Anthem Community | | 20000 · Accounts Payable | -222.10 |
| Bill Pmt -Check | 01/07/2019 | ACH 308 | Anthem Community | 12/21/18 | 20000 · Accounts Payable | -788.28 |
| Check | 01/08/2019 | ACH | CLIC | Dec 2018 - Student Life Insurance Prem | -SPLIT- | -4,668.56 |
| **Total 10024 · Claims Payment Acct 71853** | | | | | | **-396,105.67** |
| **10026 · Continental Claims 72687** | | | | | | |
| **TOTAL** | | | | | | **-2,439,007.51** |

**Student Educational Benefit Trust**
Disbursements - Past Year - Related Parties
January 16, 2018 through January 17, 2019

1:00 PM
01/17/2019
Accrual Basis

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Cash Accounts** | | | | | | |
| **10000 · Operating Account/Oper 40059** | | | | | | |
| Check | 02/01/2018 | ACH | Suzanne E. Ferio | Feb 2018 | 61020 · Consulting - General | -819.90 |
| Bill Pmt -Check | 02/01/2018 | xfer | EELIT | Jan 2018 - Interest & Fin Fee | 20000 · Accounts Payable | -10,000.00 |
| Bill Pmt -Check | 02/20/2018 | 1837 | James W. McGlamery | consulting | 20000 · Accounts Payable | -5,869.84 |
| Check | 03/01/2018 | ACH | Suzanne E. Ferio | Mar 2018 | 61020 · Consulting - General | -817.00 |
| Bill Pmt -Check | 03/19/2018 | 1844 | James W. McGlamery | expense reimb | 20000 · Accounts Payable | -73.71 |
| Check | 03/30/2018 | ACH | Suzanne E. Ferio | Apr 2018 | 61020 · Consulting - General | -817.00 |
| Check | 04/16/2018 | xfer | CampusFirst | repay 4/13/18 advance | Intercompany Transfers | -2,000.00 |
| Check | 05/01/2018 | ACH | Suzanne E. Ferio | May 2018 | 61020 · Consulting - General | -792.10 |
| Check | 06/01/2018 | ACH | Suzanne E. Ferio | June 2018 | 61020 · Consulting - General | -792.10 |
| Check | 06/29/2018 | ACH | Suzanne E. Ferio | July 2018 | 61020 · Consulting - General | -792.10 |
| Check | 08/01/2018 | ACH | Suzanne E. Ferio | August 2018 | 61020 · Consulting - General | -792.10 |
| Check | 08/31/2018 | ACH | Suzanne E. Ferio | September 2018 | 61020 · Consulting - General | -792.10 |
| Check | 09/06/2018 | 1859 | Suzanne E. Ferio | expense reimb | 66180 · Travel Expense | -222.36 |
| Check | 09/28/2018 | ACH | Suzanne E. Ferio | Oct 2018 | 61020 · Consulting - General | -714.10 |
| Check | 11/01/2018 | ACH | Suzanne E. Ferio | Nov 2018 | 61020 · Consulting - General | -696.80 |
| Check | 11/28/2018 | 1870 | Suzanne E. Ferio | Dec 2018 | 61020 · Consulting - General | -696.80 |
| Check | 12/17/2018 | ACH 299 | Suzanne E. Ferio | Dec 2018 | 61020 · Consulting - General | -696.80 |
| **Total 10000 · Operating Account/Oper 40059** | | | | | | -27,404.81 |
| **10020 · Premium Account/Escrow 40033** | | | | | | |
| Bill Pmt -Check | 02/01/2018 | xfer | EELIT | Jan 2018 CLIC fee | 20000 · Accounts Payable | -4,099.50 |
| Bill Pmt -Check | 02/01/2018 | xfer | SEIT | Jan 2018 CLIC fee | 20000 · Accounts Payable | -1,885.77 |
| Check | 02/05/2018 | xfer | CampusFirst | Jan cc receipts fee | -SPLIT- | -50,623.36 |
| Check | 02/20/2018 | xfer | CampusFirst | fees | 50129 · CF Admin Services | -3,068.48 |
| Check | 02/26/2018 | xfer | CampusFirst | Fees - Spring 2018 - Ohio D, Hiram, Pau | -SPLIT- | -22,723.68 |
| Bill Pmt -Check | 03/06/2018 | xfer | SEIT | Feb 2018 CLIC fee | 20000 · Accounts Payable | -1,879.10 |
| Bill Pmt -Check | 03/06/2018 | xfer | EELIT | Feb 2018 CLIC fee | 20000 · Accounts Payable | -4,085.00 |
| Check | 03/06/2018 | xfer | CampusFirst | Coppin - spring 2018 fee | 50129 · CF Admin Services | -17,363.76 |
| Check | 03/12/2018 | xfer | CampusFirst | Feb 2018 - cc receipts fee | -SPLIT- | -10,335.94 |
| Check | 03/19/2018 | xfer | CampusFirst | fees | 50129 · CF Admin Services | -27,617.02 |
| Check | 04/04/2018 | xfer | CampusFirst | Virginia Wes, March cc - Spring 2018 | -SPLIT- | -2,840.20 |
| Check | 04/09/2018 | xfer | CampusFirst | Oct, Nov, Dec 2017 cc receipts fees | -SPLIT- | -31,274.25 |
| Bill Pmt -Check | 04/12/2018 | xfer | SEIT | Mar 2018 CLIC fees | 20000 · Accounts Payable | -1,821.83 |
| Check | 04/16/2018 | xfer | CampusFirst | repay 4/13/18 advance | Intercompany Transfers | -2,000.00 |
| Check | 04/17/2018 | xfer | CampusFirst | Toledo - spring 2018 (partial) fees | 50129 · CF Admin Services | -27,857.23 |
| Bill Pmt -Check | 04/23/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -20,000.00 |
| Bill Pmt -Check | 04/23/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -10,000.00 |
| Bill Pmt -Check | 05/08/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -21,633.71 |
| Bill Pmt -Check | 05/08/2018 | xfer | SEIT | Apr 2018 CLIC fees | 20000 · Accounts Payable | -1,821.83 |
| Check | 05/29/2018 | xfer | CampusFirst, LLC | return of temp advance to claims acct | 11300 · CampusFirst Due To/From | -5,000.00 |
| Bill Pmt -Check | 06/26/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -10,192.71 |
| Bill Pmt -Check | 06/28/2018 | xfer | SEIT | May 2018 CLIC | 20000 · Accounts Payable | -1,821.83 |
| Bill Pmt -Check | 07/10/2018 | xfer | CampusFirst | Florida - spring 2018 partial | 20000 · Accounts Payable | -15,000.00 |
| Bill Pmt -Check | 07/24/2018 | xfer | CampusFirst | FMU - spring 2018 fees (partial) | 20000 · Accounts Payable | -2,000.00 |
| Bill Pmt -Check | 07/31/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -8,000.00 |
| Bill Pmt -Check | 08/07/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -10,825.41 |
| Bill Pmt -Check | 08/10/2018 | xfer | CampusFirst, LLC | Morgan - Spring 2018 | 20000 · Accounts Payable | -16,000.00 |
| Bill Pmt -Check | 08/20/2018 | xfer | CampusFirst, LLC | Morgan - Spring 2018 | 20000 · Accounts Payable | -12,000.00 |
| Bill Pmt -Check | 08/20/2018 | xfer | SEIT | June 2018 CLIC | 20000 · Accounts Payable | -1,821.83 |
| Bill Pmt -Check | 08/21/2018 | xfer | CampusFirst, LLC | Morgan - Spring 2018 | 20000 · Accounts Payable | -8,000.00 |
| Bill Pmt -Check | 08/30/2018 | xfer | CampusFirst, LLC | Spring 2018 fees | 20000 · Accounts Payable | -20,301.60 |
| Bill Pmt -Check | 09/12/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -11,140.09 |
| Bill Pmt -Check | 09/13/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -9,000.00 |
| Bill Pmt -Check | 09/19/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -16,068.48 |
| Bill Pmt -Check | 09/24/2018 | xfer | EELIT | Interest & Fin Fee | 20000 · Accounts Payable | -10,000.00 |
| Bill Pmt -Check | 09/25/2018 | xfer | SEIT | July 2018 CLIC | 20000 · Accounts Payable | -1,821.83 |
| Bill Pmt -Check | 10/01/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -44,091.37 |
| Bill Pmt -Check | 10/04/2018 | xfer | EELIT | CLIC fees | 20000 · Accounts Payable | -19,802.50 |
| Bill Pmt -Check | 10/16/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -11,431.62 |
| Check | 10/25/2018 | xfer | EELIT | temp advance to EELIT | 20035 · EELIT | -1,600.00 |
| Check | 10/25/2018 | xfer | CampusFirst | return of temp advance | 11300 · CampusFirst Due To/From | -3,000.00 |
| Bill Pmt -Check | 11/02/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -25,000.00 |

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 11/02/2018 | xfer | EELIT | repay temporary advances from EELIT | 20035 · EELIT | -68,400.00 |
| Bill Pmt -Check | 11/05/2018 | xfer | SEIT | CLIC fees | 20000 · Accounts Payable | -4,885.89 |
| Bill Pmt -Check | 11/05/2018 | xfer | EELIT | Interest & Fin Fee | 20000 · Accounts Payable | -10,000.00 |
| Bill Pmt -Check | 11/09/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -69,249.29 |
| Bill Pmt -Check | 11/13/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -57,066.65 |
| Bill Pmt -Check | 11/30/2018 | xfer | CampusFirst, LLC | fees | 20000 · Accounts Payable | -7,152.08 |
| Bill Pmt -Check | 12/07/2018 | xfer | CampusFirst, LLC | Virginia Wesleyan - Fall 2018 | 20000 · Accounts Payable | -5,344.96 |
| Bill Pmt -Check | 12/11/2018 | xfer | SEIT | Nov 2018 CLIC fees | 20000 · Accounts Payable | -1,602.64 |
| Bill Pmt -Check | 12/17/2018 | xfer | CampusFirst, LLC | Akron - Fall 2018 | 20000 · Accounts Payable | -6,842.93 |
| Bill Pmt -Check | 12/21/2018 | xfer | CampusFirst, LLC | Paul Quinn Fall 2019 | 20000 · Accounts Payable | -7,837.03 |

Total 10020 · Premium Account/Escrow 40033     -765,031.40

Total Cash Accounts     -792,436.21

**TOTAL**     **-792,436.21**

19-10329-aih    Doc 1    FILED 01/22/19    ENTERED 01/22/19 14:55:58    Page 2199 of 3613

# United States Bankruptcy Court
## Northern District of Ohio

In re **Student Educational Benefit Trust**     Case No. _____
    Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

       For legal services, I have agreed to accept ............................. $ _____

       Prior to the filing of this statement I have received .............. $ _____

       Balance Due ............................................................ $ _____

    ■ **RETAINER**

       For legal services, I have agreed to accept and received a retainer of ........... $     **25,000.00**

       The undersigned shall bill against the retainer at an hourly rate of ........... $     **325.00**
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
       **Filing fee of $335 paid with retainer**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Debtor's counsel received $25,000 on 11/19/18 re: possible reorganization/ possible merger or sale/ other reorganization efforts**

In re __Student Educational Benefit Trust__     Case No. _____

         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __January 10, 2019__ | __/s/ Michael A. Steel__ |
| *Date* | **Michael A. Steel 0072367** |
| | *Signature of Attorney* |
| | **Brennan, Manna & Diamond** |
| | **75 East Market Street** |
| | **Akron, OH 44308** |
| | **(330)374-7471  Fax: (330)374-7472** |
| | **masteel@bmdllc.com** |
| | *Name of law firm* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re __Student Educational Benefit Trust__       Case No. _____

                Debtor(s)    Chapter __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee of the Business trust named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date: __January 10, 2019__ _____    __/s/ James McGlamery__ _____
                    __James McGlamery__/Trustee
                    Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

19-10329-aih  Doc 1  FILED 01/22/19  ENTERED 01/22/19 14:55:58  Page 2202 of 3613

21ST CENTURY ONCOLOGY PKU
2270 Colonial Blvd
Fort Myers, FL 33907


24 Hours Physicians
Attn: Randall Mills
5151 Headquarters Dr.
Suite 115
Plano, TX 75024


24/7 Pediatric Care Centers
274 Third Ave. S
Jacksonville Beach, FL 32250


247 PEDIATRIC CARE CENTERS
8117 Point Meadows Dr
Jacksonville, FL 32256


A M RYWLIN MD  ASSOC PA
PO BOX 3093
BOCA RATON, FL 33431


A N M SHAHRIYAR HOSSAIN
602 SHERMAN STREET
APARTMENT 26
AKRON, OH 44311


A N M SHAHRIYAR HOSSAIN
195 WHEELER STREET
APARTMENT 104A
AKRON, OH 44304


A'DEJA FAROOQ
1701 E. STREET #4
WASHINGTON, DC 20002


A'Dil Saafir
1228 Gorman St
Apt. A
Raleigh, NC 27606


A'LUNDREA MORRIS
1024 JEWEL AVE
LAKELAND, FL 33805

A.M. Rywlin MD Assoc., PA
4300 Alton Rd. #2400
Miami Beach, FL 33140


AADILAH ELAMIN
1711 1/2 N ONTARIO ST
TOLEDO, OH 43604


AADRIANA POWELL
88 SHERMAN ST
GWYNN OAK, MD 21207


AAKILAH BARRETT
14 DUNBAR AVE
CATONSVILLE, MD 21228


AAKILAH BARRETT
1548 CLAIRIDGE RD
PIKESVILLE, MD 21208


AALIA BROWN
408D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


AALIYA PRESTON
806 W TIFFONY DRIVE
APT 2
WEST PALM BEACH, FL 33407


Aaliyah Crosell
4840 Hawksbury Rd
Pikesville, MD 21208


AALIYAH GATES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


AALIYAH GIBSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


AALIYAH LEWIS
2642 PENNSYLVANIA AVE UNIT 206
BALTIMORE, MD 21217

AALIYAH PARKER
1345 JAMES ST
BALTIMORE, MD 21223


AALIYAH SIMMONS
4561 NW 10 COURT
APT H206
PLANTATION, FL 33313


AALIYAH VILBRUN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


AALIYYA GRIER
78 WINFIELD AVE
JERSEY CITY, NJ 07305


AANIYAH SELLERS
3338 NW 9TH AVENUE
MIAMI, FL 33127


AARAN VARATHARAJAN
4430 N HOLLAND SYLVANIA RD
APT 2206
TOLEDO, OH 43623


AAREON HENRY
6053 SW 40TH ST
APT 1
HOLLYWOOD, FL 33023


AARI ROBINSON
508 KING MAPLE COURT
CHESAPEAKE, VA 23320


Aarifah Asifee
865 Quill Creek Dr.
Troy, MI 48085


Aarin Smot-Baker
2723 Glenshire Dr.
Columbus, OH 43219

AARON ARANDA
5817 WESLEYAN DRIVE
PO BOX C102
VIRGINIA BEACH, VA 23455


Aaron Arnold
9340 Good Rd.
Portage, OH 43451


Aaron Ashby
2755 W Ray Dr.
Zanesville, OH 43701


AARON BARRERA
5708 HERON COVE
BROWNSVILLE, TX 78526


AARON BRYANT
4905 GOLFWAY DRIVE
EIGHT MILE, AL 36613


Aaron Chase
4016 Chatham Rd.
Apt. 3
Gwynn Oak, MD 21207


Aaron Conley
23170 W Holt Harrigan Rd.
Genoa, OH 43430


AARON COX
6270 SW 62 PLACE
MIAMI, FL 33143


AARON DUTCHER
13115 LE PARC UNIT 13
CHINO HILLS, CA 91709-1171


AARON EICHER
7820 PALMER RD
WEST SALEM, OH 44287-8902

Aaron Geissinger
710 Jefferson Ave.
Apt. 409
Cleveland, OH 44113


AARON GILES
121 WINTERS LANE
CATONSVILLE, MD 21228


AARON GREEN
204A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


AARON HALL
5817 BONNIE VIEW, APT 1131
DALLAS, TX 75241


Aaron Herald-Cole
6403 Hil Mar Dr.
Apt. 201
District Heights, MD 20747


Aaron Jackson
4926 Minnesota Ave. NE
Washington, DC 20019


AARON JACKSON
3612 W.129TH ST.
CLEVELAND, OH 44111


AARON JACKSON
2300 HENSON VALLEY WAY
FORT WASHINGTON, MD 20744


AARON LEWIS
306C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Aaron Price
8369 Arbor Station Way
Parkville, MD 21234-4942

AARON RATAJ
858 EAST BOULEVARD
AURORA, OH 44202


AARON REA
407D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


AARON RIVARD
13513 WEST AVENUE
CLEVELAND, OH 44111


Aaron Stewart
2313 Lawnwood Cir.
Gwynn Oak, MD 21207-8101


Aaron Tipton
7330 Nightingale Dr.
Apt. 6
Holland, OH 43528


AARON TIPTON
1228 LEDGESTONE DR
WADSWORTH, OH 44281


AARON VOJTUS
6683 CLIFFSIDE DRIVE
VERMILION, OH 44089


AARUSHI SRIVASTAVA
80 E. EXCHANGE ST APT 364D
AKRON, OH 44308


AAWA PRADHAN
1216 SUNBURY RD
COLUMBUS, OH 43210


AAYAH SAMIABDULLAHASAN
1600 W ROCKET DR APT 2212B
TOLEDO, OH 43606


AAYSIAH MURRELL
1494 N. MERTON
MEMPHIS, TN 38108

ABBEY ANDERSON
1004 EAST RENO DRIVE
LOUISVILLE, OH 44641


ABBEY LORENZ
21780 BARRINGTON DR
WOODHAVEN, MI 48183


ABBEY THOMPSON
110 BARRICKMAN DR
BUTLER, PA 16001


Abbie Caudill
167 Hunt Club Dr.
Apt. 1C
Akron, OH 44321


ABBIE PEARCE
2331 GREENVIEW DR
UNIONTOWN, OH 44685


ABBIGAIL BLECHSCHMID
PO BOX 835
BURTON, OH 44021


ABBIGAIL HOSTE
12178 JEFFERSON ST
PERRYSBURG, OH 43551


Abby Baldwin
4211 Secor Rd.
Apt. 333
Toledo, OH 43623


ABBY HELMINIAK
1110 RALL RD
TOLEDO, OH 43617


Abby Lamping
4671 Mitchell Woods Dr.
Cleves, OH 45002


ABBY LAMPING
7087 VAIL COURT
CINCINNATI, OH 45247

Abby Swensen
1935 Linden Creek Dr.
Milford, OH 45150


ABDALLAH WAHDAN
14192 W SPRAGUE RD
CLEVELAND, OH 44130


Abdel Hakim Abou Yassine
3530 Vallestone Pkwy
Apt. #2
Toledo, OH 43607


ABDELRHMAN MAHAMADI
525 CARROLL ST. APT 2D
AKRON, OH 44304


ABDIGHANI ISMAIL
3408 MIDDLESEX DR APT C
TOLEDO, OH 43606


ABDOUL DIEYE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ABDOULAYE CAMARA
1724 6TH STREET NE, APT 6
MINNEAPOLIS, MN 55413


ABDOULIE JALLOW
4803 WALTONSHIRE CIRCLE
OLNEY, MD 20832


ABDRAHAMANE CAMARA
5 OLIVER AVE
APT#1C
TRENTON, NJ 08618


ABDUALELAH ALMADANI
4624 WATERFORD
STOW, OH 44224


ABDUL HAQ MOHAMMED
664 SUMNER STREET
AKRON, OH 44311

ABDUL QUADER
2621 WHITEWAY RD APT 5
TOLEDO, OH 43606


ABDUL WAHAB BANDARKAR
701 EDWARDS AVE
CUYAHOGA FALLS, OH 44221


Abdul-Rizaq Hamoud
1120 N Westwood Ave.
Apt. 1115
Toledo, OH 43607


ABDULAZIZ ALGARMOSHI
950 SOUTHERLY RD APT 137
TOWSON, MD 21204-2764


ABDULAZIZ ALSHEHRI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ABDULELAH ALSHEHRI
733 W. MARKET STREET, #506
AKRON, OH 44303


ABDULLAH ALALWESH
1312 COLBURY RD
21239
BALTIMORE, MD 21239-1208


ABDULLAH ALATTAS
UNIVERSITY EDGE
393 SUMNER ST. #2-405A
AKRON, OH 44304


ABDULLAH ALATTAS
UNIVERSITY EDGE
282 TORREY ST APT#3-11B
AKRON, OH 44304


ABDULLAH ALDAJANI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Abdullah Alkhuwaylid
2435 Zuber Rd.
Orient, OH 43146-9403


ABDULLAH ALMOTAIRI
1349 STRATFORD DR
KENT, OH 44240


ABDULLAH KURTOGLU
195 WHEELER STREET APT 202B
AKRON, OH 44304


ABDULLAH KURTOGLU
437 SUMNER STREET APT J-1
AKRON, OH 44304


ABDULLAH RAHIM
163 STAR BLVD
NASHVILLE, TN 37115


ABDULLAH YESUF
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


ABDULRAHMAN ABANMI
401 S. MAIN STREET
APT #524
AKRON, OH 44311


Abdulrahman Bassam Awad
3419 Downing Ave.
Toledo, OH 43607


Abdulsahib Albehadili
3531 Secor Rd.
Apt. 122
Toledo, OH 43606


ABEER ALBALAWI
3982 WYNDHAM RIDGE, #207
STOW, OH 44224


ABEERA MEHMOOD
11715 GARFIELD ROAD
HIRAM, OH 44234

```
ABERDEEN WILLIAMS
4200 NW 34TH STREET
APT 411
FORT LAUDERDALE, FL 33319


Abeselom Worku
1120 N Westwood Ave.
Apt. 1414
Toledo, OH 43607


ABHILASH REDDY TUMMULURI
55 FIRHILL TOWERS APT 10B6
FIRHILL STREET
AKRON, OH 44304


ABHISHEK BANERJEE
634 E BUCHTEL AVENUE
BUCHTEL ARMS APARTMENTS
AKRON, OH 44304


Abhishek Mukherjee
2642 Calverston Rd.
Toledo, OH 43607


ABIA ZULU
1235 WINSTON AVE
BALTIMORE, MD 21239


ABID SHAH
6342 EMA CT
BALTIMORE, MD 21214


Abigail Ain
5727 Tibaron Ln
Apt. 205
Toledo, OH 43615


ABIGAIL ALLEN
4994 GREENVIEW DR
COMMERCE TWP, MI 48382


Abigail Baah
3092 Kings Realm Ave.
Columbus, OH 43232
```

Abigail Bilow
3414 Gibralter Heights Dr.
Apt. R1
Toledo, OH 43609


Abigail Bond
3165 Glanzman Rd.
Apt. 7
Toledo, OH 43614


ABIGAIL BROWN
12020 LOTUS RD
MINSTER, OH 45865


ABIGAIL BROWN
1184 EMERY RIDGE DR
BATAVIA, OH 45103


Abigail Erinc
2611 W Village Dr.
Toledo, OH 43614


ABIGAIL EVANS
1115 ORANGE ARBOR TRAIL
#404
OCOEE, FL 34761


ABIGAIL EVANS
6437 CANTERLEA DR.
ORLANDO, FL 32818


ABIGAIL GUILLEN
1831 NW 113 AVE
HOLLYWOOD, FL 33026


ABIGAIL HENFIELD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ABIGAIL HILEBAK
38364 PICCADILLY SQUARE
WILLOUGHBY, OH 44094

ABIGAIL JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ABIGAIL JOHNSON
5504 PLAINFIELD AVE
BALTIMORE, MD 21206


ABIGAIL KIKO
1752 N WESTWOOD AVE APT L
TOLEDO, OH 43607


ABIGAIL LEONARD
12 E PRESTON ST
APT 1
BALTIMORE, MD 21202


ABIGAIL MATHIAS
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


ABIGAIL PAWLAK
5106 OLDE MILL CT
SYLVANIA, OH 43560


ABIGAIL POOL
4246 BARBARA DR
TOLEDO, OH 43623-3404


Abigail Savage
540 Brickelly Key Dr.
Apt. #1703
Miami, FL 33131


ABIGAIL SCHAPER
104 SUNRISE LN
BRYAN, OH 43506


ABIGAIL SEMICK
2890 VINCENT ROAD
SILVER LAKE, OH 44224

Abigail Shaper
104 Sunrise Ln
Bryan, OH 43506


Abigail Shirley
811 Thornwood Dr.
Apt. 4
Toledo, OH 43609


Abigail Singleton
19091 Brewster Rd.
Aurora, OH 44202


Abigail Spahr
1317 Wembly Rd.
Henrico, VA 23229


ABIGAIL STEVENSON
13690 COUNTY ROAD K
NAPOLEON, OH 43545


Abigail Vanalst
2204 Westbrook Dr.
Toledo, OH 43613


ABIGAIL WEAVER
923 KIRBY ST
LAKE CHARLES, LA 70601-5439


ABIGAIL WILSON
3499 CUTTER LANE
MAINEVILLE, OH 45039


ABIGAIL WIRFEL
21590 ROBINHOOD AVENUE
FAIRVIEW PARK, OH 44126


ABIGALE WILSON
8995 CARNATION RD SE
BERGHOLZ, OH 43908


ABIGAYLE HOWARD
8507 AVERY ROAD
BROADVIEW HEIGHTS, OH 44147

Abiola Adenekan
3682 Double Rock Ln
Parkville, MD 21234


ABIOLA ADENEKAN
8434 GREENWAY RD APT B
PARKVILLE, MD 21234-5046


ABLAJAN HEYTAK
1233 CADY ST
MAUMEE, OH 43537


ABRAHAM BIBAS SIMON
355 NE 194TH LANE
MIAMI, FL 33179


Abraham Gbelawoe
1610 Nuttal Ave
Edgewood, MD 21040


Abraham Lamin
927 Lakeland Dr.
Westerville, OH 43081


ABREONA CABELL
9919 ROSEWOOD GLEN LANE
DINSMORE, FL 32219


ABYGAELLE NOEL
12900 GRIFFIN BLVD
MIAMI, FL 33161


ABYGAYL GARCIA
831 ARBOL VERDE CT
DALLAS, TX 75217


AC Consulting Services, Inc.
6625 Pearl Rd.
Cleveland, OH 44130


Academic Insurance Services
Attn: Angie Black
265 S. Federal Hwy.
Suite 196
Deerfield Beach, FL 33441

ACADIAN AMBULANCE
190 E. Daliste Saloom Rd.
Lafayette, LA 70508


ACAIJA MORROW
224 NW 8TH AVE
DELRAY BEACH, FL 33444


Acheley Saint-Vilien
236 Tuscan Rd
Maplewood, NJ 07040-3029


ACIER RODRIGUEZ
17310 NW 80TH AVE.
HIALEAH, FL 33015


ACS PRIMARY CARE PHYS SW PA
3803 FM1092 Rd
Missouri City, TX 77459


ACS Primary Care Phys. Midwest
150 N. Eagle Creek Dr.
Lexington, KY 40509-1805


Action Orthopedic Spine & Pain Cent
57 Baker Blvd.
Akron, OH 44333


ADAM ABRAHAM
9290 JOHNSTON LN
CINCINNATI, OH 45242


ADAM ALEXANDER
1758 E TOWNSHIP ROAD 138
TIFFIN, OH 44883


Adam Borgman
2425 Wimbledon Park Blvd.
Toledo, OH 43617


ADAM CARLISLE
1445 PHILIP ST.
NEW ORLEANS, LA 70130

Adam Chow
1916 Glendale Ave.
Toledo, OH 43614


Adam Cytlak
2585 Township Rd.
Van Buren, OH 45889


ADAM DAMEL
14919 HUMMEL RD. APT. 120
BROOK PARK, OH 44142


ADAM DENNY
840 BREATHITT AVENUE
COLUMBUS, OH 43207


ADAM DOWNING
6045 WAKEFIELD DR
SYLVANIA, OH 43560


ADAM FITZGERALD
394 EAST PIONEER TRAIL
AURORA, OH 44202


Adam Ford
1637 Ralworth Rd
Baltimore, MD 21218-2233


ADAM HANIFF
6220 PENFIELD LN
SOLON, OH 44139


ADAM HOLL
3760 SWEITZER ST NW
UNIONTOWN, OH 44685


Adam Mierzwa
157 Viola Ave.
Hubbard, OH 44425


ADAM MURRAY
4117 WEST 160TH STREET
CLEVELAND, OH 44135

ADAM RISKO
4560 7TH STREET NW
CANTON, OH 44708


ADAM SEIF
20942 NE 37TH AVENUE
AVENTURA, FL 33180


Adam Shemony
5420 N Ocean Dr.
Apt. 1405
West Palm Beach, FL 33404


ADAM TRAORE
608D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Adam Wheeler
3062 River Rd.
Toledo, OH 43614


Adam Zemans
48 Lantern Lane
Windham, ME 04062


ADAMA TRAORE
608D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21218


ADARA JACKSON
1460 NORTH KANSAS STREET
WICHITA, KS 67214


Adauzoma Onyewuchi
229 Teapot Ct
Reisterstown, MD 21136


ADDIS BROWN
2801 W BANCROFT
MS 513
TOLEDO, OH 43606

ADDISON BISHOP
28223 E BROADWAY ST
WALBRIDGE, OH 43465


ADDYSON MILLER-BROWN
14213 OXFORD DRIVE
MARYSVILLE, OH 43040


ADEARA PENNY
509 NE 38TH STREET
MIAMI, FL 33137


Adebayo Adepegba
2927 Muserbush Ct
Lanham, MD 20706-5515


Adebobola Owoseni
130-28 - 223rd St.
Springfield Gardens, NY 11413


ADEDAYO AKINHANMI
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


Adedotun Ajayi
8784 Lincoln St.
Savage, MD 20763-9682


ADEKUNLE FALOLA
642 EAST BUCHTEL AVENUE
AKRON, OH 44304


ADEKUNLE FALOLA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ADEKUNLE FALOLA
634 E. BUCHTEL #316
AKRON, OH 44304


ADEL ABDELHADI
4177 RITA JOANNE LANE
COLUMBUS, OH 43230

ADELAIDE GOODRICH
1645 BELL RD
CHAGRIN FALLS, OH 44022


Adellyn McPheron
5000 Tillamook Trl
Lima, OH 45805


ADEN JEMANEH
1104 WESTBROOK
IRVING, TX 75060


Adepeju Badru
2 Ballycruy Ct
Lutherville Timonium, MD 21093


Aderonke Oloyede
6616 Knottowood
Baltimore, MD 21214


ADESINA GBADEBO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ADESOLA OTUSANYA
3909 EAST SHORE ROAD
MIRAMAR, FL 33023


ADESOLA SALISU
1207 DURHAM DR
BALTIMORE, MD 21216


ADETOMIKE ADEYEMI
5001 CEDAR CROFT LN
BETHESDA, MD 20814-3919


ADEYSHA CROWDER
3203 GREENMEAD RD
BALTIMORE, MD 21239


Adiel Salazar
7007 - 23rd Ave
Hyattsville, MD 20783-2834

```
ADITHYA RAJIV
493 SUMNER ST
AKRON, OH 44304


ADITHYA RAJIV
P.O. BOX 1350
SOUTH HALL, 517 A
AKRON, OH 44309


ADITYA GHATPANDE
590 E. BUCHTEL AVE. APT. 18
AKRON, OH 44304


ADITYA JINDAL
2200 HIGH STREET
SUITE 271
CUYAHOGA FALLS, OH 44221


ADITYA SURABHI
77 FIRHILL
APT #2B5
AKRON, OH 44304


ADITYA SURABHI
634 E BUCHTEL AVE APT 113
AKRON, OH 44304


ADITYA VALA
302
CHANTICLEER CIRCLE
NEW STANTON, PA 15672


ADIYA CALDWELL
25 S CHURCH RD UNIT 52
MAPLE SHADE, NJ 08052-3057


ADMIN OF EDUCATION FUND
31 Mcaslister Dr.
New Orleans, LA 70118


ADNISE WILLIAM
1138 NW 101ST ST
MIAMI, FL 33150-1337
```

ADONIS POWELL
5817 WESLEYAN DRIVE
PO BOX B118
VIRGINIA BEACH, VA 23455


ADRA BROWN
4210 NW 24TH ST
LAUDERHILL, FL 33313


ADRALIQUE BYRDSONG
5910 NW 11TH AVENUE
MIAMI, FL 33127


ADRALIQUE BYRDSONG
5230 HOLLYWOOD BOULEVARD
APT 705
HOLLYWOOD, FL 33021


ADRIAN BRINGAS
15448 SW 143RD TER
MIAMI, FL 33196-6031


ADRIAN BROCK
8302 NORTH 14TH STREET
TAMPA, FL 33604


ADRIAN DEMUS
722 CEDAR RIDGE DRIVE
DUNCANVILLE, TX 75116


ADRIAN GRANT
1582 SYDNEY
MEMPHIS, TN 38108


ADRIAN MAINOO
1806 N WESTWOOD AVE APT C
TOLEDO, OH 43607


Adrian Prather
7833 Miller Fall Rd.
Derwood, MD 20855-1130


ADRIAN RIVERA
8615 NW 8ST APT423
MIAMI, FL 33126

ADRIAN SAN EMETERIO
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


Adrian Wells
2015 Penmar Dr.
La Vergne, TN 37086


ADRIANA ATTWOOD
241 SE PARK STREET
APT #2
DANIA BEACH, FL 33004


ADRIANA COSTA DE OLIVEIRA
950 BRICKELL BAY DR.
AP 3706
MIAMI, FL 33131


ADRIANA FRECH
801 BRICKELL BAY DR APT 465
MIAMI, FL 33131


Adriana Henry
236 Seymour Ave.
Newark, NJ 07108


Adriana McKenzie
1700 E Cold Spring Ln
Baltimore, MD 21251


ADRIANA OBESO
9460 SW 31 TERR
MIAMI, FL 33165


ADRIANA ROSERO
17990 SW 11TH CT
PEMBROKE PINES, FL 33029


ADRIANNA LOPEZ COLON
950 SW 57TH AVE
APT 813
WEST MIAMI, FL 33144

ADRIANNA PEARCE
634 RANGER STREET
ROCKFORD, IL 61109


Adrianna Rhoden
1500 Pendridge Rd.
Apt. 306-D
Baltimore, MD 21239


ADRIANNE TACKITT
17890 STERLING GLEN LANE
CHAGRIN FALLS, OH 44023


ADRIEN BRYANT
3369 WINCHESTER ESTATES CIR
LAKELAND, FL 33810


ADRIENNE LEWIS
5304 LEITH RD
BALTIMORE, MD 21239-3513


Adrienne Rodriguez
3880 W Broward Blvd.
Apt. 204
Fort Lauderdale, FL 33312


ADRIENNE WATSON
11550 CROSSROADS CIR UNIT 189
MIDDLE RIVER, MD 21220-2997


ADRINE MITCHELL
1439 NORTHBROOK DR
LIMA, OH 45805


Adulin Prophete
1800 Baptist World Ctr Dr.
Nashville, TN 37207


ADURAGBEMI OKIJI
6308 WIMBLEDON CT
BALTIMORE, MD 21215


Advanced Medical Pricing Solutions
PO Box 921695
Norcross, GA 30010

Advanced Medical Pricing Solutions
35 Technology Parkway S
Suite 100
Norcross, GA 30092


Advanced Pediatrics of Boca, LLC
9970 Central Park Blvd.
Ste. 203
Boca Raton, FL 33428


Advocate Health and Hospital
2025 Windor Dr.
Oak Brook, IL 60523


AERICKA DIXON
131 ROUNDWOOD COURT
PICKERINGTON, OH 43147


AESHA TRIPATHI
5472 E LEITNER DR
CORAL SPRINGS, FL 33067


AFIA BROBBLEY
1571 E 45TH ST
CLEVELAND, OH 44103


Afina Curtusan
29 Larkwood Ct.
Stafford, VA 22554


AFRIN JAHAN LOPA
552 BUCHTEL AVE
APT- 1
AKRON, OH 44304


AFRIN JAHAN LOPA
437, SUMNER STREET
APT- H
AKRON, OH 44304


Afsheen Qazi
5764 NW 122nd Way
Pompano Beach, FL 33076

AFUA ADUSEI
10224 WETHERBURN RD
ELLICOTT CITY, MD 21042-1682

AFUA ATAA BOAKYEWAA AGYEKUM
5642 WOODMONT AVE
APT C
BALTIMORE, MD 21239

AGADA MICHAEL
873 NORTH MEADOWS CT APT B
COLUMBUS, OH 43229

AHHAB AHMATH
3808 S. COCHRAN AVENUE
BALDWIN HILLS, CA 90008

AHLEEL GARDNER
3203 ELMORA AVE
BALTIMORE, MD 21213

AHMAD AL-SYOOF
1202 SIBLEY RD
TOLEDO, OH 43615

Ahmad Jallow
1225 Linworth Ave.
Apt. 3A
Baltimore, MD 21239-4074

AHMAD SORAGHI
26 SOUTH ADAMS ST APT2
AKRON, OH 44304

AHMAD SORAGHI
581 E. BUCHTEL AVE
AKRON, OH 44304

AHMAN POTTER
1212 CHILEAN TEAL TERRACE
UPPER MARLBORO, MD 20774

AHMED ABDELNABY
6811 DULUTH AVE
DUNDALK, MD 21222-1111

```
AHMED ALBAYATI
1333 OAK HILL CT APT 131
TOLEDO, OH 43614


AHMED ALI
649 VAN EVERETT AVE
AKRON, OH 44306


AHMED ALI
58 BOTNICK PLAZA
AKRON, OH 44301


AHMED ALZANBAQI
261 ELIZABETH PKWY
AKRON, OH 44304


AHMED ALZANBAQI
55 FIR HILL APARTMENT 12B2
AKRON, OH 44304


AHMED CALVO
20371 NW 32ND COURT
MIAMI GARDENS, FL 33056


AHMED ELGHRIANY
1368 LAFFER AVE
AKRON, OH 44305


AHMED MAHAMADI
525 CARROLL ST. APT 2D
AKRON, OH 44304


Ahmed Oun
3531 Secor Rd.
Apt. 128
Toledo, OH 43606


AHMED SAMSUDEEN
1023 SPANGLER WAY
BALTIMORE, MD 21205-3320


AHMED SHEIKH
615 SANDUSKY ST
DELAWARE, OH 43015
```

AHMED WIQARE
31499 TURNBURRY COURT
WESTLAKE, OH 44145


Ahsan Bairam
224 Hilary Ln
Toledo, OH 43615


AHSAN RAMKARRAN
8511 SW 25TH CT.
HOLLYWOOD, FL 33025


AHSANUL KABIR SUMON
389 SHERMAN ST, APT 201
AKRON, OH 44311


Ahsley Fox
2413 Church St.
Evanston, IL 60201-3966


AIDA DENIS
14311 BISCAYNE BLVD
SUITE 2814
NORTH MIAMI, FL 33261


AIDA GAVILANES
583 VICTORIA AVE
AKRON, OH 44310


Aida Lupu
2112 N 32nd Ct.
Hollywood, FL 33021


AIDA SHAHROKHIAN
583 VICTORIA AVE
AKRON, OH 44310


AIDAN GENETTE
50606 BREDENBURY
MACOMB, MI 48044


AIDAN REILLY
5 RACHEL DR
RUTLAND, VT 05701-3770

AIDAN STOUT
13689 ROCK POINT #101
BROOMFIELD, CO 80023


AILYN AVILES
7011 DESCARTES DRIVE
RICHMOND, TX 77407


AIMAD ALGBALI
77 FIR HILL 2B1
AKRON, OH 44304


AIMANOSI DAODU
5659 PURDUE AVENUE, APT. D
BALTIMORE, MD 21239


AIMANOSI DAODU
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


AIMEE FREEMAN
112 DEERFIELD DR
HOLLAND, OH 43528


Aimee Ingersoll
1215 Meadow Run
Akron, OH 44321


Aimee Wilber, CRNA
700 Childrens Dr.
Columbus, OH 43205


AIRIELL PURCELL
3446 DOLFIELD AVE
BALTIMORE, MD 21215-7245


AISEOSA OMOMA
7012 71ST COURT
CAPITOL HEIGHTS, MD 20743


AISHA COBB
4783 HUNTERS GREEN DR
FORT MYERS, FL 33905

AISHA JOSEPH
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


AISHA SALMAN
1120 N WESTWOOD AVE APT 1211
TOLEDO, OH 43607


AISLINN MOBLEY
207 WEST AVE
DARIEN, CT 06820-4313


AISSATOU BALDE
815 BELMAR PASS
FAIRBURN, GA 30213


AIYA SMITH
306C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


AIYANA DAWKINS
7501 TARFLGAR CICLE
APT.259
HANOVER, MD 21076


Aiyanna Andrews
351 Oak Rd.
Glenside, PA 19038-3916


AJA LA-FLEUR-SCOTT
1150 REDMAN STREET
ORLANDO, FL 32839


AJAA WALKER
14253 NATCHEZ AVENUE
SAVAGE, MN 55378


Ajai Washington
4232 Indian head Hwy
Unit B
Indian Head, MD 20640

AJANAE THOMAS
41 GARRISON CIR
WILLINGBORO, NJ 08046-3303


AJANI RILEY
9706 MEADOW LARK AVE
UPPER MARLBORO, MD 20772-3876


AJAY LINGIREDDY
26800 WOODMONT DR
APARTMENT #51
PERRYSBURG, OH 43551


Ajee Davis-Burley
2 Park Lane
Apt. 2A
Mount Vernon, NY 10552


AJITH DANIEL THOMAS
1216 SUNBURY RD
COLUMBUS, OH 43210


AJLA HRNIJIC
504B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


AK Endo
1 Akron General Ave.
Akron, OH 44307-2432


AKAYCIA CURRY
18125 BACK STRETCH LANE
TAMPA, FL 33647


AKEAL CHRISTIAN
19671 NW 34TH AVE
CAROL CITY, FL 33056


AKEBA AINGS
3013 GUADALUPE AVENUE
DALLAS, TX 75233

AKEEM ALCIME
90 NE 69TH ST
MIAMI, FL 33138


AKEEM GBADEBO
1469 ALPHADA AVE APT D4
AKRON, OH 44310


AKEEM GBADEBO
1540 HYDE PARK AVE
AKRON, OH 44310


AKEEM LOFTON
3339 W ADAMS STREET 3RD
CHICAGO, IL 60624


AKEEM MYERS-BLAKNEY
2320 SIDNEY AVENUE
BALTIMORE, MD 21230


Akeem Woods
4507 Hamilton Ave.
Baltimore, MD 21206-3728


AKEIM MARSHALL
132 NW 16TH AVE.
POMPANO, FL 33069


AKEIM MARSHALL
112 NW 9TH TER
HALLANDALE, FL 33009


AKHENATON PEIRRE
1547 E. COLD SPRING LANE
BALTIMORE, MD 21218


AKHIL GUTTA
4243 W BANCROFT ST APT 205W
OTTAWA HILLS, OH 43615


AKHIL TEJ REDDY DANDU
77 FIR HL TOWERS APT #285
AKRON, OH 44304

Akiah Coleman
1104 Baker Ave
Gwynn Oak, MD 21207-4716


Akilah Khalfani
6803 Clubhouse Dr
Apt. C
Harrisburg, PA 17111


AKINTUNDE KADIRI
6408 SEDGWICK ST
ELKRIDGE, MD 21075


AKINWALE AKINSANYA
500 LARGO CENTER DR
A206
UPPER MARLBORO, MD 20774


AKIYA JAMES
4713 COUNTRY LANE APT F27
CLEVELAND, OH 44128


Akkeem Smith-Brown
20 Iris Cir.
Beacon, NY 12508-3920


AKM ARAFAT
590 E BUCHTEL AVE
APT 42
AKRON, OH 44304


Ako-Akeem Boyd
2412 Golders Green Ct
Windsor Mill, MD 21244-8083


AKOBALK
2427 CHEYENNE BLVD APT 5
TOLEDO, OH 43614


AKPABIO EKPEWOH
14427 GUNSTOCK COURT
SILVER SPRING, MD 20906

Akram R Assaly, PA-C
3355 Glendale Ave.
Toledo, OH 43614


Akron Family Institute, Inc.
3469 Fortuna Dr.
Akron, OH 44312


Akron General Med Ctr
1 Akron General Ave
Akron, OH 44307


Akron General Medical Center
Dept. 781113
PO Box 78000
Detroit, MI 48278


Akron Neurology, Inc.
3632 Ridgewood Rd.
Akron, OH 44333


Akron Radiology, Inc.
400 Wabash Ave.
Akron, OH 44307


AKSHATA KULKARNI
1350 N HOWARD STREET
APT 510
AKRON, OH 44310


AKSHAY KUMAR PAKALA
55 FIR HILL ST APT 12B6
AKRON, OH 44304


AKSHAY KUMAR PAKALA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Akshith Dass
7121 Darcie Dr.
Hamilton, OH 45011

AKUL YAJNIK
3795 SCHIRTZINGER RD
HILLIARD, OH 43026


AL HUSSEIN AL RASHDI
55 FIR HILL, APT. 7B11
AKRON, OH 44304


AL TABE
12904 NORTHAMPTON DR
BOWIE, MD 20721


ALAA ALHARBI
1460 BUCKINGHAM GATE BLVD.
CUYAHOGA FALLS, OH 44221


ALAA ALSAFFAR
6164 6TH AVENUE
KENT, OH 44240


ALAADDIN IBRAHIMY
86 WISE STREET
AKRON, OH 44304


Alabama Department of Revenue
Business Priv. Tax Section
PO Box 327320
Montgomery, AL 36132


ALAINA BEHNKE
636 TALL OAKS AVE.
LIMA, OH 45805


ALAINA THOMPSON
7891 STATE ROUTE 303
WINDHAM, OH 44288


ALAINNA CONROY
867 PELLEY DRIVE
CLEVELAND, OH 44109


ALAINNA SEPULVEDA
11343 TELEGRAPH RD
ERIE, MI 48133

ALAN ARSLANIAN
371 RAINBOWS END
AURORA, OH 44202


ALAN GREEN
1913 W SHERMAN AVE
WEST PEORIA, IL 61604


Alana Cooper
97 Roosevelt Ave.
East Orange, NJ 07017


ALANA DEMPS
17240 NW 40TH AVE
MIAMI GARDENS, FL 33055


Alana Felix
12166 NW 46th St.
Pompano Beach, FL 33076


ALANIS SANTANA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALANKAR RASTOGI
2200 HIGH ST APT 271
CUYAHOGA FALLS, OH 44221


ALANTRA MINES
31278 RIVA RIDGE ROAD
DOSWELL, VA 23047


ALAYNA MORRISON
3741 MAPLEWAY DR
TOLEDO, OH 43614


ALAZIA BUFFORD
6151 FROGGATT ST
ORLANDO, FL 32835


ALBERT  DE LOS SANTOS
2702 HEATHER PL
SARASOTA, FL 34235

Albert Adusei
4964 Brittany Court W
Columbus, OH 43229


ALBERT FUENTES
3236 W 77 PL
HIALEAH, FL 33018


ALBERT FUENTES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALBERT MONTANO
8181 NW SOUTH RIVER DRIVE
LOT E-520
MEDLEY, FL 33166


ALBERTA MAYFAIR ASARE YEBOAH
525 CARROLL STREET
APT 1B
AKRON, OH 44304


ALBERTO MAYORGA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALBERTO MAYORGA
2431 NW 31TH ST
MIAMI, FL 33142


ALBIN ANDINO
4001 SW 52ND AVE
APT 105
HOLLYWOOD, FL 33023


ALDANA FOIGEL
3200 PALM TRACE LANDINGS DR. #910
DAVIE, FL 33314


ALDANA FOIGEL
3625 COLLEGE AVENUE
CULTURAL LIVING CENTER (CLC)
DAVIE, FL 33314

ALDAR SELIMOVIC
550 KIELY BLVD
APT 73
SAN JOSE, CA 95117


Alea Shipp
16 Sunnyside Rd.
Silver Spring, MD 20910


ALEANDRA PINDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALEC ELDRIDGE
5996 BRIDLE PATH DR.
BARTLETT, TN 38134


ALEC FISHER
140 N GLENWOOD ST
WAUSEON, OH 43567


ALEC GENTLE
6148 ELMDALE ROAD
BROOK PARK, OH 44142


ALEC MARCINOWSKI
19890 TRAPPER TRAIL
STRONGSVILLE, OH 44149


Alec Mathew
329 Trail East
Pataskala, OH 43062


Alec Mueller
10074 Blade Rd.
Minerva, OH 44657


ALEC TRUCKOR
15385 COUNTY ROAD 2
METAMORA, OH 43540


ALEC VARTERESSIAN
836 LEUCADIA BLVD
ENCINITAS, CA 92024-2337

Alec Wilkins
8629 Cable Line Rd.
Ravenna, OH 44266


ALECIA SAMPLES
1030 EXPLORER STREET
DUNCANVILLE, TX 75137


ALEJANDRA GONZALEZ ALVAREZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ALEJANDRA PRECIADO
11730 SW 2 ST #12 APT 305
PEMBROKE PINES, FL 33025


ALEJANDRA VELASCO-VILLIANUEVA
406 SUMNER STREET
APT. C1
AKRON, OH 44304


ALEJANDRO GARCIA
10878 NW 51ST LN
DORAL, FL 33178-3929


ALEJANDRO JORGE
7080 SW 23RD STREET
APT. 212
MIAMI, FL 33155


Alejandro Serna-Gomez
129 Brookside Dr.
Duncanville, TX 75137


ALEJANDRO VELEZ
10570 NW 74 ST APT#303
MIAMI, FL 33178


ALEJANDRO VILLAFUERTE
2421 SOUTH CARRIER PARKWAY, APT 115
GRAND PRAIRIE, TX 75051


ALEKSEI VOISKOVICH
1064 NW 99TH AVENUE
PLANTATION, FL 33322

ALEKSEI VOISKOVICH
1849 S OCEAN DR APT.1408
HALLANDALE BEACH, FL 33009


Alere Toxicology Services, Inc.
51 Sawyer Rd., Suite 200
Waltham, MA 02453-3448


Alessa Felix
12166 NW 46th St.
Pompano Beach, FL 33076


ALESSANDRA CONSTANTINIDES
1086 LONGVIEW
WESTON, FL 33326


Alessandra Krusciel de Moraes
656 Peregrine Dr.
Northwood, OH 43619


ALESSANDRA KRUSCIELDEMORAES
3414 DORR ST APT 405
TOLEDO, OH 43607


ALETHEIA SABA
1175 NEWELL LANE
MEDINA, OH 44256


Alex Betz
7970 County Rd. E
Apt. 5-2
Delta, OH 43515


ALEX BOTELLO
5445 LAFAYETTE PLAIN CITY ROAD
LONDON, OH 43140


Alex Calderone
4160 Hawksfield Cir.
Akron, OH 44321


ALEX ELLENBERGER
309 W BUCKEYE ST
CLYDE, OH 43410

ALEX FULTZ
11213 FOREST LANE AVE
PICKERINGTON, OH 43147


ALEX HAIGLER
3630 RANCH ROAD APT 5-5
COLUMBIA, SC 29206


Alex Heban
351 Hillside Dr.
Rossford, OH 43460


Alex Howard
8202 Fernham Ln
District Heights, MD 20747-4503


Alex Johnson
4400 Bowleys Ln
#2B
Baltimore, MD 21206


ALEX KANIA
11115 WHITEWOOD DRIVE
NEWBURY, OH 44065


ALEX KLEINFEHN
2220 HIGH STREET
APT 619
CUYAHOGA FALLS, OH 44221


ALEX KOFI APPIAH
656 EAST BUCHTEL AVENUE
AKRON, OH 44304


ALEX KOFI APPIAH
195 WHEELER STREET
APARTMENT 106
AKRON, OH 44504


Alex M. Lam, MD, PA
600 N. Hiatus Rd., Ste. 105
Hollywood, FL 33026

ALEX MAPP
2821 ODESA DR
MEDINA, OH 44256


ALEX MEEHAN
1994 BILLINGSLEY ROAD
COLUMBUS, OH 43235


ALEX NYARKO
56 SOUTH FORGE STREET
AKRON, OH 44304


ALEX OLIVER
1656 CASTLEFIELD ROAD
VIRGINIA BEACH, VA 23456


Alex Oyetunde
10 Days End Ct
Rosedale, MD 21237


ALEX RICE
577 SHADY LEDGE DR
AKRON, OH 44313


ALEX RODRIGUEZ
1005 ORLY DRIVE
KISSIMMEE, FL 34759


ALEX RODRIGUEZ
739 WINCHELL STREET SW
PALM BAY, FL 32908


ALEX SEYER
1305 HAWKINS CT
SAINT CHARLES, IL 60174


Alex Taylor
543 Clark Place
Uniondale, NY 11553


Alex Taylor
5 Westview Court
Thurmont, MD 21788

ALEXA BOOHER
6560 RED BRUSH ROAD
RAVENNA, OH 44266


ALEXA BRAXTON
607 BERRYMANS LN
BALTIMORE, MD 21206


ALEXA FISHER
5038 CASCADE DR
POWELL, OH 43065


ALEXA LEIZ LEIZOREK
4334 HOBBS ROAD
GREENSBORO, NC 27410


ALEXA PERRY
8840 ROYAL OAK DR
HOLLAND, OH 43528


Alexa Sboticki
2801 W Bancroft
MS 513
Toledo, OH 43606


ALEXA SUBOTICKI
8662 STONE POST RD
SYLVANIA, OH 43560


ALEXA TORRES
P.O. BOX 2600082
PEMBROKE PINES, FL 33026


ALEXA WRIGHT
11235 S CUSTER RD
MONROE, MI 48161


ALEXA-KIARA MATTHEW
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALEXANDER ANDRZEJEWSKI
6887 TAYLOR ROAD
HAMBURG, NY 14075

ALEXANDER BAADER
583 E BUCHTEL AVE
AKRON, OH 44304


ALEXANDER BAADER
80 E EXCHANGE ST
APARTMENT 123D
AKRON, OH 44308


ALEXANDER BANNISTER, II
140 EASTON MANOR DR
MONROE, OH 45050


ALEXANDER BEAMS
4922 EASTWICK DR
TOLEDO, OH 43614


ALEXANDER BICK
3 FAIRWOOD AVE
NORWALK, OH 44857


ALEXANDER BOWSER
178 TOWNLINE ROAD
AURORA, OH 44202


Alexander Burns
7744 Woodstone Dr.
Maumee, OH 43537


ALEXANDER CONCHA
12945 SW 185 TER
MIAMI, FL 33177


Alexander Dang
610 Havens Corners Rd.
Columbus, OH 43230


ALEXANDER DISCENNA
28863 OREGON RD APT 81
PERRYSBURG, OH 43551


ALEXANDER GILSON
4839 WESTCLIFFE CT
SYLVANIA, OH 43560

ALEXANDER GODZAK
14601 STATE ROUTE 613
VAN BUREN, OH 45889


ALEXANDER GONZALEZ
PO BOX 523443
MIAMI, FL 33152


ALEXANDER GONZALEZ
4925 ORDUNA DR
CORAL GABLES, FL 33146


ALEXANDER GRANISON
417 49TH STREET
WEST PALM BEACH, FL 33407


Alexander Haley
408 Lake Shore Dr.
Lebanon, OH 45036


ALEXANDER HARRINGTON
2209 HUNTINGDON AVENUE
BALTIMORE, MD 21211


Alexander Holden
1877 Scioto Pointe Dr.
Columbus, OH 43221


ALEXANDER MCCHESNEY
2750 OAKRIDGE CT
COLUMBUS, OH 43221


ALEXANDER NUNEZ
3916 STAGE COUCH TRAIL
DALLAS, TX 75241


ALEXANDER PAUL
7425 SW 34TH STREET ROAD
MIAMI, FL 33155


ALEXANDER PERRELLA
19843 STOUGHTON DRIVE
STRONGSVILLE, OH 44149

ALEXANDER POPE
14490 CENTERBURG RD
SUNBURY, OH 43074-9711


ALEXANDER RAMART
535 E WATERFRONT DRIVE #7117
HOMESTEAD, PA 15120


ALEXANDER ROGGE
163 RAINBOW DRIVE
#6348
LIVINGSTON, TX 77399-1063


ALEXANDER ROSZMAN
7845 WESTWOOD RD
FINDLAY, OH 45840


ALEXANDER SAVAGE
7746 QUAKER CT
WEST CHESTER, OH 45069


Alexander Smith
7311 Geirman Rd.
Maybee, MI 48159


ALEXANDER SMITH
7227 EYLER DR
SPRINGBORO, OH 45066


ALEXANDER SMITH
2270 W BUNCHE PARK DR
OPA LOCKA, FL 33054


Alexander Stevens
2741 Horseshoe Rd.
Delaware, OH 43015


ALEXANDER SYMONETTE
8504 ROCKWELL DR
CLINTON, MD 20735-2654


ALEXANDER TAYLOR
297 PROVIDENCE DR
MEDINA, OH 44256

Alexander Thompson
6900 SW 39th St.
Apt. 306J
Fort Lauderdale, FL 33314


ALEXANDER THOMPSON
4673 HEATHER RIDGE
HILLIARD, OH 43026


ALEXANDER WARREN-GREEN
46064 SPINNING WHEEL DRIVE
CANTON, MI 48187


ALEXANDRA AZCUY
27220 SW 165 AVE
HOMESTEAD, FL 33031


ALEXANDRA AZCUY
28 ALMERIA AVENUE, UNIT # 1
CORAL GABLES, FL 33134


ALEXANDRA BERRY
946 DOCK ROAD
MADISON, OH 44057


Alexandra Brown
30 Donald St
Bloomfield, NJ 07003


ALEXANDRA BURREL
624 E LINCOLN AVE
MUSKEGON HTS, MI 49444


ALEXANDRA BUTLER
3713 REISTERSTOWN RD
BALTIMORE, MD 21215


ALEXANDRA CHAZALEH
2 BRAMBLE BUSH COURT
WOODRIDGE, IL 60517


ALEXANDRA DUCKSWORTH
1010 COASTAL CIRCLE
OCOEE, FL 34761

ALEXANDRA FORD
1130 4 SEASONS DR APT 1
TOLEDO, OH 43615


ALEXANDRA FULTSGANEY
4430 N. HOLLAND SYLVANIA RD.
APT. 4251
TOLEDO, OH 43623


Alexandra Ghazaleh
2 Bramble Bush Court
Woodridge, IL 60517


ALEXANDRA GOMEZ
6271 BINLEY WOODS
MORROW, OH 45152


ALEXANDRA HARPER
2223 GREEN CEDAR DRIVE
BEL AIR, MD 21015


ALEXANDRA HAYES
3051 BLUEBIRD LANE
APT 104
MEBANE, NC 27302


ALEXANDRA KHAMISSIAN
16820 NW 82ND AVENUE
MIAMI LAKES, FL 33016


ALEXANDRA KIVNICK
814 23RD ST
SANTA MONICA, CA 90403


Alexandra Luby
4068 Stonebridge Blvd.
Akron, OH 44321


ALEXANDRA MENDEZ
12600 SW 78 AVE
MIAMI, FL 33156


ALEXANDRA MURRAY
224 WEST NORTH AVENUE
EAST PALESTINE, OH 44413

ALEXANDRA NARDO
18020 CINNAMON TRAIL
CHAGRIN FALLS, OH 44023


ALEXANDRA NEWELL
16727 NW 12TH ST
PEMBROKE PINES, FL 33028


ALEXANDRA PEREZ
5239 CHATEAUGAY DR
MASON, OH 45040


ALEXANDRA PETRUZZELLI
33 BORTON AVENUE
AKRON, OH 44302


ALEXANDRA PETRUZZELLI
920 LAGO MAR LANE
BOCA RATON, FL 33431


ALEXANDRA ROSS
525 CARROLL ST, #3B
AKRON, OH 44304


ALEXANDRA SNYDER
2858 NORTH BRIX AVENUE
FRESNO, CA 93722


Alexandra Sutula
4430 N Holland Sylvania Rd.
Apt. 4251
Toledo, OH 43623


ALEXANDRE LOUISDHON
842 NE 209 STREET APT 203
MIAMI, FL 33179


ALEXANDREA NOWLIN
404A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

ALEXANDREA NOWLIN
308C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ALEXANDRIA CREECH
7205 HOWLAND PL
HUBER HEIGHTS, OH 45424-3148


ALEXANDRIA CRICKLOW-BRADSHAW
5304 LEITH RD.
APT 2E
BALTIMORE, MD 21239


ALEXANDRIA FERGUSON
202 S JIM MILLER RD
DALLAS, TX 75217-5998


Alexandria Gardner
10700 John Russell Rd
Charlotte, NC 28213-5222


ALEXANDRIA GREEN
461 LEISURE DRIVE
CEDAR HILL, TX 75104


ALEXANDRIA MCCULLOUGH
1217 S DIXIE HWY W
APT 207
POMPANO BEACH, FL 33060


ALEXANDRIA PETERSON
4807 WESTPARKWAY
BALTIMORE, MD 21229


ALEXANDRIA PHILLIPS-SANFILIPPO
10623 KIRKHALL DRIVE
HOUSTON, TX 77089


ALEXANDRIA SIGGERS
137 STONE RIDGE WAY
BEREA, OH 44017

ALEXANDRIA SMITH
1243 WEATHERVANE LANE
APT 3C
AKRON, OH 44313


ALEXANDRIA STEWART
407 ZINNIA CT.
BEL AIR, MD 21015


Alexandria Wingate
4010 Pinewood Ave
Baltimore, MD 21206


ALEXANDRIA YOUNG
1420 MINUET LANE
DALLAS, TX 75241-4520


Alexi Kamer
3414 Dorr St.
Apt. 137
Toledo, OH 43607


ALEXIA ALLEN-HENDERSON
752 NW 7TH STREET
HALLANDALE, FL 33009


ALEXIA CHIRINO
3510 W 80TH ST UNIT 201
HIALEAH, FL 33018


ALEXIA KEMERLING
123 GLENWOOD BOULEVARD
MANSFIELD, OH 44906


ALEXIA LYLES-MURRAY
832 EAST TIFFANY DRIVE
WEST PALM BEACH, FL 33407


ALEXIA MILLER
408 NW 15TH AVENUE
FORT LAUDERDALE, FL 33311

ALEXIA MILLER
1514 NORTH WEST 3RD STREET
BUILDING 7
FORT LAUDERDALE, FL 33311


ALEXIA SMITH
5382 VILLAGE LANE
FORT WORTH, TX 76119


ALEXIA SMITH
3304 VALLEY FORGE TRAIL
FORT WORTH, TX 76140


ALEXIA WOODLEY
798 NORTH VINE STREET
FOSTORIA, OH 44830


ALEXIS ADELTA
8323 VERDANT DR
WEST CHESTER, OH 45069


ALEXIS ARCHER
5400 NW 18TH PLACE
CITY OF SUNRISE, FL 33313


ALEXIS BRYANT
5817 WESLEYAN DRIVE
PO BOX B130
VIRGINIA BEACH, VA 23455


ALEXIS BULLINS
5817 WESLEYAN DRIVE
PO BOX B142
VIRGINIA BEACH, VA 23455


ALEXIS CONWAY
2942 ESSEX ROAD
WANTAGH, NY 11793


ALEXIS DAMIANOS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

ALEXIS DIXON
150 NE 23RD CT
POMPANO BEACH, FL 33060


Alexis Ferguson
11322 River Run Lane
Berlin, MD 21811


ALEXIS GANDARILLA
4430 NORTH HOLLAND SYLVANIA RD
APT 4228
TOLEDO, OH 43623


ALEXIS GEORGIEFF
8947 BUERK DR
TEMPERANCE, MI 48182


Alexis Girvan
4851 Gail Ct.
Trenton, MI 48183


ALEXIS GOODING
1900 N BAYSHORE DRIVE
UNIT 3809
MIAMI, FL 33132


ALEXIS GREEN
1367 MEADOWBROOK BOULEVARD
STOW, OH 44224


ALEXIS HANDLEY
322 S CLEVELAND AVE
MOGADORE, OH 44260


ALEXIS HARRIS
2116 4TH AVE
WINDSOR MILL, MD 21244


ALEXIS HIJOS
9822 SHEPARD PL
WELLINGTON, FL 33414


ALEXIS HIRSCH
10865 GROSS DRIVE
PARMA, OH 44130

ALEXIS HIRSCH
576 MAPLEWOOD DR.
BRUNSWICK, OH 44212


ALEXIS HOGAN
27 ARGYLE RD APT 4C
BROOKLYN, NY 11218-2919


ALEXIS HORTON
19 MELKEN CT
NOTTINGHAM, MD 21236


ALEXIS JOHNSON
3138 MARCH LANE
GARLAND, TX 75042


Alexis King
6805 E Nashway
West Bloomfield, MI 48322


ALEXIS KNIGHT-KEMP
182 PARKER AVE
MAPLEWOOD, NJ 07040-1838


ALEXIS LEOMBRUNO
6911 HIGHLAND DRIVE
INDEPENDENCE, OH 44131


ALEXIS MATIP
202A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ALEXIS MCKEE
3482 APPLE VALLEY DRIVE
HOWARD, OH 43028


ALEXIS MODZELESKY
410 NW 68th Ave.
Apt. 205
Fort Lauderdale, FL 33317


ALEXIS MURRELL
5803 BARNES DR
CLINTON, MD 20735

ALEXIS NAVARROSWARTZ
3158 MIDDLESEX DR APT B
TOLEDO, OH 43606


Alexis Newman
930 Meghann Lane
Waxahachie, TX 75167


Alexis Overly
4 Timberlane Dr.
Chillicothe, OH 45601


Alexis Pahulu
6104 Barbara Ln
Brookpark, OH 44142-2705


ALEXIS PERKINS
12101 CORBETT
DETROIT, MI 48213


ALEXIS PERKINS
21283 VERMANDER
CLINTON TOWNSHIP, MI 48035


ALEXIS PIERCE
11612 SUMMER OAK DR
GERMANTOWN, MD 20874-1935


ALEXIS POLCAWICH
721 31ST ST NW
CANTON, OH 44709


ALEXIS POLCAWICH
423 OLIVER DRIVE
ELIZABETH, PA 15037


Alexis Revelles
710 Independence Dr.
Laredo, TX 78043


ALEXIS RITTER
8770 EASY STREET NW
MASSILLON, OH 44646

ALEXIS ROBINSON
105 BRIAR HEATH CIRCLE
DAYTON, OH 45415


Alexis Salsbury
14121 Buckland Holden Rd.
Wapakoneta, OH 45895


ALEXIS SMITH
3113 N W 52ND STREET
MIAMI, FL 33142


ALEXIS THOMAS
12345 BAKER MILL ROAD
SEAFORD, DE 19973


ALEXIS VICK
3238 RAVENWOOD BLVD
TOLEDO, OH 43614


ALEXIS WEI
1673 RIDGEHILL LN
LIMA, OH 45805


ALEXIS WELLS-GRIFFIN
4826 BUTTERFIELD RD
ARLINGTON, TX 76017


ALEXIS WHITE
7204 S ROCKWELL STREET
CHICAGO, IL 60629


ALEXIS WOJTOWICZ
179 ERIE STREET
CONNEAUT, OH 44030


Alexis Young
807 Windward Way
Columbus, OH 43230


ALEXIUS BROWN
8114 FORCE AVENUE
CLEVELAND, OH 44105

Alexsandra Litowsky
PO Box 50016
Pompano Beach, FL 33074


ALEXUS ACTON
210 WEST NORTH STREET
PO BOX 136
WEST MANCHESTER, OH 45382


Alexus Cravens
21698 N Dixie Hwy
Bowling Green, OH 43402


ALEXUS DAVIS
1451 WASHINGTON AVE APT 8B
BRONX, NY 10456-1945


Alexus Kacan
4004 Dublin Rd.
Winterville, NC 28590


ALEXUS SCHARKLEY
1609 BECKIER DRIVE
KILLEEN, TX 76543


ALEXXIS KEARNS GROMINSKY
145 ANNADALE AVE
AKRON, OH 44304


ALEXXUS SHAW
4733 HAAS DR
DALLAS, TX 75216


ALEXYA SOTO
819 BRETON DRIVE
GLENN HEIGHTS, TX 75154


ALEYNA GEE
3995 MEADOW GATEWAY
BROADVIEW HEIGHTS, OH 44147


ALFONSO PEARSON
204A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

ALFONSO SANTOS
554 SAN ESTEBAN AVE
CORAL GABLES, FL 33146


ALFRED LAVEIST
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALFREDO BLANCA DO SANTOS
3358 W 97TH STREET
HIALEAH, FL 33018


ALFREDO BLANCA DOS SANTOS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ALFREDO MOSQUERA
406 SUMNER ST
APT B10
AKRON, OH 44304


ALFREDO RAMOS TOLLINCHI
3660 N 56TH AVE, APT # 622
HOLLYWOOD, FL 33021


ALHAJI AMIDU JALLOH
5 VIEWRIDGE DRIVE
APT. J
BALTIMORE, MD 21236


ALHAJI AMIDU JALLOH
1531 PENTRIDGE ROAD
APT. 201A
BALTIMORE, MD 21239


ALHAMBRA MEDICAL GROUP
7100 W 20th Ave.
HIALEAH, FL 33016


ALI ABOUALAIWI
2571 WEST VILLAGE DR
TOLEDO, OH 43614

```
ALI AL RASHDI
55 FIR HILL, APT. 7B11
AKRON, OH 44304


ALI AL-KHATIB
25582 WEST HEDGEWOOD DRIVE
WESTLAKE, OH 44145


ALI ALMAMLUK
10500 SW 108 AVE
APT# B416
MIAMI, FL 33176


ALI AMMAR
590 E. BUCHTEL AVE APT 25
AKRON, OH 44304


ALI ASSAAD
4616 IMPERIAL DRIVE
TOLEDO, OH 43623


ALI EL
7033 CINNAMON TEAL CT
TOLEDO, OH 43617


Ali Eltatawy
7033 Cinnamon Teal Ct.
Toledo, OH 43617


ALI FAROOQUI
615 SANDUSKY ST
DELAWARE, OH 43015


ALI GHAMLOUSH
2642 MIDDLESEX DR
TOLEDO, OH 43606


ALI JAVADI
25400 ROCKSIDE ROAD, APT 620
BEDFORD HEIGHTS, OH 44146


ALI JUNEJO
HOUSE NO. 108, AHMED BARRISTER ROAD
KARACHI, SINDH, OH 75400
```

ALI KHANAT
17827 LAKE AZURE WAY
BOCA RATON, FL 33496


ALI REZA DANESHKHAH
590 EAST BUCHTEL AVE. APT. 47
AKRON, OH 44304


ALI SAID
1433 APPOMATTOX DR
MAUMEE, OH 43537


ALI SAMI ABOU-ALAIWI
2571 WEST VILLAGE DR
TOLEDO, OH 43614


ALI SHAHZAD CHAUDHRY
615 SANDUSKY ST
DELAWARE, OH 43015


ALI SULTTAN
1314 W BROAD ST APT A1
COOKEVILLE, TN 38501


ALI TOPCU
701 EDWARD AVE.
CUYAHOGA FALLS, OH 44221


ALI YAACOUB
2453 MEADOWWOOD DRIVE
TOLEDO, OH 43606


ALIA KNIGHT-KEMP
182 PARKER AVENUE
MAPLEWOOD, NJ 07040


ALIA SCRIVEN
424 EAST FEDERAL ST
BALTIMORE, MD 21202


ALIA VINES
409 MCARTHUR DRIVE
KILLEEN, TX 76541

ALIAS CONEY
377 CROSS STREET
AKRON, OH 44311


ALICE GIBBS
2139 8TH STREET
CUYAHOGA FALLS, OH 44221


ALICE MANU
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Alice Mendelson, MD
36622 Five Mile Rd. #101
Livonia, MI 48154


ALICIA ARCHER
5400 NW 18 PLACE
CITY OF SUNRISE, FL 33313


ALICIA CORBO
22610 SW 103 AVE
MIAMI, FL 33190


ALICIA DEMBKOWSKI
4624 SECOR RD
TOLEDO, OH 43623


ALICIA MARSHALL
4101 GLENBROOK DRIVE
RICHARDSON, TX 75082


ALICIA MAYE
15791 SW 53RD CT
MIRAMAR, FL 33037


Alicia Smith
5715 Simonds Ave
Apt. A
Baltimore, MD 21215


ALICIA TORRES
19662 NW 59TH PLACE
HIALEAH, FL 33015

Alicia Young
7581 NW 86th Terrace
Apt. 103
Fort Lauderdale, FL 33321


ALICIA YOUNG
PO BOX 173324
HIALEAH, FL 33017


ALIDA BUSTOS
19146 NW 67 PL
HIALEAH, FL 33015


ALINA CONNIE
8944 MANGO AVE
MORTON  GROVE, IL 60053


ALINA MILLE
4463 LEXINGTON RIDGE DRIVE
MEDINA, OH 44256


ALINA SCHULHOFER
6080 SW 24TH PLACE APT 302
DAVIE, FL 33314


ALIREZA BAGHERI RAJEONI
80 E. EXCHANGE ST. APT 222-B
AKRON, OH 44308


ALISA FOWLER
703 N AUSTIN BLVD
CHICAGO, IL 60644


ALISA PERKINS
12101 CORBETT STREET
DETROIT, MI 48213


ALISA TSYPIN
493 GAGE ST APT 2
AKRON, OH 44311


ALISHA COATES
1485 CANTWELL ROAD
WINDSOR MILL, MD 21244

ALISHA FOSTER
817 FOXMOORE COURT
VIRGINIA BEACH, VA 02346-2526


ALISHA SPIRKO
2573 3RD ST
CUYAHOGA FALLS, OH 44221


ALISIA WILSON
525 GRANDVIEW AVE.
OTTUMWA, IA 52501


ALISON BARBIERO
1204 E CUMBERLAND AVE
APT 420
TAMPA, FL 33602


Alison Hughes
2441 Greenwood Dr.
Janesville, WI 53546


Alison P. Southern, MD
525 E Market St.
Akron, OH 44304


ALISSA ALLISON
1730 KENSINGTON RD
TOLEDO, OH 43607


ALISSA YOUNG
2150 NW 4TH STREET
FORT LAUDERDALE, FL 33311


ALISSE LAGGER
3843 SYLVANWOOD DR
SYLVANIA, OH 43560-3927


ALIVIA GRIFA
2842 ARCHWOOD PLACE
CUYAHOGA FALLS, OH 44221


ALIVIA TAVERNIER
4123 AMY BROOKE CIR
BELLBROOK, OH 45305

ALIX CASSAGNOL
2132 CHIPPEWA PL
SILVERSPRING, MD 20906


ALIX TROPNAS
8565 SW 152ND AVE
128
MIAMI, FL 33193


ALIYA CONLEY
2896 YOST CT
EDGEWOOD, MD 21040-3434


ALIYA KINGWOOD
1323 EAST EAGER STREET
BALTIMORE, MD 21205


ALIYAH AL-KARIM
5911 TOSCANA DRIVE
APT 1114
DAVIE, FL 33314


ALIYAH BENSON
3585 NORMANDY ROAD, UPPER
SHAKER HEIGHTS, OH 44120


ALIYAH BLAINE
406C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ALIYAH LABOY
5639 PATTILLO WAY
LITHONIA, GA 30058


ALIYAH WATSON
1230 E LANVALE ST
BALTIMORE, MD 21202


ALJANAT SANNI
3815 64TH AVE APT 204
HYATTSVILLE, MD 20784-1854

Allahsha Farmer
2709 Radford St.
Alexandria, VA 22302


Allan Cameron
142 - 23rd St.
Apt. 908
Toledo, OH 43604


ALLAN KLUTTZ
5611 SW 38TH STREET
DAVIE, FL 33314


Allana Snead
6610 Birchwood Ave
Baltimore, MD 21214


ALLEGRA ALLEN
716 ROBINLYNN STREET
MESQUITE, TX 75149


ALLEN GATLING
505D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ALLEN MATHIS
346 LAUREL LANE
WADSWORTH, OH 44281


ALLEN METELLUS
2373 NW 151ST ST
OPA LOCKA, FL 33054


ALLEN PETERSON
11 MARCHMONT LANE
WILLINGBORO, NJ 08046


Allergy & Asthma Care of the PB
500 University Blvd., Ste. 116
Jupiter, FL 33458

ALLERGY AND ASTHMA ASSOCIATES
7800 SW 87TH AVE
SUITE C-340
Miami, FL 33173


Allergy Asthma Associates of Southe
900 East Ocean Blvd.
Building D, Suite 334
Stuart, FL 34994


Allergy Asthma Associates, Inc.
10597 Mongomery Rd., Ste. 200
Cincinnati, OH 45242


Allicia Maye
15971 SW 53rd Ct.
Key Largo, FL 33037


Allie Atkinson
74 Rudy Rd.
Mansfield, OH 44903


Allied Dermatology & Skin Surgery
3624 W. Market St.
Akron, OH 44333


ALLIED PHYSICIANS GROUP PLLC
LOCKBOX 10280
NEW YORK, NY 10003


Allisha Ali
3402 Mallery St.
Flint, MI 48504


Allison Bratcher
2133 Birkdale Rd.
Toledo, OH 43615


Allison Brooks
25 Greenbriar Dr.
Uniontown, PA 15401


ALLISON BROWN
1184 EMERY RIDGE DR
BATAVIA, OH 45103

ALLISON DERICO
12455 TURTLE DOVE PL
WALDORF, MD 20602-1406


Allison Dunn
1154 Four Seasons Dr.
Apt. 5
Toledo, OH 43615


ALLISON FATHBRUCKNER
233 BENDELOW COURT
DELAWARE, OH 43015


ALLISON FERNANDEZ
5817 WESLEYAN DRIVE
PO BOX A487
VIRGINIA BEACH, VA 23455


ALLISON FERNANDEZ
631 PRICES DRIVE
CRESCO, PA 18326


ALLISON GULLINGSRUD
2133 BIRKDALE RD
TOLEDO, OH 43615


ALLISON KERN
370 KERN RD.
WATERFORD, OH 45786


ALLISON KLEMAN
25223 MORRIS SALEM RD
CIRCLEVILLE, OH 43113


ALLISON LOMBARDO
1344 WEATHERVANE LANE  APT 2A
AKRON, OH 44313


ALLISON MCCOY
6514 LARE RD
CONVOY, OH 45832


Allison Pavlik
2504 Bazetta Rd. NE
Warren, OH 44481-9328

ALLISON PEREZ
1979 WEST 93RD STREET
CLEVELAND, OH 44102


ALLISON RAPETTI
7101 SW 109 CT
MIAMI, FL 33173


Allison Robbins
5388 Brickleberry Way
Douglasville, GA 30134


ALLISON SLUTZ
27432 WINONA ROAD
SALEM, OH 44460


ALLISON TESKE
1445 AVONDALE DR
GREEN BAY, WI 54313


ALLISON VANNOY
5505 MENNONITE ROAD
MANTUA, OH 44255


Allison Zimmerman
4430 N Holland Sylvania Rd.
Toledo, OH 43623


ALLIYAH GORDON
364 ALDEBURGH AVE
SOMERSET, NJ 08873-4842


ALLIYAH SANDS
146 HAWTHORN DRIVE
CLAYTON, NC 27520


ALLJAHNI MACK
5 FOREST AVENUE
VALLEY STREAM, NY 11581


Allyse Harrington
872 Rivanna River Reach
Chesapeake, VA 23320

ALLYSE RUTTER
416 GLENVIEW DRIVE
FOSTORIA, OH 44830


ALLYSON WENTWORTH
209 CURTIS CT
STEWARTSVILLE, NJ 08886


ALLYSON WHARTON
1135 NORTHWOOD CIR
NEW ALBANY, OH 43054


ALOMZI SIWELA
4122 ANDERSON WOODS DR
JACKSONVILLE, FL 32218


ALON THOMAS
5470 NW 176TH ST
MIAMI, FL 33055


ALONTE WRIGHT
1140 EAST 42ND PLACE, APT1A
CHICAGO, IL 60653


Alonzia Battle
4524 Springstead Trl
Antioch, TN 37013


ALONZO HAM
2421 SW 48TH AVENUE
WEST PARK, FL 33023


ALONZO SMALL
4929 MELINDA DRIVE
FOREST HILL, TX 76119


Alpha Misbahou-Jalloh
11305 Birkdale Ct
Bowie, MD 20721


ALPHI LEWIS
219-13 114 ROAD
CAMBRIA HEIGHTS, NY 11411

ALTANEIO FERGUSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ALTHEA WRIGHT
19515 NW 38TH CT
MIAMI GARDENS, FL 33055


ALTORIA ANDERS
1611 WEST 16TH STREET
RIVIERA BEACH, FL 33404


ALVIN ANDERSON
14821 JACKSON ST
MIAMI, FL 33176


ALVIN DAVIS
124 NW 40TH CT
APT 3
OAKLAND PARK, FL 33309


Alvin Ilechie
8201 Climbing Fern Ct.
Bowie, MD 20715


ALVIN NNABUE
1646 BOND RD
PARKTON, MD 21120


ALWALEED ALREMAIH
1835 ASHTON LANE
APT #118
KENT, OH 44240


ALYSA GIUDICI
2058 EMENS DRIVE
MUSKEGON, MI 49444


ALYSA GRINDLINGER
40 ROWLAND AVE HWCC BOX # 3248
DELAWARE, OH 43015


ALYSE GILLENTINE
13304 CROCUS AVENUE NW
HARTVILLE, OH 44632

ALYSIA HARRIS
4130 EAST 104TH STREET
CLEVELAND, OH 44105


ALYSON STOLL
370 WESTGROVE CT
MEDINA, OH 44256


ALYSSA ABNER
1022 SUNSET DR
ENGLEWOOD, OH 45322


ALYSSA AVILA
8731 HOMER STREET
DETROIT, MI 48209


ALYSSA BIGELOW
641 BRYNHAVEN DR
OREGON, OH 43616


Alyssa Brinkley
5773 W Camper Rd.
Genoa, OH 43430-9300


ALYSSA CASTILLO
128 WASHINGTON STREET
HARTFORD, MI 49057


ALYSSA CLAY
373 CAROLL ST.
SUITE 62
AKRON, OH 44325


ALYSSA ELDER
17150 BUTTS CANYON RD
MIDDLETOWN, CA 95461


ALYSSA EVERSMEYER
1384 JEFFERSON AVE
AKRON, OH 44313


ALYSSA GOSLING
2137 TIGRIS DRIVE
WEST PALM BEACH, FL 33413

```
ALYSSA HOLLEY
701 NW 210 STREET
BLDG. 3 APT. 318
MIAMI, FL 33169


Alyssa Hoyng
2021 Barnsbury Ct.
Celina, OH 45822


ALYSSA JONKINS
330 TAYLOR ST NE 44
WASHINGTON, DC 20017


ALYSSA MCGHEE
9827 HEMLOCK LANE
GARRETTSVILLE, OH 44231


Alyssa Mediate
4430 N Holland Sylvania Rd.
Apt. 4119
Toledo, OH 43623


ALYSSA MILLER
2559 HEATHER HILLS RD APT B
TOLEDO, OH 43614


ALYSSA PETTY
4793 HABITS GLEN CT
CINCINNATI, OH 45244-1270


ALYSSA ROBERTS
12669 WILLIAMSBURG AVE NW
UNIONTOWN, OH 44685


ALYSSA STEIN
4700 SW 108TH AVENUE
DAVIE, FL 33328


ALYSSA THOMAS
3837 KENWAY BLVD
UNIONTOWN, OH 44685


ALYSSA ZIELENIEWSKI
3847 INDEPENDENCE ROAD
CLEVELAND, OH 44105
```

ALYSSA ZUMBERGER
9901 WRIGHT-PUTHOFF RD.
SIDNEY, OH 45365


AM RYWLIN MD & ASSOC PA
4300 ALTON RD
@2400
Miami Beach, FL 33140


AMADOU MAMADOU
4985 OLD COVENTRY ROAD
APT. 4064
COLUMBUS, OH 43232-2684


Amaka Ehienulo
4397 Palton Dr.
Dumfries, VA 22025


Amal el Daibani
4312 N Holland Sylvania Rd.
Apt. 323
Toledo, OH 43623


AMAL NARAYANAN
2220 HIGH ST
APT 305
CUYAHOGA FALLS, OH 44221


Aman Daniel
12406 Sadler Ln
Bowie, MD 20715


AMANAWIT WORKU
2801 W BANCROFT MS121
TOLEDO, OH 43606


AMANDA ALBERT
5905 APPLETON DR.
NORFOLK, VA 23502


Amanda Alston
6 Joicy Ct
Gwynn Oak, MD 21207

AMANDA BAKLEY
2926 NORTH CENTRE STREET
PENNSAUKEN, NJ 08109


Amanda Berthold
2620 S University Dr.
Apt. #204
Fort Lauderdale, FL 33328


AMANDA BLYER
6102 SUNSCAPE DRIVE NE
LOUISVILLE, OH 44641


AMANDA CARR
4709 LABURNUM DR
AKRON, OH 44319


AMANDA CARTEE
9709 MARTINIQUE DR
MENTOR, OH 44060


AMANDA COOPER
9526 IROQUOIS TRCE
NEW HAVEN, IN 46774


AMANDA CRUZ
1585 DEAN STREET, APT 4A
BROOKLYN, NY 11213


AMANDA DENTON
505 UNION STREET
PO BOX 104
HOWE, IN 46746


AMANDA DIGGS
2611 DOUGLAS RD SE #302
WASHINGTON, DC 20020


AMANDA FOWLER
1541 PENTRIDGE RD.
APT 212
BALTIMORE, MD 21239

AMANDA FOWLER
1227 MEIGS PL NE APT D
WASHINGTON, DC 20002-2442


AMANDA GIORDANO
1621 NW 4TH AVE
FORT LAUDERDALE, FL 33311


AMANDA GROSS
2524 NW 15TH STREET
FORT LAUDERDALE, FL 33311


AMANDA HOLZMAN
4811 FOOTE ROAD
MEDINA, OH 44256


AMANDA JORDAN
100 BELLMORE STREET
PAINESVILLE, OH 44077


Amanda Landwehr
4429 SW 79th Ter.
Fort Lauderdale, FL 33314-3141


AMANDA LANDWEHR
4429 SW 70TH TER
DAVIE, FL 33314-3141


AMANDA MAZUREK
1925 KEY ST APT L
MAUMEE, OH 43537


AMANDA PERALTA
1599 EASTLAKE WAY
WESTON, FL 33326


AMANDA PINEDA
11029 SW 88 ST APT P106
MIAMI, FL 33176


AMANDA REMMETTER
4690 BOLIN AVE
SPRINGFIELD, OH 45502

Amanda Salmon
12015 Crimson Ln
Silver Spring, MD 20904-1950


AMANDA SPENCER
2133 CALAIS DR. APT 12
MIAMI BEACH, FL 33141


AMANDA THAMMAVONGSA
835 GLENWOOD RD
ROSSFORD, OH 43460-1607


Amanda Tucker
6320 Greenspring Ave.
Apt. 305
Baltimore, MD 21209-3512


AMANDA VAN STRAVERN
1354 HUNTER'S LAKE DR E
CUYAHOGA FALLS, OH 44221


AMANDA WILLIAMS
2534 ROBINDALE AVENUE
AKRON, OH 44312


AMANDA WOLFORD
9204 HILLCROFT DRIVE
RIVERVIEW, FL 33578


AMANDA WORCESTER
323 HAWTHORNE STREET
ELYRIA, OH 44035


AMANDA ZGANJAR
1156 CAIRO PL
AKRON, OH 44306


AMANI JIU
81 RYERSON ST
BROOKLYN, NY 11205


AMANUEL VORKU
3365 AIRPORT HWY APT 7
TOLEDO, OH 43609

AMAR LOUIS
1616 NW 15TH AVE
FORT LAUDERDALE, FL 33311


AMARACHI CHUKWUKA-EZE
9443 BALLARD GREEN DRIVE
OWINGS MILLS, MD 21117


AMARACHI ELENDU
6713 SUMMER RAMBO CT
COLUMBIA, MD 21045-5405


AMARI GLENN-MCNEILL
5817 WESLEYAN DRIVE
PO BOX A63
VIRGINIA BEACH, VA 23455


AMARI GRANT
5603 SINCLAIR LANE, APT. E
BALTIMORE, MD 21206


AMARI SMITH
352 E 60TH ST
CHICAGO, IL 60637


AMARISSE LEE
1346 S WABASH AVE
CHICAGO, IL 60605


AMARRIA REAVES
903 ARGONNE DR
BALTIMORE, MD 21218


AMARYON WILLIAMS
3650 W 86TH PLACE
CHICAGO, IL 60652


Amaya White
31 Devon Green
Buffalo, NY 14204


AMBAYE SEMERE
1643 NORTHGATE RD
BALTIMORE, MD 21218

Amber Banks
1700 E Cold Spring Ln
Baltimore, MD 21251


AMBER BANKS
31 CARRIE PL
SICKLERVILLE, NJ 08081-9609


AMBER BERUMEN BAKER
11820 AMISTOSO LANE
LAS VEGAS, NV 89138


AMBER BESSNER
11095 BARRINGTON BOULEVARD
CLEVELAND, OH 44130


AMBER DAVIS
245 GRANT ST
RAVENNA, OH 44266


AMBER DERUMEN BAKER
11820 AMISTOSO LANE
LAS VEGAS, NV 89138


Amber Emerson
12704 Mescalaro Ln
Lusby, MD 20657


Amber Fussell
1469 Braden Crescent
Norfolk, VA 23502


AMBER HENDERSON
1242 ROZELLE AVENUE
EAST CLEVELAND, OH 44112


AMBER HOLMES-TURNER
1376 CY BLACKBURN CIRCLE
DALLAS, TX 75217


Amber Jones
4244 E 116th St
Cleveland, OH 44105

AMBER KENNEY
21200 PRIDAY AVENUE
EUCLID, OH 44123


AMBER KHAN
615 SANDUSKY ST
DELAWARE, OH 43015


Amber Matalus
15525 Winding Trail Rd.
Colorado Springs, CO 80908-2020


AMBER MATALUS
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


AMBER MCCLAIN
3420 N BELTLINE ROAD, APT 2020
IRVING, TX 75062


Amber McDonald
1704 Sassafras Hill St.
Durham, NC 27712


AMBER MCDONALD
5817 WESLEYAN DRIVE
BOX A411
VIRGINIA BEACH, VA 23455


AMBER PERRY
2175 NW 105 TERRACE
MIAMI, FL 33147


AMBER RICKETTS
17880 KELLY BIRD DRIVE
LAWRENCEBURG, IN 47025


AMBER ROBINSON
30246 INKSTER RD
FRANKLIN, MI 48025-1409


Amber Ruscin
29015 Milarcik Rd.
Tippecanoe, OH 44699

AMBER SIMMS
6343 MAXWELL DR
SUITLAND, MD 20746-4145


AMBER WILLIAMS
4524 CEDAR LANE
MEMPHIS, TN 38128


AMEA MCFADDEN
8826 SIGRID RD
BALTIMORE, MD 21215


AMED  MOLLEDA
420 NW 12TH AVE
MIAMI, FL 33128


Amed Oum-Mbogba
6510 Quentin Ct.
Hyattsville, MD 20784


AMEE BUTCHER
1601 BETZ DR.
AKRON, OH 44306


Ameera Gray
14132 Grand Pre Rd.
Apt. 42
Silver Spring, MD 20906-2857


AMELIA DEVER
24661 HILLIARD BLVD
WESTLAKE, OH 44145


AMEN DESTA
8721 DELCRIS DR
MONTGOMERY VILLAGE, MD 20886-4350


AMENTA BELL-RICHARDSON
9305 CRYSTAL OAKS LN
UPPER MARLBORO, MD 20772-3289


AmeriBen2
PO Box 7186
Boise, ID 83707

American Baptist College
Attn: Richard E. Jackson
1800 Baptist World Center Dr.
Nashville, TN 37207


American Current Care
2500 West Fwy
Fort Worth, TX 76102


American Express
PO Box 1270
Newark, NJ 07101


American Health Associates
665 Peachmont Ave. NW
North Canton, OH 44720


American Health Holding, Inc.
7400 W. Campus Rd. F-510
New Albany, OH 43054


American Health Network of OH PC
227 E. Loudon Ave.
Loudonville, OH 44842


American Health Network Ohio
4882 E Main St. #200
Columbus, OH 43213


AMERICAN RADIOLOGY CONSULTANTS
P O BOX 678253
NEW YORK, NY 10003


American Radiology Consultants, PLL
712 N. Washington, Suite 101
Dallas, TX 75246


Ameripath Cincinnati, Inc.
9844 Redhill Dr.
Cincinnati, OH 45242


Ameripath Florida LLC
4225 Fowler Ave.
Tampa, FL 33617

AMERIPATH FLORIDA LLC
16684 COLLECTIONS CENTER DRIVE
101
POMPANO BEACH, FL 33069


Amie Saidy
15424 Perrywood Dr.
Burtonsville, MD 20866


AMIE SAIDY
5817 WESLEYAN DRIVE
PO BOX A449
VIRGINIA BEACH, VA 23455


Amiel Levin, MD PA
4302 Alton Rd., Ste. 1010
Miami Beach, FL 33140


AMINAH ROSE
15600 NW 7TH AVE
APT. 701
MIAMI, FL 33169


Amir Metts
5735 St. Elmo
Cincinnati, OH 45224


AMIR RIDDLE
8800 RAY COURT APT 4
TWINSBURG, OH 44087


Amir Sheybani-Nezhad
110 Burke
Apt. D
Towson, MD 21286


AMIR SHEYBANI-NEZHAD
1011 J MISTY LYNN CIRCLE
COCKEYSVILLE, MD 21030


AMIRA AL-AKASH
641 WAKEFIELD DRIVE
CORTLAND, OH 44410

Amira Bendrif
3625 College Ave.
Box 2040
Fort Lauderdale, FL 33314


Amirah Muhammad
1540 Pentridge Rd.
Baltimore, MD 21239


AMIRAH MUHAMMAD
209 DIVISION ST
SCHENECTADY, NY 12304-1107


AMIRREZA NICKKAR
7513 KELSEYS LANE
ROSEDALE, MD 21237


AMIRREZA NICKKAR
8 BARNWELL COURT APT. 204
PARKVILLE, MD 21234


AMIT ADHIKARI
889B WHITE PINE DRIVE
AKON, OH 44313


AMMAR ABDELGAWAD
268 CROSBY ST #1
AKRON, OH 44303


AMMAR ATASSI
1186 TIMBERBROOK CT
PERRYSBURG, OH 43551


AMON SMITH
1184 E 19TH AVE
COLUMBUS, OH 43211


AMONI BEAZER
3403 LIBERTY HEIGHTS AVE
BALTIMORE, MD 21215


AMRIT KAFLE
16 POWHURST CT
NOTTINGHAM, MD 21236-5019

AMRITPAL DHALIWAL
209 174TH ST UNIT# 2316
SUNNY ISLES BEACH, FL 33160


AMRUTA MOZARKAR
4414 LAPLATA AVE, APT E
BALTIMORE, MD 21211


AMY BADER
3319 MAPLEWAY DR
TOLEDO, OH 43614


AMY BASHAM
5570 302ND ST
TOLEDO, OH 43611


AMY BEGG
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


AMY CARRERA
1610 EASY STREET
SEAGOVILLE, TX 75159


AMY CUSTER
3122 HOPEWELL PL.
TOLEDO, OH 43606


Amy E. Riese, MD
1400 E Medial Loop
Toledo, OH 43614


AMY HUA
2629 W VILLAGE DR
TOLEDO, OH 43614


Amy Jeramillo
1401 SW 136th Ave.
Fort Lauderdale, FL 33325


AMY JOYA
2414 SEEVERS AVENUE
DALLAS, TX 75216

```
AMY LUCIANO SANTAMARIA
2625 16TH AVENUE SOUTH
MINNEAPOLIS, MN 55407


AMY LYON
6168 PEPPERWOOD COURT
MENTOR, OH 44060


Amy Punte
4129 Meadows Rd.
Santa Fe, NM 87507


Amy R. Weidman, MD
3610 W. Market St.
Akron, OH 44333


AMY S DUNETZ DPM
305
AVENTURA, FL 33180


AMY UNG
82 FOUNTAINVIEW DR
SAINT CHARLES, MO 63303


AMY WOLF
5912 WAKEFIELD DR
SYLVANIA, OH 43560


AMY WOTRING
1035 COUNTRY VIEW LN. APT 16F
TOLEDO, OH 43615


An Huynh
1245 Oak Hill Ct.
Apt. 247
Toledo, OH 43614


AN NGUYEN
958 N PROSPECT ST
BOWLING GREEN, OH 43402


ANA
7175 ORANGE DR
APT 107
DAVIE, FL 33314
```

ANA ARRIETA
4150 NW 79 AVE.
APT. 1H
DORAL, FL 33166


ANA COMERIO
515 NE 118 STREET
MIAMI, FL 33161


ANA MARTIN-SACRISTAN GANDIA
1633 ARTMAN AVENUE
AKRON, OH 44313


ANA NEFFA
151 CRANDON BLVD
APT 136
KEY BISCAYNE, FL 33149


ANA PAULINA BOSCH VIELMA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


ANA RITA TEIXEIRA PEDROSO
393 SUMNER ST
APT. 103 B
AKRON, OH 44304


ANA SOTO
245 NE 14TH ST
APT 1815
MIAMI, FL 33132


ANA VALENCIA
4261 SW 153 PL.
MIAMI, FL 33185


Anabetsy Rivero
3301 NE 5th Ave.
Apt. 615
Miami, FL 33137-4023


ANAELLE AUGUSTE
1320 NW 112 STREET
MIAMI, FL 33167

ANANYA VAKA
77 FIR HILL
APT# 6B5
AKRON, OH 44304


ANAS ALBAZIE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ANASTASIA GROSSMAN
17810 ALLIEN AVENUE
CLEVELAND, OH 44111


Anastasia Mitchell
900 Riverbend Dr.
Apt. 185
Lancaster, TX 75146


Anastazia Novatchinski
1840 Brownstone Blvd.
Apt. A-31
Toledo, OH 43614


ANAYA COWVINS
7732 EMBASSY BLVD
MIRAMAR, FL 33023


ANAYA MURDOCK
6433 HEITZLER AVE
CINCINNATI, OH 45224


Andel Smith
1648 Bentalou St
Baltimore, MD 21215


ANDERSON ASSEVIERO
39 EWING DR
REISTERSTOWN, MD 21136


Andhina Satriani
3414 Dorr St.
Apt. 204
Toledo, OH 43607

ANDHY GOMEZ
5215 W 22ND CT
APT 104
HIALEAH, FL 33016-7050


ANDI YU
12040 NE 16TH AVE
APT 111
MIAMI, FL 33161


ANDIA HARRIS
13611 SHADY OAK
GARFIELD HEIGHTS, OH 44125


ANDISHA REYES
76 GROVE STREET
MONTCLAIR, NJ 07042


ANDRAE FERRON
18100 NW 52ND AVE
MIAMI GARDENS, FL 33055


ANDRAE FERRON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Andraea Taulker
316 N Poplar St.
Fostoria, OH 44830


ANDRE BELTON
1718 WEST FOLLOWTHRU DRIVE
TAMPA, FL 33612


ANDRE BOLLAM-GODBOTT
4647 BRUSHWOOD CIR
BRUNSWICK, OH 44212


ANDRE BRAZIEL
7064 N.W. 49TH STREET
LAUDERHILL, FL 33319


Andre Cheeks
26535 Laurel Grove Ct
Mechanicsville, MD 20659-4473

ANDRE DANIELS
1311 BRIARWOOD AVENUE
COLUMBUS, OH 43211


ANDRE DAVIS
12 ROTHAMEL CT
BALTIMORE, MD 21236


ANDRE DIXON
404A JACKSON AVENUE
VANDERGRIFT, PA 15690


ANDRE LYTTLE
1214 E BELVEDERE AVE
BALTIMORE, MD 21239-2601


Andre Paisley
3403 - 16th St NW
Washington, DC 20010


ANDRE PARKER
3350 NE 13 CIRCLE DRIVE
UNIT 108
HOMESTEAD, FL 33033


ANDRE ROSS
17600 NW 5TH AVENUE
APT. 108
MIAMI, FL 33169


ANDRE SAVORY
12808 WATER FOWL WAY
UPPER MARLBORO, MD 20774


ANDRE THOMPSON
320 NW 126TH ST
MIAMI, FL 33169


ANDRE WILLIAMS
8324 PAMLICO ST
ORLANDO, FL 32817


ANDREA ABAD
13121 NW 11 TERRACE
MIAMI, FL 33182

ANDREA BAKER
7557 ARLINGTON EXPRESSWAY
A103
JACKSONVILLE, FL 32211


ANDREA BORDLEY
5006 OAKLYN AVE
BALTIMORE, MD 21206


ANDREA BROOKHART
6839 YOUNGSTOWN PITTSBURGH ROAD
POLAND, OH 44514


ANDREA BUGARIU
55077 HEARTHSIDE DR
SHELBY TOWNSHIP, MI 48316


ANDREA CAPECCHI
16624 GREENS EDGE CIRCLE. # 74
WESTON, FL 33326


ANDREA CASTILLO
12965 SW 197 STREET
MIAMI, FL 33177


ANDREA COOKHORN
2494 CENTERGATE DRIVE
APT. 206
MIRAMAR, FL 33025


ANDREA CRUZ
25423 RICHTON FALLS DRIVE
RICHMOND, TX 77406


Andrea Dickerson
903 - 5th St. SE
Bagdad, KY 40003-4518


ANDREA ENGLISH
P.O.BOX 524
JOHNSTOWN, OH 43031


Andrea Garland
1423 Isted Rd
Glen Burnie, MD 21060

ANDREA GONZALEX DE LA GALA
10410 NW 58 TERRACE
MIAMI, FL 33178


ANDREA MANZUR WUNSCH
17235 7TH STREET
MONTVERDE, FL 34756


ANDREA MCGLOCKING
618 H. COVENANT DRIVE
BELLE GLADE, FL 33430


ANDREA MOUZONE
6620 VINCENT LN APT 302
BALTIMORE, MD 21215


Andrea Petri
250 Congress Park Dr.
Apt. 459
Delray Beach, FL 33445


ANDREA RAMIREZ
305 ROYAL FIELD DR.
ARLINGTON, TX 76011


Andrea Riley
592 Helen Ave.
Brunswick, OH 44212


ANDREA RILEY
7054 QUAIL LAKES DR
HOLLAND, OH 43528


Andrea Rowland
7054 Quail Lakes Dr.
Holland, OH 43528


ANDREA SANDERS-DEAN
1104 BOCA CHICA CIRCLE
DALLAS, TX 75232


ANDREA TAULKER
316 NORTH POPLAR STREET
FOSTORIA, OH 44830

ANDREA VALENCIA
3172 MERRICK TERRACE
MARGATE, FL 33063


ANDREAS COOK
25570 GLENBROOK BOULEVARD
EUCLID, OH 44117


ANDREAS MAYNOR
4103 SOUTH RICHMOND STREET
CHICAGO, IL 60632


ANDREE REID
1223 MARYLAND AVENUE EAST
SAINT PAUL, MN 55106


ANDREEK KELLY
2331 NASSAU DRIVE
MIRAMAR, FL 33023


ANDREINA GOMEZ
2710 SEGOVIA STREET
CORAL GABLES, FL 33134


ANDREINA PESCHIERA CONTI
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


ANDRELLE GUERRIER
8203 S PALM DR APT 216
PEMBROKE PINES, FL 33025


ANDRENIQUE WRIGHT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANDRES DAIZ-GONZALEZ
403D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ANDRES DEZA
1065 98TH ST.
APT. 6
BAL HARBOUR, FL 33154

ANDRES ESPINOSA
9921 NW 27TH STREET
MIAMI, FL 33172


ANDRES GONZALEZ
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


ANDRES MESA
350 E. 59TH STREET
HIALEAH, FL 33013


ANDRES MONTERO
8625 NW 8ST APT 302
MIAMI, FL 33126


ANDRES PEREIRA-GALINALTIS
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


ANDRES QUIJADA DUQUE
16401 NW 37TH AVE.
APT. 205
MIAMI GARDENS, FL 33054


ANDRES ROBLEDO
773 GLENRIDGE RD
KEY BISCAYNE, FL 33149


ANDREW ALIZE
13590 SW 73RD COURT
MIAMI, FL 33156


ANDREW BAKER
210 FAUCETTE MILL RD
HILLSBOROUGH, NC 27278


Andrew Belcher
7005 Brint Rd.
Apt. 12
Sylvania, OH 43560


Andrew Bostelman
2282 Carriage Dr.
Toledo, OH 43615

Andrew Bradley
6014 Hampton Corners N
Hilliard, OH 43026


ANDREW BRATSLAVASKY
1849 SOUTH OCEAN DRIVE
PH2
HALLANDALE BEACH, FL 33009


Andrew Bright
1017 Intrepid Court
Virginia Beach, VA 23454


ANDREW CAMPBELL
4757 SHOAL CRK APT 206
TOLEDO, OH 43615


ANDREW CHURCH
1100 HIDEAWAY LANE
ZANESVILLE, OH 43701


ANDREW COMPTON
42255 ELK CREEK DR
LAGRANGE, OH 44050


Andrew Cotton
1020 Pine Valley Ln
Apt. 102
Toledo, OH 43615


Andrew Deluca
136 Hopkins Ave.
CO 80331


ANDREW DELUCA
5817 WESLEYAN DRIVE
PO BOX C494
VIRGINIA BEACH, VA 23455


ANDREW DENIS
12621 SW 45 DRIVE
MIRAMAR, FL 33027

ANDREW DENNY
641 ESPANOLA WAY APT 1
MIAMI BEACH, FL 33139


ANDREW DIAZ DE PADILLA
755 ROSANA PLACE
NIPOMO, CA 93444


ANDREW DODDS
50 N E 132 TERRACE
NORTH MIAMI, FL 33161


ANDREW FLOYD
17221 NW 24 COURT
CAROL CITY, FL 33056


ANDREW FORTLAGE
27006 HEATHERFORD DR
PERRYSBURG, OH 43551


ANDREW GAINES
277 KASSIK CIRCLE
ORLANDO, FL 32824


ANDREW GARD
6516 COPPER PHEASANT DRIVE
DAYTON, OH 45424


ANDREW GOMEZ
5042 SW 163RD CT
MIAMI, FL 33185


ANDREW GRESHAM
429 N HAWKINS AVE
#704
AKRON, OH 44313


ANDREW GRESHAM
429 N HAWKINS AVE
#710
AKRON, OH 44313


ANDREW HARRAUGH
9801 NW 35TH ST.
HOLLYWOOD, FL 33024

ANDREW HARTENHOFF
13270 SW 30TH CT
DAVIE, FL 33330


ANDREW HAUSER
9468 FALCON LANE
MASON, OH 45040


ANDREW HILL
2424 HUNTING LANE
WALDORF, MD 20601


ANDREW JANKIEWICZ
8619 QUENTIN AVE
PARKVILLE, MD 21234


ANDREW JOHNSON
925 JOSHUA TREE CT
OWINGS MILLS, MD 21117


ANDREW KAGAN
16425 COLLINS AVE
APT 2412
SUNNY ISLES, FL 33160


Andrew Kanel
401 S Main St.
Apt. 526A
Akron, OH 44311


ANDREW KBALKA
2427 CHEYENNE BLVD APT 5
TOLEDO, OH 43614


Andrew Kobalka
2427 Cheyenne Blvd.
Apt. 5
Toledo, OH 43614


Andrew Kostiuk
817 Sand Lot Cir.
Louisville, OH 44641

ANDREW LANG
6364 STANBURY ROAD
PARMA, OH 44129


Andrew Liberty
3930 NW 4th Ct.
Boca Raton, FL 33431


ANDREW LINDER
2393 BURNHAM RD
FAIRLAWN, OH 44333


ANDREW LISAK
2604 WELSFORD ROAD
COLUMBUS, OH 43221


Andrew Lorenz
9341 Jerome Rd.
Dublin, OH 43017


ANDREW LUCKE
3402 STRATA CT
MASON, OH 45040


ANDREW MERRIWETHER
1008 COLLEGE AVE
DALLAS, TX 75766


ANDREW NEUSER
5942 MALDEN AVE
TOLEDO, OH 43623


ANDREW NGUYEN
696 NORTH PORTAGE PATH
AKRON, OH 44303


Andrew O'Brien
6736 Falling Leaves Court
Mason, OH 45040


ANDREW OKBALKA
2427 CHEYENNE BLVD APT 5
TOLEDO, OH 43614

ANDREW PAYNE
352 GREEN HILL DRIVE
TALLMADGE, OH 44278


ANDREW PHAM
10860 PHILLIPS ST
TUSTIN, CA 92782


ANDREW PORTNOY
10 WILLOWMERE AVE
MONTCLAIR, NJ 07042-4319


Andrew R. Altman, MD PC
137 NW 100th Ave.
Fort Lauderdale, FL 33324


ANDREW RAVA
300 NAPOLEON RD APT H77
BOWLING GREEN, OH 43402


ANDREW RIGGLE
8 HEDGE ROW
GETTYSBURG, PA 17325-7380


ANDREW RUIZ
14911 SW 18TH STREET
MIRAMAR, FL 33027


ANDREW RUNYON
37 TRAIL EDGE CIRCLE
POWELL, OH 43065


Andrew S. Bang, DC
1950 Richmond Rd.
Cleveland, OH 44124


Andrew Schwartz
501 Hinsdale Court
Virginia Beach, VA 23462


ANDREW SHOWALTER
871 KENNEBEC AVE
AKRON, OH 44305

ANDREW SIEGMAN
6819 WESTWOOD DR
BRECKSVILLE, OH 44141


Andrew Solow
2917 S Ocean Blvd.
Boca Raton, FL 33487


ANDREW STIENE
2712 7TH ST APT B
MAUMEE, OH 43537


Andrew Stratton
34 S. Erie St.
Apt. 205
Toledo, OH 43604


ANDREW STRATTON
1650 SPILLAN RD
YELLOW SPRINGS, OH 45387


ANDREW WAHL
325 SKYLANE DR
NORTHFIELD, OH 44067


Andrew Walsh
11141 Fairlawn Dr.
Cleveland, OH 44130


Andrew Wayman
1204 Oakridge Ct
Wapakoneta, OH 45895


ANDREW WODARCYK
2736 NORTHMONT DR
BLACKLICK, OH 43004


Andrew-David McClain
23685 Snell Rd.
Columbia Station, OH 44028


ANDREWS BOATENG
4179 FOREST HEIGHTS DR
STOW, OH 44224

ANDREWS DANSO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ANDRIANA TIJANIC
6668 GREENBRIAR DRIVE
PARMA HEIGHTS, OH 44130


ANDRIANA TIJANIC
433 EAST DAWNWOOD DRIVE
SEVEN HILLS, OH 44131


ANDRISIA SWEETING
509 NW 10TH STREET
MIAMI, FL 33136


ANDRIY CHEPAK
2604 INGLESIDE DR
PARMA, OH 44134


Andy Chalfant
233 Buttonwood Ct.
Columbus, OH 43230


ANDY JEAN-BAPTISTE
1321 NE 211 ST
MIAMI, FL 33179


ANDY MONTESINO
56 BIDDLE ST
SPRINGFIELD, MA 01129


ANDY REYES
570 SLUMBERWOOD DR
HOUSTON, TX 77013-4841


ANEESHA DEEPALI
420 ALLYN STREET
420 ALLYN STREET
AKRON, OH 44304


ANEESHA DEEPALI POLAVARAPU
420 ALLYN ST
AKRON, OH 44304

ANEIKA SIMPSON
1451 MARTINQUE CT
APT #6308
WESTON, FL 33326


ANEISHA JOSEPH
6751 HOLLY STREET
ZELLWOOD, FL 32798


Anes Assoc. of Akron, Inc.
224 W. Exchange St., Ste. 220
Akron, OH 44302-1726


Anesco Anesthesia Associates
3601 W. Commercial Blvd., Ste. 5
Fort Lauderdale, FL 33309


Anesco North Broward
3536 N. Federal Hwy #201
Fort Lauderdale, FL 33308


ANESCO NORTH BROWARD
3601 W COMMERCIAL BLVD #4
FORT LAUDERDALE, FL 33309


ANESIA LEE
136 NW 202ND TERRACE UNIT 404
MIAMI, FL 33169


Anesthediology Consultants of the P
310 Evernia St.
West Palm Beach, FL 33401


Anesthesia Associates PLL
36000 Euclid Ave.
Willoughby, OH 44094


Anesthesia Pain Care Consultants
7171 N. University Dr.
Fort Lauderdale, FL 33321


Anesthesiology Professional Service
500 E. Kennedy Blvd., Ste. 300
Tampa, FL 33602

ANETRA BYFIELD
50 RAINFOREST DRIVE
BRAMPTON, OH L6R1B1


ANFERNAE HEPBURN
19499 NE 10TH AVENUE
BLDG. 2, APT. 106
MIAMI, FL 33179


ANFERNEE BAKER
2849 NW 8TH CT
FORT LAUDERDALE, FL 33311


ANGE NOUBISSIE
21208 SPARROW CT
GERMANTOWN, MD 20876-5921


ANGEL ADDERLEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANGEL CASH
5180 EASTERN AVE NE
APT 101
WASHINGTON, DC 20011


ANGEL COLON AVILES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANGEL DEMELIS
14928 HALLDALE AVE #10
GARDENA, CA 90247


ANGEL GARCIA
1101 S 28TH AVE
HOLLYWOOD, FL 33026


ANGEL JOHNSON
1104 SOUTH BRINKLEL LOOP, APT 6
MARION, AR 72364


ANGEL POTTS
249 EAST 113TH STREET
CHICAGO, IL 60626

ANGEL REDMOND-PAPYNE
527 S HUTTIG AVENUE
INDEPENDENCE, MO 64053


ANGEL SIERRA
8301 SW 32 ST
MIAMI, FL 33155


ANGEL STONE
9420 POINCIANA PLACE
#209
DAVIE, FL 33324


Angela Adelson
7260 Seedpod Loop
Wesley Chapel, FL 33545


ANGELA BOYCE
21699 SHEFFIELD DR
FARMINGTON HILLS, MI 48335


ANGELA ESONU
504C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Angela Kiddy-Bevignani
150 Lakview Blvd.
Lake Alfred, FL 33850


Angela L. Karavasilis, DO
460 Amherst St.
Nashua, NH 03063


Angela Maria Leon Rodriguez
10051 Winding Lake Rd.
Apt. 201
Fort Lauderdale, FL 33351


ANGELA MARIA LEON RODRIGUEZ
9222 NW 37TH PLACE
CORAL SPRINGS, FL 33065

ANGELA RAMSEUR
346 SOUTH PAYSON STREET
BALTIMORE, MD 21223


ANGELA SANDERSON
4710 BURNHAM AVE
TOLEDO, OH 43612


Angela Silber, MD
75 Arch St. #102
Akron, OH 44309


Angela Simon
4424 Hill Ave.
Apt. B206
Toledo, OH 43615


Angela Sipes
7148 Quail Lakes Dr.
Holland, OH 43528


ANGELA SLAUGHTER
1373 HARTSDALE DRIVE
DALLAS, TX 75211


ANGELA TROYER
2742 SR 93
SUGARCREEK, OH 44681


ANGELA WILLIAMS
7148 QUAIL LAKES DR
HOLLAND, OH 43528


Angelica Walker
1500 Halter De.
Virginia Beach, VA 23464


ANGELINA QUINTANA
340 GIRALDA AVE
APT 612E
CORAL GABLES, FL 33134


ANGELIQUE IRVING
6966 MILLBROOK PARK DR
BALTIMORE, MD 21215

Angelique Smith
5204 Darien Rd
Baltimore, MD 21206


ANGELO HUBBARD
6211 FAIRWAY LANE
CANAL WINCHESTER, OH 43110


Angelo Ivey-Bloom
307 Silo Ridge
301
Odenton, MD 21113


ANGELO MILLI
CASCIA HALL
16401 NW 37TH AVE
MIAMI, FL 33054


ANGELYNA LONG
2711 RICKENBACKER DRIVE
DALLAS, TX 75228


ANGENICKA GUERRIER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Angie Black Academic
Insurance Solutions
265 S. Federal Beach
Deerfield Beach, FL 33441


ANGIE HOLMES
6329 SW 147CT
MIAMI, FL 33193


ANGIE OLIVAN
2498 SW 17 AVE
APARTMENT 4206
MIAMI, FL 33145


ANGIE REDO-HUFF
19232 LBJ FREEWAY #2818
MESQUITE, TX 75150

ANIBAL SILVA
500 BRICKELL AV.
1904
MIAMI, FL 33131


ANICET HABIMANA
530 KLING ST
APT #8
AKRON, OH 44311


ANICET HABIMANA
80 E EXCHANGE ST
AKRON, OH 44308


Anigail Allen
4994 Greenview Dr.
Commerce Township, MI 48382


ANIK CHOWDHURY
389 SHERMAN STREET
APT 203
AKRON, OH 44311


ANIK CHOWDHURY
437 SUMNER STREET, JUDSON HOUSE
APT K2
AKRON, OH 44304


Anil M. Parikh, MD, Inc.
70 N Miller Rd.
Akron, OH 44333


ANIL MISHRA
2247 UNIVERSITY HILLS BLVD
APT 101
TOLEDO, OH 43606


ANIL YADAV
703B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ANILA KUTULLA
751 PINE DR
#107
POMPANO BEACH, FL 33060

ANISA COBAJ
2771 RYEWOOD AVENUE, #D
COPLEY, OH 44321


ANISH JOHN JACOB
77 FIR HILLS
APT 2B5
AKRON, OH 44304


ANITA FERGUSON
2720 KILBOURNE AVENUE
COLUMBUS, OH 43231


ANITA MOYD
3709 BOARMAN AVENUE
BALTIMORE, MD 21215


Anita Nwabueze
1215 Linworth Ave
Apt. 2A
Baltimore, MD 21239


ANITA NWABUEZE
7403 GOLDFIELD COURT
ROSEDALE, MD 21239


Anita Torres-Waugh
625 Mace Ave.
Essex, MD 21221


ANIYA BRANCH
29 MEADOW LANE.
WALDORF, MD 20601


ANIYA BROWN
2429 NW 50TH STREET
APT.E
MIAMI, FL 33142


ANIYAH TAYLOR
1621 EAST 33RD ST
BALTIMORE, MD 21218

ANIYAH THORNTON
2412 ORLEANS ST APT B
BALTIMORE, MD 21224


ANJA MARJANOVIC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANJELIE TIRONE
1854 TUSCANY MILL WAY
OCOEE, FL 34761


ANJEWEL BLOUNT
604D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ANJOLAOLUWA TAIWO
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


ANKIT TIWARI
2220 HIGH ST
APT 305
CUYAHOGA FALLS, OH 44221


Ankur Pranjal
10 Deriemer Rd.
Hillsborough, NJ 08844


ANKUR PRANJAL
2618 W VILLAGE DR
TOLEDO, OH 43614


ANN MARIE MOFFETT
13010 CHADDSFORD TERRACE
MANASSAS, VA 20112


Ann Wildstein-Bronstein
5197 Conoe Bend Dr.
Lake Worth, FL 33463


ANN-LOUISE BOOTH
5810 ELGIN STREET
PITTSBURGH, PA 15206

Anna Amanda Josephine Tivenius
3301 College Ave.
Fort Lauderdale, FL 33314


ANNA DUNPHY
1120 N WESTWOOD AVE APT 7104
TOLEDO, OH 43607


ANNA FICKER
2337 ESTATE RIDGE DRIVE
CINCINNATI, OH 45244


Anna Haynie
1077 Stone Trail
New Braunfels, TX 78130


ANNA HOLDEN
5905 HATTERAS PALM WAY
TAMPA, FL 33615


ANNA LEIBENGOOD
2850 SPORE BRANDYWINE RD
BUCYRUS, OH 44820


Anna Molony
2921 SW 87th Ave.
Apt. 508
Fort Lauderdale, FL 33328


ANNA NEBRASKA
414 N OLD STATE RD
DELAWARE, OH 43015


ANNA PALLANTE
15733 MUNN ROAD
NEWBURY, OH 44065


ANNA PATRICIA AGUILO
3114 GLENDALE AVE
PARKVILLE, MD 21234-7133


ANNA PEDICONE
5 LANTERN LANE
LANSDALE, PA 19446

ANNA TARPLEY
595 KLING STREET
AKRON, OH 44311


ANNA THOMAS
7 AIRY HALL CT
HILTON HEAD ISLAND, SC 29928-3331


ANNA ULJANOV
4 GRANT STREET
AKRON, OH 44304


ANNA VOLYANSKAYA
16001 COLLINS AVE #2505
SUNNY ISLES, FL 33160


ANNA WILLIAMS
15911 S.W. 20TH ST.
MIRAMAR, FL 33027


ANNAMARIE ALFERY
112 BLACK OAK DR
CHESWICK, PA 15024


ANNASHA DESOUZA
374 RAINBOWS END
AURORA, OH 44202-8030


ANNASTACIA BARHAM
703 COLLEGE PARK DR.
APT. 9
CARAOPOWS, PA 15108


ANNASTACIA BARHAM
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


ANNASTACIA BARHAM
410 SHARON RD.
APT. B303
CARAOPOLIS, PA 15108


ANNE FUNK-CHANCE
11165 ASHLAND RD.
WOOSTER, OH 44691

Anne Goldman
1189 Cypress Point Way
Virginia Beach, VA 23455


ANNE GOSPODAREK
4607 283RD ST
TOLEDO, OH 43611


Anne Marie Warrington
351 Crossing Blvd.
Apt. 1122
Orange Park, FL 32073


ANNE PIERRE
1192 NORTH STATE ROAD 7
APT. 318
LAUDERHILL, FL 33313


ANNE PIERRE
1192 NW 40TH AVE, APT. 318
LAUDERHILL, FL 33313


ANNE RASPE
2209 W GREENLEAF AVE
CHICAGO, IL 60645-4803


ANNE SEVON
2748 SW 46TH CT
FORT LAUDERDALE, FL 33312


ANNE TOMEI
3521 RUSHLAND AVE
TOLEDO, OH 43606


ANNELEISE WILLIAMS
200 4TH STREET
ELLWOOD CITY, PA 16117


ANNES KIM
2101 ORCHARD LAKES CT APT 22
TOLEDO, OH 43615

ANNESSA MCCOY
2425 GULF OF MEXICO DR UNIT
15C
LONGBOAT KEY, FL 34228-3216


ANNETTE MARSOLAIS
433 WOODLAND AVE
AKRON, OH 44302


ANNIE LOCHRIDGE
1028 E MAPLE ST
NORTH CANTON, OH 44720


ANOOJ PAKVASA
482 KING
AKRON, OH 44321


Ansam Al Azzawi
4615 N Holland Sylvania Rd.
Apt. 6
Toledo, OH 43623


ANSELL FERNANDEZ
3350 NW 19TH TERR
MIAMI, FL 33125


ANSOFIA DORIVAL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANSONIQUE HANNA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANTANAE HINDS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANTAREZ GOODMAN
1870 WATERMILL LN
PERRYSBURG, OH 43551


ANTE TAYLOR
1722 E BANCROFT LN
CROFTON, MD 21114-1609

Anthem BC/BS
225 N. Michigan Ave.
Chicago, IL 60601


Anthem Community
4361 Irwin Simpson Rd.
Mason, OH 45040


Anthem Health Plans of Virginia
re: Virginia Wesleyan University
2015 Staples Mills Rd.
Richmond, VA 23230


Anthem, Inc.
Community Insurance Company
4241 Irwin Simpson Dr.
Mason, OH 45040


ANTHINISE BARKER
408A DALEY
2500 WEST NORTH AVENUE
JOPPA, MD 21085


ANTHONY  BROWN
1040 SE 4TH STREET
BELLE GLADE, FL 33430


ANTHONY ARMSTRONG
7646 VENICE HEIGHTS DRIVE NE
WARREN, OH 44484


ANTHONY BARROWS
3860 NW 208 STREET
MIAMI GARDENS, FL 33055


ANTHONY BELKNAP
153 VILLA DR
CIRCLEVILLE, OH 43113


ANTHONY BOWLEG
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

ANTHONY BROWN
816 EAST MOWRY DRIVE APT. 819
HOMESTEAD, FL 33030

ANTHONY BROWN
1040 SE 4TH STREET
BELLE GLADE, FL 33430

Anthony Bush
8611 S Elizabeth
Chicago, IL 60620

ANTHONY CAPSER
414 PEBBLE BEACH DRIVE
MONROE, MI 48162

ANTHONY ENGLISH
3310 DEVONSHIRE DR
BALTIMORE, MD 21215

ANTHONY FERNANDEZ
31 SE 5TH ST APT 1503
MIAMI, FL 33131

Anthony Flint
21 Mellon St.
Newport News, VA 23606

Anthony Galati
3130 Palm Trace Landings Dr.
Apt. 607
Fort Lauderdale, FL 33314

ANTHONY GATTUSO
80 NORTH PORTAGE PATH - PH9
AKRON, OH 44303

ANTHONY HARRIS
3523 FRYAR LOOP UNIT B
BALTIMORE, MD 21218

ANTHONY HICKS
240 COUNTY ROAD 53
KITTS HILL, OH 45645

ANTHONY HOLMES
4521 NW 178TH ST
CAROL CITY, FL 33055


ANTHONY ITALIANO
PO BOX 712
NORTH JACKSON, OH 44451


Anthony Ivey
1504 - 16th Ave. N
Nashville, TN 37208


ANTHONY JACKSON
1341 MILL RD
SEVEN VALLEYS, PA 17360


Anthony Jacobs
5270 Bayshore Rd.
Oregon, OH 43616


ANTHONY JOHNSON
5952 WESTFALL ROAD
LAKE WORTH, FL 33463


ANTHONY JUSTINIANO
4862 W. CONCORD
CHICAGO, IL 60639


ANTHONY LIMOUSIN
1080 NE 133 STREET
MIAMI, FL 33161


ANTHONY LOVELACE
1558 E TULPEHOCKEN ST
PHILADELPHIA, PA 19138-1630


ANTHONY LYON
6774 ST. IVES BOULEVARD
HUDSON, OH 44236


ANTHONY MADU
5214 HARFORD RD
BALTIMORE, MD 21214-2672

```
ANTHONY MARTZ
4888 MASSILLON RD. APT. 18
NORTH CANTON, OH 44720


Anthony Meely
1700 E Cold Spring Ln
Marble Hall
Baltimore, MD 21251-0001


ANTHONY MITCHELL
2252 PLUM LEAF LN
TOLEDO, OH 43614


ANTHONY MOLL
3449 HICKORY AVE
BALTIMORE, MD 21211


ANTHONY MURCIA-SANTOS
502D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Anthony Palumbo
2312 - 43rd St. NW
Canton, OH 44709


ANTHONY PELLILCAN
8171 SHADY MAPLE DR
CANAL WINCHESTER, OH 43110


ANTHONY POTESTAD
15750 SW 42ND TER
MIAMI, FL 33185


ANTHONY ROBERSON
6100 NW 186 STREET APT 303
HIALEAH, FL 33015


ANTHONY RUSSELL
6601 BONNIE RIDGE DR APT 201
BALTIMORE, MD 21209


ANTHONY SANFILLIPO
230 COOVER RD
DELAWARE, OH 43015-8519
```

ANTHONY SCOTT
3991 NW 45TH WAY
LAUDERDALE LAKES, FL 33319


ANTHONY STUBBS
204C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ANTHONY TREGO
379 MONTROSE AVE
AKRON, OH 44310


ANTHONY TURNER
10667 MONTROSE AVE APT 204
BETHESDA, MD 20814-4228


ANTHONY TURNER
1306 W WHEATLAND ROAD, APT 206
DALLAS, TX 75232


ANTHONY VARGAS
13290 SW 205TH LN
MIAMI, FL 33177


ANTHONY VEGA
7155 N AUGUSTA DR
HIALEAH, FL 33015-2078


ANTHONY WILLIAMS
6232 SETON HILLS LN
BALTIMORE, MD 21229


Anthony Woods
8908 Shepard Rd.
Macedonia, OH 44056


ANTHONY YOUNG
6707 MEADOWOOD DR
MEDINA, OH 44256


ANTINQUE HARRIS
396 SHIRLEY DR
PAHOKEE, FL 33476

ANTIONE BROOKS
401B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ANTJUAN JOHNSON
180 NE 170TH ST
MIAMI, FL 33162


ANTJUAN JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ANTOINE HARRIS
17350 NW 61ST PL
HIALEAH, FL 33015


ANTOINE JOE
8035 N W 15TH AVENUE
MIAMI, FL 33147


ANTOINE-OLIVIER GLADU-CORBIN
11715 GARFIELD ROAD
HIRAM, OH 44234


ANTOINETTE MCCOY
2518 W. 69TH STREET
CHICAGO, IL 60629


ANTOINETTE MEDEROS
20343 NW 43 PLACE
MIAMI GARDENS, FL 33055


ANTON GROSS
3676 A HAYES STREET NE #301
WASHINGTON, DC 20019


Anton Lobanov
2780 S University Dr.
Apt. 6B
Fort Lauderdale, FL 33328


ANTONETTE MARSTELLER
230 E 6TH ST
PERRYSBURG, OH 43551

ANTONIA MOBLEY
1354 NW 51ST STREET
MIAMI, FL 33142


ANTONIA SIKON
4055 QUEENSBURY CIRCLE
STOW, OH 44224


ANTONIO AMATO
1148 PARK VIEW DR
ZANESVILLE, OH 43701


ANTONIO BARRON
101 DUANE ST
MAUMEE, OH 43537


ANTONIO CERVANTES
236 N MAIN ST
SWANTON, OH 43558


ANTONIO COSTANTINI
1741 ALCESTER ROAD
MAYFIELD HEIGHTS, OH 44124


Antonio Crespo Mendez
5817 Wesleyan Dr.
Stuent Accounts Office
Virginia Beach, VA 23455


ANTONIO DIVITO
1241 WILLOWAY AVE SE
NORTH CANTON, OH 44720


ANTONIO FORTE
7040 SW 95 CT
MIAMI, FL 33173


Antonio Hardy
2826 Hartford St. SE
Apt. 104
Washington, DC 20020


ANTONIO JACKSON
1120 N WESTWOOD AVE APT 1411
TOLEDO, OH 43607

Antonio Johnson
1130 Montpelier St.
Baltimore, MD 21218-3616


Antonio Mendoza
4299 NW 76 Ave.
Hollywood, FL 33024


ANTONIO PEREZ
904 SOUTH ELM STREET
ENNIS, TX 75119


ANTONIO RAVENELL
4 STRETHAM CT
OWINGS MILLS, MD 21117


ANTONIO REDEDIOS
910 OLD FARM TRL
MEDINA, OH 44256


ANTONIO VILLA DE REY
1800 PURDY AVE APT 1507
MIAMI BEACH, FL 33139


Antonique Ingraham
2954 W Central Ave.
Apt. 207
Toledo, OH 43606


ANTONY MENDES
9420 SOUTH MEADOWS CIRCLE
MIRAMAR, FL 33025


ANTWOINE JOHNSON
1204 BROOKE ROAD
CAPITOL HEIGHTS, MD 20743


ANTWOINETT AIKENS
3171 NW 5TH STREET
LAUDERHILL, FL 33311


Antwon Winder
2015 N Monroe St
Baltimore, MD 21217

ANUJ AGRAWAL
590E BUCHTEL AVE
UNIT# 42
AKRON, OH 44304


ANUP PANT
634 E. BUCHTEL AVE
APT # 102
AKRON, OH 44304


ANUP PANT
281 WHEELER STREET
AKRON, OH 44304


ANUPAMA RAI
6710 HAVENOAK RD APT C1
BALTIMORE, MD 21237


ANURADHA SHARMA
382 1/2 BELTZ COURT AKRON
AKRON, OH 44304


ANURADHA SHARMA
437 SUMNER ST APT H 2
AKRON, OH 44304


ANVAY PATIL
800 EVERHARD RD SW APT. 1204
NORTH CANTON, OH 44709


ANWAR SADEK
876D WHITE PINE DRIVE
AKRON, OH 44313


Anya Cohen
20441 NE 30th Ave.
Apt. 320
Miami, FL 33180


Anyae Stanfield
4230 Loch Raven Blvd.
Rm 483 Marble Hall
Baltimore, MD 21251

```
Anyia Fields
50 Panama Ln
Buffalo, NY 14225


ANYSSA HANNA
3513 EDISON ROAD
CLEVELAND, OH 44121


Aoi Kamito
1216 Sunbury Rd.
Columbus, OH 43210


APARA GUPTA
77 FIR HILL TOWERS
APT NO. - 6B5
AKRON, OH 44304


APARNA AGRAWAL
268-A
80 EAST EXCHANGE STREET
AKRON, OH 44325


APOORVA MALLEPALLY
55 FIR HILL TOWERS
APT 9B4
AKRON, OH 44304


APOORVA VISHWAKARMA
907 HEMLOCK HILLS DRIVE
APARTMENT D
AKRON, OH 44313


APOORVA VISHWAKARMA
634 BUCHTEL AVE APT 111
AKRON, OH 44304


APP PBP PA
2013 Ponce de Leon Ave.
West Palm Beach, FL 33407


APP PBP PA
PO BOX 671361
WEST PALM BEACH, FL 33407
```

APRIL BELL
5817 WESLEYAN DRIVE
PO BOX C313
VIRGINIA BEACH, VA 23455


APRIL BROWN
4812 PINETREE DRIVE APT 201
MIAMI BEACH, FL 33140


APRIL DEMERS
12695 EGGERT RD
DUNDEE, MI 48131


APRIL POWERS
5900 APPLETON COURT
VIRGINIA BEACH, VA 23464


Aprilanne Arwood
801 SE Johnson Ave.
1348
Stuart, FL 34995


Apryl Morris
5904 Kaveh Ct.
Upper Marlboro, MD 20772-3750


AQARI ATKINSON
1323 LONGLAC RD
VIRGINIA BEACH, VA 23464


Araba Ghartey
3809 Oak Ave.
Gwynn Oak, MD 21207-6366


ARAEFO WISE
1717 KENNETH AVENUE N
UNION, NJ 07083


ARAIS DEL VALLE
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


ARAMIS CORDERO ISAAC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

```
ARCHIE RUMPH
23100 SW 123RD ST
MIAMI, FL 33170


ARCHIE RUMPH
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Architha Reddy
2801 Bancroft
MS513
Toledo, OH 43606


ARDRA RIGBY, JR.
11424 JOHNSON CREEK CIR
JACKSONVILLE, FL 32218


ARE'AL CANADA
6055 SOUTHFIELD FWY
APT #1
DETROIT, MI 48228


Areej Usmani
1911 Key St.
Apt. A
Maumee, OH 43537


AREEJ USMANI
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


ARELISHA DENNIS
942 SOUTH WEST LONGFELLOW ROAD
PORT SAINT LUCIE, FL 34953


AREMY RODRIGUEZ
6605 AVENUE R
HOUSTON, TX 77011


AREZOO AVID
590 E BUCHTEL AVE.
APT #43
AKRON, OH 44304
```

ARGENIS HERNANDEZ
3078 SW 4TH ST
MIAMI, FL 33135


ARI JONES
3614 FORREST AVENUE APT 4
MEMPHIS, TN 38122


ARI WARSHAWSKY
70 SW 91ST AVE APT 210
PLANTATION, FL 33324


ARIADNA BLINOVA
447 E. VORIS STREET
AKRON, OH 44311


ARIADNA BLINOVA
472 SPICER STREET, UPPER UNIT
AKRON, OH 44311


ARIADNA RAMOS GANDIA
393 SUMNER ST
APT. #2-103D
AKRON, OH 44304


ARIANA BROWN
1511 163RD AVE
APT #57
SAN LEANDRO, CA 94578


ARIANA MOSQUERA
5805 BROOKSIDE DRIVE
CLEVELAND, OH 44144


ARIANA RUBIO
7825 NW 107 AVE. #615
DORAL, FL 33178


ARIANNA ALDERETE
606A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

ARIANNA BOONE
5817 WESLEYAN DRIVE
BOX B400
VIRGINIA BEACH, VA 23455


Arianna Ciciulla
29 Burnside St.
Medford, MA 02155


ARIANNA CICIULLA
5817 WESLEYAN DRIVE
BOX B24
VIRGINIA BEACH, VA 23455


ARIANNA EADDY
2777 NORTH BUCKNER BLVD
APT. 1404
DALLAS, TX 75228


Arianna Gomes
3160 Banneker Dr. NE
Washington, DC 20018


ARIANNA ILIFF
508 SUMNER ST
AKRON, OH 44304


ARIANNA JAMES
16110 SW 102ND PL
MIAMI, FL 33157


Arianna Kadlub
1355 Oak Hill Ct.
Apt. 65
Toledo, OH 43614


ARIANNA LUPI
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


Arianna Russo
8458 NW 109 Ct.
Miami, FL 33178

ARIANNA SORIA
4360 289TH ST
TOLEDO, OH 43611


Arianna Wilson
1 Smallwood Ln
New Castle, DE 19720-2034


ARIC MCATEE
2255 N LEUTZ RD
OAK HARBOR, OH 43449


ARIEA MARSHALL
2413 GLASBORN CIRCLE
MELBOURNE, GA 32904


ARIEL BENJAMIN
5657 SW 124TH TER
OCALA, FL 34481


ARIEL BROWN
3806 MEADOWBROOK BOULEVARD
UNIVERSITY HEIGHTS, OH 44118


ARIEL DAVIS
1970 NW 192ND TERRACE
CAROL CITY, FL 33056


ARIEL DE WEEVER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ARIEL DEVAULT
9220 LANDIS DRIVE
BEAUMONT, TX 77707


ARIEL HENRY
6053 SW 40TH STREET
APT#1
HOLLYWOOD, FL 33023


ARIEL HYLTON
144 NE 188TH STREET
MIAMI, FL 33179

ARIEL JOHN DEU
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


Ariel Klein
74 Casterton Ave.
Akron, OH 44303


Ariel Roberts
324 N Hawkins Ave.
Akron, OH 44313


Ariel Sims
7155 Quail Lakes Dr.
Holland, OH 43528


ARIELLE FORREST
4804 WILLISTON ST
BALTIMORE, MD 21229


ARIELLE HALL
7201 SHADOWLAWN AVE
BALTIMORE, MD 21234


ARINDAM PAUL
484 ALLYN STREET
APT A
AKRON, OH 44304


ARIOL LABRADA MD PA
MIAMI, FL 33222


ARIONNA ROBINSON
2111 LUGINE AVE
WOODLAWN, MD 21207


ARIS DAVIES
12104 CHIP SHOT LN
UPPER MARLBORO, MD 20772-7958


ARIUS JONES
1608 WORTHINGTON DRIVE
FORT WAYNE, IN 46845

ARIYANNA CARTER
4509 FAIRVIEW AVE APT E
BALTIMORE, MD 21216


Arjun Chandra
1343 Oak Hill Ct.
Apt. 106
Toledo, OH 43614


ARJUN RAMAKRISHNAN
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


Arjun Shettigar
3414 Dorr St.
Apt. 210
Toledo, OH 43607


ARKELON LEE
2657 PARKROW AVENUE
DALLAS, TX 75215


ARLEENE ALEXIS
265 NW 111TH ST
MIAMI SHORES, FL 33168-3301


ARLEN NYARKO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ARLURIA CLAYTON
5867 E BONIWOOD TURN
CLINTON, MD 20735-4832


ARMANI KING
8045 SOUTH AVAON AVE
CHICAGO, IL 60619


ARMANI PALMER
4558 CLAMSHELL DR
JACKSONVILLE, FL 32218

ARMANI SEALE
2621 ATWATER DR
NORTH POINT, FL 34288


ARMANI WILSON
7807 S UNION
CHICAGO, IL 60620


ARMC Physicians Care, Inc.
1240 Huffman Mill Rd.
Burlington, NC 27215


ARMON CURTIS
11121 LA ROSE AVENUE
CLEVELAND, OH 44105


ARNNETTE JAMES
3620 ECHODALE AVENUE
BALTIMORE, MD 21214


ARNOB BANIK
590 E BUCHTEL AVE
APT 45
AKRON, OH 44304


ARNOB BANIK
437 SUMNER STREET
APARTMENT # K
AKRON, OH 44304


ARNS CARRENARD
2450 LANTANA ROAD
APT 2115
LAKE WORTH, FL 33462


Arny & Arny, Inc.
1113 S Cleveland Massillon Rd.
Akron, OH 44321


Aron Berhane
12730 Sterling Ct.
Oak Park, MI 48237

ARPIT CHOUDHARY
4713 ALDGATE GREEN
HALETHORPE
BALTIMORE, MD 21227


ARREANA AXSON
866 PAXTON ROAD
CLEVELAND, OH 44108


ARRIEL DAWSON
1620 POPLAR GROVE ST
BALTIMORE, MD 21216


ARRYAWNA SALDANA
5817 WESLEYAN DRIVE
PO BOX B527
VIRGINIA BEACH, VA 23455


Arshpreet Kaur
2725 Pine Knoll Dr.
Toledo, OH 43617


Art Elmazi
9312 Saint Angelas Way
Sylvania, OH 43560


ARTEM ZHGUN
1800 S.OCEAN DR. APT 2502
HALLANDALE BEACH, FL 33009


ARTERIA MCDOWELL
1030 WEST 31ST
COVINGTON, LA 70433


ARTESIA FULCHER
36 NORTH ROSEDALE ST
BALTIMORE, MD 21229


Arthritis and Rhumatology Assoc.
of Palm Beach
1411 N. Flagler Dr.
Suite 5600
West Palm Beach, FL 33401

ARTHRITIS-OSTEO TRTMNT   RSRCH
20880 W DIXIE HIGHWAY
SUITE 101
SQUARE ONE CENTER
MIAMI, FL 33180


ARTHUR BREGMAN MD LLC
1550 MADRUGA AVE.
CORAL GABLES, FL 33146


ARTHUR MCDADE
9962 VOLTAR AVENUE
OAKLAND, CA 94603


ARTHUR WILSON
7500 NW 28TH ST
MARGATE, FL 33063


ARTO KAZAKOV
65 W 90TH ST
APT 19E
NEW YORK, NY 10024-1505


ARTUR SHARAPOV
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ARTURO ABREU
9700 HAMMOCKS BLVD. #204
MIAMI, FL 33172


Arturo Corces, MD PA
11801 SW 90th St. #201
Miami, FL 33186


ARTURO PEN RODRIGUEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ARTURO SEIJAS MORILLO
195 WHEELER STREET
APT 204
AKRON, OH 44304

ARUN KUMAR NETHI
12664 S CHURCHILL WAY
STRONGSVILLE, OH 44149


Arvind Senthilkumar
3 Sulliman Rd.
Edison, NJ 08817


Arwa Alfayadh
2435 Zuber Rd.
Orient, OH 43146-9403


ARYAM ALBARRAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ARYANA LEWIS
15104 FLORIDA AVENUE
CLEVELAND, OH 44128


ARYANI WALKER
45 NW 4TH STREET
POMPANO, FL 33064


ASA BERLIN
211 BALDWIN ST
WADSWORTH, OH 44281


Asad Butt
18429 S Salem Row
Strongsville, OH 44136


ASAD BUTT
5725 TIBARON LN APT 308
TOLEDO, OH 43615


ASAF PISCOYA
705 NW 105TH PLACE
MIAMI, FL 33172


ASHA BEACHAM
3618 GOLDEN HILLS DR.
DALLAS, TX 75241

Asha Gowda
2895 Lakewoods Ct.
West Bloomfield, MI 48324


ASHA RICHARDS
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


ASHAN WILLIAMS
543 BLOOM ST
BALTIMORE, MD 21217


ASHANTI CHAVIS
3260 FOUNTAIN FALLS WAY, APT 1064
LAS VEGAS, NV 89032


ASHANTI PATTERSON
22301 SW 123RD DR
MIAMI, FL 33170


ASHAUNTI CLEMONS
1412 NW 12TH STREET
FORT LAUDERDALE, FL 33311


ASHISH GADHAVE
634 E BUCHTEL AVE
APT 215
AKRON, OH 44304


ASHISH GADHAVE
55 FIR HILL ST, APT 11B10
AKRON, OH 44304


ASHLEE WARNER
9557 CR 313
TERRELL, TX 75161


Ashlee Wetterer
1148 SW 11th St.
Boca Raton, FL 33486


ASHLEI RUSSELL
5322 S. HONORE
CHICAGO, IL 60609

ASHLEIGH GORDON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ASHLEIGH OBERLANDER
13A FAY AVENUE
PEABODY, MA 01960


ASHLEIGH SOMERFELT
4654 DRESHER TRL
STOW, OH 44224


ASHLEIGN GARY
603 AMBER COURT
PHENIX CITY, AL 36868


ASHLEY AMATO
710 PINE VALLEY DR
PITTSBURGH, PA 15239


ASHLEY ANDERSON
20116 NW 28TH CT
MIAMI GARDENS, FL 33056


Ashley Blake
3319 Bluemont Park
Hilliard, OH 43026


ASHLEY BROOKS
3837 SIMPSON STUART RD
P.O BOX 87
DALLAS, TX 75241


ASHLEY BROOKS
3522 KELOX RD
GWYNN OAK, MD 21207


Ashley Brown
7940 1/2 Secor Rd.
Apt. B
Lambertville, MI 48144


ASHLEY BROWN
1920 W ALEXIS RD APT L303
TOLEDO, OH 43613

ASHLEY BRUNEUS
950 SW 96TH AVE
PEMBROKE PINES, FL 33025


ASHLEY BUTLER
160 NE 203RD TERRENCE
APT 17
MIAMI, FL 33179


Ashley Cameron
109 S Third St.
Oakwood, OH 45873


ASHLEY CAMERON
1045 EMERALD RD
PAULDING, OH 45879


Ashley Croston
1111 Bell Ave.
Lansdowne, PA 19050


ASHLEY DAVIS
4817 WESTCLIFFE CT
SYLVANIA, OH 43560-3000


ASHLEY DAVIS
6809 MAYFIELD ROAD
APT 1550
MAYFIELD HEIGHTS, OH 44124


Ashley Drusel
337 W Summit St.
Barberton, OH 44203


ASHLEY EDWARDS
5817 WESLEYAN DRIVE
PO BOX B494
VIRGINIA BEACH, VA 23455


ASHLEY FLOWERS
1100 BOLTON ST APT 518
BALTIMORE, MD 21201

ASHLEY FOX
2413 CHURCH ST
EVANSTON, IL 60201-3966


Ashley Fuchs
212 Greenwood Dr.
Cranberry Twp, PA 16066


ASHLEY FUERTE
4774 BROOK DRIVE
WEST PALM BEACH, FL 33417


ASHLEY GEORGE
4707 EAGLE DRIVE
FORT PIERCE, FL 34951


Ashley Gray
2 White Law Pl
Nottingham, MD 21236


ASHLEY HENRY
846 GREENBRIAR LANE
UNIVERSITY PARK, IL 60484


Ashley Holmes
1255 Gleneagle Rd
Baltimore, MD 21239-2236


ASHLEY IKPEZE
512 LAKE VISTA CIR APT F
TOWSON, MD 21286


Ashley Kline
4544 Columbus St.
Apt. 1012
Virginia Beach, VA 23462


ASHLEY KRUSEL
337 W SUMMIT ST
BARBERTON, OH 44203


ASHLEY LEWIS
825 WJ PRATT ST
BIRMINGHAM, AL 35224-1071

ASHLEY LOVE
2849 WEST AVENUE
LEBANON, OH 45036


ASHLEY MCGEE
850 BALDWIN STREET 504
PITTSBURGH, PA 15235


ASHLEY MENA
168 ATHABASCA DR
KISSIMMEE, FL 34759


ASHLEY MORALES
18101 NW 2ND CT
MIAMI GARDENS, FL 33169


ASHLEY MURRAY
240 PINE NEEDLE DR
SEVILLE, OH 44273


ASHLEY NOBLES
7511 SW 7TH STREET
MARGATE, FL 33068


ASHLEY REDMAN
4311 HOAGLAND BLACKSTUB ROAD
CORTLAND, OH 44410


ASHLEY RICHARDSON
14835 CLINTON RD
DOYLESTOWN, OH 44230


ASHLEY RICKARD
PO BOX 314
ATTICA, OH 44807


ASHLEY SOLA
2800 NW 112TH TERRACE
FORT LAUDERDALE, FL 33323


ASHLEY STEVENS
301B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Ashley Strong
9862 NW 2nd Ct
Fort Lauderdale, FL 33321


Ashley Szczesniak
163 Edgerton Rd.
Akron, OH 44303


ASHLEY TAYLOR
2023 E. GRANT
FRESNO, CA 93701


ASHLEY TOLEDO
15021 TOSCANA WAY
NAPLES, FL 34120


ASHLEY TURNER
15720 NW 20TH AVENUE ROAD
OPA LOCKA, FL 33054


ASHLEY WALKER
1000 HOLT AVE
BUILDING 2737
WINTER PARK, FL 32789


ASHLEY WALLER
1424 PICADILLY LN APT A204
MAUMEE, OH 43537


Ashley Washington
8613 Old Hickory Trail
Apt. 2204
Dallas, TX 75237


ASHLEY WIHL
129 WEST COLUMBUS ST.
MT. STERLING, OH 43143


ASHLEY WILLIAMS
3101 NW 77TH STREET
APT 405
MIAMI, FL 33147

ASHLEY-ANN BRYAN
9225 RAMBLEWOOD DRIVE
APT 1033
CORAL SPRINGS, FL 33071


ASHLEY-ANN BRYAN
1506 SW 149 AVE
PEMBROKE PINES, FL 33027


ASHLII DYER
4226 DUMAINE STREET
NEW ORLEANS, LA 70119


ASHLYN THOMPSON
14621 S SPUR DR
MIAMI, FL 33161


ASHMITA KHADKA
6710 HAVENOAK RD APT C1
BALTIMORE, MD 21237


ASHMITA SANYASHI
261 CRANZ PL
AKRON, OH 44310


ASHONTI WRIGHT
25855 HIGHLAND ROAD
RICHMOND HEIGHTS, OH 44143


Ashton Barr
3400 Roberta St.
New Castle, IN 47362


Ashton Bell
1800 Baptist World Ctr. Dr.
Nashville, TN 37207


ASHTON CASSEL
2083 LARKSPUR LN
GRAND BLANC, MI 48439


ASHTON GILKEY
467 WESTGREEN LN
WESTERVILLE, OH 43082

```
ASHTON MARTINEZ
6031 SW 183 WAY
DAVIE, FL 33331


ASHWIN AMAR GHATPANDE
590 E. BUCHTEL AVE.
APT. 18
AKRON, OH 44304


ASHWIN SANCHETI
55 FIR HILL ST
APT 5B6
AKRON, OH 44304


ASHWIN SANCHETI
876 WHITE PINE DR
APT D
AKRON, OH 44313


Asia Benjamin
1700 E Cold Spring Ln
Baltimore, MD 21251


Asia Blackwood
14 Broadleaf Court
Parkville, MD 21234


ASIA BLACKWOOD
5817 WESLEYAN DRIVE
PO BOX B295
VIRGINIA BEACH, VA 23455


ASIA JACKSON
208A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ASIA LEWIS
4135 NAPOLI LAKE DRIVE
LAKE PARK, FL 33410


ASIA MASON
1018 SCOTTS HILL DRIVE
PIKESVILLE, MD 21208
```

ASIA MCCALLUM
4171 FAIRVIEW AVE APT 5
BALTIMORE, MD 21216


Asia Morgan
3752 Chrysler Dr.
Detroit, MI 48207-4716


ASIA PANTON
45 WINDEMERE ST
SPRINGFIELD, MA 01104-2226


Asia Parker
6818 Sturbridge Dr.
Apt. D
Parkville, MD 21234-7413


ASIA-LIGE ARNOLD
1317 EDGEWATER ROAD
DAYTONA BEACH, FL 32117


ASIEH GHANEKARADE
430 SUMNER STREET, APT 202
AKRON, OH 44304


ASIELLE KAIMARI
1937 SUNNYLAWN DR
TOLEDO, OH 43614


Asis Shaw
2364 Ashford Dr
Waldorf, MD 20603


ASLAN BAFAHM ALAMDARI
672 E. BUCHTEL AVE
AKRON, OH 44304


ASMA EISA
2255 UNIVERSITY HILLS BLVD. AP
TOLEDO, OH 43606


ASMA MOHAMED
8678 CASTLEMILL CIR
NOTTINGHAM, MD 21236-2619

ASMAR JEFFERSON
1317 W SELZER ST.
PHILA, PA 19132


Asmara Faluki
3708 Pikeswood Dr.
Randallstown, MD 21133


Aspen Rehabilitation
1930 OH-59
Kent, OH 44240


ASRITHA NALLAPANENI
2220 HIGH STREET, PORTAGE TOWERS
APT. 820
AKRON, OH 44221


Assata Lewis
1000 Radnor Ave
Baltimore, MD 21212


Associated Pathologists
2300 Patterson St.
Nashville, TN 37203


Associates in Digestive
625 Del Prado Blvd. S
Cape Coral, FL 33990


Associates in Family Practice
42755 Mound Rd.
Sterling Heights, MI 48314


Assumpta Nwaneri
3217 Glanzman Rd.
Unit 72
Toledo, OH 43614


Assurex Health, Inc.
6960 Cintax Blvd.
Mason, OH 45040


ASTHA LAMICHHANE
634 EAST BUCHTEL AVENUE #312
AKRON, OH 44304

Asthma & Allergy Associates of FL
9600 W. Sample Rd.
Suite 400
Pompano Beach, FL 33065


ASTRID CASTILLO
3147 WEST SPRINGS DR.
APT. A
ELLICOTT CITY, MD 21043


Asyaa Davis
International House 5110
1730 W Rocket Dr.
Toledo, OH 43606


AT&T Mobility
PO Box 1809
Paramus, NJ 07653-1809


ATANAS KOCEV
514 BROWN STREET
AKRON, OH 44311


ATARAH PINDER
2076 ECHODALE AVENUE
APT B4
BALTIMORE, MD 21239


ATARAH YISRAEL
645 E. 21ST STREET
APT 1301
JACKSONVILLE, FL 32206


ATASHA SMITH
4726 EAST FRIO DRIVE
DALLAS, TX 75216


Atasha Terrelonge
3605 Labyrinth Rd.
Apt. 18
Baltimore, MD 21215-2420


ATHENA WELSH
3582 RAMBO AVE
ALLIANCE, OH 44601

ATIA SHARMEEN
2440 SAINT PAUL STREET, APT-4G
BALTIMORE, MD 21218


ATIBA MCGILL
306B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ATIE AMIRGOL
1350 N HOWARD STREET
APT 306
AKRON, OH 44310


ATIE AMIRGOL
542 CARROLL STREET
SECOND FLOOR, APT 2
AKRON, OH 44304


ATIE AMIRGOL
590 EAST BUCHTEL AVE. APT. 48
AKRON, OH 44304


Atlantic Anesthesia, Inc.
400 Rt. 130 S
Hightstown, NJ 08520


Atlantic Physical Therapy E
400 Rt. 130 South
Hightstown, NJ 08520


ATO WATSON
20450 NW 9TH COURT
MIAMI GARDENS, FL 33169


ATO WATSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


AUBREIGH HERRINGA
8432 WOLVERINE RD
TEMPERANCE, MI 48182-9115

AUBREY DAVIS
2450 NW 162ND STREET
CAROL CITY, FL 33056


Aubrey Kozer
3720 Durham Dr.
Barberton, OH 44203


AUBREY PIZZA
7735 BIG BEND CT
SYLVANIA, OH 43560


AUBREY WARD, JR.
1448 EAST 108TH STREET
CLEVELAND, OH 44106


AUBRIANA BELLARD
1601 KENWAY PLACE
MIDDLETOWN, OH 45044


AUBRIANA ROLON
3551 RIVERLANDINGS BLVD
HILLIARD, OH 43026


AUBYN MCNAUGHTON
3512 MILLVALE RD
WINDSOR MILL, MD 21244-2970


Audra Moehrman
3424 Michael Ct.
Columbus, OH 43204


AUDREY ADGATE
2070 CR 109
GLENWOOD SPRINGS, CO 81601


Audrey Clark
605 Ranier Cir.
Garland, TX 75041


AUDREY FETTIG
2563 DAMVUE DR
ROAMING SHORES, OH 44084

AUDREY FLEMING
42452 DHARTE CT
CLINTON TOWNSHI, MI 48038


AUDREY LAUER
8261 RUSTIC DRIVE
CHARDON, OH 44024


Audrey Nolte
1188 Cambridge St.
Alliance, OH 44601


Audry Adgate
2070 Cr 109
Glenwood Springs, CO 81601


AUDU ABUBAKAR
1340 CANBERRA DR
ESSEX, MD 21221


AUGUST GALLATIN
5337 MOSER LN
PERRYSBURG, OH 43551


AUGUSTA RADER
4229 DRY RUN DR
HAMILTON, OH 45013


AUGUSTIN FERNANDEZ
208 NE 21ST CT
WILTON MANORS, FL 33305-1012


Ault Chiropractic, LLC
3975 Cascades Blvd.
Ste. 5
Kent, OH 44240


Aultman Orrvile Dunlap Family Phys
830 S. Main St.
Orrville, OH 44667


Aultman Orrville
832 S. Main St.
Orrville, OH 44667

Aumoni Robinson
2294 Canteen Cir
Odenton, MD 21113


AUNDRA HERRING
8508 OKEEFE DR.
SEVERN, MD 21144


AUNDRE PRICE
1990 SW 81ST AVENUE
MARGATE, FL 33068


Aundrea Collins
929 N Wolfe St
#517A
Baltimore, MD 21205


Aundriana Griffin
2602 Glos Ave.
Bellwood, IL 60104


Aunesha Williams
1700 E Cold Spring Ln
Thurgood Apt. 104A
Barton, MD 21521


AURELIA VISAN
1180 ELLESMERE AVE
CUYAHOGA FALLS, OH 44221


Aurelio  Bula
13280 SW 53rd St.
Hollywood, FL 33027


AURIYANA CAMPUSANO
155 EAST VILLAGE RD
ELKTON, MD 21921


AURIYANA CAMPUSANO
206C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Aurora Mark & Kambour, MD
16250 NW 59th Ave.
Ste. 201
Miami, FL 33180


AURORA MARK AND KAMBOUR MD
PO BOX 100914
ATLANTA, GA 30384


AUSHIA MCLEAN
207B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Austin Beam
214 - 16th St.
Toledo, OH 43604


Austin Blair
4628 Melody Lane
Cincinnati, OH 45245


AUSTIN BLATT
1259 LECTRIC LANE
ZANESVILLE, OH 43701


Austin Carey
154 E 92nd St.
Los Angeles, CA 90003


AUSTIN DAVIS
289 KIMBER ROAD
WOOSTER, OH 44691


Austin Edwards
2207 Gaylord Dr.
Suitland, MD 20746-1442


Austin Edwards
3200 Arrowhead Circle
Apt. I
Fairfax, VA 22030

Austin Ernst
4264 Winters Lane
Newport, KY 41076


Austin Finley
3060 Woodcrest Dr.
Akron, OH 44333


AUSTIN HORTON
4243 W BANCROFT ST APT 101W
OTTAWA HILLS, OH 43615


AUSTIN JOHNSON
8538 CENTER STREET
GARRETTSVILLE, OH 44231


AUSTIN KARNAKARIAN
302 E BUCHTEL AVE,AKRON, OH
BULGER RESIDENCE HALL
3RD FLOOR ROOM 313
AKRON, OH 44325


AUSTIN MEEHL
5727 TIBARON LN APT 301
TOLEDO, OH 43615


AUSTIN MEYER
18781 GIPE RD
NEY, OH 43549


AUSTIN MITCHELL
6951 REGENTS PARK BLVD
TOLEDO, OH 43617


AUSTIN PARRY
3835 HOLBEIN DRIVE
ZANESVILLE, OH 43701


AUSTIN RADIOLOGICAL ASSOC
PO BOX 4099
NEW YORK, NY 10003


Austin Rawson
2060 Eve Dr.
Steubenville, OH 43952

Austin Ricci
5590 Stonecreek Way
Hudson, OH 44236


AUSTIN RICE
229 CLAREMONT DR
BRUNSWICK, OH 44212


AUSTIN SAMPLE
7400 WINDSOR RIDGE BLVD
SYLVANIA, OH 43560


Austin Schrader
2266 - 108th St.
Toledo, OH 43611


AUSTIN SCHRADER
5306 303RD ST
TOLEDO, OH 43611


AUSTIN SPRINKLE
8840 SW 20TH ST
MIAMI, FL 33165


Austin Thomas
10305 Pinemist Ct
Upper Marlboro, MD 20772


AUSTIN VAN PELT
13300 LEROY CENTER ROAD
PAINESVILLE, OH 44077


Austin Wilhelm
26886 Luckey Rd.
Walbridge, OH 43465


AUSTIN WIVELL
681 TIPPECANOE RD
SMOCK, PA 15480


AUSTIN WOLF
401 S. MAIN STREET #145A
AKRON, OH 44311

AUSTINE CHUKWUKA-EZE
9443 BALLARD GREEN DRIVE
OWINGS MILLS, MD 21117


AUTUM MORTON
5303 WYNDHOLME CIR UNIT 301
BALTIMORE, MD 21229


Autumn Blakely
1962 Hunters Run
Holland, OH 43528


Autumn Boyd
8541 Kings Ridge Rd
Parkville, MD 21234


Autumn Devine
190 Coachman Dr.
Plain City, OH 43064


Autumn Eddy
2717 Fenway Ave.
Chesapeake, VA 23323


Autumn Taylor
332 E Lorraine Ave
Baltimore, MD 21218


AUTUMN TURNAGE
3016 BELMONT AVE
BALTIMORE, MD 21216


AUTUMN YOUNG
6707 MEADOWOOD DR
MEDINA, OH 44256


Ava Illig
3835 Seville Rd.
Seville, OH 44273


Ava Smith
103 Wooland Estates Dr.
Baldwin, NY 11510

```
AVA SMITH
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


Ava Warrington
351 Crossing Blvd.
Apt. 1122
Orange Park, FL 32073


AVENTURA HLTHCARE SPECIALISTS
PO BOX 405662
320
AVENTURA, FL 33180


Aventura Hospital
20900 Biscayne Blvd.
Miami, FL 33180


AVENTURA MEDICAL ASSOCIATES
21150 BISCAYNE BLVD
#306
AVENTURA, FL 33180


Aventura Orthopedicare Center
21000 NE 28th Ave. #104
Miami, FL 33180


Avenues of Counseling and Medi
2259, 230 S Court St.
Medina, OH 44256


AVERY CAGLE
98 MINWOOD AVE
TALLMADGE, OH 44278


AVERY GOLDSBOROUGH
3915 LIBERTY HEIGHTS AVE APT 108
BALTIMORE, MD 21207


AVERY MOVOLD
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101
```

AVERY SESAY
6258 BLYTHE AVE
EAST HIGHLAND, CA 92346


Avery Spies
16 Pepper Ridge Rd.
Cleveland, OH 44124


Avery Sumpter
5085 Hummingbird St.
Lima, OH 45807


Aviona Clark
212 Gransfalls Bluff
North Las Vegas, NV 89031


Avis Hardaman
4110 Biglow Dr.
Dallas, TX 75216


AVIS HARDAMAN
2157 VOLGA AVE
DALLAS, TX 75216


AVIS MARSHALL
3127 PLAZA STREET
COCONUT GROVE, FL 33133


Avreis Wallace
3314 Clarks Lane
Apt. A
Baltimore, MD 21215


Avriana Chavez
5640 Stevens Forest Rd.
Apt. 237
Columbia, MD 21045-3340


AWAB ALI
430 SUMNER ST. APT.302
AKRON, OH 44304

AWADH ALMUTAIRI
960 SOUTHERLY RD
385
TOWSON, MD 21204


AXEL CHAKOUNTE
20834 FOX TROT CT
HUMBLE, TX 77338


AXEL GOMEZ
9990 SW 3RD ST
MIAMI, FL 33174


Axesspointe / Akron General Broadwa
676 S. Broadway St. #103
Akron, OH 44311


AYANA HENDERSON
3298 WEST 157TH STREET
CLEVELAND, OH 44111


Ayana Rudd
1335 Nalley Ter
Hyattsville, MD 20785-4401


AYANI WHITE
943 SW 122ND AVE.
PEMBROKE PINES, FL 33025


AYANNA BRANCH
2225 POPLAR GROVE ST
BALTIMORE, MD 21207


AYANNA CULMER-GILBERT
929 N. WOLFE STREET
UNIT 1709
BALTIMORE, MD 21205


AYANNA CULMER-GILBERT
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


AYANNA FORSKIN
2455 NOTH NOB HILL RB
SUNRISE, FL 33322

Ayanna Kaigler
15707 Erwin Ct.
Bowie, MD 20716-2631


AYANNA KELLY
2560 CENTERGATE DRIVE
APT 202
MIRAMAR, FL 33025


AYANNA MILLER
1618 N 52ND ST APT 3RD FL
PHILADELPHIA, PA 19131


AYANNA WATKINS
1649 EAST 50TH STREET
APARTMENT 8E
CHICAGO, IL 60615


AYAX ARMAS
475 BRICKELL AVE APT 2012
MIAMI, FL 33131-2527


AYELET HASTINGS
3103 BANCROFT ROAD
APARTMENT #D
BALTIMORE, MD 21215


AYISHAT OMAR
3922 ROLLING ROAD
APT 6A
PIKESVILLE, MD 21208


AYITA DONERSON
10303 SUNNYLAKE PL APT I
COCKEYSVILLE, MD 21030


AYMAN ELAMIN
316 PLEASANT MEADOW BLVD,
APT #A
CUYAHOGA FALLS, OH 44224


Ayodeji Afolabi
6431 Woodgreen Cir.
Gwynn Oak, MD 21207

Ayodeji Agbelese
9601 Beachwood Ave.
Lanham, MD 20706-4001


Ayodeji Gbadamosi
12804 Cottonwood Ct
Upper Marlboro, MD 20774


AYODEJI WEMIDA
1700 E COLDSPRING LANE
BALTIMORE, MD 21251-0001


AYONNA WRIGHT
516 INGRAM STREET, APT A
FORT WORTH, TX 76108


AYSA BROOKS
17000 N BAY RD APT 509
SUNNY ISLES BEACH, FL 33160


AYSE OZEN
195 WHEELER STREET APT 303
AKRON, OH 44304


AYSE OZEN
77 FIR HILL STREET
AKRON, OH 44304


Ayshante Archelus
459 Willow St.
Orange, NJ 07050-2018


AYSHIA ROBERTS-JOHNSON
4775 SW 2ND AVE
APT 103
DAVIE, FL 33314


AYSIA THOMAS
5429 CRESTA WAY
JACKSONVILLE, FL 32211


Azadeh Khaghany, MD PLLC
313 Stewart Rd.
Monroe, MI 48162

AZAHRIA KING
1018 BAINBRIDGE
FORNEY, TX 75126


AZANIA INMAN
5817 WESLEYAN DRIVE
PO BOX A87
VIRGINIA BEACH, VA 23455


AZAREA JUNIOR
3220 NW 171 TERR
CAROL CITY, FL 33056


AZARIA BROWN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


AZARIA DAVIS
4723 LANGDALE DR.
ORLANDO, FL 32808


Azhar Harris
470 Haven Ridge Rd
Stockbridge, GA 30281-7905


AZIHONNA COX
6000 HORNE DRIVE
KILLEEN, TX 76542


AZIZA MORISHO
9850 S KIRKWOOD ROAD, APT 1915
HOUSTON, TX 77099


Aziza Saafir-Johnson
3033 Button Bush Ln
Laurel, MD 20724


AZMATH FATHIMA
22 E ALANBROOKE COURT
TOWSON, MD 21204


AZURE QUANT
845 N W 80TH WAY
PLANTATION, FL 33324

B&G DIAGNOSTIC SERVICES
444 W 51ST PL
HIALEAH, FL 33012


Babacar Ba
2560 Satyr Hill
Columbus, OH 43219


BABU GAIRE
634 E BUCHTEL AVE, APT 311
AKRON, OH 44304


BACH TRAN
195 WHEELER STREET, APT 102B
AKRON, OH 44304


BACH XUAN TRAN
55 FIR HILL DR
APT 2B6
AKRON, OH 44304


BADER ALASSAF
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


BAILEE SHCUHMANN
2900 NW 130TH AVE
APT. 315
SUNRISE, FL 33323


BAILEY ALVAREZ
5817 WESLEYAN DRIVE
PO BOX A409
VIRGINIA BEACH, VA 23455


BAILEY BROWN
2638 LATONIA BLVD
TOLEDO, OH 43606


Bailey Krueger
6362 Rossmore Ln
Canal Winchester, OH 43110

BAILEY LACK
1192 CONSTITUTION DR
BRUNSWICK, OH 44212

Bailey Line
4710 Clancy Way
Westerville, OH 43082

Bailey Merkel
4500 Saint Anthony Rd.
Temperance, MI 48182

Bailey Miller
4591 Muirvalley Ct
Batavia, OH 45103

BAILEY SCHECK
45198 STATE ROUTE 162
WELLINGTON, OH 44090

Bailey Stephens
215 E Main
Mount Sterling, OH 43143

BAILEY WILLIAMS
1328 COTTONWOOD DR
ANDERSON, IN 46012-2802

BAIPING REN
719 EXCELSIOR AVE APT 2
AKRON, OH 44306

BAKELVIS WHITE
1713 NW 74TH ST
MIAMI, FL 33127

BALDOMERO ESQUIVEL
736 NW 3RD TERRA
APT 107
FLORIDA CITY, FL 33034

Baldwin Park Family Practice, PA
1040 Woodcock Rd. #200
Orlando, FL 32803

Baldwin Williams
13132 Oriole Dr
Beltsville, MD 20705


BALLA CONDE
750 GATES AVE APT 3C
BROOKLYN, NY 11221-1796


BALVIN RICHARDS
C/O STUDENT AFFAIRS
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BAMBA DIOUM
3509 W 74TH ST
CHICAGO, IL 60629


BANAFSHEH KHAKIPOOR
1350 N HOWARD ST APT 409
AKRON, OH 44310


BANAFSHEH KHAKIPOOR
1350 N HOWARD ST APT 604
AKRON, OH 44310


BANGAN PENG
1712 TREETOP TRL
APT C
AKRON, OH 44313


BANGAN PENG
77 FIR HL APT 9C9
AKRON, OH 44304


BAOSEN ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Baptist EKG Associates, Inc.
8353 SW 124th St. #208
Miami, FL 33156

Baptist Health Medical Group Orthop
PO Box 100905
Atlanta, GA 30374-0905


Baptist Health Medical Group Physic
7400 SW 87th Ave.
Suite 100
Miami, FL 33173


Baptist Hospital
8900 N. Kendall Dr.
Miami, FL 33176


Baptist Medical Center
800 Prudential Dr.
Jacksonville, FL 32207


Baptist Outpatient Services
Medical Arts Building
8950 N. Kendall Dr.
Secont Floor
Miami, FL 33176


Baptist Primary Care, Inc.
3563 Phillips Hwy #101
Jacksonville, FL 32207


Baptist Surg. and Endoscopy Ctr
3563 Phillips Hwy #101
Jacksonville, FL 32207


BARBARA DE AGRELA SERRAO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Barbie Bowman
4810 Murfressboro Rd.
Lebanon, TN 37090


Barrett Cochran
PO Box 1810
Bronson, FL 32621

BARTH-LUTHER MOUAFO
518 GAGE STREET
AKRRON, OH 44133


Barton Galloway
1813 SW Renfro St.
Port Saint Lucie, FL 34953


Bashawn Smith
222 Franklin St.
Trenton, NJ 08611


BASIT SANUSI
THE UNIVERSITY OF AKRON
447 EAST VORIS STREET
AKRON, OH 44311


BASIT SANUSI
4862 KAREN ISLE DR
RICHMOND HEIGHT, OH 44143


BATBAATAR BAYANGEREL
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


BATOOL NAJAM
615 SANDUSKY ST
DELAWARE, OH 43015


Baycare Urgent Care
711 S. Belcher Rd.
Clearwater, FL 33764


Baylor University Medical Center
PO Box 842022
Dallas, TX 75284-2022


BAYSTATE REFERENCE LAB
PO BOX 3353
SPRINGFIELD, MA 01104


Bayview Physician Services, PC
PO Box 7068
Portsmouth, VA 23707-0068

BAYYINAH GILCHRIST
1463 NORTH FOREST PARK AVE
GWYNN OAK, MD 21207


BCS Breg, Inc.
2885 Loker Ave. East
Carlsbad, CA 92010-6626


BEACHES OPEN MRI OF THE TREASU
1615 NW Feral Hwy
STUART, FL 34994


Beacon West
21465 Detroit Rd.
Rocky River, OH 44116


BEATRICE JEAN
430 SOUTH PARK ROAD
APT. 307
HOLLYWOOD, FL 33021


Beatrice Leao do Prado W
3030 Residence Dr.
Ottawa House East 5211B
Toledo, OH 43606


Beatrice Senesie
317 Syria Ct.
Fort Washington, MD 20744-5932


BEAU BAYERL
1676 TOWNSHIP ROAD 1045
ASHLAND, OH 44805


BEAU JANOUSEK
5817 WESLEYAN DRIVE
PO BOX A315
VIRGINIA BEACH, VA 23455


BEAUBRUN GERMAIN
517 SW 10TH STREET
APARTMENT 1 NORTH
HALLANDALE, FL 33009

Becky Hoover
1389 Hadden Cir
Akron, OH 44313


Behnam Tabatabai
1804 Heathfield Rd.
Baltimore, MD 21239


BEHNAZ SAFAVI
11508 HATFORD RD
GLEN ARM, MD 21057


BELEN ESTUPINAN
1405 CRAIG DR
GELENA PARK, TX 77547


BENAN ALJALEEL
3710 WYNDHAM RIDGE DR
APT. 310
STOW, OH 44224


BENCHA FANFAN
16221 NE 18 PLACE
APT 2
MIAMI, FL 33162


BENCIA DORIVAL
208 NW BILTMORE ST
FORT PIERCE, FL 34983


BENCIA DORIVAL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BENHURA ZAGGAI
705 HYDE RD
SILVER SPRING, MD 20902-3045


BENITA MURRAY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BENJAMIN ASARE
67 STRAW STREET
AKRON, OH 44304

```
Benjamin Benhuri
4430 N Holland Sylvania Rd.
Apt. 4338
Toledo, OH 43623


BENJAMIN BERRY
6613 GERTRUDE AVE UPPR
CLEVELAND, OH 44105


BENJAMIN BORKETEY
67 STRAW STREET
AKRON, OH 44304


BENJAMIN BROOKS
318 BELLTOWN RD.
OWINGS MILLS,, MD 21117


Benjamin Callahan
3275 Myersville Rd.
Apt. C
Uniontown, OH 44685


Benjamin Casanova
2516 White Aspen Lane
Sylvania, OH 43560


Benjamin Cook
10857 Old Delaware Rd.
Mount Vernon, OH 43050


BENJAMIN COUNSEL
5817 WESLEYAN DRIVE
BOX A357
VIRGINIA BEACH, VA 23455


BENJAMIN ERMAN
128 NORTH 7TH STREET
COSHOCTON, OH 43812


Benjamin Franz
202 Chesapeake Dr.
Gibsonia, PA 15044
```

BENJAMIN GEFFON
1900 N BAYSHORE DRIVE, # 715
MIAMI, FL 33132


BENJAMIN HANNA
1400 REIMER ROAD
UNIT C
WADSWORTH, OH 44281


Benjamin Hawk
127 W Broadway St.
Plymouth, OH 44865


BENJAMIN HERMAN
8883 JAMAICA RD
GERMANTOWN, OH 45327


BENJAMIN HOWARD
16755 ELDERDALE DRIVE
MIDDLEBURGE HTS OHIO, OH 44130


Benjamin Irvine
1546 N Redhawk Dr.
Perrysburg, OH 43551


Benjamin Kopko
15630 River View Pl
Perrysburg, OH 43551


BENJAMIN LUNDT
406 SUMNER STREET APT. B-14
AKRON, OH 44304


Benjamin Nieva
4544 - 43rd Pl NW
Washington, DC 20016-4556


BENJAMIN OLEWILER
5659 ROME SOUTH RD
SHILOH, OH 44878


BENJAMIN PASSAVANT
2775 DIANA DR
TECUMSEH, MI 49286

BENJAMIN RILEY
2658 HOLTMAN DR NE
GRAND RAPIDS, MI 49525


Benjamin Saylor
54141 Deer Ridge Ct.
Rochester, MI 48307


BENJAMIN SETSER
1014 SOUTH STREET
CORNELIUS, NC 28031


BENJAMIN SETSER
3185 ONAWAY ROAD
SHAKER HEIGHTS, OH 44120


Benjamin Speer
7811 Hunt Club Dr.
Mason, OH 45040


BENJAMIN STONEKING
5633 RYEWYCK DR
TOLEDO, OH 43614


BENJAMIN TALBOT
26800 WOODMONT DR APT 44
PERRYSBURG, OH 43551


Benjamin Ten Eyck
15204 S 20th St.
Phoenix, AZ 85048


BENJAMIN WHITBOURN
615 SANDUSKY ST
DELAWARE, OH 43015


BENJAMIN WILSON
106 EAST MAIN STREET
CANFIELD, OH 44406


BENJAMIN YOUNGBLOOD
2619 AILSA AVE
BALTIMORE, MD 21214

BENJAMIN ZUNIGA
555 MONTROSE AVENUE NW
MASSILLON, OH 44646


Benlix Byas
4001 Clairton Dr.
Bowie, MD 20721


Bennie Thomas
2508 Woodland Ave
Baltimore, MD 21215


BENQIAN WEI
596 CARPENTER STREET
AKRON, OH 44310


BENQIAN WEI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


BENZ DE MARSHALL PIERRE
811 NW 171ST TER
MIAMI GARDENS, FL 33169-5338


BEONCA FLOYD
1225 NW 23RD TERRACE
FORT LAUDERDALE, FL 33311


Berekt Ashenafi
1422 Vilardo Ln
Columbus, OH 43227


BERINGTON JEAN CHARLES
6640 NW 26TH STREET
SUNRISE, FL 33313


BERLINE GERMAIN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Bernard Bahaya
3414 Dorr St.
Apt. 316
Toledo, OH 43607

Bernhardt Laboratories
5008 Mustang Rd.
Jacksonville, FL 32216


BERYL OGOLA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BESONGNGEM OBENDA
7727 BAGGINS RD
HANOVER, MD 21076


BESSIE EVANS
3615 MILFORD AVE
BALTIMORE, MD 21207


Best Docs Live
Attn: Randall Mills
5151 Headquarters Dr.
Ste. #115
Plano, TX 75024


BETE CHANE
103B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BETH BRAVER
200
AVENTURA, FL 33180


BETHANY REYES
295 SW VISTA LAKES DR
PORT ST. LUCIE, FL 34953


BETHANY REYES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BETHELHEM DUKAMO
2912 WIGEON WAY
APT 311
AKRON, OH 44319

BETHELHEM DUKAMO
75 MILL CREEK LAWSON RD
JACKSON, KY 41339


Bethesda Health Physician Group
2465 State Rd. 7
Suite 800
Wellington, FL 33414


Bethesda Hospital, Inc.
9655 W. Boynton Beach Blvd.
Boynton Beach, FL 33472


BETSY DERINCON
3755 SW 129 AVE
MIAMI, FL 33175


BETSY LUECK
144 S WILSON BLVD
MOUNT CLEMENS, MI 48043


BETSY VAZQUEZ DE RINCON
3755 SW 129 AVENUE
MIAMI, FL 33175


BETTIE M WESNER
841 SW 67TH AVE
841
NORTH LAUDERDALE, FL 33068


BETTY EVERETT
3501 HOWARD PARK AVE.
116
GWYNN OAK, MD 21207


BETTY SCHWENSEN
12758 7TH AVE NW
SEATTLE, WA 98177-4232


BETTY WOODS-REYES
4900 5TH AVENUE NE
COLUMBIA HEIGHTS, MN 55421

Beverly Barou
5211 Earles Ct
Frederick, MD 21703


BEYSEAN HAMILTON
7108 SYBARIS DR
UPPER MARLBORO, MD 20772


Bharat J. Shah, MD
63 Baker Blvd.
Akron, OH 44333


BHARATH MALLADI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Bhaunelle Mendez
13 Brubar Ct
Apt. 1D
Gwynn Oak, MD 21207


BHAVANA NADELLA
55 FIR HILL TOWERS APT 9B4
AKRON, OH 44304


BHUWANASHWAR DYAL
501C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BIANCA COMBE
10121 SW 138TH CT.
MIAMI, FL 33186


BIANCA HIGGINS
1805 ETTA STREET
FORT WORTH, TX 76105


BIANCA JOHNSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


BIANCA PERRY
252 JASTRAM ST
PROVIDENCE, RI 02908

BIANCA ROSE
913 REVERDY RD
BALTIMORE, MD 21212


Bianca Sices
1122 Palou Ave.
San Francisco, CA 94124


BIBEK MAHARJAN
6920 DONACHIE RD
1605
TOWSON, MD 21239


BIBIAN ANAYA
812 COLORADO AVE
PORT ARTHUR, TX 77642


BIG PINE MEDICAL MINOR EMERGEN
PO BOX 430536
BIG PINE KEY, FL 33043


Bih Tuma
7396 Xavier Ct.
North Ridgeville, OH 44039


BIJAY GHISING LAMA
8845 GLADYS ST NW
MASSILLON, OH 44646


BIKIIA GIPSON
670 THREADNEEDLE
BEAUMONT, TX 77705


Bilal Johnson-Bey
717 Benninghuas Rd.
Catonsville, MD 21228


BILLY GOWDY
284 NW 3RD AVE
DEERFIELD BEACH, FL 33441


Billy Jeffers
1801 Hidden Ridge Dr.
Perrysburg, OH 43551

BILLY VO
4500 BRENTWOOD STAIR ROAD APT# 1057
FORT WORTH, TX 76112


BINGBING ZHANG
8887 FONTAINEBLEAU BLVD
APT 107
MIAMI, FL 33172


BINI ELSA PAUL
1700 WEST CHURCH STREET
APT B6
ORRVILLE, OH 44667


BINTOU KOUYATE
1340 NORTH CAROLINA AVE NE
WASHINGTON, DC 20002


BINZE HE
2301 SW 27TH AVE APT 1404
MIAMI, FL 33145-3674


Bioreference Laboratories, Inc.
6420 Rockledge Dr.
Bethesda, MD 20817


Bir JV, LLP
PO Box 677466
Dallas, TX 75267-7466


BIRUK SHIFERAW
5645 PURDUE AVE APT F
BALTIMORE, MD 21239-2808


BISCAYNE ANESTHESIA LLC
5944 CORAL RIDGE DR. #170
Pompano Beach, FL 33076-3300


Biscayne EKG Associates
20900 Biscayne Blvd.
Miami, FL 33180


BISHAL BABU DUMRE
3414 DORR ST APT 110
TOLEDO, OH 43607

Bishwa Bhetuwal
1214 Brookview Dr.
Apt. 55
Toledo, OH 43615


Bisola Bakare
1700 E Cold Spring Ln
Baltimore, MD 21251


Biwas Subedi
3283 Alexandria Dr.
Toledo, OH 43606


BIYONG YANG
379 N RIVER RD
MUNROE FALLS, OH 44262


Blair Carsone
520 SE 5th Ave.
3705
Fort Lauderdale, FL 33301


BLAIR FAUST
13521 SW 266 STREET
HOMESTEAD, FL 33032


Blair German
310 Mcalpin Dr.
Savannah, GA 31406


Blair Grubb, MD
3000 Arlington Ave.
Toledo, OH 43614


Blair Timberlake
129 Carneliard Ct
Pikesville, MD 21208


Blair Young
6 Woodward Ct.
Reisterstown, MD 21136-1835


BLAISE SIMPLICE TALLA NWOTCHOUANG
1015 HOWE AVE. APT 22
CUYAHOGA FALLS, OH 44221

BLAISE SIMPLICE TALLA NWOTCHOUANG
430 SUMNER STR. APT. 203
AKRON, OH 44304


BLAKE BERNSTEIN
8350 COMMERCE WAY
MIAMI LAKES, FL 33016


BLAKE BROWN
4442 SW 18TH STREET
WEST PARK, FL 33023


BLAKE BUCKNER
3631 LIBERTY HEIGHTS AVE APT B5
BALTIMORE, MD 21215


BLAKE DELL
615 SANDUSKY ST
DELAWARE, OH 43015


BLAKE EASTERLING
369 EAST FORD AVENUE
BARBERTON, OH 44203


BLAKE ERVIN
4011 SOUTH INDIANA AVENUE
CHICAGO, IL 60653


Blake Moore, MD
1800 Camelot Dr.
Virginia Beach, VA 23454


Blake Saffell
4295 Loop Rd. NW
Somerset, OH 43783-9608


Blake Skuratowicz
1125 Little Bear Loop
Lewis Center, OH 43035


BLANCA DE PAZ
11435 KIEBERG ROAD #234
DALLAS, TX 75253

Blanca Noguera
870 Beacon Court
Hollywood, FL 33019


Blane Alcala
5148 Plum Creek Dr.
Monroe, MI 48161


Blessing Elekwachi
8347 Flintlock Ct.
Severn, MD 21144-2556


BO NI
733 W MARKET ST.
APT. 408
AKRON, OH 44303


BOBBY SAPP
1212 COPPER CREEK
KILLEEN, TX 76549


BOBBY SMITH
2111 KING STREET
SUFFOLK, VA 02343-4180


Boca Raton Regional Hospital
800 Meadows Rd.
Boca Raton, FL 33486


BOER LIU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


BOER LIU
2828 REDCREST LN
#205
AKRON, OH 44319


BOLUWATIFE BOWALE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

BOOKER RHODES
19500 SW 39TH CT
MIRAMAR, FL 33029


BORIN SHERI
101 E. FIRESTONE BLVD.
APT. #9B
AKRON, OH 44301


BORLAND GROOVER CLINIC
3 SHIRCLIFF WAY #400
JACKSONVILLE, FL 32256


BOUBACAR BIAKITE
8420 KINGS RIDGE RD.
APT. B5
PARKVILLE, MD 21234


BOWEI ZENG
3730 SAN SIMEON CIR
WESTON, FL 33331


BOWEN ZHANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


BOYI ZHANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Br'Nae Carraway
1016 N Gilmore St
Baltimore, MD 21217


BRADEN DAVISON
6707 WHINNERY ROAD
HANOVERTON, OH 44423


Braden Frederick
2064 Royal Oak Ave.
Defiance, OH 43512


BRADEN PETNO
80 W CASE DR
HUDSON, OH 44236

Bradley Hull
1260 Hall Ln
Columbus, OH 43230


BRADLEY ROCKWELL
9 NAUGATUCK WAY
WATERVILLE, OH 43566


Bradley T. Butkovich
Atlantic Orthopaedic Specialists
230 Clearfield Ave., Ste. 124
Virginia Beach, VA 23462


BRADRICK PAGE
3235 NORMOUNT AVE
GWYNN OAK, MD 21207


BRADY GUNTHER
12339 BUCKSKIN TRAIL
POWAY, CA 92064


BRADY JOHNSON
2919 GEORGE AVE
PARMA, OH 44134-2937


BRANDEN JONES
2242 NW 93 TERRACE
MIAMI, FL 33147


BRANDEN REDFERN
307B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BRANDEN WILKS
2651 STILL FOREST COVE
CORDOVA, TN 38016


BRANDI COLLINS
507A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

BRANDI DEWEY
5535 COMET AVE
TOLEDO, OH 43623


BRANDI JACKSON
5011 MENEFEE DRIVE
DALLAS, TX 75227


Brandi Snyder
1039 Farmview Dr.
Waterville, OH 43566


BRANDI SNYDER
MAUMEE
668 SOUTHFIELD DR
MAUMEE, OH 43537


Brandin Peters
7938 Oakwood Rd
Glen Burnie, MD 21061-6274


Brandon Ballatt
5505 Chandler Ave
Gwynn Oak, MD 21207-7032


Brandon Banks
4203 Cedar Ridge Dr.
Grand Prairie, TX 75052


BRANDON BISCHOF
2650 DEER RIDGE RUN
CUYAHOGA FALLS, OH 44223


Brandon Caldwell
3427 Parklawn Ave.
Baltimore, MD 21213


BRANDON CARTER
2260 NW 175TH ST
MIAMI GARDENS, FL 33056


BRANDON CHUCK
VILLANOVA APT 405 DORM
MIAMI GARDENS, FL 33054

```
BRANDON CLAYTON
4409 BIRCHWOOD DR
BALTIMORE, MD 21229


Brandon Cobbins
26765 Carronade Dr.
Apt. #6101
Perrysburg, OH 43551


BRANDON CONNER
4426 PENNIMAN AVENUE, APT B
OAKLAND, CA 94619


BRANDON COUNCIL
PO BOX 373
TAR HEEL, NC 28392


BRANDON CUETO
9211 WEST CALUSA CLUB DRIVE
MIAMI, FL 33164


BRANDON DORSEY
5 AL HANNAH CIR
BALTIMORE, MD 21208


BRANDON DOUGLAS
2717 3RD STREET
LUBBOCK, TX 79415


Brandon Dunston
1356 - 4th St. SW
Washington, DC 20024


BRANDON EDDINGER
6036 CALLAWAY CIR
APT 2
AUSTINTOWN, OH 44515


Brandon Faulkner
4832 Bowland Ave.
Baltimore, MD 21206-7050


Brandon Gibson
1760 Gorsuch Ave
Baltimore, MD 21218-4926
```

BRANDON GREENE
230 WEST 29TH STREET
NORFOLK, VA 23504


Brandon Hafner
42 Wooster St.
Norwalk, OH 44857


BRANDON HALL
1415 WILLOWBROOK ST.
LANCASTER, TX 75134


BRANDON HANNA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BRANDON HOCHBEIN
142 GRIMM RD
SARVER, PA 16055


Brandon Jackson
1320 Lincoln Woods Dr
Catonsville, MD 21228


Brandon Jackson
3810 Asquith Ct
Upper Marlboro, MD 20774-5453


BRANDON JONES
5817 WESLEYAN DRIVE
PO BOX B140
VIRGINIA BEACH, VA 23455


BRANDON JUNK
100 OAKMONT LN
APT 211
CLEARWATER, FL 33756


Brandon Kasburg
7700 Peachmont Ave.
Apt. 13
North Canton, OH 44720

BRANDON KELLER
3902 SW 188TH AVE
MIRAMAR, FL 33029


BRANDON KISH
2544 COUNTRY LANE
POLAND, OH 44514


BRANDON LOPEZ
312 WOODMONT DRIVE
DALLAS, TX 75217


BRANDON MCNAIR
4501 HAWKSBURY RD
PIKESVILLE, MD 21208


BRANDON MITCHELL
154 HARVEST DR
VERONA, PA 15147


BRANDON MITCHELL
4516 UTAH AVENUE
DALLAS, TX 75216


BRANDON RANDOLPH
15203 EDGEMOOR ST
SAN LEANDRO, CA 94579


Brandon Roberts
4307 Lasalle Ave.
Baltimore, MD 21206-4234


Brandon Rosolowski
13858 Tinkers Creek Rd.
Cleveland, OH 44125


BRANDON RUSSELL
1709 PARK TRAVIS BLVD
PRINCETON, TX 75407


Brandon Schoen
5505 Somerset Ave.
Westerville, OH 43082

Brandon Schroeder
3518 Road 7
Leipsic, OH 45856


BRANDON SEDA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


BRANDON SIMMONS
13212 OYSTERCATCHER LANE
BOWIE, MD 20720


BRANDON SIMS
1412 WHITE MARSH COURT
VIRGINIA BEACH, VA 23464


Brandon Stewart
4375 W 147th St.
Cleveland, OH 44135


Brandon Thomas
714 Ramsey Ct
Apt. 304
Salisbury, MD 21804-2837


BRANDON TURNER
24400 YOSEMITE DRIVE
EUCLID, OH 44117


BRANDON VEGA
344 SE 11TH AVE
POMPANO BEACH, FL 33060


BRANDON VELIZ
3825 SARASOTA GOLD CLUB BLVD
SARASOTA, FL 34240


BRANDON WATKINS
501C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BRANDON WEHRLE
1009 SUNSET DRIVE
FINDLAY, OH 45840

BRANDON ZAKERI
2828 RIVA RIDGE RD
OTTAWA HILLS, OH 43615


Brandy Malone
3221 Armistead Dr.
Portsmouth, VA 23704


Brandy Pace
93 N Columbus St.
Sunbury, OH 43074


BRANDYN HERNANDEZ
2107 NORTH DIXIE
WEST PALM BEACH, FL 33407


BRANDYN SPOON
36 PENNIMAN ROAD
ORWELL, OH 44076


BRASHAAD ANDERSON
4762 ELISON AVE
BALTIMORE, MD 21206


Bravia Dermatology Group, LLC
2000 Regency Ct. #201
Toledo, OH 43623


BRAXTON MCBRIDE
4850 S LAKE PARK AVE APT2011B
CHICAGO, IL 60615


BRAYDON CHITTY
7166 LAVENDER LN
LEWIS CENTER, OH 43035


BRAYLA STOKES
2323 3RD STREET SE
CANTON, OH 44707


BRAYTEZ FLORVIL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

BRE'ANNA BYRD
20950 NW 14TH PLACE
MIAMI, FL 33169


BRE'ANNA PHOENIX
2142 CAMPUS ROAD
BEACHWOOD, OH 44122


BREA MATTHEWS
3535 SHANNON DRIVE
BALTIMORE, MD 21213


BREA ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BREANA MCBRIDE
9025 NW 12TH COURT
MIAMI, FL 33147


BREANAN OLIVACCE
203C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BREANNA HODGES
3007 DAHLIA DRIVE
DALLAS, TX 75216


BREANNA LOUIS
8012 THORNTON DRIVE
CLEVELAND, OH 44129


BREANNA MORALES
255 E 6 ST APT6
HIALEAH, FL 33010


Breanne Hawkins
9309 Wyatt Dr.
Lanham, MD 20706


Breanne Neros
59974 Mulberry Ln
South Lyon, MI 48178

Breckenridge Surgery Center
3201 N. President George Bush Hwy
#100
Richardson, TX 75082


Bree Dowling
7521 County Rd. 21
Clyde, OH 43410


Bree Matthews
3301 College Ave.
Fort Lauderdale, FL 33314


Breg, Inc.
2885 Loker Ave. East
Carlsbad, CA 92010-6626


Brenda Alvarez
5323 W 56th St
Indianapolis, IN 46254


Brenda Castro
565 E El Paso Ave.
#106
Fresno, CA 93720


BRENDA GAL
912 E CASTON RD
UNIONTOWN, OH 44685


Brenda L. Rice, MD
801 E. Washington St. #200
Medina, OH 44256


BRENDAN BOWEN
8119 GREEN STREET
NEW ORLEANS, LA 70118


Brendan Easley
3207 Lee Shore Loop
Apt. 1009
Orlando, FL 32820-2700

```
BRENDAN FITZGERALD
3407 SADDLEBORO DR.
UNIONTOWN, OH 44685


Brendan Hicks
1081 Sturbridge Dr.
Medina, OH 44256


Brendan Jackson
5239 Fredcrest Rd
Windsor Mill, MD 21244


BRENDAN LEWIS
129 N FULTON ST
WAUSEON, OH 43567


BRENDAN NIGGEMEYER
7290 EDGEWOOD LANE
ATHENS, OH 45701


Brendan Ramos
226 Pearl St.
Sandusky, OH 44870


BRENDAN RAMOS
1205 SPRINGDALE DR APT 13
SANDUSKY, OH 44870


BRENDON LAGASSE
218 DEBBIE DR.
SLIDELL, LA 70458


Brendon Sellmon
8517 Rheims Ct
Upper Marlboro, MD 20772-6410


BRENDY BEAUVAIS
130 NE 202 TER APT S18
MIAMI, FL 33179


BRENEE BUTLER
3888 STONEGATE CT
WHITE PLAINS, MD 20695
```

BRENICKO GIBSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Brenna Kummer
4132 Parrakeet Ave.
Toledo, OH 43612


BRENNA SCHULMAN
21723 CROMWELL CIRCLE
BOCA RATON, FL 33486


BRENNAN GIVENS
3900 W 11TH STREET
LITTLE ROCK, AR 72204


Brennan Hartung
9166 Symmes Landing Dr.
Loveland, OH 45140


Brennan Hatten
5189 Sherry Lane
Fairfield, OH 45014


BRENNAN WALENTSCHAK
7991 LIBERTY ROAD N
POWELL, OH 43065


BRENNAN WILLIAMS
340 MULL AVENUE
AKRON, OH 44313


BRENNEN HARTUNG
9166 SYMMES LANDING DR
LOVELAND, OH 45140


BRENT BIEREK
34776 DEER RUN DRIVE
NORTH RIDGEVILLE, OH 44039


BRENT CAMPBELL
4475 BERKSHIRE DRIVE APT 2
WARREN, OH 44484

Brent M. Altenhof, MD
1044 Belmont Ave.
Youngstown, OH 44504


BREONA HARRIS
4145 BROWN BARK CIRCLE
BALTIMORE, MD 21133


BREONA PIERCE
333 NW 5TH AVE
DELRAY BEACH, FL 33444


BREONA ROBERTS
13636 FOX GLOVE ST.
WINTER GARDEN, FL 34787


BREONNA MCNEIL
4140 THE ALAMEDA
BALTIMORE, MD 21218


BREONNA WORTHINGTON
7810 SOUTHAMPTON DR APT H
GLEN BURNIE, MD 21060-8276


Bret Yutzy
9215 Ketch Rd.
Plain City, OH 43064


BRETT BENES
1015 SPANISH RIVER ROAD APT408
BOCA RATON, FL 33432


BRETT BENTKOWSKI
4176 BLUE RIDGE DRIVE
BRUNSWICK, OH 44212


BRETT BENTKOWSKI
6775 OAKWOOD ROAD
CLEVELAND, OH 44130


BRETT HELMBRECHT
203D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Brett Johnston
2113 NE 9th Ave.
#3
Fort Lauderdale, FL 33305


BRETT KESKES
12076 JEFFERS LN
FENTON, MI 48430-2497


BRETT MANTRANA
7805 SW 127 COURT
MIAMI, FL 33183


Brett Smith
3800 Frankford Ave
Baltimore, MD 21206


BREVIN DYE
5963 MARRA DRIVE
BEDFORD, OH 44146


BREYA MESIAS
715 COUNTYLINE RD
AMITYVILLE, NY 11701


BREYONNA WILLIAMS
3116 NW 19 STREET
APT#H101
FORT LAUDERDALE, FL 33311


BREZHANE JOHNSON
5534 SADIE LYNN CT
LAS VEGAS, NV 89031


BRIA ANDERSON
501D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BRIA HILL
7104 BEAUMONT PLACE
HANOVER, MD 21076

BRIAHSIA GORDON
1043 W 97TH STREET
CHICAGO, IL 60643


Brian Balog
2572 Kemper Rd.
Apt. 109
Cleveland, OH 44120


BRIAN BARBIAN
158 EAST OVERLOOK DRIVE
EASTLAKE, OH 44095


BRIAN BEAUPLAN
14050 NE 6TH AVE APT 302
NORTH MIAMI, FL 33161-3161


BRIAN BELL
30 WILLOW PARK WAY
PONTE VEDRA, FL 32081


Brian Bennett
815 Gilrubin Ct
Baltimore, MD 21212-4950


BRIAN CORBIN
1427 JANICE STREET NE
MASSILLON, OH 44646


BRIAN CORWTHER
17138 PARK DRIVE
CHAGRIN FALLS, OH 44023


BRIAN DAVIS
P.O BOX 868
PORT SULPHUR, LA 70083


Brian Easter
5747 Suitland Rd.
Suitland, MD 20746


BRIAN GARCIA
803 SCHINDLER DR
CURTIS BAY, MD 21226

```
BRIAN GARCIA
803 SCHINDLER DR
SILVER SPRING, MD 20903


BRIAN GLENN
PO BOX 181065
CLEVELAND, OH 44118


BRIAN GUERRERO
22022 LARCH ST
WOODHAVEN, MI 48183


BRIAN HARDY
119 LUCCA LN APT 215
BALTIMORE, MD 21202


BRIAN HELLER
590 PARKHILL DR
APT 17
AKRON, OH 44333


BRIAN HELLER
2208 WOODBROOK TRAIL
CUYAHOGA FALLS, OH 44223


Brian Hoffman
1861 E Audubon Blvd.
Lancaster, OH 43130


BRIAN HOLT
2751 NW 51 STREET
MIAMI, FL 33142


Brian Hunter
3727 Warrensville Center Rd.
Apt. 8
Beachwood, OH 44122-6374


Brian J. Woodcock, MD
1500 E Medical Center Dr
Ann Arbor, MI 48109
```

BRIAN JONES
NW 7TH CIRCLE
APT. 1621
PLANTATION, FL 33324


BRIAN KARIUKI
4000 SILVER SPRING RD APT A1
BALTIMORE, MD 21236


Brian Kitchen
10 Liberty Pl Rd 5
Windsor Mill, MD 21244


Brian Mazur
602142 - 23rd St.
Toledo, OH 43604


Brian Merklin
3000 Silver Maple Dr.
Akron, OH 44333


Brian O'Leary
559 Andora Dr.
Toledo, OH 43609


BRIAN PATTERSON
3211 PIEDMONT AVE
BALTIMORE, MD 21216-1933


Brian Patton
20859 Eaton Rd.
Cleveland, OH 44126


Brian Phillips
18 Dowling Cir.
Apt. B1
Parkville, MD 21234-6853


Brian Rantael
401 S Main St.
Ste. 316
Akron, OH 44311

BRIAN REINKE
4225 OAKMONT DR
COPLEY, OH 44321


BRIAN SAENZ
4907 NW 106 AVENUE
CORAL SPRINGS, FL 33076


BRIAN SIMMONS
7143 LAKESHORE DRIVE
QUINTON, VA 23231


Brian Smith
3800 Frankford Ave.
Baltimore, MD 21206-3525


Brian Stone
4243 W Bancroft St.
Apt. 205W
Toledo, OH 43615


BRIAN STONE
28126 PEACOCK RIDGE DR APT 205
RANCHO PALOS VE, CA 90275


Brian Turner
2607 Aisquith St
Baltimore, MD 21218


Brian Walsh
9166 E Highland Pines Dr.
Palm Beach Gardens, FL 33418


BRIAN WILLIAMS
2942 DREW STREET
APARTMENT 1511
CLEARWATER, FL 33759


BRIAN WILLIAMS
4091 HARLEM RD.
NEW ALBANY, OH 43054


BRIAN WIRKUS
5666 FIRETHORNE DR
TOLEDO, OH 43615

Briana Brown
9307 Buckman Ave.
Norfolk, VA 23503


Briana Culbertson
312 Manning Rd. E
Accokeek, MD 20607-9522


BRIANA DAVIS
2012 CLIFFVIEW ROAD
BUILDING 8, APT 13
CLEVELAND, OH 44121


BRIANA DAVIS
2012 CLIFFVIEW ROAD
BUILDING 8, APT.#2307
CLEVELAND, OH 44121


BRIANA DIXON
7830 NW 3RD STREET
APT 6104
HOLLYWOOD, FL 33024


BRIANA FOSTER
276 TEMPLE HILL RD UNIT 1903
NEW WINDSOR, NY 12553-6872


BRIANA HACKLEY
507A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BRIANA PICHARDO
19515 SW 25TH CT
MIRAMAR, FL 33029


Briana Tran
219 Mariners Cir.
Apt. A
Sheffield Lake, OH 44054


BRIANA VASQUEZ
11446 NW 33RD ST
SUNRISE, FL 33323

BRIANA WILFONG
12615 BEN FRY DRIVE
CHESTER, VA 23831


Briana Wilkes
7885 El Dorado St.
Fontana, CA 92336


BRIANA YOUNG
518 45TH ST NE
WASHINGTON, DC 20019


Briana Zellner
1020 Pine Valley Ln
Apt. 204
Toledo, OH 43615


BRIANNA ABYS
1425 COUNTY ROAD 1008
ASHLAND, OH 44805


Brianna Bagby
1002 Carbondale Way
Gambrills, MD 21054-1644


BRIANNA BARTA
313 BACON ST
DEERFIELD, MI 49238


BRIANNA BATTLE
3883 JASMINE LANE
CORAL SPRINGS, FL 33065


BRIANNA BAYS
1425 COUNTY ROAD 1008
ASHLAND, OH 44805


BRIANNA BLACK
10106 COUNTRY KNOLL DR.
HOUSTON, TX 77086


BRIANNA BURNS
1621 ALLEGHENY CIRCLE
CLEVELAND, OH 44112

BRIANNA CARBE
2208 RUTHANNE DRIVE
TOLEDO, OH 43611


BRIANNA COGER
215 S FRANKLIN ST
WAUSEON, OH 43567


Brianna Davidson
1316 E 40th St
Brooklyn, NY 11234-2903


BRIANNA DEANGELO
5580 S. UNIVERSITY DRIVE #6105
DAVIE, FL 33328


BRIANNA FLEMINGS
961 HARBOR INN DRIVE
CORAL SPRINGS, FL 33071


BRIANNA GREEN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BRIANNA HARRINGTON
4770 NW 170TH STREET
CAROL CITY, FL 33055


BRIANNA HELMAN
415 PASADENA BLVD
TOLEDO, OH 43612


BRIANNA KIRK
207 BLAINE STREET
ELYRIA, OH 44035


Brianna Knight
6215 Marglenn Ave.
Baltimore, MD 21206


BRIANNA KNIGHT
1631 MONTPELIER ST
BALTIMORE, MD 21218

Brianna Krafcik
3372 Gibralter Heights
Apt. C11
Toledo, OH 43609


BRIANNA MARTINEZ
4681 EAST 90TH STREET
GARFIELD HEIGHTS, OH 44125


BRIANNA MARTINEZ
7345 WEST 30TH COURT
HIALEAH, FL 33018


BRIANNA MCCLAIN
870 NE 178TH TER
MIAMI, FL 33162


BRIANNA RAAF
5255 NW 109 WAY
CORAL SPRINGS, FL 33076


BRIANNA SIMPSON
619 WYCOMBE WAY
PARKVILLE, MD 21234


BRIANNA SMITH
234 SHERBORNE DR
COLUMBUS, OH 43219


BRIANNA WADE
2753 PINE RIDGE DR
TITUSVILLE, FL 32780


BRIANNA WOODWORTH
13638 TRENTON TRAIL
CLEVELAND, OH 44130


BRIANNE TORREZ
1052 SOUTH REESE ROAD
REESE, MI 48757


BRIANNI ALBERT
851 HEGEMAN AVE APT 3D
BROOKLYN, NY 11208-4470

Briannica Petway
3209 Westfield Ave
Baltimore, MD 21214


BRIASHA NORFLEE
1607 BENTLEY ROAD
LEESBURG, FL 34748


Briaunya Marsh
5231 Kramme Ave.
Brooklyn, MD 21225


BRIDGET AKINSADE
30 CEDAR HEIGHTS CT APT C
GWYNN OAK, MD 21207


BRIDGET AKINSADE
82 BENONI CIR
BALTIMORE, MD 21239


BRIDGET BOYLE
3222 NW 65TH ST
SEATTLE, WA 98117-6015


BRIDGET BRENNER
13747 LINCOLN ST.
NORTH LAWRENCE, OH 44666


BRIDGET GRAU
174 EAST 264TH STREET
EUCLID, OH 44132


Bridget Hansen
10343 - 153rd Ct. N
Jupiter, FL 33478


BRIDGET LUJAN
PO BOX 374
BURTON, OH 44021


Bridgewater Women Center, LLC
1951 SW 172nd Ave., Ste. 201
Hollywood, FL 33029

Brielle Ware
425 E Tamarack Ave.
Apt. 6
Inglewood, CA 90301


BRIENNA SCOTT
3100 S WINTER STAPT H10
ADRIAN, MI 49221


BRIJAH JONES
4228 BLITZEN TERRACE
NORTH PORT, FL 34287


BRIJHAI MCMILLAN
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


BRINESHA MYRICK
1962 PROMENADE WAY
CLEARWATER, FL 33760


BRIONA BURGOS
139 FAIRLAWN AVENUE
CHIPPEWA LAKE, OH 44281


BRIONNA COOK
8235 SCOTTS LEVEL RD
PIKESVILLE, MD 21208


BRIONNA TACKETT
4414 FINNEY AVE
BALTIMORE, MD 21215


BRITANY JACKSON
606A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BRITANY JEFFERSON
7237 WOODRIDGE PARK DRIVE
APARTMENT 7201
ORLANDO, FL 32818

BRITNEY BASTIAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


BRITNEY EGGLY
677 CHIPPEWA LN
PERRYSBURG, OH 43551


BRITNEY WARE
696 KIMBERLY CIRCLE
OBERLIN, OH 44074


BRITTANI HARDEN
203 W COOPER ST
MC COMB, OH 45858


BRITTANIE CAHUA
507D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


BRITTANIE CONWAY
3513 ROCKDALE CT
WINDSOR MILL, MD 21244


BRITTANIE CONWAY
3429 CARRIAGE HILL CIR APT 104
BALTIMORE, MD 21206


Brittany Dorsey
1700 E Cold Spring Ln
Baltimore, MD 21251


Brittany Francis
213 Lester Rd.
Akron, OH 44319


Brittany Fry
2688 North St.
New Haven, OH 44850


BRITTANY HARRIS
1 HORSESHOE DR
WATERBURY, CT 06706

BRITTANY HOLLOWAY
968 1/2 PARSONS AVE
COLUMBUS, OH 43206


BRITTANY JEAN
3074 NW 65 ST
MIAMI, FL 33147


Brittany Kim
5364 Monroe St.
Apt. 10
Toledo, OH 43623


BRITTANY KIM
6029 SECLUDED CT
SYLVANIA, OH 43560


BRITTANY KUDLA
400 WEST AURORA ROAD APT 36
NORTHFIELD, OH 44067


Brittany L'Etoile-Lopes
200 Lucerne Cir. E
#3
Orlando, FL 32801


Brittany L'Etoile-Lopes
5451 Millenia Lakes Blvd
Apt 474
Orlando, FL 32839


BRITTANY MATTHEWS
4352 NW 203RD ST
OPA LOCKA, FL 33055


BRITTANY MISSOURI
3120 SEDGEWICK DR
SAINT CHARLES, MD 20603


BRITTANY PALETTA
365 RIVER GLEN DRIVE
AURORA, OH 44202

BRITTANY PEARSON
4317 SHEPARD LN. #5206
BALCH SPRINGS, TX 75180


Brittany Pellerin
315 S Main St.
Minerva, OH 44657


BRITTANY PERRY
2458 RODMAN STREET
HOLLYWOOD, FL 33023


Brittany R. Van Beek, DO
605 N Cleveland Massillon Rd.
Akron, OH 44333


BRITTANY REDFERN
309 OAK KNOLL STREET
NEWTON FALLS, OH 44444


BRITTANY RFANCIS
213 LESTER RD
AKRON, OH 44319


BRITTANY SAUNDERS
1822 NORTH PAYSON ST
BALTIMORE, MD 21217


BRITTANY SEIFER
6951 REGENTS PARK BLVD
TOLEDO, OH 43617


Brittany Shields
1845 Beechwood Ave. NE
Apt. 2
North Canton, OH 44720


Brittany Thornhill
115-17 Parkway Dr.
Elmont, NY 11003


BRITTANY THORNHILL
115-71 228TH STREET
CAMBRIA HEIGHTS, NY 11411

BRITTANY WEAVER
26314 NORTH WOODLAND ROAD
BEACHWOOD, OH 44122


Brittany Willie
6848 Sturbridge Dr
Parkville, MD 21234


BRITTIANY TURNER
361 NE 116 STREET
MIAMI, FL 33161


Brittleigh Macaulay
7307 State Rt. 514
Big Prairie, OH 44611


BRITTNEY BANKS
1313 BEEBLOSSOM DRIVE
DESOTO, TX 75115


Brittney Dustin
53 Squire Dr.
Nashua, NH 03063


BRITTNEY HARDY
2 DUNCROFT PLACE, APT 1D
NOTTINHAM, MD 21236


BRITTNEY HOWARD
10021 SW 11TH ST
PEMBROKE PINES, FL 33025


BRITTNEY JACKSON
785 NW 42 AVE
PLANTATION, FL 33317


Brittney Johnson
6609 Touchstone Ct
Baltimore, MD 21213


BRITTNEY NEMECEK
9283 SHADY LAKE DRIVE
APT 202K
STREETSBORO, OH 44241

BRITTNEY PRICE
3018 MONDAWMIN AVENUE
BALTIMORE, MD 21216


BRITTON LEWIS
17937 HOLLY BROOK DRIVE
TAMPA, FL 33647


BRIYANA FRASER-WILKERSON
48 WEDGWOOD DR
LAWRENCE, MA 01843


BROCK BOXEN
PO BOX 327
NEW GALILEE, PA 16141


Brock Kirian
8684 Royalhaven Dr.
North Royalton, OH 44133


BROCK WENGER
14278 ELTON STREET SW
NAVARRE, OH 44662


BRODERICK THOMAS
1419 FORD COURT
LEHIGH ACRES, FL 33936


BRODGIE GORDON
320 SOUTH WINSLOW AVENUE
DELAND, FL 32724


Brody Brown
3131 Kingston Ct.
West Palm Beach, FL 33409


BRODY COLE
560 ELMIRA STREET
TROY, PA 16947


Brontea Washington
3316 Shady Lane
Glenwood, MD 21738

Brook Brogan
13519 Jobin St.
Southgate, MI 48195


BROOKE HARMAN
5817 WESLEYAN DRIVE
PO BOX A144
VIRGINIA BEACH, VA 23455


BROOKE LAMOUREUX
329 POWER STREET
AKRON, OH 44311


BROOKE LAMOUREUX
SPICER HALL  ROOM 253
PO BOX 1350
AKRON, OH 44325


Brooke Mason
3733 Willow Run Dr.
Toledo, OH 43607


BROOKE O'HENRY
706 W POINSETTA AVE
TOLEDO, OH 43612


Brooke Ringel
553 Denmoor Ct.
Galloway, OH 43119


Brooke Smith
3113 Skinner Dr.
Antioch, TN 37013


Brooke Wright
12290 Green Meadow Dr.
#112
Columbia, MD 21044


BROOKE WRIGHT
1013 HALSTEAD RD APT A2
PARKVILLE, MD 21234-6615

Brookley Rayburn
91 Rita Court
Columbus, OH 43213


BROOKLYN RAYBURN
111 ROSEGATE COURT
REYNOLDSBURG, OH 43068-4336


BROOKLYNN GREIN
5397 SHADY MEADOWS DRIVE
HAMILTON, OH 45011


Broughal & DeVito, LLP
38 W. Market St.
Bethlehem, PA 18018


Broward Health Coral Springs
3000 Coral Hills De.
Hollywood, FL 33029


Broward Health Medical Center
1600 S. Andrews Ave.
Fort Lauderdale, FL 33316


Broward Medical Lab
181 Prospect Rd.
Fort Lauderdale, FL 33309


BROWARD PULMONARY AND SLEEP SP
1625 SE 3rd AVE #600
FORT LAUDERDALE, FL 33316


BROWARD SPECIALITY SURGICAL CT
7261 SHERIDAN ST
Hollywood, FL 33024


Brown, Davila, Khan, Maza, et
1500 San Remo Ave. #285
Miami, FL 33146


BRUCE LITTLE
3106 N 35TH ST
TAMPA, FL 33605

BRUCE ROBINS DC
2211 N Dixie Hwy
WILTON MANORS, FL 33305


BRUCE STEINBERG
805 NE 20TH DRIVE
APT. E
WILTON MANORS, FL 33305


BRUNA JEANTINORD
4980 NW 15TH CT
LAUDERHILL, FL 33313


BRUNO BOUWMAN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


BRUNO SORATO
5027 LAKE VIEW DRIVE
PENINSULA, OH 44264


BRUSHAY JOHNSON-LEE
2938 B BAY COURT
ABERDEEN, MD 21005


BRYAN BURROWS
5209 TOPAZ DRIVE
HUDSON, OH 44236


BRYAN DEANE
1026 WENTWOOD DRIVE
DESOTO, TX 75115


BRYAN DEVITIS
2948 HEATHERWOOD CT
STOW, OH 44224-4383


Bryan Johnson
5270 Lambert Rd.
Grove City, OH 43123


BRYAN KENNEDY
2500 CLEVELAND RD APT 401
WOOSTER, OH 44691

BRYAN KING
3741 WILLIAM DEHAES DRIVE 804
IRVING, TX 75038


BRYAN LOPEZ
7982 NW 158 TER
HIALEAH, FL 33016


BRYAN MCDONALD
1121 NW 182 ST
MIAMI GARDENS, FL 33169


BRYAN PAYAN
8231 SW 9TH CT
NORTH LAUDERDALE, FL 33068


Bryan Vissat
459 E High
New Philadelphia, OH 44663


Bryanna Barber
6605 Rocky Den Rd
Reynoldsburg, OH 43068


BRYANNA ELLIOTT
1627 42ND STREET
WEST PALM BEACH, FL 33407


BRYANNA ELLIOTT
5940 TEAKWOOD ROAD
LAKE WORTH, FL 33467


BRYANNA ELVIN
14529 NE 16TH AVE
BISCAYNE PARK, FL 33161


BRYANNA NORMAN
3304 CURTIS DRIVE APT 202
SUITLAND, MD 20746


BRYANT JACOX
704A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

BRYCE ADKINS
2408 SCHROFF DRIVE
MIDDLETOWN, OH 45042


BRYCE HARDING
1701 ORCHARD DRIVE
AKRON, OH 44333


BRYCE JOHNSON
614 WHITNEY AVENUE
AKRON, OH 44306


BRYCE PETERSON
1383 CHAPARRAL DR.
MCKINLEYVILLE, CA 95519


Bryce Webb
1314 Riverside Dr.
12405 Brierly Hill Place
Louisville, KY 40299


BRYIAH WILLIAMS
340 HWY 365 APT.263
PORT ARTHUR, TX 77642


BRYNNE MANN
6007 GIDDINGS ROAD
ROOTSTOWN, OH 44272


BRYONNA MCAFEE
7901 SEWARD PARK AVE SOUTH
SEATTLE, WA 98118


BRYTTANY HAVENS
5817 WESLEYAN DRIVE
PO BOX A80
VIRGINIA BEACH, VA 23455


BSW Dallas Orthopedic Associates
3900 Junius
Dallas, TX 75246-1621


BSW Medical Center Lake Pointe
PO Box 840779
Dallas, TX 75284-0779

BTDI JV, LLP
PO Box 677466
Dallas, TX 75267


Buchheit Counseling, LLC
111 Prospect Ave.
Suite 203J
Saint Louis, MO 63122


BUSHRA TASNIM
161 MARTIN LUTHER KING BLVD APT 302
AKRON, OH 44304


Byron de la Cruz
3900 - 14th St. NW
Apt. 310
Washington, DC 20011-5451


Byron Eaton
3717 Lamoine Rd.
Randallstown, MD 21133


BYRON GILLIAM-CLOYD
24 TUCKERMAN ST NW
WASHINGTON, DC 20011


BYRON MORLEY
4165 SW 67TH AVE UNIT 216B
DAVIE, FL 33314


BYRON WELLS
2502 EUTAW PL APT 102
BALTIMORE, MD 21217


BYRON WELLS
2200 WHITTIER AVE
BALTIMORE, MD 21229


CA Advanced Imaging Med Assoc
PO Box 6102
Novato, CA 94948


Cace Strother
256 Deer Run
Media, PA 19063

CADARIOUS BARBER
8218 NORTH 14TH STREET
TAMPA, FL 33604


CADERAL JONES
16303 EVERWOOD CT
BOWIE, MD 20716-3902


Cadey Cole
17315 Ida Center Rd.
Petersburg, MI 49270


Caeron Kohl
2850 Frazell Rd.
Hilliard, OH 43026


Caetia Short
921 Emerson St. NW
Washington, DC 20011-4519


Caimaya Ashton
1306 Tatetown Rd.
Hague, VA 22469


CAIMAYA ASHTON
5817 WESLEYAN DRIVE
PO BOX B62
VIRGINIA BEACH, VA 23455


Caitie Couper
7360 Nighinggale Dr.
Apt. 5
Holland, OH 43528


CAITLIN ANGLE
750 W 130TH ST
BRUNSWICK, OH 44212


Caitlin Arbos
3768 Beechberry Cr
Fort Lauderdale, FL 33328


Caitlin Baum
1625 Glenton Dr.
Toledo, OH 43614

CAITLIN CEGLAREK
3935 SURREY RD
TOLEDO, OH 43615


CAITLIN GAMBONE
1830 CLEARVIEW AVE NW
CANTON, OH 44708


Caitlin Herman
9595 Collins Ave.
Apt. 702
Miami Beach, FL 33154


CAITLIN LONGACRE
2009 SOUTH LEADVILLE AVENUE
BOISE, ID 83706


CAITLIN MARTIN-WAGAR
44 KENILWORTH
AKRON, OH 44313


CAITLIN MCCLURG
1379 BUCKINGHAM GATE BLVD
APARTMENT 24
CUYAHOGA FALLS, OH 44221


Caitlin Sickler
2821 SW 73rd Way
Apt. 1802
Fort Lauderdale, FL 33314


CAITLIN SICKLER
5120 SW 93RD AVENUE
COOPER CITY, FL 33328


CAITLIN SICKLER
24392 TIMOTHY DR
DANA POINT, CA 92629


CAITLIN VARI
409 BROWN ST. APT. 106
AKRON, OH 44308

```
CALEB ACOSTA
406 NW 22ND AVE
APT 301
MIAMI, FL 33125


CALEB BERDINE
30867 CAREY ROAD
SALEM, OH 44460


CALEB BLAKE
957 YORK MEADOWS DR
TIPP CITY, OH 45371-2461


CALEB BROWN
5523 WEST KAMERLING
CHICAGO, IL 60651


CALEB CLAGGETT
7940 DOG HOLLOW RD.
ST. LOUISVILLE, OH 43071


CALEB DUHAY
203C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CALEB GREEN
7823 MAPLE RUN LN
POWELL, OH 43065


CALEB LLOYD
4523 SHAFFER RD
SEVEN VALLEYS, PA 17360


CALEB ROYCE
5817 WESLEYAN DRIVE
PO BOX B484
VIRGINIA BEACH, VA 23455


CALEB SMITH
3600 ESSEX ST
LAMBERTVILLE, MI 48144
```

CALEB STROHMEIER
7 GINGER CREST DR
GLEN CARBON, IL 62034


Calia Meads
337 N Connecticut Ave
Atlantic City, NJ 08401


Calif Pacific Med Center
2360 Clay St.
San Francisco, CA 94115


California Secretary of State
PO Box 944230
Sacramento, CA 94244


Callan Bialorucki
3995 Edinburgh Ct.
Genoa, OH 43430


Callie Arndt
4705 Fish Creek Rd.
Apt. 2
Stow, OH 44224


CALLIE ARNDT
189 STUBER ST
AKRON, OH 44304


CALLIE LEVAN
2553 QUEENSTON ROAD
CLEVELAND HEIGHTS, OH 44118


CALVIN JAMES
610 MAIDSTONE CT
MILLSBORO, DE 19966-3365


Calvin Ross
3114 Louise Ave.
Baltimore, MD 21214


CALVIN RUMENGAN
22400 W BITTERSWEET LN
CURTICE, OH 43412

Calvin Taylor
9553 Shannon Hill Rd.
Louisa, VA 23093


CALVIN VICTOR
17001 NE 9TH AVE
MIAMI, FL 33162


CAMBRIA BRANTLEY
3242 STUART LN
DEARBORN, MI 48120


CAMBRY GORDON
12678 CUMBERLAND DR.
LARGO, FL 33773


Camden Spence
1413 Seaboard Ave.
Chesapeake, VA 23324


CAMERON ANGUS
1727 SOPHIA LN
HINCKLEY, OH 44233


Cameron Barber
552 Zion Dr.
Powell, OH 43065


CAMERON BARBER
6627 CHANTICLEER COURT
WESTERVILLE, OH 43082-8585


CAMERON BOYCE
9206 CRUTCHFIELD LN
BOWIE, MD 20720-3221


CAMERON BRANDON
6614 RICHMOND RD
CLEVELAND, OH 44146


CAMERON BROWN
9819 SOLITARY PL
BRISTOW, VA 20136-2519

CAMERON BRYCE
117 TANAGER COURT
CHILLICOTHE, OH 45601


Cameron Butler
14810 Dolphin Way
Bowie, MD 20721


Cameron Christian
239 Stonemast Loop
Pataskala, OH 43062


CAMERON DAVIS
23865 SW 117TH COURT
HOMESTEAD, FL 33032


CAMERON DOWNER
277 POLECAT HOLLOW ROAD
WAYNEBURG, PA 15370


Cameron Dudley
3603 Alameda Cir.
Baltimore, MD 21218-2148


CAMERON HALL
3155 SAN SALVADOR AVENUE SE
MELBOURNE, FL 32909


CAMERON JOHNSON
5536 S MICHIGAN AVE
CHICAGO, IL 60637


CAMERON KNAUS
8422 TIBBERMORE CT
DUBLIN, OH 43017


CAMERON KOHL
2850 FRAZELL ROAD
HILLIARD, OH 43026


CAMERON LYONS
100 MARCO POLO DR
MORGANTOWN, WV 26508

Cameron Mills
2020 N Westwood Ave.
Toledo, OH 43607


Cameron Robinson
3415 Copley Rd
Baltimore, MD 21215


Cameron Sanchez
13748 County Rd. C
Bryan, OH 43506


CAMERON TAYLOR
5774 WHITE ACRES LANE
PORT ORANGE, FL 32127


CAMERON WILLIAMS
406C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CAMILA SCOBINO
17815 NW 74 PATHWAY
HIALEAH, FL 33015


Camila Zamorano Restre
3030 Residence Dr.
Ottawa House East Apt. 3108
Toledo, OH 43606


CAMILLE BRANFORD
4231 NW 204 STREET
CAROL CITY, FL 33055


Camille Hodges
1804 Ironton Dr.
Oxon Hill, MD 20745-3237


CAMILLE LAWRENCE
7114 CARISSA CT
TAMARAC, FL 33321


CAMILLE LAWRENCE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

CAMILLE SMITH
2712 BARTLETT LANE
BOWIE, MD 20715


CAMILLE SMITH
5501 LAKEFORD LANE
BOWIE, MD 20720


CAMILLE SNOW
2803 HAMILTON AVE
BALTIMORE, MD 21214


CAMILO CABELLO ZARAGOZA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CAMILO RENDON PIEDRAHITA
577 BROOKLINE CT
NORTHFIELD, OH 44067


Campbell Andrew
4757 Shoal Crk
Apt. 206
Toledo, OH 43615


Campbell Urgent Care
1010 Campbell Rd.
Royal Oak, MI 48067


CampusFirst Agency, LLC
27500 Detoit Rd.
Suite 202
Westlake, OH 44145


CampusFirst, LLC
27500 Detroit Road
Suite 202
Westlake, OH 44145


Camren Moore
4125 Dayton Brandt
New Carlisle, OH 45344

CAMRYN MCGUINNESS
3595 POINCIANA AVE
MIAMI, FL 33133-6526


CAMRYN WILSON
3312 MORAVIA RD
BALTIMORE, MD 21214


Candace Abellard
1540 Pentridge Rd.
Apt. 408D
Baltimore, MD 21239


CANDACE ABELLARD
1540 PENTRIDGE ROAD, APT. 408D
BALTIMORE, MD 21239


CANDACE GRAY
5110 N CARLIN SPRINGS RD
ARLINGTON, VA 22203


Candacia McBride
1611 Gould
Toledo, OH 43612


CANDICE IZAGUIRRE
20236 SW 51ST CT
FORT LAUDERDALE, FL 33332


CANDICE JONES
P.O BOX 695347
MIAMI GARDENS, FL 33169


Candyce Burke
133 Watkins Station Cir.
Apt. F
Gaithersburg, MD 20879


CANELA EATMAN
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


CANIGGIA HARRIOTT
30 LURCOTT LANE
CENTRAL ISLIP, NY 11722

CANISHA KINER
8727 WEST HERBERT AVE
MILWAUKEE, WI 53225


CANYON MCWILLIAMS
3070 WOODBURY RD
CLEVELAND, OH 44120-2441


Caolina Jesse
6501 Plank Rd.
Fredericksburg, VA 22407


Cape Coral Hospital
636 Del Prado Blvd. S
Cape Coral, FL 33990


Capresha Pitts
5305 Leith Rd.
Apt. E
Baltimore, MD 21239


Capria Hall
2450 S River Rd.
Zanesville, OH 43701


Cara Griffiths
209 E High St.
Fenton, MI 48430


CARA JOHNSON
205B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CARA PARK
190 LEDGES DR
MILLERSBURG, OH 44654


Cara Peter
2460 Old Stone Ct.
Apt. 12
Toledo, OH 43614

CARA WEATHERS
13133 BROADSTREET AVE
DETROIT, MI 48238


Carah Conner
5281 Tulip Hill Ave.
Las Vegas, NV 89141-8612


CARAH KATZENDORN
60 COMMON COURT
CHAGRIN FALLS, OH 44022


CARDIOLOGY ASSOCIATES
7330 SW 62nd Place
Suite 310
SOUTH MIAMI, FL 33143


Cardiovascular Medicine Associates
818 Chestnut St.
Philadelphia, PA 19107


CARDIOVASCULAR SPECIALISTS OF
10650 W State Rd. 84 #104
DAVIE, FL 33324


Care First Administrators
10715 Red Run Blvd., Suite 125
Owings Mills, MD 21117


CARE RESOURCE
817 BROADWAY
10TH FLOOR, STE. 1001
NEW YORK, NY 10003


CareFirst Administrators
1501 S. Clinton St.
7th Floor
Baltimore, MD 21224


CareNow Corporate
645 TX-121 #600
Coppell, TX 75019

Carin C. Bounacer
7153 Morninstar Trail
Northfield, OH 44067


Carl Alenfall
3625 College Ave.
Fort Lauderdale, FL 33314


Carl Garnes
68 Meadow Run Rd
Bordentown, NJ 08505


CARL HENRY JOSEPH
3445 COLLEGE DR APT 5-9
TOLEDO, OH 43607


CARL TEMPLIN
250 W ERIE RD
TEMPERANCE, MI 48182


CARLA CASTILLO
1107 NORTH DUNCANVILLE ROAD
DUNCANVILLE, TX 75116


CARLA CHARLES
16939 SW 54TH CT
MIRAMAR, FL 33027


CARLA DANIELA AVILAN GUTIERREZ
22 EAST EXCHANGE STREET
AKRON, OH 44308


CARLA HALL
2824 CHESTNUT HILL ROAD
ROCKY MOUNT, VA 24151


CARLA PEREZ
393 SUMNER ST. 2-103 C
AKRON, OH 44304


CARLEE DIETZ
3816 BROOKLYN AVENUE
CLEVELAND, OH 44109

CARLEE LISSER
5567 WYCLIFFE DRIVE
MEDINA, OH 44256


CARLEIGH VAN REENEN
5817 WESLEYAN DRIVE
PO BOX C314
VIRGINIA BEACH, VA 23455


CARLETON AUSTIN
2539 MOJAVE DRIVE
DALLAS, TX 75241


CARLEY COZZA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Carli Hartman
3939 Westlake Rd.
Cortland, OH 44410


CARLIN GREEN
1113 WEST MOORE AVENUE
SANTA ANA, CA 92708


CARLIN KNEZEVICH
13904 YELLOW BELL BND
AUSTIN, TX 78738


Carlis Oden
3220 Lincoln Ave.
Nashville, TN 37218


Carlisle Imaging Center
400 Pinellas St. #101
Clearwater, FL 33756


CARLITO CASCONE
5651 US ROUTE 422
SOUTHINGTON, OH 44470


CARLOS ALCON
1180 NW 122 STREET
MIAMI, FL 33168

CARLOS ALVIAREZ
501D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CARLOS AYBAR DE LOS SANTOS
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


CARLOS GAMARRA
2790 NE 201ST TERRACE
APT H327
AVENTURA, FL 33180


CARLOS GOMEZ
5042 SW 163RD CT
MIAMI, FL 33185


CARLOS MARQUEZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CARLOS THOMAS
1117 SATURN DRIVE
CEDAR HILL, TX 75104


CARLOS TORRES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CARLOS ZHINDON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Carlotte Jay
315 NE 3rd Ave.
#1105
Fort Lauderdale, FL 33301


Carlton Kenney
433 Swift Run Rd.
Ruckersville, VA 22968

Carly Allocco
3355 Heritage Oaks Dr.
Hilliard, OH 43026


Carly Gerogosian
7501 Glenhurst Dr.
Dayton, OH 45414


Carly Koenig
202 Laurel Woods Way
Currituck, NC 27929-9720


CARLY MCALLISTER
6841 CAMILLE STREET
BOYNTON BEACH, FL 33437


CARLY PALGUT
880 TALMADGE AVENUE
WICKLIFFE, OH 44092


CARMEL MUKUNDA
3414 DORR ST APT 112
TOLEDO, OH 43607


CARMEN DIAZ
117 NW 42ND AVE UNIT 804
MIAMI, FL 33126


Carmen Garcia-Paul
7425 SW 34th St. Rd.
Miami, FL 33155


CARMEN PIERRE
430 NE 88TH STREET
EL PORTAL, FL 33138


CARMEN RAMIREZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CARMEN WEST
3221 VIA ARCILLA
SAN DIEGO, CA 92111

CARMINA VERA ECHEVERRIA
6318 GREENSPRING AVE
106
BALTIMORE, MD 21209


CARMISHA TAYLOR
8153 SOUTH COLFAX
CHICAGO, IL 60617


CARNEALUS MANNING
707 INDIAN SPRING
WACO, TX 76708


Carol Cartwright
1700 E Cold Spring Ln
Baltimore, MD 21251


CAROL FULCHER
603B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Carol Meade
2840 SW 75th Way
#2412
Fort Lauderdale, FL 33314


Carol Thompson
2507 Cheltenham Rd.
Toledo, OH 43606


CAROLINA ANDRADE
10431 NW 6TH STREET
PEMBROKE PINES, FL 33026


CAROLINA DE DIEGO
708 ANASTASIA AV
CORAL GABLES, FL 33134


CAROLINA JESSE
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455

CAROLINA JESSE
6501 PLANK ROAD
FREDRICKSBURG, VA 02240-7213


Carolina Montalvo
7600 Collins Ave.
Apt. 702
Miami Beach, FL 33141


CAROLINA RADIOLOGY ASSOCIATES
P O BOX 678904
MYRTLE BEACH, SC 29579


Caroline Bedford
11150 Heron Bay Blvd.
Apt. 523
Pompano Beach, FL 33076-1610


CAROLINE HASSE
6458 WILSON MILLS ROAD
MAYFIELD VILLAGE, OH 44143


CAROLINE HASSE
527 BROWN ST
AKRON, OH 44311


CAROLINE KALTENBORN
3222 N WAYNOKA CIR
MEMPHIS, TN 38111


Caroline Kinyanjui
1 Luddy Court
Apt. A
Parkville, MD 21234


CAROLINE KINYANJUI
1962 GLENROTHS DR.
ABINGDON, MD 21009


CAROLINE NDEGWA
202 SIPPLE AVENUE
NOTTINGHAM, MD 21236

CAROLINE WATSON
231 NORTH STANWOOD ROAD
BEXLEY, OH 43209


Carolyn Aldridge
1510 James Gafford Dr.
La Vergne, TN 37086


Carolyn Arny
1404 Cherry Wood Way
Uniontown, OH 44685


CAROLYN TAYLOR
3953 PENHURST AVE
BALTIMORE, MD 21225


CAROLYN TODD
9984 PATTON STREET
TWINSBURG, OH 44087


CAROLYN WILDER
232 YORKSHIRE DR
MEDINA, OH 44256


Carrie Burick
6200 Som Center Rd.
Solon, OH 44139


CARROTT FOSTER
3832 YOLANDO RD
BRYANS ROAD, MD 20616


Carson Hackerd
1551 E Garnett Dr.
Frankfort, IN 46041


CARTER CRUM
7048 SADDLEBACK RD
MAUMEE, OH 43537-9218


CARTER FRANKLIN
3413 HEYL RD
WOOSTER, OH 44691-7441

CARTER LEWIS
1945 NW 4TH AVE
APT 29
BOCA RATON, FL 33432


CARTER PATCHETT
7039 ROBERTSON CT
DUBLIN, OH 43017


CARTER RISKIND
6 GREENWOOD RD
WELLESLEY HILLS, MA 02481-2912


Caryn Davies
107 Janie St.
Ruskin, FL 33570


CARYS GRIME
15105 COUNTY ROAD L
WAUSEON, OH 43567


Casandra Grabowski
6825 Jordon Dr.
PO Box 175
Westfield Center, OH 44251


CASANDRA LARIN
3301 COLLEGE AVE
ATHLETIC DEPARTMENT
FORT LAUDERDALE, FL 33314


CASEY COUNCIL
1718 GLEN KEITH BLVD APT D
BALTIMORE, MD 21234-5129


CASEY DUNIGAN
216 E LAKE ST
SOUTH LYON, MI 48178


CASEY HILLS
5817 WESLEYAN DRIVE
PO BOX A203
VIRGINIA BEACH, VA 23455

Casey Ravitz
3700 N 56th Ave.
Unit 1027
Hollywood, FL 33021


CASEY REED
434 NORTH ST
BLISSFIELD, MI 49228


Cashae Harris
2452 Thomas St.
Flint, MI 48504


CASHMERE GOLPHIN
5011 GUY AVENUE
CLEVELAND, OH 44127


CASMIR IRECHUKWU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CASSANDRA EVANS
5170 NE 1ST TERR
FORT LAUDERDALE, FL 33334


CASSANDRA GILLESPIE
4753 SHERINGHAM LANE
SYLVANIA, OH 43560


CASSANDRA KOBER
29551 GEORGETOWN ROAD
SALEM, OH 44460


CASSANDRA LEMIEUX
17251 NW 53 AV
MIAMI GARDENS, FL 33055


CASSANDRA SENSKY
132 BATTERY B ST.
NEW CASTLE, PA 16102


CASSANDRA SNIDER
1514 REMINGTON ST
TOLEDO, OH 43605

CASSANDRA STEETS
3715 MAYFLOWER OVAL
BRUNSWICK, OH 44212


CASSANDRE DIEUDONNE
12233 NW 7TH AVE
APT 2
MIAMI, FL 33168


CASSIDI LOVELL
205 N WOOD ST
FREMONT, OH 43420


CASSIDY DAVIS
14711 BEECHWOOD DRIVE
NEWBURY, OH 44065


Cassidy Long
10236 Farfield Farms Dr.
Canal Winchester, OH 43110


CASSIDY LUNDY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CASSIDY WOLFE
125 WALNUT AVE
SAINT CLAIRSVILLE, OH 43950


Cassie Bicknell
1146 Four Seasons Dr.
Apt. 6
Toledo, OH 43615


Cassie Duvall-Jackson
1017 Mitchell Rd.
Nashville, TN 37206


CASSIE LOFTON
3706 COLBORNE RD
BALTIMORE, MD 21229


Cassius Williams
5317 W Central Ave.
Toledo, OH 43615

CATHERINE CHILAKA
3 LIBERTY PLPT 4
WINDSOR MILL, MD 21244


Catherine Gibbs
505 Jefferson Ave.
Apt. 1206
Toledo, OH 43604


CATHERINE LILLIBRIDGE
12761 KINSMAN ROAD
BURTON, OH 44021


CATHERINE OTIENO
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


CATHERINE PEREZ
433 NE 21 TERRACE
HOMESTEAD, FL 33033


CATHERINE STEVENS
12139 SW 250TH ST
HOMESTEAD, FL 33032


CATHERINE WAIRACHU
5449 KING ARTHUR CIRCLE
ROSEDALE
BALTIMORE, MD 21237


CATHERINE WILSON
2291 NW 48TH TERRACE
APT#206
FORT LAUDERDALE, FL 33311


CATHERINE YEPES
16851 NE 21 AVE. APT #7
NORTH MIAMI BEACH, FL 33162


CATHERINE YEPES
5322 SW 158 AVE
MIRAMAR, FL 33027

Catie Corrigan
31641 Compass Cv
Avon Lake, OH 44012


CATIE CORRIGAN
38 OUTPOST LANE
HILTON HEAD, SC 29928


CAUESHANNI DURE
14030 BISCAYNE BLVD APT. 718
NORTH MIAMI, FL 33181


CAYELA JOHNSON
5685 TIERRA ROJA DRIVE
VIRGINIA BEACH, VA 23462


Cayla Bensman
10450 Lochard Rd.
Sidney, OH 45365-9212


CAYLA BROWN
300 NORTH CHAPEL GATE LN APT B
BALTIMORE, MD 21229


CAYLA LAWRENCE
7114 CARISSA CT
TAMARAC, FL 33321


CAYLA MARKET
4002 VAN BUREN STREET
BELLWOOD, IL 60104


CAYLA QUINONEZ
3230 CENTENNIAL ROAD LOT 138
SYLVANIA, OH 43560


Cayla Thompson
3504 Gibbons Ave
Baltimore, MD 21214-2721


Caylib Holt
PO Box 228
Chillicothe, OH 45601

CBHS Health Fund Limited
Level 5, 70 George St.
Parramatta NSW 2150
Australia


CCF Palm Beach
525 Okeechobee Blvd.
West Palm Beach, FL 33401


CCF Weston Clinic
2950 Cleveland Clinic Blvd.
Fort Lauderdale, FL 33331-3609


CEARA NARIO-REDMOND
24911 SOUTH WOODLAND ROAD
BEACHWOOD, OH 44122


CECIL HYLTON
13280 BRISTOW ROAD
NOKESVILLE, VA 20181


Ceciley Landley
1700 E Cold Spring Ln
Baltimore, MD 21251


CECILIA MARGARIDA MENDES MOTTA
3512 WYOGA LAKE RD
APT 207
CUYAHOGA FALLS, OH 44224


CECILIA MARGARIDA MENDES MOTTA
80 E EXCHANGE ST, AP 341A
AKRON, OH 44308


Cecilia Quinones
1677 Capon Tree Lane
Woodbridge, VA 22191


CECILIA QUINONES
5817 WESLEYAN DRIVE
PO BOX B419
VIRGINIA BEACH, VA 23455

```
CEDRIC BASHENGAZI
80 EAST EXCHANGE STREET
AKRON, OH 44308


CEDRIC BASHENGEZI
THE UNIVERSITY OF AKRON
SPANTON HALL 218
PO Box 1350
AKRON, OH 44309


CEDRIC MCCOY
409 E PALMETTO ST
PALATKA, FL 32177


Cedric Washington
6736 Casa Bella Dr.
Knoxville, TN 37918


Cedric Witherspoon
3110 Moyston Ave.
Baltimore, MD 21214


CEDRIC WITHERSPOON
1205 ST. AGNES LANE
APT. K
BALTIMORE, MD 21207


Cefaratti Group
4608 St. Clair Ave.
Cleveland, OH 44103


CELANIE XAVIER
13176 SW 28TH ST
MIRAMAR, FL 33027


CELENA PERROW-DURANT
3007 GRAYSON ST
BALTIMORE, MD 21216


Celeste Batchev, MD
718 N Macomb St
Monroe, MI 48162
```

CELESTE CACEU
6722 SE REED COLLEGE PL
PORTLAND, OR 97202-8270


CELESTE PEREIRA
8741 NW 112TH CT
DORAL, FL 33178-5612


CELIA GAITOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CELINA CAHALANE
2726 ELLSWORTH HILL DR
HUDSON, OH 44236


CELINA SARKO
6483 FAIRWEATHER DRIVE
CLEVELAND, OH 44130


Celvin Pelaez-Gonzalez
5817 Wesleyan Dr.
Box A444
Virginia Beach, VA 23455


CEMROY DAVIS
10801 SW 167TH STREET
CUTLER RIDGE, FL 33157


Centene Mgmt Corp
3750 Logan Ave NW
Canton, OH 44709


Centene Mgmt Corp
7700 Forsyth Blvd.
Saint Louis, MO 63105


Center for Bone and Joint Surgery
10111 West Forest Hill Blvd.
Wellington, FL 33414


Center for Self-Development
1605 W. 3rd St.
Chester, PA 19013

Center for Surgical Dermatology, In
428 County Line Rd. W
Westerville, OH 43081


Central Carolina Skin Dermatology C
3940 Arrowhead Blvd. #210
Mebane, NC 27302


Central Fl Endo Diabetes Con
635 N. Miatland Ave.
Maitland, FL 32751


Century Integrated Partners, Inc.
3500 Gaston Ave.
Dallas, TX 75246


CEP AMERICA CALIFORNIA
2100 POWELL ST
Emeryville, CA 94608


Cera Dodrill
230 Rosemont Ave.
Youngstown, OH 44515


CESAR FLORIAN
715 COLUMBUS PARKWAY APT. R
HOLLYWOOD, FL 33021


Chabeli Arroyo
4314 - 13th St. NE
Washington, DC 20017-3827


CHAD ANDREWS-FULTON
607D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Chad Dorsey
615 Wooland Ave.
Wadsworth, OH 44281


CHAD DUNNER
910 BIGGS STREET
MEMPHIS, TN 38128

Chad Ellis
6490 Delores Blvd.
Brookpark, OH 44142


Chad R. Manke
6160 Kempsville Cir. Ste. 200B
Norfolk, VA 23502


CHAD SPENCER
9902 SW 196TH ST
MIAMI, FL 33157


CHAD WILLIAMS-BEY
OFFICE OF RESIDENCE LIFE
1700 EAST COLDSPRING LANE
BALTIMORE, MD 21251


Chad-Roye Dixon
2201 Coleridge Dr.
Silver Spring, MD 20910


CHADAE GOODE
9 NORTH EAST AVE
BALTIMORE, MD 21224


Chaeeun Lim
2515 W Bancroft St.
Apt. PHS
Toledo, OH 43607


CHAEEUN LIM
1120 N WESTWOOD AVE APT 6105
TOLEDO, OH 43607


CHAITANYA BORRA
317-1/2 ,TORREY STREET
AKRON, OH 44304


Chakel Walker
7155 McClean Blvd
Parkville, MD 21234-7253


CHALIF WILSON
649 N. LARAMIE AVENUE
CHICAGO, IL 60644

CHAMPAYNE FREEMAN
2654 WEST 28TH STREET
RIVIERA BEACH, FL 33404


Chance Canady
1364 Chickweed St.
Mechanicsburg, OH 43044


CHANDLER CARNEY
312 REGATTA DRIVE
AVON LAKE, OH 44012


CHANDLER TAYLOR-HENRY
555 DOGWOOD POINTE
MADISON, MS 39110


CHANDLER THOMAS
5891 SE MITZI LN
STUART, FL 34997


CHANDLER YOUNGER
7309 ROCKRIDGE RD
BALTIMORE, MD 21207


Chanel Hamm
3813 Garrison Blvd.
Apt. 25
Baltimore, MD 21215-5466


CHANEL HAMM
3813 GARRISON BLVD APT 2S
BALTIMORE, MD 21215-5466


CHANEL RICKETTS
1008 INDIAN TRACE CIR
APT 104
WEST PALM BEACH, FL 33407


CHANG LIU
715 W. MARKET ST  APT 301
AKRON, OH 44303


Change Healthcare
5700 Democracy, Ste. 1500
Plano, TX 75024

CHANGMI WANG
8395 SW 73RD AVENUE, #UNIT 424
MIAMI, FL 33143


CHANTAI SMITH
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


CHANTAL CLARKE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CHANTAL MURPHY
2552 PLUM LEAF LN
TOLEDO, OH 43614


CHANTALIA YOUNG
119 MELROSE AVE
TOLEDO, OH 43610


CHANTE CARTER
7910 MARFIELD PL APT H
NOTTINGHAM, MD 21236


CHANTE MITCHELL
5817 WESLEYAN DRIVE
PO BOX A192
VIRGINIA BEACH, VA 23455


CHANTE OLALO
12405 BUSHEY DR
SILVER SPRING, MD 20906-4405


CHANTEL BAKER
15017 GREEN WING TERRACE
UPPER MARLBORO, MD 20774


CHANTEL PERRY
3913 BOARMAN AVE
BALTIMORE, MD 21215


CHANTEL SCOTT
211 SETTLERS WAY
LARGO, MD 20774-5770

CHANTEL SHAW
6322 MAGNOLIA TRAILS LANE
GIBSONTON, FL 33534


CHANTELLE BRADY
1245 US HIGHWAY 42
ASHLAND, OH 44805


CHANTELLE MARTIN
12249 SW 201 TERR
MIAMI, FL 33177


CHAO PENG
2145 MEDFORD ROAD APT 14
ANN ARBOR, MI 48104


CHAO PENG
120 NORTH AVE APT B127
TALLMADGE, OH 44278


CHAO WANG
2106 STONEHENGE CIR.
AKRON, OH 44319


CHAO WANG
1295 VALE DRIVE APT G.
COPLEY, OH 44321


CHAO ZHANG
1290 CULPEPPER DR
AKRON, OH 44313


CHAO ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHAOJIE YANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CHAPIN HUTAMA
1706 24TH ST NW, CANTON, OH 44709
CANTON, OH 44709

```
CHAPIN HUTAMA
257 SPICER STREET
AKRON, OH 44304


CHARDONNAY JACKSON
2861 MAYFIELD AVE
BALTIMORE, MD 21213-1231


Chariane Bangna
104 Bryan Ct.
Apt. 101
Laurel, MD 20707


Charina Austin
2401 Eutaw Pl
Baltimore, MD 21217


Charishma Nallapati
3639 Acorn Dr.
Troy, MI 48083


CHARISMA GIPSON
4511 RUSK AVENUE
DALLAS, TX 75204


CHARISMA WILLIAMS
20132 TORREY POND PL
BALTIMORE, MD 21207


CHARIZMA ANDERSON
1151 SW 110TH LANE
DAVIE, FL 33324


CHARIZMA ANDERSON
1217 S DIXIE HWY
APT 207
POMPANO BEACH, FL 33060


CHARLEA HENLEY
2177 MIDDLEHURST DRIVE
COLUMBUS, OH 43219
```

CHARLEIGHA KNOWLES
904 W BROWARD BLVD.
APT. 304
FORT LAUDERDALE, FL 33312


Charlene Wilson-Stanley
300 N Charles St.
Apt. 504
Baltimore, MD 21201


CHARLES ADKINS
4504 EAST KELLIS STREET
FORT WORTH, TX 76119


CHARLES AFRAM
4504 EAST KELLIS STREET
FORT WORTH, TX 76119


CHARLES ALLEN
8534 SOUTH DREXEL AVENUE
CHICAGO, IL 60619


Charles Armstrong
621 St Dunstans Rd
Baltimore, MD 21212


CHARLES BARRAH
7920 BELRIDGE RD.
NOTTINGHAM, MD 21236


CHARLES BRIMBERRY
3751 NEW HOPE ROAD
PELHAM, GA 31779


CHARLES DENMAN
6024 GREELEY BOULEVARD
SPRINGFIELD, VA 22152


CHARLES DIAZ
12243 SW 82 TER
MIAMI, FL 33183


Charles E. Parker
6275 E Virginia Beach Blvd.
Norfolk, VA 23502

Charles Edmunds
4205 Wynfield Dr.
Owings Mills, MD 21117-6171


CHARLES HART
64 ACORN CIR APT 202
TOWSON, MD 21286


Charles Hawk
2105 Orchard Lakes Ct.
Apt. 11
Toledo, OH 43615


CHARLES JOHNSON
433 L.THOMPSON STREET
CEDAR HILL, TX 75104


CHARLES LICHTENWALTER
4508 WOOD STREET
ERIE, PA 16509


Charles M. Glanville OD
1835 Calvert Dr.
Cuyahoga Falls, OH 44223


Charles Mason
1135 Wionna Ave.
Cincinnati, OH 45224


Charles Mullins
430 Hardmoore Ct
Glen Burnie, MD 21061


CHARLES MUSE
3604 TELMAR RD
BALTIMORE, MD 21207


CHARLES PADIAL
8800 NW 36TH ST
DORAL, FL 33178-3477


Charles Renner, III
876 Mayfair Rd.
Akron, OH 44303

CHARLES TURFE
224 HIGHLANDS DR
CANTON, MI 48188


Charles Weinberg
4 Unison Ct. N
Newark, DE 19713-1953


CHARLEY KALE
4428 FLEETWOOD
SYLVANIA, OH 43560


CHARLIE PARKER
16010 NW 27TH PLACE
OPA LOCKA, FL 33054


Charlisha Dubose
4404 Marble Hall Rd.
Apt. 300
Baltimore, MD 21218-1527


CHARLOTTE ATASIGE
2553 ROMIG ROAD
AKRON, OH 44325


CHARLOTTE BATES
113 E WALNUT ST
WADSWORTH, OH 44281


CHARLOTTE GROSS
1221 OXLEY RD
COLUMBUS, OH 43212-3531


CHARLOTTE JAY
315 NE 3RD AVE
#1105
FORT LAUDERDALE, FL 33301


CHARLOTTE SCHERER
3613 MOGADORE ROAD
KENT, OH 44240


CHARLOTTE VINING
6172 GREENWYCKE LN
MONROE, MI 48161

CHARLTON BROWN
12530 NW 11TH AVE
MIAMI, FL 33168


Charly Cochran
PO Box 1810
Bronson, FL 32621


CHARMEIKA RAHMING
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CHARONDA MCBRIDE
4 SOUTH LAKE CT
REISTERSTOWN, MD 21136


CHARVIS AZILLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Chase Axelrod
593 St. Lawrence Blvd.
Eastlake, OH 44095


CHASE GRAHAM
1370 RIDGEWOOD DRIVE
SALEM, OH 44460


CHASE MARTINEZ
15815 ALWOOD STREET
LA PUENTE, CA 91744


CHASE PATTON
340 TROY RD
DELAWARE, OH 43015-1010


Chase Wade
56159 Skyline Dr.
Shadyside, OH 43947


CHASE WHITE
41 WEST MAIN ST.
P.O BOX 156
DALTON, OH 44618

CHASE ZUPANCIC
9404 KNOWLTON ROAD
GARRETTSVILLE, OH 44231


CHASSITY WEBSTER
904 WILLIAMSBURG LANE
KELLER, TX 76248


CHATHURA ABEYWICKRAMA
3716 ASHLEY OAKS DR APT D
LAFAYETTE, IN 47905


CHATHURA ABEYWICKRAMA
217 E CRIPE ST APT 5
SOUTH BEND, IN 46637


CHATHURANGA WITHARAMAGE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHAUNCEY MURRAY
734 CARDIFF CIRCLE
EDGEWOOD, MD 21040


Chauncey Rogers
4943 Bristle Cone Cir
Aberdeen, MD 21001


CHAUNTE MCMILLIAN
1421 NW 43RD ST
MIAMI, FL 33142


Chavane Minto
4451 Belair Rd.
Baltimore, MD 21206-6337


CHAYLA CARLYLE
3209 15TH ST. W
LEHIGH ACRES, FL 33971


Chayse Smith
137 Bell St.
Crooksville, OH 43731

CHAZE SANDERS
3773 VICKSBURG STREET
DETROIT, MI 48206


CHAZZTIN BOWE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CHE-KUAN LIN
2760 RYEWOOD AVE APT E
COPLEY, OH 44321


CHE-KUAN LIN
22 EAST EXCHANGE STREET, APT:4037A
AKRON, OH 44308


CHEANTAE NOWLIN
1001 SOUTH MARLYN AVE
ESSEX, MD 21221


Cheaz Porter
8300 Cedar View Ct.
Clinton, MD 20735


Cheikh McKissic
1205 Lakeside Ave.
Baltimore, MD 21218-3002


CHEKIVIA THOMPKINS
1131 NW 64 ST
MIAMI, FL 33150


Chelcey Tusing
4190 Pleasant Valley Church Rd.
Hopewell, OH 43746


Chelsea Bradfield
420 Sackett St.
Maumee, OH 43537


CHELSEA BRAY
5600 ALEXIS RD APT 158
SYLVANIA, OH 43560

CHELSEA BROWN
406D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Chelsea Clark
2540 Heather Hills Rd.
Apt. D
Toledo, OH 43614


CHELSEA CLARK
7340 NIGHTINGALE DR.
APT. 9
HOLLAND, OH 43528


CHELSEA DENISTON
1626 TWIN OAKS DR
TOLEDO, OH 43615


CHELSEA DINGUS
1839 NAUTILUS DR
SARASOTA, FL 34231


CHELSEA HIGGINS
420 SACKETT ST
MAUMEE, OH 43537


CHELSEA MCCARTHY
109 DUNKIRK ROAD
BALTIMORE, MD 21212


CHELSEA MIRANDA
1970 SW 68TH WAY
MIRAMAR, FL 33023


CHELSEA PLEZ
1601 NE 191ST ST APT 218
MIAMI, FL 33179-4194


Chelsea Scott
1119 Castle Harbour Way
Unit 1A
Glen Burnie, MD 21060-0934

CHELSEA SMITH
1255 APPLEGATE STREET
WATERVILLE, OH 43566


CHELSEA TROST
2013 NW 178TH WAY
PEMBROKE PINES, FL 33029


CHELSEA VARSACI
2985 SE ABA ST.
PORT SAINT LUCIE, FL 34952


CHELSEY BERKEY
5399 JOSEPHINE ST NW
NORTH CANTON, OH 44720


Chelsey Daugherty
1209 Appleby Dr.
Silver Spring, MD 20904


Chelsey Zoldan
6941 Tippecanoe Rd.
Canfield, OH 44406


Chelsie Betters
3305 Elbert St.
Baltimore, MD 21229-3716


CHELSIE CAMERON
3820 TERKA CIR
RANDALLSTOWN, MD 21133


CHEN DU
2200 HIGH ST.
APT.956
CUYAHOGA FALLS, OH 44221


CHEN LIU
17620 ATLANTIC BLVD
APT314
SUNNY ISLES BEACH, FL 33160


CHEN WANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

```
CHEN-JUNG LEE
1350 N. HOWARD ST. APT. 507
AKRON, OH 44310


CHEN-JUNG LEE
1296 BUCKINGHAM GATE BLVD.
CUYAHOGA FALLS, OH 44221


CHENG  LIU
900 WEST MARKET STREET APT 202
AKRON, OH 44313


CHENG CHI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHENG LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHENG LIU
900 WEST MARKET STREET APT 202
AKRON, OH 44313


CHENG PU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHENG ZHANG
2833 RED CREST LANE #101
AKRON, OH 44319


CHENG ZHANG
437 LOVISA STREET
AKRON, OH 44311


CHENGKAI FAN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101
```

CHENXI JIN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHENYING ZHAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHERLDA GARCONVILLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Cherone Simmons
254 E 9th St.
Apt. #3
Boston, MA 02127


CHERYKA SAINTINE
11230 SUNVIEW WAY
HOLLYWOOD, FL 33026


CHERYL JACKSON
3425 SANDY TRAIL LANE
PLANO, TX 75023


Chete M. Eze Nliam, MD
9500 Euclid Ave.
Cleveland, OH 44195


Chethan Mudiyam
2615 W Village Dr.
Toledo, OH 43614


Chevalier Chiropractic, Inc.
7257 Fulton Rd. NW
#73
Canton, OH 44718


CHEVANESE HENRY
2429 NW 39TH TER
APT #101
FORT LAUDERDALE, FL 33311

CHEVON ORMSBY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CHEY HARRIS
10486 SUGARBERRY STREET
WALDORF, MD 20603


CHEYANNA BALL
643 HARRISON AVENUE
AKRON, OH 44314


CHEYANNE BROWN
202D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CHEYANNE PARSONS
210 W MAIN ST
NORTH BALTIMORE, OH 45872


CHEYANNE RANDALL
2822 E. 12TH STREET
KANSAS CITY, MO 64127


CHEYANNE SARTOSKI
7730 AKRON AVENUE
CANAL FULTON, OH 44614


CHEYENNE CUNNINGHAM
2523 POPES LN
BALTIMORE, MD 21219-1321


CHEYENNE CURTIS
2813 WEST LAFAYETTE AVE
BALTIMORE, MD 21216


Cheyenne Davis
196 Elm St.
Rossford, OH 43460


Cheyenne Story
30 Emerald Court
Canfield, OH 44406

CHEYENNE STORY
1462 PEPPERWOOD DRIVE
NILES, OH 44446-3543


Cheyenne-Sage Holly
4503 N Lockwood Ave.
Toledo, OH 43612


CHEYNE WALKER
3909 ROMSEY DRIVE
BOWIE, MD 20721


CHI MA
75 ADOLPH STREET APARTMENT 3
AKRON, OH 44304


CHI ZHAN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHI ZHANG
673 FRANKLIN ST #110B
#110B
WORCESTER, MA 01604


CHI ZHANG
684 MULL AVE
APT 2B
AKRON, OH 44313


CHIA TSAI
2686 PINE RUN
LIMA, OH 45801


CHIBUIKE NOSIRI
6 TROUT LILY COURT
OWINGS MILLS, MD 21117


CHIDIEBERE DIM
318 ASHLEE AVE
MOUNTAIN HOUSE, CA 95391

CHIDINMA OKWUM-EMULO
228 LINDEN RIDGE ROAD
LAUREL, MD 20724


CHIDUBEM IGWEAGU
315 GRANT STREET
AKRON, OH 44304


CHIEDZA TARUVINGA
401 WILDERNESS ROAD
MARYSVILLE, OH 43040


CHIKLITH MADHUKAR SIVA SAI GELLI
77 FIR HILL STREET
APARTMENT: 6B8
AKRON, OH 44304


Children's Choice Pediatrics
3925 Darrow Rd.
Ste. 105
Stow, OH 44224-2600


Children's Hosp Kings
601 Children's Lane
Norfolk, VA 23507


Childrens Anesthesia Associate
3592 Corporate Dr. #107
Columbus, OH 43231


Childrens Hosp Med Center of Akron
214 W Bowery St
Akron, OH 44308


Childrens Hospital Clinic Phys
700 Childrens Dr.
Columbus, OH 43205


Childrens Hsp Ctr Med
214 W Bowery St
Akron, OH 44308


CHIMDINDU EZE
427 TRIMBLEFIELDS DR
BALTIMORE, MD 21207

Chimezie C. Amananbu, MD
1655 W Market St.
Akron, OH 44313


CHIMKAMMA CHUKWUKA-EZE
9443 BALLARD GREEN DRIVE
OWINGS MILLS, MD 21117


Chin-Hsiang Tseng
1120 N Westwood Ave.
Apt. 2414
Toledo, OH 43607


CHIN-SHUO KANG
1282 BUCKINGHAM GATE BLVD
CUYAHOGA, OH 44221


CHIN-SHUO KANG
1738 NORTHAMPTON RD APT 305
AKRON, OH 44313


CHINATU IBEMERE
2660 SW 85TH TERRACE
MIRAMAR, FL 33025


Chinedu Egeolu
4003 Larga Vista Ct
Bowie, MD 20721


CHINEDU NNAJI
5310 LEITH ROAD, APT. D
BALTIMORE, MD 21239


Chinedu Onochi
University of Toledo Academic House
1760 W Rocket Dr.
Toledo, OH 43606


CHINENYE NAWAWULU
6835 STURBRIDGE DR APT A
BALTIMORE, MD 21234-7443


Chinonso Agubosim
2803 Algonquin Pkwy
Toledo, OH 43606

CHINONSO AGUBOSIM
2803 ALGONQUIN PARKWAY
TOLEDO, OH 43606


CHINONSO OSSAI
729 COMPASS ROAD
MIDDLE RIVER, MD 21220


CHINWE NWIZU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CHIRAN JBR
756 ROSELAWN AVENUE
AKRON, OH 44306


CHIRAN JBR
281 WHEELER STREET
AKRON, OH 44304


CHIRANTAN DASGUPTA
401 S MAIN ST, APT 321A
AKRON, OH 44311


CHIROCARE OF FLORIDA AV
1301 E Atlantic Blvd.
Suite 2
Pompano Beach, FL 33060


CHISOM ANYANWU
HARPER-TUBMAN
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251-0001


Chloe Bronstein
5197 Conoe Bend Dr.
Lake Worth, FL 33463


CHLOE BUSH
P.O. BOX 14416
POLAND, OH 44514


CHLOE CROYLE
3508 MAPLE RIDGE DRIVE
HUBBARD, OH 44425

CHLOE KALSBEEK
8238 STATE ROUTE 45
NORTH BLOOMFIELD, OH 44450


Chloe Leslie
1400 Hickoryview Ct
Dayton, OH 45458


CHLOE RUNNER
4285 COE AVENUE
NORTH OLMSTED, OH 44070


CHLOE THOMPSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Chloe-Blair Davis
19021 Coltfield Ct.
Montgomery Village, MD 20886-3952


CHMCA Physicians Billing
One Perkins Square
Akron, OH 44308-1063


CHNEIDER SAGESSE
5713 NW 64TH WAY
FORT LAUDERDALE, FL 33321


CHNEIDER SAGESSE
1200 SW 50TH AVE
MARGATE, FL 33068


CHOLET BARONE
139 HANES ROAD
AURORA, OH 44202


CHONG ZHONG
1282 BUCKINGHAM GATE BLVD,
CUYAHOGA FALLS, OH 44221


Chongwen Li
4123 N Terrace View St.
Apt. 8
Toledo, OH 43607

CHONGWEN LI
2933 DRUMMOND RD
TOLEDO, OH 43606


CHOYCE HALL
2620 DIVISION AVENUE APT 447
CLEVELAND, OH 44113


CHRIS ALDAHONDO MATOS
14060 BISCAYNE BLVD. APT 202
NORTH MIAMI, FL 33181


CHRIS KAUFFMANN
491 LOUISE LN
ARNOLD, MD 21012-1441


Chris Leidig
399 Sullivan Ave.
Akron, OH 44305


CHRISSHAY LEWIS
2111 OLD HOLZWARTH
SPRING, TX 77388


CHRISTA JOHNSON
602C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CHRISTA MCKOY
348 SW TULIP BLVD.
PORT SAINT LUCIE, FL 34953


CHRISTABEL DANBY COBBINA
5106 GREENWICH AVE APT B13
BALTIMORE, MD 21229


CHRISTAL MILLIEN
37 TENNESSEE AVE
HEMPSTEAD, NY 11550-3417


CHRISTAN BAIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

CHRISTELLE BELLABRE
1855 ADAMS STREET
APT-6
HOLLYWOOD, FL 33020


CHRISTELLE RIVAL
92 FAIRVIEW AVENUE
BRIDGEPORT, CT 06606


Christian & Barton, LLP
909 East Main St.
Suite 1200
Richmond, VA 23219-3095


CHRISTIAN BENHART
203 RIVER BLUFF LANE
ROYAL PALM BEACH, FL 33411


CHRISTIAN BLANDON CRUZ
2220 HIGH ST.
APT 702
CUYAHOGA FALLS, OH 44221


CHRISTIAN CANALES
7105 HANRAHAN COURT
ARLINGTON, TX 76002


CHRISTIAN CARVIN
4706 PELHAM COURT
TEMPLE HILLS, MD 20748


CHRISTIAN COOPER
2910 MONTERREY PLAZA, APT 96
DALLAS, TX 75201


CHRISTIAN CRESPO
108 SWAN PARKWAY W
ROYAL PALM BEACH, FL 33411


CHRISTIAN DELGADO-RODRIGUEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

CHRISTIAN DUCHNAK
600 WEST WASHINGTON AVE
APT 3Q
BALTIMORE, MD 21234


CHRISTIAN FERRER
13421 SW 2ND STREET
MIAMI, FL 33184


CHRISTIAN GAGNON
133 WOODS DR
MADISONVILLE, LA 70447-9484


CHRISTIAN GARABEDIAN
12740 SW 149
MIAMI, FL 33186


CHRISTIAN GARCIA
2625 DAVID LN
BRENHAM, TX 77833


Christian Garvin
4706 Pelham Ct
Temple Hills, MD 20748


CHRISTIAN GONZALEZ RIVERA
1250 NE 119TH ST.
MIAMI, FL 33161


CHRISTIAN GONZALEZ RIVERA
3355 WEST 68TH STREET UNIT 121
HIALEAH, FL 33018


CHRISTIAN GRIFFIN
4038 HAWTHRON GLEN COURT
FRESNO, TX 77545


CHRISTIAN HARMON
1716 BUNCH DRIVE
FORT WORTH, TX 76112


CHRISTIAN HENRY
4121 TIVERTON RD
RANDALLSTOWN, MD 21133

CHRISTIAN JONES
1561 NW 15 TERRANCE
FORT LAUDERDALE, FL 33311


CHRISTIAN KNIGHT
3930 KARALINE CIRCLE
VALDOSTA, GA 31605


CHRISTIAN LUE YOUNG
10601 NW 12TH CT
PLANTATION, FL 33322


CHRISTIAN MANER
1214 NEW HOPE ROAD
SPRING HILL, FL 34606


CHRISTIAN MERIDA
2498 SW 17 AVE. APT. 4206
MIAMI, FL 33145


CHRISTIAN NSHIMYUMUREMYI
850 MORRIS RD.
KENT, OH 44240


CHRISTIAN O'NEIL
795 TERRAVIEW DRIVE
YOUNGSTOWN, OH 44512


CHRISTIAN OWENS
252 RAVENSHOLLOW DRIVE
CUYAHOGA FALLS, OH 44223


CHRISTIAN RIVERA-RENOVALES
7127 SUMMIT DRIVE
WINTER HAVEN, FL 33884


CHRISTIAN ROBERTS
495 SOUTH EDGEHILL AVENUE
AUSTINTOWN, OH 44515


CHRISTIAN ROJAS
2507 HURON ST
BALTIMORE, MD 21230

CHRISTIAN SCOTT
4014 WALRAD ST
BALTIMORE, MD 21216


Christian Siebenaler
30209 Morningside Dr.
Perrysburg, OH 43551


Christian Simmons
7628 Seans Ter.
Lanham, MD 20706-1343


CHRISTIAN SUAREZ
6919 W 36TH AVE
APT #104
HIALEAH, FL 33018


Christian Thomas
7405 S Sangamon St.
Chicago, IL 60621


CHRISTIAN TRODGON-LIPSCOMB
4711 IVANHOE AVE
BALTIMORE, MD 21212


CHRISTIAN VIK
5817 WESLEYAN DRIVE
PO BOX B475
VIRGINIA BEACH, VA 23455


CHRISTIAN WILLBERN
1307 BONNER ST.
HOUSTON, TX 77007


Christian Word
12920 Old Mudbrook Rd.
Milan, OH 44846


CHRISTIAN YOUNG
105 RAMSEY CT
JOPPA, MD 21085


Christien Cofield
9320 Pine View Ln
Clinton, MD 20735

Christien Lee
2862 Bellarosa Cir.
West Palm Beach, FL 33411-3000


CHRISTIN DAWKINS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CHRISTINA ALLEN
616 MARSH ISLE CIRCLE
APT 106
PORT SAINT LUCIE, FL 34952


CHRISTINA ARROYO
1610 SALZEDO STREET APT 4
CORAL GABLES, FL 33134


CHRISTINA BELLEZA
6116 LEDGEVIEW DRIVE
PENINSULA, OH 44264


CHRISTINA BUNDY
176 WALNUT ST APT 10A
GENEVA, OH 44041


Christina Callahan
3275 Myersville Rd.
Apt. C
Uniontown, OH 44685


Christina Camick
6205 Valley Park Dr.
Toledo, OH 43623


CHRISTINA DUBCHUK
4430 N HOLLAND SYLVANIA RD
APT 2301
TOLEDO, OH 43623


CHRISTINA EDWARDS
2421 GOODENOUGH AVE.
AKRON, OH 44320

CHRISTINA ELLIS
5020 DOCKSIDE DR
ORLANDO, FL 32822


CHRISTINA FUTTY
6008 ROUTE 322
WINDSOR, OH 44099


CHRISTINA HAAS
2213 SMITH AVE.
HALETHORPE, MD 21227


CHRISTINA KIRCHANTOZOGLOU
1700 E COLDSPRING LANE
HARPER/TUBMAN ROOM 206
BALTIMORE, MD 21251-0001


Christina M. Dalzell, APRN CRNA
410 W 10th Ave.
Columbus, OH 43210


CHRISTINA MCCROSSIN
663 SOUTHAMPTON CT
COPLEY, OH 44321


CHRISTINA MOUNTAIN
9244 WINTERFIELD LN
COLUMBIA, MD 21045-1828


CHRISTINA PARATHIRAS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CHRISTINA RAY
335 WATER ST
PEMBERVILLE, OH 43450


Christina Robinson-Peeples
1505 Jefferson Rd.
Fort Washington, MD 20744-2850


CHRISTINA TANNER
8606 POLLY HILL CT
JESSUP, MD 20794

Christina Villagomez
1800 Baptist World Center Dr.
Griggs Hall 308
Nashville, TN 37207


Christine Bailey
PO ACP #09001
Annapolis, MD 21404


Christine Brooks
9610 Small Dr.
Clinton, MD 20735-3543


CHRISTINE COX
205 FARMINGTON RD
ARCHBOLD, OH 43502


CHRISTINE CURIAC
1301 NE MIAMI GARDENS DR.
APT 805W
NORTH MIAMI BEACH, FL 33179


CHRISTINE DIAZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


CHRISTINE DIAZ
16861 NW 82 AVE
CAROL CITY, FL 33056


Christine L. Tran
19415 Deerfield Ave.
Suite 112
Leesburg, VA 20176


CHRISTINE LEE
801 AMSTERDAM AVENUE
APT 5I
NEW YORK, NY 10025


Christine Lu
7161 Quail Lakes Dr.
Holland, OH 43528

Christine McCrone
29510 Broxbourne Rd.
North Olmsted, OH 44070


Christine Miles
13050 SW 260 St.
Homestead, FL 33032


CHRISTOFER MEDINA
3500 SW 112TH AVE FL 33165
MIAMI, FL 33165-3460


CHRISTOL WHITE
4343 PONDS ST NE
WASHINGTON, DC 20019


CHRISTOPHER ALAS
3213 S. SEMORAN BLVD., #302
ORLANDO, FL 32822


CHRISTOPHER ALMAROOF
8561 GREENBELT RD.
APT. 202
GREENBELT, MD 20770


Christopher Arnst
2100 Orchard Lakes Pl
Apt. 21
Toledo, OH 43615


CHRISTOPHER ASTOSKE
3055 SE FARLEY ROAD
PORT SAINT LUCIE, FL 34952


CHRISTOPHER AUSTIN
1305 NW 71ST TERRACE
MIAMI, FL 33147


CHRISTOPHER AUSTIN
P.O. BOX 3026
LAKELAND, FL 33802


CHRISTOPHER AVILA
8731 HOMER STREET
DETROIT, MI 48209

CHRISTOPHER BECK
1900 MONKTON RD
MONKTON, MD 21111


CHRISTOPHER BIDDY
921 MIRAMAR PLACE
CORPUS CHRISTI, TX 78411


Christopher Brady
3054 Harriett Rd.
Stow, OH 44224


CHRISTOPHER BROOKS MD PA
3800 Johnson St.
Suite G
HOLLYWOOD, FL 33021


Christopher Brown
3742 Elmley Ave.
Baltimore, MD 21213


CHRISTOPHER CHESTER
636 VAN ERT AVE
N. LAS VEGAS, NV 89030


CHRISTOPHER CLARA
8977 NW 111ST TER
HIALEAH, FL 33018


CHRISTOPHER CLARK
960 CROSSWIND PL
COCKEYSVILLE, MD 21030-4666


CHRISTOPHER COLLIER
3831 NW 7TH ST
FORT LAUDERDALE, FL 33311


CHRISTOPHER COTTO
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


CHRISTOPHER DARRINGTON
2320 NEBRASKA AVE
TOLEDO, OH 43607

Christopher Deacon
10324 Claystone Ct.
Whitehouse, OH 43571


Christopher Dennis
PO Box 622
Riverside, CA 92502


CHRISTOPHER DRENNAN
5981 SORREL AVE
SAN JOSE, CA 95123-4248


CHRISTOPHER DYER
P.O. BOX 67
HIRAM, OH 44234


Christopher G. Sanford, MD
1125 Hospital Dr.
Toledo, OH 43614


CHRISTOPHER GOINS
1712 SECOR RD APT D
TOLEDO, OH 43607


CHRISTOPHER HALE
1720 RANDOLPH PLACE APT 2
MEMPHIS, TN 38120


CHRISTOPHER HALL
2203 LUAU STREET
MESQUITE, TX 75150


CHRISTOPHER HAMPTON
1210 N UNION ST
FOSTORIA, OH 44830


CHRISTOPHER HILLIER
319 SCOTT AVENUE
NILES, OH 44446


CHRISTOPHER KEEL
3021 NW 161 TERRACE
OPA LOCKA, FL 33054

CHRISTOPHER KEITH
2095 WEST STERLING ROAD
BURBANK, OH 44214


CHRISTOPHER KLAWITTER
2197 SOUTH ROAD
CINCINNATI, OH 45233


CHRISTOPHER KORKOR
447 E VORIS ST
AKRON, OH 44311


CHRISTOPHER LIEBOLD
300 W ADAMS ST
GREEN SPRINGS, OH 44836


Christopher Lumley
3409 Merle Dr.
Windsor Mill, MD 21244-3666


Christopher Miller
3107 Gibbons Ave.
Baltimore, MD 21214


CHRISTOPHER MILLER
6908 SNOWY OWL
ARLINGTON, TX 76002


Christopher Mitchell
1314 Empire Ave.
Memphis, TN 38107


Christopher Mugnaini
350 Rankin St.
Akron, OH 44311


CHRISTOPHER MUGNAINI
89900 NEW RUMLEY RD.
JEWETT, OH 43986


Christopher Parker
1097 Wildwood Dr.
Wooster, OH 44691

CHRISTOPHER PETRI
30 FULTON ST
NILES, OH 44446


Christopher Porter
6530 Old Landover Rd
Hyattsville, MD 20785-1448


Christopher Roach
11730 Strasburg Rd.
Erie, MI 48133


CHRISTOPHER RODRIGUEZ
3825 CALLE TIBURON
SAN CLEMENTE, CA 92672-4537


Christopher Rowe
4455 Sulgrave Dr.
Toledo, OH 43623


Christopher Ryan
30 Silver Pond Dr.
Apple Creek, OH 44606


Christopher Sackett
1745 Millbrook Lane
Loveland, OH 45140


CHRISTOPHER SCHMIDT
3601 SUDER AVE
TOLEDO, OH 43611


CHRISTOPHER SCOTT
7003 DOGWOOD RD
BALTIMORE, MD 21244-2607


CHRISTOPHER SMITH
502B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CHRISTOPHER TAYLOR
804 CHAUNCEY AVE.
BALTIMORE, MD 21217

Christopher Thompson
12490 Lena Pl
Waldorf, MD 20602-3015


CHRISTOPHER THOMPSON
404 SHADE TREE PL APT G
CATONSVILLE, MD 21228


CHRISTOPHER THOMPSON
4605 EMBASSY CIR APT 304
BALTIMORE, MD 21229


Christopher Tirado
3831 W State Rd. 84
Apt. 103
Fort Lauderdale, FL 33312


CHRISTOPHER TORRES
3609 43RD AVE
BRENTWOOD, MD 20722


CHRISTOPHER TOTH
4053 TREBOR COURT
JARRETTSVILLE, MD 21084


CHRISTOPHER VALDES
17662 NW 87 PLACE
MIAMI, FL 33018


Christopher Varghese
3059 Tortola Way
Hollywood, FL 33024


CHRISTOPHER VINCI
3422 COLTON ROAD
SHAKER HEIGHTS, OH 44122


CHRISTOPHER WALKER
5720 GEDDES AVE
FORT WORTH, TX 76107


CHRISTOPHER WALKER
4611 ALAMOSA STREET
FORT WORTH, TX 76119

CHRISTOPHER WATTS
2500 WINCHESTER ST APT D
BALTIMORE, MD 21216


CHRISTOPHER WILKINS
959 WYE DR
AKRON, OH 44303


CHRISTOPHER WILLIAMS
9661 LYNCHBURG PL
WALDORF, MD 20603-3876


Christopher Wojciechowski
546 Dewitt St.
Holland, OH 43528


CHRISTOPHER WONG
4800 NE 122ND DR.
OKEECHOBEE, FL 34972


CHRISTOPHER ZAGALES-CEBALLOS
14244 SW 117TH TERRACE
MIAMI, FL 33186


CHRISTOS CHRYSANTHAKIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Christy Conley
2153 Wilroy Rd.
Apt. B
Suffolk, VA 23434


Christy Hayes
318 Southwind Dr.
Apt. 22
North Palm Beach, FL 33408


CHRYSTINA SMITH
3304 ONYX RD
HOLLYWOOD, FL 33025


CHUAN ZENG
2200 HIGH ST APT 467
CUYAHOGA FALLS, OH 44221

CHUANSHI HUANG
604 E BUCHTEL AVE
APT 2
AKRON, OH 44304


CHUANSHI HUANG
646 E BUCHTEL AVE
AKRON, OH 44304


CHUCHU CLARK
2296 LOWELL RIDGE RD
PARKVILLE, MD 21234


CHUKWUDUBEM ORANUBA
24 LILY POND COURT
ROCKVILLE, MD 20852


Chukwuma Njoku
7 Cedar House Ct
Rosedale, MD 21237


CHUNG-FU CHENG
2200 HIGH ST APT 670
CUYAHOGA FALLS, OH 44221


CHUQING YUAN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


CHYENNE WILLIAMS
9 LAS VILLAS CT
SAN FRANCISCO, CA 94124


Chyna Green
9709 Foxcroft Ave.
Clinton, MD 20735-3038


Chyna Hicks
1030 Black Heath Rd.
Midlothian, VA 23113

Chyna Miller
392 Stat St.
Apt. 34
Rochester, NY 14608


CHYNA STROUD
760 OAK KNOLL AVE SE
WARREN, OH 44484


CIANNA BRIGHT
6134 ALBERT AVENUE
NORTH RIDGEVILLE, OH 44039


Ciara Burgess
14201 Pleasant Creek Pl.
Colonial Heights, VA 23834


Ciara Crosby
1239 Township Rd. 1253
Ashland, OH 44805


CIARA DURGESS
14201 PLEASANT CREEK PLAC
SOUTH CHESTERFIELD, VA 23834


CIARA EVANS
5200 S BLACKSTONE AVE APT 201
CHICAGO, IL 60615-6010


Ciara Jones
11 Fourth St
Bergenfield, NJ 07621


CIARA LOVE
2784 CREST ROAD
COLERAIN TOWNSHIP, OH 45251


CIARA LOVE
6552 LAKOTA POINTE LANE
LIBERTY TOWNSHIP, OH 45044


Ciara Metzoian
2825 Toben Rd.
Carleton, MI 48117

Ciara Ralston
2150 Milestone Dr.
Apt. 409
Findlay, OH 45840-7354


Ciera Johnson
826 Gribbin Ln
Toledo, OH 43612


CIERRA CLARK
2500 WOODWAY AVE
DAYTON, OH 45406


Cierra Frye
37001 Morrow Rd.
Scio, OH 43988


CIERRA JONES
832 CHERRY POINT WAY
JACKSONVILLE, FL 32218


CIERRA QUEEN
15622 N PLATTE DR
BOWIE, MD 20716-1361


CIERRA TERRIZZI
645C TROLLEY DR
DALLASTOWN, PA 17313


Cigna Global Health Benefits
Connecticut General Life Insurance
13680 Collections Center Dr.
Chicago, IL 60693


CINCERE PASCHALL WEBB
5331 NE CHURCH ST
PORTLAND, OR 97218-2475


CINDY FLORES
1531 SHEFFIELD BLVD
HOUSTON, TX 77015

```
CINDY MARIKA, DO, PA
3640, 1604 Town Center Cir.
Suite A
WESTON, FL 33326


Cinea Deas
7705 Bluegrass Rd.
Rosedale, MD 21237


CIOCCA DERMATOLOGY, PA
7001 SW 97th Ave.
#101
MIAMI, FL 33173


CISLYN YOUNG
1091 N W 7TH COURT
#206
MIAMI, FL 33136


CITY HOSPITAL WHITE ROCK
PO BOX 207407
DALLAS, TX 75218


City of Akron, Ohio
Ohio Income Tax Division
1 Cascade Plaza
11th Floor
Akron, OH 44308-1100


City of Ashland, Ohio
Income Tax Division
218 Luther St.
Ashland, OH 44805


City of Bowling Green EMS
552 East Court St.
Bowling Green, OH 43402


City of Perrysburg
201 W. Indiana Ave.
Perrysburg, OH 43551


City of Toledo, Ohio
Dvision of Taxations
One Government Center #2070
Toledo, OH 43604-2280
```

CIZA SADOKE
1361 EAST 114TH STREET
CLEVELAND, OH 44106


Claims Delegate Services
35 Technology Parkway South
Suite 100
Norcross, GA 30092


CLAIRE ESPOSITO
733 BRYN MAWR AVENUE
WICKLIFFE, OH 44092


Claire Lucas
818 W Liberty St.
Apt. 3
Ann Arbor, MI 48103


Claire Meikle
3935 Hillandale Rd.
Upper
Toledo, OH 43606


CLAIRE MORGAN
1217 THORNAPPLE ST
TEMPERANCE, MI 48182


CLAIRE STEIGERWALD
7132 ASHCROFT DR
BLACKLICK, OH 43004


CLARE TOOLE
2125 MCKINLEY AVE
LAKEWOOD, OH 44107


CLARE WORKMAN
8084 GARFIELD DRIVE
GARRETTSVILLE, OH 44231


Clarence Fielder
118 Clarence Ave.
Severna Park, MD 21146-1604

Clarence Henson
4403 Moravia Rd
Apt. 9
Baltimore, MD 21206-6554


CLARENCE JAMES
215 ALLISON LANE
LITTLE ROCK, AR 72086


CLARENCE MATTHEWS
3535 SHANNON DRIVE
BALTIMORE, MD 21213


CLARENCE SANDERS
1815 NORTH 7TH
TEMPLE, TX 76501


Clarence Welch
826 Allendale St.
Baltimore, MD 21229-2010


Clarissa Barker
2511 N Main Ave.
Sidney, OH 45365


Clarissa Rotundo
185 SE 14th Terrace
Apt. 603
Miami, FL 33131


CLARISSA SCOTT
404D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Clarke Jones
15 Spirit Ln
Owings Mills, MD 21117


Claude Clarke
1906 Bloom Lane
Richmond, VA 23223

CLAUDIA BARCENAS
8095NW 8ST APT107
MIAMI, FL 33126


Claudia Diaz
228 SW 22nd St.
Fort Lauderdale, FL 33315


Claudia Etgen
202 W. Market St.
PO Box 181
Mendon, OH 45862


CLAUDIA GONZALEZ
1101 EAST 8 AVENUE
HIALEAH, FL 33010


CLAUDIA GORBEA
8840 NW 111TH AVE
APT 1903
DORAL, FL 33178


Claudia Polzer
1310 SW 2nd Court
#203
Fort Lauderdale, FL 33312


CLAUDIA ROSAS GARCIA
EXCHANGE STREET RESIDENCE HALL
4 GRANT HALL
AKRON, OH 44325


CLAUDINE BASTIEN
7640 NW 6TH CT
PEMBROKE PINES, FL 33024-7029


CLAUDIO EVEILLARD
101 EDMUND RD
WEST PARK, FL 33023


Claudiu Handaric
2112 N 32nd Ct.
Hollywood, FL 33021

CLAURISSA DESILMA
611 NW 184TH TER
MIAMI, FL 33169


CLAY EYE PHYSICIANS AND SURGEO
2023 PROFESSIONAL CTR DR
ORANGE PARK, FL 32073


CLAYRAN DELANEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Clayton Colston
113 Solar Rd.
Blountsville, AL 35031


Clayton Davies
7490 Roni St. SW
Massillon, OH 44646


Clayton Hilderbrand
760 Meadowview Dr.
Findlay, OH 45840


Clayton Seymour
7815 S Bloomfield-Royalton Rd.
Ashville, OH 43103


CLEIA CAREY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Cleopatra Gordon-Pusey
222 S. Flamingo Rd.
Hollywood, FL 33027


Cleveland Clinic Florida
PO Box 538009
Atlanta, GA 30353-8009


Cleveland Clinic Florida
2950 Cleveland Clinic Blvd.
Fort Lauderdale, FL 33331

Cleveland Clinic Foundation
9500 Euclid Ave.
Cleveland, OH 44195


Cleveland Clinic Hospital
9500 Euclid Ave.
Cleveland, OH 44101


CLEVELAND HARPER
1307 W ARCH ST
TAMPA, FL 33607


CLIFFORD JOHNSON
80 E. EXCHANGE ST APT 248-B
AKRON, OH 44308


Clifford Spicer
6738 Ransone Dr.
Gwynn Oak, MD 21207


CLIFTON KOONCE
10203 LILY GREEN CT
UPPER MARLBORO, MD 20772-6665


Clinic Medical Services Compan
1450 Belle Ave.
Lakewood, OH 44107


Clinical Pathology Associates
3445 Executive Center Dr.
Suite 250
Austin, TX 78731


Clinical Pathology Labs, Inc.
33 North Ave. #101
Tallmadge, OH 44278


CLINTAVIA MOBLEY
20431 NW 17TH AVE. APT. 201 BLDG 12
MIAMI GARDENS, FL 33056


Clinton Brown
1022 Woodson Rd.
Apt. E
Baltimore, MD 21212

CLINTON GBADAMOSI
4630 SHERWOOD MILL RD
OWINGSMILL, MD 21117


Clinton Wagner
2025 W Baltimore St.
Apt. B
Baltimore, MD 21223


CLITIAUNA DYKES
4940 NW 18 STREET
CITY OF SUNRISE, FL 33313


CLOVER KAPLE
933 KENNER DRIVE
MEDINA, OH 44256


Cmeron Brandon
6614 Richmond Rd.
Bedford, OH 44146


CMI North
1860 NE Miami Gardens Dr.
Miami, FL 33179


CMS Diagnostic Services
Bldg 4
9200 SW 72nd St.
Saint Petersburg, FL 33713


CNS Center for Neuro and Spine
762 S. Cleveland-Massillon Rd.
Akron, OH 44333


Coastal CareMM Diagnostic
1095 NW Saint Lucie West Blvd.
Port Saint Lucie, FL 34986-1719


Coastal Pathology, Inc.
1128 Lango Ave.
Charleston, SC 29407


Coconut Creek Emerg Phys LLC
2801 N. State Road 7
Pompano Beach, FL 33063

Cocou Maurel Ma Hessou
2346 Ward St.
Toledo, OH 43609


CODIE LYND
644 SPRINGDALE DR
BELLEVILLE, IL 62223


CODY CHARLES
217 BON JOVI BLVD
GRAY, LA 70359


CODY GREENWALT
526 COLONY ROAD
CANAL FULTON, OH 44614


CODY NAWROT
18735 W. PEOTONE RD.
WILMINGTON, IL 60481


Cody Paterniti
7952 Still Water Ct
Painesville, OH 44077


CODY STINE
138 GLENWOOD DR
SHELBY, OH 44875


COHEN CHIROPRACTIC AND WELLNES
2631 E OAKLAND PARK BLVD
#104
FORT LAUDERDALE, FL 33306


Colby Crawford
4655 Pebbleshire Ct
Waldorf, MD 20602


COLBY WATSON
424 MCADAMS ROAD
CABLE, OH 43009


Cole Brady
4778 Burkettsvelle St.
Coldwater, OH 45828

```
COLE CARTER
2712 11TH AVENUE SE
RUSKIN, FL 33570


COLE FILER
9 HILLTOP ACRES ROAD
WASHINGTON, PA 15301


Cole Frisch
6044 Edgedale Cir.
Toledo, OH 43613


COLE GERULA
203D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Cole HIte
9 Deep Powder Ct
Woodstock, MD 21163


COLE LIGHTCAP
67355 ROSE DR
WASHINGTON TOWN, MI 48095


COLE SHOULTS
14387 SALEM DR E
CARMEL, IN 46033


Cole Tameris
11365 Pomo Court
Cincinnati, OH 45249


COLE WIGAL
35 OXBOW RD
BELPRE, OH 45714


Coleman Rogers
875 Princeton Ave.
Amherst, OH 44001


COLEYONE BROWN
4194 WYNCOTE
SOUTH EUCLID, OH 44121
```

COLEYONE BROWN
6505 MARSOL RD
UNIT 3428
MAYFIELD HEIGHTS, OH 44124


Colin Chalfant
233 Buttonwood Ct.
Columbus, OH 43230


Colin Elkin
2724 Latonia Blvd.
Toledo, OH 43606


COLIN GREENE
3971 S HILLCREST DR
DENVER, CO 80237-1109


Colin Kaucher
5854 Swan Creek Dr.
Toledo, OH 43614-1019


COLIN MCNAMARA
4860 WEST 220TH STREET
FAIRVIEW PARK, OH 44126


COLIN WRIGHT
234 COLUMBIA AVE
CLIFFSIDE PARK, NJ 07010


COLLEEN REVELS
3181 SAXE ROAD
MOGADORE, OH 44260


Colleen Sagers
8217 Schrider St. #3
Silver Spring, MD 20910


Colleen Smith
PO Box 98
Hartville, OH 44632


COLLEEN THOMSON
131 6TH AVENUE
CORRY, PA 16407

Collin Alberts
3635 Quinton Ave.
Toledo, OH 43623


COLLIN CROLEY
229 NORTHPARK DR
WADSWORTH, OH 44281-1313


Collins Onyia
7960 N Shoreline Dr.
Holland, OH 43528


COLLINS UKONU
7507 TOMAHAWK CT APT F
BOWIE, MD 20721


COLTEN HORGER
2351 VALLEY RD
WILLITS, CA 95490-9765


COLTON DEFOREST
730 WOODGATE BLVD
APT 201
RAVENNA, OH 44266-2570


COLTON DEFOREST
3455 DAISY COURT
BRUNSWICK, OH 44212


COLTON HALPERT
1221 OCEAN AVE APT 1008
APT 1008
SANTA MONICA, CA 90401-1047


COLTON KINDERKNECHT
5184 SOUTH JEBEL STREET
CENTENNIAL, CO 80015


Columbia Primary Care, LLC
4700 N. Congress Ave.
West Palm Beach, FL 33407


Columbus Radiology Corporation
111 S. Grant Ave.
Columbus, OH 43215

Commerce Benefits Group, Inc.
33479 Lake Rd.
Avon Lake, OH 44012


Community Care
7630 - 1st Pl
Bedford, OH 44146


Community Care Physicians PC
711 Troy-Schenectady Rd.
Capital Region Health Park
Suite 102
Latham, NY 12110


Community Health Care, Inc.
1700 Boettler Rd. #100
Uniontown, OH 44685


Compass Health Systems PA
1065 NE 125th St. #206
Miami, FL 33161


Comprehensive Medical Management
300 Dave Cowens Dr.
Ste. 600
Newport, KY 41071


Comprehensive Pathology Assoc
8900 Kendall Dr.
Miami, FL 33176


Compression Solutions
817 E 4th St.
Tulsa, OK 74120


Comptroller of Maryland
Revenue Admin. Division
110 Carroll St.
Annapolis, MD 21404-2601


CONNER VEVERKA
6227 N RAINSVILLE RD
WILLIAMSPORT, IN 47993

CONNOR CHRISTIE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Connor Cooley
3860 Old Spring Field Rd.
London, OH 43140


CONNOR MCCUE
434 W DOWNER PL
AURORA, IL 60506


Consolidated Dermpath, Inc.
7730 First Place, Suite A
Bedford, OH 44146


CONSUELO POLK
1626 CHAPMAN ST
CEDAR HILL, TX 75104


Consultants in Womens Health
4499 Medical Dr.
San Antonio, TX 78229


Consumers Life Insurance Co.
PO Box 951916
Cleveland, OH 44193


CONTAYAH SYMONETTE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Continental Benefits
422 S. Kings Ave.
Brandon, FL 33511


Continental Benefits
Wells Systems, Inc.
3000 Bayport Dr., Suite 745
Tampa, FL 33607


Cooper Johnson
620 Boyce St.
Urbana, OH 43078

Coppin State University
Controller's Office
2500 West North Ave.
Baltimore, MD 21216


Coppin State University
Attn: Stephen Danik
2500 West North Ave.
Baltimore, MD 21216-3698


CORA HEALTH SERVICES INC
3707 SHAWNEE RD
Lima, OH 45806


Coral Reef Medical Group, LLC
8356 SW 8th St.
Miami, FL 33144


CORAL RIDGE GASTROENTEROLOGY A
P.O. BOX 810037
A-10
FT LAUDERDALE, FL 33308


Cordell Woodland
2733 Tred Avon Ct.
Waldorf, MD 20601-7215


Corentin Villot
7 Hameau des Catalpas
Senlis, VA 60300


COREY CRADDOCK
1801 MCCORD WAY, APT 1044
FRISCO, TX 75033


Corey Dennis
8503 Glen Michael Ln
Apt. T1
Randallstown, MD 21133-5221


Corey Driver
3830 Kilburn Rd
Randallstown, MD 21133

Corey Hodnett, Jr.
10685 Ashford Cir
Waldorf, MD 20603-3208


Corey Hooker
1 Beacon Hill Rd.
Gwynn Oak, MD 21207


COREY JACKSON
3800 FORDS LN APT 1
BALTIMORE, MD 21215


COREY JOINER
1800 NW 186 ST.
MIAMI GARDENS, FL 33056


COREY JONES
3620 NW 194 ST
MIAMI, FL 33056


COREY SIMS
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


Corey Smith
11241 Robinwood Ct
Waldorf, MD 20601


COREY TREYES
203C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


COREY WESLEY
1281 NW 60TH STREET
APT. 4
MIAMI, FL 33142


Corey White
521 Bellfield Dr.
Apt. F
Newport News, VA 23608

Corey Williams
5808 Ulster Dr.
Dublin, OH 43016


Cori Ladanyi
632 Church St.
Covington, KY 41016


CORINTHIA RUSS
1809 RACQUET COURT
NORTH LAUDERDALE, FL 33068


Corinthians Payne
903 S Washington Ave
Apopka, FL 32703


Corion Window
3 Peachy Court
Stafford, VA 22554


Corlissa Jackson
5160 Rice Rd.
Apt. 257
Antioch, TN 37013


Cornerstone Medical Services
453 S. High St. #201
Akron, OH 44311


Corporation Service Co.
PO Box 13397
Philadelphia, PA 19101


Corrigan Krause
2055 Crocker Rd.
Suite 300
Westlake, OH 44145


CORRINNA CARABALLO
3912 CYPRESS AVENUE
CLEVELAND, OH 44109


CORRY STONE
17359 HIGHTOWER STREET
FORT WORTH, TX 76112

CORTNEY ALLISON
824 CUTHBERT
TOLEDO, OH 43607


Corvel Corporation CERiS
2010 Main St., Ste. 1020
Irvine, CA 92614-7206


Cory Austin
2612 Appling Glen Dr.
Memphis, TN 38133


CORY AUSTIN
5817 WESLEYAN DRIVE
PO BOX C507
VIRGINIA BEACH, VA 23455


CORY BOUCHEK
7880 FAIRMOUNT RD
NOVELTY, OH 44072


Cory Contini
146 Waldernmyer Dr.
Dover, OH 44622


Cory Dashiell
718 Northern Lights Dr.
Aberdeen, MD 21001


CORY DEASE
2602 CHELSEA TER
BALTIMORE, MD 21216-2116


CORY FISCHER
31 CAPRI DRIVE
ROCHESTER, NY 14624


CORY MILD
1969 CUSTERORANGEVILLE ROAD
MASURY, OH 44438


Cory Miller, MD
20 Progress Point Pkwy
Building 1, Suite 206
O Fallon, MO 63368

CORY RICH
623 BAKER ST
WACHULA, FL 33873


CORY ZALLER-EDMONDS
644 TOPAZ LANE
BRUNSWICK, OH 44212


Cosmetic Surgery PA
1015 Crosspointe Dr.
Naples, FL 34110


Cosmone Clarke
1036 Mineola Dr.
Apt. 201
Virginia Beach, VA 23464


COSMONE CLARKE
5817 WESLEYAN DRIVE
BOX B156
VIRGINIA BEACH, VA 23455


COSTANZA CARLONE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


COUNSYL/MYRIAD
320 WAKARA WAY
Salt Lake City, UT 84108


Courtenay Brown
11617 Lockwood Dr.
Apt. 101
Silver Spring, MD 20904


COURTNEY  KOSKA
477 GRANT ST. APT. 103
AKRON, OH 44311


COURTNEY BANAGIS
2058 PERTH ST
TOLEDO, OH 43607

Courtney Campbell
354 Heffner St.
Toledo, OH 43605


COURTNEY CARTER
823 GILLON DRIVE
ARLINGTON, TX 76001


COURTNEY DOUVENIR
10012 DOLBY AVE
GLENN DALE, MD 20769-9239


COURTNEY FORBES
2633 GODDARD RD
TOLEDO, OH 43606


COURTNEY FORBES
1416 WHARTON ST.FL2
PHILADELPHIA, PA 19146


Courtney Griggs
533 Alter Ave
Pikesville, MD 21208-5911


Courtney Gulihur
9436 - 26th Bay St.
Norfolk, VA 23518-1820


COURTNEY HELSTROM
5042 SW 163RD CT
MIAMI, FL 33185


COURTNEY HOLT
7570 MIRAMAR PARKWAY
HOLLYWOOD, FL 33023


Courtney Jones
6230 Reese Rd.
#212
Fort Lauderdale, FL 33314


Courtney Koska
477 Grant St.
Apt. 103
Akron, OH 44311

COURTNEY KOSKA
1772 WEST MARKET ST
AKRON, OH 44313


Courtney Marshall
2433 River Rd.
Maumee, OH 43537


COURTNEY MEHLMAN
16101 EMERALD ESTATES DR.
APT. 142
WESTON, FL 33331


COURTNEY ROBERTS
4509 VIRGIL STREET
FORT WORTH, TX 76119


COURTNEY ROBINSON
909 VOLUSIA STREET
TALLAHASSEE, FL 32304


Courtney Smith
6147 Oakley St.
Philadelphia, PA 19111-6018


Courtney Snider
583 Belhaven Falls Dr.
Ocoee, FL 34761


Courtney Souvenir
10012 Dolby Ave.
Glenn Dale, MD 20769-9239


Courtney Vaughn
1622 River Rd.
Maumee, OH 43537


COURTNEY WENDEL
921 LLOYD AVENUE
AURORA, OH 44202


COURTNEY WILSON
907 SCANNELL CT
JOPPA, MD 21085

Courtney Zukowski
3116 N Calvert St.
Apt. 2R
Baltimore, MD 21218


COURTNY CONWAYMCGHEE
APT 104
3429 CARRIAGE HILL CIR APT 104
RANDALLSTOWN, MD 21133


COWETTE SANDS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Craig Brown-Dickens
2305 Good Hope Ct.SE
Apt. 103
Washington, DC 20020-3566


Craig Burns
7744 Woodstone Dr.
Maumee, OH 43537


CRAIG CAPWELL
1404 GREENBRIER DRIVE
MOUNT VERNON, OH 43050


CRAIG EUBANKS
473 PIERSON DR
CLEVELAND, OH 44143


Craig Meredith
1628 Northwick Rd.
Baltimore, MD 21218-1622


CRAIG PHILPOT
513 ADAMS ST APT 906
TOLEDO, OH 43604


CRAIGRISON FERGUSON
7085 NOVA DR
207
DAVIE, FL 33317

CREANNE BUTLER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Creative, LLC
1622 Venice Dr. SE
Atlanta, GA 30317


CREE MCGEE
111 MORNINGSIDE DR
CHERRY HILL, NJ 08003-1007


Crescent Beach Care, LLC
6573 A1A S
Saint Augustine, FL 32080


CRHISTIAN BATALLAS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


CRISABEL DELGADO
7040 OAKBLUF DR
DALLAS, TX 75254


CRISTIAN GAMEZ
3602 MONTGOMERY DRIVE
GRANDBURY, TX 76049


CRISTIAN REYES
7699 W 36TH AVE
APT 2
HIALEAH, FL 33018


CRISTIAN ROJO
513 ROBINHOOD DRIVE
IRVING, TX 75061


Cristian Yonek
2643 Pasadena Dr.
Independence, OH 44131-4138


Cristina Buckner
13302 S Riverdale Ave
Riverdale, IL 60827

CRISTY GERDTS
15223 SW 31ST ST
MIAMI, FL 33185


CRISTY GERDTS
12533 SW 125 CT.
MIAMI, FL 33186


Criticare Clinics, Inc.
5975 Sunset Dr. #402
Miami, FL 33143


Crystal Amoah
4880 Dane Ridge Cir.
Woodbridge, VA 22193


Crystal Cain
3600 Deslauriers Ct.
Temple Hills, MD 20748-3449


Crystal Clinic Orthopaedic
444 N. Main St.
Akron, OH 44310


Crystal Clinic, Inc.
3925 Embassy Pkwy #100
Akron, OH 44333


CRYSTAL CZECH
3404 DAVIE RD
304
DAVIE, FL 33314


CRYSTAL ELLIS
5917 GLENOAK AVE
BALTIMORE, MD 21214-2010


Crystal Glambin
3028 Powhattan Parkway
Lower Unit
Toledo, OH 43606


CRYSTAL LARKIN
2748 NW 9TH COURT
FORT LAUDERDALE, FL 33311

CRYSTAL LEE
1631 LAURENS ST
BALTIMORE, MD 21217


CRYSTAL MCTIER
23865 SW 117TH CT
HOMESTEAD, FL 33032


CRYSTAL NEALY
20610 NW 22ND AVE
MIAMI GARDENS, FL 33056


CRYSTAL RUSSELL
506B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


CRYSTAL STOKES
1530 NW 176 TERRACE
MIAMI GARDENS, FL 33169


CRYSTAL WARD
4126 WHITE AVE
BALTIMORE, MD 21206-2514


CSMC Physicians Billing Service
PO Box 512717
Los Angeles, CA 90051


CSU Community Health Center
2601 West North Ave.
Suite 131
Baltimore, MD 21216


CUISHAN YUE
8 E LAKEVIEW DR. APT 10
CINCINNATI, OH 45237


Cullen Moore
301 W Central Ave.
Delaware, OH 43015


CULLEN PLOCEK
7650 STONE HILL CT
MAUMEE, OH 43537

Cuoree Reiss
1242 SE 15 St
#34
Fort Lauderdale, FL 33316


Curmann Boparai
6576 Shipslanding Ave. NW
Canton, OH 44718


Curtin Scheiderer
13436 State Route 38
Marysville, OH 43040


CURTIS CAITHAML
418 SANDPIPER AVENUE
ELYRIA, OH 44035


CURTIS RICHARDSON
8160 CHAPEL STONE RD
BLACKLICK, OH 43004


CURTIS SCHEIDERER
13436 STATE ROUTE 38
MARYSVILLE, OH 43040


CURTIS SMITH
3713 TIMBER WOLF LANE
NEW ORLEANS, LA 70131


CURTIS SWEARINGEN
36550 STARBOARD DRIVE
EASTLAKE, OH 44095


CURTIS WURSTER
22657 SW 104TH AVE
MIAMI, FL 33190


CURTISS BROWN
25781 LAKESHORE DRIVE APT 212E
EUCLID, OH 44132


CURTISS JOHNSON
15541 GARFIELD AVE
ALLEN PARK, MI 48101

CURTLYN CHAMBERS
2025 BENNING RD NE
WASHINGTON, DC 20002-4725


Custom Identification Products, Inc
3131 S. Council Rd.
Oklahoma City, OK 73179


Cyanne Howard-Tyler
7801 Roosevelt Blvd
Apt. 86
Philadelphia, PA 19152


CYDNI YOUNG
5503 SILVER MAPLE LN.
FREDERICKSBURG, VA 22407


CYLYANA CHAMBERS
12 ELM STREET
HAMILTON, NJ 08611


CYMIYA MABRY
]1060 MT. OLIVET ROAD NE
APT. B44
WASHINGTON, DC 20002


CYNTHIA ARCE
3835 WEST 44TH STREET
CLEVELAND, OH 44109


Cynthia Beaird Gaines
7375 Hwy 41A
Cedar Hill, TN 37032


CYNTHIA BRACKENS
1411 BOSHER DRIVE
CEDAR HILL, TX 75104


Cynthia Cleveland
3911 W State Rd. 84
Unit 102
Fort Lauderdale, FL 33312

CYNTHIA DUBOSE
1226 SILVERTHORNE RD
BALTIMORE, MD 21239


CYNTHIA HAAS
859 BENTLEY PLACE BLVD
TALLMADGE, OH 44278


Cynthia Miller
3440 NW 47th Ave.
Pompano Beach, FL 33063


CYNTHIA NOSIRI
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


CYNTHIA OIWO
4 MANGER CT APT 3B
ROSEDALE, MD 21237


CYNTHIA ROBERTS
5632 WOODMONT AVE APT A
BALTIMORE, MD 21239


CYNTHIA ROSA
17150 NE 17TH AVE
MIAMI, FL 33162


CYNTHIA TORRES
3028 NE QUAYSIDE LANE
MIAMI, FL 33138


CYNTHIA VENTURA
50 OLIVE DRIVE
HIALEAH, FL 33010


CYRIL HICKS
58 N SAN RAFAEL AVE
PASADENA, CA 91105-1248


CYRUS BRACKIN
6540 SW 85TH STREET
MIAMI, FL 33143

Cyrus Haghighian
2607 W Village Dr.
Toledo, OH 43614


D'ANGELA THIMOGENE
46 NW 207 STREET
MIAMI, FL 33169


D'ANGELIQUE COBY
8544 WINDSOR DR
MIRAMAR, FL 33025


D'ANGELO BOEHNER
5280 DUTCHESS LANE
HILLIARD, OH 43026


D'Angelo Johnson
1800 Baptist World Ctr Dr.
Nashville, TN 37207


D'AVION CAREY
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


D'IARA WASHINGTON
5617 HEARTWOOD CIRCLE
ROCKVILLE, MD 20855


D'NAJAH SMITH
453 ALAMANDA ST
DAYTONA BEACH, FL 32114


D'NIQUE MILLER
19335 NW 22ND AVENUE
CAROL CITY, FL 33056


D.C. Treasurer Office of Tax
and Revenue
PO Box 96019
Washington, DC 20090-6019


D`AVON BYRD
5555  WISSAHICKON AVE
APT 808
PHILADELPHIA, PA 19144-4541

DA HUANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DA'MARLA WILCOX
16621 NW 19TH AVE
OPA LOCKA, FL 33054


DA'NEICIA SMITH
3114 NICHOLAS ROAD
DAYTON, OH 45417


DA'QUAN VENEY
2010 WOODLAWN DR APT D
OWINGS MILLS, MD 21117


DA'QUAN VENEY
2010 WOODLAWN DR APT D
BALTIMORE, MD 21207


DA'QUESSIA NEWTON
917 EAST 9TH ST
STUART, FL 34994


Da'Shawn Larry
5706 Rollins Ln
Capitol Heights, MD 20743-5551


DA'SHONDA HIELD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DA'VONTE STRICKLAND
5401 PINE CHASE DRIVE
APT #4
ORLANDO, FL 32808


DAEJOUR ADDERLEY
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

DAEQUAN BUCHANAN
401D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DAHINA DESRAVINES
765 NE 121ST ST APT 8
NORTH MIAMI, FL 33161-6364


DAI'ASIA WRIGHT
3613 NW 14TH CT
FORT LAUDERDALE, FL 33311


DAIJA WILSON
4811 NORWOOD RD
BALTIMORE, MD 21212


DAIJAH SEK
2 ALEXANDER DRIVE
WEST HAVEN, CT 06516


DAIJANAY ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DAIQUON DEXTER
2333 NORTHERN LEAF ST.
ORLANDO, FL 32817


DAISEAN BOONE
13403 GRAHAM ROAD
EAST CLEVELAND, OH 44112


DAISELYS ARRITOLA
3814 SW 79TH AVE APT 055
MIAMI, FL 33155


DAISHA KING
221 CHERRY HILL RD
BALTIMORE, MD 21225


DAISHA MADDEN
5927 BERTRAM AVE
BALTIMORE, MD 21214-2002

DAISHON MURRELL
1301 E SPRING MEADOW CT
EDGEWOOD, MD 21040


DAISIA BLAKE
3815 HEATH CIR N
WEST PALM BEACH, FL 33417


DAJA LOUISSAINT
13051 NW 1ST ST
APT #303
HOLLYWOOD, FL 33028


DAJANAY ASH
1149 PIERMONT ROAD
SOUTH EUCLID, OH 44121


DAJAUN GRIFFIN
57 OAKLAND ST APT D
HEMPSTEAD, NY 11550-6603


DAJUA MCDOUGALD
2411 EDMONDSON AVE
OWINGS MILLS, MD 21117


DAJUA MCDOUGALD
2411 EDMONDSON AVE
BALTIMORE, MD 21223


Dakari Dawkins
4230 Mary Ridge Dr.
Randallstown, MD 21133


DAKERA DAY
110 PINECOVE CT
ODENTON, MD 21113-2670


DAKKIA FEDD
3425 ROUND RD
BALTIMORE, MD 21225-1524


DAKOTA DANIEL
1630 OAK DRIVE
BOAZ, AL 35956

Dakota Duffey
1469 Township Rd. 523
Ashland, OH 44805


DAKOTA DUFFEY
1469 TOWNSHIP ROAD 523
ASHLAND, OH 44805


DAKOTA FELKINS-BEACH
5817 WESLEYAN DRIVE
PO BOX A326
VIRGINIA BEACH, VA 23455


DAKWAN MOODY
2482 REGAL PL
WALDORF, MD 20601


Dale Curbeam Vaughn
5606 Belleville Ave
Gwynn Oak, MD 21207


DALE CURBEAM VAUGHN
5606 BELLEVILLE AVE
BALTIMORE, MD 21207


DALE-LYN FEATHERSTONE
2113 COPLEY RD
APT A3
AKRON, OH 43231


DALIEN DZIENNY
6270 SWISS GARDEN RD
TEMPERANCE, MI 48182


DALLAS COUNTY HOSPITAL
PO BOX 660599
DALLAS, TX 75235


Dallas County Hospital
5201 Harry Hines Blvd
Dallas, TX 75235


DALTON CROWLEY
6180 ARNIES DRIVE
NASHPORT, OH 43830

```
DALTON KLUCZYNSKI
8265 WATERFORD DR
LAMBERTVILLE, MI 48144


DAMAR FLETCHER
163 GOSHEN RD
SCHWENKSVILLE, PA 19473


DAMARI CUTLER
103 OCEAN RIDGE LN
PORT ST. JOE, FL 32456


DAMARI SMITH
3313 MICHELE LN
BALTIMORE, MD 21229


DAMARI SMITH
3313 MICHELE LN
BOWIE, MD 20721


DAMIA MCFADDEN
6001 LOGAN WAY APT B6
BLADENSBURG, MD 20710-1890


DAMIA PINDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DAMIEON SMITH
PO BOX 680083
MIAMI, FL 33168


DAMILARE ADEBAYO
3508 LANGREHR RD APT 2A
BALTIMORE, MD 21244-3095


Damilola Komolafe
10507 Elders Hollow Dr
Bowie, MD 20721


DAMILOLA KOMOLAFE
10507 ELDERS HOLLOW DRIVE
BOWIE, MD 20721
```

DAMILOLA KOMOLAFE
9416 CANTERBURY RIDING
LAUREL, MD 20723-1409


DAMILOLA OLA
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


Damion Dobson
1408 George St.
Plainfield, NJ 07062


DAMION DOBSON
1408 GEORGE STREET
PLAINFIELD, NJ 07062


DAMIR ROSE-GINN
909 KIAMENSI RD
WILMINGTON, DE 19804-3421


DAMISHAH CHARLES
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


DAMON CAMPBELL
38 MAIN BROOK CT
REISTERSTOWN, MD 21136-2204


DAMONNAIR CARTER
9100 SANDRA CT
BALTIMORE, MD 21216


DAMONNAIR CARTER
9100 SANDRA CT
RANDALLSTOWN, MD 21133


DAMSSAUL DUFRENE
18416 ARABIAN ACRES RD
LEWES, DE 19958


DAMUN HARRIS
1979 OAK HILL CIRCLE
DALLAS, TX 75217

DAN ANYUMBA
3117 NORTHWAY DRIVE
PARKVILLE, MD 21234


DAN BARAN
10214 HALSTEAD ROAD
MANTUA, OH 44255


DAN PAOLONI
850 BRYCE RD
KENT, OH 44240


DANA BARAKAT
33308 GALT OCEAN DR
1407
FORT LAUDERDALE, FL 33308


DANA BROWNE
806 MIDWOOD STREET, 5F
BROOKLYN, NY 11203


DANA DONOVAN
1104 INVERNESS STREET
PORT CHARLOTTE, FL 33952


DANA ESPARZA
11233 NW 55 LN
DORAL, FL 33178


DANA GRANT
1625 NW 123RD STREET
MIAMI, FL 33167


DANA OBERY
18595 PARKLAND DR
SHAKER HEIGHTS, OH 44122


Dana Santiago
1700 E Cold Spring Ln
Baltimore, MD 21251


DANA SANTIAGO
1700 E COLDSPRING LANE
BALTIMORE, MD 21251

DANA THOMAS
1407 ASHDDOWN COURT
SANFORD, FL 32771


DANA YEATER
7171 ORANGEVILLE KINSMAN, ROAD
KINSMAN, OH 44428


DANAJA HARDRICK
419 WEST 63RD STREET, APT A
CHICAGO, IL 60621


DANAS ANDREWS
2232 SYLVESTER DRIVE
MOULTRIE, GA 31768


DANEISHA GREEN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DANESHA MASSEY
505C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DANETTE TURNER
1941 VALLEY TERRACE S.E.
WASHINGTON, DC 20032


DANETTE TURNER
3600 ELY PL
WASHINGTON, DC 20019


DANGELO WHITE
5744 SOUTH ADA STREET
CHICAGO, IL 60621


DANIA ALATTAR
99122 MOORS PL N
DUBLIN, OH 43017


DANIA COVINGTON
P.O. BOX 12332
TALLAHASSEE, FL 32308

DANICA SOIUS
2026 W. HARWOOD AVENUE
ORLANDO, FL 32835


DANICA SOIUS
7032 BLUE EARTH CT.
HIAWASSEE, FL 32818


Danica Wessel
522 Sandpiper Ln
Apt. 311
Wadsworth, OH 44281


DANICA WESSEL
522 SANDPIPER LANE APT 311
WADSWORTH, OH 44281


DANIEL ALVARADO
4351 HIGHLAND STREET
LANCASTER, TX 75134


DANIEL ALVAREZ
603 ROCKY MOUNTAIN DRIVE
HOUSTON, TX 77037


DANIEL ALVEREZ JOHNSON
501D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DANIEL AMORIM
6699 MONTEGO BAY BLVD
B
BOCA RATON, FL 33433


DANIEL ARRIETA
9164 NW 150 TER
MIAMI LAKES, FL 33018


DANIEL AYISI
3768 HILL AVE APT 134
TOLEDO, OH 43607

```
DANIEL BAYLERAN
6570 COMMERCE RD
WEST BLOOMFIELD, MI 48324


DANIEL BENHURI
4430 N HOLLAND SYLVANIA RD
APT 4202
TOLEDO, OH 43623


DANIEL BIRTFIELD
522 TAYLOR ST
JACKSON, MS 39216


DANIEL BURKE
8925 NORTHERN AVE
PLYMOUTH, MI 48170


DANIEL CARTER
1411 HOLBROOK ST
BALTIMORE, MD 21202


DANIEL CARTER
1411 HOLBROOK ST
BALTIMORE, MD 21216


DANIEL CASTILLO
858 NW 4TH ST
APT #9
MIAMI, FL 33128


DANIEL CATILLO
858 NW 4TH ST
APT #9
MIAMI, FL 33128


Daniel Chukwu
7607 Riverdale Rd.
Apt. 341
Hyattsville, MD 20784


DANIEL CHUKWU
7607 RIVERDALE ROAD APT 341
NEW CARROLLTON, MD 20784
```

DANIEL DANFORD
3240 CEDAR HILL RD NW
CANAL WINCHESTER, OH 43110


DANIEL DE YARZA
998 SW 104TH WAY
MIRAMAR, FL 33025


DANIEL DIAZ VELA
1350 N HOWARD ST APT 210
AKRON, OH 44310


DANIEL DOUDNIK
1250 HAYES STREET
HOLLYWOOD, FL 33019


DANIEL DRIZAN
8114 NW 92ND AVE
TAMARAC, FL 33321


DANIEL FAMILY CHIROPRACTIC PC
65 N. Franklin Turnpike
RAMSEY, NJ 07446


DANIEL GATES
13920 METTETAL
DETROIT, MI 48204


DANIEL GIBSON
4 NEW HALL COURT
APT. C
PARKVILLE, MD 21234


DANIEL GIBSON
6728 HOOVER RD
INDIANAPOLIS, IN 46260-4121


DANIEL HATFIELD
2652 102ND ST
TOLEDO, OH 43611


DANIEL HERNANDEZ
3436 ALONQUIN WAY
SAN DIEGO, CA 92154

DANIEL HOFFMAN
7359 DOUGLAS RD
LAMBERTVILLE, MI 48144


DANIEL HORGENSTERN
722 PINE VALLEY LN APT 103
TOLEDO, OH 43615


Daniel J. Caruso, MD PA
221 Greenwich Cir. #107
Jupiter, FL 33458


DANIEL KOSICH
409 POWER ST.
AKRON, OH 44311


Daniel Krizan
8114 NW 92nd Ave.
Fort Lauderdale, FL 33321


DANIEL KRIZAN
8114 NW 92ND AVE
TAMARAC, FL 33321


DANIEL LAWSON
1239 WEST BALTIMORE ST
BALTIMORE, MD 21223


DANIEL LAWSON
1239 WEST BALTIMORE ST
UPPER MARLBORO, MD 20774


DANIEL LEE
2384 BECKY CIRCLE
STOW, OH 44224


DANIEL LEWANDOWSKI
2840 KENDALE DR APT 201
TOLEDO, OH 43606


DANIEL LIBERTO
4827 DAVE RILL RD
HAMPSTEAD, MD 21074

Daniel Martinez
5463 NW 189th St.
Opa Locka, FL 33055


DANIEL MARTINEZ
6833 LAKESIDE CIR N #108
DAVIE, FL 33314


DANIEL MARTINEZ
9731 COAST DEL SOL BLVD.
MIAMI, FL 33178


DANIEL MARTINEZ
5463 NW 189TH STREET
MIAMI GARDENS, FL 33055


DANIEL MATIC
5484 KENBRIDGE DR
HIGHLAND HEIGHTS, OH 44143


DANIEL MENSAH
4464 BERTHSTONE DR
COLUMBUS, OH 43231


DANIEL MILLER
1109 DELVERNE AVE S.W.
CANTON, OH 44710


DANIEL MONDEJAR
2511 SW 112TH COURT
MIAMI, FL 33165


DANIEL MORGENSTERN
722 PINE VALLEY LN APT 103
TOLEDO, OH 43615


DANIEL MORRIS
1037 HEMLOCK HILLS DRIVE
APT B
AKRON, OH 44313


DANIEL O'REILLY
289 AUDEN AVE
COLUMBUS, OH 43215

DANIEL OBANDO
19943 NW 62ND PL
HIALEAH, FL 33015


DANIEL OLIVEIRA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DANIEL OPORTO
9710 NW 7TH CIRCLE
APT 1038
PLANTATION, FL 33324


DANIEL OROZCO
19320 SW 292 ST
HOMESTEAD, FL 33030


Daniel P. Denbow, OD
2212 Mifflin Ave. #110
Ashland, OH 44805


Daniel Penning
1059 Golden Cane Dr.
Fort Lauderdale, FL 33327


DANIEL PENNING
1059 GOLDEN CANE DRIVE
WESTON, FL 33327


DANIEL RAYON
3811 SW 130 AVE.
MIAMI, FL 33175


DANIEL REIDY
501 CHARLES STREET
P. O. BOX 1951
BEAUFORT, SC 29901


DANIEL ROA
4029 RIVE LANE
ADDISON, TX 75001

DANIEL ROTH
7802 NW 67TH AVE
TAMARAC, FL 33321


Daniel S. MacCurdy, MD
210 Jupiter Lakes Blvd.
Jupiter, FL 33458


Daniel Sheets
3354 Minuet Dr.
Clinton, OH 44216


DANIEL SHEETS
3354 MINUET DR
NEW FRANKLIN, OH 44216


DANIEL SLATTERY
3853 BAIRD ROAD
STOW, OH 44224


DANIEL STRACHAN
16712 EDGEWATER DR
LAKEWOOD, OH 44107


DANIEL STUART
1178 LILY ST
AKRON, OH 44301


DANIEL TURCO
29289 BELMONT FARM RD
PERRYSBURG, OH 43551


Daniel Ugoamadi
55 Aven Way
Nottingham, MD 21236-5313


DANIEL UKPONG
6810 QUEENS FERRY RD
BALTIMORE, MD 21239


DANIEL ZUPAN
278 BALDWIN DR
BEREA, OH 44017

DANIELA CESIN
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


DANIELA MONJE
3644 NW 85TH AVE
COOPER CITY, FL 33024


DANIELA OBANDO
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


DANIELA PEREZ
13113 SW 49 ST
MIAMI, FL 33175


DANIELA PINTO E LICIO
1216 SUNBURY ROAD
COLUMBUS, OH 43219


DANIELA URRIECHE ZERPA
11605 NW 89TH ST
APT 113
DORAL, FL 33178


DANIELLA CAPOTE
P.O. BOX 403395
MIAMI BEACH, FL 33140


DANIELLA GAMBOA PABON
2247 UNIVERSITY HILLS BLVDAPT E401
TOLEDO, OH 43606


DANIELLA GREENE
1 WARNER ROAD
HAMPTON BAYS, NY 11946


DANIELLA JOHNSON
91 ANNADALE AVENUE
AKRON, OH 44304


DANIELLA NKRUMAH-BOATENG
609 POWERS FERRY RD
CARY, NC 27519

DANIELLE APP
7090 QUAIL LAKES DR
HOLLAND, OH 43528


DANIELLE BAILEY
1504 E 85TH STREET
CHICAGO, IL 60619


DANIELLE BOOKER
1451 BROWNING DR
BALTIMORE, MD 21221


DANIELLE BOOKER
1451 BROWNING DR
BALTIMORE, MD 21216


DANIELLE BURRUS
3120 SAINT PAUL STREET
APT. 204B
BALTIMORE, MD 21218


DANIELLE CAMPFIELD
1125 15TH AVE N. UNIT 3B
LAKE WORTH, FL 33460


DANIELLE COTTERMAN
2840 NORTHWOOD AVE
TOLEDO, OH 43606


DANIELLE DALGE
12850 GREEN AVE.
MIAMI, FL 33167


DANIELLE DAVIS
5817 WESLEYAN DRIVE
PO BOX C4
VIRGINIA BEACH, VA 23455


DANIELLE DAVIS
2101 TOWNHILL RD APT F
PARKVILLE, MD 21234


DANIELLE DENNIS
828 WAYBRIDGE RD
TOLEDO, OH 43612

DANIELLE DIGGS
4010 WEST FRANKLIN ST
BALTIMORE, MD 21229


DANIELLE DOMINGUEZ
7601 EAST TREASURE DRIVE
UNIT 2320
NORTH BAY VILLAGE, FL 33141


Danielle Gaskins
2323 Bellview Ave.
Hyattsville, MD 20785-3005


DANIELLE GASKINS
2323 BELLEVIEW AVE
CHEVERLY, MD 20785-3005


DANIELLE GIDDINGS
9521 ALEXANDER ROAD
GARFIELD HEIGHTS, OH 44125


Danielle Jimenez
3825 Huey Court
Virginia Beach, VA 23456


DANIELLE JIMENEZ
5817 WESLEYAN DRIVE
PO BOX A159
VIRGINIA BEACH, VA 23455


DANIELLE KONTUR
9032 STATE ROUTE 305
GARRETTSVILLE, OH 44231


DANIELLE LASKY
1282 EAST GARFIELD ROAD
AURORA, OH 44202


DANIELLE LEE
3800 WEAN DRIVE
APT 3B
BALTIMORE, MD 21236

Danielle Levy
10536 NW 10th Ct.
Fort Lauderdale, FL 33322


DANIELLE LEVY
10536 NW 10TH CT
PLANTATION, FL 33322


DANIELLE LORENTE
19701 NW 40 CT.
MIAMI, FL 33055


DANIELLE LOUIS
5118 WEEPING CHERRY DR
BROWNS SUMMIT, NC 27214


DANIELLE MAKUCEVICH
366 VILLAGE POINTE DR UNIT D
AKRON, OH 44313


DANIELLE MILLEN
840 NW 86TH AVE
APT 432
PLANTATION, FL 33324


DANIELLE MURRAY
5654 ROCK ISLAND RD
APT 215
TAMARAC, FL 33319


DANIELLE NEAL
2115 NORTHLAND RD
BALTIMORE, MD 21207


DANIELLE NICHOLSON
741 STATE ROUTE 534 SOUTH
GENEVA, OH 44041


DANIELLE PIERRE
1192 NW 40TH AVE
APT 318
LAUDERDHILL, FL 33313

```
DANIELLE REED
1308 MITCHEM DR
URBANA, IL 61801


DANIELLE ROBERTS
67-12 YELLOWSTONE BLVD A17
FLUSHING, NY 11375


DANIELLE SMITH
7104 MIDDLEBURG DRIVE
PLANO, TX 75075


DANIELLE SNOWDEN
6243 ROBIN HILL RD
BALTIMORE, MD 21216


DANIELLE SNOWDEN
6243 ROBIN HILL RD
BALTIMORE, MD 21207


DANIELLE SWINEHART
405 KASER DRIVE
WADSWORTH, OH 44281


DANIELLE TUTTLE
8215 WATER STREET
GARRETTSVILLE, OH 44231


DANIELLE VINCENT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DANIELLE VINCENT
4420 ALLIANCE ROAD
RAVENNA, OH 44266


DANIELLE WARD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DANIELLE WILLIAMS
14 CASTLE WAY
BEAR, DE 19701-3083
```

DANILLY ZWACHTE
16401 NW 37 AVE
ROOM 120
MIAMI GARDENS, FL 33054


DANNA SAMHAN
11982 SW 126 LN
MIAMI, FL 33186


DANNI MCDONALD
6347 CHASE DRIVE
MENTOR, OH 44060


DANNIELLE BROWN
1080 99 ST
APT # 2-22
BAY HARBOR ISLAND, FL 33154


DANNY DADONYE IPUOLAM BROWN
6911 WINDSORMILL ROAD,
GWYNN OAK, MD 21207
BALTIMORE, MD 21207


DANNY ROBINSON
4046 RAINBOW CIRCLE
LABELLE, FL 33935


DANTAVEN BLACKSHEAR
5515 SPRINGFORD CIRCLE
FORT WORTH, TX 76244


DANTE DELFINO LAMALETTO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DANTE HAGERMAN
1430 WARWICK DR.
LANCASTER, TX 75134


Danville Polyclinic, Ltd.
707 N. Logan Ave.
Danville, IL 61832

DANYALIS CRUZ
832 GINO LANE
CLEVELAND, OH 44109


DAPHINE METZGER
307D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DAPHNE SMITH
260 DEERFIELD ROAD
COLUMBUS, OH 43228


DAQUAN STALEY
1509 DECEMBER DR APT 402
BALTIMORE, MD 21206


DAQUAN STALEY
1509 DECEMBER DR APT 402
SILVER SPRING, MD 20904


Daquana Warren
615 S
Chicago, IL 60623


DAQUANA WARREN
615 S
MAYWOOD, IL 60623


DAQUIAN MCCALLA
201D DEDMOND
2500 WEST NORTH AVENUE
LANDOVER, MD 20785


DAQUIAN MCCALLA
201D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DARA CULLUM
8312 GRANVILLE RD
SPRINGDALE, MD 20774

DARA CULLUM
8312 GRANVILLE RD
JESSUP, MD 20794


DARA PERRY-BRUTTON
183 CASTERON AVENUE
AKRON, OH 44303


DARA VERS FORSTER
1750 NW 107TH AVE.
SWEETWATER, FL 33172


DARA VERS FORSTER
VILLANOVA HALL
16401 NW 37 AVE
MIAMI, FL 33054


DARARA ATOMSA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DARBY VILME
5920 NE 4TH CT
MIAMI, FL 33137


DARCY RUIZ
16123 EMERALD COVE DR
WESTON, FL 33331


DARELL NGUELE
2622 UNIVERSITY PL NW
WASHINGTON, DC 20009-5922


DARIA ELLIS
5817 WESLEYAN DRIVE
PO BOX B518
VIRGINIA BEACH, VA 23455


DARIA ELLIS
1635 DARREN CIRCLE
PORTSMOUTH, VA 23701


DARIA LAZARENKO
37 S ROSE BLVD
AKRON, OH 44302

DARIA MITCHELL
274 JACARANDA AVE NW
PALM BAY, FL 32907


DARIA WRIGHT
7401 SANDPIPER PLACE
PHILADELPHIA, PA 19153


DARIAN DAILEY
1435 BUCKINGHAM GATE BLVD, UNIT A,
CUYAHOGA FALLS, OH 44221


Darian Marcus
11550 Joyceton Dr.
Baltimore, MD 21239-4074


DARIAN MARCUS
11550 JOYCETON DRIVE
UPPER MARLBORO, MD 20774


DARIAN ROSE
3815 MASON RD
FORT LORAMIE, OH 45845-9768


DARIEL CANTY
2305 WEYBORN DR
ARLINGTON, TX 76018


DARIEN STREET
23653 SPRING BRANCH TRAILS
MONTGOMERY, TX 77316


DARIN KURLAND
13481 COUNTY ROAD 13
WAUSEON, OH 43567


DARIOUS WHITE
18837 NW 79 CT
HIALEAH, FL 33015


DARIUS COPELAND
2946 DUNBAR ST
FORT MYERS, FL 33916

DARIUS GAINES FOSTER
5817 WESLEYAN DRIVE
PO BOX A22
VIRGINIA BEACH, VA 23455


DARIUS HILL
101A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DARIUS JACKSON
3419 REISTERSTOWN RD
BALTIMORE, MD 21215-7823


DARIUS JOHNSON
4526 NEWMORE AVE
DALLAS, TX 75209


DARIUS REVELS
815 VINECREST LANE
RICHARDSON, TX 75080


DARIUS TOMLINSON
2201 E. COLDSPRING LANE
APT B
BALTIMORE, MD 21214


DARIUS WARD
5200 NORTH EAST 5TH TERRACE
APARTMENT 33
POMPANO BEACH, FL 33064


DARIUS YOUNG
103 FOXHORN WAY
GLEN BURNIE, MD 21061


DARLINE MAXI
1397 SUNSET RD
WEST PALM BEACH, FL 33406-4717


DARNELL CLARK
1210 SW 85TH AVE
PEMBROKE PINES, FL 33025

DARNELL FELDER
708 MONTPELIER STREET
BALTIMORE, MD 21218


DARON FLORY
602 N 32ND AVE
HOLLYWOOD, FL 33021


DARRELL BRANDENBURG
3367 AIRPORT HWY APT B24
TOLEDO, OH 43609


DARRELL FLETCHER
1520 NW 4TH AVE
APT #17F
MIAMI, FL 33136


DARRELL HUNTER
3728 WEST 146TH STREET
HAWTHORNE, CA 90250


DARRELL WALTON
1329 LEWIS LANE
HAVRE DE GRACE, MD 21078


DARREN DE FREITAS
322 BUCHANAN ST.
APT 909
HOLLYWOOD, FL 33019


DARREN PARKER
2194 WELLINGTON CIR
LITHONIA, GA 30058-7945


DARRIAN WALKER
250 W SAMPLE RD
APT C-223
POMPANO BEACH, FL 33064


DARRIEN LOWE
2990 LOUNETTE
MEMPHIS, TN 38114

```
DARRIN BROWN
1985 NW 70TH LANE
MARGATE, FL 33063


DARRIUS EDWARDS
26803 RUE SAINT GABRIEL COURT
CLEVELAND, OH 44128


DARRIUS THOMPSON
2028 ROSEBURY LN
FORNEY, TX 75126


DARRYL COLLINS
3506 MARYVALE
BALTIMORE, MD 21244


DARRYL LONG
171 BARANOF E
WESTERVILLE, OH 43081


DARRYL STEVENS
1425 9TH STREET
WEST PALM BEACH, FL 33401


Darryle Collins
3506 Maryvale
Windsor Mill, MD 21244


DARRYLE JOHNSON
213 LODESTONE COURT
WESTMINSTER, MD 21158


DARRYN FERGUSON, JR.
18843 NE MIAMI CT
MIAMI, FL 33179


DARYAN WILLMITCH
9510 ISLAND RD
GRAFTON, OH 44044


DARYEL MORGAN
3210 DYNASTY DR
DISTRICT HEIGHTS, MD 20747-3855
```

DARYL CONLEY
6545 PELHAM
ALLEN PARK, MI 48101


DARYL GELIN
2550 NW 56TH AVE
APT 404
LAUDERHILL, FL 33313


Daryl Hill
1307 Meridian St.
Nashville, TN 37207


DARYL PHILIP
246 WHEELER STREET
ROOM 3
AKRON, OH 44304


DARYL PHILIP
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DARYL VARGAS
17704 CADDY DR
DERWOOD, MD 20855-1002


DASHA RHODES
10330 MALCOLM CIRCLE
J
COCKEYSVILLE, MD 21030


DASHA RHODES
707 YORK RD.
APT. 3136
TOWSON, MD 21204


DASHAMONIQUE MOORE
918 BINBROOK DR
MESQUITE, TX 75149


DASHANA DAVIS
208C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21221

DASHANA DAVIS
208C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DASHANAE HARPER
1052 BURKE AVE FL 3
BRONX, NY 10469-3819


DASHANAY HALL
827 EAST FRONT STREET APT.C
PLAINFIELD, NJ 07062


DASHONNA NICOLAS
1227 NW 28TH ST
MIAMI, FL 33142


DASIA SCOTT-PADGET
2140 NORTH SMALLWOOD ST
BALTIMORE, MD 21216


DASIA SCOTT-PADGET
3935 WEST MULBERRY ST
BALTIMORE, MD 21202


DASIA SCOTT-PADGET
3935 WEST MULBERRY ST
BALTIMORE, MD 21229


DASIANNA COATES
3915 LIGHT ARMS PLACE
WALDORF, MD 20602


DAT NGUYEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DATHAN ANDREWS
4800 COUNTRY LANE APT 219
CLEVELAND, OH 44128


DAUSON DALES
1800 MAUMEE DRIVE
DEFIANCE, OH 43512

DAVE BERNARD
19431 NW 1ST CT
MIAMI, FL 33169


DAVETTE VICE
4842 BOWLAND AVE
BALTIMORE, MD 21206


DAVETTE VICE
4842 BOWLAND AVE
BALTIMORE, MD 21217


DAVI GREEN
904 EVANS AVENUE
MCKEESPORT, PA 15132


DAVID ADELEKE
12 TABIONA CT
SILVER SPRING, MD 20906


DAVID ALBERT, III
150 HYDER DR
MADISON, OH 44057


DAVID ALEXIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DAVID ALVAREZ
17801 NW 87 CT
MIAMI, FL 33018


DAVID ANDERSON
121 PHILLIPS RD
SOMERSET, NJ 08873


DAVID ATKINS
9333 MORGANS LANDING WAY
LAUREL, MD 20723


DAVID ATKINS
9333 MORGANS LANDING WAY
BALTIMORE, MD 21216

DAVID BALIU-RODRIGUEZ
6537 ANTOINETTE LN
MAUMEE, OH 43537


DAVID BARBOZA
1629 AIRLINE AVE
TOLEDO, OH 43609


DAVID BELFIGLIO
401 S. MAIN ST
APT 320A
AKRON, OH 44311


DAVID BENHURI
4430 N HOLLAND SYLVANIA RD
APT 4338
TOLEDO, OH 43623


DAVID BENHURI
4430 N HOLLAND SYLVANIA RD
APT 4202
TOLEDO, OH 43623


DAVID BOATENG
2791 WYNFIELD RD
WEST FRIENDSHIP, MD 21794-9520


DAVID BOGUNJOKO BENJAMIN
12217 KINGS ARROW ST
BOWIE, MD 20721-1943


DAVID CAIN
13406 POPES CREEK LANE
HOUSTON, TX 77044


DAVID CARTER
2358 WILKENS AVE
BALTIMORE, MD 21223-3329


DAVID CEDILLO
308 SAINT JOSEPH
ATHENS, TX 75751

DAVID CHAVIRA
1414 CR 490
PRINCETON, TX 75407


DAVID COUSIN
5817 WESLEYAN DRIVE
PO BOX B79
VIRGINIA BEACH, VA 23455


David Couto
2901 Kuntz Rd.
Windsor Mill, MD 21244


DAVID COUTO
2901 KUNTZ RD
BALTIMORE, MD 21244


DAVID CUMMINGS
3213 34TH STREET W
LEHIGH ACRES, FL 33971


DAVID DEAN
612 CAMINO DE LA LUZ
SANTA FE, NM 87505


DAVID DETULLIO
2861 SW 79TH AVENUE APT. 103
DAVIE, FL 33328


DAVID DOMBROSKY
7073 ELIZABETH CT
MENTOR, OH 44060


DAVID EARLEY
7267 GRANT BLVD
CLEVELAND, OH 44130


DAVID EFFORD
3460 NW 211TH ST
MIAMI GARDENS, FL 33056


DAVID EGBO
421 SUMNER STREET
AKRON, OH 44325

```
DAVID EGBO
456 SHELBOURNE DR
PITTSBURGH, PA 15239


DAVID EGBO
185 E. MILL STREET
AKRON, OH 44325


DAVID EZRATTY
3007 NEIL AVE APT 43B
COLUMBUS, OH 43202


DAVID EZRATTY
6236 CHERI LYNNE DR
DAYTON, OH 45415


DAVID GOULD
502 NORTH MAIN STREET
MINERVA, OH 44657


DAVID HASTINGS
3103 BANCROFT ROAD
APARTMENT #D
BALTIMORE, MD 21215


David Hein
29233 Tracy Creek Dr.
Apt. 1B
Perrysburg, OH 43551


DAVID HEIN
4388 PHILNOLL DR
CINCINNATI, OH 45247


DAVID HEIN
29233 TRACY CREEK DR APT 1B
PERRYSBURG, OH 43551


DAVID HEMBY
4309 LOCH RAVEN BLVD
BALTIMORE, MD 21218


DAVID HERNANDEZ
4534 RUTLEDGE DRIVE
PALM HARBOR, FL 34685
```

DAVID HERNANDEZ
VILLANOVA HALL
16401 NW 37 AVE
MIAMI, FL 33054


DAVID HOFFMAN
1861 E AUDUBON BLVD
LANCASTER, OH 43130


DAVID HONG
1900 W 68 ST APT. E303
HIALEAH, FL 33014


DAVID HUGHES
1781 NW 166TH STREET
OPA LOCKA, FL 33054


David Jackson
1909 Bellflower Ct.
Annapolis, MD 21402-5160


DAVID JACKSON
1909 BELLFLOWER CT
EDGEWOOD, MD 21040-2516


DAVID JACQUES
358 MORGAN LN
GAHANNA, OH 43230-7019


DAVID JENKS
461 OVERWOOD ROAD
AKRON, OH 44313


DAVID KAISER
5305 SW 64TH COURT
MIAMI, FL 33155


DAVID KHALIL
1805 WILLIAM AND MARY CMN
HILLSBOROUGH, NJ 08844


DAVID KING
1321 GREENMONT DRIVE
WALDORF, MD 20601

DAVID KING
1341 NW 67TH ST
MIAMI, FL 33147


DAVID KONONOV
2723 ROCKEFELLER LN
APT 6
REDONDO BEACH, CA 90278-3935


DAVID LOPEZ
4603 SW 128TH PL.
MIAMI, FL 33175


DAVID LYONS
3800 BANCROFT RD
BALTIMORE, MD 21215-2704


David M. Steiman MD PA
dba David Steiman MD PA
350 NW 84th Ave., Ste. 211
Fort Lauderdale, FL 33324


DAVID MACKEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DAVID MERRIFIELD
5712 MERCHANT ROAD
TEMPLE HILLS, MD 20748


DAVID MOSLEY-HEATH
7307 GAMBIER DRIVE
UPPER MARLBORO, MD 20772


DAVID NORIN
29480 ORANGELAWN ST
LIVONIA, MI 48150


DAVID OMO-TAIGA
1102 FALCONETT COURT
UPPER MARLBORO, MD 20774


DAVID PARK
1806 N WESTWOOD AVE APT I
TOLEDO, OH 43607

DAVID PARK
513 WHITE ST
MAUMEE, OH 43537


David Patterson, MD
25325 Ford Rd. #200
Dearborn, MI 48128


DAVID PAUL
7135 MICHAEL ROAD
ORCHARD PARK, NY 14127


DAVID PAUL
6210 GRAUER ROAD
NIAGARA FALLS, NY 14305


DAVID PAUS
285 EAST 211 STREET
EUCLID, OH 44123


DAVID PETKUS
2501 BENT OAK PL
ADRIAN, MI 49221


David R. Peters
400 Wabash Ave.
Akron, OH 44307


David Raker
916 1/2 Harding Dr.
Toledo, OH 43609


DAVID RAKER
916 1/2 HARDING DR
TOLEDO, OH 43609


DAVID RAMSAY
514 SOUTH 4TH STREET
WOODSFIELD, OH 43793


DAVID REYNOLDS
5010 WAVERTON COURT
APT. E
CHESAPEAKE, VA 23324-4649

DAVID RODRIGUEZ
235 SW 180TH AVE
PEMBROKE PINES, FL 33029-3903


DAVID SCHILLING
8490 RAVENNA ROAD
TWINSBURG, OH 44087


DAVID SORTO
16007 UPSHIRE
CHANNELVIEW, TX 77530


DAVID SYFAX
18253 APPOLINE
DETROIT, MI 48235


DAVID TURNER
7626 COUNTRYVIEW DR
FORT WAYNE, IN 46815


DAVID UPSHUR
5407 CATALPHA ROAD
BALTIMORE, MD 21214


David Vlcek
3126 Sharon Copley Rd.
Medina, OH 44256


DAVID VLCEK
3126 SHARON COPLEY RD
MEDINA, OH 44256


DAVID WALKER
5817 WESLEYAN DRIVE
PO BOX C329
VIRGINIA BEACH, VA 23455


DAVID WARNER
238 FAIRLAWN ST
SMITHVILLE, OH 44677


DAVID WHITE
365 CHAMBORLEY DR.
REISTERSTOWN, MD 21136

DAVID YARMOLUK
218 DUNDEE RIDGE DR
DUNDEE, MI 48131


DAVID YATSONSKY
1130 4 SEASONS DR APT 5
TOLEDO, OH 43615


DAVID ZSOLDOS
2026 SHARON COPLEY RD
MEDINA, OH 44256


DAVIDA PACKER
59 PARK ST.
HARRISBURG, PA 17109


DAVIDE FAVARO
86 NE 108TH STREET
MIAMI SHORES, FL 33161


DAVINDRA TULSI
80 E EXCHANGE STREET
APARTMENT 344-A
AKRON, OH 44308


DAVIS FLEMING
7017 YORK AVE
LUBBOCK, TX 79416


Davis Orubele
1805 Greencastle Dr.
Rosedale, MD 21237-1741


DAVIS ORUBELE
1805 GREENCASTLE DR
BALTIMORE, MD 21237-1741


Davis Vision
PO Box 848370
Dallas, TX 75284


DAVON WILLIAMS
2324 ANVIL LANE
TEMPLE HILLS, MD 20748

DAVONTE CURRY
5780 NW 60TH AVE
TAMARAC, FL 33319


DAVONTE JEST
7 PECAN DRIVE PLACE
OCALA, FL 34472


DAWAN TEEL
2113 LYNDHURST AVE
BALTIMORE, MD 21216-2404


DAWANYA GUILFORD
5023 41ST SQUARE
VERO BEACH, FL 32967


DAWN CONDEZA
614 RIMGROVE DRIVE
LA PUENTE, CA 91744


DAWN GIPSON
3850 HARBOR VIEW DR
JACKSONVILLE, FL 32208-1903


Dawn Huggins Jones
1147 Independence Blvd.
Virginia Beach, VA 23455


DAWN MUSKIEWICZ
2423 S HOLLAND SYLVANIA RD
APT 239
MAUMEE, OH 43537


DAWN TURLEY
82 BRIGHTON ROAD
COLUMBUS, OH 43202


DAWN VALERIO
7285 CULVER BLVD.
MENTOR, OH 44060


DAWN WILSON
419 SILVERSIDE RD
EDGEWOOD, MD 21040

DAWNAYE PINKETT
4406 MORAVIA ROAD
BALTIMORE, MD 21206


DAWNE BENTON
15205 EMILY CT
BOWIE, MD 20716-3200


DAWOYNE COVINGTON
314 GARDNER AVE
TRENTON, NJ 08618


DAYA JORDAN
304C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DAYANA WIGGINS
203 LILAC LANE
SWANTON, OH 43558


DAYLA HALL
28351 SEVEN OAKS DR.
FARMINGTON HILLS, MI 48331


DAYLE HEDGES
484 DANBURY DRIVE
LANCASTER, OH 43130


DAYLENE FOCH
9931 NW 130TH ST
HIALEAH GARDENS, FL 33018-1661


DAYMAR MCCOY
4617 SCHLEY AVENUE
BALTIMORE, MD 21206


DAYQUIS MOORE
4007 CHESMONT AVE
BALTIMORE, MD 21206


DAYQUIS MOORE
4007 CHESMONT AVE
GWYNN OAK, MD 21207

```
Dayton Anesthesia & Pain
405 W Grand Ave.
Dayton, OH 45405


Dayton Childrens
1 Childrens Plaza
Dayton, OH 45404


DAYTONA STEVENSON
601A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229


DAYVON ROBINSON
P.O. BOX 764
PATERSON, NJ 07543


Daziae Johnson
4412 Velera Ct.
Chesapeake, VA 23321


DAZIAH GREEN
91 ANNADALE AVE
AKRON, OH 44304


DE'ANDRE BRIMAGE
224 PIONEER ST
AKRON, OH 44305


DE'AUNTAE CORRY
340 KENTWELL DR
YORK, PA 17406


De'Ja Crenshaw
1103 Parkington Ln
Bowie, MD 20716-1719


DE'LESA HENDERSON
9507 FULLER AVENUE
CLEVELAND, OH 44104


De'Marie Lattie-Chisholm
1700 E Cold Spring Ln
Baltimore, MD 21251
```

DE'MONTE MANN
1608 EAST DAVIE STREET
RALEIGH, NC 27610


DE'NAJA BANKS
11012 FRISCO LANE
JACKSONVILLE, FL 32257


De'Nia Thornton
8931 Harkate Way
Randallstown, MD 21133


DE'SHAUN VALDRY
7928 MARTIN LUTHER KING JR. WAY S
SEATTLE, WV 98118


DE'ZHA BELL
4920 26 LN E
APT 202
BRADENTON, FL 34203


De'Zhane Rhymes
2721 EC Reems Court
Apt. 1A
Oakland, CA 94605


DE'ZHANE RHYMES
2721 EC REEMS COURT APT 1A
OAKLAND, CA 94605


DEADRA MARTIN-MCLAUGHLIN
2506 ROSLYN AVE
BALTIMORE, MD 21216


DEAHNA BALDI
2130 LAUREL BLOSSOM CIR
OCOEE, FL 34761


DEAHNA BALDI
631 SUN BLUFF LANE
APOPKA, FL 32712

DEAIRIS MAYO
208A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DEAN RAMICONE
1637 OAK BARK CIR
BRUNSWICK, OH 44212


DEAN RINGEL
200 N SAINT CLAIR ST
TOLEDO, OH 43604


DEANDRA CULMER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DEANDRA TONY
760 NE 140TH ST
BISCAYNE PARK, FL 33161


DEANDRE AUGUSTUS
1151 S. PARK ROAD APT.307
HOLLYWOOD, FL 33021


DEANDRE CLARK
934 RACE ST
DOVER, OH 44622


DEANDRE MCALMONT
5622 GREGORY DR
LANHAM, MD 20706-4122


DEANDRE MCINTOSH
2733 WEGWORTH LN
TOWSON, MD 21286


DEANDRE MCINTOSH
2733 WEGWORTH LN
BALTIMORE, MD 21230


DEANDREA ROGERS-SCOTT
18650 SW 127TH CT
MIAMI, FL 33177

DEANGELIC JOHNSON
5819 BONNIE VIEW, 21-8
DALLAS, TX 75241


DEANGELO BELL
816 MARIGOLD DR
75104, TX 75104


DEANGELO LANE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DEANGELO LANE
7304 BLAIR RD
WASHINGTON, DC 20012


DEANNA HARROD-CONTEE
2306 DUKELAND ST
BALTIMORE, MD 21216


DEANTE EVANS
6793 LAKOTA POINTE LN
LIBERTY TOWNSHI, OH 45044


DEARRION ODUM
2675 NOKOMIS RD
LANCASTER, TX 75146


DEARRIUS BAILEY
2201 E. COLDSPRING LN, APARTMENT E
BALTIMORE, MD 21214


DEASIA BROOKS
1720 NORTH BENTALOU ST
BALTIMORE, MD 21216


DEAUNDRAE HOWARD
9693 BASKET RING RD
APT. 4
COLUMBIA, MD 21045


Debalzo Elgunin Levine Risen LLC
23425 Commerce Park #104
Beachwood, OH 44122

Debaraj Katuwal
10826 Southwind Dr.
Powell, OH 43065


DEBARAJ KATUWAL
6665 DUMONT LANE
COLUMBUS, OH 43235


DEBARAJ KATUWAL
10826 SOUNTHWIND DRIVE
POWELL, OH 43065


DEBATRAYEE SINHA
1706 SECOR RD APT F
TOLEDO, OH 43607


DEBBIE LOK TUNG LEUNG
1804 N WESTWOOD AVE APT F
TOLEDO, OH 43607


Debora Bornik LMHC
9075 SW 87th Ave., Ste. 412
Miami, FL 33176


Deborah Austin
1106 Ramblewood Rd.
Apt. B
Baltimore, MD 21239


DEBORAH AUSTIN
92 PARK HILL AVE
APT. 1S
YONKERS, NY 10701


DEBORAH DEMUREN
2503 SOMERTON CT
BOWIE, MD 20721


DEBORAH OSUJI
12029 QUARUM PLACE
BOWIE, MD 20720

Debra M. Boyer
Boston Children's Hospital
Div. of Pulmonary & Respiratory Dis
300 Longwood Ave., Farley, 4th Flo
Boston, MA 02115


DEBRANAE PHILLIPS
6271 HIGHLAND HILL DR
DALLAS, TX 75241


DEBRANAE PHILLIPS
12321 KENTMORE LANE, APT 425
FORT WORTH, TX 76036


Debratrayee Sinha
1706 Secor Rd.
Apt. F
Toledo, OH 43607


DECAPRIA NAIGOW
1821 50TH AVENUE N
MINNEAPOLIS, MN 55430


DECAPRIA NAIGOW
6806 63RD AVE N
BROOKLYN PARK, MN 55428


DECEMBER SMITH
6 MELKEN CT.
NOTTINGHAM, MD 21236


DECLAN ANGE
3559 CHARRING CROSS DRIVE
STOW, OH 44224


DECLAN PENCE
156 NORTH CONGRESS STREET
ATHENS, OH 45701


DECLAN WATTERS
421 SUMNER STREET
AKRON, OH 44304

DECLAN WATTERS
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DEDE NYEPLU
1007 PLEASANT OAKS ROAD
APT. H
PARKVILLE, MD 21234


DEE MARTINEZ MD
DALLAS, TX 75203


DEENA ATASSI
505 WILLOW LN
PERRYSBURG, OH 43551


DEEPAK ARYAL
590 EAST BUCHTEL AVENUE
APT- 15
AKRON, OH 44304


DEEPAK BALRAJ
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


DEEPIKA KANNAN
3414 DORR ST APT 213A
TOLEDO, OH 43607


DEHUA FENG
1738 NORTHAMPTON RD, APT 1007
AKRON, OH 44313


DEIDRA BENN
8132 FERNCLIFF ROAD
NORFOLK, VA 23518


DEIJAH KNIGHT
1553 FORT DAVIS ST SE
WASHINGTON, DC 20020-6025

DEION GOMEZ
15850 NW 18TH AVE
MIAMI GARDENS, FL 33054


DEIRDRE ROBSON
2231 SW 5TH STREET
MIAMI, FL 33135


DEIVIS JACOMINOI
3611 SW 117TH AVE
APT 210
MIAMI, FL 33175


DEJA ASKEW
15327 7TH AVE
PHOENIX, IL 60426


DEJA LOMAX
712 ELIZABETH LN.
MINNEAPOLIS, MN 55411


DEJA POWELL
4934 SOUTH PRINCETON AVE
CHICAGO, IL 60609


DEJA SHIPP
502 MONARCH DR
DALLAS, TX 75146


DEJAH BRADSHAW
3000 NW 187 STREET
CAROL CITY, FL 33056


DEJAZNA LITTLEJOHN
9409 BOHNING DRIVE
CLEVELAND, OH 44125


DEKIERA TOWNES
821 SUGAR PL
LAKELAND, FL 33801


Delaney Henry
2575 N Wilmoth Hwy
Adrian, MI 49221

DELANEY STRYCZEK
2971 FOXMOOR DRIVE
MONTGOMERY, IL 60538


DELANIE ELIZABETH BAKER
1209 SUNNY CREST AVE.
VENTURA, CA 93003


DELANO SHEPHERD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DELANOE HARRIS
371 EAST 272ND STREET
EUCLID, OH 44132


DELASI AVEH
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


DELEASE RILES
146 NW 71 ST
MIAMI, FL 33147


DELESA HENDERSON
9507 FULLER AVENUE
CLEVELAND, OH 44104


DELILAH STACK
20961 LORAIN RD
APT 13
FAIRVIEW PARK, OH 44126


DELINO FRANKLIN
215 HULTON ROAD
VERONA, PA 15147


DELIYON DREW
5817 WESLEYAN DRIVE
PO BOX A190
VIRGINIA BEACH, VA 23455


DELIYON DREW
2306 BERRY STREET
HOPEWELL, VA 23860

DELLA MBAACHA
4516 WOODGATE WAY
BOWIE, MD 20720-3449


DELMONTE WARD, JR.
707B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DELONTE GORMAN
7053 MARBURY CT
DISTRICT HEIGHTS, MD 20747-1883


DELORIAN NELSON
718 MONTICELLO CT
EDGEWOOD, MD 21040


DELORIS KENSLER
717 LEEDSFIELD COURT
ARLINGTON, TX 76017


Delta Dental
PO Box 633198
Cincinnati, OH 45263


DELTRON SANDS
393 SUMNER ST APT 2-203A
AKRON, OH 44304


DELVIN MCFADDEN
307A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Delvin Washington
3021 Barnes Bend Dr.
Antioch, TN 37013


DELYA SOLOMON
19200 COYLE ST
DETROIT, MI 48235


DEMANTE JONES-CAMPER
8601 QUEENSMERE PL 8
HENRICO, VA 23294

DEMAR BROW
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DEMAR PARRIS
1811 FITTLEWORTH TER
UPPER MARLBORO, MD 20774-8087


DEMARCO ANDREWS
6290 CHERYLBROOK LANE
DUBLIN, OH 43017


DEMARCUS BROWN
7810 S. PAULINA
CHICAGO, IL 60620


DEMARCUS FRANCOIS
2951 NORTH WEST 8TH ROAD
FORT LAUDERDALE, FL 33311


DEMARCUS LLOYD
505 CLOVER ST
VIENNA, GA 31092


DEMARKUS BULLOCK
4224 MARBLE HALL #467
1700 E COLDSPRING LANE
BALTIMORE, MD 21251-0001


DEMARKUS GLOVER
2201 41STREET NORTH
SAINT PETERSBURG, FL 33713


DEMAURIA BENARD
3304 BIG BEAR DR
ROSEVILLE, CA 95747


DEMEKA WILLIAMS
3621 JUDGE DUPREE DRIVE
DALLAS, TX 75241


DEMETRI BOWE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

DEMETRIA MCCULLOH
12509 FIRSBY AVE
CLEVELAND, OH 44135


DEMETRICK ESPINET
201B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DEMETRIS HAZLY-WARD
977 LANE ST
AKRON, OH 44307


DEMETRIS MALLARD
5102 PHILIP AVENUE
DALLAS, TX 75223


DEMETRIUS ALLEN
20100 LORAIN ROAD #319
FAIRVIEW PARK, OH 44126


DEMETRIUS FARLEY
5404 TRAMORE ROAD
BALTIMORE, MD 21214


DEMETRIUS GREENE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DEMETRIUS ROSS
5995 LAUREL LANE
HUBER HEIGHTS, OH 45424


DEMETRIUS WHITEHEAD
4015 EMMART AVE
BALTIMORE, MD 21215-3503


DEMILADE AJIFA
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


DEMITRICE WEAVER
557 DOLPHIN ST
BALTIMORE, MD 21217

```
DEMONTA HORTON
4012 PARKWOOD AVE
BALTIMORE, MD 21206


DEMOY  PHILLIPS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DENAJ JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DENASIA WATTS
843 HUNTS POINT AVENUE
APT. 3B
BRONX, NY 10474


DENEISHA SPARKS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DENER DOS SANTOS
4014 WATERFORD LN
MISSOURI CITY, TX 77459


DENG DENG
8532 MUIR DRIVE
FORT WORTH, TX 76244


DENG RIAK
393 SUMNER ST,
APT. 115
AKRON, OH 44304


DENIER MURCHISON
3535 SEAPINES CIR APT R
BALTIMORE, MD 21216


DENIER MURCHISON
3535 SEAPINES CIR APT R
RANDALLSTOWN, MD 21133
```

DENILSON PIERRE-LOUIS
3700 NW 21ST STREET
APT #401
FORT LAUDERDALE, FL 33311


Denise Cabrera, Sr. VP Client Svs
WelldyneRx
500 Eagles Landing Dr
Lakeland, FL 33810


DENISE CONEY
304 SW 85TH TERRACE
APT. #106
PEMBROKE PINES, FL 33025


DENISE HART
9099 HORN ROAD
WINDHAM, OH 44288


DENISE OWENS
133 ROLLAND ST
UNIT #21
HINESVILLE, GA 31313


DENISHA CULVER
4295 LAKE RICHMOND DR
ORLANDO, FL 32811


DENISHA KNIGHT
2246 NW 83RD STREET
MIAMI, FL 33147


DENITRIA STEVENS
21223 NW 14TH PL
APT #124
MIAMI, FL 33169


DENIZ DEMIR
63 CORSON AVENUE
AKRON, OH 44302


Deniz Eren
2022 Orchard Lakes Pl
Apt. 22
Toledo, OH 43615

DENIZ EREN
2529 W VILLAGE DR
TOLEDO, OH 43614


DENIZ EREN
2022 ORCHARD LAKES PL
APT 22
TOLEDO, OH 43615


DENNIS AHORLU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DENNIS AYUK
13503 UNITED LN
BOWIE, MD 20720-5413


DENNIS BARARE
911 HONEYWOOD PL
ESSEX, MD 21221-5434


DENNIS COLE
6211 GUAVA AVE
GOLETA, CA 93117


DENNIS DORSEY
5450 ADDINGTON ROAD
BALTIMORE, MD 21229


DENNIS WILSON
5302 BATTEE ROAD
ALEXANDRIA, OH 43001


DENTREY GARDNER
3350 E. 7TH STREET
LONG BEACH, CA 90804


DENYAH NICHOLS
1740 JACOBS MEADOW DR
SEVERN, MD 21144-3035


DENZEL ALSTON
6746 RANSOME DR
BALTIMORE, MD 21207-5317

DENZEL BUTLER
5740 NW 54TH LN
FORT LAUDERDALE, FL 33319


DENZEL HERNANDEZ DORTA
1950 SW 122ND AVE
APT 402
MIAMI, FL 33175


DENZEL LAMPLEY
11 GARLAND LANE
WILLINGBORO, NJ 08046


DENZEL RODRIGUEZ
3216 FEDERAL RD #15
PASADENA, TX 77504


DEONDRAY AUSTIN
2326 SW 82 TER
NORTH LAUDERDALE, FL 33068


DEONDRE BROWN
2008 RAMBLEWOOD ROAD, APT. A
BALTIMORE, MD 21251


DEONDRE KITTRELL
3508 PARKWAY TERRACE DR APT1
SUITLAND, MD 20746


DEONDRIA WIMBIR
208 N.W. 79 AVE
MARGATE, FL 33063


DEONTAE MOORE
1296 ANDRUS ST.
AKRON, OH 44301


DEONTE RAHMING
1340 NW 200 STREET
MIAMI, FL 33169


DEONTRIA CRAWLEY
804 WEBB CT
BALTIMORE, MD 21202-5447

DEONZAE WEEMS
5004 JAY ST. NE
WASHINGTON, DC 20019


DEQUANE LYONS
5815 ROBIN LN
SUITLAND, MD 20746-5100


DERECK ABREU
2901 RAVENWOOD
APT. C
KISSIMMEE, FL 34741


DERECK ABREU
301 LILLY STREET
KISSIMMEE, FL 34741


DEREK ARMSTRONG
2500 WEST NORTH AVE
BALTIMORE, MD 21216


DEREK CONKINS
1534 WHISPERING WATER
SPRING BRANCH, TX 78070


DEREK COOK
1008 LINDFIELD DR
FREDERICK, MD 21702-5190


Derek Deford
520 Berrycrest Way
Aberdeen, MD 21001


DEREK DUNNAGAN
6321 THORNCREST DRIVE
GALLOWAY, OH 43119


DEREK ELAM
480 TIMOTHY ROAD
ATHENS, GA 30606


DEREK GIBBS
6211 NW 13TH STREET
CITY OF SUNRISE, FL 33313

```
DEREK GILLASPIE
16213 SUMMER DREAM CT
BRANDYWINE, MD 20613-8010


DEREK GILLASPIE
438 E. 22ND STREET
BALTIMORE, MD 21218


DEREK KOPANIC
8539 IVY HILL DRIVE
YOUNGSTOWN, OH 44514


DEREK KOPANIC
502 MEADOWLAND DRIVE
HUBBARD, OH 44425


DEREK LOHR
501A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DEREK LUONG
4036 SARA DRIVE
APT 104
UNIONTOWN, OH 44685


DEREK MORRIS
192 ANDREW BEEM ST
PATASKALA, OH 43062


DEREK MOSES
915 12TH AVE E
LAKE WORTH, FL 33460


DEREK OWENS
5803 HALWYN AVE
BALTIMORE, MD 21212-3712


DEREK ROBINSON
817 BEECHWOOD AVE
COLLINGDALE, PA 19023


DEREK STUDER
1760 CAMPUS DRIVE
AUSTINBURG, OH 44010
```

DEREK SWANSON
42204 BIGGS RD
LAGRANGE, OH 44050-9318


DEREK THOBE
1006 GEORGE DR.
COLDWATER, OH 45828


DERICK BUCKLES
1504 KIA COURT, APT. 3A
BALTIMORE, MD 21202


DERICK WILLIAMS
1834 BEAUMONT STREET
GRAND PRAIRIE, TX 75051


Dermatologists of SW OH
1261 Wooster Rd.
Millersburg, OH 44654


Dermatology Associates of
the Palm Beaches, PLLC
120 Butler St.
West Palm Beach, FL 33407


Dermatology Partners, Inc.
2500 W. Strub Rd., Ste. 330
Sandusky, OH 44870


DERNINO DEMOSTHENE
530 NW 119TH STREET
MIAMI, FL 33168


DERONDRICK MC GEE
3685 NICKS RD
PELHAM, GA 31779


DERRELL RUSSELL
4922 GILRAY DRIVE
BALTIMORE, MD 21214


DERRIAN WILLIAMS
3045 RESIDENCE DR
2603-C-2 THE UNIVERSITY OF
TOLEDO, OH 43606

DERRIC PEGRAM
P. O. BOX 226761
DALLAS, TX 75222


DERRICK BURGESS
8014 MID HAVEN RD
BALTIMORE, MD 21217


DERRICK BURGESS
8014 MID HAVEN RD
DUNDALK, MD 21222


DERRICK EDWARDS
5835 SOUTH ARTESIAN AVENUE
CHICAGO, IL 60629


DERRICK HARRELL
9673 MUIRKIRK RD APT #A111
LAUREL, MD 20708


DERRICK JONES
2434 HARDING STREET
DALLAS, TX 75215


DERRICK LEWIS
1 DALECREST COURT
APT. 202
LUTHERVILLE, MD 21093


DERRICK TRUONG
2581 SPRUCE LOOP RD
SYLVANIA, OH 43560


DERRICK WILLIAMS
2321 SE FRUIT AVENUE
FORT PIERCE, FL 34952


DERRYCKENSON LOUISJEAN
1331 NE 144TH ST
MIAMI, FL 33161-2536


DERRYELLE WILLIAMS
4758 ELISON AVE
BALTIMORE, MD 21206

DESEAN MCGHEE
3817 HOWARD STREET
FORT WORTH, TX 76119


DESEAN MORRIS
9526 PERRY HALL BLVD
NOTTINGHAM, MD 21236


DESEAN WHITSON
840 MCKINLEY AVENUE
BEDFORD, OH 44146


DESERT CITIES ANES PROF
777 E TAHQUITZ CANYON WAY  200-121
JACKSON, MI 49201


DESERT OASIS HEALTHCARE
275 N. El Cielo Rd., Ste D410
Palm Springs, CA 92262


DESERT REGIONAL MED CTR
1150 N. Indian Canyon Dr
Palm Springs, CA 92262


DESHAWN CREECH
3103 75TH AVE APT 101
BALTIMORE, MD 21216


DESHAWN FRAZIER
26202 SW 139TH AVE
HOMESTEAD, FL 33032


DESHAWN ROSERIE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DESHONDRE MCCULLOUGH
5151 NW 11TH AVE
MIAMI, FL 33127


DESI ALEXANDER
4018 EDGEWOOD RD
BALTIMORE, MD 21215

DESIREE OLIVER
301D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229


DESIREE OLVERA
1518 SUMMIT STREET
MESQUITE, TX 75149


DESJUAN JOHNSON
5029 PENNSYLVANIA ST
DETROIT, MI 48213


DESMON SIMMONS
1424 PRESSTMAN ST
BALTIMORE, MD 21217


DESMOND BERNARD
1981 GREENLEAF DR
LEXINGTON, KY 40505


DESMOND BUTLER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DESMOND SCALES
796 NW 44TH ST
MIAMI, FL 33127


Desniq Campbell
7701 Bristol Square Ct.
Springfield, VA 22153


DESNIQ CAMPBELL
7701 BRISTOL SQUARE CT
SPRINGFIELD, VA 22153


DESTINEE BHARATH
8661 S LEXINGTON DR
HOLLYWOOD, FL 33025


DESTINEE HARRIS
19968 SHELDON ROAD
BROOK PARK, OH 44142

DESTINEE MEDLOCK
4115 CROW RD APT 20
BEAUMONT, TX 77706


DESTINEE MEDLOCK
3525 BLODGETT, APT 407
BEAUMONT, TX 77703


DESTINEE MILLS
7709 HAVERHILL ROAD EXT.
GREENACRES, FL 33463


DESTINEE MOORE
10734 SW 144TH ST
MIAMI, FL 33176


DESTINEE REEDER
3199 EAST 119TH STREET
CLEVELAND, OH 44120


DESTINEY TALLEY
3606 GARRISON BLVD APT. A
BALTIMORE, MD 21215


DESTINI BOONE
5817 WESLEYAN DRIVE
PO BOX A268
VIRGINIA BEACH, VA 23455


DESTINI MILLER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DESTINIE LOUIS
771 SW 64TH TER
PEMBROKE PINES, FL 33023-1554


DESTINY ASOKUARAMI
8121 CHURCH LN
BALTIMORE, MD 21244


DESTINY BARTOE
7743 N LIMA RD
POLAND, OH 44514-2714

Destiny Bryant
4307 Jefferson St.
Apt. 408
Hyattsville, MD 20781


DESTINY BRYANT
4307 JEFFERSON ST APT 408
HYATTSVILLE, MD 20781-1954


DESTINY DALPE
550 SW 108TH AVENUE
APT. 306
PEMBROKE PINES, FL 33025


DESTINY DALPE
4740 SW 152ND WAY
HOLLYWOOD, FL 33027


DESTINY DELGADO
17905 NW 80CT.
HIALEAH, FL 33015


DESTINY FENNELL
218 RIDGE RD SE
WASHINGTON, DC 20019


DESTINY HARRIS
4719 WILLISTON ST
BALTIMORE, MD 21229


DESTINY HILL
2103 LINDA SUE CIR.
FORT PIERCE, FL 34982


DESTINY NASH
6759 S 88TH ST
CHICAGO, IL 60636


DESTINY PERKINS
373 CARROLL STREET JAR 62
AKRON, OH 44325


Destiny Powell
1700 E Cold Spring Ln
Baltimore, MD 21251

DESTINY POWELL
147 YAREMICH DR
BRIDGEPORT, CT 06606-2570


DESTINY POWELL
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


DESTINY SCOTT
1435 N 59TH ST
OVERBROOK HILLS, PA 19151


DESTINY SHABAZZ
2132 CURTIS ST. APT.A
OAKLAND, CA 94607


DESTINY SPENCER
2737 W. 79TH STREET
CHICAGO, IL 60652


DESTINY WALLACE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DESZIRAE SMALL
3405 PARKLAWN AVE
BALTIMORE, MD 21213-1112


DEUNTE COX
333 FORDHAM ROAD
DALLAS, TX 75216


DEVANAIRE CONLIFFE
670 EAST 159TH STREET
CLEVELAND, OH 44110-2414


DEVANN-RAY HAMILTON
3810 NW 183RD ST
APT #205
MIAMI GARDENS, FL 33055


DEVANTE DICKERSON
1459 CHAPMAN DRIVE
LANCASTER, TX 75134

DEVAVRAT SATHE
80 EAST EXCHANGE ST.
268 B, THE DEPOT
AKRON, OH 44306


DEVEINE TONEY
6813 BROMPTON RD
BALTIMORE, MD 21206


DEVEINE TONEY
6813 BROMPTON RD
GWYNN OAK, MD 21207


DEVEJA WEBB
6640 AUTUMN WOODS TRAIL
DALLAS, TX 75232


DEVENA CAMPBELL
3601 SW 32 COURT
HOLLYWOOD, FL 33023


DEVESH DADHICH SHREERAM
3380 S GEKELER LN
APT H102
BOISE, ID 83706


DEVIN BOOKER
59 REDHEAD ST
AMERICAN CANYON, CA 94503-1379


DEVIN BURKE
111 N. ATHOL AVENUE
BALTIMORE, MD 21229


DEVIN CARMICHAEL
1215 RAMBLEWOOD ROAD
BALTIMORE, MD 21239


Devin Conley
75 meadow Lark Dr.
Lancaster, KY 40444


DEVIN GEAR
3669 JONES ROAD
DIAMOND, OH 44412

DEVIN HARDLEY
17550 NW 10TH ST
PEMBROKE PINES, FL 33029


DEVIN HOGAN
8415 BATES DR
BOWIE, MD 20720


DEVIN HOUDESHELL
359 ERIEVIEW BOULEVARD
SHEFFIELD LAKE, OH 44054


DEVIN HOWARD
1761 NW 13TH AVENUE
HOMESTEAD, FL 33030


DEVIN JOHNSON
1319 WALTERS AVE
BALTIMORE, MD 21239-2829


DEVIN MOULTRIE
10321 SW 146 ST
MIAMI, FL 33176


DEVIN SIMMONS
7621 GUNMILL LANE
GLEN BURNIE, MD 21060


DEVO'N JONES-FARHAT
1011 TWEED DR
AKRON, OH 44319


DEVON ASHBY
12125 GALENA RD
ROCKVILLE, MD 20852-2205


DEVON GARRETT
517 CLARA DRIVE
TRENTON, OH 45067


DEVON GLENN
2424 WEST WARREN BOULEVARD
CHICAGO, IL 60612

```
DEVON HINES
6707 OLD HARFORD RD
PARKVILLE, MD 21234-7640


Devon Johnson
5000 Mountain Springs Dr.
Apt. 1806
Antioch, TN 37013


DEVON JOHNSON
5000 MOUNTAINI SPRINGS DR
APT 1806
CANE RIDGE, TN 37013


DEVON JONES
7590 PARAGON ROAD
DAYTON, OH 45417


DEVON MERCURY
7380 SW 107TH AVE
APT. 1-103
MIAMI, FL 33173


DEVON TEAGLE
601B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DEVON TEAGLE
208C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DEVONN CRUMP
211 GARDEN RIDGE RD APT B
CATONSVILLE, MD 21228


DEVONNE POLK
7500 WEST 64TH STREET
SUMMIT, IL 60501


DEVONTE BERRY
1029 STARBOARD CT
EDGEWOOD, MD 21040-1332
```

DEVONTE HALL
2013 TRENTON PLACE SE
WASHINGTON, DC 20020


DEVONTE ROBINSON
720 W NORTH AVE APT A
BALTIMORE, MD 21217-4437


DEVONTE SIMON
8409 SUPERIOR AVENUE
CLEVELAND, OH 44103


DEVONTE STATEN
312 AUBURN ST
PITTSBURGH, PA 15235


DEVONTE STATEN
181 SHERMAN AVENUE
VANDERGRIFT, PA 15690


DEVOY GREY
4220 NW 10TH TER
FORT LAUDERDALE, FL 33309


DEVYN DUBOSE
22177 VACATION DRIVE
CANYON LAKE, CA 92587


DEVYN WILKINS
13501 HILLROD LN
UPPER MARLBORO, MD 20774-1970


DEWAYNEN ADDISON
303C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DEX DAVIS
17160 ABBEY ROAD
CHAGRIN FALLS, OH 44023


Dexcom, Inc.
6340 Sequence Dr.
San Diego, CA 92121

DEXTER COOPER
15200 NW 28TH PLACE
MIAMI GARDENS, FL 33054


DEXTER GOLATT
13508 ROBERT EVANS ROAD
ALEXANDER, AR 72002


DEXTER HARRIS
8516 STEVENSWOOD RD
WINDSOR MILL, MD 21244-2217


DEYANSA MACKEY, JR.
12445 NW 27TH AVE
APT #203
MIAMI, FL 33167


DEZHEN WU
1204 BUCKINGHAM GATE BLVD
CUYAHOGA FALLS, OH 44221


DEZHEN WU
536 SOUTH HAWKINS AVE APT3
AKRON, OH 44320


Dezimond Fisher
4203 Cloudberry Ct
Burtonsville, MD 20866


DEZIMOND FISHER
4806 JEFFERSON STREET
LANHAM, MD 20706


DEZIMOND FISHER
4203 CLOUDBERRY CT.
BURTONSVILLE, MD 20866


DEZIREE VANDERPOOL
3808 PARKWOOD
WACO, TX 76710


DEZTINY RAY
1449 KITMORE RD
GLENN DALE, MD 20769

DEZTINY RAY
1449 KITMORE RD
BALTIMORE, MD 21239


DHARAMDEEP JAIN
2220 HIGH ST.
APT 305
CUYAHOGA FALLS, OH 44221


Dharma Jolas
508 Carlisle Dr.
Huntington, IN 46750


DHARMA JOLAS
508 CARLISLE DR
HUNTINGTON, IN 46750


DHAWAL UNUNE
590 E BUCTEL AVE.
APT. 42
AKRON, OH 44304


DHAWAL UNUNE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DHAWAL UNUNE
77 FIR HILL STREET
APT. NO. 4B11
AKRON, OH 44304


DHRUV NAIR
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DHUHA ALQURAINI
1125 NORTH HOLLAND SYLVANIA ROAD APT 10L
TOLEDO, OH 43615


DHURBA RAJ SAPKOTA
3941 AIRPORT HWY APT 32
TOLEDO, OH 43615

DI WENG
3755 CASCADES BLVD. SUITE 104
KENT, OH 44240


Dia Penning
1059 Golden Cane Dr.
Fort Lauderdale, FL 33327


DIA PENNING
1059 GOLDEN CANE DRIVE
WESTON, FL 33327


Diagnositc Imaging Services PA
200 SE Hospital Ave.
Stuart, FL 34994


DIAGNOSTIC CENTER FOR WOMEN
7500 SW 87th Ave, #100
Miami, FL 33173


Diagnostic Centers of America
6080 W. Boynton Beach Blvd. #140
Boynton Beach, FL 33437


Diajrah Dockery
147-02 - 123rd Ave.
Jamaica, NY 11436


DIAMOND BOND
7208 WALKER STREET
PHILADELPHIA, PA 19135


DIAMOND CLARKE
3111 CORAL SPRINGS DRIVE
APT B212
CORAL SPRINGS, FL 33065


DIAMOND DURANT
924 E DORSET STREET
PHILADELPHIA, PA 19150


DIAMOND GIBBS
906 OLIVE BRANCH CT N
EDGEWOOD, MD 21040

DIAMOND JOHNSON
1397 E 52ND STREET
CLEVELAND, OH 44103


DIAMOND LONON
5104 WOODLAND BLVD
OXON HILL, MD 20745


DIAMOND QUICK
14438 SOUTH MICHIGAN AVENUE
RIVERDALE, IL 60827


DIAMONIQUE BUNDER
11871 LINCOLN WAY WEST
MASSILLON, OH 44647


DIAMONTE CHASE
846 CARBERRY LN
TEMPLE HILLS, MD 20748


DIAMONTE CHASE
846 CARBERRY LN
BALTIMORE, MD 21201


DIAN AMINI NOORI
2020 N BAYSHORE DR
APT 2403
MIAMI, FL 33137


DIAN JIAO
10 ROSECLIFF
FARMINGTON, CT 06032


Diana Brewster, DO
4172 Holiday St NW
Canton, OH 44718


DIANA CHIEM
6001 RED OAK DR
TOLEDO, OH 43615


DIANA GAVRILOVA
1849 S OCEAN DR APT 1214
HALLANDALE, FL 33009

DIANA JACKSON
23 OXFORD ROAD
NEWPORT NEWS, VA 23606


DIANA JACKSON
1584 WESLEYAN DRIVE
CAMPUS MAILBOX B315
NORFOLK, VA 23502


DIANA LAROCQUE
1020 NW 155TH LN #203
C/O ELLISON CHARLES
MIAMI, FL 33169


DIANA PHILIP
22 EAST EXCHANGE STREET
APARTMENT 4136
AKRON, OH 44308


DIANA WALLACE
4002 CALLAWAY AVE
SEVERN, MD 21144


DIANA WALLACE
4002 CALLAWAY AVE
BALTIMORE, MD 21215


DIANE FINNER
7451 SOUTH VERNON
CHICAGO, IL 60619


DIANTAY DENARD
16284 MAGNOLIA GROVE WAY
JACKSONVILLE, FL 32218


DIARRA DIA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DIAUNTE COOK
1702 SHERWOOD AVE
BALTIMORE, MD 21239-3129

```
DIBYENDU DEBANTH
195 WHEELER STREET
APT. # 103
AKRON, OH 44304


DIBYENDU DEBNATH
195 WHEELER STREET
APT. # 103
AKRON, OH 44304


Dickinson Wright, PLLC
2600 W. Big Beaver #300
Troy, MI 48084


DIEGO CAMACHO
16950 NORTH BAY ROAD APT. 1415
SUNNY ISLES, FL 33160


DIEGO GAMBOA PABON
2801 W BANCROFT MS121
TOLEDO, OH 43606


DIEGO GONZALEZ
9971 SW 26 STREET
MIAMI, FL 33165


DIEGO MENDEZ
5042 SW 163RD CT
MIAMI, FL 33185


DIEGO RAMIREZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DIEGO RIVERA ESCALANTE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DIEGO RODRIGUEZ
9406 NE 9TH AVENUE
MIAMI SHORES, FL 33138


DIEGO SANCHEZ
3210 SW 16 CT
FORT LAUDERDALE, FL 33312
```

DIERA LAWSON
1115 KENNEBEC ST
OXON HILL, MD 20745


DIETRICE FORTUNE
324 EAST 27TH ST
BALTIMORE, MD 21218-4413


DIGDEM AMESEDER
VILLANOVA HALL
16401 NW 37 AVE
MIAMI, FL 33054


Digestive Care
3001 Coral Hills Dr. #250
Pompano Beach, FL 33065


Digestive Disease Consultants
1299 Industrial Parkway North
Suite 110
Brunswick, OH 44212


Digestive Medicine Associates
570 White Pond Dr., Suite 150
Akron, OH 44320


Dikshya Parajuli
3414 Dorr St.
Apt. 406
Toledo, OH 43607


DILEEPA JAYAWARDENA
3309 MIDDLESEX DR APT D
TOLEDO, OH 43606


DILINNIA HALL
3905 SW 67TH TERR
DAVIE, FL 33314


DILINNIA HALL
1001 NW 8TH STREET
HALLANDALE, FL 33009

```
DILIP SHARMA
4414 LAPLATA AVE,APT G
BALTIMORE, MD 21211


DILLON GUMP
9757 WILLIAMSON ROAD
MEADVILLE, PA 16335


DILLON WALSH
2512 20TH
WYANDOTTE, MI 48192


DILRUKSHIKA PALAGAMA
1220 BERNATH PKWY
TOLEDO, OH 43615


DIMERY MOWERY
4901 TORBAY PL
UPPER MARLBORO, MD 20772-6149


DIMITRA GNAFAKI
80 E.EXCHANGE UNIT182B
AKRON, OH 44308


DIMITRIUS DOAN
1 SAVANNAH
IRVINE, CA 92620-2553


DIMITRUS SMITH
14310 ST MARY
DETROIT, MI 48227


DIMITRY RENAUD
639 NE 160 ST
MIAMI, FL 33162


DINA BENJAMIN
7611 SW 9TH ST
NORTH LAUDERDALE, FL 33068-1324


DINAH AHOVI
5008 DENVIEW WAY APT F
BALTIMORE, MD 21206
```

DINAH AHOVI
5008 DENVIEW WAY APT F
RANDALLSTOWN, MD 21133


DINESH KUMAR REDDY REDDYGARI
5676 BROADVIEW ROAD APT 323
PARMA, OH 44134


DINESH KUMAR REDDY REDDYGARI
77 FIR HILL  APT 3B11
AKRON, OH 44304


DINESH MARASINGHE MARASINGHE MUDIYANSELA
111  E GLENWOOD AVE.
AKRON, OH 44304


DINESH MARASINGHE MUDIYANSELAGE
111 E GLENWOOD AVE.
AKRON, OH 44304


DING-KANG WANG
3704 WYNDHAM RIDGE, #207
STOW, OH 44224


DINGRUI WANG
55 FIR HILL TOWER
6B4
AKRON, OH 55304


DINOLD GABRIEL
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Diogo Felix
12166 NW 46th St.
Pompano Beach, FL 33076


DIOGO FELIX
12166 NW 46TH STREET
CORAL SPRINGS, FL 33076


DIOGO PACHECO
408 ALLYN STREET
AKRON, OH 44304

DIOLYMAR CABRERA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


DIOMIDES SUERO DE LOS SANTOS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


DION KINDLES
8410 S. WESTMORELAND RD
DALLAS, TX 75237


DION THORNTON
32 NORTH AVENUE
CINCINNATI, OH 45215


DIONDREA NIXON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DIONNA BURRELL
2523 HAMILTON AVENUE
BALTIMORE, MD 21214


DIONNA WHITTAKER
1219 GLENHAVEN RD
BALTIMORE, MD 21239-2238


DIONNEDRIA ROBERTSON
2118 NW 19TH TERR
MIAMI, FL 33125


DIONTA STEPHENSON
4813 NORTH O'CONNOR ROAD, APT 130
IRVING, TX 75062


DIPAK PUKALE
634 E. BUCHTEL AVE APT 215
AKRON, OH 44304


DIPAK PURKALE
634 E. BUCHTEL AVE APT 215
AKRON, OH 44304

Dipendra Adhikari
1134 Brookview Dr.
Apt. 6
Toledo, OH 43615


DIPENDRA DAHAL
634 E BUCHTEL AVE
APT 302
AKRON, OH 44304


DIPENDRA POKHREL
3905 AIRPORT HWY APT 27
TOLEDO, OH 43615


Dipesh Niraula
4814 Bancroft St.
Apt. 35
Toledo, OH 43615


DIPESH NIRAULA
4814 W BANCROFT ST APT 35
TOLEDO, OH 43615


DIPESH NIRAULA
2801 W BANCROFT MS513
TOLEDO, OH 43606


Distany Nguasong
8413 Greenbelt Rd.
Greenbelt, MD 20770


DISTANY NGUASONG
8413 GREENBELT RD
GREENBELT, MD 20770


DIVANA D'CESARE
STIRLING ROAD APT 207
HOLLYWOOD, FL 33024


DIVYA ANDY
1325 OAK HILL CT APT 143
TOLEDO, OH 43614

```
DIVYA SINGH
279 WHEELER STREET
APARTMENT UP
AKRON, OH 44304


Dixie Highway Inpat Servc, LLC
20900 Biscayne Blvd.
Miami, FL 33180


DIYUAN STILL
1119 NORTH STRICKER ST
BALTIMORE, MD 21217


Djamila Assilamehoo
2239 University Hills Blvd.
Apt. 205
Toledo, OH 43606


DJAMILA ASSILAMEHOO
2239 UNIVERSITY HILLS BLVD
APT 205
TOLEDO, OH 43606


DJO LLC
P.O. Box 660852
Dallas, TX 75266-0852


DMS Management Solutions
2055 Crocker Rd. #300
Westlake, OH 44145


DO-YOUNG KIM
8003 HIDDEN VW
HOLLAND, OH 43528


DOBBE WEVERINK
16401 NW 37 AVE
MIAMI GARDENS, FL 33054


Doctors Hospital, Inc.
5000 University Dr.
Miami, FL 33146
```

DOCTORS PLUS PEMBROKE PINES
501 NW 179th Ave
PEMBROKE PINES, FL 33029


DOLAPO NURUDEEN
301 WILCREST DR APT 4908
HOUSTON, TX 77042-1064


DOLLIE MATHIS
2636 VERANDAH LANE
ARLINGTON, TX 76006


DOMENIC CANCILLA
3138 CRAGMOOR AVE
TOLEDO, OH 43614


DOMENIC PAOLO
11920 TAYLOR WELLS ROAD
CHARDON, OH 44024


DOMINIC DUALAN
29376 WOODBINE LANE
MENIFEE, CA 92584


DOMINIC FRENGEL
2147 MILLROW LOOP
DUBLIN, OH 43016


DOMINIC LAMBERT
2506 BELMONT LANE
NORTH LAUDERDALE, FL 33068


DOMINIC LAMBERT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Dominic Mussilli
147 Oakdale Ave.
Akron, OH 44302


DOMINIC SCHEER
11744 SW 112 LN
MIAMI, FL 33186

DOMINIC SHEER
405 HIBICUS DR.
MIAMI BEACH, FL 33139


DOMINICK CABRERA
5541 SW 64TH PL
MIAMI, FL 33155


DOMINICK MEDINA
4714 NORTH HABANA AVENUE
TAMPA, FL 33604


DOMINIQUE BARILE
6833 NW 173RD DRIVE
APARTMENT R-105
HIALEAH, FL 33015


DOMINIQUE BEAN
6719 25TH AVE
BALTIMORE, MD 21207


DOMINIQUE BEAN
6719 25TH AVE
HYATTSVILLE, MD 20782


DOMINIQUE BONDS
10 SHAWNEE COURT, APARTMENT 203
BALTIMORE, MD 21234


DOMINIQUE CORNISH
4932 GREENCREST RD
BALTIMORE, MD 21206-4627


DOMINIQUE DENNIS
1156 NW 85TH STREET
MIAMI, FL 33150


DOMINIQUE EDWARDS
566 OLD TOWN MALL
BALTIMORE, MD 21216


DOMINIQUE EDWARDS
566 OLD TOWN MALL
BALTIMORE, MD 21202

DOMINIQUE LYDE
3200 LIBERTY HEIGHTS AVE
BALTIMORE, MD 21215


DOMINIQUE LYDE
3207 GLEN AVE.
BALTIMORE, MD 21215


DOMINIQUE PATRICK
10545 ENGLISHMAN DRIVE
BETHESDA, MD 20852


DOMINIQUE ROBINSON
2051 MORNINGSIDE AVENUE
LANCASTER, CA 93535


DOMINIQUE WASHINGTON
9102 FRANCINE LANE
POWELL, OH 43065


DOMINIQUE WILSON
3518 HALFORD ST
BALTIMORE, MD 21230


DOMINIQUE WILSON
3518 HALFORD ST
WALDORF, MD 20603


Dominisha Black
5731 River Rd.
Apt. 519
Nashville, TN 37209


DOMMINAE PAYLOR
37 ELRIDGE LN
WILLINGBORO, NJ 08046-2230


DON SHALHUB
2800 PONCE DE LEON BLVD
#140
CORAL GABLES, FL 33134


DONA RUWANI NISANSALA
2645 WHITEWAY RD APT 6
TOLEDO, OH 43606

```
DONALD ADKINS, IV
27 SOUTH GARLAND AVENUE
DAYTON, OH 45403


DONALD CONTEH
3212 REED ST
2723
LANHAM, MD 20706


DONALD IMES
7110 RENO RD
WINDSOR MILL, MD 21244-3435


DONALD KING
12361 NW 98TH PLACE
HIALEAH GARDENS, FL 33018


DONALD MASON
4609 176TH PLACE
COUNTRY CLUB HILLS, IL 60478


DONALD WILLIAMS
8255 N.W. MIAMI CT.
APT. 512
MIAMI, FL 33150


Donald Wright
17401 Madrillon Way
Accokeek, MD 20607-3458


DONAVAN ELLISON
10121 WALLER DRIVE
DALLAS, TX 75229


DONEDRA WILLIAMS
3210 N W 51ST STREET
MIAMI, FL 33147


DONELL SHINDI
1216 SUNBURY RD
COLUMBUS, OH 43210


DONELLE MCBROOM
30830 144TH AVENUE
LONG GROVE, IA 52756
```

DONETHE CYPRIEN
4504 CLEARFIELD RD
SILVER SPRING, MD 20906-4614


DONG HUN BAN
6316 W BANCROFT ST APT 12
TOLEDO, OH 43615


DONGHYUN LEE
2710 SECOR RD
TOLEDO, OH 43606


DONGLIANG FAN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Donn bevins
3625 Derby Shire Cir.
Windsor Mill, MD 21244


DONN BEVINS
3625 DERBY SHIRE CIRCLE
BALTIMORE, MD 21244


DONNA BLOCKER
5817 WESLEYAN DRIVE
PO BOX A548
VIRGINIA BEACH, VA 23455


DONNELL CLARK
5428 N AMERICAN ST
PHILADELPHIA, PA 19120-2837


DONNESHA SEYMOUR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DONNIE DORSEY
419 32ND ST SE APT G1
WASHINGTON, DC 20019-2307


Donny Williams
1407 Rosedale Ave.
Nashville, TN 37207

DONOVAN BREFFORD
1913 OLDE COVENTRY ROAD E
COLUMBUS, OH 43232-2650


DONOVAN BREFFORD
1389 DEVONHURST DR
COLUMBUS, OH 43232


DONOVAN BRIDGEFORTH
1001 ROSS AVE APT 419
DALLAS, TX 75202


DONOVAN BROWN
4906 NEWTON ST
BLADENSBURG, MD 20710-2318


DONOVAN COLEMAN
3325 GEORGIA STREET APT D
OAKLAND, CA 94602


DONOVAN D TAYLOR MD PA
250 NW 182RD ST
Miami, FL 33169


DONOVAN DREBUS
15103 TIMBER RIDGE DRIVE
MIDDLEFIELD, OH 44062


DONOVAN FOSTER
6344 SADDLE DRIVE
COLUMBIA, MD 21045


DONOVAN RANKINE
16598 NW 20TH ST
PEMBROKE PINES, FL 33028


DONOVAN WILLIAMS
2316 WESTMONT ST
JACKSONVILLE, FL 32207-4441


DONTA JONES
331 N. MASON AVE
CHICAGO, IL 60644

DONTAJAH GILLIS
203A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Donte Clayton
4648-3 Chicago Dr.
Andrews Air Force Base, MD 20762


DONTE WHITE
13415 ARGUS AVENUE
CLEVELAND, OH 44110


Donteyshia Lee
807 Main St.
Apt. 5T
Peekskill, NY 10566-2036


DONTEYSHIA LEE
807 MAIN ST APT 5T
PEEKSKILL, NY 10566-2036


DONTRELL TAYLOR
137 WILLOW BEND DR APT 3A
BALTIMORE, MD 21216


DONTRELL TAYLOR
137 WILLOW BEND DR APT 3A
OWINGS MILLS, MD 21117


DONYEA LEWIS
303A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229


DONYEA LEWIS
303A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DORANNY AQUINO
3661 QUEENS COVE BLVD
WINTER HAVEN, FL 33880

Dorcas Matowe
PO Box 293052
Fort Lauderdale, FL 33329


DORCAS TSHIBANGU
437 SUMNER ST APT. S2
AKRON, OH 44304


Dorcas Williams
12014 S Justine
Chicago, IL 60643


DORCAS WILLIAMS
12014 SOUTH JUSTINE
CHICAGO, IL 60643


DOREEN YASHAN
120 BRANDT AVE
AMHERST, OH 44001


DORIAN ERVIN
4231 WINDING VINE DRIVE
LAKELAND, FL 33812


DORIAN MARTIN
239 SOUTH FRANKLIN STREET
DELAWARE, OH 43015


DORIEN HYMAN
2300 NORTH CALVERT ST APT 203
BALTIMORE, MD 21218


DORKOR ISCANDRI
6519 AMBERFIELD LN
KATY, TX 77449


DOROTHIE BRUTAL
1070 NE 163RD ST APT 22
NORTH MIAMI BEACH, FL 33162-3832


DOROTHIE MAEBRANCHE
920 QUINTON AVE
TRENTON, NJ 08629-2404

DOROTHY SWARTZ
7105 PENSHURST DR.
MENTOR, OH 44060


DOROTTYA FENYVESI
393 SUMNER STREET
AKRON, OH 44304


DOROTTYA PATAKI
1739 VESTA ROAD
WAKEMAN, OH 44889


DOUGHLAS GUTIERREZ
1312 WESLEY STREET
GREENVILLE, TX 75401


Douglas G Plagens, MD
28800 Ryan Rd. #120
Warren, MI 48092


DOUGLAS HARDMAN
5817 WESLEYAN DRIVE
PO BOX C501
VIRGINIA BEACH, VA 23455


DOUGLAS MAGILL
540 E PORTAGE TRAIL
APT. 509-A
CUYAHOGA FALLS, OH 44221


DOUGLAS RYDER
1604 SHORB AVE NW
CANTON, OH 44703


DOUGLAS STOCKTON
3523 EDGEVALE RD
OTTAWA HILLS, OH 43606


DOUGLAS TAYLOR, JR
509 WILLOW PARK RD
ELYRIA, OH 44035


Doverside Emergency Phys, PLLC
3441 Dickerson Pike
Nashville, TN 37207-2539

DPI OF NORTH BROWARD LLC
1537, 1799 W OAKLAND PARK BLVD
#105
Fort Lauderdale, FL 33311


DR MAGALIS AGUILERA PSYD
106
MIAMI, FL 33173


Dr. Andrea Trowers
1801 NE 123rd St., Suite 417
Miami, FL 33181


Dr. Jaimy Yoham
11440 SW 88th St.
Miami, FL 33176


Dr. James Krisel
6795 Stirling Rd.
Fort Lauderdale, FL 33314


Dr. Lewis Jordan, PhD LMHC
1881 NE 26th St.
Fort Lauderdale, FL 33305


Dr. Mel Youngs, DC
916 Cape Coral Pkwy E
Cape Coral, FL 33904


Dr. Steve T. Bussa, OD PLLC
7840 Glades Rd., Suite 245
Boca Raton, FL 33434


DRAKE HAMBLETON
7801 CHILLICOTHE RD
MENTOR, OH 44060-6901


DRAVEN BASS
595 EDGEWOOD DR.
CIRCLEVILLE, OH 43113


DRAVEN BEANS
323 E BUSTLE ST
LOUDONVILLE, OH 44842

DRAVEN JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DRAYSEAN EATMON
6211 ALDERLEY STREET
SAN DIEGO, CA 92114


DRE'SHUN JAMES
900 OAK CREEK DRIVE
HUTCHINS, TX 75141


DREW ARNETT
304D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DREW BROWN
14877 STONEHAVEN DR
PERRYSBURG, OH 43551


DREW HINTON
5520 LEITH RD.
BALTIMORE, MD 21239


DREW HODGSON
4805 CARRIGAN RIDGE CT
DUBLIN, OH 43017


DREW KONTOPOULOS-THOMAS
307A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


DREW KOSTIUK
817 SAND LOT CIR
LOUISVILLE, OH 44641


DREW ONTOPOLUOS-THOMAS
307A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

DREYANI MASON
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


Driola Dega
9568 NW 8 Cir.
Fort Lauderdale, FL 33324


DRU HENDRICKS
3838 HARVEST AVENUE
INDIANAPOLIS, IN 46226


DRUCILLA BELLAMY
1540 NW 119TH ST
MIAMI, FL 33167-3151


DRUMARIUS RHODES
3114 BUTTERMILK WAY
GARLAND, TX 75044


DUANE GRAHAM
1110 N. PATTERSON PARK AVENUE
BALTIMORE, MD 21213


DUANE WALLACE, II
843 RAMSAY ST.
BALTIMORE, MD 21230


DUANISHA BLACK
5477 N W 90TH TERRACE
SUNRISE, FL 33351


DUDLEY DODOO
6320 NAVAL AVE
LANHAM, MD 20706-3527


DUFIRSTSON NEREE
1381 SHERIDAN ST NW
WASHINGTON, DC 20011


DUKENS MARCELUS
4511 RENA RD APT 202
SUITLAND, MD 20746-3601

DULAJUWAN PERCIVAL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DULAT BEKBOLSYNOV
1429 OAK HILL CT APT 6A
TOLEDO, OH 43614


DUMITRU DOVGALIUC
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


DUNCAN COPELAND
17715 TRISTANIA PL
SAN DIEGO, CA 92127-1262


DUNCAN CROOK
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


DUNCAN CROOK
5313 ALBRIGHT DRIVE
VIRGINIA BEACH, VA 23464


Duncan F. Guedon, MD
46 Sgt Prentiss Dr.
Natchez, MS 39120


DUNCAN MCNEILL
2016 N WESTWOOD AVE
TOLEDO, OH 43607


DUNG TRUONG
1749 NE MIAMI CT.,
UNIT 206
MIAMI, FL 33132


Dupage Medical Group
3743 Highland Ave.
Downers Grove, IL 60515

Dushuntae Palmore
1826 S Drake
Apt. 1
Chicago, IL 60623


DUSHUNTAE PALMORE
1826 S. DRAKE APT. 1
CHICAGO, IL 60623


DUSTIN BURKHART
2221 CANTERBURY CIR
AKRON, OH 44319


Dustin Cowart
114 Coshatt Trail
Birmingham, AL 35244


DUSTIN COWART
114 COSHATT TRAIL
HOOVER, AL 35244


DWAYNE COLE
55 EHRBAR AVE APT 1B
MOUNT VERNON, NY 10552-2444


DWIGHT JONES
4417 KENWOOD AVE
BALTIMORE, MD 21206


DWIGHT WASHINGTON
7225 ALLENTOWN RD
FORT WASHINGTON, MD 20744-1069


DWIGHT WHEATLEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


DYAMON BURGESS
2340 NW 167TH STREET
OPA LOCKA, FL 33054


DYAN HUSBANDS
106 BLUFFS CT
BALTIMORE, MD 21216

```
DYAN HUSBANDS
106 BLUFFS CT
COLONIAL HEIGHTS, VA 23834


DYLAN APPOLLONI
4009 DORSET COURT
POWELL, OH 43065


DYLAN CLARK
3950 ARETHA AVE
DETROIT, MI 48201-1526


DYLAN CONROY
20930 VIA AZALEA APT. 3
BOCA RATON, FL 33428


DYLAN ELIE
10312 CASCADE FALLS CT
OWINGS MILLS, MD 21117


DYLAN HOCHBEIN
142 GRIMM RD
SARVER, PA 16055


DYLAN MEEKS
10155 CULPEPPER CT
ORLANDO, FL 32836


DYLAN MEJIA
3038 BELLE AVE NE
ROANOKE, VA 24012


DYLAN RITTER
13642 BURT ST
OMAHA, NE 68154-5168


DYLAN ROWLAND
3129 N TOUSSAINT PORTAGE RD
OAK HARBOR, OH 43449


DYLAN STARCHER
7637 COON CLUB ROAD
MEDINA, OH 44256
```

DYLAN STEARNS
149 NW 108TH WAY
PLANTATION, FL 33324


DYLAN WEARS
60 N LANCASTER
ATHENS, OH 45701


Dymon Joyner
3166 Petre Rd.
Apt. 202
Chesapeake, VA 23325


DYMON JOYNER
3166 PETRE ROAD
APARTMENT 202
CHESAPEAKE, VA 23325


DYNESHIA HOUSE
2621 EASOM CIRCLE
ARLINGTON, TX 76006


DYONSIA WYCHE
213 NW 6TH AVE
DANIA, FL 33004


DYSTANY LAUDERDALE
4513 NORTH ROGERS AVE
BALTIMORE, MD 21215


E.B. CARTER
7011 SOUTH KIMBARK AVENUE
CHICAGO, IL 60637


E.R. STAT INC
PO BOX 161225
ORLANDO, FL 32891


Eano Brin
1700 E Cold Spring Ln
Baltimore, MD 21251


EAR NOSE AND THROAT ASSOCIATES
7900 Glades Rd, Ste 340
Boca Raton, FL 33434

```
EARL KELLEY
3528 ELMORA AVE
BALTIMORE, MD 21223


EARL KELLEY
3528 ELMORA AVE
BALTIMORE, MD 21213


EARL WILLIAMS
2848 SW 83RD AVE
HOLLYWOOD, FL 33025


EARLEAN MCFADDEN
1089 NORTH SUMMIT AVE
APT 8
PASADENA, CA 91103


EARLENE ISAAC
14040 BISCAYNE BLVD.
N MIAMI, FL 33181


EAST COAST PATHOLOGY ASSOC
PO BOX 5040
HIALEAH, FL 33014


East Coast Pathology Assoc
651 E. 25th Street
Hialeah, FL 33013


East FL Behavioral Health Network
7421 N. University Drive, Ste 310
Tamarac, FL 33321


EAST FL BEHAVIORAL HLTH NETWK
PO BOX 741623
202
AVENTURA, FL 33180


EAST FL PRIMARY CARE LLC
PO BOX 405891
SUNRISE, FL 33323


East FL Primary Care, LLC
8395 W. Oakland Park Blvd., Ste E
Sunrise, FL 33351
```

Eastside Hospitalist, Inc.
3501 Johnson St.
Hollywood, FL 33021-5421


EBELE ORANUBA
24 LILY POND COURT
ROCKVILLE, MD 20852


EBENEZER DUAH
25 MCNAUGHTON STREET
AKRON, OH 44305


EBENEZER SUAH
25 MCNAUGHTON STREET
AKRON, OH 44305


EBERARDO GUIERREZ
8395 HOMER STREET
DETROIT, MI 48209


EBERE OKOROM
7920 DUNHILL VILLAGE CIR
BOWIE, MD 20715


Ebin Bastola
1160 Brookview Dr.
Apt. 31
Toledo, OH 43615


EBIN BASTOLA
1233 OAK HILL CT APT 227
TOLEDO, OH 43614


EBONEY HYSON
913 ALLENDALE ST
BALTIMORE, MD 21229


EBONI HALL
8734 WINDING CREEK WAY
PICKERINGTON, OH 43147


EBONI SMITH
648 CARVER TERRACE
AIKEN, SC 29801

```
EBONI THOMPSON
5406 FREDERICK AVE
BALTIMORE, MD 21206


EBONI THOMPSON
5406 FREDERICK AVE
BALTIMORE, MD 21229


EBONIE JACKSON
1915 WOODHAVEN CIRCLE
#106
ROCKLEDGE, FL 32955


EBONY EVANS
535 W 125TH
CHICAGO, IL 60628


EBONY MOORE
3821 SW 31 DRIVE
WEST PARK, FL 33023


EBONY RAGLIN
5529 STRATTON DRIVE
DALLAS, TX 75241


EBONY WILLIAMS
526 CHELTENHAM AVE SE
PALM BAY, FL 32909


EBUBE CHKWUKA-EZE
9443 BALLARD GREEN DRIVE
OWINGS MILLS, MD 21117


EBUNOLUWA ADEDEJI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


EBUNOLUWA ONI
1222 KINGS TRACE DR
BOWIE, MD 20721


EBUNOLUWA ONI
1700 E COLD SPRING LANE
BALTIMORE, MD 21251
```

ECG Constulants of Bethesda, LLC
2815 S. Seacrest Blvd.
Boynton Beach, FL 33435


EDDY MOISE
301 NW 19TH STREET
POMPANO BEACH, FL 33060


EDDY NODARSE
19365 NW 54 COURT
MAIMI GARDENS, FL 33055


EDEN ADELSON
6407 SAND PEBBLE AVE
TEMPLE TERRACE, FL 33637-5649


EDEN MUNROE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


EDEN TORWELL
3736 CAPULET TER
SILVER SPRING, MD 20906-2644


Eden Trowell
3736 Capulet Ter
Silver Spring, MD 20906-2644


EDGAR CISNERO
301 PATSY AVE
GLEN BURNIE, MD 21060-7220


EDGARD APARICIO
8007 NW 74TH TERRACE
TAMARAC, FL 33321


Edgepark Surgical
1810 Summit Commerce Park
Twinsburg, OH 44087


EDISON CABRERA
855 BURLINGTON STREET
MIAMI GARDENS, FL 33054

Edith C. Sella, MD
1500 E Medical Center Dr.
Spc 5582
Ann Arbor, MI 48109


EDITH JULMISSE
16961 NE 5TH CT
NORTH MIAMI BEACH, FL 33162-3969


EDMUND ESSANDOH
593 BROWN ST.
AKRON, OH 44311


EDOGHOGHO UGIAGBE
6 VIRUNGA CT, WINDSOR MILL
APT.A
WINDSOR MILL, MD 21244


EDSON OLADIMEJI
8608 BRAMBLE LN APT 103
RANDALLSTOWN, MD 21133-6119


EDSON SINK
12340 S RIVER RD
GRAND RAPIDS, OH 43522


EDUARDA SALESDESOUZA
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


EDUARDO ALVARADO
1005 EL TRIUMFO STREET
DALLAS, TX 75212


EDUARDO BONILLA
5435 NW 121 AVE
CORAL SPRINGS, FL 33076


Eduardo Carrasquillo
5541 Old Guard Crescent
Virginia Beach, VA 23462

EDUARDO GONZALEZ
581 EAST SEMINOLE AVENUE
LABELLE, FL 33935


EDUARDO HERRERA
1319 LEWIS DRIVE
GARLAND, TX 75041


EDUARDO KING
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


EDUARDO REYES
19221 SW 376 TERRACE
FLAMINGO LODGE, FL 33034


Eduardo Rodriguez Macrillante
1728 Secor Rd.
Apt. G
Toledo, OH 43607


EDUARDO RODRIGUEZ MACRILLANTE
1728 SECOR RD APT F
TOLEDO, OH 43607


EDWARD ATUAHENE
676 E BUCHTEL AVENUE
AKRON, OH 44304


EDWARD BRUNOT
608 RIDGECREST RD
AKRON, OH 44303


EDWARD CHMIELOWICZ
2109 MAYPORT DR
TOLEDO, OH 43611


EDWARD DAVIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


EDWARD DICK
16038 SW 62 STREET
MIAMI, FL 33193

```
EDWARD ECKERT
2345 W HILLSBORO BLVD
#105
DEERFIELD BEACH, FL 33442


EDWARD ISIDORE
1550 NW 135 STREET
MIAMI, FL 33167


EDWENE MERTIL
914 SW 20TH CT DELRAY BEACH
DELRAY BEACH, FL 33445


EDWIN ASIRIFI
707 CARNEGIE AVENUE
AKRON, OH 44314


EDWIN BONILLA
10320 NW 8TH ST
PEMBROKE PINES, FL 33026


EDWIN BREW
23332 ROBIN SONG DR
CLARKSBURG, MD 20871-4445


EDWIN CAMPOS
745 EMERALD LAKE DRIVE
APARTMENT 202
VIRGINIA BEACH, VA 23455


EDWIN DERICO
3760 NW 78TH LANE
CORAL SPRINGS, FL 33065


EDWIN GORDON
5028 YELLOWWOOD AVE.
BALTIMORE, MD 21209


EDWIN MCFARLANE
3129 NW 23RD AVENUE
MIAMI, FL 33142


EDWIN MCGRIFF
2817 NW 9TH ST
FORT LAUDERDALE, FL 33311
```

EDWINA DORBOR
17534 96TH AVE N
MAPLE GROVE, MN 55311


EDWINA MERTIL
914 SW 20 CT
DELRAY BEACH, FL 33445


EELIT
27500 Detroit Rd.
Ste. 202
Westlake, OH 44145-5913


EFFANIE SIMON
3708 BARTWOOD RD
BALTIMORE, MD 21215-2710


EGIDIA IZOBA
5779 ARBORWOOD COURT
COLUMBUS, OH 43229


EHIJELE UBUANE
4317 GLENMORE AVENUE
BALTIMORE, MD 21206-1920


EHSAN RAEE
581 E. BUCHTEL ST.
AKRON, OH 44304


EHSAN RAEE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


EHSAN SABBAR
1274 OAK HILL CT APT. 260
TOLEDO, OH 43614


EHSAN SAEIDPOUR PARIZY
30 SEVERANCE CIR APT 503
CLEVELAND HEIGHTS, OH 44118


Eid Wilkins
7069 Quail Lakes Dr.
Holland, OH 43528

EILEEN HERMAN
1744 LARKSPUR DR
LYNDHURST, OH 44124


EILIDH DAUGHERTY
9535 STATE ROUTE 64
SWANTON, OH 43558


EJIRO AFOKOGHENE
17299 NORLAND WAY
SHREWSBURY, PA 17361


EJIRO ESEMITODJE
1409 BEARDSLEY STREET
AKRON, OH 44301


EKA KRISNA SANTOSO
401 S. MAIN STREET
109A
AKRON, OH 44311


EKG & Echo Readers, Inc.
8201 W. Broward Blvd.
Fort Lauderdale, FL 33324-2701


EKUNDAYO OLUMIDE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


EL MIRADOR SURGERY CENTER
1180 NORTH INDIAN CANYON DRIVE
NEW YORK, NY 10003


El Tashik Faruq
15430 Norwalk Ct
Bowie, MD 20716


ELAHEH DORARI
877A ROCKY BROOK DR
AKRON, OH 44313


ELAHEH DORARI
553 E BUCHTEL AVE
AKRON, OH 44304

ELAIME IRIAS
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


ELAINA ILER
4154 MEADOWBROOK DRIVE
LEAVITTSBURG, OH 44430


ELAINE CHASE
266 MCMILLAN RD
GROSSE POINTE F, MI 48236-3456


ELAINE SAMEDY
2843 FILLMORE STREET
HOLLYWOOD, FL 33020


ELANNA NELLIS
304A DALEY
2500 WEST NORTH AVENUE
JOPPA, MD 21085


ELANNA NELLIS
304A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ELAYZHA STAFFORD
7610 BLANDING BLVD
JACKSONVILLE, FL 32244


ELDA F GUERRA MD
3011 W FLAGLER ST
MIAMI, FL 33135


Eleanor Cook
3725 Lincolshire Woods Rd.
Toledo, OH 43606


ELEANOR WEBB
3706 FAIRVIEW AVE. APT. 1
BALTIMORE, MD 21216


ELENA LEWISS RABI
1006 EAST LAKE AVENUE
TAMPA, FL 33605

ELENA PADILLA SUNSERI
530 VALENCIA AVE UNIT 1
CORAL GABLES, FL 33134


ELENA SILANTYEVA
475 CENTER AVE, APT. 5
CUYAHOGA FALLS, OH 44221


ELENA SILANTYEVA
503 VINE ST.
APT. 304
AKRON, OH 44304


ELENA STACHEW
8308 LAKE AVENUE
CLEVELAND, OH 44102


ELENA TRAMPEVSKA
8477 LUTZ AVE NW
CLINTON, OH 44216


ELEXEA AURILIO
2245 UNIVERSITY HILLS BLVD
APT B304
TOLEDO, OH 43606


ELEXIA CARMONA
5913 QUIET MEADOW
PASADENA, TX 77505


ELEXIS EVANS
19165 ROBSON STREET
DETROIT, MI 48235


ELGAR WILLIAM
100 NW 74TH ST
APT A
EL PORTAL, FL 33150


Elham Ghaderian
1059 Amanda Cir.
Toledo, OH 43615

ELHAM GHADERIAN
1059 AMANDA CIR
TOLEDO, OH 43615


ELHAM MALEKZADEH
430 SUMNER ST.
APT.202
AKRON, OH 44304


ELHAM PAZOUKI
590 E BUCHTEL AVE. APT 47
AKRON, OH 44304


ELI HARPER
9142 MARLOVE OAKS LANE
OWINGS MILLS, MD 21117


ELIAH LUX
728 PINE VALLEY LN APT 201
TOLEDO, OH 43615


ELIANA ARIAS-NAVAS
4720 SHERIDAN STREET
UNIT #2
HOLLYWOOD, FL 33021


ELIANA ESPINOSA
6065 NW 186 ST. #108
HIALEAH, FL 33015


Elias Bassil
164 Chesterfield Ln
Apt. 7
Maumee, OH 43537


ELIAS BASSIL
1116 BERNATH PKWY
TOLEDO, OH 43615


Elias Dermatology
4610 N. Federal Hwy
Fort Lauderdale, FL 33308

Elias Johnson
730 Church Ln
Lansdowne, PA 19050


ELIAS JOHNSON
730 CHURCH LANE
YEADON, PA 19050


ELIAS MAJOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ELIAS QUINONES
8609 N 15TH ST.
TAMPA, FL 33604


ELIE JEAN-BAPTISTE
2300 PIERCE STREET
APT. 19
HOLLYWOOD, FL 33020


ELIER FLORES
7 ELIZABETH ST
MILFORD, DE 19963-2321


ELIESE LACOURT
8605 PLEASANT MEADOWS DR NE
ROCKFORD, MI 49341


ELIJAH ABENTH
302B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Elijah Burton
1340 Linwood Ave.
Columbus, OH 43206


ELIJAH CHRISTMAS
5407 HACKNEY ROAD
CHESTERFIELD, VA 23234


ELIJAH DUNCAN
5340 E. ROSEDALE ST. APT 624
FORT WORTH, TX 76105

Elijah Henderson
3206 Spanish Trail
Apt. 10
Atlanta, GA 30344


ELIJAH HENDERSON
3206 SPANISH TRAIL
APT. 10
EAST POINT, GA 30344


ELIJAH JOHNSON
1222 WHITE AVE
FREMONT, OH 43420


Elijah Roman
18125 Summerlin Dr.
Hagerstown, MD 21740


ELIJAH ROMAN
18125 SUMMERLIN DRIVE
HAGERSTOWN, MD 21740


ELIJAH SKAGGS
498 KROFT STREET
GALION, OH 44833


ELIJAH STALEY
4700 WEST VILLAGE XING APT 5329
SMYRNA, GA 30080


ELIJAH WILLIAMS
7108 LANSDALE ST
BALTIMORE, MD 21229


ELIJAH WILLIAMS
7108 LANSDALE ST
DISTRICT HEIGHTS, MD 20747


ELIN FLEMING
18 HAVEN CT
NYACK, NY 10960-1933


ELINA ROJAS
11799 SW 27 ST
MIAMI, FL 33175

Elisa Bertoni
8320 NW 33 Terrace
Miami, FL 33122


ELISA BERTONI
8320 NW 33 TERRACE
DORAL, FL 33122


ELISE GRUM
8626 PEPPER RIDGE CIRCLE
SYLVANIA, OH 43560


ELISE HELMBRECHT
806 CALLISTA CAY LOOP
TARPON SPRINGS, FL 34689


Elisha Dale
705 Carroll St.
Akron, OH 44304


ELISHA DALE
1706 24TH STREET NW
CANTON, OH 44709


ELISHA THOMAS
6151 EAST EMPIRE AVENUE
BENTON HARBOR, MI 49022


ELISHA WESTON
500 NE 30TH CT
PAMPANO BEACH, FL 33064


Elite Imaging, LLC
2999 NE 191st St, Suite 103
Miami, FL 33180


ELIZABETH AVILA
2535 BERDAN AVE.
TOLEDO, OH 43613


Elizabeth Bair
5573 Reef Rd
Mentor, OH 44060

ELIZABETH BAIR
5573 REEF ROAD
MENTOR, OH 44060


ELIZABETH BREEN
2104 CRESTDALE DRIVE
STOW, OH 44224


ELIZABETH CORONADO
11286 NW 43RD TER
DORAL, FL 33178


ELIZABETH FLINNER
4189 RICHVILLE DR SW
CANTON, OH 44706


ELIZABETH GRABER
207 E PARKLANE AVE
P.O. BOX 424
BRADNER, OH 43406


ELIZABETH HERNANDEZ
7780 NW 169TH TERRACE
MIAMI LAKES, FL 33016


ELIZABETH HERNANDEZ
160 W 63 ST
HIALEAH, FL 33012


ELIZABETH HICKS
3807 OFFUTT RD
BALTIMORE, MD 21216


ELIZABETH HICKS
3807 OFFUTT RD
RANDALLSTOWN, MD 21133


Elizabeth Jones
374 Winnow Dr
Clayton, DE 19938


ELIZABETH JONES
374 WINNOW DRIVE
CLAYTON, DE 19938

ELIZABETH KELLER
1847 EDWARDS DRIVE
WOOSTER, OH 44691


ELIZABETH LAMPORT
430 SUSSEX COURT
AURORA, OH 44202


ELIZABETH MCDONALD
180 EAST DANIA BEACH BLVD
APARTMENT 420
DANIA BEACH, FL 33004


ELIZABETH MCDONALD
3539 S FEDERAL HIGHWAY
APARTMENT E
BOYNTON BEACH, FL 33435


ELIZABETH MISHLER
524 DEFIANCE XING
DEFIANCE, OH 43512


ELIZABETH MITCHELL
2828 OLD HICKORY BLVD. APT. 220
NASHVILLE, TN 37221


ELIZABETH MITCHELL
10250 LAKE ROAD
OTISVILLE, MI 48463


ELIZABETH MOLLA
1949 STABLER ROAD
AKRON, OH 44313


ELIZABETH MOLLA
2082 STABLER ROAD
AKRON, OH 44313


ELIZABETH MOSIER
2052 FOX CHASE
AUSTINTOWN, OH 44515


ELIZABETH NORLANDER
3290 CAMINO CORONADO
CARLSBAD, CA 92009-9313

```
ELIZABETH OLUSOLA
3712 BRICE RUN RD
RANDALLSTOWN, MD 21133


ELIZABETH OVIAWE
1 POMONA WEST, APT. #9
PIKESVILLE, MD 21208


ELIZABETH OVIAWE
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


ELIZABETH PEREZ
1855 W 60TH ST APT 346
APT 346
HIALEAH, FL 33012-8923


ELIZABETH RAMIREZ
17830 NW 81 AV
MIAMI, FL 33015


ELIZABETH RAZZOOG
17864 W STATE ROUTE 105
ELMORE, OH 43416


ELIZABETH SEDIO
1 WALNUT TRAIL
OLMSTED TOWNSHIP, OH 44138


Elizabeth Sutter
2911 Touby Rd.
Mansfield, OH 44903-9248


ELIZABETH VIELOT
1641 SW 98TH AVE
PEMBROKE PINES, FL 33025


ELIZABETH WIRTH
2535 BERDAN AVE
TOLEDO, OH 43613


ELIZAVYETA DMITRIEVA
615 SANDUSKY ST
DELAWARE, OH 43015
```

ELLA TREPASHKO
1030 ARBOR LANE
GLENVIEW, IL 60025


ELLEN MARTINEZ
707 YORK RD APT 3216
TOWSON, MD 21204-2878


ELLI-ANNA SILVA
115 ANTIQUERA AVE. #2
CORAL GABLES, FL 33134


ELLIOTT A STEIN MD PA
21110 Biscayne Blvd., Ste 404
AVENTURA, FL 33180


ELLIOTT CLAY
112 MENARD PL
THIBODAUX, LA 70301-3548


ELLIOTT GRAYSON
302 COUNTRY CLUB ACRES
SHELBY, NC 28150


ELLIOTT KIRBY
3450 ROUGH AND READY ROAD
NEW CONCORD, OH 43762


ELLIOTT WILSON
9549 S. RICHMOND AVE
CHICAGO, IL 60805


ELLIS STEWART
7575 FRANKFORD ROAD, APT 1816
DALLAS, TX 75252-6472


ELMER ARGUETA
7629 ANSON CIRCLE DRIVE
DALLAS, TX 75235


Elmer Carrera
7629 Anson Circle Dr.
Dallas, TX 75235

ELOHCIN MARBLEY
1987 TWINSBURG ROAD
TWINSBURG, OH 44087


ELOISE ANDERSON
3101 N W 164 STREET
MIAMI GARDENS, FL 33054


ELOISE ANDERSON
N W 164 STREET
MIAMI GARDENS, FL 33054


ELRONDO COLSON
5890 BENTWOOD DR
MIDDLETOWN, OH 45042


ELSA PETERSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Elsa Velazquez, MD
75 Francis St
Boston, MA 02115


ELVIRA LOZANO
1719 MANOR GARDEN CURVE
GREENVILLE, TX 75401


ELVIS ANDREWS
C/O TEJEAN MARTIESEN
204 EAST JOPPA ROAD
TOWSON, MD 21286


Elwin Ready
2813 Hackney Ln
Waldorf, MD 20602-2200


ELYA KARSNER
900 HARVIELAND RD
FRANKFORT, KY 40601


ELYSA GALLOWAY
2269 NE 31 STREET
LIGHT HOUSE POINT, FL 33064

ELYSHA WALKER
1405 NE OAK LANE DRIVE
JENSON BEACH, FL 34957


ELYSHA WALKER
2661 CENTER COURT DRIVE
WESTON, FL 33332


Eman Abu Alhana
5758 Fox Pointe Dr.
Sylvania, OH 43560


EMANUEL BROWN
1811 TRENLEIGH RD
PARKVILLE, MD 21234


Emanuel Jones
3903 Clarks Ln
Apt. C
Baltimore, MD 21215-2636


EMANUEL JONES
3903 CLARKS LN APT C
BALTIMORE, MD 21215-2636


EMANUEL MORGAN
3150 LA COSTA CIR
NAPLES, FL 34105


EMANUEL YISREAL
2220 WHITE OWL WAY
SUITLAND, MD 20746-1053


EMBER MOOTHART
1413 WESTSHORE DR
FINDLAY, OH 45840


EmbroidMe / Fully Promoted
3683 Clague Rd.
North Olmsted, OH 44070


EMELY CUELLAR
507B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

Emer Phy Solutions of S FL
PO Box 452256
Sunrise, FL 33345


EMER PHY SOLUTIONS OF S FL LLC
PO BOX 80216
MIAMI, FL 33175


Emergency Department Physicians, PC
307 S. Evergreen Ave.
Woodbury, NJ 08096-2739


Emergency Med Physicians Cuyah
525 E. Market St
Akron, OH 44304


Emergency Phys of Central FL, LLP
1414 Kuhl Ave.
Orlando, FL 32806


Emergency Physicians NW OH At
2142 N. Cove Blvd
Toledo, OH 43606


Emergency Physicians of Northwest
PO Box 638133
Cincinnati, OH 45263


Emergency Physicians of NW Ohio
PO Box 638133
Cincinnati, OH 45263-8133


Emergency Physicians of Tidewater
4092 Foxwood Dr.
Suite 101
Virginia Beach, VA 23462-5225


Emergency Services, Inc.
2323 W 5th Ave., Suite 225
Columbus, OH 43204


EMERLYN BEASLEY
3419 GORNEY PL
TOLEDO, OH 43608-1242

EMES PROFESSIONAL ASSOCIATES P
46 Jackson DRive
Cranford, NJ 07016


EMH Regional Medical
1997 Healthway Dr.
Avon, OH 44011


EMI MITOMI
158 CHESTERFIELD LN APT 8
MAUMEE, OH 43537


EMIL HORST
2281 CARRIAGE DR
TOLEDO, OH 43615


EMILE PALMER
1541 PENTRIDGE RD
BALTIMORE, MD 21239-4013


EMILIEN STROH
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


EMILIO MARRUFO-GONZALEZ
4651 SW 100 AVENUE
MIAMI, FL 33165


EMILIO RIVERA
16121 BEAR BAYOU DR TRLR 26
CHANNELVIEW, TX 77530


EMILY ABRAHAM
2747 COUNTY ROAD 11
BELLEFONTAINE, OH 43311


EMILY AMORE
138 S 35TH STREET
NEWARK, OH 43055


EMILY BISHOP
1345 TONAWANDA AVE
AKRON, OH 44305

EMILY BURGLASS
530 HECTOR AVE
METAIRIE, LA 70005-4414


EMILY CHRISTOPHERSEN
211 SYLVAN DR
NOBLESVILLE, IN 46060


EMILY COUTO
2901 KUNTZ RD
BALTIMORE, MD 21244


EMILY CUMMINGS
4286 MONROE ST APT 3
TOLEDO, OH 43606


EMILY CUPRYS
311 JENNINGS RD
ROSSFORD, OH 43460


EMILY DAUGHERTY
431 HARVEST DRIVE
RAVENNA, OH 44266


EMILY DE YOUNG
696 N STEWART LN
RISING FAWN, GA 30378


EMILY ELKINS
1713 BANNING ROAD
NORFOLK, VA 23518


EMILY FENN
8727 VALLEY VIEW ROAD
MACEDONIA, OH 44056


EMILY HALE
500 OVERLOOK DRIVE
KENT, OH 44240


EMILY HARRIS
26200 ROCK STREET
COOLVILLE, OH 45723

EMILY HORST
2281 CARRIAGE DR
TOLEDO, OH 43615


EMILY HRUSKA
467 OAKRIDGE DRIVE
BOARDMAN, OH 44512


Emily Khansari, FNP
4058 Franklin Rd.
Murfreesboro, TN 37128


EMILY LATIMER
217 MANN DRIVE
CHESAPEAKE, VA 23322


EMILY LAWS
955 WEST ST. CLAIR AVENUE
APT. 1416
CLEVELAND, OH 44113


EMILY MALY
2113 ORCHARD LAKES PL APT 21
TOLEDO, OH 43615


EMILY MANFREDY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Emily Matousek
6984 SW 39th St.
H106
Fort Lauderdale, FL 33314


EMILY MATOUSEK
3881 W STATE ROAD 84
303
DAVIE, FL 33312


EMILY MATOUSEK
6984 SW 39TH STREET
H106
DAVIE, FL 33314

EMILY MILLER
9411 WEST CENTER STREET
PO BOX 233
WINDHAM, OH 44288


EMILY MOTOUSEK
6984 SW 39TH STREET
H106
DAVIE, FL 33314


EMILY O'NEIL
9337 IVAN PLACE
MENTOR, OH 44060


EMILY PETIT
5104 TAYLOR ROAD
ATWATER, OH 44201


EMILY PHILPOT
7158 SHILOH ROAD
GOSHEN, OH 45122


EMILY PICKLE
3232 DELLWOOD AVE NW
CANTON, OH 44708


EMILY PRADO
18500 NW 62ND AVE
HIALEAH, FL 33015-8205


EMILY PROVENZALE
369 OAKES RD
BROADVIEW HEIGH, OH 44147


EMILY RANDAZZO
1713 HARMON STREET
APARTMENT 102
NORFOLK, VA 23518


EMILY ROGERS
1668 FOXHALL RD
BLACKLICK, OH 43004

EMILY SALOMONE
195 E MCMILLAN ST APT 205
CINCINNATI, OH 45219


EMILY SALOMONE
21350 EDGECLIFF DR
EUCLID, OH 44123-1071


EMILY SORRENTI
6891 COUNTY ROAD 37
MANSFIELD, OH 44904


EMILY SORRENTI
1370 LEXINGTON-ONTARIO ROAD
MANSFIELD, OH 44903


EMILY SUDHAKAR
1127 PINE VALLEY LN APT 203
TOLEDO, OH 43615


EMILY SYRJALA
932 17TH AVENUE EAST
SEATTLE, WA 98112


EMILY TAYLOR
11870 AMISH RIDGE RD
MOUNT PERRY, OH 43760


EMILY THOMAS
845 SELKIRK WAY
PICKERINGTON, OH 43147


EMILY TOICH
737 CAROL LANE
ELYRIA, OH 44035


EMILY TONKINS
3916 HUNTERS RIDGE WAY
TITUSVILLE, FL 32796


EMILY VANDERMARK
3059 MAINESVILLE RD W
JUNCTION CITY, OH 43748-9724

EMILY VEALE
11905 TARRAGON RD APT I
MIDDLE RIVER, MD 21220


EMILY VEALE
11905 TARRAGON RD APT I
REISTERSTOWN, MD 21136


EMILY WEIGAND
13991 AQUILLA RD
BURTON, OH 44021


EMILY WILLIAMS
1261 WEATHERVANE LANE
APARTMENT 3D
AKRON, OH 44313


EMILY WRIGHT
5505 COLISS AVE
VIRGINIA BEACH, VA 23462


EMILY YECKLEY
10998 KILE ROAD
CHARDON, OH 44024


Emily Zanin
91 Timothy Ave.
Cuyahoga Falls, OH 44223


EMILY ZANIN
91 TIMOTHY AVENUE
CUYAHOGA FALLS, OH 44223


EMILYROSE GALENSKI
6425 COPPERSMITH RD
SYLVANIA, OH 43560


Emma Barth
565 Foliage Lane
Springboro, OH 45066


EMMA BENE
10080 INFIRMARY ROAD
MANTUA, OH 44255

EMMA BERGMAN
11780 DRESSLER AVE.
OAK HARBOR, OH 43449


EMMA CHINN
8640 STATE ROUTE 88
RAVENNA, OH 44266


EMMA HEIKKILA
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


EMMA KING
8811 MEADOWCREEK DR
CENTERVILLE, OH 45458


EMMA KOVACH
3811 CIRCLEWOOD COURT
CLEVELAND, OH 44126


EMMA LOVAS
6 DEANA LN
CHELMSFORD, MA 01824-1901


Emma Pierson
7020 Lockwood Blvd.
Youngstown, OH 44512


EMMA PIERSON
7020 LOCKWOOD BLVD
BOARDMAN, OH 44512


EMMA REISS
4 BECK STREET
CANAL WINCHESTER, OH 43110


Emma Romine
1888 Woodside Dr.
Marysville, OH 43040


EMMA ROMINE
1888 WOODSIDE DRIVE
MARYSVILLE, OH 43040-9386

EMMA SAMPSON
55 MADISON ST
MOUNT STERLING, OH 43143


EMMA ZHOU
1861 BEACON HILL CIR APT 21
CUYAHOGA FALLS, OH 44221


EMMANUEL AJIBOLA
306B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


EMMANUEL ALFARO
2455 W 6TH COURT
HIALEAH, FL 33010


EMMANUEL ARKOH
676 E BUCTHEL AVE
AKRON, OH 44304


Emmanuel Ayanjoke
4023 Hollyhock Ln
Maumee, OH 43537


Emmanuel Balraj
1624 N Gate Rd
Baltimore, MD 21218


EMMANUEL BALRAJ
2076 BARCLAY SQUARE, APT. A4
BALTIMORE, MD 21251


EMMANUEL BALRAJ
1624 NORTH GATE RD.
BALTIMORE, MD 21218


EMMANUEL COOK
14309 COLONEL CLAGGETT COURT
UPPER MARLBORO, MD 20772


EMMANUEL DE LA CURZ NUNEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

EMMANUEL FELIX
2609 KIRKWOOD PL APT 101
BALTIMORE, MD 21207


EMMANUEL FELIX
2609 KIRKWOOD PL APT 101
HYATTSVILLE, MD 20782


EMMANUEL HERNANDEZ
13133 GREEN VALLEY DRIVE
BALCH SPRINGS, TX 75180


EMMANUEL HORTA
361 WORTMAN AVE
APT. 2E
BROOKLYN, NY 11207


Emmanuel Ijeh
4509 Doctor Beans Legacy Cir.
Bowie, MD 20720


EMMANUEL MACIAS
4212 FLAMINGO WAY
MESQUITE, TX 75150


EMMANUEL NKANSAH
656 BUCHTEL AVE
AKRON, OH 44304


EMMANUEL OLANREWAJU
10837 LOCKWOOD DR
SILVER SPRING, MD 20901-1551


Emmanuel Olaseinde
5412 Woodway Dr.
Alexandria, VA 22310


EMMANUEL OLASEINDE
5412 WOODWAY DRIVE
ALEXANDRIA, VA 22310


EMMANUEL OLOJAKPOKE
8519 DOLAN HEIGHTS CT
CYPRESS, TX 77433

EMMANUEL PEAK
10313 MARLBORO WOODS DR
CHELTENHAM, MD 20623-1230


EMMANUEL SAYGBAH
13 VALLEY ARBOR CT, APARTMENT L
BALTIMORE, MD 21221


Emmanuel Talley
3416 Gaither Rd.
Windsor Mill, MD 21244-2919


EMMANUEL TALLEY
3416 GAITHER RD
BALTIMORE, MD 21244-2919


EMMAPIERSON
2801 WOOD DUCK LANE APT 206
COVENTRY TOWNSHIP, OH 44319


EMMBRA NKANSAH
814 ARTHUR SPRINGS LANE
NEW CASTLE, DE 19720


EMP of Cuyahoga
7007 Powers Blvd.
Cleveland, OH 44129


EMP of Samaritan, PLLC
4535 Dressler Rd. NW
Canton, OH 44718-2545


EMRE EREN
2022 ORCHARD LAKES PL APT 22
TOLEDO, OH 43615


ENIOLA AKINBILEJE
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


ENITH LILIANA GARCIA
670 20TH AVE NE
NAPLES, FL 34120

```
ENMIN WANG
1290 CULPEPPER DR.
AKRON, OH 44313


ENOCH OWUMI
18117 IVY LN
OLNEY, MD 20832-2009


ENOLA HARRISON
3811 MONUMENT CIR APT 3A
BALTIMORE, MD 21212


ENOLA HARRISON
3811 MONUMENT CIR APT 3A
ABINGDON, MD 21009


ENRUI MA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ENT AND ALLERGY ASSOCIATES LLP
560 White Plains Rd., Ste 500
Tarrytown, NY 10591


ENTSF
1601 Clint Moore Rd
BOCA RATON, FL 33487


ENYA FORGACI
10360 COURTSIDE LN
AP D
BOCA RATON, FL 33428


ENZO MIGLIANO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


EPHRAIM SCHECTER
3109 SZOLD DR
BALTIMORE, MD 21208-5631


EQUUS SANCHEZ
1910 IVERSON ST
TEMPLE HILLS, MD 20748
```

ER Doc, Inc.
1111 Hayes Ave.
Sandusky, OH 44870


ER Stat, Inc.
5000 University Dr.
Miami, FL 33146


ERANISHIA CARMENAR
1121 NORTH 4TH STREET
SILSBEE, TX 77656


ERENDIRA JUAREZ
3446 SAINT BENEDICT
HOUSTON, TX 77021


ERFAN AGHARAZI
590 EAST BUCHTEL AVENUE
APT 38
AKRON, OH 44304


ERHAN KIRENCIGIL
55 FIR HILL STREET
FIR HILL TOWERS 2B-4
AKRON, OH 44304


ERIC  NELSON
303D DEDMOND
2500 WEST NORTH AVENUE
HYATTSVILLE, MD 20782


ERIC  NELSON
303D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ERIC ADKINS
3739 MAXWELL RD
TOLEDO, OH 43613


ERIC ARTHUR
8910 GROFFS MILL DRIVE
OWINGS MILLS, MD 21117

ERIC BATES
1509 S. KEDZIE
CHICAGO, IL 60623


ERIC BENTLEY
568 EASTLAND AVE
AKRON, OH 44305


ERIC BOBEK
10352 FOX HOLLOW CIRCLE
TWINSBURG, OH 44087


ERIC BOORMAN
5102 PATRICK HENRY DRIVE
BALTIMORE, MD 21225


ERIC CARABALLO
8407 CLARK AVENUE
CLEVELAND, OH 44102


ERIC CARLSON
1104 PINE VALLEY LN APT 104
TOLEDO, OH 43615


Eric Dalessandro
641 Lyons Rd.
Apt. 1106
Pompano Beach, FL 33063


ERIC DALESSANDRO
641 LYONS ROAD
APT.. 11106
COCONUT CREEK, FL 33063


ERIC DARPINI
7023 SW 102 COURT
MIAMI, FL 33173


ERIC DENTLER
719 FOXTAIL CIRCLE NE
LEESBURG, VA 20176


ERIC HAECKER
28175 SOUTHBRIDGE CIR
WESTLAKE, OH 44145

```
ERIC HARRELL
5554 METRO WEST BLVD APT207
ORLANDO, FL 32811


ERIC HERNANDEZ
7191 W 24TH AVE UNIT 19
HIALEAH, FL 33016


ERIC HESTER
1480 PARK ST
CLEARWATER, FL 33755


ERIC KELLETT
8963 SALTCOATS CT
DUBLIN, OH 43017


ERIC KRUMPELBECK
5620 WYNNBURNE AVE
CINCINNATI, OH 45238


ERIC LEE
108 NW 51ST ST
FORT LAUDERDALE, FL 33309


ERIC MANIGAULT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ERIC MANIGAULT
P.O BOX 283
AWENDAW, SC 29429


ERIC MCCABE
7731 MORRIS ROAD
HILLIARD, OH 43026


ERIC MORTON
P.O.BOX 241
FORT BELVOIR, VA 22060


ERIC MOSS
1376 NW 214TH TERR
MIAMI, FL 33169
```

ERIC MURRAY
1947 N PATTERSON PARK AVE
BALTIMORE, MD 21213-1507


ERIC NELSON
303D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Eric P. Byrum, MD
10567 Sawmill Pkwy
Powell, OH 43065-6667


ERIC PARK
8840 SCHOOL STREET
WINDHAM, OH 44288


ERIC PARRISH
17911 TIMBER MIST CT
CYPRESS, TX 77433


ERIC PHILLIPS
1654 WOODVILLE RD.
MANSFIELD, OH 44903


Eric Richey
5021 Beechwood Rd.
Cincinnati, OH 45244


ERIC ROOSE
1149 ROLLING MEADOWS RD
AKRON, OH 44333


ERIC ROY
13034 LASHMERE CT
WOODBRIDGE, VA 22192-5327


ERIC SCHUPP
69 OTTAWA LANDINGS DR APT 303
TOLEDO, OH 43607


ERIC SILVERMAN
4430 N HOLLAND SYLVANIA RD.
APT. 4339
TOLEDO, OH 43623

ERIC SOTO
11875 SW 73RD AVE
MIAMI, FL 33156


ERIC VICTORY
450 SPICER STREET APT #2
AKRON, OH 44311


ERIC WATTERS
1951 NW 7TH AVE
MIAMI, FL 33136


ERIC WATTS
2511 MANIKI DR
WEST PALM BEACH, FL 33407


ERIC ZIMMERMAN
9530 TAYLOR MAY RD
CHAGRIN FALLS, OH 44023


ERICA  LOUIS JEAN
1331 NE 144 ST
MIAMI, FL 33161


ERICA BARNES
2824 MURPHY DRIVE
LANCASTER, TX 75134


ERICA COLEMAN
2689 FRANKLIN DRIVE, APT 103
MESQUITE, TX 75150


ERICA DULKA
2089 MAHAN DENMAN ROAD
BRISTOLVILLE, OH 44402


ERICA GRICE
3911 RIDGEWOOD AVE
BALTIMORE, MD 21215


ERICA JAMES-GROSS
8221 S RIDGELAND AVE
CHICAGO, IL 60617

ERICA JOHNSON
202 VALLEY ROAD
SALEM, OH 44460


ERICA JORDAN
8339 HIGH BRUSH DRIVE
DALLAS, TX 75249


ERICA LOHAN
3305 TERESA COURT
PERRY, OH 44081


ERICA LOUIS JEAN
1331 NE 144 ST
MIAMI, FL 33161


ERICA MARTIN
4200 NORCROSS STREET
TEMPLE HILLS, MD 20748


ERICA PROCTOR
2861 NW 174TH STREET
MIAMI, FL 33056


ERICA PROCTOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ERICA SCHRADER
7328 KEMPERWOOD CT
BLACKLICK, OH 43004


ERICA SHERIDAN
1204 4 SEASONS DR APT 2
TOLEDO, OH 43615


ERICA SHERIDAN
11116 E TRAVERTINE AVE
MESA, AZ 85212


ERICA SHOATS
1251 GLENEAGLE ROAD
BALTIMORE, MD 21239-2236

Erica Stoller
14731 SW 15th Ct.
Hollywood, FL 33027


ERICA STOLLER
14731 SW 15TH CT.
PEMBROKE PINES, FL 33027


ERICA TURNER
7615 RIVERDALE RD #123
NEW CARROLLTON, MD 20784


ERICA WOODSON
4170 CANTERBURY DR
LAMBERTVILLE, MI 48144-9725


ERICK FISHER
521 N 51ST ST
MILWAUKEE, WI 53208-3641


ERICK RIVERA
735 FALCON LANE
ABERDEEN, MD 21001


ERICK TATUM
4831 ZEALAND STREET
DALLAS, TX 75216


ERICKA GEORGE
5400 TINKERBELL LANE, APT 1214
FORT WORTH, TX 76119


ERIK CROSSMAN
203B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ERIK HALAPIN
948 CAROTHERS ARCH
VIRGINIA BEACH, VA 23464


ERIK HAMLET
1378 HALSTEAD RD
PARKVILLE, MD 21234-6006

ERIK LOPINSKI
3366 WOODMONT DR
LAMBERTVILLE, MI 48144


Erik Mohline
1917 Wyndhurst Rd.
Toledo, OH 43607


ERIK MOHLINE
2306 PARKWOOD AVE
TOLEDO, OH 43620


ERIK MOHLINE
1917 WYNDHURST RD
TOLEDO, OH 43607


ERIK MORENO
3764 CORTEZ DRIVE
DALLAS, TX 75220


ERIK REEP
304 E LIBERTY ST
ASHLAND, OH 44805


ERIKA BROLLEY
285 NORTH COCONUT LANE
MIAMI BEACH, FL 33139


ERIKA CASE
7812 WINTER SWEET DRIVE
HOLLAND, OH 43528


ERIKA CRAWLEY
3440 S COTTAGE GROVE
APT. 808
CHICAGO, IL 60616


ERIKA EDWARDS
2910 NE 10TH AVE
POMPANO BEACH, FL 33064


ERIKA HATCH
538 DORMAN ROAD
CONNEAUT, OH 44030

ERIKA HERNANDEZ
3679 NW 101 ST,
MIAMI, FL 33147


ERIKA HIGASHIDE
3776 FAIRWAY PARK DR. APT.213
COPLEY, OH 44321


ERIKA RUFFNER
49382 STATE ROUTE 303
OBERLIN, OH 44074


ERIKA SANCHES DOS REIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ERIKA SCHRADE
5554 ASHBROOK ST
LOUISVILLE, OH 44641


ERIKA SHRADE
5554 ASHBROOK ST
LOUISVILLE, OH 44641


ERIKA STAUBLE
5551 COTTON RUN RD
TRENTON, OH 45067


ERIKA TAYLOR
771 PROVIDENCE COURT
APT 105
STREETSBORO, OH 44241


ERIKAH JACKSON
324 WEST ST
BEREA, OH 44017


ERIN BABCOCK
7350 CANTERBURY CT
LIBERTY TOWNSHIP, OH 45044


ERIN BUGAY
2438 2ND ST
CUYAHOGA FALLS, OH 44221

ERIN BUGAY
1705 WINDROW LANE
BROADVIEW HEIGHTS, OH 44147


ERIN CORNELIUSSEN
2751 MISSENDEN ST NW
NORTH CANTON, OH 44720


ERIN FELVUS
216 TRAILS END
AURORA, OH 44202


Erin L. Heuring, MD
4204 W Sylvania Ave.
Ste. 100
Toledo, OH 43623


ERIN LATHAM
103 S PORTAGE PATH
#3
AKRON, OH 44303


ERIN SHEEHAN
PO BOX 216
SAMARIA, MI 48177


ERIN TAYLOR
676 LAFAYETTE DRIVE
AKRON, OH 44303


ERLAN DIAZ
3300 NW 102ND ST
MIAMI, FL 33147-1532


ERMANINE GUERRIER
1110 NE 145TH STREET
MIAMI, FL 33161


ERNEST CARSWELL
1300 NW 55TH AVE.
CITY OF SUNRISE, FL 33313


ERNEST METELUS
3743 NW 122ND TER
FORT LAUDERDALE, FL 33323

ERNESTO NAVA
427 WILDHORSE LANE
STEPHENVILLE, TX 76402


ERROL RICHARDSON
4700 SPRINGWOOD COURT
LIBERTY TOWNSHIP, OH 45011


ERVIN MOSLEY
3484 WEST 52ND STREET
CLEVELAND, OH 44102


ERYKAH JEROME
306B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ERZHUO ZHANG
615 SANDUSKY ST
DELAWARE, OH 43015


ESAIAS CHAPMAN
1652 MOUNT AIRY DRIVE
WAVERLY HALL, GA 31831-2108


ESCARLETH PARAJON
3130 N W 61ST
MIAMI, FL 33142


ESDRAS JEAN
7526 REX HILL TRL
HIAWASSEE, FL 32818


ESHET WODAJO
195 WHEELER ST, APT 206A
AKRON, OH 44304


ESMERALDA CALDERON
1720 WEBER AVENUE
CHESAPEAKE, VA 23320


ESMERALDA CERVANTES
14770 LASATER ROAD, APT 173
DALLAS, TX 75253

ESMERALDA MARTINEZ
7836 DASCH STREET
DALLAS, TX 75217


ESNOLD JURE
3837 SIMPSON STUART RD
DALLAS, TX 75241


ESPERANCIA DECOSTE
140 NW 189TH ST
MIAMI GARDENS, FL 33169-4021


ESRAA ALMALKI
3373 PORTRUSH AVENUE
HILLIARD, OH 43026


ESSENCE BROWNLEE
3621 SW 69TH TERR
MIAMI, FL 33025


ESSENCE MOODY
5045 WEST MONROE
CHICAGO, IL 60644


ESSYNCE MITCHELL
12421 GRUSS AVENUE
CLEVELAND, OH 44108


ESSYNCE TEMPLETON
4890 DALLAS ST
BEAUMONT, TX 77703


ESTEFANIA LUNA
350 SE 2ND ST.
APT 1080
FORT LAUDERDALE, FL 33301


ESTES CUTRER
66 ROTARY WAY
APT M
VALLEJO, CA 94591


ESTHER ABATAN
2206 OVERTON DRIVE
DISTRICT HEIGHTS, MD 20747

ESTHER ADAM
420 N.W. 149TH ST
MIAMI, FL 33168


ESTHER BABADE
2368 EAST MARKET STREET
APT 2A
AKRON, OH 44312


ESTHER GALLETTA
7020 NOVA DR.
#102
DAVIE, FL 33317


ESTHER GARDUNO
9930 MILL VALLEY LN
DALLAS, TX 75217


ESTHER IDAKWOJI
308A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ESTHER IDAKWOJI
605A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ESTHER MBURU
3104 CARSKADDON AVE
APT 103
TOLEDO, OH 43606


ESTHER WAMUYU
1333 MCCARTNY LANE
COLUMBUS, OH 43229


ETHAN ADAMS
8557 CHERRYRIDGE AVE NW
CANAL FULTON, OH 44614


ETHAN FIFE
1331 STANWIX DR
TOLEDO, OH 43614

```
ETHAN HAYNES
58 EDWARD AVENUE
FLORENCE, KY 41042


ETHAN LANE
9510 ISLAND RD
GRAFTON, OH 44044


Ethan Miller
245 S Monroe Ave.
Columbus, OH 43205


ETHAN MILLER
245 S MONROE AVE
COLUMBUS, OH 43205


ETHAN NARIO-REDMOND
24911 SOUTH WOODLAND ROAD
BEACHWOOD, OH 44122


Ethan Peters
1361 Grant St.
Akron, OH 44301


ETHAN PETERS
1361 GRANT STREET
AKRON, OH 44301


ETHAN RANG
1992 VALLEY BROOK RD
STREETSBORO, OH 44241


ETHAN SINNING
7940 WINDING WAY S
TIPP CITY, OH 45371


ETHAN STRAUB
22445 LAKE ROAD
APT 102B
ROCKY RIVER, OH 44116


ETHAN VANDERMARLIERE
121 THIS WAY HOME DRIVE
GEORGETOWN, KY 40324
```

ETHAN YOUNG
3081 SOCIALVILLE FOSTER ROAD
MAINEVILLE, OH 45039


ETHEL VELASQUEZ
4858 ORLEANS CT. APT. D
WEST PALM BEACH, FL 33415


Etim Isang
17299 Norland Way
Shrewsbury, PA 17361-3302


ETRAIL TATE
1208 SOUTH 11TH STREET
TEMPLE, TX 76504


EUAN GILL
270 EAST EXCHANGE STREET APT 1-308B
UNIVERSITY EDGE APARTMENTS
AKRON, OH 44304


EUAN GILL
270 EAST EXCHANGE STREET
UNIVERSITY EDGE APARTMENTS
APT 1-308B
AKRON, OH 44304


EUGENE CIZMADIA
64739 BATESVILLE ROAD
QUAKER CITY, OH 43773


EUGENE HARVEY
4361 NW 13TH CT
LAUDERHILL, FL 33313


EUGENE KONG
3501 HARFORD ROAD
BALTIMORE, MD 21218


EUGENE WUREH
9204 MYRTLE AVE
BOWIE, MD 20720-3225

EUMAREE BAISDEN
2059 BALFOUR CIRCLE
TAMPA, FL 33619


EUNICE EIGBIRE
6056 DOUGLAS RD
TOLEDO, OH 43613


EUNICE JOSE
3960 W BROWARD BLVD.
APT. 316
DAVIE, FL 33312


EUNICE MEDINA
22689 CRESPI ST
WOODLAND HILLS, CA 91364-1310


EUNICE RENE
18301 NW 5TH COURT
MIAMI GARDENS, FL 33169


EUNIQUE BYRD
13933 MORGAN STREET
DADE CITY, FL 33525


EUPHORIC HEALING CENTER LLC
1 E. Mellen St
Hampton, VA 23663


EURIKA GIBBONS
1106 NW 15H PLACE
FORT LAUDERDALE, FL 33311


EVALYNE KOGI
26 OLD KNIF CT
MIDDLE RIVER, MD 21220


Evan Community Hospital
One Hospital Dr.
Lewisburg, PA 17837-9350


EVAN ERNST
9684 OLD STABLE COURT
MASON, OH 45040

```
EVAN HALL
950 ATLEE DR.
HYATTSVILLE, MD 20785


EVAN HENDERSON
9536 PEBBLE GLEN AVENUE
TAMPA, FL 33647


EVAN HESS
8923 CANAL PL NW
MASSILLON, OH 44647


EVAN LACEY
10800 BAIRD ROAD
AMHERST, OH 44001


EVAN MILES
85 COLUMBIA ST APT 12A
NEW YORK, NY 10002-2650


EVAN PINNEY
3154 STREETSBORO ROAD
RICHFIELD, OH 44286


EVAN RICKARDS
824 DOGWOOD TRL
MEDINA, OH 44256


Evan Rotar
315 Portside Cir.
Apt. 7
Perrysburg, OH 43551


EVAN ROTAR
315 PORTSIDE CIRCLE APT 7
PERRYSBURG, OH 43551


EVAN SIMS
808 FOXBORO LANE
DALLAS, TX 75241


EVANGELOS MALELIS
UNIVERSITY INN
16401 NW 37TH AVE
MIAMI, FL 33054
```

EVELYN ARIAS
5817 WESLEYAN DRIVE
PO BOX A88
VIRGINIA BEACH, VA 23455


EVELYN ARIAS
28 E WALNUT STREET
STAMFORD, CT 00690-2694


EVELYNA ROSARIO
35 ISABEL STREET WEST
ST. PAUL, MN 55107


EVENS JACQUES
491 NW 119TH STREET
MIAMI, FL 33168


EVGENY GOLOVANOV
1756 NORTH BAYSHORE DRIVE
APT 15I
MIAMI, FL 33132


EVIN MCELWAY
3023 WALKER STREET
LITTLE ROCK, AR 72204


Evolutions Health Care Systems, Inc
PO Box 5001
New Port Richey, FL 34653


Evolutions Healthcare Systems, Inc.
8406 Massachusetts Ave., Suite 1A
New Port Richey, FL 34653


Exagen Diagnostics
1261 Liberty Way
Suite C
Vista, CA 92081


EXAVIER ELDER
5134 BONNELL AVENUE
FORT WORTH, TX 76107

Express Docs, LLC
14530 S. Military Trail
Suite A1-A5
Delray Beach, FL 33484


EXSENCE DUHART
500 SPRUCE TRAIL
FORNEY, TX 75162


Extreme Sports Medicine Rehab
14125 NW 80th Ave.
Ste. 203
Hialeah, FL 33016


EYAD JAARA
7411 WHISPERING OAK DR
SYLVANIA, OH 43560


Eye Physicians of Florida
1600 Swgrs Corp Pkwy #140
Fort Lauderdale, FL 33323


EYERUS BEHAILU LEGESSE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


EZANA KAHSAY
457 ALLYN STREET
AKRON, OH 44304


EZEKIEL DRENTHE
417 BALTIC STREET 2C
BROOKLYN, NY 11217


EZEQUIEL FERNANDEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


EZRA DORSEY
728 NEW PITTSBURGH AVENUE
BALTIMORE, MD 21222


FABIAN HEINRICH
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054

FABIAN ORTEGA
1171 NE 116TH STREET
MIAMI, FL 33162


FABIAN SUNDEN
313 TORREY ST
AKRON, OH 44304


FABIAN SUNDEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


FABIANA MOSQUERA
406 SUMNER STREET, #B10
AKRON, OH 44304


FABIANNA DIAZ
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


FABIEN CHIZA
4728 IRIS STREET
ROCKVILLE, MD 20853


FABIOLA NAPOLEON
7610 NE 1ST CT APT 1
MIAMI, FL 33138-4904


FABIOLA PIERRE
8300 N.E 1ST PLACE APT# 304
MIAMI, FL 33138


FABRICE BISSAINTHE
14695 NE 18TH AV APT P4
MIAMI, FL 33181


FABRICE VIRGILE
6733 SW 20TH STREET
MIRAMAR, FL 33023


FACUNDO TORRES BARSANTI
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Fadhil Alfadhili
5906 Firethorne Dr.
Apt. A
Toledo, OH 43615


FADHIL ALFADHILI
5906 FIRETHORNE DR. APT. A
TOLEDO, OH 43615


FADI ALNASSER
401 S. MAIN STREET, APT. 220B
AKRON, OH 44311


Fairlawn Family Chiropractic
2640 W Market St. #101A
Akron, OH 44333


Fairview Health Services
100 S. Owasso Blvd. W
Saint Paul, MN 55117


Fairview Hospital
18101 Lorain Ave.
Cleveland, OH 44111


FAISAL ALKHAYAT
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


FAISAL ALMUTAIRI
1626 FORDEM AVENUE
APT 303
MADISON, WI 53704


FAISAL GHAFFUR
421 SUMNER STREET
AKRON, OH 44304


FAISAL GHAFFUR
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Faith Auad
552 Elizabeth Ave.
Norfolk, VA 23502


FAITH AUAD
5817 WESLEYAN DRIVE
PO BOX A111
VIRGINIA BEACH, VA 23455


FAITH AUAD
5522 ELIZABETH AVE.
NORFOLK, VA 23502


FAITH BOYER
3733 PARKFIELD RD
BALTIMORE, MD 21208


FAITH EDWARDS
506A DALEY
2500 WEST NORTH AVENUE
GWYNN OAK, MD 21207


FAITH EDWARDS
506A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


FAITH HARRISON
14874 HAYES ROAD
MIDDLEFIELD, OH 44062


FAITH IDAKWOJI
7527 STONES THROW CT
WINDSOR MILL, MD 21244


FAITH IDAKWOJI
7527 STONES THROW CT
BALTIMORE, MD 21216


FAITH NELSON
594 BURNT MILL ROAD
SURRY, VA 23883

```
FAITH OLIVER
3665 MANSFIELD PL
WALDORF, MD 20602-1905


FAITH PHILLIPS
1071 NW 184TH DRIVE
MIAMI, FL 33169


FAITH SEAWELL
3529 SEA PINES CIRCLE
RANDALLSTOWN, MD 21133


Falck SE II Corp
dba American Ambulance
1517 W Braden Court
Orange, CA 92868


Falck SE II Corp.
6605 NW 74th Ave.
Miami, FL 33166


FALYN DAVIS
60 DAWSON AVE
UNIONTOWN, PA 15401


Family Focus Counseling, PLLC
1301 N High St.
Columbus, OH 43201


FAMILY MEDICAL GROUP PA
105 Tomoka Blvd S
LAKE PLACID, FL 33852


Family Practice of Davie, Inc.
1150 N University Dr.
Pembroke Pines, FL 33024


FAN JIN
77 FIR HILL, APT 5C9
AKRON, OH 44304


FAN LIU
3814 WYNDHAM RIDGE DR. APT 206
STOW, OH 44224
```

FAN ZHANG
1170 NESTOR AVE, APT B5
AKRON, OH 44314


FAN ZHANG
1394 HUNTERS LAKE DR. WEST
CUYAHOGA FALLS, OH 44221


FANG PENG
570 PARKHILL DR
APT 16
FAIRLAWN, OH 44333


FANGBEI LIU
55 FIR HILL STREET
AKRON, OH 44304


FANNIE ROYSTER
802 BONAPARTE AVE
BALTIMORE, MD 21218


FANTA FOFANA
18262 ROY CROFT DR
HAGERSTOWN, MD 21740-1682


FARAH MUSLEMANI
26233 SHEAHAN DR
DEARBORN HEIGHT, MI 48127


FARAHAMANI ADLIN
1450 COLLEGE DR APT 11-12
TOLEDO, OH 43607


FARAJI WHITING
4 PINYON CT
MIDDLE RIVER, MD 21220-2410


FARAMOLUWA JOHN-WILLIAMS
528 PHEASANT LANE
WALLED LAKE, MI 48390


FARAMOLUWA JOHN-WILLIAMS
800 WILLIAMSBURY COURT
APT. 285
WATERFORD TOWNSHIP, MI 48328

FARDOUS MOTALAB
33-69 159TH STREET
FLUSHING, NY 11358


FARELL KPACHAVI
2589 SILVER OAK DRIVE
COLUMBUS, OH 43232


FARIS ALSAEDI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


FARIS BRKAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FARIS H HANNA MD
1150 N 35TH AVE
STE. 675
HOLLYWOOD, FL 33021


FARIYA RAHMAN
503 VINE STREET APT. 301
AKRON, OH 44304


FARNAZ KABIRI
APT 1, 77 SOUTH ADOLPH AVE.
AKRON, OH 44304


FAROUK GANIYU-ADEWUMI
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


FARRELL STEPHANE NONO TCHENGA
437 SUMNER STREET, D2
AKRON, OH 44308


FARSHID KASHEF
1120 N WESTWOOD AVE APT 5103
TOLEDO, OH 43607


Farview Hospital
PO Box 932169
Cleveland, OH 44193

FARZAD AHMADI
1340 WEATHERVANE LN
APARTMENT 2D
AKRON, OH 44313


FARZAD AHMADI
437 SUMNER STREET
APARTMENT P3.
AKRON, OH 44304


FATEMEH NOROUZI
7013 LACHLAN CIRCLE, APT. C
BALTIMORE, MD 21239


FATHI AMSAAD
1033 LINDEN LN
TOLEDO, OH 43615


FATI DIARRA
332 PLEASANT MEADOW BLVD APT B
CUYAHOGA FALLS, OH 44224


FATIMA AGUIRRE
6 MEADOW LANE
WILMER, TX 75172


FATIMA AINGS
6 MEADOW LANE
WILMER, TX 75172


Fatima el Jarouch
5948 Black Oak Dr.
Apt. 606
Toledo, OH 43615


FATIMA MCCLAIN
9611 SANDUSKY AVENUE
CLEVELAND, OH 44105


FATIMAH ABDIRESAQ MOHAMED
4128 DUTCHMILL RD
RANDALLSTOWN, MD 21133

```
FATMAEL-ZAHRAA ABDEL-RAHIM
OTTAWA HILLS
2140 EMKAY DR
OTTAWA HILLS, OH 43606


FATMATA CONTEH
6302 HESTON TERRACE
LANHAM, MD 20706


FATMATA KAMARA
11959 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904


FATMATA SAWI
506B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229


FATMATA SAWI
506B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


FAYE UNTRACHT
2200 SCOTTWOOD AVE
UNIT 106
TOLEDO, OH 43620


FAYSAL ADIGUN
3 NAIRAM COURT
RANDALLSTOWN, MD 21233


FAZILA RAHIMY
80 E. EXCHANGE ST.
271 C
AKRON, OH 44308


FEDERICO BONAITUI
4863 BAYSIDE LAKE BVLD
STOW, OH 44224


FEDERICO RESENDIZ GUTIER
2423 S HOLLAND SYLVANIA RD
APT 239
MAUMEE, OH 43537
```

FEDJINA CETOUTE
721 NE 164 TER
MIAMI, FL 33162


FEGENS SAINVIL
13725 NE 6TH AVE APT 309
NORTH MIAMI, FL 33161-3707


FEIPENG YANG
590 E BUCHTEL AVE
APT 41
AKRON, OH 44304


FELEESHA CRISPIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FELICIA CEDANO
5540 WASHINGTON ST APT B316
HOLLYWOOD, FL 33021-8098


FELICIA DONALDSON
5817 WESLEYAN DRIVE
PO BOXC235
VIRGINIA BEACH, VA 23455


FELICITY ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FELIPE SOTO
16825 NW 124 AVE
HIALEAH, FL 33018


FELIX ASARE-BEDIAKO
1106 CUMBERLAND DR
AKRON, OH 44306


FELIX DE LA CRUZ PEREZ
1360 NW 183 STREET
MIAMI, FL 33169


FELIX DIAZ
18932 NW 63RD COURT CIRCLE
HIALEAH, FL 33015

FELIX MARTIN
532 LORETTO AVENUE
CORAL GABLES, FL 33146


FELIX OWUSU
447 EAST VORIS STREET
AKRON, OH 44311


FELIX STRONG
624 WEST MELROSE CIRCLE
DAVIE, FL 33312


FEMI OLORUNFEMI
505C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


FENGCHAO HOU
331 SANTANDER AVE
CORAL GABLES, FL 33134


FENGYU YANG
42 S ADAMS
AKRON, OH 44304


FENNY ZEN
1016 S BYRNE RD APT 5
TOLEDO, OH 43609


FERAS ALSOBHI
80 E. EXCHANGE STREET, #248A
AKRON, OH 44308


FERAS HARES
7015 BALMORAL DR
WEST BLOOMFIELD, MI 48322


FERDINAND ANOKWURU
4920 CRENSHAW AVENUE RD APT H
BALTIMORE, MD 21206-5280


FERESHTEH MEMARIAN
590 EAST BUCHTEL AVE
APT 48
AKRON, OH 44304

FERESHTEH MEMARIAN
48 FRANKLIN ST
APT 2
AKRON, OH 44304


FERNANDO PEREIRA
216 SIMMONS DRIVE
HURST, TX 76053


FERNANDO SALOMON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FERNANDO SILVA
8160 NW 116TH AVENUE
DORAL, FL 33178


FERNEISHA CLARKE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FEYISAYO OKELOWO
3514 CORN STREAM RD
RANDALLSTOWN, MD 21133-2437


FIDELIS UKO
2711 INDIAN MOUND TRAIL
CORAL GABLES, FL 33134


FILIPPO GIARDINA
8181 NW 8TH STREET E-7
MIAMI, FL 33126


FIONA HANSEN
800 MAIN ST
GROVEPORT, OH 43125-1442


FIORELLA GONZALEZ
11232 NW 43 RD TER
MIAMI, FL 33178


FIRAS ASSAAD
4616 IMPERIAL DR
TOLEDO, OH 43623

Firelands Regional Medical Center
1111 Hayes Ave.
Sandusky, OH 44870


FIRST CLASS OBGYN PA
PO BOX 21048
MIRAMAR, FL 33029


First Class OBGYN PA
1951 SW 172nd Ave., Ste 212
Miramar, FL 33029


First Coast Cardiovascular IN
6820 Southpoint Pkwy., Ste 4
Jacksonville, FL 32256


FIRST COAST CARDIOVASCULCAR IN
PO BOX 551308
FLEMING ISLAND, FL 32003


First Hospital Corporation of V
1100 First Colonial Rd.
Virginia Beach, VA 23454


FirstData
3975 NW 120th Ave.
Pompano Beach, FL 33065


FirstHealth of the Carolinas
PO Box 3000
Pinehurst, NC 28374


Fisher-Titus Medical Care, LLC
24 Hyde St.
Wakeman, OH 44889


FITSUM TADESSE
12715 LAYHILL RD APT T1
SILVER SPRING, MD 20906-3421


FIYINFOLU AWOTOYE
8401 NUNLEY DRIVE
APT F
PARKVILLE, MD 21234

FIYINFOLUWA OLUWATOMINIYI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


FL Academic Dermatology
1400 NW 12st Ave. #4
Miami, FL 33136


FL Clinical Practice Assoc.
1150 N University Dr.
Hollywood, FL 33024


FL Med Ctr-N Shore Campus
5000 W. Oakland Park Blvd.
Fort Lauderdale, FL 33313


FL-1 Medical Services, LLC
17427 Bridge Hill Ct. J
Tampa, FL 33647


FLAVIO FOLLEGOT
256 THREE ISLANDS BLVD.
APT. 311
HALLANDALE BEACH, FL 33009


FLEIA PYFROM
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FLEURETTE BAPTISTE CHERUBIN
16890 21 AVE #1
NMB, FL 33162


FLOR CABELLO
1155 W 77 ST APT#238D
HIALEAH, FL 33014


FLOR DE MARIA CASTILLO
4238 AMERICANA DR
APT 302
STOW, OH 44224

FLORENCIA MOLINE
133 NW 1ST AVE
HALLANDALE, FL 33009


FLORHUNS FLEURESTIL
14899 NE 18TH AVE APT 2E
NORTH MIAMI, FL 33181


Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399


FLORIDA EMERGENT CARE LLC
483 N. Semoran Blvd., Ste 103
WINTER PARK, FL 32792


FLORIDA HOSPITAL PHYSICIAN GRO
PO BOX 17797
CLEARWATER, FL 33765


Florida Hospital Physician Group
12470 Telecom Dr., Ste 100
Tampa, FL 33637


Florida Hospital Respiratory
556 Florida Central Pkwy #1060
Longwood, FL 32750


Florida Memorial University
Attn: Castell Bryant, President
15800 NW 42nd Ave.
Miami Gardens, FL 33054-6199


Florida Pathology
2001 W 68th St.
Hialeah, FL 33016


FLORIDA PRACTITIONERS LLC
1995 E. Oakland Park Blvd., #250
Fort Lauderdale, FL 33306


FLORIDA SPINE SPECIALISTS
6000 N Federal Hwy
FT LAUDERDALE, FL 33308

Florida Sunshine Home Medical
1999 Mears Pkwy
Pompano Beach, FL 33063


Florida United Radilogy
1613 N Harrison Pkwy
Fort Lauderdale, FL 33323


Florida Woman Care
PO Box 9100
Belfast, ME 04915


FLOYD DIXON
4725 NW 4TH CT
PLANTATION, FL 33317


Floyd Searcy
200 Barton Creek Rd.
Lot 131
Lebanon, TN 37090


FLOYD SHACKELFORD
57 WINDHAM ROAD
NEWTON FALLS, OH 44444


FNU HUHE
900
WEST MARKET STREET
AKRON, OH 44304


Folake Opara
823 Smoke Tree Rd.
Pikesville, MD 21208-3530


FOLAKE OPARA
823 SMOKE TREE RD
PIKESVILLE, MD 21208-3530


FONYUY NJOKA
13836 CASTLE BOULEVARD
APARTMENT 104
SILVER SPRING, MD 20904

Foot & Ankle Associates of South
2929 N University Dr., Suite 106
Pompano Beach, FL 33065


FORSON ABANQUAH
707 CARNEGIE AVE
APT B6
AKRON, OH 44314


Fort Lauderdale Fire
528 NW 2nd St.
Fort Lauderdale, FL 33313


Fort Lauderdale Mobile Ultrasound
7301 NW 4th St., Ste. 105
Fort Lauderdale, FL 33317


FOSTER MARTIN
5268 LITTLE TURTLE DRIVE
SOUTH LEBANON, OH 45065


FOTIOS MALELIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Foundations Medical Partners
21 E Hollis St.
Floor 3
Nashua, NH 03060


Frances Bigay-Morales
1650 NW 110th Ave.
Apt. 199
Fort Lauderdale, FL 33322


FRANCESCA ANON
2822 SW 148TH PATH
MIAMI, FL 33185


FRANCESCA BANNISTER
2635 RAYNER AVE
BALTIMORE, MD 21216

```
FRANCESCA QUARANTOTTO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


FRANCESCA WEAKS
3912 FORDS LANE
APT. 204
BALTIMORE, MD 21215


FRANCHESCA MIREKU
525 CAROLL STREET, APT IB
AKRON, OH 44304


FRANCHESKA RIVERA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


FRANCIS BARKER
40 SOLAR CIRCLE
APT G
PARKVILLE, MD 21234


FRANCIS DE LA SERNA
2646 CHAMBERLAIN RD
APT 2
FAIRLAWN, OH 44333


Francis Egbujonuma
7621 Chesterfield Way
Rosedale, MD 21237-3371


FRANCIS EGBUJONUMA
7621 CHESTERFIELD WAY
BALTIMORE, MD 21237-3371


FRANCIS KENNEDY
4930 COURVILLE AVE
TOLEDO, OH 43623


FRANCIS MENSAH
5929 CEDONIA AVE
BALTIMORE, MD 21206
```

```
FRANCIS NWAKILE
17775 NORTH BAY ROAD,
SUNNY ISLES BEACH, FL 33160


FRANCIS NWAKILE
2311 DUNHILL AVENUE
MIRAMAR, FL 33025


FRANCIS WILLS
1306 CHAPEL LANE
CAPITOL HEIGHTS, MD 20743


FRANCISCA LUNA
1325 15TH TERRACE, APT 1
MIAMI BEACH, FL 33139


FRANCISCO CASTRO
4859-A SW 152 COURT
MIAMI, FL 33185


FRANCISCO CEBOLLERO LOPEZ
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


FRANCISCO DURAN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


FRANCISCO FLORES, MD PA
14601 SW 29TH ST
#206
MIRAMAR, FL 33027


FRANCISCO JAVIER ANAYA MOHINO
401 S. MAIN STREET
APARTAMENT 233
AKRON, OH 44311


FRANCISCO KING
15565 NE 10TH AVE
NORTH MIAMI BEACH, FL 33162


FRANCISCO OBREGON
900 MADERA DRIVE
DESOTO, TX 75115
```

FRANCISCO QUINONEZ
11403 COUNTRY OAKS DRIVE
TAMPA, FL 33618


FRANCISCO VELASQUEZ
745 EUCLID AVENUE APT 16
MIAMI BEACH, FL 33139


FRANK AIRD
8730 SW 133 AVENUE RD
APT.224
MIAMI, FL 33183


FRANK BAIDOO
8952 WHITE OAK
COLUMBUS, OH 43110


FRANK HIGGINBOTHAM
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


FRANK LONG
3201 NE 183RD ST
AVENTURA, FL 33160-2486


FRANK MAZCAJ, JR.
1715 SAND DRIVE
UNIONTOWN, OH 44685


Frank Mazgaj, jr.
1715 Sand Dr.
Uniontown, OH 44685


Frank S. Dopp
1168 First Colonial Rd.
Virginia Beach, VA 23454


FRANKEE DAWKINS
5225 MAPLE AVE
DALLAS, TX 75235


FRANKEE DAWKINS
3620 HUFFINES BLVD
CARROLLTON, TX 75010

FRANKIE DEL VALLE
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

FRANKLIN EDWARDS
2722 DIAMOND VISTA LANE
ARCOLA, TX 77583

FRANKLIN PECK
4597 COX DRIVE A
STOW, OH 44224

FRANKLIN SANDREA-RIVERO
8849 NW 119 ST
UNIT 201
HIALEAH, FL 33018

FRANSLEY HYPPOLITE
16110 N E 19TH PLACE
NORTH MIAMI BEACH, FL 33162

FRANSLEY WHYPPOLITE
16110 N E 19TH PLACE
NORTH MIAMI BEACH, FL 33162

FRANSOHN BICKLEY
644 ARDEN PLACE
AKRON, OH 44306

FRANTZ SABBAT
1304 DURHAM DR
BOWIE, MD 20721-3263

FRED BROWNE
7 FORE CT
ESSEX, MD 21221-3909

FRED JOHNSON
730 CHURCH LANE
YEADON, PA 19050

FREDDIE WHITEHEAD
8880 70TH STREET
PINELLAS PARK, FL 33782

```
FREDERICK PITTS, V
8919 TROWBRIDGE WAY
DAYTON, OH 45424


FREDERICK SELLERS
37 CAERLEON CT
BALTIMORE, MD 21225


FREDERICK SELLERS
37 CAERLEON CT
PIKESVILLE, MD 21208


FREDERMAN MENDOZA-BORJAS
260 NW 97 ST
MIAMI, FL 33150


FREDNIQUA WALKER
961 CALEDONIA AVE
CLEVELAND HEIGHTS, OH 44112


FRELISHA JEFFERSON
903 WEMBLEY RD
76014, TX 76014


FRENK SURESH GAMIT
55 FIR HILL
APT 3B2,
AKRON, OH 44304


FRENK SURESH GAMIT
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


FREYJA MURRAY
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


FUBING HAN
42 S ADAMS ST
AKRON, OH 44304
```

FUE HIEN CHANG FENG
5530 S UNIVERSITY DR
APT 3209
DAVIE, FL 33328


FUE HIEN CHANG FENG
4350 SW 72ND TER
DAVIE, FL 33314


FUHUA XING
55 FIR HILL APT 3B5
AKRON, OH 44304


FUJUN CHENG
8313 E MISSIONWOOD DR
MIRAMAR, FL 33025


FUNMILAYO AJALA
4034 RUSTICO RD/
MIDDLE RIVER, MD 21220


FURO DUBLIN-GREENE
13450 BRIGHTON DAM RD
CLARKSVILLE, MD 21029-1407


FWC Urogynecology
6885 Belfort Oaks Place
Building 100
Jacksonville, FL 32216


FYTEMAH BILLINGS
304 BEN NEUIS PLACE
FREDERICKSBURG, VA 22405


GABRIEL AGUIAR
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


Gabriel Ajibade
83919 Arbor Station Way
Parkville, MD 21234

```
GABRIEL AJIBADE
1700 E. COLD SPRING LANE,
MARBLE HALL, APT. 441
BALTIMORE, MD 21251


GABRIEL ALVAREZ
1100 S MIAMI AVE.
APT 310
MIAMI, FL 33130


GABRIEL ALVAREZ
3919 FULTON ST NW
APT 5
WASHINGTON, DC 20007-1409


GABRIEL BLANCO
3530 NW 177TH TER
MIAMI, FL 33056


GABRIEL BUCCI
3900 COYOTE CYN
SOQUEL, CA 95073-3036


GABRIEL COX
375 165TH AVE
PEMBROKE PINES, FL 33028


Gabriel Delgreco
1223 Foursome Lane
Virginia Beach, VA 23455


GABRIEL DELGRECO
1246 FOURSOME LANE
VIRGINIA BEACH, VA 23455


GABRIEL DELGRECO
1232 FOURSOME LANE
VIRGINIA BEACH, VA 23455


GABRIEL EZIMORAH
6810 ELDRIDGE ST
HYATTSVILLE, MD 20784
```

Gabriel Gaines
2729 Lorring Dr.
Apt. 104
District Heights, MD 20747


GABRIEL GILLETTE
211 HARRIS ROAD
SMITHFIELD, RI 02917


GABRIEL JOHNSON
471 LAURA CT
NAPERVILLE, IL 60563-2513


GABRIEL MATTEUCCI
5705 NW 112TH PATH
DORAL, FL 33178


GABRIEL OAKLEY
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


GABRIEL PAULSON
7300 NW 17TH ST
PLANTATION, FL 33313


GABRIEL RICKMANN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


GABRIEL RODRIGUEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


GABRIEL UPTON
4 KILGLASS CT
TIMONIUM, MD 21093


GABRIELA ALFARO
3030 E SIGNATURE DR
APT 805
DAVIE, FL 33314


GABRIELA ESPAILLAT
5738 NW 79TH WAY
PARLAND, FL 33067

Gabriela Figueras
520 SE 5th Ave.
Apt. 2702
Fort Lauderdale, FL 33301


GABRIELA FIGUERAS
520 SE 5TH AVE.
APT 2702
FORT LAUDERDALE, FL 33301


GABRIELA GAMUEDA
5702 102ND STREET
LUBBOCK, TX 79424


GABRIELA HIDALGO
9899 NW 33RD ST.
CORAL SPRINGS, FL 33065


GABRIELA LAGUNA LEON
737 CENTER ST
APT 8
CUYAHOGA FALLS, OH 44221


GABRIELA LOR
119 PEPPER TREE CRES
ROYAL PALM BEACH, FL 33411


GABRIELA MARTINEZ GARCIA
220 SW 116TH AVE
APT 207 BLD 15
PEMBROKE PINES, FL 33025


GABRIELA OSORIO MENACHO
2671 SCHAAF DR.
COLUMBUS, OH 43209


GABRIELA PRENDES
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


GABRIELA SUAREZ
4285 SW 153RD AVE
MIRAMAR, FL 33027

GABRIELLA ADDERLEY
11260 RENAISSANCE RD
HOLLYWOOD, FL 33026


GABRIELLA AMBRISTER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


GABRIELLA BEVILACQUA
4916 TANYA LEE CIR. APT 9308
DAVIE, FL 33328


GABRIELLA DUKARM
17925 NORTH INLET DRIVE
STRONGSVILLE, OH 44136


GABRIELLA IOSUE
5793 WALTERWAY DRIVE
HILLIARD, OH 43026


GABRIELLA LLANA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


GABRIELLA LLANA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


GABRIELLA MAIER
3971 STATE ROUTE 274 W
HUNTSVILLE, OH 43324


GABRIELLA MILBURN
2058 HOOPS DR
TOLEDO, OH 43611


GABRIELLE ADAMS
1121 HOLLY AVENUE
CHESAPEAKE, VA 23324


GABRIELLE BAKER
157 WILSON STREET
BEVERLY, OH 45715

Gabrielle Chalfant
233 Buttonwood Ct.
Columbus, OH 43230


GABRIELLE CHALFANT
233 BUTTONWOOD CT
GAHANNA, OH 43230


GABRIELLE CLARKSON
4006 SHADY HOLLOW LN.
DALLAS, TX 75233


GABRIELLE FIGUEROA
1109 NE 165TH STREET
MIAMI, FL 33162


GABRIELLE FRANCIS
12 PARHAM CIR APT 2C
ROSEDALE, MD 21237-1479


GABRIELLE GEAR
10804 DEEP GLEN DR
POTOMAC, MD 20854


GABRIELLE GRAY
6830 BENNELL DRIVE
REYNOLDSBURG, OH 43068


GABRIELLE HALL
801 N WOOD ST.
DENTON, TX 76209


GABRIELLE JONES
2686 AUTUMN RIDGE DRIVE
LIMA, OH 45801


GABRIELLE JOYCE
282 BURGESS STREET, APT B
SAINT PAUL, MN 55117


Gabrielle Latreille
3521 Ruchland Ave.
Toledo, OH 43606

GABRIELLE LATREILLE
3521 RUSHLAND AVE
TOLEDO, OH 43606


GABRIELLE MARSHALL
4010 ROLLING PADDOCK DR
UPPER MARLBORO, MD 20772-8024


GABRIELLE MCCABE
3004 SAN REMO CIRCLE
HOMESTEAD, FL 33035


GABRIELLE MOSES
6683 GLENALLEN AVENUE
SOLON, OH 44139


GABRIELLE SMITH
3437 LYNNE HAVEN DR
BALTIMORE, MD 21244


GABRIELLE WALKER
6303 LEECHBURG ROAD
VERONA, PA 15147


GADIMI HILTON
11171 NE 9 AVE
BISCAYNE PARK, FL 33161


GAGE ST LEONE
9405 GRAND DIVISION AVENUE
CLEVELAND, OH 44125


GAGE TROTT
275 YVONNE DR
YOUNGSTOWN, OH 44505


GAIGE GAIETTO
6585 BONETA ROAD
MEDINA, OH 44256


Galloway Anesthesia Associates, LLC
9500 S Dadeland Blvd
Ste. 200
Miami, FL 33156

Galo Constante, MD
12400 Brantley Commons Ct. #101
Fort Myers, FL 33907


GANESH PANDEY
281 WHEELER STREET
AKRON, OH 44304


GANESHA RALPH
5412 KNELL AVE
BALTIMORE, MD 21206


GANIYU OLOFI
9626 BUTTON BUCK CIR
RANDALLSTOWN, MD 21133


GANIYU OLOFI
9626 BUTTON BUCK CIR
BOWIE, MD 20721


GAR'NEISHA LEWIS
816 WEST AVENUE A
BELLE GLADE, FL 33430


GARCY MOMPLAISIR
17392 SW 18TH ST
MIRAMAR, FL 33029


GARDENIA SOBERANIS
1300 REDFORD ST
HOUSTON, TX 77034


GARDENIA SOBERANIS
10706 DANIELLA DRIVE
HOUSTON, TX 77034


Gardens Radilogy Associates
6231 PGA Blvd., Suite 104 - Box 376
Palm Beach Gardens, FL 33418


GARETT FAULKENDER
7820 NW 30TH ST
HOLLYWOOD, FL 33024

GARRET SENDELBACH
2933 NORTH TOWNSHIP RD 123
TIFFIN, OH 44883


GARRETT BASS
475 SHERMAN ST
AKRON, OH 44311


GARRETT BEST
111 N STAR ST NW
CARROLLTON, OH 44615


GARRETT CASE
190 EATON RIDGE DRIVE APT 310
NORTHFIELD, OH 44067


GARRETT CRICHLOW
9081 RAVENNA ROAD
TWINSBURG, OH 44087


GARRETT KEENE
4709 AVATAR LN
OWINGS MILLS, MD 21117-7401


GARRETT NOLAND
305 MAIN STREET
EUTAW, AL 35462


GARRETT SCHAFFER
5928 SPRING VALLEY CT
GALION, OH 44833


GARRETT THOMASON
3725 KETTERING CT. APT 302
FAIRBORN, OH 45324


GARRETT THOMASON
5541 OLD BLUE ROCK RD
#65
CINCINNATI, OH 45247


GARRETT WHITE
10014 PRIMROSE CIR
TWINSBURG, OH 44087

GARRISON HORSEY
31283 CHRIST CHURCH RD
LAUREL, DE 19956


GARRY LEWIS
4004 WILKE AVE
BALTIMORE, MD 21206-5552


GARRY SJODIN
5817 WESLEYAN DRIVE
PO BOX C143
VIRGINIA BEACH, VA 23455


GARY GARCIA
5441 W 24TH AVE
APT 57
HIALEAH, FL 33016


GARY SIGGERS
1312 BURLESON STREET
CEDAR HILL, TX 75104


Gastrocare, LLP
3001 Coral hills Dr. #250
Pompano Beach, FL 33065


Gastrohealth, LLC
9500 S Dadeland Blvd., Suite 200
Miami, FL 33156


GASTROMED LLC
PO BOX 430955
107
MIAMI, FL 33156


GAVIN DUFFEY
2625 HILLBURN DR APT D
DALLAS, TX 75227


GAVIN LEWIS
403C DEDMOND
2500 WEST NORTH AVENUE
RANDALLSTOWN, MD 21133

GAVIN LEWIS
403C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


GAVIN SCHOENLE
6808 SHADOWBROOK COVE
FORT WAYNE, IN 46835


GAYATRI SHRIKHANDE
55 FIR HILL
APARTMENT 5B6
AKRON, OH 44304


GAYATRI SHRIKHANDE
2220 HIGH STREET
APT# 520
CUYAHOGA FALLS, OH 44221


GAZMINE HENDERSON
8708 TONAWANDA DR
DALLAS, TX 75217


GEDEONA KOSOVA
12901 WINAGLE ROAD
HIRAM, OH 44234


GEETHIKA LAKSHMI YARRA
77 FIR HILL APT. 5B5
AKRON, OH 44304


GEETHIKA LAKSHMI YARRA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


GEETHIKA LAKSHMI YARRA
77 FIR HILL APT. 11B12
AKRON, OH 44304


GEETHIKA LIYANAGE
6537 DORR ST APT L35
TOLEDO, OH 43615

Geisinger HealthSouth Rehab
PO Box 9271
Philadelphia, PA 19178


GENARO MALDONADO
8557 STEAMLINE CIRCLE
AUSTIN, TX 78745


GENE DANCER
1325 OAK KNOLL WAY
GRAND PRAIRIE, TX 75050


GENESIS GARCIA
12129 KNIGHT DR
BALCH SPRINGS, TX 75180-2931


GENESIS HILLARD
2989 SOVEREIGN DRIVE
CINCINNATI, OH 45251


GENESIS MARTIN
6950 NW 186TH ST. #317
MIAMI, FL 33015


GENESIS MCDANIELS
5817 WESLEYAN DRIVE
PO BOX A386
VIRGINIA BEACH, VA 23455


GENESIS RONDON OVALLES
232 2ND STREET
WILMER, TX 75172


GENESSIS GARZA
906 ARVANA STREET
HOUSTON, TX 77034


GENEVA HANNA
15820 NW 22 AVE
OPA LOCKA, FL 33054


GENEVA HANNA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

```
GENEVIEVE MASTERS
7187 NORTON ROAD
HIRAM, OH 44234


GENICE SAUNDERS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Gennady Blanket
7100 Nova Dr.
Apt. 204
Fort Lauderdale, FL 33317


GENNADY BLANKET
7100 NOVA DRIVE
APT 204
DAVIE, FL 33317


GENNEH-BA YANCY
2109 PENTLAND DRIVE
BALTIMORE, MD 21234


GENNY CONTRERAS
4757 DORCHESTER MEWS
WEST PALM BEACH, FL 33415


GENOVEVA JARA
3297 CYPRESS LEGENDS CIR. APT 602
FORT MYERS, FL 33905


Gent Didi
1951 Columbia Pike
Apt. 41
Arlington, VA 22204-6144


GENT DIDI
5011 SENTINEL DRIVE
APT 67
BETHESDA, MD 20816


GENT DIDI
1951 COLUMBIA PIKE APT 41
ARLINGTON, VA 22204-6144
```

GENYA COTHRAN
1519 BENNING ROAD,NE
WASHINGTON, DC 20002


GEOFFREY TAYLOR
700 LOCK ROAD
APT 66
DEERFIELD BEACH, FL 33442


GEORDY NGOUCHINGHE
7600 LYONS ROAD
COCONUT CREEK, FL 33156


GEORDYN GOUCHINGHE
7600 LYONS ROAD
COCONUT CREEK, FL 33156


GEORGE BAYLIS
270 EAST EXCHANGE STREET
APARTMENT 303C
AKRON, OH 44304


George Brown
4008 Clariton Dr.
Bowie, MD 20721-2121


GEORGE BROWN
4008 CLAIRTON DR
MITCHELLVILLE, MD 20721-2121


GEORGE CHEVALIER
15882 SW 14TH ST
PEMBROKE PINES, FL 33027


GEORGE HATCH
1010 BEAN RD
NORTHFIELD, VT 05663


GEORGE KIMUTAI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


GEORGE POPE-REYES
1530 PENTRIDGE RD APT 309C
BALTIMORE, MD 21239-4023

George Richards
7008 Glen Spring Rd
Windsor Mill, MD 21244


GEORGE RICHARDS
7008 GLEN SPRING ROAD
BALTIMORE, MD 21244


George S. Wong
2017 Pleasure House Rd.
Virginia Beach, VA 23455


George Sifain
10744 W Sample Rd.
Pompano Beach, FL 33065


GEORGE SIFAIN
10744 WEST SAMPLE RD
CORAL SPRINGS, FL 33065


George Smith
8 Rimfire Ct
Owings Mills, MD 21117


GEORGE SMITH
8 RIMFIRE COURT
OWINGS MILLS, MD 21117


GEORGE TZELALIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


GEORGES CHERY
425 PETER PAN BLVD.
DAVENPORT, FL 33837


GEORGES CHERY
775 PELICAN COURT
KISSIMMEE, FL 34759


GEORGETTE BEATRICE OLINGA MBIDA
442 STONE SHADOW DR
BLACKLICK, OH 43004

Georgia Properties Limited Partners
27500 Detroit Rd. #300
Westlake, OH 44145


GEORGIOS KOUTSOPODIOTIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


GEOVANNIE EMBLETON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


GERALD APUGO
3922 ZURICH RD
RANDALLSTOWN, MD 21133


Gerald Coleman
1435 Lafayette Blvd.
Apt. 2
Norfolk, VA 23509


GERALD DEANGELIS
470 PROSPECT AVE #207
WEST ORANGE, NJ 07052


GERAMI STEWART
15 WARREN PARK DR APT C3
PIKESVILLE, MD 21208-5050


GERMAN MENDOZA
4299 NW 76 AVE
HOLLYWOOD, FL 33024


GEROME JAMES
707 E CHASE ST
BALTIMORE, MD 21202-4210


GERSON HERRERA
11378 OAKCENTER DRIVE
HOUSTON, TX 77072


GERTI BINEVA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

GERTRIDE NORDE
835 NW 118TH ST
MIAMI, FL 33168-2330


GEYUNJIAN ZHU
2106 STONEHENGE CIR
AKRON, OH 44319


GHADEER ALBAZIE
55 FAIR HILL 44394
55
AKRON, OH 44304


GHANI MUHAMMAD
2910 PRESSTMAN STREET
BALTIMORE, MD 21216


GHASSAN ALZANBGI
261 ELIZABETH PARKWAY
AKRON, OH 44304


Giacomo Benvegnu
3768 Bellevue Rd.
Toledo, OH 43613


GIACOMO BENVEGNU
3768 BELLEVUE RD
TOLEDO, OH 43613


GIANCARLO DEGREGORIO
14318 LE CHALE DR
ORLANDO, FL 32837


GIANINNA TRIVINO
11005 TANYA ST.
MIAMI, FL 33156


GIANNA MCDONALD
1172 THE POINT DRIVE
WEST PALM BEACH, FL 33409


GIANNA PALMIERI
231 CARRIAGE BOULEVARD
PITTSBURGH, PA 15239

```
GIANNI AVALOS
3000 NORTHSIDE BLVD, APT 1-424
APT 1-424
RICHARDSON, TX 75080


Gianni Caple
10002 Farrar Ct
Cheltenham, MD 20623


GIFT UWAGA
5 CLEMENTINE CT APT 3A
ROSEDALE, MD 21237-6886


GIHAN JANITH MENDIS IMBULGODA LIYANGAHAW
389 SHERMAN STREET .
APT 202
AKRON, OH 44311


GIIAN PINTRO
11297 SW 11TH ST
PEMBROKE PINES, FL 33025


GILBERT BETHEA
643 NE 114TH ST
MIAMI, FL 33161


Gilbert Leung, MD PA
888 NE 126th St.
Suite 101
Miami, FL 33161


GILLIAN MCMASTER
18168 QUINN ROAD
CHAGRIN FALLS, OH 44023


GILLY KAHN
4901 SW 35TH TERRACE
FT LAUDERDALE, FL 33312


GINA MAZZIOTTI
1926 N HOLLAND SYLVANIA RD
APT 50
TOLEDO, OH 43615
```

GINA PANNETTI
11532 CLAY STREET
HUNTSBURG, OH 44046


GINA PATTISON
55 FIR HILL ST.
APT. 1D7
AKRON, OH 44304


GINA PATTISON
22 EAST EXCHANGE ST.
APT. 2087
AKRON, OH 44308


GINA PRIVETTE
2605 SARRINGTON CIRCLE
WINDSOR MILL, MD 21244


GINIA ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


GIOVANI AGUIAR
16 ACORN CIR APT 102
WINDSOR MILL, MD 21244


GIOVANI AGUIAR
16 ACORN CIR APT 102
TOWSON, MD 21286


GIOVANNA CALABRESE VILLANUEVA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Giovanna Ciocca, MD
7001 SW 97th Ave. #101
Miami, FL 33173


GIOVANNA PASCHOALIN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Giovanni Lawrence
1518 Stonewood Dr.
Baltimore, MD 21239

GIOVANNI LAWRENCE
1518 STONEWOOD DR
BALTIMORE, MD 21239


GIOVANNI MEZA
8201 MOSSTREE DRIVE
ARLINGTON, TX 76001


GIOVANNY CIVIL
17890 WEST DIXIE HWY APT 502
MIAMI, FL 33160


GIOVANNY VISBAL
4982 SW 173 AVE
PEMBROKE PINES, FL 33029


GIRLA NOEL
4431 NE 1ST TERRACE
POMPANO BEACH, FL 33064


GISELLE BAHENA
253 SOUTH PIMA AVENUE APT 10
WEST COVINA, CA 91790


GISELLE CHAVEZ
11936 DOWNEY AVENUE
DOWNEY, CA 90242


GISSELLE CORTEZ
7322 RAVEHILL LANE
DALLAS, TX 75227


GISSELLE ORTIZ
11225 NW 44TH STREET
CORAL SPRINGS, FL 33065


GIULIANNA MELTZER
315 W 5TH ST
APT 406
LOS ANGELES, CA 90013-2526


GIULIO BRUNO-LOPEZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

GIVANIA GRIFFIN
5126 NORTHWOOD DR
BALTIMORE, MD 21239-3429


GIVANIA GRIFFIN
1745 WAVERLY WAY
APT. A
BALTIMORE, MD 21239


GLADYS KANU
10004 RIVER WALK TER
UPPER MARLBORO, MD 20774-6090


Glen Ewing, III
4585 Isington Court
Apt. D
Columbus, OH 43232


Glen Rose Medical Center
1021 Holden St.
Glen Rose, TX 76043


GLEN'TERRIA COLEMAN
116 NW AVE G
BELLE GLADE, FL 33430


GLENESE RAMOS
7741 NW 16TH AVE
MIAMI, FL 33147


Glenn Boyer
1800 Baptist World Center Dr.
Apt. 12
Nashville, TN 37207


GLENN DALLAS BOOTH
355 EASTWOOD DRIVE
HUBBARD, OH 44425


GLENN MICHELMAN
28 RUSSELL ROAD
LONGMEADOW, MA 01106

GLENN RUSHING
6740 RADCLIFFE DRIVE
ALEXANDRIA, VA 22307


GLENTERRIA COLEMAN
116 NW AVE G
BELLE GLADE, FL 33430


GLORIA BASIL
1120 N WESTWOOD AVE
APT 7110D
TOLEDO, OH 43607


GOANGSHIN JANG
182 MALLARD POINT DRIVE
APARTMENT 312
AKRON, OH 44319


GODSWILL OTONO
6617 ENGLISH OAK RD
PARKVILLE, MD 21234-6776


GODWIN IROKO
3308 CURTIS DR APT 201
SUITLAND, MD 20746-2651


GODWIN JOE
15701 ARCADE AVE
CLEVELAND, OH 44110


GOLDA SILVERMAN
955 NE 170TH ST #117
NORTH MIAMI BEACH, FL 33162


GONZALO ROSADILLA
16736 SAPPHIRE ISLE
WESTON, FL 33331


GONZALO VARGAS
19355 CYPRESS RIDGE TER. UNIT 704
LEESBURG, VA 20176


GONZALO VARGAS
19258 COTON HOLDINGS CT
LEESBURG, VA 20176

GOODNESS IFEBIGH
5107 HARFORD RD
BALTIMORE, MD 21214


GOWRIPRIYA KRISHNAREDDY GARI
55 FIR HILL APT 2B5
AKRON, OH 44304


GOWRIPRIYA KRISHNAREDDY GARI
77 FIR HILL APT 11B5
AKRON, OH 44304


GP Jensen LP
6353 Center Dr.
Norfolk, VA 23502


GRACE ANDREWS
3639 KENT RD.
APT. 4
STOW, OH 44224


GRACE DRIVER
526 CANDLEWOOD DR
EDGEWOOD, MD 21040-2327


GRACE FORTIER
3204 GINGER DRIVE
APT D
TALLAHASSEE, FL 32308


GRACE LUTAT
16258 CLARIDON TROY ROAD
BURTON, OH 44021


GRACE MURRAY
1040 CHURCH HILL COURT
WOOSTER, OH 44691


Grace Mwangi
7 Fernsell Ct.
Apt. 3B
Rosedale, MD 21237-6948

GRACE MWANGI
7 FERNSELL CT APT 3B
ROSEDALE, MD 21237-6948


GRACE NOCE
12264 OLD STATE ROAD
CHARDON, OH 44024


GRACE TWOREK
6650 SW 39TH STREET
APARTMENT # A4
DAVIE, FL 33314


GRACE WILSON
104 WALNUT STREET
CHAGRIN FALLS, OH 44022


GRACE YOUNG
8731 CORCORAN PL
CHESTERFIELD, VA 23832


GRACIE STORM
PO BOX 233
HARVEYSBURG, OH 45032


GRACY CRUMPTON
16401 NW 32 AVE
MIAMI, FL 33054


GRAHAM MITRO
1917 KEY ST APT L
MAUMEE, OH 43537


GRAHAM MURPHY
7828 ENGLAND DR
APT C
OVERLAND PARK, KS 66204-2423


GRAHAM RUBIN
3345 LANSMERE ROAD
SHAKER HEIGHTS, OH 44122


GRAND STRAND REG MED CTR
PO BOX 402724
MYRTLE BEACH, SC 29572

Grand Strand Reg Med Ctr
809 82nd Pkwy
Myrtle Beach, SC 29572


GRANT KIPPENBROCK
19 HUCKLEBERRY HILL
APARTMENT #4
FORT MITCHELL, KY 41017


Grant Medical Center
111 S Grant Ave.
Columbus, OH 43215


GRANT MUDGE
106 HIDDEN DALE DRIVE
JOHNSTOWN, OH 43031


GRANT ORNDORFF
17366 WING ROAD
CHAGRIN FALLS, OH 44023


GRANT PEEBLES
5140 S HYDE PARK BLVD.
22A
CHICAGO, IL 60615


GRANT PHELAN
20573 HILL ROAD
SAEGERTOWN, PA 16433


GRANT RUSSELL
389 CATALINA DR.
NEWARK, OH 43055


Grassy Waters Inpat Svcs
8201 W Broward Blvd.
Fort Lauderdale, FL 33324


Graymont Equipment
1621 W Carroll Ave.
Chicago, IL 60612


GREATER FLORIDA ANESTHESIOLOGI
PO BOX 17426
CLEARWATER, FL 33762

Greater Florida Anesthesiology
1901 Ulmerton Rd., Ste 450
Clearwater, FL 33762


Greater Toledo Urgent Care
4405 N Holland Sylvania Rd.
Toledo, OH 43623-1046


GRECIA MERCED
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


GRECIA SIERRA BANEGAS
11318 SW 161 PL
MIAMI, FL 33196


GREEN LEE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


GREENBAUM SHAREEN MISHAL
11011 Sheridan St., Ste 215
Hollywood, FL 33026


Greenbrier Obstetrics Gynecology PC
713 Volvo Pkwy, Suite 200
Chesapeake, VA 23320


GREENY VALBUENA
7563 COURTYARD RUN W
BOCA RATON, FL 33433


GREG COULTER
2402 BAIKAL LOOP
UPPER MARLBORO, MD 20774


GREGORY ANDERSON
2436 FULTON ST
TOLEDO, OH 43620


GREGORY BROOKS
2634 LAURETTA AVE
WESTMINSTER, MD 21158

```
GREGORY BROOKS
2634 LAURETTA AVE
BALTIMORE, MD 21223


Gregory Brown
2679 Willow Glen Rd.
Hilliard, OH 43026


GREGORY BROWN
2679 WILLOW GLEN ROAD
HILLIARD, OH 43026


GREGORY BROWN
2679 WILLOW GLEN ROAD
COLUMBUS, OH 43026


Gregory Clay
102 Hickory Hollow Dr.
Antioch, TN 37013


GREGORY KASSON
388 W 1ST AVE.
COLUMBUS, OH 43201


GREGORY MATUSZYNSKI
272 ELGIN AVE
TOLEDO, OH 43605


GREGORY PARKER
12504 ARBOR DRIVE
ALSIP, IL 60803


Gregory Pontasch
9413 Valetta Dr.
Temperance, MI 48182


GREGORY PONTASCH
9413 VALETTA DR
TEMPERANCE, MI 48182


GREGORY RHODES
707 YORK RD.
APT. 3136
TOWSON, MD 21204
```

Gregory Thomas
2303 Westfield Ave.
Baltimore, MD 21214


GREGORY THOMAS
2303 WESTFIELD AVE
BALTIMORE, MD 21214


GREGORY WILLIAMS, II
2575 SW 105 TERRACE
DAVIE, FL 33324


GRETA BURRY
373 CARROLL STREET SUITE 62
AKRON, OH 44325


GRETCHEN BURDO
6438 COVENTRY WAY
WATERVILLE, OH 43566


GRETCHEN SCHOTT
1065 LIBERTY LN NW
NORTH CANTON, OH 44720-8601


GRIFFIN SANDEROFF
305 BONNIE MEADOW CIR
REISTERSTOWN, MD 21136-6201


GRIFFIN SUKEL
270 NORTH MAIN STREET
CHAGRIN FALLS, OH 44022


GRIFFIN WHIMS
1604 APPLE VALLEY DRIVE
HOWARD, OH 43028


GRIFFITH LITTLEHALE
2708STRAUSSAVE
TOLEDO, OH 43606


GUANYUE RAO
3118C 22 E EXCHANGE STREET
AKRON, OH 44308

GUELDA JOSIL
1270 NE 139TH ST APT 4
NORTH MIAMI, FL 33161-3445


GUENNA BOLINGER
5772 FOXBORO AVE. NW
CANTON, OH 44718


GUILHERME MILEGUIR
1010 SEMINOLE DRIVE, APT 809
FORT LAUDERDALE, FL 33304


GUNNAR KRAMER
139 SPRUCE ST.
MAHTOMEDI, MN 55115


GUODONG DENG
2220 HIGH ST.
APT 606
CUYAHOGA, OH 44221


GUOPENG FU
634 E BUCHTEL AVE APT 313
AKRON, OH 44304


GURMANN BOPARAI
6576 SHIPSLANDING AVE NW
CANTON, OH 44718


GUSTAVO BAUTISTA
8053 OLD JENNING ROAD
EDEN, NY 14057


GUSTAVO POLIDOR
850 N MIAMI AVENUE, APT 2003
MIAMI, FL 33136


GUSTAVO VEGA
9833 SW 94TH TERRACE
MIAMI, FL 33176


GWEN BAKER
3168 HOMMON RD
RAVENNA, OH 44266

```
HAANESHA SMITH-JOHNSON
207D DALEY
2500 WEST NORTH AVENUE
REISTERSTOWN, MD 21136


HAANESHA SMITH-JOHNSON
207D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


HABIB DURODOLA
2110 NEWKIRK AVE APT 3F
BROOKLYN, NY 11226-7534


HABIBAT OLADOSU
4077 MCDOWELL LANE
LANDSDOWNE, MD 21227


HABIBAT OLADOSU
6649 COLLINSDALE RD
APT D
PARKVILLE, MD 21234


HADEN SHOLL
4862 S VILLAGE DR APT 3
TOLEDO, OH 43614


HADEN SOLMEN
535 STEWART AVENUE
SALEM, OH 44460


Hadi Berry, DO
18550 W Outer Dr
Dearborn, MI 48128


HADYN GOLDBERG
3038 LENNOX CT
LAMBERTVILLE, MI 48144


Hafez Rais Rohani
1880 Redwood Ave.
Akron, OH 44301
```

HAFEZ RAIS ROHANI
1880 REDWOOD AVE
AKRON, OH 44301


HAIDONG ZHU
520 S HAWKINS AVE APT 1
AKRON, OH 44320


HAIFENG YE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


HAIKEN DERMATOLOGY
310
FORT MYERS, FL 33912


HAILEY ADKINS
174 SOUTH DORSET ROAD
TROY, OH 45373


HAILEY KILPATRICK
812 GRAVIER ST.
APT. 1004
NEW ORLEANS, LA 70112


HAILEY TOPORCER
1230 JULIA DRIVE
WARREN, OH 44481


HAILEY WEICKS
10307 SOUTH HARVARD BOULEVARD
LOS ANGELES, CA 90047


HAILIANG JIN
3814 WYNDHAM RIDGE DRIVE
APARTMENT 206
STOW, OH 44224


HAILU KASSA
8824 BLAIRWOOD RD
B2
NOTTINGHAM, MD 21236

```
HAIPEI LI
55 FIR HILL, APT 9B10
AKRON, OH 44304


HAIRSTON PRESSLEY
3439 HARWELL AVE
BALTIMORE, MD 21213


HAITAO ZHAO
685 SHERMAN STREET APT11
AKRON, OH 44311


HALA NUSEIRAT
3330 ARLINGTON AVE APT 3
TOLEDO, OH 43614


HALEE GROTHOUSE
629 LEONARD AVE
DELPHOS, OH 45833


HALEIGH HARRIS
4813 ALLEN COVE RD
LUNA PIER, MI 48157


HALEY ADAMS
11388 MADISON ROAD
HUNTSBURG, OH 44046


HALEY CHRISTANI
4385 APPLE ORCHARD
ROOTSTOWN, OH 44272


HALEY GOODBURN
6177 AVERY CROSSING BLVD
DUBLIN, OH 43016


HALEY HESS
7710 BROWN RD
CURTICE, OH 43412


HALEY PTSCHENEDER
5817 WESLEYAN DRIVE
PO BOX A158
VIRGINIA BEACH, VA 23455
```

HALEY STEINBERG
315 NE 3RD AVE. APT. 904
APT. 301
FORT LAUDERDALE, FL 33301


HALEY STEVENS
3408 MIDDLESEX DR APT E
TOLEDO, OH 43606


HALIEGH REINOEHL
373 CARROLL ST, JAR ARENA WBB SUITE 62
AKRON, OH 44325


Halifax Medical Center
1041 Dunlawton Ave.
Port Orange, FL 32127


HALIM JOSEPH
3658 CLARENELL RD.
BALTIMORE, MD 21229


HALL MILES
P.O. BOX 1270
HARTVILLE, OH 44632


Hallandale Outpatient Surgical Cent
306 E Hallandale Beach Blvd.
Hallandale, FL 33009


HALLE HOVANCE
3952 WEST LAKE ROAD
CORTLAND, OH 44410


HALLE SOLOMON
2810 CENTER COURT DRIVE
WESTON, FL 33332


Hallee Fresco
9428 Lilac Dr.
PO Box 826
Forest Falls, CA 92339


HALLIE CAJUSTE
835 NW 130 ST
GOLDEN BEACH, FL 33160

```
HALLIE CHAVEZ
4434 LINCOLN AVENUE
PARMA, OH 44129


HALLIE DOLIN
4320 BIRCHALL RD
TOLEDO, OH 43612


HALLIE DOLIN
7420 NIGHTINGALE DRIVE
APT.14
HOLLAND, OH 43528


HALONA DOBBINS
78 CORAL LN
CHILLICOTHE, OH 45601


HAMED HARRAZI
1192 ELLESMERE AVE
CUYAHOGA FALLS, OH 44221


HAMID KHATIBI
2579 W 235TH STREET APT.G
TORRANCE, CA 90505


HAMIDEH TARAJI
3501 ST. PAUL STREET, APT 634
BALTIMORE, MD 21218


HAMILTON HAUGH
9706 SOUTH 6TH AVENUE
INGLEWOOD, CA 90305


Hampton Roads Radiology Assoc
110 Kingsley Ln
Norfolk, VA 23505


HAMPUS AHLIN
6101 PALM TRACE LANDINGS DRIVE
BUILDING 7, UNIT 102
FORT LAUDERDALE, FL 33314


HAMZAH MALIK
615 SANDUSKY ST
DELAWARE, OH 43015
```

HAMZAH RIZVI
4515 W. BANCROFT ST. UNIT 5
TOLEDO, OH 43615


HAN CHANG
9305 SW 77TH AVE
APT 230
MIAMI, FL 33156


HAN LIN
1296 BUCKINGHAM GATE BLVD
CUYAHOGA FALLS, OH 44221


HANDY PHYALL, JR.
7926 31 STREET
ROSEDALE, MD 21237


HANEEN AMAWI
3309 ARLINGTON AVE APT 30
TOLEDO, OH 43614


HANG SI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


HANH PHAN
14 NGUYEN KIEM STREET
VINH CITY, NGHE AN, OH 00046


HANIPH ALINIAGERDROUDBARI
1350 N HOWARD ST.
APT 611
AKRON, OH 44310


HANK CLEGG
813 EUCLID AVENUE
TORONTO, OH 43964


HANLIN CHEN
55 FIR HILL APT3A1
AKRON, OH 44304


HANNA ROWELL
2125 CAMPUS RD
TOLEDO, OH 43606

HANNAH ARISON
2541 STATION RD
MEDINA, OH 44256


HANNAH BACKUS
1703 PIONEER ROAD
GRANDBURY, TX 76049


HANNAH BAUGHMAN
6688 MEESE RD NE
ALLIANCE, OH 44601


HANNAH BENNETT
PO BOX 503
HIRAM, OH 44234


HANNAH BOEHM
1587 LEWIS DRIVE
LAKEWOOD, OH 44107


HANNAH CANGCO
6438 HARTWAIT STREET
BALTIMORE, MD 21224


HANNAH CHRISTOPHE
3301 COLLEGE AVENUE
FORT LAUDERDALE, FL 33314


HANNAH CLARK
5376 SR 514
GLENMONT, OH 44628


HANNAH CRAMER
535 PEPPERWOOD DRIVE
BRUNSWICK, OH 44212


HANNAH DAVIS
3731 SE 17TH AVE.
GAINESVILLE, FL 32641


HANNAH EVOLA
11340 PROSPECT RD
STRONGSVILLE, OH 44149

HANNAH GIRLIE
2250 PERRYSBURG HOLLAND RD.
A5
MAUMEE, OH 43537


HANNAH GIVENS
13911 DREXMORE ROAD
CLEVELAND, OH 44120


HANNAH HENRY
150 COUSINS DR
CARLISLE, OH 45005


HANNAH HILTY
10767 RESERVOIR DRIVE
MANTUA, OH 44255


HANNAH HUNT
5817 WESLEYAN DRIVE
PO BOX C232
VIRGINIA BEACH, VA 23455


HANNAH HUNT
108 REED AVENUE
BROWNS MILLS, NJ 08015


Hannah Kanzig
13115 Schreiber Rd.
Cleveland, OH 44125


HANNAH KANZIG
13115 SCHREIBER RD
VALLEY VIEW, OH 44125


HANNAH KNOBLOCH
5802 MEADOWBROOK LANE
HILLIARD, OH 43026


HANNAH KOHLER
2140 TIMBERCREEK DR.
APT. A
TOLEDO, OH 43615

Hannah Kohler-Blausey
2140 Timbercreek Dr.
Apt. A
Toledo, OH 43615


HANNAH LANE
5009 LUCAS PERRYSVILLE ROAD
PERRYSVILLE, OH 44864


HANNAH LOGLISCI
5715 MOSHOLU AVE APT 2B
BRONX, NY 10471-2229


HANNAH LUFT
11385 SOMERSET ROAD
THORNVILLE, OH 43076


HANNAH MANN
6007 GIDDINGS ROAD
ROOTSTOWN, OH 44272


HANNAH MCBRIDE
12215 MUMFORD ROAD
GARRETTSVILLE, OH 44231


HANNAH MISTIS
562 PHEASANT RUN
VIRGINIA BEACH, VA 23452


HANNAH PINEAULT
1151 RICHWOOD AVE
MORGANTOWN, WV 26505


HANNAH QUICKSELL
1317 FRENCHMEN ST.
NEW ORLEANS, LA 70116


HANNAH SABA
5700 KYLIE COURT
SYLVANIA, OH 43560


HANNAH SCHIMMOELLER
446 SHERMAN STREET APT 201A
AKRON, OH 44311

HANNAH SMITH
3021 PASCAL DR
BEAVERCREEK, OH 45431


HANNAH WAITE
7527 BRIARCLIFF PKWY
MIDDLEBURG HEIG, OH 44130


HANNAH WALDMAN
1512 DENISON DRIVE NW
WARREN, OH 44485


HANNAH WARD
116 EAST SECOND ST
GIRARD, OH 44420


HANNAH WARD
165 NORTH CHESTNUT AVENUE
NILES, OH 44446


HANNAH WITHROW
7633 SENECA TRL
TEMPERANCE, MI 48182


HANNIQUE ROBERTS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


HANPENG XU
9248 MEADOW LANDING CT
SYLVANIA, OH 43560


HANS APOLLON
15005 NE 6TH AVE #103
NORTH MIAMI, FL 33161


HANYANG ZHOU
2245 UNIVERSITY HILLS BLVDAPT 109
TOLEDO, OH 43606


HAO GUO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

```
HAO GUO
80 N PORTAGE PATH
APT 8B5
AKRON, OH 44303


HAO ZHANG
38 S ADAMS ST APT 2
AKRON, OH 44304


HAORAN WANG
437 LOVISA STREET
AKRON, OH 44311


HAORAN XIA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


HAOWEI JIANG
55 FIR HILL STREET APT.4A1
AKRON, OH 44304


Hareendra G. Adhvarya, MD
7215 Old Oak Blvd. #A418
Cleveland, OH 44130


HARI POUDYAL
1220 WEST SANDUSKY STREET
FINDLAY, OH 45840


HARIHARAN RANGARAJAN
406 SUMNER STREET
APARTMENT A-1
AKRON, OH 44304


HARIHARAN RANGARAJAN
406 SUMNER STREET
APARTMENT B-6
AKRON, OH 44304


HARINI SRIDHARAN
268D, DEPOT
80 EAST EXCHANGE STREET
AKRON, OH 44308
```

HARIS ALI
615 SANDUSKY ST
DELAWARE, OH 43015


HARMONE CHATMAN
4535 LOCH LANE
SAN LEANDRO, CA 94578


HAROLD ANTOINE
3934 SADIE RD
RANDALLSTOWN, MD 21133-4011


Harold Lewis, DO PA
202 Lewis St.
Harrisburg, PA 17110


HAROLD PEIRRE LOUIS
1071 NW 101ST ST
MIAMI, FL 33150-1334


HARRIET BATTISTE
3204 SONATA COURT
STOCKTON, CA 95212


HARRISON ASOKUARAMI
8121 CHURCH LN
WINDSOR MILL, MD 21244-3210


HARRISON VONDERAU
23868 W RIM DR
COLUMBIA STATION, OH 44028


HARRISON ZEITLER
7969 HARROW CT
SYLVANIA, OH 43560


HARRY MOLYNEUX
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


HARRY TAYLOR
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

HARSH DESAI
2126 ORCHARD LAKES PL APT 12
TOLEDO, OH 43615


HARSHAL GADE
55 FIR HILL ST APT 11B10
AKRON, OH 44304


HARSHAL GADE
55 FIR HILLS STREET
5A1
AKRON, OH 44304


HARUN MUSA
2069 MARTIN ROAD
MOGADORE, OH 44260


Harvey A. Frank, DC PA
1321 S Andrews Ave.
Fort Lauderdale, FL 33316


HASAN VARENCE
2847 BAINBRIDGE AVE
BRONX, NY 10458


HASAN VARENCE
2039 DENUNE AVE
COLUMBUS, OH 43211


HASANTHA HEMALI MALAVIPATHIRANA
634 E BUCHTEL AVE
APT 208
AKRON, OH 44304


HASHLIE THOMAS
4911 NW 11TH COURT
LAUDERHILL, FL 33313


HASHMATH FATHIMA
22 E ALANBROOKE COURT
TOWSON, MD 21204


HASIBAH WALKER
1870 PARK BLVD
CAMDEN, NJ 08103

HASITHA BOTHENNA
389 SHERMAN STREET
APT #202
AKRON, OH 44311


Hassan Forney
2707 Merlot Ln
Annapolis, MD 21401-7438


HASSAN FORNEY
738 CRISFIELD WAY
ANNAPOLIS, MD 21401


HASSAN REAMES
406C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


HASSAN REAMES
302A DALEY
2500 WEST NORTH AVENUE
WINDSOR MILL, MD 21244


HASSAN REAMES
302A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


HASSAN SALEH
1648 COLLEEN CT
TOLEDO, OH 43614


Hassan Semann, MD
3065 Arlington Ave.
Toledo, OH 43614


HASSIBULLAH AGHBAR
11715 GARFIELD ROAD
HIRAM, OH 44234


HASSIEM BROCKINGTON
8434 ALLENSWOOD RD
BALTIMORE, MD 21133

Hau Thawng
1317 W Running Brook Rd.
Nashville, TN 37209


HAUVEMITH LABRANCHE
41 NW 190TH ST
MIAMI, FL 33169-4026


HAVEN COOK
7807 MARCHE LATERAL RD.
NORTH LITTLE ROCK, AR 72118


HAYDEN GLOVER
36550 CHESTER ROAD
APT. 4804
AVON, OH 44011


HAYDEN SPIES
16 PEPPER RIDGE RD
PEPPER PIKE, OH 44124


HAYLEE DUNAHAY
1907 UNIVERSITY BLVD
LIMA, OH 45805


HAYLEY HEATH
1911 GASTON ROAD
SKIPPERS, VA 23879


HAYLEY SCHERER
3794 MAGNOLIA DRIVE
BRUNSWICK, OH 44212


HCC Life Insurance Company
225 Town Park Dr.
Ste. 350
Kennesaw, GA 30144


HE HAO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


HE HU
77 FIRHILL TOWERS, 7B8
AKRON, OH 44304

HE'QUIA HORNER
2311 13TH STREET NE
CANTON, OH 44705


HEALIX HEALTHCARE SERVICES LLC
3990 SHERIDAN ST
STE. 201
HOLLYWOOD, FL 33021


HEALTH CORE PHYSICAL THERAPY &
8198 S JOG RD.
SUITE 204-5
BOYNTON BEACH, FL 33472


Health Texas Provider Network
PO Box 844128
Dallas, TX 75284-4128


Healthcare Highways, Inc.
6300 Fallwater Trail, Ste. 120
The Colony, TX 75056


HealthSmart Benefits Solutions, Inc
PO Box 847972
Dallas, TX 75284-7972


HealthSmart Care Management
PO Box 842088
Dallas, TX 75284


HealthSmart Preferred Network
PO Box 846038
Dallas, TX 75284


Healthsouth Geisinger
2 Rehab Lane
Danville, PA 17821


HEALTHSTONE MEDICAL GROUP LLC
3700 WASHINGTON ST
HOLLYWOOD, FL 33021


Healthtexas Provider Network
PO Box 844128
Dallas, TX 75284-4128

HEALTHY CARE PHYSICAL THERAPY
8198 S JOG RD
SUITE 204-5
BOYNTON BEACH, FL 33472


Heartplace PA
16980 Dallas Pakwy, Suite 200
Dallas, TX 75248


Heartwell, LLP
7400 SW 87th Ave., Suite 100
Miami, FL 33173


HEATH LAUX
7619 US ROUTE 127
CELINA, OH 45822


HEATHER CARNEGIE
17107 NORTH BAY ROAD
APT C406
SUNNY ISLES BEACH, FL 33160


HEATHER DANIELS
3939 GREENRIDGE DR
UNIONTOWN, OH 44685


HEATHER GOMEZ CARENO
5042 SW 163RD CT
MIAMI, FL 33185


HEATHER GUZMAN
19 ALBANS AVE
EWING, NJ 08618


Heather Husted
1104 Autumn Lakes Ct.
Apt. 105
Virginia Beach, VA 23451


HEATHER HUSTED
1104 AUTUMN LAKES CT
APT 105
VIRGINIA BEACH, VA 23451

HEATHER KENT
9742 NW 7TH CIRCLE
APT. 817
PLANTATION, FL 33324


HEATHER MILOS
815 HOLLYVIEW DR
SHEFFIELD LAKE, OH 44054


Heather Voss-Hoynes
3785 Wiltshire Rd.
Chagrin Falls, OH 44022


HEATHER VOSS-HOYNES
3785 WILTSHIRE RD
MORELAND HILLS, OH 44022


HEATHER WILLIAMS
1510 W SANDPIPER CIRCLE
PEMBROKE PINES, FL 33026


Heatlcare Highways
6300 Fallwater Trail
Ste. 120
The Colony, TX 75056


HEBO DRAMOU
13 HOMBERG AVENUE
ESSEX, MD 21221


HECTOR ACOSTA CARRILLO
5204 NE 2ND CT APT. 3
MIAMI, FL 33137


HECTOR BEASON
7315 CARLYLE AVE, APT 13
MIAMI BEACH, FL 33141


HECTOR GARCIA
6945 NW 20 AVENUE
MIAMI, FL 33147


HECTOR HENRRIQUEZ
14875 PRAIRIE LAKE DR
PERRYSBURG, OH 43551

HECTOR WILTZ JR
11760 SW 40TH ST.
MIAMI, FL 33175


HECTOR ZAYAS
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


HEENA THAKKAR
2801 W BANCROFT MS121
TOLEDO, OH 43606


HEIDI WIEGAND
12772 GIFFORD ROAD
OBERLIN, OH 44074


HELEN FRAZIER
4361 CLARKWOOD PARKWAY APT 508
WARRENSVILLE HEIGHTS, OH 44128


HELEN MARTINA MATHICHETTY ANTHUVAN
77 FIR HILL TOWERS 5B5
AKRON, OH 44304


HELEN MARTINA MATHICHETTY ANTHUVAN
77 FIR HILL TOWERS 11B12
AKRON, OH 44304


HELEN NEE
4625 W BARLIND DR
PITTSBURGH, PA 15227


HELENA TAMINSKI
51165 BALTREE DRIVE
SHELBY TOWNSHIP, MI 48316


Helix Urgent Care Lake
2720 - 10th Ave N
Lake Worth, FL 33461


HEMA RAVALI ADURI
77 FIR HILL TOWERS , APT: 6B5
AKRON, OH 44304

HEMAA KREE KUMAR
1335 OAK HILL CT APT 115
TOLEDO, OH 43614


HEMAA SREEKUMAR
3414 DORR ST APT 137
TOLEDO, OH 43607


HENDERSON MD FREDERIC L
1410
METAIRIE, LA 70002


Hendry Regional Medical Center
524 W Sagamore Ave.
Clewiston, FL 33440


HENG CHEN
65 PHEASANT WAY
SOUTH WINDSOR, CT 06074


HENRIETTA APPIAH
437 SUMNER STREET APT S1
AKRON, OH 44304


HENRIK TITTONEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


HENRY BAER
264 PARK ST
NEW CANAAN, CT 06840-5712


HENRY BREZIAL
3105 NW 2ND ST
LAUDERHILL, FL 33311


HENRY ESTRADA
2002 ROCK RIDGE DR
HOUSTON, TX 77049


HENRY HERNANDEZ
289 E 64TH ST
HIALEAH, FL 33013-1046

HENRY LORENZO
929 SW 143RD AVE
PEMBROKE PINES, FL 33027-6156


Henry Naddaf
4235 Secor Rd
Toledo, OH 43623


HENRY ONYEDUM
2312 CROSSETT RD
BALTIMORE, MD 21237-1462


HENRY SANNYASA
PO BOX 1006
HIRAM, OH 44234


HENRY SMITH
79 GLADYS COURT
OBERLIN, OH 44076


HERBERT HARDIN
6438 KOFFEL COURT
ELKRIDGE, MD 21078


HERBERT PITCHFORD
4224 IVANHOE AVE
BALTIMORE, MD 21212


Hershman Medical
13400 SW 120th St. #300A
Miami, FL 33173


HESHAM ELDESOUKY
459 SPICER STREET
APARTMENT 'A'
AKRON, OH 44311


HEYI LIANG
646 E. BUCHTEL AVE.
AKRON, OH 44304


HHCSI
5250 E US Hwy 36
Avon, IN 46123

Hialeah Hospital
651 E 25th St.
Hialeah, FL 33013


Hibba Sumra
7128 Quail Lakes Dr.
Holland, OH 43528


HIBBA SUMRA
4430 N HOLLAND SYLVANIA RD
APT 1329
TOLEDO, OH 43623


HILARY ANYAELE
1411 GOODYEAR BLVD, #3
AKRON, OH 44305


HILARY GEFFRARD
18801 NE 3RD CT
APT 721
MIAMI, FL 33179


Hilary Glasser, Psyd
301 NW 84th Ave.
Fort Lauderdale, FL 33324


HILDA CHANYAU
1216 SUNBURY RD
COLUMBUS, OH 43210


HILLARY AJIFA
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


HILLARY BUTLER
7167 COBBLEDALE AVE. NW
NORTH CANTON, OH 44720


HILLARY NKRUMAH
604 BUSHYTAIL CT
FREDERICK, MD 21703-2247


Hillcrest Hospital
6780 Mayfield Rd.
Cleveland, OH 44124

Hillsdale Hospital
168 S Howell St.
Hillsdale, MI 49242


HIMEL BARUA
685 SHERMAN STREET
APT 6
AKRON, OH 44311


HIMEL BARUA
543 E. BUCHTEL AVE APT 1
AKRON, OH 44304


HING YIP CHUNG
437 SUMNER STREET APT C
AKRON, OH 44304


Hip & Joint Spec of N Texas
6301 Harris Pkwy #300
Fort Worth, TX 76132


Hiram College
Attn: Deter Odom, CFO
11715 Garfield Rd.
Hiram, OH 44234-0067


Hiram College Health Center
Attn: Tricia Fincham
PO Box 67
Hiram, OH 44234


HIROSHI NIINA
13252 SW 119 TERR
MIAMI, FL 33186


HIRSH SHAH
7013 QUAIL LAKES DR
HOLLAND, OH 43528


HOANGHA DAO
3423 SCHNEIDER RD
TOLEDO, OH 43614

HODA NOURMOHAMMADI NAJAFABADI
647 SHERMAN ST.
AKRON, OH 44311


Hoffman Group
2 Berea Commons
Suite 10
Berea, OH 44017


Hoffman Park Emerg Phys, LLC
401 NW 42nd Ave.
Fort Lauderdale, FL 33317


HOHEBETH VEGA
8880 NW 99TH PATH
MEDLEY, FL 33178


HOLDEN PELZ
6340 N ELLISTON TROWBRIDGE RD
MARTIN, OH 43445


HOLDEN TINCHER
7285 JACKMAN RD
TEMPERANCE, MI 48182


HOLLY HOFFMAN
1812 LUKE DRIVE
STREETSBORO, OH 44241


HOLLY KNIGHT
6359 CHILTERN ROAD
CANAL FULTON, OH 44614


Holly Mazanec, FNP-C
444 W Exchange St.
Akron, OH 44302


Holly Noe
30422 Oleander Blvd.
Big Pine Key, FL 33043


HOLLY NOE
2262 ORLANDO ROAD
BIG PINE KEY, FL 33043

HOLLY RIEGEL
26660 PLUMMER RD
WILLIAMSPORT, OH 43164


HOLLY THOMPSON
9506 COMMUNITY ROAD APT AB
WINDHAM, OH 44288


HOLLY WILKENS
3343 SANDY LANE
AVON, OH 44011


HOLLYWOOD DIAGNOSTICS CENTER
4224 HOLLYWOOD BLVD
HOLLYWOOD, FL 33021


Hollywood Eye Institute
11011 Sheridan St.
Ste. 215
Hollywood, FL 33026-1541


HOLLYWOOD REGIONAL SURGERY CEN
3475 SHERIDAN ST
SUITE 104
HOLLYWOOD, FL 33021


Holy Cross Emergency Physicians, PA
4725 N Federal Hwy
Fort Lauderdale, FL 33308-4603


Holy Cross Hospital
1500 Forest Glen Rd.
Silver Spring, MD 20910


Holy Cross Medical Group
PO Box 531866
Atlanta, GA 30353-1866


Holy Cross Urgent Care
1115 S Federal Hwy
Fort Lauderdale, FL 33318


HOMELINK
1111 W SAN MARNAN DR
Waterloo, IA 50702

Homested Hospital
975 Baptist Way
Homestead, FL 33033


HONG QIN
2795 MACDUFF DR NW
NORTH CANTON, OH 44720


HONG WANG
9066 SW 73RD CT
APT1604
MIAMI, FL 33156


HONGDI CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


HONGHE LIANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


HONGMIN YU
PO BOX 36565
CANTON, OH 44735


HONGMIN YU
7536 PEACHMONT AVE NW
NORTH CANTON, OH 44720


HONGMING GUO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


HONGSEN ZHAO
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


HONGZHEN YANG
2865 NORTH HIGH STREET
#205
COLUMBUS, OH 43202

```
HOOMAN ENAYATI
590 E BUCHTEL AVE, APT 22
AKRON, OH 44304


HOPAL MELBOURNE
3551 LYNDALE AVE
BALTIMORE, MD 21213


HOPBLAN PEREZ
1500 NW 24TH AVE
MIAMI, FL 33125


HOPE CASSEDAY
991 HARPSTER AVE
AKRON, OH 44314


HOPE MOODY-ZIMMERMAN
4531 PARK LN
DALLAS, TX 75220-2022


HORACE JOHNSON
6737 RADCLIFFE DRIVE
ALEXANDRIA, VA 22307


Horizons Counseling Services
5851 Pearl Rd, Ste. 305
Cleveland, OH 44130


HOSEAN MITTAL
14625 NE 4TH AVE
MIAMI, FL 33161


Hospital for Special Surg.
PO Box 29174
New York, NY 10087


HOSUK RHYU
580 PARKHILL DRIVE APARTMENT 15
AKRON, OH 44333


HOUSTON LONG
750 MULL AVE APT 1N
AKRON, OH 44313
```

HOUSTON RADIOLOGY ASSOCIATED
6565 FANNIN ST DUNN 281
Houston, TX 77030


HSIAO-YING TANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


HSIAO-YING TANG
262 MALLARD POINT DR. APT 310
AKRON, OH 44319


HSIN-WEI SU
401 S. MAIN ST. #315A
AKRON, OH 44311


HUAIKUAN LI
6880 SW 44TH ST APT 209
MIAMI, FL 33155


HUAN ZHANG
1759 HAMPTON KNOLL DRIVE
AKRON, OH 44313


HUB Medical
1130 King Pointe Ct
Naperville, IL 60563


HUB MEDICAL LLC
1130 KINGS POINT CT
Naperville, IL 60563


HUGH CADE
2319 CHATHAM RD
AKRON, OH 44313


HUGH WASHINGTON
312 OKLAUNION
DALLAS, TX 75217


HUGO AGUILAR
152 DEEP HARBOR
GUN BARREL CITY, TX 75156

HUGO VARGAS
974 HARBORTON DR
COLUMBUS, OH 43228


HUGUETTE XAVIER
7331 SHALIMAR STREET
MIRAMAR, FL 33023


HUI LI
2200 HIGH STREET
APT 458
CUYAHOGA FALLS, OH 44221


HUI TAO
591 EAST BUCHTEL AVE
APT T
AKRON, OH 44304


HUIYAN SHI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Hulon Maeweathers
3272 S Senseney Cir.
Clarksville, TN 37042


HUMBERTO HENRIQUEZ
6112 40TH AVE
HYATTSVILLE, MD 20782-3012


HUNTER ANNE POSTIER
19950 SANTA FE TRL
LEAVENWORTH, KS 66048


HUNTER APESOS
6530 FIELDSON RD
DAYTON, OH 45459


HUNTER BURTT
8880 DAY AVE SW
NAVARRE, OH 44662


HUNTER CORNE
PO BOX 524
DECATUR, TN 37322

HUNTER JENKINS
37418 HUNTERS RIDGE ROAD
SOLON, OH 44139


HUNTER KUHLMAN
121 N 5TH ST
WATERVILLE, OH 43566


HUNTER LLOYD
5817 WESLEYAN DRIVE
BOX A-536
VIRGINIA BEACH, VA 23455


HUNTER LOWRY
2505 MORNINGSTAR LANE
ARLINGTON, TX 76001


HUNTER MARKUS
1120 N WESTWOOD AVE APT 2418
TOLEDO, OH 43607


HUNTER OCONNOR
117 FIRST TERRACE
KEY LARGO, FL 33037


HUNTER PERRIN
10250 ELLA LN
PLEASANT LAKE, MI 49272


HUNTER ROCK
11215 BLOOM ROAD
GARRETTSVILLE, OH 44231


HUNTER ROCK
2000 HERTFORD DRIVE
PITTSBURGH, PA 15129


HUNTER ROWELL
107 JANIE ST
RUSKIN, FL 33570


HURBRELL HOLMES
8169 MEADE VILLAGE RD
SEVERN, MD 21144-2402

```
HUSAM WAZIR
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


HUSSAIN ALNAJRANE
393 SUMMER ST, APT105D AKRON
AKRON, OH 44304


HUSSAIN ALNAJRANE
25 FRENCH MILL RUN, #23
CUYAHOGA FALLS, OH 44223


HUY NGUYEN
1701 STILLWATER DR
TECUMSEH, MI 49286


HUYNH NGAN
1816 N WESTWOOD AVE APT E
TOLEDO, OH 43607


HX Global, Inc.
1 International Plaza
Suite 550
Philadelphia, PA 19113


HYDIA ALLEN
2530 NW 159TH ST
MIAMI GARDENS, FL 33054


HYUNG MI KANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


HYUNJUN KIM
181-C, 80 E.EXCHANGE ST.
AKRON, OH 44308


I'JAE WEBB
8706 MEADOE HEIGHTS RD.
RANDALLSTOWN, MD 21133
```

I'KAYLA FENNELL
2908 BIDEKER AVE
FORT WORTH, TX 76105


I'MESHA BRANCH
1431 BERT DRIVE
FORT MYERS, FL 33916


IAN ACEVEDO
2077 VININGS CIRCLE APT 1307
WEILLINGTON, FL 33414


IAN BEHM
668 LEESBURG STATION ROAD
VOLANT, PA 16156


IAN CRAWFORD
908 SNOWFALL SPUR
AKRON, OH 44313


IAN CROOK
2810 EAST COVE CT
MAINEVILLE, OH 45039


IAN JAMES
820 W BARRE ST
BALTIMORE, MD 21230-2403


IAN LYNCH
10716 CASTLETON TURN
UPPER MARLBORO, MD 20774


IAN MICHAEL ANDREWS
3500 MARIGOLD CT
APT 204
PALM BEACH GARDENS, FL 33410


IAN MONROE
4343 W BANCROFT ST APT 4C
OTTAWA HILLS, OH 43615


IAN MURPHY
8001 SUDER AVE
ERIE, MI 48133

IAN MWANIKI
1947 NEW HAVEN DR.
BALTIMORE, MD 21221


IAN ROMANO
9340 OAK GROVE CIRCLE
DAVIE, FL 33328


IBRAHEEM EDU
7851 RIVERDALE RD APT 102
NEW CARROLLTON, MD 20784-4004


IBRAHIM ALSHAMMARI
4474 STATE ROUTE 43, APT 7
KENT, OH 44240


IBRAHIM PRIDE
2411 MONTEBELLO TERRACE
BALTIMORE, MD 21214


IBRAHIMA CAMARA
7880 TRIBUTARY LN
REYNOLDSBURG, OH 43068


IBRAHIMA KONE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


IBUKUN ODEKUNLE
1540 HYDE PARK AVENUE
AKRON, OH 44310


IBUKUN OLUKANNI
4092 MORSE CREEK COMMONS DRIVE
COLUMBUS, OH 43224


IBUKUN OLUKANNI
1216 SUNBURY RD
COLUMBUS, OH 43210


IBUKUNOLUWA OLADUNJOYE
3503 VISTA VERDE DRIVE
MITCHELLVILLE, MD 20721

ICIS JOHNSON
12506 GUINEVERE RD
GLENN DALE, MD 20769-8942


IDA MARTIN
5933 WALNUT CIR APT S
TOLEDO, OH 43615


IDARA UDO-INYANG
80 E EXCHANGE ST
APT. 161-B
AKRON, OH 44308


IEC Group, Inc.
PO Box 7186
Boise, ID 83707


IEC Group, Inc.
dba AmeriBen / IEC Group
2888 W. Excursion Lane
Meridian, ID 83642


IESHA BUTLER
2 MERSEY CT APT F
ELLICOTT CITY, MD 21042


IESHA CHILDS
1423 EAST EAGER ST
BALTIMORE, MD 21205


IFECHUKWUDEL UDEAGBALA
5502 YORKSHIRE DRIVE
TEMPLE HILLS, MD 20748


IFEOMA MJUBIGBO
1120 N WESTWOOD AVE
APT 6105
TOLEDO, OH 43607


IFTEKHAR HASAN
685 SHERMAN ST
APT: 18
AKRON, OH 44311

IGNACIO DEL FRESNO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


IGNACIO ESTRADAS GOYA
3301COLLEGE AVE
FORT LAUDEARDALE, FL 33314


IGNACIO FERNANDEZ
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


IGNACIO GAVILANES
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


IGNACIO GAVILANES
437 SHERMAN
AKRON, OH 44325


IGNACIO GOMEZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


IGNACIO PUENTE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


IGNACIO STRADAS GOYA
3301COLLEGE AVE
FORT LAUDEARDALE, FL 33314


IGNACIO VELAZ
26 CHASE RD
THOMPSON, CT 06277-2802


IGOR PEREZ
16400 COLLINS AVE. APT 2543
SUNNY ISLES, FL 33160

```
IGOR ZAPPAROLI DE SOUZA
405C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


IJAZ RASUL
130 Preston Executive Drive
Suite 102
CARY, NC 27513


IJEOMA EZIEFULA
5403 GEORGIA AVE NW
4931 N CAPITOL ST NE APT 31
WASHINGTON, DC 20011-6752


IJOO YOU
1957 WELLS CREEK RUN
AKRON, OH 44312


IKENNA AZUBIKE
11504 MARJORIE DRIVE
BOWIE, MD 20721


ILKE CELIK
1445 OAK HILL COURT APARTMENT 5
TOLEDO, OH 43614


Illinois Secretary of State
501 S. Second St., Rm. 351
Springfield, IL 62756


IMAN ASHRAF
615 SANDUSKY ST
DELAWARE, OH 43015


IMAN BATISTE
6670 TRAQUAIR PL
DUBLIN, OH 43016


IMAN HEWITT
1816 LAWRENCE AVE
TOLEDO, OH 43606
```

IMAN SAMANI
4124 S TERRACEVIEW STAPT 11
TOLEDO, OH 43607


IMANI BARNES
920 TRINITY AVE APT 5D
BRONX, NY 10456-7434


IMANI CARSON
9 FOUNTAIN RIDGE CIRCLE
PARKVILLE, MD 21234


IMANI HEMSLEY
539 25TH PL NE
WASHINGTON, DC 20002


IMANI HINTON
1235 BELMONT AVE
TOLEDO, OH 43607


IMANI HOWARD
76 M ST NW
WASHINGTON, DC 20001-1373


IMANI LASSITER
2300 22ND STREET SOUTH
SAINT PETERSBURG, FL 33712


IMANI LEWIS
5602 LOCH RAVEN BLVD.
BALTIMORE, MD 21239


IMANI MAHDI
101 ELM AVE BSMT
MOUNT VERNON, NY 10550-2314


IMANI STEPNEY
5768 GLASTON PL
COLUMBUS, OH 43232


IMANI WARREN
9918 KINGSBURY BLVD
CLEVELAND, OH 44104

```
IMANI WILLIAMS
5716 MAPLEHILL RD
BALTIMORE, MD 21239-3244


IMANI WRIGHT
1143 SOUTHVIEW DRIVE
APT 302
OXON HILL, MD 20745


IMANI WRIGHT
4417 RENA RD APT 204
SUITLAND, MD 20746-3614


IMANIE EDWARDS
3502 FAIRVIEW AVE APT 5
BALTIMORE, MD 21216


IMONIE LEWIS
6507 EASTERN PKWY
BALTIMORE, MD 21214-1406


IMTIAZUD DIN
1744 N WESTWOOD AVE
TOLEDO, OH 43607


INA KIM
2553 PLUM LEAF LN APT B
TOLEDO, OH 43614


INAL SIBEKOV
16-38 MANDON PL
FAIR LAWN, NJ 07410


INDIA CURENTON
147 4TH AVE
ALIQUIPPA, PA 15001-3365


INDIA DEAHL
1519 RUXTON AVE.
BALTIMORE, MD 21216


INDIA PITT
4428 BLUE HERON WAY
BLADENSBURG, MD 20710
```

INDIA ROBERTS-BANDOO
7825 MIRAMAR PARKWAY
MIRAMAR, FL 33023


INDIA SPENCER
1008 SEARAY CT
ABINGDON, MD 21009


INDIA WILLIAMS
1110ASTURIA WAY S.
SAINT PETERSBURG, FL 33705


INDIRA JACKSON
6335 MARTINS MILL RD
PHILADELPHIA, PA 19111-5321


INDIRA MUNROE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


INDIRA MUNROE-FARRINGTON
1037 NW 81ST TERRACE
PLANTATION, FL 33322


INDIRAS KHATRI
1355 OAK HILL COURT APT 69
TOLEDO, OH 43614


INDRA SUBEDI
1227 BROOKVIEW DR APT 77
TOLEDO, OH 43615


INDYA JEFFERS
7604 GAMBIER DRIVE
UPPER MARLBORO, MD 20772


Infants and Children, PA
2141 Alternate A1A
Ste. 230
Jupiter, FL 33477


INFECTIOUS DISEASE DOCTORS, PA
PO BOX 802772
NEW YORK, NY 10003

INFINNATIE ROW
553 STIRLING ST
PONTIAC, MI 48340


Infinnatie Rowe
553 Stirling St
Pontiac, MI 48340


Infusion Partners
3315 Centennial Rd.
Sylvania, OH 43560


INGABIRE BANGAMWABO
1419 HADWICK DR APT D
ESSEX, MD 21221


Ingenious Personalized Medicine, LL
6915 Tutt Blvd. #110A
Colorado Springs, CO 80923-3591


INGRID LOVOS
5194 SE PRIMROSE WAY
STUART, FL 34997


INGRID PUJOL
15519 SW 32ND TERRACE
MIAMI, FL 33185


INIGO CILLERO
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


INNOCENT DEMSHEMINO
592 CARROLL STREET, APT 5
AKRON, OH 44304


Inova Alexandria
4320 Seminary Rd.
Alexandria, VA 22304


INPHYNET CONTRACTING SRV LLC
3360 Burns Rd
Palm Beach Gardens, FL 33410

Inphynet Contracting Srv, LLC
3360 Burns Rd.
Palm Beach Gardens, FL 33410


Inphynet South Broward, LLC
PO Box 459077
Fort Lauderdale, FL 33345


Inst for Womens Health & Body
5507 S Congress, Suite 110
Lake Worth, FL 33462


Integrated Cell & Molecular Diag
6305 Ivy Ln, Suite 100
Greenbelt, MD 20770


INTEGRATED PAIN AND NEURO PAY
PO BOX 11951
NEW ORLEANS, LA 70115


Integrated Reg Lab Path Serv
5361 NW 33rd Ave.
Fort Lauderdale, FL 33309


Integrity Rehab
5302 Janelle Dr.
Killeen, TX 76549-5666


Intellirad Imaging, LLC
11750 SW 40th St.
Miami, FL 33175


INTERCOASTAL MEDICAL GROUP
943 S. Beneva Road Suite 306
SARASOTA, FL 34232


Intermountain Medical Center
5121 S Cottonwood St.
Salt Lake City, UT 84107


Internal Medicine West
2651 W Market St.
Akron, OH 44333-4200

Internal Revenue Service
1111 Constitution Ave. NW #5480
Washington, DC 20224


IONA GABBIDON
3162 NE 166TH STREET
NORTH MIAMI BEACH
MIAMI, FL 33160


IONA ROTHFELD
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


IONUT GAVRIS
7370 MCLELLAN DR
WALTON HILLS, OH 44146


IRENE BONSU ACKERSON
648 E. BUCHTEL AVE
AKRON, OH 44304


IRENE NGO BISSEE
11715 GARFIELD ROAD
HIRAM, OH 44234


IRENE RATEMO
1235 OAK HILL CT APT 240
TOLEDO, OH 43614


IRENE RIVERA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


IRENE VITAKIS
7491 BERKELEY LN
NORTH ROYALTON, OH 44133


IRESHA SHAMINI KONARA MUDIYANSELAGE
389 SHERMAN ST
APT 101
AKRON, OH 44311


IRETIADE ADENIJI
610 SW 79TH AVENUE
NORTH LAUDERDALE, FL 33069

Irite Adolphe Niamien Bi
5502 Ivanhoe Ave
Baltimore, MD 21212


IRITIE ADOLPHE NIAMIEN BI
5502 IVANHOE AVENUE
BALTIMORE, MD 21212


IRMA BONILLA
1888 SW 154TH AVE
MIRAMAR, FL 33027-4389


IRUNGU KARANGU
3144 RAVENWOOD AVENUE
BALTIMORE, MD 21213


IRVEEN SINGH
580 CLUB DRIVE
AURORA, OH 44202


IRVING JONES
5817 WESLEYAN DRIVE
PO BOX A364
VIRGINIA BEACH, VA 23455


IRWIN KING
1831 SW 65TH AVENUE
NORTH LAUDERDALE, FL 33068


ISA BOLLING
3605 SHADY REST RD
FORT WASHINGTON, MD 20744


ISAAC BEAULIEU
3750 LANDRY ROAD, LOT 36
SCOTT, LA 70583


Isaac Guzman
248 Summer St.
Apt. 1F
Passaic, NJ 07055


ISAAC MCKINNEY
2405 QUAIL MEADOW DRIVE
GROVE CITY, OH 43123

```
ISAAC OPOKU-NKRABEA
3353 THORNAPPLE CIRCLE S
COLUMBUS, OH 43231


ISAAC WILLIAMS
8508 VILLAGE GREEN ROAD
ORLANDO, FL 32818


ISABEL CARUSO
3304 STANHOPE DR
TOLEDO, OH 43606


ISABEL EBEL
4371 NORTHWEST 62ND TERRACE
CORAL SPRINGS, FL 33067


ISABEL GONZALEZ
1870 SW 74TH AVE.
MIAMI, FL 33155


ISABEL GONZALEZ
10000 SW 68TH STREET
MIAMI, FL 33174


ISABEL PETKIEWSCZ
260 HICKORY HILL ROAD
CHAGRIN FALLS, OH 44022


ISABEL RIUSECH
15411 FM 2769
VOLENTE, TX 78641-9688


ISABELA DAROCHA
13927 SW 91ST TERRACE
APT. 13927
MIAMI, FL 33186


ISABELA LOPES
3300 NE 188 ST
AP909
AVENTURA, FL 33180


ISABELL HUTCHINS
537 WOODLAND DR
ROSSFORD, OH 43460
```

Isabella Chalfant
233 Buttonwood Ct.
Columbus, OH 43230


ISABELLA COMPRIDO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ISABELLA DILLON
1305 STEESE RD
UNIONTOWN, OH 44685


ISABELLA ECHEVERRI
1205 COUNTRY VIEW LN APT 9B
TOLEDO, OH 43615


ISABELLA EL-HASHEM
2013 PARKRIDGE AVE
BRENTWOOD, MO 63144-1635


ISABELLE FIGUEROA
5817 WESLEYAN DRIVE
PO BOX A49
VIRGINIA BEACH, VA 23455


ISABELLE GONZALES
14522 SAN ESTEBAN DRIVE
LA MIRADA, CA 90638


ISABELLE MIRANDA
104 ROBIN ROAD
CHEHALIS, WA 98533


ISABELLE PYRITZ
6 NEWCASTLE LANE
LINCOLNSHIRE, IL 60069


ISAIAH ALLEN
4805 WESTWOOD AVENUE
LITTLE ROCK, AR 72204


ISAIAH AVERHART
1740 WILLOW RD
SPRINGFIELD, OH 45502

ISAIAH CROMARTIE
4417 KENTWELL PLACE
RALEIGH, NC 27604


ISAIAH DARRETT
3821 NORTHEAST 23RD PLACE
CAPE CORAL, FL 33909


ISAIAH DAVILLA
10616 WATCHFUL FOX DRIVE
AUSTIN, TX 78748


ISAIAH HEALY
5722 FOXGLOVE PLACE
COLUMBUS, OH 43082


ISAIAH HOLT
152 FRANKLIN ST
TRENTON, NJ 08611


ISAIAH JONES
3306 E NORTHERN PKWY
BALTIMORE, MD 21206-1622


ISAIAH JONES
132 EAST SCHOOL STREET
KENT, OH 44240


ISAIAH MATTHEWS
509 WINDJAMMER LN.
COLUMBIA, SC 29229


ISAIAH MCLIN
9523 KNIGHT CT
UPPER MARLBORO, MD 20772-9422


ISAIAH MOORE
23 STUART MILLS PLACE
BALTIMORE, MD 21228


ISAIAH NEWELL
707D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

ISAIAH ROBINSON
3403 CLAIRE DR APT 201
SUITLAND, MD 20746-2507


ISAIAH RUTHERFORD
18 FOUR MILE RIVER ROAD
OLD LYME, CT 06371


ISAIAH SMITH
1016 CHARLES ST
LOGAN, OH 43138


ISAIAH SMITH
6515 AUTUMN WOODS TRAIL
DALLAS, TX 75232


ISAIAH TALLEY
818 ARCHER ROAD
BEDFORD, OH 44146


ISAIAH WEAVER
5655 PURDUE AVE APT A
BALTIMORE, MD 21239-2813


ISAMAR MORALES
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


ISATU KARGBO
1541 PENTRIDGE RD
BALTIMORE, MD 21239-4013


ISBEY CHICCO
9365 WEST 33RD AVENUE
HIALEAH, FL 33018


ISBEY CHICCO
16251 GOLF CLUB ROAD
WESTON, FL 33326


ISELLE CARDENAS
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054

ISELLE CARDENAS
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


ISHALLAR BRYANT
5272 PINE LAKE DR APT 1C
WESTERVILLE, OH 43081


ISHANI HETTIARACHCHI
1448 COLLEGE DR APT 12-4
TOLEDO, OH 43607


ISHMAEL ASAMOAH
656 E BUCHTEL AVE
AKRON, OH 44304


ISHMAEL THOMAS
35 STRAW HAT RD APT 1B
LAKE BLUFF, IL 60044


ISHMAEL THOMAS
35 STRAW HAT RD APT 1B
OWINGS MILLS, MD 21117


ISHTIAQUE ZAMAN
592 CARROLL STREET
APARTMENT 06
AKRON, OH 44304


ISHWOR GAUTAM
634 EAST BUCHTEL AVE. APT #311
AKRON, OH 44304


ISIAH ALSTON
8313 TELEGRAPH RD APT 261
ODENTON, MD 21113-1390


ISIAH ASHBURN
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


ISIOMA OKENIMKPE
282, EAST THORNTON STREET
AKRON, OH 44311

ISIOMA OKENIMKPE
1411 GOODYEAR BLVD,
APT #3
AKRON, OH 44305


ISIS  MOODY
216-19 137 AVENUE
SPRINGFIELD GARDENS, NY 11413


ISIS DAVIS
114 DEAUVILLE AVENUE
TOME RIVER, NJ 08757


ISIS HARDEN
2640 MLK JR. DR. SW
#8207
ATLANTA, GA 30311


ISIS MOODY
216-19  137TH AVE.
JAMAICA, NY 11413


ISKINDER ARSANO
1746 TREETOP TRAIL
APT A
AKRON, OH 44313


Ismail Alhindi
1216 Sunbury Rd.
Columbus, OH 43210


ISMAIL ALHINDI
3710 FARNSWORTH HOUSE
COLUMBUS, OH 43219


ISMAIL IDOWU
1402 MARTIN DR
BALTIMORE, MD 21229


ISMAIL ISOWU
1402 MARTIN DR
BALTIMORE, MD 21229

ISOBEL JONES
1120 N WESTWOOD AVE APT 7108
TOLEDO, OH 43607


ISOBEL JONES
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


ISRAEL ADEOYE
11102 MAIDEN DR
BOWIE, MD 20720-3586


ISRAEL KPEKPENA
5642 WOODMONT AVENUE
APT. C
BALTIMORE, MD 21239


ISSA MAKHAMREH
3 SYMPHONY WOODS COURT
NOTTINGHAM, MD 21236


ISTIAQUE AHMED
195 WHEELER STREET
APT: 104
AKRON, OH 44304


ISTIAQUE AHMED
403 CROUSE ST. # U3
AKRON, OH 44311


ITAY FORKOSH
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ITIGO ISLA
31 ISLAND DR.
KEY BISCAYNE, FL 33149


IVAH TUKPAH
8807 OAK TRAIL ROAD
JESSUP, MD 20794

IVAH TUKPAH
10915 MELWOOD PARK PLACE
UPPER MARLBORO, MD 20772


IVAN JELEC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


IVAN JELIC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


IVAN NIKOLIC
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


IVANA DJORDJEVEC
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


IVANA DJORDJEVIC
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


IVANA FARRAIT
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


IVANA FARRAIT
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


IVANA MARIC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


IVANIO MARTINEZ
1521 NW 59TH ST
MIAMI, FL 33142


IVANNA VILLANUEVA
7440 VISTALMAR ST.
CORAL GABLES, FL 33143

IVETTE ALVAREZ
2630 SW 126 AVE
MIAMI, FL 33175


IVETTE HERNANDEZ
261 RINGLING STREET
HAMILTON, OH 45011


IVEY BROWN
1265 KITMORE RD
BALTIMORE, MD 21239-3405


Ivia J. Somerville
8110 Midlothian Tpke
Richmond, VA 23235


IVONNA BROOKS
820 BROOKRIVER DRIVE
APT 333
DALLAS, TX 75247


IVONNA BROWN
820 BROOKRIVER DRIVE, APT 333
DALLAS, TX 75247


IVONNA HAMPTON
8020 CONCORD CIRCLE
JACKSONVILLE, FL 32208


IYANA SIMMONS
226-06 56 AVENUE
BAYSIDE, NY 11364


IYANAH BROWN
70 RIDGEWOOD AVENUE
IRVINGTON, NJ 07111


IYANNA HARRIS
353 HOLLYWOOD AVE
HILLSIDE, NJ 07205


IYONA MCFADDEN
900 S GEORGE ST
YORK, PA 17403-3708

IYONNA BAKER
245 SW 2ND ST
DEERFIELD BEACH, FL 33441


IZABEL NAUGLE
4 HIDDEN VALLEY DR APT 23
TOLEDO, OH 43615


J'AHMOR MARRISHOW
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


J'LA CARROLL
407 RIDGE RD SE
APT 101
WASHINGTON, DC 20019-3021


J'NAE WILLIAMS
112 W PLYMOUTH STREET
TAMPA, FL 33603


J'NAIA BAITY
3125 HARMON LANE
WINTER HAVEN, FL 33880


JA YUN KIM
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JA'DARIUS SEGARS
2305 NW 195TH ST
MIAMI GARDENS, FL 33056


JA'KIMA LARRY
3601 E MOHAWK AVE
TAMPA, FL 33610


JA'NAIJA HARVEY
11911 GREENVILLE AVE. APT 3108
DALLAS, TX 75243


JA'QUAN MELVIN
607 KELVINGTON AVE
SALISBURY, MD 21801-9556

JA-MES JONES
2533 ARUNAH AVE
BALTIMORE, MD 21216-4826


JABARI PERKINS
3086 BOCASTLE CT
REYNOLDBURG, OH 43068


JABARIA GAFFNEY
PO BOX 82
ARCHER, FL 32618


JABRAY FRANKLIN
5518 WOODMONT AVE
BALTIMORE, MD 21239


JABREIA WALSTON
203C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JABRIA CHILDS
2225 WEST 5TH AVENUE
HIALEAH, FL 33010


JABRIL BILLINGSLEY
5910 SOUTH KING DRIVE 3N
CHICAGO, IL 60637


JABYRON WEBB
300 PINE STREET NW
ATLANTA, GA 30313


JAC'QUES MORGAN
543 SAWTELLE AVE
SAN DIEGO, CA 92114


JACALYN DUNCAN
2923 ELSIE AVE
TOLEDO, OH 43613


JACE KOMMINSK
688 FALLSIDE LANE
WESTERVILLE, OH 43081

JACE ROUNDTREE
708 KLING STREET
AKRON, OH 44311


JACE TURNER
3505 WEST PATEL COURT
MERIDIAN, ID 83646


JACELYN QUON
7411 WOODSHIRE LN
HOLLAND, OH 43528


JACELYN QUON
85-124 ALA WALUA ST APT E
WAIANAE, HI 96792


JACINTA PIKUNAS
857 FAIRFIELD DR
YOUNGSTOWN, OH 44512


JACK CAWLEY
2051 NE 25TH ST
LIGHTHOUSE POINT, FL 33064-7748


Jack Clark
3672 County Road 6-1
Delta, OH 43515


JACK CLARK
1222 COUNTY ROAD 6
DELTA, OH 43515


JACK MCCRACKEN
10701 WOODGATE LN
MONTGOMERY, OH 45242-3216


JACK RUBIN
6804 BALLANTRAE PLACE
DUBLIN, OH 43016


JACKIE GADEA
8761 SW 38TH STREET
MIAMI, FL 33165

JACKIE URBAEZ
341 NW 84 ST
MIAMI, FL 33150


JACKLYN JOHNSON
4020 SW 58TH AVE
WEST PARK, FL 33023


JACKLYN JOHNSON
9020 SW 58TH AVE
WEST PARK, FL 33023


Jacklyn Stellway
5650 Pepertree Cir. W
Fort Lauderdale, FL 33314


JACKSON CRAWFORD
8262 OXFORD CHASE CIR NW
MASSILLON, OH 44646


Jackson Hospital and
1523 Pine St.
Montgomery, AL 36106


Jackson Memorial Hosp
1611 NW 12th Ave.
Miami, FL 33136


JACKSON ST. CLAIR
3609 CROYDON DR NW
CANTON, OH 44718


Jacksonville Orthopaedic Institute
2 Shircliff Way #300
Jacksonville, FL 32204


JACLYN DEBRUYNE
3509 WOODMONT ROADAPT 4
TOLEDO, OH 43606


JACLYN FORTNER
4321 JOHNSON ROAD
NORTON, OH 44203

JACLYN JANSEN
4430 N HOLLAND SYLVANIA ROAD
APT 4231
TOLEDO, OH 43623


JACLYN KINSMAN
2941 DARLINGTON RD
TOLEDO, OH 43606


JACLYN MUELLER
2725 BRENTWOOD RD
BEXLEY, OH 43209


JACLYN PASH
13788 ROYAL SADDLE DR
CARMEL, IN 46032


JACLYN SIEFRING
10835 N STATE ROUTE 48
COVINGTON, OH 45318


JACOB AGENDIA
10000 TREETOP LN
LANHAM, MD 20706-2117


JACOB APPLEBY
6326 DORAL DRIVE NW
CANTON, OH 44718


JACOB CARPENTER
4096 WYANDOTTE WOODS BLVD
DUBLIN, OH 43016


JACOB COLLINSWORTH
5160 DRESDEN CT
CINCINNATI, OH 45238


JACOB DANIEL
357 LINCOLNSHRIE DR.
TROY, OH 45373


JACOB DUNCAN
6386 RING NECK DR
DAYTON, OH 45424

JACOB EGNACE
U117 COUNTY ROAD 1
LIBERTY CENTER, OH 43532


JACOB GARRISON
240 SENTINEL COURT
OREGONIA, OH 45054


JACOB GOATLEY
1335 CROMLY CT
MAUMEE, OH 43537


JACOB GREENWOOD
5009 CENTENNIAL RD
SYLVANIA, OH 43560


JACOB HAMMYE
9502 MORGANHILL RD
SYLVANIA, OH 43560-9370


JACOB HASH
751 VINEYARD DRIVE, SUITE 401
BROADVIEW HEIGHTS, OH 44147


JACOB HOHEISEL
737 AUTUMN BRANCH RD
WESTERVILLE, OH 43081-3103


JACOB HUTCHERSON
2531 FOXFIRE ST NW
UNIONTOWN, OH 44685


Jacob Justinger
6055 Grainfield Dr.
Sylvania, OH 43560


JACOB JUSTINGER
2903 GODDARD RD
TOLEDO, OH 43606


JACOB KOLLMAN
8993 STATE ROUTE 44
RAVENNA, OH 44266

JACOB LEADBETTER
400 IRIS LANE
SALINE, MI 48176


JACOB LEVY
8911 GRUMMORE CIRCLE
PIKESVILLE, MD 21208


Jacob Maier
5907 Wilber Ave.
Cleveland, OH 44129


JACOB MARVIN
18415 MIAMI-SHELBY ROAD EAST
SIDNEY, OH 45365


JACOB MERCIER
7856 WAGGONER TRACE DR
BLACKLICK, OH 43004


JACOB MONCHER
1908 LAKE FOREST DR
HURON, OH 44839


JACOB MORGAN
24367 HIGHWAY 193
LA FAYETTE, GA 30728


JACOB ONDASH
6993 NORTON RD
HIRAM, OH 44234


JACOB ROSQUIST
775 W. ROGER ROAD, LOT 156
TUCSON, AZ 85705


JACOB ROSQUIST
2802 NORTH CLOVERLAND AVENUE
TUCSON, AZ 85712


JACOB ROSS
510 GAGE ST
AKRON, OH 44311

```
JACOB SCHNALL
7006 DETROIT AVE. APT. C6
CLEVELAND, OH 44122


JACOB SECREST
495 BELLFREY DRIVE
WESTERVILLE, OH 43082


JACOB SIMMONS
334 OAK CREST
COPLEY, OH 44321


JACOB VAUGHN
2629 W VILLAGE DR
TOLEDO, OH 43614


JACOB VAUGHN
4470 HOLLY HILL DR
TOLEDO, OH 43614


JACOB VILLALTA
14986 BUNDYBURG ROAD
MIDDLEFIELD, OH 44062


JACOB WAGNER
1744 LARKSPUR DR
LYNDHURST, OH 44124


JACOB WILLIAMS
1943 CHERRYWOOD LANE
AKRON, OH 44312


JACOB WORRELL
8059 MILLWAY LOOP
POWELL, OH 43065-7393


JACOB WOYCKE
3748 FRONDORF AVE
CINCINNATI, OH 45211


JACOBO NIETO
635 SANTANDER AVE #2
CORAL GABLES, FL 33134
```

JACQUALINE DESHAZO
7712 HILLSWAY AVE
PARKVILLE, MD 21234


JACQUEL PERRY
966 PINELAND DR
ROCKLEDGE, FL 32955


JACQUELINE ALSTON
365 ANTIETAM DRIVE
HAGERSTOWN, MD 21742


JACQUELINE BARNES
3503 SEDGEMOOR RD
BALTIMORE, MD 21207


JACQUELINE BLACK
9 TREMORE WAY
HOLLAND, OH 43528


JACQUELINE KRAFT
19273 OSMUS ST
LIVONIA, MI 48152-1570


JACQUELINE MILLER-HILT
4350 SOUTH WEST 56TH AVENUE
FORT LAUDERDALE, FL 33314


JACQUELINE MOENKHAUS
10623 TUDOR CIR
NORTH ROYALTON, OH 44133


JACQUELINE MOLCHAN
11735 LAKE AVE
APT 18
LAKEWOOD, OH 44107


JACQUELINE NELSON
314 W. ELM STREET
KENT, OH 44240


JACQUELINE ROSADO
321 NW 136 AVE.
MIAMI, FL 33182

JACQUELINE VAQUERA
1120 N WESTWOOD AVE APT 2425
TOLEDO, OH 43607


JACQUELINE VAQUERA
3975 WOODLAND DR.
HIGHLAND, MI 48356


JACQUELYN KESLAR
130 E WATER ST
HUBBARD, OH 44425-1641


JACQUELYNN BARRERA
601 EAST ADOBE STREET
DEL RIO, TX 78840


JACQUELYNN BENNETT
6063 PARKDALE DR.
DALLAS, TX 75227


JACQUES KAIKAI
980 CROSS COUNTRY DRIVE EAST
WESTERVILLE, OH 43081


JACQUES YARBROUGH
2906 EAST 46TH STREET
CHATTANOOGA, TN 37407


JACQUEZ HUNN
813 STRATFORD WAY APT J
FREDERICK, MD 21701


JACQUITTA KNOWLES
2335 NW 86TH TERRACE
MIAMI, FL 33147


JADA ALPHONSE
295 EXCHANGE AVENUE
CALUMET CITY, IL 60409


JADA BAKER
4390 BEDFORD RD
JACKSONVILLE, FL 32207

```
JADA BENDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JADA BROWN
732 LAWSON AVE E
SAINT PAUL, MN 55106


JADA CHILDS
2966 NW 57 STREET
MIAMI, FL 33142


JADA CLARKE
5 CONTINENTAL CT APT 104
OWINGS MILLS, MD 21117


JADA CLARKE
5 CONTINENTAL CT APT 104
RANDALLSTOWN, MD 21133


JADA ENGLISH
6700 SW 20TH STREET
HOLLYWOOD, FL 33023


JADA FOX
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JADA HARRIS
6742 S ARTESIAN AVE
CHICAGO, IL 60629-1319


JADA LANGLEY
1816 CRESTVIEW RD
BALTIMORE, MD 21239


JADA LEWIS
832 PARK TRAIL VISTA
HOUSTON, TX 77019


JADA LEWIS
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251
```

```
JADA MCGILL
1790 SE 20TH TERRACE
HOMESTEAD, FL 33035


JADA MITCHELL
8319 RIDGELY OAK RD
PARKVILLE, MD 21234


JADA MONTAQUE
4720 NW 11TH PL
LAUDERHILL, FL 33313


JADA MONTAQUE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JADA PELTIER
1113 GARFIELD STREET
WESTLAKE, LA 70669


JADA RUSS
4514 WIPPRECH ST. APT. 4
HOUSTON, TX 77026


JADA SAMUEL
5409 NEWTON STREET APT 1
HYATTSVILLE, MD 20784


JADA WILLIAMS
401A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JADA YORK
1960 NW 179 ST
MIAMI GARDENS, FL 33056


JADE BUCHANAN
2030 S STATE, APT 1406
CHICAGO, IL 60616


JADE BUTLER
9132 EL VERANO WAY
GILROY, CA 95020
```

JADE DODGE
7507 INWOOD AVENUE
CATONSVILLE, MD 21228


JADE MCGINNIS
3837 SIMPSON STUART RD
DALLAS, TX 75241


JADE RICKS
2933 PRESBURY ST
BALTIMORE, MD 21216


JADEN SAYLES
8371 VICKSBURG DR
CINCINNATI, OH 45249


JADEN SLOVENSKY
4555 WEST HIGH STREET
MANTUA, OH 44255


JADEN TABLER
12656 CEDAR LAKE
VAN BUREN, OH 45889


JADIN BADER
3319 MAPLEWAY DR
TOLEDO, OH 43614


JAELYN MARSHALL
3320 18TH ST. SE
APT 301
WASHINGTON, DC 20020


JAELYN MASON
409 SPRING AVENUE
WASHINGTON COURT HOUSE, OH 43160


JAELYNN FINKLEA
82 HAMILTON AVE APT 40
YONKERS, NY 10705-2148


JAEVON HAMILTON
3809 W. 83RD STREET
CHICAGO, IL 60652

```
JAEWOOK KIM
417 MARKET AVENUE NORTH
CANTON, OH 44702


JAH''KI ROBINSON
1510 E 33RD STREET
BALTIMORE, MD 21218


JAH'KIYRA MATHIS
2216 NW 6TH PL
FORT LAUDERDALE, FL 33311


JAH'VENE DAVIS-WILLIAMS
440 RICHMOND PARK E
APT 302C
RICHMOND HEIGHTS, OH 44143


JAH'VENE DAVIS-WILLIAMS
27600 CHARDON ROAD APT 572
WILLOUGHBY HILLS, OH 44092


JAHI OGBONNA
7305 RACE ST
PITTSBURGH, PA 15208-1518


JAHIEM JAMES
1275 KITMORE RD
APT C
BALTIMORE, MD 21239


JAHMERE CAMPBELL
255 TINSTONE DR
BALTIMORE, MD 21216


JAHMERE CAPBELL
255 TINSTONE DR
WESTMINSTER, MD 21158


JAHMIRA CROMARTIE
1502 N STILLMAN ST
PHILADELPHIA, PA 19121-3723
```

JAHMON TAYLOR
407B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JAHNEVA CHAMBERS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAHNEVA CHAMBERS
15210 N. W. 32ND AVE
OPA LOCKA, FL 33054


JAHNYRA SCATLIFFE
20159 NW 58TH COURT
HIALEAH, FL 33015


JAHSHYA SIMMONDS
16130 NW 37TH CT
OPA LOCKA, FL 33054


JAICHAUN DIGGS
233 N KENWOOD AVE
BALTIMORE, MD 21224-1209


JAIDEN STANLEY
1166 COUNTRY CREEK LN
TOLEDO, OH 43615


JAILA GLOVER
4502 SCENIC LAKE DR.
ORLANDO, FL 32808


JAILYN GILMORE
926 OVERLOOK DRIVE
JACKSONVILLE, FL 32211


JAIMIE CHEN
2256 PINE TOP CT
AKRON, OH 44319


JAIMIE FULLER
72 RIDGE ROAD
MIDDLETOWN, CT 06457

JAIRED FYFFE
4940 NW 12TH STREET
LAUDERHILL, FL 33313


JAIYA SMITH
2120 NORTH GREEN ROAD
CLEVELAND, OH 44121


JAIYE AGBONAVBARE
9206 LEAHS LN
OWINGS MILLS, MD 21117-4833


JAIYER JINWRIGHT
41682 N. RABBIT BRUSH TRL
SAN TAN VALLEY, AZ 85140


JAKARRI PATTERSON
1901 NW 129TH ST
MIAMI, FL 33167


JAKAYLA JACKSON
309 AIRPORT ROAD
NATCHITOCHES, LA 71457


JAKE HOLZEMER
4415 MOCKINGBIRD LN
TOLEDO, OH 43623


JAKE KVISTAD
3165 GLANZMAN RD.APT. 5
TOLEDO, OH 43614


JAKE LININGER
102 LARIAT DRIVE
CANONSBURG, PA 15317


JAKE RUBIN
1691 WOODMERE DR
JACKSONVILLE, FL 32210-2231


JAKE SEVERSON
5731 KYLIE CT
SYLVANIA, OH 43560

JAKEERAH DEVINE
3311 WALTERS LANE
APT. 003
DISTRICT HEIGHTS, MD 20747


JAKEL GIBSON
957 NW 3 TH TERR
FLAMINGO LODGE, FL 33034


JAKHELON WRIGHT
5710 WHITEBROOK DRIVE, APT 78724
AUSTIN, TX 78724


JAKIA ADAMS
6511 PARK ST
HOLLYWOOD, FL 33024


JAKIVIA SWANSTON
109 BRIARCREEK LANE
JACKSONVILLE, NC 28540


JAKOB GREEN
4217 SORREN COURT
COLUMBUS, OH 43230


JAKOB PAPP
5459 RIDGEWOOD ST
LORAIN, OH 44055


JAKOB WOODSIDE
406 WOODSIDE AVE NE
NORTH CANTON, OH 44720-2552


JAKOBI WIDENER
C/O STUDENT AFFAIRS
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JAKUB TODD
410 SHREWSBURY ST
HOLLAND, OH 43528


JALA SMITH
650 WEST 37TH
RIVIERA BEACH, FL 33404

JALAINY LOPEZ
347 NW 53RD ST
MIAMI, FL 33127


JALAL BIRU
3400 MARLBROUGH CT
COLLEGE PARK, MD 20740


JALAYA SOLOMON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JALEECIA DUFF
5331 S. CORNELL
CHICAGO, IL 60647-5021


JALEEL STEVENS
4807 CATHERINE CT
CLINTON, MD 20735-2422


JALEN BOND
603 TEABERRY DRIVE
EDGEWOOD, MD 21040


Jalen Christian
8846 Deer Valley Dr.
Dayton, OH 45424-6472


JALEN CHRISTIAN
8846 DEER VALLEY DRIVE
DAYTON, OH 45424-6472


JALEN JONES
207 GRAND AVE
CHILLICOTHE, OH 45601


JALEN KIRKSEY
112 6TH STREET NW
MASSILLON, OH 44647


JALEN MCMILLAN
16235 NW 22ND AVE
MIAMI GARDENS, FL 33054

JALEN MOORE
6288 HUDSON AVENUE
NORFOLK, VA 23502


Jalian Young
2 Maple Tree Dr.
Brighton, CO 80603-7810


JALIAN YOUNG
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


JALIL HILL
27561 LOYOLA AVE
HAYWARD, CA 94544


JALISA HILL
260 SOTHWEST 56 AVENUE APT. 107
MARGATE, FL 33068


JALISA HILL
3571 NW 9TH COURT
FORT LAUDERDALE, FL 33311


JALISA NELSON
1439 S. AVERS APT. 1
CHICAGO, IL 60623


JALIYAH UNDERWOOD
3288 GLENCOVE ST
PORT CHARLOTTE, FL 33980


JALON ROBINSON
38 WASHINGTON COURT
LIVINGSTON, NJ 07039


JALYN DEVEREAUX
3924 BLUE GLADE DRIVE
CANAL WINCHESTER, OH 43110


JALYN HOWARD
508D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

JAM'MESHA BRIGGS
859 NW 77TH STREET
MIAMI, FL 33150


JAMAAL BUNDY
9021 LITTLE STONE DR
FORT WASHINGTON, MD 20744-3616


JAMAAL LEDBETTER
9011 FOREST OAKS RD
OWINGS MILLS, MD 21117


JAMAAL LEVI
5314 PEERLESS AVE
BALTIMORE, MD 21216


JAMAAL WOMMACK
8 MILLSTONE RD
RANDALLSTOWN, MD 21133-1519


JAMACIA STRINGER
9900 SW 157TH TER
MIAMI, FL 33157


JAMAICA HUMPHREYS
15530 SW 300 ST.
HOMESTEAD, FL 33033


JAMAIYA PIERCE
4658 CEPEDA ST
ORLANDO, FL 32811


JAMAL BAGGETT
630 HARRISON ST
OAK PARK, IL 60304


JAMAL CHILDS
1423 EAST EAGER ST
BALTIMORE, MD 21205


JAMAL DAVIS
2830 7TH ST NW
CANTON, OH 44708

JAMAL KIMBRUE
9610 SURRATTS MANOR DRIVE
CLINTON, MD 20735


JAMAL MCNEIL
11300 NE 2ND AVENUE
MIAMI, FL 33161


JAMAL MCNEIL
991 DOMONT AVENUE
BROOKLYN, NY 11208


JAMAL PARRAN
4916 ANNTANA AVE.
BALTIMORE, MD 21206


JAMAL POPE
7031 CONCORD RD
PIKESVILLE, MD 21208


JAMAR CRISS
10021 SW 218TH ST
BALTIMORE, MD 21216


JAMAR SMOAK
103 PLUMMER DR
SAINT MICHAELS, MD 21663-2900


JAMECIA HARRIS
19431 NW 30TH AVE
MIAMI GARDENS, FL 33056-2450


JAMEERAH MORANT
2305 ROGATE CIR UNIT 304
BALTIMORE, MD 21244-5715


JAMEKA CAREY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAMERIAL HOOKS
7026 PONCE DE LEON AVENUE APT 3B
JACKSONVILLE, FL 32217

JAMES ANDERSON
5380 HIGHWAY 56 SOUTH
CLINTON, SC 29325


JAMES BELMER
2085 FOUNTAIN STREET
FORT MYERS, FL 33916


JAMES BROSNAHAN
6567 TORINGTON DRIVE
MEDINA, OH 44256


JAMES BURKHART
665 MIDFIELD DR
MAUMEE, OH 43537


James Bush
3817 La Mesa Dr.
Fort Collins, CO 80524


JAMES BUSH
300 CLEVELAND STREET
AKRON, OH 44306


JAMES BUTLER
2837 ERDMAN AVE
BALTIMORE, MD 21213-1137


James C. Jackson & Assoc., LLC
720 Hunters Place
Prosper, TX 75078


JAMES CARTER
3770 WYNDHAM RIDGE DRIVE APT 103
STOW, OH 44224


JAMES CILIEN
7305 WOODRIDGE PARK DRIVE
4207
ORLANDO, FL 32818


JAMES COCHRAN
3614 NW 189 STREET
MIAMI GARDENS, FL 33056

```
JAMES COPPENGER
3031 FARMDALE ROAD
AKRON, OH 44312


JAMES CROSS
433 NORTH RACCOON ROAD
AUSTINTOWN, OH 44515


JAMES DAVID
1012 BILLIE HOLIDAY CT
BALTIMORE, MD 21205


JAMES DAVID
1012 BILLIE HOLIDAY CT
BALTIMORE, MD 21216


JAMES DUGAN
2113 ORCHARD LAKES PLACE EAST
APT. 21
TOLEDO, OH 43615


JAMES ELLIOTT
84 MERSEY COURT
MENTOR, OH 44060


JAMES FALMER
18234 NW 40TH COURT
MIAMI GARDENS, FL 33055


JAMES FERNANDEZ
1140 STEEPLE CHASE CIR APT E1
TOLEDO, OH 43615


JAMES FONSECA
15723 PARKHOUSE DR
UNIT 74
FONTANA, CA 92336


JAMES FULTZ
5387 CARINA COURT
HILLIARD, OH 43026


JAMES GARCIA
3140 HIDDEN HOLLOW LANE
DAVIE, FL 33328
```

JAMES GARDNER
1708 SWANSEA ROAD
BALTIMORE, MD 21239


JAMES GARRETT
22137 BALLARD CREEK DRIVE
CARROLLTON, VA 23314


JAMES GRANDOWICZ
805 HIGHLAND DR
ROSSFORD, OH 43460


JAMES HAIRSTON
4242 MAPLE PATH CIR
BALTIMORE, MD 21236-5560


JAMES HARIED
337 E LORRAINE AVE
BALTIMORE, MD 21218-4710


JAMES IKEGWU
6409 MAPLE AVE
BALTIMORE, MD 21206


JAMES IKEGWU
6409 MAPLE AVE
BALTIMORE, MD 21207


JAMES JONES
3110 CEDARHURST RD
BALTIMORE, MD 21214


JAMES KAMARA
7606 SEANS TER
LANHAM, MD 20706-1342


JAMES KING
7614 NW 15TH AVE
MIAMI, FL 33147


JAMES LANGFORD
6714 BAXTER AVENUE
CLEVELAND, OH 44105

James M. Croak, DO, Inc.
28442 E River Rd., Ste. 111
Perrysburg, OH 43551


James McFarland
729 Cattail Dr
Harrisburg, PA 17111


JAMES MEDVED
8664 RIDGE RD.
WOOSTER, OH 44691


JAMES MITCHELL
8060 NORWICH COURT
PORT TOBACCO, MD 20677


JAMES MONSERRAT
9375 SW 78ST
MIAMI, FL 33173


James Monte, MD
51 Park W Blvd #200
Akron, OH 44320


JAMES MORGAN
272 WEST PARK AVENUE
COLUMBUS, OH 43223-1340


JAMES MORGAN
154 N WESTMOOR
COLUMBUS, OH 43204


JAMES MOSBY
2912 DUPONT AVE
BALTIMORE, MD 21215


JAMES PAPADIMOS
7546 RYMOOR CT
SYLVANIA, OH 43560


JAMES PRICE
2500 WEST NORTH AVE
BALTIMORE, MD 21215

JAMES RICH, III
3927 CLARINTH RD
BALTIMORE, MD 21215-2405


JAMES SANCHEZ
380 GIRALDA AVE. APT. 607
CORAL GABLES, FL 33134


JAMES SCHWENDLER
83 KAVANAUGH DRIVE
MOGADORE, OH 44260


JAMES SEIFERT
9 HEDRICKS CT
PARKTON, MD 21120


JAMES SHIELDS, III
718 WILSON GREEN COURT
REISTERSTOWN, MD 21136


JAMES SHONUBI
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


JAMES SPATAFORA
8760 JOHNSON ST
HOLLYWOOD, FL 33024


JAMES STAMMEN
5138 BROOKFIELD LN
SYLVANIA, OH 43560


JAMES STEWART
5817 WESLEYAN DRIVE
PO BOX A99
VIRGINIA BEACH, VA 23455


JAMES TAYLOR
1007 N ROSEDALE ST
BALTIMORE, MD 21216-4233


JAMES TRUJILLO
616 SOUTH BARNETT AVENUE
DALLAS, TX 75211

James W. McGlamery
115 Briar Lake Drive
Elyria, OH 44035


JAMES WALLACE
5966 WALNUT CIR APT D
TOLEDO, OH 43615


JAMES WALLACE
1177 TREETOP CT
TOLEDO, OH 43615


JAMES WARD
3330 NW 176ST
CAROL CITY, FL 33056


JAMES WILLIAMS
1245 OAK HILL CT APT 253
TOLEDO, OH 43614


JAMES YOUNG
407C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JAMESHA COCHRAN
3614 NW 189 STREET
MIAMI GARDENS, FL 33056


Jameson Cordell
621 Ebllenden Dr.
Peachtree City, GA 30269


JAMESON VEST
621 BELLENDEN DR
PEACHTREE CITY, GA 30269


JAMIA BARBER
4132 APPLE LEAF WAY
SUITLAND, MD 20746


JAMIE FERGUSON
1190 ADAM CT
HEATH, OH 43056

JAMIE GROSS
179 OLIVE ST.
AKRON, OH 44310


JAMIE KELLER
52 DEERFIELD DR
HOLLAND, OH 43528


JAMIE LAIRD
2613 BOONE ST
BALTIMORE, MD 21218


JAMIE MATHIS
21597 BACCARAT LANE
UNIT 202
ESTERO, FL 33928


JAMIE RIVERA
3197 WEST 82ND STREET
CLEVELAND, OH 44102


JAMIE WILLIS
13245 GERMAN CHURCH ROAD
ATWATER, OH 44201


JAMIE WILSON
21597 BACCARAT LANE
UNIT 202
ESTERO, FL 33928


JAMIELA MILLER-ROBINS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAMIELLE DAVIS
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


JAMIESON BROOKS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JAMIL ROBINSON
2915 JACKSON STREET APT. 12A
HOLLYWOOD, FL 33020

```
JAMILA THOMPSON
1916 GREENBERRY ROAD
BALTIMORE, MD 21209


Jamilah Dennis
1530 Pentridge Rd
#104D
Baltimore, MD 21239


JAMILAH DENNIS
1415 N LINWOOD AVE
BALTIMORE, MD 21213-3824


JAMILL YOUNG
3800 NW 177TH ST
MIAMI GARDENS, FL 33055


JAMIQUA BROWN
1318 NW 15TH ST
FORT LAUDERDALE, FL 33311


JAMIQUE CAMPBELL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAMIR COLEMAN
955 WOODWARD AVE
LIMA, OH 45801


JAMISHA DOTSON
1063 DAMTA STREET
MEMPHIS, TN 38122


Jamison Auer
2412 Whitton Way
Virginia Beach, VA 23453


JAMONI BROCKINGTON
1342 PENTRIDGE RD
BALTIMORE, MD 21239-3944


JAMONTE POINTDEXTER
226 DECATUR
MEMPHIS, TN 38105
```

JANAE ALLEN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JANAE BROOKS
3835 LYNDALE AVE
BALTIMORE, MD 21213-1938


JANAE GANAWAY
1203 KENWOOD RD
GLEN BURNIE, MD 21060-7014


JANAE JACKSON
5289 85TH AVE APT 401
NEW CARROLLTON, MD 20784-3200


JANAE ODENAT
1944 WALTMAN RD
EDGEWOOD, MD 21040-2338


JANAE SCOTT
319 HARGRAVE RD
TOLEDO, OH 43615


JANAE SMITH
10320 SW 15 ST
PEMBROKE PINES, FL 33025


JANAE SWINTON
1708 T STREET SE 401
WASHINGTON, DC 20020


JANAI EWINGS
4216 DANVILLE DR
TEMPLE HILLS, MD 20748


JANAI LANE
3436 CHRISTOPHER COURT
BALTIMORE, MD 21244


Janai Woods
1249 Gleneagle Rd.
Baltimore, MD 21239-2236

JANAI WOODS
1249 GLENEAGLE RD
BALTIMORE, MD 21239-2236


JANAIRA BUSH
4423 S.W. 23RD STREET
WEST PARK, FL 33023


Janay Jackson
4618 Horrocks St.
Philadelphia, PA 19124-3117


JANAY JACKSON
4618 HORROCKS ST
PHILADELPHIA, PA 19124-3117


JANAY JOHNSON
3837 SIMPSON STUART RD
DALLAS, TX 75241


JANAY JONES
406 NW 84 TERRACE
EL PORTAL, FL 33150


JANAYA WILLIAMS
2535 HALL AVE.
STOCKTON, CA 95205


JANE HOFFMAN
2622 NORTHWOOD AVE
TOLEDO, OH 43606


JANE ONYAO
4120 BRIDGEWATER PARKWAY #302
STOW, OH 44224


JANE RAPP
2224 N SAINT JAMES PKWY
CLEVELAND, OH 44106


JANEA WILLIAMS
1079 CAMERON RD
BALTIMORE, MD 21212-4002

Janee Bowie
5808 Cedonia Ave
Baltimore, MD 21206-2733


JANEE BUTLER
5203 AVENTURA BLVD
ORLANDO, FL 32839


Janefrances Obiajulu
1210 Brookview Dr.
Apt. 33
Toledo, OH 43615


JANEFRANCES OBIAJULU
1210 BROOKVIEW DR APT 33
TOLEDO, OH 43615


JANELL DOBRANSKY
5817 WESLEYAN DRIVE
PO BOX B458
VIRGINIA BEACH, VA 23455


JANELL ROWE
126 GREENWICH RD APT 12
RUNNEMEDE, NJ 08078


JANELLA CUA
2627 TAFT AVENUE
ORLANDO, FL 32804


JANELLE AUSTIN
4811 NW 18TH COURT
CITY OF SUNRISE, FL 33313


JANELLE COLES
5415 NELSON AVENUE
BALTIMORE, MD 21215


JANELLE ISAAC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JANELLE TABB
8911 GOLDFIELD PL
CLINTON, MD 20735-2025

JANELLE WAGNER
540 E PORTAGE TRAIL
APT 109B
CUYAHOGA FALLS, OH 44221


JANELYS PEREZ
6925 SW 16 STREET
MIAMI, FL 33155


JANESHA ALLEN
315 TOLERANCE COURT
MOUNT LAUREL, NJ 08054


JANESHIA MOLINE
7371 NORTH WEST 35TH STREET
APARTMENT 2
HOLLYWOOD, FL 33024


JANEVA SNELL
1618 HODGES CT
MARINA, CA 93933


JANGEL RIASCOS
4385 COUGAR VILLAGE DRIVE, APT 1
HOUSTON, TX 77204


JANGEL RISCOS
4385 COUGAR VILLAGE DR
APT 1
HOUSTON, TX 77204


JANICE CAMPBELL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JANICE CAMPBELL
1517 N.W. 17 STREET
FORT LAUDERDALE, FL 33311


Janice N Young MD
3920 Via Del Rey, Suite 1
BONITA SPRINGS, FL 34134

JANIECE STRANGE
9928 WILMINGTON AVE
LOS ANGELES`, CA 90002


JANISE SANDERS
2833 GATEHOUSE DR
BALTIMORE, MD 21207


JANISE SANDERS
3914 BONNER RD
BALTIMORE, MD 21213


JANISHA JOHNSON
33557 EDGEHILL DRIVE
FRANKLIN, VA 23851


JANIYA DELANEY
307 SOUTH HARRIS ST
BALTIMORE, MD 21216


JANKO BRELECIC
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JANKO BRLECIC
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JANNEH JOHNSON
3501 ENGLEMEADE RD
BALTIMORE, MD 21208-1506


JANNEL PALENZUELA
11780 SW 18 STREET
NO. 422
MIAMI, FL 33175


JANNIVA LEGISTE
674 LOOKOUT LAKES DR
JACKSONVILLE, FL 32220


JANUS BAEZ
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

JAPOARYA BRADSHAW
162 BOOKER PLACE
PAHOKEE, FL 33476


JAPONECA COLLINS
760 MALIBUE BAY DRIVE
#306
WEST PALM BEACH, FL 33401


JAPONECA COLLINS
13875 NW 22ND AVE
APT #215
OPA LOCKA, FL 33054


Jaquan Butler
4434 Lord Loudoun Ct.
Upper Marlboro, MD 20772


JAQUAN BUTLER
4434 LORD LOUDOUN CT
UPPER MARLBORO, MD 20772


JAQUAN HUNTER
3901 W STATE ROAD 84
UNIT 206
DAVIE, FL 33312


JAQUASHIA THOMAS
435 EASY STREET
MERRITT ISLAND, FL 32953


JAQUAVIS DIXON
1120 S LOCUST AVE
SANFORD, FL 32771


JAQUELINE RAMIREZ
919 NW 2ND AVE
MIAMI, FL 33136


JAQUELINE RAMIREZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Jarae Gallmon
1700 E Cold Spring Lane
Baltimore, MD 21251


JARED BAZIL
10060 JAMESTOWN DRIVE
NORTH ROYALTON, OH 44133


JARED BEGGAGE
3719 12TH STREET NE APT 208
WASHINGTON, DC 20017


JARED BOBULSKI
706 STREAMVIEW DR
PERRYSBURG, OH 43551


JARED BRADLEY
6621 BONNIE RIDGE DR APT T2
BALTIMORE, MD 21209


JARED BUGGAGE
3719 12TH STREET NE APT 208
WASHINGTON, DC 20017


JARED DAVIES
224 WOODLAWN TER
HOLLIDAYSBURG, PA 16648


JARED DAVIS
146 VIA D ESTE
1007
DELRAY BEACH, FL 33445


JARED DUNCAN
142 BERRY DR
WILMINGTON, DE 19808-3616


JARED EVANS
806 ATALAN TRAIL
LIMA, OH 45805


JARED GOODMAN
333 ROLAND GOODMAN
JACKSON, MS 39212

JARED LOUIE
7701 RACHAEL WHITNEY LANE
ALEXANDRIA, VA 22315


JARED MILLER
5227 CRAIG AVENUE NW
WARREN, OH 44483


JARED OING
1278 CEDAR WOOD WAY
UNIONTOWN, OH 44685


JARED OSLAKOVIC
8966 CEDAR BEND RD
SYLVANIA, OH 43560


JARED SPENCER
6476 BOOTH ROAD
RAVENNA, OH 44266


JARED WALTZ
14933 NOBIL AVE
MONROE, MI 48161


JARED WILSON
651 BROOKLEDGE COURT
NORTHFIELD, OH 44067-3086


JARED WRIGHT
4510 HAWKINS ROAD
RICHFIELD, OH 44286


Jarek Griffiths
728 Maple Dr.
Cincinnati, OH 45215


JAREK GRIFFITHS
728 MAPLE DR
CINCINNATI, OH 45215


JAREN GILLIAM
19731 SEMINOLE RD
EUCLID, OH 44117

JARET BARCLAY
613 EAST FORD AVENUE
BARBERTON, OH 44203


JARET WALLAND
9331 WYANT DRIVE
MENTOR, OH 44060


JARIS FOREMAN
9792 MOUNTAIN LAUREL WAY APT 1C
LAUREL, MD 20723


JAROD STIFFUP
204B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JAROD STIRRUP
204B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JARRED CHORPENNING
13637 NATIONAL ROAD
THORNVILLE, OH 43076


JARRET RICHARDSON
107 ESST 37TH STREET
PATERSON, NJ 07514


JARRET SULLIVAN
5925 CADY ROAD
NORTH ROYALTON, OH 44133-6305


JARRET SULLIVAN
8203 COVINGTON AVE
CLEVELAND, OH 44129


JARRETT LIVAS
11301 OLD CISTERN LN
LAUREL, MD 20708-3059

JARROD BENJAMIN
651 SW 109TH AVENUE
APT.#203
HOLLYWOOD, FL 33025


JARROD CALDWELL
625 STILLWATER PL
BOWIE, MD 20721


JARROD EDWARDS
5318 HILLEN ROAD
BALTIMORE, MD 21239


JARROD MARTIN
2308 PRIMROSE
MANSFIELD, TX 76063


JARROD MORAN
7432 PILOT KNOB AVE
LOUISVILLE, OH 44641


JARVIS DAVIS
1732 NW 3RD TER
APT #111
MIAMI, FL 33034


JARYANNA WARD
6009 BIG SPRINGS DRIVE
ARLINGTON, TX 76001


JASEAN BRAWNER
1221 CHAPELWOOD LANE
CAPITOL HEIGHTS, MD 20743


JASHANNA DAVIS
W DAFFODIL LANE
MIRAMAR, FL 33025


Jashua Freeman
3118 Sudlersville Rd.
Sudlersville, MD 21668


JASMIN BRADFORD
3122 LUGINE AVE
GWYNN OAK, MD 21207

Jasmin Martin
2410 White Ave.
Nashville, TN 37214


JASMINE BOUIE
1652 RUXTON AVE
BALTIMORE, MD 21216


JASMINE BURGESS
7001 NW 16ST APT A-106
PLANTATION, FL 33313


JASMINE CHAPMAN
7132 BEXHILL ROAD
BALTIMORE, MD 21244


JASMINE CLARK
205C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JASMINE COOPER
6930 FORREST AVE
PHILADELPHIA, PA 19138-2004


JASMINE DANIEL
2644 SILVER HILL DRIVE APT 8
HIAWASSEE, FL 32818


JASMINE FLOWERS
977 W TENNYSON ROAD
HAYWARD, CA 94544


JASMINE FLOWERS
449 TYNELLA AVENUE
APT 30
MOUNTAIN VIEW, CA 94043


JASMINE FORD
504B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

JASMINE FRANKS
4648 HAWKSBURY RD
WINDSOR MILL, MD 21244


JASMINE GOINS
652 W 189TH STREET
NEW YORK, NY 10040


JASMINE GUERRA
5004 AZTEC DRIVE
THE COLONY, TX 75056


JASMINE HOLLOWAY
9600 S FOREST
CHICAGO, IL 60620


JASMINE JONES
4411 NW 173RD DRIVE
CAROL CITY, FL 33055


JASMINE JOSEPH
160 LIVE OAK WOODS COURT
APT. 2C
DELTONA, FL 32738


JASMINE KAY
571 WYNDHOLME WAY
BALTIMORE, MD 21216


JASMINE KAY
571 WYNDHOLME WAY
BALTIMORE, MD 21229


JASMINE LAIRD
2502 EDGECOMBE CIR N
APT E
BALTIMORE, MD 21215


JASMINE LEW
4866 RICHMOND AVE
FREMONT, CA 94536-7352


Jasmine Long
979 Maumee Ave.
Mansfield, OH 44906

JASMINE LONG
979 MAUMEE AVENUE
MANSFIELD, OH 44906


JASMINE MAXWELL
601D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21223


JASMINE MAXWELL
601D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JASMINE MCCORMICH
210 SOUTHRIDGE
EDGEWOOD, TX 75117


Jasmine Mooney
700 Ramsey St.
Nashville, TN 37206


JASMINE NEWMAN-GEE
603A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JASMINE PENN
900 WOODSON RD APT D
BALTIMORE, MD 21212


JASMINE PREZENKOWSKI
4009 DAN ROAD
MEDINA, OH 44256


JASMINE RAMOS
5200 NW 31ST AVE APT 32B
FORT LAUDERDALE, FL 33309


JASMINE RICHARDSON
1757 26TH AVENUE, APT 210
OAKLAND, CA 94601

JASMINE ROSIAK
24 VAN BUREN AVENUE
CUYAHOGA FALLS, OH 44221


JASMINE ROWLES
5303 MORAVIA RD APT E
BALTIMORE, MD 21206-6151


JASMINE STANLEY
1928 GREEN WILLOW DR
FORT WORTH, TX 76134


JASMINE STEWART
5817 WESLEYAN DRIVE
PO BOX C217
VIRGINIA BEACH, VA 23455


JASMINE THOMAS
1895 S IVEY LANE
ORLANDO, FL 32811


JASMINE THOMAS
1861 BUCHANAN BAY CIRCLE
APT.104
EDGEWOOD, FL 32839


JASMINE THOMPSON
6101 NW 7TH AVE
APT. 405
MIAMI, FL 33127


JASMINE THOMPSON
11050 SW 197 STREET
#210
CUTLER RIDGE, FL 33157


JASMINE WILSON
152 SMITH ROCK DR
HOLLY SPRINGS, NC 27540


JASMINE WRIGHT
9826 BERNWOOD PL. DRIVE APT. 204
FORT MYERS, FL 33966

JASMON HUDSON
4452 AIRPORT HWY APT 39
TOLEDO, OH 43615


JASMYN NEAL
7277 PARKERS FARM LANE
FREDERICK, MD 21703


JASMYNE UNSELD
1507 SAINT ALBANS LANE
ACCOKEEK, MD 20607


Jason Ain
5727 Tibaron Ln
Apt. 205
Toledo, OH 43615


JASON AIN
5727 TIBARON LN APT 205
TOLEDO, OH 43615


JASON ANDERSON, JR.
3205 HAMILTON AVE
BALTIMORE, MD 21214


JASON CLAY
3849 VAN DUSEN WAY
TOLEDO, OH 43606


JASON DAVIS
7439 FORREST AVENUE
PARKVILLE, MD 21234


JASON FISCHER
22311 SWAN ST. APT. 331
SOUTH LYON, MI 48178


JASON GROSSMAN
4042 LA SALLE AVE
CULVER CITY, CA 90232


JASON NETTLETON
3512 WYOGA LAKE ROAD
208
CUYAHOGA FALLS, OH 44224

JASON NICHOLAS
3123 FAIRVIEW ROAD
GWYNN OAK, MD 21207


JASON NOE
30422 OLEANDER BLVD
BIG PINE KEY, FL 33043


JASON PEAK
510 25TH AVE S
SAINT PETERSBURG, FL 33705


JASON REMY
8340 SW 92 TERR
MIAMI, FL 33156


JASON SPERLING
1156 COUNTY ROAD F
SWANTON, OH 43558


JASON VALDEZ
8615 NW 30TH RD
MIAMI, FL 33147


JASPER FARRINGTON
15800 NW 42ND AVE
MIAMI GARDENS, FL 33054


JASPER FARRINGTON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JASPER ROBERSON-SCHULZ
255 LESTER AVE APT C
OAKLAND, CA 94606-1254


JASPER WILLIAMS
2829 THRUSH DR
DALLAS, TX 75181


JASPREET PAUL
615 SANDUSKY ST
DELAWARE, OH 43015

JATARIA MOORE
1706 3RD AVE EAST
PALMETTO, FL 34221


JATAYA CALLAHAN
708 CLOUDYFOLD DR
PIKESVILLE, MD 21208


Jatoreon Walker
2605 S Virginia St.
Hopkinsville, KY 42240


JAVAN SHIELDS
1845 BEECHWOOD AVE N.E. APT2
NORTH CANTON, OH 44720


JAVARIS WELLS
6924 SOUTH LAFLIN
CHICAGO, IL 60636


JAVAUN ROSE
7207 25TH AVE
HYATTSVILLE, MD 20783


JAVAWNA WESET
2068 ADDISON RD SOUTH APT1
DISTRICT HEIGHTS, MD 20747


JAVAWNA WEST
5012 57TH AVE.
APT. A5
BLADENSBURG, MD 20710


JAVAWNA WEST
2068 ADDISON RD SOUTH APT1
DISTRICT HEIGHTS, MD 20747


JAVAYE SMITH
24250 BLACKSTONE ST
OAK PARK, MI 48237


JAVIER CASTRO
7194 W 3RD AVE
HIALEAH, FL 33014

JAVIER ESQUIVEL
540 PORTAGE TRAIL
CUYAHOGA FALLS, OH 44221


JAVIER GONZALEZ
7601 E TREASURE DR APT 1022
NORTH BAY VILLAGE, FL 33141


JAVIER JIMENEZ
2566 CLEARVIEW CIRCLE
DALLAS, TX 75233


JAVIER LOPEZ
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


JAVIER MARTIN-FERNANDEZ
1865 BEACON HILL CIRCLE
APARTMENT 13
CUYAHOGA FALLS, OH 44221


JAVIER MAURICIO RINCON GOMEZ
6971 SW 19TH ST
NORTH LAUDERDALE, FL 33068


JAVIER RENDEROS
4404 SIERRA PLACE
TEMPLE HILLS, MD 20748


JAVION BREWSTER
1577 E, ELMORE AVE
DALLAS, TX 75216


JAVON ALEXANDER
565 VIRGINIA AVENUE
MIDLAND, PA 15059


JAVON ALLEN
8713 S. COLFAX
CHICAGO, IL 60617


JAVON NED
20921 44TH AVE W, APT F303
LYNNWOOD, WA 98036

```
JAVON'TE BROMELL
2450 E HILLSBOROUGH AVE
APT 1315
TAMPA, FL 33610


JAVONN BRIGHT
6539 RIDGEBORNE DR
ROSEDALE, MD 21237-3895


JAVONTE COOPER
1425 NW 24TH AVE
FORT LAUDERDALE, FL 33311


JAVOULAEE GREEN
3339 KIDD STREET
NORTH LAS VEGAS, NV 89032


JAWAD MAHMOUD
4528 1/2 MONROE ST UPPR
TOLEDO, OH 43613


Jaxmine Jones
830 Union Blvd.
Apt. #208
Englewood, OH 45322


JAXSON SZABO
777 MORNING STREET
WORTHINGTON, OH 43085


JAY-ANN BRAVO-HARRIOTT
1120 N WESTWOOD AVE
APT 2402
TOLEDO, OH 43607


JAYA CHANDRA
1343 OAK HILL CT
UNIT 106
TOLEDO, OH 43614


JAYA MARTIN
3141 NORTHCHESTER PLACE
LITHONIA, GA 30038
```

JAYA REID-JOHNSON
3245 PELHAM AVE
BALTIMORE, MD 21213


JAYACHANDRA KOLAPALLI
3414 DORR STREET
UNIVERSITY CIRCLE 411
TOLEDO, OH 43607


JAYANN BRAVOHARRIOTT
1120 N WESTWOOD AVE APT 2402
TOLEDO, OH 43607


JAYANTH AKULA
77 FIR HILL, 10B5
AKRON, OH 44304


JAYASAI JEYARAJAN
15 WALNUT CREEK DR
HOLLAND, OH 43528


JAYDA GWYN
100 CARVER LOOP APT 11G
APT 11G
BRONX, NY 10475-2936


Jayde Waller
4 Spindrift Cir.
Apt. E
Parkville, MD 21234-2342


JAYDE WALLER
4 SPINDRIFT CIR APT E
BALTIMORE, MD 21234-2342


JAYDEN BYRNE
36 HOMESTEAD DRIVE
BOARDMAN, OH 44512


JAYDEN DAVIS
1125 BLITHE ROAD
SPRINGFIELD, OH 45503-6121

JAYDON MARTIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAYESH GUPTA
615 SANDUSKY ST
DELAWARE, OH 43015


JAYKWAUN CLARK
1704 SCOTCH PINE DRIVE
BRANDON, FL 33511


JAYLA CROSS
5817 WESLEYAN DR.
BOX A443
VIRGINIA BEACH, VA 23455


JAYLA FUTCH
2028 W ROOSEVELT DR
MILWAUKEE, WI 53209


JAYLA FUTCH
6626 W VIENNA AVE
MILWAUKEE, WI 53216


JAYLA NICHOLAS
1811 FRANKFORD RD E
CARROLLTON, TX 75007


JAYLA NICHOLAS
675 WOODALE BOULEVARD
BATON ROUGE, LA 70806


JAYLAH LEE
413 E CASTLE HARBOUR DR
FRIENDSWOOD, TX 77546


JAYLAN WILKINS
4579 BRINDLEY DR
MEMPHIS, TN 38128


JAYLEN BAYLOR
808 HAMILTON BLVD
HAGERSTOWN, MD 21740

JAYLEN MILLER
24710 COLUMBUS ROAD
BEDFORD HEIGHTS, OH 44146


Jaylen Murray
2826 Brampton Dr.
Cincinnati, OH 45251


JAYLEN MURRAY
2826 BRAMPTON DRIVE
CINCINNATI, OH 45251


JAYLIN CLINCH
5027 NW 5TH AVE
MIAMI, FL 33127


JAYLIN GARNER
3586 LUDGATE RD
SHAKER HEIGHTS, OH 44120


JAYLIN PERRY
7303 SHEILA LANE
CLINTON, MD 20735


JAYLN TOATLEY
4609 GOVERNOR KENT CT
UPPER MARLBORO, MD 20772-5901


JAYLON THRASH
4146 EAST 93RD STREET
CLEVELAND, OH 44105


JAYLUND HARRIS
881 MORGAN DAIRY ROAD
MILNER, GA 30257


JAYLYN THOMAS
1421 PARAGON PKWY
BIRMINGHAM, AL 35235-2622


JAYLYN WHITTLEY
3416 RUFUS STREET
FORT WORTH, TX 76119

JAYNE EDWARDS
14105 CERRO VERDE DR
OCEAN SPRINGS, MS 39564-2565


JAYNELL SCOTT
58 THOMAS ST
ROCHESTER, NY 14605


JAYRELL CEPHAS
2053 N BENTALOU ST
BALTIMORE, MD 21216-3209


JAYSON KELLY
11465 SW 45TH COURT
APT 113
MIRAMAR, FL 33025


JAZ'MYNE FORT
846 SPRUCE ST
HAMMOND, IN 46324


JAZ'MYNE FORT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAZMAN BROWN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAZMIN KNOX
7021 SW 24TH COURT
HOLLYWOOD, FL 33023


JAZMIN MOLINA
24651 SW 114TH PLACE
HOMESTEAD, FL 33032


JAZMINE EDGECOMB
2560 NW 139TH ST
APT 2
OPA LOCKA, FL 33054


JAZMINE IVERSON-FAIRFAX
5916 NASSAU RD
PHILADELPHIA, PA 19151-3524

```
JAZMINE JONES
2247 UNIVERSITY HILLS BLVD
APT 202
TOLEDO, OH 43606


JAZMINE JONES
830 UNION BLV. APT #208
ENGLEWOOD, OH 45322


JAZMINE ROSAS
18613 SW 355 TERRACE
FLAMINGO LODGE, FL 33034


JAZMINE SCOTT
319 SAN JOSE DRIVE
TOLEDO, OH 43615


JAZMINE SMITH
2815 GWYNNS FALLS PKWY
BALTIMORE, MD 21216


JAZMYN AVERETTE
1702 RUXTON AVE
BALTIMORE, MD 21216


JAZMYN MOORE
242 FRANCES DR NW
ROANOKE, VA 24017-5028


JAZMYN WORTHY
3818 DREXEL DR
TOLEDO, OH 43612-1236


JAZMYNE JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JAZMYNE RUFFIN
3074 16TH VENUE SOUTH
SAINT PETERSBURG, FL 33712


JAZMYNE THOMAS
1405 EXPOSITION BLVD.
APT. 123
SACRAMENTO, CA 95815
```

JAZMYNE THOMAS
2371 MOSSY BANK DR
APT#7
SACRAMENTO, CA 95833


JAZMYNN JAMES
8 ELLIS AVE APT 3
LONG BRANCH, NJ 07740


JAZZLYN YOUNG
1588 BASIL DR
COLUMBUS, OH 43227


JAZZMUN NORMAN
924 NATIONAL STREET
MEMPHIS, TN 38122


JE'LYNN GOULD
115 PARK AVENUE
GREENSBORO, MD 21639


JE'TAUN IRBY
2563 COLEBROOKE DR
TEMPLE HILLS, MD 20748


JEAN BELDUNORD
6095 SW 8TH ST
COCONUT CREEK, FL 33063


JEAN D'HAITI
5524 ARNOLD PALMER DR
APT 1128
ORLANDO, FL 32811


JEAN DORICE
520 NW 43RD AVE
PLANTATION, FL 33317


JEAN DORICE
1305 SW 81ST TERRACE
NORTH LAUDERDALE, FL 33068


JEAN DURE
10516 TRUXTON RD.
ADELPHI, MD 20783

JEAN DURE
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


JEAN FERNANDEZ BREA
7235 NW 179 STREET APT#209
HIALEAH, FL 33015


JEAN LOZIER
15399 NE 6TH AVE
APT # 310
MIAMI, FL 33162


JEAN LOZIER
15399 NE 6TH AVE
MIAMI, FL 33162


JEAN PATRICK CALIXTE
7915 NW 50 STREET
LAUDERHILL, FL 33351


JEAN SOUTIEN
26820 SW 145TH AVE RD
APT K4
HOMESTEAD, FL 33032


JEANELLE BYRON
6701 ATLANTA ST
HOLLYWOOD, FL 33024


JEANETTE TAYLOR
7117 S. PAULINA ST
CHICAGO, IL 60636


JEANETTE WEST
2456 25TH STREET NE
CANTON, OH 44705


JEANKARLO NIETO
11314 SW 230 TERRACE
MIAMI, FL 33170


JEANKARLO NIETO
15600SW 106 LN APT 1007
MIAMI, FL 33196

JEANNA HEURING
231 EASTHAMPTON DR
OREGON, OH 43616


JEANNE SANON
4573 BARCLAY
LAKE WORTH, FL 33463


JED QUACKENBUSH
325 HEATHER DRIVE SOUTH
NEWARK, OH 43055


JEDIDAH GAYLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JEENA GRACE CHARLES
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JEFFERSON PEDIATRIC CLINIC
1111 Medical Center Blvd # N813
MARRERO, LA 70072


JEFFERY BEATTY
304 HUNT STREET
RANGER, TX 76470


JEFFERY BIANCHINI
8350 FAIRFAX DRIVE
STERLING HEIGHTS, MI 48312


JEFFERY JONES
1406 WALDROP DR.
LANCASTER, TX 75146


JEFFERY MURIEL
403A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JEFFLEY MICHEL
1330 SW 104 PATH APT. 7-210
MIAMI, FL 33174

Jeffrey A. Steiner, MD PA
2245 N University Dr.
Hollywood, FL 33024


JEFFREY BROWN
4911 CEDAR AVE
PHILADELPHIA, PA 19143-2013


JEFFREY CLARK
4451 TELFAIR BLVD.
APT. 4041
CAMP SPRINGS, MD, MD 20746


Jeffrey Danes
2320 Riverfront Pkwy
Cuyahoga Falls, OH 44221


JEFFREY FABIEN
7521 RALEIGH STREET
HOLLYWOOD, FL 33024


JEFFREY HARRISON
2724 RIGGS AVE
BALTIMORE, MD 21216


JEFFREY HORNSBY
2117 BEECHCREEK LN
CINCINNATI, OH 45233-1702


JEFFREY JOSAMAR
15780 NE 15TH AVE
MIAMI, FL 33162


JEFFREY L MARKS MD
7390 NW 5th St Ste 7
PLANTATION, FL 33317


Jeffrey L. Horstmeyer, MD
3661 S Miami Ave., Ste. 209
Miami, FL 33133


JEFFREY LAPOINTE
2890 SW 73RD WAY
APT 1302
DAVIE, FL 33314

JEFFREY LAPOINTE
3625 COLLEGE AVE
BOX #2037
FORT LAUDERDALE, FL 33314


JEFFREY LUBIN
321 SW 14TH ST
DANIA, FL 33004


Jeffrey M. Alexander, DC
1038 S Washington St.
Millersburg, OH 44654


JEFFREY MCCAUSLAND
6102 LUELDA AVENUE
PARMA, OH 44129


JEFFREY ROBB
30333 WOLFE ROAD
CIRCLEVILLE, OH 43113


JEFFREY SARMIENTO
4720 SHERIDAN STREET
UNIT #2
HOLLYWOOD, FL 33021


JEFFREY SCHULTHEIS
8805 STAFFORD DR
STRONGSVILLE, OH 44149


JEFFREY SHURMER
1131 BELLFLOWER TR.
WADSWORTH, OH 44281


JEFFREY SZOSDA
2907 BACK BAY DR
MAUMEE, OH 43537


JEFFREY SZOZDA
2907 BACK BAY DR
MAUMEE, OH 43537


JEFFREY WATSON
1379 E INTERSTATE 30, APT E201
GARLAND, TX 75043

JEFFREY XIE
4243 W BANCROFT ST APT 105E
TOLEDO, OH 43615


JELENA SLIJEPCEVIC
393 SUMNER STREET
UNIVERSITY EDGE 2-202A
AKRON, OH 44304


JELONIA RUMPH
173 W. 20TH ST
APOPKA, FL 32703


JEMANDARI HERRON
779 PAVILION DR.
FAIRFIELD, CA 94534


JEMARULIN SUGGS
1235 DUANE AVE
1235 DUANE AVE
AKRON, OH 44306


JEMEEKA LIGHTBOURNE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JEMMA HOUSE
3301 COLLEGE AVENUE
FORT LAUDERDALE, FL 33314


JEMONIQUE BARNABIE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JEMUEL THOMAS
4103 NEWTON AVE
BALTIMORE, MD 21215


Jena Leininger
11220 Hidden Springs Dr.
Chardon, OH 44024


JENELLE NEMIRE
76 SOUTH STREET
BERLIN HEIGHTS, OH 44814

JENIFER BROWN
10843 FRANKFORT RD
HOLLAND, OH 43528


JENIFFER CRUZ
100 EDMUND ROAD
WEST PARK, FL 33023


Jenna Banks
17918 NW 11th St.
Hollywood, FL 33029


JENNA FODOR
5777 MIDDLEBY DRIVE
HILLIARD, OH 43026-7899


JENNA FRANTZ
462 WEST WARD STREET
VERSAILLES, OH 45380


JENNA JAMIL
2474 GREENVIEW DR
UNIONTOWN, OH 44685


JENNA JONES
2405 PROSPECT AVE
CLINTON, IA 52732


JENNA KODASH
10461 STATE ROUTE 700
GARRETTSVILLE, OH 44231


JENNA LEININGER
11220 HIDDEN SPRINGS DR
CHARDON, OH 44024


JENNA NELSON
14844 NORTHEAST 13TH STREET
BELLEVUE, WA 98007


JENNA NOFZIGER
5725 TIBARON LN APT 209
TOLEDO, OH 43615

JENNA SHORUFI
916 MOHAWK ST
DEARBORN, MI 48124


JENNA SMITH
5415 COOPERS LN
LORAIN, OH 44053


JENNA WRIGHT
123 RAVEN CLIFF DR.
BROUSSARD, LA 70518


JENNI HEID
1454 WOODLAKE BOULEVARD
STOW, OH 44224


JENNIA KNEISSLE
637 NE 18TH AVE
FORT LAUDERDALE, FL 33304


JENNIFER ANDREWS
3783 WEST ALEXIS ROAD
TOLEDO, OH 43623


JENNIFER CHARLES
4581 NW 10TH COURT
APT#H-101
CITY OF SUNRISE, FL 33313


JENNIFER FLETCHER
2075 JAVA DRIVE
ARLINGTON, TN 38002


JENNIFER GARCIA
13273 NW 9TH LANE
MIAMI, FL 33182


JENNIFER GARCIA
2367 SW 19 AVENUE
MIAMI, FL 33145


JENNIFER GRECO
3072 CARSKADDON AVE
APT 212
TOLEDO, OH 43606

JENNIFER HUANG
7410 NIGHTINGALE DR APT 7
HOLLAND, OH 43528


JENNIFER JACOBSON
408 NE 6TH STREET #435
FORT LAUDERDALE, FL 33304


JENNIFER JEAN-BAPTISTE
1335 NE 128TH ST
MIAMI, FL 33161


JENNIFER KALBUS
4640 BURNINGTREE DR.
TOLEDO, OH 43623


JENNIFER KISTLER
25260 CHASE DRIVE
NORTH OLMSTED, OH 44070


JENNIFER MANCINO
15415 CLIFTON BLVD
LAKEWOOD, OH 44107


JENNIFER MANZANARES
2607 CONCORD DRIVE
IRVING, TX 75061


JENNIFER MARIE CAHILL
801 SOUTH POINT DR
UNIT 203
MIAMI BEACH, FL 33139


JENNIFER MCCLAIN
1701 HORSESHOE BEND DR.
PERRYSBURG, OH 43551


JENNIFER MCDONALD
P.O. BOX 41323
DALLAS, TX 75241


JENNIFER MELO
7175 SW 27 PL
APT: 603
DAVIE, FL 33314

JENNIFER MELVIN
930 BAYNER CT
BALTIMORE, MD 21216


JENNIFER MELVIN
930 BAYNER CT
BALTIMORE, MD 21221


JENNIFER MESIDOR
131 NE 195TH ST
MIAMI, FL 33179-3237


JENNIFER MOELLER
4608 HEGER DR
CINCINNATI, OH 45217


JENNIFER MORENO
201 ELM STREET
BARDWELL, TX 75101


JENNIFER RODRIGUEZ
8914 NW 168 ST.
HIALEAH, FL 33018


JENNIFER RORIGUEZ
8914 NW 168 ST.
HIALEAH, FL 33018


JENNIFER ROSE
12156 N. 150TH LANE
SURPRISE, AZ 85379


JENNIFER ROSE
16052 DEARBORN ST
NORTH HILLS, CA 91343


JENNIFER RUANO
7151 TRIUMPH LN
PERRYSBURG, OH 43551


JENNIFER SHANKMAN
721 COLWELL ST
MAUMEE, OH 43537

JENNIFER SHUB
511 5TH AVENUE SE
APT 2410
FT. LAUDERDALE, FL 33301


Jennifer Silva
4646 SW 107th Terrace
Fort Lauderdale, FL 33328


JENNIFER SPRINGER
7135 QUAIL LAKES DR
HOLLAND, OH 43528


JENNIFER TURNER
491 MOHAWK AVE
AKRON, OH 44305


Jennifer Vandervalk
3615 Citrus Trace
Apt. 4
Fort Lauderdale, FL 33328


JENNIFER VANERVALK
3615 CITRUS TRACE
APT. 4
DAVIE, FL 33328


JENNIFER VEGA
5817 WESLEYAN DRIVE
PO BOX B363
VIRGINIA BEACH, VA 23455


JENNIFER WEISS
8219 SW 81ST PLACE
MIAMI, FL 33143


JENNIFRED ATKINS
3251 NW 182ND ST
MIAMI GARDENS, FL 33056


JENY CALEAS
421 PALM CIRCLE EAST
PEMBROKE PINES, FL 33025

JENY GALEAS
421 PALM CIRCLE EAST
PEMBROKE PINES, FL 33025


JENYA ESTIL
1045 CENTERSTONE LN
RIVIERA BEACH, FL 33404


Jenyse Byrd
901 Woodstock Ave.
Toledo, OH 43607


JENYSE BYRD
901 WOODSTOCK AVENUE
TOLEDO, OH 43607


JEONGHUN KIM
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JEPHTHAH OPPONG-ATTA
676 EAST BUCHTEL
AKRON, OH 44304


JERALE CORE
6531 S ELLIS
CHICAGO, IL 60637


JEREMIAH BATTLE
3350 ALEMDA ST.
JACKSONVILLE, FL 32209


JEREMIAH EKOJA
441 SCHWARTZ AVE
BALTIMORE, MD 21212


JEREMIAH ESEMUZE
13 BRUBAR COURT
APT. 1D
GWYNN OAK, MD 21207


JEREMIAH FITZGERALD
394 E PIONEER TRL
AURORA, OH 44202

JEREMIAH FULLER
6227 LIBERTY HEIGHTS TER
BALTIMORE, MD 21207-6243


JEREMIAH HARPER
1307 W ARCH ST
TAMPA, FL 33607


JEREMIAH PARKER
1 WALDEN BIRCH CT
BALTIMORE, MD 21207


JEREMY BUTLER
3610 EAST WILDER AVE
TAMPA, FL 33610


JEREMY COLLINS
2376 NUTMEG TER
BALTIMORE, MD 21209-4626


JEREMY FARRIS
1037 N WESTWOOD AVE APT B
TOLEDO, OH 43607


JEREMY MCQUEEN-BEY
7915 CRISFORD PL APT F
PIKESVILLE, MD 21208


JEREMY MEDURI
14902 CLIFTON BLVD #3
LAKEWOOD, OH 44107


JEREMY ORME
16300 HOLLYWOOD ST
ROMULUS, MI 48174


JEREMY PIGAT
10570 FLORIDA STREET
AURORA, OH 44202


JEREMY ROBINSON
3030 HEMBREE GROVE DR
ROSWELL, GA 30076-1293

JEREMY THOMAS
553 SOUTHPORT DRIVE
DALLAS, TX 75232


JEREMY WEISS
3113 ABELL AVENUE
BALTIMORE, MD 21218


JEREMY WRIGHT
101 N. DENISON ST
2ND FLOOR
BALTIMORE, MD 21229


JEREMY YOUNG
22230 SW 114TH AVE
MIAMI, FL 33170


JEREMYAH THOMAS
129 WEST CHERRY POINT DRIVE
DALLAS, TX 75232


JERI RICHARD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JERI RICHARD
69 NW 53RD STREET
MIAMI, FL 33127


JERIL ALEXIS
17 NOTTINGHILL CT
RANDALLSTOWN, MD 21133


JERIMYJAH BATTS
704B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JERMAINE ANDERSON-EL
1651 EAST BELVEDERE AVE
APT 410
BALTIMORE, MD 21223

```
JERMAINE ANDERSON-EL
1651 EAST BELVEDERE AVE
APT 410
BALTIMORE, MD 21239


JERMAINE MILES
9102 SUMMER PARK DR
PARKVILLE, MD 21234-3421


JERMAINE MILES
8429 ARBOR STATION WAY
PARKVILLE, MD 21234


JERMAINE PINDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JERMANE DUKES
7776 NW 12TH AVENUE
EL PORTAL, FL 33150


JERMIAH GEORGE
1120 WEST 27TH STREET
JACKSONVILLE, FL 32209


JEROME BUTLER
3821 GLENARM AVE
BALTIMORE, MD 21206-2407


JEROME COOPER
37772 SARAFINA DR
STERLING HEIGHTS, MI 48312


JEROME WILLIAMS
5909 FRONTIER BOULEVARD, APT 156
MESQUITE, TX 75150


JERON WHITFIELD
60 MAPLE AVE
VAUXHALL, NJ 07088


JERONICA BURGESS
634 SW 4TH AVENUE
BOYNTON BEACH, FL 33426
```

JERRELL BRATCHER
1671 E. COLD SPRING LANE
1ST FLOOR
BALTIMORE, MD 21218


JERRICAH WEST
3304 LAKE POINTE DRIVE
DALLAS, TX 75212-2472


JERRICE STOKES
191 SPENCER AVE
LEOLA, PA 17540


JERRIN HILL
8147 ASHLAND ROAD
WOOSTER, OH 44691


JERROD O'NEAL
2648 LAURETTA AVENUE
BALTIMORE, MD 21223


JERRY BOYD
3417 MONTAGUE
FORT WORTH, TX 76119


JERRY DESILIEN
4010 N SHORE DR
WEST PALM BEACH, FL 33407


JERRY FITSCHEN
737 EAST ELIZABETH DRIVE
ORANGE, CA 92867


JERRY MAHAMMITT
705 NOTTINGHAM RD APT 5B
BALTIMORE, MD 21229


JERVIS WILLIAMS
5718 SW 27ST
WEST PARK, FL 33023


JESENNIA BONILLA-LIRIANO
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

JESICA TRUCKS
3418 ANDERSON PKWY
TOLEDO, OH 43606


JESIRE BENNETT
1391 HARRISON STREET
ELMONT, NY 11003


JESSALYN THOMAN
35 GRANT ST
YONKERS, NY 10704


JESSE BEACHY
7208 KILE RD
PLAIN CITY, OH 43064-9002


JESSE CODJOE
3045 RESIDENCE DR
TOLEDO, OH 43606


JESSE CODJOE
1730 W ROCKET DR
TOLEDO, OH 43606


JESSE DAMPARE
7810 SOMERSET CT
GREENBELT, MD 20770-3022


JESSE HODGES
3247 MEADOWBROOK BOULEVARD
CLEVELAND HEIGHTS, OH 44118


JESSE KELSO
897 LUTHER ROAD
EAST AURORA, NY 14052


JESSE ORTIZ
5511 NW 174TH DR
MIAMI, FL 33055


JESSE PRIVETT
721 W HOWARD ST
MUNCIE, IN 47305

JESSE RATTRAY
340 NW 3RD AVE.
DEERFIELD BEACH, FL 33441


Jesse Salmeron, MD PA
2999 NE 191st St. #200
Miami, FL 33180


JESSE SPRINGFIELD
10214 BUENA VISTA AVENUE
LANHAM, MD 20706


JESSE WILLIAMS
2620 HAMMAN ROAD
BAY CITY, TX 77414


JESSI YU
7058 QUAIL LAKES DRIVE
HOLLAND, OH 43528


JESSICA AERSON
3405 OHARA RD
CARLETON, MI 48117


JESSICA AREVALO
1150 W 79TH ST APT 329B
HIALEAH, FL 33014-3591


JESSICA BARON
245 ROOD ST
NORTHWOOD, OH 43619


JESSICA BARTLES
9710 STRAUSSER ST NW
CANAL FULTON, OH 44614


JESSICA BARTON
101 KREWSON LN
CHELTENHAM, PA 19012-1202


JESSICA BASHAW
5754 COMET AVENUE
TOLEDO, OH 43623

JESSICA BONEZZI
8965 RIDGE RD
WOOSTER, OH 44691


JESSICA BONTATIBUS
3816 GREENBRIER LN
MERCER ISLAND, WA 98040-3728


JESSICA BOTCHWAY
15830 VAN AKEN BLVD APT 101
SHAKER HEIGHTS, OH 44120


JESSICA CASPIO
30514 WILLOWICK DRIVE
WILLOWICK, OH 44095


JESSICA CAVETTE
217 HAVENWOOD LANE
GARLAND, TX 75043


Jessica Chen, MD
177 W Exchange St.
Akron, OH 44302


JESSICA DESSOURCES-AUGUSTIN
2241 SOUTH SHERMAN CIRCLE
APT. C-410
MIRAMAR, FL 33025


JESSICA DILLON
688 DIANE AVENUE
STREETSBORO, OH 44241


JESSICA DRAYTON
1614 CANTWELL RD APT B
WINDSOR MILL, MD 21244-1413


JESSICA FONTANA
8900 MENTOR AVE. STE. K
MENTOR, OH 44060


JESSICA GONZALEZ
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251

Jessica Hanson
11680 SW 13th Pl
Fort Lauderdale, FL 33325


JESSICA HOLZMAN
4811 FOOTE RD
MEDINA, OH 44256


JESSICA HOPE
506C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JESSICA HOULKER
451 FRIZZELL AVE.
APT. F
NORFOLK, VA 23502


JESSICA ICKES
2605 W VILLAGE DR
TOLEDO, OH 43614


JESSICA JOY CANDELARIO
5401 S. CORNELL AVENUE
CHICAGO, IL 60615


JESSICA KLOEHN
7511 N LAKE DR
FOX POINT, WI 53217


JESSICA LAU
2315 MCKINLEY DR
PERRYSBURG, OH 43551


JESSICA MADRIGAL
301 W LIBERTY ST
PLYMOUTH, MI 48170


JESSICA MARIA DE SOL
10585 SW 28 STREET
MIAMI, FL 33165


JESSICA MCDONALD
15040 NORFOLK LANE
DAVIE, FL 33331

JESSICA MEDINA
15976 ELKINS STREET
VICTORVILLE, CA 92395


JESSICA NEWBERRY
2621 E HARLEY ST
INVERNESS, FL 34453


JESSICA OVERBY
1333 E 124TH
CLEVELAND, OH 44106


JESSICA PAIGE
4201 N. TERRACE VIEW STREET AP
TOLEDO, OH 43607


JESSICA PILLAR
APARTMENT 202
705 MORAINE COURT
VIRGINIA BEACH, VA 23455


JESSICA PRICE
2748 SW46TH CT
FORT LAUDERDALE, FL 33312


JESSICA PRICE
3380 SW 20TH CT.
FORT LAUDERDALE, FL 33312


JESSICA RAMIREZ
509 GLENWICK DRIVE
DESOTO, TX 75115


JESSICA RODRIGUEZ
634 NW 11TH ST
MIAMI, FL 33136


JESSICA ROGERS
1317 LE PERA ROAD
ENGLEWOOD, FL 34223


JESSICA ROGERS
SAN REMO POINT DRIVE
ENGLEWOOD, FL 34223

JESSICA SAUL
3433 CHELTENHAM RD
TOLEDO, OH 43606


Jessica Saul-McBeth
3433 Cheltenham Rd
Toledo, OH 43606


JESSICA SCHECHT
2103 WHITEHALL RD
OTTAWA HILLS, OH 43606


JESSICA SHAN
329 E. 327TH STREET
WILLOWICK, OH 44095


JESSICA SIRIN
1380 ME 147 STREET
BISCAYNE PARK, FL 33161


JESSICA SLAUSON
115 STEPHANIE DR
EASTON, PA 18045-7903


JESSICA SMITH
3969 WAYNE ROAD
REYNOLDSVILLE, PA 15851


JESSICA SPRAGUE
3425 CORBY AVE
CAMARILLO, CA 93010-3809


JESSICA SYMONETTE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JESSICA WALSH
7248 BRODIE BLVD
DUBLIN, OH 43017


JESSICA WILSON
540 5TH ST NW
CARROLLTON, OH 44615

JESSICA ZYDORCZYK
10335 KEENEY ST
ERIE, MI 48133


JESSIE BETANCOURT
10310 SW 199 ST
MIAMI, FL 33157


JESSIE COOPER
4430 NW 178TH AVENUE
CAROL CITY, FL 33055


JESSIE ONDOA SEUNGA
6 ECOWAY CT
APT 2C
TOWSON, MD 21286


JESSIE ONOA SEUNGA
6 ECOWAY CT
APT 2C
TOWSON, MD 21286


JESSIE SLAUGHTER
6830 SOUTH WOOD STREET
CHICAGO, IL 60636


Jessie Trice Community Health Cen.
5607 NW 27th Ave.
Miami, FL 33147


JESSIKA PIRES
4030 NORTH CENTRAL EXPRESS WAY
DALLAS, TX 75204


JESSYCA STERKOWICZ
23540 SW 113 AVENUE
HOMESTEAD, FL 33032


JESUFEMI KOLAWOLE
4328 LAKE FOREST CT
FINKSBURG, MD 21048-2621


JESULA JEAN
2760 SOMERSET DR APT 316
LAUDERDALE LAKES, FL 33311-9410

JESUS CABALLERO
2 WASHINGTON ST
DUE WEST, SC 29639


JESUS CALLEJO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JESUS DELGADO
12405 TIELLA LAUREL
EL PASO, TX 79938


JESUS FARRAS
9755 NW 52ND ST APT 510
DORAL, FL 33178-2076


JESUS FAVELA
949 S GOODYEAR BLVD E
GOODYEAR, AZ 85338


JESUS RANGEL
19343 CYPRESS CANYON DRIVE
KATY, TX 77449


Jetlexis Carlos
261 NE 38th St.
Apt. D203
Fort Lauderdale, FL 33334


JEWEL RICKS
2933 PRESBURY ST
BALTIMORE, MD 21216


JEWEL ROBERTS
1238 S STATE ROUTE 19
FREMONT, OH 43420


JEWELL WORMLEY
526 CEDAR VILLAGE DRIVE
YORK, PA 01740-6306


JEZEL CAMPBELL
7064 NW 16TH STREET
CITY OF SUNRISE, FL 33313

JEZIEL YANEZ
2915 MORNING GLORY, APT 5
PASADENA, TX 77503


JHANE ABRAM
507 PECAN LEAF DR
LANCASTER, TX 75146


JHANET CHAMBERGO
4407 HALLET ST
ROCKVILLE, MD 20853


JHANET CHAMBERGO
1611 FARRAGUT AVE
BALTIMORE, MD 21217


JHANIYA HILL
43 STRAW HAT RD APT 3A
BALTIMORE, MD 21217


JHENG-YOU CHEN
22 E. EXCHANGE ST.
2092B
AKRON, OH 43308


JHENG-YOU CHEN
SOUTH HALL 0659, 185 E. MILL ST.
AKRON, OH 44325


JHON SIRIN
1380 NE 147 STREET
MIAMI, FL 33161


JI REN
1712 TREETOP TRL APT.C
AKRON, OH 44313


JI REN
77 FIR HILL ST. APT. 9C9
AKRON, OH 44304


JI SOO KIL
2031 KEY ST APT K
MAUMEE, OH 43537

```
JI SOO KL
2031 KEY ST APT K
MAUMEE, OH 43537


JI WON BAE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JI YOUNG CHA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JIA GAO
4679 RUBY LANE
BRUNSWICK, OH 44212


JIA-RUEY AI
2632 ELLET AVE  APT 3
AKRON, OH 44312


JIACHUAN WANG
1008 SHADOW LN
TOLEDO, OH 43615


JIADONG CHEN
80E EXCHANGE ST
THE DEPOT, UNIT 124
AKRON, OH 44308


JIAHAO HUANG
2900 N. BRAESWOOD BLVD.
APT #4416
HOUSTON, TX 77025


JIAHAO HUANG
1350 N HOWARD ST
APT 503
AKRON, OH 44310


JIAHUI CHEN
900 W MARKET ST
APT 609
AKRON, OH 44313
```

JIALIN MAO
2200 HIGH ST
APT. 366
CUYAHOGA FALLS, OH 44221


JIALU LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JIAN HE
75 SOUTH ADOLPH STREET APARTMENT 1
AKRON, OH 44304


JIAN YANG
2844 WINSTED DR.
TOLEDO, OH 43606


JIANCHENG LUO
2200 HIGH STREET
APT 550
CUYAHOGA FALLS, OH 44221


JIANNING LIU
590 E BUCHTEL AVE. APT26
AKRON, OH 44304


JIANYU ZHOU
1861 BEACON HILL CIR APT 21
CUYAHOGA FALLS, OH 44221


JIATONG LI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JIAWEI LIU
900 W. MARKET ST. APT 202
AKRON, OH 44313


JIAWEI WU
684 MULL AVENUE APARTMENT 2B
AKRON, OH 44313

```
JIAYANG MA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JIAYI WANG
20250 NE 3RD CT APT #3
MIAMI, FL 33179


JIAYI YU
2200 HIGH STREET APT 766
CUYAHOGA FALLS, OH 44221


JIAYI YU
1201 EAST MARKET ST. SUITE 413
AKRON, OH 44305


JIAYRE MOODY
7676 STUHLDREHER STREET NW
MASSILLON, OH 44646


JIAYSIA BLAYLOCK
218 MANCHESTER DR
EULESS, TX 76039


JIAZE SUN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JIBREEL HUTCHINSON
101B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JIESHEN WU
13 HIGHLAND DR
DANVILLE, PA 17821


JIEUN LEE
2020 ORCHARD LAKES PL APT 32
TOLEDO, OH 43615


JIHYE LEE
1641 TWIN OAKS DR
TOLEDO, OH 43615
```

JIJO CHRISTUDASJUSTUS
664 SUMNER STREET
AKRON, OH 44311


JIKKY THANKACHAN
9875 NW 28 ST.
CORAL SPRINGS, FL 33065


JILBERT WAITE
315 BOUNDARY PLACE
ROSWELL, GA 30075


JILLIAN PASKO
1565 TREETOP TRAIL APT C
AKRON, OH 44313


JILLIAN PYLES
437 COMPTON ST
BRONSON, MI 49028


JILLIAN ROBERTSON
2113 PRESBURY ST
BALTIMORE, MD 21217


JILLIAN SCHMIDT
1112 EAST BIRCHCROFT STREET
ARCADIA, CA 91006


JIMERE THOMAS
8201 AUBURN STREET
DETROIT, MI 48228


JIMMIAH COLEMAN
746 FITZHENRY COURT
GLENWOOD, IL 60425


JIMMIE CHAPPELL
29316 GLENBROOK DR.
FARMINGTON HILLS, MI 48331


JIMMIE ROBINSON
6345 – 20TH STREET SOUTH
SAINT PETERSBURG, FL 33712

JIMMY JUSTIZ
11120 NW 60TH CT
HIALEAH, FL 33012

JIMMY SMITH
16716 SCULLIN DR
CLEVELAND, OH 44111

JIMOND IVEY
2179 BELVOIR BLVD.
CLEVELAND, OH 44121

JIN BO JEONG
80 E EXCHANGE STREET
ROOM 423 - D
AKRON, OH 44308

JIN QIAN
733 W MARKET ST
APT 307
AKRON, OH 44303

JING JIANG
291 MALLARD POINT DR APT 310
AKRON, OH 44319

JINGWEN ZHONG
677 RIVERVIEW DR #5
COLUMBUS, OH 43202

JINGYI MAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

JINGYI ZHAO
414 1/2 COLE AVE
AKRON, OH 44301

JINLING WU
7220 NIGHTINGALE DR APT 5
HOLLAND, OH 43528

JINWEI CAO
2613 STONECREEK DRIVE
AKRON, OH 44320


JINWEI CAO
2894 MOREWOOD RD.
AKRON, OH 44333


JISOLA AKINWALE
5007 DICKEY HILL RD APT C2
BALTIMORE, MD 21229


JISOLA AKINWALE
5007 DICKEY HILL RD APT C2
BALTIMORE, MD 21207


JISOO KIL
2031 KEY ST APT K
MAUMEE, OH 43537


JISU YU
7058 QUAIL LAKES DRIVE
HOLLAND, OH 43528


JIUSHENG CHEN
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


JMG Specialty Physicians
9195 SW 72nd St. #230
Miami, FL 33173


JMG Specialty Physicians ED
100 NW 170th St.
Ste. 410
Miami, FL 33169


JOAN DERRIG-HEACOX
77 HENDRICKS ISLE DOCK
FT LAUDERDALE, FL 33301


JOAN OLIVER
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

JOAN WOOD
5265 TAYLOR ROAD
NORTON, OH 44203


JOANATHAN JACKSON
1514 EUTAW PL APT 304
BALTIMORE, MD 21217-3848


JOANAY GREEN
3333 TURTLE CREEK DR APT 715
PORT ARTHUR, TX 77642


JOANE LORISTON
8111 SW 21ST CT
MIRAMAR, FL 33025


JOANNA KEYAMO
2325 CERRILLOS RD
202
SANTA FE, NM 87505


JOANNA RUSSELL
8855 NW 188TH STREET
HIALEAH, FL 33018


JOANNE BERAL
460 NE 159TH STREET
MIAMI, FL 33162


JOANNE GARCON
13710 NW 3RD AVE
MIAMI, FL 33168


JOANNE MERCER
2267 ROSE HILL DR
TOLEDO, OH 43615


JOANNE SANDERS
3224 EAST LOMBARD ST
BALTIMORE, MD 21224


JOAO MARCELO NORTON
2020 NE 135 ST
APT 608
NORTH MIAMI, FL 33181

```
JOAO MOUTINHO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JOAO PAULO CORREA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOAO PINHEIRO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOASH HUGGINS
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


JOASH HUGGINS
19600 NW 11TH COURT
MIAMI, FL 33169


JOCELYNE HERNANDEZ
3823 JOHN GLENN DRIVE
GRANITE CITY, IL 62040


JOCELYNE SAINVIL
5835 LINCOLN ST APT B
HOLLYWOOD, FL 33021-5627


JOCQALE LYONS
1209 TIMBERVIEW DRIVE
HUTCHINS, TX 75141


JODEAN WILLIAMS
5808 MERIDALE RD
CATONSVILLE, MD 21228


JODEAN WILLIAMS
2223 TUCKER LN APT B1
BALTIMORE, MD 21215


JODI FRANKS
31 LEMON CRK
TOLEDO, OH 43612
```

JOE EVANS
4930 BELAIR RD STE 1
BALTIMORE, MD 21217


JOEL AGGREY-SMITH
1309 WINSTON AVE.
BALTIMORE, MD 21239


JOEL BELLO
13429 SW 83 AVE
MIAMI, FL 33156


Joel D. Stein, DO PA
4109 N Federal Hwy
Fort Lauderdale, FL 33308


JOEL EVANS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOEL MEJIA
328 NW 12TH AVE
APT # 8
MIAMI, FL 33128


JOEL OPARA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOEL ROEDIGER
09498 KELLY RD
WAPAKONETA, OH 45895


JOEL VALLEROY
1411 STERNS RD
ERIE, MI 48133


JOEL WALKER
16401 NW 37 AVE
MIAMI GARDENS, FL 33054


JOELLA CORONEJO
6923 CLARENDON RD. APT. 316
BETHESDA, MD 20814

JOELLE GALAIS
3030 RESIDENCE DR APT 3203B
TOLEDO, OH 43606


JOEUN LEE
2384 BECKY CIRCLE
STOW, OH 44224


JOEVAUGHNIA DEAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOEY RODRIGUEZ
295 NW 125TH AVE
MIAMI, FL 33182


JOHANNA CRUZ
12101 BISHOP DR.
BALCH SPRINGS, TX 75180


JOHANNE ANTOINE
600 NE 142ND ST
APT 12
MIAMI, FL 33161


JOHANNE LAROSILIERE
650 SW 124TH TERRACE
APT P102
PEMBROKE PINES, FL 33027


JOHN ADZOVIE
1376 PONDVIEW AVE
APT 2
AKRON, OH 44305


JOHN BAMBECK
6624 GERBER RD NW
DOVER, OH 44622


JOHN BAUMER
4155 HOFFMAN FARMS DRIVE
HILLIARD, OH 43026

JOHN BLACK
9 TREMORE WAY
HOLLAND, OH 43528

JOHN BROOKS
2744 NANSEMOND CRESCENT
SUFFOLK, VA 23435

JOHN BROOKS
4208 WILLSHIRE AVE
BALTIMORE, MD 21216

JOHN BRUYERE
4490 WAYNE ROAD
MANTUA, OH 44255

JOHN CASEBOLT
7638 CYPRESS POINT DRIVE
PICKERINGTON, OH 43147

John D. Ogram
4376 Lankford Hwy
Exmore, VA 23350

JOHN DADZIE
2905 ANDORRA COURT
APT A
PARKVILLE, MD 21234

JOHN DAUGHERTY
4430 N HOLLAND SYLVANIA RD
APT 3214
TOLEDO, OH 43623

JOHN DOWNEY
8911 ROOT RD
NORTH RIDGEVILLE, OH 44039

JOHN EDMINISTER
1302 PENNELWOOD DR
TOLEDO, OH 43614

JOHN EGBO
3414 DORR ST APT 131
TOLEDO, OH 43607

John F. Riedler
Virginia Behavioral Medicine
1301 - 1st Colonial Rd., Ste. 200
Virginia Beach, VA 23454


JOHN GARVIN
26765 CARRONADE DR APT 2206
PERRYSBURG, OH 43551


John Given, MD
4048 Dressler Rd NW
Canton, OH 44718


JOHN GOETZ
1278 SOMERSET WAY
PICKERINGTON, OH 43147


JOHN GONZALES
1210 JORDAN DRIVE
GRAND PRAIRIE, TX 75050


JOHN HARRIS
446 SPICER ST
AKRON, OH 44311


JOHN IVEY
4804 SW 19TH STREET
HOLLYWOOD, FL 33023


John J. McGuigan, Jr., BS MD
850 Enterprise Pkwy
Suite 2000
Hampton, VA 23666-6252


John J. Mitcherling
1900 E Northern Pakwy
Ste. 108
Baltimore, MD 21239-2113


JOHN JACKSON
1120 N WESTWOOD AVE
APT 1405
TOLEDO, OH 43607

JOHN JETT
6155 HIGHCEDAR CT
CINCINNATI, OH 45233


JOHN JOHNSON
13501 MEADOW CREEK DR
APPT 201
ORLANDO, FL 32821


JOHN JORDAN
7451 HARDING AVE. APT.#202
MIAMI BEACH, FL 33141


JOHN JORDAN
2218 WHITTIER AVE
BALTIMORE, MD 21216


JOHN JOSEPH
2791 CLEAR COVE LN
ORLANDO, FL 32805


John Kanotz
892 Copeland Rd.
Columbus, OH 43212


John Kasper, Jr., MD
444 N Main St.
4th Floor
Akron, OH 44310


JOHN KOWALSKI
881 CYPRESS POINT DR. EAST
PEMBROKE PINES, FL 33027


JOHN KREBS
35971 FALCON CREST AVE
AVON, OH 44011


JOHN LAKO
240 NORTH OPFER LENTZ ROAD
GENOA, OH 43430

```
JOHN LEITGEB
5817 WESLEYAN DRIVE
PO BOX A289
VIRGINIA BEACH, VA 23455


JOHN LLOYD
3508 WASHINGTON AVE
MILFORD MILL, MD 21244


JOHN MAIBACH
416 EAST BEVERLY ROAD
WOOSTER, OH 44691


JOHN MATKOVIC
4418 HARVEST LN
TOLEDO, OH 43623


JOHN MCKINNEY
16820 SW 137TH AVE
APT.1334
MIAMI, FL 33177


JOHN MUNGAI
4341 GILMER COURT
BELCAMP, MD 21017


JOHN NADLER
1 DOGWOOD CIRCLE
SANTA FE, NM 87506


JOHN NAIM
396 TAMMERY DR
TALLMADGE, OH 44278


JOHN NGUYEN
517 GRACE DR
MONROE, MI 48161


JOHN REID
4090 WEBB ROAD
RAVENNA, OH 44266


JOHN RUIZ
11180 SNAPPER CREEK ROAD
CORAL GABLES, FL 33156
```

JOHN SEE, II
2840 SW 75TH WAY
APT. 2415
DAVIE, FL 33314


JOHN SERVELLO
127 DOGWOOD DR
HOLLIDAYSBURG, PA 16648


JOHN SHORB
14 KNOLLWOOD DR
LITITZ, PA 17543


JOHN SMITH
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOHN SMITH
10714 KNIGHT DR
CARMEL, IN 46032


JOHN SPIEGEL
5817 WESLEYAN DRIVE
PO BOX C200
VIRGINIA BEACH, VA 23455


JOHN STANKARD
528 RENTSCHLER ST.
AKRON, OH 44304


JOHN SUNDAY
9225 SHAFERS MILL DRIVE
FREDERICK, MD 21704


JOHN THOMPSON
7334 SOUTH LANGLEY
CHICAGO, IL 60619


John Thornton
705 Brentwood Pl
Nashville, TN 37211


JOHN VIRAG
1600 LAUDERDALE AVENUE
LAKEWOOD, OH 44107

JOHN VOLKER
1807 WEST FIRST AVE.
COLUMBUS, OH 43212


JOHN WALKER
1110 4 SEASONS DR APT 7
TOLEDO, OH 43615


JOHN WHITE
1010 BARBERRY LN
COLUMBUS, OH 43213


JOHN ZILLICH
7619 PLEASANT RUN DRIVE
SEVEN HILLS, OH 44131


JOHN ZOLTON
403 REGENCY PARK DR
TALLMADGE, OH 44278


JOHN'NITA STOCKEWLL
19901 LIBBY ROAD
MAPLE HEIGHTS, OH 44137


JOHN'NITA STOCKWELL
19901 LIBBY ROAD
MAPLE HEIGHTS, OH 44137


JOHN-PAUL AKINBAMI
9005 TARPLEYS CIR
ROSEDALE, MD 21237-4863


JOHN-PAUL RODRIGUEZ
140 SW 20TH ROAD
MIAMI, FL 33129


JOHNAIKEL ACOSTA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOHNATHAN CLARK
1710 DUTCH VILLAGE DR
LANDOVER, MD 20785

JOHNATHAN LANE
3837 SIMPSON STUART RD
DALLAS, TX 75241


JOHNATHAN LANE
1248 EAST LOUISISANA AVENUE
DALLAS, TX 75216


JOHNATHAN SMITH
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOHNATHAN SMITH-HOLMES
18607 AUTUMN MIST DR
GERMANTOWN, MD 20874


JOHNATHON BERIS
250 CELIA LANE
MADISON, OH 44057


JOHNATHON NOVINEC
868 MOON GLOW CT
COLUMBUS, OH 43230


JOHNESHA WILSON
3321 RED BED LANE
SHREVEPORT, LA 71108


JOHNISHA BERRIEN
5150 CHIME WAY
HOLIDAY, FL 34690


Johnnie Pop
12075 Dyar
Apt. #62
Hamtramck, MI 48212


JOHNNY BATTLE
1349 NW 38 STREET
MIAMI, FL 33142


JOHNNY HOUSTON
2739 BUXTON DR
TOLEDO, OH 43614

```
JOHNNY SAMPLE
5817 WESLEYAN DRIVE
PO BOX B167
VIRGINIA BEACH, VA 23455


JOHNNY SAMPLE
1224 32ND STREET
APARTMENT B
NEWPORT NEWS, VA 23607


JOHNSON
3670 CLARK MILL RD
NORTON, OH 44203


JOHNSON
5814 LEITH WALK
BALTIMORE, MD 21239


JOHVON GARCIA
9650 COVERED WAGON DR.
APT H
LAUREL, MD 20723


JOIE THOMPSON
1941 NW 57TH STREET
MIAMI, FL 33142


JOLANII JOHNSON
112 WALNUT DRIVE
SEAGOVILLE, TX 75159


JOLEAH GORMAN
1406 BEAVER HEIGHTS LN
CAPITOL HEIGHTS, MD 20743-1006


JOMARI GIDDENS
4154 E 104TH STREET
CLEVELAND, OH 44105


JON MILLER
50834 JEFFERSON AVE
NEW BALTIMORE, MI 48047
```

```
JONA HANSON
C/O STUDENT AFFAIRS
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229


JONA HANSON
C/O STUDENT AFFAIRS
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JONAE OLDHAM
298 MILFORD ST
BROOKLYN, NY 11208-3704


JONAH AUSTIN
3428 ASHWICK CT. APT. 102
PALM HARBOR, FL 34685


JONAH BAKER
38940 CAMELOT WAY
AVON, OH 44011


JONAH EDWARDS
1615 HOMESTEAD ST
BALTIMORE, MD 21218-4935


JONAH LYND-PORTER
2631 LOUISIANA AVE
ST. LOUIS, MO 63118


JONAH WIELAND
16 PITKIN DR
HUDSON, OH 44236


JONAS KUKELHAN
1766 W 28TH ST
CLEVELAND, OH 44113


JONAS PERKINS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JONAS PERKIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054
```

JONATAN YAPURA
6721 NEWPORT RD
HYATTSVILLE, MD 20784


JONATHAN ADAMS
817 PRENTICE ROAD
WARREN, OH 44481


JONATHAN ALLEN
3026 50TH STREET
DALLAS, TX 75216


JONATHAN BARNES
1102 CROSS COUNTRY RD.
WINTER GARDEN, FL 34787


JONATHAN BEFUS
4321 SW 121 LANE, # 302
MIRAMAR, FL 33025


JONATHAN BELLAMY
6444 PLUNKETT STREET
HOLLYWOOD, FL 33023


JONATHAN BOGUE
1325 OAK HILL CT APT 133
TOLEDO, OH 43614


JONATHAN BURRELL
18411 CHAGRIN BOULEVARD
SHAKER HEIGHTS, OH 44120


JONATHAN CLAYTON
840 SHOREWOOD DR
MEDINA, OH 44256


JONATHAN CONKLE
3186 CARIE HILL CR NW
MASSILLON, OH 44646


JONATHAN DIAZ
1927 SW 107TH AVE
306
MIAMI, FL 33165

Jonathan Dill
13695 Main St.
Sedalia, OH 43151


JONATHAN DOAN
7099 QUAIL LAKES DR APT A
HOLLAND, OH 43528


JONATHAN DORSEY
397 SPICER ST
APT 2
AKRON, OH 44311


JONATHAN EMERY
6027 GARFIELD ST APT B
HOLLYWOOD, FL 33024-6017


JONATHAN ESPINOSA
8370 NW 157 TERRACE
MIAMI LAKES, FL 33016


JONATHAN FONTE
13760 SW 181 TERRACE
MIAMI, FL 33177


JONATHAN HENRICKS
1146 4 SEASONS DR APT 5
TOLEDO, OH 43615


JONATHAN JINESTA
1750 N WESTWOOD AVE APT D
TOLEDO, OH 43607


JONATHAN KONING
8781 S 10TH ST
KALAMAZOO, MI 49009-8944


JONATHAN KOPKO
15630 RIVER VIEW PL
PERRYSBURG, OH 43551


JONATHAN LEON
850 SW 129TH PL
APT #101
MIAMI, FL 33184

JONATHAN LLERANDI
1215 NW 124 ST.
MIAMI, FL 33167


JONATHAN MATTHEWS
6510 WOODGREEN CIR
BALTIMORE, MD 21207


JONATHAN MELGAREJO
1710 E PRATT ST
BALTIMORE, MD 21231-1816


JONATHAN MITCHELL
2048 RICHMOND RD
TOLEDO, OH 43607-1572


JONATHAN MITHCELL
2048 RICHMOND RD
TOLEDO, OH 43607-1572


JONATHAN NEELEY
690 BURDIE DR
HUBBARD, OH 44425


JONATHAN OLIVERA
9236 SW 149TH PLACE.
MIAMI, FL 33190


JONATHAN ORTIZ
19341 NW 53 CT
MIAMI GARDENS, FL 33055


JONATHAN PADILLA
12818 MIDWAY RD, APT 2072
DALLAS, TX 75244


JONATHAN PIERRE
19721 NW 5TH AVE
MIAMI, FL 33169


JONATHAN ROGERS
2906 KINGS RIDGE RD
APT D
PARKVILLE, MD 21234

JONATHAN ROMERO
7111 HALLECK STREET
DISTRICT HEIGHTS, MD 20747


JONATHAN ROSS
8532 APPALOOSA
KIRTLAND, OH 44094


JONATHAN SABINO
706A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JONATHAN SCHMIDT
7353 CREEKSBEND RD
LAMBERTVILLE, MI 48144


JONATHAN SEMERENE
80 E EXCHANGE ST APT 267
AKRON, OH 44308


JONATHAN SEMERENE
231 SW 116TH AVE APT 101
PEMBROKE PINES, FL 33025


JONATHAN SHCMIDT
7353 CREEKSBEND RD
LAMBERTVILLE, MI 48144


Jonathan Smith-Holmes
18607 Autumn Mist Dr.
Germantown, MD 20874


JONATHAN SPEARS
1813 ZIMMER STREET
LANCASTER, OH 43130


JONATHAN WALKER
291 WATERLILY ROAD
CURRITUCK, NC 27923


JONATHAN YANEZ
2915 MORNING GLORY, APT 5
PASADENA, TX 77503

Jonathan Yapura
6721 Newport Rd.
Hyattsville, MD 20784


JONATHAN ZAGERS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JONATHON DILL
13695 MAIN STREET
SEDALIA, OH 43151


JONATHON LEWIS WINDHAM
7654 S. CREGIER AVE
CHICAGO, IL 60649


JONATHON SMITH
3705 CHARLOTTE DRIVE
ENON, OH 45323


JONATHON ZAGERS
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


JONECE ASIEDU
13115 7TH STREET
BOWIE, MD 20720


JONEE DANIELS
620 W. 6TH STREET
WILMINGTON, DE 19801


JONGHYO KIM
384 SCALA DR
STOW, OH 44224


Jonna Keyamo
2325 Cerrillos Rd.
#202
Santa Fe, NM 87505


JONNAE BAILEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

JONNAS JOHNSON
7037 SOUTH LAFLIN STREET
CHICAGO, IL 60636


JONNELL EMMANUEL
17201 NW 12TH AVENUE
MIAMI, FL 33169


JONTA CULLINS
12111 FARRINGDON AVENUE
CLEVELAND, OH 44105


JONTE TINSLEY
220 W NORMAN AVE.
DAYTON, OH 45405


JOO YEUN SEO
1423 OAK HILL CT APT 46
TOLEDO, OH 43614


JOOYOUNG KIM
7020 POLPIS ROAD
REYNOLDSBURG, OH 43068


JORDAN ANDERSON
526 WEST COLLEGE STREET APT 12
OBERLIN, OH 44074


JORDAN ARD
5784 UNIVERSITY PLACE
VIRGINIA BEACH, VA 23462


JORDAN BAXTER
80 RIVERWALK BLVD
BURLINGTON, NJ 08016-1066


JORDAN BERNARD
1203 BAYLOR ST
AUSTIN, TX 78703-4123


JORDAN BILES
1057 HARRISON AVENUE
AKRON, OH 44314

```
JORDAN BOYD
9421 EVERGREEN PL APT 204
DAVIE, FL 33324-4310


JORDAN BRATCHER
5628 LOCH RAVEN BLVD APT A
BALTIMORE, MD 21239


JORDAN BRATCHER
5628 LOCH RAVEN BLVD APT A
BALTIMORE, MD 21207


JORDAN BRENNEMAN
8787 N KANE RD
WADSWORTH, OH 44281


JORDAN BROOKS
1912 EAST BELVEDERE AVE
BALTIMORE, MD 21239


JORDAN BROWN
134 W TICONDEROGA DRIVE, APT B
WESTERVILLE, OH 43081


JORDAN CANEVARI
1021 EAST 13TH SQUARE
VERO BEACH, FL 32960


JORDAN CANNON
1090 BUTTERCUP DR.
LAKELAND, FL 33801


JORDAN CANNON
650 ABOR GLEN CIRCLE
APT 204
LAKELAND, FL 33805


JORDAN CHALKWATER
5377 WINDING CREEK DRIVE
RAVENNA, OH 44266


JORDAN COLLINS
4827 BENNINGTON PLACE
ORLANDO, FL 32808
```

JORDAN COOKER
10383 SECOR RD
TEMPERANCE, MI 48182-9750


JORDAN COULTER
14760 EAST BROAD STREET
REYNOLDSBURG, OH 43068


JORDAN CREWS
5583 MOUNT ZION RD
WACO, GA 30182


JORDAN DANIELS
1615 S. TRUMBULL
CHICAGO, IL 60623


JORDAN DE ALMEIDA
2334 EAST 34TH STREET
LORAIN, OH 44055


JORDAN DEBOW
3631 KENILWORTH STREET
DALLAS, TX 75210


JORDAN DOBBS
2805 S. OAKLAND FOREST DRIVE
APT. 204
OAKLAND PARK, FL 33309


JORDAN EVANS
616 TWIN HILLS LANE
DESOTO, TX 75115


JORDAN EVERETT
401 THOMAS ROAD
LISBON, OH 44432


JORDAN FAIR
4096 FIELDSEDGE DR
MASON, OH 45040


JORDAN FIELDS
160 VANTAGE POINT PLACE
PICKERINGTON, OH 43147

JORDAN GEORGE
5172 LITTLE RICHMOND ROAD
DAYTON, OH 45426


JORDAN HIGGINBOTHAM
5437 85TH AVE APT 101
LANHAM, MD 20706-4520


JORDAN HOPGOOD
13709 COLGATE WAY #1212
SILVER SPRING, MD 20904


JORDAN JAECKIN
6782 FITCH ROAD
OLMSTEAD TOWNSHIP, OH 44138


JORDAN JOHNSON
7006 RUDISILL CT APT 2A
BALTIMORE, MD 21244-5401


JORDAN LANDMAN
2030 S. OCEAN DRIVE
APT 627
HALLANDALE, FL 33009


JORDAN LANDMAN
3370 NE 190TH ST
APT 501
AVENTURA, FL 33180


JORDAN LATIMER
433 SPICER ST
AKRON, OH 44311


Jordan Lima
6525 Landover Rd.
Apt. 103
Hyattsville, MD 20785-1427


JORDAN LOUK
1101 LILAC AVE
CHESAPEAKE, VA 23325

JORDAN MARTIN
6859 DIAMOND MILL RD
GERMANTOWN, OH 45327


JORDAN MARTIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JORDAN MARTIN
3777 PEACHTREE RD. NE
ATLANTA, GA 30319


JORDAN MEANS
200 MARKET STREET
CORTLAND, OH 44410


JORDAN MILLS
1761 NORTH WEST 55TH TERRACE
MIAMI, FL 33142


JORDAN MOILANEN
5817 WESLEYAN DRIVE
PO BOX A434
VIRGINIA BEACH, VA 23455


JORDAN MOILANEN
10189 KNOLL CIRCLE
HIGHLANDS RANCH, CO 80130


JORDAN MONNIER
3515 BEVERLY DR APT 2
TOLEDO, OH 43614


JORDAN MYERS
3227 PLAINVIEW ROAD
RAVENNA, OH 44266


JORDAN NICHOLS
10815 WEST BARR ROAD
PEOTONE, IL 60468


Jordan Smith
2813 E Colten Ave.
Phoenix, AZ 85030

JORDAN SMITH
2813 EAST COLTON AVENUE
NORTH LAS VEGAS, NV 89030


JORDAN SMITH
5334 STAGEROAD
MEMPHIS, TN 38134


JORDAN SMITH
5791 TEMPLAR ST
COLUMBUS, OH 43232


Jordan Thompson
15400 W 7 Mile Rd.
Apt. 306
Detroit, MI 48235


JORDAN UNDERWOOD
8954 HILLCREST DR
WESTFIELD CENTE, OH 44251


JORDAN WALTER
128 ARGUS CIR
WEST COLUMBIA, SC 29172-2702


JORDAN WALTERS
128 ARGUS CIR
WEST COLUMBIA, SC 29172-2702


JORDAN WILLIAMS
106 MARGARETA LANE
EAST RIDGE, TN 37412


JORDAN WILSON
5817 WESLEYAN DRIVE
PO BOX C113
VIRGINIA BEACH, VA 23455


JORDANA PEPPER
6020 SW 24TH PLACE
APT #204
DAVIE, FL 33314

JORDEN WILLIAMS
1551 NORTH STATE HIGHWAY, APT 161
GRAND PRAIRIE, TX 75050


JORDI JAY
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JORDIA JONES
5601 5TH AVE N
ST. PETERSBURG, FL 33710


JORDY ELERA
401 SW 109TH AVE
APT 9
MIAMI, FL 33174


JORDYN PERDUE
1015 PINE VALLEY LN APT 204
TOLEDO, OH 43615


JORDYN RILEY
17 PECAN PASS LOOP
OCALA, FL 34472


JORDYN TUCKER
301C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JORDYN WILSON
2004 SANDOWN LANE
DUBLIN, OH 43016


Jorge A. Saldivar, MD PA
2715 Bolton Boone Dr.
DeSoto, TX 75115


JORGE ALBERT
8557 STEAMLINE CIRCLE
AUSTIN, TX 78745


JORGE ANGELY ILAGAN
8211 SIMONS DRIVE
NORFOLK, VA 23505

Jorge H. Londono, MD
1607 Ponce de Leon Blvd.
Suite #208
Miami, FL 33134


JORGE MARTINEZ
2020 11TH AVENUE
PORT ARTHUR, TX 77642


JORGE MONTALVO
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


JORGE NATER
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JORGE NEUVO
220 W 68 ST APT 204
HIALEAH, FL 33014


JORGE OROZCO
1600 SAINT MICHAELS DRIVE
SANTA FE, NM 87505


JORGE PLA
189 LENAPE DR.
MIAMI SPRINGS, FL 33166


JORGE VALDERRAMA
7380 NEO STREET APT 10
DOWNEY, CA 90241


JORY GOMES
10116 WEXTED WAY
ELK GROVE, CA 95757


JORY GOMES
4604 BOSAL COURT
ELKGROVE, CA 95758


JOSE ARMENDARIZ
HWCC BOX 253
DELAWARE, OH 43015

```
JOSE CHAVEZ
6543 NW 197TH LN
MIAMI, FL 33015


JOSE DE LA CRUZ
1211 NW 32 CT
MIAMI, FL 33125


JOSE DE LOS SANTOS
2101 NW 3RD AVE. APT# 103
MIAMI, FL 33127


JOSE DE LOS SANTOS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOSE DOMINGUEZ-CORTEZ
134 N ELLWOOD AVE
BALTIMORE, MD 21224-1307


JOSE DOMINGUEZ-CORTEZ
3205 MCELDERRY STREET
BALTIMORE, MD 21205


JOSE ESTRADA
4805 MIAMI DR
GARLAND, TX 75043


Jose F. Baca, MD, Inc.
777 E 25th St., Ste. 509
Hialeah, FL 33013


JOSE FRIAS
1725 WEST 60TH ST
APT F315
HIALEAH, FL 33012


JOSE GALLEGOS
14015 CEDAR ACRES LOOP
MABANK, TX 75147


JOSE LEAL
8380 SW 65 AVE. APT. 3
MIAMI, FL 33143
```

JOSE MARANTE GONZALEZ
6805 NW 107TH AVE
DORAL, FL 33178


JOSE MEJIA
11059 NW 6TH TER
SWEETWATER, FL 33172-3656


JOSE OVIEDO
8820 FONTAINEBLEAU BLVD
APT#411
MIAMI, FL 33172


JOSE PEREZ PIMENTEL
16401 NW 37TH AVE
M130
MIAMI GARDENS, FL 33054


JOSE QUINTEROS
616 EMERSON STREET NW
WASHINGTON, DC 20011


JOSE REYES
3301 SOUTH OAKLET AVENUE
CHICAGO, IL 60608


JOSE REYES ORTIZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOSE ROMERO SIERRA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOSE TERRONES
1298 MOORE ST
AKRON, OH 44301


JOSE VAZQUEZ
8106 VENNARD RD
HOUSTON, TX 77034-2822


JOSELIE MULTIDOR
581 NE 170 ST.
N. MIAMI BEACH, FL 33162

JOSEPH AMOAH
502B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JOSEPH BAILEY
119 TEACHERS WAY
4039
GAITHERSBURG, MD 20877


JOSEPH BALDWIN
6012 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


JOSEPH BROOKS
9633 KELLY DR
LOVELAND, OH 45140


JOSEPH BRYCE
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


JOSEPH CHISHOM
860 HOLLY LANE
FORT LAUDERDALE, FL 33317


JOSEPH COLLINS
7220 NIGHTINGALE DR APT 5
HOLLAND, OH 43528


JOSEPH CONSTANTINO
880 ORCHARD PARK DRIVE
ROCKY RIVER, OH 44116


JOSEPH DEAN
3107 KIMBERLY RD
HYATTSVILLE, MD 20782


JOSEPH DIAZ
570 SE 30TH DRIVE
HOMESTEAD, FL 33033

```
JOSEPH ELIANCY
21245 NE 9TH CT #3
NORTH MIAMI BEACH, FL 33179


JOSEPH ELLICK
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOSEPH ESEMA
3446 CARRIAGE HILL CIRCLE APT 104
RANDALLSTOWN, MD 21133


JOSEPH FILBERT
1760 OLD STAGE RD
COLORADO SPRINGS, CO 80906


JOSEPH FILOSA
8108 NORTH ARLINGTON PARK BLVD
FORT WAYNE, IN 46835


JOSEPH FOSTER
8127 SOUTH CHRISTIANA AVENUE
CHICAGO, IL 60652


JOSEPH GARCIA
7690 W FLAGLER STREET
MIAMI, FL 33144


JOSEPH GARGIA
7690 W FLAGLER STREET
MIAMI, FL 33144


JOSEPH GONZALES
6583 STREETER ROAD
MANTUA, OH 44255


JOSEPH GRIPPER
502D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JOSEPH GRIPPER
502D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21207
```

JOSEPH HARRINGTON
258 PARKGATE AVENUE
YOUNGSTOWN, OH 44515


JOSEPH HARVEY
1008 NORTH ROSEDALE STREET
BALTIMORE, MD 21216


JOSEPH HOLLOWAY
5817 WESLEYAN DRIVE
PO BOX A230
VIRGINIA BEACH, VA 23455


JOSEPH HOWARD
9413 BANCROFT AVENUE
CLEVELAND, OH 44105


JOSEPH JAMES
PO BOX 157
ASHLAND, OH 44805


JOSEPH JEFFRIES
1460 ALEXANDRIA PKWY SE
CANTON, OH 44709


JOSEPH KHALIFE
3308 ROCKLAND CT
DUBLIN, OH 43017


JOSEPH KORB
314 E 322ND ST
EASTLAKE, OH 44095


JOSEPH LEE
2139 EVERGREEN RD APT 4
OTTAWA HILLS, OH 43606


JOSEPH LOGAN
1140 NW 50TH ST
MIAMI, FL 33127


JOSEPH LURIE
465 BRICKELL AVENUE
APT 1601
MIAMI, FL 33131

```
JOSEPH MACHUGA
23 LAKE WOBEGON DRIVE
CANFIELD, OH 44406


JOSEPH MCCRAY
PO BOX 5861
GAINESVILLE, FL 32627


JOSEPH MOORE
7304 BLAIR ROAD NW
WASHINGTON, DC 20012


JOSEPH PROVOZNIK
24042 GORE ORPHANAGE ROAD
NEW LONDON, OH 44851


JOSEPH ROBERTSON
14040 ARCHBOLD WHITEHOUSE RD
SWANTON, OH 43558


JOSEPH ROSSETTI
3360 WATERSIDE DR
AKRON, OH 44319


JOSEPH ROZALSKI
7024 RICHARDSON ROAD
CONNEAUT, OH 44030


JOSEPH SANKOWSKI
4409 WALKER AVE
TOLEDO, OH 43612


JOSEPH SLAWEK
1661 SW 23 AVE
FORT LAUDERDALE, FL 33312


JOSEPH STELLER
14721 TRENTON RD
SUNBURY, OH 43074


JOSEPH STEWART
522 TAYLOR STREET
JACKSON, MS 39216
```

```
JOSEPH STUNEK
9985 BARR ROAD
BRECKSVILLE, OH 44141


JOSEPH TOUHEY
533 EAST STATE STREET
CASSOPOLIS, MI 49031


JOSEPH VESPER
4557 GLENCARY CT.
CINCINNATI, OH 45248


JOSEPH WEST
11411 BERLAND PLACE
GERMANTOWN, MD 20876


JOSEPH WINNICKI
5495 EASTLAKE ROAD
MEDINA, OH 44256


JOSEPH ZASTAWNY
5095 E FARNHURST RD
CLEVELAND, OH 44124


JOSEPHINE DUNN-FOSTER
405 ORCHARD STREET N
NORTHFIELD, MN 55057


JOSEPHINE STUDENT
OFFICE OF THE UNIVERSITY REGISTRAR
SIMMON HALL
AKRON, OH 44325


JOSETTE KAFANDO
1902 FOX STREET ADELPHI
APARTMENT 102
HYATTSVILLE, MD 20783


JOSH HALL
185 AMITY RD
GALLOWAY, OH 43119


JOSH HOWARTH
30637 HICKORY CT
FLAT ROCK, MI 48134
```

JOSH SPURGEON
5554 WATERVILLE SWANTON RD
SWANTON, OH 43558


JOSHUA BAILEY
2628 WYLENE STREET
JACKSONVILLE, FL 32209


JOSHUA BATTLE
3350 ALMEDA ST
JACKSONVILLE, FL 32209


JOSHUA BEATTY
10054 PIERCE ROAD
GARRETTSVILLE, OH 44231


JOSHUA BETHEA
6090 SE 145TH ST
SUMMERFIELD, FL 34491


JOSHUA BRYANT-COOK
9902 NW 22ND AVE
MIAMI, FL 33147


JOSHUA BUICE
8137SOUTHGATEBLVD
NORTH LAUDERDALE, FL 33068


JOSHUA CAMPBELL
150 SCOTLAND RD
SOUTH ORANGE, NJ 07079-2067


JOSHUA CLARK
8861 RED HAWK CT
SYLVANIA, OH 43560


JOSHUA COHN
89 REDFERN DRIVE
YOUNGSTOWN, OH 44505


JOSHUA CRUZ
901 GARDEN MEADOW DRIVE
GEORGETOWN, TX 78628

```
JOSHUA DAVIES
2629 ALISDALE DRAPT. 103
TOLEDO, OH 43606


JOSHUA DAVIS
3124 HOPEWELL PL
TOLEDO, OH 43606


JOSHUA DEWBERRY
3469 TOD AVENUE SW
WARREN, OH 44481


JOSHUA FREEMAN
3118 SUDLERSVILLE ROAD
SUDLERSVILLE, MD 21668


JOSHUA GREGORY
2904 MARS HILLS STREET
MODESTO, CA 95355


JOSHUA HAMPTON
603 WINANS WAY
BALTIMORE, MD 21229


JOSHUA HOY
24980 BRYDEN ROAD
BEACHWOOD, OH 44122


JOSHUA JACKSON
4563 ERA TRACE
SNELLVILLE, GA 30039


JOSHUA JONES
9842 SAPELO RD
25 SHON CT
MIDDLE RIVER, MD 21220


JOSHUA KINGSLEY
10564 FLATLANDS 1ST ST
BROOKLYN, NY 11236-3008


JOSHUA LIVERMON
13815 ROCKPORT LANDING RO
MIDLOTHIAN, VA 23112
```

JOSHUA LIVERMON
13815 ROCKPORT LANDING RO
MIDLOTHIAN, VA 02311-2202


JOSHUA LUBICH
1616 ROOSEVELT AVENUE
NILES, OH 44446


JOSHUA MANDERS
3839 BUELL AVE.
TOLEDO, OH 43613


JOSHUA MANU
680 E BUCHTEL AVENUE
AKRON, OH 44304


JOSHUA MARTIN
8613 CAVATINA CT
APEX, NC 27539-9766


JOSHUA MATHEWS
1213 CLINTON PLACE
PLAINFIELD, NJ 07063


JOSHUA MCGUIRE
1213 MARLBORO ST
SANDUSKY, OH 44870


Joshua McMann
188 Baptist World Center Dr.
Griggs Hall 208
Nashville, TN 37207


JOSHUA NAWORU
1244 BERGER AVE
BROOKLYN, NY 11234


JOSHUA O'NEAL
6910 BEECH AVE
BALTIMORE, MD 21206-1209


Joshua Oddi
912 Ludwig Dr.
Columbus, OH 43230

```
JOSHUA OGBUOKIRI
2103 WHITE FOX DR
BOWIE, MD 20721-2619


JOSHUA OGUUOKIRI
2103 WHITE FOX DR
BOWIE, MD 20721-2619


JOSHUA OKWAISIE
2 SUSANNAH DRIVE
CHESTERFIELD, NJ 08515


JOSHUA ONDO
1390 LANEDALE STREET NW
MASSILLON, OH 44647


JOSHUA PARKER
280 SW 1ST STREET
DEERFIELD BEACH, FL 33441


JOSHUA PEREZ
251 GENEVA AVE
DORCHESTER, MA 02121-3802


JOSHUA PHILANDER
17607 BRICKSTONE LOOP
FORT MYERS, FL 33967


JOSHUA PIERRELUS
12608 GARDEN GATE RD
SILVER SPRING, MD 20902


JOSHUA RICHARDSON
5817 WESLEYAN DRIVE
PO BOX B448
VIRGINIA BEACH, VA 23455


JOSHUA RICHARDSON
5817 WESLEYAN DR.
VIRGINIA BEACH, VA 23455


JOSHUA RIFFE
PO BOX 595
NORTH KINGSVILLE, OH 44068
```

JOSHUA ROSS
29 CEDAR HILL RD
RANDALLSTOWN, MD 21133-1510


JOSHUA SMITH
7747 SIDEN DR
HANOVER, MD 21076


JOSHUA SMITH
3969 WAYNE ROAD
REYNOLDSVILLE, PA 15851


JOSHUA STEEDMAN
3952 DALLING DR
NORTHWOOD, OH 43619


JOSHUA THOMAS
PO BOX 4838
PLANT CITY, FL 33563


JOSHUA THOMAS
8500 ALLENSWOOD RD
RANDALLSTOWN, MD 21133


JOSHUA TRENKAMP
3735 HEATHERDOWNS BLVD.
TOLEDO, OH 43614


JOSHUA TRENTKAMP
3735 HEATHERDOWNS BLVD.
TOLEDO, OH 43614


JOSHUA TUTMAN
19 MORROW COURT
RANDELLSTOWN, MD 21133


Joshua Velasquez
3900 Albion St.
Nashville, TN 37209


JOSHUA WARD
4097 PLUMBAGO PL
LAKE WORTH, FL 33462

JOSHUA WILKS
2855 W GARRISON AVE
BALTIMORE, MD 21215-5334


JOSHUA WILLIAMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JOSHUA WINSTON
15510 ELLIS AVE
DOLTON, IL 60419


JOSHUA WOMACK
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOSHUAH LUCAS
910 MONTPELIER ST
BALTIMORE, MD 21218


JOSIAH FISHER
6682 YELLOW STONE CIR
DISCOVERY BAY, CA 94505


JOSIE EARNHARDT
166 INDIAN LAKE DRIVE
RABUN GAP, GA 30568


JOSIMAR PALACIOS
401 WEST SOUTH STREET.
KAUFMAN, TX 75142


JOSLYN COBBINS
925 CLAYMONT AVE
BALTIMORE, MD 21216-4409


Jospeh West
11411 Berland Pl
Germantown, MD 20876


JOSSELYN FRAZIER
5559 SHANKS PHALANX ROAD
NEWTON FALLS, OH 44444

JOSSUE GUZMAN
12401 ORANGE GROVE DR
TAMPA, FL 33618


JOSUE ACOSTA
406 NW 22ND AVE
MIAMI, FL 33125


JOURDAN COPPAGE
1213 KITMORE RD
BALTIMORE, MD 21239-3405


JOURNEY TOOLE
44051 STATE ROUTE 511
OBERLIN, OH 44074


JOUSEPH RENOVALES
3804 SW 56TH AENUE
WEST PARK, FL 33023


JOVANA DURIC
3030 RESIDENCE DR
TOLEDO, OH 43606


JOVANN LETULI
2773 MORNINGSIDE ST
SAN DIEGO, CA 92139


JOVANN LETULI
393 SUMNER STREET
AKRON, OH 44304


JOVANNE SANTOUSE
1664 CARLYLE DRIVE
CROFTON, MD 21114


JOVANNY ZARABAL
3313 SAN REMO CR.
HOMESTEAD, FL 33035


JOVANNY ZARZABAL
3313 SAN REMO CR.
HOMESTEAD, FL 33035

JOVENEL PIERRE
545 WOODLAND CREEK BOULEVARD
KISSIMMEE, FL 34744


JOVONTE JACKSON
13921 SW 278TH ST
HOMESTEAD, FL 33032


JOY BARNES
6709 LARCHES CT
SUITLAND, MD 20746-3509


JOY BARNES
1644 ROUNDHILL ROAD
BALTIMORE, MD 21218


Joy Benjamin
16235 NW 22nd Ct.
Opa Locka, FL 33054


Joy Gardner
4739 Hawksbury Rd.
Pikesville, MD 21208


JOYCELYN JACKSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JOYCY ALDAJUSTE
923 E MAPLE ST
NORTH LAUDERDALE, FL 33068-2749


JOYDAZIA NORMAN
403 59TH AVENUE DRIVE WEST
BRADENTON, FL 34207


JOYRICK SUERO
308 SW 95TH PLACE
MIAMI, FL 33174


JOZSEF KANTOR
45 RHODES AVE APT A
AKRON, OH 44302

JRL Medical Group
601 E Rollins St.
Orlando, FL 32803


JSAIDAE POOLE
622 PADDLE WHEEL CT EAST
MILLERSVILLE, MD 21108


JU HWAN LEE
590 E BUCHTEL AVE, APT 27
AKRON, OH 44304


JUAN ALVIZ
13612 NW 10 TERRACE
MIAMI, FL 33182


JUAN ANDERSON
3709 NW 202 ST
MIAMI GARDENS, FL 33055


JUAN CAMACHO
179 PIONEER ST.
AKRON, OH 44305


JUAN DEVIA
3644 NW 85TH AVENUE
COOPER CITY, FL 33024


JUAN FERRARO
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


JUAN MARIN ANGEL
577 BROOKLINE CT.
NORTHFIELD, OH 44067


JUAN MARTIN
11951 DEERHORN DRIVE
CINCINNATI, OH 45240


JUAN MENDOZA
5023 LUY LANE
DALLAS, TX 75241

JUAN MOSQUERA
9390 15TH COURT
PEMBROKE PINES, FL 33024


JUAN OGANDO
6109 WESTLAND DR
HYATTSVILLE, MD 20782


JUAN OGANDO
1716 CHILTON ST
BALTIMORE, MD 21218


JUAN ORTIZ
4311 NW 57TH ST
FORT LAUDERDALE, FL 33319-2914


JUAN PEREZ
3063 COMMUNITY DRIVE
DALLAS, TX 75220


JUAN REYES
2515 COMMUNITY DR
DALLAS, TX 75220


JUAN SALAS
900 VIA AVENIDA
MESQUITE, TX 75150


JUAN SOLIS
7575 SOUTH WESTMORELAND ROAD, APT 1411
DALLAS, TX 75237


JUAN VICENTE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JUAN VILLAMIZAR ABIA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JUAN ZAMBRANO
16401 NW 37TH AVE
CASCIA HALL
MIAMI, FL 33054

JUANA SOCORRO-AGUIRRE
33442 PO BOX
BALTIMORE, MD 21218


JUANITA MENDEZ
3837 SIMPSON STUART RD
DALLAS, TX 75241


JUAREZ HERBERT
4406 ROCKDALE LANE
UPPER MARLBORO, MD 20772


JUAYESHIA WILSON
725 NW 10TH STREET
FLAMINGO LODGE, FL 33034


Jubran A. Hoche, MD PA
3800 Johnson St.
Hollywood, FL 33021


JUBRIL ADEROMILEHIN
3806 DOVEDALE CT
RANDALLSTOWN, MD 21133


JUDARIUS ANDREWS
3012 SYLVESTER DRIVE
MOULTRIE, GA 31768


JUDELKA ST. FORT
881 NORTH WEST 116TH TERRACE
MIAMI, FL 33168


JUDITH POKU
4520 MAIZE RD APT C
COLUMBUS, OH 43224


JUDITH VALENCIA
9804 SW 40th St
MIAMI, FL 33165


JUDY BARRETT
12 VALENCIA DRIVE
BOYNTON BEACH, FL 33436

JUDY HERBSTZUBER-ECHAVEZ
15751 SHERIDAN ST
APT. #442
FORT LAUDERDALE, FL 33331


JUI-HSIANG HUNG
2376 BECKET CIRCLE
STOW, OH 44224


Juian Linkhart
3322 Sunnyside Dr.
Dayton, OH 45432


JUJUAN MATHIS
5038 S ST LAWERENCE
CHICAGO, IL 60615


JULI LAMBERT
7121 QUAIL LAKES DR
HOLLAND, OH 43528


JULI LAMBERT
2062 ROBINWOOD AVE APT 4
TOLEDO, OH 43620


JULIA ADAMS
3334 CREEKSIDE TRL
CUYAHOGA FALLS, OH 44223


JULIA ANN JONES
9232 SAND CREEK COURT
BURKE, VA 22015


JULIA BOUHADANA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


JULIA CERNOIA
222 TWIN OAKS RD APT #3
AKRON, OH 44313


JULIA FRANQUESA
2160 BRISTOL COURT
HUDSON, OH 44236

JULIA GOETZ
1672 COUNTRY WALK DRIVE
FLEMING ISLAND, FL 32003


Julia Gonzalez
877 Stewart Ave., Ste. 7
Garden City, NY 11530


JULIA GONZALEZ
12166 ST ANDREWS PL
APT 307
MIRAMAR, FL 33025


JULIA HARTLAGE
1417 BELLINGHAM WAY
SUNNYVALE, CA 94087-3812


JULIA HATCH
300 E THORNTON ST
AKRON, OH 44311


JULIA LUIS
457 GREENMOUNT AVE
CLIFFSIDE PARK, NJ 07010


JULIA MILLIRANS
26996 BUCKLAND HOLDEN RD
WAYNESFIELD, OH 45896


JULIA MOSTOW
206 LANDIS LN
DEERFIELD, IL 60015-3420


JULIA PFAFF
12987 THRASHER ROAD
HIRAM, OH 44234


JULIA SHREVE
4028 S DETROIT AVE
TOLEDO, OH 43614


JULIA WRIGHT
4319 MANNINGTON BLVD
STOW, OH 44224

```
JULIAN CONDITI
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JULIAN CUNNINGHAM
164 GREENTREE CIRCLE
JUPITER, FL 33458


JULIAN GARCIA
1715 WHITEHALL DR
APT 302
DAVIE, FL 33324


JULIAN GILBERT
2623 ASHURST ROAD
UNIVERSITY HEIGHTS, OH 44118


JULIAN JAVIER GARCIA APONTE
1013 NW 99TH CT
MIAMI, FL 33172


JULIAN KUEBERUWA
11400 BELVIDERE RD
BOWIE, MD 20721-2122


JULIAN LINKHART
3322 SUNNYSIDE DR
BEAVERCREEK, OH 45432


JULIAN OWENS-BRUNT
4400 COOK AVE
BALTIMORE, MD 21206


JULIAN PITA
2333 BRICKELL AVE APT 607
MIAMI, FL 33129


JULIANA AKOR
437 SUMNER STREET
FLAT M
AKRON, OH 44304


JULIANA MUSHALA
9414 PRESLEY PLACE
LANHAM, MD 02070-6326
```

JULIANA MUSHALA
9414 PRESLEY PLACE
LANHAM, MD 02070-6346


JULIANA TARR
157 CARRIAGE DRIVE APT 203
CHAGRIN FALLS, OH 44022


Juliana Yanguas
16275 Collins Ave.
North Miami Beach, FL 33160


JULIANN KOSOVEC
3113 DARLINGTON RD
TOLEDO, OH 43606


JULIANN KOSOVEC
26765 CARRONADE DR
APT 3301
PERRYSBURG, OH 43551


JULIANNE BROADBENT
746 MIDLAND AVE.
RAVENNA, OH 44266


JULIANNE GREEN
608 DOLTON RD
AKRON, OH 44312


JULIE BROOKS
6630 BUCKNELL RD
REISTERSTOWN, MD 21136


JULIE BROOKS
6630 BUCKNELL RD
BRYANS ROAD, MD 20616


JULIE GARTLAND
7260 NIGHTINGALE DR APT 6
HOLLAND, OH 43528


JULIE LENOIR
131 FULTON DRIVE
VALENCIA, PA 16059

JULIE MAYBERRY
3335 WATER ST
CANAL FULTON, OH 44614


JULIE OLZAK
3923 NASSAU COURT
YOUNGSTOWN, OH 44511


JULIE SHALLMAN
393 SUMNER ST
APT 2-206D
AKRON, OH 44304


JULIE VAILLANT
1148 HIGHLAND RD
LANTANA, FL 33462


JULIE VEGA
9034 FLYNN CIRCLE #4
BOCA RATON, FL 33496


JULIEN JONES
2862 BELLAROSA CIRCLE
WEST PALM BEACH, FL 33411


JULIEN WILDENHEIM
1643 CYPRESS E
AVON, OH 44011


JULIET MWABA
1216 SUNBURY RD
COLUMBUS, OH 43210


JULIO BRAVO
4517 SW 132 PLACE
MIAMI, FL 33175


JULIO HERNANDEZ
13133 GREEN VALLEY DRIVE
BALCH SPRINGS, TX 75180


JULIO QUINTEROS
616 EMERSON STREET NW
WASHINGTON, DC 20011

JULIO SALAZAR
22115 WESTLAND CREEK DRIVE
KATY, TX 77449


JULISSA CRUZ
3214 BALCH SPRINGS RD APT #C1
BALCH SPRINGS, TX 75180


JULISSA CURZ
3214 BALCH SPRINGS RD APT #C1
BALCH SPRINGS, TX 75180


JULIUS SESAY
6001 LOGAN WAY APT. C7
BLADENSBURG, MD 20710


JUMMAI APATA
2953 MARNAT ROAD
APT A
BALTIMORE, MD 21209


JUN BEOM KU
1120 N WESTWOOD AVE APT 1216
TOLEDO, OH 43607


JUN LIU
325 POWER STREET
AKRON, OH 44311


JUN LIU
536 S. HAWKINS AVE. #2
AKRON, OH 44320


JUNGHO PARK
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JUNHONG LI
1244 PARK LANE DRIVE
APT B
AKRON, OH 44320

```
JUNHONG LI
1080 W 3300 S APT 2113
SOUTH SALT LAKE, UT 84119


JUNMYONG LEE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JUNYA JOHNSON
830 BRIDGEVIEW RD
OWINGS MILLS, MD 21117


JUNYA JOHNSON
830 BRIDGEVIEW RD
BROOKLYN, MD 21225


JUNYAO YAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


JUNYOUNG SEO
1350 N. HOWARD ST. APT. 203
AKRON, OH 44310


JUPITER MEDICAL GROUP PA
875 Military Trl Ste 200
JUPITER, FL 33458


JURMELLE BYNOE
571 SW 9TH STREET
APT 207
MIAMI, FL 33130


JUSTICE BOATENG
707 CARROLL STREET
AKRON, OH 44304


JUSTICE LANDERS
1405 HAFT DR. APT G9
REYNOLDSBURG, OH 43068
```

JUSTICE MARRIOTT
4903 W FOREST PARK AVE
GWYNN OAK, MD 21207-7460


JUSTIN ACEY
5817 WESLEYAN DRIVE
PO BOX A382
VIRGINIA BEACH, VA 23455


JUSTIN BENNETT
90 LEMON STREET
BUFFALO, NY 14204


JUSTIN BROWN
22450 SW 128TH AVE
MIAMI, FL 33170-2723


JUSTIN BROWN
762 S MUNROE RD
TALLMADGE, OH 44278


JUSTIN CARROLL
740 WALWICK CT
BEREA, OH 44017


JUSTIN CHILDERS
5846 REFUGEE ROAD
BALTIMORE, OH 43105


JUSTIN CROWDER
2521 LIBERTY HEIGHTS AVE
BALTIMORE, MD 21215


JUSTIN DIONNE
12852 CATFISH COURT
ORLANDO, FL 32828


JUSTIN ENGLISH
4812 VINSON COURT
HILLIARD, OH 43026


JUSTIN EVANS
201B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229

JUSTIN EVANS
201B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JUSTIN FEATHERSTON
704 WYNDHURST DRIVE
LYNCHBURG, VA 24502


JUSTIN FRANCO
1120 N WESTWOOD AVE APT 1105
TOLEDO, OH 43607


JUSTIN FRIESS
814 SPENCER ST
TOLEDO, OH 43609


JUSTIN GOODMAN
15 FOXCREEK.
OWINGS MILLS, MD 21117


JUSTIN HUMPHREY
1651 PRICE ROAD
YOUNGSTOWN, OH 44509


JUSTIN HUNT
4008 SOUTH WEST 69TH TERRACE
MIRAMAR, FL 33023


JUSTIN JOHNSON
627 ALLENDALE ST.
BALTIMORE, MD 21229


JUSTIN JOYCE
6683 MANGOLIA LANE
FORT MYERS, FL 33966


JUSTIN JULIAN
8368 GRAYSON GREEN ST NW
MASSILLON, OH 44646


JUSTIN KUMBAL
447 EAST VORIS STREET
AKRON, OH 44311

JUSTIN LEASURE
7151 TRIUMPH LN
PERRYSBURG, OH 43551


JUSTIN LEASURE
201 E CHURCH ST
PO BOX 283
AMANDA, OH 43102


JUSTIN LEDFORD
955 AUBURN LN
BARTLETT, IL 60103


JUSTIN MEDLEY
3117 WESTMONT CT
BALTIMORE, MD 21216-3836


JUSTIN MEIER
185 WILSON STREET
RACELAND, LA 70394


JUSTIN MOORE
15432 SYMONDSBURY WAY
UPPER MARLBORO, MD 20774


JUSTIN O'CONNOR
13180 NW 6TH TERRACE
MIAMI, FL 33182


JUSTIN PARKINS
1174 TRAILS EDGE DRIVE
HUBBARD, OH 44425


JUSTIN POWELL
594 CROSBY STREET
APT2
AKRON, OH 44302


JUSTIN RAMOS
119 SPORTSMANS AVE
FREEPORT, NY 11520-5028

JUSTIN REA
407D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JUSTIN SAMPSON
258 DOVECOTE TRCE
MACEDONIA, OH 44056


JUSTIN SHOEMAKER
3012 WYNSTONE CT.
GROVE CITY, OH 43123


JUSTIN SMITH
4448 VOGEL DR
TOLEDO, OH 43613


JUSTIN SPIKES
20231 TRACEY AVE
EUCLID, OH 44123


JUSTIN SYMONETTE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JUSTIN TJADEN
147 HUNT CLUB DRIVE
APARTMENT 3B
COPELY, OH 44321


JUSTIN TRAPANI
3130 PALM TRACE LANDINGS DRIVE
APARTMENT 607
DAVIE, FL 33314


JUSTIN WALKER
201C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


JUSTIN YOUNG
15561 VALENTINE ROAD
THOMPSON, OH 44086

JUSTINA JOHNSON
1915 KNOLL CT
TROY, MI 48098


JUSTINA MUELLER
2045 ROBINWOOD AVE APT 1
TOLEDO, OH 43620


JUSTINE HILL
142 E MAIN ST
WAYNE, OH 43466


JUSTISS GILLIAM
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


JUSTYCE BARNES
2009 ELLING DRIVE
WACO, TX 76705


JUSTYN ALEXANDER
8418 GOVERNORS RUN
ELLICOTT CITY, MD 21043


JUSTYN WILLIAMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


JUVENS LAZARRE
5099 SW FIDDLE LEAF COURT
PORT ST. LUCIE, FL 34986


JUVENS LAZARRE
201 SW GLENWOOD DRIVE
PORT ST. LUCIE, FL 34984


JUWAN BROWN
315 FLORA AVENUE
LAUREL, MS 39440


JUWAN HEMSLEY
1648 ROUNDHILL RD
BALTIMORE, MD 21218

JUWANN NORWOODLEE
3014 POPLAR TER
BALTIMORE, MD 21216


Jyoti Maharjan
12 Oaksylvan Way
Nottingham, MD 21236


JYOTI MAHARJAN
10 ARROWOOD CT
ROSEDALE, MD 21237


K'HYANA NANCE
2350 TOWLES STREET
FORT MYERS, FL 33916


K'JANI HALL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


K'MYA VILLAGOMEZ-SOUZ
5340 GOODWOOD AVE
TOLEDO, OH 43612


K. ZIN HTUT
583 VICTORIA AVE
AKRON, OH 44310


K. ZIN HTUT
55 FIR HILL APT 12C7
AKRON, OH 44304


K`LA CORLEY
19050 NW 57TH AVE
APT103
HIALEAH, FL 33015


KA SHING ALLAN SO
11715 GARFIELD ROAD
HIRAM, OH 44234


KA'MIYAH HAMELTON
2701 MORROW STREET
WACO, TX 76707

```
KABIL AFZALI REY
9644 SW 163RD CT
MIAMI, FL 33196


KADAN JOHNSON
4098 WHISPERING SPRINGS LANE
MOGADORE, OH 44260


KADEEM CHAIRS
7438 BLUMER RD
LIVERPOOL, NY 13088


KADEEM NORRIS
823 MISTY GLEN LANE
DALLAS, TX 75232


KADEEM NORRIS
811 MISTY GLEN LANE
DALLAS, TX 75232


KADEENE CROSSFIELD
1667 WOODBOURNE AVE
BALTIMORE, MD 21239


KADEN LORING
13977 SW 155 STREET
MIAMI, FL 33177


KADEN MCMOLLUM
759 GEORGIA AVE
AKRON, OH 44306


KADIJAH ANDERSON
679 LEESVILLE RD APT #1004
LYNCHBURG, VA 24502


KAEEM BOVIAN
1720 NW 56TH ST
MIAMI, FL 33142


KAELA WILLS
9864 LEIGHLAND COURT
WALDORF, MD 20603
```

KAELIN POE
613 NOTTINGHAM DRIVE
HAMPTON, VA 23669


KAENAB EL
3809 MONROE ST UPPR UNIT
TOLEDO, OH 43606


KAHLA NELUM
2680 NORTH KATY AVENUE
FRESNO, CA 93722


KAHLIL DIAS
426 SPRY ISLAND ROAD .
BALTIMORE, MD 21216


KAHLIL DIAS
426 SPRY ISLAND ROAD .
JOPPA, MD 21085


KAHLILIAH PHILLIPS
2351 NE 6TH AVENUE
POMPANO BEACH, FL 33064


KAHNIA RIGBY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KAI BLACKSTON
3101 FOX VALLEY DR
WEST FRIENDSHIP, MD 21794


KAI CARSON
11 DOGWOOD ST.
HAMPTON, VA 23669


KAI FAN
810 NE 199TH ST.
APT. C 205
MIAMI, FL 33179


KAI GU
733 W MARKET ST.
#510
AKRON, OH 44303

KAI GU
80 E EXCHANGE ST.
#476
AKRON, OH 44308


KAI-CHUAN CHUANG
1296 BUCKINGHAM GATE BLVD.
CUYAHOGA FALLS, OH 44221


KAI-LIN TSAI
80 E. EXCHANGE ST. APT 477
AKRON, OH 44308


KAILA RICE
203B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KAILA THOMAS
4200 COLBORNE ROAD
BALTIMORE, MD 21229


Kairos Healthcare, LLC
9101 LBJ Freeway
Suite 310
DALLAS, TX 75243


KAITLAN KNISELY
1328 TERRIER DR
APT F
COPLEY, OH 44321


KAITLIN BROWNE
406 SE 1ST COURT
POMPANO BEACH, FL 33060


KAITLIN BROWNE
10822 NW 9TH MANOR
CORAL SPRINGS, FL 33071


KAITLIN COON
1235 PLUM STREET
FAIRPORT HARBOR, OH 44077

Kaitlin O'Brien
1288 Rockland Ave.
Apt. 2A
Staten Island, NY 10314


KAITLIN O'BRIEN
1288 ROCKLAND AVENUE APT 2A
STATEN ISLAND, NY 10314


KAITLIN WALTERS
2586 SW 82ND AVE
MIRAMAR, FL 33025


KAITLYN CHAVEZ
4434 LINCOLN AVENUE
CLEVELAND, OH 44134


KAITLYN CHAVEZ
430 NW 127TH AVENUE
MIAMI, FL 33182


KAITLYN CUNNINGHAM
512 LAKEWOOD ROAD
NEPTUNE, NJ 07753


KAITLYN FLOWERS
1308 MARIGOLD WAY
LOMPOC, CA 93436


KAITLYN GOLDINGER
6160 ALLYN ROAD
HIRAM, OH 44234


KAITLYN HAGER
1545 HOLLY AVENUE
ROHNERT PARK, CA 94928


KAITLYN HARRIS
230 PARADISE BIRD STREET
HENDERSON, NV 89074


KAITLYN MORSE
447 HILLBROOK DRIVE
CUYAHOGA FALLS, OH 44223

KAITLYN PONGRACZ
1910 CRYSTAL DRIVE
AKRON, OH 44312


KAITLYN ROOT
656 1/2 KLING STREET
AKRON, OH 44311


KAITLYN SAFFEL
4110 COTTONWOOD CIRCLE
LAKE ELSINORE, CA 92530


KAITLYN SAVITT
5555 LONG PRAIRIE TRACE APT 112
RICHMOND, TX 77407


KAIYA COLEMAN
508D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KALATRIA CROSBY-SINGLETON
2204 DRUID HILL AVE
BALTIMORE, MD 21217


KALEAB YEHENEW
13105 LARCHDALE RD APT 1
LAUREL, MD 20708-1732


KALEB ADDISON
13619  COLGATE WAY APT 218
SILVER SPRING, MD 20904


KALEB CARR
4709 LABURNUM DR
AKRON, OH 44319


KALEB DARRETT
3821 NE 23RD PLACE
CAPE CORAL, FL 33909


Kaleb Morris
112 Whittington Pl
Pataskala, OH 43062

KALEB MORRIS
112 WHITTINGTON PL
ETNA, OH 43062


KALEB PERKINS
3212 CALYDON CT
FORT WASHINGTON, MD 20744-1437


KALEB SMITH
2179 TAURUS CT
MANSFIELD, OH 44904


KALEE HEETER-MEDLEY
6284 KNAPP ROAD
RAVENNA, OH 44266


KALEESHA WHITMORE
821 SOUTH POLK STREET, APT 1526
DESOTO, TX 75115


KALEIGH KROLIKOWSKI
4485 BRANDON DR
DELRAY BEACH, FL 33445-2232


KALEIGH TALAGANIS
1717 E 9TH ST
APT 911
CLEVELAND, OH 44114


Kaleo Legal
4456 Corporation Lane
Suite 135
Virginia Beach, VA 23462


KALILA HOLLEY
1309 NORTH STRICKER ST
BALTIMORE, MD 21217


KALISHA FOBBS
11 ADIL CT
BALTIMORE, MD 21207


KALKIDAN LEMMA
10811 MEADOWHILL RD
SILVER SPRING, MD 20901-1531

KALLAN WILLIAMS
1038 MERRIMAR CIR N APT H
COLUMBUS, OH 43220


Kalli Koehn
11 E 18th St.
Apt. 105
Norfolk, VA 23517


KALVIN MOSLEY
10209 BRIARWOOD PL
WALDORF, MD 20601-3943


KALYANIBEN CHHASATIYA
1730 W ROCKET DR RM 2208B
TOLEDO, OH 43606


KALYN JACKSON
11306 CHERYL DRIVE
UPPER MARLBORO, MD 20772


KALYN NELSON
236 NW 12 CT
DANIA, FL 33004


KAMAAL STEWART
3521 MONTROSE AVENUE
RICHMOND, VA 23222


KAMALA KHANAL SUBEDI
1227 BROOKVIEW DR APT 77
TOLEDO, OH 43615


KAMAR MAJID-DAVIS
962 HEREFORD DR
AKRON, OH 44303


KAMARI SMITH
2521 NW 26 STREET
FORT LAUDERDALE, FL 33311


KAMERON FEGGINS
5301 WYNDHOLME CIRCLE
UNIT 103
BALTIMORE, MD 21229

KAMERON JIMENZ-FOX
1 CHRYSLER RD APT #402
LAWRENCEVILLE, GA 01760


KAMERON MILLER
1616 LUDWIG DRIVE
LAS VEGAS, NV 89106


KAMERON SHOCKLEY
2667 ENCLAVE STREET NW
UNIONTOWN, OH 44685


KAMERON WASHINGTON
1553 CLAIRIDGE RD
GWYNN OAK, MD 21207


KAMIA MONTGOMERY
201 PEARL DRIVE
HEWITT, TX 76643


Kamia Moreno
201 Pearl Dr.
Hewitt, TX 76643


KAMIL BROWN
949 FLORA ST
ELIZABETH, NJ 07201


KAMIRA ROBERTS
16 LOCUST ST
ELKINS, WV 26241


KAMIRA ROBERTS
16 LOCUST ST
BALTIMORE, MD 21216


KAMIYA BROOKS
2943 W. ARTHINGTON
CHICAGO, IL 60612


KAMRYN BLAKE
2716 W CALDWELL STREET
COMPTON, CA 90220

KAMRYN NORWOOD-BLACKWELL
3608 SEQUOIA AVENUE APT 1
BALTIMORE, MD 21215


KAMSOLUNNA ORANUBA
24 LILY POND COURT
ROCKVILLE, MD 20852


KANAYO BANOR
1411 GOODYEAR BLVD
APT 3
AKRON, OH 44305


KANDACE DRUMMING
1015 ANDEAN GOOSE WAY
UPPER MARLBORO, MD 20774


Kandice K. Marchant, MD
9500 Euclid Ave.
Cleveland, OH 44106


KANESHA BATTLE
3883 JASMINE LANE
CORAL SPRINGS, FL 33065


KANG AN
1101 INDEPENDENCE AVENUE APT.310
AKRON, OH 44310


KANIAH ELKERSON
205 WASHINGTON AVENUE
APT. #7
CAPE CHARLES, VA 23310


KANRU XIE
2024 ORCHARD LAKES PL APT 32
TOLEDO, OH 43615


Kanyinda J. Mpoy
Sentara Internal Medicine Physician
7401 Granby St.
Norfolk, VA 23505

Kaoer Ma
2015 N McCord Rd.
Apt. 103
Toledo, OH 43615


KAOER MA
7250 NIGHTINGALE DR APT 2
HOLLAND, OH 43528


KAOUE BAKANHO
3714 FIELDSTONE RD
MIDDLE RIVER, MD 21220


KAOUE BAKANHO
3714 FIELDSTONE RD
RANDALLSTOWN, MD 21133


KAPRISE SPARKS
4205 OKALONA ROAD
CLEVELAND, OH 44121


KARA GLORE
27897 WHITE RD
PERRYSBURG, OH 43551


KARA HOKES
4710 HILARY CIRCLE
STOW, OH 44224


KARA MARLIN
562 COLONY PARK DRIVE
UNIT 101
TALLMADGE, OH 44320


KARA MARLIN
533 STORER AVENUE
AKRON, OH 44320


KARA WILLIAMS COUNSELING
10400 Griffin Rd. #109
COOPER CITY, FL 33328


KARDEL HOWARD
P.O. BOX 109
NEW YORK CIY, NY 10026

Kareem Robinson
1700 E Cold Pring Lane
Baltimore, MD 21251


KAREL RIOS
3191 NW 91ST
MIAMI, FL 33147


KAREN AUGUSTIN
3143 NW 39TH PLACE
FORT LAUDERDALE, FL 33309


KAREN BARYARUHA
1142 W WOODRUFF AVE
TOLEDO, OH 43606


KAREN CARDENAS
2360 E PRESERVE WAY
APT 107
MIRAMAR, FL 33025


Karen Coshow ND
2705 NE 65th St.
Seattle, WA 98115


KAREN DORMEUS
2170 NW 85TH AVENUE
FORT LAUDERDALE, FL 33322


KAREN HUEZO
5817 WESLEYAN DRIVE
PO BOX A293
VIRGINIA BEACH, VA 23455


Karen J. Robie, PhD
4930 N Holland Sylvania Rd.
Suite B
Sylvania, OH 43560


KAREN LAPORTE
8260 NE 3RD AVE
EL PORTAL, FL 33138

KAREN LOPEZ
5817 WESLEYAN DRIVE
PO BOX A542
VIRGINIA BEACH, VA 23455


KAREN LUCRECE AGBODJOGBE
8109 KENNEWICK AVE
TAKOMA PARK, MD 20912


Karen M. Coshow, MD
18532 Firlands Way NC
Seattle, WA 98133


KAREN PARKS
3534 W 76TH STREET
CHICAGO, IL 60652


KAREN VILLARREAL
8992 NW 115TH STREET
HIALEAH GARDENS, FL 33018


KARENE MCLAURIN
8900 HOBART ST
SPRINGDALE, MD 20774


KARENE SAMUELS
30 WYNDMOOR PL APT E
BALTIMORE, MD 21216


KARI DJONNE
1 RIVER EDGE DR
SANDY HOOK, CT 06482


KARI DJONNE
393 SUMNER STREET 2-525
AKRON, OH 44304


KARIM DUNN
1502 WEST 8TH STREET
WILMINGTON, DE 19806


KARIM IBRAHIM
6099 ROUND HILL DR
DUBLIN, CA 94568

KARIM NASHED
14951 ROYAL OAKS LANE APT.601
NORTH MIAMI BEACH, FL 33181


KARINA AMADASUN
2633 STANTON RD SE APT 101
WASHINGTON, DC 20020-4478


KARINA CEINOS
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


KARINA ESPINOZA
9459 SW 227TH LANE
MIAMI, FL 33190


KARINA RAMIREZ
1458 LORRAINE LN.
KAUFMAN, TX 75142


KARISSA MOONEY
10308 NEWINGTON DR
ORLANDO, FL 32836-3743


KARISSA WEEKLEY
423 WESTVIEW DR.
ZANESVILLE, OH 43701


KARL AUGUSTE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KARL BURT
113 BELLEZZA TERRACE
ROYAL PALM BEACH, FL 33411


KARL PECK
500 MILFORD MILL RD
PIKESVILLE, MD 21208-5801


KARL-HEINZ CHERUBIN
1141 NW 182ND ST
MIAMI, FL 33169-4287

```
KARLA EGIPCIACO
13219 NW 8TH ST
MIAMI, FL 33182


KARLA GIL
4721 NW 7TH ST. APT. 410
MIAMI, FL 33126


KARLA ROSALES
15532 SW 39TH ST
MIAMI, FL 33185


KARLA SONE
14105 SW 51ST CT
MIRAMAR, FL 33027


KARLA TRASLAVINA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


KARLY CRAIL
3085 MAGNOLIA CT
EDGEWOOD, KY 41017


KARLY RUPERT
4225 COUNTY ROAD 175
CLYDE, OH 43410


KARNEET SINGH SETIA
55 FIR HILL, APT# 12B6
AKRON, OH 44304


KAROLINNA GARCIA DE OLIVEIRA
221 M STREET
FORT DODGE, IA 50501


KARRIS MCCOLLUM
759 GEORGIA AVE
AKRON, OH 44313


KARRIS MCCOLLUM
6425 PALMER DR NW
CANTON, OH 44718
```

KARYSSA SCHROUDER
3370 GIBRALTER HEIGHTS DRIVE
APT. B10
TOLEDO, OH 43609


KASE CARRERA
6314 GYPSUM COURT
HOUSTON, TX 77041


KASEEM WEDDERBURN
4540 NW 36TH ST APT 407
LAUDERDALE LAKES, FL 33319


KASEY LAFOND
8711 IVYBERRY WAY
MONTGOMERY VILLAGE, MD 20886


KASEY LAVENTURE
10141 NW 36TH ST
CORAL SPRINGS, FL 33065


KASHARI STARKS
9703 CHERRY STREET
APT.3
OAKLAND, CA 94603


KASHUNA DAMON
2026 NW 43RD TERRACE
APT. 8
LAUDERHILL, FL 33313


KASIA MOORE
2778 IRVINGTON AVENUE
SAN BERNARDINO, CA 92407


KASIE PURPURA
3366 ELSMERE ROAD
CLEVELAND, OH 44120


KASSANDRA ROEMER
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

KASSIDY DESMOND
842 E DEAN RD
TEMPERANCE, MI 48182


KATARINA HUGHES
3309 ARLINGTON AVE APT 33
TOLEDO, OH 43614


KATE JESS
318 FAIR ST
CLYDE, OH 43410


KATE MARCHANT
6 MARDREW RD
BALTIMORE, MD 21229


KATELYN APPLIN
308 TORREY STREET
APT 1
AKRON, OH 44304


KATELYN BISCHOFF
20340 COTTON SLASH RD
MARYSVILLE, OH 43040-9209


KATELYN BURNS
15142 W DUNBAR RD
PETERSBURG, MI 49270


KATELYN ICKES
13196 CARLA AVENUE NW
UNIONTOWN, OH 44685


KATELYN KINDRED
621 CONNER DR
FREMONT, OH 43420


KATELYN MICKENS
540 PATTI LANE
LEIPSIC, OH 45856


KATELYN SLOMOVITZ
591 STINAFF STREET
KENT, OH 44240

```
KATELYN ZILKE
15142 W DUNBAR RD
PETERSBURG, MI 49270


KATERINA JANKULLA
3400 BLUEMONT PARK
HILLIARD, OH 43026


KATERINA JANKULLA
1216 SUNBURY RD
COLUMBUS, OH 43210


KATEY BENDER
123 N PORTAGE PATH APT 7
AKRON, OH 44303


KATEY BENDER
64 WESTGATE CIRCLE #B
AKRON, OH 44313


KATHARINA JULLICH
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


KATHARINE BROOKS
1401 S FEDERAL HWY
APT 201
BOCA RATON, FL 33432


Katherine A Andros, LPC
4334 Secor Rd
Toledo, OH 43623


KATHERINE ADAIR
186 MORGAN ST
BARBERTON, OH 44203


KATHERINE BULLOCK
169 MARVIN AVE
AKRON, OH 44302


KATHERINE BULLOCK
2381 NEWTON ST
AKRON, OH 44305
```

KATHERINE CAWLEY
2462 CIRCLE DRIVE
KANSASVILLE, WI 53139


KATHERINE CHEN
2669 W VILLAGE DR
TOLEDO, OH 43614


KATHERINE CRUZ VASQUEZ
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


KATHERINE EXALAN
420 NW 111TH STREET
MIAMI, FL 33168


KATHERINE GERIC
8228 DEEPWOOD BLVD
#6
MENTOR, OH 44060


KATHERINE KOOSER
3315 BRAEMAR RD
SHAKER HEIGHTS, OH 44120


KATHERINE KOWALK
7163 QUAIL LAKES DR
HOLLAND, OH 43528


KATHERINE KRAUS
360 COLONY RD
ROSSFORD, OH 43460


KATHERINE MILLER
487 THACKERAY AVE
WORTHINGTON, OH 43085-3003


KATHERINE RIVERA NAZARIO
1483 N.W 83TERRACE
MIAMI, FL 33147


KATHERINE ROUSH
6819 SAINT LAURENT CIR
DAYTON, OH 45459

Katherine S. Jender, CNP
6135 Trust Dr.
Suite 114
Holland, OH 43528-9358


KATHERINE SCHROEDER
319 S EAST AVE
MONTPELIER, OH 43543


KATHERINE SHEVCHUK
10012 SWEETLEAF LANE
NORTH ROYALTON, OH 44133


KATHERINE WERNER
8354 ELLENWOODS DR
CINCINNATI, OH 45249-1303


KATHI KLINE
1982 ROLLING MEADOWS LANE
AKRON, OH 44312


KATHLEEN HONORE
660 NE 195 ST
MIAMI, FL 33179


Kathleen Kurman
1766 N Westwood Ave.
Apt. E
Toledo, OH 43607


KATHLEEN NAYLOR
2322 CHARLESTOWN AVE
TOLEDO, OH 43613


KATHLEEN REVARD
301 OAKLAND DR
ESSEXVILLE, MI 48732


KATHLEEN RUBIO
1107 NE 104TH STREET
MIAMI SHORES, FL 33138


KATHLEEN VALENZUELA
1461 WEST WOODCREST AVENUE
FULLERTON, CA 92833

KATHRINE KARIMI
4101 N. 39 AVE
HOLLYWOOD, FL 33021


KATHRYN CHUHY
8613 TAMARACK ST
TEMPERANCE, MI 48182


KATHRYN HESSENIUS
24136 HEATHER HILL PLACE
ALDIE, VA 20105


KATHRYN HILL
5584 NW 114TH AVE UNIT 106
DORAL, FL 33178


KATHRYN KEYES
361 AUTUMN POND WAY
106
ESSEX JUNCTION, VT 05452


KATHRYN MERKEL
4301 W PEACHTREE LN
MUNCIE, IN 47304


KATHRYN PIZZA
1622 SADDLEBROOK CT
TOLEDO, OH 43615


KATHRYN SCHOENBAECHLER
813 KINGS CROSS
TALLMADGE, OH 44278


KATHRYN SLATES
74 HURD ROAD
AURORA, OH 44202-9358


KATHRYN STEPHAN
753 W MARKET ST APT 304
AKRON, OH 44303


KATHRYN YOUSIF
277 BRITTANY LN
SALINE, MI 48176

Kathy Santoriello, MD PA
900 SE Ocean Blvd. #330
Stuart, FL 34994


KATHYA PINEDA CANALES
5817 WESLEYAN DRIVE
PO BOX B353
VIRGINIA BEACH, VA 23455


KATIA BORGELLA
10147 CIRCLE PLAZA EAST
CUTLER RIDGE, FL 33157


KATIA KING
3713 MIDHEIGHTS RD.
BALTIMORE, MD 21215


KATIANA GUE
8050 NW MIAMI CT LOT A118
MIAMI, FL 33150-5020


KATIE CARVER
4430 N HOLLAND SYLVANIA RD
APT 4113
TOLEDO, OH 43623


KATIE FONTAINE
7105 QUAIL HOLLOWS DRIVE
HOLLAND, OH 43528


KATIE PETERSON
1207A ELMWOOD AVE
EVANSTON, IL 60202-1212


KATIE PRICE
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


KATIE TRUSHEL
13605 CLOVER LAKE DRIVE
CHARDON, OH 44024

KATIE VELASQUEZ
9001 48TH PL
BALTIMORE, MD 21239


KATIE WHISLER
4300 PHALANX MILLS HERNER ROAD
SOUTHINGTON, OH 44470


KATLYN JAMIEL
1334 RIDGE ROAD
WILMINGTON, OH 45177


KATORA CRINER
743 HOLLIDAY LN
DUNCANVILLE, TX 75116


KATRAYLA MUSGRAVES
2705 NORTH 45TH AVENUE
OMAHA, NE 68104


KATRELL BROWN
807 BELMONT LN
NORTH LAUDERDALE, FL 33068


KATRINA ALLEN
201 PATAPSCO AVE.
ROSEDALE, MD 21237


KATRINA BROOKS
709 MESA VERDE DR
BARBERTON, OH 44203


KATRINA VOLLBRACHT
1896 LORCA DR
APT #40
SANTA FE, NM 87505


KATSUMI TAKENO
2640 CHRISTIE ST APT L
TOLEDO, OH 43606


KATSUMI TAKENO
708 N COOLEY ST
MOUNT PLEASANT, MI 48858

KATSUMI TAKENO
2645 DRUMMOND RD
TOLEDO, OH 43606


KATY BRELAND
9846 MADISON ROAD
MONTVILLE, OH 44064


KATY ISRAEL
7873 OLD DELAWARE RD
MOUNT VERNON, OH 43050


KAUSAR HAFEEZ
5679 MONROE STREET
BLDG 2, UNIT 512
SYLVANIA, OH 43560


KAUSHIK MISHRA
915 MULL AVENUE
SUITE 2E
AKRON, OH 44313


KAVANTI SANDS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KAVIRAJ SODHI
998 ASHBROOKE WAY
HUDSON, OH 44236


Kaviraj Sohi
998 Ashbrooke Way
Hudson, OH 44236


KAVYA CHANDRIKA UDDARRAJU
77 FIRHILL STREET, APARTMENT 2B8
AKRON, OH 44304


KAWUNUS COOK
554 KATHY COURT
MARGATE, FL 33068


KAY-TYANA ROSS
11340 SW 203 STREET
MIAMI, FL 33189

KAYAH SHEPHERD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KAYCE JEANNITON
16 GRANGE PL
BOYNTON BEACH, FL 33426


Kayeria Beale-Jackson
5423 - 85th Ave
#1
Lanham, MD 20706


KAYERIA BEALE-JACKSON
5423 85TH AVE 1
LANHAM, MD 20706


KAYIN TISDALE
10502 MONTANA TER
LARGO, MD 20774-6034


KAYLA APPEMAN
805 STATE ROUTE 61 E
NORWALK, OH 44857


KAYLA BAILEY
5705 CHINQUAPIN PKWY
UNIT D
BALTIMORE, MD 21239


KAYLA BARRECA
2966 MALIBU DR SW
WARREN, OH 44481


KAYLA CALAPA
5676 BROADVIEW ROAD
APT 310
PARMA, OH 44134


KAYLA COLE
6198 SUNSCAPE DRIVE NE
LOUISVILLE, OH 44641

KAYLA CORNETT
10039 STATE ROUTE 700
LOT 44
MANTUA, OH 44255


KAYLA DAVIS
1120 E BELVEDERE AVE APT C
BALTIMORE, MD 21239-2723


KAYLA DUKES
191 PERRY STREET
HEMPSTEAD, NY 11550


KAYLA DURHAM
9707 RIDER COURT
FORT WASHINGTON, MD 20744


KAYLA GWOZDZ
9144 CLOVER DR.
TEMPERANCE, MI 48182


KAYLA HORN
5775 WILSON ST
WAYNE, MI 48184-2633


KAYLA HUFFMAN
4154 HUNTERS HILL CIRCLE
RANDALLSTOWN, MD 21133


KAYLA HUMBERT
9945 RAVENNA ROAD
CHARDON, OH 44024


KAYLA JACKSON
3108 TIOGA PKWY
BALTIMORE, MD 21215


KAYLA JONES
1504 1/2 REDONDO BLVD
LOS ANGELES, CA 90019


KAYLA KMETT
6402 CAMINO VENTOSA
SAN CLEMENTE, CA 92673

KAYLA KOHLER
3453 WESTCHESTER RD
TOLEDO, OH 43615


KAYLA KOONCE
10203 LILY GREEN CT
UPPER MARLBORO, MD 20772-6665


KAYLA KORT
5817 WESLEYAN DRIVE
PO BOX A106
VIRGINIA BEACH, VA 23455


KAYLA LEONARD-HOULE
202 MILLER RD
BRATTLEBORO, VT 05301-7733


KAYLA MARQUES
11700 NW 15 CT
PEMBROKE PINES, FL 33026


KAYLA MCDANIEL
1202 E 33RD ST
BALTIMORE, MD 21218-3638


KAYLA MOORE
3724 WEST 129TH STREET
CLEVELAND, OH 44111


KAYLA PITTS
5605 CHESTERFIELD DRIVE
TEMPLE HILLS, MD 20748


KAYLA PRICE
P.O. BOX 351
DAVIDSON, NC 28036


KAYLA PUNNETT
1362 N STRICKER ST
BALTIMORE, MD 21217-2719


KAYLA ROBINSON
206C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

KAYLA SALOMONE
1491 LINCOLN AVE
LAKEWOOD, OH 44107


KAYLA SHOATS
4101 SOUTH WEST 38TH STREET
HOLLYWOOD, FL 33023


KAYLA THAYER
3880 NW 97TH AVE
HOLLYWOOD, FL 33024


KAYLA THOMPSON
613 WILLOW AVE
BALTIMORE, MD 21212-4825


KAYLA VONSEGGERN
1248 BERNATH PKWY
TOLEDO, OH 43615


KAYLA VONSEGGERN
163 MARGARET PL
PERRYSBURG, OH 43551


KAYLA WINCHESTER
3423 MAYFIELD AVE
BALTIMORE, MD 21213


KAYLA WINCHESTER
3423 MAYFIELD AVE
BALTIMORE, MD 21216


KAYLA WULF
648 MIDFIELD DR
MAUMEE, OH 43537


KAYLA YOST
194 SPINO STREET
NORWALK, OH 44857


KAYLAH FRAZIER
485 59TH ST.
OAKLAND, CA 94609

KAYLAH MOLOCK
4304 SOUTHERN AVE
BALTIMORE, MD 21206-5761


KAYLAN CRAWFORD
1521 RAMBLEWOOD RD
BALTIMORE, MD 21239


KAYLEE BYBEE
162 NE 25TH STREET
APT. 612
MIAMI, FL 33137


KAYLEE CARRICO
3819 SYCKELMOORE ST
TRENTON, MI 48183


KAYLEE ROBARGE
11862 VAN DYKE AVE
CURTICE, OH 43412


KAYLEE ROGERS
14982 DELHI AVE
PARKER, CO 80134


KAYLEE SAVAGE
1044 MIDDLEBURY RD
KENT, OH 44240


KAYLEE SHOCKLEY
2667 ENCLAVE STREET NW
UNIONTOWN, OH 44685


KAYLEE SUTTON
3548 ABINGTON COURT
BRUNSWICK, OH 44212


KAYLIE SAIDIN
545 EDINBURGH ST
SAN MATEO, CA 94402-2240


KAYLIN DILL
13695 MAIN ST
BOX 26
SEDALIA, OH 43151

KAYLIN GARDNER
1708 SWANSEA RD
BALTIMORE, MD 21239-3630


KAYLYN BENNETT
10912 MARYLAND WOODS CT
WALDORF, MD 20602


KAYLYNN BALLARD
7145 S. FAIRFIELD AVE.
CHICAGO, IL 60629


KAYLYNN MCMURTRY
80 CHERRY HILL RD
HAMDEN, CT 06514-2807


Kaysandra Rodriguez
3713 Lawrence Ave.
Kensington, MD 20895-1707


KAYSANDRA RODRIGUEZ
3713 LAWRENCE AVE
KENSINGTON, MD 20895-1707


KAYSI MORRIS
4341 LEPPERT RD
HILLIARD, OH 43026


KE'SHAWN DANIEL
2439 PEARSON WAY
ROUND ROCK, TX 78665


KE'SHOUN RHODES
9901 SCYENE RD. APT.#16105
DALLAS, TX 75227


KE'SHOUN RHODES
3570 WILHURT AVENUE, APT 177
DALLAS, TX 75216


KE'YHARA TOMMIE
3433 SALLIE CHUPCO WAY
FORT PIERCE, FL 34945

KEAGAN FINEGAN
563 PARK MEADOWS COURT
WADSWORTH, OH 44281


KEAHNNA JOHNSON
11105 LEAFSTONE DRIVE
COVINGTON, GA 30014


KEANA PICKETT
5007 SAILFISH COURT
WALDORF, MD 20603


KEANDRE FOWLER
724 ATTEBERRY LANE
LANCASTER, TX 75146


KEANDRIA CROSDALE
20420 NW 20TH AVE.
CAROL CITY, FL 33056


KEANDRIA THIBODEAUX
1318 EMBERCREST DR
MIDLOTHIAN, TX 76065


KEANNA ETORIA
18035 NW 47TH PLACE
MIAMI, FL 33055


KEANO BRIN
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


KEANU SHELTON
742 LEXINGTON AVENUE
YOUNGSTOWN, OH 44504


KEANU WALKES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEARSTIN HORN
6043 PICKARD DR
TOLEDO, OH 43613

KEARSTIN HORN
1908 W ALEXIS RD APT E103
TOLEDO, OH 43613


KEATON MCNAIR
13436 SILVERBROOK DR
PICKERINGTON, OH 43147


KECHENG WU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


KEDAR BOGLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEDAR TIMALSENA
4 ATHERTON RD
LUTHERVILLE, MD 21093


KEDAR TIMALSENA
8416 GREENWAY ROAD
PARKVILLE, MD 21286


KEDISHA PATTERSON
12936 51ST COURT NORTH
WEST PALM BEACH, FL 33411


KEDRICK JONES
3554 LYNDALE AVE
BALTIMORE, MD 21206


KEDRICK JONES
3554 LYNDALE AVE
BALTIMORE, MD 21213


Kedrick Ruffin
235 S Hilton St
Baltimore, MD 21229


KEDRICK RUFFIN
235 SOUTH HILTON STREET
BALTIMORE, MD 21229

KEEGAN CUNNINGHAM
323 LOOKOUT DRIVE
APOLLO BEACH, FL 33572


KEEGAN RANKIN
7388 FOGHORN LANE
NORTHFIELD, OH 44067


KEEGAN WILLIAMS
851 SUNSET VIEW BOULEVARD
TALLMADGE, OH 44278


KEELRA HATLEY
6490 SOUTH COCKRELL HILL RD
APT 2926
DALLAS, TX 75236


KEELY HEBB
5656 DILLON HILLS DR
NASHPORT, OH 43830


KEELY OBRIEN
1676 26TH ST
CUYAHOGA FALLS, OH 44223


KEENA TURNER
4011 CRANSTON AVE
BALTIMORE, MD 21216


KEENA TURNER
4011 CRANSTON AVE
BALTIMORE, MD 21229


KEHINDE ADENUGA
6231 GREEN FIELD ROAD
APT 102
ELKRIDGE, MD 21075


KEHINDE ADENUGA
31 SOLAR CIRCLE
PARKVILLE, MD 21234


KEHINDEZAINA SMARTON
4209 CANYONVIEW DR
UPPER MARLBORO, MD 20772

KEHINDEZAINA SMARTON
1560 MONTPELIER ST
APT 1
BALTIMORE, MD 21218


KEIAJNAE LEWIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEIONYAE MCNEAL
1006 N MASSASSOIT AVENUE
APT. 1
CHICAGO, IL 60651


KEIONYAE MCNEAL
44 N PARKSIDE
APT. #1E
CHICAGO, IL 60644


KEIRAH SMETZER
1914 TWP RD 1095
ASHLAND, OH 44805


Keirra Clines
5222 Stagecoach Lane
Garland, TX 75043


KEIRRA KENNEDY
866 ELMWOOD CT
WESTMINSTER, MD 21158


KEISHA POWELL
4225 NADINE DR
BALTIMORE, MD 21215


KEISHA SANTANA ROLDAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEISHLA RIVERA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

```
KEITH BIRCHKHEAD
4200 OAKFORD AVE
BALTIMORE, MD 21215


KEITH BRADFORD
4413 MORAVIA RD APT 10
BALTIMORE, MD 21206


KEITH CAMPBELL
1476 KAREN BLVD
CAPITOL HEIGHTS, MD 20743-4624


KEITH CROSSMAN
3065 GLENN ST
TOLEDO, OH 43613


KEITH EDMONDS
7116 QUAIL LAKES DR
HOLLAND, OH 43528


KEITH HANKS
2941 NW 186 TERRACE
MIAMI, FL 33056


Keith Henson
1232 Harwall Rd.
Gwynn Oak, MD 21207


KEITH HOYING
8111 STATE ROUTE 119 W
ANNA, OH 45302


Keith Mahone
818 N Elm St.
Apt. 104
Hopkinsville, KY 42240


KEITH THOMSON
VILLANOVA HALL
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


KEJUAN BRYANT
4009 41ST SQUARE
VERO BEACH, FL 32967
```

KEKE CHEN
570 PARKHILL DR
APT 16
FAIRLAWN, OH 44333


KELBEE MILLER
7727 WINTER SWEET DR
HOLLAND, OH 43528


Kelcie Miller
871 Ibis Walk Place N.
Apt. 5315
Saint Petersburg, FL 33716


KELCIE MILLER
871 IBIS WALK PLACE N
APT 5315
ST PETERSBURG, FL 33716


KELCY LINVILLE
1405 MORGAN AVENUE
ALLIANCE, OH 44601


KELECHI URADU
6 TROUT LILY COURT
OWINGS MILLS, MD 21117


KELIE TCHOUYA
7192 MCCLEAN BLVD
PARKVILLE, MD 21234


KELLANO RILEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KELLEY COLE
17315 IDA CENTER RD
PETERSBURG, MI 49270


KELLI PORTER
5820 MOJAVE ROAD
VIRGINIA BEACH, VA 23462

KELLI-ANN TENNANT
889 NW 214TH ST
#27-205
MIAMI, FL 33169


KELLIE JOHNSON
1532 KENNEWICK ROAD
BALTIMORE, MD 21218


KELLIE SMITH
1540 INGLESIDE AVE APT A
BALTIMORE, MD 21207


KELLY GISMONDI
1404 SEVIER COURT
NASHVILLE, TN 32706


KELLY HILTON
6110 SW 24 PL
207
DAVIE, FL 33314


KELLY HILTON
6080 SW 24 PLACE
102
DAVIE, FL 33314


KELLY HUNT
320 PEPPERTREE LANE
PAINESVILLE, OH 44077


Kelly L. Perez, CNP
33 North Ave. Suite 104
Tallmadge, OH 44278


KELLY LEAK
1345 N CAREY ST
BALTIMORE, MD 21217-2706


KELLY MARKHAM
2639 STATE ROUTE 183
ATWATER, OH 44201

KELLY MATTHEWS
3535 SHANNON DRIVE
BALTIMORE, MD 21213


KELLY MILLER
10232 PIRATES TRAIL
REMINDERVILLE, OH 44202


KELLY MIX
11900 HEIMBERGER RD
BALTIMORE, OH 43105


KELLY NADLER
10550 ROAD C
LEIPSIC, OH 45856


KELLY PALMER
603C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KELLY SWENSEN
2839 SAYBROOKE BLVD.
STOW, OH 44224


KELLYANNE GOLD
975 THISTLEGATE RD
OAK PARK, CA 91377


KELNISHA LIGHTBOURNE
1205 NW 155TH LN APT 310
MIAMI, FL 33169


KELSEA ALLEN
4461 NW 43D ST
LAUDERDALE LAKES, FL 33319


KELSEL THOMPSON
4417 S. LANCASTER ROAD, APT 1150
DALLAS, TX 75216


KELSEY CADE
407 SOUTH CONGRESS AVENUE
WEST PALM BEACH, FL 33409

KELSEY DORKA
1805 BROWNSTONE BLVD APT 313
TOLEDO, OH 43614


KELSEY EWING
1075 TALL GRASS CIRCLE
APT. 11
STOW, OH 44224


KELSEY GRODNER
6700 NOVA DR
# 101
DAVIE, FL 33317


KELSEY HARRIS
6658 BLUEFIELD LANE
MASON, OH 45040


KELSEY MCINNES
2727 CONNECTICUT ST SW
MASSILLON, OH 44646


KELSEY MORGAN
4019 GREAT STAR COURT
JEANNETTE, PA 15644


KELSEY PRITCHARD
2200 SCOTTWOOD AVE UNIT 315
TOLEDO, OH 43620


KELSEY RAILSBACK
2320 SW 97TH LANE
DAVIE, FL 33324


KELSEY REILLY
2616 IDLEWOOD RD
CLEVELAND HEIGHTS, OH 44118


KELSI ROBINS
809 MASON COURT
CHESAPEAKE, VA 23320


KELSIE DORAN
10620 ROBERT LANE
CHAGRIN FALLS, OH 44023

KELSIE OYER
344 SENECA DR
MONTPELIER, OH 43543


KELTERON FERGUSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KELVIN ALLEN
6060 NW 186TH ST
APT #102
HIALEAH, FL 33015


KELVIN COOK
5321 85TH AVE APT 203
NEW CARROLLTON, MD 20784-3219


KELVIN JONES
5000 RICHELIEU AVENUE
SHEFFIELD LAKE, OH 44054


KELVIN KAMAU
606 WALNUT GROVE RD
BALTIMORE, MD 21221


KELVIN KESIENA EGUKO
53 SOUTH COLLEGE ST APT J
AKRON, OH 44308


KELVIN OPOKU
2854 BEAL DR
COLUMBUS, OH 43232


Kelvin Perry
2930 Lee Rd. 430
Apt. 30A
Smiths Station, AL 36877


KELVIN RIVERA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KELVIN TSAGLI
680 E. BUCHTEL AVE APT 3
AKRON, OH 44304

KELVIN TSAGLI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


KELYNN HECKMAN
1109 COUNTY ROAD 1600
ASHLAND, OH 44805


KEMI AILERU
1380 NW 199TH ST
MIAMI, FL 33169-2740


KEMIKA LUNDY
21129 NW 14TH PLACE
UNIT 658
MIAMI GARDENS, FL 33169


KENA SHAH
150 SE 25TH RD APT 12I
MIAMI, FL 33129


KENARIE MAYS
6248 20TH WAY SOUTH
ST. PETERSBURG, FL 33712


KENARIE MAYS
ST, 25 17TH WAY SOUTH
APT. C
SAINT PETERSBURG, FL 33712


KENBEN KPOFOLO
189 HARBOR ROAD
STATEN ISLAND, NY 10303


KENBRANYA PATTERSON
2112 LEDA AVE
LEHIGH ACRES, FL 33973


KENDAL COONEY
14740 RICE RD
CAMDEN, MI 49232

KENDAL JONES
4611 CLIFF BREEZE DR
NORTH LAS VEGAS, NV 89081-3247


KENDALA JEAN-PIERRE
1025 NW 5TH AVE
MIAMI, FL 33136


Kendall Anesthesia
8900 N Kendall Dr.
Miami, FL 33176


KENDALL BREWTON
3704 YOSEMITE AVENUE
BALTIMORE, MD 21215


KENDALL CHAPPLE
3089 PINE VALLEY RD
COLUMBUS, OH 43219


KENDALL COX
3509 W 74 ST
CHICAGO, IL 60629


KENDALL HARKNESS
5237 BIRKDALE ST NW
CANTON, OH 44708


KENDALL KELLEY
8118 S EUCLID
CHICAGO, IL 60617


KENDALL MAROTTI
299 POLLYWOG PT
LABELLE, FL 33935


KENDALL RICHARDSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KENDALL WHITE
3515 STACEY AVE
CINCINNATI, OH 45207

KENDRA BROOKS
423 SAN BRUNO DRIVE
GARLAND, TX 75043


KENDRA COLBY
4069 RED OAK CIRCLE NW
MASSILLON, OH 44646


KENDRA HARGROVE
3510 SUGAR MAPLE CT.
WALDORF, MD 20602


KENDRA TYLER
1311 N. WOODINGTON RD. APT.2
BALTIMORE, MD 21229


KENDRA WADSWORTH
220 KIMBERLY LN
DUNDEE, MI 48131


KENDRA WINSTON
3 PRINCE GEORGE CT
BALTIMORE, MD 21207


KENDRICK JACKSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KENDRICK VAUGHN
201C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KENDYLL SMITH
2011 QUE MANOR DR
HOUSTON, TX 77090


KENEA INGALLS
SEDGEFIELD DRIVE
MOUNT LAUREL, NJ 08054


KENEAN DUKAMO
2912 WIGEON WAY APT 311
AKRON, OH 44319

```
KENEAN DUKAMO
80 EAST EXCHANGE ST 454D
AKRON, OH 44308


KENIJAH PANT
14635 SW 104TH PLACE
MIAMI, FL 33176


KENIQUA RECKLEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KENISHA STEPHENS
8500 N. SHERMAN CIR
#D506
DAVIE, FL 33312


KENISHA STEPHENS
802  E. MOWRY DRIVE
APT 121
HOMESTEAD, FL 33032


KENNARD JOHNSTON
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


KENNEDEY GLOVER
836 CRESCENT DR
SIDNEY, OH 45365


KENNEDY BELL
8702 MOUNT CLAIR CT
CLINTON, MD 20735-4614


KENNEDY FOSTER
5529 W. FOREST PARK AVE
BALTIMORE, MD 21207


KENNEDY GEYMAN
2201 SPAULDING RD
MONROE, MI 48162
```

KENNEDY HENSON
504D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KENNEDY NICELEY
13984 KING RD
BOWLING GREEN, OH 43402


KENNEDY RONDINI
6704 DUNEDEN AVENUE
SOLON, OH 44139


KENNEDY SATTLER
2821 WORTH ST
OREGON, OH 43616-1623


KENNEDY SCHLABACH
6398 COUNTY ROAD 203
MILLERSBURG, OH 44654


KENNEDY STITH
7866 BANCROFT AVENUE
OAKLAND, CA 94605


KENNEE WALKER
3904 N 16TH ST
PHILADELPHIA, PA 19140-3404


KENNETH ALLEN
121 N PATTERSON PARK
BALTIMORE, MD 21231


KENNETH BLEDSOE
2256 CORAL SEA
YOUNGSTOWN, OH 44511


KENNETH CLARK
5018 57TH AVENUE C-2
BLADENSBURG, MD 20710


KENNETH COLLIER
821 NW 5TH AVE
HALLANDALE, FL 33009

KENNETH HAYNIE
10842 JOHN EDWARD DRIVE
MANTUA, OH 44255


KENNETH HENRY
3427 DULUTH HIGHWAY 120
APT 204
DULUTH, GA 30096


KENNETH HUNTER
11156 TUNG GROVE RD
TALLAHASSEE, FL 32317


KENNETH MINER
3550 OVERTON STREET
DALLAS, TX 75216


KENNETH MORRIS
5026 YELLOWWOOD AVE
BALTIMORE, MD 21209-4602


KENNETH NORRIS
9923 LA DUKE DRIVE
KENSINGTON, MD 20895


KENNETH PETTAY
190 GREEN AVE
GROVEPORT, OH 43125


KENNETH PITTS
3157 GLANZMAN RD APT 20
TOLEDO, OH 43614


KENNETH WALKER
100 ROBERT CARTWRIGHT DR
APT 1103
GOODLESTTSVILLE, TN 37072


KENNETH YOUNG
5002 PILGRIM ROAD
BALTIMORE, MD 21214


KENNI RUDD
311 BEACH 69TH ST APT1
ARVERNE, NY 11692

KENNIDA VANTERPOOL
6321 SW 34TH STREET
MIRAMAR, FL 33023


KENNY ORSOT
1409 N. CENTRAL AVENUE
BALTIMORE, MD 21202


KENT PETERSEN
1008 PATRIOT DRIVE
DESHER, OH 43516


Kent Psychological Associates, LLC
190 Currie Hall Pkwy
Kent, OH 44240


KENTAJAH DIXON
911 LELAND STREET
ALEXANDRIA, LA 71302


Kentucky State Treasurer
Kentucky Dept. of Revenue
PO Box 856910
Louisville, KY 40285-6910


KENYA HAYNES
111 FOX HOLLOW CIRCLE
KEMPER, TX 76539


KENYA SINGLETON
4107 OLD MILFORD MILL RD.
PIKESVILLE,, MD 21208


KEON HILL
4122 KATHLAND AVE.
BALTIMORE, MD 21207


KEON TUCKER
2782 W NORTH AVENUE
BALTIMORE, MD 21216


KEONDRA WALTON
30223 SW 161ST CT
HOMESTEAD, FL 33033

KEONNA KEENE
3606 CALLAWAY AVE
BALTIMORE, MD 21215


KEONTRAI WILLIAMS
100 S. MORLEY STREET
BALTIMORE, MD 21229


KERA KAUFMAN
28235 398TH AVE
DELMONT, SD 57330


KERA THOMPSON
1427 EAST BALTIMORE ST
BALTIMORE, MD 21231


Kerby Scheuerman
94 Silver Valley Blvd.
Munroe Falls, OH 44262


KERESTIN NUGENT
3585 SWAIN ROAD
EATON, OH 45320


KERI DIMUCCIO
6492 EDGEWATER DR
ERIE, MI 48133


KERINGTON VICKERS
5090 SABRINA LANE
WARREN, OH 44483


KERIS ABBOTT
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


KERLIN IZAGUIRRE
18800 NE 29TH AVE
APT 1104
AVENTURA, FL 33180


KERLIN IZAGUIRRE
17800 ATLANTIC BLVD.
APT 304
SUNNY ISLES, FL 33160

KERMIN YEPES NUNEZ
744 BELDEN AVE
AKRON, OH 44310


KERNTZ ALMONOR
305 NW 83 STREET
MIAMI, FL 33150


KERRELLE HOLMAN
507 SHERIDAN AVE
BALTIMORE, MD 21212-4243


KERRI BROOKS
7501 FILLMORE ST
HOLLYWOOD, FL 33024-7041


KERRIE ROMAGNA
8259 HIGHLAND STREET
MANASSAS, VA 20110


KERRON MCCARTHY
9815 NW 2ND CT
PLANTATION, FL 33313


KERRY DOMBROSKI
24 BLUE LANTERN DRIVE
SALEM, OH 44460


KERRY SCHEUERMAN
94 SILVER VALLEY BLVD
MUNROE FALLS, OH 44262


KERVIN JOANEL
27 ALLEN STREET
HOLLYWOOD, FL 33023


KESHADAH MUHAMMAD
2303 N. MARKET STREET
WILMINGTON, DE 19802


KESHAUN HODGES
601C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

KESHAUN SAUNDERS
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


KESHAWN MITCHELL
606 WESTBROOK STREET
ARLINGTON, MN 55388


KESHAWNNA ALMODOVAR
16450 MIAMI DR
APT #502
NORTH MIAMI BEACH, FL 33162


KESLA ELMORE
1015 HENDERSON MANOR CT
BEL AIR, MD 21014-2504


KETAKI SODHI
33 BORTON AVE
AKRON, OH 44302


KETIA ST. FELIX
5821 WAYT COURT
ORLANDO, FL 32818


KETSIA LOVINSKY
25 PAERDEGAT 3RD
BROOKLYN, NY 11236


KETURAH DAVIS-GARDNER
1520 PENTRIDGE RD APT 308D
BALTIMORE, MD 21239-4017


KETURAH MCCOY
1117 TURNSTONE COURT
NORTH LAS VEGAS, NV 89031


KETURAH NURSE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KETZIA UMANA
1378 EAST WINDSOR ROAD
GLENDALE, CA 91205

KEUNDRA LEE
10445 SOUTH WEST 178TH STREET
MIAMI, FL 33157


KEVEN BERNARD
5507 W 149TH PL #5
SOUTH GATE, CA 90250


KEVENA JONES
3909 57TH AVE
HYATTSVILLE, MD 20784-1211


KEVIANN BROWN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEVIN ALLEN
5883 SETTLERS RIDGE CIR
SYLVANIA, OH 43560


KEVIN BERMUDEZ
1225 COVINGTON DRIVE
MESQUITE, TX 75149


KEVIN BROOKS
3107 ETHEREDGE DRIVE
AUSTIN, TX 78725


Kevin Byrne
815 Overlook Ridge Dr.
Cleveland, OH 44109


KEVIN BYRNE
2502 W VILLAGE DR
TOLEDO, OH 43614


KEVIN COLLS
14270 SW 151ST AVE
MIAMI, FL 33196-5610


KEVIN COOPER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

KEVIN CUBELA
2333 BRICKELL AVE. PH 103
MIAMI, FL 33129


KEVIN DIAZ
3000 SW 35TH PLACE
APT G106
GAINESVILLE, FL 32608


KEVIN DOAN
1629 MAYBELL TRL.
LAWRENCEVILLE, GA 30044


KEVIN DUPYE
3507 NORTHWAY
BALTIMORE, MD 21234


KEVIN EBERLE
2565 W VILLAGE DR
TOLEDO, OH 43614


KEVIN ENDRES
1310 TALLYHO DR.
ADDISON, IL 60101


KEVIN FLOY-HARRISON
8688 SIDE SADDLE COURT
RANDALLSTOWN, MD 21133


KEVIN FRANK
3682 OAK PARK DR
SALINE, MI 48176


KEVIN GARCIA
3572 DEAN DRIVE APT S
HATTSVILLE, MD 20782


KEVIN GAST
186 OAK ST
ROSSFORD, OH 43460


KEVIN GLADNEY
921 JEAN AVE
AKRON, OH 44310

KEVIN GOODRICH
4204 LONG LAKE DRIVE S
ELLENTON, FL 34222


KEVIN GRACE
16040 NW 28 COURT
OPA LOCKA, FL 33054


KEVIN GRAHAM
2820 NESTOR CT
BOWIE, MD 20716-1368


KEVIN HARDEGREE-ULLMAN
3932 MAXWELL RD
TOLEDO, OH 43613


KEVIN INGRAM
4207 FURLEY AVE
BALTIMORE, MD 21206-5734


KEVIN KARAS
387 SILVER RIDGE DR.
COPLEY, OH 44321


KEVIN KEUPER
1764 SPENCER ST
TOLEDO, OH 43609


KEVIN LEE
233 SUNCREST DRIVE
VERONA, PA 15147


KEVIN LETTMAN
4916 RIDGEVIEW LN
BOWIE, MD 20715


KEVIN LITZENBERG
5725 TIBARON LN APT 101
TOLEDO, OH 43615


KEVIN MILLS
11906 SAINT JOHN AVE
CLEVELAND, OH 44111

Kevin Moriarty, DC
505 W Hollis St., Ste. 205
Nashua, NH 03062


KEVIN PAUL
7425 SW 34TH STREET ROAD
MIAMI, FL 33155


KEVIN PIETRICK
2143 BENJAMIN CIR
HUDSON, OH 44236


KEVIN RAMOS
2300 SW 89 AVE
MIAMI, FL 33165


KEVIN RAY
149 TYLER DRIVE
WILLINGBORO, NJ 08046


KEVIN TO
2135 ORCHARD LAKES PL APT 31
TOLEDO, OH 43615


KEVIN UTENDORF
1941 DROUILLARD RD
NORTHWOOD, OH 43619


KEVIN WEBB
2420 BRIDGE HAMPTON DR.
APT. J
BALTIMORE, MD 21234


KEVIN WEBB
3635 GREENMOUNT AVENUE
BALTIMORE, MD 21218


KEVIN WHITE
3269 WARRINGTON ROAD
SHAKER HEIGHTS, OH 44120


Kevin Zhang
8941 Stonybrook Blvd.
Sylvania, OH 43560

KEVIONTE COWEN
8522S MARQUETTE
CHICAGO, IL 60649


KEVOLA MARTIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEVONTAE TYSON
1216 SUNBURY RD
COLUMBUS, OH 43210


KEWEI LIU
2740 RYEWOOD AVE APT G
AKRON, OH 44321


KEXING XIAO
55 FIR HILL, 6B8
AKRON, OH 44304


KEXING XIAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


KEXUN CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Key Biscayne Physical Therapy
240 Crandon Blvd. #202
Key Biscayne, FL 33149


Key West HMA Physician Management
5900 College Rd.
Key West, FL 33040


KEYAN RIPPERTON
29 EAGLES WAY
NOTTINGHAM, MD 21236-5316


KEYANO RILEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

KEYMAH WHITE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEYNAN BOATRIGHT
5817 WESLEYAN DRIVE
PO BOX B307
VIRGINIA BEACH, VA 23455


KEYNU DENNIS-BANKS
PO BOX 342
SOUTHAMPTON, NY 11969-0342


KEYON BLIGEN
704A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KEYON JOHNSON
303 FERN RD
WINTER HAVEN, FL 33880


KEYONA WILSON
1822 LAURENS ST
BALTIMORE, MD 21217


KEYONDA JONES
4071 PONZA PLACE
LAKE WORTH, FL 33462


KEYONDRE WHITE
2411 NW 30TH WAY
FORT LAUDERDALE, FL 33311


KEYONIA DAVIS
343 WASHINGTON AVE
PHILADELPHIA, PA 19147


KEYSHAWN KINGLOCK
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KEYSHAWN SMITH
130 UNITY CENTER ROAD APT D
PITTSBURGH, PA 15239

KEYSHAWN SMITH
568 W. RAILROAD AVE.
VCRONA, PA 15147


KEYVAN AMINI KHOIY
736 HAMPTON RIDGE DRIVE
AKRON, OH 44313


KEZIA JENKINS
3 WINDY CLIFF PL
COCKEYSVILLE, MD 21030-4728


KHADIJA ALEXANDER
15831 NW 29TH AVENUE
MIAMI GARDENS, FL 33054


KHADIJAH GIKENEH
308 34TH ST SE APT 4
WASHINGTON, DC 20019-8253


KHADIJAH JOHNSON
14 CINNAMON CIRCLE
APT. 1A
RANDALLSTOWN, MD 21133


KHADIJAH NORWOOD
4056 HALLDALE AVENUE
LOS ANGELES, CA 90062


KHADIJAHA WILSON
649 NORTH LARAMIE AVENUE
CHICAGO, IL 60644


KHADIJAT JIMOH
3501 HEIDI LN
SPRINGDALE, MD 20774-7503


KHADIM GUEYE
373 CARROLL ST
AKRON, OH 44325


KHALE GRAY
5601 EDENFILED ROAD
APT.704
JACKSONVILLE, FL 32277

KHALED ALHAMAR
1225 ALBRET STREET
PORTSMOUTH, OH 45662


KHALEEF HAUGHTON
4000 BOWLEYS LANE
BALTIMORE, MD 21206


KHALEN FLOWERS
3594 TULLAMORE RD
CLEVELAND HEIGH, OH 44118


KHALIA BRYANT
1423 NW 36TH WAY
FORT LAUDERDALE, FL 33311


KHALIA SCOTT
4781 SHAMROCK AVENUE
BALTIMORE, MD 21206


KHALID SHODEINDE
2103 PENTLAND DRIVE
PARKVILLE, MD 21234


KHALIL CAMPBELL
4320 MEADOW MILLS ROAD
OWINGS MILLS, MD 21117


KHALIL KNOWLES
5321 NW 18TH PLACE
LAUDERHILL, FL 33313


KHALIL MAKINS-DENNIS
5704 LEITH WALK
BALTIMORE, MD 21239


KHALIL TYNES-PEREZ
5 ANDREWS VIEW CT
WINDSOR MILL, MD 21244


KHALIL WILLIAMS
1414 WEST 9TH STREET
CHESTER, PA 19013

KHALILAH WILSON
203B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21206


KHALINAH WALKER
4459 BELLWOOD CIRCLE
ATLANTA, GA 30349


KHALIQ CARR
18513 RIVER ROAD
HAZEL CREST, IL 60429


KHALIS WILLIAMS
2011 OWENS ROAD
OXON HILL, MD 20745


KHALIUNAA BAASANKHUU
185 E.MILL ST.,
EXCHANGE RESIDENCE HALL
AKRON, OH 44325


KHAMBREL MCCOY
827 NE 199 STREET
APT 104
MIAMI, FL 33179


KHANH HUYNH
1253 OAK HILL CT APT 280
TOLEDO, OH 43614


KHANH HUYNH
2255 UNIVERSITY HILLS BLVD
APT. 102
TOLEDO, OH 43606


KHARAN WATKINS
4621 MARBLE HALL ROAD
BALTIMORE, MD 21239


KHARI BROWN
1252 NW 172ND TERR
MIAMI, FL 33169

KHARI GOLDEN
7020 ROUNDELAY RD N
REYNOLDSBURG, OH 43068


KHATARA AUBERT
352 PAXTON AVENUE
CALUMET CITY, IL 60409


KHAYLE HOOD
4219 BOYNTON DRIVE
SYLVANIA, OH 43560


KHAYLEL CEPHAS
4624 GATEWOOD DR.
COLORADO SPRINGS, CO 80916


KHI'DIJAH CROMER
1970 NW 175 STREET
MIAMI GARDENS, FL 33056


KHIR HENDERSON
1606 GOLF COURSE DR
BOWIE, MD 20721-3158


KHLOEE CAUDELL
10923 S SANGAMON ST
CALUMET PARK, IL 60643


KHRISTIAYNNA WRIGHT
6800 GENEVA LN
BALTIMORE, MD 21201


KHUSHBOO PATEL
2900 S UNIVERSITY DR APT 9204
DAVIE, FL 33328


KHYRA ROBINSON
3240 BRIDLE PATH
FLINT, MI 48507


KIA BANKS
347 HILLEN ROAD
TOWSON, MD 21286

```
KIA BELL
3561 SOUTH GILES
CHICAGO, IL 60653


KIA DAVIS
7213 CHALKSTONE DR APT A1
PIKESVILLE, MD 21208-6252


KIAMBRE JOHNSON
2258  LINDEN AVE
BALTIMORE, MD 21217-4502


KIANA JAMES
5817 WESLEYAN DRIVE
PO BOX A313
VIRGINIA BEACH, VA 23455


KIANA KUK
278 TORREY ST
APT G
AKRON, OH 44304


KIANA WHITE
13507 STEEPLECHASE DR.
BOWIE, MD 20715


KIANA WILSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KIANA ZUK
552 GAGE ST
APT C
AKRON, OH 44304


KIANNA HUXTABLE
301C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KIANNA JAMISON
402B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216
```

```
Kiara Bates
8310 Lynnewood Rd.
Philadelphia, PA 19150


KIARA BATES
8310 LYNNEWOOD RD
PHILADELPHIA, PA 19150


KIARA BLACK
244 NW 72ND TERRACE
APT. 506
MIAMI, FL 33150


KIARA BLACK
1 NE 70TH STREET
MIAMI, FL 33138


KIARA CARTER
4134 WINDMILL CIR
BALTIMORE, MD 21218


KIARA CHATMAN
26 S ADAMS ST
AKRON, OH 44304


KIARA COOPER
9100 NORTH WEST 32ND COURT ROAD
MIAMI, FL 33147


KIARA FORBES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KIARA FRANKS
2235 EAST 90TH STREET
CLEVELAND, OH 44106


KIARA JEFFREY
279 EAST 324TH STREET
WILLOWICK, OH 44095


KIARA JENKINS
601 53RD ST SE APT 103
WASHINGTON, DC 20019-5902
```

KIARA JOHNSON
2828 TRANQUILO
GRAND PRAIRIE, TX 75054


KIARA LENNON
1609 NORTHBOURNE RD
BALTIMORE, MD 21239


KIARA MATTHEWS
3535 SHANNON DRIVE
BALTIMORE, MD 21213


KICHA LOVINSKA
3557 NW 38 TERRACE
FORT LAUDERDALE, FL 33309


KICHANA MULLIN
1994 BRENHAM DR
FORNEY`, TX 75126


KIEMONI BUTLER
8012 DOUGLAS AVE
BALTIMORE, MD 21244-3706


KIERAN BYRNE
815 OVERLOOK RIDGE DR.
CLEVELAND, OH 44109


KIERRA CLANAGAN
524 W 5TH AVE APT 4
MCKEESPORT, PA 15132-3554


KIERRA CLINES
5222 STAGECOACH LANE
GARLAND, TX 75043


KIERRA JOHNSON
233 TUNIS RD
OAKLAND, CA 94603


KIERRA KNOWLES
14541 SW 39TH ST
MIRAMAR, FL 33027

KIERSTAN ETHRIDGE
6 TAYLOR COURT
STATEN ISLAND, NY 10310


KIEVANTE WILLIAMS
11403 NW 45TH STREET
CORAL SPRINGS, FL 33065


KIISHI OGUNFOWORA
3514 CORN STREAM
RANDALLSTOWN, MD 21133-2437


KILONNI WODFORD
1235 12TH AVE SW
VERO BEACH, FL 32962


KILVIO MONTERO
11715 GARFIELD ROAD
HIRAM, OH 44234


KIMBERLEY GLOVER
7310 NIGHTINGALE DRIVE
HOLLAND, OH 43528


Kimberly A. Masterson, MD
8054 Darrow Rd.
Suite 3
Twinsburg, OH 44087


KIMBERLY BERROUET
2205 PORTOFINO AVE
HOMESTEAD, FL 33033


KIMBERLY BUTLER
1223 RUDOLPH ST
APT.3A
CALUMET CITY, IL 60409


KIMBERLY CAPP
6900 NOVA DRIVE APT. 102
DAVIE, FL 33317


KIMBERLY DEHART
3261 SUGAR CREEK DR
VIRGINIA BEACH, VA 23452

KIMBERLY DIAH
4809 NW 59TH ST
TAMARAC, FL 33319-2747


KIMBERLY FANSHIER
1325 19TH ST. NE
SALEM, OR 97301


KIMBERLY FIZER
2471 MATLAND DRIVE
DALLAS, TX 75237


KIMBERLY HOOKS
635 BERTHA FULSE ST.
BOWLING GREEN, FL 33834


Kimberly J. Pauley, PT


KIMBERLY KAUFMAN
1625 S FEDERAL HWY
APT 202
POMPANO BEACH, FL 33062


KIMBERLY KEIPER
4797 WINDFALL RD
MEDINA, OH 44256


KIMBERLY MCCOLLUM
3909 EDGEWOOD RD APT 135
BALTIMORE, MD 21215


KIMBERLY MORRISON
346 SIMON ROAD
HUDSON, OH 44236


KIMBERLY PARHAM
1425 SOUTH PUGET DRIVE UNIT 308
RENTON, WA 98055


KIMBERLY PORTALES
2302 DENNIS STREET
IRVING, TX 75062

KIMBERLY SHAND
2170 NW 82ND WAY
SUNRISE, FL 33322


KIMBERLY STRACHAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KIMBERLY WORRELL
7439 RHOADS STREET
PHILADELPHIA, PA 19151


KIMBERLY-SHARON RODRIGUEZ-SANCHEZ
900 RIVER POINT DR
LAS VEGAS, NV 89110


KIMBRIANA PRAYER
1783 NORTH WEST 53RD STREET
MIAMI, FL 33142


KING CHI TITUS POON
16B BLOCK 6 PROVIDENT CENTRE
31 WHARF ROAD
HONG KONG, FL 12345


King Moore
43912 Normandy Ln
Lancaster, CA 93536


KING MOORE
43912 NORMANDY LANE
LANCASTER, CA 93536


KING-ZAHEER COLVIN
1521 RALWORTH RD
BALTIMORE, MD 21218-2231


KINGSLEY APPIAH
8715 YVONNE COURT WAY
PARKVILLE, MD 21234-3945


KION KINDLE
8101 LEONORA STREET, APT 503
HOUSTON, TX 77061

Kira McElvany
3737 Lockwood Ave.
Toledo, OH 43612


KIRA MCELVANY
3737 LOCKWOOD AVE
TOLEDO, OH 43612


KIRA MOORE
5563 302ND ST
TOLEDO, OH 43611


KIRABO NSEREKO
6679 FARBELL ROW
COLUMBIA, MD 21045-5318


KIRAN GHIMIRE
1247 OAK HILL CT APT 263
TOLEDO, OH 43614


KIRENIA SERA-VIGUERA
131 N HIGHLAND AVE
BALTIMORE, MD 21224-1412


KIROLOS ISKANDER
248 TROUP AVE
BOWLING GREEN, OH 43402


KIRSTEN WHITFORD
6043 10TH ST E
BRADENTON, FL 34203-6903


KIRSTYN SLINKER
231 W MONROE ST
DUNDEE, MI 48131


KIRSTYN SLINKER
16125 LULU RD
PETERSBURG, MI 49270


KIRVER BENAVIDES
7409 TEXAS STREET
HOUSTON, TX 77011

KISHANKUMAR PATEL
APT 11B10
55 FIR HILL TOWERS
AKRON, OH 44304


KISWENDSIDA JULES KERE
685 SHERMAN ST, APT 14
AKRON, OH 44311


KIWANE NORMAN
1286 NW 43RD ST
MIAMI, FL 33142


KIYANA CAVER
18900 INVERMERE AVENUE
CLEVELAND, OH 44122


KKEUPER
1764 SPENCER ST
TOLEDO, OH 43609


KLARA KEUROGHLIAN-EATON
11715 GARFIELD ROAD
HIRAM, OH 44234


KLAUSS MOISE
1830 WASHINGTON AVE
OPA LOCKA, FL 33054


KLAY ROBEY
5228 SASSAFRAS DRIVE
MEDINA, OH 44256


KNAKRICIA GAY
715 INGLEWOOD TRAIL
DALLAS, TX 75115


KNOWLEDGE WALLACE
153 MIMOSA DRIVE
WILLIAMSBURG, VA 23185


KOBE BAKER
5513 DAYBREAK TER
BALTIMORE, MD 21206-3010

```
KOBIE BOOKER
359 W SUMMIT ST
BARBERTON, OH 44203


KODILINNA ORANUBA
24 LILY POND COURT
ROCKVILLE, MD 20852


Kodzovi Anthony
3606 Ravenwood Ave.
Baltimore, MD 21213


KODZOVI ANTHONY
3606 RAVENWOOD AVE
BALTIMORE, MD 21213


KOFFI DZIDZONU
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


KOFI AFRAM
3837 SIMPSON STUART RD
DALLAS, TX 75241


KOFI AFRIEIE
1700 EAST COLD SPRING LANE
CUMMINGS HALL
BALTIMORE, MD 21251


Kofi Afriyie
1700 E Cold Spring Ln
Baltimore, MD 21251


KOFI AFRIYIE
1700 EAST COLD SPRING LANE
CUMMINGS HALL
BALTIMORE, MD 21251


KOFI AGUILAR
3837 SIMPSON STUART RD
DALLAS, TX 75241


KOHL BYNDLOSS
769 BAYVIEW COURT
EL SOBRANTE, CA 94803
```

KOII WILLIAMS
7216 PORTILLO
GRAND PRAIRIE, TX 75054


KOJO DINGLE
8819 BAILEY''S COURT
PERRY HALL, MD 21128


KOLE JABER
3560 HERBERT STREET
MOGADORE, OH 44260


KOLLIN BAER
3540 CHRISTIANA COURT
CHESAPEAKE BEACH, MD 20732


KONNOR ROBERTS
215 N 6TH ST
BYESVILLE, OH 43723


KONOMI TANAKA
4131 SHERATON RD
OTTAWA HILLS, OH 43606


KONSTANTINOS MYLONAS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


KOOPER VERTZ
80 E. EXCHANGE ST. APT. 324-A
AKRON, OH 44308


KORDELL KENNEDY
95 WOOD LAKE DR
MIDDLETOWN, NY 10940


KOREY GREEN
3603 BLACKSTONE RD
RANDALLSTOWN, MD 21133-4213


KOREY MCFARLANE
204C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

KOREY WILLIAMS
6700 HALF MOON DR
ARLINGTON, TX 76001


KORI BRILEY
304 NW 3RD AVE
DELRAY BEACH, FL 33444


KORI BRILEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KORN NORN
791 E WILBETH RD
AKRON, OH 44306


KORTNEY COOPER
2902 HALCYON AVENUE
BALTIMORE, MD 21214


KORY HAMMANN
7782 RHUMBA DRIVE
NORTH BEND, OH 45052


KORYNNE MORGAN
120 MARDAN DRIVE
REISTERSTOWN, MD 21136


KOTARO UMEDA
6543 LONGRIDGE RD.
MAYFIELD HEIGHTS, OH 44124


KOURTNEY BARBER
9928 BRITINAY LANE
BALTIMORE, MD 21234


KOURTNEY BROWN
5857 GROVE ST S
SAINT PETERSBURG, FL 33705


KOURTNEY HOLCOMB
10937 NORTH STREET
GARRETTSVILLE, OH 44231

KOURTNEY MUNDINE
6075 FOX POINT TRAIL
DALLAS, TX 75249


KRICHAN GREEN
2655 EDMONDSON AVE
BALTIMORE, MD 21223


KRISHANI RAJANAYAKE
3309 MIDDLESEX DR APT D
TOLEDO, OH 43606


KRISHNA OJHA
634 EAST BUCHTEL AVENUE
APARTMENT 311
AKRON, OH 44304


KRISHNADAS KOYADAN CHATHOTH
JUDSON HOUSE,437 SUMNER STREET
APARTMENT P2
AKRON, OH 44304


KRISTA BYRNE
815 OVERLOOK RIDGE DR.
CLEVELAND, OH 44109


KRISTA CHUN
7137 QUAIL LAKES DR
HOLLAND, OH 43528


KRISTAL HARRINGTON
2853 NW 212TH TERRACE
MIAMI GARDENS, FL 33056


KRISTAL PUSHMAN
3943 PEPPERWOOD CT
SYLVANIA, OH 43560


KRISTEN BALES
936 KELTONHURST COURT
PATASKALA, OH 43062-7366


KRISTEN CARUSO
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455

KRISTEN CARUSO
12 QUAKER RIDGE RD
BETHEL, CT 06801


KRISTEN DAUBER
2789 WOODLAND ST NE
WARREN, OH 44483


KRISTEN DEACON
201B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KRISTEN FUNK
8815 ROCKWOOD COURT
MENTOR, OH 44060


KRISTEN HAYDEN
5530 HEATHERDOWNS BLVD APT 1
TOLEDO, OH 43614


KRISTEN HOOVER
1724 FREELAND RD APT 4
FREELAND, MD 21053-9597


KRISTEN JONES
9050 IRON HORSE LANE APT. 117
PIKESVILLE, MD 21208


KRISTEN MANTEL
160 ACKLEY AVE
MALVERNE, NY 11565


KRISTEN MASLACH
4927 AUTUMNWOOD LANE
BRUNSWICK, OH 44212


KRISTEN NOECKER
8450 STATE ROUTE 188
CIRCLEVILLE, OH 43113


KRISTEN SCHEER
7804 KIMBERLY DR
NEWPORT, MI 48166-9431

Kristen Silver
1738 Northampton Rd.
Apt. 603
Akron, OH 44313


KRISTEN VARGAS
2916 EDEN DR
MANCHESTER, MD 21102


KRISTEN ZAGALES-CEBALLOS
14244 SW 117TH TERRACE
MIAMI, FL 33186


KRISTENA BURLEIGH
12 TAFT ST
ABERDEEN, MD 21001-2577


KRISTHIAM MERCADO
7320 MULLINS DRIVE
HOUSTON, TX 77081


KRISTI EANS
1617 WALNUT STREET
GRAND PRAIRIE, TX 75050


Kristi Green
10739 NW 37th Pl
Fort Lauderdale, FL 33351


KRISTI WONG
2841 SW 73RD WAY, APT 1904
DAVIE, FL 33314


KRISTI-ANNE DECRANEY
520 NE 165TH STREET
MIAMI, FL 33162


KRISTIAN CARATHERS
3012 YUMA DR
FORT WORTH, TX 76119


KRISTIAN COOK
17105 PARKSIDE AVE
SOUTH HOLLAND, IL 60473

Kristian Kelly
1532 Lockwood Rd.
Baltimore, MD 21218-1602


Kristin Caruso
12 Quaker Ridge Dr.
Bethel, CT 06801


KRISTIN SILVER
175 SOUTH REYNOLDS ST
APT K411
ALEXANDRIA, VA 22304


KRISTIN SILVER
1738 NORTHAMPTON RD
APT 603
AKRON, OH 44313


KRISTIN TOY
7320 NIGHTINGALE DR APT 6
HOLLAND, OH 43528


KRISTIN WESTBERRY
156 GATES ST
CORTLAND, OH 44410


KRISTIN WESTBERRY
168 GROVE STREET
CORTLAND, OH 44410


KRISTINA BUGARSKI
16401 NW 37TH AVE.
MIAMI GARCIAS, FL 33054


KRISTINA BUGARSKI
114 CEDAR STREET
APT 7
ST. AUGUSTINE, FL 32084


KRISTINA HORNSBY
1200 NW 189 TERRACE
MIAMI, FL 33169

KRISTINA KINCAID
306 KINGSTON CIRCLE
SYKESVILLE, MD 21784


Kristina Maystrishyna
330 Thelmar Lane
Portsmouth, VA 23701


KRISTINA MAYSTRISHYNA
5817 WESLEYAN DRIVE
BOX A200
VIRGINIA BEACH, VA 23455


KRISTINA MOORE
28522 SW 131 CT
HOMESTEAD, FL 33033


KRISTINA OWENS
8414-C NUNLEY DRIVE
PARKVILLE, MD 21234


KRISTINA SIDAWAY
1721 GRANT AVE
CUYAHOGA FALLS, OH 44223


KRISTINA TATUM
2250 NW 78TH AVENUE
PEMBROKE PINES, FL 33024


KRISTINA WATKINS
330 GREER ST.
SAN ANTONIO, TX 78210


KRISTINA WILLIAMS
432 MACHEN ST
TOLEDO, OH 43620


KRISTLE ROBINSON
17302 NW 48TH CT
CAROL CITY, FL 33055


KRISTOPHER FABIO
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

KRISTOPHER MELL
11654 GRAFTON RD
CARLETON, MI 48117


KRISTOPHER PIERSON
7020 LOCKWOOD BLVD
BOARDMAN, OH 44512


KRITIKA BHAU
4871 NOBLES POND DRIVE NW
CANTON, OH 44718


KRIZIA MELENDEZ
1178 SUNNY HILL DRIVE
COLUMBUS, OH 43221


KRUTIKA INVALLY
195 WHEELER STREET
APARTMENT 203
AKRON, OH 44304


KRYSTA FISCHER
3429 WYCKLIFFE PKWY
TOLEDO, OH 43606


KRYSTAL GARCIA
13948 SW 161 TERR
MIAMI, FL 33177


KRYSTAL MCCOY
1117 E. 85TH ST
APT. #5
FIRESTONE PARK, CA 90001


KRYSTAL NORMAN
10937 LEFFERTS BOULEVARD
SOUTH OZONE PARK, NY 11420


KRYSTAL SIMPSON
371 NE 191 STREET
APT 206
MIAMI, FL 33179

KRYSTAL-LEE ARNOLD
8001 NW 74TH TERR
TAMARAC, FL 33321


KRYSTEN GREEN
824 BAYNER RD
LA VERGNE, TN 37086


KRYSTEN GREEN
824 BAYNER RD
ESSEX, MD 21221


Krysten Kasting
3903 Stonebridge Blvd.
Akron, OH 44321


KRYSTEN KASTING
5725 TIBARON LN APT 311
TOLEDO, OH 43615


KRYSTIAN NEGRON
21950 SW 127TH CT
MIAMI, FL 33170


KRYSTINE SORA
3625 COLLEGE AVENUE
LEO GOODWIN 255
FORT LAUDERDALE, FL 33314


KRYSTLE JOHNSON
317 N WOOD ST.
DENTON, TX 76209


KRYSTLE JONES
3915 ARBORVIEW RD
BALTIMORE, MD 21213


KSHAYE WARREN
5250 NELSON AVE
BALTIMORE, MD 21215


KUAN CHENG
2220 HIGH STREET
APT #719
CUYAHOGA FALLS, OH 44221

KUAN CHENG
55 FIR HILL STREET APT #10A1
AKRON, OH 44304


KUAN LU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


KUAN-CHEN HUANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


KUANWU CHU
1296 BUCKINGHAM GATE BLVD
CUYAHOGA FALLS, OH 44221


KUN CHEN
77 FIRHILL TOWER STREET, APT. 3A1
AKRON, OH 44325


KUN QIAN
77 FIR HL
#7C9
AKRON, OH 44304


KUN WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


KUNAL RASTOGI
2125 CAMPUS RD
TOLEDO, OH 43606


KUNLE AYONRINDE
PO BOX 18872
BALTIMORE, MD 21206


KURSTEN MARTIN
224 MIDDLE ST
FREMONT, OH 43420

KURT GOODLITT
11598 GAME PRESEVE RD.
GAITHERSBURG, MD 20878


KURT GOODLITT
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


KURTONIA VICTOR
3905 CHAFFEY ROAD
RANDALLSTOWN, MD 21133


KUSHAL SHARMA
8828 BLAIRWOOD ROAD APT T2
BALTIMORE, MD 21236


KWADARRIUS SMITH
808 W NEW HAMPSHIRE ST
ORLANDO, FL 32804


KWAKU YEBOAH
1106 CUMBERLAND DRIVE
AKRON, OH 44306


KWANDE BAWA-SHITGURUM
20451 SW 87TH
CUTLER BAY, FL 33189


KWANELL WOODHOUSE
4805 WOODSIDE RD
BALTIMORE, MD 21229-2442


KWAYNE ROLLE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


KWESI IBRAHIM
931 LONGFELLOW ST NW
WASHINGTON, DC 20011


Kwonsha Washington
1 Sebago Dr.
Apt. A
Portsmouth, VA 23702

KWONSHA WASHINGTON
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


KY NGOC NGUYEN MD INC
9141 Bolsa Ave.
#301
WESTMINSTER, CA 92683


KY-REN BELL
6609 COLLINSDALE RD.
APT. J
BALTIMORE, MD 21234


KYANNA TORRENS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KYE ALEXANDER
6070 SEGUOIA LANE
DOUGLASVILLE, GA 30135


KYESHEYA SMITH
1643 SOUTH CORINTH STREET ROAD
DALLAS, TX 75203


KYI ALFORD
718 NORTH EDEN ST
BALTIMORE, MD 21205


KYLA HARVEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KYLE BAKER
421 MEADOWLAND DR.
NEWARK, OH 43055


KYLE BARBER
9928 BRITINAY LANE
BALTIMORE, MD 21234


KYLE BEIJOY
1433 APPOMATTOX DR.
TOLEDO, OH 43537

KYLE BEUOY
1433 APPOMATTOX DR.
TOLEDO, OH 43537


KYLE BISCHOFF
15769 HARBISON DR
MACOMB, MI 48042


KYLE BOOTHE
5618 OAKLAND MILLS RD
BALTIMORE, MD 21213


KYLE BUNGO
260 ABBEYSHIRE AVE SE
NORTH CANTON, OH 44720


KYLE DRAKE
APT E
6599 COLLINSDALE RD
PARKVILLE, MD 21234


KYLE FOSTER
5602 13TH AVE
VIENNA, WV 26105


KYLE HARRIS
829 GARY AVENUE
GIRARD, OH 44420


KYLE HIGGINBOTHAM
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


KYLE HILL
44905 N RIDGE RD
AMHERST, OH 44001


KYLE HUSTON
3435 KENWOOD BLVD
TOLEDO, OH 43606


KYLE LATOUF
1694 SNOWY OWL CT
ROCHESTER, MI 48307

KYLE LEEMING
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


KYLE MADDOX
PO BOX 22961
BALTIMORE, MD 21203


KYLE MEREDITH
814 HUEY P. LONG
GRETNA, LA 70053


KYLE MILLER
1017 MILTON BOULEVARD
NEWTON FALLS, OH 44444


KYLE PARKS
4347 RIDGE VIEW DR
UNIONTOWN, OH 44685


KYLE PARKS
5106 ARROWBROOK ST NW
CANTON, OH 44708


KYLE PARKS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


KYLE PEDRON
18312 TIMKO LN
GERMANTOWN, MD 20874-2352


KYLE PETERS
4436 KERRY CT
ABERDEEN, MD 21001


KYLE REYNOLDS
1144 STATE ROUTE 89
ASHLAND, OH 44805


KYLE RITZ
28514 LAKE SHORE BLVD
WILLOWICK, OH 44095

KYLE SANDERS
P.O. BOX 998
DALY CITY, CA 94017


KYLE SCHAFFER
3768 HILL AVE APT 146
TOLEDO, OH 43607


KYLE TAYLOR
232 CLARA DRIVE
TRENTON, OH 45067-1553


KYLE TAYLOR
217 NORTH MIAMI STREET
TRENTON, OH 45067-1223


KYLE WATSON
605 BURNING OAKS DRIVE
WARREN, OH 44484


KYLE WILLIAMS
5689 CABINWOOD CT
INDIAN HEAD, MD 20640


KYLE WORKMAN
11510 KYLE ROAD
GARRETTSVILLE, OH 44231


KYLEE RISINGER-O'MALLEY
1710 LYNNBROOK COURT
ORIENT, OH 43146


KYLEIGH JABER
3560 HERBERT ST
MOGADORE, OH 44260


KYLIE BARTO
161 WEDGEWOOD LN NE
CARROLLTON, OH 44615


KYLIE BARTON
161 WEDGEWOOD LN NE
CARROLLTON, OH 44615

KYLIE DAVIS
6457 SCOTT DRIVE
BROOK PARK, OH 44142


KYLIE FLAGLER
401D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KYLIE STEARNS
5054 GOODWILL RD
TOLEDO, OH 43613


KYMERE PRITCHETT
101C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KYMORA SANDERS
504A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


KYNDAL ALEXANDER
223 EAST 81ST STREET
CHICAGO, IL 60619


KYNNEDY AZUBIKE
2735 BARROWS RD
COLUMBUS, OH 43232


KYRA HARRIS
1112 DARGON QUARRY LANE
BRUNSWICK, MD 21716


KYRA MURZYN
300 ILENE DRIVE
PLEASANT HILL, CA 94523


KYRA NELSON
401B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

KYRAH KNOX
3720 COLUMBUS DR
BALTIMORE, MD 21215


KYRAH KNOX
812 NORTH BROADWAY
APT 2A
BALTIMORE, MD 21205


KYRAH WILLIAMS
4600 SPRINGWATER CT APT C
OWINGS MILLS, MD 21117


KYRAN BRANDON
1236 WALKER AVE
BALTIMORE, MD 21239-1740


KYRIN CHASE
5817 WESLEYAN DRIVE
PO BOX B306
VIRGINIA BEACH, VA 23455


KYRON BROWN
430 S E ST
LAKE WORTH, FL 33460


KYTANA AGUILA
12775 NW 27TH AVE
APT 207
MIAMI, FL 33167


Kyundra Everett
3913 Stokes Dr.
Baltimore, MD 21229


KYUNDRA EVERETT
3913 STOKES DR
BALTIMORE, MD 21229


KYUNGIN NAM
1875 MOONLIT TRAIL
APT B
AKRON, OH 44313

KYUNGIN NAM
1444 ALPHADA AVE APT
A5
AKRON, OH 44310


L'CHE BROADWAY
3306 LAKE AVE
BALTIMORE, MD 21213


LA'KENJA DAVIS
1971 GARWOOD DR.
ORLANDO, FL 32822


LA'KEYA WHITE
5910 FILLMORE STREET
APT 13
HOLLYWOOD, FL 33021


LA'QUASIA ARRINGTON
1405 B WINTER PARK CIRCLE
ESSEX, MD 21221


LabCare Plus
PO Box 771933
Detroit, MI 48277-1933


Labcare Plus
600 Portage Trail
Cuyahoga Falls, OH 44221


Labcorp Dublin
5920 Wilcox Pl, Ste. F
Dublin, OH 43016


Labcorp Holdings
PO Box 2270
Burlington, NC 27216


Labcorp Tampa
2727 W Doctor MLK, Jr. Blvd
Ste. 200
Tampa, FL 33607

LABINOT ELMAZI
9312 SAINT ANGELAS WAY
SYLVANIA, OH 43560


Laboratory Corporation of America
5610 W LaSalle St.
Tampa, FL 33607


LABRIA FULMORE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LACEY LATNEY
506D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Lachelle Nedd
3104 Jersey Ct
Fort Pierce, FL 34947-7246


LACIE HOLMES
11310 PARKWOOD COURT N
NEW ORLEANS, LA 70128


LACIE HOLMES
4020 ODIN ST
NEW ORLEANS, LA 70126


LACO JOHNSON, III
208 S. PULASKI ST. SUITE 3D N.
BALTIMORE, MD 21223


LADARRIS AUSTIN-LEE
3754 WINDERWOOD CIR
MEMPHIS, TN 38128


LAEL HAMILTON
2690 FORT APACHEE TRIAL
DACULA, GA 30019


LAFFEE LIN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Lahey Clinic Hospital, Inc.
41 Burlington Mall Rd.
Burlington, MA 01805


LAILA MINA
1850 S OCEAN DR. #2706
HALLANDALE, FL 33009


LAILAH MOORE
20006 SCOTTSDALE BOULEVARD
SHAKER HEIGHTS, OH 44122


LAINE GODWIN
2788 EAST KANAGY RD
CABLE, OH 43009


LAJJA NEUROLOGY ASSOCIATION
11920 Astoria Blvd, Ste 290
HOUSTON, TX 77089


Lake Hospital System, Inc.
10977 Capital Pkwy
Painesville, OH 44077


LAKEA JOSEPH
4218 LASALLE RD.
BALTIMORE, MD 21206


LAKEESHA JACKSON
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


LAKES RADIOLOGY
15600 NW 67th Ave #304
MIAMI LAKES, FL 33014


LAKESHA RICE
3227 NANDINA DR
DALLAS, TX 75241


LAKESHIA JOHNSON
9701 E 81ST TERR
RAYTOWN, MO 64138

LAKEYA RANDOLPH
6323 WALTON AVENUE
CAMP SPRINGS, MD 20746


LAKEYDRA MUNNINGS
1399 NW 50TH ST
UNIT S
MIAMI, FL 33142


LAKIESHIA ROBINSON
705 WEST KINGSLEY RD
GARLAND, TX 75041


LAKIM RICE
7853 LEVY CT
BALTIMORE, MD 21215


LAKIRA JACKSON
1569 NW 30TH STREET
MIAMI, FL 33142


LAKSHMI KALYANI MUDRAGADA
317 TORREY STREET
AKRON, OH 44304


LAKSHMI PRASANNA LOLLA
77 FIR HILL STREET
APT # 3B5
AKRON, OH 44304


LAKSHMI PRASANNA LOLLA
77 FIR HILL STREET
APT # 2C4
AKRON, OH 44304


LALIBELA FARABA
4732 BENNING RD SE
201
WASHINGTON, DC 20019


LAMAR WHITAKER
208 B STEPHENS RD
AUGUSTA, GA 30907

LAMARIE SALMON
2650 NW 56TH AVE
APT #103
LAUDERHILL, FL 33313


LAMEES RUKIEH
6117 RED OAK DR
TOLEDO, OH 43615


LAMESHA FORD
223 SW 1ST AVE
DELRAY BEACH, FL 33444


LAMETRA REID
2309 NW 14TH STREET
FORT LAUDERDALE, FL 33311


LAMISE ELBETAR
290 VINE ST, AKRON, OHIO 44304
SPICER RESIDENCE HALL, ROOM 533A
AKRON, OH 44304


LAMISHIA DEBERRY
1968 SW PROVIDENCE PL
PORT ST LUCIE, FL 34953


LAMONICA PLATER
3325 RED BUD LANE
SHREVEPORT, LA 71108


LAMONT HUTT
5968 TILGHMAN RD
MARION, MD 21838-2129


LAMONT SAMPLE
1305 WINCHESTER ST.
BALTIMORE, MD 21217


LAMONTAE SHAVER
1169 ARNOLD AVENUE
AKRON, OH 44305


LAMONTE SANDS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

```
LAMONTIA BUTLER
5446 DORR ST APT 9E
TOLEDO, OH 43615


LAMONTRIA EDWARDS
2441 STOCKBRIDGE ROAD, APT 14303
DENTON, TX 76208


LAN YU
2912 WIGEON WAY APT. 208
AKRON, OH 44319


LAN'QUONE HARRIS
18002 RICHMOND PLACE DR
APT 2326
TAMPA, FL 33647


LANA DAHMAN
4819 SNOW BLOSSOM LANE
BRECKSVILLE, OH 44141


LANA RUKIEH
6117 RED OAK DR
TOLEDO, OH 43615


LANAE LUMPKIN
1609 NORTH ROSEDALE ST
APT 2
BALTIMORE, MD 21216


LANAISHA DAMERON
5817 WESLEYAN DRIVE
PO BOX B517
VIRGINIA BEACH, VA 23455


LANAJIA WASHINGTON
850 OLIVE LN.
HARKER HEIGHTS, TX 76548


LANASIA THOMPSON
7334 A KELLEY LOOP
FORT MEADE, MD 20755
```

LANASIA THOMPSON
2950 PIERCE COURT
UNIT C
FORT MEADE, MD 20755


LANCE HENDERSON
3580 NORMANDY RD
SHAKER HEIGHTS, OH 44120


LANCE WARREN
423 S. 12TH ST.
SAN JOSE, CA 95112


LANDEN ANGEL
1145 KAILYN CT
HAMILTON, OH 45013


LANDEN MALBROUGH
5555 S BRIAR BEND LOOP
BEAUMONT, TX 77708-2344


LANDIS JONES
19242 SCOTTSDALE BOULEVARD
SHAKER HEIGHTS, OH 44122


LANDRY SLIDER
3916 VIRA ROAD
STOW, OH 44224


LANIECE WATSON
5817 WESLEYAN DRIVE
BOX C371
VIRGINIA BEACH, VA 23455


LAPORSHA KENNEDY
508 FARMHURST DR
CHARLOTTE, NC 28217-4925


LAPRIA LEE
7914 ESTHER DR
OXON HILL, MD 20745-1420


LAQUASIA COE
3461 WILSON AVE 3C
BRONX, NY 10469

LAQUESHA FORD
223 SW 1ST AVENUE
DELRAY BEACH, FL 33444


LAQUINTA AYRES
1503 EAST LAFAYETTE AVE
BALTIMORE, MD 21213


LAQUINTA DICKERSON
1244 WALKER AVE .
BALTIMORE, MD 21239


LAQUISHA HARRIS
2731 GWYNNS FALLS PKWY
APT 1
BALTIMORE, MD 21216


LAQUISHA OUTTEN
3583 NW 86TH WAY
SUNRISE, FL 33351


LAQUITA JACKSON
6516 BARBOO DRIVE
DALLAS, TX 75241


LARA TAYAR
4618 NANTUCKETT DR APT 5
TOLEDO, OH 43623


LARAE BROWN
1715 EAST EAGER ST APT 210
BALTIMORE, MD 21205


LARAVIA PITTMAN
4503 WAKEFIELD RD APT D
BALTIMORE, MD 21216


LARISSA KITE
3236 DOMAIN STREET
SAINT CHARLES, MO 63301


LARKYN PIERCE
2902 AUTUMN LAKE DRIVE
KATY, TX 77450

LARRIE LOVETT
6980 NW 6TH STREET
PLANTATION, FL 33317


LARRY HICKS
119 N CLINTON ST
BALTIMORE, MD 21224-1420


LARRY HYLTON
2445 SHIRLEY AVE.
BALTIMORE, MD 21215


Larry Johnson
5146 Darien Rd
Baltimore, MD 21206-4029


LARRY JOHNSON
13909 EASTWOOD
CLEVELAND, OH 44125


LARRY LEWIS
3700 SUNTREE COURT #116
ARLINGTON, TX 76014


Larry Markell
728 Vine St.
Baltimore, MD 21201


LARRY WEEKS
3711 WENDELKIN STREET
DALLAS, TX 75215


LARRYSSA PIERRE
910 NW 130TH ST
MIAMI, FL 33168


LASCELL LAVER
3322 NW 33RD AVENUE
LAUDERDALE LAKES, FL 33309


LASEAN ROBINSON
1500 PENTWOOD ROAD
BALTIMORE, MD 21239

Lashae Robinson
1721 Glen Ridge Rd.
Parkville, MD 21234


LASHALLE JACKSON
19145 NW 13TH ST
PEMBROKE PINES, FL 33029


LASHANTA DIXON
608B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


LASHANTA DIXON
7301 DUNWALL CT APT C
BELTSVILLE, MD 20705


LASHAUNNA WILLIAMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LASHAWN EVANS
6520 FALKIRK AVENUE
BALTIMORE, MD 21239


LASHAWND JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LASHIA DANIELS
4735 CHATFORD AVE
BALTIMORE, MD 21206-6800


LASHORNTE HUYLER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LASSANE KANAZOE
393 SUMNER STREET
APARTMENT 2-100C
AKRON, OH 44304


LASSE LAHRTZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

LATANDRA COLE-BRITTON
205 BUFFALO CREEK DRIVE
DESOTO, TX 75115


LATEAVEN KNIGHT
12515 BARKKER CYPRESS ROAD,
APT 9122
CYPRESS, TX 77429


LATERRA ALEXANDER
7495 VIA LURIA
LAKE WORTH, FL 33467


LATIA HARLEY
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


Latifa Athumani-Tyson
10211 Fairway Dr.
Ellicott City, MD 21042


LATIFFANI LOGAN
1021 PECAN CROSSING
DESOTO, TX 75115


LATISHA PRUNELL
1665 DARLEY AVE
BALTIMORE, MD 21213-1318


LATISHA PURNELL
1665 DARLEY AVE
BALTIMORE, MD 21213-1318


LATONDRA NELSON
6853 SAHARASTONE
CONVERSE, TX 78109


LATOSHA ENGLISH
13054 SEWANEE DRIVE
FRISCO, TX 75035


LATOSHIA COOPER
5644 NW 4TH AVE
MIAMI, FL 33127

LATOYA CLAYTON
3136 AVENUE H W
RIVIERA BEACH, FL 33404


LATOYA EMERSON
2626 RUFFIN WAY
NORFOLK, VA 23504


LATOYA STODDART
3509 SW 52 AVENUE
APT #203
HOLLYWOOD, FL 33023


LATREASE HAWTHORNE
1869 EAGLE CT
BALTIMORE, MD 21229


LATRELLE ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LAUNTREST READUS
3439 ROCKWOOD AVE
MEMPHIS, TN 38122


LAURA ADAMOVICH
770 BARTLETT ROAD
AURORA, OH 44202


LAURA AGNANT
2998 NW 132ND STREET
APT 411
OPA LOCKA, FL 33054


LAURA AZUERO CASTILLO
446 SHERMAN ST.
APT 103A
AKRON, OH 44311


LAURA AZURO CASTILLO
483 H BROWN ST.
AKRON, OH 44311

LAURA BOLIN
1587 LEWIS DRIVE
LAKEWOOD, OH 44107


LAURA CHAVEZ
2122 AVENUE A
KATY, TX 77493


LAURA DAVILA GARCIA
472 SPICER ST
APT. DOWN
AKRON, OH 44311


LAURA LAKINS
537 HERBERT RD
AKRON, OH 44312


Laura Lam-Phaure
4430 N Holland Sylvania Rd.
Apt. 4131
Toledo, OH 43623


LAURA LAM-PHAURE
4430 N HOLLAND SYLVANIA RD
APT 4131
TOLEDO, OH 43623


LAURA LEE LEWIS
1521 HUNT AVE
LANDOVER, MD 20785


LAURA MCKAY
4833 RIDGEMERE LN
SYLVANIA, OH 43560


LAURA NILSSON
139 S 2ND ST
WATERVILLE, OH 43566


LAURA ODENBRETT
2226 SOUTH OVERLOOK ROAD
CLEVELAND HEIGHTS, OH 44106

LAURA PEDERSEN
3301 COLLEGE AVE
C/O JOHN CONSTABLE
NOVA WOMEN'S SOCCER OFFICE
FORT LAUDERDALE, FL 33314


LAURA REINA
18530 NW 18TH STREET
HOLLYWOOD, FL 33029


LAURA SAVARIAU
55 FIR HILL APT 5B8,
AKRON, OH 44304


LAURA TORRES
9876 MANORFORD DR
PARMA HEIGHTS, OH 44130


LAURA TORRES
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LAURA TOWNES
6 ROYAL OAK AVE
GWYNN OAK, MD 21207


LAURA WANG
3778 HILL AVE APT 81
TOLEDO, OH 43607


LAUREL HUDSON
508 PEARWOOD DR
BEL AIR, MD 21014


LAURELLE DAVIS
12250 ATLANTIC BLVD.
APT. 1404
JACKSONVILLE, FL 32225


LAUREN BAHONSUA
7141 N. KEDZIE AVE.
UNIT #1508
CHICAGO, IL 60645

Lauren Bates
4140 Stoneroot Dr.
Hilliard, OH 43026


LAUREN BATES
4140 STONEROOT DRIVE
HILLIARD, OH 43026


LAUREN BEHONSUA
7141 N. KEDZIE AVE.
UNIT #1508
CHICAGO, IL 60645


LAUREN BERGER
25 FRENCH MILL RUN #6
CUYAHOGA FALLS, OH 44223


LAUREN BORDEN
1325 WEATHERVANE LANE, APT 3C
AKRON, OH 44313


LAUREN CABRERA
8061 SW 89TH PL
MIAMI, FL 33173


LAUREN CALDWELL
3003 HIGHPOINT TRAIL
STOW, OH 44224


LAUREN CBRERA
8061 SW 89TH PL
MIAMI, FL 33173


LAUREN COMER
1467 ELDER AVE
AKRON, OH 44301


LAUREN CORCORAN
4214 W BEACH PARK DR
TAMPA, FL 33609-3814


LAUREN DEVAUX
1423 BELLA VISTA AVE
CORAL GABLES, FL 33156

LAUREN DIALS
122 TOWNLINE ST
OAK HARBOR, OH 43449


LAUREN HUNG
UNIVERSITY OF AKRON
373 CARROLL ST JAR 62
AKRON, OH 44325


LAUREN JACKSON
4430 N HOLLAND SYLVANIA RDAPT 4235
TOLEDO, OH 43623


LAUREN KAATZ
9307 SHADY LAKE DRIVE, APT. 202S
STREETSBORO, OH 44241


LAUREN KELLEY
1656 E. 87TH PLACE
CHICAGO, IL 69617


LAUREN KISSICK
7166 HATCHERY RD
WATERFORD, MI 48327


LAUREN LAMBERT
19820 WAMPLER DR
STOUTSVILLE, OH 43154


LAUREN LINKER
2511 W VILLAGE DR
TOLEDO, OH 43614


LAUREN MCQUINN
15 N TERRACE AVE
NEWARK, OH 43055


LAUREN METTER
5989 SECTION RD
OTTAWA LAKE, MI 49267


LAUREN MOLLOHAN
11344 CRACKLE ROAD
CHAGRIN FALLS, OH 44023

Lauren N. Gresh
Brickler & Eckler
100 South Third Street
Columbus, OH 43215-4291


LAUREN PADRON
410 CLOVER COURT
BRANCHBURG, NJ 08853


LAUREN PUPKO
2980 SOLANO AVENUE
APT 207
HOLLYWOOD, FL 33024


LAUREN SEAS
2132 TATER RIDGE ROAD
WEST UNION, OH 45693


LAUREN SMETHERS
339 STULL AVENUE
AKRON, OH 44312


LAUREN WEAVER
176 CHESTERFIELD LN APT 8
MAUMEE, OH 43537


LAUREN WYNN
500 WEST TANTALLON DR
FORT WASHINGTON, MD 20744


LAUREN YILDIZ
1217 PINE TREE DR
LAKE VILLA, IL 60046


LAURENCIA STORR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LAURIE HIATT
11499 CHLOE MAE LANE
DUBUQUE, IA 52001


LAURYN CINADR
1425 WINGEDFOOT DRIVE
BRUNSWICK, OH 44212

LAUTARO BLASCO
7561 NW 173RD LANE
HIALEAH, FL 33015


LAVANYA VADAMODALA
55 FIR HL
APT 9B4
AKRON, OH 44304


LAVANYA VADAMODALA
77 FIR HL
APT 8B11
AKRON, OH 44304


LAVARES FRAGER
18575 NW 22ND AVE
MIAMI, FL 33056


LAVENDER RODRIGUEZ
3042 JEMEZ ROAD APT B
SANTA FE, NM 87507


LAVONNE GAUTHNEY
22 E EXCHANGE ST
AKRON, OH 44308


LAVOSSHA SMITH
508 FAIRBROOK LANE
FORT WORTH, TX 76140


LAWREN HILL
2801 STONEGATE DR.
FLINT, MI 48507


LAWRENCE MAUVAIS
461 SW 83RD AVE
NORTH LAUDERDALE, FL 33068


Laxmi Health, LLC
7600 W Camino Real
Boca Raton, FL 33433

LAYAN HAMIDI NIA
55 FIRHILL ST
9B5
AKRON, OH 44304


LAYAN HAMIDI NIA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LAYAN HAMIDI NIA
80 E EXCHANGE ST
267D
AKRON, OH 44308


LAYLA NGUYEN
4744 FORT PECK ROAD
NEW PORT RICHEY, FL 34655


LAYNET CORNELIO
5411 W 24TH AVE APT 54
HIALEAH GARDENS, FL 33016


LAYTH DAHBOUR
1024 ABBEY RD
MONROE, MI 48161


LAZARO GARCIA
14942 SW 20 STREET
MIRAMAR, FL 33027


LE NGUYEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LE'BRODERICK JOHNSON
9613 ROLLING ROCK LANE, APT116
DALLAS, TX 75238


LE'EIRE EVANS
194 NEWTON PLACE
AKRON, OH 44130

LEA HARRACKSINGH
333 NW 70th Ave. #206
Fort Lauderdale, FL 33317


LEA WESTERHOLD
5320 MCCARTNEY RD
SANDUSKY, OH 44870


LEAH BANKS
160 WENDOLYN TRCE
FAYETTEVILLE, GA 30215-7714


LEAH DAVIS
1302 FARMINGDALE AVENUE
CAPITOL HEIGHTS, MD 20743


LEAH DEFILIPPO
2329 APPALOOSA TR
WELLINGTON, FL 33414


LEAH FAGAN
3729 PURITAN DR
BRUNSWICK, OH 44212


LEAH HENDERSON
150 EDGEWOOD LANE
SEWARD, PA 15954


LEAH HENLEY
11043 STONE RD
VALLEY VIEW, OH 44125


LEAH IANNINI
5085 RIDGE MEADOW DRIVVE
STOW, OH 44224


LEAH RECKER
7210 TOWNSHIP ROAD 95
FINDLAY, OH 45840


LEAH VALDEZ
217 NORTH SUNSET AVENUE APT 65
WEST COVINA, CA 91790

LEAH WRIGHT
702 NORTH 64TH STREET
PHILADELPHIA, PA 19151


LEAMON HARRIS
2555 HARLEM AVE
BALTIMORE, MD 21216


LEANNA WALSTON
25608 BRECKENRIDGE DRIVE
EUCLID, OH 44117


LEAUNTI JEFFERSON
1865 BEALER DRIVE
APT. C
MARION, OH 43302-8764


Leavitt Medical Associates of Flori
4100 Southpoint Dr. E
Jacksonville, FL 32216


LEE CARR
4709 LABURNUM DR
AKRON, OH 44319


LEE DENNIS
315 CONRAD ST
NEW ORLEANS, LA 70124-3411


Lee Memorial Health System
9981 S HealthPark Dr.
Fort Myers, FL 33908


LEE WASHINGTON
2082 ECHODALE AVENUE
APT A9
BALTIMORE, MD 21239


LEEANN VON KORFF
6410 NORTHWARD ST
LOVELAND, OH 45140


LEEASIA BROWN
4132 VISTA DEL LAGO DR
WINTER HAVEN, FL 33881

```
LEENA RAMLACKHAN
341 LEUCADENDRA DRIVE
GABLES ESTATES
CORAL GABLES, FL 33156


LEESA BOWES
967 NE 145TH ST
MIAMI, FL 33161


LEEZA ST. FLEUR
715 SW 50 TERRACE
MARGATE, FL 33068


LEI CHEN
3414 DORR ST APT 230
TOLEDO, OH 43607


LEI ZHOU
2220 HIGH ST
APT 521
CUYAHOGA FALLS, OH 44221


LEI ZHOU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LEI ZHOU
80 E EXCHANGE ST
275-C
AKRON, OH 44308


LEIGH TIPPER
600 N ROESSLER ST
MONROE, MI 48162


LEIGHA GILBERT
14115 STATE ROUTE 116
SAINT MARYS, OH 45885


LEIGHA LOBKOVICH
4802 HUNT RD
ADRIAN, MI 49221
```

Leila Hosseini
1 Ross Park Blvd.
Steubenville, OH 43952


LEKWON IMOKE
7685 PRESIDENT ST
FULTON, MD 20759


LEMANUEL FITZGERALD
3378 NW 23 STREET
FORT LAUDERDALE, FL 33311


LEMANUEL MAHLANGU
5817 WESLEYAN DRIVE
PO BOX A365
VIRGINIA BEACH, VA 23455


LEMUEL PRIDGEN
1527 E. COLD SPRING LN
BALTIMORE, MD 21218


LEN SASAKI
1348 BOSWALL DRIVE
WORTHINGTON, OH 43085


LENA BAKER
170 CHESTERFIELD LN APT 6
MAUMEE, OH 43537


LENISE RIVERA
11231 SW 211TH ST
MIAMI, FL 33170


LENNARD BAKER
300 LIBRIERY DRIVE
FORT WORTH, TX 76119


LENORA BERNARD
5314 36TH AVENUE CIRCLE WEST
BRADENTON, FL 34209


LEON FIGG
11127 ESTEPA DR
OAKLAND, CA 94603

```
LEON NOGIC
1018 BURLESON ST
GRAND PRAIRIE, TX 75050


LEONARD BROWN
2801 NW 171 STREET
CAROL CITY, FL 33056


Leonard Insurance Services
Assured Partners
42441 Mt. Pleasant St. NW
Suite 200
North Canton, OH 44720


LEONARD SOHN
421 ALLYN ST
AKRON, OH 44301


LEONARDO GOMEZ
506 HALEY DR
OREGON, OH 43616


LEONCA WOODS
4340 SW 19TH STREET
WEST PARK, FL 33023


LEONNETTE MCGLOTHERN
10940 WALNUT HILL LN APT 106W
DALLAS, TX 75232


LEQUOYAL GRAHAM
8832 SEVILLE STREET
PAHOKEE, FL 33476


LEROY EDWARDS
730 SW 38TH AVE
DAVIE, FL 33312


LESHONDA PARKER
899 NW 214TH STREET
BLDG 26, APT 202
MIAMI, FL 33169
```

LESHONDA PARKER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LESHONDA PARKER
18013 NW 14ST PLACE
MIAMI GARDENS, FL 33055


LESLEY CAMPBELL
814 CALVERT TOWNE DR
PRINCE FREDERICK, MD 20678


LESLIE ALLEN
2330 BLUE CREEK DRIVE
DALLAS, TX 75216


LESLIE GUNION
2011 ROWLAND AVE
CANTON, OH 44714


Leslie Hackney
190 Round Hill Rd.
Boston, VA 22713


LESLIE TILLUCKDHARRY
1520 WHITEHALL DRIVE UNIT 301
DAVIE, FL 33324


LESLIE TORRES
4209 SCOTTSDALE DRIVE
MESQUITE, TX 75150


LESLIE VEGA
2890 VIRGINIA ST. APT. 701
COCONUT GROVE, FL 33133


LESLY MARCIN
1902 HARRISON ST
HOLLYWOOD, FL 33020


LESSIE ABRON
1206 GREGORY AVE
BALTIMORE, MD 21207

LESTER GONZALEZ
7005 GLENEAGLE DR
MIAMI LAKES, FL 33014


LETICIA MUTABRIWA
4875 KINGSHILL DR
APT 316
COLUMBUS, OH 43229


LETICIA SKRABUT
1808 N WESTWOOD AVE APT B
TOLEDO, OH 43607


LEVETTE JILES
5743 W. LAURIE LANE
GLENDALE, AZ 85302


LEVI BECKER
3426 W 43RD ST
ERIE, PA 16506


LEVI THOMPSON
835 N. 4TH ST.
STEUBENVILLE, OH 43952


LEVI WICK
15595 GREEN RD
BOWLING GREEN, OH 43402


LEVYN BENAVIDES
3288 CANDLEWOOD PLACE
GRAND PRAIRIE, TX 75050


LEWIS ROMAN
3921 SHENTON RD
RANDALLSTOWN, MD 21133-2205


LEXANDER ACOSTA
14985 FILLMORE ST
MIAMI, FL 33176


LEXINE SHIRLEY
7359 NW 34TH STREET
LAUDERHILL, FL 33319

LEXINGTON WILSON
120 NORTH AVE.
APT. #213
TALLMADGE, OH 44278


LEXIS HOLLEY
5817 WESLEYAN DRIVE
PO BOX A166
VIRGINIA BEACH, VA 23455


LEXIS HOLLEY
5273 HEATHGLEN CIRCLE
VIRGINIA BEACH, VA 23456


LEXTON STUBBS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LEXUS CLARK
515 LODGE AVE
TOLEDO, OH 43609


LEYAO WU
55 FIR HILL, APT. 5A1
AKRON, OH 44304


LEYAO ZHOU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LI SUN
PO BOX 1350
AKRON, OH 44309


LIAM OSBORNE
202 IVORY DRIVE
MELBOURNE BEACH, FL 32951


LIAM REILLY
310 HALLSONS LN
BEN LOMOND, CA 95005-9411

```
LIANA MACIEL
19792 WALLFLOWER LANE
APPLE VALLEY, CA 92308


LIANA RIVERA VALERIO
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


LIANG CHEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LIANG YANG
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


Lianna Mueller
97 Casterton Ave.
Akron, OH 44303


LIANNA MUELLER
32 TALBOT DR.
BEDFORD, OH 44146


LIANNA MUELLER
97 CASTERTON AVE
AKRON, OH 44303


LIAO XIONG
1674 GINKGO COURT
APT. 262
KENT, OH 44240


LIAO XIONG
2200 HIGH ST. APT. 467
CUYAHOGA FALLS, OH 44221


LIBO YAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LIBO YAO
63 EBER AVE.
AKRON, OH 44305
```

```
LICH DO
882 LAMONDE DR
MAUMEE, OH 43537


LIDDIANNA ATWOOD
2361 KEMPER AVE
TOLEDO, OH 43609


LIDIA ALVAREZ
316 VICKIE DRIVE
SEAGOVILLE, TX 75159


LIJIAO LIU
3926 SECKINGER DR
TOLEDO, OH 43613


LILIAN CHALFANT
233 BUTTONWOOD CT
GAHANNA, OH 43230


LILLIAN BOOKER
4515 26TH STREET W
APT #103
BRADENTON, FL 34207


LILLIAN CROSSLEY
3005 LOMITA STREET
FORT WORTH, TX 76119


LILLIANA SEPULVEDA VERA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LIN PAN
262 MALLARD POINT DR. #310
AKRON, OH 44319


LINA ALFEHAID
2200 HIGH ST APT 453
CUYAHOGA FALLS, OH 44221


LINAYSHA MARSHALL-EDEN
1500 APPLETON ST
BALTIMORE, MD 21217
```

LINCOLN ROAD DERMATOLOGY
1111 LINCOLN RD. #375
MIAMI BEACH, FL 33139


Linda F. Bach, MD PA
660 NE 95th St. #1
Miami, FL 33138


LINDA GONZALEZ
6243 SETTLERS SQUARE LANE
KATY, TX 77449


Linda M. Sedlacek, OD
4153 Bridgewater Pkwy
Stow, OH 44224


LINDA SAJU
4891 MIDDLEDALE RD
LYNDHURST, OH 44124


LINDA WILSON
1227 FERN GLEN TRAIL
DALLAS, TX 75241


LINDA WILSON
1915 MYRTLEWOOD DRIVE
DALLAS, TX 75232


LINDEN GLAZE
438 EAST SMITH ROAD
MEDINA, OH 44256


LINDGY DANIEL
16450 NW 2ND AVE APT 109
MIAMI, FL 33169-6016


LINDSAY ANDRE
24 E HICKORY ST
SPRING VALLEY, NY 10977


LINDSAY BUTEN
3836 PALMER CT.
CINCINNATI, OH 45245

LINDSAY CLEMENS
22520 STATE ROUTE 18
DEFIANCE, OH 43512


LINDSAY GAL
912 E CASTON RD
UNIONTOWN, OH 44685


LINDSAY GAL
1121 EVERBRIGHT DR.
UNIONTOWN, OH 44685


LINDSAY HUMBERT
4805 CONDIT RD
SUNBURY, OH 43074


LINDSAY LUDWICK
1249 ELM ST
PAINESVILLE, OH 44077


LINDSAY STEPHENS
1420 CLEARBROOKE DR APT 121
BRUNSWICK, OH 44212


LINDSAY WILLIAMS
1364 N 4TH ST APT 22
COLUMBUS, OH 43201


LINDSEY ALLEN
7 SAGEBRUSH
ALISO VIEJO, CA 92656


LINDSEY CHARLES
2386 CHARNEY RD
UNIVERSITY HEIG, OH 44118


LINDSEY FRANK
416 AVONDALE RD
BALTIMORE, MD 21222-6216


LINDSEY HARRIS
4430 ESCONDIDO CYN RD
ACTON, CA 93510

LINDSEY O'CONNOR
3094 LAUREL RD
BRUNSWICK, OH 44212


LINDSEY RENTZSCH
8600 ROSCOE PL
DUBLIN, OH 43016


LINDSEY SCARTON
7643 ALAN PKWY
MIDDLEBRG HTS, OH 44130


LINDSEY STAHL
53863 COUNTY ROAD 17
BRISTOL, IN 46507


Lindsey Sullivan
2092 Shetland St.
Marysville, OH 43040


LINDSEY WALKER
759 CHESTER AVENUE
AKRON, OH 44314


LINEDIA MASSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LINGBO LIU
14061 ECKEL JUNCTION RD
PERRYSBURG, OH 43551


LINGYUN GUO
418 CRESTWOOD AVE
WADSWORTH, OH 44281


LINH LE
2135 ORCHARD LAKES PL APT 12
TOLEDO, OH 43615


LINHUI ZHU
55 FIR HILL DRIVE
55 APT 3C9
AKRON, OH 44304

```
LINHUI ZHU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LINIA SANKAR
825 NORTHROP LANE
BALTIMORE, MD 21220


LINSLEY FRANCOIS
2951 NW 8TH RD
FORT LAUDERDALE, FL 33311


LINVAL BAILEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LIONEL WILLIAMS
707D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


LIORA DIAMOND
1503 MARAIS ST
NEW ORLEANS, LA 70116-1829


Lisa Bialecki
5915 Calamie Dr.
Cleveland, OH 44130


LISA DANO
1001 OSWEGO RD
NAPERVILLE, IL 60540


LISA KEISER
2519 CHERRY LAKE RD
SYLVANIA, OH 43560


LISA LEWICKI
7571 BASSWOOD COURT
APARTMENT E
NORTH ROYALTON, OH 44133
```

```
Lisa Liverman
1276 Woodbourne Ave.
Apt. 6
Baltimore, MD 21239-3347


LISA LIVERMAN
1276 WOODBOURNE AVE APT A6
BALTIMORE, MD 21239-3347


LISA MARCY
6094 ALLYN ROAD
HIRAM, OH 44234


LISA MOULDING
1908 E MAIN STREET APT 3
RICHMOND, VA 23223


LISA NOWACZYK
3098 LENNOX CT.
LAMBERTVILLE, MI 48144


LISA SOLTIS
411 KROTZER AVE.
LUCKEY, OH 43443


Lisa W. Derrick, MD
3730 Tabs Dr.
Uniontown, OH 44685


LISA WALLJE
2020 N BAYSHORE DR
APT 2403
MIAMI, FL 33137


LISE DEJEMMO
7275 SW 90TH ST
C719
MIAMI, FL 33156


LIU WU
912 BOSCASTLE CT
APT B
COLUMBUS, OH 43214
```

LIUDMYLA BARABANOVA
AYER HALL, ROOM 235
250 BUCHTEL MALL
AKRON, OH 44304


LIUDMYLA BARABANOVA
685 SHERMAN ST APT 16
AKRON, OH 44311


LIVIA PROCTOR
9358 PIERCE ROAD
GARRETTSVILLE, OH 44231


LIWEI NI
1290 CULPEPPER DR
AKRON, OH 44313


LIZA JOSHI
1716 GLEN KEITH BLVD
GWYNN OAK, MD 21207


LIZA MURPHY
1408 N. HASKELL AVENUE
DALLAS, TX 75204


LIZETH CAMPOS
2838 KERRVILLE DRIVE
MESQUITE, TX 75181


LIZETH JOHANA SANCHEZ CAMACHO
437 SUMNER ST APARTMENT T
JUDSON HOUSE
AKRON, OH 44304


LIZETH RAMIREZ-VALDEZ
1800 BAPTIST WORLD CTR DRIVE
NASHVILLE, TN 37207


LLOYCHARA SMITH
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LLOYD LATSCH
7332 TOWNSHIP ROAD 555
HOLMESVILLE, OH 44633

LLOYD ROLLINS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LO'RELL POLLARD
7 W. ELLA J GILMORE ST.
APOPKA, FL 32703


LOAY ALARAB
2453 MEADOWWOOD DR
TOLEDO, OH 43606


LOGAN BOYD
20400 STATE ROUTE 12
FOSTORIA, OH 44830


LOGAN BREWER
2701 SILVER FOX TRAIL
ASHLAND, OH 44805


LOGAN GIDDINGS
9856 LYNNFIELD PLACE, NW
PICKERINGTON, OH 43147


LOGAN HUFFMAN
3878 KENT ROAD
STOW, OH 44224


LOGAN KRASSOW
980 GLENWOOD AVE
NAPOLEON, OH 43545


LOGAN LOWRY
2505 MORNINGSTAR LANE
ARLINGTON, TX 76001


LOGAN MEURER
10549 CONNECTICUT STREET
AURORA, OH 44202


Logan Neidhardt
107 E Cornelia St.
Hicksville, OH 43526

```
LOGAN NITSCHE
16 RAYMOND DRIVE
WEST MIDDLESEX, PA 16159


LOGAN PHELPS
10702 RAMM RD
WHITEHOUSE, OH 43571


LOGEN NEIDHARDT
107 E CORNELIA ST
HICKSVILLE, OH 43526


LOIC JEPHSON DJOMO TCHUENKOU
2033 PAULETTE RD APT 101
DUNDALK, MD 21222-7824


LOILETTE PELIER
1499 NW 91ST AVE APT # 11-22
CORAL SPRINGS, FL 33071


LOIS BORNES
22650 ALICE STREET
APT. # 1
HAYWARD, CA 94541


LOLADE AJOSE
7603 HILLENDALE RD APT D
PARKVILLE, MD 21234-6052


LONDON WASHINGTON
8236 TURNER FOREST RD
HENRICO, VA 23231-7660


LONGQUAN LI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LONNELL GARDNER
8630 S. WABASH
CHICAGO, IL 60619


LONNIE ROBERTSON
219 54TH ST NE
WASHINGTON, DC 20019
```

```
LORD JAKAIH CALLOWAY
5817 WESLEYAN DRIVE
PO BOX B220
VIRGINIA BEACH, VA 23455


LOREN JACKSON
3547 53RD AVE W
# 341
BRADENTON, FL 34210


LORENA CHACON
260 CYPRESS DR
KEY BISCAYNE, FL 33149


LORENA DEL TORO
10306 HELMSDALE ST
HOUSTON, TX 77043


LORENZA NAJERA
1106 KINGSBRIDGE ROAD
HOUSTON, TX 77073


LORENZA WEBSTER, III
904 WILLIAMSBURG LN
KELLER, TX 76248


LORENZE WRIGHT
1850 MOHICAN PLACE
KENT, OH 44240


LORENZO AUSTIN
307 SAINT JAMES AVE
SUFFOLK, VA 23434


LORENZO AUSTIN
2600 BERKLEY AVENUE
CHESAPEAKE, VA 23325


LORI KESLING
2351 GEORGETOWN AVE
TOLEDO, OH 43613


LORI TREVINO
15323 BUCKLE LANE
HOUSTON, TX 77060
```

LORRENZIA ROLLERSON
1541 PENTRIDGE ROAD
BALTIMORE, MD 21239


LORREZ MILLER
18821 NW 32ND CT
MIAMI GARDENS, FL 33056


LOTANNA MADUKA
80 E EXCHANGE STREET
AKRON, OH 44308


LOTANNA MADUKA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


LOUIS ALVAREZ
4450 NW 178TH ST
MIAMI GARDENS, FL 33055


LOUIS HIGHSMITH
2606 BEETHOVEN AVE
BALTIMORE, MD 21207


LOUIS LAMOSEK
1023C HEMLOCK HILLS DR
AKRON, OH 44313


LOUIS THERMILUS
349 NW TYLER AVENUE
PORT SAINT LUCIE, FL 34983


LOUISA HURT
2260 48TH ST NW
WASHINGTON, DC 20007-1035


Louisiana Dept. of Revenue
PO Box 201
Baton Rouge, LA 70821-0201


Louisiana Secretary of State
PO Box 94125
Baton Rouge, LA 70809

LOUNCENY KEITA
14970 SCHOONER BAY LANE
NAPLES, FL 34119


LOUNDELCA SILVENCIEUX
3801 NW 21ST ST
APT #111
LAUDERDALE LAKES, FL 33311


LOURDES GONZALEZ
570 WEST LAWSON ROAD, APT 99
DALLAS, TX 75253


LOURDES HEVIA
23521 SW 114TH PLACE
HOMESTEAD, FL 33032


LOVELL GILBERT
12090 MALLET DR
CINCINNATI, OH 45246


LOVELY AMBROISE
2022 NE 168TH ST APT 2
NORTH MIAMI BEACH, FL 33162-3260


LOVELY PIERRE
14321 MEMORIAL HWY
MIAMI, FL 33161-2840


LOVELY PLACIDE
450 NW 133 ST
MIAMI, FL 33168


LOVELY PLACIDE
1145 NW 131ST STREET
NORTH MIAMI, FL 33168


Loyola University of New Orleans
Attn: Marin Calzada
Interim Provost
6363 St. Charles Ave.
New Orleans, LA 70118

Loyola University, New Orleans
6363 St. Charles Ave.
Box 200
New Orleans, LA 70118


LU CHEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LU YU
55 FIR HILL, APT. 9B10.
AKRON, OH 44304


LUBNA ELSAID
9230 INDEPENDENCE BLVD.
APT 618
PARMA HEIGHTS, OH 44130


LUCA PALMIERI
8980 WYNDAM RD
PENNSAUKEN, NJ 08110-1148


LUCAS BALDESBERGER
94 MINGO CIRCLE DR
FINLEYVILLE, PA 15332


LUCAS COOPER
1018 CRESTMONT RD
HURRICANE, WV 25526-7405


LUCAS DE FREITAS
1 UNIVERSITY DRIVE UPO 1340
CAMPBELLSVILLE, KY 42718


Lucas Fulop
PO Box 425
Middlefield, OH 44062


LUCAS FULOP
PO BOX 245
MIDDLEFIELD, OH 44062


LUCAS GONTIER
80 E EXCHANGE STREET
AKRON, OH 44308

LUCAS GREGGILA
224 S GORDON DR
OAK HARBOR, OH 43449


LUCAS KRUSINSKI
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


Lucas McKean
11055 Smithville Western Rd.
Jeromesville, OH 44840


LUCAS MCKEAN
11055 SMITHVILLE WESTERN RD
JEROMESVILLE, OH 44840


LUCAS PATRONI
2801 W BANCROFT MS513
TOLEDO, OH 43606


LUCAS SMITH
4127 N 43RD ST
OMAHA, NE 68111


LUCETTE ROMELUS
150005 NE 6TH AVE
APT 201
MIAMI, FL 33161


LUCIA ALVAREZ CARTAMIL
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LUCIANIE PIERRE
4775 N. AUSTRALIAN AVE # 201
WEST PALM BEACH, FL 33407


LUCIEN MCBETH
3433 CHELTENHAM RD
TOLEDO, OH 43606


LUCIUS UGORJI
3 TOKAY COURT
RANDALLSTOWN, MD 21133

```
LUCMAINE LOUIS
18831 NE 3RD CT APT 509
NORTH MIAMI BEACH, FL 33179-3818


LUCY BRYAN
385 KLING ST APT 1
AKRON, OH 44311


LUCY BRYAN
393 SUMNER STREET
2-227-B UNIVERSITY EDGE
AKRON, OH 44304


LUCY GRAWE
55 FIR HILL ST
4B10
AKRON, OH 44304


LUCY MORAN
1300 SHERWOOD AVE.
BALTIMORE, MD 21239


LUCY WILLARD
1163 CAMBRIDGE WAY
PICKERINGTON, OH 43147


LUDMILLA DOMOND
PO BOX 630144
MIAMI, FL 33163


LUDOVIC DJOKO
3301 FIRELIGHT LN APT H
BALTIMORE, MD 21207-5790


LUDWIKA SZYNAL
55 FIR HILL 5B8
AKRON, OH 44304


LUIS  GUILHERME DON SANTOS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054
```

```
LUIS ANGEL CEDENO-ROSARIO
1120 N WESTWOOD AVE
APT 1402
TOLEDO, OH 43607


LUIS AVILES
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


LUIS BERGES
16158 NORTHWEST 78TH PLACE
MIAMI LAKES, FL 33016


LUIS DIAGO
10010 BELLE RIVE BLVD
1312
JACKSONVILLE, FL 32256


LUIS ESCUDERO
1440 ROYAL CR
SEVILLE, OH 44273


LUIS GARCIA
8741 SW 49TH STREET
MIAMI, FL 33165


LUIS MARTINEZ FLORES
8324 LODGE SOUTH CIRCLE
APT. 5
CHARLOTTE, NC 28217


LUIS MIRANDA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LUIS MUNOZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


LUIS MUNOZ
639 WILLOW BEND DRIVE
CHESAPEAKE, VA 23323
```

LUIS RENDEROS
8900 FONDREN ROAD, APT 300B
HOUSTON, TX 77074


LUIS RIVERA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LUIS RUIZ-SANTIAGO
2913 WIGEON WAY APT 206
AKRON, OH 44319


LUIS TOBAR-DURAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LUIS ZAVALA
1408 E.BRAZOS ST
PALESTINE, TX 75801


LUISA ECHEVERRY RODRIGUEZ
455 GRANT ST. 202A
AKRON, OH 44311


LUISA ECHEVERRY RODRIGUEZ
309 POWER ST
AKRON, OH 44311


LUISA PACE
1777 WESTWOOD AVENUE
COLUMBUS, OH 43212


LUISA QUINTANA
3201 LITTLE ELM CREEK SOUTH
ALVARADO, TX 76009


LUKA MARJANOVIC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Lukas Landgren
6351 Palm Trace Landings Dr.
Fort Lauderdale, FL 33314

LUKAS LANDGREN
6351 PALM TRACE LANDINGS DRIVE
DAVIE, FL 33314


LUKAS SPEIDEL
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


LUKE BROWN
301 FAIRVIEW AVENUE
DOYLESTOWN, OH 44230


LUKE CHIASSON
5817 WESLEYAN DRIVE
PO BOX C175
VIRGINIA BEACH, VA 23455


LUKE CHIASSON
22 FIRST STREET
HUDSON, MA 01749


LUKE FRESQUEZ
2105 AVENIDA DE LAS ALTURAS
SANTA FE, NM 87505


LUKE MUGGE
28032 WHITE RD
PERRYSBURG, OH 43551


LUKE SHERIDAN
1070 ROYAL COURT NE
LANCASTER, OH 43130


LUKE URANSEL
339 BUTTERFIELD LANE
LIBERTYVILLE, IL 60048


LUM FONDA
710 KLING ST
AKRON, OH 44311


LUMURIA MCGRIFF
PO BOX 6012
VERO BEACH, FL 32961

LUNNISE GIBSON
102A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


LUTHER FORTSON
320 EAST SCHOOL STREET
KENT, OH 44240


LUTHER THEGENUS
112 TALIA CIRCLE
LAKE WORTH, FL 33461


LUXON JEAN
6200 N. HUDSON TERR.
ORLANDO, FL 32808


LUYAO ZHENG
1288 BUCKINGHAM GATE BLVD
CUYAHOGA FALLS, OH 44221


LUZ ANDREINA DAVILA UZCATEGUI
2184 NW 157TH AVE
PEMBROKE PINES, FL 33028


LUZ SOLIS
1134 CAVALRY
DETROIT, MI 48209


LYDIA DEVINCENT
4299 CHIPPEWA RD
ORRVILLE, OH 44667


LYNDA PAYEN
693 SW 61ST TER
MARGATE, FL 33068-1719


LYNDACEE SELLS
601A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

LYNDACEE SELLS
606D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


LYNDON DESIR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


LYNDSEY SILVA
5540 SOUTH UNIVERSITY DRIVE
APT# 8104
DAVIE, FL 33328


LYNDSEY SILVA
722 NW 89 AVE
PLANTATION, FL 33324


LYNELLE ELLIOTT
84-49 168ST APT.4M
JAMAICA HILLS, NY 11432


LYNELLE WRIGHT
84-49 168ST APT.4M
JAMAICA HILLS, NY 11432


LYNETTE MORRIS
5120 SEKOTS RD APT B6
GWYNN OAK, MD 21207


LYNN DURAND
21127 NW 14TH PL APT 255
MIAMI, FL 33169-2901


LYNSIA ALCEME
1100 PARK DRIVE
DAVIE, FL 33312


LYREA SAMPLE
2304 EAST CHASE ST
BALTIMORE, MD 21213


LYSE LOUIS
451 NORTH EAST 177TH STREET
MIAMI, FL 33162

M ELENA KENDALL MD PA
318 Elhambra Cir.
Miami, FL 33134


M PARTNERS LLC
9400 Bonita Beach Rd.
Suite 201
Bonita Springs, FL 34135


M''KIYA FONVILLE
2637 STANTON ROAD SE
APARTMENT 202
WASHINGTON, DC 20020


M'JWAN NEWELL
26 33RD ST NE
WASHINGTON, DC 20019


Ma Kaya Gardner
1160 Hubbard Rd.
Monroe, MI 48161


Ma Nchung Agbor Nduku
1314 Brookview Dr.
Apt. 94
Toledo, OH 43615


MA XIAOQING
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


MA. AZUCENA RAYTERAN
2508 YORKWAY
DUNDALK, MD 21222


MA. AZUCENA RAYTERAN
2508 YORKWAY
BALTIMORE, MD 21213


Ma. Teresa Totanes
2801 Emerald Rd.
Parkville, MD 21234

MAAYAN MERIDAN
21007 NE 34TH PL
CHAUSER FAMILY
AVENTURA, FL 33180


MACALA NISLY
3219 10TH STREET NW
CANTON, OH 44708


MACARENA GARCIA
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


Macarena Garcia Garay
2801 W Bancroft
MS 513
Toledo, OH 43606


Macey Smith
3041 - 3rd St.
La Salle, MI 48145


MACHA FERJUSTE
2434 W 75TH AVE
PHILADELPHIA, PA 19138


MACHE STEED
124 BENONI CIRCLE
MIDDLE RIVER, MD 21220


MACHELL WALKER
759 NW 50TH ST
MIAMI, FL 33127-2003


MACKENNA CURTIS-COLLINS
661 CLIFFSIDE DR
MANSFIELD, OH 44904


MACKENZIE ANDREWS
616 E BUCHTEL AVE
AKRON, OH 44304

```
MACKENZIE ANDREWS
494 SPICER STREET
AKRON, OH 44311


MACKENZIE ARENS
5161 MOCCASIN PL
WESTERVILLE, OH 43081


MACKENZIE BRANCO
8015 TOWSON BLVD
MIAMISBURG, OH 45342


MACKENZIE BROWN
6343 DAN SHERRI DR
DUBLIN, OH 43016


MACKENZIE CARR
4709 LABURNUM DR
AKRON, OH 44319


Mackenzie Clarke
12642 Hillmeade Station Dr.
Bowie, MD 20720


MACKENZIE JANECKO
458 THORNBERRY TRL
NORTH LIMA, OH 44452


MACKENZIE MACDONALD
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MACKENZIE RUNYON
257 WALLACE DRIVE
BEREA, OH 44017


Mackenzie Simon
110 W Garfield Ave.
Swanton, OH 43558


MACKENZIE ST. LOT
797 NE 85TH ST
MIAMI, FL 33138
```

```
Mackenzie Steer
200 Oak St.
Rossford, OH 43460


MACKENZIE THREM
1326 OXFORD AVENUE NORTHWEST
CANTON, OH 44703


MACKENZIE VARGAS
1408 CALLE LAS CASAS
ROSEVILLE, CA 95747


MACY BASS
616 NE SAN RAFAEL ST
PORTLAND, OR 97212-3920


MACY MORALES
12308 SANDSTONE STREET
HOUSTON, TX 77072


MACY WELSH
38801 CHARDON ROAD
WILLOUGHBY HILLS, OH 44094


MADDALO ANTHONY V MD
24 Saw Mill River Rd
HAWTHORNE, NY 10532


MADELEINE LEPELLEY
607 GOLFVIEW DRIVE
PEACHTREE CITY, GA 30269


MADELEINE LEPELLEY
12 MAUWEEHOO HILL
SHERMAN, CT 06784


MADELIENE MERCY
509 FAULKNER STREET
NEW SMYRNA BEACH, FL 32168-6713


MADELINE HENDRIE
5849 HICKORY MEADOWS DR
WHITE LAKE, MI 48383
```

MADELINE LONGE
1402 N PLEASANT ST
ROYAL OAK, MI 48067


Madeline Reimbold
3501 Torch Lake Dr.
Fort Wayne, IN 46804-6933


Madeline Schulz
816 Castle Blvd.
Akron, OH 44313


MADELYN JACOBS
1285 E TURKEYFOOT LAKE ROAD
AKRON, OH 44312


MADELYN SPEHN
11605 LANCASTER DRIVE
CHAGRIN FALLS, OH 44023


MADELYN SUIDA
1690 PINEWIND DR
ALBURTIS, PA 18011


MADHAVI LATHA LAGUDU
420 ALLYN STREET
AKRON, OH 44304


Madigan Horne
1031 Rio Lane
Severna Park, MD 21146


MADISON BAER
3075 KENT RD
STOW, OH 44224


MADISON BRANCH
524 ROCKWOOD COURT
AVON LAKE, OH 44012


MADISON CARTER
185 TILLINGHAST TRCE
NEWNAN, GA 30265

Madison Cecil
39064 Stallion Ct.
Avon, OH 44011-3643


MADISON CLOWDUS
12675 GREENBELT RD
CORONA, CA 92880


Madison Craver
7163 Quail Lakes Dr.
Holland, OH 43528


MADISON FORTUNE
5104 ROLLING AVENUE
LORAIN, OH 44055


MADISON HERMAN
7586 COUNTY ROAD D
EDGERTON, OH 43517


MADISON KEARNEY
21661 ROSE HOLLOW DR
SOUTHFIELD, MI 48075


MADISON KENNEY
2706 KENDALE DR APT 102
TOLEDO, OH 43606


MADISON LINVILLE
1405 SOUTH MORGAN AVENUE
ALLIANCE, OH 44601


MADISON MCBRIDE
PO BOX 1557
WEST TISBURY, MA 02575-1557


Madison Meyers
1905 Jack Frost Rd.
Virginia Beach, VA 23455


MADISON MYERS
407 RIDGEWOOD RD
WADSWORTH, OH 44281

MADISON NASHU
3562 BELDARE AVE
CINCINNATI, OH 45220


MADISON PADEN
2700 SHADY LAKE DRIVE
VERMILION, OH 44089


MADISON PROCTOR
9358 PIERCE ROAD
GARRETTSVILLE, OH 44231


MADISON SNYDER
733 PENNSYLVANIA AVENUE
SHREVE, OH 44676


MADISON STEWART
7733 ORPHEUS PLACE
PHILADELPHIA, PA 19153


MADISON STEWART
6130 CHESTNUT STREET
PHILADELPHIA, PA 19139


Madison Tamm
6013 Tyler Point Dr.
Hamilton, OH 45011


MADISON WOLFE
19205 SIXPENNY LANE
MONUMENT, CO 80132


MADISON WORONKA
7160 NIMISHILLEN CHURCH STREET
LOUISVILLE, OH 44641


MADYSON MCDONALD
75 WEST MAIN STREET
ORWELL, OH 44076


MAELISA DIXON
6121 BIANCA CIRCLE
FORT WORTH, TX 76132

MAGALIS AGUILERA PHD PA
9240 SW 72nd Street
Suite 241
MIAMI, FL 33173


MAGDA CORNEILLE
620 NE 37TH ST APT E
POMPANO BEACH, FL 33064-4410


MAGDALA MIRTHYL VALCIN
4774NW42ST
LAUDERDALE LAKES, FL 33319


MAGDALINI DIAMANTIDOU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


MAGDELENA JUAREZ
600 STATE RD 76
APT 711
ESPANOLA, NM 87532


MAGED BA ZUHAIR
7920 BELRIDGE RD APT J
NOTTINGHAM, MD 21236-3614


Magellan Rx Management
PO Box 783053
Philadelphia, PA 19178


MAGGIE DITCHMAN
1118 RAINBOW AVE
VICKERY, OH 43464


Maggie Eppelheimer
1465 Hunters Lake Dr. E
Cuyahoga Falls, OH 44221


MAGGIE GARLAND
3793 EAST RIVER ROAD
NEWTON FALLS, OH 44444


Maggie Naseem
7750 Denali Court
Sylvania, OH 43560

Magnus Day
118 Sugarberry Dr.
New Castle, DE 19720-7629


MAGNUS POULSEN
THE COMMONS RESIDENTIAL HALL
3625 COLLEGE AVE, BOX #1431
ALBERTSLUND, FL 33314


MAGUY SALIMA KITOKO
55 FIR HILL ST
APT 2B10
AKRON, OH 44304


Maha Zikra, MD
7300 Sand Lake Commons Blvd.
Orlando, FL 32819


MAHALA HOBBS
8291 NOWLEN ST.
MENTOR, OH 44060


MAHALA SPALSBURY
4430 N HOLLAND SYLVANIA RD
APT 1215
TOLEDO, OH 43623


MAHMOUD ALZIOUD
658 ALLYN STREET
ROOM 3
AKRON, OH 44311


MAHMOUD FARRAG
1312 MINSON WAY
AKRON, OH 44306


MAHNOOR ANSARI
615 SANDUSKY ST
DELAWARE, OH 43015


MAHOGANE LEWIS
14714 KREMS AVENUE
MAPLE HEIGHTS, OH 44137-3614

MAHOGANE LEWIS
10302 LAMONTIER AVENUE
CLEVELAND, OH 44104


MAHOGANY OLDHAM
4430 N HOLLAND SYLVANIA RDAPT 4350
TOLEDO, OH 43623


MAHVASH JEBELI
48 FRANKLIN STREET
AKRON, OH 44304


MAHVASH JEBELI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MAHVASH JEBELI
401 S. MAIN ST., #417B
AKRON, OH 44311


MAISHAH ALIN
590 EAST BUCHTEL AVENUE
APT#31
AKRON, OH 44304


MAITTE ABRIENTOS
1910 SW 123 AVE
MIAMI, FL 33175


MAITTE BARRIENTOS
1910 SW 123 AVE
MIAMI, FL 33175


Maiya Harrod
4011 Pascal Ave.
Curtis Bay, MD 21226-1104


MAIYA HARROD
4011 PASCAL AVE
BALTIMORE, MD 21226-1104


MAJD SOUDAH
417 SHERMAN STREET APT 302
AKRON, OH 44311

MAJED NOOR
2458 SYCAMORE LN
APT 4
WEST LAFAYETTE, IN 47906


MAJID RAFIEI
10301 SUNNYLAKE PL APT H
COCKEYSVILLE, MD 21030-5328


MAKAYA BAIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MAKAYA GARDNER
1160 HUBBARD RD
MONROE, MI 48161


MAKAYLA BENDAW
2940 LE OAKS DRIVE, APT 811
BOSSIER CITY, LA 71111


MAKAYLA DANIEL
1119 EVERETT DR
DAYTON, OH 45402


Makayla Donley
3151 Inwood Dr.
Lima, OH 45806


MAKAYLA DULL
705 COUNTY ROAD 12
FREMONT, OH 43420


MAKAYLA GOUGH
12747 PRENTISS ROAD
GARRETTSVILLE, OH 44231


Makayla Hall
4900 Aberdeen Ave.
Baltimore, MD 21206


MAKAYLA HINES
301B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

MAKAYLA HINES
301B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21239


MAKAYLA MOORE
18902 NW 27TH AVE
APT 312
MIAMI GARDENS, FL 33056


MAKAYLA REDMAN
1365 ALLMON DR
CLARKSVILLE, TN 37042-7854


MAKAYLA RUIZ
P.O. BOX 2385
PATTERSON, LA 70392


Makaylah Downour
2004 Nature Way
Lancaster, OH 43130


MAKAYLIN MOORE
5635 FAYETTE ROAD
NEW LONDON, OH 44851


MAKENLY PANOSKY
1775 ASCOT RUN NW
ACWORTH, GA 30102-7979


MAKENZIE DOMBROWSKI
749 DIANE DRIVE
STREETSBORO, OH 44241


MAKENZIE FERENCHAK
1706 PERTH ST
TOLEDO, OH 43607


MAKENZIE KELLEY
1165 ABERTH DRIVE
AKRON, OH 44320


MAKENZIE NEWSOM
3035 LISA LANE
ZANESVILLE, OH 43701

MAKENZIE SMITH
16401 NW 37 AV VILLANOVA 402
MAIMI GARDENS, FL 33054


Malachi Ashley
4521 Tapscott Rd.
Pikesville, MD 21208


MALACHI ASHLEY
4521 TAPSCOTT RD
BALTIMORE, MD 21208


MALACHI DOFAT
306B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MALACHI DOFAT
306B DEDMOND
2500 WEST NORTH AVENUE
WASHINGTON, DC 20002


MALACHI QUETEL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MALACHI SMITH
1428 E 66TH PL APT 1
CHICAGO, IL 60637-4421


MALAIKA GEFFRARD
9801 MAHOGANY DR APT 208
GAITHERSBURG, MD 20878-4630


MALAV DESAI
522 E BUCHTEL AVE
AKRON, OH 44304


MALAYJIA PARRISH
2026 NW 43RD TERRACE
#6
CITY OF SUNRISE, FL 33313

MALCOLM BROUGHTON
1412 N GARFEILD AVE
DELAND, FL 32724


Malcolm Butler
1700 E Cold Spring Ln
Baltimore, MD 21251


MALCOLM DUVIVIER
393 SUMNER ST APT#115
AKRON, OH 44304


Malcolm Gilmore
921 Westlake Dr.
Bowie, MD 20721


MALCOLM LONGSWORTH
2061 NW 4TH COURT
MIAMI, FL 33127


MALCOLM SYKES
1700 E. COLDSPRING LN
BALTIMORE, MD 21251


MALCOLM TAYLOR
9001 S CALVIN WAY
INGLEWOOD, CA 90305


MALEAK JENKINS-SMITH
2535 74TH AVE
OAKLAND, CA 94605


MALEAK JENKINS-SMITH
2433 64TH AVENUE
OAKLAND, CA 94605


MALEEK BREEZE-WILLIS
5043 W QUINCY ST
CHICAGO, IL 60644


MALEEL COBLE
3601 SAINT MARGARET ST
BALTIMORE, MD 21225-2237

Maleick Fleming
7403 N Point Rd.
Sparrows Point, MD 21219-1306


MALEICK FLEMING
7403 N POINT RD
EDGEMERE, MD 21219-1306


MALEIGHA COOPER
3811 HERON CREEK
ROOTSTOWN, OH 44272


MALICAI CALDER
5464 DORR ST APT 12
TOLEDO, OH 43615


MALIK ALEXANDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Malik Brown
419 Mosher St.
Baltimore, MD 21217-3447


MALIK BRYANT
1562 BERKSHIRE ST
WESTLAND, MI 48186


Malik Debow
92 E Padonia Rd.
Apt. 201
Lutherville Timonium, MD 21093


MALIK DEBOW
92 EAST PADONIA RD APT 201
LUTHERVILLE, MD 21093


MALIK FORD
7605 KIMBERLY BLVD
NORTH LAUDERDALE, FL 33068


MALIK HUDSON
12416 THRAVES AVE
CLEVELAND, OH 44125

```
MALIK JACKSON
270 NW 151 AVE
HOLLYWOOD, FL 33028


Malik Lawal
1540 Pentridge Rd.
Baltimore, MD 21251


MALIK MARTIN
703C DALEY
2500 WEST NORTH AVENUE
WINDSOR MILL, MD 21244


MALIK MARTIN
703C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MALIK MCNEELY
311 HERRING ST.
BALTIMORE, MD 21202


Malik Moore
2255 Laskey
Toledo, OH 43613


Malik Moore
1239 Linworth Ave.
Apt. 3A
Baltimore, MD 21239-4079


Malik Moorer
1700 E Cold Spring Ln
Baltimore, MD 21251


MALIK MOORER
600 SHERMAN AVE
PLAINFIELD, NJ 07060-2230


MALIK SHINOZAKI
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054
```

MALIK TATUM
2980 RICHMOND ROAD
BEACHWOOD, OH 44122


MALIK TURNAGE
2107 SINCLAIR LANE
BALTIMORE, MD 21213


MALIK WARREN
8416 ALLENSWOOD RD
RANDALLSTOWN, MD 21133-4634


MALIK WHITE
307B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Malik Williams
3632 Brothers Place SE
Apt. #T-3
Washington, DC 20032


MALIK WOOLDRIDGE
1385 SHANABROOK DR
AKRON, OH 44313


Malik Young
4701 Eagles Nest Cir
Dayton, OH 45429-1931


MALIK YOUNG
4701 EAGLES NEST CIR
KETTERING, OH 45429-1931


MALIK ZIMMERMAN
2392 HAMLET CIR
LAKELAND, FL 33810


MALIQUE BOWE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

MALISSA SAINTIL
13820 NORTH EAST 3RD COURT
APARTMENT 105
MIAMI, FL 33161


MALISSA SAINTIL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MALLORY BEST
1876 RIDGEBURY DR.
HILLIARD, OH 43026


MALLORY DYE
502 48TH ST
SANDUSKY, OH 44870


MALLORY ETCHEBERRY
80 EAST EXCHANGE ST.
APT. #482D
AKRON, OH 44308


Mallory Langford
5817 Wesleyan Dr.
Virginia Beach, VA 23455


MALLORY LANGFORD
5817 WESLEYAN DRIVE
PO BOX B321
VIRGINIA BEACH, VA 23455


MALLORY PHILLIPS
2323 HEATHERGLEN DR
MAUMEE, OH 43537


Mamata Malla
3283 Alexandria Dr.
Toledo, OH 43606


Mamorial Family Practice
1005 Joe DiMaggio Dr.
Hollywood, FL 33021

MANADA KHAING
2430 OLD STONE CT APT 6
TOLEDO, OH 43614


MANAKI IKEDA
11715 GARFIELD ROAD
HIRAM, OH 44234


Manati Medical Center
Calle Hernandez Carrion
Manati, 00674
Puerto Rico


MANDEEP SINGH
55 FIR HILL
APARTMENT:12B6
AKRON, OH 44304


MANDOLA THOMPSON
19995 SW 135TH AVE
MIAMI, FL 33177


MANGALDEEP KUNDU
2220 HIGH STREET
APT 305
CUYAHOGA FALLS, OH 44221


MANGALDEEP KUNDU
195 WHEELER STREET
APT#103B
AKRON, OH 44304


Manish Karamchandani
9222 Wintergreen Ct.
Sylvania, OH 43560


MANIYAH WRIGHT
1360 NW 173 TERRACE
MIAMI, FL 33169


MANMEET SINGH CHAWLA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

MANO CHOCKALINGAM
484 ALLYN STREET APT A
AKRON, OH 44304


MANOJ JAMARKATTEL
1315 OAK HILL CT APT 162
TOLEDO, OH 43614


MANON FERDANI
21 WHITEHEAD CIRCLE
WESTON, FL 33326


MANQIU ZHANG
80E EXCHANGE STREET
AKRON, OH 44308


Manual & Sports Physical Therapy
121 Congressional Lane, Suite 602
Rockville, MD 20852


MANUCA MILLIEN
2511 NW 39TH TERR
APT 204
FORT LAUDERDALE, FL 33311


MANUEL CRUZ
1525 DUNWOODY AVE
OXON HILL, MD 20745-2310


MANUEL HOLMES
1277 SUELLEN WAY
CLARKSVILLE, TN 37042


MANUEL LIQUE
8915 WEST 33RD AVENUE
HIALEAH, FL 33018


MANUEL LUQUE
8915 W 33RD AV
HIALEAH, FL 33018


MANUEL MARIA PINTO DE ANDRADE CORDEIRO
491 SUMNER STREET
AKRON, OH 44304

MANUEL MELENDEZ MD PA
10250 SW 56th Street, Ste. A102
MIAMI, FL 33165


MANUEL MOLLINEDO
6997 W 24TH LN
HIALEAH, FL 33016


MAQUASIA SCOTT
1190 NW 35TH STREET
MIAMI, FL 33168


MAR MD NOW MEDICAL CENTERS INC
3470 NW 62nd Ave.
Pompano Beach, FL 33063


MARAH GHANNAM
720 INDEPENDENCE RD
TOLEDO, OH 43607


MARAH PIERRE
3590 NW 80TH AVE
CORAL SPRINGS, FL 33065-3038


MARC ALEXANDER
113 EARLWOOD RD
PITTSBURGH, PA 15235


Marc Csete, MD
Miami Jewish Health Systems
5200 NE 2nd Ave.
Miami, FL 33137


Marc Curry
9517 Whitehurst Dr.
Owings Mills, MD 21117-4742


MARC EXPOSITO
2123 MERIDIAN AVE
MIAMI BEACH, FL 33139


MARC GASKINS
818 ALABAMA AVE SE
WASHINGTON, DC 20020

MARC GASKINS
2306 HARTFORD STREET SE
APT 302
WASHINGTON, DC 20020


Marc Kesselman, DO
3200 S University Dr.
NSU-KPCOM
Fort Lauderdale, FL 33308


MARC MIGLIOZZI
1545 KING JAMES DR
PITTSBURGH, PA 15237


MARC RAYMOND
13285 NE 6 AVE. APT. S309
MIAMI, FL 33161


MARCALA NELSON
2955 NE 6TH CT
POMPANO BEACH, FL 33069


MARCEL CASTRO
16506 SW 103RD LN
MIAMI, FL 33196


MARCEL HOLDEN
3208 EL CAMINO STREET
BAY CITY, TX 77414


MARCEL HOLEMS-CHEATHAM
4635 HAWKSBURY RD
PIKESVILLE, MD 21208


MARCEL RICE
1520 EAST 248TH STREET
EUCLID, OH 44117


MARCEL ZAJAC
320 POWER ST
AKRON, OH 44311


MARCELINE EXILHOMME
3610 NW 21ST APT.301
LAUDERDALE LAKES, FL 33311

```
MARCELLUS DOGO-ISONAGIE
3714 BRENBROOK DR
RANDALLSTOWN, MD 21133


MARCELLUS DOGO-ISONAGIE
3714 BRENBROOK DR
BALTIMORE, MD 21207


MARCIA FERGUSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MARCO MICALETTO
406 SUMNER ST
APARTMENT B-14
AKRON, OH 44311


MARCO MILANESE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MARCOS CASTILLO
9075 SW 36TH MANOR
MIRAMAR, FL 33025


MARCOS EMILIANI
15051 ROYAL OAKS LANE
APT 403
MIAMI, FL 33181


MARCOS HERNANDEZ
620 BACTHEL STREET SE
NORTH CANTON, OH 44720


Marcos Pantoja
1350 N Howard St.
Apt. 302
Akron, OH 44310


MARCQUES GIBBS-MCHAYLE
547 S 2ND ST
DARBY, PA 19023
```

MARCUS BRAZZEL
18180 NW 68TH AVE
APT #202-E
HIALEAH, FL 33015


Marcus Campbell
1645 Treutlan Place
Nashville, TN 37207


MARCUS DAVIDE
8841 SW 105 ST
MIAMI, FL 33176


MARCUS FLOWERS
2404 KEYBERRY LANE
BOWIE, MD 20715


MARCUS HALTON
5480 PREAKNESS LANE, APT 831
DALLAS, TX 75211


MARCUS MCNEAL
38516 OAK HILL LANE APT 3
WILLOUGHBY, OH 44094-7661


MARCUS MILLER
6043 ORCHARD RD
DOUGLASVILLE, GA 30135


MARCUS MILLER
2078 VILLAGE CREST DRIVE NW
ATLANTA, GA 30318


MARCUS THOMAS
720 KAHN DR
BALTIMORE, MD 21208-5826


Marcus Thompson
1029 N Wolfe St
Baltimore, MD 21205-1115


MARCUS WEATHERBEE
5221 COLDBROOK DRIVE
MANTUA, OH 44255

Marcy Alvarex, DO PA
Lincoln Road Dermatology
1111 Lincoln Rd., Suite 375
Miami Beach, FL 33139


Marcy Ekomwenrenren
1714 Holbrook St.
Baltimore, MD 21202-5809


Mardis Leigh
7911 Idian Hwy
Apt. 412
Fort Washington, MD 20744


MARDIS LEIGH
8924 BLUFFWOOD LANE
FORT WASHINGTON, MD 20744


MARGARET MARTEN
4646 DRESHER TRAIL
STOW, OH 44224


MARGARET MEHLMAN
4212 MUSCOVY LN
BATAVIA, OH 45103


MARGARET MICHELS
416 MARYLAND COURT
VIRGINIA BEACH, VA 23451


MARGARET REILLY
2511 WEST VILLAGE DRIVE
TOLEDO, OH 43614


MARGARET STEHNO
W3851 KELLY ROAD
LAKE GENEVA, WI 53147


MARGARET TOPALIAN
12367 TAYLOR WELLS ROAD
CHARDON, OH 44024


MARGARET WOLPERT
312 PLYMOUTH DR
BAY VILLAGE, OH 44140

MARGARITA PAYERO
470 NE 194TH TERRACE
MIAMI, FL 33179


Marheanne Abbigail Retardo
3987 Vira Rd.
Stow, OH 44224


MARHEANNE ABBIGAIL RETARDO
1905 FAIRWAY DR
WICKLIFFE, OH 44092


MARIA ALONSO
615 SANDUSKY ST
DELAWARE, OH 43015


Maria Bardeeva
3301 College Ave.
Fort Lauderdale, FL 33314


MARIA BARONETTO
14201 SW 88TH ST
APT 209D
MIAMI, FL 33186


MARIA BARREAT
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Maria Boix Braga
9800 W Bay Harbor Dr.
Apt. 402
Miami Beach, FL 33154


MARIA BOIX BRAGA
2801 NE 183RD ST
APT 101
AVENTURA, FL 33160


MARIA BOIX BRAGA
9800 W BAY HARBOR DR
APT 402
BAY HARBOR ISLANDS, FL 33154

MARIA CAPRILES
3301 NE 1ST AVE
UNIT H-915
MIAMI, FL 33137


MARIA CEBALLOS-ZAGALES
14244 SW 117TH TERRACE
MIAMI, FL 33186


Maria Ciccolini
80 E Exchange St.
Apt. 245D
Akron, OH 44308


MARIA CORNU LAPORT
16736 SAPPHIRE ISLE
WESTON, FL 33331


MARIA CRUZ
1581 BRICKELL AVE. APT.#408
MIAMI, FL 33129


MARIA CRUZ POLANCO
6931 SW 16TH COURT
NORTH LAUDERDALE, FL 33068


MARIA DIAZ
1404 GLEN DR
MCHENRY, IL 60050


MARIA GONZALEZ
3606 MT EVEREST STREET
DALLAS, TX 75211


MARIA GREENE
1131 NW 122ND STREET
MIAMI, FL 33168


MARIA GUTIERREZ
11288 SW 161 PL.
MIAMI, FL 33196

MARIA HACHE
7000 SW 62nd Ave
Ste PH-M
SOUTH MIAMI, FL 33143


MARIA IGLESIAS VILLAREJO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Maria Ignacia Scharffenorth
2886 SW 32nd Ct.
Miami, FL 33133


Maria J. Armstrong
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215-4291


MARIA JONES
3525 ELMORA AVE
BALTIMORE, MD 21213


MARIA KECSKEMETI
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MARIA KESCKEMETI
312 S 17TH AVENUE
HOLLYWOOD, FL 33020


MARIA LOPEZ
9055 CARDELLA AVENUE
DALLAS, TX 75217


MARIA MARONGIU
77 FIR HILL STREET, APT 7C4
AKRON, OH 44304


Maria Montoya
1840 SW 44th Ave
Apt. B
Fort Lauderdale, FL 33317

Maria Pappa
5008 Norbeck Rd.
Rockville, MD 20853


MARIA PEREZ HERNANDEZ
2201 NW 168 AVE, #8-102
NO:12-47
PEMBROKE PINES, FL 33028


MARIA ROSADILLA
16736 SAPPHIRE ISLE
WESTON, FL 33331


MARIA SANCHEZ
3420 SW 195TH AVE
MIRAMAR, FL 33029


Maria Simmonds
1105 Westwood Ave.
Columbus, OH 43212


MARIA ZHGUN
1800 S.OCEAN DR. APT 2502
HALLANDALE BEACH, FL 33009


MARIACIRA DI SANTI
8006 SW 158TH CT
MIAMI, FL 33193


MARIAH BENSON
16687 FALMOUTH DRIVE
STRONGSVILLE, OH 44136-7411


MARIAH BENSON
1901 PARKWAY DRIVE
CLEVELAND, OH 44118


Mariah Bowser-Jones
1443 Park St.
Sidney, OH 45365


MARIAH CUNNINGHAM
15233 LINDITA DRIVE
HOUSTON, TX 77082

MARIAH HARNISH
3423 BAILEY ROAD
CUYAHOGA FALLS, OH 44221


MARIAH HILLERY
10012 N ASTER AVE
APT B
TAMPA, FL 33612


MARIAH MAEULI-SHEFFIELD
3377 LEES AVENUE
LONG BEACH, CA 90808


MARIAH MASEULI-SHEFFIELD
3377 LEES AVENUE
LONG BEACH, CA 90808


MARIAH MOSTARDI
3376 SUMMIT RD
RAVENNA, OH 44266


MARIAH OSBORNE
4011 N UNIVERSITY DRIVE
APT. H-201
FORT LAUDERDALE, FL 33351


Mariah Pasternak
1313 Oak Hill Ct.
Apt. 176
Toledo, OH 43614


Mariah Reyes
600 E. Yeasting St.
Gibsonburg, OH 43431


Mariama Ndure
12120 Clifftondale Dr.
Silver Spring, MD 20904-1941


MARIAMA NDURE
12120 CLIFFTONDALE DR
SILVER SPRING, MD 20904-1941

MARIAN GARREN
9108 FAYETTE AVENUE
AFFTON, MO 63123


MARIAN SMITH
2200 CHATAM HILL ST.
GRAPEVINE, TX 76051


MARIANA CLAVIJO STEVENSON
1915 MADEIRA DR
WESTON, FL 33327


MARIANA RINCON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MARIANA SILVESTRI
6880 SILKWOOD LANE
CLEVELAND, OH 44139


MARIANDREA RODRIGUEZ
88 SW 7TH ST
APT 4004
MIAMI, FL 33130


MARIANELA LUPORINI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


MARIANO BENZAQUEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


MARICIA FREDERICK DORMEVIL
225 NE 175 STREET
N. MIAMI BEACH, FL 33162


MARIE  MASTRANGELO
8331 NW 7TH CT
BOCA RATON, FL 33487


MARIE BROOKS
502C DALEY
2500 WEST NORTH AVENUE
RANDALLSTOWN, MD 21133

MARIE BROOKS
502C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MARIE DENIS
3612 NW 190TH ST
MIAMI GARDENS, FL 33056-3009


MARIE ETIENNE
108 NW 9TH TERR
HALLANDALE BEACH, FL 33009


MARIE OVERING
615 SANDUSKY ST
DELAWARE, OH 43015


MARIE RAINA MOISE
1830 WASHINGTON AVENUE
OPA LOCKA, FL 33054


MARIE ROCHE
170 NW 21ST STREET
POMPANO BEACH, FL 33060


MARIE ROSE PIERRE
1020 SW 29TH WAY
FORT LAUDERDALE, FL 33312-2848


MARIEKA PHILLIPS
3872 LANCEWOOD DR
POMPANO BEACH, FL 33065


MARIELA CANO
16362 SW 50TH TERRACE
MIAMI, FL 33185


Mariella Santucci
1600 W Rocket Dr.
Toledo, OH 43606


MARIELLA SANTUCCI
2241 UNIVERSITY HILLS BLVD
APT 304
TOLEDO, OH 43606

```
MARIELYS CONCEPCION
28901 SW 164 AVE
HOMESTEAD, FL 33033


MARIELYS CONCEPTION
28901 SW 164 AVE
HOMESTEAD, FL 33033


Marieme Ndaw
5434 Hilltop Ave.
Baltimore, MD 21206


MARIJA PALEKA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


MARILYN PICKENS
1102 JAVA PL
LANDOVER, MD 20785


MARINA BARINSHTEIN
19380 COLLINS AVE #1416
SUNNY ISLES BEACH, FL 33160


MARINA KRAVCHENKO
1410 WOODPATH CT
HUDSON, OH 44236


Marinela M. Nemetz, DDS
12421 San Jose Blvd.
Ste. 320
Jacksonville, FL 32223


Mario A. Almeida, MD PA
7000 SW 6nd Ave. #605
Miami, FL 33143


MARIO ALVAREZ
116 COLE DR
JOHNSTOWN, OH 43031


Mario Bonsignore
4502 Warm Stone Cir.
Perry Hall, MD 21128
```

MARIO ECHEVERRI
577 BROOKLINE CT
NORTHFIELD, OH 44067


MARIO HENRY
3205 MAYFAIR RD
GWYNN OAK, MD 21207


MARIO MCTIER
3074 16TH AVENUE S
SAINT PETERSBURG, FL 33712


MARIO MORALIEV
1516 ALICEANNA ST
BALTIMORE, MD 21231-2802


MARIO MURRAY
1915 FOX ST APT 103
ADELPHI, MD 20783-2365


MARION MOORE
1595 SAINT ANTHONY AVE
APT 10
SAINT PAUL, MN 55104


MARION WILES
4585 REEDY BRANCH ROAD
BLACKVILLE, SC 29817


Marisa Cargill
2114 - 6th St.
Cuyahoga Falls, OH 44221


Marisa Sierra
4069 Nantuckett Dr.
Toledo, OH 43623


MARISA SIERRA
4069 NANTUCKETT DR
TOLEDO, OH 43623


MARISA VICERE
405 WEST LEBANON RD
DOVER, DE 19901

Marissa Austin
8851 Heathermore Blvd.
Apt. 301
Upper Marlboro, MD 20772


MARISSA BERTINO
525 CEBARBERRY COURT
PAINESVILLE, OH 44077


Marissa Boniszewski
1859 Middlesbrough Ct.
Apt. 6
Maumee, OH 43537


MARISSA BONISZEWSKI
1859 MIDDLESBROUGH CT
APT 6
MAUMEE, OH 43537


Marissa Brown
6026 Meyers Landing Court
Burke, VA 22015


Marissa Culp
1845 Saragossa St.
Pomona, CA 91768


MARISSA CULP
2400 OVERLAND AVENUE
BALTIMORE, MD 21214


Marissa Harrington
18 Karis St.
Waterville, OH 43566


MARISSA HORNING
6771 SECKEL DRIVE
WESTERVILLE, OH 43082


MARISSA MACHESE
5888 AMRAP DR
CLEVELAND, OH 44130

```
MARISSA MARCHESE
5888 AMRAP DR
CLEVELAND, OH 44130


MARISSA PHILLIPS
5817 WESLEYAN DRIVE
PO BOX B80
VIRGINIA BEACH, VA 23455


Marissa Wickes
3483 NW 13th St.
Fort Lauderdale, FL 33311


Marissa Wierzbicki
406 Keisel Ct
Powell, OH 43065-7481


MARISSA WITTMANN
3310 LINDEN PL
CANFIELD, OH 44406


MARJAN ALSADAT KASHFIPOUR
451 BROWN STREET
APT 6
AKRON, OH 44311


MARJORIE B WILTSHIRE
485 PIEDMONT CIRCLE
YORK, PA 17404


MARJORIE WILTSHIRE
485 PIEDMONT CIRCLE
YORK, RI 17404


Mark A. Scott, DC
1801 Pleasure House Rd.
Virginia Beach, VA 23455


MARK AND KAMBOUR MD
PO BOX 100914
ATLANTA, GA 30384


Mark Anderson
12214 Madeley Ln
Bowie, MD 20715-2901
```

MARK BERNHARDT
1601 E Brownard Blvd.
FORT LAUDERDALE, FL 33301


MARK BROWN
9576 HADWAY DRIVE
INDIANAPOLIS, IN 46256


Mark Bruss
450 N River Rd.
Waterville, OH 43566


MARK BUCHANAN
3617 CAMPFIELD RD
GWYNN OAK, MD 21207


Mark Creamer
21090 Padero Ave.
Saratoga, CA 95070


MARK ELLIS
216 BUCKINGHAM CT
WILLIAMSTOWN, NJ 08094


Mark Fadel
636 Pine Valley Ln
Apt. 101
Toledo, OH 43615


MARK FADEL
608 PINE VALLEY LN APT 204
TOLEDO, OH 43615


Mark Kambour, MD PA
4665 Ponce de Leon Blvd.
Miami, FL 33146


MARK KOSKI
1202 GRAFTON SHOP ROAD
BEL AIR, MD 21014


MARK KOSTELAC
11405 WOODIEBROOK RD
CHARDON, OH 44024

```
MARK LARSEN
4919 ROSALIND LANE
POWELL, OH 43065


MARK LONDON
306C DEDMOND
2500 WEST NORTH AVENUE
DUNDALK, MD 21222


MARK LONDON
306C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Mark Okoroji
14007 Lake Meadows Dr.
Bowie, MD 20720-3816


Mark Peasley
7145 Mildon Rd.
Painesville, OH 44077


MARK PEASLEY
679 ARDLEIGH DR
AKRON, OH 44303


MARK RUDOLPH
3715 BROOKSIDE RD
OTTAWA HILLS, OH 43606


Mark Smith
1679 Township Rd. 378
Steubenville, OH 43952


MARK SOBNOSKY
502 WEST NIMNSILA ROAD
NEW FRANKLIN, OH 44319


MARK THOMPSON
705 17TH ST SE
WASHINGTON, DC 20003


MARKAVOUS HAMPTON
918 SPRINGDALE RUN
MEMPHIS, TN 38108
```

Markayla Algood
4911 Jack Linton Way N
Frederick, MD 21703-7536


MARKEA CARTER
16 CINNAMON CIRCLE
APT. 3A
RANDALLSTOWN,, MD 21133


MARKEITH DOKES
340 W 25TH ST
WEST PALM BEACH, FL 33404


MARKEL DAVIS
1478 STANDRIDGE STREET
MEMPHIS, TN 38018


MARKELON LEE
2627 PARKROW AVENUE
DALLAS, TX 75215


Markese Bostic
1659 Boardwalk
Florissant, MO 63031


MARKETA CONEY
8247 QUEEN AVENUE NORTH
BROOKLYN PARK, MN 55444


Marketa Lewis
3201 Weller Rd
Silver Spring, MD 20906


Markeyciuna Richardson
117 W C St
Brunswick, MD 21716


MARKIA COUNTEE
5012 DICKEY HILL RD APT C4
BALTIMORE, MD 21203


MARKIA COUNTEE
5012 DICKEY HILL RD APT C4
GWYNN OAK, MD 21207

MARKIA MOTON
306B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MARKISHA GRANT
3322 NW 33RD AVENUE
LAUDERDALE LAKES, FL 33309


MARKO BAZHULICH
325 S. BISCAYNE BLVD.
#3020
MIAMI, FL 33131


MARKUS JOHNSON
60 PHILLIP DRIVE
ELLABELL, GA 31308


MARKUS WILLIAMS
8920 YADAK ROAD
DALLAS, TX 75249


MARLEE REYNOLDS
304 TREIS TRL
YORKTOWN, VA 23693


MARLENE SANAGURAI
1216 SUNBURY RD
COLUMBUS, OH 43210


MARLENE WHITE
5 MOONLIGHT CT.
CHRISTIANA, DE 19702


MARLEY OLES
14440 LEFFINGWELL ROAD
BERLIN CENTER, OH 44401


MARLI HAYWARD
5817 WESLEYAN DRIVE
PO BOX C339
VIRGINIA BEACH, VA 23455

MARLISHA PASS
1049 ALABAMA AVE
CLEWISTON, FL 33440


Marlyn Silva
5513 Harvey Lane
Alexandria, VA 22312


MARQUEL MAYO
2431 LAKE LUCINA DRIVE
JACKSONVILLE, FL 32211


MARQUELLE MCINTYRE
393 SUMNER ST
APT 112D
AKRON, OH 44304


MARQUERA CARNES
3851 KERWIN
MEMPHIS, TN 38128


MARQUERA CARNES
955 CHESTERTON
MEMPHIS, TN 38127


MARQUESE BUTLER
26 GREENBURY CT
BALTIMORE, MD 21207


MARQUESE FLUELLEN
6625 VERMILLION
JACKSONVILLE, FL 32208


MARQUIS EVANS
125 WROE AVE
DAYTON, OH 45406


MARQUIS PINDER
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Marquis Robinson
2409 Starcrest Dr
Silver Spring, MD 20904-5459

MARQUIS SENA
2251 SEDGWICK AVE
APT 3D
BRONX, NY 10468-5763


MARQUISE BROWN
4327 NORFOLK AVE
BALTIMORE, MD 21216-1137


Marquise Oneal
6910 Beech Ave.
Baltimore, MD 21206


Marquise Thorns
18717 Pennington Dr
Detroit, MI 48221


MARQUITA GREENE
1239 WASHINGTON BLVD
BALTIMORE, MD 21230


MARQUITHIAS JOHNSON
4317 SHEPHERD LANE
APT 5104
BALCH SPRINGS, TX 75180


MARRIAH WISE
7709 16TH AVE NW
BRADENTON, FL 34209


Marryll Brett
318 Stockton Ave.
Roselle, NJ 07203


Marsha A. Tilden, CNP
223 W William St.
Delaware, OH 43015


MARSHE GARY
172 CENTER RD
BEDFORD, OH 44146


Marshland Emergency Physicians
8201 W Broward Blvd.
Fort Lauderdale, FL 33324-2701

MARTEZ ALLEN
4774 DERBYSHIRE DRIVE
CLEVELAND, OH 44128


MARTHA MEZA GUZMAN
110 NE 2ND TERRACE
HALLANDALE BEACH, FL 33009


MARTHA OCHOA
225 ZAMORA AVE APT 2
CORAL GABLES, FL 33134


MARTHA PILON
4806 LAKEVIEW ROAD
WEST FARMINGTON, OH 44491


MARTHA RABINOVICH
21200 NE 38 AVENUE
AVENTURA, FL 33180


Marthalene Adams
5362 Perring Pkwy
Baltimore, MD 21239-3738


MARTIAL NOUTSA
100 WARWICKSHIRE LN APT N
GLEN BURNIE, MD 21061


Martin B Grossman, MD PA
21097 NE 27th Ct. #210
Miami, FL 33180


MARTIN BOGGESS
210-A SAN PASQUALE AVE NW
ALBUQUERQUE, NM 87104


MARTIN DEBRESU
2630 SHORE LINE DRIVE
APT B 24
AKRON, OH 44314


Martin Ellis
3616 Bellevue Rd.
Toledo, OH 43613

MARTIN ESQUIVEL
10413 28TH AVENUE E
PALMETTO, FL 34221


MARTIN HEALTH PHYSICIAN GROUP
1651 SE Tiffany Ave.
PORT SAINT LUCIE, FL 34952


MARTIN KENT
9742 NW 7TH CIRCLE
APT. 817
PLANTATION, FL 33324


Martin Keppler
11453 Fowlers Mills Rd.
Chardon, OH 44024


Martin Medical Center
PO Box 9030
Stuart, FL 34997-9030


Martin Memorial Physician Cor
2392 SE Ocean Blvd.
Stuart, FL 34996


MARTIN OWUSU-ANTWI
502A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MARTINA CERVANTES
14770 LASATER ROAD, APT 173
DALLAS, TX 75253


Martina Piergallini
3501 W Rolling Hills Cir.
Fort Lauderdale, FL 33328


MARTINA ROUSSEAU
1241 NE 158ST
MIAMI, FL 33162


MARTINE PEREZ
1782 FRANKLIN AVE
COLUMBUS, OH 43205

MARTINS UMEH
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


MARVELLOUS KEHINDE
6445 TYDINGS RD
ELDERSBURG, MD 21784-6142


MARVIN DORSEY
2407 SAINT STEPHENS CT APT 2B
BALTIMORE, MD 21216


MARVIN GRANT
302A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MARVIN MARTIN
15108 SW 104TH ST APT 724
MIAMI, FL 33196-3298


MARVIN NAGEL
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Marvin Okwensy
3604 Albee Lane
Apt. 102
Alexandria, VA 22309


Mary Adelola
9953 Good Luck Rd.
Apt. T4
Lanham, MD 20706


MARY AJEIGBE
12337 QUIET OWL LN
BOWIE, MD 20720-4308


Mary Aston
4417 Glencove Dr.
Portsmouth, VA 23703

MARY BRADLEY
1104 MORNING GLORY DRIVE
MACEDONIA, OH 44056


MARY BRAZILE
15011 DELANEY LANE
TALTY, TX 75216


MARY BUCHANAN
3617 CAMPFIELD RD
GWYNN OAK, MD 21207


MARY CALDWELL
733 WEST 73RD STREET
SHREVEPORT, LA 71106


Mary E. Mason
1168 First Colonial Rd.
Virginia Beach, VA 23454


MARY FATEHINSE
5925 RADECKE AVE APT H
BALTIMORE, MD 21206


Mary Ferrell
524 Winston Ave
Baltimore, MD 21212


Mary Gower
501 Ocean Trace Arch
Apt. 204
Virginia Beach, VA 23451


Mary Greggila
224 S Gordon Dr.
Oak Harbor, OH 43449


MARY KALLINICOU
656 PARKWAY DR
MARYSVILLE, OH 43040


MARY KOBERLEIN
1093 SAINT ANDREWS CT
AKRON, OH 44312

Mary Kopko
15630 River View Pl
Perrysburg, OH 43551


Mary Mansour
10744 W Sample Rd.
Pompano Beach, FL 33065


MARY MANSOUR
10744 WEST SAMPLE RD
CORAL SPRINGS, FL 33065


MARY NEKL
3416 WEST 132 STREET
CLEVELAND, OH 44111


MARY NEWMAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Mary Oakey
2346 Westbank Rd.
Toledo, OH 43614


MARY OAKEY
2346 WESTBANK RD
TOLEDO, OH 43614


MARY ROJAS
918 CAPRI STREET
CORAL GABLES, FL 33134


MARY SIFAIN
10744 WEST SAMPLE RD
CORAL SPRINGS, FL 33065


Mary Sunderhaus
3740 Darwin Ave.
Cincinnati, OH 45211


Mary van Allen
923 W Cross St.
Ypsilanti, MI 48197

MARY VAN ALLEN
923 WEST CROSS STREET
YPSILANTI, MI 48197


Mary Ward
705 Koch Dr.
Toledo, OH 43615


MARYA ALTALIP
4455 W SYLVANIA AVE APT 1B
TOLEDO, OH 43623


MARYAM ABUNNAJA
1033 LINDEN LN
TOLEDO, OH 43615


MARYANN OKEKE
104 PROSPERITY AVE SE APT A # A
LEESBURG, VA 20175-4148


MASON AVERILL
2323 JACOBY RD
COPLEY, OH 44321


MASON FOSTER
603 WEST COLLEGE STREET
BOONEVILLE, MS 38829


MASON LLOYD
436 4TH STREET SW
MASSILLON, OH 44647


MASON SCHICK
3390 S MAIN ST
AKRON, OH 44319


MASOOD YOUSEFI
80 E EXCHANGE ST. APT 227D
AKRON, OH 44308


MASOUD NAZARI
26 S ADAMS STREET, UNIT 2
AKRON, OH 44304

MASOUD NAZARI
430 SUMNER STREET, 201A
AKRON, OH 44304


MASOUD RAZAVI AGHJEH
1350 N HOWARD ST
DIPLOMAT BLDG
APT 406
AKRON, OH 44310


MASOUD SOBANI
1350 N HOWARD ST,
APT 406
AKRON, OH 44310


MASOUME DAVOUDI
634 E BUCHTEL AVE.
APARTMENT 308
AKRON, OH 44304


MATEO GREGORY
14 BETH COURT
OWINGS MILLS, MD 21117


MATHEUS CAIXE
16401 NW 37TH
UNIVERSITY INN. 101
MIAMI GARDENS, FL 33054


MATHEUS CAIXE
1221 OLIVE STREET APT 3
CONCORDIA, KS 66901


MATHEW CORFEE
9271 ROSEMARY LANE
MENTOR, OH 44060


Mathew Medeiros
2110 - 7th St.
Cuyahoga Falls, OH 44221


Mathew Reyes Montoya
1840 SW 44th Ave
Apt. B
Fort Lauderdale, FL 33317

MATHIAS METELLUS
1440 NW 33RD WAY
FORT LAUDERDALE, FL 33311


MATIN HAJIMOHAMMADI
668 SUMNER ST, 2ND FLOOR
AKRON, OH 44311


Matt Slonsky
146 Alden Ave.
Akron, OH 44313


Matthew A. Romano, MD
1500 E Medical Center Dr. #5144
Ann Arbor, MI 48109


MATTHEW ADKINS
3423 JONES STREET
RAVENNA, OH 44266


Matthew Agnew
1816 Eileen Rd.
Toledo, OH 43615


Matthew Anderson
1300 Weathervane Ln
Unit 3E
Akron, OH 44313


Matthew Baessler
128 1/2 Louisiana Ave.
Perrysburg, OH 43551


Matthew Barbour
105 Westminister Dr.
Saint Clairsville, OH 43950


MATTHEW BARBOUR
105 WESTMINISTER DR
ST. CLAIRSVILLE, OH 43950


MATTHEW BLAMBLE
237 STRATFORD AVE
WADSWORTH, OH 44281

Matthew Brangham
3159 Estuary Pl
Maumee, OH 43537


MATTHEW BRUYERE
4490 WAYNE ROAD
MANTUA, OH 44255


MATTHEW CRON
9724 COOPER LANE
CINCINNATI, OH 45242


Matthew D Hamilton, DC
155 Northland Dr.
Medina, OH 44256


MATTHEW DAILEY
2021 KEY ST APT H
MAUMEE, OH 43537


MATTHEW DAVIS
30630 DROUILLARD RD LOT 314
WALBRIDGE, OH 43465


Matthew Ellsworth
328 Maplewood Dr.
Canonsburg, PA 15317


MATTHEW ELLSWORTH
328 MAPLEWOOD DR
MCMURRAY, PA 15317


Matthew Fergusson-Will
1529 Arbor View Rd.
Silver Spring, MD 20902-1406


MATTHEW FLEMER
2751 KINGSFORD DR
TOLEDO, OH 43614


MATTHEW FOSS
6650 CORPORATE CENTER PKWY APT 1419
JACKSONVILLE, FL 32216

MATTHEW GAFFNEY
3769 LOCKWOOD AVE APT 6
TOLEDO, OH 43612


Matthew Goldmann
5452 Elmer Dr.
Toledo, OH 43615


MATTHEW HALL
239 ELMWOOD AVE
EVANSTON, IL 60202


MATTHEW HANSON
64 MATADOR LN
DAVIE, FL 33324


MATTHEW HARTER
3419 HEMPHILL ROAD
NORTON, OH 44203


MATTHEW HECKER
7492 CORINTH COURT
FARMDALE, OH 44417


Matthew Horner
965 Hidden Valley Dr.
Wadsworth, OH 44281


Matthew Hutcherson
2629 W Village Dr.
Toledo, OH 43614


MATTHEW HUTERSON
2629 W VILLAGE DR
TOLEDO, OH 43614


Matthew Johnson
3177 Vivian Rd.
Monroe, MI 48162


Matthew King
4599 Corner Stone Ct
Mason, OH 45040

```
MATTHEW KING
PO BOX 1750
ONECO, FL 34264


Matthew Kittelberger
1728 Sedwick Ave. NW
Massillon, OH 44646


MATTHEW LEE
9304 NEWKIRK DRIVE
CLEVELAND, OH 44130


MATTHEW LOWER
489 HERBERT ROAD
AKRON, OH 44312


MATTHEW LUDWIG
12950 WALDEN OAKS DR
CHARDON, OH 44024


MATTHEW MEDEIROS
2110 7TH ST
CUYAHOGA FALLS, OH 44221


MATTHEW MITCHELL
3743 U S ROUTE 422
SOUTHINGTON, OH 44470


MATTHEW OSSORIO
1811 SW 24 ST
CORAL GABLES, FL 33145


Matthew Pardi
222 Halligan Ave.
Columbus, OH 43085-2616


MATTHEW PEMBERTON
24 CIRCLE DR
GLEN COVE, NY 11542


MATTHEW PERISON
1547 S LINCOLN ST
KENT, OH 44240
```

```
MATTHEW PETERSON
2266 28TH STREET
CUYAHOGA FALLS, OH 44223


MATTHEW PETRELLA
251 HARVARD BLVD
STEUBENVILLE, OH 43952


Matthew Popielarczyk
8600 Wiese Rd.
Brecksville, OH 44141-2047


MATTHEW RUIZ
3391 W 99TH PL
HIALEAH, FL 33018-2029


MATTHEW SAMUELS
499 GAZETTA WAY
GREENACRES, FL 33413


MATTHEW SEIDEL
9862 NW 2ND COURT
PLANTATION, FL 33324


Matthew Seidl
9862 NW 2nd Court
Fort Lauderdale, FL 33324


MATTHEW SEIDL
9862 NW 2ND COURT
PLANTATION, FL 33324


MATTHEW SHEETS
3398 STARWICK DR
CANFIELD, OH 44406


MATTHEW SIEDL
9862 NW 2ND COURT
PLANTATION, FL 33324


MATTHEW SISSERSON
2401 DALESFORD DRIVE
CHARLOTTE, NC 28205
```

Matthew Smith
217 Idaho Ave.
Lorain, OH 44052


MATTHEW SMITH
1221 NE 152 ST
NORTH MIAMI BEACH, FL 33162


Matthew Tarchick
1351 Buckingham Gate Blvd.
Unit 12
Cuyahoga Falls, OH 44221


MATTHEW TARCHIK
1351 BUCKINGHAM GATE BLVD
UNIT 12
CUYAHOGA FALLS, OH 44221


MATTHEW VALENTIN
176 CONNECTICUT AVENUE
STAMFORD, CT 06902


Matthew Walker, CHC
1035 - 14th Ave. N
Nashville, TN 37208


Matthew Zahorec
794 Oak Shadows Rd.
Kissimmee, FL 34747


MATTHEW ZAHOREC
794 OAK SHADOWS ROAD
CELEBRATION, FL 34747


MATTHEW ZILLA
2966 TORREY PINES CIRCLE NW
CANTON, OH 44708


Matthew-Ahmad Moore
12613 Eastbourne Dr
Silver Spring, MD 20904-2042


Matthieu Meihls
3019 Easton Ridge Pl
Fort Wayne, IN 46818

MATTIAS HANNA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


MATVEY BUDAEV
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Mauel Cruz
1525 Dunwoody Ave.
Oxon Hill, MD 20745-2310


Mauel Holmes
1277 Suellen Way
Clarksville, TN 37042


MAURA LINDSEY
116 HAMILTON AVE
PANAMA CITY, FL 32401-3873


Maureen Connors Co., LPA
6625 Pearl Rd.
Cleveland, OH 44130


MAURICE DOSSO
4360 PLANET CIRCLE
UNION CITY, CA 94587


MAURICE HARRIS
2127 POTOMAC DR
TOLEDO, OH 43607


Maurice Hawkins
1601 Riverwood Rd
Essex, MD 21221-2917


MAURICE HERNDON
1641 L ST N.E
WASHINGTON DC, DC 20002


Maurice Lewis
5704 Cypress Creek Dr.
Apt. 301
Hyattsville, MD 20782

MAURICE REDDING
6530 SW 22ND STREET
MIRAMAR, FL 33023


MAURICE TALLEY
1308 WEST 91ST STREET
CLEVELAND, OH 44102


MAURICE WILLIAMS
17115 NE 4TH PLACE
NORTH MIAMI BEACH, FL 33162


MAURICIO FERNANDEZ
6080 WEST FLAGLER ST APT 20
MIAMI, FL 33144


MAURICIO RODRIGUEZ
11113 NW 72ND TERRACE
MEDLEY, FL 33178


MAURICIO VAZQUEZ VARGAS
1113 N BYRNE RD
TOLEDO, OH 43607


MAURISHA EBANKS
1232 PARKWOOD AVENUE
GROVELAND, FL 34736


MAVERICK WOLFLEY
349 VILLA VIEW DRIVE
MORGANTOWN, WV 26505


MAVIS AGGREY
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Mawuena Sedzro
12315 Graham St
Apt. 42
Moreno Valley, CA 92557


MAWUKO KOFFI
5632 PINE ST
PHILADELPHIA, PA 19143-1322

Max Banke
324 Oak Forest Rd.
Dayton, OH 45419


MAX HAMILTON
921 MIRAMAR PLACE
CORPUS CHRISTI, TX 78411


MAXIM GURA
2113 NE 9TH AVE #3
MIAMI, FL 33305


Maximiliano Liriano
660 Glenmore Ave.
Brooklyn, NY 11207


MAXIMILLIAN EDELMAN
6411 WEST CLINTON AVENUE
CLEVELAND, OH 44102


Maximillien Njomegne Kamdem
8414 Greenway Rd
Apt. D
Parkville, MD 21234-5036


MAXINE SAUNDERS
20085 NE 3RD CT APT 6
MIAMI, FL 33179


MAXWELL BEARD
842 LOS ROBLES AVE
PALO ALTO, CA 94306-3124


MAXWELL BEARD HAUPT
5 AVON DR
MADISON, NJ 07940-1201


Maxwell Cooper
4313 Moser Ln
Perrysburg, OH 43551


MAXWELL DUELL
1295 DRESDEN DR NE
UNIT 328
BROOKHAVEN, GA 30319

MAXWELL HENDRIX
213 NORTH SANDUSKY STREET
DELAWARE, OH 43015


MAYA BERROUET
2205 PORTOFINO AVE
HOMESTEAD, FL 33033


MAYA BERROUET
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MAYA GIBBS
1541 PENTRIDGE ROAD, APT. 405 D
BALTIMORE, MD 21239


Maya Hudson
5805 Nebraska Ave.
Toledo, OH 43615


MAYA JACK
2230 BUTLER BAY DR.
WINDERMERE, FL 34786


Maya Layne
333 Martense St.
Apt. 5D
Brooklyn, NY 11226-4258


Maya Lowe
4587 Saint George Ave.
Baltimore, MD 21212-4629


MAYA MCKNIGHT
501 WEST UNIVERSITY PARKWAY B3
BALTIMORE, MD 21210


MAYA NAIR
PERRY'S CROSSING APARTMENTS
1030 VALLEY BLUFF DR APT 11
PERRYSBURG, OH 43551


Maya Parker
248 - 57th St. NE
Washington, DC 20019

Maya Washington
1513 C Street SE
Washington, DC 20003


MAYA WASHINGTON
1513 E ST SE
WASHINGTON, DC 20003-2444


Mayo Clinic Jacksonville
4500 San Pablo Rd. S
Jacksonville, FL 32224


MAZIAR LOTFIZADEHDEHKORDI
101 MERRIMAN RD
APT 10
AKRON, OH 44303


MAZIYAR ASKARI KARCHEGANI
1747 LIBERTY DR
AKRON, OH 44313


MAZIYAR ASKARI KARCHEGANI
915 QUARRY DR
AKRON, OH 44307


MBB Radiology
3599 University Blvd. S #300
Jacksonville, FL 32216


MC BACK AND SPINE CENTER
PO BOX 9033
100
STUART, FL 34994


MCF Jupiter, FL
3889 Miltary Trail #101
Jupiter, FL 33458


McKay Dermatology Medspa, PA
969 SE Central Pkwy
Stuart, FL 34994


MCKENNA DARR
5420 SCHENK RD
SANDUSKY, OH 44870

```
MCKENNA SHIVES
5525 WALNUT GROVE CIR
STRUTHERS, OH 44471


MCKENSIE BRANTLEY
9428 NORTH AVE
ST LOUIS, MO 63114


MCKINNELL FERGUSON
121 BROOKLYN ST
OAK HARBOR, OH 43449


MD BILLAL HOSSAIN
437 SUMNER ST. APT J
AKRON, OH 44304


MD EHSANUL HAQUE
685 SHERMAN STREET
APARTMENT-19, 3RD FLOOR
AKRON, OH 44311


MD EHSANUL HAQUE
437 SUMNER STREET
APARTMENT-F1
AKRON, OH 44304


MD Live
13630 NW 8th St.
Ste. 205
Sunrise, FL 33325


MD Live
13630 NW 8th Street, Suite 205
Fort Lauderdale, FL 33325


MD MAMUN BISWAS
543 E-BUCHTEL AVENUE,APT 1
AKRON, OH 44304


MD NOW MEDICAL CENTERS
2007 Palm Beach Lakes Blvd.
WEST PALM BCH, FL 33409
```

MD TAWHID BIN TAREK
161 MARTIN LUTHER KING JR. BLVD.
APARTMENT# 301
AKRON, OH 44304


MD. ARIFUL HASAN
437, SUMNER STREET  APT J
AKRON, OH 44304


MD. ARIFUL HASAN
1830 E JOHNSON AVENUE
APT 84
JONESBORO, AR 72401


MD. HASAN RAHMAN
161 MARTIN LUTHER KING JR BLVD
APT 203
AKRON, OH 44304


MD. MAHFUJUL KHAN
543 E. BUCHTEL AVE APT 1
AKRON, OH 44304


MD. OMAR FARUK EMON
437 SUMNER ST.
APT. L
AKRON, OH 44304


MD. RUBAYAT-UL- ISLAM
430 SUMMER STREET, APT 203A
AKRON, OH 44304


MD. ZAKIRUL ISLAM
161 MARTIN LUTHER KING JR BLVD
APT 201
AKRON, OH 44304


MDLive Medical Group, PA
13630 NW 8th St.
Suite 205
Fort Lauderdale, FL 33325


MEAGAN MCCOY
596 DEBBINGTON DRIVE
BAY VILLAGE, OH 44140

MEAGAN ROSS
6700 BERKEY SOUTHERN RD
WHITEHOUSE, OH 43571


Mease Countryside Hospital
3231 McMullen Booth Rd.
Safety Harbor, FL 34695


Med City Arlington
3301 Matlock Rd.
Arlington, TX 76015


MED DIVISION OF MEDICINE
130
HOLLYWOOD, FL 33021


MEDEA SHANIDZE
29200 SILVER CREEK DR APT 2B
PERRYSBURG, OH 43551


MedEquip, Inc.
27 Brookline
Aliso Viejo, CA 92656


MedHealth
451 Little Bourke St.
Melbourne VIC 3000
Australia


Medical Center of Winston Towers
17395 N Bay Rd.
North Miami Beach, FL 33160


Medical Center Radiologists, Inc.
5544 Greenwich Rd., Suite 200
Virginia Beach, VA 23462


Medical Center Radiology Group
20 W Kaley St
Orlando, FL 32806


Medical City Dallas, Asc
7777 Forest Lane
Suite 150, Bldg C
Dallas, TX 75230

Medical Diagnostic Lab, LLC
2439 Kuser Rd.
Trenton, NJ 08690


Medical Mutual
Mutual Health Services
PO Box 932627
Cleveland, OH 44115


MEDINA ALI
4001 COLCHESTER RD.
APT. 179
BALTIMORE, MD 21229


Medina HMT Dermatology
5783 Wooster Pike
Medina, OH 44256


MEDJINA SAINT FLEUR
2868 SILVER RIDGE DR.
HIAWASSEE, FL 32818


MEDPRO URGENT CARE CENTER
2950 Griffin Rd.
DAVIE, FL 33312


MEETA TRIVEDI
1350 N HOWARD STREET
APT 510
AKRON, OH 44310


MEGAN BOCKELMAN
5292 BAZETTA ROAD
CORTLAND, OH 44410


MEGAN BROGDEN
401C DALEY
2500 WEST NORTH AVENUE
PIKESVILLE, MD 21208


Megan Bruck
5757 Zink Rd.
Maybee, MI 48159

MEGAN BURMEISTER
3203 MUIRFIELD AVE
TOLEDO, OH 43614


MEGAN CHAPLIN
22322 PINNACLE POINT
STRONGSVILLE, OH 44149


Megan Collins
921 Eleanor
Toledo, OH 43612


MEGAN CZUCHRA
3712 WADE AVENUE
ASHTABULA, OH 44004


MEGAN DANN
6120 REESE RD #316
DAVIE, FL 33314


MEGAN DAVIS
12473 TOWNSHIP ROAD 85
THORNVILLE, OH 43076


MEGAN EMERSON
3407 OAK ALLEY CT APT 206
TOLEDO, OH 43606


Megan Eyre
534 Munster Dr.
Fayetteville, OH 45118


Megan Gribble
4720 Whitehouse Spencer Rd.
Monclova, OH 43542


MEGAN KERN
1402 HIDDEN HEMLOCK DRIVE
AUSTINBURG, OH 44010


MEGAN KLEIN
4408 DRUMMOND RD.
TOLEDO, OH 43613

Megan Lassiter
5140 NW 82nd Terrace
Pompano Beach, FL 33067


MEGAN LASSITER
5140 NW 82ND TERRACE
CORAL SPRINGS, FL 33067


Megan Maas
627 Wayne St.
Delphos, OH 45833


MEGAN MADDOX
12939 MADISON ROAD
MIDDLEFIELD, OH 44062


MEGAN MILLER SEE
2840 SW 75TH WAY
APT. 2415
DAVIE, FL 33314


MEGAN MUNYON
608 ROYAL WOODS DRIVE
WADSWORTH, OH 44281


MEGAN NUGENT
32 LUCINDA LN
ROCHESTER, NY 14626


MEGAN POTEAU
6750 ARBOR DR APT 206
MIRAMAR, FL 33023-4871


MEGAN POULOS
5936 YARMOUTH AVE
TOLEDO, OH 43623


MEGAN SCHMALENBERGER
3535 DARBYSHIRE DR
HILLIARD, OH 43026


MEGAN SEFCIK
373 CARROLL ST APT 62
AKRON, OH 44325

Megan Sharrett
4057 W Bancroft St.
Toledo, OH 43606


MEGAN SHARRETT
644 BRIGHTON ST
PICKERINGTON, OH 43147


MEGAN SHARRETT
4057 W. BANCROFT STREET
TOLEDO, OH 43606


MEGAN SMATHERS
195 E. MAIN ST.
CORTLAND, OH 44410


Megan Tamasovich
1098 Chester Way
Canal Winchester, OH 43110


MEGAN TILLMAN
4043 CLEGG RD
LAMBERTVILLE, MI 48144


MEGAN WHELCHEL
2550 2ND ST
APT 203
CUYAHOGA FALLS, OH 44221


Meghan Desanto
5409 Dalrymple St.
Virginia Beach, VA 23464


MEGHAN DESANTO
5817 WESLEYAN DRIVE
PO BOX A38
VIRGINIA BEACH, VA 23455


MEGHAN DESANTO
5409 DALRYMPLE STREET
VIRGINIA BEACH, VA 23464


Meghan Fentress
8425 Nathan Ave.
Norfolk, VA 23518

MEGHAN FENTRESS
5817 WESLEYAN DRIVE
PO BOX B385
VIRGINIA BEACH, VA 23455


MEGHAN FENTRESS
8425 NATHAN AVENUE
NORFOLK, VA 23518


MEGHAN MARASTI
513 PAMELA DRIVE
HARRISON CITY, PA 15636


Meghan Renius
6946 Meadowview Dr.
Lambertville, MI 48144-9769


Meghan Roderick
344 White Cliffs Ct.
Springfield, OH 45503


MEGHAN RZOTKIEWICZ
393 SUMNER STREET
APARTMENT 412A
AKRON, OH 44304


Meghan Wandtke
7757 Edge View Way
Apt. C
Sylvania, OH 43560


MEGHAN WANDTKE
7757 EDGE VIEW WAY APT C
SYLVANIA, OH 43560


Meharry Medical Group
1005 Dr. DB Todd Jr Blvd.
Nashville, TN 37208


MEHGANI GARTWRIGHT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

MEHKIA GADISON
6100 EAST RANCIER AVENUE
KILLEEN, TX 76543


MEHMET GORMEZ
195 WHEELER ST 105
AKRON, OH 44304


MEHRAN JABERZADEH
437 SHERMAN STREET
AKRON, OH 44311


MEHRAN JABERZADEH
77 FIR HILL AVENUE, APT. 7B2,
AKRON, OH 44304


MEKHYL ERBY
2149 NEWCASTLE DR
VACAVILLE, CA 95687


MEKIAH SMITH
2041 COVE LAKE RD
NORTH LAUDERDALE, FL 33068


MELANIA FLORES
14621 SW 11TH CT
PEMBROKE PINES, FL 33027


MELANIE CAYETANO
913 JAMAICAN DRIVE
GREENACRES, FL 33415


MELANIE COAK
36650 ROMULUS ROAD
ROMULUS, MI 48174


MELANIE JACOBS
618 6TH STREET NW
NORTH CANTON, OH 44720


Melanie McCowan
837 Maplewood Ave.
Sheffield Lake, OH 44054-3000

MELANIE MENDENDEZ
1532 BLUE GRASS BLVD
DELAND, FL 32724


MELANIE MENENDEZ
1532 BLUE GRASS BLVD
DELAND, FL 32724


MELANIE ROJAS HAMMANI
3358 W 97TH ST.
HIALEAH GARDENS, FL 33018


MELANIE ROJAS HAMMANI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Melanie Sue Lorenzo
3820 Whitley Park Dr.
Virginia Beach, VA 23456


Melanie Wallace
12836 Mermill Rd.
Portage, OH 43451


MELANY BRUNELY
14321 SW 88 ST/F409
MIAMI, FL 33186


MELASIA MALONE
7736 WATKINS CIRCLE
LONGVIEW, TX 75601


MELAYNA SURACE
429 SUNRISE DR
KENT, OH 44240


Melbeth M. Lusica, MD
100 Fairview Dr.
Franklin, VA 23851


MELEANA MAHONEY
120 S CULVER ST
BALTIMORE, MD 21229-3616

Meli Orthopedic Centers
2964 FL-7
Pompano Beach, FL 33063


MELIKA KING
4274 EAST 172ND PLACE
CLEVELAND, OH 44128


MELINDA BELLOT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MELINDA LASTYAK
2726 E WATER ST
ROCK CREEK, OH 44084


Melissa Babcook
3008 Sherbrooke Rd.
Toledo, OH 43606


MELISSA BARALT
14922 SW 29TH TERRACE
MIAMI, FL 33185


MELISSA CARMONA
13521 NW 9TH CT
PEMBROKE PINES, FL 33028


MELISSA CHAVARRI
17825 NW 80TH CT.
HIALEAH, FL 33015


MELISSA DORCE
6614 SW 18TH ST
HOLLYWOOD, FL 33023


MELISSA HAMILTON
7601 NORTH WEST 14TH STREET
HOLLYWOOD, FL 33024


MELISSA HAMILTON
PO BOX 292704
FORT LAUDERDALE, FL 33329

MELISSA JOHNSON
5708 VAN WERT AVENUE
BROOK PARK, OH 44142


MELISSA JOSEPH
14621 SW 176 TER
MIAMI, FL 33177


Melissa Lee
1930 S Dixie Hwy R7
West Palm Beach, FL 33401


MELISSA MARTINEZ
14622 SW 12TH LANE
MIAMI, FL 33184


MELISSA RESPETO
10824 N KENDALL DR
S-30
MIAMI, FL 33176


Melissa Robbins
3025 Cobblestone Dr.
Virginia Beach, VA 23452


MELISSA SCHILLING
8490 RAVENNA ROAD
TWINSBURG, OH 44087


Melissa Schmitt
3292 Prange Dr.
Cuyahoga Falls, OH 44223


MELISSA SEABOLT
429 N HAWKINS AVE
#310
AKRON, OH 44313


MELISSA SEPULVEDA
1280 N.E 213 TERRACE
MIAMI, FL 33179


MELISSA STARRE
4204 WEST 50TH STREET
CLEVELAND, OH 44144

MELISSA TUCHOLSKI
25964 THOMPSON ROAD
PERYSBURG, OH 43551


MELISSA TYMUL
5817 WESLEYAN DRIVE
PO BOX A74
VIRGINIA BEACH, VA 23455


MELISSA VILLASENOR-REYES
9307 SHADY LAKE DRIVE #202S
STREETSBORO, OH 44241


MELISSA WILLIAMS
MELISSA WILLIAMS
12669 SW 21ST STREET
MIRAMAR, FL 33027


MELODY GRAFALS
1716 EGRET ROAD
HOMESTEAD, FL 33035


MELODY THOMAS
2014 ROCK GLENN BLVD
HAVRE DE GRACE, MD 21078-2036


Melquel Bush
3911 Omega Ln
Sarasota, FL 34235


MELTON CAMPBELL
208C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MELVA COGDELLO
56 NE 162ND ST
NORTH MIAMI BEACH, FL 33162


Melvin Abangma
12904 Northampton Dr
Beltsville, MD 20705-6332

```
Melvin Butler
61 W Main St.
Frostburg, MD 21532


MELVIN KELLEY
4620 STOKES ST.
DALLAS, TX 75216


MEM DIVISION OF MEDICINE
1150 N 35th Ave., Ste. 130
HOLLYWOOD, FL 33021


MEMORIAL DIV OF GENERAL SURGE
601 N Flamingo Rd.
Ste. 409
Hollywood, FL 33028


MEMORIAL DIV OF ORTHO TRAUMA
1150 N 35th Ave., Ste. 130
HOLLYWOOD, FL 33021


MEMORIAL DIVISION OF CARDIAC S
1150 N. 35th Ave., Ste 605
HOLLYWOOD, FL 33021


Memorial Division of Infections Dis
3501 Johnson St.
Hollywood, FL 33021


MEMORIAL DIVISION OF MEDICINE
1150 N 35th Ave., Ste. 590
HOLLYWOOD, FL 33021


Memorial Division of Neurology
4302 Alton Rd. #330
Miami Beach, FL 33140


MEMORIAL DIVISION OF ORTHOPEDICS
1150 N 35th Ave., Ste. 130
HOLLYWOOD, FL 33021


Memorial Division of Pediatric Orth
1005 Joe DiMaggio Dr.
Hollywood, FL 33021
```

Memorial Division of Rehab Medicine
300 Hollywood Way
Hollywood, FL 33021


MEMORIAL FAMILY PRACTICE
PO BOX 277272
ATLANTA, GA 30384


MEMORIAL HERMANN
929 Gessner Dr., Ste 2600
Houston, TX 77024


Memorial Hosp Miramar
1901 SW 172nd Ave.
Hollywood, FL 33029


MEMORIAL HOSP PEMBROKE
PO BOX 538488
ATLANTA, GA 30353


MEMORIAL HOSP WEST
PO BOX 538488
157
PEMBROKE PINES, FL 33028


Memorial Hospital
3501 Johnson St.
Hollywood, FL 33021


Memorial Hospital Pembroke
PO Box 538488
Pembroke Pines, FL 33024


MEMORIAL PATHOLOGY CONSULTANT
1275 York Ave
New York, NY 10065


MENG ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MENGLONG DING
2220 HIGH ST. APT. 604
CUYAHOGA FALLS, OH 44221

MENGMENG ZHAO
2740 RYEWOOD AVENUE
APT B
COPLEY, OH 44321


MENGMENG ZHAO
1766 WEST MARKET STREET
APT D
AKRON, OH 44313


MENGSHA QIAN
55 FIR HILL STREET
APT, 8B6
AKRON, OH 44304


MENGXUE ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MENGYUE SUN
2816 WOOD DUCK LN
APT. 312
COVENTRY TOWNSHIP, OH 44319


MENGYUE SUN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MERCEDES WILLIAMS
7600 OAKBRIDGE DR
BALTIMORE, MD 21244


MERCY EKOMWENRENREN
1714 HOLBROOK ST
BALTIMORE, MD 21202-5809


Mercy Emergency Care Services, Inc.
3131 Queen City Ave.
Cincinnati, OH 45238-2316


Mercy Health Physicians Lorain
3600 Kolbe Rd. #227
Lorain, OH 44053

Mercy Health Physicians North
4126 N Holland-Sylvania Rd.
Ste. 220
Toledo, OH 43623


Mercy St. Anne Hospital
3404 W Sylvania Ave.
Toledo, OH 43623


Mercy St. Vincent Medical
2213 Cherry St.
Toledo, OH 43608


Mercy Wamwara
414 Crystal Point Dr.
Dayton, OH 45459


MEREDITH DUNN
3829 PEACH ORCHARD CIRCLE
PORTSMOUTH, VA 23703


MEREDITH MONTGOMERY
1375 WIMBLEDON CIRCLE
STOW, OH 44224


Meredith Stanford
707 Ransom St.
Maumee, OH 43537


Merhawit Tesfay
3 Candor Ct.
Reisterstown, MD 21136-3344


MERIAH STOKES
200 WILKIN STREET
SAINT PAUL, MN 55102


MERLE EDWARDS
2459 ZIMMERLY RD
ERIE, PA 16506


MERMOSE GOY
204A DALEY
2500 WEST NORTH AVENUE
WESTMINSTER, MD 21158

MERON DIBIA
521 E BUCHTEL AVE
AKRON, OH 44304


MERRYLL BRETT
318 STOCKTON AVE
ROSELLE, NJ 07203


Merveilles Tshintenge Mukad
1120 N Westwood Ave.
Apt. 2402
Raymond, OH 43067


MERVEILLES TSHITENGEMUKADI
1120 N WESTWOOD AVE APT 2402
TOLEDO, OH 43607


MERVIN POSEY
303B DEDMOND
2500 WEST NORTH AVENUE
WINDSOR MILL, MD 21244


MERVIN POSEY
303B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MESHARI ALAHMARI
270 E. EXCHANGE STREET, #1-409A
AKRON, OH 44304


MESHARI ALAHMARI
55 FIR HILL ST
APT 10BF
AKRON, OH 44304


MESHON PRIMM
10710 AVON AVENUE
CLEVELAND, OH 44105


Methodist Charlton Medical
3500 W Wheatland Rd.
Dallas, TX 75237

Methodist Dallas Medical
1441 N Beckley Ave.
Dallas, TX 75203


METHODIST RICHARDSON
PO BOX 911875
NEW YORK, NY 10003


Metrohealth Professional Group
2500 MetroHealth Dr.
Cleveland, OH 44109


Metrohealth System Medical Cen
10 Severance Cir
Cleveland, OH 44118


MHER TCHOLAKIAN
29341 BIRCHCREST WAY
FARMINGTN HLS, MI 48331-2433


MHHS SOUTHEAST HOSPITAL
PO BOX 301208
NEW YORK, NY 10003


MHP 24/7 CARE
801 South Douglas Rd.
PEMBROKE PINES, FL 33025


MHS
PO Box 72365
Cleveland, OH 44192-7488


Mi'Chal Moore
5319 Herring Run Dr.
Baltimore, MD 21214


Mia Bevilacqua
221 Hampshire Dr.
Sellersville, PA 18960


MIA BEVILACQUA
221 HAMPSHIRE DRIVE
SELLERSVILLE, PA 18960

MIA CROOMS
508B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


MIA MEINHARDT
5817 WESLEYAN DRIVE
PO BOX B50
VIRGINIA BEACH, VA 23455


MIAH GRUBER
74 W FOUNTAIN AVE
DELAWARE, OH 43015-1629


MIALISA HECTOR
2871 EDGECOMBE CIR NORTH APT F
BALTIMORE, MD 21215


MIALISA HECTOR
2871 EDGECOMBE CIR NORTH APT F
BALTIMORE, MD 21216


MIAMI BEACH ANESTHESIOLOGY ASS
4300 Alton Rd.
Miami Beach, FL 33140


Miami Beach CHC-Miami Childrens
3196 SW 62nd Ave.
Miami, FL 33173


MIAMI BEACH COMMUNITY HEALTH
11645 Biscayne Blvd.
Miami, FL 33181


MIAMI DADE CARDIO CONSULTANTS
PO BOX 742240
104
HIALEAH, FL 33014


Miami Joint Institute for Joint Rec
Kendall Medical Pavillion
11801 SW 90th St.
Suite 201
Miami, FL 33186

Miami Lakes Surgery Center
15501 NW 67th Ave.
Hialeah, FL 33014


Miami Physical Therapy Associates
2869 SW 27th Ave.
Miami, FL 33133


Miami Surgical Center
7600 SW 87th Ave.
Miami, FL 33173


Miami-Dade County Fire Rescue
9300 NW 41st St.
Miami, FL 33178-2414


MIAONA JONES
307A DALEY
2500 WEST NORTH AVENUE
COLUMBIA, MD 21045


MIAOYU WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Miasya Parker
213 Mount Sinai Coram Rd.
Coram, NY 11727-2244


Micaela Carroll
17478 Waterbridge Dr.
North Royalton, OH 44133


MICAELA KREUTZER
7 LONSDALE AVE
DAYTON, OH 45419-3143


MICAELA MILLER
701 BEECH STREET
PO BOX 594
STRYKER, OH 43557

MICAELA ORTIZ
4371 WILLOW POND RD
APT D
HAVERHILL, FL 33417


Micah Bush
5138 Darien Rd.
Baltimore, MD 21206


Micah Duckett
6120 Rose Bay Dr
District Heights, MD 20747


Micah Egiefameh
4943 Hazelwood Ave.
Baltimore, MD 21206-2261


MICAH FLEMMING
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MICAH MAGWOOD
907 THOMAS STREET.
KEY WEST, FL 33040


MICAH PETERS
16405 GOVERNOR BRIDGE RD APT 403
BOWIE, MD 20716-3726


MICAH ROBINSON
727 W 40TH ST APT 348
BALTIMORE, MD 21211-2342


Micaiah Muhammad
243 McCunley St.
Baltimore, MD 21229


MICAIAH MUHAMMAD
6500 WOODGREEN CIR
GWYNN OAK, MD 21207-7803


MICDEASHA HANNA
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054

Michael Abrahams
405 S Pin Island Rd.
#305
Fort Lauderdale, FL 33324


MICHAEL ADDERLY
15830 NW 38TH PLACE
CAROL CITY, FL 33056


MICHAEL AMETEKU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MICHAEL ANGELO HORSFORD
8802 THREE CHOPT RD APT 102
HENRICO, VA 23229-4730


MICHAEL AWOTOYE
8 BREEZE BRANCH COURT APT. G
LUTHERVILLE - TIMONIUM
LUTHERVILLE, MD 21093


MICHAEL AWOTOYE
18 ASTRO COURT
PARKVILLE, MD 21234


Michael Banco
2432 Old Stone Ct.
Apt. 7
Toledo, OH 43614


MICHAEL BANCO
2432 OLD STONE CT APT 7
TOLEDO, OH 43614


Michael Banks
485 Woodcrest Dr.
Wadsworth, OH 44281


MICHAEL BARBER
3934 CRANBERRY DRIVE N
GREENFIELD, IN 46140

Michael Bernal
1911 Covewood Ln
Woodstock, MD 21163


MICHAEL BERNAL
1911 COVEWOOD LANE
WOODSTOCK, MD 21163


MICHAEL BOWENS
12224 CHINALAKE DR.
DALLAS, TX 75253


Michael Brown
3131 Kingston Ct.
West Palm Beach, FL 33409


MICHAEL BROWN
6055 SOUTHFIELD RD
APT 1
DETROIT, MI 48228


MICHAEL BUDDENBERG
9170 LAFAYETTE DR NW
MASSILLON, OH 44647


MICHAEL CALDWELL
21660 EDGECLIFF DR
EUCLID, OH 44123-1161


MICHAEL CAMPBELL
26710 WHITEWAY DRIVE APT 321
CLEVELAND, OH 44143


MICHAEL CARRIZALES
7418 LAURA KOPPE DR
HOUSTON, TX 77028


MICHAEL CARRIZALES
1339 CLEAR VALLEY DRIVE
HOUSTON, TX 77014


MICHAEL CASSELL
2801 LIST AVENUE
BALTIMORE, MD 21214

MICHAEL CHICKERAL
29740 WINDSOR AVE
FLAT ROCK, MI 48134


MICHAEL COLE
888 MORNINGVIEW AVE
AKRON, OH 44305


MICHAEL DAVIS
16 KING RICHARD CT
BALTIMORE, MD 21237-4126


Michael Deleon
243 Hopewell Dr.
Powell, OH 43065


Michael Devries
1338 Kensington Blvd.
Bowling Green, OH 43402


MICHAEL DEVRIES
1338 KENSINGTON BLVD
BOWLING GREEN, OH 43402


MICHAEL DIETZEN
40 LEONARD AVENUE
NORTHFIELD, OH 44067


Michael Dota
1475 Mars Ave.
Lakewood, OH 44107


MICHAEL ECKRICH
3929 MINER DR
BRUNSWICK, OH 44212


Michael Edwards
8616 S Tripp Ave.
Chicago, IL 60652


MICHAEL EVANS
523 JOAN ST.
MACCLENNY, FL 32063

MICHAEL EVERSOLE
7752 JUSTUS AVENUE SW
NAVARRE, OH 44662


Michael Galobardi
4705 SW 62nd Ave.
Unit 204
Fort Lauderdale, FL 33314


MICHAEL GALOBARDI
4705 SW 62ND AVE. UNIT 204
DAVIE, FL 33314


Michael Gasper
4416 Adrian Rd.
Cleveland, OH 44121


MICHAEL GASPER
4416 ADRIAN RD
SOUTH EUCLID, OH 44121


MICHAEL GIORDANO
975 NW 167TH AVE
PEMBROKE PINES, FL 33028


Michael Gordon
2921 SW 87th Ave.
Apt. 508
Fort Lauderdale, FL 33328


MICHAEL GORDON
2921 SW 87TH AVE.
APT 508
DAVIE, FL 33328


MICHAEL GRIFFIS
3608 NORTH ROGERS AVE
HANOVER, MD 21076


MICHAEL GRIFFIS
3608 NORTH ROGERS AVE
GWYNN OAK, MD 21207

Michael Griffith
4015 Harrison Ave. NW
Canton, OH 44709


MICHAEL GUZMAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Michael Hall
6221 Highland Hills Dr.
Apt. 234
Dallas, TX 75241


Michael Heier
521 S Lehigh St.
Baltimore, MD 21224


MICHAEL HIDALGO
1954 SNOWY EGRET
BRAUNFELS, TX 78130


MICHAEL HIDALGO
1929 AUTUMN RUN LANE
ROUND ROCK, TX 78665


Michael Hill
9628 Utica Pl
Upper Marlboro, MD 20774-5450


MICHAEL HILL
9628 UTICA PL
SPRINGDALE, MD 20774-5450


Michael Holland
5002 Dorsey Hall Dr.
Unit C5
Ellicott City, MD 21042-7790


MICHAEL HUDSON
4237 HUNSINGER COURT
RANDALLSTOWN, MD 21133


MICHAEL HULSE
1031 BERWIN ST
AKRON, OH 44310

MICHAEL HURST
1225 BROOKVIEW DRIVE
HURON, OH 44839


MICHAEL KENNEDY
4870 SHARP RD
MANDEVILLE, LA 70471-2641


MICHAEL KISH
3973 EDGE RD
PITTSBURGH, PA 15227


MICHAEL KYARKO
5621 CEDAR LN
COLUMBIA, MD 21044-2738


MICHAEL LANG
1335 POSTCREEK ROAD
BATAVIA, OH 45103


MICHAEL LESHER
3468 WINCHELL RD
MANTUA, OH 44255


MICHAEL LONDON
1503 REBECCA LANE
LANCASTER, TX 75134


MICHAEL LOPEZ
2809 NORTHAVEN ROAD
DALLAS, TX 75229


MICHAEL MACK
114 FAIRLAWN PLACE
HUTCHINS, TX 75141


Michael Markou, DO PLC
1266 Turner St.
Clearwater, FL 33756


MICHAEL MARX
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

MICHAEL MCCARTNEY
5817 WESLEYAN DRIVE
PO BOX B58
VIRGINIA BEACH, VA 23455


Michael McDonald
3520 Cliftmont Ave.
Baltimore, MD 21213


MICHAEL MEJIA
13433 SW 289TH TERR
HOMESTEAD, FL 33033


MICHAEL MENDEZ
401 NW 72ND AVE., APT. 108
MIAMI, FL 33125


MICHAEL MOSCONI
25083 BLYSTONE ROAD
CAMBRIDGE SPRINGS, PA 16403


Michael Nyarko
5621 Cedar Ln
Columbia, MD 21044-2738


MICHAEL ORJI
796 THOMAS S BOYLAND STREET
BROOKLYN, NY 11212


MICHAEL ORMOND
3710 LINCOLN ROAD
LAS VEGAS, NV 89115


Michael Orndoff
739 Slate Lane
Stephenson, VA 22656


Michael Orra
1513 Michigan Ave.
Maumee, OH 43537


MICHAEL ORRA
1513 MICHIGAN AVE
MAUMEE, OH 43537

Michael Presby
465 Orlo Ln
Youngstown, OH 44512


MICHAEL PRESBY
465 ORLO LN
BOARDMAN, OH 44512


Michael R. Paradise, MD
12300 McCracken Rd.
Cleveland, OH 44125


MICHAEL RAMOS
20600 NW 55TH CT
MIAMI GARDENS, FL 33055


MICHAEL RICKENS
937 JOSHUA TREE COURT
OWINGS MILLS, MD 21117


MICHAEL SANDY
10910 MAIDEN
BOWIE, MD 20720


MICHAEL SCHUSTER
25628 GARDEN ROAD
OAKWOOD VILLAGE, OH 44146


MICHAEL SCHUSTRICH
8824 STATE ROUTE 303
WINDHAM, OH 44288


Michael Scott
1272 Strathmore Ct.
Hebron, KY 41048


MICHAEL SHEFFIELD
2621 SW 65TH AVE
MIRAMAR, FL 33023


Michael Shuler
10 Horton Mill Rd
West Harrison, NY 10604

Michael Simon
5222 Copper Creek Dr.
Dublin, OH 43016


MICHAEL SKIZENTA
74 AVALON DRIVE
BEDFORD, OH 44146


Michael Smith
2327 Shrewsbury Rd.
Columbus, OH 43221


MICHAEL SMITH
746 EAST 101ST
CHICAGO, IL 60628


MICHAEL T. KELLY D.C. P.A.
1430 St. Lucie W Blvd.
Port Saint Lucie, FL 34986


MICHAEL TIMMONS
3105 NICHOLSON ST
HYATTSVILLE, MD 20782


Michael Tolkacz
1920 Collingwood Blvd.
Apt. 810
Toledo, OH 43604


MICHAEL TORONKA
9007 HILTON HILL TER
LANHAM, MD 20706-3521


MICHAEL VACCO
2197 METER RD
MARBLEHEAD, OH 43440


Michael Vallario
2210 NE 5th Ave.
Fort Lauderdale, FL 33305-1101


MICHAEL VALLARIO
658 W 188TH ST.
APT. 5AA
NEW YORK, NY 10040

Michael Williams
1300 S Graycroft Dr.
Madison, TN 37115


MICHAEL WILLIAMS
1255 NW 90 STREET
MIAMI, FL 33147


Michael Wynder
1204 Valley St.
Baltimore, MD 21202-5650


MICHAEL WYNDER
1204 VALLEY ST
BALTIMORE, MD 21202-5650


MICHAELA CHAMPION
2524 BRANCH AVE SE
WASHINGTON, DC 20020


Michaela Margida
2319 Middlesex Dr.
Toledo, OH 43606


MICHAELA MARGIDA
11592 MCCALLUM AVE NE
ALLIANCE, OH 44601


MICHAELA PARKER
1752 QUESADA AVENUE, APT A
SAN FRANCISCO, CA 94124


MICHAELA ROWLAND
3384 EAGLE CREEK ROAD
LEAVITTSBURG, OH 44430


MICHAELA THOMPSON
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


MICHAELLE VILMONT
945 N.W. 134TH STREET
NORTH MIAMI, FL 33168-6647

Michalla Gordon
137 Ault St.
Wadsworth, OH 44281


MICHEL POULSON
946 WINTON AVE
AKRON, OH 44320


MICHEL SCOTT
372 NE 86TH ST
EL PORTAL, FL 33138-3016


Michelangelo Latona
2131 Copley Rd.
B34
Akron, OH 44320


MICHELANGELO LATONA
1329 N COLUMBINE DR
MT. PROSPECT, IL 60056


MICHELE COLETTA
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054


MICHELEE VASQUEZ
1834 SW 81ST LANE
DAVIE, FL 33324


MICHELLA GREEN
912 STATE AVE
HOLLY HILL, FL 32117


MICHELLE ANDERSON
9825 GATE PKWY N #5115
JACKSONVILLE, FL 32246


MICHELLE ANDERSON
96679 ARRIGO BLVD
FERNANDINA BEACH, FL 32034


MICHELLE BENNETT
3338 ROOSEVELT STREET
HOLLYWOOD, FL 33021

MICHELLE BROWN
11750 SW 16TH STREET
HOLLYWOOD, FL 33025

Michelle Carter
313 Winston St.
Richmond, VA 23222

MICHELLE COOPER
20237 NW 32 AVE.
MIAMI GARDENS, FL 33056

MICHELLE DIAZ
16250 SW 48TH TERR
MIAMI, FL 33185

Michelle Felix
12166 NW 46th St.
Pompano Beach, FL 33076

MICHELLE FELIX
12166 NW 46TH STREET
CORAL SPRINGS, FL 33076

MICHELLE GOMEZ-AVILA
12338 CO ROAD 2902
EUSTACE, TX 75124

MICHELLE GONZALEZ
2570 SW 140 AVE
MIAMI, FL 33175

MICHELLE HARTZOG
3603 LARCHMONT PKWY
TOLEDO, OH 43613

Michelle Hecht
1287 Front St.
Cuyahoga Falls, OH 44221

MICHELLE HOSTETTLER
4321 TOWNSHIP ROAD 36
GLENMONT, OH 44628

Michelle J. Cox Porter, PA
351 Cypress Creek Rd.
Suite 103
Cedar Park, TX 78613


MICHELLE KUSHNIR
315 S AVE APT #2
TALLMADGE, OH 44278


MICHELLE LANDRIAN
4170 SW 82 COURT
MIAMI, FL 33155


MICHELLE LARKIN
20720 NW 34TH AVE
MIAMI GARDENS, FL 33056


MICHELLE MCALLISTER
2430 ALMA RD
HALETHORPE, MD 21227


Michelle Nagle
6261 SW 24th Pl
Apt. 308
Fort Lauderdale, FL 33314


MICHELLE NAGLE
6261 SW 24TH PL
APT 308
DAVIE, FL 33314


Michelle Olvera
711 Crawford St.
Oxon Hill, MD 20745


MICHELLE OLVERA
5817 WESLEYAN DRIVE
PO BOX A393
VIRGINIA BEACH, VA 23455


Michelle Saunders
65-06 Decosta Ave.
2nd Floor
Arverne, NY 11692

MICHELLE SESE
2382 DELRAY LANE
AVON, OH 44011


MICHELLE SMITH
2001 VILLA DRIVE 312
PITTSBURG, CA 94565


Michelle Stith
3215 Yosemite Ave.
Baltimore, MD 21215-7512


MICHELLE TEMPLIN
250 WEST ERIE RD.
TEMPERANCE, MI 48182


Michelle Wesley Ayad, FNP
3100 Main St.
Ste. 705
Maumee, OH 43537-9867


Michigan Dept. of Treasury
PO Box 30199
Lansing, MI 48909


Michlle Bennett
3338 Roosevelt St.
Hollywood, FL 33021


Miciah Witherspoon
1 Walden Cypress Ct.
Gwynn Oak, MD 21207-3940


Mickal Hill
237 N Airport Dr.
Henrico, VA 23075


MICKAL HILL
237 NORTH AIRPORT DR
HIGHLAND SPRINGS, VA 23075


MICKALE WELLS
3240 NW 151ST TERRACE
MIAMI GARDENS, FL 33054

MICKAYLA BALDWIN
4145 GREENVALE ROAD APT. 202
SOUTH EUCLID, OH 44121


MICKAYLA KEMP
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MICKENZIE BROWN
5923 SEMOFF DR
TOLEDO, OH 43613


MICKEY SHAH
1295 DELIA AVE
AKRON, OH 44320


MICKIA SMITH
2811 NW 173RD TER
MIAMI GARDENS, FL 33056


Mid Atlantic Eye, LLC
1600 Sixth Ave.
Ate. 119B
York, PA 17403


Midatlantic Womens Care PLC
420 N Center Rd. #203
Norfolk, VA 23502


MIDLAND MEDICAL CENTER
1421 E. Oakland Park Blvd., #200
OAKLAND PARK, FL 33334


Midwest Eye Consultant Ohio
5733 Lewis Ave.
Toledo, OH 43612


Mie Tazawa
1216 Sunbury Rd.
Columbus, OH 43210


MIGUEL DEYA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459

MIGUEL HERNANDEZ
19415 VIA DEL MAR APT 301
TAMPA, FL 33647


MIGUEL PAIEWONSKY
8400 NW 25TH ST STE 100
DORAL, FL 33198-1534


MIGYEONG JANG
1201 EAST MARKET STREET
SUITE 521
AKRON, OH 44305


MIKAELA MYERS
28345 W RIVER RD
PERRYSBURG, OH 43551


MIKALA CATALANO
10176 PIRATES TRL
AURORA, OH 44202


MIKALAH JOHNSON
P O BOX 94
CLEWISTON, FL 33440


MIKAYLA AOWAD
6427 LAKE CABLE AVE NW
CANTON, OH 44718


MIKAYLA DEMOE
2239 BYRNEWAY DR
TOLEDO, OH 43614


Mikayla Newland
University of Akron, Athletic Dept.
302 E. Buchtel Ave.
Akron, OH 44325


Mikayla Williams
406 Silverside Rd.
Falmouth, KY 41040-3551


MIKE LEON
39 NEWTON RD
WEST PARK, FL 33023

MIKEALA MARAGH
125914 SW 122ND CT
HOMESTEAD, FL 33032


MIKEE HAYES
22 EAST EXCHANGE STREET
AKRON, OH 44308


MIKELL BOZEMAN
10107 ASTILL COURT
WALDORF, MD 20603


Mikellen Dunn
216 Melvin Ave
Apt. B
Catonsville, MD 21228-3267


MIKENZI DANIELS-SMITH
6788 WAKEFIELD ROAD
PO BOX 33
HIRAM, OH 44234


Mikerlange Jeanlouis
414 Camden Ct.
Salisbury, MD 21801-5334


MIKHAIL ROLLE
5952 NW 88TH AVE
APT5952
TAMARAC, FL 33321


MIKINZIE KLIMPER
863 COLUMBINE STREET
CRAIG, CO 81625


MIKKEL KOLSTAD
6101 PALM TRACE LANDINGS DRIVE 102
DAVIE, FL 33314


MIKON HEWITT
8552 BRUSHLEAF WAY
TAMPA, FL 33647

```
MILABELLA VASQUEZ
2311 NEWFIELD LN
AUSTIN, TX 78703-2438


MILAGROS MULERO
1024 SW 71ST COURT
MIAMI, FL 33144


Milen Golden
4150 E 95th
Cleveland, OH 44105


MILEN GOLDEN
4150 EAST 95TH
GARFIELD HEIGHTS, OH 44105


MILES BALDWIN
547 BROWN ST
AKRON, OH 44311


MILLER DAVIES
7490 RONI ST. SW
MASSILLON, OH 44646


Milltown Family Physicians
128 E Milltown Rd. #105
Wooster, OH 44691


MILTON GREER
196 W GRAYLING DR
AKRON, OH 44333


Milton Hall
1652 Northbourne Rd
Baltimore, MD 21239


MILTON WILSON
10092 RIDGESIDE CT
STREETSBORO, OH 44241


MIN CHEN
2041 NE 196 TERRACE
NORTH MIAMI BEACH, FL 33179
```

MINAH JOHNSON
3501 ENGLEMEADE RD
PIKESVILLE, MD 21208-1506


Minahil Kamran
2902 Maple Colony Dr.
Toledo, OH 43617


MINGYU YUAN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MINH VU
437 SUMNER STREET
AKRON, OH 44304


MINIAH WILLIS
1231 BLACKWATER POND DR
ALAFAYA, FL 32828


MINKYU JUNG
615 SANDUSKY ST
DELAWARE, OH 43015


MINNISHA MARSHALL
13921 SW 278 STREEET
HOMESTEAD, FL 33032


MinuteClinic Diagnostic of Florida
5308 W Irlo Bronson Memorial Hwy
Kissimmee, FL 34746-4754


MinuteClinic Diagnostic of Ohio
PO Box 14000
Belfast, ME 04915


MIR SHAHNEWAZ AREFIN
590 EAST BUCHTEL AVENUE
APT 31
AKRON, OH 44304


Miracele Burton
1509 Northgate Rd.
Baltimore, MD 21218-1619

MIRACLE ALEXANDER
9648 S MERRION AVE
CHICAGO, IL 60617


MIRACLE CHUKWUKA-EZE
9443 BALLARD GREEN DRIVE
OWINGS MILLS, MD 21117


MIRACLE IROMUANYA JOHSUA
2170 BENITA DRIVE APT 8
RANCHO CORDOVA, CA 95670


MIRACLE SMITH
3712 CEDAR DR
BALTIMORE, MD 21207


MIRACLE TELASCO
13121 SW 45TH DR.
MIRAMAR, FL 33027


MIRAN AFZAL KHAN
615 SANDUSKY ST
DELAWARE, OH 43015


MIRANDA DURAN
18 COCHITI WEST
SANTA FE, NM 87508


MIRANDA MIRACLE
4912 SHANKS PHALANX ROAD
SOUTHINGTON, OH 44470


MIRANDA MORDUE
1298 VANTAGE WAY
STREETSBORO, OH 44241


MIRCALE HOLMAN
7826 S GREENWOOD AVE
CHICAGO, IL 60619


MIREYA CUZA-ABDALA
2541 JARDIN LANE
WESTON, FL 33327

```
MIRIAM MBORO
14 BRUBAR CT APT 2D
BALTIMORE, MD 21207


MIRIAM MBORO
14 BRUBAR CT APT 2D
BALTIMORE, MD 21229


MIRIAM PEREZ
6650 TOWN SQUARE DRIVE
DAVIE, FL 33314


MIRIAM SHAFRANSKY
2344 CHANCERY RD
TOLEDO, OH 43617


Miriam Torrado
17878 N Bay Rd.
Apt. #304
North Miami Beach, FL 33160


MIRIAM TORRADO
17878 N BAY RD
APT #304
SUNNY ISLES BEACH, FL 33160


MIRIAN ALVARENGA PAEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MIRICLE BLACKMAN
28686 FOREST ROAD
WILLOWICK, OH 44095


MIRTHA GARCIA ALVAREZ
2834 NW 94TH ST
MIAMI, FL 33147


MIRUNA VASILESCU
4 GRANT STREET
APT. 556
AKRON, OH 44304
```

MIRYAM PAUL
3007 8TH ST W
LEHIGH ACRES, FL 33971-5425


MISEON KIM
1350 N. HOWARD ST. APT. 203
AKRON, OH 44310


MISHA MYLES
3800 GLENARM AVE.
BALTIMORE, MD 21206


MISHA WILLIAMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MISHAYLA WILLIAMS
124 LINCOLN LANE
CROWLEY, TX 76036


Misti Lovett
622 Atteberry Lane
Lancaster, TX 75146


MISTURA RASHEED
4408 FRANCONIA DR APT L
MONTGOMERY VILLA, MD 20886


MISTURA RASHEED
4408 FRANCONIA DR APT L
BALTIMORE, MD 21206


MISTY MOORE
724 ATTEBERRY LANE
LANCASTER, TX 75146


MISTY RYAN
4540 NW 114TH AVE. APT. 1601
DORAL, FL 33178


MIT PATEL
3157 FENMORE LANE
REMINDERVILLE, OH 44202

MITCHEL WALLACE
3239 WILFORD DRIVE
TOLEDO, OH 43617


Mitchell Bault
996 Hamlin Dr.
Maineville, OH 45039


MITCHELL CARVALIER
5269 WOODVIEW AVENUE
LOUISVILLE, OH 44641


MITCHELL CAVALIER
5269 WOODVIEW AVENUE
LOUISVILLE, OH 44641


Mitchell Griffith
502 Tonbridge Ct.
Perrysburg, OH 43551


MITCHELL HERSHEY
25816 ROYALTON RD
COLUMBIA STATIO, OH 44028


Mitchell King
1216 Sunbury Rd.
Columbus, OH 43210


MITCHELL MCFARLAND
439 STEWART HOLLOW RD
PORTSMOUTH, OH 45662


Mitra Jamshidian
4430 N Holland Sylvania Rd.
Apt. 4313
Toledo, OH 43623


MIVIP Medical Group
1575 E. 19th Street
Brooklyn, NY 11230


MIVIP MEDICAL GROUP H
551 5th Ave., Ste 525
New York, NY 10176

MO ZHENG
17880 NE 31 CT
APT 2311
AVENTURA, FL 33160

MOBOLAJI ZONDODE
8663 OAK RD
PARKVILLE, MD 21234-3610

MOEIN SABOUNCHI
437 SHERMAN STREET
AKRON, OH 44311

MOEIN SABOUNCHI
430 SUMNER ST. APT 204 A
AKRON, OH 44304

MOHAMED ALI
296 W HILLSDALE LN
HOLLAND, OH 43528

MOHAMED AMRE ABDELBARY HAMED
2741 RYEWOOD AVE
APT D
COPLEY, OH 44321

MOHAMED BAA
7401 NEW HAMPSHIRE AVE APT 705
TAKOMA PARK, MD 20912-6952

MOHAMED KHAIZARAN
23250 CHANDLERS LN
OLMSTED FALLS, OH 44138

MOHAMED KHAIZARAN
1595 TREETOP TRAIL
AKRON, OH 44313

MOHAMED KHAIZARAN
55 FIR HILL
7B6
AKRON, OH 44304

MOHAMED TALL
42 TORLINA CT
GWYNN OAK, MD 21207


MOHAMMAD ARIFUR RAHMAN
685 SHERMAN STREET (APT#15)
AKRON, OH 44311


MOHAMMAD ARIFUR RAHMAN
543 EAST BUCHTEL AVE APT#1
AKRON, OH 44304


MOHAMMAD ASHRAFUL HAQ
161 MARTIN LUTHER KING JR. BLVD.
APT- 302
AKRON, OH 44304


MOHAMMAD HAMRANGSEKACHAEE
77 S. ADOLPH AVE.
APT #1
AKRON, OH 44304


Mohammad Hamza Owais
2515 W Bancroft St.
Apt. PHS
Toledo, OH 43607


MOHAMMAD HAMZA OWAIS
2515 W BANCROFT ST
APT PHS
TOLEDO, OH 43607


MOHAMMAD MANNAN
450 SUMNER ST
APT: 3
AKRON, OH 44304


MOHAMMAD MANNAN
437 SUMNER ST
APT: C1
AKRON, OH 44304


Mohammad Matin Hanifzadeh
3367 Airport Highway
Apt. 18
Toledo, OH 43609

MOHAMMAD MENNAN
437 SUMNER ST
APT: C1
AKRON, OH 44304


MOHAMMAD NIAZI
150 RIVERWAY
BOSTON, MA 02215-4109


MOHAMMAD NOOR SHAHEED
543 EAST BUCHTEL AVENUE, APT#1
AKRON, OH 44304


MOHAMMAD NOOR SHAHEED
685 SHERMAN ST, APT#17
AKRON, OH 44311


MOHAMMAD RANJBAR
77 FIR HILL DR APT 9C4
AKRON, OH 44304


Mohammad Reza Amjadi Kashani
8240 Sturbridge Way
Apt. 2
Cordova, TN 38018


MOHAMMAD UMAR FAROOQ ALATTAS
664, SUMNER STREET
AKRON, OH 44311


MOHAMMAD UMAR FAROOQ KHAN
664 SUMNER STREET
AKRON, OH 44311


MOHAMMAD WASIF NAQVI
2515 W BANCROFT ST APT PHE
TOLEDO, OH 43607


Mohammad-Nasirul Haque
1323 Oak Hill Ct.
Apt. 156
Toledo, OH 43614

MOHAMMADMATIN HANIFZADEH
3367 AIRPORT HIGHWAY APT 18
TOLEDO, OH 43609


MOHAMMADREZA AMJADIKASHANI
8240 STURBRIDGE WAY APT 2
CORDOVA, TN 38018


MOHAMMADREZA ASGARI
2622 CHAMBERLAIN RD,
FAIRLAWN, OH 44333


MOHAMMED ABDELAZIZ ELAMIN MHAMMED
430 SUMNER STREET APARTMENT 302
AKRON, OH 44304


MOHAMMED ABDELAZIZ ELAMIN MOHAMMED
430 SUMNER STREET APARTMENT 102
AKRON, OH 44304


MOHAMMED ABDUL SAMI
6016 W130TH ST. BROOKPARK
BROOKPARK, OH 44142


Mohammed Ahmed
4260 Dunbridge St.
Columbus, OH 43224


MOHAMMED AL RASHDI
55 FIR HILL, APT. 7B11
AKRON, OH 44304


MOHAMMED ALSHARIF
220 EAST SCHOOL STREET
KENT, OH 44240


MOHAMMED ELAMIN
430 SUMNER ST APT 302
AKRON, OH 44304


MOHAMMED GADRI
55 FIR HILL STREET, APT. B5
AKRON, OH 44304

Mohammed Girad
2658 Cheltenham Rd.
Toledo, OH 43606


MOHAMMED RASOOL
1353 OAK HILL COURT, UNIT 81
TOLEDO, OH 43614


MOHAMMED RAZOOQI
2801 W BANCROFT MS121
TOLEDO, OH 43606


MOHANNED ALSAUDI
393 SUMNER ST APT 501
AKRON, OH 44304


MOHASININA BINTE KAMAL
437 SUMNER ST APT M
AKRON, OH 44304


MOHSEN ZAKER ESTEGHAMATI
590 E BUCHTEL AVE APT 48
AKRON, OH 44304


MOINUL HAQUE
161 MARTIN LUTHER KING BLVD
APT 201
AKRON, OH 44304


MOISES CASTILLO
1871 W 62ND ST APT 305
HIALEAH, FL 33012


MOISES KEVIN PEMBELE
80 E. EXCHANGE ST. #284-B
AKRON, OH 44308


Molina HC of OH
3000 Corporate Exchange Dr.
Columbus, OH 43231


MOLLIE ENRIGHT
14 HONEYSUCKLE RD
SOUTH HAMILTON, MA 01982

MOLLIE MARSHALL
4355 WYNTUCK PL
MEMPHIS, TN 38117-3013


MOLLIE SEQUEIRA
5817 WESLEYAN DRIVE
PO BOX C38
VIRGINIA BEACH, VA 23455


MOLLY DEMPSEY
621 PARK AVENUE
NEWTON FALLS, OH 44444


Molly Keith
3161 Palm Trace Landings Dr.
Apt. 1102
Fort Lauderdale, FL 33314


Molly Marshall
602 S 600 W
Hebron, IN 46341


Molly Siedlecki
4166 E Stein Rd.
La Salle, MI 48145


MOMOKO TAKEDA
1105 TALL GRASS CIR.
#307
STOW, OH 44224


MONA BAKHTIARY
101 S. WHITING ST APT 1210
ALEXANDRIA, VA 22304


MONA JORGENSEN
55 FIR HILL STREET, #1D7
AKRON, OH 44304


MONA MANOURI
80 E EXCHANGE ST,
DEPOT APARTMENTS, 361B
AKRON, OH 44308

MONA MANSOURI
2255 WINTER PKWY, APT121
CUYAHOGA FALLS, OH 44221


MONA MANSOURI
80 E EXCHANGE ST
DEPOT APARTMENTS, 361B
AKRON, OH 44308


MONAAYMAN SHAH
3279 HIDDEN RIDGE DR
MAUMEE, OH 43537


MONAE MILLER
601 EAST 40TH STREET
CHICAGO, IL 60653


MONAE MYERS
1750 CARSWELL ST
BALTIMORE, MD 21218


MONALI BASUTKAR
2220 HIGH ST APT 520
CUYAHOGA FALLS, OH 44221


Monalo Caldwell
2610 Niagara St.
Cincinnati, OH 45251


MONALO CALDWELL
2610 NIAGARA STREET
CINCINNATI, OH 45251


Monay Daniels
9345 Red Rose Ave.
Las Vegas, NV 89129


MONAY LEWIS
1190 WEST NORTHERN PKWY
APT 922
BALTIMORE, MD 21208

```
MONAY LEWIS
1190 WEST NORTHERN PKWY
APT 922
BALTIMORE, MD 21210


MONDE WAKUNGUMA
ORR RESIDENCE HALL
88 SOUTH COLLEGE STREET
AKRON, OH 44325


MONET RAHMING
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Monette Daniels
23634 Philip Dr.
Southfield, MI 48075-7714


MONIA GARNER
4307 W 142ND STREET, APT 5
HAWTHORNE, CA 90250-7189


MONIA LEDBETTER
3006 FAIRVIEW RD
BALTIMORE, MD 21207-4445


Monica Addo
1701 Home Rd.
Delaware, OH 43015


Monica Benore
3721 Sulpher Spring Rd.
Toledo, OH 43606


MONICA BENORE
3721 SULPHUR SPRING RD.
OTTAWA HILLS, OH 43606


MONICA FERNANDEZ
14711 DADE PINE AVE
MIAMI LAKES, FL 33014


Monica Henry
3910 Hill Ave.
Bronx, NY 10466
```

MONICA JONES
7811 STEPHENSON DRIVE
JACKSONVILLE, FL 32208


Monica Orteu Pons
Mutaner 421, 3-1
Clementon, NJ 08021


Monica Perrine
546 Dewitt St.
Holland, OH 43528


Monica Tumblin
3900 Gale Rd.
Granville, OH 43023-9441


Monica Williams
1245 Oak Hill Ct.
Apt. 253
Toledo, OH 43614


MONIKA CABRERA
1055 W 77TH ST APT 411
HIALEAH, FL 33014-3963


MONIQUE AYERS
5817 WESLEYAN DRIVE
CAMPUS BOX C520
VIRGINIA BEACH, VA 23455


MONIQUE BUCKNER
3713 PINEBROOK ST
DALLAS, TX 75241


MONIQUE DE LEON
3871 NW 164TH STREET
MIAMI GARDENS, FL 33054


MONIQUE DOBYNS
512 ROCKLYN AVE
PIKESVILLE, MD 21208


MONIQUE DOBYNS
512 ROCKLYN AVE
PASADENA, MD 21122

MONIQUE GARRICK
3155 HOOD STREET
OAKLAND, CA 94605


Monique Gross
11004 Old York Rd.
Bowie, MD 20721


MONIQUE GROSS
11004 OLD YORK ROAD
MITCHELLVILLE, MD 20721


MONIQUE MOISE
3131 NW 162ND ST
OPA LOCKA, FL 33054


MONIQUE ROBINSON
10402 STONE PINE AVENUE
WALDORF, MD 20603


MONIQUE WILLIAMS
3803 AVE L
FORT PIERCE, FL 34947


MONISHA HEPBURN
3840 NW 174 STREET
MIAMI, FL 33055


Monisola Akinruli
276 Harry S Truman Dr.
Upper Marlboro, MD 20774-2021


MONTAE BOSTICK
7390 MEAD DRIVE
SPRING HILL, FL 34606


MONTAVIA HUBBARD
6711 KINCHELOE AVE
GWYNN OAK, MD 21207


MONTEY JONES
1609 WATERS COURT
APARTMENT 308-D
TAMPA, FL 33605

Montgomery Orthopaedics
8401 Connecticut Ave. #800
Chevy Chase, MD 20815


MONTREAL IRVIN
1342 MILL STREAM DR
DALLAS, TX 75232-4604


MONTREL SNELL
4031 NW 199TH STREET
CAROL CITY, FL 33055


Mopeninujesu Oluyinka
8402 Nunley Dr.
Parkville, MD 21234-4410


MOPENINUJESU OLUYINKA
8402 NUNLEY DR
BALTIMORE, MD 21234-4410


MORENA REDMON
5018 HIDDEN CREEK ROAD
GARLAND, TX 75043


Morgan Allen
2960 W Central Ave.
Apt. 318
Toledo, OH 43606


Morgan Berry
3701 Elmora Ave.
Baltimore, MD 21213-1954


Morgan Burns
4652 W Park Dr.
Cleveland, OH 44126


MORGAN BUTCHER
26765 CARRONADE DR.
APARTMENT 6108
PERRYSBURG, OH 43551


MORGAN EITNIEAR
8806 STATE ROUTE 64
SWANTON, OH 43558-9787

MORGAN FISH
4430 N HOLLAND SYLVANIA RD
APT 4244
TOLEDO, OH 43623


Morgan Girvan
4851 Gail Ct.
Trenton, MI 48183


MORGAN GIRVAN
4851 GAIL CT
TRENTON, MI 48183


MORGAN GRIFFITH
P.O. BOX 912
VERMILION, OH 44089


MORGAN HACKWORTH
457 ALLYN STREET
ROOM 206
AKRON, OH 44301


Morgan Jones
8224 Arrowhead Rd.
Pikesville, MD 21208


MORGAN KRUEGER
9244 NORTHPOND CT
SYLVANIA, OH 43560-8609


Morgan McCullough
12329 Waterstone Ln
Apt. 614
Perrysburg, OH 43551


MORGAN PELLEY
3025 GLANZMAN RD APT 7
TOLEDO, OH 43614


Morgan Poole-Brooks
6854 Sturbridge Dr.
Apt. D
Parkville, MD 21234-7428

MORGAN POOLE-BROOKS
800 NORTHROP LANE
MIDDLE RIVER, MD 21220


MORGAN POOLE-BROOKS
6854 STURBRIDGE DR APT D
PARKVILLE, MD 21234-7428


Morgan Ruffier
451 N Macomb St.
Monroe, MI 48162


MORGAN RUFFIER
1125 N HOLLAND SYLVANIA RD
APT 12
TOLEDO, OH 43615


Morgan State University
c/o Tanya V. Rush
Harriet A. Woodford Health Ctr.
1700 E. Cold Spring Lane
Baltimore, MD 21251


Morgan State University
Attn: Sydney Evans
1700 East Cold Spring Lane
Baltimore, MD 21251-0001


MORGAN WAGGONER
15 PONDS SIDE DR
FREMONT, OH 43420


MORGAN WAGGONER
23 BROOKVIEW DR
FREMONT, OH 43420


Morgan Willoughby
820 - 8th Court
Palm Beach Gardens, FL 33410


MORGAN WINGER
23488 SHARON DR
NORTH OLMSTED, OH 44070

Morghan Lobban
2203 Goldentree Way
Vienna, VA 22182-5173


MORONKE EKO
4815 OLD COURT RD
RANDALLSTOWN, MD 21133


Morris Monday
PO Box 392
La Vergne, TN 37086


Morzouk Lawal
12 Starwood Ct.
Apt. D
Middle River, MD 21220-3209


Moses Chendi
1103 Burketon Rd
Hyattsville, MD 20783


MOSES ODEJOBI
2308 TARLETON LN APT B
PARKVILLE, MD 21234


MOSHE NEWELL
2119 ROBERT BOWIE DR
BALTIMORE, MD 21205


MOSHE R PERESS MD PA
875 Measdows Rd., Ste 334
BOCA RATON, FL 33486


Moshood Lateef
1903 Richglen Dr.
Apt. TB
Gwynn Oak, MD 21207


Mosopefoluwa Ayantola
7108 Mahogany Dr
Hyattsville, MD 20785-5800


MOSOPEFOLUWA AYANTOLA
7108 MAHOGANY DR
LANDOVER, MD 20785-5800

MOSTAFA ABDEL-AZIZ
430 SUMNER ST
AKRON, OH 44304


MOSTAFA ABDELAZIZ
393 WEST EXCHANGE STREET
AKRON, OH 44302


MOSTAK MOHAMMAD
790 N CEDAR BLUFF ROAD
APT 2402
KNOXVILLE, TN 37923


MOSTAK MOHAMMAD
149 ANNADALE AVE
AKRON, OH 44304


MOTAZ MAGDY M. ROSHDY HASSAN
185 EAST MILL ST
EXCHANGE STREET RESIDENCE HALL 304A
AKRON, OH 44325


MOUNIKA GIRIREDDY
77 FIRHILL, 6B5
AKRON, OH 44304


MOUNIR ALAHMAD
7488 VALLEY VIEW ROAD
HUDSON, OH 44236


Mounir Boutros, MD
5951 Renaissance Pl #C
Toledo, OH 43623


Mount Carmel East Hospital
6001 E Broad St.
Columbus, OH 43213


Mount Carmel Health Providers Two
477 Cooper Rd.
Westerville, OH 43081


Mount Carmel Reference Laboratory
750 Mount Carmel Mall, Rm 180
Green Camp, OH 43322-2000

Mount Sinai Medical Ctr
4300 Alton Rd.
Miami Beach, FL 33140


Mount Sinai Pathology
4300 Alton Rd.
Miami Beach, FL 33140


MOUNTASSER RAHMAN
8507 HORSESHOE ROAD
ELLICOTT CITY, MD 21043


MOUSSA KABA
4555 BRIDGEWOOD COURT
COLUMBUS, OH 43229


MOZELL GANT
12609 KNOWLEDGE LANE
BOWIE, MD 20715


MSMC Urology, LLC
Mount Sinai Medical Ctr
4300 Alton Rd.
Miami Beach, FL 33140


MSTANFO
707 RANSOM ST
MAUMEE, OH 43537


MUDASIRU A. CAREW DO, PA
12600 Pembroke Rd, Suite 204
Miramar, FL 33027


Mugabe Jones
4511 Rebekka Cir
Owings Mills, MD 21117-6227


MUHAMAD JUSRAN
7353 ELLENA WEST UNIT 57
RANCHO CUCAMONGA, CA 91730


MUHAMMAD AFIF MOHD FATHI
3030 RESIDENCE DR RM 2201B
TOLEDO, OH 43606

MUHAMMAD ILAHI
615 SANDUSKY ST
DELAWARE, OH 43015


MUHAMMAD LERON
HOUSE NO. 82
SECTOR FF
LAHORE, PUNJAB, OH 54792


Muhammad Moiz
6105 Burnt Oak Rd.
Catonsville, MD 21228


MUHAMMAD MOIZ QAZI
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


MUHAMMAD UDDIN
11521 AUTUMN TERRACE DR
WHITE MARSH, MD 21162


MUHAMMAD UDDIN
11 ACORN CIRCLE
APT 301
TOWSON, MD 21286


MUHAMMAD UMER MIRZA
615 SANDUSKY ST
DELAWARE, OH 43015


MUHANNAD ALSHEHRI
2435 ZUBER RD
ORIENT, OH 43146


MUNEESHA YADLA
8B11, 77 FIR HILL TOWERS
AKRON, OH 44304


MUNKHOCHIR TERBISH
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

MURITALA ADEGOKE
5310 LEITH RD. APT. #D
BALTIMORE, MD 21239


MURTAZA SYED
19904 COTTONWOOD TRL
STRONGSVILLE, OH 44136


MUSAAB SAEED
55 FIR HILL STREET
APT. 11B6
AKRON, OH 44304


MUSAAB SAEED
430 SUMNER STREET
APT 102
AKRON, OH 44304


MUSHIYA GLORIA MUTOMBA
10231 SW 4TH CT
APT 310
PEMBROKE PINES, FL 33025


MUSTAFA MANSOUR
55 FIR HILL
APT 2B4
AKRON, OH 44304


MUSTAFA MUKHLIS
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


MUSTAPHA HABIB
615 SANDUSKY ST
DELAWARE, OH 43015


Muswe Monga
502 Upland Rd
Pikesville, MD 21208


MUSWE MONGA
502 UPLAND ROAD
PIKESVILLE, MD 21208

Mutual Health Services
PO Box 5700
Cleveland, OH 44101


MUTUTHANTHRIGE FERNANDO
634 E , BUCHTEL AVE
APT 208
AKRON, OH 44304


MY TA
615 SANDUSKY ST
DELAWARE, OH 43015


MY'SEAN SUGGS
3737 CLARINTH ROD
BALTIMORE, MD 21224


MY'SEAN SUGGS
3737 CLARINTH ROD
BALTIMORE, MD 21215


Mya Brooks
515 Railroad Ave.
East New Market, MD 21631


MYA BROOKS
515 RAILROAD AVENUE
EAST NEW MARKET, MD 21631


MYA CANDIE
300 LAKE LAMOND RD APT 21
LONGVIEW, TX 75604


MYA JACKSON
264 WAVECREST AVE NE
MELBOURNE, FL 32907


MYA TUCKER
5708 WINNER AVE
BALTIMORE, MD 21215


MYAHNI ROMAN
1718 EDGEWOOD RD.
APT. C
TOWSON, MD 21286

MYANTHE WILLIAMS
587 NORTH DEERFIELD AVENUE
DEERFIELD BEACH, FL 33441


MYHKALAH ROBINSON
2134 E 4OTH STREET
LORAIN, OH 44055


Myia Robinson
2102 Pickering Dr.
Apt. #F
Parkville, MD 21234


MYIA ROBINSON
2102 PICKERING DR APT #F
BALTIMORE, MD 21234


MYIE ASHTON
7033 OGONTZ AVENUE
PHILADELPHIA, PA 19138


MYKAEL MACK
501 BEAUMONT AVE
GWYNN OAK, MD 21207


MYKAEL MACK
501 BEAUMONT AVE
BALTIMORE, MD 21212


MYKALIA JACKSON
7501 ULMERTON RD
#926
LARGO, FL 33771


MYKEE PROVITT
2101 CHERYL CT
MELBOURNE, FL 32935


MYKEL KELLER
551 RIVERHILL CIR
APT. 623
COLUMBIA, SC 29210

MYKEL TRAYLOR-BENNETT
242 IRISDALE PL #6
AKRON, OH 44308


MYKEL TRAYLOR-BENNETT
242 IRISDALE PL
AKRON, OH 44311


MYKIAZHANE WILLIAMS
768 S KENNETH
CHICAGO, IL 60624


Myles Bowman-Carter
19007 Festival Dr
Boyds, MD 20841


MYLES DAVIS
328 MESQUITE HILL DRIVE
ARLINGTON, TX 76004


MYLES DAVIS
201 NE 21ST CT
POMPANO BEACH, FL 33060


MYLICIA RANGEL
2013 N ONTARIO ST
TOLEDO, OH 43611


MYRA SAUNDERS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


MYRA TAYLOR
1961 RIBLETT AVE
YOUNGSTOWN, OH 44509-1028


MYRAN MOUNDS
393 EAST THORNTON STREET
AKRON, OH 44311


Myriad Genetic Laboratories
320 Wakara Way
Salt Lake City, UT 84108

MYRIAM NOUA
4525 BLACK KNIGHT DR
APT 15-204B
ORLANDO, FL 32817


MYRIANNA MCCULLOUGH
468 HOPKINS STREET
SAINT PAUL, MN 55130


MYRLINE ST JOY BEAUGE
2100 N SHERMAN CIRCLE APT 204
MIRAMAR, FL 33025


MYRON JONES
9433 VISTA CT
STREETSBORO, OH 44241


MYRON WALKER
3243 NW 101ST TERRACE
SUNRISE, FL 33351


MYTIA HAWKINS
108 WEST JEFFREY ST
COCKEYSVILLE, MD 21030


MYUNG JAE PARK
3800 ROSEMONT BLVD, UNIT 108D
FAIRLAWN, OH 44333


N'AYRIAH VIRDEN
835 RACHEL ROAD
MANSFIELD, OH 44907


N'DEAYAH HAMLIN
143 WEST WAY APT 103
GREENBELT, MD 20770


N'NEKA GREEN
4804 CLIFTON AVE
BALTIMORE, MD 21215


N'NEKA GREEN
4804 CLIFTON AVE
BALTIMORE, MD 21207

N'QUIISHA EDWIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NA'OMEI WALKER
1114 WITHERSPOON ROAD
CEDAR HILL, TX 75104


NAAILA SEMIDEY
NW
42 AVENUE
OPA LOCKA, FL 33054


NABIL ABU NAHLAH
2611 COLLINS AVE
MIAMI, FL 33140


NABILA AZEEM
1314 MEADOWOOD CIR
POLAND, OH 44514


NACHOU JOSEPH
6424 SW 20 CT
MIRAMAR, FL 33023


NADA ELLAITHY
3239 WOODLEY RD
TOLEDO, OH 43606


NADA HAMOUH
1142 GLENDALE ROAD
APT B
BALTIMORE, MD 21239


NADALETTE FLEURY
835 NW 1555TH LANE
APT 202
MIAMI, FL 33169


NADEGE HENRI
1410 NE 41 DRIVE
LIGHTHOUSE POINT, FL 33064

NADEGE JOSEPH
8000 FAIRVIEW DR
APT 110
TAMARAC, FL 33321


NADESH NGEA
812 MORAN AVE
TOLEDO, OH 43607


NADIA CHANDLER
19801 NW 5TH AVE
MIAMI, FL 33169


NADIA EL NUR
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


NADIA IRFAN
2556 W VILLAGE DR
TOLEDO, OH 43614


NADIA MENDONCA
2801 W BANCROFT MS513
TOLEDO, OH 43606


NADIJAH PEARSON-BOVELL
49 LUTHER CIRCLE
ROCHESTER, NY 14611


NADINE HOBSON
1325 BUHL TER
FARRELL, PA 16121


NADIR MUHAMMAD
1282 SMALLWOOD DRIVE
#120
WALDORF, MD 20603


NADIR NELSON
5125 WEBSTER ST
PHILADELPHIA, PA 19143


NADIYAH EDWARDS
6604 RIDGEBORNE DR
ROSEDALE, MD 21237-3871

```
NADRICA HISLOP
4600 HAWKSBURY RD
REISTERSTOWN, MD 21136


NAFETALAI FIFITA
913 SOUTHERLY ROAD APT 116
TOWSON, MD 21204


NAGA SAI ALEKHYA CHOPPADANDI
2209 GRAND POINTE TRAILS
AURORA, IL 60503


NAGA SAI ALEKHYA CHOPPADANDI
77 FIRHILL TOWERS APT NO : 2B8
AKRON, OH 44304


NAGA SAI ALEKHYA CHOPPADANDI
77 FIRHILL TOWERS APT NO : 11B12
AKRON, OH 44304


NAGAI BELFLEUR
1790 RACHEL RIDGE LOOP
OCOEE, FL 34761


NAGASAI GOUTHAMKUMAR KAVURI
420 ALLYN ST
AKRON, OH 44304


NAGESHBABU BONTHU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NAGIMA YEDRESSOVA
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


NAGIMA YEDRESSOVA
29 DOWLING CIRCLE
APT B1
BALTIMORE, MD 21234


NAHEMI FENELON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054
```

```
NAHIERA SIMMONS
3121 LEXINGTON AVE
MILLVILLE, NJ 08332


NAHJA OWENS
3120 PELHAM AVE
BALTIMORE, MD 21213


NAHKIA ROBINSON
1656 HIDDEN FOREST LN
JACKSONVILLE, FL 32225


NAHOMI MAZYCK
2051 NW 207 STREET
APT#115
MIAIMI GARDENS, FL 33056


NAHSHON ROBINSON
38 WASHINGTON COURT
LIVINGSTON, NJ 07039


NAHYDIEL MOLINA
560 BLAKEY AVENUE APT 6A
BROOKLYN, NY 11207


NAIA JOHNSON
504B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NAIA JOHNSON
504B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21206


NAICA ORILAS
2123 LINTON BLVD
APT 4
GREENACRES, FL 33454


NAIF ALKHALDI
185 CURRIE HALL PKWY
KENT, OH 44240
```

NAIF QUOBOORI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Naiheem Santos
513 Hamilton St
Apt. #2
Norristown, PA 19401-4206


NAIJA WILLIAMS
507D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NAILAH HARLEE
8209 LOCH RAVEN BLVD APT.B
BALTIMORE, MD 21286


NAIM EYVAZOV
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


NAIMAH LAFFERTY
16030 NE 19TH COURT
APT 304
NORTH MIAMI BEACH, FL 33162


NAIMAH LAFFERTY
4753 NW 97 CT.
DORAL, FL 33178


Naixy Bula
13280 SW 53rd St.
Hollywood, FL 33027


NAJAH WESTBROOK
5711 CHINQUAPIN PKWY
BALTIMORE, MD 21239-2508


NAJAI FULLER
704B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

NAJATH AKRAM MOHOMED
111 E GLENWOOD AVENUE
AKRON, OH 44304


NAJEE ABOU ARRAJ
4844 TURNBRIDGE RD
TOLEDO, OH 43623


NAJEE ABOUARRAJ
4844 TURNBRIDGE RD
TOLEDO, OH 43623


NAJLA LEWIS
3500 VASSAR STREET
PORT CHARLOTTE, FL 33980


NAKEIA SMITH
6745 TOWNBROOK DR APT F
BALTIMORE, MD 21207


NAKIA GELIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NAKIAH CROSBY
304 PARK BROOK COURT
STAFFORD, VA 22554


NAKYRA SIMPKINS
300 60TH AVE SOUTH
SAINT PETERSBURG, FL 33705


NALA PRICE
531 S. WICKHAM RD
BALTIMORE, MD 21229


NALA SMITH
3848 TWIN LAKES CT
WINDSOR MILL, MD 21244-3704


NALIJA MASSEY
44 MUHAMMAD ALI AVE APT 3B
NEWARK, NJ 07108

NALONI JOHNSON
202A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NAM TRAN
1728 HORSESHOE BEND DR
PERRYSBURG, OH 43551


NAMITHA CHANDRASENA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NANA KOFI AGYAPONG BARIMA
4707 SCHLEY AVE
BALTIMORE, MD 21206-5525


Nancy J. Carpenter, MPAS
2050 Kenny Rd.
Columbus, OH 43221


NANCY NYARKO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NANCY PONCE
561 COLBURN ST
TOLEDO, OH 43609


NANDA KISHORE GNANESHWAR PEKETI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NANDIE GUILLAUME
8618 CLARIDGE DR
MIRAMAR, FL 33025


NANDINCHIMEG KHURELKHAYAG
10250 W BAY HARBOR DR, BAY HAR
MIAMI, FL 33154

NANET MANIERI
35602 N GREEN PL
WAUKEGAN, IL 60085-1228


NAOMI GLAO
PO BOX 11639
BALTIMORE, MD 21212


NAOMI GLAO
PO BOX 11639
BALTIMORE, MD 21229


NAOMI MINARD
8511 NORTHRIDGE COURT
ORLANDO, FL 32818


NAOMI ROACH
1530-411B PENTRIDGE RD
BALTIMORE, MD 21239


NAOMIE OVIL
21270 N MIAMI AVENUE
MIAMI, FL 33169


NAPLES CENTER FOR DERMATOLOGY
PO BOX 15852
FORT MYERS, FL 33908


Naples Pathology Associates
4351 Tamiami Trail N
Naples, FL 34103


Naples Womens Center, LLC
1726 Medical Blvd., Suite 101
Naples, FL 34110


NARGES YAZDANI
77 S. ADOLPH AVE
APT 1
AKRON, OH 44304


Nargles Shayesteh Moghaddam
2135 Orchard Lakes Place
Apt. 31
Toledo, OH 43615

NARMARIE DAVILA
STUDENT ACCOUNTS OFFICE
5817 WESLEYAN DR.
VIRGINIA BEACH, VA 23455


NAROMIE DORCELY
2719 NUMILLA DRIVE
ORLANDO, FL 32839


NASHID KHADEM
6936 DONACHIE ROAD APT K
BALTIMORE, MD 21239


NASHIRA BROWN
7440 NEW SECOND ST
ELKINS PARK, PA 19027


NASHLEY ZAYAS
109 VERBENA DR
ORLANDO, FL 32807


NASHLYN PASTEURIN
401 NW 152ND ST.
MIAMI, FL 33169


NASIKAH YITZCHAK
11 PORTUGAL PLACE APT 2A
MOUNT VERNON, NY 10550


NASSER ALRESHEEDI
1 VIEWRIDGE CT
NOTTINGHAM, MD 21236-3527


NASSER GRANT
3519 MILFORD MILL ROAD
BALTIMORE, MD 21244


NATACHA BASTIEN
1500 NE 145TH ST APT 102
MIAMI, FL 33161-3001


NATALIA BARBATO
509 CROUSE ST
AKRON, OH 44311

```
NATALIA BARBATO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NATALIA BARRAGAN
1101 HILLTOP LN
TOLEDO, OH 43615


NATALIA LALINDE
1115 SW 1ST AVE
POMPANO BEACH, FL 33060


NATALIA MARTINEZ
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054


NATALIA STEPANOV
3500 GALT OCEAN DR
1814
FORT LAUDERDALE, FL 33308


Natalie Alfonso
7380 SW 27th Pl
Apt. 2914
Fort Lauderdale, FL 33314


Natalie Barragan
1101 Hilltop Ln
Toledo, OH 43615


NATALIE DAVIDOW
7900 SW 98TH TERRACE
MIAMI, FL 33156


NATALIE FOX
4208 CUBA RD NW
ALBUQUERQUE, NM 87114


NATALIE HILLMAN
1241 WILLOWAY AVE SE
NORTH CANTON, OH 44720
```

NATALIE HUEBSCHMAN
1934 GREENWOOD RD SW
ROANOKE, VA 24015-2822


NATALIE KELLY
29050 E WINNERS CIR
PERRYSBURG, OH 43551


NATALIE MAY
6021 MAPLEWOOD ROAD
MENTOR, OH 44060


NATALIE MENKE
2318 NORTON ROAD
STOW, OH 44224


NATALIE MINNS
283 HATHAWAY DR
CUYAHOGA FALLS, OH 44223


NATALIE MURRAY
550 ALLANHURST AVE
VANDALIA, OH 45377


NATALIE O'BRIEN
280 37TH ST SW
BARBERTON, OH 44203


NATALIE PARKER
14594 SMART COLE RD
OSTRANDER, OH 43061


NATALIE QUARRY
244 SOUTH FREEDOM STREET
RAVENNA, OH 44266


NATALIE RODRIGUEZ
4595 E 8TH CT
HIALEAH, FL 33013


NATALIE SIRIANNI
3217 GLANZMAN RD UNIT 85
TOLEDO, OH 43614

NATALIE WHITE
13114 RIVER ROAD
MILAN, OH 44846


NATALYIA COLEMAN
423 MT. HOLLY ST.
BALTIMORE, MD 21229


NATASHA DACOSTA
9974 SOUTHWEST 154TH STREET
MIAMI, FL 33157


NATASHA DELMAS
3380 S DOUGLAS RD
APT 203
MIAMAR, FL 33025


NATASHA DREW
1537 N SMALLWOOD ST
BALTIMORE, MD 21216-4108


NATASHA JAMES
623 GREEN BRIAR BLVD
ALTAMONTE SPRINGS, FL 32714


NATASHA SAMANICH
5725 TIBARON LN APT 202
TOLEDO, OH 43615


NATASHA SINAI HEDE
5875 STAGHORN DR
TOLEDO, OH 43614


NATASHA SINAIHEDE
5875 STAGHORN DR
TOLEDO, OH 43614


NATASSIJA BANKS
1026 RADNOR AVENUE
BALTIMORE, MD 21212


NATASSIJA BANKS
344 SOUTH MACON STREET
BALTIMORE, MD 21224

NATAYIA REID
1022 GLEN OAK CT
LA PLATA, MD 20646-5991


NATDEILYS DE ARMAS
513 SW 11 ST
MIAMI, FL 33129


Natera, Inc.
201 Industrial Rd., Suite 410
San Carlos, CA 94070


NATHACHA ALCEME
1100 PARK DR
FORT LAUDERDALE, FL 33312-7340


NATHACHA BIEN-AIME
302 NW 102 STREET
MIAMI, FL 33150


NATHALIE GONZALEZ
333 NE 24TH ST APT 602
MIAMI, FL 33137-4862


NATHALIE MIRANDA
17910 SW 80 AVENUE
MIAMI, FL 33157


NATHALIE ROA
16950 NORTH BAY ROAD APT. 1415
SUNNY ISLES, FL 33160


NATHAN ABERLE
296 KAYLEE DR
WADSWORTH, OH 44281


NATHAN AMANUEL
5817 WESLEYAN DRIVE
PO BOX A46
VIRGINIA BEACH, VA 23455


NATHAN BISCHOF
2650 DEER RIDGE RUN
CUYAHOGA FALLS, OH 44223

NATHAN BROWN
406 SUMNER STREET ROO COMMONS B-14
AKRON, OH 44304


NATHAN BROWN
4808 LORELLY AVENUE APT 2D
BALTIMORE, MD 21206


NATHAN CASSELL
5276 SADDLEBROOK DRIVE
COLUMBUS, OH 43221


NATHAN CINADA
13110 HATHAWAY DR
SILVER SPRING, MD 20906


NATHAN DALY
1391 SW 82ND AVE
APT 1722
PLANTATION, FL 33324


NATHAN DALY
3131 PALM TRACE LANDINGS DRIVE
APT 1207
DAVIE, FL 33314


NATHAN HUDSON
165 ROYMOORE ROAD
UNIONVILLE, TN 37180


NATHAN KAFITY
1705 LANDS END DR
HURON, OH 44839


NATHAN LA SPINA
817 TYLER STREET
UNIT 2
HOLLYWOOD, FL 33019


NATHAN LLANES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

NATHAN LLANES
3337 W 90 STREET
HIALEAH, FL 33018


NATHAN MERCER
4186 CONGER LN
PENINSULA, OH 44264


NATHAN METZE
5495 REVERE RUN
CANFIELD, OH 44406


NATHAN MICHAEL
4505 BRAMLEY DRIVE
MANTUA, OH 44255


NATHAN ROSCOE
5916 MAIN ST
SYLVANIA, OH 43560


NATHAN SCHATZMAN
6 BEECH COURT
LEETSDALE, PA 15056


NATHAN SCOTT
6091 CARNATION DR
WESTERVILLE, OH 43081-3829


NATHAN SHEIRBURN
34773 LEGACY LANE
PITTSVILLE, MD 21850


NATHAN SHORTS
1778 SOUTH GREEN ROAD
SOUTH EUCLID, OH 44121


NATHAN TIPPER
600 N ROESSLER ST
MONROE, MI 48162


NATHAN VIVERETTE
12175 ELKWOOD DRIVE
CINCINNATI, OH 45240

NATHANAEL MONTGOMERY
1415 NEWTON STREET
TALLMADGE, OH 44278


NATHANAEL STEWART
1849 AUBURN ST
B
BETHLEHEM, PA 18015


NATHANAELLE EDME
3429 NW 32 CT
FORT LAUDERDALE, FL 33309


NATHANIA BOWE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NATHANIEL CHARLES
2485 HORSESHOE DRIVE
EAST STROUDSBURG, PA 18301


NATHANIEL COGER
857 VENABLE PLACE NW
WASHINGTON, DC 20012


NATHANIEL EDWARDS
41 PRESCOTT DRIVE
HUDSON, OH 44236


NATHANIEL FORRESTER
540 EAST PORTAGE TRAIL
APARTMENT 904A
CUYAHOGA FALLS, OH 44221


NATHANIEL HAWK
127 WEST BROADWAY ST.
PLYMOUTH, OH 44865


NATHANIEL MARSHALL
2967 GRACEWOOD RD
TOLEDO, OH 43613

NATHANIEL MCCLEAN
703C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NATHANIEL MURPH
4214 COPELAND STREET
DALLAS, TX 75210


NATHANIEL PELLS
3060 PALM TRACE LANDING DRIVE #208
DAVIE, FL 33314


NATHANIEL SHULTZ
6317 COLDSTREAM DRIVE
CLEVELAND, OH 44143


NATIO SCALES
3171 HARROW CT
WALDORF, MD 20602-2512


NATIONAL MEDICAL PROFESSIONAL
220 E Las Colinas Blvd
Irving, TX 75039


Nationwide Childrens Hospital
Dept. 781117
PO Box 78000
Detroit, MI 48278


NATORICA GRAHAM
36836 ANNIKA WAY
DADE CITY, FL 33523


Nature Coast Medical Group PA
130 SW 7th St.
Williston, FL 32696


NAUTICA TAYLOR
2202 HAMILTON AVE APT A
ATLANTIC CITY, NJ 08401-1562


NAVAR GANNAWAY
1338 KRISTEN PL
CINCINNATI, OH 45240

NAVATOLOVIA HARP
2732 TRANQUIL WAY
DALLAS, TX 75237


NAVIN KAFLE
634 E BUCHTEL AVE APT 204
AKRON, OH 44304


NAVONDRA DUBOIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NAVONDRA DUBOIS
P. O. BOX 415
LOWELL, FL 32663


NAWAGAMUWAGE LILANI DILANI PERERA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NAWAGAMUWAGE LILANI DILANI PERERA
634 EAST BUCHTEL AVENUE
APT 312
AKRON, OH 44304


NAYIHRIA BAIRD
1155 PENNSYLVANIA AVE. APT 10A
BROOKLYN, NY 11239


NAZANIN NOWZARIDALINI
2708 WESTMAR CT APT 301
TOLEDO, OH 43615


NCAS
1501 S. Clinton St.
7th Floor
Baltimore, MD 21224


NCAS / Care First
1501 S. Clinton St.
Baltimore, MD 21224

NCOFCC
1495 W Longview Ave, Suite 100
Mansfield, OH 44906


NDEYE COUMBA KEITA
15800 NW 42ND AVE
MIAMI GARDENS, FL 33054


NEAL BUCHER
2015 KEY ST APT E
MAUMEE, OH 43537


Nebal Darandri
1080 Arapaho Ave.
Columbus, OH 43085


NECHEMIAH DUGGINS
134-25 229TH STREET
LAURELTON, NY 11413


NECIA JAMIL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NEDA ESFAHANI
1429 OAK HILL CT APT 1A
TOLEDO, OH 43614


NEDA RASHIDI
590 E, BUCHTEL AVE, APT 46
AKRON, OH 44304


NEDLON WHEELER
301 NW 96TH ST
EL PORTAL, FL 33150


NEEMIE EXILIER FELIX
2609 KIRKWOOD PL APT 101
BALTIMORE, MD 21216


NEENAH COSTANZO
5912 CHESTNUT ROAD
INDEPENDENCE, OH 44131

NEESHA THIRUMALAICHELVAM
695 SW 11TH ST APARTMENT 203
MIAMI, FL 33129


NEHEMI'EL SIMMS
3250 BROADWAY
NEW YORK, NY 10027


NEHEMIAH DARRETT
3821 NE 23RD PLACE
CAPE CORAL, FL 33909


NEHEMIE AUGUSTIN
711 LYONS ROAD
APT #14104
COCONUT CREEK, FL 33063


Neighborhood Pediatrics, LLC
14701 Detroit Ave. #250
Lakewood, OH 44107


NEIJAH DARLING
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Neil Van Winkle, General Counsel
Carnegie Management and Development
27500 Detroit Rd., Ste 300
Westlake, OH 44145


NEKEIMA OBIKE
2850 WEDGEFIELD BLVD
JACKSONVILLE, FL 32277


NEKISHA MURRELL
3253 W. 85TH STREET
CHICAGO, IL 60652


NELDA LOUIS PIERRE
1350 NE 119TH ST APT 27W
MIAMI, FL 33161-6533

```
NELSON HERNANDEZ
8101 SW 72 AVE
APT 110W
MIAMI, FL 33143


NELSON JOSEPH
100 NW 16TH ST.
APT. 1
FORT LAUDERDALE, FL 33305


NELSON PEREZ
7385 FAIRWAY DR APT 250
MIAMI LAKES, FL 33014


NELSON WANJIKU
9220 WORTHINGTON RD, WESTERVIL
APT 119
COLUMBUS, OH 43082


NELSON WANJIKU
3511 HUNTING BROOK DR APT 303
COLUMBUS, OH 43231


NEMANJA MARJANOVIC
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NEOGENOMICS LABORATORIES, INC.
PO BOX 864110
9
FORT MYERS, FL 33913


NERLANDE ESCARMENT
426 NE 210 CIRCLE TERRACE
APT 206
MIAMI, FL 33179


NERMIN MAHRAN
2741 RYEWOOD AVE
APT D
AKRON, OH 44321


NESTOR TARAZONA
2301 NW 10TH AV
MIAMI, FL 33127
```

NEUGENIA JOSEPH
10212 TAKOMAH TRAIL
TAMPA, FL 33617


NEULON ROLLE
4764 NW 6TH CT
PLANTATION, FL 33317


Neurology and Headache Clinics
3020 N. McCord Rd.
#102
Toledo, OH 43615


NEUROLOGY ASSOCIATES OF N FL I
P O BOX 17809
170A
JACKSONVILLE, FL 32250


Neurosport Elite PA
10650 W State Rd. 84
Suite 111
Fort Lauderdale, FL 33324-4235


New York Eye Ear Infirm
310 E 14th St.
New York, NY 10003


NEW YORK PHYSICIANS LLP
 635 Madison Ave
NEW YORK, NY 10022


New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001


NEWMAN WILLIAMS
857 RUSSELL AVE
AKRON, OH 44307


NEWTON REID
6001 SOUTH WEST 13TH STREET
FORT LAUDERDALE, FL 33317

NFN ARSHPREETKAUR
2725 PINE KNOLL DR
TOLEDO, OH 43617


NGAN HUYNH
1816 N WESTWOOD AVE APT E
TOLEDO, OH 43607


NGONE DIEYE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


NHIEN NGUYEN
1760 W ROCKET DR
ACADEMIC HOUSE, AH-5002-3,
TOLEDO, OH 43606


NHO'J JOYNER
7224 NE 2ND AVE
EL PORTAL, FL 33138


NHORA ADAMS
2759 TREASURE CAY LANE
SEBRING, FL 33875


NHUAN LE
2309 UNIVERSITY HILLS BLVD
APT 106
TOLEDO, OH 43606


NI'EJA MOSS
2890 TENNYSON BLVD
COLUMBUS, OH 43232


NIA CAMPBELL
222 BRITTANY DR.
JOPPA, MD 21085


NIA CAMPBELL
137 SOLAR CIRCLE
BALTIMORE, MD 21234


NIA HAWKINS
247 CRESCENT AVE
BUFFALO, NY 14214-2334

NIA HYNDMAN-LANIER
131-11 234TH STREET
ROSDALE, NY 11422


NIA PAGE
12907 PICKERING DRIVE
GERMANTOWN, MD 20874


NIAGERIA MAY-RICKS
55 NORTH 21 ST APT 2
EAST ORANGE, NJ 07017


NIAJEA RANDOLPH
6607 WOODS PKWY APT 1B
BALTIMORE, MD 21222-3729


NIANI FONG
4506 PENHURST AVE
BALTIMORE, MD 21215


NIANI FONG
4506 PENHURST AVE
BALTIMORE, MD 21216


NIBRAS KHALID
3970 WYNDHAM RIDGE DR.
APT.#101
STOW, OH 44224


NICCOLE LEE
7229 FERGUSON ROAD, APT 3507
DALLAS, TX 75228


NICHOLAS ALLARD
13427 ROACHTON RD.APT. 8
PERRYSBURG, OH 43551


NICHOLAS BENYA
3845 FAIRWOOD DR
SYLVANIA, OH 43560


NICHOLAS BURKHOLDER
3776 HILL AVE APT 71
TOLEDO, OH 43607

NICHOLAS BURKHOLDER
1164 BROOKVIEW DR APT 4
TOLEDO, OH 43615


NICHOLAS CAIRL
7407 FOX LN
HOLLAND, OH 43528


NICHOLAS CAMPBELL
2978 CLEAR CREEK DR
CUYAHOGA FALLS, OH 44223


NICHOLAS CAPALDO
1923 KEY ST APT K
MAUMEE, OH 43537


NICHOLAS CARINA
395 E 309TH ST
WILLOWICK, OH 44095-3713


NICHOLAS CHARLES
1600 SW 78TH AVE
APT 525
PLANTATION, FL 33324


NICHOLAS CHIAPEPETTA
1117 CEDAR CREEK DR
NORTHWOOD, OH 43619


NICHOLAS COOK
286 GRANDVIEW CIRCLE
POWDER SPRINGS, GA 30127


NICHOLAS COSTA
4050 WILTSHIRE RD
NORTH ROYALTON, OH 44133


NICHOLAS CRUZ
1487 WEST 83RD STREET
HIALEAH, FL 33014


NICHOLAS FAZIO
2050 GATES AVE.
STREETSBORO, OH 44241

NICHOLAS FORD
1000 ELSA AVE
LANDOVER, MD 20785-4309


NICHOLAS FRIEDMAN
2400 BYTHAM CT
202
WINDSOR MILLS, MD 21244


NICHOLAS GASSER
6401 HIGH RIDGE DRIVE
PENDLETON, KY 40055


NICHOLAS GIARDINA
1024 MCLEOD PARC
PICKERINGTON, OH 43147


NICHOLAS GOZZA
UPPER UNIT
2017 KENSINGTON RD
TOLEDO, OH 43607


NICHOLAS GRICE
1227 SELLIERS AVE
ROSEDALE, MD 21237-2611


NICHOLAS GROENEWOLD
2400 PELHAM AVE
BALTIMORE, MD 21213


NICHOLAS HAUBERT
173 APPLEGROVE ST NE
APT. B-2
NORTH CANTON, OH 44720


NICHOLAS HENKEL
1120 N WESTWOOD AVE APT 4106
TOLEDO, OH 43607


NICHOLAS HINDS
518 GAGE ST
AKRON, OH 44311

NICHOLAS IGHADE
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


NICHOLAS ISAACS
4724 GLENWAY AVE.
APT. 8
CINCINNATI, OH 45238


NICHOLAS JACKSON
1300 QUAIL HOLLOW DRIVE
BOWLING GREEN, OH 43402


NICHOLAS JENSEN
2664 COLONIAL HILLS
UNIONTOWN, OH 44685


NICHOLAS JERICHO
151 SHELBOURNE DRIVE
MOON TOWNSHIP, PA 15108


NICHOLAS JOHNS
438 E THORNTON STREET
AKRON, OH 44308


NICHOLAS KAPETANAKIS
3621 SW 162 AVE
MIRAMAR, FL 33027


NICHOLAS KRASNOSCHIK
5255 BROOKSIDE ROAD
INDEPENDENCE, OH 44131


NICHOLAS KRASNOSCHLIK
5255 BROOKSIDE ROAD
INDEPENDENCE, OH 44131


NICHOLAS LAMBERT
303 SOUTH WEST 33RD AVENUE
DEERFIELD BEACH, FL 33442


NICHOLAS MIDDLESWORTH
345 SOUTH GRAND AVE.
MARION, OH 43302

NICHOLAS MOREA
7634 RIVA RIDGE ST
LAS VEGAS, NV 89149-1607


NICHOLAS MOSS
NSU, COMMON RESIDENCE HALL
3301 COLLEGE AVENUE
FORT LAUDERDALE, FL 33314-7796


NICHOLAS MUNDY
5817 WESLEYAN DRIVE
PO BOX A148
VIRGINIA BEACH, VA 23455


NICHOLAS PAIGE
5811 W WATERFORD DRIVE
DAVIE, FL 33331


NICHOLAS PARODI
3220 QUARRY RD
MAUMEE, OH 43537


NICHOLAS RENKEN
7617 PARK BEND CT.
COLUMBUS, OH 43082


NICHOLAS RODRIGUEZ
8121 MUELLERSVILLE LANE
BRENHAM, TX 77833


NICHOLAS ROLLASON
8628 NORTH SPRING COURT
PICKERINGTON, OH 43147


NICHOLAS SCHER
8241 SW 89 STR
MIAMI, FL 33156


NICHOLAS STRICKLEN
276 FOX RD
MANSFIELD, OH 44904

NICHOLAS TEO
1350 NORTH HOWARD STREET
APT 210
AKRON, OH 44310


NICHOLAS THOMPSON
1120 N WESTWOOD AVE APT 3113
TOLEDO, OH 43607


NICHOLAS THOMPSON
4420 NW 34TH CT
LAUDERDALE LAKES, FL 33319


NICHOLAS VERNON
364 REGENTS ROAD
COLUMBUS, OH 43230


NICHOLAS WALLA
26375 LAUREL LN
PERRYSBURG, OH 43551


NICHOLAS WILLIAMS
1145 PARAMORE DRIVE
VIRGINIA BEACH, VA 23454


NICHOLAS WILSON
6824 BROMPTON ROAD
GWYNN OAK, MD 21207


NICHOLAS WINKLER
490 REIMER RD
WADSWORTH, OH 44281


NICHOLAS WOOD
1450 SECOR RD APT 215
TOLEDO, OH 43607


NICHOLE BURKE
12515 NW 20TH COURT
MIAMI, FL 33167


NICHOLE WILDER-FENWICK
3 OFFUTT CT
BALTIMORE, MD 21207

NICK FLOR JOHANSEN
4921 FRENCH CREEK RD
SHEFFIELD VILLAGE, OH 44054


NICK MORAGA
19527 NW 79TH CT
HIALEAH, FL 33015-6335


NICK SIBILA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NICK STRAWTER
3601 KERNAN BLVD S
JACKSONVILLE, FL 32224-9602


NICKBERT EMEPUE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Nicklaus Childrens Hospital
3100 SW 62nd Ave.
Miami, FL 33155


NICKOLAS BURNER
5976 SR 12 W
FINDLAY, OH 45840


NICKYA WILLIAMS
553 VILLA AVE
AKRON, OH 44310


NICO CLOYD
MORGAN VIEW APARTMENTS
1530 PENTRIDGE RD APT 201D
BALTIMORE, MD 21239-0050


NICOLA COSTELLO
2641 BROOKSIDE DR
FOSTORIA, OH 44830

NICOLAS BRAVO
2525 SW 3RD AVENUE
APARTMENT 1001
MIAMI, FL 33129


NICOLAS COWAN
3781 KATIE PL
TRIANGLE, VA 22172-2044


NICOLAS GARRIDO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


NICOLAS MEADE
182 SW 96TH TER
PLANTATION, FL 33324


NICOLAS SOBANSKI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


NICOLE ARIAS
4515 SW 179TH WAY
MIRAMAR, FL 33029


NICOLE BERNARD
1039 IVALOO STREET
NORFOLK, VA 23513


NICOLE BEST
8035 TWIN OAKS DR
BROADVIEW HEIGHTS, OH 44147


NICOLE BYCZYNSKI
305 SOMERSET ST
TOLEDO, OH 43609


NICOLE CAMPOS YANEZ
2801 W BANCROFT MS121
TOLEDO, OH 43606


NICOLE CARDELLI
3848 BADGERBROOK ST
LAS VEGAS, NV 89129-6412

Nicole Chavez
15401 SW 89th Court
Miami, FL 33157-1917


NICOLE CHAVEZ
15401 SW 89TH COURT
PALMETTO BAY, FL 33157-1917


NICOLE DE PAZ
2715 SW 115TH AVE
MIAMI, FL 33165-2128


NICOLE DISBRO
1127 N BYRNE RD
TOLEDO, OH 43607


NICOLE ECKERLE
3301 COLLEGE AVENUE
FORT LAUDERDALE, FL 33314


NICOLE ELLIOTT
3717 GLENGYLE AVE
BALTIMORE, MD 21215


NICOLE FLETCHER
P.O. BOX 593
HIRAM, OH 44234


NICOLE GEORGE
4149 MEADOW GREEN DR
SYLVANIA, OH 43560


NICOLE HALE
445 HICKORY LANE
WATERVILLE, OH 43566


NICOLE HARRELL
171 PARKER ROAD
GATES, NC 27937-8800


NICOLE HIATT
1127 N BYRNE RD
TOLEDO, OH 43607

NICOLE HOBSON
1325 BUHL TER
FARRELL, PA 16121


NICOLE KARNATH
1909 WYNDHURST RD
TOLEDO, OH 43607


NICOLE KARNATH
PO BOX 12561
TOLEDO, OH 43606


NICOLE KIM
6720 BORGES ST
CORONA, CA 92880


NICOLE LAWRENCE
406 KOSCUIZKO ST
APT #2
BROOKLYN, NY 11221


NICOLE MADDEN
4710 BURNHAM AVE
TOLEDO, OH 43612


NICOLE MYERS
98 TAFT ST
WASHINGTON, DC 20019


NICOLE NEWELL
8337 COUNTY ROAD N30
MONTPELIER, OH 43543


NICOLE OLGUIN
539 GLENHEATHER DR
SAN MARCOS, CA 92069-2004


NICOLE PRENTLER
2673 FAIRBROOK DRIVE
JENISON, MI 49428


NICOLE QUINTANA
10820 SW 25 ST
MIAMI, FL 33165

NICOLE REINOSO
7893 SW 162 PLACE
MIAMI, FL 33193


NICOLE RYMAN
1129 WINCHELL ROAD
AURORA, OH 44202


NICOLE TOREK
2671 SW 79TH AVE #104
DAVIE, FL 33328


NICOLE ULLMAN
608B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NICOLE YNIGO
1621 SW 94 AVE
MIAMI, FL 33165


NICOLE YNIGO
17220 NW 64TH AVE
APT. 104
HIALEAH, FL 33015


NICOLETTE ARCHIE
2807 HILLCREST AVE.
PARKVILLE, MD 21234


NICOLETTE ARCHIE
6122 FAIRDEL AVE #26
BALTIMORE, MD 21206


NICOLETTE ESTOK
733 WEST MARKET ST
APT 903
AKRON, OH 44303


NICOLETTE ESTOK
1884 RIDGE ROAD
HINCKLEY, OH 44233

NICOLETTE JORDAN
7606 S EUCLID AVE
CHICAGO, IL 60649

NICOLO DALLOMO
710 WASHINGTON AVE UNIT 405
MIAMI BEACH, FL 33139

NIEJA MOSS
1831 PINE ST
COLUMBUS, OH 43217

NIELS HANSEN
14 CHUSCO RD
SANTA FE, NM 87508

NIESHA FROGG
8003 SHELLEY DRIVE
BALTIMORE, MD 21244

NIFEMI OTOKITI
1443 HADWICK DR
BALTIMORE, MD 21221-4436

NIGEL FULLERTON
1717 WALTMAN RD
EDGEWOOD, MD 21040

NIGEL WHYTE
4224 NW 185 ST
CAROL CITY, FL 33055

NIGERIA LAWRENCE
1391 SABLE TRAIL
WESTON, FL 33327

NIGERIA LAWRENCE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

NIGERIA LAWRENCE
3151 SW 37 TERRACE
WEST PARK, FL 33023

NIHANTH PETA
2517 W VILLAGE DR
TOLEDO, OH 43614


NIHIT RAWAL
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


NIJA LOVING
4317 3RD STREET SE
APARTMENT 202
WASHINGTON, DC 20020


NIJAI BROWN
1234 E.LAFAYETTE AVE
BALTIMORE, MD 21202


NIJHEE BANKS
302D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21231


NIJHEE BANKS
302D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NIKA CARR
3625 COLLEGE AVE
DAVIE, FL 33314


NIKE OMOGIATE
309 SHERMAN AVENUE
APT 2A
EVANSTON, IL 60202


NIKELENE MCLEAN
2208 TAYLOR AVE
PARKVILLE, MD 21234-6205


NIKESON SAINT-LOUIS
7NW 51 STREET
MIAMI, FL 33127

NIKHIL KONDUR
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


NIKHIL PRASAD
80 E. EXCHANGE ST
228A
AKRON, OH 44308


NIKHIL PRASAD
270 E. EXCHANGE ST.
UNIVERSITY EDGE APARTMENTS
1-303 C
AKRON, OH 44304


NIKHILESHWAR MULAKALA
55 FIRHILL TOWERS
APPT #3B2
AKRON, OH 44304


NIKHILESHWAR MULAKALA
77 FIRHILL TOWERS
APPT #2B5
AKRON, OH 44304


NIKIA ANACRAYON
620 SW 12 ST
BELLE GLADE, FL 33430


NIKITA BUDAEV
201 GOLDEN BEACH DR
GOLDEN BEACH, FL 33160


NIKKI ENNIS
PO BOX 142
CARMEL, IN 46082-0142


NIKKI JAMES
404 JAMES STREET
CEDAR HILL, TX 75104


NIKKIA SCHADY
22531 ARMS AVENUE
EUCLID, OH 44123

Niko Crever
2927 Ulysses St. NE
Minneapolis, MN 55418


NIKO DE VERA
476 N V ST
WASHOUGAL, WA 98671


NIKYA KIRNON
137 SOLAR CIRCLE
PARKVILLE, MD 21234


NILAN GALABADA KANKANAMGE
634 E BUCHTEL AVE
APT 312
AKRON, OH 44304


Nile Walker
34 Mallow Hill
Baltimore, MD 21229


NILE WALKER
234 MALLOW HILL
BALTIMORE, MD 21229


NILIA SOUSA
4030 NORTH CENTRAL EXPRESS WAY
DALLAS, TX 75204


NILOOFAR ALIPOURASIABI
1224 BERNATH PKWY
TOLEDO, OH 43615


NILOOFAR SANAEI
3365 AIRPORT HWYAPT #7
TOLEDO, OH 43609


NINA KORNEVA
1405 CHAPEL RIDGE DRIVE
OCOEE, FL 34761


Nina L. Coletta, DPM
8844 FL-84
Fort Lauderdale, FL 33324

NINA LEWIS
975 TERRACE LANE
YPSILANTI, MI 48198


NINA NEILL
2910 NE 10TH AVE
POMPANO BEACH, FL 33064


Nina Polini
5901 Toscana Dr.
Apt. 1218
Fort Lauderdale, FL 33314


NINA TORRES
1522 HIGHCREST CIRCLE
VALRICO, FL 33596


NINA TORRES
409 SW 88 PLACE
MIAMI, FL 33174


NIRAJ SHRESTHA
3414 DORR ST APT 135
TOLEDO, OH 43607


NIRAJAN KHAKUREL
811 ST PAUL ST
APT 3A
BALTIMORE, MD 21202


NIRAJE MEDLEY-BACON
3536 ELMORA AVENUE
BALTIMORE, MD 21213


NIRSSAN KARAMOKO
405C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NIRVA DORLEAN
731 NW 147TH ST
MIAMI, FL 33168-3049

NISHIRA HENDERSON
6531 DIESEL COURT
NORFOLK, VA 23513


NISHTHA PANT
634 E BUCHTEL AVE APT 315
AKRON, OH 44304


NITIN MEHRA
634 E BUCHTEL AVE
APT #116
AKRON, OH 44304


NITIN PARSA
77 FIR HILL DRIVE
APARTMENT NO. 2B8
AKRON, OH 44304


NITIN PARSA
77 FIR HILL DRIVE
APARTMENT NO. 2B5
AKRON, OH 44304


NITYANSHU KUMAR
55 FIR HILL ST, 2B2
AKRON, OH 44304


NITYANSHU KUMAR
77 FIR HILL ST, 4B11
AKRON, OH 44304


NITYASRI GOPINATH
4430 N HOLLAND SYLVANIA RD
APT 4249
TOLEDO, OH 43623


NIYAH EZEAKOR
3906 NORTH ROGERS AVE APT N
GWYNN OAK, MD 21207


NIYEKA HARRIS
5257 DARIEN RD
BALTIMORE, MD 21206

NKEIRUKA NWEKE
6328 MAPLEWOOD RD
APT 204
MAYFIELD HEIGHTS, OH 44124


NKEMJIKA IKE
1797 E WATERFORD CT
AKRON, OH 44313


NKEMJIKA IKE
1797 EAST WATERFORD COURT
APT 327
AKRON, OH 44313


NKIRUKA NWACHUKWU
11 COMET COURT
PARKVILLE, MD 21234


NKIRUKA NWACHUKWU
1 NEPTUNE COURT, APT L
PARKVILLE, MD 21234


NKU HENRY
405C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NNAYELU ORANUBA
24 LILY POND COURT
ROCKVILLE, MD 20852


NOAH BLAND
282 RESERVE AVE.
OBERLIN, OH 44074


NOAH CHOI
SPANTON RESIDENCE HALL #204
190 S COLLEGE ST.
AKRON, OH 44309


NOAH GESLIN
6052 NW RELIEF CT
FORT PIERCE, FL 34983

NOAH GLAVICKAS
2939 WINDSOR RD
ORWELL, OH 44076


NOAH HANEY
2200 ANVIL LANE
TEMPLE HILLS, MD 20748


NOAH JOHNSON
2 CYPRESS GROVE CT
OWINGS MILLS, MD 21117


NOAH JOHNSON
1111 EDMONSTON DR
ROCKVILLE, MD 20851-1613


NOAH KISER
6575 BLUEBIRD COURT
MASON, OH 45040


NOAH KUSEL
N358 OAK CLAY RD
WHITEWATER, WI 53190


NOAH LEBAY
644 W. STEELS CORNERS RD.
CUYAHOGA FALLS, OH 44223


NOAH NORMAN
998 NORTHGATE AVENUE
WAYNESBORO, VA 22980


NOAH PHILLIPS
5817 WESLEYAN DRIVE
PO BOX B348
VIRGINIA BEACH, VA 23455


NOAH WILLIAMS
103 FRISBEE HILL RD
HILTON, NY 14468


NOE ESTRADA
2002 ROCK RIDGE DRIVE
HOUSTON, TX 77049

Noel E. Delgadillo, MD PA
8700 N Kendall Dr. #218
Miami, FL 33133


NOEL LIVERPOOL
9705 MARRIOTTSVILLE ROAD
RANDALLSTOWN, MD 21133


NOELLE GAITHER
2346 GIBLEY PARK RD
TOLEDO, OH 43617


NOFISAT ODUBANJO
64 NORTH RITTERS LN
OWINGS MILLS, MD 21117


NOFISAT ODUBANJO
222 MID PINES CT APT 4C
BALTIMORE, MD 21216


NOLAN HABEL
1665 19TH ST
CUYAHOGA FALLS, OH 44223


NOLAN JOHNSON
5236 STONE SHOP CIRCLE
OWINGS MILLS, MD 21117


Nolan Starnes
3008 Hillhurst Dr.
Nashville, TN 37207


NOOR SETH
704 NICHOLAS LANE
HUNT VALLEY, MD 21030


NORAH ALI
132 MEADOWFIELD COURT
ELYRIA, OH 44035


NORAH ALYAHYA
4617 CREEKRUN DRIVE
COPLEY, OH 44321

NORALDIN ALBABAH
2200 HIGH STREET
APT# 166
CUYAHOGA FALLS, OH 44221


NORBERTO RODRIGUEZ
16070 SW 71ST TERRACE
MIAMI, FL 33193


NORELY VANESSA FLORES CABRERA
7593 PARTRIDGE MEADOWS DRIVE EAST
HUDSON, OH 44236


Norfolk Physhiatric Assoc.
6353 Center Dr., Ste. 204
Norfolk, VA 23502


NORIHIDE YOSHIDA
1216 SUNBURY RD
COLUMBUS, OH 43210


NORMA GERMAIN
580 NE 132ND ST
NORTH MIAMI, FL 33161-4032


NORTH BROWARD HOSPITAL DISTRIC
1600 S Andrews Ave
Fort Lauderdale, FL 33316


North Broward Hospital District
PO Box 862851
Orlando, FL 32886-2851


North Broward Radiologists PA
1801 S Preimeter Rd., Suite 180
Fort Lauderdale, FL 33309


North Centrail Ohio Family
269 Portland Way S
Galion, OH 44833


North Central Surgical Center
9301 N Central Exp., Ste. 100
Dallas, TX 75231

North Coast Professional Co
1221 Hayes Ave.
Sandusky, OH 44870


North County Surgicenter
4000 Burns Rd.
Palm Beach Gardens, FL 33410


North Florida Reg Med Ct
6500 W Newberry Rd.
Gainesville, FL 32605


North Florida Surgeons PA
PO Box 14009
Belfast, ME 04915-4031


North Ohio Heart, Inc.
84 E Broad St.
Elyria, OH 44035


NORTH SHORE LIJ ANESTHESIOLOGY
972 Brush Hollow Rd
Westbury, NY 11590


North Shore Medical Center
81 Highland Ave.
Salem, MA 01970


Northeast Ohio Eye Surgeons
4099 Embassy Pkwy
Akron, OH 44333


Northern California Anesthesia Phys
3490 California St. #201
San Francisco, CA 94118


Northern Ohio Foot & Ankle Speciali
368 Milan Ave.
Norwalk, OH 44857


Northern Ohio Medical Specialists
2500 W Strub Rd. #230
Sandusky, OH 44870

Northstar Anesthesia of Ohio
610 W Main St.
Wilmington, OH 45177


Northwest Medical Center
2801 North State Rd. 7
Pompano Beach, FL 33063


Northwest OH Integrated L
2222 Cherry St
Toledo, OH 43608


NORVEL CLARKE
14116 LONDON LN
ROCKVILLE, MD 20853-2025


NOURAN IBRAHIM
80 N PORTAGE PATH APT 5C9
AKRON, OH 44303


NOVA SE UNIV/THE EYE CARE INST
3200 S University Dr
DAVIE, FL 33328


NOVA SE UNIVERSITY
P O BOX 290250
DAVIE, FL 33328


NOVA SE UNIVERSITY
3301 College Ave
Fort Lauderdale, FL 33314


Nova SE University Davie
PO Box 290370
Fort Lauderdale, FL 33329


NOVA SE UNIVERSITY H B
P O BOX 290250
DAVIE, FL 33328


Nova SE University NMB
1750 NE 167th St.
Miami, FL 33162

Nova Southeastern University
PO Box 290370
Fort Lauderdale, FL 33329


Nova Southeastern University
3301 College Ave.
Fort Lauderdale, FL 33314-7796


Novacare Rehabilitation of Ohio
3301 College Ave.
Fort Lauderdale, FL 33314


NOVIKA FUSANTI
2462 CAROLINA AVENUE
COLUMBUS, OH 43229


NRSIMHA GHOSH
231 SOUTHLAKE PL
NEWPORT NEWS, VA 23602


NSU College of Dental Medicine
3103 SW 76th Ave.
Fort Lauderdale, FL 33314


NSU Davie Sports Medicine Clinic
PO Box 290370
Fort Lauderdale, FL 33329


Nujaun Robinson
2427 Sunset Blvd.
Steubenville, OH 43952


NYA ANDERSON
95 LENOX AVE APT 5A
NEW YORK, NY 10026


NYA LEE
604A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


NYAH JOHNSON
7305 SARA ST
NEW CARROLLTON, MD 20784-3653

NYAH STOKLEY
19402 111TH AVE
SAINT ALBANS, NY 11412-2014


Nyandra McFadden
410 Chester St.
Apt. F
Brooklyn, NY 11212


NYANDRA MCFADDEN
410 CHESTER STREET
APARTMENT F
BROOKLYN, NY 11212


NYASIA AUGUSTSON
5105 CEDGATE RD
BALTIMORE, MD 21206-4001


NYDEIRA WILSON-HODGE
ENCHANTED FOREST DR.
CONLEY, GA 30288


NYDIRAH TINGLE
184 EAST 96 STREET
APARTMENT 4B
BROOKLYN, NY 01121-2280


NYDJA MERCER-BEY
14615 NE 3RD CT.
MIAMI, FL 33161


NYEISHA JOHNSON
1071 NW 199TH STREET
MIAMI, FL 33169


NYEMA ROUNDTREE
1810 YORK RD
LUTHERVILLE, MD 21093


NYEMA SIMPKINS
300 60TH AVE SOUTH
SAINT PETERSBURG, FL 33705

```
NYERE BROWN-WILSON
PO BOX 7291
BALTIMORE, MD 21218-0291


NYESHA SKINNER
5936 THE ALAMEDA
BALTIMORE, MD 21239-2233


NYI'AMBIEYA SMITH
1485 N MANGONICA DR
WEST PALM BEACH, FL 33401


NYIANA GARNER
728 MEANDERING DR
CEDAR HILL, TX 75104-6066


NYIELA JONES
3504 WEST 98TH STREET
CLEVELAND, OH 44102


NYJAUN ROBINSON
2427 SUNSET BLVD
STEUBENVILLE, OH 43952


NYKERIA CLARK
2960 SOUTHGATE TER
HIAWASSEE, FL 32818


NYKIRA JORDAN
25 46 STREET NE
WASHINGTON, DC 20019


NYLA RUDISLL-BLACK
3510 GREENSPRING AVENUE
BALTIMORE, MD 21211


NYLAH BETHEA
8873 RUSLAND COURT
FORT WASHINGTON, MD 20744


O'SHA JACKSON
1921 BURTON AVE SE
WARREN, OH 44484
```

OAKLAND PARK MRI INC
1799 W OAKLAND PARK BLVD
SUITE 105
FORT LAUDERDALE, FL 33311


OANH LE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


OANH UNG
33 PROSPECT HILL ROAD
CROMWELL, CT 06416


OB G Y N Associates West
605 N Cleveland-Massillon Rd.
Ste. A
Akron, OH 44333


OBAFOLAJIMI AGBOOLA
40 MAINVIEW CT
RANDALLSTOWN, MD 21133


OBARO ONOKPEMUEMU
406 SUMNER STREET, APT B4
AKRON, OH 44304


OBED BAZILE
920 SE BAYFRONT AVE
PORT SAINT LUCIE, FL 34983


OBENTA NICHOLAS
4183 BOOKER ST
ORLANDO, FL 32811


OBGYN Specialists of the Palm Beach
770 Northpoint Pkwy, Suite 200
West Palm Beach, FL 33407


OBIAJULU ORANUBA
24 LILY POND COURT
ROCKVILLE, MD 20852


OBIANUJU NWABUOKEI
29465 BRENTWOOD ST
SOUTHFIELD, MI 48076

OBINNA OKUDOH
11714 TUSCANY DR
LAUREL, MD 20708-2841


Obstetrical & Gynecological
75 Arch Street, Ste 401
Akron, OH 44304


Obstetrics and Gynecology of No TX
Baylor Regional Medical Center
Professional Office Building
1600 W College St., Suite 540
Grapevine, TX 76051


OCHSNER CLINIC LLC NO
P O BOX 54851
NEW ORLEANS, LA 70154


OCHSNER MEDICAL CENTER
PO BOX 919140
GRETNA, LA 70056


OCTAVIA MITCHELL
601C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ODALYS QUINONES
10555 SANGERBROOK DRIVE
HOUSTON, TX 77038


ODILIOUS NESBITT
14201 SW 33RD COURT
MIRAMAR, FL 33027


ODILIOUS NESBITT
6625 NW 174TH TERR
HIALEAH, FL 33015


ODIMEGWU OGBUJI-EMMANUEL
7311 GAVIN ST
NEW CARROLLTON, MD 20784-3614

```
ODJFS
PO Box 182404
Columbus, OH 43218-2404


Odyssey Health Systems, LLC
3440 W. Market St.
Ste. 200
Akron, OH 44333


Office of Tax Revenue
PO Box 96166
Washington, DC 20090-6166


OGHENEVOKE OMONIYODO
6914 LACHLAN CIR APT L
BALTIMORE, MD 21239-1060


OGHOGHO AKAROGBE
429 N HAWKINS AVE
APT 506
AKRON, OH 44313


OGUZHAN CEYLAN
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


OGUZHAN KILIC
591 EAST BUCHTEL AVE. APT O
AKRON, OH 44304


Ohio Bureau of Workers Comp.
30 W. Spring St.
Columbus, OH 43215


Ohio Department of Taxation
150 E. Gay Street
21st Floor
Columbus, OH 43215


Ohio Dept. of Taxation
PO Box 530
Columbus, OH 43216-0530
```

Ohio Dominical University
Attn: Vicki Steele
1216 Sunbury Rd.
Columbus, OH 43210


Ohio Dominican University
Attn: Alvin Rodack
1216 Sunbury Rd.
Columbus, OH 43219


Ohio Family Practice Centers
3009 Smith Rd. #200
Akron, OH 44333


Ohio Health Corporation
180 E Broad St.
Columbus, OH 43205


Ohio Imaging Associates, Inc.
1675 E Main St.
Kent, OH 44240


Ohio Physician Professional Corp
PO Box 80690
Canton, OH 44708-0690


Ohio Treasurer of State
Commercial Activity Tax
PO Box 16158
Columbus, OH 43216-6158


Ohio Wesleyan
Attn: Lauri Strimkovsky
615 Sandusky St.
Delaware, OH 43015


OhioHealth Cororation
180 E Broad St
Columbus, OH 43215


OhioHealth Laboratory Systems
41 S High St.
Columbus, OH 43215

OhioHealth Physician Group
41 S High St.
Columbus, OH 43215


OhioHealth Regional Physician
41 S High St.
Columbus, OH 43215


OHOUD AL RAWASHDEH
8507 HORSESHOE ROAD
ELLICOTT CITY, MD 21043


OHRI LLC
P O BOX 919474
NEW YORK, NY 10003


OJO FASAKIN
7405 GOLDFIELD CT. APT #C
BALTIMORE, MD 21237


OKAN BOLER
1208 BUCKINGHAM GATE BLVD
CUYAHOGA FALLS, OH 44221


OKECHUKWU ANYATONWU
214 DAUNTLY ST
UPPER MARLBORO, MD 20774-1810


OKIKIOLUWA PHILLIPS
9613 GLENKIRK WAY
BOWIE, MD 20721


OLABISI YAMU
10707 KITCHENER CT
BOWIE, MD 20721


OLABODE OGIDAN
3870 NW 183 ST
APT. 203
CAROL CITY, FL 33055


OLADAPO OLAWUYI
10402 FORESTGROVE LANE
BOWIE, MD 20784

```
OLADAPO OLAWUYI
7731 RIVERDALE RD APT 204
NEW CARROLLTON, MD 20784


OLADAPO SOWEMIMO
1900 N BAYSHORE DR
APT 2109
MIAMI, FL 33132


OLADIPO ADEUYAN
9501 SIDEBROOK ROAD
SUITE 403
OWINGS MILLS, MD 21117


OLAIDE OSENI
213, GALE STREET
AKRON, OH 44302


OLAIDE OSENI
THE DEPOT
80 E EXCHANGE
SUITE 152B
AKRON, OH 44308


OLAJUMOKE ADERIBIGBE
1213 BLUE WING TER
UPPER MARLBORO, MD 20774


OLAJUMOKE AJINIRAN
3503 56TH ST
HYATTSVILLE, MD 20784-1115


OLAKITAN OLUWALADE
4785 CLAIRELEE DR
OWINGS MILLS, MD 21117


OLAKUNLE AWOTEDU
15401 JENKINS RIDGE RD
BOWIE, MD 20721-6218


OLALEKAN ASAOLU
2015 KELBOURNE ROAD. APT. 302
ROSEDALE, MD 21237
```

OLALEYE FASUYI
47 EIFFEL CT
ESSEX, MD 21221-5811


OLAMIDE OKELOWO
3514 CORN STREAM RD
RANDALLSTOWN, MD 21133-2437


OLAMIDE OLASUPO
86 WISE STREET
AKRON, OH 44304


OLANREWAJU ABODERIN
15415 SEMINOLE CANYON DR
SUGAR LAND, TX 77498


OLANZA BADGER
9156 GRANITE COURT
WALDORF, MD 20603


OLASUBOMI ISHOLA
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


OLATUNDE ALADESOTE
5925 RADECKE APT H
BALTIMORE, MD 21206


OLATUNDE OLOWE
86 WISE STREET
AKRON, OH 44304


OLATUNDE OLOWE
1470 ALPHADA AVENUE
APT. L1
AKRON, OH 44310


OLAWALE AYOADE
437 SUMNER STREET
APT H
AKRON, OH 44304


Oleta River Emerg Phys, LLC
20900 Biscayne Blvd.
Miami, FL 33180

OLINDA MARTINEZ LEMUS
6540 FIELDSTONE DR NW
CANTON, OH 44718


OLIVE LEBBIE
5615 EASTWOOD COURT
CLINTON, MD 20735


OLIVER CLINGAIN
981 BATES ROAD
ROCKY RIVER, OH 44116


OLIVER FOWLER
1204 E CUMBERLAND AVE
APT 420
TAMPA, FL 33602


OLIVER KARLSSON
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


OLIVER KNOELL
6114 LAMPTON POND DR
HILLIARD, OH 43026


OLIVER WILLIAMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


OLIVIA BARONE
4243 W BANCROFT ST APT 106W
OTTAWA HILLS, OH 43615


OLIVIA BIGGERS
5817 WESLEYAN DRIVE
PO BOX A519
VIRGINIA BEACH, VA 23455


OLIVIA DETWEILER
185 MARKET STREET
CORTLAND, OH 44410


OLIVIA DETWILER
185 MARKET STREET
CORTLAND, OH 44410

OLIVIA DIANA
120 BLUEBELL DRIVE
EGG HARBOR TOWNSHI, NJ 08234


OLIVIA FLORES
6308 KEN CARYL DRIVE
AUSTIN, TX 78747


OLIVIA FLORES
105 LANDWEHR AVE
PO BOX 901
LUCKEY, OH 43443


OLIVIA FOX
323 SUMMIT ST
GRANVILLE, OH 43023


OLIVIA GARDNER
290 VINE ST
THE UNIVERSITY OF AKRON SPICER RESIDENCE
AKRON, OH 44308


OLIVIA HERSHEY
PO BOX 423
LAKEMORE, OH 44250


OLIVIA HOFFMAN
17294 HUNTLEY ROAD
WINDSOR MILLS, OH 44099


OLIVIA IYALLA
913 SOUTHERY RD.
APT. 360
TOWSON, MD 21204


OLIVIA JONES
3701 NORTHLAND DR
VIEW PARK, CA 90008-4442


OLIVIA KADEL
433 CANAL CT
WATERVILLE, OH 43566

```
OLIVIA LYNCH
8098 BONNIE GLEN RD
LAMBERTVILLE, MI 48144


OLIVIA MADDOX
127 WATKINS RD
BALTIMORE, MD 21207


OLIVIA MYERS
PO BOX 22443
AKRON, OH 44302


OLIVIA PATTON
957 BATES RD
ROCKY RIVER, OH 44116


OLIVIA PHILPOT
4332 WAYNE MADISON RD
TRENTON, OH 45067


OLIVIA PORTER
153 E MAIN ST
OAK HARBOR, OH 43449


OLIVIA REED
4524 GROVE ST
LUNA PIER, MI 48157


OLIVIA RIVARD
13513 WEST AVENUE
CLEVELAND, OH 44111


OLIVIA SHIM
3305 ONYX RD
MIRAMAR, FL 33025


OLIVIA SNYDER
7020 BRINKER ST SW
NAVARRE, OH 44662


OLIVIA SUPRENANT
8817 COOLEY ROAD
RAVENNA, OH 44266
```

OLIVIA WALLACE
604D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


OLIVIER LAGUERRE
674 LOOKOUT LAKES DR
JACKSONVILLE, FL 32220


OLLA NAYAL
1917 KEY ST APT F
MAUMEE, OH 43537


OLLA NAYAL
2715 LATONIA BLVD
TOLEDO, OH 43606


OLORUNTOBA OLADIMEJI
4328 LAKE FOREST CT
FINKSBURG, MD 21048-2621


OLUBOLA AWE
16 MONHEGAN CT
BALTIMORE, MD 21236


OLUBUKOLA BANKOLE
10 MARICE CIRCLE
ESSEX, MD 21221


OLUCHI ELENDU
522 MELROSE LANE
SEVERNA PARK, MD 21146


OLUDAMILARE ADEBANJO
5607 JUSTINA DR
LANHAM, MD 20706-2327


OLUDAMILARE OGUNKILE
19201 ARIA COURT
BROOKEVILLE, MD 20833


OLUDARE AJIBARE
6715 KENWOOD AVE
BALTIMORE, MD 21237-1817

OLUFEMI RAJI
3605 CHASEWOOD DR SW, APT 6
HUNTSVILLE, AL 35805


OLUFISAYO ADEPEGBA
3626 A VALLEY TERRACE
APT A9
BALTIMORE, MD 21244


OLUFUMILOLA OLADIPUPO
13 GIARD DR APT 11
WINDSOR MILL, MD 21244


OLUJUWON ADEPEGBA
7913 GRANT DRIVE
GLENARDEN, MD 20706


OLUMIDE OSHODI
1408 BROOKVIEW DR APT 62
TOLEDO, OH 43615


OLUMIDE SARUMI
6 PINE RUN CT
WINDSOR MILL, MD 21244-1329


OLUSEGUN ADEYEMO
7207 LYNDSEY WAY
ELKRIDGE, MD 21044


OLUSEUN AYOKU
6705 FURMAN PKWY
RIVERDALE, MD 20737


OLUSEYI ADIGUN
16319 SILVER LANDINGS
FENTON, MI 48430


OLUSEYI AKINNIBOSUN
15100 NEBRASKA LANE
BOWIE, MD 20716


OLUWABUKOLA AJAYI
9702 AVIS CT
UPPER MARLBORO, MD 20774-2281

Oluwafemi Adepoju
15 Bridgeflake Cir.
Apt. G
Cockeysville, MD 21030-5100


OLUWAFEMI ADEPOJU
702 SAINT PETERS COURT
EDGEWOOD, MD 21040


OLUWAFEMI ADEPOJU
15 BRIDGELAKE CIR APT G
COCKEYSVILLE, MD 21030-5100


OLUWAFEMI AKINTOLA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


OLUWAFEMI APEPOJU
15 BRIDGELAKE CIR APT G
COCKEYSVILLE, MD 21030-5100


OLUWAGBEMILEKE ADEWUMI
324 STILLWATER ROAD
ESSEX, MD 21221


OLUWAJUWONLO OWOEYE
2 STONEMARK CT
APT 9
OWINGS MILLS, MD 21117


OLUWAKAYODE JASANYA
6603 COLLINSDALE RD APT I
PARKVILLE, MD 21234-6548


OLUWAKOREDE OLUWASUJI
31 SPYCE MILL CT
RANDALLSTOWN, MD 21133-4337


OLUWASEGUN EMENOGU
1120 N WESTWOOD AVE APT 3113
TOLEDO, OH 43607

OLUWASEUN ADENIJI
605C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21215


OLUWASEUN ONAOLAOP
5008 KENILWORTH AVE
HYATTSVILLE, MD 20781-2500


OLUWASEYI AYODELE
1702 MALLARD CT
UPPER MARLBORO, MD 20774-7053


OLUWASEYI MACONI
9709 EVENING PRIMROSE DR.
APT 3C
LAUREL, MD 20723


OLUWASEYI MACONI
6389 SMITHY SQUARE APT B
GLEN BURNIE, MD 21061


OLUWATOBI GBADAMOSI
4423 KENTFORD RD
OWINGS MILLS, MD 21117-4873


OLUWATOBI OLUTIMEHIN
707C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


OLUWATOBI OYENIJI
2633 NEMO CT
BOWIE, MD 20716-1463


OLUWATOBI SAMAGBEYI
5304F LOCH RAVEN BOULEVARD
BALTIMORE, MD 21239


OLUWATOBI SAMAGBEYI
1171 PELHAM WOOD DRIVE
PARKVILLE, MD 21234

OLUWATOBILOBA AGBEDE
3826 VICTORIA AVENUE
BALTIMORE, MD 21244


OLUWATOMILAYO ADEWALE
6912 WINDSOR MILL RD
BALTIMORE, MD 21207-4480


OLUWATOMIWA ALADE
5221 HARFORD RD
BALTIMORE, MD 21214-2622


OLUWATOYIN OLATILE
468 GREENWOOD AVENUE
AKRON, OH 44320


OLUYINKA AKINBOBOLA
3927 MCDOWELL LN
BALTIMORE, MD 21205


Olver Knoell
6114 Lampton Pond Dr.
Hilliard, OH 43026


OMAIMA AHMAD
4330 CRANBERRY LN
SYLVANIA, OH 43560


OMAR ABDULMAJEED
2220 HIGH STREET APT. 908
CUYAHOGA FALLS, OH 44221


OMAR ALHARBI
3991 LAKE RUN BLVD
STOW, OH 44224


OMAR BRADFORD-EL
10315 LESLIE ST
SILVER SPRING, MD 20902-4857


OMAR ELNAGGAR
7329 CLOVER PARK WAY
DUBLIN, OH 43016

OMAR FERGUSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


OMAR JALLOH
8289 OLYMPUS LANE
BLACKLICK, OH 43004


OMAR MCDONALD
8911 LESAN RD
BALTIMORE, MD 21213


OMAR OUTAR
400 SW 75TH AVE
MARGATE, FL 33068


OMAR OUTAR
872 NW 81ST TERR
PLANTATION, FL 33324


OMAR PADILLA
1255 W 53RD ST APT 104
HIALEAH, FL 33012-3010


OMAR ROBINSON
101A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


OMAR ROBINSON
1612 PEBBLE BEACH DR
BALTIMORE, MD 21215


OMAR SANTIAGON AHUMADA
1 CUMBERLAND SQ
LEBANON, TN 37087-3408


OMARCIA MILLER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Omari Brookes
7904 Barbara Ct.
Clinton, MD 20735-1250

OMEATA HENRY
207A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21207


OMEGA KING
7615 SANTA ROSA WAY DRIVE
DALLAS, TX 75241


OMEKA GLINTON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


OMER GUNDOGMUS
2871 GRAHAM ROAD APT. 9
STOW, OH 44224


Omni Eye Surgery of NY PC
Penthouse 20 E
46th St.
New York, NY 10017


OMOLADE OLA
816 MOCKINGBIRD LANE
APT 302
TOWSON, MD 21286


OMOLADE OLA
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


OMOLOLA ANJORIN
4407 MARY AVE
BALTIMORE, MD 21206-2803


OMOSHALEWA OLUKOTUN
P.O BOX 574
GRAYSON, GA 30017


ONELIO ABREU
20505 E COUNTRY CLUB DR # PH35
AVENTURA, FL 33180-3057

ONISAUDA IFA
NONE APPLICABLE AVE
DALLAS, TX 75227


ONOME OROH
124 BALDWIN AVE
FINDLAY, OH 45840


ONOSE DAODU
15603 ATLANTIS DRIVE
BOWIE, MD 20716


ONYA SOLOMON
66 OAK ST APT 2F
APT 2F
PORT CHESTER, NY 10573-6507


ONYEKACHI EKEAGWU
3320 RICHMOND AVE
BALTIMORE, MD 21213-1145


ONYELONI IGWULU
4122 HANSON OAKS DR.
HYATTSVILLE, MD 20784


ONYEMA ANUFORO
710 KLING ST.
AKRON, OH 44311


ONYINYE HOGAN
4806 BRIGGS CHANEY RD
BALTIMORE, MD 21216


OPHELIA JACKSON
9070 MOONSHINE HOLW APT M
LAUREL, MD 20723-1636


OPURUICHE IBEKWE
P.O. BOX 422
OWINGS MILLS, MD 21117


ORANE ROBINSON
1228 LARCHMONT AVE
CAPITOL HEIGHTS, MD 20743

```
ORANGE PARK MEDICAL CTR
PO BOX 402369
ATLANTA, GA 30384


OREL KUPEER
2851 NE 183RD STREET
#806
AVENTURA, FL 33160


OREOLUWA OLUYEN
6714 HAVENOAK RD APT B3
ROSEDALE, MD 21237-4813


ORIM GRAVES
3 MARIGOLD CT
LUMBERTON, NJ 08048-4805


ORIM GRAVES
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


ORITSEWUMI POPO
13243 WHITEHOLM DR
UPPER MARLBORO, MD 20774-1850


ORLANDO BORROTO
870 NE 4TH PLACE
HIALEAH, FL 33010


ORLANDO DAVILA
14 TWILIGHT DRIVE
HUTCHINS, TX 75141


Orlando Health
Orlando Regional Medical Center
3090 Caruso Ct., Ste. 20
Orlando, FL 32808


Orlando Health Physician Group
4401 S Orange Ave., Ste. 113
Orlando, FL 32806


Orlando Health UF Health
22 W Underwood St., 4th Floor
Orlando, FL 32806
```

ORLANDO RODRIGUEZ
2654 SW 29TH CT
MIAMI, FL 33133


Ortho FL, LLC
1601 Clint Moore Rd. #125
Boca Raton, FL 33487


ORTHO FL, LLC
PO BOX 978766
FORT LAUDERDALE, FL 33308


ORTHOPAEDIC ASSOC OF SOUTH BRO
4700 Sheridan St., Suite H
HOLLYWOOD, FL 33021


Orthopaedic Associates USA
350 N Pine Island Rd., Suite 200
Fort Lauderdale, FL 33324


Orthopaedic Center of South Florida
600 S Pine Island Rd., Suite 300
Fort Lauderdale, FL 33324


Orthopedic and Neurological Consult
1313 Olentangy River Rd.
Columbus, OH 43212


Orthopedic Assoc of South Broward P
1 SW 129th Ave., Suite 401
Hollywood, FL 33028


Orthopedic One, Inc.
700 Cherry St.
Sunbury, OH 43074


ORTIS YANKEY
1106 CUMBERLAND DRIVE
AKRON, OH 44306


OSAMA BADR
5045 W SY VANIA
TOLEDO, OH 43623

OSAMAH ALHARBI
1293 HUNTERS LAKE DR E
CUYAHOGA FALLS, OH 44221


OSAMAH BARRI
185 CURRIE HALL PKWY
KENT, OH 44240


OSATO AIBANGBEE
710 KLING STREET
AKRON, OH 44311


OSBERT SMALL
10840 NW 24TH ST
CORAL SPRINGS, FL 33065


OSBOURNE CHENJERAI
1216 SUNBURY RD
COLUMBUS, OH 43210


Oscar de Etoulem
525 Edgewood St NE
Apt. 6
Washington, DC 20017


OSCAR DE LA ROSA
765 W 76 STR
HIALEAH, FL 33014


OSCAR MENDEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


OSCAR RODRIGUEZ
576 NW 159TH LANE
PEMBROKE PINES, FL 33028


OSCAR RORIGUEZ
576 NW 159TH LANE
PEMBROKE PINES, FL 33028


OSEGHALE OKOJIE
4 CYPRESS GROVE CT
OWINGS MILLS, MD 21117-6703

```
OSEH ENOSIN
5408 OMAHA AVE
BALTIMORE, MD 21206


OSHAN DONEGAL
11600 CITRINE COURT
GLENN DALE, MD 20769


OSHAN DONEGAL
428 UNION AVENUE
MOUNT VERNON, NY 10550


OSHAYNE WHITTINGHAM
306A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21229


OSHAYNE WHITTINGHAM
306A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


OSHO KONDAVEETI
77 FIR HILL TOWERS, APT 2B5
AKRON, OH 44304


OSMAN TURAY
7985 18TH AVENUE
HYATTSVILLE, MD 20783


OSVALDO ORTEGA
14618 SW 142 CT
MIAMI, FL 33186


OSVALDO RODRIGUEZ
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


OTHMAN ALHINDI
1216 SUNBURY ROAD
COLUMBUS, OH 43219


Ouellette Group Physicians
3150 SW 38th Ave. #600
Miami, FL 33146
```

OUIDA SHAW
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


OULI FU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


OUMOU DIALLO
7104 IVERSON CT
BALTIMORE, MD 21244


OUMOU MARKE
525 N ARMISTEAD ST APT 302
ALEXANDRIA, VA 22312-2894


OUSMANE DAILLO
APARTMENT A
3811 FALLING RIVER REACH
PORTSMOUTH, VA 23703


OWEN HURST
2005 RUSTIC TRAIL
MOGADORE, OH 44260


OWEN JOHNSON
1402 BRADNER ROAD
TOLEDO, OH 43619


OWEN SCHAEFER
745 CREEKVIEW DR
EASTLAKE, OH 44095


OWOLABI IKUEJAMOYE
593, BROWN STREET
AKRON, OH 44311


OWUSUA YAMOAH
2801 W BANCROFT MS513
TOLEDO, OH 43606


OYARE OKO
1171 PELHAM WOOD RD
BALTIMORE, MD 21234

OYINTARIKEYE OSUOBENI
5095 LAHINCH COURT
WESTERVILLE, OH 43081


OYUN BYAMBAJAV
421, SUMNER STREET
AKRON, OH 44304


OYUN BYAMBAJAV
2581 CHAMBERLAIN RD, APT 27
FAIRLAWN, OH 44333


PA Dept. of Revenue
PO Box 280404
Harrisburg, PA 17128-0404


PAANII ROBERTSON-LARYEA
393 SUMNER ST.
APT 2-318A
AKRON, OH 44304


PAANII ROBERTSON-LARYEA
1935 SPRINGSIDE CIRCLE.
STREETSBORO, OH 44241


PABLINA KAMARA
2825B FOREST RUN DR
DISTRICT HEIGHTS, MD 20747-3241


PABLO AGUILAR
2020 MARTIN LUTHER KING BOULEVARD 9G
PALESTINE, TX 75803


PABLO AGUIRRE
2020 MARTIN LUTHER KING BLVD
9G
PALESTINE, TX 75803


PABLO ARRIOLA
8654 SW 154TH CIRCLE PL.
MIAMI, FL 33193


PABLO DELGADO
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

PABLO GIL MARTINEZ
16401 NW 37TH AVE
CASCIA 217
MIAMI GARDENS, FL 33054


PABLO GIL MARTINEZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


PABLO GONZALEZ
3109 HARVIEW AVE
BALTIMORE, MD 21234-7137


PABLO SEPULVEDA-MEDIA
77 FIR HILL STREET
APARTMENT # 3C9
AKRON, OH 44304


PABLO SPEULVEDA-MEDINA
77 FIR HILL STREET
APARTMENT # 3C9
AKRON, OH 44304


PABODA VIDUNETH BERUWAWELA PATHIRANAGE
389 SHERMAN STREET
APT 101
AKRON, OH 44311


PADAM ACHARYA
1109 BROOK VIEW DRIVE, APT# 23
TOLEDO, OH 43615


PADER HER
6422 LERNER WAY
LANSING, MI 48911


PAIGE BRUDER
4262 OXFORD DR
BRUNSWICK, OH 44212


PAIGE DEARSMAN
1125 BIRCH AVE
MAUMEE, OH 43537

```
Paige Harvey
3110 Barcroft Dr.
Upper Marlboro, MD 20774


PAIGE HARVEY
3110 BARCROFT DRIVE
SPRINGDALE, MD 20774


PAIGE LEWIS
10700 ROBERT LANE
CHAGRIN FALLS, OH 44023


PAIGE NICHOLS
1110 HAWTHORNE AVENUE
LORAIN, OH 44052


PAIGE PENDER
4323 CHAPLIN ST SE
BALTIMORE, MD 21216


PAIGE PENDER
4323 CHAPLIN ST SE
WASHINGTON, DC 20019


PAIGE REESE
6200 STATE RD
WADSWORTH, OH 44281


PAIGE SNYDER
5710 WATERVILLE SWANTON RD
SWANTON, OH 43558


PAISHA STOREY
8784 PARK LANE, APT 2050
DALLAS, TX 75231


PAITYN NICOLOSI
2784 LAKEVIEW AVENUE
ROCKY RIVER, OH 44116


PAKEDRA MCCOY
2739 BRIDAL WREATH LANE
DALLAS, TX 75233
```

PALGUNA THALLA
3530 DORR ST
TOLEDO, OH 43607


Palm Beach Cardiology Center
3365 Burns Rd.
Palm Beach Gardens, FL 33410


Palm Beach Gardens Medical Center
3360 Burns Rd.
Palm Beach Gardens, FL 33410


Palm Beach Physicians Group, Inc.
460 N Congress Ave.
West Palm Beach, FL 33407


PALM SPRINGS ANESTHESIA SERV P
1150 N Indian Canyon Drive
Palm Desert, CA 92261


Palm West Internist PA
13005 Southern Blvd., Ste. 241
Loxahatchee, FL 33470


Palmetto General Hospital
2001 W 68th St.
Hialeah, FL 33016


Palms Wellington Surgical
460 FL-7 #100
West Palm Beach, FL 33411


PALOMA MARRERO MUNOZ
329 POWER STREET
AKRON, OH 44311


PALOMA PIETTE
1184 SEMINARY AVENUE
SAINT PAUL, MN 55104


PAMELA CATES
2202 ROUND RD APT B4
BALTIMORE, MD 21225

PAMELA JOHNSON
702 NORTH WOODINGTON RD
BALTIMORE, MD 21216


PAMELA PRICE
114 DUVAL LANE
T4
GAITHERSBURG, MD 20877


Pankil J. Vora, MD
762 Eastland Ave. #1
Akron, OH 44305


PAOLA PISANA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


PAOLO BENEDICT INOCENCION
441 ROGERS FORD LN
PIKESVILLE, MD 21208


PAOLO DI TANNO, JR.
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Paragon Contracting Services, LLC
14050 NW 14th St.
Suite 190
Fort Lauderdale, FL 33323


PARIS CARTER
13408 CHAPLESIDE AVENUE
CLEVELAND, OH 44120


PARIS HOLMES
502C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


PARIS ROPER
20232 NW 39 COURT
CAROL CITY, FL 33056

PARIS THOMPSON
5399 STARBOARD STREET
UNIT 101
ORLANDO, FL 32814


PARIS THOMPSON
1129 PELHAM WOOD ROAD
PARKVILLE, MD 21234


PARIS THOMPSON
342 PECAN GROVE
ORANGE PARK, FL 32073


PARISA ESKANDARI
4143 DUNKIRK RD
OTTAWA HILLS, OH 43606


PARK AVENUE DERMATOLOGY PA
PO BOX 160295
JACKSONVILLE, FL 32238


PARKER BISEK
616 BUCKSHIRE GLN
FLORENCE, KY 41042


PARKER CARMICHAEL
3532 TRIWAY LANE
WOOSTER, OH 44691


PARKER EMERINE
86 COLUMBIA STREET
NEWARK, OH 43055


PARKER EMERINE
1781 COUNTY ROAD 128 SE
JUNCTION CITY, OH 43748


PARKER SANDVICK
9905 PEBBLE BEACH COVE
AURORA, OH 44202


PARRIS CURREN
433 L. THOMPSON ST
CEDAR HILL, TX 75104

```
PARRIS FIELDS
6242 SCOTT AVE N
BROOKLYN CENTER, MN 55428


PARRIS FIELDS
3339 THOMAS AVE N
MINNEAPOLIS, MN 55412


PARTH PATEL
7157 QUAIL LAKES DR
HOLLAND, OH 43528


PARTH PATEL
7563 PEAR TREE LN
SYLVANIA, OH 43560


Partners Physician Group
4125 Medina Rd.
Akron, OH 44333


PASCAL FRAIRE
1220 W ALBION AVE
CHICAGO, IL 60626-4714


PASHA JOHNSON-RIVERS
3346 EDGEBROOK DR
DUBLIN, OH 43017-1678


PASHA JOHSON-RIVERS
1761 CLIFTON AVE APT 1
COLUMBUS, OH 43203


Path Advantage Associated
5327 N Central Expy #300
Dallas, TX 75205


Pathologists Bio-Med
3600 Gaston Ave. #261
Dallas, TX 75246


Pathology Assoc of S Miami
6200 SW 73rd St.
Miami, FL 33143
```

PATHOLOGY ASSOC OF S MIAMI
PO BOX 198523
MIAMI, FL 33152


Pathology Consultants of S Broward
3501 Jonson St.
Hollywood, FL 33021


Pathology Laboratories, Inc.
1946 North 13th St., Suite 301
Toledo, OH 43604


Pathology Sciences Medical Group
600 GResham Dr.
Norfolk, VA 23507


Patient First Battlefield
705 N Battlefield Blvd.
Chesapeake, VA 23320


Patient First Newton
332 Newton Rd.
Virginia Beach, VA 23462


Patient First Richmond Medical
12 N Thompson St.
Richmond, VA 23221


PATIQUA ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Patou Kouka
2113 Dundalk Ave
Dundalk, MD 21222


PATREICE DAVIS
507C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


PATRIA BARR-FORRESTER
334 E. TWENTY FIRST ST E
RANDALLSTOWN, MD 21133

PATRIA HENRY
605 NW 177TH STREET
APT. 219
MIAMI, FL 33169


PATRICE SHELTON
4001 BARRINGTON RD
APT 2
BALTIMORE, MD 21207


PATRICE WALKER
6107 61ST WAY
WEST PALM BEACH, FL 33409


PATRICIA AGENDIA
10000 TREETOP LN
LANHAM, MD 20706-2117


PATRICIA ALBERT
508A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


PATRICIA BARRETO
8305 WOODS EDGE
WHITELAKE, MI 48386


PATRICIA BARRETTO
8305 WOODS EDGE
WHITELAKE, MI 48386


Patricia Birkhimer
9180 NS 40th St.
Pompano Beach, FL 33065


PATRICIA BLANCO
11446 SW 73RD TER
MIAMI, FL 33173-2692


PATRICIA BLOOM
2216 CAPE ARBOR DRIVE
VIRGINIA BEACH, VA 23451

```
PATRICIA BROWN
3330 DOLFIELD AVE
BALTIMORE, MD 21215


PATRICIA BROWN
3330 DOLFIELD AVE
BALTIMORE, MD 21207


PATRICIA FISK
11697 PECKHAM
PO BOX 654
HIRAM, OH 44232


PATRICIA GATTI
230 PINEHURST TRACE DR.
PINEHURST, NC 28374


PATRICIA JOHNSON
1217 E.BELVEDERE AVE
BALTIMORE, MD 21239


PATRICIA MORENO
350 S MIAMI AVE
APT 2603
MIAMI, FL 33130


PATRICIA ORTEGA TRINCADO
503 VINE STREET, 101
AKRON, OH 44304


PATRICIA ORTEGA TRINCADO
505 VINE STREET, 306
AKRON, OH 44304


PATRICIA PENA
1121 FAIRLAKE TRACE
APT 2409
WESTON, FL 33326


PATRICIA SAENZ
513 BRYNHAVEN DR
OREGON, OH 43616
```

PATRICIA SORIA
606B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


PATRICIJA GEGZNAITE
16950 N BAY ROAD, APT # 1003
SUNNY ISLES BEACH, FL 33160


PATRICIO VEGA-CRESPO
17121 GREENBAY AVENUE
LANSING, IL 60438


Patrick C Ikejiofor
125 Hanover St.
Aberdeen, MD 21001


PATRICK C IKEJIOFOR
343 MCCANN STREET
EDGEWOOD, MD 21040


PATRICK ENRIGHT
3078 DESCENT COURT
HILLIARD, OH 43026


PATRICK FLANAGAN
21887 WOODFIELD TRL
STRONGSVILLE, OH 44149


PATRICK GARROD
1121 MYRTLE AVENUE
ASHTABULA, OH 44004


PATRICK KEEGAN
61393 HIGHWAY 1091
SLIDELL, LA 70458


PATRICK KIMBALL
361 ASHLAND AVE
PITTSBURGH, PA 15228


PATRICK MCGRADY
3303 OAKWAY DR
TOLEDO, OH 43614

PATRICK MCINTOSH
16121 E. BUNCHE PARK DR.
MIAMI, FL 33054


PATRICK MUNGAI
453 N MAIN STREET
COLUMBIANA, OH 44408


PATRICK NEGRI
4201 LOWELL DR
PIKESVILLE, MD 21208-6028


PATRICK PERSINGER
550 FAIRCHILD AVENUE
KENT, OH 44240


PATRICK PRESINGER
550 FAIRCHILD AVENUE
KENT, OH 44240


PATRICK ROSS
5501 N. SYCAMORE ST
BURTON, MI 48509


PATRICK SIMMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


PATRICK.C IKEJIOFOR
125 HANOVER STREET
ABERDEEN, MD 21001


PATRISHA MONDAY
123 LINCOLN AVE
MONROE, MI 48162


PATUEL HART
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


PAU ELANA HUGUET
491 SUMNER STREET
AKRON, OH 44304

PAUL BONEZZI
2610 KELLOGG RD
HINCKLEY, OH 44233


PAUL BREINZ
370 FAIRVIEW AVENUE
CANFIELD, OH 44406


PAUL BRUNNER
742 BRIGHTON AVE.
TOLEDO, OH 43609


PAUL COMEAU
1645 YELLOWHEART WAY
HOLLYWOOD, FL 33019


PAUL EKWAM
7603 DAYTONA STREET NW
MASSILLION, OH 44325


Paul F. Rockley, MD PA
17101 NE 19th Ave., Ste. 101
Miami, FL 33181


PAUL GLEASON
4129 SO. MEADOWS RD. APT 2024
SANTA FE, NM 87507


PAUL HAYES
621 CURRIE HILL ST
FORT WAYNE, IN 46804


PAUL HERNANDEZ
70 EAST 54TH STREET
HIALEAH, FL 33013


PAUL JELLINGER MD MACE
3107 Stirling Rd Ste 300
FORT LAUDERDALE, FL 33312


PAUL MUEHLEISEN
1320 MAPLEGROVE CIRCLE
LAS VEGAS, NV 89108

PAUL MURAGE
522 E BUCHTEL AVENUE
AKRON, OH 44304


PAUL MYNARD
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


PAUL ORTIZ
925 13TH STREET SE
MASSILLON, OH 44646


Paul Quinn University
Attn: Bruce Brinson, CFO
3837 Simpson Stuart Rd.
Dallas, TX 75241


PAUL SCHOENBERGER
2950 NE 188TH ST
APT 330
AVENTURA, FL 33180


PAUL STEWART
8074 GATE PARKWAY W APT 5115
JACKSONVILLE, FL 32216-1625


PAUL SUSO
12417 HOLLOW RIDGE ROAD
DOYLESTOWN, OH 44230


PAUL VANDEN BORECK
2952 LITCHFIELD ROAD
CLEVELAND, OH 44120


PAULA CLAVIJO GIL
1140 NW 111TH ST
MIAMI, FL 33168-6044


PAULA GARCIA ESTRELLA
290 VINE ST - SPICER HALL
ROOM 206
AKRON, OH 44304

PAULA GARCIA ESTRELLA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


PAULA JOHNS
1036 GLENWOOD STATION LN
CHARLOTTESVILLE, VA 22901


PAULA RAPHAEL
5961 W PARKER RD
PLANO, TX 75093


PAULA RAPHAEL
440 COIT ROAD, APT. 12305
PLANO, TX 75075


Paulding County Hosp Phys Serv
1035 W Wayne St.
Paulding, OH 45879


PAULE'-ELIZABETH JACKSON
14400 TYLER ST
MIAMI, FL 33176


Paulette Penning
1059 Golden Cane Dr.
Fort Lauderdale, FL 33327


PAULETTE WHITTER
435 NE 210 CIR TER APT 103
MIAMI, FL 33179


PAULIN YANNICK MBIAKEU GNUEAMBA
8608 BRAMBLE LANE, APT 203
RANDALLSTOWN, MD 21133


PAULINA NOGAJ
329 POWER ST
AKRON, OH 44311


PAULINA NOGAJ
185 E MILL ST
SPICER HALL
AKRON, OH 44325

PAULINE LEWIS
4029 SW 22 STREET
HOLLYWOOD, FL 33020


PAULINE SIMS
1681 INDIANA AVE
TOLEDO, OH 43607


PAULLA TAYLOR
2359 OAK ST. #4
JACKSONVILLE, FL 32204


PAULO SPROVIERI
244 W CENTER ST
AKRON, OH 44302


PAVAN KUMAR BATCHU
77 FIR HILL, APT # 9B11
AKRON, OH 44304


Pax Medical Associates, Inc.
1655 W Market St. L
Akron, OH 44313


Paxton Prather
6868 Princeton Rd.
Middletown, OH 45044


PAYAM ASBAN
14 RAMBLING OAKS WAY, APT.F
CATONSVILLE, MD 21228


PAYTON CADET
15897 NW 4TH CT.
HOLLYWOOD, FL 33028


PAYTON TILLOTSON
409 MORNINGSTAR DRIVE
HUTCHINS, TX 75141


PAYTON TUCKER
1025 FARMVIEW DR
WATERVILLE, OH 43566

PBDP INC
273 Swinnerton St.
Staten Island, NY 10307


PCPHWD/Sheridan Office
3700 Washington St., Suite 203
Hollywood, FL 33021


PEACHES HOLMES
2336 WEST 8 STREET APT 4G
BROOKLYN NY, NY 11223


PEARLIE MANLEY
5611 HILLTOP AVENUE
BALTIMORE, MD 21206


Pediatric Associates, PA
400 N. Hiatus Rd., Suite 105
Hollywood, FL 33026


Pediatric Specialists of America
3100 SW 62nd Ave.
Miami, FL 33155


Pediatricare Associates, LLC
7629 Kings Pointe Rd.
Toledo, OH 43617


Pediatrix Medical Group
1301 Concord Terrace
Fort Lauderdale, FL 33323


PEDRO MARTIN
5817 WESLEYAN DR
BOX A30
VIRGINIA BEACH, VA 23455


PEDRO MOREIRA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


PEDRO SILVA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

PEGGY ROOKE
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


PEI-ZHEN JIAN
2970 RAINBOW LANE
RICHFIELD, OH 44286


PEI-ZHEN JIAN
1819 BEACON HILL CIRCLE
APT. 22
CUYAHOGA FALLS, OH 44221


PEIJING YUE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


PEIRU CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


PEIRU CHEN
77 FIRHILL STREET
APT 10A1
AKRON, OH 44304


PELAGIA SIZIBA
2320 AIRPORT DRIVE
DOMINICAN SISTERS OF PEACE
COLUMBUS, OH 43219-2059


Pembroke Pines MRI, Inc.
dba DPI of Pembroke Pines
10950 Pines Blvd.
Hollywood, FL 33026


Pembroke Pink Imaging, LLC
15735 Pines Blvd.
Hollywood, FL 33027


PENELOPE BALCKWELL
70 P ST. S.W. APT.31
WASHINGTON, DC 20024

PENG ZHANG
1023 ELYSIAN AVE
TOLEDO, OH 43607


PERCY BURT
100 GREYSTONE COURT
APARTMENT 102
FREDERICKSBURG, VA 22401


PERFORMANCE NEUROPSYCHOLOGY PL
7460 Warren Parkway, Suite 100
FRISCO, TX 75034


PERLA FELIZ
4541 NW 178TH STREET
MIAMI GARDENS, FL 33055


PERNONER FOULKES
10261 CEDRONA STREET SW
LAKEWOOD, WA 98498


PERONTAY FAWKES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


PERRIN KILEEN
7954 FALLS CREEK MAIN
DURANGO, CO 81301-6968


PERSIA RENSFORD
8510 FLOWER AVE
TAKOMA PARK, MD 20912


Personal Eyecare
8254 Mayberry Square N
Sylvania, OH 43560


PETER ANDOH
246 5TH AVE
BALTIMORE, MD 21227


PETER BRITO
10864 SW 6 STR., APT. 1
MIAMI, FL 33174

PETER DEFILIPPO
1277 WILDWOOD DR
WOOSTER, OH 44691


PETER EVANOFF
11150 WEST PINE LAKE ROAD
SALEM, OH 44460


PETER FREDMAN
2848 ALISDALE DR APT 103
TOLEDO, OH 43606


PETER GABRIEL
251 NW 83 STREET
EL PORTAL, FL 33150


PETER GAITANOS
1558 EAGLE WATCH ST. NE
CANTON, OH 44721


PETER KELLY
3925 RIVEREDGE ROAD
CLEVELAND, OH 44111


PETER M JAMIESON MD
1W201
PALM SPRINGS, CA 92262


PETER MENSAH
6715 GARVEY RD
ROSEDALE, MD 21237


PETER NGUYEN
5405 HEATHERDOWNS BLVD
TOLEDO, OH 43614


PETER OREJUELA
366 SW 18TH RD
MIAMI, FL 33129


PETER ROTTA
5393 FISHER ISLAND RD.
MIAMI BEACH, FL 33109

PETER SLATTERY
3853 BAIRD ROAD
STOW, OH 44224


PETER SULLIVAN
612 REVERE DRIVE
BAY VILLAGE, OH 44140


PETRA DOMENIGHINI
401 SOUTH MAIN STREET APT 417
AKRON, OH 44311


PETRINA THOMAS
2306 HALCYON AVE
RANDALLSTOWN, MD 21133


PETROS TESFAMARIAM TEKESTE
511 KLING STREET
AKRON, OH 44308


PETROS TESFAMARIAM TEKESTE
80 E EXCHANGE ST
PO BOX 427B
AKRON, OH 44308


PEYMANEH ETTEKALI
10301 SUNNYLAKE PL APT H
COCKEYSVILLE, MD 21030-5328


PEYTON COFFMAN
208 GRANT ST
GRAND BLANC, MI 48439


PHELIPE DE SOUSA
4700 COYLE RD. APT# 404
OWINGS MILLS, MD 21117


PHILIP FORTMAN
8745 SW 161ST
MIAMI, FL 33157


PHILIP FORTMAN
3301 COLLEGE AVENUE
FORT LAUDERDALE, FL 33314

PHILIP HALL
10 CYPRESS GROVE CT
OWINGS MILLS, MD 21117-6703


PHILIP HOANG
17493 W HILTON AVENUE
GOODYEAR, AZ 85338


PHILIP SAUNDERS
2440 NW 100 ST
MIAMI, FL 33147


PHILIP YOUNG
10018 BAYWOOD WAY
RANCHO CUCAMONGA, CA 91737


PHILIPPE FABRICE NGADEU NZOMBET
3803 WABASH AVE APT 1D
BALTIMORE, MD 21215-8302


PHILLIP DEMOTT
401 PENNSYLVANIA AVE
SEAFORD, DE 19973


PHILLIP JAGERS
33865 COUNTRY VIEW LN
SOLON, OH 44139


PHILLIP KELLY
5801 EMPIRE MILLS RUN
CANAL WINCHESTER, OH 43110


PHILLIP LOUIS
835 NW 12TH ST
HOMESTEAD, FL 33034


PHILLIP MOORE
11817 MORTIMER AVENUE
CLEVELAND, OH 44111


PHILORIA RICHEMOND
575 NE 143RD ST
APT #307
NORTH MIAMI, FL 33161

Phoenix Ed Med of Broward, LLC
200 NW 7th Ave.
Fort Lauderdale, FL 33311


PHONIECA TOWNSEL
914 POTOMAC DRIVE
LANCASTER, TX 75134


PHT Jackson North Medical
1611 NW 12th Ave.
Miami, FL 33136


PHUONG TRAN
3045 RESIDENCE DR
TOLEDO, OH 43606


PHUONG TRAN
1730 W ROCKET DR
INTERNATIONAL HOUSE
3117B
TOLEDO, OH 43606


PHYLICIA ADDERLEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


PHYSICAL THERAPY
2259 NW 167th St
MIAMI GARDENS, FL 33014


Physician Associates of Brow
10000 Stirling Rd.
Hollywood, FL 33024


Physician Practices of MSMC
4300 Alton Rd. #360
Miami Beach, FL 33140


Physicians and Surgeons Ambula
520 S Main St.
Akron, OH 44311


Physicians Emergency Services
6847 N Chestnut St.
Ravenna, OH 44266

Physicians Group Services PA
3839 County Rd.
Middleburg, FL 32068


PHYSICIANS PRIMARY CARE OF SW
13721 Cypress Terrace Cir.
FORT MYERS, FL 33907


PIA VENEGAS
1428 W 44 ST
HIALEAH, FL 33012


Pianhong Han
800 Sea Spray Ln
Apt. 104
San Mateo, CA 94404


PIANHONG HAN
1120 N WESTWOOD AVE APT 6105
TOLEDO, OH 43607


PIERRA HEARD
20230 MAJOR DRIVE
EUCLID, OH 44117


PILJAE JOO
1239 HUNTERS LAKE DRIVE EAST
CUYAHOGA FALLS, OH 44221


PILL CLUB MEDICAL GROUP INC
133 ARCH ST, STE 7
REDWOOD CITY, CA 94062


Pinehurst Family Care Center PA
8 Regional Circle
Pinehurst, NC 28374


Pinehurst Surgical Clinic PA
8 Regional Cir.
Pinehurst, NC 28374


Pines Radiology
9050 Pines Blvd. #170
Hollywood, FL 33024

Pioneer Physicians Network, Inc.
3515 Pines Blvd. #170
Uniontown, OH 44685


PIYAPONG PATTANAPANISHSAWAT
928 RUSSELL AVE
AKRON, OH 44307


Planned Parenthood of Greater
138 E Main St.
Kent, OH 44240


Planned Parenthood on NNE
784 Hercules Dr., Suite 110
Colchester, VT 05446


PLANTATION EYE ASSOCIATES
1776 N PINE ISLAND ROAD
PLANTATION, FL 33322


Plantation General Hospital
401 NW 42nd Ave.
Fort Lauderdale, FL 33317


Plantation Open MRI, LLC
4373 W Sunrise Blvd.
Fort Lauderdale, FL 33317


Plastic Surgery Consultants
1220 Blanding St.
Columbia, SC 29201


PLAXCEDES MURAWO
1216 SUNBURY RD
COLUMBUS, OH 43210


PO YUN CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


POL HERNANDEZ ROSIUS
290 VINE ST
AKRON, OH 44304

POLLY PETERSON
PO BOX 1347
BOWLING GREEN, OH 43402


PONTCHARTRAIN MEDICAL GROUP
2014 W PINHOOK RD
SUITE 301
Lafayette, LA 70508


Port Charlotte HMA, LLC
2500 Harbor Blvd.
Port Charlotte, FL 33952


PRABUDDHA MADUSANKA
389 SHERMAN STREET APT 202
AKRON, OH 44311


PRADIP SHAHI THAKURI
634 E BUCHTEL AVE, APT# 306
AKRON, OH 44304


PRAJAKATTA MULAY
195 WHEELER STREET APARTMENT 203
AKRON, OH 44304


PRAKASH KHADKA
3414 DORR ST APT 327
TOLEDO, OH 43607


PRAKASH THAPA
3414 DORR ST APT 428
TOLEDO, OH 43607


PRAKASH UPRETY
3907 AIRPORT HWYAPT 36
TOLEDO, OH 43615


PRAMILA PAUDYAL
1800 RHODES ROAD
APT 118 COLLEGE TOWERS
KENT, OH 44240

PRASANNA CHAITANYA GADEPALLI
OFFICE OF INTERNATIONAL PROGRAMS
55 FIR HILL APT 3B2
AKRON, OH 44325-3101


PRASANT GURUNG
615 SANDUSKY ST
DELAWARE, OH 43015


PRATELLE MATHEWS
3226 EAST 119TH STREET
CLEVELAND, OH 44120


Prcision Orthopaedic Specialists
150 Seventh Ave.
Ste. 200
Chardon, OH 44024-2909


PRECIOUS MACHEKA
1104 LORING ROAD APT. B
HARARE
COLUMBUS, OH 43224


PRECIOUS SORRELL
7958 S BISHOP ST APT 1
CHICAGO, IL 60620


PRECIOUS STARR
173 E 57TH ST
LONG BEACH, CA 90805


PRECIOUS UDOFE
701A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


PRECIOUS WHITLEY
2029 PAILET AVENUE
HARVEY, LA 70058


PRECIOUS WILLIAMS
3035 S W 129 WAY
MIRAMAR, FL 33027

Precision Dermatology and Skin Surg
1550 Riverside Ave., Suite A
Jacksonville, FL 32204


Precision Orthopaedic Specialists
150 - 7th Ave. Ste. 200
Chardon, OH 44024


PREETI RAO
2115 TIMBER CREEK DR APT D
TOLEDO, OH 43615


Premier Gynecology, Inc.
4256 Fulton Dr. NW
Canton, OH 44718


Premier Health Associates, LLC
123 Newton Sparta Rd.
Newton, NJ 07860


Premier Integrated Medical As
540 Lincoln Park Blvd.
Dayton, OH 45429


PRERNA AISHW NARAYANAN
180 E. EXCHANGE ST. APT 449C
AKRON, OH 44309


PRERNA AISHWARYA NARAYANAN
77 FIRHILL TOWERS
APT 2B8
AKRON, OH 44304


PRERNA MESHRAM
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Presbyterian Healthcare
The Cooper Center
9521 San Mateo Blvd. NE
Albuquerque, NM 87113

Presbyterian Lab
The Cooper Center
9521 San Mateo Blvd NE
Albuquerque, NM 87113


Presbyterian Physician Billing
The Cooper Center
9521 San Mateo Blvd. NE
Albuquerque, NM 87113


Presgar Imaging of CMI North
1860 NE Miami Gardens Dr.
Miami, FL 33179


PRESTON FILLMAN
10038 CHESTNUT LN
HANOVERTON, OH 44423


PRESTON TYMER
336 SARVIS DR
KNOXVILLE, TN 37920


PRESTON TYMER
313 FOREST HILLS DR
HURON, OH 44839


PRETORIA OKAFOR
2015 BEECHWOOD ROAD
HYATTSVILLE, MD 20783


Preventice Services
1717 N Sam Houston Pkwy W #100
Houston, TX 77038


PRIMARY CARE PROVIDERS OF AMER
18459 PINES BLVD  SUITE 213
107
HOLLYWOOD, FL 33024


Primehealth Physicians, LLC
14680 SW 8th St. #209
Miami, FL 33184

Primvia Medical Group, LLC
Priva Health
950 N Glebe Rd., Suite 4000
Arlington, VA 22203


Prince Biabo
7020 E Chesapeake St.
Hyattsville, MD 20785-4908


PRINCESS HALL
604 SOUTH WESTOVER DRIVE
SALISBURY, MD 21801


PRINCESS JAMES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


PRINCESS WONDEE
952 FOXRIDGE LN
ESSEX, MD 21221


PRINESSAH LAGREE
737 SW 10TH STREET
FLORIDA CITY, FL 33034


PRISCILLA PEREZ
481 NW 25 AVE
MIAMI, FL 33125


PRITAM PATIL
55 FIR HILL ST,
APT 9B5
AKRON, OH 44304


PRITAM PATIL
634 E. BUCHTEL #215
AKRON, OH 44304


PRIYANKA GORTHI
77 FIR HILL
APT# 8B11
AKRON, OH 44304

Pro Bono Care, LLC
4651 Sheridan St.
Hollywood, FL 33021


Processing Center
Georgia Department of Revenue
PO Box 740239
Atlanta, GA 30374-0239


PROGRESS LEVI
2418 WELLBRIDGE DR APT A
BALTIMORE, MD 21216


Progress West Hlthcare C
2 Progress Point Pkwy
O Fallon, MO 63368


Promedica Bay Park Hospital
2801 Bay Park Dr.
Oregon, OH 43616


Promedica Central Physicians, LLLC
PO Box 740052
Cincinnati, OH 45274


Promedica Flower Hospital
5200 Harroun Rd.
Sylvania, OH 43560


Promedica Lab
2150 Central Ave
Toledo, OH 43606


Prosport Physical Therapy
2777 Bristol St., Ste. B
Costa Mesa, CA 92626


Providence Saint Johns Health Cente
2121 Santa Monica Blvd.
Santa Monica, CA 90401


Providers for Healthy Living
540 Officenter Place, Suite 160
Columbus, OH 43230

PRUTHVI PATEL
337 MONTEVERDI DRIVE
OAKDALE, PA 15071


PRUTHVI RAYUDU BICHINEPALLY
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


PRYSCILLA NICOLAU
3947 ORANGE TREE LANE
WESTON, FL 33332


PSAV
23918 Network Place
Chicago, IL 60673


Psychiatric Services of Toledo, Inc
2814, 2204 N Reynolds Rd.
Toledo, OH 43615


Public Goods Pool
Office of Pool Administration
Excellus BlueCross BlueShield
PO Box 4757
Syracuse, NY 13221-4757


Puneet Sindhwani, MD
3000 Arlington Ave.
Toledo, OH 43614


PUSHKAR SATHE
1017 HEMLOCK HILLS DR. APT. B
AKRON, OH 44313


PUSHKAR SATHE
2200 HIGH STREET, SUITE 271,
CUYAHOGA FALLS, OH 44221


PUSKAR DAHAL
634 E BUCHTEL AVE APT 102
AKRON, OH 44304

PUTU USTRIYANA
110 MERRIMAN RD APT 3
AKRON, OH 44303


PUTU USTRIYANA
80 E EXCHANGE ST UNIT 341C
AKRON, OH 44308


QAZI ALI
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


QI ZOU
3918 DRUMMOND RD
TOLEDO, OH 43613


QIAN WANG
UNIVERSITY INN
16401 NW 37TH AVE
MIAMI, FL 33054


QIANHUI LIU
2200 HIGH ST APT 470
CUYAHOGA FALLS, OH 44221


QIANXI LIU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


QIAO LIU
2220 HIGH ST. APARTMENT 418
CUYAHOGA FALLS, OH 44221


QIAO ZHANG
3361 AIRPORT HWY APT 5
TOLEDO, OH 43609


QIAO ZHANG
3414 DORR ST APT 421
TOLEDO, OH 43607

QIAOYUN WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


QIEYANA LEWIS
7768 MANDAN ROAD
GREENBELT, MD 20770


QINCHENG WANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


QING WANG
783 E EXCHANGE ST
AKRON, OH 44306


QINGYUN GUO
900 WEST MARKET STREET, APT 603
AKRON, OH 44313


QIYA ZHANG
375 ALLYN STREET
AKRON, OH 44304


QIYU YANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


QM Services, Inc.
225 S. 19th St.
Ste. 1
Camp Hill, PA 17011


QUADREE HILLS
6537 MIRAGRANDE DR.
LAS VEGAS, NV 89108


QUAMARI PASSLEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


QUAMIRA FOGLER
24 NOLL PLACE
NEWARK, NJ 07106

QUAN EVANS
7824 S CORNELL AVE
CHICAGO, IL 60649


QUANESHA BRADLEY
6627 AREBELLA
HOUSTON, TX 77091


QUANESHIA KEMMERLIN
20701 NW 17TH AVE.
APT. 301
CAROL CITY, FL 33056


QUANG NGO
3083 WEST EDGERTON RD.
SILVER LAKE, OH 44224


QUANIECE NELSON
27905 SW 142 AVE
HOMESTEAD, FL 33032


QUANIECE NELSON
2885 SOUTHEAST 1ST DRIVE
APT. 9
HOMESTEAD, FL 33033


QUANSHU LU
282 TORREY STREET
AKRON, OH 44304


QUANTEZ BAINES
5817 WESLEYAN DRIVE
PO BOX A161
VIRGINIA BEACH, VA 23455


QUANTEZ BAINES
PO BOX 847
EXMORE, VA 23350


Quantum Chiropractic
50 - 14th Ave. E, Ste. 112
Sauk Rapids, MN 56379

Quantum Imaging and Therapeutic Ass
PO Box 62165
Baltimore, MD 21264-2165


QUARTAVIS SELLERS
190 N STATE ROAD 715
LOT 204
BELLE GLADE, FL 33430


QUARTEZ MASSENBURG
405B DALEY
2500 WEST NORTH AVENUE
BROOKLYN, MD 21225


QUATIRA SMITH
2498 NW 50TH ST
MIAMI, FL 33142


QUAVIUS HAYES
4255 SMOKE CREEK COURT 2
LOT# C22
SNELLVILLE, GA 30039


QUEEN AGUILA
12775 NW 27TH AVE
APT #207
MIAMI, FL 33167


QUEENISHA CRICHLOW
5736 GOLF CLUB PARKWAY
ORLANDO, FL 32808


QUENTIN ANDERSON
210 SUNNYSIDE STREET
HARTVILLE, OH 44632


QUENTIN GREEN
9979 S BEVERLY AVE
CHICAGO, IL 60643-1308


QUENTIN MOORE
11715 GARFIELD ROAD
HIRAM, OH 44234

Quest Diagnostic
1355 N. Mittel Blvd.
Wood Dale, IL 60191


Quest Diagnostics Cincinnati
1320 Kempter Meadow Dr.
Ste. 200
Cincinnati, OH 45240


Quest Diagnostics Dallas
3600 Gaston Ave.
Barnett Tower Suite 906
Dallas, TX 75246


Quest Diagnostics Miami
University of Miami
1050 NW 14th St., Suite 10A
Miami, FL 33136


Quest Diagnostics of Pennsylvania
875 Greentree Rd.
4 Parkway Center
Pittsburgh, PA 15220


Quest Diagnostics Tampa
PO Box 740781
Cincinnati, OH 45274


Quest Diagnostics Wood Dale
1355 N. Mittel Blvd.
Wood Dale, IL 60191


Questcare Hospitalists PLL
12221 Merit Dr., Suite 1500
Dallas, TX 75251


Quindarvis Moss
307 Blaine Ave.
Racine, WI 53403


QUINESHA BURDEN
718 MONTICELLO CT
BALTIMORE, MD 21216

QUINEYSHA WARREN
1520 RYDALMOUNT ROAD
CLEVELAND, OH 44118


QUINN ASKEW
6513 COPPER RIDGE DRIVE T1
BALTIMORE, MD 21209


QUINN GALECKI
459 SELLS ROAD
LANCASTER, OH 43130


QUINN SCHRINER
7760 JEFFS RD
OTTAWA LAKE, MI 49267


QUINN TUCKER
3547 SOUTHEAST HYDE CIRCLE
PORT SAINT LUCIE, FL 34984


QUINSTON STUBBS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


QUINTANA
340 GIRALDA AVE
APT 612E
CORAL GABLES, FL 33134


QUINTIN RANDLE
12010 S HARVARD
CHICAGO, IL 60628


QUINTON CLARK
11465 SW 242
HOMESTEAD, FL 33032


QUINTON KNOWLES
17031 NE 23RD AVE
APT 2
GOLDEN BEACH, FL 33160


QUINTON LIANG
3543 MEADOW PARK LN
NEW ORLEANS, LA 70131-8565

QUINTON OLDEN
1110 WHITE PETAL COVE
MCDONOUGH, GA 30253


R PHILLIPS
801 WEST BRADDOCK ROAD
ALEXANDRIA, VA 22302


R'MANI BROCKINGTON
5350 HAZLE HURST STREET
PHILADELPHIA, PA 19131


RABRISHA PETERSON
1110 NW 19TH AVE
FORT LAUDERDALE, FL 33311


RACHAEL BELENSZ
425 N HIBISCUS DR
APT 1
MIAMI BEACH, FL 33139


RACHAEL KENNEDY
9501 SPRINGFIELD ROAD
POLAND, OH 44514


RACHAEL KENNEDY
2405 EAST MIDDLETOWN RD
POLAND, OH 44514


RACHAEL VISINGARDI
2405 EAST MIDDLETOWN ROAD
POLAND, OH 44514


RACHANA ASAPU
8B11, 77 FIR HILL TOWERS
AKRON, OH 44304


RACHANA SHUKTHIJA DASARI
77 FIRHILL TOWERS
APT 2B8
AKRON, OH 44304


RACHANA SHUKTHIJA DASARI
279 WHEELER STREET, APT UP
AKRON, OH 44304

```
RACHEAL JEGEDE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RACHEAL PAUL
685 SHERMAN STREET APT 1
AKRON, OH 44311


RACHEL AEPELBACHER
25807 LARAMIE DR
NOVI, MI 48374


RACHEL AIN
5727 TIBARON LN APT 205
TOLEDO, OH 43615


RACHEL BAUGHMAN
6688 MEESE RD NE
ALLIANCE, OH 44601


RACHEL BOEHM
38810 CAMELOT WAY
AVON, OH 44011


RACHEL BOLSHIN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RACHEL CAMPBELL
5335 CLEMENT AVE
MAPLE HEIGHTS, OH 44137


RACHEL FARQUHARSON
P.O. BOX 146
KEYSTONE HEIGHTS, FL 32656


RACHEL FERNANDEZ
6505 SW 93 AVE.
MIAMI, FL 33173


RACHEL FIELD
4801 E SHAPINSAY DR
SAN TAN VALLEY, AZ 85140-5041
```

```
RACHEL FOGARTY
12 WOODVIEW DR.
BELLE MEAD, NJ 08502


RACHEL GAVRILOVIC
2845 WOODHAVEN DR
MEDINA, OH 44256


RACHEL GORE
1004 GEORGE ST
NORTH BALTIMORE, OH 45872


RACHEL HUEHNER
8164 SOUTH PARK
GARRETTSVILLE, OH 44231


RACHEL JERKINS
3618 WEST 138TH STREET
CLEVELAND, OH 44111


Rachel Kennedy
2405 E Middletown Rd.
Youngstown, OH 44514


RACHEL LEBLANC
1445 EAST 84TH STREET
BROOKLYN, NY 11236


RACHEL LESTER
239 BRENTWOOD DRIVE
HUDSON, OH 44236


RACHEL MCINTIRE
1148 SANDIA VISTA RD NE
RIO RANCHO, NM 87144


RACHEL MEINERT
1134 GRIGGS RD
ROCKFORD, IL 61108


RACHEL MERLIN
801 BRICKELL KEY BLVD.
APT. 2208
MIAMI, FL 33131
```

```
RACHEL METCALF
2845 GRAHAM ROAD
STOW, OH 44224


RACHEL MILLER
1120 N WESTWOOD AVE APT 1120
TOLEDO, OH 43607


RACHEL MORELLI
5841 LAURA AVE
HOMEWORTH, OH 44634


RACHEL PETIT
5104 TAYLOR ROAD
ATWATER, OH 44201


RACHEL POLFER
48W095 MARY STREET
BIG ROCK, IL 60511


RACHEL RIVAS
514 N HAYWORTH AVE
APT 204
LOS ANGELES, CA 90048-2787


RACHEL TOLLEY
1121 CAPSTONE CROSSING
VIRGINIA BEACH, VA 02345-5670


RACHEL WEBER
2502 SOUTHWOOD DRIVE
KILLEEN, TX 76549


RACHEL WEINTRAUB
5727 TIBARON LN APT 205
TOLEDO, OH 43615


RACHEL WEST
5201 JOHNSON AVENUE
PORTSMOUTH, VA 02370-1154


RACHEL ZHU
590 E BUCHTEL AVE. APT#23
AKRON, OH 44304
```

RACHELLE BERNADEL
6365 BELLA CIRCLE
UNIT 705
BOYNTON BEACH, FL 33437


RACHELLE KEATON
9220 EDWARDS WAY
#2102
ADELPHI, MD 20783


RACHELLE SOSU
6365 BELLA CIRCLE
UNIT 705
BOYNTON BEACH, FL 33437


RACHELLE TOPOLEWSKI
5684 N RAINBOW LN
WATERFORD, MI 48329


RACHIT GARG
195 WHEELER ST.
APT. #104
AKRON, OH 44304


RACHNA NARASIMHA PRASAD
11715 GARFIELD ROAD
HIRAM, OH 44234


RACQUEL CLARKE
6601 WALTERS PL
DISTRICT HEIGHTS, MD 20747-4045


RACQUEL ROSE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RAD PHYSICIAN SOLUTIONS OF FLO
PO BOX 743986 DEPT 40104
INDIANAPOLIS, IN 46206


RADEJHA ARTHUR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Radi Hamoudeh
10268 White Oak Dr.
Perrysburg, OH 43551


RADI HAMOUDEH
10268 WHITE OAK DR
PERRYSBURG, OH 43551


Radilogy Alliance PC
210 - 25th Ave. N
Suite 602
Nashville, TN 37203


Radilogy Associates of Hollywood
9050 Pines Blvd., Suite 200
Hollywood, FL 33024


Radiology Assoc of South Florida
PO Box 919336
Orlando, FL 32803


RADIOLOGY ASSOCIATES
9050 Pines Blvd. #200
PEMBROKE PINES, FL 33024


Radiology Associates of Clearwater
1106 Druid Rd. S
Suite 302
Clearwater, FL 33756


RADIOLOGY ASSOCIATES OF RIDGE
20 Franklin Turnpike
WALDWICK, NJ 07463


Radiology Incorporated
Radiology Department
5969 E Broad St., Suite 100
Columbus, OH 43213


RADIOLOGY OF MSMC LLC
PO BOX 11550
MIAMI, FL 33101

Radiology Physician Solutions
7700 W Sunrise Blvd.
Fort Lauderdale, FL 33322


RADIOLOGY REGIONAL CENTER PA
805 Del Prado
Cape Coral, FL 33990


RAE'QUAN FIELDS
4526 MARBLE HALL RD
BALTIMORE, MD 21239


RAECHEL BAEZ
11607 CANAL DRIVE
APT. 2
NORTH MIAMI, FL 33181


RAECHEL BAEZ
8951 NE 8TH AVE.
PH 14
MIAMI, FL 33138


RAECHEL ECK
40895 LA GRANGE DR
STERLING HEIGHTS, MI 48313


RAEDEN GRAY
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054


RAELYN NYREN
15041 DURANT ST NE
HAM LAKE, MN 55304


RAELYNNE MACBETH
3913 HOFFMAN HWY
DEERFIELD, MI 49238


RAEMON MEENTS
630 FRANKLIN ST.
DOWNERS GROVE, IL 60515


RAENAY GRANT
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

RAENIECIA BROWNE
182 NE 124TH STREET
BISCAYNE PARK, FL 33161


RAENIECIA BROWNE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RAFAEL CALLEJO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RAFAEL DE ROSA FAY
3508 HARLEY RD
TOLEDO, OH 43606


RAFAEL FERNANDEZ
17616 SW 144 AVENUE
MIAMI, FL 33177


RAFEALLA DKHAR
2130 COLLINGWOOD LN
FREDERICK, MD 21702


RAGAVENDRA PRASAD PANAKARAJUPALLY
484 ALLYN STREET APT A
AKRON, OH 44304


RAGEN ENGEL
405 W HOME RD
SPRINGFIELD, OH 45504


RAGHULKUMAR CHANDRASEKARAN
7142 RIVERS EDGE RD
COLUMBIA, MD 21044


RAGHULKUMAR CHANDRASEKARAN
12924 DWIGHT ST
HERNDON, VA 20171


RAHEEM BOWMAN
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054

```
RAHEEN BRIDGES
4728 FAIRLANE ROAD
MEMPHIS, TN 38128


RAHIM ALEM
621 BROADWAY STREET
APT. F
NEW ORLEANS, LA 70118


RAHJAY KERR
2905 NW 56TH AVE
APT. C1
LAUDERHILL, FL 33313


RAHMAAN ALI
25 42ND ST NE APT 3
WASHINGTON, DC 20019


RAHMAH DAVIS
2514 MADISON AVE
BALTIMORE, MD 21217-4040


RAHMEIR RHOES-JACOBS
616 WCOURTLAND ST
PHILADELPHIA, PA 19140


RAHNEISHA WILLIS
441 COUNTRY VIEW LANE
GARLAND, TX 75043


RAHSAAN EVANS
808 E 89TH PLACE
CHICAGO, IL 60619


RAHSHAN GORDON
510 FOXTRAIL CIRCLE EAST
WESTERVILLE, OH 43081


RAHUL MITAL
26953 MORGAN RUN
WESTLAKE, OH 44145


RAHUL REDDY CHALLA
77 FIR HILL DR
AKRON, OH 44304
```

RAINA PADILLA
7131 PINE BIRR LN
SYLVANIA, OH 43560


Raj K Pai, MD PA
Clearwater Pediatric Care
2370 Drew St., Ste. B
Clearwater, FL 33765-3310


RAJA SEKHAR REDDY PAKANATI
77 FIRHILL, 3B11
AKRON, OH 44304


RAJAE WHITE
1361 66TH AVENUE S
SAINT PETERSBURG, FL 33705


RAJANEE MCNEAL
1026 TRACY AVENUE
DUNCANVILLE, TX 75237


RAJANI RIGAUD
2862 BELLAROSA CIRCLE
WEST PALM BEACH, FL 33411


RAJASHEKHAR REDDY KONTHAM
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


RAJASHEKHAR REDDY KONTHAM
55 FIR HILL TOWERS APT 3B2
AKRON, OH 44304


Rajat Maheswari, MD
421 Portage Trail A
Cuyahoga Falls, OH 44221


RAKEB TEKLU
3650 BEL PRE RD APT 31
SILVER SPRING, MD 20906-2670


RAKEEM SNOW
6 ECOWAY CT APT 1B
TOWSON, MD 21286-4432

Rakesh Latchamsetty, MD
1500 E Medical Center Dr
SPC 5864
Ann Arbor, MI 48109


RAKEYA JOHNSON
12629 N ASHGLEN DR
JACKSONVILLE, FL 32224


RAKIM GONZALEZ
140 GLEN WAY
RICHMOND HILL, GA 31324


RAKIM SALAAM
633 PRISCILLIA LANE
DESOTO, TX 75115


RAKIVA TONEY
2400 SW 64TH AVENUE
MIRAMAR, FL 33023


RAKIVA TONEY
3615 NW 214TH ST.
CAROL CITY, FL 33056


RAKSANAN SASITHARAN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


RALEEK DAVIS-HENEGAN
395 LIVONIA AVE.
APT. 8A
BROOKLYN, NY 11212


RALEN HENDRICKS
335 SOUTH BLVD
PONTIAC, MI 48341


RAMATOU ISSOUFOU GARBA
380 PLEASANT MEADOW BLVD
APT B
STOW, OH 44224

RAMEAL HILL
2702 ALLENDALE ROAD
BALTIMORE, MD 21216


Ramez Hallak
2801 W Bancroft
MS 513
Toledo, OH 43606


RAMEZ HALLAK
RM #5309B
PRESIDENTS HALL
3045 RESIDENCE DR
TOLEDO, OH 43606


RAMEZ HOSSEINIAN AHANGHARNEJHAD
1445 OAK HILL CT APT 5
TOLEDO, OH 43614


RAMI ELASSADI
4607 SUNNY CREEK LN
SYLVANIA, OH 43560


RAMID ALVAREZ
2435 NW 170 TER
MIAMI GARDENS, FL 33056


RAMILA JOSHI
634 E. BUCHTEL AVE APT 306
AKRON, OH 44304


Ramin M. Alimard
612 Kingsborough
Chesapeake, VA 23320


RAMIN YOUSSEFI
1216 MAGDALYN DR
AKRON, OH 44320


RAMIRO KRUSS
8640 NW 29TH STREET
SUNRISE, FL 33322

RAMIYA HOLMES
2800 E. NORTHERN PARKWAY
BALTIMORE, MD 21214


RAMNEEK DHILLON
4680 N PARK LN
TOLEDO, OH 43614


RAMON GARCIA
431 NW 103RD TERRACE
HOLLYWOOD, FL 33026


Ramses Vega, MD PA
3720 SW 107th Ave. #1
Miami, FL 33165


RAN HUANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RAN LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


RANA DAAS
1120 N WESTWOOD AVE APT 2426
TOLEDO, OH 43607


RANA DAAS
1120 N WESTWOOD AVE APT 2425
TOLEDO, OH 43607


RANA GHAISARI
2618 WESTMAR CT APT 351
TOLEDO, OH 43615


RANARDO WRIGHT
3517 HILLSMERE RD
BALTIMORE, MD 21207-5766


RANDALL SLONAKER
1002 LAKE ST.
APT 532
KENT, OH 44240

RANDI BOHLER
206B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RANDY DUFF
2424 N ERIE ST
TOLEDO, OH 43611


RANDY KESS
2828 CHRISTOPHER AVE
BALTIMORE, MD 21214-1706


RANDY OLIVA
4114 WOODACRE LANE
TAMPA, FL 33624


RANDY OPONG
1 HATFIELD ST UNIT 2
WORCESTER, MA 01604


RANDY TUCKER
2473 WARREN PARKWAY APT. #8
TWINSBURG, OH 44087


RANEISHA WILLIAMS
3301 PECAN SHADOW WAY
MESQUITE, TX 75181


RANEITRA GROVER
1647 WAVERLY WAY
APT F
BALTIMORE, MD 21239


RANEKA PRICE
617 MANOR ST
YORK, PA 17401


RANI RIGAUD
2862 BELLAROSA CIRCLE
WEST PALM BEACH, FL 33411


RANKEIRA GREENSLADE
2800 36TH AVE
FORT LAUDERDALE, FL 33311

RAOUL MEVA
1217 BRIGADOON TRAIL
GWYNN OAK, MD 21207


RAPHAEL OUTLAW
315 WEST 27 STREET
BALTIMORE, MD 21211


RAPHEAL DORSEY
1433 ARGYLE AVENUE
BALTIMORE, MD 21217


RAQUEL HOPKINS
830 YOUNG AVENUE NW
PALM BAY, FL 32907


RAQUEVIA CALDWELL
1881 NW 45TH STREET
MIAMI, FL 33142


RARDNINA BROWN
11 50TH STREET SE
APT. 202
WASHINGTON, DC 20019


RARDNINA BROWN
9305 MIDTOWN SQUARE
APT. 2038
SUITLAND, MD 20746


RASAGNYA THOUTAM
77 FIR HILL ST APT 6B8
AKRON, OH 44304


RASHAD ARMBRISTER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RASHAD ARMBRISTER
6844 SW 20TH COURT
MIRAMAR, FL 33023


RASHAD BOYD
610 OTTER CREEK RD
EDGEWOOD, MD 21040

```
RASHAD KITCHEN
6216 HILLTOP AVENUE
BALTIMORE, MD 21206


RASHAD RUSSELL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RASHAD WHITAKER
1304 LAKESIDE AVE
BALTIMORE, MD 21218


RASHARA RAMDAS
6637 COCONUT DR
MIRAMAR, FL 33023


RASHAWN TRIBBLE-WOOTEN
20 AMBERSTONE CT APT B
ANNAPOLIS, MD 21403-5705


RASHAWNEDA JONES
113 WINDBLOWN CT
BALTIMORE, MD 21209-1300


RASHAYE YOUNG
3500 NW 205TH STREET
CAROL CITY, FL 33056


RASHEA HENDLEY
4412 MARBLE HALL RD APT 223
BALTIMORE, MD 21218-1535


RASHEL RIVERA
975 NE 34TH AVE APART#102
HOMESTEAD, FL 33033


RASHELL ANDERSON
10821 WOODLAND AVENUE APT A
CLEVELAND, OH 44104


RASHIA MYERS
301D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216
```

RASHID JACKSON
6441 NORTH CLAREMONT AVENUE APT 3
CHICAGO, IL 60645


RASHIKE DEANS
232 W ST NW APT 21
WASHINGTON, DC 20001


RASMUS LIND
2016 N WESTWOOD AVE
TOLEDO, OH 43607


RASMUS LINDSTROM
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RASMUS LINSTROM
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RASOOL HINSON
608C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RAUDI NAVARRO
17901 NW 68TH AVE
APT: T207
HIALEAH, FL 33015


RAUL BANOS
9032 NW 163 TERR
MIAMI, FL 33018


RAUL MOLLERA
525 NW 125TH AVE
MIAMI, FL 33182-1255


RAUL TORRES
15870 SW 12TH ST
PEMBROKE PINES, FL 33027


RAVAE BRICE
2604 KNORR AVE.
CINCINNATI, OH 45214

RAVEN BARNES
9211 NW 13TH COURT
MIAMI, FL 33147


RAVEN BRISSETT
515 CRITTENDEN ST NW
WASHINGTON, DC 20011


RAVEN HANNA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RAVEN LANE
2031 NW 5TH TERRACE
POMPANO BEACH, FL 33060


RAVEN MILLER
P.O. BOX 335043
NORTH LAS VEGAS, NV 89033


RAVEN MONROE
205C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RAVEN MONROE
205B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RAVEN MOODY
2140 MADISON AVE. APT. 10D
NEW YORK, NY 10037


RAVEN RINGO
223 MEMORY LANE
HARKER HEIGHTS, TX 76548


RAVEN SMITH
3920 NW 185ST
CAROL CITY, FL 33055


RAVEN WILLIAMS
11901 BIZET COURT
FTWASHINGTON, MD 20744

RAVEN WITCHEY
1155 MARTIN ROAD
MOGADORE, OH 44260


RAVINDRA GUDNEPPANAVAR
55 FIR HILL, APT # 11B10
AKRON, OH 44304


RAVYN WILLIAMS
19220 NW 5TH COURT
MIAMI, FL 33169


RAWAN MUMAYIZ
1905 FREDERICK RD
CATONSVILLE, MD 21228-5507


RAWLEN DAVIS
4111 VICTROLA DR
STOCKTON, CA 95219


Ray Hubbard Emerg Phy, PLLC
6800 Scenic Dr.
Rowlett, TX 75088


Ray'Quon Robinson
6268 Mill Creek Court
Hamilton, OH 45011


RAYA AL SAADI
55 FIR HILL, APT. 7B11
AKRON, OH 44304


RAYAN ALAHMARI
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


RAYCE RISSER
722 PINE VALLEY LN APT 203
TOLEDO, OH 43615


RAYCE RISSER
602 N BYRNE RD
TOLEDO, OH 43607

RAYLE HERNANDEZ
133 NE 2ND AVE
APT #310
MIAMI, FL 33132


RAYMIR BECKETT
1014 TUSCOLA AVENUE
SALISBURY, MD 21801


RAYMOND GUERRERO
2028 OAKHURST WAY
RIVIERA BEACH, FL 33404


RAYMOND PENA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RAYMOND RODRIGUEZ MORALES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RAYMOND VORHEES
602 PERRY STREET
WAPAKONETA, OH 45895


RAYMUNDO CAMPOS
737 GRAMBLING DRIVE
DALLAS, TX 75241


RAYMUNDO DEJESUS
22118 CLIPPER DR
GREAT MILLS, MD 20634


RAYNA BLACKWOOD
18831 NE 3RD CT APT 501
MIAMI, FL 33179-3817


RAYNA WALLACE
17133 PAPS LANE
HAGERSTOWN, MD 21740


RAYNARD ANDERSON
611 SW 29TH TERRACE
DAVIE, FL 33312

RAYNARD FREEMAN
6107 SPELL RD
CLINTON, MD 20735-3806


RAYNEE KIRKPATRICK
32 HAYSTACK RD
CLIFTON PARK, NY 12065


RAYNELIS VALDEZ
3430 SW 35TH ST
WEST PARK, FL 33023-6329


RAYSHARD CCRAY
2711 SE 16TH AVE
HOMESTEAD, FL 33035


RAYSHARD MACCRAY
2711 SE 16TH AVE
APT. 201
HOMESTEAD, FL 33035


RAYVEN LYNCH
500 NORTH CHURCH STREET
MCCOLL, SC 29570


RAYVEN TOWNSEND
37 BROOKEBURY DR
BALTIMORE, MD 21216


RAZIEL DURODOYE
1323 HOWARD RD
BALTIMORE, MD 21216


REAGAN LINDSAY
2206 MERCER RD
NEW BRIGHTON, PA 15066


REALTOX LABS, LLC
200 Business Center Dr
REISTERSTOWN, MD 21136


REBECA MORALES
2634 WEST 68 PLACE
HIALEAH GARDENS, FL 33016-5404

```
REBECA TEJEDA
14700 NE 10TH CT
NORTH MIAMI, FL 33161


REBECCA ABBOTT
3521 OLD YORK RD
BALTIMORE, MD 21218-2559


REBECCA ANDRE
900 NW 139TH ST
MIAMI, FL 33168-6704


REBECCA BLALCOK
10308 MUSKET CT
FT WASHINGTON, MD 20744-3921


REBECCA BLALOCK
10308 MUSKET CT
FT WASHINGTON, MD 20744-3921


REBECCA FISCHER
53 PARKWOOD BOULEVARD
MANSFIELD, OH 44906


REBECCA GARCIA
14044 SW 106TH TERRACE
MIAMI, FL 33186


REBECCA GARNETT
5879 LAFAYETTE ROAD
MEDINA, OH 44256


REBECCA GORDON
10256 DUNCAN PLAINS ROAD
JOHNSTOWN, OH 43031


REBECCA GREEN
1 STONEY HILL CIR
COVENTRY, RI 02816


REBECCA HARAF
2617 W VILLAGE DR
TOLEDO, OH 43614
```

REBECCA JOHNSON
5994 HEATHER LANE
HUDSON, OH 44236


REBECCA KAMBER
128 DUNMORE DRIVE
JUPITER, FL 33458


REBECCA KAMBER
8414 CARGILL PT
WEST PALM BEACH, FL 33411


REBECCA KRASNIEWSKI
532 PASADENA BLVD
TOLEDO, OH 43612


REBECCA OLUSOLA
3712 BRICE RUN RD
RANDALLSTOWN, MD 21133


REBECCA PIETSCH
278 TORREY STREET
APT. F
AKRON, OH 44304


REBECCA POCHEDLY
11406 VAUGHN ROAD
HIRAM, OH 44234


Rebecca Reinhardt
15040 Norfolk Ln
Fort Lauderdale, FL 33331


REBECCA SCHLESINGER
202 TWIN OAKS ROAD
APARTMENT 12
AKRON, OH 44313


REBECCA SKIDMORE
841 LAKEWAY CT W
WESTERVILLE, OH 43081


REBECCA SPENCER
1156 OLD RIDGE RD
AVELLA, PA 15312

REBECCA SPRINGMAN
1462 EDITH ST
LOUISVILLE, OH 44641


REBECCA TACHIE
1384 PONDVIEW AVENUE
AKRON, OH 44305


REBECCA WELKE
1120 N WESTWOOD AVE APT 7104
TOLEDO, OH 43607


REBECCA ZAMANI
2526 CANTERBURY RD
PARKVILLE, MD 21234


REBECCAK FOOR
2334 HINDE
TOLEDO, OH 43607


REBEKAH FRANCOIS
1100 NW15TH PLACE
FORT LAUDERDALE, FL 33311


REBEKAH PAUL
5851 G HOLMBERG RD
COCONUT CREEK, FL 33067


Rebekah S. Kim
1625 N George Mason Dr. #334
Arlington, VA 22205


REBEKAH VENSEL
825 YORK RD
CARLISLE, PA 17015-9253


REBEKAH WEISMANTEL
1081 CONCORD DRIVE
MEDINA, OH 44256


REBEKKA APARDIAN
1922 GRECOURT DR
TOLEDO, OH 43615

RECARDO WILLIAMS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Recon Ortho Assoc II PC
Glenview Corporate Center
3300 Tillman Dr., Ste. 201
Bensalem, PA 19020


RECOVERY PUMP LLC
 9 Lacrue Ave Ste 108
GLEN MILLS, PA 19342


Rediclinic Austin, LLC
9 E Greenway Plaza
Suite 2950
Houston, TX 77046


REED DAVIS
1850 SILVER LAKE AVE
CUYAHOGA FALLS, OH 44223


REEM AL RASHDI
55 FIR HILL, APT. 7B11
AKRON, OH 44304


REEM BAKHURAYBAH
6095 PEBBLEBROOK LANE APT 3
KENT, OH 44240


REENA SAITOTI
414 CRYSTAL POINT DR.
DAYTON, OH 45459


REENAM MEHTA
77 FIR HILL TOWERS APT 8B11
AKRON, OH 44304


REENAM MHTA
3901 FOX GLEN DRIVE
IRVING, TX 75062


REEVE BOWLING
820 EAST MINNEHAHA PARKWAY
MINNEAPOLIS, MN 55417

REGAN EVERISS
17760 ALEXANDER RD
WALTON HILLS, OH 44146


REGAN STAGER
546 CAMBRIDGE DR
OREGON, OH 43616


Regents of University of Michigan
Attn: Mark S. Schlissel, President
University of Michigan
2074 Fleming Building
Ann Arbor, MI 48109-1340


REGINA BUNCE
3809 NW 76TH WAY
HOLLYWOOD, FL 33024


REGINA BUNCE
2242 POLK ST
HOLLYWOOD, FL 33020


REGINA ROTHSHTEIN
7138 CHAMBERSBURG DR
SYLVANIA, OH 43560


Reginald Baxter
121 Hillwood Dr.
Hendersonville, TN 37075


REGINALD BRIDGES
2201 DECKMAN LN
SILVER SPRING, MD 20906-2264


REGINALD CORNER
3018 14TH ST NW
CANTON, OH 44708


REGINALD JONES
1821 PARKER LANE
TWINSBURG, OH 44087


REGINALD LARYEA
320 POWER STREET
AKRON, OH 44311

REGINALD LARYEA
373 CARROLL ST
AKRON, OH 44325


REGINALD MCCREE
828 MCKINLEY AVENUE
BEDFORD, OH 44146


REGINALD MOORE
181 TALBOT DRIVE
BEDFORD, OH 44146


REGINE GAMBRELL
931 N LINWOOD AVE
BALTIMORE, MD 21205


REGINE HOLLOWAY
9 VAN YERRELL COURT
GWYNN OAK, MD 21207


Regional Income Tax Agency
PO Box 89478
Cleveland, OH 44101


REGLA DE ARMAS
29420 SW 152 AVE
HOMESTEAD, FL 33033


Rehab Provider Network Ohio, Inc.
4716 Old Gettysburg Rd.
PO Box 2034
Mechanicsburg, PA 17055


Rehabclinics SPT, Inc.
4716 Old Gettysburg Rd.
PO Box 2034
Mechanicsburg, PA 17055


REHAM ALIA
2245 UNIVERSITY HILLS BLVD
APT 101
TOLEDO, OH 43606

```
REHAN PEERZADA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


REHAN PEERZADA
80 E. EXCHANGE ST
APT 457B
AKRON, OH 44308


REHMAN TARIQ
615 SANDUSKY ST
DELAWARE, OH 43015


REID WILKINS
7069 QUAIL LAKES DR
HOLLAND, OH 43528


REINA HOWARD
15710 RIVERSIDE DR W APT 5W
NEW YORK, NY 10032-7038


Reiss Kang Burks Jayanetti & Per
6200 Sunset Dr., Ste. 505
Miami, FL 33143-4830


Reliable Solutions Group
7515 Pearl Rd.
Suite 101
Cleveland, OH 44130


RENADA JACKSON
2314 BLOOMFIELD DRIVE
ARLINGTON, TX 76012


RENAE BRYCE
18710 NW 27TH AVE
APT 206
MIAMI GARDENS, FL 33056


RENAE BRYCE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054
```

RENAE MILLER
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


RENARDA HUGHES
530 BUCKINGHAM RD #1317
RICHARDSON, TX 75081


RENARDA MADARANG
10000 WALNUT ST APT 1002
DALLAS, TX 75243


RENATO BERGER, MD
5300 W Hillsboro Blvd Ste 110
COCONUT CREEK, FL 33073


RENAUD
639 NE 160 ST
MIAMI, FL 33162


RENE ARAUZ
5499 NW 171 TER
MIAMI GARDENS, FL 33055


RENE BULLOCK
303 52ND ST, APARTMENT 2
BALTIMORE, MD 21224


Rene L. Lopez-Guerrero
3445 NW 7th St.
Miami, FL 33125


RENE PADILLA
1623 FM 1182
ENNIS, TX 75119


RENE WILLIAMS
3122 WHISPERING PINES DRIVE #33
SILVER SPRING, MD 20906


RENEE BORSHCHUKOVA
4141 NAUTILUS DR
4A
MIAMI BEACH, FL 33140

RENEE BOWEN
1700 E COLDSPRING LN
HARPER-TUBMAN HALL
BALTIMORE, MD 21251


Renee Cornish
1809 Ridgewood Ave
Baltimore, MD 21215


RENEE MURRY
7734 OAKHILL RD
APT F
NORTH ROYALTON, OH 44133


RENEE SUMMERVILLE
1543 BURNWOOD RD
BALTIMORE, MD 21239


RENGGIE PAUL
5446 SUNSEEKER BOULEVARD
LAKE WORTH, FL 33463


RENIL UKANI
1609 HERITAGE DRIVE
PITTSBURGH, PA 15237


RENUKA PATIL
634E BUCHTEL AVENUE APT 315
AKRON, OH 44304


Renzo Carranza
10149 Ridgeline Dr.
Montgomery Village, MD 20886-3011


RENZO CARRANZA
10149 RIDGELINE DR
GAITHERSBURG, MD 20886-3011


REON HARRIOTT
14537 232ND ST APT 1C
APT 1C
SPRINGFIELD GARDENS, NY 11413-3937

Reproductive Gynecology, Inc.
95 Arch St., Suite 250
Akron, OH 44304


RESHEDA SCOTT
712 BURNWOOD DRIVE
IRVING, TX 75062


Reston Hospital Center
1850 Town Center Pkwy
Reston, VA 20190


Reuben Mackintosh
1110 Belvedere Rd.
Apt. D
Baltimore, MD 21239


REUBEN MACKINTOSH
1110 BELVEDERE ROAD, APT. D
BALTIMORE, MD 21239


REY GENOVEZ
19301 MOSSBROOK CT
GERMANTOWN, MD 20874


REYANNA RUIZ
2908 GRADWOHL RD
TOLEDO, OH 43617


REYNA JACKSON
4753 DUNCANVILLE ROAD, APT 804
DALLAS, TX 75236


REYNAUL CONNOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


REYUANA GARDNER
5739 CYPRESS CIRCLE
TALLAHASSEE, FL 32303


RGH at Roanoke Rapids
2066 NC-125
Roanoke Rapids, NC 27870

RHEA PORTER
10 LIGHT STREET
#1822
BALTIMORE, MD 21202


RHEA PORTER
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


RHIANNON MAXAM
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RHIEM ALLEN
18121 MARKSMAN CIRCLE APT 202
OLNEY, MD 20832


RHODRICIA FRANCIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RHONDA AGUITON
214 NAPOLEON RD APT 71
BOWLING GREEN, OH 43402


RHONDA LEE
1738 NW 115TH ST
MIAMI, FL 33167


RHONESHA ROBINSON
3618 EAST 53RD STREET
CLEVELAND, OH 44105


RHYLESSA ALLEN
4790 CLAIRELEE DR
OWINGS MILLS, MD 21117-4763


RICARDO ACEVEDO
3315 PALOMINO DR
HOLLYWOOD, FL 33024-2346


RICARDO CEBALLOS VARGAS
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

```
RICARDO CUNNINGHAM
7254 MCCLEAN BLVD
PARKVILLE, MD 21234


RICARDO HARRELL
4334 F ST SE
WASHINGTON, DC 20019


RICARDO LOPEZ
12900 SW 74TH AVE
MIAMI, FL 33156


RICARDO MICHELENA-BLASCO
7751 NW 107TH AVE
BUILDING 2 - APT 616
DORAL, FL 33178


RICARDO MICHELENA-BLASCO
601 NE 23 STREET
APT 1705
MIAMI, FL 33137


RICARDO SUAREZ
820 SW 14TH STREET
FORT LAUDERDALE, FL 33315


RICE
7853 LEVY CT
PASADENA, MD 21122


RICH HALL
1031 SW PAAR DR
PORT ST. LUCIE, FL 34953


Richa Brown
3611 Ferndale Ave.
Gwynn Oak, MD 21207-7162


RICHARD ANAYA
8533 SW 5TH ST
APT. 305
PEMBROKE PINES, FL 33025
```

```
RICHARD FORD
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


RICHARD FORFUNGTU
1963 SAWBURY BLVD
COLUMBUS, OH 43235


RICHARD FURNER
PO BOX 33
MANTUA, OH 44255


RICHARD GYAMERAH
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


RICHARD HAMPTON
8457 BRAODWAY ST.
WESTMORELAND CITY, PA 15692


RICHARD HARRIS
1369 EASTMAN ST
ZANESVILLE, OH 43701


RICHARD KALLAY
11448 131ST AVE
LARGO, FL 33778


RICHARD KALLAY
671 ALLYN ST
AKRON, OH 44311


RICHARD LEFFLER
1124 LENNOX AVENUE NORTHEAST
MASSILLON, OH 44646


RICHARD MILFORD
2436 FRASHURE DRIVE
COPLEY, OH 44321


RICHARD MILFORD
3141 HILLIER ROAD
NORTON, OH 44203
```

RICHARD PHAM
394 S GREEN RD
SOUTH EUCLID, OH 44121


RICHARD SWEETING
8703 DOLOMITE DR.
EL PASO, TX 79934


RICHARD VOIGT
2529 W VILLAGE DR
TOLEDO, OH 43614


RICHARD WILLIAMS
521 OAKLAND AVE
BALTIMORE, MD 21223


RICHELIEU WILLIAMS
3290 WELLBROOK DRIVE
LOGANVILLE, GA 30052


RICHELLE ROLLE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Richfield Chiropractic Center
4028 Broadview Rd. #C
Richfield, OH 44286


RICKEISHA HENRY
23930 BANBURY CIRCLE
APT 6
WARRENSVILLE, OH 44128


RICKELL JOHNSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RICKIA MONCUR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RICKIYA THOMAS
3351 SHREWSBURY RD
ABINGDON, MD 21009

RICKY CRUZ
4475 GINGER AVENUE
DALLAS, TX 75211


RICKY DAVIS
406C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RIDWAN OBAFEMI-BABATUNDE
3514 CORN STREAM RD
RANDALLSTOWN, MD 21133-2437


RIDWAN SHUAIB
1 TIDEWATER CT
APT K
COCKEYSVILLE, MD 21030


RIELEY WINDMANN
357 S. MEADOW SONG CT.
NEW PALESTINE, IN 46163


RIFATH ARA ALAM BARSHA
2906 SAINT PAUL ST, APT 3C
BALTIMORE, MD 21218


Right Click Marketing & Management
PO Box 327
Hinckley, OH 44233


RIGOBERTO CASTILLO
1107 NORTH DUNCANVILLE ROAD
DUNCANVILLE, TX 75104


RIHAM ALABED
3850 WYNDHAM RIDGE DR APT 207
STOW, OH 44224


RIHAM ALABED
2031 TRICASO DR
N CANTON, OH 44720


Riky Phoeng
204 Vista Dr.
Columbus, OH 43230-5908

RIKY PHOENG
204 VISTA DRIVE
GAHANNA, OH 43230-5908


RILEY CARR
4709 LABURNUM DR
AKRON, OH 44319


RILEY DALY
14980 S DIXIE HWY
MONROE, MI 48161


RILEY DEARTH
5585 CHAPEL HILL COURT SOUTH
WARREN, OH 44483


RILEY GIBBS
11853 OLD MILL RD
SPENCER, OH 44275


RILEY HARPSTER
1914 TOWNSHIP ROAD 1095
ASHLAND, OH 44805


RILEY KEONIG
202 LAUREL WOODS WAY
CURRITUCK, NC 02792-9972


RILEY KIZER
5352 COMMONWEALTH AVE
MASON, OH 45040


RILEY KOENIG
202 LAUREL WOODS WAY
CURRITUCK, NC 02792-9972


RILEY WOMACK
2645 BOCAGE LAKE DR
BATON ROUGE, LA 70809-1040


RINAJAH MUNNINGS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

```
RIONA MAHARAJ
3605 HIGH RIDGE WAY APT. 105
BOYNTON BEACH, FL 33426


RIPOLL O'CONNOR
816 E. MOWRY DR.   APT.# 817
HOMESTEAD, FL 33030


RISAKO KADO
1216 SUNBURY RD
COLUMBUS, OH 43210


RISHIKUMAR PATEL
2552 CONRAD AVENUE
AKRON, OH 44314


RISIKATU GIWA-OTUSAJO
3502 DIAZ CT
RANDALLSTOWN, MD 21133-2510


Risk Matters, LLC
811 Madison Ave.
Toledo, OH 43604


RITCHKIA CADET
720 NW 113TH ST
MIAMI, FL 33168


RIVER ALLBAUGH
8406 ALDERPOINT TERRACE NW
PICKERINGTON, OH 43147


River Centre Clinic
5465 Main St.
Sylvania, OH 43560


RIVER OAKS HOSPITAL
PO BOX 538488
NEW ORLEANS, LA 70123


Riverside Methodist Hospital
3535 Olentangy River Rd.
Columbus, OH 43214
```

Riverside Surgical Associates
3545 Olentangy River Rd.
#525
Columbus, OH 43214


RIYA PATEL
528 GENTRY CIR E
RICHMOND HEIGHT, OH 44143


Rnija Dean
2308 Tarelton Ln
Apt. E
Parkville, MD 21234


ROAA ELHAG
10 SOMERSET AVE
POCOMOKE CITY, MD 21851-1339


ROAMEL HENRY
6012 OFFSHORE GRN
COLUMBIA, MD 21045-3822


ROASIA SMITH
2738 RENEGADE DRIVE
APT. 102
ORLANDO, FL 32808


ROASIA SMITH
984 VINERIDGE RUN
APT 202
ALTAMONTE SPRINGS, FL 32714


ROBERT ALLING
7 COLYER ROAD
FREDERICKSBURG, VA 22406


ROBERT BALCH
7424 SANDY CREEK RD
SANTA FE, NM 87505


ROBERT BALLI
2375 SHADE PARK DRIVE
AKRON, OH 44333

ROBERT BARCLAY
2501 WEST ALLEGHENY AVENUE
PHILADELPHIA, PA 19132


ROBERT BARNETT
2500 NW 110 TERRACE
SUNRISE, FL 33322


ROBERT BARTON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ROBERT BASKERVILLE
3729 PATTERSON AVE
GWYNN OAK, MD 21207


ROBERT BOGANTZ
14655 TRENTON RD
SUNBURY, OH 43074-9332


ROBERT BRUNNER
2510 W VILLAGE DR
TOLEDO, OH 43614


ROBERT CANNON
15250 OLD MANSFIELD RD
FREDERICKTOWN, OH 43019


ROBERT DAVIS
13889 FISH EAGLE DRIVE WEST
JACKSONVILLE, FL 32226


ROBERT DEANS
14630 ENSIGN ROAD
BURTON, OH 44021


ROBERT EASTERLING
2751 KINGSFORD DR
TOLEDO, OH 43614


Robert F. Naples, DO
2249 State Rt. 5
Cortland, OH 44410

ROBERT FRYE
377 VISTA RIDGE DRIVE
SOUTH LEBANON, OH 45065-8758

ROBERT GALLEGOS
2224 VZ COUNTY ROAD 2801
MABANK, TX 75147

ROBERT HOLDEN
1216 SUNBURY RD
COLUMBUS, OH 43210

ROBERT INGRAM
1700 E COLD SPRING LANE
BALTIMORE, MD 21251

ROBERT JOBE
6175 BEAVER LAKE DRIVE
GROVE CITY, OH 43123

ROBERT JONES
5817 WESLEYAN DRIVE
PO BOX A207
VIRGINIA BEACH, VA 23455

ROBERT KELLEY
3112 MARKWOOD LN
SPRINGFIELD, IL 62712

ROBERT KOPKO
15630 RIVER VIEW PL
PERRYSBURG, OH 43551

ROBERT LONG
2401 FORT DR
SUITLAND, MD 20746-1113

ROBERT M. PEROVICH MD
2855 N University Dr Ste 500
CORAL SPRINGS, FL 33065

ROBERT MARTIN
6510 MAIN ST. #109
MIAMI LAKES, FL 33014

ROBERT MASON
2205 NORTH PANNES AVENUE
COMPTON, CA 90221


ROBERT MCCLELLAN
25300 ROCKSIDE ROAD APT 426
BEDFORD HEIGHTS, OH 44146


Robert Mercante
145 Greens Rd.
Fort Lauderdale, FL 33321


ROBERT NAPPIER
9951 GOOD LUCK RD APT T3
LANHAM, MD 20706-3268


ROBERT NELSON
1191 LAKE ROAD
CONNEAUT, OH 44030


ROBERT PAULINO
17365 SW 31ST COURT
MIRAMAR, FL 33029


ROBERT PICKARD
7000 SW 62nd Ave
CORAL GABLES, FL 33146


Robert R. Kracht, Esq.
McCarthy, Lebit, Crystal & Liffman
101 West Prospect Ave
Suite 1800
Cleveland, OH 44115


Robert S. Smith, MD, Inc.
11810 Wills Rd.
Alpharetta, GA 30009


Robert Spies
16 Pepper Ridge Rd.
Cleveland, OH 44124


ROBERT STRADER
7326 CAPEL DRIVE
INDIANAPOLIS, IN 46259

Robert T. Glickman, Esq
McCarthy, Lebit, Crystal & Liffman
101 West Prospect Ave
Suite 1800
Cleveland, OH 44115


ROBERT TEACHEY
6716 GREEN HAVEN RD
LANHAM, MD 20706


ROBERT THORNTON
3821 REXMERE RD
BALTIMORE, MD 21218


ROBERT TOELKE
607 PINE VALLEY LN APT 203
TOLEDO, OH 43615


ROBERT VARGO
71536 NEGUS RD
MARTINS FERRY, OH 43935


ROBERT W EGERMAYER PT
522 S Broad St
GLEN ROCK, NJ 07452


Robert W. Cutsinger, PAC
1500 E Medical Center Dr.
SPC 5864
Ann Arbor, MI 48109


ROBERT WILSON
458 SAUNDERS AVE
AKRON, OH 44319


ROBERTO ALER-VELAZQUEZ
1567 TWIN OAKS DR
TOLEDO, OH 43615


ROBERTO BARRETO
13310 N. CALUSA CLUB DRIVE
MIAMI, FL 33186

ROBERTO CAO
15720 TURNBERRY DRIVE
MIAMI LAKES, FL 33014


ROBERTO CARLOS SANCHEZ PEREZ
201A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ROBERTO DOMINGUEZ
727 HOOVER STREET
CHANNELVIEW, TX 77530


ROBERTO GONZALEZ-HEREDIA
518 ASBURY PARK
GARLAND, TX 75043


ROBERTO HERNANDEZ
221 JORDAN DRIVE
DESOTO, TX 75115


ROBERTO MEJIA
469 BUCKINGHAM CIRCLE
DAVENPORT, FL 33897


ROBIN BRAZLEY
7611 POST ROAD
HANOVER, MD 21076


ROBIN JONES
4700 RENWICK AVE
BALTIMORE, MD 21206


ROBIN MCDONALD
2502 RIGGS AVE
BALTIMORE, MD 21216


Robinson Health System
6847 N Chestnut St.
Ravenna, OH 44266


ROBYN MARCHMAN
1715 ZABALA DRIVE
DALLAS, TX 75002

ROBYN MILLER
2825 N.W 96TH STREET
MIAMI, FL 33147


ROBYN ONUORAH
9570 RIGGS STREET
BEAUMOUTH, TX 77707


ROBYN-LEIGH HEARNE
809 NE 199TH ST APT 101
MIAMI, FL 33179-3076


ROBYN-LEIGH HEARNE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ROCHELLE JOHNSON
13446 BUCHANAN DR
FORT WASHINGTON, MD 20744-2904


ROCHELLE RIOS
1116 W BOGART RD
SANDUSKY, OH 44870


Rodger Dilla
627 Crosby St.
Akron, OH 44302


RODGER DILLA
627 CROSBY ST.
APT. A
AKRON, OH 44302


RODGER GURDON
12424 GABLE LANE
FORT WASHINGTON, MD 20744


RODGERICK LITTLEJOHN
6159 MARK DRIVE
BEDFORD, OH 44146


RODHEIM AUSTIN
1054 CALIENTE DRIVE
APT #10
JACKSONVILLE, FL 32211

RODMAN ALLEN
12904 ST. LOUIS
DETROIT, MI 48212


RODNER GUERRIER
1129 NW 145TH TER
MIAMI, FL 33168


RODNEY AUGUSTUS
505D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RODNEY BETHEL
9911 SW 14 ST
HOLLYWOOD, FL 33025


RODNEY COLEMAN
4214 COPELAND STREET
DALLAS, TX 75210


RODNEY GARVEY
1529 NORTHWICK RD
BALTIMORE, MD 21218-1605


RODNEY MEYERS
9722 ECHOVIEW COURT
PICKERINGTON, OH 43147


RODNEY MYERS
9722 ECHOVIEW COURT
PICKERINGTON, OH 43147


RODNEY PORTER
460 CORNELL CT
GLEN BURNIE, MD 21061


RODNEY PRICE
27 MORRIS DRIVE
SICKLERVILLE, NJ 08081


RODNEY TAYLOR
16305 EPSILON CT
BOWIE, MD 20716-3916

RODNEY WEATHERSPOON
11550 SW 26TH STREET
APT. 206
MIRAMAR, FL 33025


RODNEY WOMBLE
2983 NW 1ST STREET REAR
POMPANO BEACH, FL 33069


RODNISHA CLIFTON
1533 S KEDVALE
CHICAGO, IL 60623


RODRICK ANDERSON
611 SW 29TH TERRACE
DAVIE, FL 33312


RODRICK HARRISON
3925 EDNOR RD
BALTIMORE, MD 21218-2054


RODRIGO IGLESIAS
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


RODRIGO IGLESIAS
505 VINE STREET APT#306
AKRON, OH 44304


RODRIGO SELAIMEN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ROGER ALLEN
5442 SW 23RD STREET
HOLLYWOOD, FL 33023


ROGER GIOVINO
8241 SW 15TH STREET APT. 1123
PLANATION COLONY
PLANTATION, FL 33324

ROGER MCINTYRE
426 GALLERY DRIVE
MARYSVILLE, OH 43040


Rohit Prakash, MD
255 Dueber Ave. SW
Canton, OH 44706


Roholt Vision Institute, Inc.
5890 Mayfair Rd
North Canton, OH 44720


ROJA ESMAEELI
1350 N HOWARD ST., APT 611
AKRON, OH 44310


ROJAI RUSSELL
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ROLAND GERMAIN
1762 NE 170TH ST
NORTH MIAMI BEACH, FL 33162-3052


ROLAND LUGO ARROYO
2622 MAGAZINE ST APT 2
NEW ORLEANS, LA 70130


ROLAND MARTINEZ
1251 CORAL WAY
CORAL GABLES, FL 33134


Roland Paredes, MD
2323 W 5th Ave.
Ste. 200
Columbus, OH 43204


ROLONDA TAYLOR
1414 WEST 26TH STREET
NORFOLK, VA 23513


ROMAN BENNETT
1701 E. STREET NE
4TH
WASHINGTON, DC 20002

ROMAN CLARK
918 MAIN ST
DEALE, MD 20751-9609


ROMARIO ATKINSON
18515 NW 23RD CT.
MIAMI GARDENS, FL 33056


ROMARIO ATKINSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ROMER CASTELLANO
10869 NW 81 LN
MIAMI, FL 33178


ROMY JOSEPH
509 NE 38TH ST
MIAMI, FL 33137


RON ELLIS PSY D
1881 N University Dr Ste 202
CORAL SPRINGS, FL 33071


RONALD GUERRIER
2900 NW 210 TERRACE
MIAMI GARDENS, FL 33056


RONALD KNIGHTSHED
9308 E. CLAIBORNE PKWY.
AVONDALE, LA 70094


Ronald Lau, MD
557 Cranbury Rd. #22
East Brunswick, NJ 08816


RONALD NOWAK
1343 OAK HILL CT APT 99
TOLEDO, OH 43614


RONALD ROSALES
5817 WESLEYAN DRIVE
PO BOX B246
VIRGINIA BEACH, VA 23455

```
RONALD ROSALES
7277 KATHY STREET
EASTON, MD 21601


RONALD SHERIDAN
2123 NORTH FULTON AVE
BALTIMORE, MD 21217


RONALD SHERIDAN, III
2123 NORTH FULTON AVE
BALTIMORE, MD 21217


Ronald W. Atwood
108 Knell's Ridge Blvd. #100
Chesapeake, VA 23320


RONALD WILLIAMS
1444 MILLERDALE RD
COLUMBUS, OH 43209


RONDELL COPPAGE
5946 SOUTH THROOP STREET
CHICAGO, IL 60636


RONEKA ECCLESTON
7211 ORLEANS ST.
HOLLYWOOD, FL 33023


RONELLE REURY
22 SKIPJACK CT
BALTIMORE, MD 21221-3053


RONESHA BLUNT
21040 NW 37 COURT
CAROL CITY, FL 33055


RONESHA WARD
2770 NW 198TH TERRACE
MIAMI GARDENS, FL 33056


RONG LI
3101 SW 119TH AVE
UNIT 306
MIRAMAR, FL 33025
```

RONGCHENG XU
437 LOVISA ST
AKRON, OH 44311


RONGZHENG LYU
3625 N COUNTRY CLUB DR APT 808
AVENTURA, FL 33180-1712


RONI LUOKKAMAKI
16401 NW 37TH AVE
CASCIA 203
MIAMI GARDENS, FL 33054


RONICIA LEWIS
3202 WHITE AVE FL 2WETH
BALTIMORE, MD 21214


RONIL GANDHI
1415 HUNTERS LAKE DR E
CUYAHOGA FALLS, OH 44221


Ronit Shah
2635 Broadway St.
Apt. 12
Toledo, OH 43609


RONKERRIA PETTIGREW
429 ROYAL PALM CT
PAHOKEE, FL 33476


RONNIE RIVERA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RONNIE WALLINGFORD
80 E. EXCHANGE ST.
APT 222D
AKRON, OH 44308


Ronny Orta
3090 Palm Trace Landings
Fort Lauderdale, FL 33314

```
RONSAIAH KUIPERS
1446 COBURG RD
COLUMBUS, OH 43227


RONZARIAN DAY
930 HARLANDALE
DALLAS, TX 75216


ROODY ROMAIN
3316 NW 32ND STREET
FORT LAUDERDALE, FL 33309


ROOSEVELYNE JEANPAUL
4001 NORTH WEST 38TH TERRACE
FORT LAUDERDALE, FL 33309


ROPOS RHEUMATOLOGY ASSOC PL
 6405 N Federal Hwy 103
FT LAUDERDALE, FL 33308


RORY KELLY
28115 SOUTHBRIDGE CIR
WESTLAKE, OH 44145


ROSA BROWN
3145 NW 68TH ST
MIAMI, FL 33147-6627


ROSA GAONA
1721 CARAVAN TRL
DALLAS, TX 75241


ROSA MARTINEZ
4950 NW 196TH TER
MIAMI GARDENS, FL 33055-1745


ROSALIND JONES
3039 GRAYSON ST
BALTIMORE, MD 21216


ROSALIND JONES
3001 WEST NORTH AVE APT 102
BALTIMORE, MD 21216
```

ROSALIND SHELTON
5434 JONQUIL AVE
BALTIMORE, MD 21215


ROSANA PORCAYO
1009 WOODBROOK STREET
ARLINGTON, TX 76011


ROSE MARIE LAURE KEBE
5319 DORIS DR
WALDORF, MD 20601-3223


ROSE PIERRE
1929 NE 173RD ST.
NORTH MIAMI BEACH, FL 33162


ROSE PIERRE
3500 NW 33RD ST
LAUDERDALE LAKES, FL 33309-5406


ROSE TELLINGTON
2954 GARRISON BLVD, APARTMENT A
BALTIMORE, MD 21216


ROSE-DARLINE JEAN-PAUL
13757 NE3RD CT APT A211
NORTH-MIAMI, FL 33161


ROSE-MARTHA LEFEVRE
14755 GARDEN DR.
MIAMI, FL 33168


ROSELAINE BELORME
13101 MEMORIAL HWY APT 106
MIAMI, FL 33161-3901


ROSELORE EDOUARD
5673 WESTVIEW DR
ORLANDO, FL 32810


ROSEMARY NOLDON-MCCALL
18833 NW 32RD AVENUE
MIAMI GARDENS, FL 33056

ROSHAN GHIMIRE
3408 UPTON RD
PARKVILLE, MD 21234-3334


ROSHANA DAVIS
638 NE 166TH ST
APT 1
MIAMI, FL 33162


ROSIE MIRANDA
9710 NW 7TH CIRCLE
APT. 1036
PLANTATION, FL 33324


ROSIE MIRANDA
7400 STIRLING ROAD APT. 626
HOLLYWOOD, FL 33024


ROSLYN RICHARDSON
1673 NORTHBOURNE ROAD
BALTIMORE, MD 21239


ROSLYN RICHARDSON
1100 MONTPELIER STREET
BALTIMORE, MD 21218


ROSS COGAN
358 CANTERBURY RD
BAY VILLAGE, OH 44140


Ross Johnston
3100 W Rolling Hills Cir.
104
Fort Lauderdale, FL 33328


ROSS THOMPSON
4930 DEFIANCE TRAIL
DELPHOS, OH 45833


ROSY DHAKAL
634 EAST BUCHTEL AVE APT 303
AKRON, OH 44304

ROTHMAN SPECIALTY HOSPITAL
PO BOX 1365
BENSALEM, PA 19020


ROTNEI GRIFFIN
3914 E PRATT ST
BALTIMORE, MD 21224


ROXANA ROS
12900 SW 190 ST
MIAMI, FL 33177


ROY FREEMAN
6425 SOUTH LOWE STREET
CHICAGO, IL 60621


ROY WARD
2022 HILLENWOOD RD
BALTIMORE, MD 21239-3621


ROYA AMIRNIROUMAND
18011 BISCAYNE BLVD
APT 803
AVENTURA, FL 33160


ROYAL PALM OBGYN PA
8110 Royal Palm Blvd.
Suite 108
CORAL SPRINGS, FL 33065


ROYELLE COOK
13416 LORD DUNBORE PL
UPPER MARLBORO, MD 20772-5931


ROYSTOM WALTERS
302D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


RTREVIA RANDOLPH
207 FOX HOLLOW DR
RED OAK, TX 75154

RUBBIN JACOBS
6977 TOMAHAWK TRL
REYNOLDSBURG, OH 43068


RUBEN RAMOS
17963 SW 29 LANE
PEMBROKE PINES, FL 33029


RUBEN SANCHEZ
1000 PARKWIEW DRIVE
APT 519
HALLANDALE, FL 33009


RUBIA SHAIK
401 S. MAIN STREET
UNIT# 429A
AKRON, OH 44311


RUBIN SMITH-BASTIAN
14629 SW 15TH CT
PEMBROKE PINES, FL 33027-6514


Rude Henry
2960 NW 55th Ave.
Apt. 2B
Fort Lauderdale, FL 33313


RUDE HENRY
5713 NW 74TH AVE
TAMARAC, FL 33321


RUDEL SAUNDERS
1315 OAK HILL CT APT 167
TOLEDO, OH 43614


RUDIEL ROBERTS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RUDOLF ZAMOR
13655 NE 10 AVENUE APT 303
NORTH MIAMI, FL 33161

RUEBEN DURKEE
273 BARDER AVE
AKRON, OH 44305


RUFINO GARCIA
1610 EARBAYOUDRAPT, APT 29
CHANNELVIEW, TX 77530


RUFUS SMALLWOOD
4430 MAPLE WOOD DR
BALTIMORE, MD 21207


RUFUS WIGGINS
1018 E. 21 AVE
TAMPA, FL 33605


RUI HUANG
1496 HAMPTON KNOLL DR.
AKRON, OH 44313


RUI HUANG
1792 HAMPTON KNOLL DR.
AKRON, OH 44313


RUIHAO SHEN
77 FIR HILL ST. APT. 5C9
AKRON, OH 44304


RUIMENG ZHANG
2200 HIGH ST.
#159
CUYAHOGA FALLS, OH 44221


RUIXIA ZHANG
2550 CHAMBERLAIN ROAD APARTMENT B3
FAIRLAWN, OH 44333


RUKAYAT ARIORI
5938 GLEN FALLS AVE
BALTIMORE, MD 21206-2521


RUNDONG HUANG
55 FIR HILL #6B6
AKRON, OH 44304

RUNYAO ZHU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


RUOFAN LIU
2200 HIGH ST. APT. 466
CUYAHOGA FALLS, OH 44221


RUOYING CHEN
12026 NE 16TH AVE, APT 103
MIAMI, FL 33162


RUSOL YASIN
19220 EAST OAKMONT DRIVE
MIAMI, FL 33015


Russell Crawford
1512 - 12th Rd.
Nampa, ID 83686


RUSSELL DAVIS
8904 LOUGHRAN TERRACE
FORT WASHINGTON, MD 20744


RUSSELL MORGAN
49 ALBEMARIE RD
LAWRENCEVILLE, NJ 08648


RUSSELL STEINER
104-60 QUEENS BOULEVARD
10G
FOREST HILLS, NY 11375


RUTA HABTEMARIAM
3373 ARDLEY COURT
FALLS CHURCH, VA 22041


RUTH BELOTTE
1393 NE 145 ST
MIAMI, FL 33161

Ruth Friedman
177 N Portage Path
Apt. 10
Akron, OH 44303


RUTH FRIEDMAN
1288 SHANLEY DRIVE
COLUMBUS, OH 43224


Ruth M. Farrell, MD
9500 Euclid Ave.
Cleveland, OH 44195


Rutherford County Primary Care
1453 Hope Way
Murfreesboro, TN 37129


RUTZA RICHEMOND
1981 NW 43RD TERRACE
APT 266
LAUDERHILL, FL 33313


RUVIMBO ZVIDZAI
1216 SUNBURY RD
COLUMBUS, OH 43210


RYAN ABRAMS
7134 PRAIRIE FLOWER LANE
FRISCO, TX 75033


RYAN APPLEWHITE
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


RYAN BROWN
10155 NICHOLS ROAD
GARRETTSVILLE, OH 44231


RYAN BRYCE
18710 NW 27TH AVE
APT 206
CAROL CITY, FL 33056

RYAN BRYCE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


RYAN CAIN
1700 E COLD SPRING LN
BALTIMORE, MD 21251-0001


RYAN CAREY
547 EAST PIONEER TRAIL
AURORA, OH 44202


RYAN CASH
8799 LEYLAND AVE
NORTH CANTON, OH 44720


RYAN DE LOS REYES
2321 PALMETTO STREET
NORFOLK, VA 23513


RYAN ELZY
8700 SOUTHSIDE BLVD APT 612
JACKSONVILLE, FL 32256


RYAN FASHEMPOUR
347 DARROW AVE
TOLEDO, OH 43607


RYAN FORSTON
3575 NW 204TH TERRACE
MIAMI GARDENS, FL 33056


RYAN GREENWOOD
676 SECOND STREET #4
FAIRPORT HARBOR, OH 44077


RYAN HOYNG
813 WINDSOR CIRCLE
CELINA, OH 45822-1158


RYAN JACKWOOD
1656 TWIN OAKS DR
TOLEDO, OH 43615

RYAN JERGER
5503 PALEO PINES CIRCLE
FORT PIERCE, FL 34951


Ryan Kasprzak
5788 Dee Dr.
Hilliard, OH 43026


Ryan Louallen
266 Reece Lane
Seymour, TN 37865


RYAN LOVE
9388 HICKORY RIDGE DRIVE
STREETSBORO, OH 44241


RYAN LUPIA
4272 S.E. COVE LAKE CIRCLE
#104
STUART, FL 34997


RYAN MARTIN
1465 MADISON AVE.
IC
NEW YORK, NY 10029


RYAN MARTIN-WAGAR
44 KENILWORTH
AKRON, OH 44313


RYAN MASON
1427 NORTH AISQUITH ST
BALTIMORE, MD 21202


RYAN MAXWELL
934 GABLE AVENUE
DUNCANVILLE, TX 75137


RYAN MAXWELL
2832 SAND RUN PKWY
FAIRLAWN, OH 44333


RYAN MCCOY
290 TROPIC ST
JACKSON, OH 45640

Ryan McCurry
2805 Garfiled St.
Belmar, NJ 07719


RYAN MORGAN
4820 LANIER AVE
BALTIMORE, MD 21215-6502


Ryan Morton
4012 W Bancorft St.
Apt. 2
Toledo, OH 43606


RYAN MOUNT
2568 PEACH LANE
WOOSTER, OH 44691


RYAN O'CONNELL
3859 RIVER RD
TOLEDO, OH 43614


RYAN O'NEILL
5817 WESLEYAN DRIVE
PO BOX 285
VIRGINIA BEACH, VA 23455


RYAN PATERAK
9702 MCCRACKEN
GARFIELD HEIGHTS, OH 44125


Ryan Plucinski
5939 Tyalor Rd.
Clinton, OH 44216


RYAN SAYERS
4575 1/2 S CANFIELD NILES RD
CANFIELD, OH 44406


RYAN SAYKO
2856 NUNNERY RD
SKANEATELES, NY 13152


RYAN SEARS
1130 4 SEASONS DR APT 4
TOLEDO, OH 43615

RYAN SEARS
2505 ANTIOCH RD
PERRY, OH 44081


RYAN SIMI
1400 NORMANDY DR.
NEWARK, OH 43055


RYAN STROSSER
140 SOUTH DIXIE HIGHWAY
APT. 825
HOLLYWOOD, FL 33020


RYAN THOMAS
5592 CARISSA PLACE
HUGHESVILLE, MD 20637


RYAN THOMPSON
1216 SUNBURY RD
COLUMBUS, OH 43210


RYAN TURNER
4438 MAPLE WOOD DR
BALTIMORE, MD 21229


RYAN TURNER
4417 BIRCHWOOD DR
LAUREL, MD 20723


RYAN TURNER
4417 BIRCHWOOD DR
BALTIMORE, MD 21229


RYAN WARDLAW
554 LUCIA AVE
BALTIMORE, MD 21229


RYAN WIKEL
W186 S8977 CARDINAL CT.
MUSKEGO, WI 53150


RYAN WILLIAMS
3233 N ROLLING RD
WINDSOR MILL, MD 21244-2026

RYAN ZAWADA
1830 S COY RD
NORTHWOOD, OH 43619


RYANA BAIRD
2524 HUNLEY LOOP
KISSIMMEE, FL 34743


RYANN GILLESPIE
1651 BROOKINS STREET
MEMPHIS, TN 38108


RYANNA LAIDLAW
1834 WONDERLICK RD
LIMA, OH 45805


RYANNA REID
5979 FOLLENSBY DRIVE
WESTERVILLE, OH 43081


Ryanna Smith
9674 NW 76th St.
Fort Lauderdale, FL 33321


RYELLCHA MACK
8506 WENDELL AVENUE
PARKVILLE, MD 21234


RYKER FAIRCLOTH
2345 NW 98 LANE
CORAL SPRINGS, FL 33065


RYKER MCNICHOL
6818 SLAVEN DR.
ORLANDO, FL 32819


RYLEE BROWN
139 LINWOOD AVENUE NW
CANTON, OH 44708


RYLEIGH AVANCINI
5817 WESLEYAN DRIVE
PO BOX A437
VIRGINIA BEACH, VA 23455

RYLEY WATT
310 FAIRVIEW DR
IRWIN, PA 15642


RYLIE HOWMAN
527 CLEVELAND AVE
ASHLAND, OH 44805


RYMARKABLE HUSTON-CRANE
5449 HOMER AVE
CLEVELAND, OH 44103


RYNE BOELTER
703 BRODERICK DRIVE
OXON HILL, MD 20745


S Bilal Ahmed
4430 N Holland Syvania Rd.
Toledo, OH 43623


S. M. MAHFUZUL ISLAM
389 SHERMAN ST # 201
AKRON, OH 44311


SAABRIAH OLIVER
4115 WILLOW DR
MULBERRY, FL 33860


SAARAH SYED
10514 POT SPRING RD.
COCKEYSVILLE, MD 21030


Saba Javadi
120 N Westwood Ave.
Apt. 610
Toledo, OH 43607


Sabina Pathan
6344 Brixton Rd.
Apt. 7
Maumee, OH 43537

SABITA POKHREL
634 E BUCHTEL AVE
APT 213
AKRON, OH 44304


SABITA POKHREL
420 ALLYN ST
AKRON, OH 44304


Sabrea Mackey
1700 E Cold Sping Ln
Baltimore, MD 21251


SABRIA BRUTON
2306 29TH AVE E
PALMETTO, FL 34221


Sabrina Alam
1315 Oak Hill Ct.
Apt. 159
Toledo, OH 43614


SABRINA BARCENAS
12100 JOSE CISNEROS
EL PASO, TX 79936


SABRINA BEEKMAN
401 SOUTHERN AVENUE LOT 17
CHILLICOTHE, OH 45601


SABRINA BRUTAL
5601 WASHINGTON ST APT. 38
HOLLYWOOD, FL 33021


SABRINA GENTLES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Sabrina Mottershead
230 Salem Ct
Hinckley, OH 44233


SABRINA ST. FLEUR
6611 MOONFLOWER CT
BALTIMORE, MD 21214

SABRYNA RAYMOND
11935 NE 11 CT
BISCAYNE PARK, FL 33161


SACHIEL ASENCIO
5362 NW 190TH ST
MIAMI GARDENS, FL 33055


SADE BEA
6918 PINE VALLEY DR
BALTIMORE, MD 21215


SADE HOLLEY
3900 NORTH ROGERS AVE
BALTIMORE, MD 21207


Sade Lavender
6501 Eaglewing Ln
Fort Washington, MD 20744


SADEL JOSEPH
620 NW 214 STREET
101
MIAMI GARDENS, FL 33169


SADIA SHAHNOOR ANIS
437 SUMNER ST  APT.T3
AKRON, OH 44304


SADIE DECKARD
18 TOWNSEND ST
WAKEMAN, OH 44889


SADIE FAZEKAS
508 CROUSE ST.
AKRON, OH 44311


Sadik Mahamud
482 Knob Hill Court E
Columbus, OH 43228


SADIKI ISAAC
1311 N 23RD AVE
HOLLYWOOD, FL 33020

```
SAEED AKBARI SHANDIZ
2525 KEMPER ROAD, APT 401
CLEVELAND, OH 44120


SAEED BAJAHZAR
43 CHIARA COURT
TOWSON, MD 21204


SAEID GHANIYARI BENIS
593 BROWN ST
AKRON, OH 44311


SAEID GHANIYARI BENIS
1173 E MAIN STREET
APT 3
KENT, OH 44240


SAFIR WEBB
3131 HIGHLAND AVE
ORANGE, NJ 07050


SAGAR ACHARYA
7910 ALLARD CT APT 301
GLEN BURNIE, MD 21061


SAGAR MAVANI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SAGE GEORGE
1423 OAK HILL CT APT 37
TOLEDO, OH 43614


SAHARA JACKSON
102B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SAHIL MAKWANA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101
```

Sahiti Mannem
39025 Cheshire Dr.
Northville, MI 48167


SAI GOUD DURGAPPAGARI
24801 LAKESHORE BLVD,
APT B317
EUCLID, OH 44123


SAI KRISHNA ENABOTHULA
77 FIR HILL STREET APT. 11B11
AKRON, OH 44304


SAI KRISHNA ENABOTHULA
55 FIR HILL STREET APT. 10B4
AKRON, OH 44304


SAI KRISHNA GULLAPALLI
77 FIR HILL APARTMENT 3B11
AKRON, OH 44304


SAI KUMAR CHIRRAVURI
77 FIRHILL TOWERS, APT 6B5
AKRON, OH 44304


SAI PRAJEETH ANNAMGARI
77 FIR HILL , APT 3B11
AKRON, OH 44304


SAI PRASANNA CHINTHALA
907 HEMLOCK HILLS DRIVE
APT #D
AKRON, OH 44313


SAI PRASANNA CHINTHALA
634 E BUCHTEL AVENUE
APT #111
AKRON, OH 44304


SAI RADHA MANI ALLA
77 FIR HILL APT 6B5
AKRON, OH 44304

SAI RAMA KRISHNA VANKINA
1730 W ROCKET DR
TOLEDO, OH 43606


SAI YASHWANTH PENDYALA
90 HIGHBLUFS BLVD.
COLUMBUS, OH 43235


SAIBREYELLE RUCKER
12521 TINSLEY TERRACE DR
APT 111
TAMPA, FL 33612


SAIF NASSAR
55 FIR HL STREET, APARTEMENT 2B4
AKRON, OH 44304


SAIGE SMITH
5817 WESLEYAN DRIVE
PO BOX C160
VIRGINIA BEACH, VA 23455


SAINADH CHILUKAMARI
1B11, 55 FIR HILL TOWERS
AKRON, OH 44304


SAINATH JADHAV
55 FIR HILL ST,APT# 2B2
AKRON, OH 44304


SAINATH JADHAV
77 FIR HILL STREET APT#4B11
AKRON, OH 44304


SAINATH REDDY SAMIREDDY
77 FIR HILL TOWERS
UNIT 6A1
AKRON, OH 44304


SAINT ROGER BOUNTSEBE-EBOUEME
11715 GARFIELD ROAD
HIRAM, OH 44234

Sajan Patel
6721 Witeford Center Rd.
Lambertville, MI 48144


SAKIRU ADETUNJI
1469  ALPHADA AVENUE
APT C6
AKRON, OH 44310


SAKSHI GUPTA
615 SANDUSKY ST
DELAWARE, OH 43015


SALA ZIMMERMAN
4535 TRENTON DR S
JACKSONVILLE, FL 32209


SALEH ALHARBI
7603 KINGS RUN RD
SYLVANIA, OH 43560


SALEM BINAFIF
1839 ASHTON LN APT 172
KENT, OH 44240


SALIH MOHAMMED
4332 DRESDEN ST APT #201
COLUMBUS, OH 43224


Salim Khoso
15 Tiffany Square Dr.
Apt. 301
Toledo, OH 43607


SALLY DUERR-RODRIGUEZ
9406 NE 9TH AVENUE
MIAMI SHORES, FL 33138


SALMAN HARASIS
370 NEWTON CIRCLE
APT 206
AKRON, OH 44305

SALMAN HARASIS
1427
HUNTERS LAKE DR E
CUYAHOGA FALLS, OH 44221


SALOMEY KPEKPENA
5642 WOODMONT AVENUE
APT. C
BALTIMORE, MD 21239


Saloni Hedge
25800 Pacific Hills Dr.
Mission Viejo, CA 92692


Salustio Jeramillo
1401 SW 136th Ave.
Fort Lauderdale, FL 33325


SALVADOR JAMES
129 FONTAINBLEAU DR
MANDEVILLE, LA 70471-6434


SAMALA LEWIS
6126 NORTHWOOD DR
APT. A
BALTIMORE, MD 21212


SAMANTHA BEREZNAY
8469 AVON BELDEN RD
NORTH RIDGEVILL, OH 44039


SAMANTHA BOYD
4601 WESTGROVE WAY
ORLANDO, FL 32808


Samantha Buck
8925 Lupine Dr.
Reynoldsburg, OH 43068


SAMANTHA CANEPA
2715 FROST ROAD
MANTUA, OH 44255

```
SAMANTHA CAPPS
2547 EDGEBROOK CROSSING
TWINSBURG, OH 44087


SAMANTHA CATIEL MENDA
150 LORELANE PLACE
KEY LARGO, FL 33037


SAMANTHA CLARK
10765 CLEARY BLVD
APT. 107
PLANTATION, FL 33324-6057


Samantha Dimeglio
700 SW 78th Ave.
Apt. #410
Fort Lauderdale, FL 33324


Samantha Heckman
2669 Tremainsville
Toledo, OH 43613


SAMANTHA HUDSON
8175 STRONGSVILLE BOULEVARD
STRONGSVILLE, OH 44149


SAMANTHA KAISER
9173 KETCH RD
PLAIN CITY, OH 43064-9794


Samantha Kay
1114 Four Seasons Dr.
Apt. 3
Toledo, OH 43615


Samantha Kwaku-Mensah
3291 Greenway Dr.
Westminster, MD 21157


SAMANTHA LILLY
13944 MAPLE CIRCLE
STRONGSVILLE, OH 44136
```

SAMANTHA MANSFIELD
17751 GLENWOOD AVENUE
LAKE MILTON, OH 44429


SAMANTHA MASON
10340 SW 20TH STREET
HOLLYWOOD, FL 33025


Samantha McCullough
2706 Alisdale Dr.
Apt. 101
Toledo, OH 43606


SAMANTHA MERINO
855 N MADISON AVE
APT D
LOS ANGELES, CA 90029


SAMANTHA MINOR
1477 CORNERSTONE STREET
HARTVILLE, OH 44632


SAMANTHA MYERS
5171 APPLEWOOD CIR
MONROE, MI 48161


Samantha Palencia
4700 Queens Grove St.
White Plains, MD 20695


Samantha Rommel
8101 SW 24th Ct.
Apt. 306
Fort Lauderdale, FL 33324


SAMANTHA ROSARIO
1513 COLONY PL
METAIRIE, LA 70003


SAMANTHA SANCHEZ
11503 SW 26TH PLACE, # 301
APT. 301
MIRAMAR, FL 33025

SAMANTHA SANDOR
1625 SE 10TH AVE
#403
FORT LAUDERDALE, FL 33316


SAMANTHA SMITH
1126 4 SEASONS DR APT 4
TOLEDO, OH 43615


Samantha Snyder
2 Bridgeport Ct.
Apt. 302
Owings Mills, MD 21117


SAMANTHA VAN SCOY
1029 KERTESZ ROAD
NEW FRANKLIN, OH 44216


SAMANTHA VILLASENOR
501 W CAMBRIA DR
ROUND LAKE, IL 60073-5419


SAMAR KHAN
112 W 65TH ST APT 2
WESTMONT, IL 60559


Samar Sheriff
3122 Hopewell Pl
Toledo, OH 43606


SAMARA AUGUSTE
UNIVERSITY INN
16401 NW 37TH AVE
MIAMI, FL 33054


SAMARA FITZGERALD
5332 CARSWELL AVE
SUITLAND, MD 20746-4114


Samara Grayson
11147 Oakdale Rd.
Boynton Beach, FL 33437

SAMARA YURCHAK
239 RASPBERRY RD
LEOLA, PA 17540


Samaritan Hospital
1025 Center St.
Ashland, OH 44805


SAMAYA FERGUSON
1323 MERIDENE DR
BALTIMORE, MD 21239


Sameer Copper
179 Norfolk St
1B
Newark, NJ 07103


Samer Obeid
2326 Willesden Green Rd.
Toledo, OH 43617


Sami Ibrahim
778 Clifton Heights Ln NE
Atlanta, GA 30329


SAMIA BELL
2240 W. NORTH BEND RD.
CINCINNATI, OH 45239


SAMIERRA JONES
5512 HILLTOP AVE
BALTIMORE, MD 21206


SAMIR CHOWDHURY
APT #J2, 437 SUMNER STREET
AKRON, OH 44304


SAMIR CHOWDHURY
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SAMIYA TAYLOR
18421N N CONDUIT AVE
SPRINGFIELD GARDENS, NY 11413

Sammy Droubi
5725 Tibaron Ln
Apt. 302
Toledo, OH 43615


SAMMY LASTER
16001 NW 27TH PL
OPA LOCKA, FL 33054


Sammy Loonkishu
414 Crystal Point Dr.
Dayton, OH 45459


SAMMY OJO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SAMONYA COPELAND
308 ATKINS AVE
NEPTUNE, NJ 07753-5106


SAMUEL ADEDEJI
8431 NW 7TH AVE
MIAMI, FL 33150


SAMUEL AILEMEN
2233 WHEATLEY DRIVE APT 304
BALTIMORE, MD 21207


Samuel Ajeigbe
15312 Jenkins Rdige Rd.
Bowie, MD 20721


Samuel Akintomide
11400 Treton Ct
Upper Marlboro, MD 20774-1568


SAMUEL BLECHMAN
422 HARDING RD
BRADFORDWOODS, PA 15015


SAMUEL CONWAY
2156 GARDEN DRIVE
WICKLIFFE, OH 44092

SAMUEL DALINAS
5285 SANCTUARY LN.
SHEFFIELD VILLAGE, OH 44054


SAMUEL GAINFORD
278 TORREY STREET
APT H
AKRON, OH 44304


SAMUEL GREGG
7884 STATE STREET
GARRETTSVILLE, OH 44231


Samuel Hickey
1952 Brim Dr.
Toledo, OH 43613-5621


SAMUEL HITCHCOCK
736 LARK COURT
ROAMING SHORES, OH 44084


Samuel Horn
2154 Hidden Valley Dr.
Naperville, IL 60565


SAMUEL IVAN
10707 OBEE RD
WHITEHOUSE, OH 43571


SAMUEL LITOVSKY
5011 CHESWICK DRIVE
SOLON, OH 44139


SAMUEL MCINTOSH
2040 FUNSTON STREET
APT. 10
HOLLYWOOD, FL 33020


SAMUEL MCINTOSH
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SAMUEL MORENZ
402 NEW FOURTH STREET
FAIRPORT HARBOR, OH 44077

Samuel Onusko
600 St Rt 138 NE
Greenfield, OH 45123


SAMUEL ORELAJA
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


SAMUEL PERRY
727 EAST 22ND ST
BALTIMORE, MD 21218


Samuel Ramey
851 Delong St.
Pickerington, OH 43147


SAMUEL RECKLEY
19465 LIGHTHOUSE POINT
GROSSE ILE, MI 48138


SAMUEL RIVERA
4507 SW 195 TER
MIRAMAR, FL 33029


Samuel Salinas
5258 Sanctuary Ln
Sheffield Lake, OH 44054


SAMUEL SALINAS
37058 FAIRFIELD LANE
NORTH RIDGEVILLE, OH 44039


SAMUEL SHEETS
49 MELLWOOD DR
TORONTO, OH 43964


SAMUEL SPEICHER
8868 STATE ROUTE 303
WINDHAM, OH 44288


SAMUEL STALMACK
3011 APPLERIDGE DR
ANN ARBOR, MI 48103

SAMUEL TERRY
3410 ARCHWOOD AVENUE
CLEVELAND, OH 44109


SANA HUSSAIN
35A-SHABIRABDH
KARACHI, SINDH, OH 75400


SANAT WAGH
2801 W BANCROFT MS121
TOLEDO, OH 43606


SANCHEZ MCPHEE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Sandip Bista
1323 Oak Hill Ct.
Apt. 153
Toledo, OH 43614


Sandra Hogins, Psyd
915 First Colonial Rd. #200
Virginia Beach, VA 23454


SANDRA JEAN-BAPTISTE
201 MANCHESTER ST
BOCA RATON, FL 33487-4017


Sandra L. Hogins
915 First Colonial Rd., Ste. 200
Virginia Beach, VA 23454


SANDRA OFOSU
20924 SCOTTSBURY DRIVE
GERMANTOWN, MD 20876


Sandra Taylor
2453 Maisel Ct.
Baltimore, MD 21230-3059


SANDRO ANDRE PACELLA CHACIN
3881 W STATE ROAD 84 UNIT 305
DAVIE, FL 33312

Sandstone Care Maryland, LLC
11820 Parklawn Dr.
Suite 403
Rockville, MD 20852


Sandusky Rheumatology Inc.
Bldg 1, Ste. B
2500 W. Strubb Rd.
Sandusky, OH 44870


Sandy Salib
1001 N Byrne Rd.
Apt. 726
Toledo, OH 43607


Sanecia Wills
1601 E Fayette St.
Baltimore, MD 21231-1433


SANJAY GAIRE
634 EAST BUCHTEL AVENUE
APT. 304
AKRON, OH 44304


SANJAY GAIRE
31 EBER AVE
APT. 2
AKRON, OH 44305


SANJAY LYEW
911 N E 156TH TERRACE
MIAMI, FL 33162


SANTERI BERGMAN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


SANTIAGO DIRROCCO
ONE COLLEGE HILL
CANTON, MO 63435


SANTIAGO GIL MARTINEZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

SANTIAGO MESA
8769 NW 169 TERR.
HIALEAH GARDENS, FL 33018


SANTO SUMO
615 SANDUSKY ST
DELAWARE, OH 43015


SAPPHIRE RANDELLS
301A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SAQUORAH KITTRELL
4106 KENNYGREEN COURT
BALTIMORE, MD 21133


SARA BENMOUNA
325 S BISCAYNE BOULEVARD
#2914
MIAMI, FL 33131


SARA BRUBAKER
3294 BRENTWOOD CT
POWELL, OH 43065-9133


Sara Colombo
3152 Muirfield Ave.
Toledo, OH 43614


Sara Crowell
2020 Orchard Lakes Place W
Apt. 22
Toledo, OH 43615


SARA DIAMOND
7470 HUGHES ROAD
RAVENNA, OH 44266


Sara Franz
591 NW 65th Ave.
Fort Lauderdale, FL 33317

```
SARA GEDEON
7406 ANDOVER WAY
HUDSON, OH 44236


Sara Hoyos
5537 NW 90th Ave.
Fort Lauderdale, FL 33351


Sara Huff
7013 Quail Lakes Dr.
Holland, OH 43528


SARA KAUFFMAN
600 FAIRFIELD AVENUE
COLUMBIANA, OH 44408


SARA MARTINEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Sara Mierzwiak
5912 Lakeside Ave.
Toledo, OH 43611


Sara Rokkanen
1600 W Rocket Rd.
Toledo, OH 43606


SARA ROKKANEN
1908 N WESTWOOD AVE
TOLEDO, OH 43607


SARA SIMONOVSKA
514 BROWN STREET
APT. 3
AKRON, OH 44311


Sara Stafford
8966 Louise St.
Livonia, MI 48150


SARA STALEY
3693 NW 94TH AVENUE
SUNRISE, FL 33351
```

SARA WHITE
25357 PUMPKIN RIDGE RD
NEW PLYMOUTH, OH 45654


Sarah Alnakhli
2801 Bancroft
MS513
Toledo, OH 43606


SARAH ALONZI
906 WARFIELD AVE
OAKLAND, CA 94610-1634


Sarah Ayanbeku
10 Spindrift Cir.
Apt. G
Parkville, MD 21234-2336


SARAH BENSON
511 NORTH LONGWOOD ST
BALTIMORE, MD 21223


SARAH BOCK
8483 TRILLIUM DRIVE
CHAGRIN FALLS, OH 44023


SARAH BYCZYNSKI
9245 OLD AIRPORT HWY
MONCLOVA, OH 43542


Sarah Canelas
97 Frogtown Rd.
New Canaan, CT 06840


Sarah Finucane
2552 Plum Leaf Ln
Toledo, OH 43614


SARAH FINUCANE
7198 QUAIL LAKES DR
HOLLAND, OH 43528


SARAH FOSS
6650 CORPORATE CENTER PKWY APT 1419
JACKSONVILLE, FL 32216

Sarah Futscher
22 Langview Dr.
Newport, KY 41076


SARAH GILBERT
117 VALENTINE FARMS LN
AKRON, OH 44333


SARAH GOLDMAN
1120 N WESTWOOD AVE APT 1301
TOLEDO, OH 43607


SARAH HARTLEY
128 TIONDA DR S
VANDALIA, OH 45377


Sarah Hoag
164 Greentree Cir.
Jupiter, FL 33458


SARAH JAMISON
2410 MARION STREET
ALIQUIPPA, PA 15001


SARAH JENKINS
6575 HAROLD DR
BRECKSVILLE, OH 44141


SARAH JONES
2610 6TH STREET
CUYAHOGA FALLS, OH 44221


SARAH KENT
7772 STATE ROUTE 305
GARRETTSVILLE, OH 44231


SARAH KOENIG
1142 4 SEASONS DR. APARTMENT #
TOLEDO, OH 43615


SARAH LAWSON
5584 BLUE SKY CT
WESTERVILLE, OH 43081

Sarah Leu
2050 Dana St.
Toledo, OH 43609


SARAH LEU
2222 WHITECHAPEL DR
TOLEDO, OH 43614


SARAH LEYENDECKER
12 BUTLER CT
LAWRENCEBURG, IN 47025


SARAH LUBOW
525 W 236TH ST
APT 3F
BRONX, NY 10463-1747


Sarah Lundquist
1813 SW Renfro St.
Port Saint Lucie, FL 34953


SARAH LYPPERT THOMSSON
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


SARAH MASSLOOF
401 S. MAIN ST. #404C
Akron, OH 44311


SARAH MASSLOOF
2701 SALISBURY CT
Wexford, PA 15090


SARAH MCCLELLAN
3147 DUNSTAN DRIVE APT 5
WARREN, OH 44485


Sarah Mediros
2110 - 7th St.
Cuyahoga Falls, OH 44221


SARAH MEDVED
8664 RIDGE RD
WOOSTER, OH 44691

SARAH MELLINGER
3070 ARDOON WAY
SILVER LAKE, OH 44224


Sarah Morehouse
317 SW 13th St.
Fort Lauderdale, FL 33315


SARAH PONDER
23254 PORT STREET
SAINT CLAIR SHORES, MI 48082


SARAH REED
720 PITTSBURGH AVENUE
ERIE, PA 16505


SARAH ROCHFORD
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


SARAH ROSCOE
1778 PARRISH STREET
CHESAPEAKE, VA 23324


SARAH SAWMAN
14250 SHARONBROOK AVENUE NE
HARTVILLE, OH 44632


SARAH SCHNUPP
284 N GORHAM RD
GORHAM, ME 04038


Sarah Smith
172 Conger Ave.
Akron, OH 44303


SARAH SPEHN
11605 LANCASTER DRIVE
CHAGRIN FALLS, OH 44023


Sarah St Fort
1120 N Westwood Ave.
Apt. 2304
Toledo, OH 43607

```
SARAH ST. FORT
3034 MIDDLESEX DR
TOLEDO, OH 43606


Sarah Thomas
5125 Keyser St.
Philadelphia, PA 19144


SARAH TWITCHELL
3786 BUSHNELL ROAD
UNIVERSITY HEIGHTS, OH 44118


SARAH VOULGARIS
5857 ROAN RD
SYLVANIA, OH 43560


SARAH WARDENBURG
123 MOTU ITI
PAUANUI
HIKUAI, FL 03579


SARAH WATSON
290 VINE ST
SPICER RESIDENCE HALL
AKRON, OH 44308


SARAH WHEELOCK
1101 ADAMS ST
NEW ORLEANS, LA 70118-3903


Sarah Williams
1298 Barlow Rd.
Hudson, OH 44236


SARAH WILLIAMS
30 WYNDMOOR PL APT D
GWYNN OAK, MD 21207


SARAH WILLIAMS
30 WYNDMOOR PL APT D
BALTIMORE, MD 21206


SARAH WINTROW
401 PENBROOKE DR
FINDLAY, OH 45840
```

SARAH YOUNG
630 WHITE TAIL RIDGE DR.
FAIRLAWN, OH 44333


SARAN TEAWKITPAISARN
530 KLING ST APT 8
AKRON, OH 44311


SARAN TEAWKITPAISARN
91 MERRIMAN RD AC6
AKRON, OH 44303


SARANDA GIBBS
755 OCEAN AVE
APT #1F
BROOKLYN, NY 11226


SARANSH BHALLA
1B11, FIR HILL TOWERS
55 FIR HILL
AKRON, OH 44304


SARANSHU SINGLA
634 E BUCHTEL AVE
APT 206
AKRON, OH 44304


SARDLINE JEAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Sariha Moyen
7089 Quail Lakes Dr.
Holland, OH 43528


SARIKA REDDY SUNKI
77 FIR HILL APARTMENT 2B8
AKRON, OH 44304


SARITA SHARMA
1800 RHODES ROAD
APT 304
KENT, OH 44240

SASATHORN TUNYALUKMARA
1982 CORNELL DRIVE
UNIONTOWN, OH 44685


SASHA NEDD
109 SOUTH MORLEY ST
BALTIMORE, MD 21229


SASJHA WARD
1217 JONAS AVENUE, APT 2
SACRAMENTO, CA 95864


SASKIA RAPHAEL
6036 SW 37TH ST.
HOLLYWOOD, FL 33023


SASOUN TCHOLAKIAN
29341 BIRCHCREST WAY
FARMINGTN HLS, MI 48331-2433


SATEIA HALE
5806 LOCH RAVEN BLVD
BALTIMORE, MD 21239


Satheesh K. Ramineni, MD
3065 Arlington Ave.
Toledo, OH 43614


SATIA DENNIS
3020 GRAYSON ST
BALTIMORE, MD 21216


SATIA DENNIS
3104 KENTUCKY AVE
WOODLAWN, MD 21207


SATISH NARAHARASETTY
55 FIR HILL APT 1B11
AKRON, OH 44304


Satoshi Kori
29127 Fox Creek Dr.
Apt. 2A
Perrysburg, OH 43551

SATYA HAWLEY
5839 PATTON ST
OAKLAND, CA 94618-1624


SAU PHUNG
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


SAUL CANELO
3542 W 80 ST APT#202
HIALEAH, FL 33018-7511


SAURABH PATHAK
634 E BUCHTEL AVE
APT #215
AKRON, OH 44304


SAURABH PATHAK
319 STERLING CT
AKRON, OH 44304


SAVANA LOWERY
4188 LUNAR ROAD NE
CARROLLTON, OH 44615


SAVANNAH DEAN
951 VINE STREET APT C
CLYDE, OH 43410


Savannah Howell
3334 Russell Ave.
Cleveland, OH 44134


Savannah Lacy
80 Anthony Dr.
Burlington, NJ 08016


SAVANNAH LOGUE
725 CLOVERLEAF CT
MANSFIELD, OH 44904


SAVANNAH LORINCHACK
8603 SLAGLE ROAD
WINDHAM, OH 44288

SAVANNAH SERRATOS
3220 SEAMAN RD
OREGON, OH 43616


SAVANNAH SNYDER
123 SOUTH SUGAR ST
PO BOX 49
RICHMOND, OH 43944


SAVANNAH THOMAS
5356 SHADY MEADOWS DR
HAMILTON, OH 45011


SAVANNAH ZUNIGA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SAVEJAH COOPER-ANDERSON
5817 WESLEYAN DRIVE
BOX A285
VIRGINIA BEACH, VA 23455


SAVIAN FERNANDEZ
8331 SW 96 PL
MIAMI, FL 33173


SAVION BOLDEN
P.O. BOX 7731
ROCKFORD, IL 61102


SAVIONE BARNES
211 COUNTRY CHASE CT
GLEN BURNIE, MD 21061


SAVIONNE STAMPS
17 W 36TH ST
CHICAGO, IL 60609


Savonnie Profit
53 Harmony St
Bridgeport, CT 06606

Sawgrass Pediatric Partners, LLC
Boca Raton
9801 Glades Rd.
Boca Raton, FL 33434


SAWSAN ASIRI
270 E EXCHANGE ST
APT #209
AKRON, OH 44304


SAYAKA SAKAGUCHI
5817 WESLEYAN DRIVE
PO BOX B519
VIRGINIA BEACH, VA 23455


SAYED CYRUS REZVANIFAR
591 E BUCHTEL AVE APT H
AKRON, OH 44304


SAYED CYRUS REZVANIFAR
2615 WERTZ AVE NW
CANTON, OH 44708


Sayumi Doi
1450 Secor Rd.
Apt. 211
Toledo, OH 43607


SAZIM BANGURA
3807 DELANO ST.
SILVER SPRING, MD 20902


SBILAL AHMED
TOLEDO
4430 N HOLLAND SYLVANIA RD
TOLEDO, OH 43623


SCARLETTE HELENA
7067 HAWTHORN AVE
APT 1
LOS ANGELES, CA 90028-6964


SCARLLETTE ARDON-ESPINAL
5413 CLIFTON AVE
BALTIMORE, MD 21207-5952

SCARLYN DE LOS SANTOS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


SCHANEL SILVEST
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SCHLAM DERMATOLOGY
10044 NW 1ST CT
PLANTATION, FL 33324


SCHMOI STEWART
9854 GREENBRIAR WAY
BALTIMORE, MD 21220


SCHNEIDER PIERRE
1130 NE 137TH STREET
NORTH MIAMI, FL 33161


SCHNYDER LOPS
1427 NE 146TH STREET
NORTH MIAMI, FL 33161


SCOTT BARROWMAN
122 MAPLE AVENUE
CHARDON, OH 44024


Scott Huff
7013 Quail Lakes Dr.
Holland, OH 43528


SCOTT MICHEL
372 NE 86TH ST
EL PORTAL, FL 33138-3016


Scott Miller
1910 Roundwyck Ln
Powell, OH 43065


SCOTT O'MEARA
1915 HERITAGE CIR.
DOVER, OH 44622

SCOTT ROSS
8825 WHITE EAGLE E
SYLVANIA, OH 43560


SCOTT SANGSTON
546 EAST 305TH STREET
WILLOWICK, OH 44095


Scott Thompson
850-4 Hampton Cir.
Aurora, OH 44202


SDROUBI
5725 TIBARON LN APT 302
TOLEDO, OH 43615


SEAN CARTER
6445 FOREST RD
CHEVERLY, MD 20785-3127


SEAN COLLINS
5730 NICHOLSON DRIVE
HUDSON, OH 44236


SEAN DIEPPA
365 NW 207TH AVE
PEMBROKE PINES, FL 33029


SEAN GELLEN
603 C ST
DAVIS, CA 95616-3711


SEAN KAZMIERSKI
28 E 6TH ST
MONROE, MI 48161


SEAN LINK
1130 VERMILION DR
LAKE WORTH, FL 33461


SEAN LOUGHEED
12 NW 61ST ST
MIAMI, FL 33127-1240

```
SEAN LYONS
11261 VAUGHN ROAD
HIRAM, OH 44234


SEAN MELTON
3850 FAVERSHAM ROAD
UNIVERSITY HEIGHTS, OH 44118


SEAN NOLL
5685 BUCKEYE VALLEY ROAD
NEW LEXINGTON, OH 43764


SEAN PIATT
4794 SOMERSET DRIVE
STOW, OH 44224


SEAN ROEHRS
4617 INDIAN RIDGE RD
SYLVANIA, OH 43560


Sean Smith
7905 Fulton Lucas Rd.
Liberty Center, OH 43532


SEAN SMITH
4006 OAK POINTE DRIVE
PLEASANT VIEW, TN 37146


Sean Winkfield
9 Bexleigh Ct.
Apt. 203
Parkville, MD 21234


SEANICKA PRATT
13350 AWSAN ROAD
APT. 103
OPA LOCKA, FL 33054


SEANNILLE MCRAE
3431 HUDSON AVENUE
YOUNGSTOWN, OH 44511


SEBASTIAN CALZADILLA
217 DAVIDSON DR.
CHARLEROI, PA 15022
```

SEBASTIAN JENKINS
13653 SHADY OAK BOULEVARD
GARFIELD HEIGHTS, OH 44125


Sebastian Loibl
Oberpretz 8
San Francisco, CA 94116


SEBASTIAN LOIBL
3301 COLLEGE AVE
FORT LAUDERDALE, FL 33314


Sebastian Lopez
1700 E Cold Spring Ln
Baltimore, MD 21251


SEBASTIEN FRANCK
296 NW 123 ST
MIAMI, FL 33168


Secile Heitmeyer
1726 E Glastonberry Rd.
Toledo, OH 43613


Secretary of State - Georgia
Corporations Divisions
237 Coliseum Dr.
Macon, GA 31217-3858


Secretary of State - Mississippi
PO Box 136
Jackson, MS 39205-0136


Secretary of State - Texas
PO Box 13697
Austin, TX 78711


SEDIGHEH RASHIDI
195 WHEELER ST APT 303
AKRON, OH 44304


SEDIGHEH RASHIDI
590 E BUCHTEL AVE APT 46
AKRON, OH 44304

SEDINAM KING
7324 KEST LN
SYLVANIA, OH 43560-3833


SEENA TEHRANI
2635 BROADWAY ST.
APT. 13
TOLEDO, OH 43609


SEGOLENE COMPAIN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SEGOLENE COMPAIN
80 E. EXCHANGE ST APT 141D
AKRON, OH 44308


SEIED ZANIAR HOSEINI
13 PRESTON STREET
MARLBOROUGH, MA 01752


SEIJI BESSHO
11715 GARFIELD ROAD
HIRAM, OH 44234


SEIT
27500 Detroit Rd.
Ste. 202
Westlake, OH 44145-5913


SELENA ASGEDOM
1730 WEST ROCKET DR
SUITE 5117D
TOLEDO, OH 43606


SELENA SHAWVER
3191 G ST
LORAIN, OH 44052


SELIM GERISLIOGLU
77 FIR HILL ST. 4C6
AKRON, OH 44304

SELIM OZBEK
55 FIR HILL STREET
9A1
AKRON, OH 44304


SELY-ANN HEADLEY-WILSON
3770 HILL AVE APT 123
TOLEDO, OH 43607


Semora Council
904 Longacre Blvd
Lansdowne, PA 19050


SENSI JARVIS
2738 NW 201 TERRACE
MIAMI GARDENS, FL 33056


Sentara Leigh Hospital
830 Kempsville Rd.
Norfolk, VA 23502


Sentara VA Beach Gen
1060 First Colonial Rd.
Virginia Beach, VA 23454


SEPIDEH NIKNEZHAD
75 N PORTAGE PATH, APT # 403
AKRON, OH 44303


SEPTEMBER JONES
302B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


September King
3330 Marsrow Ave.
Toledo, OH 43615


Sequenom CMM San Diego
3695 John Hopkins Ct.
San Diego, CA 92121

SERAIAH STORY
12450 BISCAYNE BLVD
APT 516
JACKSONVILLE, FL 32218


SERAYAH RAWLINGS
1234 DEANWOOD RD
BALTIMORE, MD 21234


SERENA BRYANT
1439 LIMIT AVENUE, APT. K
BALTIMORE, MD 21239


SERENA SALVA
9838 SW 94 TERRACE
MIAMI, FL 33176


SERGIO CHIL
6885 SW 16 TERRACE
MIAMI, FL 33155


SERGIO DE FEUDIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


SERGIO GALLEGOS
14650 CEDAR ACRES LOOP
MABANK, TX 75147


Sergio Lizarraga
12030 Dalewood Dr
Silver Spring, MD 20902


SERGIO LOPEZ
12774 SW 207 TERRACE
MIAMI, FL 33177


SERGIO NIVIA
10870 NW 78TH TERRACE
DORAL, FL 33178


SERGIO SERRANO
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118

Serhi Kharchev
1700 E Cold Sping Ln
Baltimore, MD 21251


SERICA SAMMS
604B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SERMAC MEDICAL  PSYCH CARE INC
5730 CORPORATE WAY STE 100
NEW YORK, NY 10003


SETH AGYEMANG
676 E. BUCHTEL AVE
AKRON, OH 44305


Seth Gerken
80 Lemans Dr.
Napoleon, OH 43545


SETH GERKEN
80 LEMANS DRIVE
NAPOLEON, OH 43545


SETH MOSES
303B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SETH REECE
107 N VALENCIA AVENUE
GLENDORA, CA 91741


SETH RUSSELL
106 N MAPLE HEIGHTS
NEW LEXINGTON, OH 43764


SETON MEDICAL CTR AUSTIN
PO BOX 204398
NEW YORK, NY 10003


SEULA NA
2384 BECKY CIRCLE
STOW, OH 44224

```
SEUNG JUN LEE
590 E. BUCHTEL AVE APT 27
AKRON, OH 44304


SEUNGYUN RYU
672 E. BUCHTEL AVENUE
AKRON, OH 44304


SEYED ALI EGHTESADI
389 SHERMAN ST, APT 104
AKRON, OH 44311


SEYED AMIN NABAVIZADEH
389 SHERMAN ST
APT 103
AKRON, OH 44311


SEYED AMIN NABAVIZADEH
77 FIR HILL ST,
APT NO 7B2
AKRON, OH 44304


SEYED MORTEZA MIRAN
733 WEST MARKET  ST., APT 1010
AKRON, OH 44303


SEYED MORTEZA MIRAN
1350 NORTH HOWARD STREET
APT# 512
AKRON, OH 44310


SEYED MOSTAFA RAZAVI
80 N PORTAGE PATH
APT 5C9
AKRON, OH 44303


SEYED MOSTAFA RAZAVI
410 MORNINGVIEW AVE
AKRON, OH 44305


SEYED REZA HASHEMI
1560 20TH ST APT 9
CUYAHOGA FALLS, OH 44223
```

SEYED REZA HASHEMI
533 STORER AVE
AKRON, OH 44320


SEYMOUR DAWSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SEYNABOU NDOUR
700 SW 110TH AVENUE
APT. 102
PEMBROKE PINES, FL 33025


SGOODWI
1208 4 SEASONS DR APT 4
TOLEDO, OH 43615


SH'VONE SMITH
408B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SHA LI
2500 FAIRWAY DR.
APT 1627
ALVIN, TX 77511


SHA LI
2581 CHAMBERLAIN RD
APT 17
FAIRLAWN, OH 44333


SHA'KIYA BROOKS
6930 SW 10TH ST
PEMBROKE PINES, FL 33023


SHA'TARRIA DAVIS
2220 NW 135 TERRACE
OPA LOCKA, FL 33054


SHA-TIA WHITE
3309 MENLO DR APT B
BALTIMORE, MD 21215

Shaakirah Broadnax
319 S 1st Ave.
1st Floor
Mount Vernon, NY 10550


Shaamion Jefferson
4363 Wiman Dr.
Fort Worth, TX 76119


SHABRIA HAMMETT
4127 MOUNTWOOD RD
BALTIMORE, MD 21216


SHABRIA WARD
1527 RETREAT ST
BALTIMORE, MD 21217


SHABRIA WILLIAMS
1224 DEANWOOD RD
BALTIMORE, MD 21234


Shadae Ashe
412 N Broadway
Unit 18
Yonkers, NY 10701


SHADAE ATTAWAY
1622 KIRKLAND DR.
SUNNYVALE, CA 94087


SHADAESHA BROOKS
1021 NEW HOPE CIR
BALTIMORE, MD 21202


SHADARIOUS GRANDBERRY
2319 SHASTA AVENUE
MEMPHIS, TN 38108


SHADARRYL BROWN
14831 SW 103 PLACE
MIAMI, FL 33176


SHADAZEA SINGLETON-LENNON
715 WOOD AVENUE
BRIDGEPORT, CT 06604

SHADREA WILLIAMS
7510 HEARTHSIDE WAY UNIT 118
ELKRIDGE, MD 21075


Shafwan Khan
22738 Airmont Hunt Dr.
Ashburn, VA 20148


SHAGHAYEGH SOROURI
100 VINEYARD DR. APT 302
BROADVIEW HEIGHTS, OH 44147


SHAGUN SHARMA
900 W MARKET STREET
APT 502
AKRON, OH 44313


Shahirar Sharifimehr
1526 Arbor View Ct.
Apt. 205
Memphis, TN 38134


SHAHRZAD FATHOLLAHIPOUR
451 BROWN STREET
APT 6
AKRON, OH 44311


SHAHRZAD FATHOLLAHIPOUR
590 E BUCHTEL AVE
VELVEL ARMS BUILDING
AKRON, OH 44304


SHAIMA ALSHARIF
4272 BRIDGEWATER PKWY, #201
STOW, OH 44224


SHAINA BRANTLEY
3904 E. JEAN ST.
TAMPA, FL 33610


SHAINA LOWE-HAM
766 E 39TH ST
BROOKLYN, NY 11210-2002

SHAINA SHAH
8330 SILVER CT
LAMBERTVILLE, MI 48144-8623


SHAKACIA RIVERS
1436 MELANIE LANE
MESQUITE, TX 75149


SHAKAI LEVINE
1106 COTTONWOOD CT
NORTH BRUNSWICK, NJ 08902-5208


Shakai Stepney
68 Warner Ave.
Springfield, NJ 07081-1429


SHAKAYLA CRAWFORD
4834 JESUS MARIA CT
DALLAS, TX 75236


SHAKAYLA HANKINS
1206 VIRGINIA AVENUE
CLEWISTON, FL 33440


SHAKEEL HOFFMAN
41 DYNASTY LANE
HIRAM, GA 30141


SHAKEILA BLACKMON
705 BRIDGEPORT AVE.
UNIT 106
STREETSBORO, OH 44241


SHAKEILA BLACKMON
1794 DUNLAP DRIVE
STREETSBORO, OH 44241


SHAKERA WADE
8129 STRATMAN RD
DUNDALK, MD 21222-4746


SHAKERIA SMITH
2217 VILLANO AVE
ORLANDO, FL 32818

SHAKHARI ESSEX
232 FOX BEND CIRCLE
BOLINGBROOK, IL 60440


SHAKIERAH FREEMANTLE
310 RICHMOND AVE
COLONIAL HEIGHTS, VA 23834-3347


Shakir Muhammad
1700 E Cold Spring Ln
Baltimore, MD 21251


SHAKIR MUHAMMAD
1700 E. COLD SPRING LANE
BALTIMORE, MD 21251


SHAKIRAH SHABAZZ
11702 MOFFAT AVE
TAMPA, FL 33617


SHAKIRAH SMALL
15399 NE 6 AVE APT A322
N. MIAMI BEACH, FL 33162


SHAKIYRA WARREN
3304 EAST NORTH BAY STREET
TAMPA, FL 33610


SHAKORA SUTTON
4512 NORTH ROGERS AVE
BALTIMORE, MD 21215


SHAKSHI PAUL
1583 CHADWICK RD.
KENT, OH 44240


Shaleh Brisco
1302 Airlie Way
Baltimore, MD 21239-1049


Shalise Allison
5205 Liberty Heights Ave.
Gwynn Oak, MD 21207

SHALLA ANTONINE
1031 DEBBIE AVE
BALTIMORE, MD 21221-3339


SHALLUM ALFRED
703A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SHALYNN CALL
125 WEST MARION STREET
CALEDONIA, OH 43314


SHAMAINE DIXON
8301 NW 1ST AVE
MIAMI, FL 33150


SHAMAR MIDGETT
7526 STATE ROUTE 18
HICKSVILLE, OH 43526


SHAMAR REEDER
401C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SHAMARI HAGGINS
2280 NW 74TH ST
MIAMI, FL 33147


Shamaury Haskins
204 Misty View Ct
Pasadena, MD 21122-7704


SHAMAYA MAJOR
425 BRODY COVE TRAIL
JACKSONVILLE, FL 32225


SHAMAYIA CORNELIUS
2739 NW 200TH TER
MIAMI GARDENS, FL 33056


SHAMEEQUA BUXTON
2161 NW 60TH STREET
MIAMI, FL 33142

SHAMEERU JOHNSON FURLOW
929 NORTH WOLFE ST UNIT 306
BALTIMORE, MD 21205


SHAMEKA LINK
765 NW 12TH ST
FLORIDA CITY, FL 33034


SHAMERE BELL
3919 WABASH AVE APT 2A
BALTIMORE, MD 21215


SHAMIA CAMPBELL
705B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Shamika Wallace
2616 Talbot Ct
Waldorf, MD 20602


SHAMIR BOLIVAR
16980 N. MIAMI AVENUE
MIAMI, FL 33169


SHAMIR HAIDER
P.O BOX 1350
THE UNIVERSITY OF AKRON
AKRON, OH 44309


SHAMIR HOLDER
1108 WERRE WAY
LOCUST GROVE, GA 30248


Shamira Drummond
8876 Fontana Ln
Rosedale, MD 21237


SHAMIRIYAH DARBY
735 NEWINGTON AVE
BALTIMORE, MD 21217


Shamiso Ngongoni
1516 Neil Ave.
Columbus, OH 43201

SHAMISO NGONGONI
1104 LORING ROAD
APT. B
COLUMBUS, OH 43224


SHAMNARINE LAKHRAM
53 NE 183 TERRACE
MIAMI, FL 33179


SHAMSUDDIN KHAN
1103 CUMMINGS AVE
CATONSVILLE, MD 21228


SHAMYA JOHNSON
5104 CONANT WAY APT C
DUNDALK, MD 21222


SHAN LI
1350 N HOWARD ST, APT 501
AKRON, OH 44310


SHAN'TIERA CLARK
19741 NW 59TH PL
HIALEAH, FL 33015


SHANA GRAY
1851 GRAND BOULEVARD
EUCLID, OH 44117


Shanara Lucas
4836 Castlewood Ct.
Waldorf, MD 20602


Shanay Wise
3710 Ruskin St.
Dallas, TX 75215


SHANBING YI
2125 CAMPUS RD
TOLEDO, OH 43606


SHANDRELL ROLLE
2160 NW 73RD TERRACE
HOLLYWOOD, FL 33024

```
SHANE ANTHONY
3991 NW 178TH ST.
CAROL CITY, FL 33055


SHANE BUCENELL
30623 BITTSBURY COURT
ZEPHYRHILLS, FL 33543


Shane Hall-Booth
9649 Devedente Dr.
Owings Mills, MD 21117-5424


SHANE WIEDT
175 SCHOCALOG ROAD
AKRON, OH 44313


SHANESE WISE
1774 RICHFIELD DR
SEVERN, MD 21144


SHANG-MIN LI
401 S MAIN ST.
STE 301C
AKRON, OH 44311


SHANIA BROOKS
11647 SOUTH BISHOP
CHICAGO, IL 60643


Shania Ford
3542 Lyndale Ave
Baltimore, MD 21213


SHANIA MATTHEWS
2116 NW 58 AVE
LAUDERHILL, FL 33025


SHANIA ST. LOUIS
VILLANOVA HALL
16401 NW 37 AVE
MIAMI, FL 33054


SHANICE HARDY
16907 SW 115TH AVE
MIAMI, FL 33157
```

SHANICE PATTEN
8305 NW 59TH ST
TAMARAC, FL 33321


Shanina Jones
6372 Smithy Square
Unit C
Glen Burnie, MD 21061


SHANIQUA YOUNG
1205 HARWOOD AVE APT C12
BALTIMORE, MD 21239


Shanique Yee
12106 Saint Andrews Place
102
Hollywood, FL 33025


SHANIYA COACH
1930 NW 119 ST #721
MIAMI, FL 33167


SHANJINZI MA
506 WEST 1100 N APT 512 2D
CHESTERTON, IN 46304


SHANNIA LAURISTON
2904 NW 60TH TER APT.134
CITY OF SUNRISE, FL 33313


SHANNON BERNARD
13800 NE 12 AVENUE
APT 504B
BISCAYNE PARK, FL 33161


SHANNON BINNS
15411 W TRUE RD
GRAYTOWN, OH 43432


SHANNON CRUZ
1091 W 43RD PL
HIALEAH, FL 33012

```
SHANNON ENOCH
11030 WHEELER ROAD
GARRETTSVILLE, OH 44231


SHANNON HAMPTON
8256 S ELIZABETH
CHICAGO, IL 60620


Shannon Harris
1845 Tarboro St.
Elmont, NY 11003


SHANNON HARRIS
5817 WESLEYAN DRIVE
BOX C421
VIRGINIA BEACH, VA 23455


SHANNON KAHLE
702 WESTRIDGE DR.
WOOSTER, OH 44691


SHANNON MCGEE
8050 SW 92 AVE
MIAMI, FL 33173


SHANNON NEWNES
1564 HUNTERS LAKE DRIVE EAST
CUYAHOGA FALLS, OH 44221


SHANNON NEWNES
393 SUMNER STREET
APT #2-103D
AKRON, OH 44304


SHANNON PETERSEN
80 E EXCHANGE ST.
BOX 341B
AKRON, OH 44308


SHANNON PETERSEN
305 N. 5TH ST.
YOUNGWOOD, PA 15697
```

Shannon Peterson
80 E Exchange St.
Box 341B
Akron, OH 44308


SHANNON SMITH
100 KINGS POINT DR
APT 1110
SUNNY ISLES BEACH, FL 33160


SHANNON SPRINKLE
587 GREISSING TERRACE
AKRON, OH 44311


SHANTA FELDER-PAYTON
1115 NORTH STOCKTON ST
BALTIMORE, MD 21217


Shantajah Marshall
6106 Chinquapin Pkwy
Baltimore, MD 21239


SHANTANU NIKAM
55 FIR HILL STREET APT 11B10
AKRON, OH 44304


SHANTEL FLOYD
631 NORTH AUGUSTA AVE
BALTIMORE, MD 21230


SHANTEL JOHNSON
18941 NW 14TH COURT
MIAMI, FL 33169


SHANTEL SHAW
1024 20TH STREET
APT. #2
WEST PALM BEACH, FL 33407


SHANTELL SCARLETT
1263 N. BROAD ST.
JACKSONVILLE, FL 32202

SHANTELL STOKELING
1509 LOCHWOOD ROAD
BALTIMORE, MD 21218


SHANTOY MCDONALD
8391 NW 25TH STREET
FORT LAUDERDALE, FL 33322


SHANTRANIQUE JONES
301 WILCREST DRIVE APT 6903
HOUSTON, TX 77042


SHANTRELL WRIGHT
1521 NW 43RD STREET
MIAMI, FL 33142


SHAOXIONG XIE
77 FIR HILL TOWER APT. 8B8
AKRON, OH 44304


SHAQUALIA HICKS
12546 71ST PL N
WEST PALM BEACH, FL 33412


SHAQUAN KEMP
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SHAQUARIA SMITH
575 NW 14 TER APT 204
FORT LAUDERDALE, FL 33311


SHAQUDA BOYCE
2323 EAST PRESTON ST
BALTIMORE, MD 21213


SHAQUILLA FERGUSON
1190 WEST NORTHERN PKWY APT 231
BALTIMORE, MD 21210


Shaquille Griffith
7700 Stratfield Ln
Laurel, MD 20707-5506

SHAQWON BADLEY
10613 JOAN AVENUE
CLEVELAND, OH 44111


SHARI PRICE
MAUMEE6332 GLENHURST DR APT 4
MAUMEE, OH 43537


Sharice Barnes
1417 N Potomac St
Baltimore, MD 21213-3916


SHARIFA NURSE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Sharin Cancilla
119 Chestnut Rdg
Walled Lake, MI 48390


Sharla Haun
228 Manchester Dr.
Aurora, OH 44202


SHARNEICIA CLARK
4317 LAKE LAWNE AVE
ORLANDO, FL 32811


SHARON ADEKOYA
202A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SHARON ADEKOYA
601A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21211


SHARON ALEXANDER
THE UNIVERSITY OF AKRON, SPANTON HALL 51
PO BOX 1350
AKRON, OH 44309

SHARON AUGUSTIN
3143 NW 39TH PLACE
LAUDERDALE LAKES, FL 33309


SHARON HARDY
4391 COLLINS RD
MARIANNA, FL 32448


SHARON HINTON
3505 HOLMES AVE
BALTIMORE, MD 21217


SHARON NICHOLS
2382 26TH ST
CUYAHOGA FALLS, OH 44223


SHAROY ANDERSON
4763 ORLEANS CT
APT D
WEST PALM BEACH, FL 33415


SHARVIS BROWN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SHASHA TANG
1271 CLIFFSIDE STREET
CUYAHOGA FALLS, OH 44221


SHATARRA JONES
1 ROSECRANS PL APT 2C
NOTTINGHAM, MD 21236


SHATE HARRIS
16918 WARD STREET
DETROIT, MI 48235


SHATONYA CANTY
11537 SW 216TH STREET
GOULDS, FL 33170


SHAUN HOPKINS
173 OBERLIN DR
HEATH, OH 43056

Shauna Tabb
8911 Goldfield Pl
Clinton, MD 20735-2025


SHAUNAY EDMONDS
110 COAL ST
WILKINS TWP, PA 15145


Shaunea Robinson
2508 Rellim Rd.
Apt. B
Baltimore, MD 21209


SHAUNEICE REYMOND
1000 NW 180TH TERRACE
MIAMI, FL 33169


SHAUNELLE MENDEZ
13 BRUBAR COURT APT 1D
GWYNN OAK, MD 21207


Shaunqueza Stevens
110 S Riverview St.
Dublin, OH 43017


SHAUNTIA SMITH
719 AKRON BOULEVARD
KENT, OH 44240


SHAVANES ROBINSON
1633 NORTH WARWICK AVE
BALTIMORE, MD 21216


SHAVEZ EVANS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SHAVONYA STRACHAN
445 NW 19TH LANE
MIAMI, FL 33136


SHAWAN JONES
605B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

SHAWANEA HARDY
2411 COLONIAL STREET
LEESBURG, FL 34748


SHAWAUN JOHNSON
1506 NORTHBOURNE ROAD
BALTIMORE, MD 21239


SHAWDAE FREDERICK
9801 SHERWOOD FARM RD
ROSEDALE, MD 21237


SHAWDAE WILLIAMS
3917 HILTON RD
BALTIMORE, MD 21215


Shawn Braxton
2811 Denham Cir N
Brooklyn, MD 21225-1509


Shawn Elliott
9605 Oxbridge Way
Bowie, MD 20721


SHAWN FEATHERSTONE
241 TORREY ST
AKRON, OH 44304


Shawn Fletcher
4820 Wright Ave
Baltimore, MD 21205


SHAWN GAMBLE
99 BEACON ST
HAMDEN, CT 06514-4012


SHAWN GROBSTEIN
501 SE 2ND STREET APARTMENT 1443
FORT LAUDERDALE, FL 33301


SHAWN KOPP
1469 CIRCLE DR
MILLBURY, OH 43447

```
Shawn Matthews
1104 Sir George Cir.
Virginia Beach, VA 23452


SHAWN MAY
23563 LETCHWORTH ROAD
BEACHWOOD, OH 44122


Shawn McNichol
6818 Slaven Dr.
Orlando, FL 32819


Shawn Moore
8378 Denver Dr.
Avon, IN 46123


Shawn Morrison
190 Thomas Jefferson Ter.
Elkton, MD 21921-5146


SHAWN MULDOWNEY
10668 TALLMADGE RD
DIAMOND, OH 44412


SHAWN PIERRE
14140 NE 2 CT
MIAMI, FL 33161


Shawn Posey
8826 Hunting Ln
Apt. 102
Laurel, MD 20708-1243


SHAWN STAPLES
1824 KENSINGTON RD
TOLEDO, OH 43607


Shawn Wilson
4535 Pimlico Rd
Baltimore, MD 21215


SHAWNICE KING
6328 BURNT MOUNTAIN PATH
COLUMBIA, MD 21045
```

Shawnikia Smith
5686 Utrecht Rd.
Baltimore, MD 21206


SHAWNN FOSTER
278 HUNTINGTON AVE
AKRON, OH 44306


SHAY-ANN HOLNESS
201 PINE AVENUE
HORSHAM, PA 19044


Shayail Owens
3505 Avondale Court
Chesapeake, VA 23321


SHAYLA BELCHER
5817 WESLEYAN DRIVE
PO BOX A510
VIRGINIA BEACH, VA 23455


SHAYLA GILES
1107 SUNNY BROOK DR
MIDDLE RIVER, MD 21220


SHAYLA MAXWELL
1425 BRUTON BLVD.
ORLANDO, FL 32805


SHAYLA MILLER
1435 GARFIELD AVENUE
BRUNSWICK, OH 44212


SHAYLA MORTON
603B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SHAYLA SMITH
83 LAMONT ST # 1 APT LEFT
SPRINGFIELD, MA 01119-1422


SHAYLAN BAILEY
3904 BLANCHARD STREET
CHATTANOOGA, TN 37411

Shayna Arnold
521 Seven Trails Dr.
Aberdeen, MD 21001-2627


SHAYNA HARMON
373 CARROLL ST
SUITE 62
AKRON, OH 44325


Shazil Mahmood
2571 W Village Dr.
Toledo, OH 43614


SHEDWIN ELIASSIN
14070 NW 5TH AVE.
MIAMI, FL 33168-3908


SHEENA WILLIAMS
1541 PENRIDGE ROAD
BALTIMORE, MD 21251


SHEILA CARRETTE
9715 SUMMIT CIRCLE
APT 2A
LARGO, MD 20774


SHEILA CRAWFORD
3146 GRAYSON DRIVE
DALLAS, TX 75224


SHEILA HUBBARD
6711 KINCHELOE AVE
BALTIMORE, MD 21215


Sheila Stanley
1040 NW 80th Terrace
Fort Lauderdale, FL 33322


SHEILA STANLEY
9616 NW 7TH CIRCLE
APT. 1618
PLANTATION, FL 33324

SHEKINAH COOPER
1700 E COLDSPRING LANE
BALTIMORE, MD 21251


Shelby Chisman
310 Park Ave.
PO Box 646
Lynchburg, OH 45142


Shelby Clinedinst
1329 Oak Park Ave.
Norfolk, VA 23503


SHELBY EAGAN
1418 WASHINGTON ST
HOLLYWOOD, FL 33020-6141


SHELBY EDWARDS
9559 DRIFTWOOD DRIVE
OLMSTED FALLS, OH 44138


SHELBY FULMER
1231 SANDY GLEN DR
PERRYSBURG, OH 43551


SHELBY JONES
6415 BARABOO DRIVE
DALLAS, TX 75241


Shelby Lazar
7495 S Raccoon Rd.
Canfield, OH 44406


SHELBY MAJI
19133 NELSON ROAD
GARRETTSVILLE, OH 44231


SHELBY MILLER
220 DADE AVE
SARASOTA, FL 34232


SHELBY SHATZOFF
5817 WESLEYAN DRIVE
PO BOX C80
VIRGINIA BEACH, VA 23455

```
Shelby Shotton
6780 Cramel Dr.
Marion, IL 62959


SHELBY TERRY
3409 AURA CT.
MCKINNEY, TX 75070


Shelby Wright
1924 Echo Valley Dr.
East Earl, PA 17519


SHELDON GORADIA
0544-B SPICER RESIDENCE HALL
290 VINE ST
AKRON, OH 44304


SHELDON MCGHEE
2939 MEGAN CIRCLE
YOUNGSTOWN, OH 44505


SHELIA LUCAS
1602 SKYLINE
CEARLAND, TX 75043


Shelley Edwards
2910 NE 10th Ave.
Pompano Beach, FL 33064


Shelley Gamble
641 Southbridge Blvd.
Brunswick, OH 44212


SHELLEY SPIES
16 PEPPER RIDGE RD
PEPPER PIKE, OH 44124


SHELLIAN WHEELER
301 NW 96 STREET
EL PORTAL, FL 33150


SHELLIANE WIJMAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054
```

SHELLICIA SMITH
2601 GULFSTREAM DRIVE
MIRAMAR, FL 33023


Shelly Spies
16 Pepper Ridge Rd.
Cleveland, OH 44124


SHELTON REISCH
5817 WESLEYAN DRIVE
PO BOX B439
VIRGINIA BEACH, VA 23455


SHELTON THELUSME
814 VALNERA COURT
KISSIMMEE, FL 34758


SHEMAIAH MCCALL
16610 SOUTH COTTAGE GROVE
CHICAGO, IL 60473


Shemar Waugh
5577 Templar St.
Columbus, OH 43232


SHEMIAH MORRIS
202 MARLEY MEADOW LANE
GLENBURNIE, MD 21060


SHENAIA RAMSEY
2016 STRAUSS ST
BROOKLYN, NY 11212-4546


SHENEL CROOKE
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


SHENGNAN DU
1423 OAK HILL CT APT 37
TOLEDO, OH 43614


SHENIKIA HORSEY
7900 SUBET RD
BALTIMORE, MD 21206

SHEREE NOBLES
1059 PENNFIELD ROAD
CLEVELAND, OH 44121


SHERELLE DAVIS
5958 DAYWALT AVE APT F
BALTIMORE, MD 21206


Sheri Rahman
10171 SW 77th Ct.
Miami, FL 33156


SHERIDAN BUFE
1377 EDGEWOOD RD
LAKE FOREST, IL 60045


Sheridan ER Physician Services
7700 W Sunrise Blvd.
Fort Lauderdale, FL 33322


Sheridan Healthcorp, Inc.
7700 W Sunrise Blvd.
Fort Lauderdale, FL 33322


SHERIDAN RADIOLOGY SERVICES  W
PO BOX 3367
ATLANTA, GA 30384


SHERIGAME SAINTIL
8219 NW 12 COURT
MIAMI, FL 33147


SHERIL BELIZAIRE
5824 NW DANA CIR
PORT ST LUCIE, FL 34986


SHERLANDE VILFRANC
15000 NE 7CT
MIAMI, FL 33161


SHERLEY NOEL
13400 NE 11TH AVE
MIAMI, FL 33161

SHERMAN COX
719 VALENCIA DRIVE
AUBURNDALE, FL 33823


SHERMAN DEAN
20241 DELAWARE DRIVE
EUCLID, OH 44117


SHERMAN REDMOND
936 ECHO BROOK PLACE
DESOTO, TX 75115


Shermeen Sufi
5018 Secretariat Rd.
Toledo, OH 43615


Shermel Sherman
2926 Chipplegate Rd.
Toledo, OH 43614


SHERRELL DELANCEY
2774 NW 197TH TERRACE
MIAMI GARDENS, FL 33056


Sherrie-Lee Nunally
4309 Marble Hall Rd
Apt. 132
Baltimore, MD 21218


Sherry Castro
4416 Marble Hall Rd.
Apt. 343
Baltimore, MD 21218


Sherry Evans
3417 Holmes Ave
Apt. B
Baltimore, MD 21217


SHERRY EVANS
2019 N FULTON AVE
BALTIMORE, MD 21217-1306

Sherry Magrey
2037 Key St.
Apt. G
Maumee, OH 43537


SHERYL GILL
1840 RUTLAND STREET
OPA LOCKA, FL 33054


SHESHANK VELAGA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SHI-ANN BURROWS
5754 SW BALD EAGLE DR
PALM CITY, FL 34990


Shianna Fray
3927 Nemo Rd.
Randallstown, MD 21133-4040


SHICHEN YUAN
2200 HIGH ST
APT766
CUYAHOGA FALLS, OH 44221


SHICHEN YUAN
1201 E MARKET ST
SUITE 413
AKRON, OH 44305


SHIEDA CASTILLO
1150 NE 132ND STREET
BISCAYNE PARK, FL 33161


SHIFENG HUANG
55 FIR HILL ST.
APT.5A1
AKRON, OH 44304


SHIFENG HUANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

SHIH-WEI CHENG
1890 SW 59 AVE
PLANTATION, FL 33317


SHIHAO WEN
45E RHODES AVE
AKRON, OH 44302


SHIHAO WEN
733 WEST MARKET ST.
ROOM 408
AKRON, OH 44303


SHIJUN WANG
590 E. BUCHTEL APT 33
AKRON, OH 44304


SHIKA ISRAEL
5642 WOODMONT AVENUE
APT. C
BALTIMORE, MD 21239


Shiloh Kendrick
1923 Bancroft Dr.
Hampton, VA 23663


SHINDELL HENRY
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


SHINDELL HENRY
305 BLACKBIRD CT.
EDGEWOOD,, MD 21040


SHINIYA WASHINGTON
3103 JEFFREY RD
WINDSOR MILL, MD 21244-3426


SHIPING WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

SHIRI FITZGERALD
5332 CARSWELL AVENUE
SUITLAND, MD 20746


SHIRIN MEHRAZI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SHIRIN MEHRAZI
1350 N HOWARD, APT. 306
AKRON, OH 44310


Shirley K. Terrass, PhD
1252 Weathervane Lane, Ste. A
Akron, OH 44313


SHIRLEY WYNN
667 THOMAS ST
TOLEDO, OH 43609


Shivani Bhakta
90 W Hanley Rd.
Mansfield, OH 44903


SHIVDEEP VISHWAS YELIKAR
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SHIYU HE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SHOKIRDZHON KAIUMOV
946 FAIRCREST DR.
FAIRFIELD, TX 75840


Shomari Brooks
5710 The Alameda
Apt. C
Baltimore, MD 21239-2548

SHOMARI WILLIAMS
32021 CENTER RIDGE ROAD
NORTH RIDGEVILLE, OH 44039


SHONN DUNTON
3739 PATTERSON AVE
GWYNN OAK, MD 21207-6319


SHONTE DEVEAUX
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


SHONTELLE CAPERS
6136 SAINT REGIS RD APT G
BEL AIR, MD 21014


SHONTERIA CLARKE
19700 NW 33RD AVENUE
MIAMI GARDENS, FL 33056


SHOUMIK SAHA
779 KLING STREET
AKRON, OH 44311


SHREEYANKA LUITEL
1320 VALE DRIVE
UNIT A
AKRON, OH 44321


Shrey Gupta
4906 Catalpha Rd
Baltimore, MD 21214


SHREY UPTA
4906 CATALPHA RD.
BALTIMORE, MD 21214


SHRIJI SHAH
522 E BUCHTEL AVE,
AKRON, OH 44304


SHRIONA WALTON
502D DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

SHU LING
627 W MARKET
106
AKRON, OH 44303


SHU-WEI WANG
3704 WYNDHAM RIDGE, #207
STOW, OH 44224


SHUAILIN ZHANG
291 MALLARD POINT DR.
APT3-310
AKRON, OH 44319


SHUANG LI
224 DEEPWOOD DR.
WADSWORTH, OH 44281


SHUFAN ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SHUILIANG YU
24019 E. BAINTREE RD
BEACHWOOD, OH 44122


SHUIQUAN LAN
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


Shujuan Wang
3351 Airport Hwy
Apt. 9
Toledo, OH 43609


SHUMIN FAN
7250 NIGHTINGALE DR APT 3
HOLLAND, OH 43528


SHUN LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Shungang Zhang
1343 Oak Hill Ct.
Apt. 104
Toledo, OH 43614


SHUQI GUAN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


SHUVAJIT DAS
437 SUMNER ST.
APT L2
AKRON, OH 44304


SHUYAN SHENG
77 FIR HILL STREET
APT 7C6
AKRON, OH 44304


SHUYUE HUANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SHUYUE HUANG
733 W MARKET ST APT 307
AKRON, OH 44303


SHYAIL OWENS
5817 WESLEYAN DRIVE
PO BOX C101
VIRGINIA BEACH, VA 23455


SHYAIL OWENS
3505 AVONDALE COURT
CHESAPEAKE, VA 23321


Shyann Blackman
512 Edgar Rd
Apt. A2
Elizabeth, NJ 07202


SHYEVE KEY
309 SOUTH SMALLWOOD ST
BALTIMORE, MD 21223

SHYEVE KEY
2608 MCELDERRY ST
BALTIMORE, MD 21216


SHYLOH ROUSE
1066 COLUMBUS AVENUE
BARBERTON, OH 44203


Shyoun Petteway
121 Welday Ave.
Steubenville, OH 43952


SHYOUN PETTEWAY
1335 OAKGROVE AVENUE
STEUBENVILLE, OH 43952-1673


SHYTERIA CLARKE
790 NW 172 TERS
MIAMI, FL 33169


Siafa Andrew
7884 Tall Pines Ct
Unit K
Glen Burnie, MD 21061


SIAN XIAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SIANNI FAUST
1454 VAN KIRK STREET
PHILADELPHIA, PA 19149


SICHUAN HUANG
42 S ADAMS ST
APT #2
AKRON, OH 44304


SIDDHARTHA SURABATHULA
77 FIR HILLS, APARTMENT 9B11
AKRON, OH 44304

SIDDHESH DALVI
2220 HIGH STREET APT. 619
CUYAHOGA FALLS, OH 44221


SIDI ZHAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SIDNEY LUCAS
50 NW 14TH AVE
DANIA, FL 33004


SIERAH RAY
72 N. THOMAS ROAD
APT. 10B
TALLMADGE, OH 44278


SIERAH RAY
801 E WILBETH ROAD
AKRON, OH 44306


SIERRA CARTER
10501 SW 17TH COURT
MIRAMAR, FL 33025


SIERRA CARTER
11266 SW 156TH PL
MIAMI, FL 33196


SIERRA COLEMAN
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


SIERRA DANIELS
2701 WEST NIDO AVENUE
MESA, AZ 85202


SIERRA HAWTHORNE
426 WALTON PL
WESTBURY, NY 11590-2316

Sierra Johnson
6016 Surrey Square
Apt. 202
District Heights, MD 20747


SIERRA MCNEILL-BAILEY
3601 DEWEY COURT
INDIAN HEAD, MD 20640


Sierra Paris
140 Eason St.
Highland Park, MI 48203


SIERRA WATSON
2678 CALIENDO CIRCLE
MONTGOMERY, IL 60538


SIFAT SHAHRIAR KHAN
430 SUMNER STREET APT 303
AKRON, OH 44325


Sigalit Ashwal
4735 SW 109 Terr
Fort Lauderdale, FL 33328


Signe M. Gould-Newcomb, MA LPC
68 N Rossler St.
Monroe, MI 48162


SIHAN WANG
1469 ALPHADA AVE. APT. G7
AKRON, OH 44310


Silver Thread
STPMR Ltd.
PO Box 331
Avon, OH 44011


Silvia Colston
113 Solar Rd.
Blountsville, AL 35031


Simon Saitoti
414 Crystal Point Dr.
Dayton, OH 45459

SIMONE BLACK
95 IVANHILL RD
TOLEDO, OH 43615


SIMONE CUMMINGS
3741 SW 45TH AVE
WEST PARK, FL 33023-5534


SIMONE DECARDENAS
201 PASADENA AVE.
AKRON, OH 44303


SIMONE FINDLAY
1530 NW 183RD ST
MIAMI, FL 33169


Simone Hill
2060 W 64th St.
Los Angeles, CA 90047


SIMONE KEMP
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Simone Lonas
5024 Kitchener Dr
Toledo, OH 43615


SIMONE MARTINI
16 ACORN CIR APT 102
TOWSON, MD 21286


SIMONE MCDONALD
8311 PINEBROOK DR.
DALLAS, TX 75241


SIMONE MENDES TAMBA
302 S JIM MILLER RD
DALLAS, TX 75217


Simone Pratt
3301 College Ave.
Fort Lauderdale, FL 33314

SIMONE TAMBA
302 JIM MILLER RD S, APT 2092
DALLAS, TX 75217


Simone Veira
9149 SW 166th Ct.
Miami, FL 33196


SIMONNE JORDAN
103A DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SIMRAN ALE
1705 ABERDEEN RD APT E
TOWSON, MD 21286-8839


SINDHUJA GAJULA
433 ALLYN ST
AKRON, OH 44304


Sindy Vasquez
8101 SW 72nd Ave.
Apt. 110W
Miami, FL 33143


SINDY VASQUEZ
8101 SW 72 AVE
APT 110W
MIAMI, FL 33143


SINUO LANG
4555 PITCH PINE LN W APT 3B
YPSILANTI, MI 48197


Siperstein Dermatology
950 Glades Rd.
4th Floor
Boca Raton, FL 33431


SIQI WU
531 NOME AVE APT 3
AKRON, OH 44320

SIQI WU
55 FIR HILL ST APT 12A1
AKRON, OH 44304


Sir Reynolds
3101 Shoreline Dr.
Apt. 1711
Austin, TX 78758


SIRAHN FIELDS
3516 WISE AVENUE
LONG BEACH, CA 90810


SIRFABIAN FREEMAN
126 FIELD STREET
BATESVILLE, MS 38606


SIRVEN AND ASSOC ALLERGY
One Seventeen Professional Arts Cen
8200 SW 117th Ave.
Suite 402
MIAMI, FL 33183


Siryee Bah
180 Baylor School Rd.
Chattanooga, TN 37405


Sitara Koneru
2516 W Village Dr.
Toledo, OH 43614


SIURY RODRIGUEZ
10391 NW 128TH TERRACE
HIALEAH, FL 33018


Sivan Azran
1800 N Bayshore Dr.
Apt. 2815
Miami, FL 33132


SIYAKA YAKUBU
6920 RIVER OAKS DRIVE
BLDG. F APT. #102
ORLANDO, FL 32818

SIYANG LU
4165 SW 67TH AVE APT 108B
FORT LAUDERDALE, FL 33314


SIYANG WEN
6506 RAMBLEWOOD CIR
GREENACRES, FL 33467


SIYUAN LI
2816 WOOD DUCK LN
APT 312
AKRON, OH 44319


SIYUAN LI
118 ELIZABETH PKWY
AKRON, OH 44304


SKIN AND CANCER ASSOCIATES
P O BOX 69 4730
MIAMI, FL 33269


Skin Center Treatment Ctr
10067 Pines Blvd. #A
Hollywood, FL 33024


Skye Malone
7 Highland Pl
Apt. 4H
Yonkers, NY 10705


SKYE-FOREST BAKER
13387 BENNINGTON BLVD
CLEVELAND, OH 44130


SKYLAR BECK
960 BRIARVIEW AVENUE NW
NORTH CANTON, OH 44720


Skyler Friemoth
10748 Mendon Rd.
Van Wert, OH 45891


SKYLER RUSSELL
1701 SE CYPRESS PARK LN
JUPITER, FL 33478

Skyler Tipton
16744 Hodgman Rd.
Weston, OH 43569


Skyline Medical Center
3441 Dickerson Pike
Nashville, TN 37207


Smit Shah
2571 W Village Dr.
Toledo, OH 43614


SMRITHI SUGUMARANMENON
1245 OAK HILL CT APT 252
TOLEDO, OH 43614


Smrithi Sugurmaran Menon
1245 Oak Hill Ct.
Apt. 252
Toledo, OH 43614


SNEHA LATHA ALBOINA
77 FIR HILL TOWERS, APT 5B5
AKRON, OH 44304


SNEHA REDDY MOGULLA
77 FIR HILL APT 6B5
AKRON, OH 44304


SNEHANSHU BANERJEE
4314 BEDROCK CIRCLE
APT 203
NOTTINGHAM, MD 21236


SNEHANSHU BANERJEE
3009 NICOSH CIRCLE
UNIT 4210
FALLS CHURCH, VA 22042


SO Florida Medical Imaging PA
2929 E Commercial Blvd. #600
Fort Lauderdale, FL 33308

SO YEON KIM
2762 GLENHAVEN AVE.
APT E
COPLEY, OH 44321


SO YOUN CHA
417 MARKET AVENUE NORTH
CANTON, OH 44702


SOEURETTE BOURBON
1235 NE 157TH ST
NORTH MIAMI BEACH, FL 33162-5541


SOFFER HEART INSTITUTE PA AVEN
21550 Biscayne Blvd
Suite 133
AVENTURA, FL 33180


SOFIA ADORNO
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


SOFIA ALVAREZ
955 SE 1ST PLACE
HIALEAH, FL 33010


SOFIA BARRIOS TELEZ
2734 BIRD AVE #106
MIAMI, FL 33133


SOFIA GARCIA AUSTT
3625 COLLEGE AVENUE
FORT LAUDERDALE, FL 33314


SOFIA HENELL
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SOFIA HENSHAW
2475 BRICKELL AVE. APT. 1710
MIAMI, FL 33129

SOFIA MENDOZA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


SOFIYA SMERECHYNSKY
1228 MARKS RD
UNIT F
VALLEY CITY, OH 44280


SOL SANTECCHIA
3301 COLLEGE AV.
FORT LAUDERDALE, FL 33314


Solantic of Jacksonville LLC
2401 Monument Rd.
Jacksonville, FL 32225


Solantic of South Florida, LLC
9035 Pines Blvd.
Hollywood, FL 33024


SOLIMAN ALSHAREEF
220 E. SCHOOL STREET
KENT, OH 44240


Solomon Reed
146 Joliet Ave.
Cincinnati, OH 45215


Solomon Tucker, III
1756 Chesaco Ave.
Rosedale, MD 21237


SOLOMON TUCKER, III
6711 HAVENOAK RD APT C4
BALTIMORE, MD 21237-4843


SOMAYEH GHARAIE FATHABAD
7301 PARK DR. APT D
PARKVILLE, MD 21234


SOMER LOVE
1117 NW 97TH DRIVE
APT.5
CORAL SPRINGS, FL 33071

Somik Ghose
3333 Arlington Ave.
Apt. G320
Toledo, OH 43614


SOMTOCHUKWU EGEOLU
4003 LARGA VISTA CT
BOWIE, MD 20721-4062


SOMTOCHUKWU NWEKE
6912 LACHLAN CIRCLE
APT K
BALTIMORE, MD 21239


SONA TRAORE
4615 CIMMARON GREENFIELDS DR
BOWIE, MD 20720


SONAL BHADAURIYA
2771 RYEWOOD AVENUE, APT D
COPLEY, OH 44321


SONGLING ZHANG
6501 MARSOL ROAD
APT 545
MAYFIELD HEIGHTS, OH 44124


SONGTAO YE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SONGTAO YE
2816 WOOD DUCK LN
APT 312
AKRON, OH 44319


SONGYUAN MA
11715 GARFIELD ROAD
HIRAM, OH 44234


SONIA EXIL
9129 GETTYSBURG RD
BOCA RATON, FL 33434-5526

SONIA GACHTER
988 S MOUNT HOPE RD
CRYSTAL, MI 48818


SONIA NAEEM
5893 FRANK AVE NW
NORTH CANTON, OH 44720


Sonita Tem
4657 N Park Ln
Toledo, OH 43614


Sonja Botes
7022 Harvard Ln
Canton, MI 48187


SONY SANON
1345 NW 126TH STREET
MIAMI, FL 33167


SONYA PORTER
15331 NW 32ND AVENUE
MIAMI GARDENS, FL 33054


SOOHYUN PARK
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SOPHIA BROWN
4317 LAUREL ST
NEW ORLEANS, LA 70115-1452


SOPHIA EUFRACIO
208 JEANETTE DR
FOSTORIA, OH 44830


Sophia Eufrancio
208 Jeanette Dr.
Fostoria, OH 44830


SOPHIA GEIER
533 GAGE STREET
AKRON, OH 44311

SOPHIA GEIER
UNIVERSITY EDGE-AKRON
393 Sumner St
2-103A
AKRON, OH 44304


SOPHIA GEIER
JAMES A. RHODES ARENA, SUITE 35
AKRON, OH 44325


SOPHIA JONES
12111 CASTLEWALL CT
BOWIE, MD 20720


SOPHIA MCDANIEL
60 SOUTHWICK DR
BEDFORD, OH 44146


Sophia Policastro
3625 Curtis Lane
Miami, FL 33133


SOPHIA SMITH
3604 FARMVIEW CIRCLE
RAVENNA, OH 44266


SOPHIE BELL
8749 STURBRIDGE DRIVE
CINCINNATI, OH 45236


Sophie Cannon
7121 Quail Lakes Dr.
Holland, OH 43528


SOPHIE VACHON
4845 UNION AVENUE NE
HOMEWORTH, OH 44634


SOROUSH HEIDARI PAHLAVIAN
1560 20TH ST,
APT 9
CUYAHOGA FALLS, OH 44223

SOROUSH YAZDANI
6830 FREDERICKSBURG DR
SYLVANIA, OH 43560


SOURAV KHATUA
279 UP WHEELER STREET
AKRON, OH 44304


South Broward Community Health
4105 Pembroke Rd.
Hollywood, FL 33021


South Carolina Secretary of State
1205 Pendletson St.
Ste. 525
Columbia, SC 29201


SOUTH FLORIA ENT ASSOC
8181 NW 154th St., Suite 200
MIAMI LAKES, FL 33016


SOUTH FLORIDA ANES & PAIN TRE
21097 NE 27 Ct
#410
Miami, FL 33180


South Florida Cardiology Associates
4302 Alton Rd., Ste. 300
Miami Beach, FL 33140


South Florida Ent Assoc
8181 NW 154th St., Ste. 200
Hialeah, FL 33016


SOUTH FLORIDA MEDICAL IMAGING
2929 E Commercial Blvd.
#600
Fort Lauderdale, FL 33308


South Florida Neprology Group
722 Riverside Dr.
Pompano Beach, FL 33071

South Miami Critcare, Inc.
5975 Sunset Dr. #402
Miami, FL 33143


SOUTH MIAMI CRITICARE INC
P O BOX 919315
ORLANDO, FL 32891


South Miami Hospital
PO Box 198116
Atlanta, GA 30384-8116


Southcoast Health
330 Benfield Dr.
Savannah, GA 31406


Southeastern Dermatology
1930 Pinnacle Pointe Way
Knoxville, TN 37922


Southwest Florida Cancer Care
603 N. Flamingo Rd. #260
Hollywood, FL 33028


SOUVIK MUNSHI
22 E EXCHANGE ST
AKRON, OH 44308


SOUVIK MUNSHI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SOWMYA BHUVANAPALLI
5016 FORESTLAND CT
BRUNSWICK, OH 44212


Specialty Care Center
1111 W Broward Blvd
Fort Lauderdale, FL 33312


Spencer Elfring
3331 County Rd. 213
Clyde, OH 43410

SPENCER GOODHEART
3256 ROGERS AVENUE
WALNUT CREEK, CA 94597


Spencer Kelson
3303 Dunwood Ridge Ct
Bowie, MD 20721


SPENCER KIEHL
440 THACKERAY AVE
WORTHINGTON, OH 43085


SPENCER MCELWAY
3023 WALKER STREET
LITTLE ROCK, AR 72204


Spencer Pinnick
1475 Essex Rd.
Columbus, OH 43221


Spencer Ryan
114 Sylvan Dr.
Monroe, MI 48162


SPENCER RYAN
114 SYLVAN DR
MONROE, MI 48162


SPENCER TOROK
3214 SCIOTO BEND DR
HILLIARD, OH 43026


Spine Care Institue of Miami
Golden Medical Office Building
4308 Alton Rd. #610
Miami Beach, FL 33140


Spirit of Peach Clinic Counseling
1170 Old Henderson Rd., Ste. 100
Columbus, OH 43220


SPRINGFIELD MEDICAL ASSOCIATES
2150 Main St.
Springfield, MA 01104

Springforest Family Physicians
3020 N McCord Rd. #200
Toledo, OH 43615


SRAVAN KUMAR PULIPATI
77 FIR HILL
APT 10B11
AKRON, OH 44304


SRAVANI NANABALA
77 FIR HILL TOWERS
APT # 4B8
AKRON, OH 44304


SREEVALLI BOKKA
907 HEMLOCK HILLS DR
APT #D
AKRON, OH 44313


SRI LAKSHMI PRIYANKA SADINENI
77 FIR HILL  APT #11B12
AKRON, OH 44304


SRIDHAR AKULA
77 FIR HILL TOWER APT 11B12
AKRON, OH 44304


SRIKANTH MARCHETTY
430 SUMNER ST
APT# 101
AKRON, OH 44304


SRIKANTH MARCHETTY
274 WHEELER ST
APT 2
AKRON, OH 44304


SRIKANTH NARNE
36041 GRAND RIVER AVE
APT 202
FARMINGTON, MI 48335


SRIKAR REDDY NAINI
77 FIRHILL. APT 10B11
AKRON, OH 44304

Srishti Shrivastav
875 Tollis Pkwy
Broadview Heights, OH 44147


SRIVEDA ALETY
77 FIR HILL
APT # 3B5
AKRON, OH 44304


St Anthonys Hospital
1201 Fifth Ave. N
Saint Petersburg, FL 33705


ST LUCIE ANESTHESIA ASSOCIATES
1800 SE Tiffany Ave
Port Saint Lucie, FL 34952


St Thomas Sports Medicine
423 Sewell Rd.
Sparta, TN 38583


St Vincent Hospital and Health
2001 W 86th St.
Indianapolis, IN 46260-1902


St. Davids Medical Center
2400 Round Rock Ave.
Round Rock, TX 78681


St. Elizabeth Health
1 Medical Village Dr.
Ft Mitchell, KY 41017


St. Lukes Hospital
232 S Woods Mill Rd.
Chesterfield, MO 63017


St. Thomas University
Attn: Terrence O'Connor
16401 NW 37th Ave.
Miami Gardens, FL 33054


STACEY MONEUS
215 NE 89ST
MIAMI, FL 33138

Stacey Stewart
3021 Grindley Park St.
Dearborn, MI 48124


Staci Blackburn
11440 Robinshire St.
Temperance, MI 48182


Stacy Isaac
1600 W Rocket Dr.
Ottawa West, 4103B
Toledo, OH 43606


STACY ISAAC
3415 GIBRALTER HEIGHTS DR
APT L5
TOLEDO, OH 43609


STACY LORKOWSKI
5187 MASSILLON ROAD
NORTH CANTON, OH 44720


STANLEY ANTOINE
1551 NE 167 STREET
APT 3125
NORTH MIAMI BEACH, FL 33162


STANLEY NWAKAMMA
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


STANLEY SAINVILLE
468 NW 84TH ST
MIAMI, FL 33150


STANLEY WEST
3903 RIDGECROFT RD
BALTIMORE, MD 21206-5029


Staryana Pollard
310 W 143rd St.
Apt. 5E
New York, NY 10030-1448

State Corporation Commission
Clerk of the State Corporation Comm
PO Box 1197
Richmond, VA 23219


State of Maryland
Dept. of Assessments and Taxation
Personal Property Division
PO Box 17052
Baltimore, MD 21297-1052


State of Michigan
PO Box 30702
Lansing, MI 48909


Stefan Faistenauer
3060 Palm Trace Landing Dr.
#208
Fort Lauderdale, FL 33314


STEFANIE KALSKI
9285 SW 220 TERRACE
CUTLER BAY, FL 33190


STEFANIE MORSE
400 KINGS POINT DRIVE
APT 225
SUNNY ISLES, FL 33160


STEFANIE STARCIC
1445 W 110TH ST
CLEVELAND, OH 44102


STELLA AZEROT
17790 NE 19 AVE
N. MIAMI BEACH, FL 33162


STELLA STEVENS
10390 SOUTH STREET #4
GARRETTSVILLE, OH 44231


STEPHAINE EDWARDS
1126 AZURE HEIGHTS PLACE
LAS VEGAS, NV 89110

Stephan Motte
3514 Standsh Ct
Fairfield, CA 94534


STEPHANE NOUAFO WANKO
11715 GARFIELD ROAD
HIRAM, OH 44234


STEPHANIE BLOCKBERGER
203 GENSON DR
HASKINS, OH 43525


Stephanie Cabrera
9018 NW 114 Terrace
Hialeah, FL 33018


STEPHANIE CASTELLON-SILVERIO
2429 14TH AVENUE SOUTH
MINNEAPOLIS, MN 55404


STEPHANIE CBRERA
14809 SW 58 ST
MIAMI, FL 33193


STEPHANIE CIPA
478 NORTH MUNROE ROAD
TALLMADGE, OH 44278


STEPHANIE COLLETT
1700 E. COLDSPRING LANE
BALTIMORE, MD 21251


STEPHANIE DODSON-PACE
1747 BLACKSMITH DRIVE
DALLAS, TX 75253


Stephanie Douglas
3988 Hampton Hills Dr
Lakeland, FL 33810


Stephanie Douglas
431 E Parkwood St.
Sidney, OH 45365

STEPHANIE ESTEPA
3990 NW 178 STREET
MIAMI GARDENS, FL 33055

STEPHANIE GANGES
9342 NW 120TH STR.
APT # 427
HIALEAH GARDENS, FL 33018

Stephanie Gregory
8052 Thistlewood Dr.
West Chester, OH 45069

STEPHANIE GREGORY
2511 W VILLAGE DR
TOLEDO, OH 43614

STEPHANIE HALE
5390 FAIRTREE RD
BEDFORD HTS, OH 44128

STEPHANIE HAM
1800 HAMPTON KNOLL DR.
AKRON, OH 44313

STEPHANIE HERNANDEZ
112 ELLSWORTH ST
ALEXANDRIA, VA 22314

Stephanie Litke
10671 Blossom Ave.
Cleveland, OH 44130

STEPHANIE MURPHY
250 HARLAN STREET
SAN LEANDRO, CA 94577

Stephanie Nnabue
7113 Park Dr.
Parkville, MD 21234

STEPHANIE ODOM
709 EAST COLD SPRING LN
BELTSVILLE, MD 20705

STEPHANIE ORAA
1112 LAKE WILLISARA CIR
ORLANDO, FL 32806


STEPHANIE PARSONS
6730 BULL RUN RD., #156
MIAMI LAKES, FL 33014


STEPHANIE ROMAN
1300 BRICKELL BAY DRIVE
APT. 1910
MIAMI, FL 33131


STEPHANIE ROMAN
5600 NE 4TH AVE APT 914
MIAMI, FL 33137


Stephanie Sherman
564 Saint Annes Dr.
Holland, OH 43528


STEPHANIE SIMEON
6323 SW 127 PLACE
MIAMI, FL 33183


Stephanie Smith
4045 Regis Dr.
Toledo, OH 43623


STEPHANIE SUAREZ
14965 SW 8TH TERRACE
MIAMI, FL 33194


STEPHANIE VALDES
6919 W 29 WAY
HIALEAH, FL 33018


Stephen Alexander
1712 Peachwood Ct
Finksburg, MD 21048


Stephen Antonucci
4175 Darrow Rd.
Unit 58
Stow, OH 44224

STEPHEN BEARD
5650 PEPPERTREE CIRCLE W
DAVIE, FL 33314


STEPHEN BUTLER
7845 CLOVERFIELD CIRCLE
BOCA RATON, FL 33433


STEPHEN COPELAND
1205 HARWOOD AVE APT B11
BALTIMORE, MD 21239-3325


STEPHEN CURTIS
7250 NIGHTINGALE DR APT 5
HOLLAND, OH 43528


STEPHEN DAVIS
1450 MERIDIAN AVE.
MIAMI BEACH, FL 33139


STEPHEN DAVIS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


STEPHEN ERICKSEN
513 RENTSCHLER ST
AKRON, OH 44304


Stephen F. Miller, III, MD
1849 Old Donation Pkwy
Virginia Beach, VA 23454


STEPHEN HONG
7250 NIGHTINGALE DR APT 9
HOLLAND, OH 43528


STEPHEN JAMES
6505 SPRINGBROOK LN
CLINTON, MD 20735-2242


STEPHEN JOSEPH
61 DUNHAM ST
TRENTON, NJ 08618

Stephen L. Schuler, MD
104 N Union St
Delaware, OH 43015


STEPHEN PATTERSON
405B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


STEPHEN RAMPAUL
7360 N 37TH CT
LAUDERHILL, FL 33319


Stephen S. Davis
825 Fairfax Ave.
Norfolk, VA 23507


STEPHEN SAAWUAN
540 NW 132 ST
NORTH MIAMI, FL 33168


Stephen Sutton
1632 Milroy St.
Toledo, OH 43605


STEPHEN TWUM BARIMAH
1396 EAST 45TH STREET
CLEVELAND, OH 44103


Stephen Veillette
175 Grandin Rd.
Akron, OH 44313


STEPHEN WERNER-SLEVA
4747 SCIOTO APT 105
TOLEDO, OH 43615


STEPHON PETERS
2695 NW HATCHES HARBOR ROAD
APT. 104
PORT ST. LUCIE, FL 34983


STEPHON WILLIAMS-HINES
1727 ANDINA AVENUE
CINCINNATI, OH 45237

STEPHONIE HALL
4251 NW 5TH ST.
APT 254
PLANTATION, FL 33317


STEPHY DELVA
1340 NE 137TH ST.
BISCAYNE PARK, FL 33161


Sterlin Brown
3811 Cedardale Rd
Baltimore, MD 21215


Sterling Emerg Svcs Miami Beach, PA
300 S Park Rd., Suite 400
Hollywood, FL 33021-8593


Sterling Primary Care Assoc
343 Franklin Rd.
Brentwood, TN 37027


Stevaughn Doss
20 Witherwood Ct.
Apt. 2B
Towson, MD 21204


STEVE OMAKWU
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


STEVEN ASHCRAFT
1816 CLARENDON AVE SW
CANTON, OH 44706


Steven Bare
6662 Kingsbridge Dr.
Sylvania, OH 43560


STEVEN BARE
625 PINE VALLEY LN APT 102
TOLEDO, OH 43615


STEVEN BUCHHEIT
140 Prospect Ave. #S
KIRKWOOD, MO 63122

Steven Carlsson
8331 SW 107th Ave.
Miami, FL 33173


STEVEN CARLSSON
260 CRANWOOD DR
KEY BISCAYNE, FL 33149


STEVEN DAJNOWICZ
1938 PERTH
TOLEDO, OH 43607


STEVEN GIBSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Steven Jankowski
2087 Berkshire Club Dr.
Cincinnati, OH 45230


STEVEN JOHNSON
40 LEXINGTON SQUARE
EUCLID, OH 44143


STEVEN MITCHELL
7440 HERRICK PARK DR
HUDSON, OH 44236-2362


STEVEN PENN
1824 KIRBY ROAD
MCLEAN, VA 22101


STEVEN REVILLA
884 SW 172 TERRACE
PEMBROKE PINES, FL 33029


STEVEN STUCKER
407 LITTLE JOHN DRIVE
IRVING, TX 75061


STEVEN TSENG
98 MOUNT VIEW AVE
APT 3
AKRON, OH 44303

STEVEN VASQUEZ
7906 NW 70TH AVE
FORT LAUDERDALE, FL 33321


STEVEN WALDMAN
2768 CARAMBOLA CIRCLE SOUTH
C501
COCONUT CREEK, FL 33066


Steven Warrington
214 Debarry Ave.
Orange Park, FL 32073


STEVEN WELLING
8390 LAMBERT ST
LAMBERTVILLE, MI 48144


STHEFICA BLANC
3143 NW 39 PLACE
FORT LAUDERDALE, FL 33309


Stijn van der Zee
1216 Sunbury Rd.
Columbus, OH 43210


STOQUANDRIA INMAN
530 SE 1ST STREET
BELLE GLADE, FL 33430


Stormy Zyzyk
3420 Little Hunting Creek Dr.
Alexandria, VA 22309


STRAND ORTHOPAEDIC CONSULTANTS
PO BOX 11784
MYRTLE BEACH, SC 29572


Stresscare Behavioral Heatlh, Inc.
3840 Woodley Rd., Ste. A
Toledo, OH 43623


STUART BOGGESS
210 SAN PASQUALE AVE NW
APT A
ALBUQUERQUE, NM 87104-1460

STUART HOLTHUSEN
3075 KENT RD
STOW, OH 44224


STUART HOLTHUSEN
491 SUMNER STREET
AKRON, OH 44304


STUNIQUE CAMPBELL
1703 17TH LANE
GREENACRES, FL 33463


Styra Frisbey
1432 Kenwood Ave.
Camden, NJ 08103


SUBHADRA PAUDEL
6934 DONACHIE RD
APT #F
BALTIMORE, MD 21239


SUBHADRA PAUDEL
532 WALKER AVE APT C
BALTIMORE, MD 21212-2355


Subhan Toor
8608 Hinckley Cir.
Brecksville, OH 44141


Subhro Roy
1508 Somerset Ct.
Mount Pleasant, MI 48858


SUDIP ADHIKARI
634 EAST BUCHTEL AVENUE , APT 303
AKRON, OH 44304


Sudipa Biswas
2130 Richards Rd.
Apt. 3
Toledo, OH 43606


SUE HUA AW YOUNG
2256 PINE TOP COURT
AKRON, OH 44319

SUELLE PABON
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


SUFIAN NATSHEH
658 ALLYN ST
AKRON, OH 44311


SUJHEY GONZALEZ
1500 NW 24 AVE
MIAMI, FL 33125


SUKHMANJOT KAUR
2220 HIGH STREET, APT 820
AKRON, OH 44221


SULANY PEREZ
14522 SW 75TH ST
MIAMI, FL 33183


SULIAT ATOBA
1218 GARDEN STONE DR.
RALEIGH, NC 27610


SULIAT ATOBA
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


SULOCHANA SHRESTHA
634 EAST BUCHTEL AVENUE
APARTMENT:303
AKRON, OH 44304


SUMA CHERUKURI
77 FIR HILL STREET, APT 6B2
AKRON, OH 44304


Suman Rijal
1333 Oak Hill Ct.
Apt. 126
Toledo, OH 43614


SUMAYYAH RAJI
1541 PENTRIDGE RD
BALTIMORE, MD 21239

SUMAYYAH RAJI
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


SUMEDHA GAJBHIYE
22 E EXCHANGE STREET,
APT 2082 C
AKRON, OH 44308


Sumiaya Abdur-Rasheed
1020 Foxchase Ln
Essex, MD 21221


SUMIAYA ABDUR-RASHEED
1105 SANDY STONE ROAD ESSEX
ESSEX, MD 21221


Summa Health System
525 E Market St.
Akron, OH 44304


Summa Physician, Inc.
PO Box 638874
Cincinnati, OH 45263-8874


SUMMER BREWSTER
4711 HARVARD AVENUE
CLEVELAND, OH 44105


SUMMER ELLIS
7593 COLUMBIA RD
OLMSTED FALLS, OH 44138


SUMMER HILL
2 JONATHAN LANE
YOUNGSTOWN, OH 44511


SUMMER ISLAND
1757 EAST 67TH STREET
CHICAGO, IL 60649


SUMMER NOBLE
16021 WEST TROON CIR
MIAMI LAKES, FL 33014

SUMMER SCHERVISH
6700 NORTH PALMERSTON DRIVE
MENTOR, OH 44060


Summer Simpson
2305 Pennyroyal Terrace
Baltimore, MD 21209


Summit Phychological Associates
37 N Broadway St.
Akron, OH 44308


SUNDAE GRIFFIN
16034 ENGLISH OAKS AVE.
APT. B
BOWIE, MD 20716


SUNDAY ODEKUNLE
53 S COLLEGE STREET
APT C
AKRON, OH 44308


SUNDAY ODEKUNLE
1540 HYDE PARK AVENUE
AKRON, OH 44310


SUNDAY ODEKUNLE
406  SUMNER STREET APT B12
AKRON, OH 44304


SUNETH WATTHAGE
1235 OAK HILL CT APT 244
TOLEDO, OH 43614


Sung Bin Cho
1006 Ranch Dr.
Toledo, OH 43607


SUNG GU KYUNG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

SUNGBIN CHO
8936 BEAR CREEK DR
SYLVANIA, OH 43560


SUNIL SINGH
634 E BUCHTEL AVE APT 102
AKRON, OH 44304


SUNIL SINGH
281 WHEELER ST
AKRON, OH 44304


SUNLIFE OB/GYN SERVICES
PO BOX 945953
PLANTATION, FL 33317


Sunrise Medical Group I, LLC
12596 Pines Blvd.
Hollywood, FL 33027


SUNSET DERMATOLOGY SKIN LASER
6310 Sunset Dr.
SOUTH MIAMI, FL 33143


SUO XIAO
333 UNION PLACE
AKRON, OH 44304


Superior Medical Center PA
2300 N Commerce Pkwy #108
Fort Lauderdale, FL 33326


Supreme Coles
90 Richmond Hill Rd.
Apt. 3D
Staten Island, NY 10314-7811


SUPRIYA PANDA
7026 MCGILL COURT
ELK GROVE, CA 95758


SUQI LIU
47 RHODES AVE APT B
AKRON, OH 44302

Surabhi Bhagavatula
2125 Campus Rd.
Apt. 441-B
Toledo, OH 43606


SURABHI BHAGAVATULA
APT 4410-BOHIO2125 CAMPUS RD
TOLEDO, OH 43606


SURAJ BASTOLA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


SURESH MADISHETTY
77 FIR HILL ,10B11 APARTMENT
AKRON, OH 44304


SURESH NARUTE
55 FIR HILL APT 2B2
AKRON, OH 44304


SURESH NARUTE
77 FIR HILL APT 4B11
AKRON, OH 44304


SURESHREDDY GADE
2819 ADAMS STREET
2819 ADAMS STREET
HOLLYWOOD, FL 33020


Surgery Center at Coral Springs
967 N University Dr.
Pompano Beach, FL 33071


Surgery Center of Avenutra
20601 E Dixie Hwy #400
Miami, FL 33180


Surgery Center of Ft Lauderdale
4485 FL-7
Fort Lauderdale, FL 33319

SURGICAL SPECIALTY CENTER OF
440 MAMARONEKC AVENUE
SUITE 4
HARRISON, NY 10528


Susan D'Isidoro
9987 Parkland Dr.
Twinsburg, OH 44087


SUSAN FRANZ
8167 GARNET AVE NE
CANTON, OH 44721


SUSAN HUHO
3349 NORTH CHATHAM RD
APT G
BALTIMORE, MD 21215


SUSAN LEVIN
19520 NE 19TH AVENUE
MIAMI, FL 33179


Susan Lurie, MD PA
960 W 41st St., Ste. 312
Miami Beach, FL 33140


Susan Wagner
84 Tomb St.
Tiffin, OH 44883


SUSANA LEAL-KHOURI
580 Crandon Blvd
#101
KEY BISCAYNE, FL 33149


SUSANA MENDIOLA
987 SW 37 AVE. APT. 610
MIAMI, FL 33135


SUSHMABHARGAVI NIMMALAPALLI
77 FIRHILL TOWERS
APT 4B8
AKRON, OH 44304

SUTHINI PERMPEERAPAT
505 VINE ST. APT.306
AKRON, OH 44304


SUYUAN ZHOU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Suzanne E. Ferio
25778 Peppercorn Dr.
Westlake, OH 44145


Suze Gerard
1400 Golden Rod Ct.
Unit L
Belcamp, MD 21017-1705


SUZETTE MORLEY
5817 WESLEYAN DRIVE
PO BOX B148
VIRGINIA BEACH, VA 23455


Swetha Singh
5727 Tibaron Ln
Apt. 301
Toledo, OH 43615


SWRH Physicians, Inc.
PO Box 67070
Cuyahoga Falls, OH 44222


SYDNEI CROUCH
14827 PRESTON ROAD, APT 1505
DALLAS, TX 75254


Sydney  Hilton
6080 SW 24th Pl
#102
Fort Lauderdale, FL 33314


Sydney Brookshire
37 Maryland Dr.
Jackson, TN 38301

SYDNEY BURTON
1506 KENNEWICK RD
BALTIMORE, MD 21218


SYDNEY CHANLATTE
1790 RACHELS RIDDGE LOOP
OCOEE, FL 34761


SYDNEY DAVIS
9170 EDMONSTON RD, APT. 201
GREENBELT, MD 20770


Sydney Diamond
1650 E. Belvedere Ave.
Apt. 204
Baltimore, MD 21239


SYDNEY DOMBROWSKI
401C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SYDNEY DUNNOM
11957 HUNTERGREEN DR
CINCINNATI, OH 45251


Sydney Fitzgerald
10326 Sea Pines Dr.
Bowie, MD 20721


SYDNEY GOLDSCHLAG
2695 COLONIAL AVE
MERRICK, NY 11566


SYDNEY HILTON
6080 SW 24 PLACE
102
DAVIE, FL 33314


Sydney Jarzeboski
625 Durango Dr.
Toledo, OH 43609

```
SYDNEY JASCOE
2113 PAULS WAY
COMMERCE TWP, MI 48390


SYDNEY LONG
1961 CO. RD. 1155
ASHLAND, OH 44805


SYDNEY MEEK
8874 RAILWOOD DR
NEWPORT, MI 48166


SYDNEY PEREIRA
3620 SW 130TH AVE
MIAMI, FL 33175


SYDNEY SCHIPANI
2516 MINTON DR
MOON TOWNSHIP, PA 15108


SYDNEY SLEEK
1543 SUNSET LN
WOOSTER, OH 44691


SYDNEY STOKES
7098 ALY DAR LN
BLACKLICK, OH 43004


SYDNEY SZMUC
104 STONECREEK DRIVE
ARLINGTON, TX 76014


SYDNEY TURNBULL-GREEN
5094 KUSZMAUL AVE NW
WARREN, OH 44483


SYDNEY WALKER
8427 STREAMWOOD DRIVE
PIKESVILLE, MD 21208


SYDNI LEAVY
2971 VICTORIA FALLS DR
BURLINGTON, NC 27215
```

SYDNI RATLIFF-PHILLIPS
2601 MADISON AVE
APT 101
BALTIMORE, MD 21217-5131


SYED ABDULLAH ALI HASSAN
615 SANDUSKY ST
DELAWARE, OH 43015


SYED AHMED ALI NAJAFI
664 SUMNER STREET
AKRON, OH 44311


SYED MOHAMMAD MORSHED SIFAT CHOWDHURY
685 SHERMAN STREET, APT#15
AKRON, OH 44311


SYED MOHAMMAD MORSHED SIFAT CHOWDHURY
543 EAST BUCHTEL AVE
APARTMENT 1
AKRON, OH 44304


SYED MUZAFFAR YEZDAN
615 SANDUSKY ST
DELEWARE, OH 43015


SYED RAFIQUDDIN
437 SUMNER ST.
JUDSON HOUSE, APARTMENT Q
AKRON, OH 44304


SYED TAHA FIDA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Sylvan Lakes Family Physicians, Ltd
7640 W Sylvania Ave. #K
Sylvania, OH 43560


SYLVANA MENDEZ
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

Sylvester Gold
2107 Pentland Dr.
Parkville, MD 21234-7211


SYLVESTRE
325 NE 151 ST
MIAMI, FL 33162


SYLVIA COLSTON
113 SOLAR DR
BLOUNTSVILLE, AL 35031


SYLVIA ERIKSON-BLEVINS
2969 WEST 12TH STREET
CLEVELAND, OH 44113


SYMONE PARKER
407B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


SYNERGY RADIOLOGY ASSOCIATES
7026 Old Katy Rd.
Suite 276
Houston, TX 77024


SYNOVIA JENNINGS
777 NW 155TH LANE
APT. 521
MIAMI, FL 33169


SYRA KANTE
6655 COLLINSDALE RD APT D
PARKVILLE, MD 21234-6560


SYTTA BARRY
9314 CHERRY HILL RD
APT 415
COLLEGE PARK, MD 20740


Syyeda Mehdi
3817 Bridge Creek Blvd.
Sylvania, OH 43560

SZALAY CAMPBELL
6601 NW 22ND CT
POMPANO BEACH, FL 33063


SZU-HAO CHO
2760 RYEWOOD AVE, SUITE E
AKRON, OH 44321


SZU-HAO CHO
22 EAST EXCHANGE ST
APT. 4037B
AKRON, OH 44308


T DUCKETT
2836 SCOTTWOOD AVE.
TOLEDO, OH 43610


T'KYA BAIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


T'TIMPEST EVERSON
1990 NW 180TH ST
MIAMI GARDENS, FL 33056


T. Duckett
2836 Scottwood Ave.
Toledo, OH 43610


TA'COYIA JACKSON
934 WINNING COLORS DRIVE
WILMER, TX 75172


TA'JSEA DAVIS
908 S EMPIRE ST
PLANT CITY, FL 33563


TA'KAYA GAINES
1601 NW 3RD LN
BOYNTON BEACH, FL 33435


TA'NIYA BANKS
700 HARLEM TENANTS CIR
APT #205
CLEWISTON, FL 33440

TA'NYIAH BANKS
10751 NAUTICA PLACE
WHITE PLAINS, MD 20695


TA'VIONNA BRADFORD
1065 EMILYS WALK LANE EAST
JACKSONVILLE, FL 32221


TA-ZAEYA JENKINS
50 RIDGEFIELD AVE. UNIT 211
BRIDGEPORT, CT 06610


Taariq Saadiq
1114 Trinidad Ave. NE
Washington, DC 20002


TAARIQ SAADIQ
1114 TRINIDAD AVE NE
WASHINGTON, DC 20002


TABANSI COLLINS
401D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TABITHA EDGHILL
909 ARGONNE DR
BALTIMORE, MD 21218


TABITHA EPHRAIM
408A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TABITHA EPHRAIM
8125 48TH AVE APT 501
BALTIMORE, MD 21215


TABITHA EPHRAIM
8125 48TH AVE APT 501
COLLEGE PARK, MD 20740


TABITHA HEDGEPETH
712 N GLOVER ST
BALTIMORE, MD 21205

TABITHA HUBBELL
11712 CONCORD HAMBDEN ROAD
CONCORD TOWNSHIP, OH 44077


TACARA SIMMONS
516 W MYRTLE ST
LAKELAND, FL 33805


TAE'LOR JONES
4697 OLDE BAILEY WAY
WHITEHALL, OH 43213


TAELOR MAJORS
4688 WALFORD ROAD APT. 19
CLEVELAND, OH 44128


TAHER GUENDOUZ
5817 WESLEYAN DR.
VIRGINIA BEACH, VA 23455


TAHIR JUBA
1530 UPSHIRE RD.
BALTIMORE, MD 21218


TAHIR JUBA
4412 SPRINGDALE AVE.
BALTIMORE, MD 21207


TAHIR SENOUSSI
308 LABURNUM ROAD
EDGEWOOD, MD 21040


TAHJ CURRY
908 MANCK DR.
FORT WAYNE, IN 46814


TAHJ LORTHRIDGE
906 WILLOW BROOK DRIVE
ALLEN, TX 75002


Tahoe Carson Valley Medical
2175 South Ave.
South Lake Tahoe, CA 96150

```
Tai-Hsun Tsai
22 E Exchange
Apt. 1062B
Akron, OH 44308


TAI-HSUN TSAI
22 E.
APT. 1062B
AKRON, OH 44308


TAIHA GREENFIELD
1537 TUNLAW RD.
BALTIMORE, MD 21218


TAIJHONA SMITH
1407 SOUTHERN AVE APT 204
OXON HILL, MD 20745


TAIJHONA SMITH
1407 SOUTHERN AVE APT 204
BALTIMORE, MD 21216


TAILA BROOKS
3818 BELLE AVE
BALTIMORE, MD 21215-5402


TAILAR JACKSON
11302 TECUMSEH
REDFORD, MI 48239


TAIMUR IFTIKHAR
615 SANDUSKY ST
DELAWARE, OH 43015


TAINA SURPRIS
13493 NW 8TH AVE
MIAMI, FL 33168


TAINAIRI OLMO-ROSARIO
6863 GLENBROOK DR
LAKELAND, FL 33811


TAINAIRIOLMO-ROSARIO
6863 GLENBROOK DR
LAKELAND, FL 33811
```

```
TAIRI PINDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Taitha Hedgepeth
712 N Glover St
Baltimore, MD 21205


TAIWAN DAWKINS
1444 SOUTH CHAMPION AVE
COLUMBUS, OH 43206


TAIWO AKINNOUYE
4702 SOMERSET RD
RIVERDALE, MD 20737-1132


TAIWO AKINNUOYE
4702 SOMERSET RD
RIVERDALE, MD 20737-1132


TAIWOZAINAT SMARTON
1560 MONTPELIER ST
APT #1
BALTIMORE, MD 21218


TAIWOZAINAT SMARTON
4209 CANYONVIEW DR
UPPER MARLBORO, MD 20772


TAIYCIA SLATER
768 OLYMPIC CIRCLE
OCOEE, FL 34761


TAJ EGBIRE-MOLEN
1559 UPSHIRE RD
BALTIMORE, MD 21218


TAJ LAKE
1321 OTTERS VIEW CT
FRUITLAND PARK, FL 34731


Taj London
249 Harpers Ridge Place
Antioch, TN 37013
```

TAJ LONDON
249 HARPERS RIDEG PLACE
ANTIOCH, TN 37013


TAJ-RAY BROWN
6815 INGRAHAM ST
RIVERDALE, MD 20737


TAJAI BOLLING
41 GRAND TETON DR
BEAR, DE 19701-1792


TAJAY HIGGINS
431 NE 43RD STREET
POMPANO BEACH, FL 33064


TAJE DAVIS
8039 KEATING AVE APT 2B
SKOKIE, IL 60076


TAKARAH WHITLEY
3551 DAY AVENUE
MIAMI, FL 33133


TAKARI WILLIAMS
4451 NW 171ST ST
MIAMI GARDENS, FL 33055


Take Care Health Ohio, Inc.
719 Ohio Pike
Cincinnati, OH 45245


TAKEIRA FAIRFAX
120 EAST 21ST
PATERSON, NJ 07513


TAKENYA MACK
1880 NW 68TH STREET
MIAMI, FL 33147


TAKERA GEORGE
716 OLDHAM ST
BALTIMORE, MD 21224

TAKEYIAH LOWRY
3610 KIRKPATRICK CIRCLE #14
JACKSONVILLE, FL 32210


TAKIA TATE
1248 HONOR DR.
HOLIDAY, FL 34690


TAKIRA AUSTIN
417 NW 6TH STREET
UNIT B
HALLANDALE, FL 33009


TAKIRA AUSTIN
417 NW 6TH AVE
APT B
HALLANDALE, FL 33009


TAKITA KEATON
950 76TH AVE
OAKLAND, CA 94621


TAKWANZAA DAVIS
4001 NW 34TH ST
APT 213
LAUDERDALE LAKES, FL 33319


TAKYA MATHIS
2034 NW 171 AVENUE
PEMBROKE PINES, FL 33028


Talal Al Habbab
4224 W Central Ave.
Apt. 203
Toledo, OH 43606


TALAL ALHABBAB
4224 W CENTRAL AVE APT 203
OTTAWA HILLS, OH 43606


TALEAH MARTIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

Talia Brooks
3818 Belle Ave.
Baltimore, MD 21215-5402


TALIA JONES
705 WALNUT STREET, APT 4
INGLEWOOD, CA 90301


TALIA MCNEILL
516 LAMONT STREET NW
WASHINGTON, DC 20010


TALIA MCNEILL
516 LAMONT ST NW
WASHINGTON, DC 20010


TALIKE BROWN
110 VIRGINIA PARK BLVD
APT 110
FORT PIERCE, FL 34947


TALIKE BROWN
4524 NW BROWNWELL TER
PORT ST LUCIE, FL 34983


TALITHA FRISON
819 SHERIDAN AVE.
BALTIMORE, MD 21212


TALIYAH RUSS
1025 SHALE TRAIL STREET
APOPKA, FL 32703


TALYA SPIVAK
6135 ROTHBURY ST
PORTAGE, MI 49024


TAM NGO
3083 W EDGERTON RD
SILVER LAKE, OH 44224


TAM NGO
1153 GORGE BOULEVARD
AKRON, OH 44310

TAMAAL PINDER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TAMAJUNG TCHEFFO
4812 LAKEVIEW LN
BOWIE, MD 20720-4247


TAMAR DENNIS
2119 DUKELAND ST
BALTIMORE, MD 21216


TAMAR DENNIS
2119 DUKELAND ST
JOPPA, MD 21085


TAMAR JILES
9102 LIVE OAK LANE
UPPER MARLBORO, MD 20772


TAMARA CHANCE
809 SAINT DUNSTANS RD
BALTIMORE, MD 21215


TAMARA CHANCE
809 SAINT DUNSTANS RD
BALTIMORE, MD 21212


TAMARA JAEGER
1248 BEARDSLEY ST
AKRON, OH 44301


TAMARA KING
2904 W LEXINGTON STREET APT 1
CHICAGO, IL 60612


TAMARA MAGHATHE
4623 LAKESIDE DR UNIT 3207
MAUMEE, OH 43537


TAMARA MARSH
971 JEROME ST. APT 5H
BROOKLYN, NY 11207

TAMARA RICHARDSON
2510 ALLENDALE RD
BALTIMORE, MD 21216


TAMEKA HUFF
16 SAMANTHA CT
BALTIMORE, MD 21216


TAMEKA HUFF
16 SAMANTHA CT
OWINGS MILLS, MD 21117


TAMEKA SCOTT
818 NAFUS ST
CEDAR HILL, TX 75104


Tameka Spruill
1909 Meadowgate Ct
Windsor Mill, MD 21244-1224


TAMEKA SPRUILL
1909 MEADOWGATE CT
BALTIMORE, MD 21244-1224


TAMESHA HENDERSON
21335 NW 9TH COURT
APT. 3201
MIAMI, FL 33169


TAMESHA HENDERSON
32131 HICKORY LN
SORRENTO, FL 32776


TAMIA MARTIN
105 WEST MARSHALL ST
HEMPSTEAD, NY 11550


Tamia Ponder
5053 Wildcat Rd.
Edenton, NC 27932


TAMIA PONDER
505B WILDCAT ROAD
EDENTON, NC 27932

TAMIA SNEED
8834 CROSS COUNTRY PLACE
GAITHERSBURG, MD 20879


TAMICA BATTIE
3716 ROYAL VALLEY ROAD
GRAND PRAIRIE, TX 75052


TAMICA HOLMES
1316 NORTH MONTFORD AVE
BALTIMORE, MD 21234


TAMICA HOLMES
1316 NORTH MONTFORD AVE
BALTIMORE, MD 21213


TAMILEA MARSHALL
112 NW 9TH TERRACE
APT. 213
HALLANDALE, FL 33009


TAMILEE HARVEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TAMIQUE DIXON
519 WESTFIELD AVENUE
BRIDGEPORT, CT 06606


TAMIRA HARRIS
6827 WESTRIDGE RD
GWYNN OAK, MD 21207-6457


TAMISHA HERNANDEZ
524 W DEER PARK RD
GAITHERSBURG, MD 20877-1613


TAMIYA JONES
13807 ROSALIE DRIVE
CLEVELAND, OH 44125


TAMIYAH BIVINS
1700 E COLD SPRING LANE
BALTIMORE, MD 21251

TAMMY LE
1729 VOSPER CT
TOLEDO, OH 43614


TAMOSHION RUCKER
7532 AMBER DRIVE
DALLAS, TX 75241


Tamra Marsh
971 Jerome St.
Apt. 5H
Brooklyn, NY 11207


TAMYA HUDSON
8620 N SHERMAN CIRCLE
APT 308
HOLLYWOOD, FL 33025


TAMYRA JORDAN
821 WILLIAMSBURG CT
EDGEWOOD, MD 21040


TAMYRA JORDAN
207A DALEY
2500 WEST NORTH AVENUE
ABINGDON, MD 21009


TAMYRA JORDAN
207A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TANAEYAH DAVIS
933 HERNDON CT
BALTIMORE, MD 21225


TANAEYAH DAVIS
3819 ROLAND VIEW AVE APT 21215
BALTIMORE, MD 21213


TANAI SMITH
5000 LOCH RAVEN BLVD
BALTIMORE, MD 21239-3927

```
TANAY ODEN
716 RITA DOVE LN
AKRON, OH 44307


TANAYA TIRU
5004 PIER DR
LAKEWORTH, FL 33463


TANAYA YARDE
5610 HADDON AVE APT B
GLEN BURNIE, MD 21060


TANAYJA WHITTINGTON-MACKALL
3605 KEENE AVE
BALTIMORE, MD 21214-2751


TANEA COUNSINS
919 JEFFERSON AVE
CHILLICOTHE, OH 45601


TANEISHA SMITH
5551 MIDWOOD AVENUE
BALTIMORE, MD 21212


TANERA PARKER
6 JAMESON LN
BALTIMORE, MD 21206


TANESIA MCKENZIE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TANEYA LOWDER
2408 HURON ST
BALTIMORE, MD 21215


TANIA CAMPOLLO
1120 N WESTWOOD AVE APT 2303
TOLEDO, OH 43607


TANIECE FIELDS
212 EAST SUSQUEHANNA AVE
BALTIMORE, MD 21239
```

TANIECE MITCHELL
7575 CHAUCER PLACE
DALLAS, TX 75237


TANIJA WARREN
65 DOSCHER ST APT 2
BROOKLYN, NY 11208-2737


TANISHA SOLOMON
30 WEST BIDDLE ST UNIT 908
BALTIMORE, MD 21216


TANIYA JONES
1878 NW 83RD ST
MIAMI, FL 33147


TANIYAH GREEN
3722 DOLFIELD AVE
BALTIMORE, MD 21215


TANJA SHEILDS
4203 SUMMER SHADE WAY
BALTIMORE, MD 21216


TANJANA COLBERT
1201 SOUTH 35TH STREET
TEMPLE, TX 76504


TANJANIQUE BRIGGS
9911 WHITEHURST DR APT# 412
DALLAS, TX 75243


TANJEET DHILLON
634 E BUCHTEL AVE
AKRON, OH 44304


TANMAY JAIN
733 W MARKET ST, APT 712
AKRON, OH 44303


TANNA NITA
705A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

TANNA NITA
504C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21212


Tanna Stricklen
242 Stone Meadow Cir
Loudonville, OH 44842


TANNER GWALTNEY
3808 MIDHEIGHTS RD
BALTIMORE, MD 21216


TANNIHA SIMEON
2511 NE 3RD TER
POMPANO BEACH, FL 33064-4538


TANQUERAY PRESTON
3303 WEST 60TH STREET
LOS ANGELES, CA 90043


TANVI DESAI
2605 W VILLAGE DR
TOLEDO, OH 43614


TANVIR QUASEM
543 EAST BUCHTEL AVENUE
APARTMENT # 2
AKRON, OH 44304


TANYA MOONEY
2803 SHADY LANE
WEBSTER, TX 77598


TANYA RAMIREZ
189 STUBER ST
AKRON, OH 44304


TANYA TEBCHERANI
463 S MILLER RD
AKRON, OH 44333


Tanyja Whittington-Mackall
3605 Keene Ave
Baltimore, MD 21214-2751

TANZEEN SHAHNEWAZ
309 PENNSYLVANIA AVE
WINTER GARDEN, FL 34787


TAO ZHU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


TAOFEEK OBAFEMI-BABATUNDE
3514 CORN STREAM RD
RANDALLSTOWN, MD 21133


TAQUERIA ROBINSON-DAVIDSON
1858 NW 85TH ST
MIAMI, FL 33147


TARA GAMBLE
2800 NW 43RD TER
APT #410
MIAMI, FL 33142


TARA GAUGHAN
8051 HACKBERRY DRIVE
MENTOR, OH 44060


TARA MCCLANAHAN
6485 SW 106TH STREET
PINECREST, FL 33156


TARA SNIPES
407 E BRIDGE ST
COVINGTON, OH 45318


Tarah Stewart, LPC
793 Old Route 119 Hwy N
Indiana, PA 15701-1372


Taras E. Napora, MD
7007 Powers Blvd
Cleveland, OH 44129


TAREN ANDREWS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

```
TARIAH HEBRON
4410 ORCHARD RIDGE BLVD
BALTIMORE, MD 21213


TARIG HYDER MEKKI SADIG
55 FIR HILL
APT 11B6
AKRON, OH 44304


TARIG HYDER MEKKI SADIG
430 SUMNER STREET
APT 102
AKRON, OH 44304


TARIK PRICE
406 WEST MAIN
CAMPBELL, TX 75422


TARIQ BROWN
4145 CRESTHEIGHTS ROAD
BALTIMORE, MD 21215


TARIQ HALLMAN
1420 NW 196 TERR
MIAMI, FL 33169


TARIQ MITCHELL
2002 JUBILEE CT
BALTIMORE, MD 21214-1005


TARIQ QAASIM
1331 JEFFERY DR
HOMEWOOD, IL 60430


TARIQ RAHIM RAHIMI
15 OTTAWA LANDINGS DR
APT 301
TOLEDO, OH 43607


TARIQ WILLIAMS
1525 SW BIRKEY AVENUE
FORT PIERCE, FL 34953
```

TARIQ WILLIAMS
381 WEST 30TH STREET
RIVIERA BEACH, FL 33404


TARIQRAHIM RAHIMI
15 TIFFANY SQUARE DR APT 301
TOLEDO, OH 43607


TARIYAH FIRTZPATRICK
6107 S ARTESIAN
CHICAGO, IL 60629


TARMEKA SMITH-BENNETT
3410 NW 176 STREET
CAROL CITY, FL 33056


TARON SLONE
543 GAGE ST #2
AKRON, OH 44311


TARRIN GARY
2026 NW 43RD TERR
APT 8
LAUDERHILL, FL 33313


Tarsha Kersey
PO Box 18071
Middle River, MD 21220


TARTISHA HILL
4614 CREEKVIEW LANE
BALCH SPRINGS, TX 75180


TARYN DAVIS
20200 NW 29TH CT
MIAMI GARDENS, FL 33056


TARYN HUGHES
21 EAST MAPLEWOOD AVENUE
DAYTON, OH 45405


TARYN SWICK
5786 RIDGE ROAD
CORTLAND, OH 44410

TASFIA FAIRUZ
3405 PUTNAM PLACE APT B1
BRONX, NY 10467


TASHA JONES
4022 MAYFLOWER DRIVE
GARLAND, TX 75043


TASHA PATEK
5354 MONROE STREET APT #2
TOLEDO, OH 43623


TASHA POWE
2304 MEADOWBROOK GARDEN, APT 156
FORT WORTH, TX 76112


TASHANA DAVIDSON
150 NORTH ELLWOOD AVE
BALTIMORE, MD 21216


TASHANA DAVIDSON
150 NORTH ELLWOOD AVE
BALTIMORE, MD 21224


TASHARA ALSUP
1616 EAST 29TH ST
BALTIMORE, MD 21218


TASHAREE JOHNSON
306 VILLA VIEW WAY
HAMPTON, GA 30228


TASHAUNA WRIGHT
19105 FAIRMOUNT BLVD.
SHAKER HEIGHTS, OH 44118


Tasheka McCalla
9 Sagamore Ln
Huntington Station, NY 11746


TASHEKA MCCALLA
9 SAGAMORE LANE
DIX HILLS, NY 11746

TASHNA-GAYE O'CONNOR
2426 SW BAYSHORE BLVD.
FORT PIERCE, FL 34984


TASHONDA STENNIS
406 BONNIE VIEW DRIVE
VALRICO, FL 33594


TASIA SCOTT-WALLACE
1410 HILLSIDE DRIVE
BEL AIR, MD 21015


TASIA SHIPPY
701A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TASSANNEE HARRIS
3710 LINCOLN ROAD
LAS VEGAS, NV 89115


TATANIA EMILUS
4870 CLASSIC DR
WEST PALM BEACH, FL 33417


TATE RYBARCZYK
449 NANTUCKET
AVON LAKE, OH 44012


TATHIANNA DE LA TORRE
3991 NW 65TH AVE APT. 1
VIRGINIA GARDENS, FL 33166


TATIANA BLEASDELL
227 PARK AVENUE
APT. 4D
EAST ORANGE, NJ 07017


TATIANA DA CUNHA
10963 NW 87 LANE
DORAL, FL 33178


TATIANA EUBANKS
104 KING GEORGE CIRCLE
CHARLOTTESVILLE, VA 22901

TATIANA GARCIA
212 ESTELLA AVENUE
LAS VEGAS, NV 89107


TATIANA HERNANDEZ
2504 VAN BUREN STREET
HOLLYWOOD, FL 33020


TATIANA MALCOLM
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


TATIANA MOORE
4111 CINNABAR DRIVE
DALLAS, TX 75227


TATIANNA AMMONS
1243 WEST 14TH STREET
LORAIN, OH 44052


TATIANNA FRANCIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TATIYANA JACKSON
3424 11TH PL SE APT 201
WASHINGTON, DC 20032-5913


TATYANA BRUNS
7744 WOODSTONE DR
MAUMEE, OH 43537


Tatyana Bryant
321 Berwyn Ave
Trenton, NJ 08618


TATYANA BRYANT
321 BERWYN AVENUE
EWING, NJ 08618


TATYANA BURNS
7744 WOODSTONE DR
MAUMEE, OH 43537

TATYANA FLETCHER
604D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21212


TATYANA FLETCHER
604D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TATYANA MILLER
5416 NW 24 AVE
MIAMI, FL 33142


TATYANA MOORE
1733 N. BENTALOU STREET
BALTIMORE, MD 21216


TATYANA SCOTT
6108 MONTROSE RD
CHEVERLY, MD 20785


TAVARIUS OSBORNE
15721 NW 17TH ST
OPA LOCKA, FL 33034


TAVI EFFRON
18855 RAPIDS ROAD
HIRAM, OH 44234


TAVIAUN FERRELL
1124 APPALACHAIN LN
SAVANNAH, TX 06227


TAVION CRUMP
2552 ESSEX COURT
SAINT JOSEPH, MI 49085


TAVION PEARSON
3702 FRANKFORD ROAD, APT 4302
DALLAS, TX 75207


TAVIS HOWARD
2901NW185ST
MIAMI GARDENS, FL 33056

TAWAIN GORDON
1337 WESTPHAL AVENUE
COLUMBUS, OH 43227-2040


TAWNIE VAIR
4687 GERLAND CIRCLE
ROOTSTOWN, OH 44272


Taye Alexander
775 N Creek Dr.
Painesville, OH 44077


TAYE ALEXANDER
775 N CREEK DR.
27980 LAKESHORE BLVD.
PAINESVILLE, OH 44077


TAYLER HALL
4603 LINCOLN AVENUE
CLEVELAND, OH 44134


TAYLER PUTNAM
5817 WESLEYAN DRIVE
PO BOX B430
VIRGINIA BEACH, VA 23455


TAYLER WRIGHT
203C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Taylor Anderson
132 Jenifer St.
Norfolk, VA 23503


TAYLOR ANDERSON
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


TAYLOR ANDERSON
1312 JENIFER STREET
NORFOLK, VA 23503

TAYLOR AREND
1142 WESTFIELD DR
MAUMEE, OH 43537


TAYLOR BOWERS
601 CONGRESS LAKE RD
MOGADORE, OH 44260


TAYLOR BOWERS
3958 VIRGIL STREET
MOGADORE, OH 44260


TAYLOR BOZEMAN
10107 ASTILL CT.
WALDORF, MD 20603


TAYLOR BRATUN
4612 CHARLESTON AVE
LORAIN, OH 44055


TAYLOR CHAOON
1002 BAUGHER AVENUE
CHESAPEAKE, VA 23323


Taylor Chiropractic Clinic
1821 Portage Trail
Cuyahoga Falls, OH 44223


TAYLOR CLIFT
3707 TANNER MARIE DR
ADRIAN, MI 49221


TAYLOR COOK
3864 ALLENWOOD DRIVE SE
WARREN, OH 44484


TAYLOR CRAWFORD
1442 BOULDER LANE
HANOVER, MD 21076


TAYLOR DIMMERLING
596 BALLYBAY CT
PERRYSBURG, OH 43551

TAYLOR FARMER
15762 COUNTY ROAD 24
MT. BLANCHARD, OH 45867


TAYLOR GRIFFITH
5457 PARK VISTA COURT
STOW, OH 44224


TAYLOR HALLER
608B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TAYLOR HARAZIN
314 DRIFTWOOD LANE
AURORA, IL 60504


TAYLOR HILL
4213 AUDREY AVE
BALTIMORE, MD 21225-2344


TAYLOR HILLYER
1295 CREEKLEDGE COURT
STREETSBORO, OH 44241


TAYLOR KLINE
5038 TEETER RD.
BELLVILLE, OH 44813


TAYLOR KNOX-BOOTH
3342 VIRGINIA AVE
COLUMBIA, MD 21045


TAYLOR KNOX-BOOTH
3342 VIRGINIA AVE
BALTIMORE, MD 21215


TAYLOR KURUZOVICH
295 WINESAP DR.
PORT MATILDA, PA 16870


TAYLOR MAJOR
5817 WESLEYAN DRIVE
PO BOX A372
VIRGINIA BEACH, VA 23455

TAYLOR MCGLADE
3787 PATRICIA DR.
COLUMBUS, OH 43220


TAYLOR MONCRIEF
2232 WILLOWROW AVENUE NE
CANTON, OH 44705


TAYLOR MORICH
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


TAYLOR MORICH
1442 LAKE GENEVE DR
VIRGINIA BEACH, VA 23464


TAYLOR NELSON
3150 SMITH RD
LAMBERTVILLE, MI 48144


TAYLOR O'TOOLE
1844 RAYNOR DR
TOLEDO, OH 43615


TAYLOR PAYNE
700 SW 62ND BLVD.
APT. 84F
GAINESVILLE, FL 32606


TAYLOR RANKIN
22305 TENNY
DEARBORN, MI 48124


Taylor Raska
4501 Eastgate Dr.
Apt. 7408
Orlando, FL 32839


TAYLOR RASKA
4150 EASTGATE DRIVE
APT 7408
ORLANDO, FL 32839

```
TAYLOR RASKA
4501 EASTGATE DRIVE
APT 7408
ORLANDO, FL 32839


TAYLOR RODRIGUEZ
372 W 21ST ST
DEER PARK, NY 11729-6323


TAYLOR SCHNEIDER
45 E BRYANT AVE
FRANKLIN, OH 45005


TAYLOR SHARRITS
7126 LANCASTER CT
CONCORD TWP, OH 44077


TAYLOR SIMPSON
23 OXFORD ROAD
NEWPORT NEWS, VA 23606


TAYLOR SIMPSON
10925 BRUNSON WAY
GLEN ALLEN, VA 23060


TAYLOR SMITH
1164 PROFESSIONAL DR
VAN WERT, OH 45891


Taylor Straubing
5643 Warner Park Dr.
Westerville, OH 43081


TAYLOR STRAUBING
5643 WARNER PARK DRIVE
WESTERVILLE, OH 43081


TAYLOR STRAUBING
10301 SOUTHWIND DRIVE
CINCINNATI, OH 45242


TAYLOR SWANSON
1800 CHERYL LANE
KISSIMMEE, FL 34744
```

```
TAYLOR THOMPSON
206D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TAYLOR TURNER
14106 DUNWOOD VALLEY DR
BOWIE, MD 20721


TAYLOR TURNER
519 KENNEDY ST NW APT 5
WASHINGTON, DC 20011-3051


TAYLOR WALKER
5712 PLATA ST
CLINTON, MD 20735-2340


TAYLOR WALLACE
2823 BRIGHTON STREET
BALTIMORE, MD 21216


TAYLOR WARE
417 COURTLAND ST
WELLINGTON, OH 44090-1309


TAYLOR WILBERT
1905 PARK RD NW
WASHINGTON, DC 20010


TAYLOR YAMAMOTO
32285 FRANKLIN DRIVE #205
SOLON, OH 44139


TAYLOR YAMAMOTO
2143 LANIHULI DRIVE
HONOLULU, HI 96822


TAYLOR YAMMAMOTO
2143 LANIHULI DRIVE
HONOLULU, HI 96822


TAYNOR JACKSON
2263 MADISON AVE
BALTIMORE, MD 21217
```

TAYRON BANKS
1373 MONROE STREET NW
WASHINGTON, DC 20010


TAYSEER MAHAMADI
525 CARROLL ST. APT 2D
AKRON, OH 44304


TAYVANIQUE WILSON
1281 NORTH LOS ROBLES AVENUE, APT 6
PASADENA, CA 91104


TAZH BROWN
4013 31ST STREET
MOUNT RAINIER, MD 20712


TAZKIA AL-BARI
3754 HILL AVE APT 40
TOLEDO, OH 43607


TAZMERE RIVERA
249 BELLEVUE AVE
EWING, NJ 08618


TCHEPSEN NOREUS
13370 NE 5TH AVENUE
MIAMI, FL 00305


TE'ANA WASHINGTON
218 MANCHESTER DRIVE, APT 266
EULESS, TX 76039


TE'UNDRIA HENDERSON
210 ROARING SPRINGS DRIVE
DESOTO, TX 75515


TE'VEAN NUTTER
403A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TEAIRA RANDLE
2621 HOWE AVE APT-212
SACRAMENTO, CA 95821

TEANDRE HAMILTON
2437 RED RIVER STREET
MESQUITE, TX 75150


TEANNA FRANCES HENDERSON
11 BUSH ST
BROOKLYN, NY 11231


TEANNA LIGON
429 ROSE AVE
JERSEY CITY, NJ 07305


Teara Carter
4665 E. Main St.
Apt. 15
Columbus, OH 43213


TEDDISHA MACKEY
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TEDSA JOANISSE
1800 QUEENSQUARD RD.
SILVER SPRING, MD 20906


TEISHA BRADLEY
2100 H ST NE
WASHINGTON, DC 20002-3214


TEJAS PATEL
401 BURLWOOD CT
FAYETTEVILLE, NC 28303


TEKIA KENNER
3914 23RD PL
TEMPLE HILLS, MD 20748


TELERA TROTTER
P.O. BOX 55125
ST.PETERSBURG, FL 33712


TELIYAH PIERRE
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

TELJRIN TANNER
236 NATHAN DRIVE
DALEVILLE, AL 36322


TELLUS MCLEOD
2649 PURNELL DR
REISTERSTOWN, MD 21136


TELSHA PERDUE
P.O BOX 802
ZELLWOOD, FL 32798


TEMILOLU APATA
2953 MARNAT ROAD
APT A
BALTIMORE, MD 21209


TEMILOLUWA OGUNJEMILUSI
6529 RIDGE ROAD
ROSEDALE, MD 21237


TEMILOLUWA SALAKO
274 COLDWATER DR
CLAYTON, DE 19938-3902


TEMITOPE ARAGBAYE
9903 WILLIAMSBURG DR
UPPER MARLBORO, MD 20772-4476


TEMITOPE DERE
4160 WILLIAMS COURT
HOFFMAN ESTATE, IL 60192


TEMPERANCE PRATT
18180 NW 68TH AVE
APT #202-E
HIALEAH, FL 33015


TENAGE DAVIS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Tenet Florida Physician Services
9960 S Central Park Blvd. #400
Boca Raton, FL 33428

TENG GAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Tennessee Dept. of Revenue
Andrew Jackson State Office Bldg
500 Deadrick St.
Nashville, TN 37242


Tennessee Secretary of State
312 Rosa L. Parks Ave.
6th Floor
Nashville, TN 37243


TEREKA GEORGE
940 N.W 172ND ST
MIAMI, FL 33169


TEREL VEIRA
6700 NW 8TH COURT
COCONUT CREEK, FL 33063


TERENCE SIMMS
4511 DOCTOR BEANS LEGACY CIR
BOWIE, MD 20720-6385


TERESA JOHNSON
2206 SIDNEY AVE.
BALTIMORE, MD 21230


TERIN DUPRE
3470 LOCH RIDGE DR
BIRMINGHAM, AL 35216


TEROZHANE MILTON
1480 NW 93RD ST
MIAMI, FL 33147


TERRA WASHINGTON
733 YALE AVE
BALTIMORE, MD 21216

```
TERRANCE FLETCHER
15814 SW 305TH TERRACE
HOMESTEAD, FL 33032


TERRANCE GIBSON
1142 NE 9 TERRACE
HOMESTEAD, FL 33033


TERRANCE HOLTZ
10 KEEPSAKE PLACE
WALDORF, MD 20602


TERRANCE KIDD
5817 WESLEYAN DRIVE
PO BOX C477
VIRGINIA BEACH, VA 23455


TERRANCE KIDD
1096 WILLOW GREEN DR.
NEWPORT NEWS, VA 23602


TERRANEKA RAHMING
5121 SW 18TH ST
HOLLYWOOD, FL 33023


TERRE SHIELDS
2305 BROOKFIELD AVE APT 3
BALTIMORE, MD 21217


TERRELL ANDERSON
8623 CIPRIANO SPRINGS CT
GREENBELT, MD 20770


TERRELL CRAWFORD
5023 EAST 114TH STREET
CLEVELAND, OH 44125


TERRELL HICKMAN
4101 ROLLINS AVE
BALTIMORE, MD 21215


TERRELL MCCLAIN
902 E BOSTON AVE
YOUNGSTOWN, OH 44502
```

TERRELL MILLS
2118 WALBROOK AVE
BALTIMORE, MD 21217


TERRELL WASHINGTON
568 HILLCREST STREET
TEANECK, NJ 07666


TERRENCE MOSLEY
3544 W 94TH STREET
HIALEAH, FL 00033-3018


TERRENCE WARREN
29564 MAYFAIR DRIVE
FARMINGTON HILLS, MI 48331


TERRI ADJODHA
6468 NW 66TH WAY
PARKLAND, FL 33067


TERRI ARMSTRONG
4184 HUNTERS RIDGE DRIVE
RAVENNA, OH 44266


TERRICK WILLIAMS
18950 NW 27TH AVE
APT. 307
CAROL CITY, FL 33056


TERRIKA GOODE
2118 SAINT ELMO AVE
MEMPHIS, TN 38127


TERRIN MCCULLOUGH
1319 TIMBERLAND DRIVE
CINCINNATI, OH 45215


TERRISHA SMALL
20303 NW 28TH COURT
MIAMI GARDENS, FL 33056


TERROD ROBERTS
9 STONEWAIN CT APT 3A
TOWSON, MD 21204-2212

Terry Harris
708 Lonnie Ln
Oklahoma City, OK 73170


TERRY HARRIS
708 LONNIE LANE
MOORE, OK 73170


TERRY MAYO
16904 DORCHSTER PLACE
UPPER MARLBORO, MD 20772


TERRY WRIGHT
31 BAILEY AVE
HILLSIDE, NJ 07205


TERYN LANGFORD
14 E DAVIS RD
HAMPTON, VA 23666-4640


TESHIEK MAZYCK
7735 NW 27TH AVE
APT 306
MIAMI, FL 33147


TESHYRA BUTLER
2135 NW 152 TERR
OPA LOCKA, FL 33054


TESLIM ODERINDE
6502 TAPWOOD CT
GLEN BURNIE, MD 21060


Tess Jackson
506 N Chester St
Baltimore, MD 21205


TESSA GLOVER
15908 PETROS DR
BROWNSTOWN, MI 48173


TESSY FLORE RICHELMOND
1981 NW 43RD TERRACE
APT 266
LAUDERHILL, FL 33313

TETRAE LAFLEUR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TEVIN BROWN
108 SAN REMO BLVD.
MARGATE, FL 33068


TEVIN BROWN
4561 PENRIDGE RD
TOLEDO, OH 43615


TEVIN BROWN
1832 CAMBRIDGE COVE CIRCLE
APT 108
LAKELAND, FL 33810


TEVIN HYATT
6300 SW 4TH PLACE
MARGATE, FL 33068


TEVIN LEWIS
2506 QUEENS CHAPEL RD APT 104
HYATTSVILLE, MD 20782


TEVIN MATTISON-GRAHAM
3428 LYNDALE AVE
BALTIMORE, MD 21213


TEVIN WHITAKER
1501 LONE STAR CT.
MESQUITE, TX 75181


TEXAN MOULTON
5215 EDHAM DRIVE
WEST PALM BEACH, FL 33415


Texas Health Hospital
612 E Lamar Blvd
Arlington, TX 76011


Texas Orthopaedic Associates
2301 Forester Cr. #8105
Arlington, TX 76006

Texas Orthopedic Specialists PLLC
2301 Forester Cr.
Arlington, TX 76006


Texas Physician Resources, LLP
6451 Brentwood Stair Rd.
Ste. 200
Fort Worth, TX 76112


Texas Secretary of State
PO Box 13697
Austin, TX 78711-3697


Thaddeus Williams
356 Briar Valley
Murchison, TX 75778


THAI ROUSE
5417 19TH AVE
HYATTSVILLE, MD 20782


THAIS MIE SHIBATA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


THALIA LEAL
25662 SW 138TH COURT
HOMESTEAD, FL 33032


THALITA AZEVEDO
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


THANDI MOORE
555 FDR DRIVE APT 2B
NEW YORK, NY 10002


THANDI MOSES
196 PARSELLS AVE
ROCHESTER, NY 14609


THANMAYI PANGULLURI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

THAO DUONG
1730 W ROCKET DR
TOLEDO, OH 43606


THARIN THOMAS
8322 CATHERINE AVE
PASADENA, MD 21122-1244


The Arthritis Clinic, LLC
3727 Friendsville Rd. #3
Wooster, OH 44691


The Buncke Medical Clinic
45 Castro St. #121
San Francisco, CA 94114


The Christ Hospital
2139 Auburn Ave.
Cincinnati, OH 45219


The Christ Hospital  Medical Assoc.
2139 Auburn Ave.
Cincinnati, OH 45219


The Christ Hospital Cardiovascular
2139 Auburn AVe.
Cincinnati, OH 45219


The Cleveland Clinic Foundation
PO Box 933126
Cleveland, OH 44193


THE COUNSELING CENTER FOR HEAL
784 US-1
NORTH PALM BEACH, FL 33408


The Counseling Group
2840 SW 3rd Ave.
Miami, FL 33129


The Franz Center
3160 Southgate Commerce Blvd. #64
Orlando, FL 32806

The Herndon Insurance Group
330 - 15th St. SE
Washington, DC 20003


The Huntington National Bank
PO Box 1558
Columbus, OH 43216


The Institute of Jaw & Facial Surge
789 White Pond Dr., Suite B
Akron, OH 44320


The Little Clinic of Ohio, LLC
226 E Perkins Ave.
Sandusky, OH 44870


The Medical Imaging Partnership
7860 Gate Pkwy, Ste. 123
Jacksonville, FL 32256


The Moses H. Cone Memorial
Hospital Operating Corporation
1200 N Elms St.
Greensboro, NC 27401


The Ohio State University
300 W 10th Ave.
Columbus, OH 43210


The Orthopaedic Network, Inc.
2865 N Reynotlds Rd.
Toledo, OH 43615


The Orthopedic Surgery Center
6505 Market St.
Building B, Suite 101
Youngstown, OH 44512


The Palmetto Surgery Center
2140 W 68th St.
Hialeah, FL 33016


The Pathology Group of NW FL
4724 N Davis Hwy #2
Pensacola, FL 32503

The Pharmacy Counter, LLC
2655 W Central Ave.
Toledo, OH 43606


The Phia Group
163 Bay State Drive
Braintree, MA 02184


The Toledo Hospital
PO Box 630253
Cincinnati, OH 45263-0253


The Wooster Clinic
1740 Cleveland Rd.
Wooster, OH 44691


THEA ANGELI
5229 BEECHGROVE AVE NE
CANTON, OH 44705


THEANNAH HECTOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


THEIM MWAE THU
1816 N WESTWOOD AVE APT A
TOLEDO, OH 43607


THEODORE CCLAIN
9577 BEYERLE HILL ROAD
CLEVELAND, OH 44125


THEODORE HOULIHAN
9142 RIDGE ML
SAN ANTONIO, TX 78250-5028


THEODORE MCCLAIN
9577 BEYERLE HILL ROAD
CLEVELAND, OH 44125


THEODORE RADER
1764 SPENCER ST
TOLEDO, OH 43609

THEOPHILUS SANGODELE
29218 RIVEROAK DR
ROMULUS, MI 48174


THERACOUNSEL  INC
4546 N FEDERAL HWY
Fort Lauderdale, FL 33308


THI NGUYEN
1120 N WESTWOOD AVE APT 3113
TOLEDO, OH 43607


Thiago Sickert
7031 SW 41st Pl
Fort Lauderdale, FL 33314


THIBAUT HOUETTE
705 WEST MARKET STREET
APT 5
AKRON, OH 44303


THIBAUT HOUETTE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


THOM BERGMAN
303 PORTSIDE
BUFFALO, NY 14202


THOMAS ADAME
2926 BULLARD AVE
LOS ANGELES, CA 90032-3019


THOMAS BALAKI
1506 NE 110TH ST
MIAMI, FL 33161-7413


THOMAS BISSLER
12481 MUMFORD ROAD
GARRETTSVILLE, OH 44231


THOMAS CASTOR
3828 GARRISON RD
TOLEDO, OH 43613

```
THOMAS CLEAVER
2111 AKRON PENINSULA RD
BUILDING 2
AKRON, OH 44313


THOMAS DAILEY
9913 YALE ROAD
DEERFIELD, OH 44411


THOMAS DOOHAN
1612 COLUMBUS RD
WOOSTER, OH 44691


THOMAS EIDENS
1150 REYNOLDSBURG NEW ALBANY R
BLACKLICK, OH 43004


THOMAS FABER
4382 N. OPFER-LENTZ
MARTIN, OH 43445


Thomas J. Tafelski, DO
6005 Monclova Rd.
Maumee, OH 43537


THOMAS KIRKHAM
505 JEFFERSON AVE APT 711
TOLEDO, OH 43604


THOMAS KOVAR
G781 COUNTY ROAD 17
HOLGATE, OH 43527


THOMAS LEARN
9629 NICHOLS ROAD
WINDHAM, OH 44288


Thomas M. Jones
14 Richland Medical Park Dr. #200
Columbia, SC 29203


THOMAS MATHEWS
3304 DUDLEY AVE
BALTIMORE, MD 21213
```

THOMAS NICHOLSON, III
4806 CANNINGTON DR
COLUMBUS, OH 43229


THOMAS O'LEARY
PO BOX 584
TYBEE ISLAND, GA 31328


THOMAS PUGLIESE
6600 PLEASANT AVE APT 156
RICHFIELD, MN 55423


Thomas R. Grant, MD
825 Fairfax Ave.
Norfolk, VA 23507


THOMAS RINK
2690 DAVIS PECK ROAD
CORTLAND, OH 44410


Thomas Royko
2124 Timber Creek Dr.
Apt. F
Toledo, OH 43615


THOMAS ROYKO
2801 W BANCROFT MS121
TOLEDO, OH 43606


THOMAS ROYKO
2124 TIMBER CREEK DR APT F
TOLEDO, OH 43615


THOMAS STAAB
791 BANGORVILLE RD
BELLVILLE, OH 44813


THOMAS SUPAN
831 WILDWOOD COURT
MEDINA, OH 44256


THOMAS SWOPE
6044 STATE STREET
LOUISVILLE, OH 44641

THOMAS THURLOWAY
2801 W BANCROFT
MS 513
TOLEDO, OH 43606


THOMAS TOPALIAN
13889 COOK STREET
PO BOX 147
BURTON, OH 44021


THOMAS WOODSON
800 TREFOIL CT
MONROEVILLE, PA 15146


THU DUONG
1730 W ROCKET DR
TOLEDO, OH 43606


Thyroid Specialty Laboratory
2900 Lemay Ferry Rd. #114
Saint Louis, MO 63125


TIA AINGS
3013 GUADALUPE AVE
DALLAS, TX 75233


TIA MCKENZIE
PO BOX 164186
ALTAMONTE SPRINGS, FL 32716


TIA MCKENZIE
910 ORIENTA AVENUE
APT #910D
ALTAMONTE SPRINGS, FL 32701


TIAN LI
1169 SHADOW LN APT 203
TOLEDO, OH 43615


TIAN LIU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054

TIAN QIU
1884 WAYNE ST
ORRVILLE, OH 44667


TIAN ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


TIAN ZHANG
2814 WOOD DUCK LANE APT 208
AKRON, OH 44319


TIANA JOHNSON
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


TIANA JOHNSON
521 BULKELEY PLACE
APARTMENT 16
NEWPORT NEWS, VA 23601


TIANA LOFTIES
6087 MAJORS LN APT 7
COLUMBIA, MD 21045


Tiana Skawinski
6170 SW 24th Pl
Fort Lauderdale, FL 33314


TIANCE SHEN
1216 SUNBURY RD
COLUMBUS, OH 43210


TIANNA WILLIAMS
1350 BROOK STREET APT J
CHICAGO, IL 60174


TIANNAH RIGSBY
1661 BURNET AVE #2
UNION, NJ 07083

```
TIANYU MENG
512 S HAWKINS AVE
APT 3
AKRON, OH 44320


TIARA CUFFEE
5817 WESLEYAN DRIVE
BOX 286
VIRGINIA BEACH, VA 23455


TIARA CUFFEE
3019 ILLINOIS AVENUE
NORFOLK, VA 23513


TIARHA RICHARDS
8240 SW 4TH ST
MARGATE, FL 33068


TIARHA RICHARDS
5649 PARK HAMILTON BLVD
ORLANDO, FL 32808


TIASJAH ATCHISON
3020 KAEYLEE LANE
OKLAHOMA CITY, OK 73115


Tidewater Emergency Medical Car
736 N Batlefiled Blvd.
Chesapeake, VA 23320


Tidewater Gastro-Ches Office
112 Gainsborough Square, Suite 200
Chesapeake, VA 23320


TIEARRA WILLIS
62 LOOMIS CT
OWINGS MILLS, MD 21117


TIERA LEONARD
3463 25TH STREET SE
WASHINGTON, DC 20020


TIERA WEST
1120 NW 57 ST
MIAMI, FL 33127
```

TIERRA JOHNSON
6016 SURREY SQUARE LANE APT 202
DISTRICT HEIGHTS, MD 20747


TIERRA SMOOTH
200 ERIN WAY APT T1
REISTERSTOWN, MD 21136


TIESHA BIRDSONG
2935 W LANVALE ST
BALTIMORE, MD 21216-4607


TIFFANI BROOKS
14300 SW 133 AVE
MIAMI, FL 33186


TIFFANIE BILLINGS
1206 KITTANSETT LANE
AUBURNDALE, FL 33823


TIFFANIE MOORE
409 EAST CLEMENT STREET
BALTIMORE, MD 21230


TIFFANY BOLANOS-FRAZIE
16342 SW 95TH ST
MIAMI, FL 33196


TIFFANY BURGESS
14960 91ST AVENUE NORTH
MAPLE GROVE, MN 55369


TIFFANY CASTELLON
14606 DALLAS PARKWAY, APT 1151
DALLAS, TX 75254


TIFFANY LEE
608 HOMESTEAD STREET
BALTIMORE, MD 21218


TIFFANY MORISSEAU
144 BOSTWICK AVE APT 2
JERSEY CITY, NJ 07305

TIFFANY OKRAY
1277 ROAN DRIVE
LANCASTER, TX 75134


TIFFANY PRESTON
845 MOON RD
COLUMBUS, OH 43224


TIFFANY RALSTON
138 CONESTOGA RD
PITTSBURGH, PA 15235


TIFFANY SLUTZ
1122 STEEPLECHASE CIR APT 16F
TOLEDO, OH 43615


TIFFANY SMITH
200 CRESTVIEW DR. #40
JACKSONVILLE, AR 72076


TIFFANY WARNE
4666 N PARK LN
TOLEDO, OH 43614


TIFFANY WARNE
5953 WALNUT CIR APT G5
TOLEDO, OH 43615


TIFFANY WHITE
5020 CLIFTON AVE
BALTIMORE, MD 21215


TIFFANY WILSON
328 SOUTH MONROE ST APT 1
BALTIMORE, MD 21223


TIFFANY WONG
12431 AREACA DR.
WELLINGTON, FL 33414


Tigertail Emergency Phys LLC
3663 S Miami Ave.
Miami, FL 33133

TIHIRA DAVIS
5825 NW 13TH AVE
MIAMI, FL 33142


TIJA SMITH
626 EAST 31ST ST
NOTTINGHAM, MD 21236


TIJANA VUCETIC
4802 WASHINGTON ST APT 1411
HOLLYWOOD, FL 33021


TIJESUNIMI ODEBODE
1800 RAMBLEWOOD ROAD
APT. A
BALTIMORE, MD 21239


TIM ELBERSE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


TIMILEHIN BAWAHALA
1643 TANGLEWOOD DRIVE
AKRON, OH 44313


TIMMIE WILSON
3902 SETONHURST RD
BALTIMORE, MD 21216


Timothy Eidens
1150 Reynoldsburg New Albany Rd.
Blacklick, OH 43004-9692


TIMOTHY HATFIELD
38402 LOMAN CT
NORTH RIDGEVILLE, OH 44039


TIMOTHY HINTON-MCCOY
5620 GREAT NORTHERN BLVD.
NORTH OLMSTED, OH 44070


TIMOTHY JACKSON
2309 W CUMBERLANDMERLAND STREET
PHILADELPHIA, PA 19132

TIMOTHY JEWELL
4377 WESTOVER DRIVE
WEST BLOOMFIELD, MI 48323


TIMOTHY JOHNSON
3715 GREEN OAK CT
PARKVILLE, MD 21234-4258


TIMOTHY MURTON
9781 WINDHAM PARKMAN ROAD
WINDHAM, OH 44288


TIMOTHY PRIEST
3418 ELM BROOK DRIVE
BROADVIEW HEIGHTS, OH 44147


TIMOTHY RICHARDSON
1100 MONTPELIER STREET
BALTIMORE, MD 21218


TIMOTHY RICHARDSON
1673 NORTHBOURNE ROAD
BALTIMORE, MD 21239


TIMOTHY SANFORD
122 S BELMAR DRIVE
REYNOLDSBURG, OH 43068


TIMOTHY SPEARMAN
603 LAKEWOOD AVENUE
BALTIMORE, MD 21205


TIMOTHY STRICKLING
915 ROWE ST
AKRON, OH 44306


TIMOTHY STROBLE
APARTMENT 103
4435 SOUTH 31ST STREET
ARLINGTON, VA 22206


TIMOTHY STUCKY
3220 UPPER BELLBROOK ROAD
BELLBROOK, OH 43505

TIMOTHY TAYLOR
201 S. CONKLING STREET
BALTIMORE, MD 21224


TIMOTHY ZELLER
10742 NEW DELAWARE ROAD
MT. VERNON, OH 43050


TIMUR BALTUTAN
1600 SAINT MICHAELS DRIVE
SANTA FE, NM 87505


TIMYRA ASKEW
13621 NORTH DRIVE
CLEVELAND, OH 44105


TINA DARAMY
4310 REGALWOOD TERRACE
BURTONSVILLE, MD 20866


TINA MAMODALY
520 BRICKELL KEY DR.
701
MIAMI, FL 33131


TINASHE GWAZE
504B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21215


TINASHE KASIYAMHURU
5806 EDGEPARK ROAD, APARTMENT A
BALTIMORE, MD 21239


Tinka Lyons
1613 Kirkwood Rd.
Gwynn Oak, MD 21207


TIONA WILSON
11002 CORTEZ AVE #A
ADELANTO, CA 92301


TIONNA WHITE
1700 E COLD SPRING LANE
BALTIMORE, MD 21251-0001

TIONNE BLACKWELL
15001 COURTLAND PLACE
LAUREL, MD 20707


TIONNE MACK
14422 SW 280TH ST,102
HOMESTEAD, FL 33032


TIREE EDDIE
2900 NW 214TH STREET
MIAMI GARDENS, FL 33056


TIRIK SMITH
1610 TOPAZ ROAD
KILLEEN, TX 76543


TIRZAH MEJIA
803 N.W 105 PL.
MIAMI, FL 33172


TISHA GODFREY
3609 GARDEN LANE
MIRAMAR, FL 33023


TISHINA COX
43 CEDAR RD
AMITYVILLE, NY 11701


TITERRA THORNTON
6505 COBALT AVE. N
JACKSONVILLE, FL 32210


TITILOPEMI OLUSOLA
8269 SW 25TH CT
MIRAMAR, FL 33025


TITO BONADONNA
806 ADDY ROAD
SUITE 256
COLUMBUS, OH 43214


Tiyah Koney
20227 Yankee Harbor Pl
Montgomery Village, MD 20886

TIYANNA WRIGHT
1721 WEST 85TH STREET
LOS ANGELES, CA 90046


TIYEA WEST PRICCE
7243 LAGUNA
GRAND PRARIE, TX 75054


TMH PHYSICIAN ASSOCIATES PLLC
PO BOX 4719
NEW YORK, NY 10003


TOBE UWAECHINA
35 LEATHERWOOD PL
ROSEDALE, MD 21237-3520


TOBECHUKWU EJIKE
11714 TUSCANY DR
LAUREL, MD 20708-2841


TOBECHUKWU OSUZOKA
6849 STURBRIDGE DRIVE
BALTIMORE, MD 21234


TOBECHUKWU OSUZOKA
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


TOBIE THOMAS
100 SUNMAR CT APT 1C
BALTIMORE, MD 21207


TOBIE THOMAS
3442 CARRIAGE HILL CIR
APT T1
BALTIMORE, MD 21216


TOBILOBA KOMOLAFE
1911 WINFORD RD
BALTIMORE, MD 21239-3735


TOBY TABE
12904 NORTHAMPTON DR
BELTSVILLE, MD 20705

TOBY TABE
12904 NORTHAMPTON DR
BALTIMORE, MD 21206


TOCHUKWU UGOAMADI
55 AVEN WAY
BALTIMORE, MD 21236


TODD CLOSSON
5706 WILLOWTON AVE
BALTIMORE, MD 21239


TODD JOHNSON
5814 LEITH WALK
BALTIMORE, MD 21239


TODD LENZ
2034 GLENCAIRN AVE
TOLEDO, OH 43614


TODD REXROAD
1050 AVON ST
AKRON, OH 44310


TODD SKARBNIK
2810 NE 201ST TERRACE
APT G325
MIAMI, FL 33180


TODDRICK ANDERSON
1226 ARMORLITE DR. #101
SAN MARCOS, CA 92069


Tokio Marine HCC
Life Insurance Company
PO Box 402032
Atlanta, GA 30384-2032


TOLANI TAIWO
6710 WOODSTREAM DRIVE
LANHAM, MD 20706


Toledo Clinic, Inc.
4235 Secor Rd.
Toledo, OH 43623

Toledo Radiological Assoc
4169 N Holland-Sylvania Rd.
Ste. 203
Toledo, OH 43623


TOLEDO RICHARDSON
406A DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TOLULOPE AJAYI
8 BREEZE BRANCH CT
APT G
LUTHERVILLE TIMONIUM, MD 21093


TOLULOPE OLU-AJAYI
4420 SPRINGWOOD AVENUE
BALTIMORE, MD 21206


TOLUWALOPE OJO
3823 BRENBROOK DR
COLLEGE PARK, MD 20740


TOLUWALOPE OLOGUN
1725 WEST NORTH AVENUE
BALTIMORE, MD 21217


TOLUWALOPE OLOGUN
1171 PELHAM WOOD ROAD
PARKVILLE, MD 21234


TOLUWANIMI ADEJUMO
11200 LAKEOVERLOOK PLACE
BOWIE, MD 20721


TOM LUU
1919 KEY ST
APT A
MAUMEE, OH 43537


Tom Patton Consulting, LLC
33479 Lake Road
Avon Lake, OH 44012

```
TOMAS GRECO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


TOMAS MEDINA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


TOMAS MILLET
3301 COLLEGE AVE.
PO BOX 229000
FT. LAUDERALE, FL 33329


TOMEKA GLENN
2514 E. JEFFERSON STREET
BALTIMORE, MD 21205


TOMIDE APATA
2953 MARNAT ROAD
APT A
BALTIMORE, MD 21209


TOMIKA SIMS
5817 WESLEYAN DRIVE
PO BOX A191
VIRGINIA BEACH, VA 23455


TOMMY GRANT
2160 MADISON AVE APT 5B
NEW YORK, NY 10037-2209


TOMMY HIRAKATA TENGAN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TONG LIU
2200 HIGH ST
APT 751
CUYAHOGA FALLS, OH 44221


TONG ZHANG
520 S HAWKINS AVENUE
APT 1
AKRON, OH 44320
```

```
TONI ANIUGO
4618 HARCOURT ROAD
BALTIMORE, MD 21224


TONI CARRION
5603 CRESTHAVEN LN
TOLEDO, OH 43614


TONI SBERT SABATER
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


TONI-ANN LEE
3800 WEAN DRIVE UNIT 3B
BLATIMORE, MD 21236


TONIA MATTHEWS
3535 SHANNON DRIVE
BALTIMORE, MD 21213


TONISHA HOWELL
410 LOCKHART STREET
DAYTONA BEACH, FL 32114


TONY CAMPBELL
1658 EAST BELVEDARE AVE APT 101
BALTIMORE, MD 21239


TONY EDWARDS
6500 SOUTH RHODES
CHICAGO, IL 60617


TONY GITHINJI
C/O STUDENT AFFAIRS
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TONY JONES
22 EAST EXCHANGE STREET
AKRON, OH 44308


Tonya Tressler
5627 Glasgow
Sylvania, OH 43560
```

Tonya Wolf
2068 NW 208th Way
Hollywood, FL 33029


TOR SAUNDERS
9126 HARGREAVES PLACE
MUKILTEO, WA 98275


TOREY COWARD
4870 SOM CENTER ROAD
CHAGRIN FALLS, OH 44022


TORI INGRAHAM
2804 SW 119TH WAY
MIRAMAR, FL 33025


TORI MORGAN
1316 CARRIAGE CREEK
DESOTO, TX 75115


TORI SIMMONS
3606 CLUBVIEW DRIVE
GARLAND, TX 75044


TORI STOKES
502 EDUCATION WAY
BALTIMORE, MD 21215


TORIANA PRESIDENT
7417 UPLAND BEND DRIVE
TEMPLE, TX 76502


TORIANO HOBBS
7606 STANHOPE LANE
ARLINGTON, TX 76001


TORICAH NAKIGUDDE
685 BELMONT ST 2
BELMONT, MA 02478


TORIN ALEXANDER
2960 CELIAN DRIVE
GRAND PRAIRIE, TX 75052

```
TORIN MAYHEW
2441 RUTHERFORD CIRCLE
DUNCANVILLE, AL 35456


TORREY PATTON
5540 NANTUCKET RD
DAYTON, OH 45426


TORRI GROULX
5817 WESLEYAN DRIVE
PO BOX A84
VIRGINIA BEACH, VA 23455


TORRIN WALKER
2007 N WASHINGTON ST
BALTIMORE, MD 21213-1413


TORY MCCUTCHEON
2175 BINGHAM CENTER ROAD
NORTH BINGHAM, PA 16941


TOTAL MD PHYSICIANS GROUP
PO BOX 733314
300
AUSTIN, TX 78749


TOTAL ORTHOPAEDIC CARE
4850 W OAKLAND PARK BLVD #201
LAUDERDALE LAKES, FL 33313


Total Orthopedic Care
10794 Pines Blvd., Ste 104
Penbroke Pines, FL 33026


Total Vein and Skin, LLC
PO Box 744122
Atlanta, GA 30374-4122


TOWN OF DAVIE
6591 ORANGE DR.
DAVIE, FL 33314


TOWNSEND OUTPATIENT NEW ORLEAN
3620 CHESTNUT ST
New Orleans, LA 70115
```

TOYA BROWN
2402 BRIARWOOD RD
BALTIMORE, MD 21216


TRA'VON CHAPMAN
1000 WABASH AVE
CINCINNATI, OH 45215


TRACE THOMAS
1672 HANOVER CT.
HAMILTON, OH 45013


TRACEY JOSEPH
810 NE 127TH STR
MIAMI, FL 33161


TRACEY NORTON
819 SW 2ND AVE
HALLANDALE BEACH, FL 33009-7000


TRACEY WEH
7201 OLIVER ST
LANHAM, MD 20706-1227


TRACIE DOI
2401 EUTAW PLACE
BALTIMORE, MD 21217


TRACIE MOORE
8123 SW 24 STREET
DAVIE, FL 33324


TRACY FITZGERALD
125 HIDDEN HILL CIR
ODENTON, MD 21113


Tracy Logan
272 - 38th Ave. N
Nashville, TN 37209


TRACY VILLARD
12 SHARON CT APT304
LAUREL, MD 20707

```
TRAE WHITE
5817 WESLEYAN DRIVE
PO BOX C68
VIRGINIA BEACH, VA 23455


TRAEVONNE GREENE
4225 SW EMLAND DRIVE APT.8
TOPEKA, KS 66606


TRAICE ROKITA
549 STRASBURG
MONROE, MI 48161


TRAIVON HODGE
926 ORCHARD TERR
LINDEN, NJ 07036


Traivon Wilson
6226 Plymouth Rd.
Baltimore, MD 21214


TRAJAN BENT
6635 24TH AVE
HYATTSVILLE, MD 20782


TRAMON LUCAS
2607 HALLAM CT
WINDSOR MILL, MD 21244-1916


TRAMOUR WILSON
209 OLU STREET
HILO, HI 96720


TRAN NGUYEN
900 IREDELL STREET
AKRON, OH 44310


TRANAE NICHOLAS
1680 NW 4TH AVE
APT. 8C
MIAMI, FL 33136


TRANIESHA GODBEE
859 NW 77TH ST
MIAMI, FL 33150
```

TRAPANI
3130 PALM TRACE LANDINGS DRIVE
APARTMENT 607
DAVIE, FL 33314


Travaz Clark
1695 Langford Rd.
Gwynn Oak, MD 21207-4961


TRAVIS GOLDRING
616 LEXINGTON PL NE
WASHINGTON, DC 20002


TRAVIS GRAY
202 WEST BROAD ST.
LOUISVILLE, OH 44641


TRAVIS KOTELES
11875 LADUE TRAIL
AUBURN, OH 44023


TRAVIS MANG
3236 TRUMAN RD
PERRYSBURG, OH 43551


TRAVIS MAZUR
717 WINSTON DR
MONROE, MI 48161


TRAVIS MCGRIFF
2817 NW 9TH ST
FORT LAUDERDALE, FL 33311


TRAVIS MITCHELL
7777 NORMANDY BLVD APT. 515
JACKSONVILLE, FL 32221


TRAVIS MOWERY
1351 CRAIGWOOD RD
TOLEDO, OH 43612


TRAVIS PAGARESKI
2029 KEY ST APT C
MAUMEE, OH 43537

TRAVIS RICHARDS
126 HELLE BLVD APT 514
DUNDEE, MI 48131


TRAVIS SAMPLES
1621 W MOROCCO RD
TEMPERANCE, MI 48182


TRAVIS SMITH
401 S MAIN STREET STE 133A
AKRON, OH 44311


TRAVIS SOMMERS
17488 CLARIDON TROY ROAD
BURTON, OH 44021


TRAVIS WILLIFORD
1478 W NORWOOD ST
RIALTO, CA 92377-4422


TRAVON BELINFANTE
305 BELLEVUE RIDGE RD
ACCOKEEK, MD 20607-3355


TRAVON FREEMAN
15 E MOUNTAIN CREEK COURT
GRAND PRAIRIE, TX 75052


TRAVON LOVER
4936 NASH ST NE
WASHINGTON, DC 20019


TRAVONTE JUNIUS
257 E ARCHWOOD AVE
AKRON, OH 44301


TRAYVON HINES
57 S MORLEY ST
BALTIMORE, MD 21229-3645


TRE'SHUN WILSON
1623 FERGUSON ST
MONTGOMERY, AL 36104

TRE'ZHON DELANEY
1329 5TH STREET NW
WASHINGTON, DC 20001


Treasure Coast Ear Nose
6216 SE Federal Hwy
Stuart, FL 34997


Treasure Coast Ear Nose
1822 SE Port St. Lucie Blvd
Port Saint Lucie, FL 34952


TREASURE COAST EAR NOSE  THROA
2221 SE OCEAN BLVD #300
STUART, FL 34996


Treasure Coast Medical Assoc.
3405 NW Federal Hwy #1
Jensen Beach, FL 34957


TREASURE COAST PATHOLOGY
PO BOX 377
STUART, FL 34995


TREASURE COAST URGENT CARE
1050 SE Monterey Rd, Ste 101
STUART, FL 34994


TREASURE ELLIS
602C MARTIN LUTHER KING JR DRIVE
CROSSETT, AR 71635


TREASURE SHEFFIELD
3107 LAKEPOINTER DR
PLANTATION, FL 33322


TREASURE SHEFFIELD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TREASURE TEEL
1796 EAST 53RD STREET
BROOKLYN, NY 11234

Treasurer of Virginia
State Corporation Commission Clerk
PO Box 1197
Richmond, VA 23218-1197


TREMAIN TORRE
5441 BECKNER ST
191 MERRIMAC TRAIL
NORFOLK, VA 23509


TRENT DIMMERLING
25266 TRACY RD
PERRYSBURG, OH 43551


TRENT WILLIAMS
14700 SW 106 AVE
MIAMI, FL 33176


TRENTON LAIR
1529 AUBURN ROAD
PO BOX 752
NEWBURY, OH 44065


TRENTON LOVEJOY
4015 SILVERHILL DRIVE
DALLAS, TX 75241


TREQUAN FLOUNORY
731 NW 1ST TERRACE
DEERFIELD BEACH, FL 33441


TRESA REYNOLDS
1542 NORTH LEAMINGTON, APT 2
CHICAGO, IL 60651


Treshaun Fletcher
1120 N Westwood
Apt. 606
Toledo, OH 43607


TRESHAUN SUTTON
109 ENCHANTED HILLS RD
APT 304
OWINGS MILLS, MD 21117

TRESHERR REAVES
145 CREE DR
OXON HILL, MD 20745-1216


TRESHUN WILSON
1623 FERGUSON ST
MONTGOMERY, AL 36104


TRESHUR MCGEE
2099 BELAFONTE LANE
ORLANDO, FL 32811


TRESTAN NEUFVILLE
2674 SILVER HILL DRIVE
APT 5
ORLANDO, FL 32818


TREVAUGHN MCNEIL
2934 SAINT MIHIEL AVENUE
NORFOLK, VA 23509


TREVELL CARR
706B DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TREVER WENDEL
921 LLOYD AVENUE
AURORA, OH 44202


TREVION ROBINSON
12020 NORTH GESSNER ROAD
HOUSTON, TX 77064


TREVON DAVIS
6 HEPBURN LANE
WILLINGBORO, NJ 08046


TREVON ELLIS
26 SADDLESTONE CT.
OWINGS MILLS, MD 21117


TREVON OLIVER
5713 CHINQUAPIN PKWY
BALTIMORE, MD 21239-2509

TREVON STARKS
221 STONEPORT DRIVE, APT 6108
DALLAS, TX 75217


Trevonda Burney
2715 Whites Creek Pike
Apt. 130
Casselberry, FL 32707


TREVONNA ISOM
1441 NW 168TH TERR
MIAMI GARDENS, FL 33169


TREVONNE JENKINS
5817 WESLEYAN DR
B462
VIRGINIA BEACH, VA 23455


TREVONTE BAIN
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TREVOR BROWN
9002 FOX PARK RD
CLINTON, MD 20735


TREVOR COATES
5921 THERFIELD DR
SYLVANIA, OH 43560


TREVOR DOREN
2662 ALISDALE DR APT 101
TOLEDO, OH 43606


TREVOR HAM
1800 HAMPTON KNOLL DR.
AKRON, OH 44313


TREVOR HARRISON-RAWN
10595 LITHOPOLIS RD NW
CANAL WINCHESTER, OH 43110


TREVOR ROBERSON
4296 HICKORY PARK LN
BATAVIA, OH 45103

TREVOR SHERRARD
165 NW 96TH TERRACE, #3201
PEMBROKE PINES, FL 33024


TREVOR SMITH
3023 BEMENT ST
ERIE, PA 16506


TREY RICHARDS
22 WASHINGTON AVENUE
NILES, OH 44446


TREZUER BUTLER
1342 SHAFTER STREET
SAN FRANCISCO, CA 94124


TRI QUANG
224 WESTWOOD AVE.
AKRON, OH 44302


TRIALANI HILL
4830 N.W. 3RD AVE
MIAMI, FL 33127


Tricia Gatti
2195 Brewster Drive #518
Myrtle Beach, SC 29577


Tricia R. Fincham
9145 Horn Rd.
Windham, OH 44288


TRINITEE YOUNG
2813 VILLAGE CREEK RD.
FORT WORTH, TX 76105


TRINITI KNIGHT
12515 BARKER CYPRESS PROV
APT 9122
CYPRESS, TX 77429


TRINITY GEPHART
8416 DRAYMORE DRIVE
BLACKLICK, OH 43004

TRINITY HALL
3329 CLARKS LN APT B
BALTIMORE, MD 21225


TRINITY MIXON
5163 HOMEWOOD AVE.
MAPLE HEIGHTS, OH 44137


TRINITY WILKES
7885 EL DORADO STREET
FONTANA, CA 92336


TRIPP HOPKINS
4915 LABELLE DR
COLUMBUS, OH 43232


TRIPTI THAPA
3414 DORR ST APT 315
TOLEDO, OH 43607


TRISHA MAE TOTANES
2801 EMERALD RD
PARKVILLE, MD 21234-5634


TRISHANDA SMITH
1614 HAMPTON RD
LEESBURG, FL 34748


TRISHAUN HALL
226 SAN REMO BLVD
MARGATE, FL 33068


TRISTA DAVIS
1418 SHELL FLOWER DRIVE
BRANDON, FL 33511


TRISTAN KEHRES
146 EAST MAIN STREET
SHELBY, OH 44875


TRISTAN ROCK
1609 MAPLE AVENUE
ZANESVILLE, OH 43701

TRISTAN SMITH
12200 OELKE RD
MAYBEE, MI 48159


TRISTAN WILLIAMS
285 ALLYN STREET
AKRON, OH 44311


TRISTYN KIDD
224 WOODWARD STREET
BELLEVUE, OH 44811


TriZetto Provider Solutions
PO Box 48458
Oak Park, MI 48237-6058


TROY MCCREA
10605 SW 158 PL
MIAMI, FL 33196


TROY MCKENZIE
3823 KILBURN RD
RANDALLSTOWN, MD 21133


TROY MITCHELL
1050 N W 108 TERRACE
MIAMI, FL 33168


TROY NANCE
393 SUMNER ST APARTMENT 2-411D
AKRON, OH 44304


TROY PRUNTY
6131 EAGLES NEST ROAD
MENTOR, OH 44060


TROY ROBINSON
5006 CATALPHA RD
BALTIMORE, MD 21214-2120


TROY SIDNER
113 VESPER ST
AKRON, OH 44310

```
TRUETT DUHON
871 IBIS WALK PLACE N
APT 5315
ST PETERSBURG, FL 33716


TRUSTIN HARRIS
4607 EMBASSY CIRCLE
APT. 304
OWINGS MILLS, MD 21117


TSEGHE SIMPSON
1726 CORTELYOU RD
BROOKLYN, NY 11226-5206


TSGAKRSTOS DAFLA
706 MURPHY LANE
BALTIMORE, MD 21201


TSHAI BESS
20822 SW 123RD CT
MIAMI, FL 33177


TU NGUYEN
1500 PENTRIDGE RD
BALTIMORE, MD 21239


TU NGUYEN
1644 EAST COLD SPRING LN, 2ND FLOOR
BALTIMORE, MD 21218


TUE CHAU
2914 CHELTENHAM RD
TOLEDO, OH 43606


TUE CHAU
1730 W ROCKET DR
TOLEDO, OH 43606


Tuenebari Kumahle-Vincent
6413 Falkirk Rd
Baltimore, MD 21239-1648


TULANE UNIV HOSP AND CLN
PO BOX 402872
ATLANTA, GA 30384
```

TUNG NGUYEN
16401 NW 37 AVE
MIAMI GARDENS, FL 33054


TUNGAA BAYARSAIKHAN
541 BLUE HERON DR. #219C
HALLANDALE BEACH, FL 33009


TUO JI
75 S ADOLPH ST
APARTMENT 3
AKRON, OH 44304


TUO LUO
2200 HIGH STREET APT 852
CUYAHOGA FALLS, OH 44221


TUPAC KERSAINVIL
19123 NW 36TH AVE.
MIAMI GARDEN, FL 33056


TURHAN DOKMECI
1850 S OCEAN DR APT 1903
HALLANDALE BEACH, FL 33009-7680


TUWANOB UDDIN
2721 URBANA DRIVE
SILVER SPRING, MD 20906


TUZAR SKIPPER
598 E MAIN ST
NORWICH, CT 06360


TX Health Dallas
8200 Walnut Hill Lane
Dallas, TX 75231-4402


TY SMITH
5025 SANTA BARBARA DR
SYLVANIA, OH 43560


TY'RIQUE SIMS
1700 E COLD SPRING LANE
BALTIMORE, MD 21251

TYDUS CHUSTZ
941 DINGLEDINE AVENUE
LIMA, OH 45804


TYEISHA LAWRENCE
40 I SOLAR CIRCLE
PARKVILLE, MD 21234


TYEKELL WADLEY
6661 DOUGLAS ST
HOLLYWOOD, FL 33024


TYENNA COLON
4450 NW 172ND DR
MIAMI GARDENS, FL 33055-4345


TYESHA BATTLE
3883 JASMINE LANE
CORAL SPRINGS, FL 33065


TYGERIA COVIN
249 6TH AVE
LONG BRANCH, NJ 07740


TYIA BRANKER
14079 82ND LN NORTH
WALDORF, MD 20603


TYIREKK HARRELL
116 MOSS OAK DR
VALDOSTA, GA 31601


TYJUAN HILL
407 TAFT AVENUE
BEDFORD, OH 44146


TYKESE TYLER-EDGAR
1150 NATIONAL
MEMPHIS, TN 38122


TYKIMA GYASI
1330 NE 114TH TER
MIAMI, FL 33161

TYKYRAH WILLIAMS
816 BLUELAKE DR
MEBANE, NC 27302


TYLA ARCHER
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


TYLA FOBBS
1417 PINE LAKE ROAD
ORLANDO, FL 32808


TYLAR HINTON
4408 LUCERNE RD
TEMPLE HILLS, MD 20748


TYLER ANDERSON-MAJORS
1137 BESSIE STREET
FORT WORTH, TX 76104


TYLER ANGLE
3015 GREER ROAD
AKRON, OH 44319


TYLER ARNOLD
3569 MADRID DRIVE
WESTERVILLE, OH 43081


TYLER BAILEY
9190 WINTERCORN LN
BALTIMORE, MD 21223


TYLER BAILEY
9190 WINTERCORN LN
COLUMBIA, MD 21045


TYLER BANKERT
312 MARASCO CT.
REISTERSTOWN, MD 21136


TYLER BARTON
1635 WOODHURST DR
TOLEDO, OH 43614

```
TYLER BOKMAN
23705 SAWMILL BEND
OLMSTED FALLS, OH 44138


TYLER BROWN
715 CASTLEWOOD PL
UPPER MARLBORO, MD 20774


TYLER BROWN
35185 DOWNING AVE
NORTH RIDGEVILL, OH 44039


TYLER CABINESS
832 IREDELL STREET
AKRON, OH 44310


TYLER CARCIOPPOLO
6267 SAINT JOSEPH DRIVE
SEVEN HILLS, OH 44131


TYLER CARTE
445 DEXTER DRIVE
HARRISONBURG, VA 22801


TYLER CONN
5817 WESLEYAN DRIVE
BOX 121
VIRGINIA BEACH, VA 23455


TYLER CORDELL
8737 NORTHSTAR CIR
SEVILLE, OH 44273


TYLER COWLES
1805 OHLTOWN MCDONALD RD.
NILES, OH 44446


TYLER DALZELL
10352 WEST RIDGE RD.
ELYRIA, OH 44035


TYLER DASH
4610 RENWICK AVE
BALTIMORE, MD 21206
```

TYLER DAWSON
3220 FAIRVIEW RD
BALTIMORE, MD 21207


TYLER DEAN
2948 KENDALE DR APT 202
TOLEDO, OH 43606


TYLER DUBEN
740 NORTON DRIVE
TALLMADGE, OH 44278


TYLER DUBRAVETZ
2501 GRAHAM AVE
AKRON, OH 44312


TYLER EDWARDS-FRICK
1010 RACE STREET
ZANESVILLE, OH 43701


TYLER FOSTER
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TYLER FRAKER
6262 COUNTY RD 6-3
DELTA, OH 43515


TYLER GILCHRIST
522 SILVER RIDGE DR
COPLEY, OH 44321


TYLER GRINE
1104 HAZEL ST
FREMONT, OH 43420


TYLER HAAS
943 ROME BEAUTY DRIVE
AMHERST, OH 44001


TYLER HEARD
537 BEECHWOOD STREET
RIVER ROUGE, MI 48218

```
TYLER JOHNSTON
10410 US ROUTE 24
GRAND RAPIDS, OH 43522


TYLER JONES
1908 CONSTANTINOPLE ST
NEW ORLEANS, LA 70115-5318


TYLER KEIRNS
12005 KING CHURCH
UNIONTOWN, OH 44685


TYLER KROTZER
4512 NUTWOOD AVENUE
WARREN, OH 44483


TYLER MACK
783 EDGE HILL RD
GLENSIDE, PA 19038-3819


TYLER MAGLEY
11750 WALNUT HILL DRIVE
BALTIMORE, OH 43105


TYLER MARNER
4008 CLARKS LANE
BALTIMORE, MD 21215


TYLER MCMILLION
8571 NORTHWEST 11TH STREET
CORAL SPRINGS, FL 33071


TYLER MEDLEY
1700 EAST COLD SPRING LANE
BALTIMORE, MD 21251


TYLER MELORS
511 NORTH CHURCH STREET
MT. PLEASANT, PA 15666-1110


TYLER MOORE
6327 PIONEER DR.
BALTIMORE, MD 21214
```

TYLER NOKES
1430 MATTHEWS LANE
SOUTH BEND, IN 46614


TYLER PARENT
6078 COUNTRY RIDGE DR
TROY, MI 48098


TYLER REAMSNYDER
17840 US HIGHWAY 20A
WEST UNITY, OH 43570


TYLER ROLLE
1285 SW 101ST WAY
APT #203
HOLLYWOOD, FL 33025


TYLER SANCHEZ
10365 SW 128TH TERRACE
MIAMI, FL 33176


TYLER SCHMITT
3825 FAIRHAVEN DR
WEST LINN, OR 97068-3759


TYLER SINK
2240 BRUCE RD. APT 44
DELAWARE, OH 43015


TYLER SWEARINGEN
36550 STARBOARD DRIVE
EASTLAKE, OH 44095


TYLER TICHENOR
202C DALEY
2500 WEST NORTH AVENUE
PIKESVILLE, MD 21208


TYLER TICHENOR
202C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

TYLER WAUGH
3923 SUSANNA ROAD
RANDALLSTOWN, MD 21133


TYLER WHITE
10810 HILL TOP DR
FT WASHINGTON, MD 20744-5820


TYLER WILLIAMS
1040 DEER RIDGE DR APT 411
BALTIMORE, MD 21210-2574


TYLER ZEPP
9629 NICHOLS ROAD
WINDHAM, OH 44288


TYLLER HARRISON
1963 BRANDYWINE RD
APT 208
WEST PALM BEACH, FL 33409


TYLOR BUTLER
5817 WESLEYAN DRIVE
PO BOX A93
VIRGINIA BEACH, VA 23455


TYMEL BROWNLEE
4117 VERNON BLVD APT 1B
LONG ISLAND CITY, NY 11101-7141


TYMETRIUS RICHBURG
3719 SONARA RD
PIKESVILLE, MD 21208


TYMON ENWEREAMA
1034 REVILLA LANE
ROCKLEDGE, FL 32955


TYNA WILLIAMS
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


TYNESHA MCCRAY-MURRAY
365 NE 191ST STREET
MIAMI, FL 33179

TYNESHA SMITH
708 NOTTINGHAM RD APT 2B
BALTIMORE, MD 21229


TYNESHA TYNES
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


TYRA CLARK
1713 WADSWORTH WAY
BALTIMORE, MD 21239-3126


TYRA FRAZIER
651 NW 18TH CT
POMPANO BEACH, FL 33060


TYRA FRAZIER
2541 NW 11TH STREET
POMPANO BEACH, FL 33069


TYRA NEAL
6 SILERTON ROAD
APT. 1B
BALTIMORE, MD 21227


TYRA PATTERSON
717 SW 8TH ST
DANIA, FL 33004


TYRA WILLIAMS
1007 WOODSHIRE CIRCLE
SHERVEPORT, LA 71107


TYRECE SPEAIGHT
5515 WINDING WOODS BLVD
COLUMBUS, OH 43213


TYREE BROWN
1933 GARDENCREST LANE
DALLAS, TX 75232


TYREE GOLSTON
5817 WESLEYAN DRIVE
PO BOX C209
VIRGINIA BEACH, VA 23455

TYREE GOLSTON
4921 AQUARIUS COURT
VIRGINIA BEACH, VA 23453


TYREE LEWIS
243 OSBORNE TERRACE
NEWARK, NJ 07112


TYREE MCGILL-LOVE
1229 COLGIN DRIVE
APT. 302
VIRGINIA BEACH, VA 23455


TYREE WILLIAMS
303C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


TYREECE DUKE
308 ELM AVENUE
NORTH WALES, PA 01945-4333


TYREEK AKIN-COLE
2445 NW 159TH TERRACE
OPA LOCKA, FL 33054


TYREEK BROWN
1816 N DALLAS ST
BALTIMORE, MD 21213-2207


TYREESE JONES
7900 MAYAPPLE CT
CLINTON, MD 20735-3390


TYREK SANDERS
18700 NE 3RD CT
APT. 610
MIAMI, FL 33169


TYRELL THOMAS
4405 HUNTCHASE DRIVE
BOWIE, MD 20720

```
TYREN JACKSON
2808 CONTINENTAL DRIVE
REYNOLDSBURG, OH 43068


TYREN SMITH
4916 GILRAY DR
BALTIMORE, MD 21214-2134


TYRESE KING
508 5TH STREET
MOULTRIE, GA 31768


TYRESE MAPP
1400 8TH STREET
WEST PALM BEACH, FL 33401


TYRESE REED
3317 ROUND RD
BALTIMORE, MD 21225


TYRESE WILLIAMS
8611 N. 15TH ST.
TAMPA, FL 33604


TYRI PLAYFAIR-DEACON
1358 KENTON RD
BALTIMORE, MD 21234


TYRIESHA BROWN
3358 NW 198 TERR
CAROL CITY, FL 33056


TYRIK FORBES
19248 STOCKTON AVENUE
MAPLE HEIGHTS, OH 44137


TYRIK ROBINSON
6011 4TH STREET S
ST PETERSBURG, FL 33705


TYRIONNE PAUL
3709 ROCKFORD HGTS
B
METAIRIE, LA 70002
```

TYRIQ CHARLEUS
12504 STARLIGHT LN
BOWIE, MD 20715-2144


TYRISHA HASKINS
7202 E KILMER ST
HYATTSVILLE, MD 20785-2131


TYRON BRATCHER
3099 BERO RD APT B
HALETHORPE, MD 21227


TYRON BRATCHER
815 5TH AVE
BALTIMORE, MD 21227


TYRONE HINTON
209 GRAIDEN ST
UPPR MARLBORO, MD 20774-1817


TYRONE SHAW
11700 HENLEY CT
WALDORF, MD 20602-4101


TYSHAI FREEMAN
1178 SAN SIMEON DR.
HANOVER PARK, IL 60133


TYSON BISHOP
137 BEN BOULEVARD
ELKTON, MD 21921


TYSON DARBY
3609 JEFF RD.
GLENARDEN, MD 20774


TYZANAE SAMPSON
516 RIDING CROP AVENUE
NORTH LAS VEGAS, NV 89081


TZE-GANG HUS
315B, 401 S. MAIN ST
AKRON, OH 44311

TZEWAN WONG
10420 SW 77TH AVE #100
PINECREST, FL 33156


TZIPORA LOWENSTEIN
3103 BANCROFT ROAD
APARTMENT #D
BALTIMORE, MD 21215


TZU-YU LAI
2771 RYEWOOD AVE APT D
COPLEY, OH 44321


TZVIAH DANK
74 CASTERTON AVENUE
AKRON, OH 44303


UBIOME, INC
PO BOX 392103
SAN FRANCISCO, CA 94105


UDARA DE SILVA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


UDAY REDDY SAMREDDY
274 - WHEELER STREET
APARTMENT - 2
AKRON, OH 44304


UF Health Cancer Center at Orlando
22 W Underwood St., 4th Floor
Orlando, FL 32806


Ugomma Etoh
8516 Caswell Pl
Hyattsville, MD 20784-3304


UH Ahuja Medical Center
3999 Richmond Rd.
Beachwood, OH 44122

UH Case Medical Center
Dept. 781854
Detroit, MI 48278-1954


UH Cleveland Medical Center
11100 Euclid Ave.
Cleveland, OH 44106


UH CMC
11100 Euclid Ave.
Cleveland, OH 44106-1716


UH Geauga Medical Center
13207 Ravenna Rd.
Chardon, OH 44024


UH Portage Medical Center
6847 N Chestnut St.
Ravenna, OH 44266


UHEALTH JACKSON URGENT C
PO BOX 864728
MIAMI, FL 33136


UHealth Pathology at UMHC
Clinical Research Building
1120 NW 14th St.
14th Floor, Suite 1409
Miami, FL 33136


UJWAL BOYALLA
77 FIRHILL TOWERS, APT#: 4B5
FIRHILL ST
AKRON, OH 44304


ULANDRE HENFIELD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ULISES MARTIN DIAZ
474 SHERMAN STREET, APT 104B
AKRON, OH 44311

```
ULYSEES GILBERT
4898 SW 80TH AVE
OCALA, FL 34481


Uma C Perni, MD
500 Gypsy Ln
Youngstown, OH 44504


UMANG PAWAR
77 FIR HILL STREET
2B12
AKRON, OH 44304


UMANG PAWAR
634 E BUCHTEL AVENUE
APARTMENT 215
AKRON, OH 44304


UMass Mem Rad Phy Svc Fund
55 Lake Ave. N
Worcester, MA 01655


UMass Memorial Healthcare
55 Lake Ave. N
Worcester, MA 01655


UMass Memorial Medical Group
55 Lake Ave. N
Worcester, MA 01655


UMDC
PO BOX 277397
ATLANTA, GA 30384


UMDC - Community Health Delivery Sy
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Anesthesiology
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005
```

```
UMDC - Dept of Dermatology
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Ob/Gyn
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Ophthamology BP/Able
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Ortho Rehab
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Plastic Surgery
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Psychiatry
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Pulmonary Medicine
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC - Dept of Radiology
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005
```

UMDC - Dept of Surg Intensive Care
University of Miami
1611 NW 12th Ave.
Box 016960 M851
Miami, FL 33136-1005


UMDC COMMUNITY HEALTH DELIVER
PO BOX 277397
ATLANTA, GA 30384


UMDC DEPT OF NEUROLOGY
PO BOX 405506
N
MIAMI, FL 33176


UMDC DIV OF CARDIOGRAPHICS
PO BOX 277397
ATLANTA, GA 30384


UMDC DIV OF ENDOCRINOLOGY
PO BOX 277397
ATLANTA, GA 30384


UMDC DIV OF VASCULAR SURGERY
PO BOX 277397
ATLANTA, GA 30384


UMDC DIVISION OF HEMATOLOGY
PO BOX 277397
ATLANTA, GA 30384


UMDC-DIV OF CARDIOGRAPHICS
PO BOX 281037
ATLANTA, GA 30384


UMDC-DIV OF GASTROENTEROLOGY
PO BOX 281037
A
MIAMI, FL 33125


UMHC
1 Hospital Dr.
Columbia, MO 65212

UMHC
PO BOX 402005
ATLANTA, GA 30384


UNC FACULTY PHYSICIANS
PO BOX 271647
CHARLOTTE, NC 28265


UNDREA BULLARD
941 10TH AVE S
ST PETERSBURG, FL 33705


UNIQUE DALPHE
12040 NE 16 AVE APT.202
MIAMI, FL 33161


UNIQUE TATE
7901 PLANTATION BLVD
HOLLYWOOD, FL 33023


Unison Behaviora Health Group
1425 Starr Ave.
Toledo, OH 43605


UNITED ANES SERV PC
PO BOX 828962
PHILADELPHIA, PA 19182


United States Treasury
Internal Revenue Service
Worland, WY 82401-0039


UnitedHealthcare Insurance Co.
450 Columbus Blvd.
Hartford, CT 06103


Unity Health Network, LLC
2750 Front St.
Cuyahoga Falls, OH 44221


Univ Hosp Lab Serv Foundation
55 N Chillicothe Rd
Aurora, OH 44202

```
UNIV OF NC HOSPS
PO BOX 75430
NEW YORK, NY 10003


Univ Toledo Medical Ctr
3065 Arlington Ave.
Toledo, OH 43614


University Hospital Medi
11100 Euclid Ave.
Cleveland, OH 44106


University Hospitals Medical Group
PO Box 772044
Detroit, MI 48277-2044


University Hospitals Physicians Ser
20800 Harvard Rd.
Beachwood, OH 44122-7202


University Medical Service Assoc.
12901 Bruce B Downs Blvd.
Tampa, FL 33612


University of Akron
185 E. Mill St.
Akron, OH 44325


University of Akron
Attn: Matt Beaven
Risk Management
320 Buchtel Commons
Akron, OH 44325-4702


University of AL Hospital
1802 - 6th Ave. South
Birmingham, AL 35233


University of Alabama Health Servic
750 Peter Bryce Blvd.
Tuscaloosa, AL 35401
```

University of Toledo
Attn: Matthew Schroeder MS964
2801 W. Bancroft Street
Toledo, OH 43606-3390


University of Toledo
Attn: Phillip Cockrell, Ph.D.
University Hall Rm3630 Mail Stop963
2801 W. Bancroft St.
Toledo, OH 43606-3390


University of Toledo Medical
2130 Central Ave
Toledo, OH 43606


University of Toledo Physician
1000 Regency Ct
Toledo, OH 43623


University Primary Care Practices
27100 Chardon Rd., Ste. 100
Cleveland, OH 44143


Urgent Care Physicians of Country W
13500 SW 152nd St.
Miami, FL 33177


Urgent Care Physicians of Kendale L
14661 SW 56 St.
Miami, FL 33175


Urgent Med Davie
2337 S University Dr.
Fort Lauderdale, FL 33324


Urgentmed Plantation
10199 Cleary Blvd. #10
Fort Lauderdale, FL 33324


URIAH POWELL
637 BRISBANE RD
BALTIMORE, MD 21229-4402

USA Risk Group
PO Box 1085 5th Floor
Queensgate House, 113 S. Church St.
Cayman Islands


UTSAV SIGDEL
1803 ABERDEEN RD
APT C
PARKVILLE, MD 21234


UXSUNN RAMIREZ
10761 SW 61 ST
MIAMI, FL 33173


UYIOSA OKORO
16 S FREDERICK AVE APT 102
GAITHERSBURG, MD 20877-2358


UZOCHI IRONDI
405 SUMMERTREE LANE
DESOTO, TX 75115


UZODINMA UTOMI
373 CARROLL STREET
SUITE 84
AKRON, OH 44325


VAIBHAV MATHUR
5898 CEDAR RIDGE DR
ANN ARBOR, MI 48103


VAIDEHI MENON
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Val Verde Hospital Corp
801 N Bedell Ave.
Del Rio, TX 78840


VALENSKY ETIENNE
8151 SW 3RD CT
NORTH LAUDERDALE, FL 33068

VALENTINA DENIS
105 SW 21ST TERR
CAPE CORAL, FL 33991


VALERIA SANTINI
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


VALERIE AGUIRRE
1218 DEWBERRY STREET
WILMER, TX 75172


VALERIE ANDY
405 MANDALE COURT
FORT WASHINGTON, MD 20744


VALERIE LAUDERBACK
1139 EAST 347TH STREET
EASTLAKE, OH 44095


VALERIE MARTINEZ
513 W DICKEY RD, APT 226
GRAND PRAIRIE, TX 75051


VALERY AVILES
4419 NW 1ST AVE
MIAMI, FL 33127


VALIYAH BARNES
405D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Valko Associates
3130 Executive Pkwy #8
Toledo, OH 43606


VALLEY DIAGNOSTIC MEDICAL CEN
581 N Franklin Tpke Ste 1
Ramsey, NJ 07446


Valley Pediatric Group, PLC
108 Community Dr.
Waynesboro, VA 22980

```
VALLEY PHYSICIAN SERVICES PC
PO BOX 16605
PARAMUS, NJ 07652


VALORI VAUGHT
6801 HINSDALE STREET
PO BOX 208
HIRAM, OH 44234


VAMSI MULPURI
53 S CLG STREET
APT C
AKRON, OH 44308


VAN EDWARDS
PO BOX 1181
FORT MYERS, FL 33902


VAN NGUYEN
5608 N 32ND AVE
PHOENIX, AZ 85017


Van Wert Family Physicians
1178 Professional Dr.
Van Wert, OH 45891


VANCE SURALL
2110 NW 189TH TERR
MIAMI GARDENS, FL 33056


Vanderbilt University Medical Cente
1211 Medical Center Dr.
Nashville, TN 37232


VANECIA DUGGAN
16504 VILLAGE DR. W
UPPER MARLBORO, MD 20772


VANEQWA WARREN
4930 ROCKPORT DRIVE
DALLAS, TX 75232


VANESSA ANAYA
15525 GAUNTLET HALL MANOR
DAVIE, FL 33331
```

VANESSA ARTEAGA
7311 THURSTON STREET
DALLAS, TX 75235


VANESSA DELCID
5817 WESLEYAN DRIVE
PO BOX C375
VIRGINIA BEACH, VA 23455


VANESSA DUCASSE
17000 NW 67TH AVE APT 312
HIALEAH, FL 33015


VANESSA MACHARIA
507D DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


Vanessa Perez
193 NW 113 Way
Pompano Beach, FL 33071


VANESSA RIVERA
140 SPRUCEWOOD DR
SEVILLE, OH 44273


VANQUALIA WILLIAMS
2200 FALCONER CIR
ARLINGTON, TX 76006


VARUN SANKAR PRATHIPATI
4457 WOODGLEN ST
APT J
KENT, OH 44240


VARUN SANKAR PRATHIPATI
77 FIR HILL- APT 2812
AKRON, OH 44304


VARUN SANKAR PRATHIPATI
#77 FIR HILL STREET APT 6B8
AKRON, OH 44304

VASHTI CHARLTON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


VATRICE WILLIAMS
4305 SNOW MASS DRIVE
ARLINGTON, TX 76016


VAUGHN LEAK
1709 HARTSDALE RD
BALTIMORE, MD 21239


Vaxcare Corporation
3113 Lawton Rd. #250
Orlando, FL 32803


VEKIA RICHARDSON
1783 HOOD STREET
MEMPHIS, TN 38018


Velocity Urgent Care
396 Cromwell Ave.
Rocky Hill, CT 06067


VENICE NEWTON
2301 NW 89TH TERRACE
MIAMI, FL 33147


VENIESHA VINCENT
2488 78TH AVE
PHILADELPHIA, PA 19150


VENKATA DHARANIDHAR SAMUDRALA
1B11, 55 FIR HILL
FIR HILL TOWERS
AKRON, OH 44304


VENKATA GANESH ASHISH AKULA
77 FIR HILL TOWERS
APT 2B8
AKRON, OH 44304

VENKATA SAI PRANEETH KAREMPUDI
80 E EXCHANGE STREET
APT 457 A
AKRON, OH 44304


VENKATESH MEENAKSHISUNDARAM
449 PALM AVE
AKRON, OH 44301


VEONTRA THOMAS
4615 OAKSIDE DRIVE
HOUSTON, TX 77053


VERA BELLAMY
551 LAVERS CIRCLE APT 374
DELRAY BEACH, FL, FL 33444


VERGIL JONES
P O BOX 195002
WINTER SPRINGS, FL 32719


VERLINE SALOMON
6001 WEBSTER AVENUE
WEST PALM BEACH, FL 33405


VERNAE JOHNSON
AUBURN BLVD.
DAVIE, FL 33312


VERNESHIA RAHMINGS
1961N W 187TH TERRACE
CAROL CITY, FL 33056


VERNICE WIGGINS
802 DARTMOUTH ROAD APT A
BALTIMORE, MD 21212


VERNON TOLIVER
1711 NW 170TH TERR
MIAMI, FL 33056


VERNON TOLIVER
20785 N W 41ST AVENUE
MIAMI GARDENS, FL 33055

```
VERONICA AHADZIE
662 SUMNER STREET
AKRON, OH 44304


VERONICA BALLESTER
6363 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70118


VERONICA CODY
6150 STATE ROUTE 669 NE
SOMERSET, OH 43783-9546


Veronica Cruz Gonzalez
3625 College Ave.
Box 1776
Fort Lauderdale, FL 33314


Veronica T. Dunn
Southeastern Risk Consultants, Inc.
930 Weedon Dr. NE
Saint Petersburg, FL 33702


VERONICA VAVAL
3236 SHADY WILLOW DR
ORLANDO, FL 32808


VERONIKA TOUSSAINT
1170 NE 135TH STREET
NORTH MIAMI, FL 33161


Vesna Radivojevic
2200 Scottwood Ave.
Unit 111
Toledo, OH 43620


VIANCA BAYALA
15401 NW 37TH AVE
MIAMI GARDENS, FL 33054-6459


VIBHUTI CHANDNA
1814 N WESTWOOD AVE APT E
TOLEDO, OH 43607
```

VICENTE VENTURINA
1300 RUSTIC TRAIL
PARMA, OH 44134


VICHAN COOPER
240 PANORAMA DRIVE
OXON HILL, MD 20745


VICTOR ANDREWS
4610 BIRCHTREE LANE
TEMPLE HILLS, MD 20748


VICTOR BATEN
4920 KEITH PACE
ORLANDO, FL 32808


VICTOR BORIMONOFF
656 NW 129 WAY
PEMBROKE PINES, FL 33028


VICTOR CARRUYO
228 SW 22ND STREET
FORT LAUDERDALE, FL 33315


VICTOR CLARK
4313 SHELDON AVE
BALTIMORE, MD 21206-6436


VICTOR CURRY
729 ASHLAND AVE
CHICAGO HEIGHTS, IL 60411-2036


VICTOR EDEM
7 GREENBURY CT APT D
BALTIMORE, MD 21207


VICTOR GOMEZ
1507 57TH AVE
OAKLAND, CA 94621


VICTOR NTAM
5 BRIGHTON LN
GAITHERSBURG, MD 20877

VICTOR NWAULU
706C DALEY
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


VICTOR OLANREWAJU
5210 LOCH RAVEN
APT C
BALTIMORE, MD 21239


VICTOR VAUGHAN
1208 FOUR WINDS WAY
BALTIMORE, MD 21216


VICTORIA AGBOOLA
1 WOLF TRAP CT
NOTTINGHAM, MD 21236-2507


VICTORIA ALLEN
3441 NW 171ST ST
CAROL CITY, FL 33056


VICTORIA ARMSTRONG
4013 SHANNON DR
BALTIMORE, MD 21213


VICTORIA AUGER
4701 VENICE HEIGHTS BLVD.#145
SANDUSKY, OH 44870


VICTORIA AZAKUDO
1384 PONDVIEW AVENUE
APT. 4
AKRON, OH 44305


VICTORIA BELU-JOHN
6811 SAUTER LN
BALTIMORE, MD 21207


VICTORIA BRYANT
1746 CLAYTON WAY
CONCORD, CA 94519

VICTORIA BRYANT
972 JAMESTOWN AVENUE
SAN FRANCISCO, CA 94124


VICTORIA BURNS
7744 WOODSTONE DR
MAUMEE, OH 43537


VICTORIA FALLUCCO
545 ROSYLN AVENUE
AKRON, OH 44320


VICTORIA HENDERSON
1709 OVERCUP OAK CT
WALDORF, MD 20601-3590


VICTORIA HO
158 CHESTERFIELD LN
APT #8
MAUMEE, OH 43537


VICTORIA JOHNSON
4711 NAVARRO AVE
BALTIMORE, MD 21215-4225


VICTORIA JONES
1032 MIFFLIN AVENUE
ASHLAND, OH 44805


VICTORIA JONES
2175 MESA GRANDE LANE
JACKSONVILLE, FL 32224


VICTORIA KANEL
225 ROSEHAVEN CT
KINGSPORT, TN 37663


VICTORIA LEWIS
5974 HIGHLAND VILLAGE DRIVE, APT 288
DALLAS, TX 75241


VICTORIA LICHTENSTEIGER
2319 US ROUTE 224
OHIO CITY, OH 45874

VICTORIA MANAHAN
5817 WESLEYAN DRIVE
PO BOX B479
VIRGINIA BEACH, VA 23455


VICTORIA MANAHAN
1835 OLD WESTMINSTER ROAD
WESTMINSTER, MD 21157


VICTORIA MARTINEZ
6413 PEGGY DRIVE
FORT WORTH, TX 76133


VICTORIA OGUNDAHUNSI
5701 BELLE VISTA AVE
BALTIMORE, MD 21206


VICTORIA PLAISIR
2454 MARY JEWETT CIRCLE
WINTER HEAVEN, FL 33811


VICTORIA RABER
10430 AIRPORT HWY LOT 117
SWANTON, OH 43558


VICTORIA REYES
8072 CAMINO PREDERA
RANCHO CUCAMONGA, CA 91730


VICTORIA RICHMOND
2101 KINGSLEY DRIVE, APT 24103
PEARLAND, TX 77584


VICTORIA RODRIGUES
252 CONCORD RD
SUDBURY, MA 01776-2333


VICTORIA RODRIGUEZ
6030 NW 186 ST APT 306
HIALEAH, FL 33015


VICTORIA RYES
8072 CAMINO PREDERA
RANCHO CUCAMONGA, CA 91730

VICTORIA SHAFFER
1456 PARAGON PL
PITTSBURGH, PA 15241


VICTORIA SHODIPO
4735 TRUFFLE LN
BALTIMORE, MD 21216


VICTORIA SHULAN
2382 COLONNADE DR
AKRON, OH 44333


VICTORIA STACHOWSKI
585 HILLCLIFF DR
WATERFORD, MI 48328


VICTORIA VALETTA
5094 KUSZMAUL AVENUE NW
WARREN, OH 44483


VICTORIA VENTURA
1826 PADDY LANE
ONTARIO, NY 14519


VICTORIA WILLIAMS
5417 S. DREXEL AVE, APT 3
CHICAGO, IL 60615


VIDA POWELL
7727 BUFORD DR
DALLAS, TX 75241


VIERGE CAMILLE
4201 NW 34TH ST APT 217
LAUDERDALE LAKES, FL 33319-5772


VIJAY BAJNATH
7872 N. SILVERADO CIRCLE
HOLLYWOOD, FL 33024


VIJAY KUMAR KOLAGANI
77 FIRHILL
APT 2B5
AKRON, OH 44304

VIKARIE ELLIOTT
6 ROSECRANS PLACE
APT. 10
NOTTINGHAM, MD 21236


VIKAS KUMAR CINNAM
437 SUMNER STREET, APT C2
AKRON, OH 44304


Vikil K. Girdhar, MD
340 S Broadway St.
Akron, OH 44308


Vikram Sunderaraghavan
3428 Indian Rd.
Toledo, OH 43606


Viktor Pavlidakey
1094 Candler Rd.
Clearwater, FL 33765


VIKTORIA SULLIVAN-CORTEZ
2547 BROADWAY ST
TOLEDO, OH 43609


VILLARDIE LATORTUE
14850 WEST DIXIW HWY
#121
NORTH MIAMI, FL 33181


VINCENT ANDERSON
8136 PALM VIEW LANE
RIVERSIDE, CA 92508


VINCENT BRUNSON
9160 GRANITE CT
WALDORF, MD 20603


VINCENT DANIELS
2820 NW 156TH STREET
OPA LOCKA, FL 33054


Vincent DeGeorge, PhD
3632 W Market St., Ste. 103
Akron, OH 44333

VINCENT JUREWICZ
165 WALDORF DR
AKRON, OH 44313


Vincent Jurwicz
6088 Meadowlake Dr.
Medina, OH 44256


VINCENT LOCKETT
222 CRESCENT DR
AKRON, OH 44301


VINCENT LONIGRO
4626 HARTLAND CENTER ROAD
COLLINS, OH 44826


VINCENT MCCALL
2 GARRISON VIEW RD APT 12
OWINGS MILLS, MD 21117-3912


VINCENT MCCALL
8547 MORVEN ROAD
PARKVILLE, MD 21234


VINCENT ORZEL
884 HEMLOCK LANE
SAGAMORE HILLS, OH 44067


VINCENT SUSETYO
367 E BROAD ST
APT 309
COLUMBUS, OH 43215


VINCENT SUSO
12417 HOLLOW RIDGE ROAD
DOYLESTOWN, OH 44230


VINCENT VERBIAR
1131 LAKE AVE
AURORA, OH 44202


Vincente Franco, MD
1884 Red Rd.
Miami, FL 33155

VINCENZO ORLANDO
36265 FALCON CREST AVE.
AVON, OH 44011


VINEET SUNNY THOMAS
274 WHEELER ST
APT 2
AKRON, OH 44304


VINICIUS CARVALHO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


VINICIUS GONZALEZ DA SILVEIRA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


VINICIUS NASCIMENTO
900 BISCYANE BLVD
APT 4808
MIAMI, FL 33132


VINICIUS NASCIMENTO
1 CANAL STREET
APT 418
BOSTON, MA 02114


VINOD PAGADALA
55 FIR HILL STREET, APT 10B6
AKRON, OH 44304


VINSHAUN COBHAM
1371 NE 173RD ST
NORTH MIAMI BEACH, FL 33162


VINTRELLE HART
1418 VALBROOK CT N
BEL AIR, MD 21015


VIORE BOSFIELD
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054

VIPUL SHUKLA
2432 OLD STONE CT APT 10
TOLEDO, OH 43614


VIRAJA KOMMARAJU
2801 W BANCROFT MS121
TOLEDO, OH 43606


Virginia Beach Neurology, Ltd.
968 First colonial Rd. #103
Virginia Beach, VA 23454


Virginia Wesleyan University of
Norfolk, VA
Attn: James Cooper
5817 Wesleyan Dr.
Norfolk, VA 23502


VIRSHON COTTON
373 CARROLL ST
AKRON, OH 44325


VISHAL KATHARDEKAR
20888 DUNBAR DR
CUPERTINO, CA 95014


VITAL MD GROUP HOLDINGS, LLC
PO BOX 432040
MIAMI, FL 33243


VITORIA FREITAS TOLEDO
308 E 84TH ST APT 3
NEW YORK, NY 10028-4663


VITTORIO PETRILLO
3137 KINGSTON LANE
YOUNGSTOWN, OH 44511


VIVEK AMIN
7149 EMERALD COVE AVE NW
CANAL FULTON, OH 44614

VIVEK DESAI
22 E. EXCHANGE STREET
APT #0051A
AKRON, OH 44308


VIVEK DESAI
130 MONTROSE W AVE
AKRON, OH 44321


VIVEK REDDY YASA
77 FIR HILL TOWERS, APT# 9B11
AKRON, OH 44304


VIVIAN ARENAS
16393 E DURAN BLVD
LOXAHATCHEE, FL 33470


VIVIAN MARQUES BRAGA
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


Vivien Smatko
9340 Lagoon Place
#405
Fort Lauderdale, FL 33324


VLADIMIR CHOMARTOV
16-38 MANDON PI
FAIR LAWN, NJ 07410


VLADISLAV GRANT
1498 SW 5TH AVE
BOCA RATON, FL 33432


VRUSHALI BHAGAT
2220 HIGH STREET
APT # 305
CUYAHOGA FALLS, OH 44221


VRUSHALI BHAGAT
3512 WYOGA LAKE ROAD
APT # 207
CUYAHOGA FALLS, OH 44224

Vyshnavi Reddy
1120 N Westwood Ave.
Apt. 1415
Toledo, OH 43607


VYSHNAVI REDDY
2213 DONEGAL DR
DARIEN, IL 60561


W B Carrell Memorial Clinic
9301 N Central Expy
Dallas, TX 75231


W R Rosen, Inc.
9921 Pines Blvd.
Hollywood, FL 33024


WADE CAMPBELL
7420 SOUTH HARVARD AVENUE
CHICAGO, IL 60621


WADEN POWELL
117 RAYMOND CIRCLE
WARNER ROBINS, GA 31088


WADLINE LAFRANCE
12525 NE 13TH AVE APT 402
NORTH MIAMI, FL 33161-5133


Waleed F. Nemer, MD, Inc.
908 E Waterloo Rd. #1A
Akron, OH 44306


WALEED KASSABO
4615 N PARK LN
TOLEDO, OH 43614


WALID BANGNA
104 BRYAN CT APT 101
LAUREL, MD 20707


Walid F. Makdisi
160 Kingsley Ln
Norfolk, VA 23505

WALTER MACIEL
5157 ARBOR GLEN CIRCLE
GREENACRES, FL 33463


WALTER MACIEL
629 SEA PINE WAY
E 2
GREENACRES, FL 33415


WALTER RICHARDSON
7993 SW 187TH STREET
CUTLER RIDGE, FL 33157


WAN-HUA LIN
1350 N HOWARD ST APT 604
AKRON, OH 44310


WANDA TRAVERS
3101 MAYFIELD AVE
WINDSOR MILL, MD 21244


WANDAGO CHOGE-ARUM
1647 NORTHGATE RD
APT 1
BALTIMORE, MD 21218


WANDOO ADAMS
1797 TANGLEWOOD DRIVE
AKRON, OH 44313


WANDOO ADAMS
2368 EAST MARKET STREET
APT 3A
AKRON, OH 44312


WANDOO AGEV
2 PIPING ROCK DRIVE
SILVER SPRING, MD 20905


WANJIRU WANGATI
4914 GOOD HOURS PL
COLUMBIA, MD 21044

```
WANUKE THEOC
160 NW 49TH ST
MIAMI, FL 33127-2109


WANYA MITCHELL
1602 CIMARRON HILLS DR
APOPKA, FL 32703


WARDA ABDULLA
900 WEST MARKET ST. APT. 804
AKRON, OH 44313


Wards Corner Pediatrics, PC
7423 Granby St.
Norfolk, VA 23505


WARREN BALL
5523 KARL RD.
COLUMBUS, OH 43229


WARREN BALL
467 SPICER ST.
APT B
AKRON, OH 44311


WARREN BULL
5760 POWERS FERRY RD.
ATLANTA, GA 30327


WARREN CANADY
1872 JOHN BROWN LANE
VIRGINIA BEACH, VA 23464


WARREN WILSON
1107 QUEENS PURCHASE RD
ESSEX, MD 21221-5669


WASIM ALHABACHI
3704 EXCALIBUR COURT
BOWIE, MD 20716


Waters Edge Dermatology
2845 PGA Blvd.
Palm Beach Gardens, FL 33410
```

WAVERLY ALLEN
920 TIMBER VALLEY WAY
APARTMENT 102
VIRGINIA BEACH, VA 23464


WAVERLY WITUSKI
20 ROYAL DORNOSH
SPRINGBORO, OH 45066


WAYLAN MITCHELL
3918 BATEMAN AVE
BALTIMORE, MD 21216-2135


Wayne H. Case, MD PA
17933 NW 7th St., Suite 102
Hollywood, FL 33029


WAYNE MITCHELL
1604 WAVERLY WAY
BALTIMORE, MD 21239


WAYNEISHA BAKARE
2074 ECHOLDALE AVE.
APT. A6
BALTIMORE, MD 21239


WEBSTER PROVINCE
14851 NE 7TH AVE
MIAMI, FL 33161


WEI WEI
2125 CAMPUS RD APT 2240C
TOLEDO, OH 43606


WEI-YAO TUNG
80 E. EXCHANGE ST. APT 477
AKRON, OH 44308


WEI-YUAN CHEN
22 EAST EXCHANGE ST. UNIT 2093B
AKRON, OH 44308

WEI-YUAN CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


WEICHAO HUANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


WEICHENG SUN
118 ELIZABETH PARKWAY
AKRON, OH 44304


WEICHENG ZHAO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


WEIXIU ZENG
333 UNION PLACE
AKRON, OH 44304


WEIYAO LI
77 FIR HILL TOWERS APT. 6C9
AKRON, OH 44304


Well Dyne Rx, LLC
500 Eagles Landing
Lakeland, FL 33810


Wellcare Physicians Group, LLC
PO Box 72147
Cleveland, OH 44192


WellDyneRx, Inc.
PO Box 90369
Lakeland, FL 33804


WELLINGTON FARRINGTON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


Welspan Medical Group
1001 S George St.
York, PA 17403

```
WEN LUO
1993 SEDRO STREET
CUYAHOGA FALLS, OH 44221


WEN LUO
490 TOMPKINS AVE
AKRON, OH 44305


WENBIN YIN
2200 HIGH ST
APT. 366
CUYAHOGA FALLS, OH 44221


WENBO MA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


WENDINBOUDE OUEDRAOGO
1308 CENTAUR DR
DISTRICT HEIGHTS, MD 20747-1701


WENDY EDOUARD
5673 WESTVIEW DR
ORLANDO, FL 32810


WENDY ROMERO
442 LAKE PARK DRIVE
GRAND PRAIRIE, TX 75052


WENDYNAH PRESMY
330 SW 20TH AVE. APT. 2
FT. LAUDERDALE, FL 33312


WENFAN CHEN
4577 OLENTANGY RIVER RD APT 21
COLUMBUS, OH 43214


WENFENG LIANG
900 W MARKET ST, APT 609
AKRON, OH 44313
```

WENHAN ZHAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


WENHAO LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


WENHAO LI
80 E EXCHANGE ST.
APT. 275-B
AKRON, OH 44308


WENHE CHEN
FIRHILL STREET APT 5A1
AKRON, OH 44304


WENHE CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


WENLI QIAN
1812 N WESTWOOD AVE APT F
TOLEDO, OH 43607


WENLI QIAN
16717 ALDERWOOD MALL PKWY
APT H411
LYNNWOOD, WA 98037


WENPENG SHAN
1394 HUNTERS LAKE DR. W.
CUYAHOGA FALLS, OH 44221


WENQI LI
2599 CHAMBERLAIN RD
APT 12
FAIRLAWN, OH 44333


WENQI LI
1759 HAMPTON KNOLL DRIVE
AKRON, OH 44313

WENXUAN ZHOU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


Werner K. Schuele
Patient First Urgent Care
332 Newton Rd.
Virginia Beach, VA 23462


WERONIKA GAUDYN
451 BROWN ST. APT# 5
AKRON, OH 44311


WESLENE SYLVESTRE
325 NE 151 ST
MIAMI, FL 33162


WESLEY JEFFERS
7745 GRAND VIEW BLVD
HOLLYWOOD, FL 33023


WESLEY JUDY
4657 PAISLEY RD
TOLEDO, OH 43615


WESLEY JUDY
12339 WATERSTONE LN APT 924
PERRYSBURG, OH 43551


WESLEY MCGEE
2429 WOODBROOK AVE
1021 COOKS LANE
BALTIMORE, MD 21217


WESLEY PIPHER
110 EAST WALNUT STREET
P.O. BOX 356
ATTICA, OH 44807


West Boca Medical Center
21644 Florida 7
Boca Raton, FL 33428

West Kendall Baptist Hospital
PO Box 198116
Atlanta, GA 30384-8116


Western Reserve Hospital, LLC
1900 23rd St.
Cuyahoga Falls, OH 44223


WESTON MERLING
449 PALM AVE
AKRON, OH 44301


WESTON-YANETH TRUJILLO MD PA
 2300 N Commerce Pkwy Ste 301
WESTON, FL 33326


Weston/Pannu Laser Vision Institute
2625 Executive Park Dr. #4
Fort Lauderdale, FL 33331


Westside Reg Med Ctr
PO Box 403014
Atlanta, GA 30384


WHENDEE TONEY
49 ATTENBOROUGH DR APT 201
BALTIMORE, MD 21237-5716


WHITNEY BERNARD
1390 SMOKEY LANE
BEAUMONT, TX 77705


WHITNEY MAJOR
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


WHITNEY PATRICK
3732 HILLDALE COURT
GRAND PRAIRIE, TX 75052


WHITNEY PRICE
2471 NW 26 AVENUE
FORT LAUDERDALE, FL 33311

```
WHITNEY SAMUEL
14901 BELLE AMI DR
BALTIMORE, MD 21216


WHITNEY TALBERT
110 N FEDERAL HIGHWAY
APT 809
FORT LAUDERDALE, FL 33301


WHITNEY THOMPSON
428 SHADY SHORE LANE
CROWLEY, TX 76036


WHITNEY WENDLING
161 OTTERBEIN DR
MANSFIELD, OH 44904


WILDELINE FLOREXIL
10172 MIKADO LN
ROYAL PALM BEACH, FL 33411


Wilford K. Gibson
6160 Kempsville Cir.
Ste 200B
Norfolk, VA 23502


WILL DAVIS-HEREFORD
9514 EDMUNDS
CLEVELAND, OH 44106


WILLI ANSTRAL
140 NW 49TH ST
MIAMI, FL 33127


WILLIAM ANTON
26 WYNDEHURST DR
MADISON, NJ 07940-2628


William Beaumont Hospital
3601 W Thirteen Mile Rd.
Royal Oak, MI 48073-6712


WILLIAM BODDEN, JR.
4235 NW 197TH ST
CAROL CITY, FL 33055
```

WILLIAM BRENNER
30348 LEMOYNE RD
WALBRIDGE, OH 43465


WILLIAM BUTLER
1437 ARTHUR AVE
LAKEWOOD, OH 44107-3801


WILLIAM CARNEY
1540 PEACH DR
AVON, OH 44011


WILLIAM CRIBLEZ
6610 STREETER RD
MANTUA, OH 44255


WILLIAM EDWARDS
2832 CORDELL ST.
MEMPHIS, TN 38118


WILLIAM EPHRAIM
14919 SOUTH LANGLY AVE
DOLTAN, IL 60418


WILLIAM EVANS
1036 CALDWELL PLACE
COLUMBUS, OH 43203


WILLIAM FISHMAN
3608 BONVIEW AVE
BALTIMORE, MD 21213


WILLIAM FULMER
7575 NW 44TH, APT# 1805
LAUDERHILL, FL 33319


WILLIAM HOBBS
3731 SW 160TH AVENUE
APT. 111
MIRAMAR, FL 33027


WILLIAM HOWELL
398 LISBON DRIVE
TALLMADGE, OH 44278

William J. Charlton
1120 First Colonial Rd.
Suite 100
Virginia Beach, VA 23454


WILLIAM K LO MD
1525 River Oaks Rd W Bldg 4
NEW ORLEANS, LA 70123


WILLIAM KELLEY
11883 BELL ROAD
NEWBURY, OH 44065


WILLIAM KUBIN
676 E BUCHTEL AVE
UNIVERSITY TOWN HOMES
AKRON, OH 44304


William L. Mulligan, PhD
1403 Greenbriar Pkwy #215
Chesapeake, VA 23320


WILLIAM LAURENDEAU
35954 EDGEMERE WAY
AVON, OH 44011


WILLIAM LITTLE
2161 CAPELLA CIR SW
ATLANTA, GA 30331-3865


WILLIAM MCCONNAUGHEY
9257 ROOT
STREETSBORO, OH 44241


WILLIAM MCCOY
844 FLORIDA ST
VALLEJO, CA 94590


WILLIAM MCDOWELL
6306 GRIMSBY COURT
BOWIE, MD 20720


WILLIAM MCREA
1330 WEST 46TH STREET UNIT 22
HIALEAH, FL 33012

WILLIAM MILLER
5533 CRESTHAVEN LN APT 2C
TOLEDO, OH 43614


WILLIAM MILLER
4742 SCIOTO APT 103
TOLEDO, OH 43615


WILLIAM MURPHY
5817 WESLEYAN DRIVE
PO BOX A503
VIRGINIA BEACH, VA 23455


WILLIAM OSWALD
193 CHAPEL HILL DRIVE NW
WARREN, OH 44483


WILLIAM PEFOK
5066 EXECUTIVE PARK DRIVE
ELLICOTT CITY, MD 21043


WILLIAM PHELPS
522 EAST BLANCKE STREET
LINDEN, NJ 07036


WILLIAM PINNEY
3154 STREETSBORO ROAD
RICHFIELD, OH 44286


William R. Poynter
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462


WILLIAM SCHOENSTER
2910 SOUTH HAVEN DRIVE
ANNAPOLIS, MD 21401


WILLIAM TODOROWSKI
2218 WHITE OAK CT
HOLLAND, OH 43528


WILLIAM VELAZQUEZ
1140 SMITHSONIAN AVE
YOUNGSTOWN, OH 44505

William White
1802 Hughes St.
Nashville, TN 37208


WILLIAM WRIGHT
6863 HINSDALE ST.
HIRAM, OH 44234


WILLIE BELL
1027 BENTLEY ST.
ORLANDO, FL 32805


WILLIE BINDER
1231 SCENIC BROOK TRAIL SW
CONYERS, GA 30094


WILLIE DRAYTON
5300 EASTBURY AVENUE
APARTMENT E
BALTIMORE, MD 21206


Willie Penermon
1800 Baptist World Ctr Dr.
Nashville, TN 37207


WILLIE SCOTT
3455 NW 14TH COURT
FORT LAUDERDALE, FL 33311


WILLIE WILLIAMS
249 EAST 136TH STREET
LOS ANGELES, CA 90061


WILLINDA LUMPKIN
3591 SW 146 TERR
MIRAMAR, FL 33027


WILLISHA STUART
3213 DOLPHIN DRIVE
HOLLYWOOD, FL 33025


WILLY GAN
1816 EILEEN RD
TOLEDO, OH 43615

```
WILMAN OCORO
9738 FARRAGUT STREET
HOUSTON, TX 77078


WILMATYRA CARLSTEN HANDBE
2241 UNIVERSITY HILLS BLVD
APT D304
TOLEDO, OH 43606


WILMATYRA CARLSTEN HANDBE
1600 W ROCKET DR APT 3201B
TOLEDO, OH 43606


WILMATYRA CARLSTENHANDBERG
1600 W ROCKET DR APT 3201B
TOLEDO, OH 43606


Wilmer Lainez-Molina
4441 Stonewall Rd. NW
Roanoke, VA 24017


WILMER LAINEZ-MOLINA
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


WILMER LAINEZ-MOLINA
4441 STONEWALL ROAD NW
ROANOKE, VA 24017


WILMIDE CHARLES
2900 N 24TH AVENUE
APT 7309
HOLLYWOOD, FL 33020


WILNISE JEAN
18318 NW 68 AVE UNIT-F
MIAMI LAKES, FL 33015


WILSANDLEY JACQUES
1506 AVE K
FORT PIERCE, FL 34950


WILSON OLIVEIRA
1260 SW 104TH PATH APT#301
MIAMI, FL 33174
```

WILSON OLIVERIA
1260 SW 104TH PATH APT#301
MIAMI, FL 33174


WINKLER LUM
3100 NEEDLELEAF LN
BALTIMORE, MD 21215


WINKLER LUM
3100 NEEDLELEAF LN
SPRINGDALE, MD 20774


WINNIE WACHIRA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


WINSOME ROLLE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


WINSTON BOWMAN
10642 ASHFORD CIRCLE
WALDORF, MD 20603


WINSTON WEBB
1136 WEST 124TH STREET
LOS ANGELES, CA 90044


WINTER JONES
5817 WESLEYAN DRIVE
VIRGINIA BEACH, VA 23455


WISLENE AUGUSTIN
6044 TRIPHAMMER RD
LAKE WORTH, FL 33463


WITHELMA ORTIZ WALKER PETTIGREW
1810 HEATHFIELD RD
BALTIMORE, MD 21239


WITIMBERT TASSY
200 NW 43RD CT APT# B
OAKLAND PARK, FL 33309

WITTELS ORTHOPEDIC CENTER
1085 Kane Concourse
BAY HARBOR ISLANDS, FL 33154


WOMAN TO WOMAN GYN OF NAPLES
1735 Sw Health Pkwy
NAPLES, FL 34109


Women's Care Center
935 E Broad St.
Columbus, OH 43205


WOMENS CARE FLORIDA
3450 E Fletcher Ave. #110
Tampa, FL 33613


WONJUNE LEE
APT 161, 1738 OHIO 303
STREETSBORO, OH 44241


WONJUNE LEE
2384 BECKY CIRCLE
STOW, OH 44224


Wood County Hospital Association
950 W Wooster St
Bowling Green, OH 43402


Wood Health Company, LLC
745 Haskins Rd. #B
Bowling Green, OH 43402


WOODS
1249 GLENEAGLE RD
BALTIMORE, MD 21239-2236


Woonyen Wong
3460 Gibralter Heights Dr.
Toledo, OH 43609


WUTTHINEE RUNGSAENG
234/478 MOO BAN NANTAWAN
SRINAKARIN SOI 22
BANGKOK

WYATT BLECHINGER
658 GREENBRIAR CIRCLE
HOWARD, OH 43028


WYATT MCLEOD
2649 RAWLS RD
PARRISH, FL 34219


WYATT OPENSHAW
13750 MOUNT AIRY RD
NEW FREEDOM, PA 17349


WYCLEF TOUSSAINT
2219 AVENUE B SW
WINTER HAVEN, FL 33880


Wyman Jones
1401 Merganser Ct.
Georgetown, KY 40324


WYMAN JONES
16405 GOVENOR'S BRIDGE RD
#304
BOWIE, MD 20716


WYMAN JONES
1401 MERGANSER CT
UPPER MARLBORO, MD 20774-7017


WYNISA COLEMAN
1751 ESSEZ LANE
WEST PALM BEACH, FL 33404


XAKIA LACEY
303 N HYDE PARK BLVD, APT 528
CLEBURNE, TX 76033


XAVIER ATKINS
633 JEAN ST
APT 2
DAYTONA BEACH, FL 32114


XAVIER CABBIL-ALLEN
1859 ANGELIA CT
CONLEY, GA 30288

Xavier Etherly
606 N Dupomt Ave.
Apt. 908
Madison, TN 37115


XAVIER FOSTER
2814 COLT LANE
DALLAS, TX 75237


XAVIER HESS
5817 WESLEYAN DRIVE
PO BOX C500
VIRGINIA BEACH, VA 23455


XAVIER IRVING
2121 WOODCREST DRIVE
CORPUS CHRISTI, TX 78418


XAVIER MILLER
25423 RICHTON FALLS DR.
RICHMOND, TX 77406


XAVIER QUIGLEY
655 SW SPRINGFIELD DR
ANKENY, IA 50023


XAVIER RICHARDSON
13707 TREE LEAF COURT
UPPER MARLBORO, MD 20774


XENIAH MERRELL
5357 GIST AVE.
BALTIMORE, MD 21215


XHARYAH JONES
3706 CONWAY STREET, APT 109
DALLAS, TX 75224


XIA LEI
1861 BEACON HILL CIR APT 21
CUYAHOGA FALLS, OH 44221


XIANG LI
900 W MARKET ST APT. 603
AKRON, OH 44313

XIANG LI
900 W MARKET ST APT. 311
AKRON, OH 44313


XIANJUN WANG
55 FIR HILL STREET #3C9
AKRON, OH 44304


XIAO TANG
1216 SUNBURY RD
COLUMBUS, OH 43210


XIAO ZHANG
43 BERKSHIRE COURT
UNIT 409
AKRON, OH 44313


XIAOCHEN SHEN
520 S HAWKINS AVE, APT 4
AKRON, OH 44320


XIAOHUI ZHANG
590 E BUCHTEL AVE
APT 41
AKRON, OH 44304


XIAOJING FANG
375 ALLYN STREET
AKRON, OH 44304


XIAOJUN LIU
8325 NW 115TH CT
MIAMI, FL 33178


XIAOJUN SHI
2828 REDCREST LANE.
APT. 104
AKRON, OH 44319


XIAOLONG TONG
552 S HAWKINS AVE
APT 3
AKRON, OH 44320

```
XIAOLONG TONG
525 CARROLL ST. APT 3E
AKRON, OH 44304


XIAOMAN BI
642 E BUCHTEL AVE.
AKRON, OH 44304


XIAOMENG LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


XIAONING HOU
531 NOME AVE APT 3
ARON, OH 44320


XIAOSI LI
38 SOUTH ADAMS STREET, APT 3
AKRON, OH 44304


XIAOTENG WANG
733 W MARKET ST
APT 305
AKRON, OH 44303


XIAOTENG WANG
733 W MARKET ST
APT 408
AKRON, OH 44303


XIAOXIAO LI
2200 HIGH ST APT 458
CUYAHOGA FALLS, OH 44221


XIAOXIAO LIU
2599 CHAMBERLAIN RD
APT 12
FAIRLAWN, OH 44333


XIAOXING ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101
```

XIAOYUN YAN
900 W MARKET ST APT 603
AKRON, OH 44313


XIAOZHOU YANG
55FIR HILL TOWERS APT 4A1
AKRON, OH 44304


XIN CHEN
375 ALLYN STREET
AKRON, OH 44304


XIN LI
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


XIN LI
4703 SABLE PINE CIR.
APT D2
WEST PALM BEACH, FL 33417


XIN SHU
1423 OAK HILL CT APT 46
TOLEDO, OH 43614


Xin Sui
5540 S University Dr.
Apt. 8307
Fort Lauderdale, FL 33328


XINCHI WU
1712 TREETOP TRL
APT C
AKRON, OH 44313


XINCHI WU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


XINDI LI
733 W MARKET ST
APT 307
AKRON, OH 44325

XINHAO LIU
490 TOMPKINS AVE
AKRON, OH 44305


XINHAO LIU
77 FIR HILL
APT 3C10
AKRON, OH 44304


XINYING LIN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


XINYU SUN
45E RHODES AVE
AKRON, OH 44302


XINYU SUN
733 WEST MARKET STREET
ROOM 408
AKRON, OH 44303


XIUJUAN YANG
8148 FORT SMALLWOOD RD
BALTIMORE, MD 21216


XIUYUAN ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


XIYANG ZHANG
490 TOMPKINS AVE
AKRON, OH 44305


XL Physical Therapy and Sports Reha
4022 N Ocean Blvd
Fort Lauderdale, FL 33308


XOCHITL TREJO
503 AVENUE G
DALLAS, TX 75203

XUAN TRAN
195 WHEELER STREET, APT 102B
AKRON, OH 44304


XUEHAN LI
1770 NE 191ST ST
APT 616
MIAMI, FL 33161


XUEJUN QIAN
2081 WOODBOURNE AVENUE, APT. B2
BALTIMORE, MD 21239


XUESI YAO
900 W MARKET STREET, APT. 202
AKRON, OH 44313


XUESONG YAN
2200 HIGH ST APT 558
CUYAHOGA FALLS, OH 44221


XUESONG YAN
2200 HIGH ST, APT 270
CUYAHOGA FALLS, OH 44221


XUEYANG YU
270 E EXCHANGE STREET 1-301D
AKRON, OH 44304


XUFENG GUO
375 ALLYN STREET
AKRON, OH 44304


XUHUI XIA
2740 RYEWOOD AVE, B
B
COPLEY, OH 44321


XUHUI XIA
1766 WEST MARKET STREET, APT D
AKRON, OH 44313


XUNSHI ZHANG
2915 S GLASS BOWL DR
TOLEDO, OH 43606

XUXIN LI
1700 W CHURCH ST
APT A2
ORRVILLE, OH 44667


XZAVIER GAINES
1627 NORTH ROSEDALE ST
BALTIMORE, MD 21216


YA'SEAN SCOTT
2144 ALICE AVE APT 104
OXON HILL, MD 20745-3532


Ya-Chi Yen
2796 S University Dr.
Apt. 2106
Fort Lauderdale, FL 33328


YAASAMEEN GARRETT
1833 BELSHIRE COURT
FORT WORH, TX 76140


YACINE DIA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


YAEL REINHOLD
525 ROCKY HOLLOW DRIVE
AKRON, OH 44313


YAFET GURMU
1120 N WESTWOOD AVE APT 8103
TOLEDO, OH 43607


YAILIN GUEVARA
PO BOX 440994
MIAMI, FL 33144


YAJING LEI
77 FIR HILL APT 5C10
AKRON, OH 44304

YAKIRA POPE
7305 WOODRIDGE PARK DR
APT #4207
ORLANDO, FL 32818


YALONG LI
2001 RUSH STREET APT 2203
FRANKLIN, TN 37067


YAMILA LORENZO
17428 NW 76 CT
HIALEAH, FL 33015


YAMILKA DE LOS SANTOS
100 PLEASANT VALLEY DR
DAYTONA BEACH, FL 32114-1191


YAMINAH LEWIS
199 AMBERLEIGH DRIVE
APARTMENT 310
WILMINGTON, NC 28411


YAMINAH RUSSELL
169 GREENWOOD AVENUE APT A5
JENKINTOWN, PA 19046


YAMINI BODE
2B8 , 77 FIR HILL TOWERS
FIR HILL STREET
AKRON, OH 44304


YAMINI BODE
279 WHEELER STREET, APT UP
AKRON, OH 44304


YAN GENG
42 S ADAMS ST
AKRON, OH 44304


YAN GENG
56 S FORGE ST
AKRON, OH 44304

```
YANBO PAN
42 S ADAMS ST
APT 2
AKRON, OH 44304


YANELIS COBAS
14341 SW 160 TERR
MIAMI, FL 33177


YANELIZ DIAZ
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054


YANFENG XIA
2106 STONEHENGE CIR
AKRON, OH 44319


YANG LIU
20250 NE 3RD CT.
APT.3
MIAMI, FL 33179


YANG LIU
5319 S HARVARD AVE APT. E
TULSA, OK 74135


YANG ZHOU
520 S HAWKINS AVE, APT 4
AKRON, OH 44320


YANI BEAULIEU
13 PRIVACY LN
PALM COAST, FL 32164


YANJIN LI
16401 NW 37TH AVE
MIAMI GARDENS, FL 33054


YANMEI XIE
1724 SECOR RD APT E
TOLEDO, OH 43607


YANXI LI
80 N PORTAGE PATH APT 8B5
AKRON, OH 44303
```

YANXIAN ZHANG
63 EBER AVE.
AKRON, OH 44305


YANXIAN ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YANXIAN ZHANG
719 EXCELSIOR AVE.
APT.2
AKRON, OH 44306


YAO AN
2200 HIGH STREET APT 852
CUYAHOGA FALLS, OH 44221


YAO HAN
16401 NW 37 AVENUE
UNIVERSITY INN, RM. 206
MIAMI GARDENS, FL 33054


YARBER WELLS
4075 PASADENA ST.
DETROIT, MI 48238


YARELIZ MENDEZ-ZAMORA
1511 SW 98TH AVE
PEMBROKE PINES, FL 33025


YASAMAN ALAM
7360 NIGHTINGALE DR. APT #15
HOLLAND, OH 43528


YASEEN THOMAS
518 S MELVILLE STREET
PHILADELPHIA, PA 19143


YASER SHIRAZI
3361 AIRPORT HWY APT 12
TOLEDO, OH 43609

```
YASER SHIRAZI
3345 AIRPORT HWY APT 8
TOLEDO, OH 43609


Yasir Saber
1313 Oak Hill Ct.
Apt. 177
Toledo, OH 43614


YASMINA DUKULE
1191 GRANVILLE ROAD
BALTIMORE, MD 21207


YASMINE BALDWIN
241 S MASON CT
BALTIMORE, MD 21231-2313


YASMINE FUNCHES
1820 KNOLL DRIVE
OXON HILL, MD 20745


YASMINE JENKINS
1829 1ST STREET
DUNELLEN, NJ 08812


YASMINE KNIGHT
2014 J B JACKSON JR BLVD
DALLAS, TX 75210


YASMINE ROWELL
19015 NW 8TH AVE
MIAMI GARDENS, FL 33169


YASMINE SHAW-PIKES
3550 S. HARLAN STREET
DENVER, CO 80235


YASMYN OGLESBY
10850 NW 2ND STREET
APT 305
PEMBROKE PINES, FL 33026


YASNA HOJJATI
20221 AURORA AVE N APT 201
SHORELINE, WA 98133
```

YASNA HOJJATI
7674 ROXTON CT
NEW ALBANY, OH 43054


YAVANAE EMANUEL
3835 SHANNON DR
BALTIMORE, MD 21213


YAWEN LIU
55 FIR HILL STREET APT 6A1
AKRON, OH 44304


YAYLIM MARTINEZ
541 E 26 ST
HIALEAH, FL 33013


Yedda Gomes-Ruanne, DMD
1608 Town Center Blvd.
Ste. B
Fort Lauderdale, FL 33326


YEJI LEE
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YEJI SHIN
590 PARKHILL DRIVE
APT 17
FAIRLAWN, OH 44333


YELENA RAMOS
7601 E TREASURE DRIVE
APT. 2005
MIAMI, FL 33141


YELENA RAMOS
1500 NW 12TH AVENUE,APT. 1510
MIAMI, FL 00033-3136


YEMISI AWOTOYE
8401 NUNLEY DRIVE
APT F
PARKVILLE, MD 21234

YEMISI GIWA-OTUSAJO
3502 DIAZ CT
RANDALLSTOWN, MD 21133-2510


YEN-HAO HSU
2200 HIGH ST. APT. 565
CUYAHOGA FALLS, OH 44221


YEN-MING TSENG
80E EXCHANGE ST APT229-A
AKRON, OH 44308


YEN-MING TSENG
2200 HIGH ST
APT670
CUYAHOGA FALLS, OH 44221


YENIREE LEONARD
2641 NE 4TH ST APT 201
HOMESTEAD, FL 33033


YENTA WEBB
1017 JAMAICA AVE
FT. PIERCE, FL 34982


YEON JU LEE
590 PARKHILL DRIVE
APT 17
FAIRLAWN, OH 44333


YESENIA ALFONSO
8425 HAMMOCKS BLVD.
#3207
MIAMI, FL 33193


YESENIA GIL
3523 WADE AVENUE
CLEVELAND, OH 44113


YESENIA REYES
475 ALI BABA AVE
APT 2
OPA LOCKA, FL 33054

YESENIA RODRIGUEZ
3010 SW 104TH COURT
MIAMI, FL 33165


YESHEY DEM
11715 GARFIELD ROAD
HIRAM, OH 44234


YEVE MONTGOMERY
105 TEAPOT COURT
REISTERSTOWN, MD 21136


YEXIN ZHENG
2220 HIGH ST.
APT. 600
CUYAHOGA FALLS, OH 44221


YHERILY VALOIS GIRALDO
16508 BRIDGE END ROAD
MIAMI LAKES, FL 33014


YI FENG
2200 HIGH ST. APT.550
CUYAHOGA FALLS
AKRON, OH 44221


YI TING LO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YI TING LO
80 E. EXCHANGE ST.
UNIT 123-B
AKRON, OH 44308


YI ZHOU
55 FIR HILL ST
APT 9B6
AKRON, OH 44304


YI ZHOU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

```
YIBING ZHU
55 FIR HILL ST APT 12A1
AKRON, OH 44304


YICEL HERNANDEZ
15601 NW 39 CT
OPA LOCKA, FL 33054


YICHANG LI
1708 SECOR RD APT C
TOLEDO, OH 43607


YICHUAN LI
6224 BIRCH ROW DR
EAST LANSING, MI 48823


YIDAN SHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YIDIAYAH BOX
3158 MEADOWBROOK BOULEVARD
CLEVELAND HEIGHTS, OH 44118


YIFAN LI
520 SOUTH HAWKINS AVENUE
APT1
AKRON, OH 44320


YIFAN MAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YIFU WU
672 E BUCHTEL AVE
AKRON, OH 44304


YIGE WANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054
```

YIHHARN HWANG
1640 YOSEMITE DR.
TOLEDO, OH 43614


Yihong Joy Hao, MD PA
290 N Military Trl #101
Fort Lauderdale, FL 33308


YIHONG ZHAO
2200 HIGH STREET, APARTMENT 470
CUYAHOGA FALLS, OH 44221


YIJIE JI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YIJIE JI
733 W MARKET ST, APT.807
AKRON, OH 44303


YIJING TANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YILIN LAI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YILUN CAO
615 SANDUSKY ST
DELAWARE, OH 43015


YIMIN YAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YIMING DING
3101 SW 119TH AVE
MIRAMAR, FL 33025

```
YIN-FANG CHEN
3704 WYNDHAM RIDGE, #207
STOW, OH 44224


YING WANG
560 PARK HILL DRIVE, APT. 15
FAIRLAWN, OH 44333


YING WANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


YINGHE HU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YINGJIE QI
20381 NE 30TH AVE
220-7
AVENTURA, FL 33180


YINGMIN GUO
2200 HIGH ST APT 558
CUYAHOGA FALLS, OH 44221


YIRAN WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YISROEL SILVERMAN
955 NE 170TH ST #117
NORTH MIAMI BEACH, FL 33162


YIWEI DAI
3814 WYNDHAM RIDGE DR #206
STOW, OH 44224


YIXIANG LI
646 E BUCHTEL AVE
AKRON, OH 44304
```

YIXIAO FENG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YIXIAO FENG
55 FIR HILL STREET
6A1, 55 APT
AKRON, OH 44304


YIXUAN DU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YMONI CHRUCHILL
5822 BLUEBERRY CT
LAUDERHILL, FL 33313


YOEL KLEIN
74 CASTERTON AVENUE
AKRON, OH 44303


YOJARY MUNDARAY
1501 NE 175TH ST
MIAMI, FL 33162


YOKASTA GLASCO
6703 NW 7TH ST EIS 6423
MIAMI, FL 33126


YOLANDA TAPIA-MENDOZA
1107 N DUNCANVILLE RD
DUNCANVILLE, TX 75116


YOLANDA TAPIA-MENDOZA
1557 CAVALRY STREET
DETROIT, MI 48209


YOLANDA WASHINGTON
19805 NW 28TH CT
MIAMI GARDENS, FL 33056

YOLONDA HARVEY
107-05 223RD STREET
QUEENS VILLAGE, NY 11429


YONA NGUEREKATA
1705 JONAFREE CT
ODENTON, MD 21113-3962


YONGAN HU
55 FIR HILL STREET
APT.6B6
AKRON, OH 44304


YONGHAO LI
437 SHERMAN ST
AKRON, OH 44311


YONGJUN SHIN
590 PARKHILL DRIVE
APT 17
FAIRLAWN, OH 44333


YONGLAN LIU
604 E, BUCHTEL AVE, APT2
AKRON, OH 44304


YONGLAN LIU
63 EBER AVE
AKRON, OH 44305


YONGQING CAI
590 E BUCHTEL AVE.
APT 44
AKRON, OH 44304


YONGRUI YANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


York Hospital
3 Loving Kindness Way
York, ME 03909

YORKOW OPPON-ACQUAH
437 SUMNER ST
AKRON, OH 44304


YORKOW OPPON-ACQUAH
539 E. TOWN ST
COLUMBUS, OH 43215


YOSABET TIBEBU
1700 E. COLD SPRING LANE
HARPER A1
BALTIMORE, MD 21251


YOSHITOMO SAITO
1208 4 SEASONS DR APT 4
TOLEDO, OH 43615


YOUHYUN YOON
1600 W ROCKET DR APT 3203A-1
TOLEDO, OH 43606


YOUNG JOO LEE
2144 RIDGEVIEW RD.
COLUMBUS, OH 43221


Youngbing M. Pu
Southside Psychiatry Clinic
317 Office Square Ln, Ste. B102
Virginia Beach, VA 23462


YOUNGHEE YANG
1 NORTH ANN ST
BALTIMORE, MD 21216


YOUNGJO LIM
108 SHOREWOOD TRACE
YORKTOWN, VA 23693


YOUSSEF ELIAS BARAKAT
2021 26TH ST
CUYAHOGA FALLS, OH 44223


YU CHEN
3345 AIRPORT HWY APT 11A
TOLEDO, OH 43609

YU DA LI
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054


YU DA LI
8959 SW 172 AVE APT 1438
MIAMI, FL 33196


YU FU
3045 RESIDENCE DR APT 5309A
TOLEDO, OH 43606


YU HONG
77 FIR HILL, ST. APT. 3C6
AKRON, OH 44304


YU SUN
2220 HIGH ST APT 600
CUYAHOGA FALLS, OH 44221


YU ZOU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YU-CHIA LAI
2200 HIGH ST. APT. 565
CUYAHOGA FALLS, OH 44221


YU-MIN WANG
3704 WYNDHAM RIDGE, #207
STOW, OH 44224


YUAN LIANG
77 FIR HILL ST. 5C9
AKRON, OH 44304


YUAN TIAN
2200 HIGH ST
APT# 952
CUYAHOGA FALLS, OH 44221


YUAN WEN
11993 SW 31 CT
MIRAMAR, FL 33025

YUAN XUE
2200 HIGH ST APT 562
CUYAHOGA FALLS, OH 44221


YUANHAO ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUANYUAN LUO
644 E BUCHTEL AVE
AKRON, OH 44304


YUANZHONG ZHANG
528 S HAWKINS AVE.
APT 4
AKRON, OH 44320


YUCHEN ZHU
2538 ALDRINGHAM RD
TOLEDO, OH 43606


YUCHEN ZUO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUCHU LIU
3353 ROBERT BURNS DR,
RICHFIELD, OH 44286


YUCHU LIU
900 W MARKET STREET, APT.311
AKRON, OH 44313


YUE LU
2814 WOOD DUCK LANE
APT 208
AKRON, OH 44319


YUE YU
3455 OAK ALLEY CT APT 502
TOLEDO, OH 43606

```
YUE ZENG
2954 W CENTRAL AVE APT 106
TOLEDO, OH 43606


YUECHEN ZHOU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


YUELEI GUO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUEWEI GUO
80 E EXCHANGE ST
175A
AKRON, OH 44308


YUGI YAMADA
1216 SUNBURY RD
COLUMBUS, OH 43210


YUHAN ZHANG
900 W MARKET ST
APT 706
AKRON, OH 44313


YUHAN ZHANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUHANG CHEN
80E EXCHANGE ST
OH, 44308
AKRON, OH 44308


YUHANG CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUHANG CHEN
2319 HULL RD
SANDUSKY, OH 44870
```

YUJIN PARK
80 E. EXCHANGE ST APT 259B
AKRON, OH 44308


YUJIRO YAMADA
1216 SUNBURY RD
COLUMBUS, OH 43210


YULIANA UMANETS
PO BOX 630093
MIAMI, FL 33163


YULIANNA CHARRIS GOMEZ
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


YULISSA MENDOZA
1 TWIGHLIGHT DRIVE
HUTCHINS, TX 75141


YULIYA SHYMKO
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


YUMENG HE
4350 SW 72ND TER
DAVIE, FL 33314


YUMING FU
COLLEGE DR UWA BOX 4210
LIVINGSTON, AL 35470


YUMING WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUN YU
80 E. EXCHANGE ST.
AKRON, OH 44308


YUN YU LAI
80 E. EXCHANGE ST.
AKRON, OH 44308

YUNCHONG YANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


YUNFAN SHAO
55 FIR HILL APT. 8B8
AKRON, OH 44304


YUNIOR SANCHEZ GARCIA
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


YUNIS CURBELO
1750 W 60 ST APT 2
HIALEAH, FL 33012


YUNPENG XI
4853 GARNET CR.
STOW, OH 44224


YUNTONG LI
17425 NW 75 PL 211
XIQING DISTRICT
MIAMI, FL 33015


YUNYI GAO
2912 WIGEON WAY APT 208
AKRON, OH 44319


YUQIAN LIU
55 FIRHILL DRIVE A10C9
AKRON, OH 44304


YUQING SHEN
16401 NW 37AVE
ST. THOMAS UNIVERSITY
MIAMI, FL 33054


YUQING YANG
733 W MARKET ST
AKRON, OH 44303

YUQING YANG
80 E EXCHANGE ST. # 476
AKRON, OH 44308


YURI CASTRO FLACH
12676 NW 14TH PLACE
SUNRISE, FL 33323


YURY ESIN
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


YUSHENG CHEN
FIR HILL TOWER 77 APT 3C10
FIR HILL STREET
AKRON, OH 44304


YUSUANE MOREARA
6725 NW 174 TERRACE APT. 12F
HIALEAH, FL 33015


YUSUF TUZUN
200 SUNNY ISLES BLVD
UNIT 802
SUNNY ISLES BEACH, FL 33160-4656


Yusufamir Fenwick
5300 - 85th Ave.
Apt. D9
Hyattsville, MD 20784-3251


YUSUR ALMUBARAK
300 W LOMBARD ST APT 605
BALTIMORE, MD 21201-2533


YUSUR ALMUBARAK
5211 DAYBROOK CIRCLE
APT. 438
ROSEDALE, MD 21237


YUVRAJ SUBEDI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

Yuxiang Mao
5817 Wesleyan Dr.
A41
Virginia Beach, VA 23455


YUXIN ZHAI
2740 RYEWOOD AVE APT G
COPLEY, OH 44321


YUYAN ZHAO
525 CARROLL ST. APT 3E
AKRON, OH 44304


YVANTHONY CERISME
1612 SW 11TH ST
APT 1
FORT LAUDERDALE, FL 33312


YVELINE MAXIME
2074 NW 43RD TER APT 8
LAUDERHILL, FL 33313-4314


YVENEL MONDESTIN
805 GETTYSBURG AVE
SALISBURY, MD 21804


YVES MA S DONCINE
P O BOX 611262
NORTH MIAMI, FL 33261


YVES SILVEIRA GONDIM
401 SOUTH MAIN STREET
APT 245A
AKRON, OH 44311


YVETTE JACKSON-LEE
7850 CONTEE ROAD
LAUREL, MD 20707


YVETTE SERRANO
85 WILLOW
SANTA FE, NM 87508

ZA'VON REYNOLDS
12326 S. LOWE AVE
CHICAGO, IL 60628


ZABRIA BRIDGES
1650 NW 4TH AVENUE
UNIT 11C
MIAMI, FL 33136


ZACH HERRON
534 EBERLE DR
TOLEDO, OH 43615


ZACH SANDERS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ZACHARY ALDRIDGE
1328 EDGEHILL AVE
WARREN, OH 44484


ZACHARY AMIDON
12337 WATERSTONE LANEAPT 1111
PERRYSBURG, OH 43551


ZACHARY AMIDON
5349 PADDOCK FALLS DR
DUBLIN, OH 43016


ZACHARY BAILEY
12899 CLINTON ROAD
DOYLESTOWN, OH 44230


ZACHARY BARMORE
9522 BRANCHLEIGH RD
RANDALLSTOWN, MD 21133


ZACHARY BENDER
24280 PINGREE AVENUE
WARREN, MI 48089


ZACHARY BINDER
8748 TAMARACK ST
TEMPERANCE, MI 48182

ZACHARY BOYER
510 SAYBROOK COURT
TROY, OH 45373


ZACHARY CAMPBELL
4628 BOYDSON DR
TOLEDO, OH 43623


ZACHARY DIVITO
1241 WILLOWAY AVE SE
NORTH CANTON, OH 44720


ZACHARY FOX
3438 LAUREN AVENUE NW
MASSILLON, OH 44646


ZACHARY GIBSON
15766 SW 26TH ST
MIRAMAR, FL 33027


ZACHARY GINGERICH
656 KLING STREET
AKRON, OH 44304


ZACHARY GREEN
167 HUNT CLUB DRIVE
APT 1C
COPLEY, OH 44321


ZACHARY GREENBAUM
4075 NW 58TH LN
BOCA RATON, FL 33496


ZACHARY GUISER
933 NEWELL RD
FAYETTE CITY, PA 15438


ZACHARY HILL
733 BEALL AVE
ROCKVILLE, MD 20850


ZACHARY JONES
6250 ERIE AVE NW
CANAL FULTON, OH 44614

ZACHARY KELLY
6304 N MACARTHUR BLVD
APT. 3017
IRVING, TX 75039


ZACHARY KILBURN
945 BEARDSLEY ST
APT 2
AKRON, OH 44311


ZACHARY MAHON
6282 SAWGRASS WAY
WESTERVILLE, OH 43082


ZACHARY MCDONOUGH
6281 EAGLE POINT DRIVE
HAMILTON, OH 45011


ZACHARY MUNDY
8901 SUNSET STRIP
SUNRISE, FL 33322


ZACHARY PASZKO
951 CANYON VIEW RD
APT. 101
SAGAMORE HILLS, OH 44067


ZACHARY ROTTER
35 CLAFFORD LN
MELVILLE, NY 11747


ZACHARY SCHONE
183 BRANDON DRIVE
PATASKALA, OH 43062


Zachary Simon
6814 Regents Park Blvd.
Toledo, OH 43617


ZACHARY SMITH
6425 SW 22 STREET
HOLLYWOOD, FL 33023

Zachary Spearman
1749 SW 81st Ave.
Fort Lauderdale, FL 33324


ZACHARY STEPP
1846 QUEENS MEADOW LANE
GROVE CITY, OH 43123


ZACHARY SULLIVAN
9729 MILLCROFT RD
PERRYSBURG, OH 43551


Zachary T. Gula, PAC
3130 Executive Pkwy
F18
Toledo, OH 43606-5530


ZACHARY THOMPSON
882 COUNTS CREST CIRCLE
APOPKA, FL 32712


ZACHARY WALKER
24769 DRAKES MILLS ROAD
CAMBRIDGE SPRINGS, PA 16403


Zachary Williams
5494 Torney Dr.
Hilliard, OH 43026


ZACHARY XCHULTE
2400 KENSTOCK DRIVE
VIRGINIA BEACH, VA 02345-4331


ZACHARY YEDLICKA
464 FAIRLANE DR NW
WARREN, OH 44483


ZACHARY ZIOLO
5529 DUMFRIES COURT EAST
DUBLIN, OH 43017


ZACHERY LEEMASTER
1088 EAGLE DR. APT. 1201
AKRON, OH 44312

ZACHERY PORTER
2477 MILLERS POND LANE
SNELLVILLE, GA 30039


ZACKERY ELLISON
1912 WOODY DR
MILLBURY, OH 43447


ZACKERY KESTER-STANFORD
3617 LEYBOURN AVE
TOLEDO, OH 43612


ZAHAIRA WILLIAMS
1700 E COLD SPRING LANE
BALTIMORE, MD 21251


ZAHRA GOLDEN
938 ALBERN DRIVE
WOOSTER, OH 44691


ZAHRAA ALWASHAH
5433 REUTER ST
DEARBORN, MI 48126


ZAID IFTEKARUDDIN
3509 CORNFLOWER TRL
NORTHBROOK, IL 60062


ZAINA ALHARTHI
4737 SHINNECOCK HLS APT 102
TOLEDO, OH 43615


ZAIPO OULA
403C DEDMOND
2500 WEST NORTH AVENUE
GWYNN OAK, MD 21207


ZAIPO OULA
403C DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216

ZAIRE BETHUNE
207B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ZAIRE JACOBS
5000 NW 182ND ST
MIAMI GARDENS, FL 33055


ZAKARI MARTINAJAKO
16723 CLARIDON TROY ROAD
BURTON, OH 44021


ZAKARIA OBEID
2326 WILLESDEN GREEN RD
TOLEDO, OH 43617


ZAKIYA MURPHY
9014 ROCK LEDGE CT APT 403
OWINGS MILLS, MD 21117-7043


ZAKIYAH ALHUMOUD
3643 DENISE DR
TOLEDO, OH 43614


ZAKIYYAH CHILDS
428 NW 83RD STREET
MIAMI, FL 33150


ZAKYR GRIMSLEY
307 WREN COURT
NEWARK, DE 19702


ZAMIAH THOMAS
216 EAST GRAND AVENUE
SPRINGFIELD, OH 45505


ZANAE COOPER
323A MUNAHUM CIR
INDIAN HEAD, MD 20640


Zanyjah Riche
398 E 32nd St
Paterson, NJ 07504

ZARET VELEZ ESTREMERA
3625 COLLEGE AVENUE BOX 2127
FT LAUDERDALE, FL 33314


ZARIA HIGGS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ZARIA JACKSON
8400 NW 25TH AVE
APT 141
MIAMI, FL 33147


ZARIA JACKSON
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ZARIA MINARD
3510 GRETCHEN DRIVE
OCOEE, FL 34761


ZARIA MINARD
3028 CALLE VALENCIA
WEST PALM BEACH, FL 33409


ZARIAH HINTON
6130 SUN DIAL WAY
SACRAMENTO, CA 95823-6104


ZARISIA ALCENDOR
6609 COLLINSDALE RD.
APT. I
PARKVILLE, MD 21234


ZAURIA SMITH
6544 SW 27TH STREET
MIRAMAR, FL 33023


ZAYD SAFADI
7521 CASTLE RIDGE RD
TOLEDO, OH 43617


ZAYIED ABUBAKAR
72 JOAN CT
ELMONT, NY 11003-1620

```
ZE PENG YANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZEAIRAH MARABLE
17 MOORE ST
ALBANY, NY 12202


ZEBIN SU
2200 HIGH ST APT 751
CUYAHOGA FALLS, OH 44221


Zeenat Kukoyi
64 Ritters Ln
Owings Mills, MD 21117-3327


ZEHAO SHEN
16401 NW 37TH AVE.
MIAMI GARDENS, FL 33054


ZEHAO WANG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZEHUI LI
1716 HINSDALE DR.
TOLEDO, OH 43614


ZEINAB BANDPEY
69 VALLEY RIDGE LOOP
APT B
COKEYSVILLE, MD 21030


ZEINAB BANDPEY
6921 DONACHIE ROAD
APT B
BALTIMORE, MD 21239


Zelis Claims Integrity, Inc.
2 Crossroads Dr.
Bedminster, NJ 07921
```

Zelis Network Solutions
PO Box 281738
Atlanta, GA 30384-1738


ZENAIDA SIMPSON POMARE
954 FOX BORO LANE
DALLAS, TX 75241


ZENOBIA MCQUEEN
11 RIMFIRE CT
BALTIMORE, MD 21231


Zep Soft, LLC
645 Lucille Dr.
Elyria, OH 44035


ZETING LU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ZEYU WANG
80 E EXCHANGE STREET
APT 163
AKRON, OH 44308


ZHAKARRA DAFNEY-BURCIAGA
229 WEST SIXTH STREET
MONROE, MI 48161


ZHAKEA MCCREA
11564 HICKORY OAK DR
JACKSONVILLE, FL 32218


ZHAKYIA EPHRAIM
162 HUDSON AVE
ROOSEVELT, NY 11575


ZHANE BOLAR
1347 WEST 76TH STREET, APT 4
CHICAGO, IL 60620


ZHAO LIU
7419 FARMCREST DR
NEW CARROLLTON, MD 20784-3673

```
ZHAONING MA
77 FIR HILL APT.2B12
AKRON, OH 44304


ZHAONING MA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHAOPING HU
590 E BUCHTEL AVE. APT#23
AKRON, OH 44304


ZHAOXI ZHENG
2220 HIGH ST APT 521
CUYAHOGA FALLS
AKRON, OH 44221


ZHAOXI ZHENG
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHE CHEN
4565 COX DR.
STOW, OH 44224


ZHE ZHAO
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHE-YUAN LIN
1109 MUIRFIELD DR.
FINDLAY, OH 45840


ZHENCHENG REN
2135 SUNCREST CIR
CUYAHOGA FALL, OH 44221


Zheng Jin
6700 Cypress Rd.
Fort Lauderdale, FL 33317
```

ZHENGHAO WU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHENGNAN YANG
528 S. HAWKINS AVE. APT. 4
AKRON, OH 44320


ZHENHAO YU
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ZHENLONG ZHANG
545 E BUCHTEL AVE, APT 1
AKRON, OH 44304


ZHENLONG ZHANG
42-35 MAIN STREET
STE 1L #131
FLUSHING, NY 11355


ZHENLONG ZHANG
393 SUMNER
UNIT 2 403 D
AKRON, OH 44304


ZHIA HENDERSON
13200 NW 19TH AVE.
MIAMI, FL 33167


ZHICHEN ZHAO
900 W MARKET ST
APT 603
AKRON, OH 44313


ZHIHAO MA
80 E EXCHANGE ST 454A
AKRON, OH 44308


ZHIHAO MA
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101

ZHIHAO SHANG
2200 HIGH ST. APT 952
CUYAHOGA FALLS, OH 44221


ZHIHAO SHANG
55 FIR HILL 8B6
AKRON, OH 44304


ZHILING ZHAO
55 FIR HILL APARTMENT 9B10
AKRON, OH 44304


ZHIXIA ZHANG
2-218C ROOM, UNIVERSITY EDGE,
393 SUMNER STREET,
AKRON, OH 44304


ZHIYANG ZHAO
4565 COX DR.
STOW, OH 44224


ZHIYUAN CHEN
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHIYUAN CHEN
733 W MARKET STREET, HIGHLAND SQUARE
APT 807
AKRON, OH 44303


ZHIYUAN CHEN
733 W MARKET STREET
APT 807
AKRON, OH 44304


ZHONG GUAN
1014 S BYRNE RD APT 17
TOLEDO, OH 43609


ZHOU FANG
2220 HIGH ST #200
CUYAHOGA FALLS, OH 44221

ZHUANG XU
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHUOHONG ZHENG
1584 WESLEYAN DR.
#C-218
NORFOLK, VA 23502


ZHUORAN LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHUOYUN CAI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZHUOYUN CAI
596 CARPENTER STREET
AKRON, OH 44310


ZI YANG
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ZIAD ABDULHADI
2801 W BANCROFT MS513
TOLEDO, OH 43606


ZIARE NAPOLEON
305B DEDMOND
2500 WEST NORTH AVENUE
BALTIMORE, MD 21216


ZICHEN LING
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZICHUAN YUAN
7321 WINCHESTER DR.
SOLON, OH 44139

```
ZIHAO LIANG
2220 HIGH ST. APT. 418
CUYAHOGA FALLS, OH 44221


ZIHAO WANG
16401 NW 37TH AVENUE
16401 NW 37TH AVENUE
MIAMI GARDENS, FL 33054


ZIMIN LU
8959 SW 172 AVE
APT 2
MIAMI, FL 33196


ZION GATES-NORRIS
2420 NW 6TH ST
POMPANO BEACH, FL 33069


ZIONA SHEPARD
2719 LUCILE HERRIN LN
DALLAS, TX 75227


ZIPENG GU
733 WEST MARKET STREET APT. 607
AKRON, OH 44303


ZIXU HUANG
77 FIR HILL
APT 7A1
AKRON, OH 44304


ZIXU HUANG
733 W MARKET ST
APT 807
AKRON, OH 44303


ZIYADAH SHAMSID-DEEN
1906 SWANSEA RD
BALTIMORE, MD 21239


ZIYAN LI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101
```

```
ZIYUAN GONG
2220 HIGH STREET
CUYAHOGA, OH 44221


ZIYUAN GONG
55 FIR HILL TOWER APT 6B6
AKRON, OH 44304


ZJUCARE PITTS
4636 NORTH CONGRESS AVE
APT 208
WEST PALM BEACH, FL 33407


ZO ZA HO
4339 ALAN DR APT C
BALTIMORE, MD 21229-4931


ZOE BAUMGARTNER-BROWN
1164 NORTHRIDGE RD
COLUMBUS, OH 43224-2741


ZOE BOWER
2554 58TH ST NE
CANTON, OH 44721


ZOE CARMICHAEL
3532 TRIWAY LANE
WOOSTER, OH 44691


ZOE CEBALLOS
5015 LA CALANDRIA WAY
LOS ANGELES, CA 90032


ZOE MONGOLD
1831 17TH STREET
CUYAHOGA FALLS, OH 44223


ZOE SAJEN
109 STONECREEK DRIVE
MAYFIELD, OH 44143


ZOE ZHAO
4565 COX DR.
STOW, OH 44224
```

ZOERETHA SUAKOLLIE
4000 RIDGECROFT RD
BALTIMORE, MD 21216


ZOEY HOWELL-BROWN
8619 PILSEN RD
RANDALLSTOWN, MD 21133


ZOEY ROBERTS
15800 NW 42 AVENUE
MIAMI GARDENS, FL 33054


ZOHREH RASHIDI MOGHADDAM
3522 BEECH AVE
APT C
BALTIMORE, MD 21211


ZOI BALAMOUTI
OFFICE OF INTERNATIONAL PROGRAMS
THE UNIVERSITY OF AKRON
AKRON, OH 44325-3101


ZOIE CRUTCHFIELD-MCGHEE
3610 STONEYBROOK RD
RANDALLSTOWN, MD 21133-4228


ZOIE FISHER
108 EAST MAIN STREET
WEST JEFFERSON, OH 43162


ZOREY ANDERSON
4810 HADDON AVE
BALTIMORE, MD 21207


ZOUMAWA SYLLA
16 PLATER CT
GWYNN OAK, MD 21207


ZOYA BELL
1113 MOHICAN TRAIL
MULBERRY, FL 33860


ZUBIN SHAH
150 SE 25TH RD APT 12I
MIAMI, FL 33129

ZULEIMA FLORES
17657 MARSH HARBOR LANE
DUMFRIES, VA 02202-6453


ZULEY LAZO
10839 NW 7TH ST APT 13
MIAMI, FL 33172-3779


ZURI DAVIS
2724 HERRINGTON CV
ROUND ROCK, TX 78665


ZURI DAVIS
903 TAYSIDE DRIVE
AUSTIN, TX 78660


ZURIEL SANDERS
930 ALLENDALE AVENUE
AKRON, OH 44306


ZYNEEYA MARSHALL-BAKER
1700 E COLD SPRING LANE
BLOUNT TOWERS 308
BALTIMORE, MD 21251-0001


ZZZ LAWRENCE A SCHIFFMAN, DO F
PO BOX 862823
306
DORAL, FL 33166