UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     East FL Primary Care, LLC

FORMER ADDRESS:     300 W. 41st #100

Miami Beach, FL 33140

NEW ADDRESS:     335 SW 12th Ave.

Miami, FL 33130

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )         BANKRUPT              ( )

AT COUNTER          ( )         ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )         OTHER                (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Broward Health Coral Springs

FORMER ADDRESS:     3000 Coral Hills Dr.

Hollywood, FL 33029

NEW ADDRESS:     3000 Coral Hills Dr.

Coral Springs, FL 33065

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT      ( )

AT 341 MEETING      ( )          OTHER                   (X)
Via Mail

DATE: 3/15/19                     /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Memorial Division of Neurology

FORMER ADDRESS:  4302 Alton Rd. #330

Miami Beach, FL 33140

NEW ADDRESS:  1150 N. 35th Ave.

Ste. 520

Hollywood, FL 33021

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL         ( )        BANKRUPT              ( )

AT COUNTER         ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING     ( )        OTHER                (X)
 Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                               SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Healix Healthcare Services, LLC

FORMER ADDRESS:  3990 Sheridan St.

Ste. 201

Hollywood, FL 33021

NEW ADDRESS:  14140 Southwest Freeway

Suite 400

Sugar Land, TX 77478

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM:</u>

PHONE CALL        ( )        BANKRUPT            ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT  ( )

AT 341 MEETING    ( )        OTHER               (X)
 Via Mail

DATE: 3/15/19               */s/ Michael A. Steel*
                            SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Pro Bono Care, LLC

FORMER ADDRESS:     4651 Sheridan St.

Hollywood, FL 33021

NEW ADDRESS:     7777 Davie Road Extension

Suite 304B

Hollywood, FL 33024

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                     /s/ Michael A. Steel
                                      SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     KY Ngoc Nguyen MD, Inc.

FORMER ADDRESS:     9141 Bolsa Ave.

#301

Westminster, CA 92683

NEW ADDRESS:     9746 Westminster Ave.

Ste. D3

Garden Grove, CA 92844

<u>HOW NOTIFIED:</u>        <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )       BANKRUPT     ( )

AT COUNTER     ( )       ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )       OTHER     (X)
Via Mail

DATE: 3/15/19       */s/ Michael A. Steel*
                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Naples Center for Dermotology

FORMER ADDRESS:     PO Box 15852

Fort Myers, FL 33908

NEW ADDRESS:     1015 Crosspointe Dr.

Naples, FL 34110

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                 ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT       ( )

AT 341 MEETING      ( )          OTHER                    (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Haiken Dermotology

FORMER ADDRESS:   310

Fort Myers, FL 33912

NEW ADDRESS:   13691 Metro Pkwy #310

Fort Myers, FL 33912

HOW NOTIFIED:

PHONE CALL        ( )

AT COUNTER       ( )

AT 341 MEETING  ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT              ( )

ATTY. FOR BANKRUPT  ( )

OTHER                    (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Emer Phy Solutions of S FL, LLC

FORMER ADDRESS:     5301 S. Congress Ave.

Lake Worth, FL 33462

NEW ADDRESS:     11750 SW 40th St.

Miami, FL 33175

HOW NOTIFIED:               NOTIFIED BY WHOM:

PHONE CALL        ( )        BANKRUPT              ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )        OTHER                (X)
Via Mail

DATE: 3/15/19               /s/ Michael A. Steel
                            SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Memorial Hosp West

FORMER ADDRESS:     PO Box 538488

157

Pembroke Pines, FL 33028

NEW ADDRESS:     703 N. Flamingo Rd.

Pembroke Pines, FL 33028

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )          OTHER                (X)
Via Mail

DATE: 3/15/19

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Ochsner Medical Center

FORMER ADDRESS:     PO Box 919140

Gretna, LA 70056

NEW ADDRESS:     1514 Jefferson Hwy

New Orleans, LA 70121

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING      ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                 ( )

ATTY. FOR BANKRUPT      ( )

OTHER                   (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Quantum Chiropractic

FORMER ADDRESS:  50 - 14th Ave. E, Ste. 112

Sauk Rapids, MN 56379

NEW ADDRESS:  50 - 14th Ave E, Ste 112

Sartell, MN 56377

HOW NOTIFIED:

PHONE CALL            ( )

AT COUNTER           ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                    ( )

ATTY. FOR BANKRUPT   ( )

OTHER                          (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    First Class OBGYN PA

FORMER ADDRESS:    PO Box 21048

Miramar, FL 33029

NEW ADDRESS:    1951 SW 172nd Ave.

Suite 212

Miramar, FL 33029

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                    ( )

ATTY. FOR BANKRUPT    ( )

OTHER                          (X)

/s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Robert S. Smith MD, Inc.

FORMER ADDRESS:     11810 Wills Rd.

Alpharetta, GA 30009

NEW ADDRESS:     11390 Old Roswell Rd.

Suite 100

Alpharetta, GA 30009

HOW NOTIFIED:                NOTIFIED BY WHOM:

PHONE CALL        ( )        BANKRUPT            ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT  ( )

AT 341 MEETING    ( )        OTHER               (X)
Via Mail

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
### (To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Kayla Yost

FORMER ADDRESS:     194 Spino St.

Norwalk, OH 44857

NEW ADDRESS:     15 Fair Rd.

Norwalk, OH 44857

HOW NOTIFIED:

PHONE CALL     (X)

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Quest Diagnostics Cincinnati

FORMER ADDRESS:     1320 Kempter Meadow Dr.

Ste. 200

Cincinnati, OH 45240

NEW ADDRESS:     6700 Steger Dr.

Cincinnati, OH 45237

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL     ( )              BANKRUPT              ( )

AT COUNTER     ( )              ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Chen Liu

FORMER ADDRESS:     17620 Atlantic Blvd.

Apt. 314

Sunny Isles Beach, FL 33160

NEW ADDRESS:     20301 W. Country Club Dr., Apt. 323

Aventura, FL 33180

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                     ( )

ATTY. FOR BANKRUPT     ( )

OTHER                          (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Kaden Loring

FORMER ADDRESS:     13977 SW 155 Street

Miami, FL 33177

NEW ADDRESS:     16401 NW 37th Ave.

Miami Gardens, FL 33054

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Brianna Flemings

FORMER ADDRESS:     961 Harbor Inn Dr.

Coral Springs, FL 33071

NEW ADDRESS:     11964 SW 31st Ct.

Miramar, FL 33025

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )          OTHER                (X)
Via Mail

DATE: 3/15/19                    */s/ Michael A. Steel*
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Deondria Wimbir

FORMER ADDRESS:     208 NW 79th Ave.

Margate, FL 33063

NEW ADDRESS:     PO Box 101898

Ft. Lauderdale, FL 33310

HOW NOTIFIED:                   NOTIFIED BY WHOM:

PHONE CALL          ( )        BANKRUPT              ( )

AT COUNTER          ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )        OTHER                 (X)
Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                               SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    CCF Palm Beach

FORMER ADDRESS:    1401 Forum Way #300

West Palm Beach, FL 33401

NEW ADDRESS:    5105, 4520 Donald Ross Rd. #200

Palm Beach, FL 33418

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Emer Phy Solutions of S FL, LLC

FORMER ADDRESS:     PO Box 80216

Miami, FL 33175

NEW ADDRESS:     5301 S. Congress Ave.

Lake Worth, FL 33462

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                     /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     The Counseling Center for Healing

FORMER ADDRESS:     784 US-1

North Palm Beach, FL 33408

NEW ADDRESS:     321 Northlake Blvd.

Suite 208

North Palm Beach, FL 33408

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER                (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Woman to Woman Gyn

FORMER ADDRESS:    1735 SW Health Pkwy

Naples, FL 34109

NEW ADDRESS:    3920 Via del Ray

Ste 1

Bonita Springs, FL 34134

HOW NOTIFIED:                        NOTIFIED BY WHOM:

PHONE CALL    ( )          BANKRUPT    ( )

AT COUNTER    ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )      OTHER    (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  CMS Diagnostic Services

FORMER ADDRESS:  Bldg 4

9200 SW 72nd St.

Saint Petersburg, FL 33713

NEW ADDRESS:  9200 SW 72nd St.

Bldg. 4

Miami, FL 33173

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                    ( )

ATTY. FOR BANKRUPT   ( )

OTHER                          (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Recon Ortho Assoc. II, PC

FORMER ADDRESS:  Glenview Corporate Center

3300 Tillman Dr., Ste. 201

Bensalem, PA 19020

NEW ADDRESS:  833 Chestnut St.

Suite 1402

Philadelphia, PA 19107

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                    ( )

ATTY. FOR BANKRUPT    ( )

OTHER                          (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Dee Martinez, MD

FORMER ADDRESS:    Dallas, TX 75203

NEW ADDRESS:    2301 S. Hampton Rd.

#100

Dallas, TX 75233

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL        ( )              BANKRUPT              ( )

AT COUNTER        ( )              ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )              OTHER                 (X)
Via Mail

DATE: 3/15/19                      /s/ Michael A. Steel
                                   SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     MHHS Southeast Hospital

FORMER ADDRESS:     PO Box 301208

New York, NY 10003

NEW ADDRESS:     11800 Astoria Blvd.

Houston, TX 77089

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT  ( )

AT 341 MEETING      ( )          OTHER             (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Plantation Eye Associates

FORMER ADDRESS:     1776 N. Pine Island Rd.

Plantation, FL 33322

NEW ADDRESS:     1776 N. Pine Island Rd.

#124

Plantation, FL 33322

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )          OTHER          (X)
Via Mail

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    UMDC-Div of Gastroenterology

FORMER ADDRESS:    Box 281037

A

Miami, FL 33125

NEW ADDRESS:    University of Miami Medicine

1611 NW 12th Ave., Box 016960 M851

Miami, FL 33136

<u>HOW NOTIFIED:</u>                <u>NOTIFIED BY WHOM:</u>

PHONE CALL       ( )          BANKRUPT            ( )

AT COUNTER       ( )          ATTY. FOR BANKRUPT  ( )

AT 341 MEETING   ( )          OTHER               (X)
Via Mail

DATE: 3/15/19              */s/ Michael A. Steel*
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Eye Physicians of Florida

FORMER ADDRESS:     1600 Swgrs Corp Pkwy #140

Fort Lauderdale, FL 33323

NEW ADDRESS:     13680 NW 5th St.

