| | |
|---|---|
| Case No: 19-10329 AIH Judge: ARTHUR I. HARRIS | Trustee Name: DAVID O. SIMON, TRUSTEE |
| Case Name: STUDENT EDUCATIONAL BENEFIT TRUST | Date Filed (f) or Converted (c): 01/22/19 (f) |
| | 341(a) Meeting Date: 03/01/19 |
| For Period Ending: 03/31/19 (1st reporting period for this case) | Claims Bar Date: 05/06/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. INSURANCE PREMIUM REFUNDS (u) | 0.00 | 5,895.50 | | 5,895.50 | FA |
| 3. FEDERAL TAX REFUNDS - 2014 & 2017 | 69,728.00 | 69,728.00 | | 69,728.00 | FA |
| 4. RITA TAX REFUND - 2017 | 1,384.00 | 1,384.00 | | 0.00 | 1,384.00 |
| 5. OTHER TAX REFUNDS (u) | 0.00 | 1.00 | | 3,164.96 | 1.00 |
| 6. ACCOUNT OVERPAYMENTS (u) | Unknown | 1.00 | | 555.36 | 1.00 |
| 7. CASH ON HAND AND ON DEPOSIT - HNB 0033 | 101,473.12 | 101,473.12 | | 103,606.60 | 0.00 |
| 8. CASH ON HAND AND ON DEPOSIT - HNB 2687 | 60.73 | 60.73 | | 60.73 | 0.00 |
| 9. CASH ON HAND AND ON DEPOSIT - HNB 1853 | 21,591.06 | 21,591.06 | | 21,072.84 | FA |
| 10. CASH ON HAND AND ON DEPOSIT - HNB 0059 | 3,926.82 | 3,926.82 | | 3,926.82 | 0.00 |
| 11. CASH ON HAND AND ON DEPOSIT - HNB 4822 | 3,726.87 | 3,726.87 | | 5,356.29 | 0.00 |
| 12. CASH ON HAND AND ON DEPOSIT - CITI BANK | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 13. ACCOUNTS RECEIVABLE | 397,000.00 | 1.00 | | 0.00 | 1.00 |
| 14. INVENTORY, SUPPLIES & MARKETING MATERIALS | 1.00 | 0.00 | | 0.00 | FA |
| 15. COMPUTER EQUIPMENT & SOFTWARE | Unknown | 0.00 | | 0.00 | FA |
| 16. COMMUNICATIONS EQUIPMENT | Unknown | 1.00 | | 0.00 | 1.00 |
| 17. WEBSITE | Unknown | 0.00 | | 0.00 | FA |
| 18. CUSTOMER & MAILING LISTS | Unknown | 1.00 | | 0.00 | FA |
| 19. LOGO & MARKETING MATERIAL | Unknown | 0.00 | | 0.00 | FA |
| 20. STOP LOSS INSURANCE | Unknown | 59,023.04 | | 59,023.04 | FA |
| TOTALS (Excluding Unknown Values) | $608,891.60 | $276,814.14 | | $272,390.14 | Gross Value of Remaining Assets $11,388.00 (Total Dollar Amount in Column 6) |

LFORM1

Ver: 22.01

Case No: 19-10329 AIH Judge: ARTHUR I. HARRIS   Trustee Name: DAVID O. SIMON, TRUSTEE
Case Name: STUDENT EDUCATIONAL BENEFIT TRUST   Date Filed (f) or Converted (c): 01/22/19 (f)
   341(a) Meeting Date: 03/01/19
   Claims Bar Date: 05/06/19

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CONTINUING TO LIQUIDATE ASSETS; PURSUING FUNDS ON DEPOSIT @ CITIBANK; INVESTIGATING POSSIBLE D & O AND E & O CLAIM
AGAINST PRINCIPALS

