United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave
Cleveland, Ohio 44114-1235

May 8, 2019

FILED 2019 MAY -8 PM 1:39
CLERK U.S. BANKRUPTCY COURT NORTHERN DIST. OF OHIO CLEVELAND

FILED 2019 MAY 13 AM 8:26

MOTION GRANTED
United States Bankruptcy Judge

In re: Student Educational Benefit Trust
Case 19-10329-aih
27500 Detroit Ave Suite 202
Westlake, Ohio 44145

To the Trustees and Judge for the aforementioned case,

I pray for your acceptance of my claim information today, (2) days after the May 6, 2019 for the following good cause:

- I am a resident of North Carolina and just got back into town on May 7, 2019 to handle this claim.
- I filed a change of address from 405 N. Kaiser Wadsworth, Ohio 44281 to 768 Hillcrest Drive Wadsworth Ohio 44281 in May, 2018.
- I moved from 768 Hillcrest Wadsworth, Ohio to 868 Half Moon Trail, Apt. 201 Hendersonville, NC 28792 in August, 2018.
- When I filed my change of address to NC in August, 2018, I simultaneously changed my last name from "Swinehart" to "Poling" as a result of the July, 2018 divorce judgement.

Thank you for your consideration,

Danielle M. Poling
FKA Danielle M. Swinehart