# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | Case No. 19-10329 |
| Student Educational Benefit Trust | : | Chapter 7 |
| Debtor(s). | : | Judge ARTHUR I HARRIS |

## SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF STATE OF OHIO, DEPARTMENT OF TAXATION

PLEASE TAKE NOTICE that the State of Ohio, Department of Taxation appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address:

    Keith D. Weiner
    Special Counsel to the Ohio Attorney General
    Keith D. Weiner & Assoc. Co. LPA
    75 Public Sq. 4th Fl.
    Cleveland, Ohio 44113
    216-771-6500
    216-771-0133 (FAX)
    bankruptcy@weinerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio, Department of Taxation.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's exercise of jurisdiction over the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio or any of its other departments, agencies, boards, or other instrumentalities.

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)
Special Counsel to the Ohio
Attorney General
Keith D. Weiner & Assoc. Co. LPA
75 Public Sq. 4th Floor
Cleveland, Ohio 44113
216-771-6500
216-771-0133 (fax)
bankruptcy@weinerlaw.com

# CERTIFICATE OF SERVICE

I certify that on June 13, 2019, a true and correct copy of the State of Ohio, Department of Taxation's Notice of Appearance and Request for Notices was served:

Via the Court's Electric Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Alison L. Archer    alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov

- John A. Brikmanis    brikmanis@cros.net

- Robert T. Glickman    rtg@mccarthylebit.com

- Robert R. Kracht    rrk@mccarthylebit.com

- Charles A. Nemer    can@mccarthylebit.com, dg@mccarthylebit.com

- Nicholas R. Oleski    nro@mccarthylebit.com

- David O. Simon, Trustee    david@simonlpa.com, dosimon@ecf.axosfs.com

- Michael A. Steel    masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com

- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Student Educational Benefit Trust
27500 Detroit Rd Ste 202
Westlake, OH 44145-5913

Blair Carsone
8213 Oak Tree Vista
Hubbard, OH 44425

Danielle M. Poling
868 Half Moon Trail Apt. 201
Hendersonville, NC 28792

Megan Wandtke
2108 Oakside Road
Toledo, OH 43615

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)