Suite 240

Sunrise, FL 33325

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Elsa Velazquez, MD

FORMER ADDRESS:     75 Francis St.

Boston, MA 02115

NEW ADDRESS:     320 Needham St.

Ste 200

Newton, MA 02464

HOW NOTIFIED:                NOTIFIED BY WHOM:

PHONE CALL        ( )        BANKRUPT              ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )        OTHER                 (X)
Via Mail

DATE: 3/15/19              */s/ Michael A. Steel*
                          SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Physicians and Surgeons Ambula

FORMER ADDRESS:  520 S. Main St.

Akron, OH 44311

NEW ADDRESS:  520 S. Main St. #2422

Akron, OH 44311

<u>HOW NOTIFIED:</u>

PHONE CALL  ( )

AT COUNTER  ( )

AT 341 MEETING  ( )
Via Mail

DATE: _3/15/19_

<u>NOTIFIED BY WHOM</u>:

BANKRUPT  ( )

ATTY. FOR BANKRUPT  ( )

OTHER  (X)

_/s/ Michael A. Steel_
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Physical Therapy

FORMER ADDRESS:  2259 NW 167th St.

Miami Gardens, FL 33014

NEW ADDRESS:  2259 NW 167th St.

Miami Gardens, FL 33056

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING      ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT            ( )

ATTY. FOR BANKRUPT  ( )

OTHER               (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Miami Dade Cardio Consultants

FORMER ADDRESS:     11760 SW 40th St.

Ste. 352

Miami, FL 33175

NEW ADDRESS:     3801 Biscayne Blvd.

Suite 300

Miami, FL 33137

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT  ( )

AT 341 MEETING    ( )          OTHER                      (X)
Via Mail

DATE: 3/15/19                       /s/ Michael A. Steel
                                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Miami Dade Cardio Consultants

FORMER ADDRESS:  11760 SW 40th St.

Ste. 352

Miami, FL 33175

NEW ADDRESS:  3801 Biscayne Blvd.

Suite 300

Miami, FL 33137

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING      ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT              ( )

ATTY. FOR BANKRUPT  ( )

OTHER                (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

CASE NO.:      19-10329-aih

JUDGE:      Arthur I. Harris

NAME OF PARTY TO BE CHANGED:      Anesthesiology Consultants of the P

FORMER ADDRESS:      310 Evernia St.

West Palm Beach, FL 33401

NEW ADDRESS:      12161 Ken Adams Way

Wellington, FL 33414

HOW NOTIFIED:                           NOTIFIED BY WHOM:

PHONE CALL        ( )           BANKRUPT              ( )

AT COUNTER        ( )           ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )           OTHER                (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Anesthesiology Consultants of the P

FORMER ADDRESS:     310 Evernia St.

West Palm Beach, FL 33401

NEW ADDRESS:     12161 Ken Adams Way

Wellington, FL 33414

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )      OTHER          (X)
Via Mail

DATE: 3/15/19          _/s/ Michael A. Steel_
                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     RAD Physicians Solutions of FL

FORMER ADDRESS:     PO Box 743986 Dept 40104

Indianapolis, IN 46206

NEW ADDRESS:     7700 W. Sunrise Blvd.

Plantation, FL 33322

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL        ( )          BANKRUPT               ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )          OTHER                  (X)
  Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     ZZZ Lawrence A. Schiffman DO

FORMER ADDRESS:     PO Box 862823

306

Doral, FL 33166

NEW ADDRESS:     21097 NE 27th Court

Suite 500

Aventura, FL 33180

<u>HOW NOTIFIED:</u>                     <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING      ( )          OTHER                 (X)
 Via Mail

DATE: 3/15/19                    */s/ Michael A. Steel*
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Aspen Rehabilitation

FORMER ADDRESS:     1930 OH-59

Kent, OH 44240

NEW ADDRESS:     307 W. Main St.

Kent, OH 44240

<u>HOW NOTIFIED:</u>     <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )     BANKRUPT     ( )

AT COUNTER     ( )     ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )     OTHER     (X)
Via Mail

DATE: 3/15/19     */s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Aurora Mark & Kambour MD

FORMER ADDRESS:     PO Box 100914

Atlanta, GA 30384

NEW ADDRESS:     16250 NW 59th Ave.

Suite 201

Miami Lakes, FL 33014

HOW NOTIFIED:                      NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT              ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING ( )          OTHER                (X)
 Via Mail

DATE: 3/15/19              /s/ Michael A. Steel
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Sunlife OB/GYN Services

FORMER ADDRESS:     PO Box 945953

Plantation, FL 33317

NEW ADDRESS:     4101 NW 4th St. #306

Plantation, FL 33317

<u>HOW NOTIFIED:</u>

| | | <u>NOTIFIED BY WHOM</u>: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Kelly L. Perez, CNP

FORMER ADDRESS:     33 North Ave., Suite 104

Tallmadge, OH 44278

NEW ADDRESS:     4875 Higbee Ave. NW

Canton, OH 44718

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Pioneer Physicians Network, Inc.

FORMER ADDRESS:     3515 Pines Blvd. #170

Uniontown, OH 44685

NEW ADDRESS:     3515 Massillon Rd. #300

Uniontown, OH 44685

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL         ( )          BANKRUPT              ( )

AT COUNTER         ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING     ( )          OTHER                (X)
  Via Mail

DATE: 3/15/19                   /s/ Michael A. Steel
                                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     River Oaks Hospital

FORMER ADDRESS:     PO Box 538488

New Orleans, LA 70123

NEW ADDRESS:     1525 River Oaks Rd. W

New Orleans, LA 70123

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     East FL Primary Care, LLC

FORMER ADDRESS:     PO Box 405891

Sunrise, FL 33323

NEW ADDRESS:     300 W 41st St. #100

Miami Beach, FL 33140

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                   ( )

ATTY. FOR BANKRUPT    ( )

OTHER                         (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____

CASE NO.:     19-10329-aih
_____

JUDGE:     Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     Bioreference Laboratories, Inc.
_____

FORMER ADDRESS:     6420 Rockledge Dr.
_____

Bethesda, MD 20817
_____

_____

NEW ADDRESS:     18701 Roxbury Rd.
_____

Hagerstown, MD 21746
_____

_____

HOW NOTIFIED:                      NOTIFIED BY WHOM:

PHONE CALL        ( )        BANKRUPT              ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )        OTHER                 (X)
 Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
_____                _____
                                SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
### (To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Carolina Radiology Associates

FORMER ADDRESS:     809 - 82nd Parkway

Myrtle Beach, SC 29572

NEW ADDRESS:     1303 Azalea Ct. #B

Myrtle Beach, SC 29577

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING   ( )
 Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT          ( )

ATTY. FOR BANKRUPT   ( )

OTHER          (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____


CASE NO.:     19-10329-aih
_____

JUDGE:     Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     Coral Ridge Gastroenterology A
_____

FORMER ADDRESS:     PO Box 810037
_____

A-10
_____

Ft. Lauderdale, FL 33308
_____

NEW ADDRESS:     5301 N. Dixie Hwy
_____

Oakland Park, FL 33334
_____

_____


<u>HOW NOTIFIED:</u>          <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER          (X)
 Via Mail

DATE: 3/15/19 _____          */s/ Michael A. Steel*
_____
                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____

CASE NO.:     19-10329-aih
_____

JUDGE:     Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     North Coast Professional Co
_____

FORMER ADDRESS:     1221 Hayes Ave.
_____

Sandusky, OH 44870
_____

_____

NEW ADDRESS:     2800 Hayes Ave., Bldg G
_____

Sandusky, OH 44870
_____

_____

<u>HOW NOTIFIED:</u>                <u>NOTIFIED BY WHOM:</u>

PHONE CALL     ( )         BANKRUPT            ( )

AT COUNTER     ( )         ATTY. FOR BANKRUPT     ( )

AT 341 MEETING  ( )         OTHER              (X)
  Via Mail

DATE: 3/15/19 _____        /s/ Michael A. Steel
_____
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    AC Consulting Services, Inc.

FORMER ADDRESS:    6625 Pearl Rd.

Cleveland, OH 44130

NEW ADDRESS:    9 Hedgerow Ln

Spring Valley, NY 10977

HOW NOTIFIED:                 NOTIFIED BY WHOM:

PHONE CALL    ( )         BANKRUPT              ( )

AT COUNTER    ( )         ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )     OTHER                 (X)
Via Mail

DATE: 3/15/19              /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Commerce Benefits Group, Inc.

FORMER ADDRESS:  33479 Lake Rd.

Avon Lake, OH 44012

NEW ADDRESS:  c/o HealthSmart

222 W Las Colinas Blvd., Suite 500N

Irving, TX 75039

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                     ( )

ATTY. FOR BANKRUPT   ( )

OTHER                            (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Henderson MD Frederic L

FORMER ADDRESS:     1410

Metairie, LA 70002

NEW ADDRESS:     3500 N. Causeway Blvd.

#1410

Metairie, LA 70002

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )          OTHER                 (X)
 Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Radiology Assoc of South Florida

FORMER ADDRESS:    PO Box 919336

Orlando, FL 32803

NEW ADDRESS:    8900 N. Kendall Dr.

Miami, FL 33176

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Ameripath Florida, LLC

FORMER ADDRESS:     16684 Collections Center Dr.

101

Pompano Beach, FL 33069

NEW ADDRESS:     8150 Chancellor Dr.

Ste. 110

Orlando, FL 32809

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER          (X)
Via Mail

DATE: 3/15/19               */s/ Michael A. Steel*
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____

CASE NO.:     19-10329-aih
_____

JUDGE:     Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     Valley Physicians Services PC
_____

FORMER ADDRESS:     PO Box 16605
_____

Paramus, NJ 07652
_____

_____

NEW ADDRESS:     1 Valley Health Plaza
_____

Paramus, NJ 07652
_____

_____

<u>HOW NOTIFIED</u>:                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT                    ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING     ( )          OTHER                       (X)
 Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
_____                    _____
                                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Uhealth Jackson Urgent Care

FORMER ADDRESS:  PO Box 864728

Miami, FL 33136

NEW ADDRESS:  13707 SW 152nd St.

Miami, FL 33177

HOW NOTIFIED:               NOTIFIED BY WHOM:

PHONE CALL      ( )      BANKRUPT            ( )

AT COUNTER      ( )      ATTY. FOR BANKRUPT  ( )

AT 341 MEETING  ( )      OTHER               (X)
 Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     ACS Primary Care Phys. SW PA

FORMER ADDRESS:     3803 FN1092 Rd.

Missouri City, TX 77459

NEW ADDRESS:     17500 W Grand Pkwy S

Sugar Land, TX 77479

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )          BANKRUPT              ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER                (X)
 Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Palm Springs Anesthesia Serv

FORMER ADDRESS:    1150 N. Indian Canyon Dr.

Palm Desert, CA 92261

NEW ADDRESS:    1150 N. Indian Canyon Dr.

Palm Springs, CA 92262

HOW NOTIFIED:

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING  ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT    ( )

ATTY. FOR BANKRUPT  ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## __CHANGE OF ADDRESS NOTIFICATION__
(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Angela L. Karavasillis, DO

FORMER ADDRESS:   460 Amherst St.

Nashua, NH 03063

NEW ADDRESS:   Lahey Clinic Beverly

152 Conant St.

Beverly, MA 01915

HOW NOTIFIED:   NOTIFIED BY WHOM:

PHONE CALL   ( )   BANKRUPT   ( )

AT COUNTER   ( )   ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )   OTHER   (X)
Via Mail

DATE: 3/15/19

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Samantha Vanscoy

FORMER ADDRESS:     1029 Kartesz Rd.

New Franklin, OH 44216

NEW ADDRESS:     2276 Raber Rd, Apt. C

Uniontown, OH 44685

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Stacy Isaac

FORMER ADDRESS:     1600 W. Rocket Dr.

Ottawa West, 4103B

Toledo, OH 43606

NEW ADDRESS:     3415 Gibralter Heights Dr., Apt. L5

Toledo, OH 43609

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM:</u>

PHONE CALL        ( )        BANKRUPT            ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )        OTHER              (X)
Via Mail

DATE: 3/15/19                */s/ Michael A. Steel*
                            SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     FL Academic Dermatology

FORMER ADDRESS:     1400 NW 12th Ave. #4

Miami, FL 33136

NEW ADDRESS:     836 Ponce de Leon Blvd. #204

Coral Gables, FL 33134

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )          OTHER                  (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     East FL Behavioral Hlth Network

FORMER ADDRESS:     PO Box 741623

202

Aventura, FL 33180

NEW ADDRESS:     21150 Biscayne Blvd.

Suite 202

Aventura, FL 33180

<u>HOW NOTIFIED:</u>                          <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING     ( )          OTHER                     (X)
Via Mail

DATE: 3/15/19                          /s/ Michael A. Steel
                                            SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Strand Orthopaedic Consultants

FORMER ADDRESS:     1120 Glenns Bay Rd. #117

Myrtle Beach, SC 29572

NEW ADDRESS:     210 Village Center Blvd. #200

Myrtle Beach, SC 29579

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Clayton Hilderbrand

FORMER ADDRESS:    760 Meadowview Dr.

Findlay, OH 45840

NEW ADDRESS:    5374 Legacy Ln

Hilliard, OH 43026

HOW NOTIFIED:    NOTIFIED BY WHOM:

PHONE CALL    ( )    BANKRUPT    ( )

AT COUNTER    ( )    ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )    OTHER    (X)
Via Mail

DATE: 3/15/19    /s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Keynu Dennis-Banks

FORMER ADDRESS:     PO Box 342

Southampton, NY 11969

NEW ADDRESS:     385 Leslie St., Apt. 2

Newark, NJ 07112

HOW NOTIFIED:          NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT  ( )

AT 341 MEETING     ( )          OTHER          (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):       Student Educational Benefit Trust

_____

CASE NO.:       19-10329-aih

_____

JUDGE:       Arthur I. Harris

_____

NAME OF PARTY TO BE CHANGED:       Total MD Physicians Group

FORMER ADDRESS:       PO Box 733314

300

Austin, TX 78749

NEW ADDRESS:       12717 Shops Pkwy, Ste. 500

Austin, TX 78738

_____

HOW NOTIFIED:                NOTIFIED BY WHOM:

PHONE CALL       ( )          BANKRUPT       ( )

AT COUNTER       ( )          ATTY. FOR BANKRUPT       ( )

AT 341 MEETING       ( )       OTHER       (X)
Via Mail

DATE: 3/15/19                /s/ Michael A. Steel
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Carl Gaines

FORMER ADDRESS:     68 Meadow Run Rd.

Bordentown, NJ 08505

NEW ADDRESS:     13 Inglenook Ct.

Glen Burnie, MD 21060

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT          ( )

ATTY. FOR BANKRUPT     ( )

OTHER          (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Asia-Lige Arnold

FORMER ADDRESS:     1317 Edgewater Rd.

Daytona Beach, FL 32117

NEW ADDRESS:     PO Box 22184

Baltimore, MD 21203

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )          OTHER                (X)
 Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Ashley Mena

FORMER ADDRESS:     168 Athabasca Dr.

Kissimee, FL 34759

NEW ADDRESS:     1823 Coriander Dr.

Poinciana, FL 34759

<u>HOW NOTIFIED:</u>                        <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER          (X)
Via Mail

DATE: 3/15/19                     */s/ Michael A. Steel*
                                  SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## __CHANGE OF ADDRESS NOTIFICATION__
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Austin Radiology Assoc.

FORMER ADDRESS:     PO Box 4099

New York, NY 10163

NEW ADDRESS:     12554 Riata Vista Cir.

Austin, TX 78727

<u>HOW NOTIFIED:</u>               <u>NOTIFIED BY WHOM:</u>

PHONE CALL     ( )      BANKRUPT          ( )

AT COUNTER     ( )      ATTY. FOR BANKRUPT     ( )

AT 341 MEETING ( )      OTHER          (X)
Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):        Student Educational Benefit Trust

_____

CASE NO.:        19-10329-aih
_____
JUDGE:        Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:        MIVIP Medical Group
_____

FORMER ADDRESS:        1575 E. 19th St.
_____
Brooklyn, NY 11230
_____

NEW ADDRESS:        3475 Sheridan St. #101
_____
Hollywood, FL 33021
_____

HOW NOTIFIED:        NOTIFIED BY WHOM:

PHONE CALL        ( )        BANKRUPT        ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT        ( )

AT 341 MEETING        ( )        OTHER        (X)
Via Mail

DATE: 3/15/19        /s/ Michael A. Steel
_____        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:        Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     American Health Associates

FORMER ADDRESS:     665 Peachmont Ave. NW

N. Canton, OH 44720

NEW ADDRESS:     3575 Forest Lake Dr.

Uniontown, OH 44685

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )            BANKRUPT              ( )

AT COUNTER        ( )            ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )            OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

_____

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     North Coast Professional Co.

FORMER ADDRESS:     1221 Hayes Ave.

Sandusky, OH 44870

NEW ADDRESS:     300 Williams St.

Huron, OH 44839

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )             BANKRUPT                    ( )

AT COUNTER          ( )             ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )             OTHER                          (X)
Via Mail

DATE: 3/15/19                          /s/ Michael A. Steel
                                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Anesthesiology Professional Service

FORMER ADDRESS:     500 E. Kennedy Blvd., Ste. 300

Tampa, FL 33602

NEW ADDRESS:     5501 W. Gray St.

Tampa, FL 33609

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )            BANKRUPT              ( )

AT COUNTER        ( )            ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )            OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Henderson MD Frederic L

FORMER ADDRESS:    1410

Metairie, LA 70002

NEW ADDRESS:    3500 N. Causeway Blvd.

#1410

Metairie, LA 70002

<u>HOW NOTIFIED:</u>      <u>NOTIFIED BY WHOM:</u>

PHONE CALL    ( )      BANKRUPT    ( )

AT COUNTER    ( )      ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )      OTHER    (X)
Via Mail

DATE: 3/15/19      */s/ Michael A. Steel*
                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Ray Hubbard Emerg. Phy

FORMER ADDRESS:    6800 Scenic Dr.

Rowlett, TX 75088

NEW ADDRESS:    PO Box 8097

Philadelphia, PA 19101

<u>HOW NOTIFIED:</u>    <u>NOTIFIED BY WHOM</u>:

PHONE CALL    ( )    BANKRUPT    ( )

AT COUNTER    ( )    ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )    OTHER    (X)
Via Mail

DATE: 3/15/19    /s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Broward Health Coral Springs

FORMER ADDRESS:     3000 Coral Hills Dr.

Hollywood, FL 33029

NEW ADDRESS:     3000 Coral Hills Dr.

Coral Springs, FL 33065

<u>HOW NOTIFIED:</u>                     <u>NOTIFIED BY WHOM:</u>

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER          (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                           SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S): Student Educational Benefit Trust

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: American Radiology Associates

FORMER ADDRESS: PO Box 678253

New York, NY 10003

NEW ADDRESS: 712 N. Washington Ave.

Dallas, TX 75246

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL        ( )           BANKRUPT              ( )

AT COUNTER        ( )           ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )           OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Thomas J. Tafelski DO

FORMER ADDRESS:   6005 Monclova Rd.

Maumee, OH 43537

NEW ADDRESS:   1015 Garden Lake Pkwy

Toledo, OH 43614

HOW NOTIFIED:

PHONE CALL        ( )

AT COUNTER        ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT             ( )

ATTY. FOR BANKRUPT   ( )

OTHER                (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S): Student Educational Benefit Trust

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: El Mirador Surgery Center

FORMER ADDRESS: 1180 North Indian Canyon Dr.

New York, NY 10003

NEW ADDRESS: 1180 N. Indian Canyon Dr.

W 110

Palm Springs, CA 92262

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Treasure Coast Ear Nose

FORMER ADDRESS:     6216 SE Federal Hwy

Stuart, FL 34997

NEW ADDRESS:     1871 SE Tiffany Ave. #110

Port St. Luce, FL 34952

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

/s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Univ of NC Hosps

FORMER ADDRESS:    PO Box 75430

New York, NY 10003

NEW ADDRESS:    101 Manning Dr.

Chapel Hill, NC 27514

HOW NOTIFIED:

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

/s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     MHHS Southeast Hospital

FORMER ADDRESS:     PO Box 301208

New York, NY 10003

NEW ADDRESS:     11800 Astoria Blvd.

Houston, TX 77089

HOW NOTIFIED:                      NOTIFIED BY WHOM:

PHONE CALL          ( )        BANKRUPT                ( )

AT COUNTER          ( )        ATTY. FOR BANKRUPT      ( )

AT 341 MEETING      ( )        OTHER                   (X)
Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                                    SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Sermac Medical Phych Care

FORMER ADDRESS:     5730 Corporate Way Ste. 100

New York, NY 10003

NEW ADDRESS:     5730 Corporate Way

Ste. 100

West Palm Beach, FL 33407

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING     ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):       Student Educational Benefit Trust
_____

_____

                              CASE NO.:    19-10329-aih
                                           _____

                              JUDGE:       Arthur I. Harris
                                           _____

NAME OF PARTY TO BE CHANGED:  American Radiology Consultants
_____

FORMER ADDRESS:               PO Box 678253
_____

                              New York, NY 10003
_____

_____

NEW ADDRESS:                  712 N. Washington Ave.
_____

                              Dallas, TX 75246
_____

_____

<u>HOW NOTIFIED:</u>              <u>NOTIFIED BY WHOM</u>:

PHONE CALL        ( )          BANKRUPT              ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )          OTHER                 (X)
 Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
      _____                   SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

CASE NO.:      19-10329-aih

JUDGE:      Arthur I. Harris

NAME OF PARTY TO BE CHANGED:      Bioreference Laboratories, Inc.

FORMER ADDRESS:      6420 Rockledge Dr.

Bethesda, MD 20817

NEW ADDRESS:      18701 Roxbury Rd.

Hagerstown, MD 21746

<u>HOW NOTIFIED:</u>

PHONE CALL      ( )

AT COUNTER      ( )

AT 341 MEETING      ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT      ( )

ATTY. FOR BANKRUPT      ( )

OTHER      (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):          Student Educational Benefit Trust

CASE NO.:          19-10329-aih

JUDGE:          Arthur I. Harris

NAME OF PARTY TO BE CHANGED:          Dayton Anesthesia & Pain

FORMER ADDRESS:          405 W. Grand Ave.

Dayton, OH 45405

NEW ADDRESS:          1997 Miamisburg Centerville Rd.

Dayton, OH 45459

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                    ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING          ( )          OTHER                    (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Allied Physicians Group PLLC

FORMER ADDRESS:     Lockbox 10280

New York, NY 10003

NEW ADDRESS:     3 Huntington Quadrangle

#105s

Melville, NY 11747

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )          BANKRUPT          ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER             (X)
Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     HealthSmart Benefits Solutions, Inc.

FORMER ADDRESS:     PO Box 847972

Dallas, TX 75284

NEW ADDRESS:     222 W Las Colinas Blvd.

Suite 500N

Irving, TX 75039

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING  ( )          OTHER               (X)
Via Mail

DATE: 3/15/19               /s/ Michael A. Steel
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
### (To be filed)

NAMES(S) OF DEBTORS(S):     <u>Student Educational Benefit Trust</u>

<br>

CASE NO.:   <u>19-10329-aih</u>

JUDGE:   <u>Arthur I. Harris</u>

NAME OF PARTY TO BE CHANGED:   <u>HealthSmart Preferred Network</u>

FORMER ADDRESS:   <u>PO Box 846038</u>

<u>Dallas, TX 75284</u>

NEW ADDRESS:   <u>222 W Las Colinas Blvd.</u>

<u>Suite 500N</u>

<u>Irving, TX 75039</u>

<u>HOW NOTIFIED:</u>      <u>NOTIFIED BY WHOM</u>:

PHONE CALL    ( )      BANKRUPT    ( )

AT COUNTER    ( )      ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )      OTHER    (X)
Via Mail

DATE: <u>3/15/19</u>      */s/ Michael A. Steel*
                     SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     HealthSmart Care Management

FORMER ADDRESS:     PO Box 842088

Dallas, TX 75284

NEW ADDRESS:     222 W Las Colinas Blvd.

Suite 500N

Irving, TX 75039

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING     ( )          OTHER                    (X)
Via Mail

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Chen Liu

FORMER ADDRESS:    17620 Altantic Blvd.

Apt. 314

Sunny Isles Beach, FL 33160

NEW ADDRESS:    20301 W. Country Club Dr., Apt. 323

Aventura, FL 33180

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL         ( )        BANKRUPT              ( )

AT COUNTER         ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )        OTHER                (X)
 Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Ohri, LLC

FORMER ADDRESS:     PO Box 919474

New York, NY 10003

NEW ADDRESS:     1751 S. Orange Ave.

Orlando, FL 32806

<u>HOW NOTIFIED:</u>            <u>NOTIFIED BY WHOM</u>:

PHONE CALL        ( )        BANKRUPT            ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )        OTHER            (X)
 Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

_____

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Seton Medical Center Austin

FORMER ADDRESS:   PO Box 204398

New York, NY 10003

NEW ADDRESS:   1201 W. 38th St.

Austin, TX 78705

<u>HOW NOTIFIED:</u>                     <u>NOTIFIED BY WHOM:</u>

PHONE CALL        ( )          BANKRUPT            ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER              (X)
Via Mail

DATE: 3/15/19                  _/s/ Michael A. Steel_
                                    SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Infectious Disease Doctors, PA

FORMER ADDRESS:  PO Box 802772

New York, NY 10003

NEW ADDRESS:  1325 Pennsylvania Ave.

Ste. 325

Ft. Worth, TX 76104

<u>HOW NOTIFIED:</u>          <u>NOTIFIED BY WHOM</u>:

PHONE CALL      ( )      BANKRUPT          ( )

AT COUNTER      ( )      ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )      OTHER             (X)
Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Kavya Chandrika

FORMER ADDRESS:     77 Firhill St, Apt. 2B8

Akron, OH 44304

NEW ADDRESS:     77 Fir Hl Apt. 8B11

Akron, OH 44304

HOW NOTIFIED:                         NOTIFIED BY WHOM:

PHONE CALL          ( )              BANKRUPT          ( )

AT COUNTER          ( )              ATTY. FOR BANKRUPT  ( )

AT 341 MEETING     ( )              OTHER             (X)
Via Mail

DATE: 3/15/19                        /s/ Michael A. Steel
                                     SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Kavya Chandrika Uddarraju

FORMER ADDRESS:     77 Firhill St, Apt. 2B8

Akron, OH 44304

NEW ADDRESS:     77 Fir Hl Apt. 8B11

Akron, OH 44304

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
 Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*

SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Med Division of Medicine

FORMER ADDRESS:     130

Hollywood, FL 33021

NEW ADDRESS:     1150 N 35th Ave.

Hollywood, FL 33021

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )               BANKRUPT               ( )

AT COUNTER          ( )               ATTY. FOR BANKRUPT     ( )

AT 341 MEETING      ( )               OTHER                  (X)
Via Mail

DATE: 3/15/19                          /s/ Michael A. Steel
                                       SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Sheridan Radiology Services

FORMER ADDRESS:     PO Box 3367

Atlanta, GA 30302

NEW ADDRESS:     9738 Napoli Woods Ln

Delray Beach, FL 33446

<u>HOW NOTIFIED:</u>                <u>NOTIFIED BY WHOM:</u>

PHONE CALL         ( )        BANKRUPT              ( )

AT COUNTER         ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING     ( )        OTHER                 (X)
 Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                                  SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Nancy J. Carpenter, MPAS

FORMER ADDRESS:    2050 Kenny Rd.

Columbus, OH 43221

NEW ADDRESS:    1711 - 27th St.

Braunlin Bldg, Suite #306

Portsmouth, OH 45662

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL        ( )              BANKRUPT              ( )

AT COUNTER        ( )              ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )              OTHER                 (X)
Via Mail

DATE: 3/15/19                      /s/ Michael A. Steel
                                   SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Pathology Associates of S Miami

FORMER ADDRESS:     PO Box 198523

Miami, FL 33152

NEW ADDRESS:     6200 SW 73rd St.

Miami, FL 33143

<u>HOW NOTIFIED:</u>          <u>NOTIFIED BY WHOM:</u>

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING          ( )          OTHER          (X)
 Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   EKG & Echo Readers, Inc.

FORMER ADDRESS:   8201 W Broward Blvd.

Fort Lauderdale, FL 33324

NEW ADDRESS:   PO Box 918625

Orlando, FL 32891

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )           BANKRUPT           ( )

AT COUNTER        ( )           ATTY. FOR BANKRUPT ( )

AT 341 MEETING    ( )           OTHER              (X)
 Via Mail

DATE: 3/15/19                   /s/ Michael A. Steel
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Grassy Waters Inpat Svcs

FORMER ADDRESS:     8201 W Broward Blvd

Fort Lauderdale, FL 33324

NEW ADDRESS:     PO Box 37868

Philadelphia, PA 33324

HOW NOTIFIED:               NOTIFIED BY WHOM:

PHONE CALL      ( )        BANKRUPT            ( )

AT COUNTER      ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING   ( )        OTHER               (X)
Via Mail

DATE: 3/15/19            /s/ Michael A. Steel
                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust
_____

_____

CASE NO.:   19-10329-aih
_____

JUDGE:   Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:   First Class OBGYN PA
_____

FORMER ADDRESS:   PO Box 21048
_____

   Miramar, FL 33029
_____

_____

NEW ADDRESS:   1951 SW 172nd Ave.
_____

   Suite 212
_____

   Miramar, FL 33029
_____

<u>HOW NOTIFIED:</u>     <u>NOTIFIED BY WHOM</u>:

PHONE CALL   ( )     BANKRUPT   ( )

AT COUNTER   ( )     ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )     OTHER   (X)
Via Mail

DATE: 3/15/19 _____     */s/ Michael A. Steel* _____
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     American Health Associates

FORMER ADDRESS:     665 Peachmont Ave. NW

N. Canton, OH 44720

NEW ADDRESS:     3575 Forest Lake Dr.

Uniontown, OH 44685

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )          OTHER                      (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  RAD Physician Solutions of FL

FORMER ADDRESS:  PO Box 743986 Dept. 40104

Indianapolis, IN 46206

NEW ADDRESS:  7700 W Sunrise Blvd.

Plantation, FL 33322

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

/s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Michael Ameteku

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     135 S Broadway St. #503

Quaker Square Residence Hall

Akron, OH 44308

<u>HOW NOTIFIED:</u>                      <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT              ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING  ( )         OTHER                (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                           SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

_____

CASE NO.:      19-10329-aih

JUDGE:      Arthur I. Harris

NAME OF PARTY TO BE CHANGED:      NCOFCC

FORMER ADDRESS:      1495 W. Longview Ave.

Suite 100

Mansfield, OH 44906

NEW ADDRESS:      2007 W Fourth St.

Ontario, OH 44906

_____

HOW NOTIFIED:                 NOTIFIED BY WHOM:

PHONE CALL      ( )         BANKRUPT      ( )

AT COUNTER      ( )         ATTY. FOR BANKRUPT      ( )

AT 341 MEETING      ( )         OTHER      (X)
Via Mail

DATE: 3/15/19             /s/ Michael A. Steel
                                           SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Quest Diagnostics Cincinnati

FORMER ADDRESS:     1320 Kempter Meadow Dr.

Ste. 200

Cincinnati, OH 45240

NEW ADDRESS:     6700 Steger Dr.

Cincinnati, OH 45237

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):          Student Educational Benefit Trust

_____

CASE NO.:          19-10329-aih
_____

JUDGE:          Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     · Texas Orthopedic Specialists PLLC
_____

FORMER ADDRESS:          2301 Forest Cir.
_____
Arlington, TX 76006
_____

_____

NEW ADDRESS:          2425 Hwy 121
_____
Bedford, TX 76021
_____

                              ·
_____

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )            BANKRUPT              ( )

AT COUNTER        ( )            ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )            OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
_____                  _____
                                          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     UMDC Dept of Neurology

FORMER ADDRESS:     PO Box 405506

N

Miami, FL 33176

NEW ADDRESS:     1400 NW 12th Ave.

Miami, FL 33136

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT          ( )

ATTY. FOR BANKRUPT    ( )

OTHER          (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     River Oaks Hospital

FORMER ADDRESS:     PO Box 538488

New Orleans, LA 70123

NEW ADDRESS:     1525 River Oaks Rd.

West Harahan, LA 70123

<u>HOW NOTIFIED:</u>

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT          ( )

ATTY. FOR BANKRUPT     ( )

OTHER          (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Eye Physicians of Florida

FORMER ADDRESS:     1600 Swgrs Corp Pkwy #140

Fort Lauderdale, FL 33323

NEW ADDRESS:     13680 NW 5th St. #240

Sunrise, FL 33325

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S): Student Educational Benefit Trust

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: TMH Physician Associates, PLLC

FORMER ADDRESS: PO Box 4719

New York, NY 10163

NEW ADDRESS: 1020 Holcombe Blvd.

Houston, TX 77030

<u>HOW NOTIFIED:</u>           <u>NOTIFIED BY WHOM</u>:

PHONE CALL      ( )          BANKRUPT          ( )

AT COUNTER      ( )          ATTY. FOR BANKRUPT  ( )

AT 341 MEETING  ( )          OTHER             (X)
Via Mail

DATE: 3/15/19              */s/ Michael A. Steel*
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Florida Hospital Physician Group

FORMER ADDRESS:     12470 Telecom Dr.

Suite 100

Tampa, FL 33637

NEW ADDRESS:     7550 N. Dale Mabry Hwy

Tampa, FL 33614

<u>HOW NOTIFIED:</u>

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT          ( )

ATTY. FOR BANKRUPT     ( )

OTHER          (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Hassan Semann, MD

FORMER ADDRESS:     3065 Arlington Ave.

Toledo, OH 43614

NEW ADDRESS:     205 E Palmer Rd.

Bellefontaine, OH 43311

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                     /s/ Michael A. Steel
                                  SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
### (To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

 

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Anup Pant

FORMER ADDRESS:     281 Wheeler St.

Akron, OH 44304

NEW ADDRESS:     281 Wheeler St.

Akron, OH 44304

| HOW NOTIFIED: | | NOTIFIED BY WHOM: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Thomas J. Tafelski DO

FORMER ADDRESS:     6005 Monclova Rd.

Maumee, OH 43537

NEW ADDRESS:     3333 Glendale Ave.

Toledo, OH 43614

| <u>HOW NOTIFIED:</u> | | <u>NOTIFIED BY WHOM</u>: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

CASE NO.:      19-10329-aih

JUDGE:      Arthur I. Harris

NAME OF PARTY TO BE CHANGED:      Inphynet Contracting Srv, LLC

FORMER ADDRESS:      3360 Burns Rd.

Palm Beach Gardens, FL 33410

NEW ADDRESS:      14050 NW 14th St.

Sunrise, FL 33323

<u>HOW NOTIFIED:</u>

| | | <u>NOTIFIED BY WHOM</u>: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/19

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S): Student Educational Benefit Trust

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: Mount Carmel Reference Laboratory

FORMER ADDRESS: 750 Mount Carmel Mall, Rm 180

Green Camp, OH 43322

NEW ADDRESS: 750 Mt. Carmel Mall #180

Columbus, OH 43222

<u>HOW NOTIFIED:</u>

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     First Coast Cardiovascular Car Inc.

FORMER ADDRESS:     PO Box 551308

Fleming Island, FL 32003

NEW ADDRESS:     1681 Eagle Harbor Pkwy E

Ste B

Fleming Island, FL 32003

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )        BANKRUPT              ( )

AT COUNTER         ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )        OTHER                 (X)
Via Mail

DATE: 3/15/19                   /s/ Michael A. Steel
                                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Yihong Joy Hao, MD PA

FORMER ADDRESS:   290 N. Military Trl #101

Fort Lauderdale, FL 33308

NEW ADDRESS:   2900 N. Military Trl #101

Boca Raton, FL 33431

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                      ( )

ATTY. FOR BANKRUPT   ( )

OTHER                              (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Physicians and Surgeons Ambula

FORMER ADDRESS:     520 S. Main St.

Akron, OH 44311

NEW ADDRESS:     5205 Main St. #2422

Akron, OH 44311

HOW NOTIFIED:                  NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING   ( )          OTHER          (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                    SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Commerce Benefits Group, Inc.

FORMER ADDRESS:     33479 Lake Rd.

Avon Lake, OH 44012

NEW ADDRESS:     6340 Sugarloaf Pkwy #200

Duluth, GA 30097

HOW NOTIFIED:                     NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING   ( )          OTHER          (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Medical Center of Winston Towers

FORMER ADDRESS:    17395 N. Bay Rd.

N. Miami Beach, FL 33160

NEW ADDRESS:    2845 Aventura Blvd.

Ste. 240

Aventura, FL 33180

<u>HOW NOTIFIED:</u>    <u>NOTIFIED BY WHOM:</u>

PHONE CALL    ( )    BANKRUPT    ( )

AT COUNTER    ( )    ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )    OTHER    (X)
Via Mail

DATE: 3/15/19    /s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih
                    _____

JUDGE:        Arthur I. Harris
                    _____

NAME OF PARTY TO BE CHANGED:     Desert Cities Anes Prof
                                                        _____

FORMER ADDRESS:     777 E. Tahquitz Canyon Way
                                    _____

                                    Jackson, MI 49201
                                    _____

                                    _____

NEW ADDRESS:     1180 N. Indian Canyon Dr.
                            _____

                            Ste. 110
                            _____

                            Palm Springs, CA 92262
                            _____

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT                    ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING   ( )          OTHER                          (X)
 Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
           _____          _____
                                                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Dr. Lewis Jordan, PhD LMHC

FORMER ADDRESS:     1881 NE 26th St.

Fort Lauderdale, FL 33305

NEW ADDRESS:     Wilton Plaza

1881 NE 26th St., Suite 70

Fort Lauderdale, FL 33305

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )         BANKRUPT              ( )

AT COUNTER          ( )         ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )         OTHER                 (X)
Via Mail

DATE: 3/15/19                   /s/ Michael A. Steel
                               SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Ortho FL, LLC

FORMER ADDRESS:     PO Box 978766

Fort Lauderdale, FL 33308

NEW ADDRESS:     1601 Clint Moore Rd.

#125

Boca Raton, FL 33487

HOW NOTIFIED:                     NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING     ( )          OTHER                  (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                            SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S): _Student Educational Benefit Trust_

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: Miami Dade Cardio Consultants

FORMER ADDRESS: PO Box 742240

104

Hialeah, FL 33014

NEW ADDRESS: 11760 SW 40th St.

Ste. 352

Miami, FL 33175

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

_/s/ Michael A. Steel_
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     UH Case Medical Center

FORMER ADDRESS:     Dept. 781854

Detroit, MI 48278

NEW ADDRESS:     4646 John R. St.

Detroit, MI 48201

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Michelle Olvera

FORMER ADDRESS:     5817 Wesleyan Dr.

PO Box A 393

Virginia Beach, VA 23455

NEW ADDRESS:     5202 Delbarton St.

Temple Hills, MD 20748

HOW NOTIFIED:                 NOTIFIED BY WHOM:

PHONE CALL          ( )        BANKRUPT               ( )

AT COUNTER          ( )        ATTY. FOR BANKRUPT    ( )

AT 341 MEETING     ( )        OTHER                  (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Niageria May-Dicks

FORMER ADDRESS:  55 North 21 St.

Apt. 2

East Orange, NJ 07017

NEW ADDRESS:  536 Morris St. FL 2

Orange, NJ 07050

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER         ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT                    ( )

ATTY. FOR BANKRUPT   ( )

OTHER                          (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Charles Barrah

FORMER ADDRESS:    7920 Belridge Rd.

Nottingham, MD 21236

NEW ADDRESS:    4 Attenborough Dr., Apt. 204

Rosedale, MD 21237

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):          Student Educational Benefit Trust

_____

CASE NO.:          19-10329-aih

JUDGE:          Arthur I. Harris

NAME OF PARTY TO BE CHANGED:          Lanae Lumpkin

FORMER ADDRESS:          1609 North Rosedale St.

Apt. 2

Baltimore, MD 21216

NEW ADDRESS:          1282 Smallwood Dr. W #270

Waldorf, MD 20603

_____

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING          ( )          OTHER          (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S): _Student Educational Benefit Trust_

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: John Brooks

FORMER ADDRESS: 2744 Nansemond Crescent

Suffolk, VA 23435

NEW ADDRESS: 522B Eastern Blvd.

Essex, MD 21221

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

_/s/ Michael A. Steel_
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Grand Strand Reg. Med Ctr

FORMER ADDRESS:     PO Box 402724

Myrtle Beach, SC 29572

NEW ADDRESS:     809 - 82nd Pkwy

Myrtle Beach, SC 29572

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Med Division of Medicine

FORMER ADDRESS:     130

Hollywood, FL 33021

NEW ADDRESS:     1150 N. 35th Ave.

Hollywood, FL 33021

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Shakeria Smith

FORMER ADDRESS:     2217 Villano Ave.

Orlando, FL 32818

NEW ADDRESS:     3050 Golden Rock Dr.

Orlando, FL 32818

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT               ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING      ( )          OTHER                  (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Ava Warrington

FORMER ADDRESS:    351 Crossing Blvd.

Apt. 1122

Orange Park, FL 32073

NEW ADDRESS:    214 Desarry Ave.

Orange Park, FL 32073

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):        Student Educational Benefit Trust

CASE NO.:        19-10329-aih

JUDGE:        Arthur I. Harris

NAME OF PARTY TO BE CHANGED:        Ian Acevedo

FORMER ADDRESS:        2077 Vinings Circle

Apt. 1307

Wellington, FL 33414

NEW ADDRESS:        1797 N. Jog Rd. Apt. 201

West Palm Beach, FL 33411

<u>HOW NOTIFIED:</u>                <u>NOTIFIED BY WHOM:</u>

PHONE CALL        ( )        BANKRUPT        ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT        ( )

AT 341 MEETING        ( )        OTHER        (X)
Via Mail

DATE: 3/15/19        /s/ Michael A. Steel
                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Chen-Jung Lee

FORMER ADDRESS:     1350 N. Howard St., Apt. 507

Akron, OH 44310

NEW ADDRESS:     1296 Buckingham Gate Blvd.

Cuyahoga Falls, OH 44221

HOW NOTIFIED:                   NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING      ( )          OTHER                   (X)
Via Mail

DATE: 3/15/19                   /s/ Michael A. Steel
                               SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Blaise Simplice Talla Nwotchouang

FORMER ADDRESS:     430 Sumner St. Apt. 203

Akron, OH 44304

NEW ADDRESS:     1015 Howe Ave. Apt. 22

Cuyahoga Falls, OH 44221

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                   /s/ Michael A. Steel
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Jose Dominguez-Cortez

FORMER ADDRESS:     134 N. Ellwood Ave.

Baltimore, MD 21224

NEW ADDRESS:     3205 McElderry St.

Baltimore, MD 21205

<u>HOW NOTIFIED:</u>                     <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING  ( )          OTHER               (X)
Via Mail

DATE: 3/15/19          /s/ Michael A. Steel
                              SIGNATURE

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

 

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Veronica Cruz Gonzalez

FORMER ADDRESS:    3625 College Ave.

Box 1776

Fort Lauderdale, FL 33314

NEW ADDRESS:    4902 N. Macdill Ave., Apt. 1006

Tampa, FL 33614

HOW NOTIFIED:

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/19

NOTIFIED BY WHOM:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    John Smith

FORMER ADDRESS:    10714 Knight Dr.

Carmel, IN 46032

NEW ADDRESS:    4000 W 106th St., Ste. 125

Carmel, IN 46032

HOW NOTIFIED:                           NOTIFIED BY WHOM:

PHONE CALL        ( )            BANKRUPT              ( )

AT COUNTER        ( )            ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )            OTHER                (X)
Via Mail

DATE: 3/15/19                    /s/ Michael A. Steel
                                        SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Kevin Webb

FORMER ADDRESS:     2420 Bridge Hampton Dr.

Apt. J

Baltimore, MD 21234

NEW ADDRESS:     3635 Greenmount Ave.

Baltimore, MD 21218

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM:</u>

BANKRUPT     ( )

ATTY. FOR BANKRUPT   ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Physician Associates of Broward

FORMER ADDRESS:  10000 Stirling Rd.

Hollywood, FL 33024

NEW ADDRESS:  9900 Stirling Rd., Ste. 120

Hollywood, FL 33024

<u>HOW NOTIFIED:</u>

PHONE CALL        ( )

AT COUNTER        ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT            ( )

ATTY. FOR BANKRUPT   ( )

OTHER                (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Physicians Primary Care of SW

FORMER ADDRESS:  13721 Cypress Terrace Cir.

Fort Myers, FL 33907

NEW ADDRESS:  12730 New Brittany Blvd.

Suite 602

Fort Myers, FL 33907

HOW NOTIFIED:                   NOTIFIED BY WHOM:

PHONE CALL        ( )          BANKRUPT              ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER                (X)
 Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                               SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Leavitt Medical Associates of FL

FORMER ADDRESS:    4100 Southpoint Dr. E

Jacksonville, FL 32216

NEW ADDRESS:    2868 S. Alafaya Trail

#130

Orlando, FL 32828

<u>HOW NOTIFIED:</u>                  <u>NOTIFIED BY WHOM</u>:

PHONE CALL        ( )        BANKRUPT            ( )

AT COUNTER       ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING  ( )        OTHER              (X)
Via Mail

DATE: 3/15/19              /s/ Michael A. Steel
                          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Memorial Hospital Pembroke

FORMER ADDRESS:     PO Box 538488

Atlanta, GA 30353

NEW ADDRESS:     7800 Sheridan St.

Pembroke Pines, FL 33024

HOW NOTIFIED:                  NOTIFIED BY WHOM:

PHONE CALL        ( )          BANKRUPT              ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )          OTHER                 (X)
Via Mail

DATE: 3/15/19                  /s/ Michael A. Steel
                               SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     UNC Faculty Physicians

FORMER ADDRESS:     PO Box 271647

Charlotte, NC 28265

NEW ADDRESS:     NC AHEC Building, Suite 400

145 N. Medical Dr., Campus Box 7150

Chapel Hill, NC 27599

<u>HOW NOTIFIED:</u>     <u>NOTIFIED BY WHOM:</u>

PHONE CALL     ( )     BANKRUPT     ( )

AT COUNTER     ( )     ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )     OTHER     (X)
Via Mail

DATE: 3/15/19     /s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S): _Student Educational Benefit Trust_

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: _Florida Hospital Physician Group_

FORMER ADDRESS: PO Box 17797

Clearwater, FL 33765

NEW ADDRESS: 34661 US Hwy 19N

Palm Harbor, FL 34684

<u>HOW NOTIFIED:</u>                     <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT  ( )

AT 341 MEETING    ( )          OTHER                   (X)
Via Mail

DATE: _3/15/19_                      _/s/ Michael A. Steel_
                                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Palm Beach Physician Group

FORMER ADDRESS:  460 N. Congress Ave.

West Palm Beach, FL 33407

NEW ADDRESS:  4601 N. Congress Ave.

West Palm Beach, FL 33407

<u>HOW NOTIFIED:</u>

PHONE CALL  (  )

AT COUNTER  (  )

AT 341 MEETING  (  )
Via Mail

DATE: 3/15/19

<u>NOTIFIED BY WHOM</u>:

BANKRUPT  (  )

ATTY. FOR BANKRUPT  (  )

OTHER  (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     TMH Physician Associates, PLLC

FORMER ADDRESS:     PO Box 4719

New York, NY 10163

NEW ADDRESS:     1020 Holcombe Blvd.

Houston, TX 77030

<u>HOW NOTIFIED:</u>                                 <u>NOTIFIED BY WHOM:</u>

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING     ( )          OTHER          (X)
Via Mail

DATE: 3/12/2019          /s/ Michael A. Steel
                                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Florida Hospital Physician Group

FORMER ADDRESS:     34661 US Hwy 19N

Palm Harbor, FL 34684

NEW ADDRESS:     12470 Telecom Dr.

Suite 100

Tampa, FL 33637

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )      OTHER          (X)
Via Mail

DATE: 3/12/2019          */s/ Michael A. Steel*
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Dr. Lewis Jordan, PhD LMHC

FORMER ADDRESS:     1881 NE 26th St.

Fort Lauderdale, FL 33305

NEW ADDRESS:     398 Camino Gardens Blvd.

Suite 100-101

Boca Raton, FL 33432

<u>HOW NOTIFIED:</u>     <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )     BANKRUPT     ( )

AT COUNTER     ( )     ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )     OTHER     (X)
Via Mail

DATE: 3/12/2019     /s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Obstetrical & Gynecological

FORMER ADDRESS:     75 Arch St., Suite 401

Akron, OH 44304

NEW ADDRESS:     605 N. Cleveland-Massillon Rd. A

Akron, OH 44333

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )      OTHER          (X)
Via Mail

DATE: 3/12/2019          /s/ Michael A. Steel
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Aventura Hlthcare Specialists

FORMER ADDRESS:     PO Box 405662

320

Aventura, FL 33180

NEW ADDRESS:     20950 NE 27th Ct.

Suite 300

Aventura, FL 33180

<u>HOW NOTIFIED:</u>

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/12/2019

<u>NOTIFIED BY WHOM:</u>

BANKRUPT          ( )

ATTY. FOR BANKRUPT     ( )

OTHER          (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Muneesha Yadla

FORMER ADDRESS:  8B11, 77 Fir Hill Towers

Akron, OH 44304

NEW ADDRESS:  6 Meadowview Cir.

Nashua, NH 03062

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL         ( )        BANKRUPT              ( )

AT COUNTER        ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )        OTHER                (X)
 Via Mail

DATE: 3/12/2019            /s/ Michael A. Steel
                            SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:      19-10329-aih

JUDGE:      Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Souvik Munshi

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     22 E. Exchange St. Unit 51C

Quaker Square Residence Hall

Akron, OH 44308

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT               ( )

ATTY. FOR BANKRUPT   ( )

OTHER                    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Yi Ting Lo

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St. #123-B

Akron, OH 44308

<u>HOW NOTIFIED</u>:               <u>NOTIFIED BY WHOM</u>:

PHONE CALL        ( )       BANKRUPT              ( )

AT COUNTER        ( )       ATTY. FOR BANKRUPT   ( )

AT 341 MEETING  ( )         OTHER                (X)
 Via Mail

DATE: 3/15/2019            */s/ Michael A. Steel*
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Zichen Ling

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    80 E. Exchange St. #285A

Akron, OH 44308

| HOW NOTIFIED: | | NOTIFIED BY WHOM: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/2019

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## __CHANGE OF ADDRESS NOTIFICATION__
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Dongliang Fan

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    80 N. Portage Path, Apt. 8B5

Akron, OH 44303

| HOW NOTIFIED: | | NOTIFIED BY WHOM: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/2019

*/s/ Michael A. Steel*

SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
### (To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

<br>

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Kecheng Wu

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     77 Fir Hill, Apt. 8B8

Akron, OH 44304

<br>

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING  ( )          OTHER          (X)
 Via Mail

DATE: 3/15/2019          /s/ Michael A. Steel
                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Thibaut Houette

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  401 S. Main St. Ste. 325A

Akron, OH 44311

<u>HOW NOTIFIED</u>:

PHONE CALL        ( )

AT COUNTER        ( )

AT 341 MEETING    ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT          ( )

ATTY. FOR BANKRUPT ( )

OTHER             (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Yixuan Du

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     2833 Redcrest Ln, Apt. 101

Coventry, OH 44319

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING    ( )
 Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT                    ( )

ATTY. FOR BANKRUPT    ( )

OTHER                          (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Wenxuan Zhou

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    77 Fir Hill, Apt. 8B8

Akron, OH 44304

HOW NOTIFIED:        NOTIFIED BY WHOM:

PHONE CALL    ( )      BANKRUPT    ( )

AT COUNTER    ( )      ATTY. FOR BANKRUPT    ( )

AT 341 MEETING    ( )      OTHER    (X)
Via Mail

DATE: 3/15/2019       */s/ Michael A. Steel*
                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Shiping Wang

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    55 Fir Hill, Apt. 10A1

Akron, OH 44304

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

/s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Tian Zhang

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  2814 Wood Duck Ln #208

Akron, OH 44319

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )
 Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Kun Wang

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St. #275A

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM:</u>

BANKRUPT                    ( )

ATTY. FOR BANKRUPT   ( )

OTHER                          (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Zehao Wang

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #275

Akron, OH 44308

HOW NOTIFIED:                           NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT              ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING  ( )          OTHER                 (X)
Via Mail

DATE: 3/15/2019              /s/ Michael A. Steel
                            SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Yongrui Yang

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    80 E. Exchange St. #274

Akron, OH 44308

<u>HOW NOTIFIED:</u>        <u>NOTIFIED BY WHOM:</u>

PHONE CALL    ( )    BANKRUPT    ( )

AT COUNTER    ( )    ATTY. FOR BANKRUPT    ( )

AT 341 MEETING  ( )    OTHER    (X)
Via Mail

DATE: 3/15/2019        /s/ Michael A. Steel
                    SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Meng Zhang

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #163-A

Akron, OH 44308

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Ran Li

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St.

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL        ( )

AT COUNTER        ( )

AT 341 MEETING    ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT          ( )

ATTY. FOR BANKRUPT  ( )

OTHER             (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Zhihao Ma

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St.

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL  ( )

AT COUNTER  ( )

AT 341 MEETING  ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM:</u>

BANKRUPT  ( )

ATTY. FOR BANKRUPT  ( )

OTHER  (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Ouli Fu

FORMER ADDRESS:   Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:   80 E. Exchange St. #163C

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL   ( )

AT COUNTER   ( )

AT 341 MEETING   ( )
Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT   ( )

ATTY. FOR BANKRUPT   ( )

OTHER   (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

_____

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Ouli Fu

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #163C

Akron, OH 44308

_____

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING  ( )          OTHER             (X)
Via Mail

DATE: 3/15/2019          /s/ Michael A. Steel
                              SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

(To be filed)

NAMES(S) OF DEBTORS(S): _Student Educational Benefit Trust_

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: Yinghe Hu

FORMER ADDRESS: Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS: 80 E. Exchange St.

Akron, OH 44308

| <u>HOW NOTIFIED:</u> | | <u>NOTIFIED BY WHOM</u>: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/2019

_/s/ Michael A. Steel_
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____

CASE NO.:     19-10329-aih
_____

JUDGE:     Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     Chenxi Jin
_____

FORMER ADDRESS:     Office of International Programs
_____

The University of Akron
_____

Akron, OH 44325
_____

NEW ADDRESS:     80 E. Exchange St.
_____

Akron, OH 44308
_____

_____

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/2019 _____

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Peijing Yue

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #441D

Akron, OH 44308

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                    ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING     ( )          OTHER                       (X)
 Via Mail

DATE: 3/15/2019                  */s/ Michael A. Steel*
                                    SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Yiran Wang

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #454B

Akron, OH 44308

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
 Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Runyao Zhu

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #124

Akron, OH 44308

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT              ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT    ( )

AT 341 MEETING      ( )          OTHER                 (X)
 Via Mail

DATE: 3/15/2019                  /s/ Michael A. Steel
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Shufan Zhang

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St. #275-D

Akron, OH 44308

HOW NOTIFIED:

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING    ( )
 Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT                          ( )

ATTY. FOR BANKRUPT    ( )

OTHER                                 (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Junyao Yao

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #123D

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL          ( )

AT COUNTER          ( )

AT 341 MEETING     ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM:</u>

BANKRUPT                  ( )

ATTY. FOR BANKRUPT     ( )

OTHER                        (X)

/s/ Michael A. Steel
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Yimin Yao

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #163B

Akron, OH 44308

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL     ( )          BANKRUPT     ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )     OTHER     (X)
 Via Mail

DATE: 3/15/2019              /s/ Michael A. Steel
                              SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## __CHANGE OF ADDRESS NOTIFICATION__
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Po Yun Chen

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St. #123A

Akron, OH 44308

| HOW NOTIFIED: | | NOTIFIED BY WHOM: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING<br>Via Mail | ( ) | OTHER | (X) |

DATE: 3/15/2019

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S): Student Educational Benefit Trust

_____

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: Ziyan Li

FORMER ADDRESS: Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS: 80 E. Exchange St.

Akron, OH 44308

_____

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )            BANKRUPT             ( )

AT COUNTER        ( )            ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )            OTHER                (X)
 Via Mail

DATE: 3/15/2019                  /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust
_____

_____

CASE NO.:    19-10329-aih
_____

JUDGE:    Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:    Yilin Lai
_____

FORMER ADDRESS:    Office of International Programs
_____

The University of Akron
_____

Akron, OH 44325
_____

NEW ADDRESS:    80 E. Exchange St. #275D
_____

Akron, OH 44308
_____

_____

<u>HOW NOTIFIED:</u>                     <u>NOTIFIED BY WHOM</u>:

PHONE CALL        ( )          BANKRUPT              ( )

AT COUNTER        ( )          ATTY. FOR BANKRUPT   ( )

AT 341 MEETING    ( )          OTHER                (X)
 Via Mail

DATE: 3/15/2019 _____          */s/ Michael A. Steel*
                                SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____

CASE NO.:     19-10329-aih
_____

JUDGE:     Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:     Hongming Guo
_____

FORMER ADDRESS:     Office of International Programs
_____

The University of Akron
_____

Akron, OH 44325
_____

NEW ADDRESS:     80 E. Exchange St. #123D
_____

Akron, OH 44308
_____

_____

<u>HOW NOTIFIED:</u>                    <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT                ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT      ( )

AT 341 MEETING      ( )          OTHER                   (X)
 Via Mail

DATE: 3/15/2019 _____          /s/ Michael A. Steel
                                 _____
                                 SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S): Student Educational Benefit Trust

CASE NO.: 19-10329-aih

JUDGE: Arthur I. Harris

NAME OF PARTY TO BE CHANGED: Paula Garcia Estrella

FORMER ADDRESS: Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS: 290 Vine St. #206

Spicer Hall

Akron, OH 44325

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT                ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT      ( )

AT 341 MEETING      ( )          OTHER                   (X)
 Via Mail

DATE: 3/15/2019                  /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Dinold Gabriel

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 E. Exchange St. #185B

Spanton Hall

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL        ( )

AT COUNTER        ( )

AT 341 MEETING    ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT            ( )

ATTY. FOR BANKRUPT  ( )

OTHER                (X)

*/s/ Michael A. Steel*
SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Zio Balamouti

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     290 Spicer St. #106

Spicer Residence Hall

Akron, OH 44325

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT          ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )      OTHER          (X)
Via Mail

DATE: 3/15/2019          /s/ Michael A. Steel
                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust
_____

_____

CASE NO.:    19-10329-aih
_____

JUDGE:    Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:    Sammy Ojo
_____

FORMER ADDRESS:    Office of International Programs
_____

The University of Akron
_____

Akron, OH 44325
_____

NEW ADDRESS:    634 E. Buchtel Ave.
_____

Akron, OH 44304
_____

_____

HOW NOTIFIED:               NOTIFIED BY WHOM:

PHONE CALL    ( )       BANKRUPT          ( )

AT COUNTER    ( )       ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )      OTHER             (X)
Via Mail

DATE: 3/15/2019         _/s/ Michael A. Steel_
_____         SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Chengkai Fan

FORMER ADDRESS:  Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:  80 N. Portage Path Apt. 8B5

Akron, OH 44303

<u>HOW NOTIFIED</u>:

PHONE CALL  ( )

AT COUNTER  ( )

AT 341 MEETING  ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT  ( )

ATTY. FOR BANKRUPT  ( )

OTHER  (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## **CHANGE OF ADDRESS NOTIFICATION**
(To be filed)

NAMES(S) OF DEBTORS(S):   Student Educational Benefit Trust

CASE NO.:   19-10329-aih

JUDGE:   Arthur I. Harris

NAME OF PARTY TO BE CHANGED:   Syed Taha Fida

FORMER ADDRESS:   Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:   80 E. Exchange St. #248C

Akron, OH 44308

HOW NOTIFIED:

PHONE CALL   ( )

AT COUNTER   ( )

AT 341 MEETING   ( )
 Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT   ( )

ATTY. FOR BANKRUPT   ( )

OTHER   (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## __CHANGE OF ADDRESS NOTIFICATION__
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Yi Ting Lo

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #123-B

Akron, OH 44308

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER               (X)
Via Mail

DATE: 3/15/2019                  /s/ Michael A. Steel
                                 SIGNATURE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S): <u>Student Educational Benefit Trust</u>

_____

CASE NO.: <u>19-10329-aih</u>

JUDGE: <u>Arthur I. Harris</u>

NAME OF PARTY TO BE CHANGED: <u>Ran Li</u>

FORMER ADDRESS: <u>Office of International Programs</u>

<u>The University of Akron</u>

<u>Akron, OH 44325</u>

NEW ADDRESS: <u>80 E. Exchange St.</u>

<u>Akron, OH 44308</u>

_____

<u>HOW NOTIFIED:</u>          <u>NOTIFIED BY WHOM</u>:

PHONE CALL          ( )          BANKRUPT          ( )

AT COUNTER          ( )          ATTY. FOR BANKRUPT          ( )

AT 341 MEETING          ( )          OTHER          (X)
  Via Mail

DATE: <u>3/15/2019</u>          _/s/ Michael A. Steel_
                                    SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Qianxi Liu

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    265 Buchtel Mall #601

Bulger Residence Hall

Akron, OH 44325

| <u>HOW NOTIFIED:</u> | | <u>NOTIFIED BY WHOM</u>: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |
| Via Mail | | | |

DATE: 3/15/2019

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Jialu Li

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    80 E. Exchange St. #285B

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING  ( )
 Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM:</u>

BANKRUPT    ( )

ATTY. FOR BANKRUPT  ( )

OTHER    (X)

/s/ Michael A. Steel
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Wenhao Li

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #275-B

Akron, OH 44308

HOW NOTIFIED:                 NOTIFIED BY WHOM:

PHONE CALL          ( )     BANKRUPT             ( )

AT COUNTER          ( )     ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )     OTHER                (X)
 Via Mail

DATE: 3/15/2019          */s/ Michael A. Steel*
                         SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):    Student Educational Benefit Trust

CASE NO.:    19-10329-aih

JUDGE:    Arthur I. Harris

NAME OF PARTY TO BE CHANGED:    Mingyu Yuan

FORMER ADDRESS:    Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:    80 E. Exchange St.

Akron, OH 44308

HOW NOTIFIED:

PHONE CALL    ( )

AT COUNTER    ( )

AT 341 MEETING    ( )
Via Mail

DATE: 3/15/2019

NOTIFIED BY WHOM:

BANKRUPT    ( )

ATTY. FOR BANKRUPT    ( )

OTHER    (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Runyao Zhu

FORMER ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

NEW ADDRESS:     80 E. Exchange St. #124

Akron, OH 44308

<u>HOW NOTIFIED:</u>

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/15/2019

<u>NOTIFIED BY WHOM</u>:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Frank Baidoo

FORMER ADDRESS:     8952 White Oak

Columbus, OH 43110

NEW ADDRESS:     University of Toledo

281 Bancroft St.

Toledo, OH 43606

HOW NOTIFIED:                NOTIFIED BY WHOM:

PHONE CALL     (x)          BANKRUPT     ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER     (x)

DATE: 3/01/2019                */s/ Michael A. Steel*

SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Tian Qiu

FORMER ADDRESS:     1884 Wayne St.

Orrville, OH 44667

NEW ADDRESS:     Office of International Programs

The University of Akron

Akron, OH 44325

| <u>HOW NOTIFIED:</u> | | <u>NOTIFIED BY WHOM</u>: | |
|---|---|---|---|
| PHONE CALL | ( ) | BANKRUPT | ( ) |
| AT COUNTER | ( ) | ATTY. FOR BANKRUPT | ( ) |
| AT 341 MEETING | ( ) | OTHER | (X) |

Via Email

DATE: 3/01/2019

*/s/ Michael A. Steel*

SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Rachana Shukthija Dasari

FORMER ADDRESS:     77 Firhill Towers

Apt. 2B8

Akron, OH 44304

NEW ADDRESS:     279 Wheeler St. Upper

Akron, OH 44304

<u>HOW NOTIFIED:</u>                 <u>NOTIFIED BY WHOM</u>:

PHONE CALL         ( )         BANKRUPT         ( )

AT COUNTER         ( )         ATTY. FOR BANKRUPT   ( )

AT 341 MEETING   ( )         OTHER         (X)
 Mail
<u>DATE: 3/01/2019</u>             /s/ Michael A. Steel
                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):         Student Educational Benefit Trust
_____

_____

CASE NO.:         19-10329-aih
_____

JUDGE:         Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:         Yamini Bode
_____

FORMER ADDRESS:         2B8, 77 Fir Hill Towers
_____

 Fir Hill St.
_____

Akron, OH 44304
_____

NEW ADDRESS:         4465 Burbank Rd., Unit 5D
_____

Wooster, OH 44601
_____

_____

<u>HOW NOTIFIED:</u>                <u>NOTIFIED BY WHOM</u>:

PHONE CALL         ( )         BANKRUPT         ( )

AT COUNTER         ( )         ATTY. FOR BANKRUPT         ( )

AT 341 MEETING         ( )         OTHER         (X)
 Via Mail

DATE: 3/01/2019         */s/ Michael A. Steel*
_____         _____
                        SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## <u>CHANGE OF ADDRESS NOTIFICATION</u>
(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Park Avenue Dermatology

FORMER ADDRESS:     PO Box 160295

Jacksonville, FL 32238

NEW ADDRESS:     906 Park Ave.

Orange Park, FL 32073

HOW NOTIFIED:

PHONE CALL     ( )

AT COUNTER     ( )

AT 341 MEETING     ( )
Via Mail

DATE: 3/01/2019

NOTIFIED BY WHOM:

BANKRUPT     ( )

ATTY. FOR BANKRUPT     ( )

OTHER     (X)

*/s/ Michael A. Steel*
SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):      Student Educational Benefit Trust

CASE NO.:      19-10329-aih

JUDGE:      Arthur I. Harris

NAME OF PARTY TO BE CHANGED:      Care Resource

FORMER ADDRESS:      817 Broadway

10th Floor, Ste. 1001

New York, NY 10003

NEW ADDRESS:      171 Kings Hwy

Brooklyn, NY 11223

HOW NOTIFIED:                  NOTIFIED BY WHOM:

PHONE CALL        ( )        BANKRUPT              ( )

AT COUNTER       ( )        ATTY. FOR BANKRUPT   ( )

AT 341 MEETING  ( )        OTHER                (X)
Via Mail

DATE: 3/01/2019            */s/ Michael A. Steel*
                          SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):     Student Educational Benefit Trust

 

CASE NO.:     19-10329-aih

JUDGE:     Arthur I. Harris

NAME OF PARTY TO BE CHANGED:     Geisinger HealthSouth Rehab

FORMER ADDRESS:     PO Box 9271

Philadelphia, PA 19178

NEW ADDRESS:     155 S. Arch St. B

Milton, PA 17847

HOW NOTIFIED:            NOTIFIED BY WHOM:

PHONE CALL     ( )          BANKRUPT     ( )

AT COUNTER     ( )          ATTY. FOR BANKRUPT     ( )

AT 341 MEETING     ( )          OTHER     (X)
Via Mail

DATE: 3/01/2019          */s/ Michael A. Steel*

                           SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION

(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

_____

CASE NO.:  19-10329-aih
_____

JUDGE:  Arthur I. Harris
_____

NAME OF PARTY TO BE CHANGED:  Rothman Specialty Hospital
_____

FORMER ADDRESS:  PO Box 1365
_____

Bensalem, PA 19020
_____

NEW ADDRESS:  3300 Tillman Dr.
_____

Bensalem, PA 19020
_____

HOW NOTIFIED:                          NOTIFIED BY WHOM:

PHONE CALL          ( )                BANKRUPT              ( )

AT COUNTER          ( )                ATTY. FOR BANKRUPT   ( )

AT 341 MEETING      ( )                OTHER                (X)
Via Mail

DATE: 3/01/2019                        /s/ Michael A. Steel
_____                      SIGNATURE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

# CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S):  Student Educational Benefit Trust

CASE NO.:  19-10329-aih

JUDGE:  Arthur I. Harris

NAME OF PARTY TO BE CHANGED:  Carolina Radiology Associates

FORMER ADDRESS:  PO Box 678904

Mytle Beach, SC 29579

NEW ADDRESS:  809 - 82nd Parkway

Myrtle Beach, SC 29572

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )           BANKRUPT            ( )

AT COUNTER        ( )           ATTY. FOR BANKRUPT  ( )

AT 341 MEETING    ( )           OTHER              (X)
Via Mail

DATE: 3/01/2019                 /s/ Michael A. Steel
                                SIGNATURE