RE PROP# 13---DEBTOR SCHEDULED FACE AMOUNT OF $1,360,784.00 LESS UNCOLLECTIBLE ACCOUNTS OF $963,784.00.
  TRUSTEE'S RESEARCH TO DATE SUCCESTS THAT THE NET SCHEDULED AMOUNT MAY ALSO NOT BE COLLECTIBLE
RE PROP# 14---THIS ASSET CONSISTS OF LOGO MARKETING MATERIALS WITH NO MARKET VALUE.
RE PROP# 15---THIS IS THE DEBTOR'S OBSOLETE FORMER OPERATING AND MARKETING SYSTEM
RE PROP# 17---A WEBSITE FOR THE DEBTOR DOES NOT APPEAR TO EXIST

Initial Projected Date of Final Report (TFR): 03/01/20   Current Projected Date of Final Report (TFR): 03/01/20


  /s/   DAVID O. SIMON, TRUSTEE
_____   Date: 04/03/19
  DAVID O. SIMON, TRUSTEE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 19-10329 -AIH | Trustee Name: | DAVID O. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | STUDENT EDUCATIONAL BENEFIT TRUST | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0829 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3515 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/19 | 20 | HCC LIFE INSURANCE COMPANY | STOP LOSS INSURANCE PREMIUM REFUND | 1129-000 | 59,023.04 | | 59,023.04 |
| 02/13/19 | 5 | COMPTROLLER OF MARYLAND | TAX REFUND - 2017 | 1224-000 | 1,304.00 | | 60,327.04 |
| 02/15/19 | 6 | UNIVERSITY OF TOLEDO PHYSICIANS | ACCOUNT OVERPAYMENT | 1229-000 | 128.40 | | 60,455.44 |
| 02/20/19 | 5 | COMPTROLLER OF MARYLAND | TAX REFUND - 2014 | 1224-000 | 1,860.96 | | 62,316.40 |
| 02/20/19 | * NOTE * | HUNTINGTON BANK | FUNDS ON DEPOSIT | 1129-000 | 134,023.28 | | 196,339.68 |
| | | | * NOTE * Properties 7, 8, 9, 10, 11 | | | | |
| 02/22/19 | 2 | DELTA DENTAL | INSURANCE PREMIUM REFUND | 1229-000 | 5,895.50 | | 202,235.18 |
| 03/07/19 | 6 | UNIVERSITY OF TOLEDO PHYSICIANS | ACCOUNT OVERPAYMENT | 1229-000 | 269.34 | | 202,504.52 |
| 03/14/19 | 3 | INTERNAL REVENUE SERVICE | TAX REFUND - 2014 | 1124-000 | 54,628.00 | | 257,132.52 |
| 03/14/19 | 6 | UNIVERSITY OF TOLEDO PHYSICIANS | ACCOUNT OVERPAYMENT | 1229-000 | 157.62 | | 257,290.14 |
| 03/20/19 | 3 | INTERNAL REVENUE SERVICE | TAX REFUND - 2017 | 1124-000 | 15,100.00 | | 272,390.14 |

|  | Account *******0829 |  | Balance Forward | 0.00 |  |  | Checks | 0.00 |
|---|---|---|---|---|---|---|---|---|
|  |  | 10 | Deposits | 272,390.14 | 0 |  | Adjustments Out | 0.00 |
|  |  | 0 | Interest Postings | 0.00 | 0 |  | Transfers Out | 0.00 |
|  |  |  | Subtotal | $ 272,390.14 |  |  | | |
|  |  |  |  |  |  |  | Total | $ 0.00 |
|  |  | 0 | Adjustments In | 0.00 |  |  |  |  |
|  |  | 0 | Transfers In | 0.00 |  |  |  |  |
|  |  |  | Total | $ 272,390.14 |  |  |  |  |

LFORM2T4

Ver: 22.01

| Case No: | 19-10329 -AIH | | Trustee Name: | DAVID O. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | STUDENT EDUCATIONAL BENEFIT TRUST | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0829 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3515 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |